UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, *et al.*, | ) Case No. 08-13141 (KJC) ) ) |
| Debtors. | ) ) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY MAYER BROWN LLP AND EDWARDS ANGELL PALMER & DODGE LLP ON BEHALF OF <u>BARCLAYS BANK PLC</u>**

PLEASE TAKE NOTICE that Mayer Brown LLP ("Mayer Brown") and Edwards Angell Palmer & Dodge, LLP ("EAPD") hereby appears as attorneys for Barclays Bank PLC (collectively, "Barclays") in the above-captioned chapter 11 cases. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Mayer Brown and EAPD request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Mayer Brown and EAPD at the offices, addresses and telephone numbers set forth below, and that Mayer Brown and EAPD be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: btrust@mayerbrown.com
e-mail: fhyman@mayerbrown.com
e-mail: jtougas@mayerbrown.com
e-mail: atrehan@mayerbrown.com
e-mail: byan@mayerbrown.com

WLM 515758.1

Stuart M. Brown, Esq.<br>
William E. Chipman, Jr., Esq.<br>
Edwards Angell Palmer & Dodge LLP<br>
919 N. Market Street<br>
Suite 1500<br>
Wilmington, DE 19801<br>
Ph: 302-777-7770<br>
Fax: 302-777-7263<br>
e-mail: sbrown@eapdlaw.com<br>
e-mail: wchipman@eapdlaw.com

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtor, or Barclays.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law

WLM 515758.1

or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Wilmington, Delaware
December 8, 2008

            MAYER BROWN LLP
Brian Trust (BT-0347)
Frederick D. Hyman (FH-7832)
Jeffrey G. Tougas (JT-5533)
Amit K. Trehan (AT-4677)
Barbra Yan (BY-3084)
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
fax: 212-262-1910

- and –

EDWARDS ANGELL PALMER & DODGE LLP

_____
Stuart M. Brown (No. 4050)
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
919 North Market Street
15th Floor
Wilmington, Delaware 19801
Ph: 302-777-7770
fax: 302-777-7263

*Counsel to Barclays Bank PLC.*