## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-1880355 | |
| In re: | Chapter 11 |
| 435 PRODUCTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4388865 | |
| In re: | Chapter 11 |
| 5800 SUNSET PRODUCTIONS INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3845510 | |
| In re: | Chapter 11 |
| BALTIMORE NEWSPAPER NETWORKS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 52-1998258 | |
| In re: | Chapter 11 |
| CALIFORNIA COMMUNITY NEWS CORPORATION | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4425306 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CANDLE HOLDINGS CORPORATION | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4645626 | |
| In re: | Chapter 11 |
| CHANNEL 20, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1057399 | |
| In re: | Chapter 11 |
| CHANNEL 39, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 65-0085256 | |
| In re: | Chapter 11 |
| CHANNEL 40, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 68-0183844 | |
| In re: | Chapter 11 |
| CHICAGO AVENUE CONSTRUCTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4328634 | |
| In re: | Chapter 11 |
| CHICAGO RIVER PRODUCTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3845434 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CHICAGO TRIBUNE COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-2643437 | |
| In re: | Chapter 11 |
| CHICAGO TRIBUNE NEWSPAPERS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-6100439 | |
| In re: | Chapter 11 |
| CHICAGO TRIBUNE PRESS SERVICE, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-2273167 | |
| In re: | Chapter 11 |
| CHICAGOLAND MICROWAVE LICENSEE, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3721579 | |
| In re: | Chapter 11 |
| CHICAGOLAND PUBLISHING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3993237 | |

3

| | |
|---|---|
| In re: | Chapter 11 |
| CHICAGOLAND TELEVISION NEWS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3801352 | |

| | |
|---|---|
| In re: | Chapter 11 |
| COURANT SPECIALTY PRODUCTS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1529221 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DIRECT MAIL ASSOCIATES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 23-2536121 | |

| | |
|---|---|
| In re: | Chapter 11 |
| DISTRIBUTION SYSTEMS OF AMERICA, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 11-3033811 | |

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE NEW MEDIA INVESTMENTS, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1516661 | |

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE PUBLISHING INVESTMENTS, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 04-3436327 | |
| In re: | Chapter 11 |
| FORSALEBYOWNER.COM CORP. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 13-4120219 | |
| In re: | Chapter 11 |
| FORSALEBYOWNER.COM REFERRAL SERVICES, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 26-2909205 | |
| In re: | Chapter 11 |
| FORTIFY HOLDINGS CORPORATION | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4645628 | |
| In re: | Chapter 11 |
| FORUM PUBLISHING GROUP, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 65-0612940 | |
| In re: | Chapter 11 |
| GOLD COAST PUBLICATIONS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 59-2145505 | |

| | |
|---|---|
| In re: | Chapter 11 |
| GREENCO, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-2067416 | |
| In re: | Chapter 11 |
| HEART & CROWN ADVERTISING, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1099808 | |
| In re: | Chapter 11 |
| HOMEOWNERS REALTY, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 84-1641507 | |
| In re: | Chapter 11 |
| HOMESTEAD PUBLISHING CO. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 52-0704903 | |
| In re: | Chapter 11 |
| HOY PUBLICATIONS, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 35-2212352 | |
| In re: | Chapter 11 |
| HOY, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 22-3608033 | |

| | |
|---|---|
| In re: | Chapter 11 |
| INSERTCO, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 11-3522663 | |
| In re: | Chapter 11 |
| INTERNET FORECLOSURE SERVICE, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1656550 | |
| In re: | Chapter 11 |
| JULIUSAIR COMPANY II, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. n/a | |
| In re: | Chapter 11 |
| JULIUSAIR COMPANY, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4449479 | |
| In re: | Chapter 11 |
| KIAH INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 76-0484014 | |
| In re: | Chapter 11 |
| KPLR, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 43-0737943 | |

| | |
|---|---|
| In re: | Chapter 11 |
| KSWB INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 94-2457035 | |
| In re: | Chapter 11 |
| KTLA INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-1743404 | |
| In re: | Chapter 11 |
| KWGN INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 84-0565347 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES COMMUNICATIONS LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4371324 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4456079 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES NEWSPAPERS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4370416 | |

| | |
|---|---|
| In re: | Chapter 11 |
| MAGIC T MUSIC PUBLISHING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3716522 | |
| In re: | Chapter 11 |
| NBBF, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 26-2990893 | |
| In re: | Chapter 11 |
| NEOCOMM, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 59-3227208 | |
| In re: | Chapter 11 |
| NEW MASS. MEDIA, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 04-2529553 | |
| In re: | Chapter 11 |
| NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 65-0245621 | |
| In re: | Chapter 11 |
| NEWSCOM SERVICES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 65-0574817 | |

| | |
|---|---|
| In re: | Chapter 11 |
| NEWSPAPER READERS AGENCY, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-1547335 | |

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH MICHIGAN PRODUCTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3845466 | |

| | |
|---|---|
| In re: | Chapter 11 |
| NORTH ORANGE AVENUE PROPERTIES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 59-3564056 | |

| | |
|---|---|
| In re: | Chapter 11 |
| OAK BROOK PRODUCTIONS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4012598 | |

| | |
|---|---|
| In re: | Chapter 11 |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 59-1103775 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PATUXENT PUBLISHING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 52-2064223 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 91-0844750 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SENTINEL COMMUNICATIONS NEWS VENTURES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4132027 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SHEPARD'S INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 13-3337931 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SIGNS OF DISTINCTION, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 52-2073603 | |

| | |
|---|---|
| In re: | Chapter 11 |
| SOUTHERN CONNECTICUT NEWSPAPERS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-0971455 | |

| | |
|---|---|
| In re: | Chapter 11 |
| STAR COMMUNITY PUBLISHING GROUP, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 11-3475612 | |

| | |
|---|---|
| In re: | Chapter 11 |
| STEMWEB, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 11-3634276 | |
| In re: | Chapter 11 |
| SUN-SENTINEL COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 59-1022684 | |
| In re: | Chapter 11 |
| THE BALTIMORE SUN COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4066880 | |
| In re: | Chapter 11 |
| THE DAILY PRESS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 54-1399368 | |
| In re: | Chapter 11 |
| THE HARTFORD COURANT COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-0383490 | |
| In re: | Chapter 11 |
| THE MORNING CALL, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 23-0337560 | |

| | |
|---|---|
| In re: | Chapter 11 |
| THE OTHER COMPANY LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 26-2455337 | |
| In re: | Chapter 11 |
| TIMES MIRROR LAND AND TIMBER COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4017088 | |
| In re: | Chapter 11 |
| TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4684227 | |
| In re: | Chapter 11 |
| TIMES MIRROR SERVICES COMPANY, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 84-1301326 | |
| In re: | Chapter 11 |
| TMLH 2, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4640720 | |
| In re: | Chapter 11 |
| TMLS I, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4640719 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TMS ENTERTAINMENT GUIDES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4386325 | |
| In re: | Chapter 11 |
| TOWER DISTRIBUTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 73-1539066 | |
| In re: | Chapter 11 |
| TOWERING T MUSIC PUBLISHING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4202470 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCAST HOLDINGS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 94-2444438 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCASTING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3082569 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCASTING HOLDCO, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 71-1032534 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE BROADCASTING NEWS NETWORK, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3731088 | |
| In re: | Chapter 11 |
| TRIBUNE CALIFORNIA PROPERTIES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3491629 | |
| In re: | Chapter 11 |
| TRIBUNE DIRECT MARKETING, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3751479 | |
| In re: | Chapter 11 |
| TRIBUNE ENTERTAINMENT COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-2596232 | |
| In re: | Chapter 11 |
| TRIBUNE ENTERTAINMENT PRODUCTION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3845393 | |
| In re: | Chapter 11 |
| TRIBUNE FINANCE SERVICE CENTER, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4407844 | |

15

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE FINANCE, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 71-1032537 | |
| In re: | Chapter 11 |
| TRIBUNE LICENSE, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4401035 | |
| In re: | Chapter 11 |
| TRIBUNE LOS ANGELES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 04-3724522 | |
| In re: | Chapter 11 |
| TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 43-2027279 | |
| In re: | Chapter 11 |
| TRIBUNE MEDIA NET, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4407847 | |
| In re: | Chapter 11 |
| TRIBUNE MEDIA SERVICES, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 13-0571080 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE NETWORK HOLDINGS COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4039936 | |
| In re: | Chapter 11 |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 43-2027278 | |
| In re: | Chapter 11 |
| TRIBUNE NM, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4579939 | |
| In re: | Chapter 11 |
| TRIBUNE PUBLISHING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3779720 | |
| In re: | Chapter 11 |
| TRIBUNE TELEVISION COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1251634 | |
| In re: | Chapter 11 |
| TRIBUNE TELEVISION HOLDINGS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3491630 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE TELEVISION NEW ORLEANS, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3234055 | |
| In re: | Chapter 11 |
| TRIBUNE TELEVISION NORTHWEST, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 62-1172975 | |
| In re: | Chapter 11 |
| VALUMAIL, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1539512 | |
| In re: | Chapter 11 |
| VIRGINIA COMMUNITY SHOPPERS, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 43-1994025 | |
| In re: | Chapter 11 |
| VIRGINIA GAZETTE COMPANIES, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4419587 | |
| In re: | Chapter 11 |
| WATL, LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 95-4527384 | |

| | |
|---|---|
| In re: | Chapter 11 |
| WCWN LLC | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 04-3465982 | |
| In re: | Chapter 11 |
| WDCW BROADCASTING, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-4308300 | |
| In re: | Chapter 11 |
| WGN CONTINENTAL BROADCASTING COMPANY | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-1919530 | |
| In re: | Chapter 11 |
| WLVI INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3918074 | |
| In re: | Chapter 11 |
| WPIX, INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 36-3110191 | |
| In re: | Chapter 11 |
| WTXX INC. | Case No. 08-_____ |
| Debtor. | |
| Tax ID No. 06-1501268 | |

### MOTION OF THE DEBTORS FOR AN ORDER DIRECTING JOINT ADMINISTRATION OF THEIR RELATED CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), by and through their undersigned counsel, move this Court (the "Motion") pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order directing the joint administration of the Debtors' separate chapter 11 cases and the consolidation thereof for procedural purposes only.  The facts and circumstances supporting this Motion are set forth in the concurrently filed affidavit of Chandler Bigelow III, Senior Vice President and Chief Financial Officer of Tribune Company, in Support of First Day Motions (the "Bigelow Affidavit").  In further support of the Motion, the Debtors respectfully state as follows:

### STATUS OF THE CASE AND JURISDICTION

1.      On December 8, 2008 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  On the Petition Date, the Debtors also jointly filed motions or applications seeking certain typical "first day" relief.

2.      The Debtors have continued in possession of their respective properties and have continued to operate and maintain their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      No request has been made for the appointment of a trustee or examiner and no official committee has yet been established in these cases.

4.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this

Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief

sought herein are section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local

Rule 1015-1.

## BACKGROUND OF THE DEBTORS

5.      Debtor Tribune Company ("Tribune") is America's largest employee-

owned media company and is the ultimate parent company of each of the Debtors.  The Debtors

operate businesses in publishing, interactive, and broadcasting.  These operations are conducted

through two business segments: (i) publishing and (ii) broadcasting and entertainment.

6.      The Debtors' publishing segment currently operates eight (8) market

leading daily newspapers and related businesses, distributes entertainment and syndicated

content, and manages a 24-hour cable news channel.  The Debtors are the nation's third largest

newspaper publisher in terms of revenue and circulation.  Daily newspapers published by the

Debtors include the Los Angeles Times and the Chicago Tribune.  The Debtors' publishing

segment also manages the websites of their daily newspapers, television stations, and other

branded sites targeting specific communities of interest.  As of the Petition Date, the Debtors'

publishing segment employed approximately 12,000 full-time equivalent employees.

7.      The Debtors' broadcasting and entertainment segment includes 23

television stations, WGN America, WGN-AM, and the Chicago Cubs baseball team.[1]  Through

their television stations and WGN America, the Debtors' broadcasting and entertainment

segment reaches more than 80% of television households in the United States.  Thirteen (13) of

the Debtors' stations are affiliates of The CW Television Network, America's "fifth" major

broadcast network.  Seven (7) are affiliates of Fox Broadcasting Network.  As of the Petition

---

[1] The Debtors' subsidiaries that own the Chicago Cubs baseball operations and an interest in the broadcast network
Comcast SportsNet Chicago, LLC are not Debtors in these cases.

Date, the Debtors' broadcasting and entertainment segment employed approximately 2,600 full-time equivalent employees.

8.      The Debtors are based in the United States, with headquarters located in Chicago, Illinois.  In fiscal year 2007, the Debtors and their non-debtor subsidiaries (collectively, the "Tribune Entities") recorded revenues of approximately $5.1 billion, resulting in net income of approximately $87.0 million.  During this time, the publishing segment contributed approximately 72% of the Tribune Entities' revenue and the broadcasting and entertainment segment contributed approximately 28% of the Tribune Entities' revenue.  Advertising revenue is the primary source of revenue for both the publishing and broadcasting and entertainment segments.  For the quarterly period ended September 28, 2008, the consolidated financial statements of the Tribune Entities reported approximately $7.6 billion in total assets and approximately $13.9 billion in total liabilities.

<b><u>RELIEF REQUESTED</u></b>

9.      By this Motion, the Debtors seek entry of an order directing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1.

10.      These chapter 11 cases involve 111 affiliated Debtors.  Many, if not most, of the motions, applications, and other pleadings filed in these chapter 11 cases will relate to relief sought jointly by all of the Debtors.  For example, virtually all of the relief sought by the Debtors in the first day motions filed contemporaneously with this Motion is sought on behalf of all of the Debtors.  Accordingly, the interests of the Debtors, their creditors, and other parties-in-interest would be best served by the joint administration of these chapter 11 cases.  Joint administration of the Debtors' chapter 11 cases will also ease the administrative burdens on the

Court by allowing the Debtors' cases to be administered as a single joint proceeding instead of 111 independent chapter 11 cases.

11.     In order to administer the Debtors' chapter 11 cases as efficiently as possible, such cases should be jointly administered, for procedural purposes only, under the case number assigned to Tribune Company, which is the ultimate parent company of each of the other Debtors. The Debtors also request that the Clerk of the Court maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for Tribune Company.

12.     The Debtors further request that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-_____ |
| Debtors. | Jointly Administered |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc.

13.     The Debtors also request that a docket entry, substantially similar to the following, be entered on the docket of each of the Debtors other than Tribune Company to reflect the joint administration of the chapter 11 cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases commenced concurrently by Tribune Company and the above-captioned debtors. The docket in the chapter 11 case of Tribune Company, Case No. 08-_____ should be consulted for all matters affecting this case.

14.     The Debtors further request that the Court enter an order directing that any creditor filing a proof of claim against any of the Debtors shall file such proof of claim against the particular Debtor against which such claim is asserted, and not against the jointly administered case.

## BASIS FOR RELIEF

15.     Section 105(a) of the Bankruptcy Code provides the Court with the power to grant the relief requested herein by the Debtors.  Section 105(a) states that a bankruptcy court "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]."  Pursuant to Bankruptcy Rule 1015(b), if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when "the joint administration of two or more cases pending in this Court . . . will ease the administrative burden for the Court and the parties."  Del. Bankr. L.R. 1015-1.  The Debtors are "affiliates" as that term is defined under

---

(1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

section 101(2) of the Bankruptcy Code.  Accordingly, the Court is authorized to grant the relief requested herein.

16.     Joint administration of these chapter 11 cases will promote efficiency and ease administration for the Debtors, their creditors, other parties-in-interest, and the Court.  It will permit the Clerk of the Court to utilize a single docket for all of the cases, creating a centralized location for the numerous documents that are likely to be filed and served in these cases by the Debtors, creditors, and parties-in-interest, and for all notices and orders entered by the Court.  A single docket will also make it easier for parties-in-interest in each of the chapter 11 cases to stay apprised of all the various matters before the Court.  The Debtors will also likely realize substantial cost savings and reduced administrative burdens by sending notices in the cases to a single matrix of creditors and Rule 2002 list, rather than maintaining over 100 separate notice lists.

17.     Joint administration of these chapter 11 cases will not prejudice or adversely affect the rights of the Debtors' creditors.  The relief sought herein is purely procedural and is not intended to affect substantive rights.  Because these chapter 11 cases involve 111 Debtors, joint administration will help to reduce the volume of paper that otherwise would be filed with the Clerk of this Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays.  Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these chapter 11 cases by the Office of the United States Trustee.

18.     Finally, the entry of joint administration orders in multiple related cases such as these is common in this District and elsewhere.  See, e.g., In re Tropicana Entm't, LLC, Case No. 08-10856 (KJC) (Bankr. D. Del. May 12, 2008) (order directing joint administration of

related chapter 11 cases); In re Charys Holding Co., Inc., Case No. 08-10289 (BLS) (Bankr. D. Del. Feb. 15, 2008) (same); In re Holley Performance Prods. Inc., Case No. 08-10256 (PJW) (Bankr. D. Del. Feb. 12, 2008) (same); In re Wickes Holdings, LLC, Case No. 08-10212 (KJC) (Bankr. D. Del. Feb. 5, 2008) (same); In re Friedman's Inc., Case No. 08-10161 (CSS) (Bankr. D. Del. Jan. 28, 2008) (same); In re Buffets Holdings, Inc., Case No. 08-10141 (MFW) (Bankr. D. Del. Jan. 23, 2008) (same); In re Pope & Talbot, Inc., Case No. 07-11738 (CSS) (Bankr. D. Del. Nov. 21, 2007) (same); In re SN Liquidation, Inc., Case No. 07-11666 (KG) (Bankr. D. Del. Nov. 9, 2007) (same).

19.     For these reasons, the Debtors submit that the relief requested herein is in the best interest of the Debtors and their estates, and will reduce the administrative burdens on the Court and all parties-in-interest, and therefore should be granted.

## NOTICE

20.     Notice of this Motion has been provided to: (i) the Office of the United States Trustee; (ii) the United States Securities and Exchange Commission; (iii) the Office of the United States Attorney for the District of Delaware; (iv) the Internal Revenue Service; (v) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; (vi) the administrative agents for the Debtors' prepetition loan facilities; and (vii) the indenture trustee for the Debtors' prepetition notes. Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m). In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

## NO PRIOR REQUEST

21.     No previous application for the relief sought herein has been made to this Court or to any other court.

WHEREFORE, the Debtors respectfully request that the Court enter an order (i) directing the joint administration of the Debtors' chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
      December 8, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. McClelland
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

PROPOSED ATTORNEYS FOR
DEBTORS AND DEBTORS IN
POSSESSION