# EXHIBIT A

## List of Insurance Carriers for
## Tribune Company and Affiliates

| Insurance Policy No. | Insurance Carrier | Annual Premium | Expiration Date | Type of Insurance | Premium Due/ Date of Next Payment |
|---|---|---|---|---|---|
| **Excess/Umbrella Liability** | | | | | |
| QK01201777 | St. Paul Fire & Marine Insurance Company (Travelers) | $760,000 | 03/01/09 | Umbrella/ Excess 1—Includes Punitive | None |
| 79769303 | Federal Insurance Company (Chubb) | $370,000 | 03/01/09 | Excess 2 | None |
| 3310-13-29 | Chubb Atlantic Indemnity Ltd. | $46,250 | 03/01/09 | Punitive Wrap for Excess 2 | None |
| C000118007 | Allied World Insurance Company, Ltd (AWAC) | $305,681 | 03/01/09 | Excess 3—Excludes Cubs | None |
| XCPG23863996 | Ace American Insurance Company | $207,800 | 03/01/09 | Excess 4—Excludes Cubs | None |
| XLUM601524 | XL Insurance (Bermuda) Ltd. | $300,000 | 03/01/09 | Excess 5—Includes Punitive, Cubs, Excludes Media | None |
| **Media Liability** | | | | | |
| 8171-0293 | Executive Risk Indemnity Inc. (Chubb) | $299,000 | 03/01/09 | Primary Media Liability | None |
| 3310-14-43 | Chubb Atlantic Indemnity Ltd. | $51,500 | 03/01/09 | Punitive for Primary Media Liability | None |
| 003270107 | Illinois National Insurance Company (AIG) | $117,382 | 03/01/09 | Excess 5 Media | None |
| MCN634176 | Axis Reinsurance Company | $64,750 | 03/01/09 | Excess 6 Media | None |
| 8208-0447 | Executive Risk Indemnity Inc. (Chubb) | $40,700 | 03/01/09 | Excess 7 Media | None |
| **Aviation** | | | | | |
| 13000536 | Global Aerospace | $55,000 | 03/01/09 | Helipad | None |
| 13000537 | Global Aerospace | $60,000 | 03/01/09 | Helicopter—Non-Owned | None |
| **Auto Liability, General Liability, Foreign Liability** | | | | | |
| PHFD36823276 | Ace American Insurance Company | $38,764 | 03/01/09 | Foreign Liability | None |

Case 08-13141-BLS   Doc 7-1   Filed 12/08/08   Page 3 of 7

| Policy Number | Carrier | Premium | Expiration | Coverage | |
|---|---|---|---|---|---|
| BCS 0016767 | Scottsdale GL | $21,756 | 03/01/09 | General Liability--Special Events | None |
| GLO 5918664-02 | Zurich American Insurance Company | $25,034 | 03/01/09 | General Liability | None |
| BAP591866502 | Zurich American Insurance Company | $268,058 | 03/01/09 | Auto Liability | None |
| **Directors and Officers Liability** | | | | | |
| C008723/001 | Allied World Assurance Co. Ltd. (AWAC) | $72,750 | 12/20/08 | Directors and Officers Liability | None |
| MCN736283/01/2007 | Axis Insurance Company | $48,500 | 12/20/08 | Directors and Officers Liability | None |
| 317-0501 | AIG | $72,750 | 12/20/08 | Directors and Officers Liability | None |
| 204828-017 | Liberty Mutual Insurance Company | $53,000 | 12/20/08 | Directors and Officers Liability | None |
| 14MGU07A15911 | U.S. Specialty Insurance Company (HCC) | $53,333 | 12/20/08 | Directors and Officers Liability | None |
| 8209-4599 | Federal Insurance Company (Chubb) | $53,333 | 12/20/08 | Directors and Officers Liability | None |
| 00DA024751707 | Twin City Fire Insurance Company (Hartford) | $80,000 | 12/20/08 | Directors and Officers Liability | None |
| 996-71-64 | Illinois National Insurance Company | $63,630 | 12/20/08 | Directors and Officers Liability | None |
| NHS627460 | RSUI Indemnity Company | $40,000 | 12/20/08 | Directors and Officers Liability | None |
| MCN736281/01/2007 | Axis Insurance Company | $88,681 | 12/20/08 | Directors and Officers Liability | None |
| DFX3911896 | Great American Insurance Company | $90,000 | 12/20/08 | Directors and Officers Liability | None |
| 14MGU07A15910 | U.S. Specialty Insurance Company (HCC) | $140,000 | 12/20/08 | Directors and Officers Liability | None |
| DOXG23649263001 | ACE American Insurance Company | $170,000 | 12/20/08 | Directors and Officers Liability | None |
| DOC5963461- | Zurich | $200,000 | 12/20/08 | Directors and Officers | None |

2

| | | | | | |
|---|---|---|---|---|---|
| 00 | American Insurance Company | | | Liability | |
| 997-24-71 | Illinois National Insurance Company (AIG) | $282,805 | 12/20/08 | Directors and Officers Liability | None |
| 8209-4590 | Federal Insurance Company (Chubb) | $400,000 | 12/20/08 | Directors and Officers Liability | None |
| **Directors and Officers Liability Runoff** | | | | | |
| TRIB-1415C | Corporate Officers & Directors Assurance Ltd. | | 12/20/13 | Directors and Officers Liability Runoff | None |
| C000871/006 | Allied World Assurance Co. Ltd. (AWAC) | $220,224 | 12/20/13 | Directors and Officers Liability Runoff | None |
| ELU099904-07 | XL Specialty Insurance Company | $73,418 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 190343-017 | Liberty Mutual Insurance Company | $75,145 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 14-MGU-07-A15123 | U.S. Specialty Insurance Company (HCC) | $75,577 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 6803-3016 | Federal Insurance Company (Chubb) | $77,736 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 00 DA 0211880 07 | Twin City Fire Insurance Company (Hartford) | $79,636 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 512CM1738 | The St. Paul Mercury Insurance Company (Travelers) | $90,260 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 193-25-40 | Illinois National Insurance Company (AIG) | $95,011 | 12/20/13 | Directors and Officers Liability Runoff | None |
| NHS624752 | RSUI Indemnity Company | $43,187 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 14-MGU-07-A15122 | U.S. Specialty Insurance Company (HCC) | $95,011 | 12/20/13 | Directors and Officers Liability Runoff | None |

3

| | | | | | |
|---|---|---|---|---|---|
| MCN 721098/01/2007 | Axis Insurance Company | $95,011 | 12/20/13 | Directors and Officers Liability Runoff | None |
| DFX0009415 | Great American Insurance Company | $157,545 | 12/20/13 | Directors and Officers Liability Runoff | None |
| DOC 5323861-04 | Zurich American Insurance Company | $196,932 | 12/20/13 | Directors and Officers Liability Runoff | None |
| DOX G21650675 005 | ACE American Insurance Company | $259,121 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 193-25-38 | Illinois National Insurance Company (AIG) | $323,901 | 12/20/13 | Directors and Officers Liability Runoff | None |
| 8130-1880 | Federal Insurance Company (Chubb) | $431,868 | 12/20/13 | Directors and Officers Liability Runoff | None |
| **Fiduciary Liability** | | | | | |
| 996-70-99 | Illinois National Insurance Company (AIG) | $181,722 | 12/20/08 | Employee Benefit Plan Fiduciary Liability | None |
| 8209-4602 | Federal Insurance Company (Chubb) | $127,200 | 12/20/08 | Pension and Welfare Benefit Plan Fiduciary Liability | None |
| MCN736280/-1/2007 | AXIS Insurance Company | $100,248 | 12/20/08 | Fiduciary Liability | None |
| 14-MGU-07-A15909 | U.S. Specialty Insurance Company (HCC) | $90,223 | 12/20/08 | Employee Benefit Plan Fiduciary Liability | None |
| FLC 596346300 | Zurich American Insurance Company | $85,000 | 12/20/08 | Fiduciary Liability Excess | None |
| ELU102095-07 | XL Specialty Insurance | $120,000 | 12/20/08 | Fiduciary Liability | None |
| NHS627461 | RSUI Indemnity Company | $120,000 | 12/20/08 | Fiduciary Liability | None |
| 317-0500 | AIG Casualty Company | $160,000 | 12/20/08 | Fiduciary Liability | None |
| **Fiduciary Liability Runoff** | | | | | |
| 512 CM 1739 | The St. Paul Mercury Insurance | $34,656 | 12/20/13 | Fiduciary Liability Runoff | None |

| | Company (Travelers) | | | | |
|---|---|---|---|---|---|
| 14-MGU-07-A15124 | U.S. Specialty Insurance Company (HCC) | $36,480 | 12/20/13 | Fiduciary Liability Runoff | None |
| MCN 728389/01/2007 | Axis Insurance Company | $39,520 | 12/20/13 | Fiduciary Liability Runoff | None |
| 8130-1881 | Federal Insurance Company (Chubb) | $45,600 | 12/20/13 | Fiduciary Liability Runoff | None |
| 193-25-37 | Illinois National Insurance Company (AIG | $51,680 | 12/20/13 | Fiduciary Liability Runoff | None |
| **Crime** | | | | | |
| '012115928 | National Union Fire Insurance Company of Pittsburgh, PA (AIG) | $78,266 | 12/20/09 | Crime (excess) | None |
| 8058-6342 | Federal Insurance Company (Chubb) | $152,750 | 12/20/09 | Crime (Primary) | None |
| **Property** | | | | | |
| 358-1CAM001 | Multimedia Insurance Company | $40,000 | 08/01/09 | Camera—Broadcasting | None |
| 358-1TPCP01 | Multimedia Insurance Company | $40,000 | 08/01/09 | Third Party Controlled Property | None |
| 358-1TRIEA1 | Multimedia Insurance Company | $150,000 | 08/01/09 | TRIA/Terrorism all coverage | None |
| **Miscellaneous Insurance** | | | | | |
| ETB-019044 | The Hartford Insurance Group (to be replaced with United Healthcare on 01/01/09) | $62,973 | 01/01/09 | Business Travel Accident | None |
| 358-1BTDIC1 | Multimedia Insurance Company | $250,000 | 01/01/09 | Business Travel Accident—Difference in Condition | None |
| A05SC2194900 | Lloyd's | $129,250 | 04/01/09 | Special Employee Benefits | None |
| PEC0010026 | Indian Harbor Insurance/ESC (XL) | $739,139 | 09/17/11 | Pollution | None |
| **Premium Financed Policy** | | | | | |
| FC727 | Factory | $2,374,081 | 08/01/09 | Property and Business | Balance |

5

| | Mutual Insurance Company | | | Interruption | Remaining: $1,409,089.15<br><br>Next Payment: $201,289.45<br><br>Due: 01/01/09 |
|---|---|---|---|---|---|