# **EXHIBIT B**



Exhibit B — Debtors' Centralized Cash Management System