# EXHIBIT C

**Debtors' Bank Accounts**

<u>Exhibit C</u>

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| JPMorgan Chase Bank | Tribune Company | **************122 | Primary Concentration | $2.5MM Avl/$4MM Ledger |
| JPMorgan Chase Bank | Tribune Company | **************984 | Primary Concentration | ZBA |
| JPMorgan Chase Bank | Gold Coast Publications, Inc. | **************529 | Direct Debit - Postage | ZBA |
| JPMorgan Chase Bank | Orlando Sentinel Communications Company | **************280 | Direct Debit - Postage | ZBA |
| JPMorgan Chase Bank | Sun-Sentinel Company | **************731 | Direct Debit - Postage | ZBA |
| JPMorgan Chase Bank | The Baltimore Sun Company | **************856 | Direct Debit - Postage | ZBA |
| JPMorgan Chase Bank | Tribune Direct Marketing, Inc. | **************666 | Direct Debit - Postage | ZBA |
| JPMorgan Chase Bank | Tribune Company | **************821 | Direct Debit - Tax | ZBA |
| JPMorgan Chase Bank | Tribune Company | ****-274 | Investment - Inactive | $0 * |
| JPMorgan Chase Bank | Eagle New Media Investments, LLC | ******053 | Other - Refund Account | ZBA |
| JPMorgan Chase Bank | Insertco, Inc. | *******196 | Other Receivables | $300K |
| JPMorgan Chase Bank | Insertco, Inc. | *******218 | Other Receivables | $10K |
| JPMorgan Chase Bank | Chicago Tribune Company | **************040 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Chicago Tribune Company | **************077 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Eagle New Media Investments, LLC | **************046 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Los Angeles Times Communications LLC | **************150 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Orlando Sentinel Communications Company | **************127 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Sun-Sentinel Company | **************051 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | The Baltimore Sun Company | **************010 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | The Daily Press, Inc. | **************176 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | The Hartford Courant Company | **************135 | Other Receivables - Circulation | ZBA |

\* Amount reflects current balance

Exhibit C

## Debtors' Bank Accounts

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| JPMorgan Chase Bank | The Morning Call, Inc. | **************200 | Other Receivables - Circulation | ZBA |
| JPMorgan Chase Bank | Tribune Company | **************252 | Payroll | ZBA |
| JPMorgan Chase Bank | Chicagoland Television News, Inc. | **************085 | Receivables Facility | ZBA |
| JPMorgan Chase Bank | Tribune Television Company | **************059 | Receivables Facility | ZBA |
| JPMorgan Chase Bank | Tribune Television Company | **************128 | Receivables Facility | ZBA |
| JPMorgan Chase Bank | Tribune Television New Orleans, Inc. | **************568 | Receivables Facility | ZBA |
| JPMorgan Chase Bank | WGN Continental Broadcasting Company | *******009 | Receivables Facility | ZBA |
| JPMorgan Chase Bank | WPIX, Inc. | **************740 | Receivables Facility | ZBA |
| Bank of America | Tribune Company | ********945 | Concentration | $10MM |
| Bank of America | Eagle New Media Investments LLC | ********608 | Direct Debit - Postage | ZBA |
| Bank of America | Tribune Company | *******-*****353 | Investment - Inactive | $0 * |
| Bank of America | California Community News Corporation | ********661 | Other Receivables - Business Unit | ZBA |
| Bank of America | Chicago Avenue Construction Company | ********827 | Other Receivables - Business Unit | ZBA |
| Bank of America | Chicago Tribune Company | ********578 | Other Receivables - Business Unit | ZBA |
| Bank of America | Chicagoland Publishing Company | ********005 | Other Receivables - Business Unit | ZBA |
| Bank of America | Eagle New Media Investments LLC | ********603 | Other Receivables - Business Unit | ZBA |
| Bank of America | Eagle New Media Investments LLC | ********622 | Other Receivables - Business Unit | ZBA |
| Bank of America | Forsalebyowner.com Corporation | ********010 | Other Receivables - Business Unit | $0 |
| Bank of America | Forsalebyowner.com Corporation | ********753 | Other Receivables - Business Unit | ZBA |
| Bank of America | Hoy Publications, LLC | ********307 | Other Receivables - Business Unit | ZBA |
| Bank of America | Hoy Publications, LLC | ********686 | Other Receivables - Business Unit | ZBA |

* Amount reflects current balance

Exhibit C

# Debtors' Bank Accounts

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| Bank of America | KPLR, Inc. | *******453 | Other Receivables - Business Unit | ZBA |
| Bank of America | KWGN Inc. | *******243 | Other Receivables - Business Unit | ZBA |
| Bank of America | Los Angeles Times Communications LLC | *******168 | Other Receivables - Business Unit | ZBA |
| Bank of America | Los Angeles Times Communications LLC | *******171 | Other Receivables - Business Unit | ZBA |
| Bank of America | New Mass. Media, Inc. | *******192 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Company | *******172 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Entertainment Company | *******946 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Media Net, Inc. | *******416 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Media Services, Inc. | *******675 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Media Services, Inc. | *******948 | Other Receivables - Business Unit | ZBA |
| Bank of America | Tribune Media Services, Inc. | *******990 | Other Receivables - Business Unit | ZBA |
| Bank of America | Valumail, Inc. | *******645 | Other Receivables - Business Unit | ZBA |
| Bank of America | Chicago Tribune Company | *******558 | Other Receivables - Circulation | ZBA |
| Bank of America | Chicago Tribune Company | *******560 | Other Receivables - Circulation | ZBA |
| Bank of America | Chicago Tribune Company | *******561 | Other Receivables - Circulation | ZBA |
| Bank of America | Homestead Publishing Company | *******725 | Other Receivables - Circulation | ZBA |
| Bank of America | Orlando Sentinel Communications Company | *******9285 | Other Receivables - Circulation | ZBA |
| Bank of America | Orlando Sentinel Communications Company | *******860 | Other Receivables - Circulation | ZBA |
| Bank of America | Sun-Sentinel Company | *******666 | Other Receivables - Circulation | ZBA |
| Bank of America | The Baltimore Sun Company | *******409 | Other Receivables - Circulation | ZBA |
| Bank of America | The Daily Press, Inc. | *******202 | Other Receivables - Circulation | ZBA |

* Amount reflects current balance

**Exhibit C**

**Debtors' Bank Accounts**

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| Bank of America | The Daily Press, Inc. | *******751 | Other Receivables - Circulation | ZBA |
| Bank of America | The Hartford Courant Company | *******443 | Other Receivables - Circulation | ZBA |
| Bank of America | Virginia Gazette Companies, LLC | *******373 | Other Receivables - Circulation | ZBA |
| Bank of America | Channel 39, Inc. | *******224 | Receivables Facility | ZBA |
| Bank of America | Channel 40, Inc. | *******182 | Receivables Facility | ZBA |
| Bank of America | Chicago Tribune Company | *******559 | Receivables Facility | ZBA |
| Bank of America | Forum Publishing Group, Inc. | *******285 | Receivables Facility | ZBA |
| Bank of America | Forum Publishing Group, Inc. | *******286 | Receivables Facility | ZBA |
| Bank of America | KIAH Inc. | *******096 | Receivables Facility | ZBA |
| Bank of America | KSWB Inc. | *******094 | Receivables Facility | ZBA |
| Bank of America | KTLA Inc. | *******161 | Receivables Facility | ZBA |
| Bank of America | Los Angeles Times Communications LLC | *******912 | Receivables Facility | ZBA |
| Bank of America | Orlando Sentinel Communications Company | *******556 | Receivables Facility | ZBA |
| Bank of America | Sun-Sentinel Company | *******665 | Receivables Facility | ZBA |
| Bank of America | The Baltimore Sun Company | *******229 | Receivables Facility | ZBA |
| Bank of America | The Daily Press, Inc. | *******438 | Receivables Facility | ZBA |
| Bank of America | The Hartford Courant Company | *******178 | Receivables Facility | ZBA |
| Bank of America | The Morning Call, Inc. | *******187 | Receivables Facility | ZBA |
| Bank of America | Tower Distribution Company | *******245 | Receivables Facility | ZBA |
| Bank of America | Tribune Broadcast Holdings, Inc. | *******458 | Receivables Facility | ZBA |
| Bank of America | Tribune Television Company | *******200 | Receivables Facility | ZBA |

* Amount reflects current balance

**Exhibit C**

**Debtors' Bank Accounts**

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| Bank of America | Tribune Television Company | *******205 | Receivables Facility | ZBA |
| Bank of America | Tribune Television Company | *******658 | Receivables Facility | ZBA |
| Bank of America | Tribune Television Holdings, Inc. | *******020 | Receivables Facility | ZBA |
| Bank of America | Tribune Television Northwest, Inc. | *******374 | Receivables Facility | ZBA |
| Bank of America | WDCW Broadcasting, Inc. | *******428 | Receivables Facility | ZBA |
| Bank of America | WGN Continental Broadcasting Company | *******3165 | Receivables Facility | ZBA |
| Bank of America | WGN Continental Broadcasting Company | *******166 | Receivables Facility | ZBA |
| Bank of America | Los Angeles Times Communications LLC | *******917 | Receivables Facility | ZBA |
| Bank of America | Orlando Sentinel Communications Company | *******557 | Receivables Facility | ZBA |
| Bank of America | The Daily Press, Inc. | *******785 | Receivables Facility | ZBA |
| Bank of America | The Morning Call, Inc. | *******099 | Receivables Facility | ZBA |
| Bank of America | WGN Continental Broadcasting Company | *******406 | Receivables Facility | ZBA |
| Northern Trust Bank | Tribune Company | 882** | NT - Primary Disbursement | $10K |
| Northern Trust Bank | Tribune Company | 387***** | NT - CDA - Tribune FSC | ZBA |
| Northern Trust Bank | Tribune Company | 388***** | NT - CDA - Tribune FSC | ZBA |
| Northern Trust Bank | Chicago Tribune Company | 301***** | NT - Other Receivables | ZBA |
| Northern Trust Bank | Chicago Tribune Newspapers, Inc. | **029 | Other | $79K |
| Fidelity | Chicago Tribune Company | ******059 | Investment | $228MM * |
| Fidelity | WGN Continental Broadcasting Company | ******034 | Investment | $97MM * |
| Bank of Baghdad | Chicago Tribune Press Service, Inc. | ***078 | Other | $20K |
| Bank of China | Chicago Tribune Press Service, Inc. | **********014 | Other | $2k |

\* Amount reflects current balance

**Debtors' Bank Accounts**

**Exhibit C**

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| Barclays Bank PLC | Tribune Company | **873 | Investment - Inactive | $0 |
| Citizens State Bank | Tribune Direct Marketing, Inc. | **********330 | Other Receivables | $0 |
| Credit Suisse Securities | Tribune Company | ******624 | Investment - Inactive | $0 |
| DWS Investments | Tribune Company | *******733 | Investment - Inactive | $0 |
| Key Bank | TMS Entertainment Guides, Inc. | **********498 | Other Receivables | $150K |
| Key Bank | Tribune Media Services, Inc. | **********201 | Other Receivables | $150K |
| Lehman | Tribune Company | *******981 | Investment - Inactive | $0 |
| M&T Bank | The Baltimore Sun Company | ******481 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******571 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******147 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******921 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******065 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******111 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******845 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******790 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ********815 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******362 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | *******649 | M&T - Other Receivables | ZBA |
| M&T Bank | The Baltimore Sun Company | ******781 | Other Receivables | $0 |
| Merrill Lynch | Tribune Company | ****023 | Investment - Inactive | $0 |
| Morgan Stanley | Tribune Company | *******585 | Investment - Inactive | $0 |

* Amount reflects current balance

**Exhibit C**

**Debtors' Bank Accounts**

| Bank | Account Holder | Account Number | Account Type | Average Monthly Balance |
|---|---|---|---|---|
| National Westminster Bank | Los Angeles Times International, Ltd. | *****862 | Other | $45K |
| Oxford Bank & Trust | Tribune Direct Marketing, Inc. | ******401 | OBT - Other Receivables | $300k |
| Oxford Bank & Trust | Tribune Direct Marketing, Inc. | ******701 | OBT - Other Receivables | $300k |
| Oxford Bank & Trust | Tribune Direct Marketing, Inc. | ******001 | OBT - Other Receivables | $15k |
| Oxford Bank & Trust | Tribune Direct Marketing, Inc. | ******601 | OBT - Other Receivables | $150k |
| Oxford Bank & Trust | Tribune Direct Marketing, Inc. | ******801 | Other Receivables | $500K |
| Suntrust Bank | Orlando Sentinel Communications Company | ****_******488 | Other Receivables | $180K |
| Suntrust Bank | Sun-Sentinel Company | ***********550 | Other Receivables | $0 |
| Suntrust Bank | The Daily Press, Inc. | ****566 | Other Receivables | $125k |
| Suntrust Bank | Virginia Gazette Companies, LLC | ******455 | Other Receivables | $200K |
| The PrivateBank and Trust Company | Chicago Tribune Company | ****556 | Other | $0k |
| Toronto Dominion Bank | Tribune Media Services, Inc. | ***772 | Other Receivables | $100K |
| VTB Bank | Los Angeles Times Communications LLC | *******************237 | Other | $30K |
| ZAO UniCredit Bank | Chicago Tribune Press Service, Inc. | *******************469 | Other | $5K |

\* Amount reflects current balance