# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141-KJC |
| Debtors. | Joint Administration Requested |

## NOTICE OF HEARING TO CONSIDER FIRST DAY MOTIONS AND RELATED PLEADINGS

**PLEASE TAKE NOTICE** that on December 8, 2008, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code").

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of their voluntary petitions, the Debtors have filed the following first day motions and related pleadings (collectively, the "First Day Motions"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

A.    Affidavit in Support

    1.    Affidavit of Chandler Bigelow III, Senior Vice President and Chief
Financial Officer of Tribune Company in Support of First Day Motions
[Docket No. 3]

B.    Administrative Motions

    2.    Motion of the Debtors for an Order Directing Joint Administration of
Their Related Chapter 11 Cases [Docket No. 4]

    3.    Application for an Order Authorizing the Debtors and Debtors in
Possession to Retain and Employ Epiq Bankruptcy Solutions, LLC as
Claims, Noticing, and Balloting Agent Pursuant to 28 U.S.C. § 156(c),
Rule 2002(f) of the Federal Rules of Bankruptcy Procedure and Local
Rule 2002-1(f) as of the Petition Date [Docket No. 5]

C.    First Day Pleadings

    4.    Motion of the Debtors for an Order Authorizing, but not Directing, the
Payment of Certain Prepetition Sales, Use, Franchise and Property Taxes,
Licensing Fees, and Similar Obligations [Docket No. 6]

    5.    Motion of the Debtors for an Order Authorizing the Debtors to (I) Pay
Installments Under Prepetition Insurance Premium Finance Arrangement,
(II) Continue Prepetition Insurance Programs and (III) Pay All Prepetition
Obligations in Respect Thereof [Docket No. 7]

    6.    Motion of the Debtors for an Order Authorizing, but not Requiring, the
Debtors to Honor Certain Prepetition Obligations to Customers and to
Otherwise Continue Prepetition Customer Programs and Practices in the
Ordinary Course of Business [Docket No. 8]

    7.    Motion for an Order (I) Authorizing: (A) Payment of Prepetition
Employee Wages, Salaries, and Other Compensation; (B) Payment of
Prepetition Compensation Owed to Independent Contractors and
Temporary Workers; (C) Reimbursement of Prepetition Employee
Business Expenses; (D) Payments for Which Prepetition Payroll and Tax
Deductions Were Made; (E) Contributions to Prepetition Employee
Benefit Programs and Continuation of Such Programs in the Ordinary
Course; (F) Payment of Workers' Compensation Obligations; and (G)
Payment to Third Parties of All Costs and Expenses Incident to the
Foregoing Payments and Contributions; and (II) Authorizing Applicable
Banks and Other Financial Institutions to Honor and Pay All Checks and
Transfers Drawn on the Debtors' Payroll Accounts to Make the Foregoing
Payments [Docket No. 9]

46429/0001-5193163v3

8.      Motion of the Debtors for an Order (I) Approving Cash Management
        Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business
        Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an
        Interim Basis, and (IV) Granting Administrative Expense Status to
        Postpetition Intercompany Transactions [Docket No. 10]

9.      Motion for an Interim Order and a Final Order Pursuant to Sections 105(a)
        and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from
        Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility
        Providers Adequately Assured of Future Performance, and (III)
        Establishing Procedures for Determining Adequate Assurance of Payment
        [Docket No. 11]

10.     Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 363(b) and
        363(c)(1) Authorizing, but not Requiring, the Debtors to Continue to
        Operate in the Ordinary Course, Including Payment of Prepetition Date
        Claims, with Respect to Brokers [Docket No. 12]

11.     Motion of the Debtors for an Order Authorizing, but not Directing, the
        Payment of Prepetition Claims of Shippers and Lien Claimants [Docket
        No. 13]

12.     Motion for an Order Granting Debtors Additional Time to File Schedules
        of Assets and Liabilities and Statements of Financial Affairs [Docket No.
        14]

13.     Motion of the Debtors for (I) an Order Authorizing, on an Emergency
        Basis, Payment of Certain Prepetition Claims of Critical Vendors and (II)
        an Order Authorizing, but not Directing, After Notice and a Hearing, the
        Debtors to Pay Certain Obligations Arising in Connection with Goods
        Received by the Debtors Within the Twenty Day Period Before the
        Petition Date [Docket No. 15]

14.     Motion of the Debtors for an Order (I) Authorizing the Debtors to Assume
        a Modified Securitization Facility and to Continue Selling Receivables
        and Related Rights Pursuant Thereto, (II) Authorizing the Debtors to enter
        into a Letter of Credit Facility, (III) Modifying the Automatic Stay and
        (IV) Granting Other Related Relief Pursuant to Sections 105, 362(d),
        363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d) and 365
        of the Bankruptcy Code [Docket No. To Be Filed]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "First Day Hearing") with respect to the First Day Motions is scheduled for **Wednesday, December 10, 2008 at 10:30 a.m. (prevailing Eastern Time)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 before the Honorable Kevin J. Carey, Chief, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents referenced herein may be obtained (i) through the website of the Debtors' proposed noticing agent (http://chapter11.epiqsystems.com/tribune), (ii) from the Office of the Clerk, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) through the Court's website at www.deb.uscourts.gov using the CM/ECF service; or (iv) from Parcels, Inc. at irizcolon@parcelsinc.com.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

Dated: Wilmington, Delaware
      December 8, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

4