# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141-KJC<br><br>Joint Administration Requested<br><br>**Related to Docket No. 19** |

**CONFIDENTIAL DOCUMENT TO BE KEPT UNDER SEAL**

JOINT MOTION OF THE DEBTORS AND BARCLAYS BANK PLC
FOR ENTRY OF AN ORDER AUTHORIZING TO FILE UNDER
SEAL CERTAIN FEE LETTERS

| | |
|---|---|
| Dated: Wilmington, Delaware<br>　　　　December 9, 2008 | Respectfully submitted,<br><br>SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>James F. Conlan<br>Candice L. Kline<br>One South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>　　　　-and-<br><br>COLE, SCHOTZ, MEISEL, FORMAN<br>& LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware  19801<br>Telephone:  (302) 652-3131<br>Facsimile:  (302) 652-3117<br><br>PROPOSED ATTORNEYS FOR DEBTORS<br>AND DEBTORS IN POSSESSION |