**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re: : Chapter 11 Cases
:
TRIBUNE COMPANY, et al., : Case No. 08-13141- (KJC)
:
Debtors. : Joint Administration Requested
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE BANKRUPTCY COURT
AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Jeffrey N. Rich, Esquire and Charles R. Smith, Esquire of K&L Gates LLP hereby give notice of their appearance in this matter as counsel for GreatBanc Trust Company, as trustee of the Tribune Employee Stock Ownership Trust ( "GreatBanc"), party in interest herein.  Please serve all notices, motions, applications, reports, stipulations, orders, pleadings, and other papers filed in this case and any related proceeding, including without limitation all such items referred to in Bankruptcy Rules 2002, 2015, and 9007, on GreatBanc by delivering copies thereof to the undersigned at the following addresses:

>Jeffrey N. Rich, Esq.
>K&L GATES LLP
>599 Lexington Avenue
>New York, NY 10022-6030
>(212) 536-3900 (telephone)
>(212) 536-3901 (facsimile)
>
>-and-

NY-652564 v2

       Charles R. Smith, Esq.
       K&L GATES LLP
       Henry W. Oliver Building
       535 Smithfield Street
       Pittsburgh, PA  15222-2312
       (412) 355-6500 (telephone)
       (412) 355-6501 (facsimile)

       Respectfully submitted,

Dated: New York, New York  K&L GATES LLP
    December 9, 2008


       By: /s/ Jeffrey N. Rich
         Jeffrey N. Rich, Esq.
         599 Lexington Avenue
         New York, NY 10022
         (212) 536-3900 (telephone)
         (212) 536-3901 (facsimile)

       Counsel for GreatBanc Trust Company,
       as Trustee of the Tribune Employee Stock
       Ownership Trust