IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141-KJC |
| Debtors. | Joint Administration Requested |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF FREDERICK D. HYMAN**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Frederick D. Hyman of Mayer Brown LLP to represent Barclays Bank PLC in the above captioned cases.

Dated: December 9, 2008
       Wilmington, DE

William E. Chipman, Jr. (No. 3818)
Edwards Angell Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 777-7770
Facsimile:  (302) 777-7263
Email:      wchipman@eapdlaw.com

*Counsel to Barclays Bank PLC*

WLM 515771.1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and am admitted to practice before the United States District Court for the Northern and Southern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 9, 2008

Frederick D. Hyman
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
Telephone: (212) 506-2500
Facsimile: (212) 262-1910
Email: fhyman@mayerbrown.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: December 10, 2008

The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

WLM 515771.1