IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, <u>et al.</u>, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**<u>NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>**

Pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure,

the Federal Communications Commission, a party-in-interest and creditor herein, hereby appears

through the United States Department of Justice, Civil Division and demands service of all notices

and papers herein upon:

Matthew J. Troy, Esq.
United States Department of Justice
Civil Division
matthew.troy@usodj.gov

<u>via regular mail</u>
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

and

<u>via overnight delivery</u>
1100 L Street, N.W.
Room 10006
Washington, DC 20530

Please take notice that this demand includes all pleadings of any kind, including, without

limitation, all notices, motions, complaints, and orders, whether written or oral, formal or

informal, however transmitted, related in any way to the debtor, its property, or its estate.

Please take further notice that neither this notice nor any later appearance, pleading, proof

of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters

entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any

proceeding triable in this case or any case, controversy, or proceeding related to these chapter 11

cases, (iii) the right to have the United States District Court for the District of Delaware

withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any

objection to the jurisdiction of this Court for any purpose other than with respect to this Notice,

(v) any election of remedy, and (vi) any other rights, claims, actions, defenses, set offs, or

recoupments as appropriate, in law or in equity, under any agreements, all of which rights,

claims, actions, defenses set offs and recoupments are expressly reserved.

This 10th day of December 2008.

Respectfully submitted

GREGORY G. KATSAS
Assistant Attorney General

DAVID WEISS
Acting United States Attorney

ELLEN W. SLIGHTS
Assistant U.S. Attorney

/s/ Matthew J. Troy
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
MATTHEW J. TROY
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
(202) 514-9038 (o)
(202) 307-0494 (f)
matthew.troy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of December 2008, I caused a true and correct copy of foregoing Notice of Appearance to be served electronically upon all parties entitled to receive electronic notice in this case and via first class, U.S. Mail upon:

Office of United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

J. Kate Stickles
Cole, Schotz, et al.
1000 North West Street, Suite 1200
Wilmington, DE 19801

/s/  Matthew J. Troy
Matthew J. Troy