## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY | Case No. 08-13141 (KJC) |
| Debtor. | |
| Tax ID No. 36-1880355 | |
| In re: | Chapter 11 |
| 435 PRODUCTION COMPANY | Case No. 08-13142 (KJC) |
| Debtor. | |
| Tax ID No. 95-4388865 | |
| In re: | Chapter 11 |
| 5800 SUNSET PRODUCTIONS INC. | Case No. 08-13143 (KJC) |
| Debtor. | |
| Tax ID No. 36-3845510 | |
| In re: | Chapter 11 |
| BALTIMORE NEWSPAPER NETWORKS, INC. | Case No. 08-13144 (KJC) |
| Debtor. | |
| Tax ID No. 52-1998258 | |
| In re: | Chapter 11 |
| CALIFORNIA COMMUNITY NEWS CORPORATION | Case No. 08-13145 (KJC) |
| Debtor. | |
| Tax ID No. 95-4425306 | |

| | |
|---|---|
| In re: | Chapter 11 |
| CANDLE HOLDINGS CORPORATION | Case No. 08-13146 (KJC) |
| Debtor. | |
| Tax ID No. 95-4645626 | |
| In re: | Chapter 11 |
| CHANNEL 20, INC. | Case No. 08-13147 (KJC) |
| Debtor. | |
| Tax ID No. 06-1057399 | |
| In re: | Chapter 11 |
| CHANNEL 39, INC. | Case No. 08-13148 (KJC) |
| Debtor. | |
| Tax ID No. 65-0085256 | |
| In re: | Chapter 11 |
| CHANNEL 40, INC. | Case No. 08-13149 (KJC) |
| Debtor. | |
| Tax ID No. 68-0183844 | |
| In re: | Chapter 11 |
| CHICAGO AVENUE CONSTRUCTION COMPANY | Case No. 08-13150 (KJC) |
| Debtor. | |
| Tax ID No. 36-4328634 | |
| In re: | Chapter 11 |
| CHICAGO RIVER PRODUCTION COMPANY | Case No. 08-13151 (KJC) |
| Debtor. | |
| Tax ID No. 36-3845434 | |

2

| | |
|---|---|
| In re: | Chapter 11 |
| CHICAGO TRIBUNE COMPANY | Case No. 08-13152 (KJC) |
| Debtor. | |
| Tax ID No. 36-2643437 | |
| In re: | Chapter 11 |
| CHICAGO TRIBUNE NEWSPAPERS, INC. | Case No. 08-13153 (KJC) |
| Debtor. | |
| Tax ID No. 36-6100439 | |
| In re: | Chapter 11 |
| CHICAGO TRIBUNE PRESS SERVICE, INC. | Case No. 08-13154 (KJC) |
| Debtor. | |
| Tax ID No. 36-2273167 | |
| In re: | Chapter 11 |
| CHICAGOLAND MICROWAVE LICENSEE, INC. | Case No. 08-13155 (KJC) |
| Debtor. | |
| Tax ID No. 36-3721579 | |
| In re: | Chapter 11 |
| CHICAGOLAND PUBLISHING COMPANY | Case No. 08-13156 (KJC) |
| Debtor. | |
| Tax ID No. 36-3993237 | |

CHI 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| CHICAGOLAND TELEVISION NEWS, INC. | Case No. 08-13157 (KJC) |
| Debtor. | |
| Tax ID No. 36-3801352 | |
| In re: | Chapter 11 |
| COURANT SPECIALTY PRODUCTS, INC. | Case No. 08-13159 (KJC) |
| Debtor. | |
| Tax ID No. 06-1529221 | |
| In re: | Chapter 11 |
| DIRECT MAIL ASSOCIATES, INC. | Case No. 08-13160 (KJC) |
| Debtor. | |
| Tax ID No. 23-2536121 | |
| In re: | Chapter 11 |
| DISTRIBUTION SYSTEMS OF AMERICA, INC. | Case No. 08-13161 (KJC) |
| Debtor. | |
| Tax ID No. 11-3033811 | |
| In re: | Chapter 11 |
| EAGLE NEW MEDIA INVESTMENTS, LLC | Case No. 08-13162 (KJC) |
| Debtor. | |
| Tax ID No. 06-1516661 | |

CHI 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| EAGLE PUBLISHING INVESTMENTS, LLC | Case No. 08-13163 (KJC) |
| Debtor. | |
| Tax ID No. 04-3436327 | |
| In re: | Chapter 11 |
| FORSALEBYOWNER.COM CORP. | Case No. 08-13165 (KJC) |
| Debtor. | |
| Tax ID No. 13-4120219 | |
| In re: | Chapter 11 |
| FORSALEBYOWNER.COM REFERRAL SERVICES, LLC | Case No. 08-13166 (KJC) |
| Debtor. | |
| Tax ID No. 26-2909205 | |
| In re: | Chapter 11 |
| FORTIFY HOLDINGS CORPORATION | Case No. 08-13167 (KJC) |
| Debtor. | |
| Tax ID No. 95-4645628 | |
| In re: | Chapter 11 |
| FORUM PUBLISHING GROUP, INC. | Case No. 08-13168 (KJC) |
| Debtor. | |
| Tax ID No. 65-0612940 | |
| In re: | Chapter 11 |
| GOLD COAST PUBLICATIONS, INC. | Case No. 08-13169 (KJC) |
| Debtor. | |
| Tax ID No. 59-2145505 | |

CHI 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| GREENCO, INC. | Case No. 08-13170 (KJC) |
| Debtor. | |
| Tax ID No. 95-2067416 | |
| In re: | Chapter 11 |
| HEART & CROWN ADVERTISING, INC. | Case No. 08-13171 (KJC) |
| Debtor. | |
| Tax ID No. 06-1099808 | |
| In re: | Chapter 11 |
| HOMEOWNERS REALTY, INC. | Case No. 08-13172 (KJC) |
| Debtor. | |
| Tax ID No. 84-1641507 | |
| In re: | Chapter 11 |
| HOMESTEAD PUBLISHING CO. | Case No. 08-13173 (KJC) |
| Debtor. | |
| Tax ID No. 52-0704903 | |
| In re: | Chapter 11 |
| HOY PUBLICATIONS, LLC | Case No. 08-13175 (KJC) |
| Debtor. | |
| Tax ID No. 35-2212352 | |
| In re: | Chapter 11 |
| HOY, LLC | Case No. 08-13174 (KJC) |
| Debtor. | |
| Tax ID No. 22-3608033 | |

CHI 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| INSERTCO, INC. | Case No. 08-13176 (KJC) |
| Debtor. | |
| Tax ID No. 11-3522663 | |
| In re: | Chapter 11 |
| INTERNET FORECLOSURE SERVICE, INC. | Case No. 08-13177 (KJC) |
| Debtor. | |
| Tax ID No. 06-1656550 | |
| In re: | Chapter 11 |
| JULIUSAIR COMPANY II, LLC | Case No. 08-13179 (KJC) |
| Debtor. | |
| Tax ID No. n/a | |
| In re: | Chapter 11 |
| JULIUSAIR COMPANY, LLC | Case No. 08-13178 (KJC) |
| Debtor. | |
| Tax ID No. 36-4449479 | |
| In re: | Chapter 11 |
| KIAH INC. | Case No. 08-13180 (KJC) |
| Debtor. | |
| Tax ID No. 76-0484014 | |
| In re: | Chapter 11 |
| KPLR, INC. | Case No. 08-13181 (KJC) |
| Debtor. | |
| Tax ID No. 43-0737943 | |

CH1 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| KSWB INC. | Case No. 08-13182 (KJC) |
| Debtor. | |
| Tax ID No. 94-2457035 | |
| In re: | Chapter 11 |
| KTLA INC. | Case No. 08-13183 (KJC) |
| Debtor. | |
| Tax ID No. 95-1743404 | |
| In re: | Chapter 11 |
| KWGN INC. | Case No. 08-13184 (KJC) |
| Debtor. | |
| Tax ID No. 84-0565347 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES COMMUNICATIONS LLC | Case No. 08-13185 (KJC) |
| Debtor. | |
| Tax ID No. 36-4371324 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES INTERNATIONAL, LTD. | Case No. 08-13186 (KJC) |
| Debtor. | |
| Tax ID No. 95-4456079 | |
| In re: | Chapter 11 |
| LOS ANGELES TIMES NEWSPAPERS, INC. | Case No. 08-13187 (KJC) |
| Debtor. | |
| Tax ID No. 36-4370416 | |

CH1 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| MAGIC T MUSIC PUBLISHING COMPANY | Case No. 08-13188 (KJC) |
| Debtor. | |
| Tax ID No. 36-3716522 | |
| In re: | Chapter 11 |
| NBBF, LLC | Case No. 08-13189 (KJC) |
| Debtor. | |
| Tax ID No. 26-2990893 | |
| In re: | Chapter 11 |
| NEOCOMM, INC. | Case No. 08-13190 (KJC) |
| Debtor. | |
| Tax ID No. 59-3227208 | |
| In re: | Chapter 11 |
| NEW MASS. MEDIA, INC. | Case No. 08-13191 (KJC) |
| Debtor. | |
| Tax ID No. 04-2529553 | |
| In re: | Chapter 11 |
| NEW RIVER CENTER MAINTENANCE ASSOCIATION, INC. | Case No. 08-13192 (KJC) |
| Debtor. | |
| Tax ID No. 65-0245621 | |
| In re: | Chapter 11 |
| NEWSCOM SERVICES, INC. | Case No. 08-13193 (KJC) |
| Debtor. | |
| Tax ID No. 65-0574817 | |

9

| | |
|---|---|
| In re: | Chapter 11 |
| NEWSPAPER READERS AGENCY, INC. | Case No. 08-13194 (KJC) |
| Debtor. | |
| Tax ID No. 36-1547335 | |
| In re: | Chapter 11 |
| NORTH MICHIGAN PRODUCTION COMPANY | Case No. 08-13195 (KJC) |
| Debtor. | |
| Tax ID No. 36-3845466 | |
| In re: | Chapter 11 |
| NORTH ORANGE AVENUE PROPERTIES, INC. | Case No. 08-13196 (KJC) |
| Debtor. | |
| Tax ID No. 59-3564056 | |
| In re: | Chapter 11 |
| OAK BROOK PRODUCTIONS, INC. | Case No. 08-13197 (KJC) |
| Debtor. | |
| Tax ID No. 36-4012598 | |
| In re: | Chapter 11 |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | Case No. 08-13198 (KJC) |
| Debtor. | |
| Tax ID No. 59-1103775 | |
| In re: | Chapter 11 |
| PATUXENT PUBLISHING COMPANY | Case No. 08-13200 |
| Debtor. | |
| Tax ID No. 52-2064223 | |

10

| | |
|---|---|
| In re: | Chapter 11 |
| PUBLISHERS FOREST PRODUCTS CO. OF WASHINGTON | Case No. 08-13201 (KJC) |
| Debtor. | |
| Tax ID No. 91-0844750 | |
| In re: | Chapter 11 |
| SENTINEL COMMUNICATIONS NEWS VENTURES, INC. | Case No. 08-13202 (KJC) |
| Debtor. | |
| Tax ID No. 36-4132027 | |
| In re: | Chapter 11 |
| SHEPARD'S INC. | Case No. 08-13203 (KJC) |
| Debtor. | |
| Tax ID No. 13-3337931 | |
| In re: | Chapter 11 |
| SIGNS OF DISTINCTION, INC. | Case No. 08-13204 (KJC) |
| Debtor. | |
| Tax ID No. 52-2073603 | |
| In re: | Chapter 11 |
| SOUTHERN CONNECTICUT NEWSPAPERS, INC. | Case No. 08-13205 (KJC) |
| Debtor. | |
| Tax ID No. 06-0971455 | |
| In re: | Chapter 11 |
| STAR COMMUNITY PUBLISHING GROUP, LLC | Case No. 08-13206 (KJC) |
| Debtor. | |
| Tax ID No. 11-3475612 | |

11

| | |
|---|---|
| In re: | Chapter 11 |
| STEMWEB, INC. | Case No. 08-13207 (KJC) |
| Debtor. | |
| Tax ID No. 11-3634276 | |
| In re: | Chapter 11 |
| SUN-SENTINEL COMPANY | Case No. 08-13208 (KJC) |
| Debtor. | |
| Tax ID No. 59-1022684 | |
| In re: | Chapter 11 |
| THE BALTIMORE SUN COMPANY | Case No. 08-13209 (KJC) |
| Debtor. | |
| Tax ID No. 95-4066880 | |
| In re: | Chapter 11 |
| THE DAILY PRESS, INC. | Case No. 08-13210 (KJC) |
| Debtor. | |
| Tax ID No. 54-1399368 | |
| In re: | Chapter 11 |
| THE HARTFORD COURANT COMPANY | Case No. 08-13211 (KJC) |
| Debtor. | |
| Tax ID No. 06-0383490 | |
| In re: | Chapter 11 |
| THE MORNING CALL, INC. | Case No. 08-13212 (KJC) |
| Debtor. | |
| Tax ID No. 23-0337560 | |

12

| | |
|---|---|
| In re: | Chapter 11 |
| THE OTHER COMPANY LLC | Case No. 08-13213 (KJC) |
| Debtor. | |
| Tax ID No. 26-2455337 | |
| In re: | Chapter 11 |
| TIMES MIRROR LAND AND TIMBER COMPANY | Case No. 08-13214 (KJC) |
| Debtor. | |
| Tax ID No. 95-4017088 | |
| In re: | Chapter 11 |
| TIMES MIRROR PAYROLL PROCESSING COMPANY, INC. | Case No. 08-13215 (KJC) |
| Debtor. | |
| Tax ID No. 95-4684227 | |
| In re: | Chapter 11 |
| TIMES MIRROR SERVICES COMPANY, INC. | Case No. 08-13216 (KJC) |
| Debtor. | |
| Tax ID No. 84-1301326 | |
| In re: | Chapter 11 |
| TMLH 2, INC. | Case No. 08-13217 (KJC) |
| Debtor. | |
| Tax ID No. 95-4640720 | |
| In re: | Chapter 11 |
| TMLS I, INC. | Case No. 08-13218 (KJC) |
| Debtor. | |
| Tax ID No. 95-4640719 | |

13

| | |
|---|---|
| In re: | Chapter 11 |
| TMS ENTERTAINMENT GUIDES, INC. | Case No. 08-13219 (KJC) |
| Debtor. | |
| Tax ID No. 36-4386325 | |
| In re: | Chapter 11 |
| TOWER DISTRIBUTION COMPANY | Case No. 08-13220 (KJC) |
| Debtor. | |
| Tax ID No. 73-1539066 | |
| In re: | Chapter 11 |
| TOWERING T MUSIC PUBLISHING COMPANY | Case No. 08-13221 (KJC) |
| Debtor. | |
| Tax ID No. 36-4202470 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCAST HOLDINGS, INC. | Case No. 08-13222 (KJC) |
| Debtor. | |
| Tax ID No. 94-2444438 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCASTING COMPANY | Case No. 08-13223 (KJC) |
| Debtor. | |
| Tax ID No. 36-3082569 | |
| In re: | Chapter 11 |
| TRIBUNE BROADCASTING HOLDCO, LLC | Case No. 08-13224 (KJC) |
| Debtor. | |
| Tax ID No. 71-1032534 | |

14

| | |
|---|---|
| In re:<br><br>TRIBUNE BROADCASTING NEWS NETWORK, INC.<br><br>Debtor.<br><br>Tax ID No. 36-3731088 | Chapter 11<br><br>Case No. 08-13225 (KJC) |
| In re:<br><br>TRIBUNE CALIFORNIA PROPERTIES, INC.<br><br>Debtor.<br><br>Tax ID No. 36-3491629 | Chapter 11<br><br>Case No. 08-13226 (KJC) |
| In re:<br><br>TRIBUNE DIRECT MARKETING, INC.<br><br>Debtor.<br><br>Tax ID No. 36-3751479 | Chapter 11<br><br>Case No. 08-13227 (KJC) |
| In re:<br><br>TRIBUNE ENTERTAINMENT COMPANY<br><br>Debtor.<br><br>Tax ID No. 36-2596232 | Chapter 11<br><br>Case No. 08-13228 (KJC) |
| In re:<br><br>TRIBUNE ENTERTAINMENT PRODUCTION COMPANY<br><br>Debtor.<br><br>Tax ID No. 36-3845393 | Chapter 11<br><br>Case No. 08-13229 (KJC) |
| In re:<br><br>TRIBUNE FINANCE SERVICE CENTER, INC.<br><br>Debtor.<br><br>Tax ID No. 36-4407844 | Chapter 11<br><br>Case No. 08-13231 (KJC) |

CH1 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE FINANCE, LLC | Case No. 08-13230 (KJC) |
| Debtor. | |
| Tax ID No. 71-1032537 | |
| In re: | Chapter 11 |
| TRIBUNE LICENSE, INC. | Case No. 08-13232 (KJC) |
| Debtor. | |
| Tax ID No. 95-4401035 | |
| In re: | Chapter 11 |
| TRIBUNE LOS ANGELES, INC. | Case No. 08-13233 (KJC) |
| Debtor. | |
| Tax ID No. 04-3724522 | |
| In re: | Chapter 11 |
| TRIBUNE MANHATTAN NEWSPAPER HOLDINGS, INC. | Case No. 08-13234 (KJC) |
| Debtor. | |
| Tax ID No. 43-2027279 | |
| In re: | Chapter 11 |
| TRIBUNE MEDIA NET, INC. | Case No. 08-13235 (KJC) |
| Debtor. | |
| Tax ID No. 36-4407847 | |
| In re: | Chapter 11 |
| TRIBUNE MEDIA SERVICES, INC. | Case No. 08-13236 (KJC) |
| Debtor. | |
| Tax ID No. 13-0571080 | |

CHI 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE NETWORK HOLDINGS COMPANY | Case No. 08-13237 (KJC) |
| Debtor. | |
| Tax ID No. 36-4039936 | |
| In re: | Chapter 11 |
| TRIBUNE NEW YORK NEWSPAPER HOLDINGS, LLC | Case No. 08-13238 (KJC) |
| Debtor. | |
| Tax ID No. 43-2027278 | |
| In re: | Chapter 11 |
| TRIBUNE NM, INC. | Case No. 08-13239 (KJC) |
| Debtor. | |
| Tax ID No. 95-4579939 | |
| In re: | Chapter 11 |
| TRIBUNE PUBLISHING COMPANY | Case No. 08-13240 (KJC) |
| Debtor. | |
| Tax ID No. 36-3779720 | |
| In re: | Chapter 11 |
| TRIBUNE TELEVISION COMPANY | Case No. 08-13241 (KJC) |
| Debtor. | |
| Tax ID No. 06-1251634 | |
| In re: | Chapter 11 |
| TRIBUNE TELEVISION HOLDINGS, INC. | Case No. 08-13242 (KJC) |
| Debtor. | |
| Tax ID No. 36-3491630 | |

17

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE TELEVISION NEW ORLEANS, INC. | Case No. 08-13244 (KJC) |
| Debtor. | |
| Tax ID No. 36-3234055 | |

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE TELEVISION NORTHWEST, INC. | Case No. 08-13245 (KJC) |
| Debtor. | |
| Tax ID No. 62-1172975 | |

| | |
|---|---|
| In re: | Chapter 11 |
| VALUMAIL, INC. | Case No. 08-13246 (KJC) |
| Debtor. | |
| Tax ID No. 06-1539512 | |

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGINIA COMMUNITY SHOPPERS, LLC | Case No. 08-13247 (KJC) |
| Debtor. | |
| Tax ID No. 43-1994025 | |

| | |
|---|---|
| In re: | Chapter 11 |
| VIRGINIA GAZETTE COMPANIES, LLC | Case No. 08-13248 (KJC) |
| Debtor. | |
| Tax ID No. 36-4419587 | |

| | |
|---|---|
| In re: | Chapter 11 |
| WATL, LLC | Case No. 08-13240 (KJC) |
| Debtor. | |
| Tax ID No. 95-4527384 | |

CH1 4505465v.2

| | |
|---|---|
| In re: | Chapter 11 |
| WCWN LLC | Case No. 08-13250 (KJC) |
| Debtor. | |
| Tax ID No. 04-3465982 | |
| In re: | Chapter 11 |
| WDCW BROADCASTING, INC. | Case No. 08-13251 (KJC) |
| Debtor. | |
| Tax ID No. 36-4308300 | |
| In re: | Chapter 11 |
| WGN CONTINENTAL BROADCASTING COMPANY | Case No. 08-13252 (KJC) |
| Debtor. | |
| Tax ID No. 36-1919530 | |
| In re: | Chapter 11 |
| WLVI INC. | Case No. 08-13253 (KJC) |
| Debtor. | |
| Tax ID No. 36-3918074 | |
| In re: | Chapter 11 |
| WPIX, INC. | Case No. 08-13254 (KJC) |
| Debtor. | |
| Tax ID No. 36-3110191 | |
| In re: | Chapter 11 |
| WTXX INC. | Case No. 08-13255 (KJC) |
| Debtor. | |
| Tax ID No. 06-1501268 | |

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

CH1 4505465v.2

Upon the motion (the "Motion")[1] of the above-captioned Debtors for entry of an order directing the joint administration of these chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b), and Local Rule 1015-1; and upon consideration of the Motion and all pleadings related thereto, including the Bigelow Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors; and that the relief requested will reduce the administrative burdens on the Court and the parties; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted as modified herein; and it is further

ORDERED, that the Debtors' chapter 11 cases shall be (i) jointly administered pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 and (ii) consolidated for procedural purposes only; and it is further

ORDERED, that the Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor Tribune Company, Case No. 08-13141; and it is further

ORDERED, that all pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

CHI 4505465v.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

and it is further

ORDERED, that the Clerk of the Court shall make a docket entry in each of the above-captioned chapter 11 cases other than Tribune Company substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases commenced concurrently by Tribune Company and the above-captioned debtors. The docket in the chapter 11 case of Tribune Company, Case No. 08-13141 should be consulted for all matters affecting this case.

and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

_____Dec 10_____, 2008

_____

United States Bankruptcy Judge

CH1 4505465v.2