## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11 Cases

Case No.   08-13141 (KJC)

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned, hereby appears on behalf of Warner Bros. Television Distribution, Inc., party in interest in the above-referenced matter, pursuant to section 1109 of title 11 of the Unites States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, requests service of all notices and papers herein upon:

Wayne M. Smith, Esq.
Warner Bros. Television Distribution, Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522
Telephone:  (818) 954-6007
Facsimile:  (818) 954-5434
E-Mail: wayne.smith@warnerbros.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtor, its property, or its estate.  The undersigned requests that its name be added to the mailing matrix of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trail by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to the Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

Dated:  December 9, 2008

WARNER BROS.TELEVISION
DISTRIBUTION, INC.

By_____
Wayne M. Smith (CA Bar. No. 116247)
4000 Warner Blvd., Bldg. 156, Rm 5158
Burbank, CA  91522
Telephone: (818) 954-6007
Facsimile:  (818) 954-5434

2