## CERTIFICATE OF SERVICE

I the undersigned hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served via U.S. First Class Mail, postage pre-paid, to the following on this 9th day of December 2008.

**Proposed Attorneys for Debtor**
James F. Conlan
Bryan Krakauer
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Proposed Attorneys for Debtor**
Norman L. Pernick
J. Kate Stickles
Cole, Schot6z, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DC 19801

**U.S. Trustee**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Yolanda S. Aguilar