K&L Gates LLP
Jeffrey N. Rich, Esq.
Charles R. Smith, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900
Attorneys for GreatBanc Trust Company,
as Trustee of the Tribune Employee Stock
Ownership Trust

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141- (KJC) |
| | : | |
| Debtors. | : | Joint Administration Requested |

------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.  I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.  On December 9, 2008 I caused a copy of the **Notice of Appearance and Request for Notices of GreatBanc Trust Company, as Trustee of the Tribune Employee Stock Ownership Trust** to be served by first class mail postage pre-paid to the persons and at the

NY-652951 v1

- 2 -

addresses as set forth on the attached Service List.

_____
Nathanael F. Meyers

Sworn to before me this
10th day of December, 2008

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 01FE4867816
Qualified in Westchester County
Commission Expires August 25, 2010

## Service List

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Stuart M. Brown, Esq.
William E. Chipman, Jr. Esq.
Edwards, Angell, Palmer & Dodge LLP
919 N. Market Street, Suite 1500
Wilmington, DE 19801

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Shadia Aminu
JP Morgan Chase Bank, N.A. as Agent
1111 Fannin, 10th Fl.
Houston, Texas 77002

Sharon Hawkins
Merrill Lynch Capital Corporation, as Agent
600 E. Las Colinas Blvd., Suite 1300
Irving, TX 75039

David Contino
Deutsche Bank National Trust, as Trustee
Company Global Transaction Banking Trust & Securities Services
25 DeForest Avenue, Mail Stop: SUM01-0105
Summit, NJ 07901

U.S. Client Valuations Group
Barclays Capital Inc.
200 Park Avenue
New York, NY 10166

Ken Werner, President
Domestic Television
Warner Bros. Television
400 Warner Boulevard
Burbank, CA 91522

Mark Willes
4353 Sheffield Drive
Provo, UT 84604

Bob Cook, President and CEO
Twentieth Television, Inc.
2121 Avenue of the Stars, 21st Fl.
Los Angeles, CA 90067

Janice Marinelli, President
Buena Vista Entertainment Inc.
c/o Disney/ABC Domestic Television
2300 Riverside Drive
Burbank, CA 91506

Christopher Brandt, CEO
SP Newsprint Company
c/o White Birch Paper Company
80 Field Point Road
Greenwich, CT 06830

Barry Wallach, President
NBC Universal Domestic Television
Distribution
30 Rockefeller Plaza
New York, NY 10112

Robert Erburu
1518 Blue Jay Way
Los Angeles, CA 90069

David J. Paterson, Pres. and CEO
Abitibi Consolidated
Abitibi Bowater Inc.
1155 Metcalfe Street, Suite 800
Monteral, Quebec, H3B 5H2,CANADA

Philip Tinkler
Tower JK, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Chicago, IL 60606

Philip Tinkler
Tower MS, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Chicago, IL 60606

Raymond Jansen, Jr.
24 Dockside Lane, Box 422
Key Largo, FL 33037

David J. Paterson, Pres. and Ceo
Bowater Inc. (Abitibi Bowater Inc.)
1155 Metcalfe Street, Suite 800
Montreal, Quebec, H3B 5H2 CANADA

Horst Bergman
4261 Preserve Parkway South
Greenwood, CO 80121

Philip Tinkler
Tower EH, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Chicago, IL 60606

Philip Tinkler
Tower DC, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Chicago, IL 60606

Philip Tinkler
Tower PT, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Chicago, IL 60606

Steve Mosko, President
Sony Pictures Television
10202 W Washington Blvd.
Culver City, CA 90232

Susan Whiting, President and CEO
Nielsen Media Research Inc.
770 Broadway
New York, NY 10003

Brad Grey, President
Paramount Pictures Corporation
5555 Melrose Avenue, Suite 121
Hollywood, CA 90038