# SIGN-IN-SHEET

**CASE NAME:** Tribune Company, et al  
**CASE NO.** 08-13141-KJC  

**COURTROOM LOCATION:** 5  
**DATE:** December 10, 2008  

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Laurie Silverstein | Potter Anderson Corroon | Merrill Lynch |
| Madlyn Primoff | Kaye Scholer | " |
| Joe Micha | USDOJ | OUST |
| Jim Conlan | Sidley Austin | Debtors |
| Bryan Krakauer | " | " |
| Kevin Lantry | " | " |
| Jessica Boelter | " | " |
| Norman Pernick | Cole Schotz | " |
| Warren Keating | " | " |
| Chandler Bigelow | Tribune Co. | " |
| James L. Kinsey | Cohen Weiss and Simon LLP | Washington-Baltimore Newspaper Guild & Newspaper Guild of New York |
| David Eidesberg | Tribune Co. | Debtors |

# SIGN-IN-SHEET

CASE NAME: Tribune Company, et al
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: December 10, 2008

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| BRIAN TRUST | Mayer Brown LLP | Barclays Bank PLC |
| Amit Trehan | Mayer Brown LLP | Barclays Bank PLC |
| Mark Collins | Richards Layton | JP Morgan Chase |
| Katisha Fortune | " | " |
| Damian Schaible | Davis Polk | " |
| James Abrock | " | " |
| William E. Chapman Jr | Edwards Angell Palmer & Wolf | Barclays Bank PLC |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

**Calendar Date:** 12/10/2008
**Calendar Time:** 10:30 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2541329 | Ivan L Kallick | 310-312-4152 | Manatt, Phelps & Phillips | Creditor, Clippers Basketball / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2540185 | Josh Abramowitz | 203-863-5083 | Viking Global Investors | Creditor, Viking Global Investors / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540339 | Josh Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2540276 | Robert Burns | 212-554-1768 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540241 | Donald S. Bernstein | 212-450-4092 | Davis Polk & Wardwell | Interested Party, Petition Lenders / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2540377 | Alexander Kilpper | 646-855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2541573 | Marc Schwartz | 212-209-3122 | Taconic Capital | Interested Party, Taconic Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2542011 | Matthew J. Williams | 212-351-4000 | Gibson, Dunn & Crutcher | Interested Party, Gibson Dunn Crutcher / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540928 | Jeffrey Farkas | 203-618-6841 | RBS Greenwich Capital | Representing, RBS / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2540258 | Todd M. Becker | 203-719-2578 | UBS | Interested Party, Todd Becker / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540494 | Scott Corcombe | 212-209-2002 | Scott Corcombe In Pro Per | Interested Party, Scott Corcombe / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540898 | Howard Steel | 212-808-7946 | Kelley Drye & Warren, LLP | Interested Party, Telenrep & HRP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2541012 | Richard Paige | 212-583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540472 | Dan Kamensky | 917-583-7849 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2540658 | Edward Sassower | 212-446-4733 | Kirkland & Ellis | Interested Party, Hartland / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2540329 | Anand Rao | 212-603-5827 | Sandell Asset Management | Interested Party, Sandell Asset Management / LISTEN ONLY |

| Party | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 2540634 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 2541134 | Ben Logan | 302-651-7687 | O'Melveny & Myers | Interested Party, O'Melveny & Myers / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2540316 | Margot Schonholtz | 212-836-8000 | Kaye Scholer LLP | Creditor, Merrill Lynch / LIVE |
| Tribune Company | 08-13141 | Hearing | 2540201 | Steven Kalter | 212-259-4305 | Longacre Fund Management, LLC | Interested Party, Steven Kalter / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2541597 | Anna Kalenchits | 212-723-1808 | | Interested Party, Anna Kalenchits / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542574 | Mitchell Sockett | 212-812-3101 | King Street Capital Management, LLC | Interested Party, - / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2541460 | Scott McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542069 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542432 | Fred Goetzke | 212-902-6183 | Fred Goetzke - In Pro Per - | In Propria Persona, Fred Goetzke / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2541121 | Andrew Parlen | 213-430-6000 | O'Melveny & Myers | Interested Party, O'Melveny & Myers / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2541028 | David Gluckman | 310-789-5728 | Houlihan Lokey Howard & Zukin | Interested Party, David Gluckman / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2541873 | Scott Beecher | 212-703-2135 | Venor Capital | Creditor, Venor Capital / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2543068 | Anne Knight | 212-455-3815 | Simpson Thacher & Bartlett | Creditor, JPMorgan Chase / LIVE |
| Tribune Company | 08-13141 | Hearing | 2541918 | Alex Shayevsky | 212-270-1152 | JPMorgan Chase & Co. | Interested Party, JPMorgan Chase & Co. / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542153 | Ross Rosenfelt | 212-884-0004 | R3 Capital Partners | Client, R3 Capital / LIVE |
| Tribune Company | 08-13141 | Hearing | 2541891 | Megan Costello | 212-813-8854 | Goodwin Procter LLP | In Propria Persona, Megan Costello / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542049 | John J. Carr | 212-449-9780 | Merrill Lynch | Interested Party, Merrill Lynch / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542747 | Noah Charney | 212-719-7364 | Och-Ziff Capital Management Group | Creditor, Och-Ziff Capital Management Group / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2542456 | Brian Carroll | 312-706-2145 | Capital Source Finance | Interested Party, Capital Source Finance / LIVE |