IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **TRIBUNE COMPANY,** *et al.,* ) | Chapter 11 |
| ) | |
| ) | Case No. 08-13141 (KJC) |
| **Debtors.** ) | |
| ) | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the firms listed below hereby appear as counsel for Merrill Lynch Capital Corporation, as Administrative Agent ("Merrill Lynch"), a creditor and party-in-interest and, under Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, requests that all notices given or required to be given and all papers served or required to be served in these cases be given to and served on:

Laurie Selber Silverstein, Esquire
POTTER ANDERSON & CORROON LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
(302) 658-1192 [Fax]
lsilverstein@potteranderson.com

- and –

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) [Fax] 836-6525
mschonholtz@kayescholer.com
mprimoff@kayescholer.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Merrill Lynch with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Merrill Lynch.

**PLEASE TAKE FURTHER NOTICE** that Merrill Lynch intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Merrill Lynch to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) the right of Merrill Lynch to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Merrill Lynch to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Merrill Lynch is or may

be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments Merrill Lynch expressly hereby preserve and assert in these cases.

Dated: December 11, 2008

POTTER ANDERSON & CORROON LLP

By: /s/ Laurie Selber Silverstein
Laurie Selber Silverstein (DE Bar 2396)
P. O. Box 951
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6000

– and –

Margot B. Schonholtz, Esquire
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
(212) 836-8000
(212) 836-6525 [Fax]

*Counsel for Merrill Lynch Capital Corporation, as Administrative Agent*

PA&C-894731