## CERTIFICATE OF SERVICE

I hereby certify that I am not less than 18 years of age and on December 11, 2008, I served the foregoing Notice of Appearance and Request for Service of Papers by causing a true and correct copy thereof to be delivered via first class U.S. mail, postage prepaid to those parties on the attached service list:

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

TRIBUNE COMPANY, et al.
SERVICE LIST

ABITIBI CONSOLIDATED
(ABITIBI BOWATER INC.)
ATTN: DAVID J PATERSON, PRESIDENT & CEO
1155 METCALFE STREET, SUITE 800
MONTREAL, QC H3B 5H2 CANADA

ANGELO GORDON & CO LP
ATTN: GAVIN BAIERA
245 PARK AVENUE
NEW YORK, NY 10167

AVENUE ADVISORS LLC
ATTN: TRENT SPIRIDELLIS
12707 HIGH BLUFF DRIVE, SUITE 200
SAN DIEGO, CA 92130

BANC OF AMERICA BRIDGE LLC
ATTN: BILL BOWEN
9 WEST 57TH STREET
NEW YORK, NY 10019

BANC OF AMERICA BRIDGE LLC
ATTN: BILL BOWEN
100 N TRYON ST
CHARLOTTE, NC 28202-4000

BARCLAYS CAPITAL INC.
ATTN: US CLIENT VALUATIONS GROUP
200 PARK AVENUE
ATTN: US CLIENT VALUATIONS GROUP
NEW YORK, NY 10166

BOWATER INC. (ABITIBI BOWATER INC.)
ATTN: DAVID J PATERSON, PRESIDENT & CEO
1155 METCALFE STREET, SUITE 800
MONTREAL, QC H3B 5H2 CANADA

BUENA VISTA ENTERTAINMENT INC.
ATTN: JANICE MARINELLI, PRESIDENT
C/O DISNEY * ABC DOMESTIC TELEVISION
2300 RIVERSIDE DRIVE
BURBANK, CA 91506

TRIBUNE COMPANY, et al.
SERVICE LIST

CITICORP NORTH AMERICA, INC
ATTN: TIM DILLWORTH
450 MAMARONECK AVENUE, SUITE A
HARRISON, NY 10528-2402

DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC
ATTN: JAMIE DONATH
65 EAST 55TH ST, 19TH FL
NEW YORK, NY 10022

DEUTSCHE BANK AG
60 WALL STREET
NEW YORK, NY 10005

DEUTSCHE BANK NATIONAL TRUST COMPANY
ATTN: DAVID CONTINO, VICE PRESIDENT
GLOBAL TRANSACTION BANK TRUST &SEC. SERV
25 DEFOREST AVE, MAIL STOP: SUM01-0105
SUMMIT, NJ 07901

EDWARDS ANGELL PALMER & DODGE LLP
ATTN: STUART M. BROWN, ESQ.
WILLIAM E. CHIPMAN, JR., ESQ.
919 N. MARKET ST, STE 1500
(COUNSEL TO BARCLAYS BANK PLC)
NEW YORK, NY 10019

GOLDMAN SACHS GROUP INC
ATTN: SCOTT BYNUM
85 BROAD ST
NEW YORK, NY 10004

HIGHLAND CAPITAL MANAGEMENT LP
NEXBANK TOWER
13455 NOEL ROAD, 8TH FL
DALLAS, TX 75240

HORST BERGMAN
ATTN: HORST BERGMAN
4261 PRESERVE PARKWAY SOUTH
GREENWOOD, CO 80121

TRIBUNE COMPANY, et al.
SERVICE LIST

INTERNAL REVENUE SERVICE
PO BOX 21126
PHILADELPHIA, PA 19114-0326

JP MORGAN CHASE BANK, NA AS AGENT
1111 FANNIN, 10TH FLOOR
HOUSTON, TX 77002

JPMORGAN CHASE BANK, NA
ATTN: MIRIAM KULNIS
ONE CHASE PLAZA
NEW YORK, NY 10005

K&L GATES LLP
ATTN: JEFFREY N. RICH, ESQ.
599 LEXINGTON AVE
(COUNSEL TO GREATBANC TRUST COMPANY)
NEW YORK, NY 10022-6030

K&L GATES LLP
CHARLES R. SMITH, ESQ.
HENRY W. OLIVER BUILDING
535 SMITHFIELD ST
(COUNSEL TO GREATBANC TRUST COMPANY)
PITTSBURGH, PA 15222-2312

KKR FINANCIAL CORPORATION
ATTN: JEREMIAH LANE
555 CALIFORNIA ST, 50TH FL
SAN FRANCISCO, CA 94104

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
STE 1600
(COUNSEL TO DALLAS COUNTY)
DALLAS, TX 75201

MARK WILLES
ATTN: MARK WILLES
4353 SHEFFIELD DRIVE
PROVO, UT 84604

TRIBUNE COMPANY, et al.
SERVICE LIST

MAYER BROWN LLP
FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,
AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.
(COUNSEL TO BARCLAYS)
1675 BROADWAY
NEW YORK, NY 10019

MERRILL LYNCH CAPITAL CORPORATION
ATTN: SHARON HAWKINS
LOAN OPERATIONS
600 E. LAS COLINAS BLVD., SUITE 1300
IRVING, TX 75039

MERRILL LYNCH CAPITAL CORPORATION
ATTN: MICAHEL O'BRIEN
4 WORLD FINANCIAL CENTER
250 VESEY STREET
NEW YORK, NY 10080

NBC UNIVERSAL DOMESTIC TELEVISION
DISTRIBUTION
ATTN: BARRY WALLACH, PRESIDENT
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

NIELSEN MEDIA RESEARCH INC
ATTN: SUSAN WHITING, PRESIDENT & CEO
770 BROADWAY
NEW YORK, NY 10003

PARAMOUNT PICTURES CORPORATION.
ATTN: BRAD GREY, PRESIDENT
5555 MELROSE AVE
SUITE 121
HOLLYWOOD, CA 90038

RAYMOND JANSEN JR.
ATTN: RAYMOND JANSEN JR.
24 DOCKSIDE LANE
BOX 422
KEY LARGO, FL 33037

TRIBUNE COMPANY, et al.
SERVICE LIST

ROBERT ERBURU
ATTN: ROBERT ERBURU
1518 BLUE JAY WAY
LOS ANGELES, CA 90069

SECURITIES AND EXCHANGE COMMISSION (SEC)
100 F STREET, NE
WASHINGTON, DC 20549


SONY PICTURES TELEVISION
ATTN: STEVE MOSKO, PRESIDENT
10202 W WASHINGTON BLVD
CULVER CITY, CA 90232

SP NEWSPRINT COMPANY
ATTN: CHRISTOPHER BRANDT, CEO
C/O WHITE BIRCH PAPER COMPANY
80 FIELD POINT ROAD
GREENWICH, CT 06830

TACONIC CAPITAL ADVISORS LLC
450 PARK AVENUE, 9TH FLOOR
ATTN: CAROL LEE
NEW YORK, NY 10022

TOWER DC, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

TOWER EH, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

TOWER JK, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

TOWER MS, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

TOWER PT, LLC
ATTN: NILS LARSEN, MANAGING DIRECTOR
C/O EQUITY GROUP INVESTMENTS
TWO NORTH RIVERSIDE PLAZA, STE 1700
CHICAGO, IL 60606

TWENTIETH TELEVISION, INC
ATTN: BOB COOK, PRESIDENT AND COO
2121 AVENUE OF THE STARS
21ST FLOOR
LOS ANGELES, CA 90067

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
MATTHEW J. TROY, ESQ.
1100 L STREET, N.W.
ROOM 10006
WASHINGTON, DC 20530

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

US ATTORNEY'S OFFICE
JEFFREY A. TAYLOR, US ATTORNEY
JUDICIARY CENTER BLDG
555 4TH ST NW
WASHINGTON, DC 20530

VIKING GLOBAL PERFORMANCE LLC
ATTN: MINA FALTAS
55 RAILROAD AVE
BELLE HAVEN, CT 06830

TRIBUNE COMPANY, et al.
SERVICE LIST

WARNER BROS. TELEVISION
ATTN: KEN WERNER, PRESIDENT,
DOMESTIC TELEVISION
400 WARNER BLVD
BURBANK, CA 91522

WARNER BROS. TELEVISION DISTRIBUTION, INC.
ATTN: WAYNE M. SMITH, ESQ.
4000 WARNER BLVD.
BLDG. 156, ROOM 5158
BURBANK, CA 91522