**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                    Debtors. | Chapter 11 Cases<br><br>Case No. 08-13141 (KJG) |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Abitibi Bowater, Inc., Abitibi Consolidated Sales Corporation and Bowater Inc., parties-in-interest and/or creditors, hereby appear in the above-captioned cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned chapter 11 cases and any other case(s) consolidated herewith, be given to and served upon:

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Att'n: Scott A. Golden, Esq.
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
sagolden@hhlaw.com

and

Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Att'n: R. Karl Hill, Esq.
Telephone: (302) 888-7604
Facsimile: (302) 888-0606
khill@svglaw.com

\\\NY - 075456/000630 - 1123641 v1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the debtors in the above-captioned chapter 11 cases, the aforementioned parties-in-interest and/or creditors or any property or proceeds in which the debtor may claim an interest.  <u>Please add the attorneys of record to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned parties-in-interest and/or creditors': (1) right to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such parties-in-interest and/or creditors are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such parties-in-interest and/or creditors expressly reserve.

Dated: New York, New York
December 11, 2008

**HOGAN & HARTSON LLP**

By: /s/ Scott A. Golden
    Scott A. Golden
    875 Third Avenue
    New York, NY 10022
    Telephone: (212) 918-3000
    Facsimile: (212) 918-3100

    and

R. Karl Hill
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
Telephone: (302) 888-7604
Facsimile: (302) 888-0606

*Attorneys for Abitibi Bowater, Inc., Abitibi Consolidated Sales Corporation and Bowater Inc.*