IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                  Debtor | Chapter 11 Cases<br><br>Case No. 08-13141 (KJG) |

## AFFIDAVIT OF SERVICE

I, Natoya A. Duncan, being duly sworn, deposes and says:

I am employed by the law firm of Hogan & Hartson LLP, reside in the State of New York, am over the age of eighteen years and am not a party to this action.

On the 11th day of December, 2008, I caused a copy of the **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE PAPERS** on the behalf of Abitibi Bowater, Inc., Abitibi Consolidated Sales Corporation and Bowater Inc, parties-in-interest and/or creditors, to be served electronically upon all parties entitled to receive electronic notice in this case, and by United States first-class mail to all parties listed on service list, attached hereto.

Natoya A. Duncan

Sworn to before me this
11th day of December, 2008.

Notary Public

NANCY M. CROWE
Notary Public, State of New York
No. 01CR4872721
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires October 6, 2010

\\\NY - 031690/000008 - 1123840 v1

Service List

Office of United States Trustee
844 King Street, Room 2207, Lockbox # 35
Wilmington, DE 19899-0035

J. Kate Stickles, Esq. &
Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

James Conlan, Esq. & Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Wayne M. Smith, Esq.
Warner Bros. Television Distribution, Inc.
400 Warner Blvd.., Bldg. 156, Room 5158
Burbank, CA 91522

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N Market Street, 6th floor
P.O. Box 951
Wilmington, DE 19899

Margot B. Schonholtz, Esq. &
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Matthew J. Troy, Esq.
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Pamela Kohman Webster
Buchalter Nemer
100 Wilshire Boulevard., Suite 1500
Los Angeles, CA 90017-2457

\\\NY - 031690/000008 - 1123840 v1