UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 08-13141 |
| TRIBUNE COMPANY, *et al.* ) | Chapter 11 |
| ) | Hon. Kevin J. Carey |
| Debtors. ) | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that ASKOUNIS & DARCY, PC, on behalf of BANC OF AMERICA LEASING & CAPITAL, LLC ("BAL"), who is a creditor and party-in-interest in the above-captioned case, hereby files a Notice of Appearance pursuant to Bankruptcy Rule 9010(b) and requests to be added to the master mailing list. Pursuant to Bankruptcy Rule 2002, 3017, 4001 and 9007, BAL hereby requests that special notice of all matters which may come before the Court be served upon the following address:

> Thomas V. Askounis, Esq.
> ASKOUNIS & DARCY, PC
> 401 North Michigan Avenue, Suite 550
> Chicago, IL 60611
> (312) 784-2400 Telephone
> (312) 784-2410 Facsimile
> taskounis@askounisdarcy.com

The foregoing request includes the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001 and 9007 and also includes, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petition, pleadings or requests, plans, disclosure statements and any other documents brought before the Court in this case whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. Additionally, BAL requests copies of all pleadings and papers of any form whatsoever, which are filed with the Office of the United States Trustee including, without limitations, copies

of all interim statements, operating reports and other documents either requested or required by the Office of the United States Trustee.

    Dated: December 12, 2008.    BANC OF AMERICA LEASING & CAPITAL, LLC

                      By:    /s/Thomas V. Askounis
                            Thomas V. Askounis, Esq. (IL #00077720)
                            Askounis & Darcy, PC
                            401 North Michigan Avenue, Suite 550
                            Chicago, IL 60611
                            (312) 784-2400 Telephone
                            (312) 784-2410 Facsimile
                            taskounis@askounisdarcy.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

William E. Chipman wchipman@eapdlaw.com
Scott Golden sagolden@hhlaw.com
Norman L. Pernick bankruptcy@coleschotz.com npernick@coleschotz.com
    pratkowiak@coleschotz.com
Jeffrey N. Rich jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
Laurie Selber Silverstein bankruptcy@potteranderson.com
J. Kate Stickles kstickles@coleschotz.com, bankruptcy@coleschotz.com;
Matthew J. Troy matthew.troy@usdoj.gov
United States Trustee USTPREGION03.WL.ECF@USDOJ.GOV
Pamela K. Webster pwebster@buchalter.com
Helen Elizabeth Weller dallas.bankruptcy@publicans.com

and I hereby certify that I cause the document to be served on the following non CM/ECF participants via First Class Mail:

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd. - Bldg. 156, Room 5158
Burbank, CA 91522

                                      /s/Thomas V. Askounis
                                      Attorney