UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ )
In re:                                                             )   Chapter 11
                                                                   )
Tribune Company, *et. al.*                                         )   Case No. 08-13141 KJC
                                                                   )
                        Debtors.                                   )   Jointly Administered
------------------------------------------------------------------ )

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS OF DEUTSCHE BANK TRUST COMPANY AMERICAS PURSUANT TO BANKRUPTCY RULES 2002, 9007, 9010(d) AND SECTION 1109(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Deutsche Bank Trust Company Americas ("Deutsche Bank") in the above-captioned bankruptcy case (the "Bankruptcy Case") as indenture trustee (the "Indenture Trustee") of the Indentures[1], pursuant to

---

[1] The Indentures consist of the following: (i) Indenture, dated as of March 1, 1992, between Tribune Company and Citibank, N.A. (successor to Bank of New York, Bank of Montreal Trust Company and Continental Bank, N.A.), as Trustee; (ii) Indenture, dated January 30, 1995, between Tribune Company (successor to The Times Mirror Company) and Citibank, N.A. (successor to The Bank of New York, Wells Fargo Bank, N.A. and First Interstate Bank of California), as Trustee for the 7 1/4 % Debentures due 2013 and 7 1/2 % Debentures due 2023; (iii) Indenture, dated March 19, 1996, between Tribune Company (successor to The Times Mirror Company) and Citibank, N.A., as Trustee for the 6.61% Debentures due 2027 and the 7 1/4 % Debentures due 2096; (iv) Indenture, dated as of January 1, 1997, between Tribune Company and Citibank, N.A. (successor to Bank of New York), as Trustee; and (v) Indenture, dated as of April 1, 1999, between Tribune Company and Citibank, N.A. (successor to Bank of New York and Bank of Montreal Trust Company), as Trustee for the PHONES securities.

Pursuant to (i) that certain Tripartite Agreement dated August 1, 2008, Deutsche Bank is successor Trustee to Citibank, N.A. under the Indenture dated March 1, 1992, of the Medium-Term Notes, Series D, CUSIP No. 89605HBY9, issued by Tribune Company in the aggregate principal amount of $120,000; (ii) that certain Tripartite Agreement dated August 1, 2008, Deutsche Bank is successor Trustee to Citibank, N.A. under the Indenture dated January 30, 1995, as supplemented by the First Supplemental Indenture, dated as of June 12, 2000, of (a) the 7 1/4% Debentures due 2013, CUSIP No. 887364AA5, issued by Tribune Company in the aggregate principal amount of $82,083,000, and (b) the 7 1/2% Debentures due 2023, CUSIP No. 88764AB3, issued by Tribune Company in the aggregate principal amount of $98,750,000; (iii) that certain Tripartite Agreement dated August 1, 2008, Deutsche Bank is successor Trustee to Citibank, N.A. under the Indenture, dated March 19, 1996, as supplemented by the First Supplemental Indenture dated as of October 19, 1999 and the Second Supplemental Indenture dated as of June 12, 2000, of the (a) 6.61% Debentures due September 15, 2027, CUSIP No. 887364AF4 issued by Tribune Company (as successor to the Times Mirror Company) in the aggregate principal amount of $84,960,000 and (b) 7 1/4% Debentures due November 15, 2096, CUSIP No. 88736OAT2 issued by Tribune Company (as successor to the Times Mirror Company) in the aggregate principal amount of $148,000,000; (iv) that certain Tripartite Agreement dated August 1, 2008, Deutsche Bank is successor Trustee to Citibank, N.A. under the Indenture, dated as of January 1, 1997, as supplemented by the First Supplemental Intendure dated August 5, 1998, of the (a) 4.875% Notes due August 15, 2010, CUSIP No. 896047AE7, issued by Tribune Company in the aggregate principal amount

Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that copies of any and all notices given or required to be given in the Bankruptcy Case and all papers served in the Bankruptcy Case be given to and served upon:

> David Adler, Esq.
> G. Amanda Mallan, Esq.
> McCarter & English, LLP
> 245 Park Avenue, 27th floor
> New York, New York 10167
> Telephone: (212) 609-6847
> Facsimile: (212) 609-6921
> E-mail: dadler@mccarter.com
>         gmallan@mccarter.com
> -and-
>
> Katharine L. Mayer, Esq.
> McCarter & English, LLP
> Renaissance Centre
> 405 N. Market Street, 8th Floor
> Wilmington, Delaware 19801
> Telephone: (302) 984-6300
> Facsimile: (302) 984-6399
> E-mail: kmayer@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all orders, reports, pleadings, motions, applications, petitions, complaints, notices, demands, requests, operating statements, plans, disclosure statements, answers and reply papers whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone,

---

of $450,000,000, (b) 5.25% Notes due August 15, 2015, CUSIP No. 896047AF4 issued by Tribune Company in the aggregate principal amount of $330,000,000, (c) 5.50% Medium Term Notes, Series E, due October 6, 2008, CUSIP No. 89604KAG3 issued by Tribune Company in the aggregate principal amount of $167,915,000, and (d) 5.67% Medium Term Notes, Series E, due December 8, 2008, CUSIP No. 89604KAN8 issued by Tribune Company in the aggregate principal amount of $69,550,000; and (v) that certain Tripartite Agreement dated August 1, 2008, Deutsche Bank is successor Trustee to Citibank, N.A. under the Indenture, dated April 1, 1999, of the Exchangeable Subordinated Debentures due 2029 ("PHONES") CUSIP No. 896047305 issued by Tribune Company in the aggregate principal amount of $1,256,000,000.

ME1 7964870v.1

facsimile, electronic mail or other electronic means, or otherwise pertaining to the Bankruptcy Case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over Deutsche Bank or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Deutsche Bank may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: December 12, 2008

                                  McCARTER & ENGLISH, LLP

                    By:    /s/ Katharine L. Mayer
                            Katharine L. Mayer (DE Bar I.D. #3758)
                            Renaissance Centre
                            405 North Market Street, 8th Floor
                            Wilmington, DC 19801
                            Telephone: (302) 984-6300
                            Facsimile: (302) 984-6399
                            E-mail: kmayer@mccarter.com
                            *Counsel for Deutsche Bank Trust Company*
                            *Americas, Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------- ) | |
| In re: ) | Chapter 11 |
| ) | |
| Tribune Company, *et. al.* ) | Case No. 08-13141 KJC |
| ) | |
| Debtors. ) | Jointly Administered |
| ------------------------------------------------------------------- ) | |

## **CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, Esquire, do hereby certify that on December 12, 2008 a true and correct copy of the foregoing **Notice of Appearance** was caused to be served upon the persons in the attached service list via First Class Mail.

          MCCARTER & ENGLISH, LLP

          By:  /s/ Katharine L. Mayer
               Katharine L. Mayer (DE #3758)
               Renaissance Centre
               405 North King Street, 8th Floor
               Wilmington, DE  19801
               Telephone:  (302) 984-6300
               Facsimile:  (302) 984-6399
               kmayer@mccarter.com