| | |
|---|---|
| **Norman L. Pernick, Esq.**<br>**J. Kate Stickles, Esq.**<br>Cole, Schotz, Meisel, Forman & Leonard<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | **Matthew J. Troy, Esq.**<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875<br>Washington, DC  20044-0875 |
| **Brian Trust, Esq.**<br>Mayer Brown, LLP<br>1675 Broadway<br>New York, NY  10019 | **Wayne M. Smith, Esq.**<br>Warner Bros. Television Dist., Inc.<br>4000 Warner Blvd., Bldg 156, Rm. 5158<br>Burbank, CA  91522 |
| **Elizabeth Weller, Esq.**<br>Linebarger Goggan Blair & Sampson LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 | **Pamela Kohlman Webster, Esq.**<br>Buchalter Nemer<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA  90017-2457 |
| **Jeffrey N. Rich, Esq.**<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030 | **Laurie Selber Silverstein, Esq.**<br>Potter Anderson & Corroon, LLP<br>P.O. Box 951<br>Wilmington, DE  19899 |
| **Charles R. Smith, Esq.**<br>K&L Gates, LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA  15222-2312 | **Margot B. Schonholtz, Esq.**<br>**Madlyn Gleich Primoff, Esq.**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 |

ME1 7964882v.1

**Scott A. Golden, Esq.**
**Hogan & Hartson, LLP**
**875 Third Avenue**
**New York, NY  10022**

**Thomas V. Askounis, Esq.**
**Askounis & Darcy, PC**
**401 North Michigan Ave., Suite 550**
**Chicago, IL  60611**

**R. Karl Hill, Esq.**
**Seitz, van Ogtrop & Green, P.A.**
**P.O. Box 68**
**Wilmington, DE  19899**

**United States Trustee**
**844 King Street, Room 2207**
**Lockbox #35**
**Wilmington, DE 19899-0035**