**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administred |
| | ) | |

**ENTRY OF APPEARANCE AND DEMAND FOR
SERVICE OF NOTICES AND PLEADINGS**

CF 4242 Bryn Mawr LLC ("CF 4242"), a creditor and party-in-interest in the bankruptcy

case of Tribune Company, *et al*., Debtors, demands that service of all notices in connection with

this case be served upon CF 4242 and its legal counsel, addressed as follows:

<table>
<tr><td>

Joseph H. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3310
Facsimile:  (610) 371-7972
Email: jhh@stevenslee.com

</td><td>

Colleen E. McManus
Much Shelist Denenberg Ament and
Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2695
Facsimile:  (312) 521-2595
Email:CMcManus@muchshelist.com

</td></tr>
</table>

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices

and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above,

but also includes, without limitation, all orders and notices of any application, motions, petitions,

pleadings, requests, complaints, or demands, statements of affairs, operating reports, schedules

of assets and liabilities, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile

transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any

rights or interest of any creditor or party in interest in this case, including CF 4242 with respect

to any of the (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the

debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery or any property, payment or other conduct by CF 4242.

**PLEASE TAKE FURTHER NOTICE** that CF 4242 intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 12, 2008

       */s/Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE, P.C.
1105 North Market Street, Suite 700
Wilmington, DE 19801
Telephone:  (302) 425-3310
Facsimile:   (610) 371-7972
Email:  jhh@stevenslee.com

*Counsel for CF 4242 Bryn Mawr LLC*