## **CERTIFICATE OF SERVICE**

I, Joseph H. Huston, Jr., hereby certify that on December 12, 2008, I caused a true and correct copy of the foregoing *Entry of Appearance and Demand for Service of Notices and Pleadings* to be served upon counsel listed below electronically through the Court's CM/ECF System and via regular mail:

Office of United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE  19899-0035

J. Kate Stickles, Esq.
Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE  19801

James Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

                                            */s/Joseph H. Huston, Jr.*
                                            Joseph H. Huston, Jr.