**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY *et al*. | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Kelly Singer, Esq. of Sanders & Dempsey L.L.P.

appears in the above-captioned matter as counsel to Personal Plus, Inc., and respectfully requests

that notices under Rule 2002 of the Federal Rules of Bankruptcy Procedure be sent to the

following:

> Kelly Singer, Esq.
> **SQUIRE, SANDERS & DEMPSEY L.L.P.**
> Two Renaissance Square
> 40 North Central Avenue, Suite 2700
> Phoenix, Arizona  85004-4498
> Phone: (602) 528-4000
> Fax:    (602) 253-8129
> E-Mail:      ksinger@ssd.com

RESPECTFULLY SUBMITTED this 15th day of December, 2008.

> By:    /s/ Kelly Singer
> Kelly Singer, Esq.
> SQUIRE, SANDERS & DEMPSEY L.L.P.
> Two Renaissance Square
> 40 North Central Avenue, Suite 2700
> Phoenix, Arizona  85004

## <u>CERTIFICATE OF SERVICE</u>

       I certify that on December 15, 2008, I caused copies of the attached Notice of Appearance and Request for Service of Papers to be delivered to the persons registered with CM/ECF electronic notification and regular mail:

Office of the United States Trustee
844 King Street, Room 2207, Lockbox #35
Wilmington, DE 19899-0035

J. Kate Stickles, Esq.
Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, suite 1200
Wilmington, DE 19801

James Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

                 /s/ Kelly Singer