IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that JPMorgan Chase Bank, N.A. ("JPMorgan") hereby enters its

appearance by and through its counsel, Richards, Layton & Finger, P.A. and Davis Polk &

Wardwell, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"); and such counsel hereby request, pursuant to Bankruptcy

Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and

pleadings given or filed in these cases be given and served upon the parties listed below at the

following addresses and telephone numbers:

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
        fortune@rlf.com

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 607-7999
Email: tribuneco.routing@dpw.com

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing

demand includes not only the notices and papers referred to in the Bankruptcy Rules specified

above, but also includes, without limitation, any notice, application, complaint, demand, motion,

petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted

or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to

the referenced cases and proceedings herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of JPMorgan's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which JPMorgan is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments JPMorgan expressly reserves.

Dated: December 15, 2008
     Wilmington, Delaware

Mark D. Collins (No. 2981)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

*Attorneys for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I, Mark D. Collins, do hereby certify that on the 15th day of December 2008, I caused

copies of the foregoing **Notice of Appearance and Demand for Notices and Papers** to be served

upon the parties and in the manner indicated below.

### Via Hand Delivery

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE  19801

Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE  19801
Lockbox #35
Wilmington, DE 1 9899-0035

Mark D. Collins (No. 2981)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com