## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANIES, *et al.*, | Case No. 08-13141-KJC |
| Debtor. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## FOR CORESTAFF SERVICES

**PLEASE TAKE NOTICE THAT** CoreStaff Services hereby appears in the above-captioned case by its local counsel, Elliott Greenleaf, and its lead counsel, Gohn, Hankey & Stichel, LLP, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

William M. Kelleher (DE Bar No. 3961)
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: wmk@elliottgreenleaf.com

Jan I. Berlage
Gohn, Hankey & Stichel, LLP
201 North Charles Street
Baltimore, MD 21201
Telephone: (410) 752-9300 ext. 17
Direct Phone: (410) 752-1261
Facsimile: (410) 752-2519

Email: JBerlage@GHSLLP.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:  December 15, 2008

ELLIOTT GREENLEAF

William M. Kelleher (DE Bar No. 3961)
1000 West Street, Suite 1440
Wilmington, Delaware  19899
Telephone:  (302) 384-9400
Facsimile:  (302) 656-3714
Email: wmk@elliottgreenleaf.com

*Local Counsel for CoreStaff Services*