HERRICK, FEINSTEIN LLP
Paul Rubin
Two Park Avenue
New York, NY 10016
(212) 592-1400
Attorneys for Canon U.S.A., Inc.

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                         :    Chapter 11

TRIBUNE COMPANY, et al.,       :    Case No.: 08-13141 (KJC)

            Debtors.            :    (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Canon U.S.A., Inc. ("Canon"), as creditor and party in interest, appears herein through its undersigned attorneys pursuant to Section 1109 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 and requests that all notices (including those required by Rule 2002) in these jointly administered cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the addresses set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

HF 4496575v.1 #05542/0016

Herrick, Feinstein LLP
Attn.: Paul Rubin
Two Park Avenue
New York, New York 10016
Tel.: 212-592-1400
Fax: 212-592-1500
E-mail: prubin@herrick.com

and

Canon U.S.A., Inc.
Attn.: Ruth Weinstein
1 Canon Plaza
Lake Success, NY 11042
Tel.: 516-328-5121
Fax: 516-328-5129
E-mail: rweinstein@cusa.canon.com

**PLEASE TAKE FURTHER NOTICE** that Canon does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which Canon may be entitled including, but not limited to: (i) Canon's rights to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) Canon's rights to trial by jury in any proceeding related to these cases; (iii) Canon's rights to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which Canon may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Canon expressly reserves.

Dated: New York, New York
December 15, 2008

                            HERRICK, FEINSTEIN LLP

                            By: /s/ Paul Rubin
                            Paul Rubin
                            Two Park Avenue
                            New York, NY 10016
                            (212) 592-1400
                            Attorneys for Canon U.S.A., Inc.

HERRICK, FEINSTEIN LLP
Paul Rubin
Two Park Avenue
New York, NY 10016
(212) 592-1400
Attorneys for Canon U.S.A., Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re:                              :   Chapter 11
                                    :
TRIBUNE COMPANY, et al.,            :   Case No.:  08-13141 (KJC)
                                    :
          Debtors.                  :   (Jointly Administered)
                                    :
------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned, an attorney at the law firm of Herrick, Feinstein LLP and duly admitted as an attorney to the United States District Court for the Southern District of New York hereby certifies that copies of the foregoing Notice of Appearance and Request for Notices and Service of Papers, were served via first class mail, postage pre-paid upon those parties on the annexed list on December 16, 2008.

Dated: New York, New York
       December 16, 2008

_____
Seth F. Kornbluth

HF 4496575v.1 #05542/0016

SERVICE LIST

**Bryan Krakauer**
**James F. Conlan**
**Jessica C.K. Boelter**
**Kerriann S. Mills**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**Scott Golden**
Hogan & Hartson LLP
875 Third Avenua
New York, NY 10022

**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Jeffrey N. Rich**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022

**Laurie Selber Silverstein**
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza
6th Floor
Wilmington, DE 19801

**Wayne M. Smith**
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

**J. Kate Stickles**
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Matthew J. Troy**
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875


**Pamela K. Webster**
Buchalter Nemer
1000 Welshire Blvd.
Suite 1500
Los Angeles, CA 90017


**Helen Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201


**United States Trustee**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035