UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY., *et al.*, ) | |
| ) | 08-13141-KJC |
| Debtors. ) | |
| ) | (Jointly Administered) |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the American Federation of Television and Radio Artists ("AFTRA") hereby enters its appearance by and through its counsel, Cohen, Weiss and Simon LLP and Cooch and Taylor, P.A.; such counsel request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

| | |
|---|---|
| Babette A. Ceccotti | Susan E. Kaufman |
| COHEN, WEISS AND SIMON LLP | COOCH AND TAYLOR, P.A. |
| 330 West 42nd Street | Brandywine Building |
| New York, NY  10036 | 1000 West Street, 10th Floor |
| Telephone:    (212) 356-0227 | Wilmington, DE 19801 |
| Facsimile:      (646) 473-8227 | Telephone:    (302) 984-3800 |
| Email:     bceccotti@cwsny.com | Facsimile:     (302) 984-3939 |
| | Email:     skaufman@coochtaylor.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

00131955.DOC.1

-2-

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: December 16, 2008

          COOCH AND TAYLOR, P.A.

          */s/ Susan E. Kaufman*
          Susan E. Kaufman (DSB# 3381)
          Brandywine Building
          1000 West Street, 10th Floor
          Wilmington, DE 19801
          (302) 984-3800
          skaufman@coochtaylor.com

          -and-

          COHEN, WEISS AND SIMON LLP

          */s/ Babette Ceccotti*
          Babette Ceccotti, Esq.
          COHEN, WEISS AND SIMON LLP
          330 West 42nd Street
          New York, New York 10036
          (212) 563-4100

          Attorneys for AFTRA