UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY., *et al.*, ) | |
| ) | 08-13141-KJC |
| Debtors. ) | |
| ) | (Jointly Administered) |

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2008, I caused a true and correct copy

of the foregoing Notice of Appearance and Request for Notice to be served by first class mail,

with fully pre-paid postage affixed thereto, upon each of the parties on the attached service list.


Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax
Dated: December 16, 2008          Hheiman@coochtaylor.com

00131955.DOC.1

Service List

Angelo Gordon & Co. LP
Attn: Gavin Baiera
245 Park Avenue
New York, NY 10167

Avenue Advisors LLC
Attn: Trent Spiridellis
12707 High Bluff Drive, Suite 200
San Diego, CA 92130

Banc of America Bridge LLC
Attn: Bill Bowen
9 West 57th Street
New York, NY 10019

Barclays Capital Inc.
Attn: US Client Valuations Group
200 Park Avenue
New York, NY 10166

Bowater Inc. (Abitibi Bowater Inc.)
Attn: David J Paterson, President & CEO
1155 Metcalfe Street, Suite 800
Montreal, QC H3B 5H2 CANADA

Buena Vista Entertainment Inc.
Attn: Janice Marinelli, President
c/o Disney ABC Domestic Television
2300 Riverside Drive
Burbank, CA 91506

Citicorp North America, Inc.
Attn: Tim Dillworth
450 Mamaroneck Avenue, Suite A
Harrison, NY 10528-2402

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attn: Norman L. Pernick
1000 North West Street, Suite 1200
Wilmington, DE 19801

Davidson Kempner
Capital Management LLC
Attn: Jamie Donath
65 East 55th Street, 19th Floor
New York, NY 10022

Davis Polk & Wardwell
Attn:  Donald S. Bernstein, Esq.
450 Lexington Avenue
New York, NY 10017

Deutsche Bank AG
60 Wall Street
New York, NY 10005

Deutsche Bank National Trust Company
Attn: David Contino, Vice President
Global Transaction Bank Trust & Sec. Serv.
Mail Stop: Sum01-0105
25 Deforest Avenue
Summit, NJ 07901

Edwards Angell Palmer & Dodge LLP
Attn: Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
919 North Market Street, Suite 1500
New York, NY 10019

Goldman Sachs Group Inc.
Attn: Scott Bynum
85 Broad Street
New York, NY 10004

Highland Capital Management LP
Nexbank Tower
13455 Noel Road, 8th Floor
Dallas, TX 75240

Horst Bergman
Attn: Horst Bergman
4261 Preserve Parkway South
Greenwood, CO 80121

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

K&L Gates LLP
Attn: Jeffrey N. Rich, Esq.
599 Lexington Avenue
New York, NY 10022-6030

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

KKR Financial Corporation
Attn: Jeremiah Lane
555 California Street, 50th Floor
San Francisco, CA 94104

Linebarger Goggan Blair & Sampson, LLP
Attn: Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Mark Willes
4353 Sheffield Drive
Provo, UT 84604

Mayer Brown LLP
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
1675 Broadway
New York, NY 10019

Merrill Lynch Capital Corporation
Attn: Sharon Hawkins
Loan Operations
600 East Las Colinas Boulevard, Suite 1300
Irving, TX 75039

Merrill Lynch Capital Corporation
Attn: Micahel O'Brien
4 World Financial Center
250 Vesey Street
New York, NY 10080

NBC Universal Domestic Television
Distribution
Attn: Barry Wallach, President
30 Rockefeller Plaza
New York, NY 10112

Nielsen Media Research Inc
Attn: Susan Whiting, President & CEO
770 Broadway
New York, NY 10003

Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801
Lockbox #353
Wilmington, DE 19899-0035

Paramount Pictures Corporation
Attn: Brad Grey, President
5555 Melrose Avenue, Suite 121
Hollywood, CA 90038

Raymond Jansen Jr.
24 Dockside Lane, Box 422
Key Largo, Fl 33037

Richards, Layton & Finger, P.A.
Attn: Mark D. Collins, Esq.
920 North King Street
Wilmington, DE 19801

Robert Erburu
1518 Blue Jay Way
Los Angeles, CA 90069

Securities And Exchange Commission (SEC)
100 F Street, NE
Washington, DC 20549

Sidley Austin LLP
Attn:  James F. Conlan
One South Dearborn Street
Chicago, IL 60603

Sony Pictures Television
Attn: Steve Mosko, President
10202 West Washington Boulevard
Culver City, CA 90232

SP Newsprint Company
Attn: Christopher Brandt, CEO
c/o White Birch Paper Company
80 Field Point Road
Greenwich, CT 06830

Taconic Capital Advisors LLC
Attn: Carol Lee
450 Park Avenue, 9th Floor
New York, NY 10022

-5-

Tower DC, LLC, et al.
Attn: Nils Larsen, Managing Director
c/o Equity Group Investments
Two North Riverside Plaza, Suite 1700
Chicago, IL 60606

Twentieth Television, Inc.
Attn: Bob Cook, President and COO
2121 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

United States Department of Justice
Civil Division
Matthew J. Troy, Esq.
1100 L Street, NW, Room 10006
Washington, DC 20530

United States Treasury Office of the Treasurer
1500 Pennsylvania Avenue, NW, Room 2134
Washington, DC 20220

U.S. Attorney's Office
Jeffrey A. Taylor, U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530

Viking Global Performance LLC
Attn: Mina Faltas
55 Railroad Ave
Belle Haven, CT 06830

Warner Bros. Television
Attn: Ken Werner, President, Domestic
Television
400 Warner Boulevard
Burbank, CA 91522

Warner Bros. Television Distribution, Inc.
Attn: Wayne M. Smith, Esq.
Building 156, Room 5158
4000 Warner Boulevard
Burbank, CA 91522