UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

                Debtors.

Chapter 11

Case No. 08-13141 (KJC)

(Jointly Administered)

### NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY DEBTOR OF ALL OF ITS OBLIGATIONS UNDER ITS COMMERCIAL LEASE IN ACCORDANCE WITH BANKRUPTCY CODE §365 (d)(3)

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, SLG 220 NEWS OWNER LLC ("Landlord") hereby appears in the above-captioned case by its counsel, STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

    STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
    675 Third Avenue, 31st Floor
    New York, New York 10017
    Attn: Edmond P. O'Brien, Esq.

Demand is hereby made pursuant to Bankruptcy Code §365 (d)(3) for payment of all post-petition rent and additional rent due (payments to be made promptly upon the

due dates specified in the Leases, as defined herein); and for the performance by debtor of all of the obligations of the tenant pursuant to: (i) the non-residential lease first dated as of December 30, 1993 between a predecessor-in-interest of Landlord as landlord and TRIBUNE COMPANY and WPIX, INC. as tenants (as amended, the "WPIX Lease"); (ii) the non-residential lease first dated as of December 30, 1993 between a predecessor-in-interest of Landlord as landlord and TRIBUNE COMPANY and CHICAGO TRIBUNE NEWSPAPER INC. as tenants (as amended, the "CHICAGO TRIBUNE Lease"); and (iii) the non-residential lease first dated as of December 30, 1993 between a predecessor-in-interest of Landlord as landlord and TRIBUNE COMPANY and Non-Debtor entity TRIBUNE NEW YORK RADIO, INC. as tenants (as amended, the "WQCD Lease") (collectively the "Leases"), for the premises known collectively as portions of the sub-basement, basement, concourse level, first floor, second floor, fourth floor, eleventh floor, and the entire tenth floor, in the building known as 220 East 42nd Street, New York, New York 10017 (the "Daily News Building").

Specifically, pursuant to Bankruptcy Code § 365(d)(3), all post-petition rent and additional rent now due and owing to Landlord, including rent for the "stub period" between the December 10, 2008 filing date and December 30, 2008 must be paid immediately, and in any event within sixty (60) days of the date that this proceeding was filed, and debtor

must remain current on all post-petition rent and additional rent charges going forward, as and when billed.

Dated:   New York, New York
December 16, 2008

                        STEMPEL BENNETT CLAMAN & HOCHBERG, P.C.
                        Attorneys for SLG 220 NEWS OWNER LLC

By: _____
       Edmond P. O'Brien (EO-5583)
675 Third Avenue, 31st Floor
New York, New York 10017
(212)681-6500
(212)681-4041 - fax

TO:   All parties having appeared