Tiffany Strelow Cobb (OH-0067516)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
E-mail: tscobb@vorys.com
Telephone: 614-464-8322
Counsel for AOL LLC and its related entities

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **TRIBUNE COMPANY, ET AL.,** | ) | **Case No. 08-13141-KJC** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO THE SERVICE LIST

**PLEASE TAKE NOTICE** that AOL LLC and certain of its related entities, creditors

and/or parties in interests herein, through counsel Tiffany Strelow Cobb of Vorys, Sater,

Seymour and Pease LLP, appear herein and request, pursuant to Rules 2002, 9007, and 9010 of

the Bankruptcy Rules, Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or

required to be given in this case and all papers served or required to be served in this case be

given to and served at the following addresses:

> Tiffany Strelow Cobb, Esq.
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street
> Columbus, Ohio 43215
> Telephone: 614-464-8322
> Facsimile:  614-719-4663
> E-mail: tscobb@vssp.com

Ms. Cobb consents to service by e-mail.

The undersigned further requests to be added to the service list in this case.

Dated:  December 17, 2008          Respectfully submitted,


/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq. (OH-0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail:  tscobb@vssp.com

**Counsel for AOL LLC and its Related Entities**

**<u>CERTIFICATE OF SERVICE</u>**

The above and foregoing was served on the attached service list the 17th day of December, 2008.


/s/Tiffany Strelow Cobb
Tiffany Strelow Cobb

**SERVICE LIST AS OF DECEMBER 16, 2008**

THOMAS V. ASKOUNIS
ASKOUNIS & DARCY PC
401 NORTH MICHIGAN AVE., SUITE 550
CHICAGO IL 60611

WILLIAM E. CHIPMAN, JR.
EDWARDS ANGELL PALMER & DODGE
919 NORTH MARKET, STE 1500
WILMINGTON, DE 19801

U.S. TRUSTEE
844 KING STREET, ROOM 2207
LOCKBOX #35
WILMINGTON, DE 19899

MARK D. COLLINS
RICHARDS LAYTON & FINGER
ONE RODNEY SQUARE
P.O. BOX 551
WILMINGTON, DE 19899

JAMES F. CONLAN
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

SCOTT GOLDEN
HOGAN & HARTSON LLP
875 THIRD AVENUE
NEW YORK, NY 10022

JOSEPH H. HUSTON, JR.
STEVENS & LEE
1105 NORTH MARKET ST. 7TH FLOOR
WILMINGTON, DE 19801

BRYAN KRAKAUER
SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN ST.
CHICAGO, IL 60603

KATHARINE L. MAYER
MCCARTER & ENGLISH LLP
RENAISSANCE CENTER
405 N KING ST. 8TH FLOOR
WILMINGTON, DE 19801

NORMAN L. PERNICK
COLE, SCHOTZ, MEISEL, FORMAN & LEOI
1000 N. WEST STREET, STE 1200
WILMINGTON, DE 19801

JEFFREY N. RICH
K&L GATES LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LAURIE SELBER SILVERSTEIN
POTTER ANDERSON & CORROON LLP
1313 N. MARKET ST
HERCULES PLAZA 6TH FLOOR
WILMINGTON, DE 19801

WAYNE M. SMITH
WARNER BROS ENTERTAINMENT
4000 WARNER BLVD.
BLDG 156, RM 5158
BURBANK, CA 91522

J. KATE STICKLES
COLE SCHOTZ MEISEL FORMAN & LEONA
1000 N WEST ST., STE 1200
WILMINGTON, DE 19801

MATTHEW J. TROY
U.S. DEPT OF JUSTICE
CIVIL DIVISION
P.O. BOX 875 BEN FRANKLIN STATION
WASHINGTON, DE 20044

PAMELA K. WEBSTER
BUCHALTER NEMER
1000 WELSHIRE BLVD., STE 1500
LOS ANGELES, CA 90017

HELEN ELIZABETH WELLER
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
2323 BRYAN ST., STE 1600
DALLAS, TX 75201