**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Christopher P. Simon, Esq., and Tara M. DiRocco, Esq., and the law firm of Cross & Simon, LLC, and Robert E. Paul, Esq. of the law firm of Zwerdling, Paul, Kahn, & Wolly, P.C., hereby enter their appearance as counsel, to represent Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA in the above-captioned matter, and request that copies of all pleadings and other papers (however designated) filed in this case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the addresses listed below.

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

| | |
|---|---|
| Christopher P. Simon, Esquire | Robert E. Paul, Esquire |
| Tara M. DiRocco, Esquire | Zwerdling, Paul, Kahn & Wolly, P.C. |
| Cross & Simon, LLC | 1025 Connecticut Avenue NW, Suite 712 |
| 913 North Market Street, 11th Floor | Washington, D.C. 20036-5420 |
| Wilmington, DE 19801 | (202) 857-5000 (Telephone) |
| (302) 777-4200 (Telephone) | (202) 857-5000 (Facsimile) |
| (302) 777-4224 (Facsimile) | E-mail: rpaul@zwerdling.com |
| E-mail: csimon@crosslaw.com | |
|        tdirocco@crosslaw.com | |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: December 17, 2008
Wilmington, DE

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

-and-

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420
(202) 857-5000 (Telephone)
(202) 223-8417 (Facsimile)

*Counsel to Washington-Baltimore Newspaper Guild, TNG-CWA*