## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.,* ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel hereby moves the admission *pro hac vice* of Robert E. Paul, Esquire, to represent Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA.

Dated: December 17, 2008  
Wilmington, DE

CROSS & SIMON, LLC

By: /s/ CPS
Christopher P. Simon (No. 3697)
Tara M. DiRocco (No. 4699)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Virginia, the District of Columbia, and the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 16, 2008       By: _____
                                   Robert E. Paul, Esquire
                                   Zwerdling, Paul, Kahn & Wolly, P.C.
                                   1025 Connecticut Avenue NW, Suite 712
                                   Washington, D.C. 20036-5420
                                   (202) 857-5000 (Telephone)
                                   (202) 223-8417 (Facsimile)


## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.


Date:_____       _____
                                   The Honorable Kevin J. Carey
                                   United States Bankruptcy Judge