## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

IN RE:                                                              CASE NO.  08-13141-KJC

    TRIBUNE COMPANY
    f/k/a Times Mirror Corporation,

        Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010, FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., hereby files its Notice of Appearance in the above-captioned case. The undersigned attorney for FLORIDA SELF-INSURERS GUARANTY ASSOCIATION, INC., requests that all notices of the matters arising herein be duly served on him at the address hereinunder noted.

Dated this 18th day of December, 2008.

          /s/  JAMES E. SORENSON
         JAMES E. SORENSON (FL Bar #0086525),
         D. TYLER VAN LEUVEN (FL Bar #0178705),
         CHAD D. HECKMAN (FL Bar #0526029),
         JARED S. GARDNER (FL Bar #0041042), and
         MARY LINZEE VAN LEUVEN (FL Bar #0029766), of
         Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
         Post Office Box 4128
         Tallahassee, Florida 32315-4128
         Telephone (850) 386-3300
         Facsimile (850) 205-4755
         *Attorneys for Creditor*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance has been furnished to J. Kate Stickles, Esquire, 1000 N. West Street, Suite 1200, Wilmington, DE 19801, Attorney for Debtor, (usual place of business), TRIBUNE COMPANY, 435 N. Michigan Avenue, Chicago, IL 60611, Debtor, (usual place of abode), and United States Trustee, 844 King Street, Room 2207, Lockbox #35, Wilmington, DE 19899-0035, Trustee, (usual place of business), by electronic means or U.S. Mail on this 18th day of December, 2008.

                                                             /s/ JAMES E. SORENSON
                                                              Attorney