**IBM**

Two Lincon Centre
Oakbrook Terrace,
Illinois 60181

Phone: 877/876-7781
FAX: 845/491-8275
email:bhshide@us.ibm.com

**United States Bankruptcy Court**
**District of Delaware**

In Re:  Tribune Company
        Chapter 11
        Case Number 08-13141

### Notice of Appearance and Request For All Documents

Please take notice that IBM Corporation, a creditor and party-in-interest herein, hereby appears in the Chapter 11 Case, and requests that pursuant to Rule 2002 of the Bankruptcy Rules, copies of all notices, motions, applications, petitions, pleadings and orders be duly served on the undersigned at the address herein below noted and be directed to the attention of:

Dated: December 11, 2008

IBM Corporation

By: _____
Beverly H. Shideler, BS8399
Two Lincoln Centre
Oakbrook Terrace, Illinois  60181

To:  Clerk of the Court, David D. Bird
     U. S. Bankruptcy Court
     824 Market Street, 5th Floor
     Wilmington, Delaware  19801