IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY | ) | Case No: 08-13141 |
| | ) | |
| Debtors. | ) | |

NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF NOTICES AND DOCUMENTS

Please take notice that, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of The Seaport Group LLC ("Seaport"), a creditor and party in interest in this case.

Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned requests that an entry be made on the Clerk's Matrix in this case and that all documents filed with the Court and all notices which the Court and /or other parties provide in accordance with Rule 2002 be served upon the person set forth below:

Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017
(212) 616-7728
(212) 616-7722 (fax)
Sfriedberg@Theseaportgroup.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, disclosure statements, plans of readjustment of debts or reorganization, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery service, telephone, facsimile, telegraph, telex, or otherwise.

The Seaport Group, LLC

_____            12/18/08
Scott Friedberg                                  Date