IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141-KJC** |
| Debtors. | **Joint Administration Requested** |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 8, 2008, I caused to be served the "Notice of Hearing to Consider First Day Motions and Related Pleadings," dated December 8, 2008 [Docket No. 16], by causing true and correct

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

copies, enclosed securely in postage pre-paid envelopes to be delivered by overnight courier to the parties on <u>Exhibit A</u> annexed hereto, and by facsimile transmission to the parties on <u>Exhibit B</u> annexed hereto.

        3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Diane Streany

Sworn to before me this
16th day of December, 2008

_____
Notary Public



ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASS COUNTY
COMMISSION EXPIRES _____

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABITIBI CONSOLIDATED | (ABITIBI BOWATER INC.) ATTN: DAVID J PATERSON, PRESIDENT & CEO 1155 METCALFE STREET, SUITE 800   MONTREAL QC H3B 5H2 CA |
| ANGELO GORDON & CO LP | ATTN: GAVIN BAIERA 245 PARK AVENUE   NEW YORK NY 10167 |
| AVENUE ADVISORS LLC | ATTN: TRENT SPIRIDELLIS 12707 HIGH BLUFF DRIVE, SUITE 200   SAN DIEGO CA 92130 |
| BANC OF AMERICA BRIDGE LLC | ATTN: BILL BOWEN 9 WEST 57TH STREET   NEW YORK NY 10019 |
| BANC OF AMERICA BRIDGE LLC | ATTN: BILL BOWEN 100 N TRYON ST   CHARLOTTE NC 28202-4000 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP 200 PARK AVENUE ATTN: US CLIENT VALUATIONS GROUP   NEW YORK NY 10166 |
| BOWATER INC. (ABITIBI BOWATER INC.) | ATTN: DAVID J PATERSON, PRESIDENT & CEO 1155 METCALFE STREET, SUITE 800   MONTREAL QC H3B 5H2 CA |
| BUENA VISTA ENTERTAINMENT INC. | ATTN: JANICE MARINELLI, PRESIDENT C/O DISNEY * ABC DOMESTIC TELEVISION 2300 RIVERSIDE DRIVE   BURBANK CA 91506 |
| CITICORP NORTH AMERICA, INC | ATTN: TIM DILLWORTH 450 MAMARONECK AVENUE, SUITE A   HARRISON NY 10528-2402 |
| DAVIDSON KEMPNER CAPITAL MANAGEMENT LLC | ATTN: JAMIE DONATH 65 EAST 55TH ST, 19TH FL   NEW YORK NY 10022 |
| DEUTSCHE BANK AG | 60 WALL STREET   NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST &SEC. SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105   SUMMIT NJ 07901 |
| GOLDMAN SACHS GROUP INC | ATTN: SCOTT BYNUM 85 BROAD ST   NEW YORK NY 10004 |
| HIGHLAND CAPITAL MANAGEMENT LP | NEXBANK TOWER 13455 NOEL ROAD, 8TH FL   DALLAS TX 75240 |
| HORST BERGMAN | ATTN: HORST BERGMAN 4261 PRESERVE PARKWAY SOUTH   GREENWOOD CO 80121 |
| INTERNAL REVENUE SERVICE | PO BOX 21126   PHILADELPHIA PA 19114-0326 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR   HOUSTON TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS ONE CHASE PLAZA   NEW YORK NY 10005 |
| KKR FINANCIAL CORPORATION | ATTN: JEREMIAH LANE 555 CALIFORNIA ST, 50TH FL   SAN FRANCISCO CA 94104 |
| MARK WILLES | ATTN: MARK WILLES 4353 SHEFFIELD DRIVE   PROVO UT 84604 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN 4 WORLD FINANCIAL CENTER 250 VESEY STREET   NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300   IRVING TX 75039 |
| NBC UNIVERSAL DOMESTIC TELEVISION | DISTRIBUTION ATTN: BARRY WALLACH, PRESIDENT 30 ROCKEFELLER PLAZA   NEW YORK NY 10112 |
| NIELSEN MEDIA RESEARCH INC | ATTN: SUSAN WHITING, PRESIDENT & CEO 770 BROADWAY   NEW YORK NY 10003 |
| PARAMOUNT PICTURES CORPORATION. | ATTN: BRAD GREY, PRESIDENT 5555 MELROSE AVE SUITE 121   HOLLYWOOD CA 90038 |
| RAYMOND JANSEN JR. | ATTN: RAYMOND JANSEN JR. 24 DOCKSIDE LANE BOX 422   KEY LARGO FL 33037 |
| ROBERT ERBURU | ATTN: ROBERT ERBURU 1518 BLUE JAY WAY   LOS ANGELES CA 90069 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE   WASHINGTON DC 20549 |
| SONY PICTURES TELEVISION | ATTN: STEVE MOSKO, PRESIDENT 10202 W WASHINGTON BLVD   CULVER CITY CA 90232 |
| SP NEWSPRINT  COMPANY | ATTN: CHRISTOPHER BRANDT, CEO C/O WHITE BIRCH PAPER COMPANY 80 FIELD POINT ROAD   GREENWICH CT 06830 |
| TACONIC CAPITAL ADVISORS LLC | 450 PARK AVENUE, 9TH FLOOR   NEW YORK NY 10022 |
| TOWER DC, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700   CHICAGO IL 60606 |
| TOWER EH, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700   CHICAGO IL 60606 |
| TOWER JK, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700   CHICAGO IL 60606 |
| TOWER MS, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700   CHICAGO IL 60606 |
| TOWER PT, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700   CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| TWENTIETH TELEVISION, INC | ATTN: BOB COOK, PRESIDENT AND COO 2121 AVENUE OF THE STARS 21ST FLOOR   LOS ANGELES CA 90067 |
| VIKIQ GLOBAL PERFORMANCE LLC | ATTN: MINA FALTAS 55 RAILROAD AVE   BELLE HAVEN CT 06830 |
| WARNER BROS. TELEVISION | ATTN: KEN WERNER,PRESIDENT, DOMESTIC TELEVISION 400 WARNER BLVD   BURBANK CA 91522 |

**Total Creditor Count 39**

CREDITOR LISTING

UNITED STATES TREASURY
OFFICE OF THE TREASURER
1500 PENNSYLVANIA AVENUE, NW
ROOM 2134
WASHINGTON, DC 20220

MAYER BROWN LLP
B. TRUST, ESQ., F.D. HYMAN, ESQ.
J.G. TOUGAS, ESQ.; A.K. TREHAN, ESQ.
B.YAN, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

EDWARDS ANGELL PALMER & DODGE LLP
STUART M. BROWN, ESQ.; WILLIAM E. CHIPMAN, JR., ESQ.
919 N. MARKET STREET
STE 1500
WILMINGTON, DE 19801

**EXHIBIT B**

| Fax | Name |
|---|---|
| 972-869-4818 | SHARON HAWKINS |
| 732-578-4635 | DAVID CONTINO |
| 973-576-3766 | US CLIENT VALUATIONS GROUP |
| 818-954-7226 | KEN WERNER |
| 310-369-3899 | BOB COOK |
| 818-560-1930 | JANICE MARINELLI |
| 203-661-3349 | CHRISTOPHER BRANDT |
| 212-664-5998 | BARRY WALLACH |
| 312-454-0157 | NILS LARSEN |
| 310-244-2626 | STEVE MOSKO |
| 330-856-8480 | SUSAN WHITING |
| 310-369-1283 | BRAD GREY |
| 212-622-4557 | MIRIAM KULNIS |
| 212-867-6395 | GAVIN BAIERA |
| 415-391-3077 | JEREMIAH LANE |
| 203-625-8706 | MINA FALTAS |
| 972-628-4147 | HIGHLAND CAPITAL MANAGEMENT LP |
| 212-371-4318 | JAMIE DONATH |
| 212-878-3559 | TRENT SPIRIDELLIS |
| 212-902-3757 | SCOTT BYNUM |
| 212-738-1186 | MICAHEL O'BRIEN |
| 646-375-1606 | TIM DILLWORTH |