# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 9, 2008, I caused to be served the:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

    A) "Amended Notice of Hearing to Consider First Day Motions and Related Pleadings," dated December 9, 2008 [Docket No. 22] (the "Amended Notice"), and

    B) "Notice of Agenda for Matters Scheduled for Hearing on December 10, 2008 Before the Honorable Kevin J. Carey," dated December 9, 2008 [Docket No. 29], (the "Agenda"),

enclosed securely in separate postage pre-paid envelopes, to be delivered as follows:

    i.    the Amended Notice and Agenda, by overnight courier to the parties on <u>Exhibit A</u> annexed hereto, by email to the parties listed on <u>Exhibit B</u> annexed hereto;

    ii.    the Amended Notice by facsimile to the parties listed on <u>Exhibit C</u> annexed hereto, and

    iii.    the Agenda by facsimile to the parties listed on <u>Exhibit D</u> annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."



Diane Streany

Sworn to before me this
16th day of December, 2008

_____
Notary Public

ELLI PETRIS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01PE6175879
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES 10-22-20

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| HORST BERGMAN | ATTN: HORST BERGMAN 4261 PRESERVE PARKWAY SOUTH GREENWOOD CO 80121 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| MARK WILLES | ATTN: MARK WILLES 4353 SHEFFIELD DRIVE PROVO UT 84604 |
| RAYMOND JANSEN JR. | ATTN: RAYMOND JANSEN JR. 24 DOCKSIDE LANE BOX 422 KEY LARGO FL 33037 |
| ROBERT ERBURU | ATTN: ROBERT ERBURU 1518 BLUE JAY WAY LOS ANGELES CA 90069 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE CHAMBERS OF THE HON. KEVIN J. CAREY, CHIEF JUDGE 824 NORTH MARKET STREET 5TH FLOOR WILMINGTON DE 19801 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | JEFFREY A. TAYLOR, US ATTORNEY JUDICIARY CENTER BLDG 555 4TH ST NW WASHINGTON DC 20530 |

**Total Creditor Count 11**

**EXHIBIT B**

TRIBUNE EMAIL LIST

btrust@mayerbrown.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com
byan@mayerbrown.com
sbrown@eapdlaw.com
wchipman@eapdlaw.com
dallas.bankruptcy@publicans.com

**EXHIBIT C**

| Fax | Name |
| --- | --- |
| 972-869-4818 | SHARON HAWKINS |
| 732-578-4635 | DAVID CONTINO |
| 973-576-3766 | US CLIENT VALUATIONS GROUP |
| 818-954-7226 | KEN WERNER |
| 310-369-3899 | BOB COOK |
| 818-560-1930 | JANICE MARINELLI |
| 203-661-3349 | CHRISTOPHER BRANDT |
| 212-664-5998 | BARRY WALLACH |
| 312-454-0157 | NILS LARSEN |
| 310-244-2626 | STEVE MOSKO |
| 330-856-8480 | SUSAN WHITING |
| 310-369-1283 | BRAD GREY |
| 212-622-4557 | MIRIAM KULNIS |
| 212-867-6395 | GAVIN BAIERA |
| 415-391-3077 | JEREMIAH LANE |
| 203-625-8706 | MINA FALTAS |
| 972-628-4147 | HIGHLAND CAPITAL MANAGEMENT LP |
| 212-371-4318 | JAMIE DONATH |
| 212-878-3559 | TRENT SPIRIDELLIS |
| 212-902-3757 | SCOTT BYNUM |
| 212-738-1186 | MICAHEL O'BRIEN |
| 646-375-1606 | TIM DILLWORTH |
| 864-282-9482 | DAVID J PATERSON |

**EXHIBIT D**

| Fax | Name |
| --- | --- |
| 972-869-4818 | SHARON HAWKINS |
| 732-578-4635 | DAVID CONTINO |
| 973-576-3766 | US CLIENT VALUATIONS GROUP |
| 818-954-7226 | KEN WERNER |
| 310-369-3899 | BOB COOK |
| 818-560-1930 | JANICE MARINELLI |
| 203-661-3349 | CHRISTOPHER BRANDT |
| 212-664-5998 | BARRY WALLACH |
| 312-454-0157 | NILS LARSEN |
| 310-244-2626 | STEVE MOSKO |
| 330-856-8480 | SUSAN WHITING |
| 310-369-1283 | BRAD GREY |
| 212-622-4557 | MIRIAM KULNIS |
| 212-867-6395 | GAVIN BAIERA |
| 415-391-3077 | JEREMIAH LANE |
| 203-625-8706 | MINA FALTAS |
| 972-628-4147 | HIGHLAND CAPITAL MANAGEMENT LP |
| 212-371-4318 | JAMIE DONATH |
| 212-878-3559 | TRENT SPIRIDELLIS |
| 212-902-3757 | SCOTT BYNUM |
| 212-738-1186 | MICAHEL O'BRIEN |
| 646-375-1606 | TIM DILLWORTH |
| 212-209-3181 | CAROL LEE |
| 704-409-0836 | BILL BOWEN |
| 212-536-3901 | JEFFREY N RICH |
| 412-355-6501 | CHARLES R SMITH |
| 864-282-9482 | DAVID J  PATERSON |