UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13141 (KJC) |
| Tribune Company., *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases:

1. **JPMorgan Chase Bank, N.A., in its capacity as lender**, Attn: Miriam Kulnis, 277 Park Avenue, 8th Floor, New York, NY  10172, Phone: 212-622-4526, Fax: 212-622-4556

2. **Merrill Lynch Capital Corporation, in its capacity as lender**, Attn: Michael O'Brien, 4 World Financial Center, 250 Vesey Street, New York, NY  10080 , Phone: 212-449-0948, Fax: 212-738-1186

3. **Deutsche Bank Trust Company Americas, as Indenture Trustee**, Attn: Stanley Burg, 60 Wall Street, New York, NY 10005, Phone: 212-250-5280, Fax: 212-797-8610

4. **Warner Bros. Television**, Attn Wayne M. Smith, 4000 Warner Boulevard, Building 156, Room 5158, Burbank, CA  91522, Phone: 818-954-6007, Fax: 818-954-5434

5. **Vertis, Inc.**, Attn: John V. Howard, Jr., Esquire, 250 West Pratt Street, Baltimore, MD 21201, Phone: (303) 305-2025, Fax: (410) 454-8460

6. **William Niese**

7. **Pension Benefit Guaranty Corporation**, Attn: Craig Yamaoka, 1200 K Street, NW, Washington, D.C.  20005, Phone: (202) 326-4000 x 3614, Fax: (202) 842-2643

8. **Washington-Baltimore Newspaper Guild, Local 32035**, Attn: Robert E. Paul and/or William Salganik, 1100 15th Street, N.W., Suite 350, Washington, D.C.  20005, Phone: 202-785-3650, Fax: 202-785-3659

ROBERTA A. DeANGELIS
Acting United States Trustee, Region 3

 /s/ Joseph J. McMahon, Jr. for
WILLIAM K. HARRINGTON
ASSISTANT UNITED STATES TRUSTEE

DATED:  December 18, 2008

Attorney assigned to these cases:  Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' co-counsel:  Norman L. Pernick, Esquire, Phone: 302-652-3131, Fax: 302-652-3117