# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANIES, *et al.*, | Case No. 08-13141-KJC |
| Debtor. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Jan I. Berlage, of Gohn, Hankey & Stichel, LLP, 201 North Charles Street, Baltimore, MD 21201, as counsel to CoreStaff Services in this matter.

Dated: December 15, 2008

ELLIOTT GREENLEAF

William M. Kelleher (DE Bar No. 3961)
1000 West Street, Suite 1440
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 656-3714
Email: wmk@elliottgreenleaf.com

*Local Counsel for CoreStaff Services*

Date: 12/16/08
Docket No: 86

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the states of Maryland, New York and Connecticut as well as for the District of Columbia. I am a member of the federal district court bars of Maryland, District of Columbia, Southern and Eastern Districts of New York and Connecticut. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: _____

Date: 12/15/08

Jan I. Berlage
Gohn, Hankey & Stichel, LLP
201 North Charles Street
Baltimore, MD 21201
Main Phone: (410) 752-9300 ext. 17
Direct Phone: (410) 752-1261
Cell Phone: (443) 857-7789
Facsimile: (410) 752-2519
jBerlage@GHSLLP.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: December 17, 2008

_____
United States Bankruptcy Judge