## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No. 08-13141 (KJC) |
| Debtors. | Joint Administration Requested |

### NOTICE OF APPEARANCE and
### REQUEST FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that Anthony Deglomine, III, Vice President, hereby appears for Harris Corporation, in the above-referenced matter, and pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices that are required to be given and all pleadings and orders that are required to be served in these cases, be served at the address listed below:

Anthony Deglomine, III
HARRIS COPRORATION
1025 W. NASA Blvd.
Mail Stop A-11A
Melbourne, Florida 32919
Telephone: (321) 727-9124
Facsimile: (321) 724-3943
Email: adeglomi@harris.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, without limitations, all orders, notices, hearing dates, applications, motions, including motions to expunge and / or reduce claims, petitions, requests, complaints, demands,

replies, answers, schedules of assets and liabilities and statements of financial affairs, operating reports, disclosure statements, plans of reorganization and liquidation, and any other matter filed in this action, that affect the above-captioned debtor or its estate.

The Notice of Appearance and Request for Service of Documents shall not be construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by District Court Judges, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Melbourne, Florida
       December 17, 2008

*/s/ [signature] V.P.*

Harris Corporation
Anthony Deglomine, III
Vice President
1025 W. NASA Blvd.
Mail Stop A-11A
Melbourne, Florida 32919
Telephone: (321) 727-9124
Fax: (321) 724-3943