UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No. 08-13141 (KJC) |
| Debtors. | Joint Administration Requested |

## CERTIFICATE OF SERVICE

I, Anthony Deglomine, III, certify that on December 17, 2008, I served a copy of the foregoing Notice of Appearance and Request for Service of Pleadings on the following by mailing a copy of same by first-class mail, postage prepaid to:

James F. Conlan
Sidley Austin, LLP
One South Dearborn Street
Chicago, IL 60603

Thomas V. Askounis
Askounis & Darcy, P.C.
401 North Michigan Avenue, Suite 550
Chicago, IL 60611

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Mark D. Collins
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Joseph H. Huston, Jr.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Norman L. Pernick
J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

John M. August
Herrick, Feinstein LLP
One Gateway Center, 22nd Floor
Newark, NJ 07102

Tiffany Strelow Cobb
Vorys, Sater, Seymour & Pease, LLP
52 East Gray Street
Columbus, OH 43215

Scott Golden
Hogan & Hartson, LLP
875 Third Avenue
New York, NY 10022

Susan E. Kaufman
Cooch & Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

William M. Kelleher
Ballard, Spahr, Andrews & Ingersoll, LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Katharine L. Mayer
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Jaffrey N. Rich
K&L Gates, LLP
599 Lexington Avenue
New York, NY 10022
Laurie Selber Silverstein
Potter Anderson & Corroon, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801
Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522
Pamela K. Webster
Buchalter Nemer
1000 Welshire Blvd., Suite 1500
Los Angeles, CA 90017

Bryan Krakauer
Sidley, Austin, Brown & Wood, LLP
One S. Dearborn Street
Chicago, IL 60603
Edward Patrick O'Brien
Stempel Bennett Claman & Hochbery, P.C.
655 Third Avenue
New York, NY 10017

Frederick Brian Rosner
Duane Morris, LLP
1100 North Market Street
Wilmington, DE 19801
Christopher Page Simmon
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044
Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

_____, V.P.
Harris Corporation
Anthony Deglomine, III
Vice President