# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On December 8, 2008, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532 (the "Bankruptcy Code"). The Debtors and their respective addresses, case numbers and federal tax identification numbers are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| Tribune Company [Times Mirror Corporation – by merger] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13141 | 36-1880355 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| 435 Production Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13142 | 95-4388865 |
| 5800 Sunset Productions Inc. [Tribune Studios] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13143 | 36-3845510 |
| Baltimore Newspaper Networks, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13144 | 52-1998258 |
| California Community News Corporation | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13145 | 95-4425306 |
| Candle Holdings Corporation | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13146 | 95-4645626 |
| Channel 20, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13147 | 06-1057399 |
| Channel 39, Inc. [WSFL-TV, sfl.southflorida.com, cwsfl.com, miamicw.com, southfloridascw.com, wb39.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13148 | 65-0085256 |
| Channel 40, Inc. [KTXL-TV, fox40.com, ktxl.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13149 | 68-0183844 |
| Chicago Avenue Construction Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13150 | 36-4328634 |
| Chicago River Production Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13151 | 36-3845434 |
| Chicago Tribune Company [Chicago Tribune, Red Eye, chicagotribune.com, chicagosports.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13152 | 36-2643437 |
| Chicago Tribune Newspapers, Inc. [Chicago Tribune] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13153 | 36-6100439 |
| Chicago Tribune Press Service, Inc. [Tribune Newspaper Network] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13154 | 36-2273167 |
| ChicagoLand Microwave Licensee, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13155 | 36-3721579 |
| Chicagoland Publishing Company [Relcon, Inc., Apartments.com Magazine, Cars Magazine, Chicago Fashion Magazine, Chicago Home and Garden Magazine, Chicago Magazine, JobFinder, New Homes Guide, TribLocal] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13156 | 36-3993237 |
| Chicagoland Television News, Inc. [ChicagoLand Television/CLTV News, cltv.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13157 | 36-3801352 |
| Courant Specialty Products, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13159 | 06-1529221 |
| Direct Mail Associates, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13160 | 23-2536121 |
| Distribution Systems of America, Inc. [Island Publications] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13161 | 11-3033811 |
| Eagle New Media Investments, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13162 | 06-1516661 |

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| Eagle Publishing Investments, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13163 | 04-3436327 |
| forsalebyowner.com corp. [forsalebyowner.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13165 | 13-4120219 |
| ForSaleByOwner.com Referral Services, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13166 | 26-2909205 |
| Fortify Holdings Corporation | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13167 | 95-4645628 |
| Forum Publishing Group, Inc. [Sun-Sentinel Community News Group, Inc., Jewish Journal, Shalom, The Coupon Book, East Sider, Hi-Riser, Deerfield Beach Forum, Delray Beach Forum, Pompano Beach Forum, West Boca Forum, Boca Forum, Davie and Cooper City Gazette, Plantation Forum, Sunrise Forum, Weston Gazette, Margate/Coconut Creek Forum, Coral Springs Forum, Parkland Gazette, Tamarac Forum, Boynton Beach Forum, Lake Worth Forum, Wellington Forum, Oakland Park Gazette] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13168 | 65-0612940 |
| Gold Coast Publications, Inc. [City Link, City & Shore, Teen Link, Sun-Sentinel Direct, El Sentinel, South Florida Parenting, Florida New Homes Guide] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13169 | 59-2145505 |
| GreenCo, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13170 | 95-2067416 |
| Heart & Crown Advertising, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13171 | 06-1099808 |
| Homeowners Realty, Inc. [Wasatch Discount Realty, Inc.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13172 | 84-1641507 |
| Homestead Publishing Co. [The Aegis, The Record, The Weekenders, Hartford Magazine, Hartford Business Ledger, theaegis.com, hartfordledger.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13173 | 52-0704903 |
| Hoy, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13174 | 22-3608033 |
| Hoy Publications, LLC [Hoy Chicago, LLC, Hoy, Hola Hoy, hoyinternet.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13175 | 35-2212352 |
| InsertCo, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13176 | 11-3522663 |
| Internet Foreclosure Service, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13177 | 06-1656550 |
| JuliusAir Company, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13178 | 36-4449479 |
| JuliusAir Company II, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13179 | |

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| KIAH Inc. [KHWB Inc., KHCW Inc., KHCW-TV, khcw.com, houstoncw.com, thecwhouston.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13180 | 76-0484014 |
| KPLR, Inc. [ACME Television of Missouri, Inc., ACME Television Holdings of Missouri, Inc., ACME Television Licenses of Missouri, LLC, KPLR-TV, cw11tv.com, cw11stlouis.com, cwstlouis.com, kprl11cw.com, kplrcw.com, stlouiscw.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13181 | 43-0737943 |
| KSWB Inc. [KSWB-TV, sandiegocw.com, fox5sandiego.com, yovio.com, sandiegoscw.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13182 | 94-2457035 |
| KTLA Inc. [KTLA-TV, ktla.com, cwlosangeles.com, losangelescw.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13183 | 95-1743404 |
| KWGN Inc. [KWGN-TV, kwgn.com, cw2.com, coloradoscw.com, coloradoscw2.com, kwgncw.com, 2newscolorado.com, cw2colorado.com, denver2news.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13184 | 84-0565347 |
| Los Angeles Times Communications LLC [The Burbank Leader, Glendale-News Press, La Canada Valley Sun, La Crescenta Valley Sun, Laguna Beach Coastline, Newport Beach/Costa Mesa Daily Pilot, Times Community News, latimes.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13185 | 36-4371324 |
| Los Angeles Times International, Ltd. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13186 | 95-4456079 |
| Los Angeles Times Newspapers, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13187 | 36-4370416 |
| Magic T Music Publishing Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13188 | 36-3716522 |
| NBBF, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13189 | 26-2990893 |
| Neocomm, Inc. [Neocomm of Delaware, Inc.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13190 | 59-3227208 |
| New Mass. Media, Inc. [Fairfield Weekly, Hartford Advocate, New Haven Advocate] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13191 | 04-2529553 |
| New River Center Maintenance Association, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13192 | 65-0245621 |
| Newscom Services, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13193 | 65-0574817 |
| Newspaper Readers Agency, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13194 | 36-1547335 |
| North Michigan Production Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13195 | 36-3845466 |

46429/0001-5218625v1

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| North Orange Avenue Properties, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13196 | 59-3564056 |
| Oak Brook Productions, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13197 | 36-4012598 |
| Orlando Sentinel Communications Company [Orlando Sentinel, Orlando City Book, El Sentinel, Sentinel Express, orlandosentinel.com, elsentinel.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13198 | 59-1103775 |
| Patuxent Publishing Company [Eldersburg Eagle, Westminster Eagle, Howard County Times, Columbia Flier, Laurel Leader, SoundOff, Catonsville Times, Arbutus Times, Owings Mills Times, Baltimore Messenger, Towson Times, Northeast Booster, Northwest Reporter, North County News, Jeffersonian, The View – Ellicott City, The View – West Howard County, The View – Catonsville, The View – Elkridge, Maryland Family, ChesapeakeHome Magazine, Howard/Columbia Magazine, Baby Steps Magazine, Pet Tracks, Patuxent Directories (8 community directories: Howard County, Olney, Bowie, Crofton, Carroll County, Harford County, Catonsville, and Laurel), The Weekenders, arbutustimes.com, baltimoremessenger.com, catonsvilletimes.com, columbiaflier.com, ftmeadesoundoff.com, howardcountytimes.com, laurelleader.com, lifetimesmd.com, northconews.com, northeastbooster.com, northeastreporter.com, owingsmillstimes.com, theeldersburgeagle.com, thejeffersonian.com, theviewnewspapers.com, thewestminstereagle.com, towsontimes.com, classifido.net, patuxentpublicnotices.com, connect2mdhomes.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13200 | 52-2064223 |
| Publishers Forest Products Co. of Washington | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13201 | 91-0844750 |
| Sentinel Communications News Ventures, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13202 | 36-4132027 |
| Shepard's Inc. [TM ShepCo, Inc.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13203 | 13-3337931 |
| Signs of Distinction, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13204 | 52-2073603 |
| Southern Connecticut Newspapers, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13205 | 06-0971455 |
| Star Community Publishing Group, LLC [DSA Community Publishing, LLC, Huntington Pennysaver, Results Media, Shopper's Guide, This Week, Yankee Trader] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13206 | 11-3475612 |
| Stemweb, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13207 | 11-3634276 |
| Sun-Sentinel Company [Sun-Sentinel, sun-sentiel.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13208 | 59-1022684 |

46429/0001-5218625v1

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| The Baltimore Sun Company [The Sun, baltimoresun.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13209 | 95-4066880 |
| The Daily Press, Inc. [Daily Press, dailypress.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13210 | 54-1399368 |
| The Hartford Courant Company [Hartford Courant, courant.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13211 | 06-0383490 |
| The Morning Call, Inc. [Upper Bucks Publishing Company, Direct Marketing Distribution, Inc, Morning Call, mcall.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13212 | 23-0337560 |
| The Other Company LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13213 | 26-2455337 |
| Times Mirror Land and Timber Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13214 | 95-4017088 |
| Times Mirror Payroll Processing Company, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13215 | 95-4684227 |
| Times Mirror Services Company, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13216 | 84-1301326 |
| TMLH 2, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13217 | 95-4640720 |
| TMLS I, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13218 | 95-4640719 |
| TMS Entertainment Guides, Inc. [TMS Acquisition Corp., TMS Interactive Software, Inc.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13219 | 36-4386325 |
| Tower Distribution Company [UVTV, Inc., WGN Cable, WGN America, Superstation WFN, wgncable.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13220 | 73-1539066 |
| Towering T Music Publishing Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13221 | 36-4202470 |
| Tribune Broadcast Holdings, Inc. [Tribune Denver Radio, Inc., KRCW-TV, WTTV-TV, WTTK-TV, thecw4.com, cwportland.com, portlandscw.com, cwindiana.com, cwindianapolis.com, indianapoliscw.com, indianascw.com, wttvcw.com, wb4.com, indianas4.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13222 | 94-2444438 |
| Tribune Broadcasting Company [Tribune Cable, Tribune Creative Services Group, Tribune Plus, Tribune Plus Corporate Sales, Tribune Television] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13223 | 36-3082569 |
| Tribune Broadcasting Holdco, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13224 | 71-1032534 |
| Tribune Broadcasting News Network, Inc. [TribNet] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13225 | 36-3731088 |
| Tribune California Properties, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13226 | 36-3491629 |
| Tribune Direct Marketing, Inc. [Tribune Direct Marketing] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13227 | 36-3751479 |

| DEBTOR<br>(Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS<br>(Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| Tribune Entertainment Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13228 | 36-2596232 |
| Tribune Entertainment Production Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13229 | 36-3845393 |
| Tribune Finance, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13230 | 71-1032537 |
| Tribune Finance Service Center, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13231 | 36-4407844 |
| Tribune License, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13232 | 95-4401035 |
| Tribune Los Angeles, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13233 | 04-3724522 |
| Tribune Manhattan Newspaper Holdings, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13234 | 43-2027279 |
| Tribune Media Net, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13235 | 36-4407847 |
| Tribune Media Services, Inc.<br>[UltimateTV, Inc., TMS Movie Information Products, Inc., TMS TV Publishing, Inc., TV America, LLC, Connection Publishing, LLC, Tribune Media Services International, Tribune Media Services Entertainment Products, Tribune Media Services Publishing, Tribune Media Services Specialty Products, Tribune Media Services International-Hong Kong, Zap2It, tms.tribune.com, zap2it.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13236 | 13-0571080 |
| Tribune Network Holdings Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13237 | 36-4039936 |
| Tribune New York Newspaper Holdings, LLC<br>[amNewYork] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13238 | 43-2027278 |
| Tribune NM, Inc.<br>[Marketeer, Inc., Newport Media Acquisition II, Inc., Newport Media, Inc.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13239 | 95-4579939 |
| Tribune Publishing Company | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13240 | 36-3779720 |
| Tribune Television Company<br>[WPMT-TV, WXIN-TV, WTIC-TV, KDAF-TV, WPHL-TV, mpmt.com, fox59.com, fox61.com, cw33.com, myphl17.com, kdafcw.com, texascw.com, wb33.com, cw33tv.com, kdaftv.com, texaswb.com, wb17.com, cw4tv.com, thecw4.com, myphl17.com, myphl17.net, myphl17.tv, myphltv.net, myphltv.tv, mywphl17.com, mywphl17.net, mywphl17.tv, wxin.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13241 | 06-1251634 |
| Tribune Television Holdings, Inc.<br>[WXMI-TV, KMYQ-TV, wxmi.com, myq2.com, myq2.tv, myq2tv.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13242 | 36-3491630 |
| Tribune Television New Orleans, Inc.<br>[WNOL Inc., QJP Inc., WGNO Inc., WGNO-TV, | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13244 | 36-3234055 |

| DEBTOR (Other names, if any, used by the Debtor in the last 8 years appear in brackets) | ADDRESS (Mailing Address) | CASE NO. | EIN # |
|---|---|---|---|
| WNOL-TV, wgno.com, wnol.com, wb38.com, nola38.com, cwneworleans.com, neworleanscw.com, wnolcw.com, abc26.com] | | | |
| Tribune Television Northwest, Inc. [KCPQ-TV, q13.com, q13fox.com, kcpq.com, q13reports.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13245 | 62-1172975 |
| ValuMail, Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13246 | 06-1539512 |
| Virginia Community Shoppers, LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13247 | 43-1994025 |
| Virginia Gazette Companies, LLC [Virginia Gazette, vagazette.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13248 | 36-4419587 |
| WATL, LLC [Qwest Broadcasting L.L.C.] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13249 | 95-4527384 |
| WCWN LLC | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13250 | 04-3465982 |
| WDCW Broadcasting, Inc. [WBDC Broadcasting, Inc., WDCW-TV, thecwdc.com, cw50.com, dc50tv.com, washingtonscw.com, wbdccw.com, wbdc.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13251 | 36-4308300 |
| WGN Continental Broadcasting Company [WGN-TV, WGN Radio, Tribune Radio Network, wgntv.com, wgnradio.com, chicagoscw.com, wgncw.com, wgntvcw.com, wgncable.com, wgnamerica.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13252 | 36-1919530 |
| WLVI Inc. | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13253 | 36-3918074 |
| WPIX, Inc. [WPIX-TV, wpix.com, cw11.com, thewb11.com, newyorkscw.com, wpixcw.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13254 | 36-3110191 |
| WTXX Inc. [Tiberius Broadcasting, Inc., WTXX-TV, wtxx.com, connecticutscw.com, cw20.com, cwconnecticut.com, cwhartford.com, hartfordscw.com, wtxxwb.com, connecticutscw20.com, ctcw20.com, cw20wtxx.com, wtxxcw.com] | 435 N. Michigan Ave. Chicago, IL 60611 | 08-13255 | 06-1501268 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS.  **January 16, 2009 at 10:00 a.m. (Prevailing Eastern Time) at J. Caleb Boggs Federal Building, 844 King Street, Room 5209, Wilmington, DE 19801.**

DEADLINE TO FILE A PROOF OF CLAIM.  Notice of a deadline will be sent at a later time.

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE.  None appointed.

COUNSEL FOR THE DEBTORS.

46429/0001-5218625v1

SIDLEY AUSTIN LLP                          COLE, SCHOTZ, MEISEL,
James F. Conlan                            FORMAN & LEONARD, P.A.
Bryan Krakauer                             Norman L. Pernick (No. 2290)
Kevin T. Lantry                            J. Kate Stickles (No. 2917)
Janet E. Henderson                         Patrick J. Reilley (No. 4451)
Kenneth P. Kansa                           1000 N. West Street, Suite 1200
One South Dearborn Street                  Wilmington, DE  19801
Chicago, IL  60603                         Telephone:  (302) 652-3131
Telephone:  (312) 853-7000                 Facsimile:  (302) 652-3117
Facsimile:  (312) 853-7036

COMMENCEMENT OF CASES.  Petitions for reorganization under chapter 11 of the Bankruptcy Code
have been filed in this Court by the Debtors listed above, and orders for relief have been entered.  You
will not receive notice of all documents filed in this case.  All documents filed with the Court, including
lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the
Bankruptcy Court.  In addition, such documents may be available at www.deb.uscourts.gov.

PURPOSE OF CHAPTER 11 FILING.  Chapter 11 of the U.S. Bankruptcy Code enables a debtor to
reorganize pursuant to a plan.  A plan is not effective unless approved by the court at a confirmation
hearing.  Creditors will be given notice concerning any plan, or in the event the case is dismissed or
converted to another chapter of the Bankruptcy Code.  The Debtors will remain in possession of their
property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS.  A creditor is anyone to whom a debtor owes
money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.
Common examples of prohibited actions by creditors are contacting a debtor to demand repayment,
taking action against a debtor to collect money owed to creditors or to take property of a debtor, and
starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor
against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against
a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to seek
legal advice.  The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS.  The Debtors' representative, as specified in Rule 9001(5) of the Federal
Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors
on the date and at the place set forth above for the purpose of being examined under oath.  Attendance by
creditors at the meeting is welcomed, but not required.  At the meeting, the creditors may examine the
Debtors and transact such other business as may properly come before the meeting.  The meeting may be
continued or adjourned from time to time by notice at the meeting, without further written notice to the
creditors.

CLAIMS.  Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007.  Any creditor holding a
scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not
required to, file a proof of claim in these cases.  Creditors whose claims are not scheduled or whose
claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the
cases or share in any distribution must file their proofs of claim.  A creditor who desires to rely on the
schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate
notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the
Debtors' known creditors.** Proof of claim forms are also available in the clerk's office of any
bankruptcy court.  Proof of claim forms are also available from the Court's web site at
www.deb.uscourts.gov.  Epiq Bankruptcy Solutions, LLC is the claims agent in these cases and can

provide a proof of claim form if you cannot obtain one from your local bankruptcy court.  Epiq Bankruptcy Solutions, LLC can be reached as follows:

**Tribune Company Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5069**
**New York, NY  10150-5069**
**http://chapter11.epiqsystems.com/**

DISCHARGE OF DEBTS.  Confirmation of chapter 11 plan may result in a discharge of debts, which may include all or part of your debt.  See Bankruptcy Code § 1141(d).  A discharge means that you may never try to collect the debt from the Debtor, except as provided in the plan.


For the Court:   /s/ David D. Bird                                    Dated: December 22, 2008
                         Clerk of the U.S. Bankruptcy Court

10

46429/0001-5218625v1