Case # 07-18410                Southern District of Florida                Filed: 10/08/07

| | Tribune Company | | |
|---|---|---|---|
| **Old Acct No** | **Service Address** | **Dep Requirement** | **New Acct No** |
| 00430-39346 | 2601 SW 32ND AVE #1&2 | 2,610 | **83423-65395** |
| 02038-12672 | 3333 S CONGRESS AVE # 1 | 1,820 | **02627-97319** |
| 02098-15620 | 3333 S CONGRESS AVE # 2 | 3,150 | **36201-19317** |
| 07827-84086 | 4950 N UNIVERSITY DR | 460 | **08903-49319** |
| 09966-67341 | 6400 PARK OF COMMERCE BLVD # 3 | 2,850 | **68183-89311** |
| 21254-77030 | 522 NW 77TH ST | 1,990 | **62085-20418** |
| 21345-48284 | 4946 N UNIVERSITY DR | 470 | **11961-43042** |
| 21434-72351 | 4935 PARK RIDGE BLVD # 3 | 1,940 | **13617-63046** |
| 22508-07084 | 1452 NW 82 AVE | 400 | **24709-93045** |
| 37617-38008 | 3026 SW 42ND ST # B | 2,900 | **97222-34045** |
| 43104-81470 | 1454 NW 82 AVE | 300 | **02924-27366** |
| 47532-55415 | 333 SW 12TH AVE | 277,660 | **15411-94047** |
| 54489-72579 | 3585 NW 54TH ST # WAREHSE | 3,980 | **64424-57369** |
| 54787-43247 | 4948 N UNIVERSITY DR | 1,340 | **75424-87363** |
| 67222-12146 | 6501 NOB HILL RD | 9,290 | **28949-18362** |
| 71477-40380 | 200 E LAS OLAS BLVD # NEWS | 25,140 | **41218-68360** |
| 73787-53532 | 1500 N FLORIDA MANGO RD STE 11 | 1,110 | **64326-50486** |
| 76368-22319 | 1800 N COMMERCE PKWY # 1 | 7,090 | **93064-31488** |
| 78716-91056 | 321 GOOLSBY BLVD | 2,400 | **16221-81483** |
| 88359-00443 | 1500 N FLORIDA MANGO RD STE 10 | 1,030 | **39323-32483** |
| 89606-75497 | 4935 PARK RIDGE BLVD STE 1 | 540 | **66163-82484** |
| 93544-67004 | 11576 PIERSON RD # K-A | 290 | **40625-30300** |
| 86488-32346 | 101 N NEW RIVER DR E # PRKG | 280 | **04990-80307** |
| 05400-21540 | 4935 PARK RIDGE BLVD STE 2 | 490 | **20721-31309** |
| 06218-79154 | 11576 PIERSON RD # K-G | 420 | **36056-34546** |
| 62527-87236 | 1701 GREEN RD STE A | 7,090 | **55021-74542** |
| 85399-07413 | 11576 PIERSON RD # K-H | 370 | **31659-05542** |

| | | | |
|---|---|---|---|
| 04034-56650 | 2055 LEE ST # OL    | 60     | **60966-62413** |
| 04044-54688 | 2055 LEE ST # OLA   | 60     | **23994-23439** |
| 04054-50602 | 2055 LEE ST # HM    | 9,570  | **78905-97284** |
| 57089-60017 | 1255 NW 210TH ST #C | 60,350 | **37268-85175** |
| 21894-82025 | 116 W 1ST ST # NEW  | 510    | **N/A** |
| | | $ 427,960 | |

12/22/2008