**TRIBUNE COMPANY**

| Account Name | Pre-Petition Account Number | Post-Petition Account Number | Service Address | Post-Petition Deposit Requirement | CURRENT BILL | DEPOSIT HELD |
|---|---|---|---|---|---|---|
| WDCW BROADCASTING INC T/A WDCW TV 50 | 0100-7039-17 | 0100-7039-25 | 6001 GEORGIA AV NW., WASH., DC | $61,400.00 | $27,273.83 | NONE |
| CHICAGO TRIBUTE INC | 0115-5533-15 | 0115-5533-23 | 1025 F ST NW #7 S0UTH, WASH., DC | $28,330.00 | $12,330.37 | $835.00 |
| TMS INCORPORATED | 1720-0080-59 | 1720-0080-67 | 1305 E CAPITOL ST SE-*PS, WASH., DC | $180.00 | $0.00 | $60.00 |
| CHANNEL 20 INC | 2732-4620-03 | 2732-4620-11 | 5202 RIVER RD., BETHESDA, MD | $11,440.00 | $5,857.72 | NONE |
| CHICAGO TRIBUTE INC | 0115-5534-14 | 0115-5534-22 | 1025 F ST NW #7 NORTH, WASH., DC | $2,410.00 | $1,189.58 | $45.00 |
| | | | | | | |
| | | | | | | |
| TRIBUNE COMPANY | | | | | | |
| | | | | | | |
| **CH: 11** | | | | | | |
| **Bky Court: DISTRICT OF DELAWARE** | | | | | | |
| | | | | | | |
| | | | | | | |
| ***THESE ACCOUNTS HAVE NOT YET BEEN FINAL BILLED SO THESE ARE PROJECTED DEPOSITS*** | | | | | | |