Tribune Company etal  Case #08-13141 DEL  Last Updated 12/22/08
Tax I.D. 36-1880355  Filed 12/8/08

| Entergy Entity | Name & Store | Store # | Location | City | CCS BP | Pre - Acct# | Post Ptn Acct# | Final Pre-Ptn Debt | Pre-ptn Deposit | Ad Assurance Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| ELL | Tribune Co | WGNO | 3210 Behrman | New Orleans | 5532989 | 52752243 | 77876654 | $ 6,625.75 | $ 250.00 | $ 13,200.00 |
| ELL | Tribune Co | WNOL | 3210 Behrman | New Orleans | 5532989 | 52830650 | 77876704 | $ 4,302.54 | $ 250.00 | $ 6,500.00 |
|  |  |  |  |  |  |  |  | $10,928.29 | $ 500.00 | $ 19,700.00 |
|  |  |  |  |  |  |  |  |  |  |  |
| ENOI | Tribune Co |  | 2 Bayou Beinvenue | New Orleans | 1212047 | 13310149 | 77876613 | $ 310.93 | $ - | $ 2,900.00 |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | Combined | $11,239.22 | $ 500.00 | $ 22,600.00 |