## CERTIFICATE OF SERVICE

I hereby certify, that on this 23rd day of December 2008, the foregoing Notice of

Appearance and Request for Electronic Notice by the Pension Benefit Guaranty Corporation and

Certification of Government Attorney was served electronically or by First-Class Mail on the

following:


Tribune Company, *et al*.
435 N. Michigan Avenue
Chicago, IL 60611
***Debtor***

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street
Suite 1200
Wilmington, DE 19801
***Debtors' Counsel***

Joseph McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE 19801
***U.S. Trustee***

Howard Seife, Esq.
David LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
***Committee Counsel***

/s/ Frank A. Anderson
Frank A. Anderson
Attorney