**Frank R. Kauders**
**925 Old Metairie Drive**
**Metairie , Louisiana 70001-6306**
**(504) 831-7004    Kauders@cox.net**

**December 12, 2008**

Honorable Kevin J. Carey
Chief Judge
United States Bankruptcy Court, Delaware
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Dear Judge Carey,

I am writing to you because my wife and I are distraught and devastated, being the unfortunate owners of 50,000 matured Tribune Company bonds, the ones they reneged on redeeming on December 8. We ask that you please hear our side of it.

It has been published that the Tribune Company had $300 million cash on hand at the time this $70 million debt came due. The CEO publicly and unashamedly even admitted this was a "pre-emptive" bankruptcy filing. Among the basic assumptions underlying ethical business practices is that the parties honor their agreements. The fact is, the Tribune Company held our money until the maturity date, the date they promised and agreed to pay it back, had ample cash on hand to pay it back, but then with the assent of their creditor banks made the contemptible decision not to live up to the agreement. To us, this is not merely default (defined as failure to pay a financial debt), this is reneging (defined as going back on a promise or agreement). Further, from the recent financial headlines, it would seem that companies, at least those that are operating with any semblance of good faith, declare bankruptcy as a last resort, when it becomes clear that their company is, or will imminently become, insolvent or illiquid, but not as an expedient, disingenuous, self-serving tactic to dodge their legitimate debts and "stick it" to people.

We are not a bank or corporation, but an older couple reliant on our modest interest income to live. We bought these bonds when they were still investment grade and before the company was taken private. Despite the company's cratered credit rating over the last year, with 2010 bonds sinking to around 15 cents on the dollar, our bonds, even despite the wide recent spreads, never went below 91 cents on the dollar and were most recently priced at 97.25 cents on the dollar, indicating that given the assumptions referred to above, there was no reason to believe they posed more than a minimal potential short term risk. Also inherent in the near par market value was the assumption that the CEO was not lying when he publicly asserted that the sale of the Chicago Cubs was finally close at hand, so part of the proceeds from that sale could be used for the $500 million debt payment due in June, 2009. As it turned out, the actual unappreciated risk of this investment was that the already notoriously imprudent and arrogant CEO was also more unethical, dishonest, and misanthropic than was previously imagined or priced into the market.

Finally, the prospectus of these bonds characterized them as being "senior" and "secured." Adding insult to injury, now the grim truth emerges that "senior" apparently somehow meant "junior" and the only thing they were secured by was the company's empty broken promise.

As a net result of all this, we are told that the analysts now value our bonds at zero to ten cents on the dollar. We are also told though that ultimately it is entirely up to you to decide what is not only legal, but also fair and just under the circumstances. We understand we live in a time where adhering to moral and ethical corporate principles is considered quaint, but in our desperation we wish to leave no avenue of hope unpursued, no matter how naïve we may appear or slight our chances may be according to the so-called "experts." All we know is that in our minds there is no doubt that we are the ones who deserve your protection from these corporate hooligans, and not vice versa.

We beg for and thank you in advance for your consideration.


Respectfully,

Frank R. Kauders