IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Michael V. Girello, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, proposed attorneys for the Official Committee of Unsecured Creditors in the above referenced cases, and on the 19th day of December, 2008, he caused a copy of the following:

**NOTICE OF ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**(Docket No. 104)**

to be served upon the parties identified on the attached list in the manner indicated.

_____
Michael V. Girello

SWORN TO AND SUBSCRIBED before me this 23rd day of December, 2008.

_____
Notary Public
My Commission Expires: 7/23/10

698.001-23601.DOC

**Service List**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Proposed Counsel to Debtors)
*Hand Delivery*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 N. King Street, Suite 2207
Wilmington, DE 19801
*Hand Delivery*

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(Proposed Counsel to Debtors)
*First Class Mail*

200.000-23571.DOC