**United States Bankruptcy Court**
**the District of Delaware**

In re Tribune Company, et al                                    Case No. 08-13141-KJC

**Initial Monthly Operating Report**
File Report and attachments with Court and submit copy to the United States Trustee within 15 days after order for relief.

Certificates of insurance must name the United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | Attached | |
| Certificates of Insurance | Attached | See Explanation (a) |
| Evidence of Debtor in Possession Bank Accounts | N/A | See Explanation (b) |
| Retainers Paid (Form IR-2) | Attached | |

(a) Confidential Insurance Certificates provided for Office of Trustee Only
(b) See Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waving the Requirements of USC§345(b) on an Interim Basis and (VI) Granting Adminstrative Expense Status to Postpetition Intercompany Transactions.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report documents attached are true and correct to the best of my knowledge and belief.

_____                    12/23/08
Signature of Authorized Individual*           Date

DONALD J. LIEBENTRITT                         EXECUTIVE VICE PRESIDENT
Printed Name of Authorized Individual         Title of Authorized Individual

* Authorized individual must be an officer, director or shareholder if debtor is a corporation, a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

Form IR
(4/07)

Initial Operating Report
**TRIBUNE COMPANY - Monthly Cash Flow** [1]
*Consolidated Debtors (Jointly Administered Under Case No. 08-13141 KJC)*
$ millions

| Fiscal Year<br>Period [2] | 2008<br>Stub 12 [3] | 2009<br>1 | 2009<br>2 | 2009<br>3 | 2009<br>4 | 2009<br>5 | 2009<br>6 | 2009<br>7 | 2009<br>8 | 2009<br>9 | 2009<br>10 | 2009<br>11 | 2009<br>12 | 2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash [4] | $ 325 | $ 500 | $ 596 | $ 584 | $ 559 | $ 537 | $ 527 | $ 533 | $ 523 | $ 502 | $ 525 | $ 543 | $ 509 | $ 500 |
| **Receipts:** | | | | | | | | | | | | | | |
| Operating Receipts | 189 | 343 | 256 | 244 | 229 | 240 | 288 | 297 | 221 | 234 | 249 | 215 | 268 | 3,084 |
| Other | 149 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Receipts | 338 | 343 | 256 | 244 | 229 | 240 | 288 | 297 | 221 | 234 | 249 | 215 | 268 | 3,084 |
| **Disbursements:** | | | | | | | | | | | | | | |
| Compensation & Benefits | 85 | 113 | 136 | 93 | 94 | 86 | 96 | 109 | 84 | 77 | 80 | 80 | 113 | 1,160 |
| General AP Disbursements [5] | 63 | 172 | 143 | 237 | 130 | 146 | 157 | 165 | 130 | 99 | 127 | 134 | 128 | 1,767 |
| Capital Expenditures | 6 | 9 | 7 | 7 | 6 | 6 | 8 | 10 | 8 | 8 | 9 | 9 | 12 | 100 |
| Restructuring, Interest & Bank Fees | 11 | 11 | 11 | 11 | 19 | 11 | 11 | 11 | 19 | 11 | 11 | 11 | 19 | 156 |
| Total Disbursements | 165 | 304 | 297 | 348 | 249 | 249 | 271 | 295 | 241 | 196 | 227 | 234 | 271 | 3,183 |
| Net Cash Flow from Debtors | 173 | 39 | (41) | (104) | (19) | (9) | 17 | 2 | (20) | 38 | 21 | (19) | (4) | (99) |
| Net Cash Flow from non-Debtors | 2 | 58 | 29 | 79 | (2) | (2) | (10) | (12) | (1) | (15) | (3) | (15) | 19 | 123 |
| Ending Cash [6] | $ 500 | $ 596 | $ 584 | $ 559 | $ 537 | $ 527 | $ 533 | $ 523 | $ 502 | $ 525 | $ 543 | $ 509 | $ 524 | $ 524 |

**Notes:**
[1] Monthly cash flow not prepared in accordance with GAAP, outlook based on current company, macroeconomic and industry trends
[2] Debtors have 5-4-4 accounting period, with 5-week periods in periods 1, 6, 7 and 12
[3] Stub Period 12 includes December 8 (Petition Date) to December 28, 2008
[4] Funds held at the Debtor's primary concentration accounts and investment accounts; excludes de minimus balances in local accounts
[5] Includes taxes
[6] Excludes approximately $44mm held in accounts of non-Debtor subsidiaries of Tribune Company as of the Petition Date and assumes these amounts continue to be held in these accounts

This Monthly Cash Flow has been prepared to meet the requirements of the Initial Operating Report for the Office of the United States Trustee. The amounts contained herein are based on an application of current trends and other high level assumptions, and do not constitute a budget or a forecast for fiscal 2009. Additionally, it does not contemplate or reflect potential investments or asset dispositions. This Monthly Cash Flow is a forward-looking document and is subject to a number of significant risks and uncertainties. Whether or not the amounts set forth herein are in fact achieved will depend upon future events many of which are not in our control. Accordingly, actual results may vary from the amounts set forth herein and such variations may be material. The amounts set forth herein should not be regarded as a representation by the Company that the amounts set forth herein will be achieved. This document is prepared solely for the use of the United States Trustee and should not be relied upon for any other purpose.

Initial Operating Report
**TRIBUNE COMPANY - Professional Retainers (a)**
*Consolidated Debtors (Jointly Administered Under Case No. 08-13141 KJC)*

| | |
|---|---:|
| Sidley Austin LLP | $ 4,500,000.00 |
| McDermott Will & Emery | $ 500,000.00 |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | $ 415,000.00 |
| Alvarez & Marsal North America LLC | $ 350,000.00 |
| Lazard Ltd. | $ 200,000.00 |
| Paul, Hastings, Janofsky & Walker LLP | $ 160,000.00 |
| Jenner & Block LLP | $ 150,000.00 |
| Edelman | $ 110,000.00 |
| Total | $ 6,385,000.00 |

(a) Only includes professionals to be retained in the bankruptcy case. Ordinary Course Professionals and amounts paid to creditors' constituencies not included. Includes amounts remitted for prepetition services rendered as well as retainers. A portion of these amounts have been used by the professionals prepetition. Exact amounts of retainer remaining as of the filing date will be included in the Professionals' first fee applications.