# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>**Related to Docket Nos. 10, 11, 12, 15, 19, 56, 59, 60, 61 and 67**<br>**Hearing Date: January 15, 2009 at 1:30 p.m.** |

## NOTICE OF RESCHEDULED HEARING

**PLEASE TAKE NOTICE** that the hearing originally scheduled for January 5, 2009 at 1:30 p.m. before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801, **has been rescheduled to January 15, 2009 at 1:30 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the following pleadings, that were originally scheduled for the January 5, 2009 hearing, are now scheduled for the January 15, 2009 hearing:

1. Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. Section 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Docket No. 10);

2. Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment(Docket No. 11);

3. Motion of the Debtors for an Order Pursuant to 11 U.S.C. Sections 363(b) and 363(c)(1) Authorizing, but not Requiring, the Debtors to Continue to Operate in the Ordinary Course, Including Payment of Prepetition Date Claims with Respect to Brokers (Docket No. 12);

4. Motion of the Debtors for (I) an Order Authorizing, on an Emergency Basis, Payment of Certain Prepetition Claims of Critical Vendors and (II) an Order Authorizing, but not Directing, After Notice and a Hearing, the Debtors to Pay Certain Obligations Arising in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are listed in the Motion of the Debtors for an Order Directing Joint Administration of Their Related Chapter 11 Cases (Docket No. 4) The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Connection with Goods Received by the Debtors Within the Twenty Day Period Before the Petition Date (Docket No. 15); and

     5.     Motion of the Debtors for an Order (I) Authorizing the Debtors to Guarantee an Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables and Related Rights Pursuant Thereto, (II) Authorizing the Debtors to Enter Into a Letter of Credit Facility, (III) Modifying the Automatic Stay and (IV) Granting Other Related Relief Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code (Docket No. 19).

Dated: December 23, 2008

                                              SIDLEY AUSTIN LLP
                                              James F. Conlan
                                              Bryan Krakauer
                                              One South Dearborn Street
                                              Chicago, IL 60603
                                              Telephone: (312) 853-7000
                                              Facsimile: (312) 853-7036

                                                          - and -

                                              COLE, SCHOTZ, MEISEL,
                                              FORMAN & LEONARD, P.A.

By: _____
      Norman L. Pernick (No. 2290)
      J. Kate Stickles (No. 2917)
      1000 N. West Street, Suite 1200
      Wilmington, DE 19801

      Proposed Counsel for Debtors and
      Debtors in Possession