# **EXHIBIT A**

# Total Retention Payments

| Station | | Number of Employees | Total Proposed Compensation | Community Share Reimbursable to Debtors | Amount Ultimately Paid by Debtors |
|---|---|---|---|---|---|
| KWGN | | 20 | $420,432.07 | $147,527.72 | $272,904.35 |
| KPLR | | 13 | $263,932.15 | $152,518.52 | $111,413.63 |
| | Union | 5 | $14,693.97 | $84,637.24 | $32,914.48 |
| | Non-Union | 8 | $29,276.09 | $67,881.28 | $78,499.15 |
| Total: | | 33 | $684,364.22 | $300,046.24 | $384,317.98 |

46429/0001-5230147v1