# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**Hearing Date: January 15, 2009 at 1:30 p.m. (ET)**
**Objection Deadline: January 8, 2009 at 4:00 p.m. (ET)**

## NOTICE OF MOTION FOR AN ORDER AUTHORIZING BUT NOT DIRECTING PAYMENT OF PREPETITION CONTRIBUTIONS TO UNION PENSION PLANS AND CONTINUATION OF CONTRIBUTIONS POSTPETITION IN THE ORDINARY COURSE

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE ADMINISTRATIVE AGENTS FOR THE DEBTORS' PREPETITION LOAN FACILITIES; (IV) THE ADMINISTRATIVE AGENT FOR THE DEBTORS' POSTPETITION LOAN FACILITY; (V) THE INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION NOTES; (VI) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (VII) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (VIII) THE INTERNAL REVENUE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

SERVICE; AND (IX) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

**PLEASE TAKE NOTICE** that, on December 24, 2008, the above-captioned debtors and debtors in possession, filed the **Motion for an Order Authorizing but not Directing Payment of Prepetition Contributions to Union Pension Plans and Continuation of Contributions Postpetition in the Ordinary Course** (the "Motion"), which seeks an order seek authority, but not the direction, to pay all prepetition contributions owed to the Pension Plans pursuant to CBAs, and to continue contributions postpetition in the ordinary course of business; provided that the Debtors shall not pay more than $550,000 in unpaid prepetition contributions to the pension plans.

You are required to file any response to the Motion **on or before 4:00 p.m. (Prevailing Eastern Time) on January 8, 2009**.

At the same time, you must also serve a copy of any response upon movant's attorneys, at the address listed below, so that it is received by **4:00 p.m. (Prevailing Eastern Time) on January 8, 2009**:

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| James F. Conlan | FORMAN & LEONARD, P.A. |
| Bryan Krakauer | Norman L. Pernick |
| Kevin T. Lantry | J. Kate Stickles |
| Candice L. Kline | 1000 N. West Street, Suite 1200 |
| One South Dearborn Street | Wilmington, DE 19801 |
| Chicago, IL 60603 | Telephone: (302) 652-3131 |
| Telephone: (312) 853-7000 | Facsimile: (302) 652-3117 |
| Facsimile: (312) 853-7036 | npernick@coleschotz.com |
| | kstickles@coleschotz.com |

A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 15, 2009 AT 1:30 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Date: December 24, 2008 | SIDLEY AUSTIN LLP |
| | James F. Conlan |
| | Bryan Krakauer |
| | Kevin T. Lantry |
| | Candice L. Kline |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |

2

46429/0001-5230257v1

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: */s/ Norman L. Pernick*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

3

46429/0001-5230257v1