UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) (Jointly Administered) |

## VERIFIED STATEMENT PURSUANT TO RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Russell R. Johnson III files this Verified Statement of his multiple representations in this case:

1. The name and address of the creditors represented by Russell R. Johnson III are:

   A. The Connecticut Light and Power Company, and Yankee Gas Services Company
   Attn: Honor S. Heath, Esq.
   Northeast Utilities Service Company
   107 Selden Street
   Berlin, CT 06037

   B. PECO Energy Company and Commonwealth Edison Company
   Attn: Lynn Zack, Esq.
   Exelon Corporation
   2301 Market Street, S23-1
   Philadelphia, PA 19103

   C. Duke Energy Indiana, Inc.
   Attn: Tanya A. Schweitzer
   Duke Energy Shared Services, Inc.
   139 East Fourth Street
   Room 25, Atrium II
   P.O. Box 960
   Cincinnati, OH 45201-0960

D. Southern California Edison Company
Attn: Douglas DiTonto
2244 Walnut Grove Ave., Suite 331
Rosemead, CA 91770

E. Virginia Electric and Power Company d/b/a Dominion Virginia Power
Attn: Sherry Ward
701 East Cary Street
P.O. Box 26666
Richmond, VA 23261-6666

F. Niagara Mohawk Power Corporation d/b/a National Grid
Attn: Elisa M. Pugliese, Esq.
Legal Department
National Grid
175 East Old Country Road
Hicksville, NY 11801

G. Consolidated Edison Company of New York, Inc.
Attn: Leon Z. Mener, Esq.
4 Irving Place - Room 1875S
New York, NY 10003

H. Metropolitan Edison Company and Pennsylvania Electric Company
Attn: Christine Weber, Esq.
FirstEnergy Corp.
76 S. Main St., A-GO-15
Akron, OH 44308

I. Connecticut Natural Gas Corporation
Attn: Janet L. Janczewski, Esq.
Senior Corporate Counsel and Secretary
60 Marsh Hill Road
Orange, CT 06477

J. CenterPoint Energy Services, Inc.
Attn: Delia White
Corporate Credit Manager
CenterPoint Energy
1111 Louisiana Street, Rm. 2037
Houston, TX 77002

K.  Baltimore Gas And Electric Company
    Attn: Donald Dove
    110 W. Fayette Street, 2nd Floor
    Baltimore, MD 21201

2. The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a) The Connecticut Light and Power Company, Yankee Gas Services Company, PECO Energy Company, Commonwealth Edison Company, Duke Energy Indiana, Inc., Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Niagara Mohawk Power Corporation d/b/a National Grid, Consolidated Edison Company of New York, Inc., Metropolitan Edison Company, Pennsylvania Electric Company, CenterPoint Energy Services, Inc., Connecticut Natural Gas Corporation and Baltimore Gas And Electric Company have unsecured claims against one or more of the above-referenced debtors arising from pre-petition utility usage.

(b) Niagara Mohawk Power Corporation d/b/a National Grid and Commonwealth Edison Company maintained prepetition cash deposits on the Debtors' prepetition accounts, and Southern California Edison Company held a prepetition letter of credit on the Debtors' prepetition accounts.

(c) For more information regarding the foregoing utility companies interests and claims in this case, refer to the *Objection of Certain Utility Companies To the Motion For An Interim and Order and a Final Order Pursuant To Sections 105(a)*

3

and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Adequate Assurance of Payment filed in connection with this pleading.

3. Russell R. Johnson III was retained to represent the foregoing creditors in December 2008.

RUSSELL R. JOHNSON III

By: /s/ Russell R. Johnson III
Russell R. Johnson III

Russell R. Johnson III appeared before me this ___ day of December 2008, and acknowledged that the representations in the foregoing statement are true to the best of his knowledge, information and belief.

NOTARY PUBLIC

Christin C McDuffie

My commission expires: Nov. 30, 2009

CHRISTIN C. MCDUFFIE
Notary Public
Commonwealth of Virginia
294855
My Commission Expires Nov 30, 2009

4