**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                      )
In re:                                ) Chapter 11
                                      )
**TRIBUNE COMPANY**, *et al.*,        ) Case No. 08-13141 (KJC)
                                      )
        Debtors.                      ) (Jointly Administered)
                                      )
_____)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, to represent The Connecticut Light and Power Company, Yankee Gas Services Company, PECO Energy Company, Commonwealth Edison Company, Duke Energy Indiana, Inc., Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Niagara Mohawk Power Corporation d/b/a National Grid, Consolidated Edison Company of New York, Inc., Metropolitan Edison Company, Pennsylvania Electric Company, CenterPoint Energy Services, Inc., Baltimore Gas and Electric Company and Connecticut Natural Gas Corporation in these jointly-administered bankruptcy cases.

Dated:  December 24, 2008

STEVENS & LEE, P.C.

/s/ John D. Demmy_____
John D. Demmy, Esq. (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone:     (302) 425-3308
Fax:       (610) 371-8515
E-mail:    jdd@stevenslee.com

*Counsel For The Connecticut Light and Power Company, Yankee Gas Services Company, PECO Energy Company, Commonwealth Edison Company, Duke Energy Indiana, Inc., Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Niagara Mohawk Power Corporation d/b/a National Grid, Consolidated Edison Company of New York, Inc., Metropolitan Edison Company, Pennsylvania Electric Company, CenterPoint Energy Services, Inc.,* Connecticut Natural Gas Corporation and Baltimore Gas And Electric Company

**Motion Granted.**

**BY THE COURT:**

**Date:_____ , 2008**        _____
                        **UNITED STATES BANKRUPTCY JUDGE**

2