**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                      )
In re:                                ) Chapter 11
                                      )
**TRIBUNE COMPANY**, *et al.*,        ) Case No. 08-13141 (KJC)
                                      )
            Debtors.                  ) (Jointly Administered)
                                      )
_____)

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 24th day of December, 2008, I caused a true and correct copy of the (1) *Objection of Certain Utility Companies To the Motion For An Interim and Order and a Final Order Pursuant To Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Adequate Assurance of Payment;* (2) *Motion and Order For Admission Pro Hac Vice,* and (3) *Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure* to be sent through the Court's ECF system, or by email or facsimile, to the following:

1

Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Bridget J. Hauserman
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
*Counsel For Debtors*

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801
*Counsel For Debtors*

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
*Creditor Committee Counsel*

By: /s/ John D. Demmy
    John D. Demmy (I.D. No. 2802)
    1105 North Market Street
    7th Floor
    Wilmington, Delaware 19801
    Telephone: (302) 425-3308
    Facsimile: (610) 371-8515
    Email: jdd@stevenslee.com