**TEITELBAUM & BASKIN, LLP**
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:                                                                    CHAPTER 11
Tribune Company, et al.,
        Debtors.                                                Case No. 08-13141 (KJC)

-----------------------------------------------------------X

## NOTICE OF APPEARANCE, REQUEST FOR
## SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears for the parties on the annexed Schedule A (the "Parties"), creditors and parties-in-interest herein, and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b), requests that all notices given or required in these cases, and all disclosure statements and plans, and all other papers served in these cases, be given to and served upon:

        Jay Teitelbaum
        3 Barker Avenue, 3rd Floor
        White Plains, New York
        Telephone No.: (914) 437-7670
        Telecopier No.  (914) 437-7672
        E-Mail: jteitelbaum@tblawllp.com

**PLEASE TAKE FURTHER NOTICE** that one of the Parties represented by Teitelbaum & Baskin is William Niese, a retired executive of The Times Mirror Corp., who is appointed to the Official Committee of Unsecured Creditors in these cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Parties may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 24, 2008

                                        **TEITELBAUM & BASKIN, LLP**
                                        Attorneys for the Parties on Schedule A

                                        By:    /s/ Jay Teitelbaum
                                              Jay Teitelbaum, Esq. (JT-4619)
                                              3 Barker Avenue
                                              Third Floor
                                              White Plains, New York 10601
                                              (914) 437-7670
                                              jteitelbaum@tblawllp.com

SCHEDULE A
PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP

| Name | Address | Email | Estimated Claim Amount |
|---|---|---|---|
| Horst A. Bergmann | 4261 Preserve Parkway South Greenwood Village, CO 80121-2188 | habergmann@comcast.net | SERP Benefit of $36,908.52/month, currently in pay status |
| Robert F. Erburu | 1518 Blue Jay Way Los Angeles, CA 90069 | susan.reardon2@gmail.com | SERP Benefit of $69,347/month, currently in pay status<br><br>Deferred Compensation Plan: Balance as of 12/2008 -- $922,213<br><br>Office and secretary provided by company until death<br><br>Life insurance of $125,000 |
| Karen Laukka Horn | 50 Ridgecrest Court Lafayette, CA 94549 | kjgmom@yahoo.com | Deferred Compensation Plan: Balance as of 12/2008 -- $331,622 |
| Raymond A. Jansen | 24 Dockside Lane, PMB 422 Key Largo, FL 33037 | rajansen@multilatitude.net | SERP Benefit of $37,588.69/month, currently in pay status |
| W. Thomas Johnson, Jr. | 3280 Rilman Road, NW Atlanta, GA 30327 | tom.johnson.atl@gmail.com | SERP Benefit of $11,946/month, currently in pay status |
| William A. Niese | 6061 Lake Vista Dr. Bonsall, CA 92003 | niesesr@cox.net | Supplemental Pension benefit of $13,430.80/month, currently in pay status |

| Name | Address | Email | Benefits |
|---|---|---|---|
| **Richard T. Schlosberg, III** | 164 Sendero Verde Dr. San Antonio, TX 78261 | dickschlosberg@vip.cgnet.com | SERP Benefit of $14,810.31/month, currently in pay status |
| **James R. Simpson** | 5 Crestwood Newport Beach, CA 92660 | svptm@aol.com | SERP Benefit of $22,176.50/month, currently in pay status |
| **Mark H. Willes** | 4343 Sheffield Dr. Provo, UT 84604 | mhwilles@comcast.net | SERP Benefit of $61,414.82/month, currently in pay status<br><br>Supplemental retirement payment of $18,590.19/month, currently in pay status<br><br>Deferred Compensation Plan: Balance as of 12/2008 -- $5,054,804<br><br>Payment of $111,541.14 owed prior to bankruptcy filing but not paid |
| **Efrem Zimbalist, III** | 216 First St. Manhattan Beach, CA 90266 | ezimbalist@aimmedia.com | SERP Benefit of $10,302/month, starting on 07/01/2012 |