**TEITELBAUM & BASKIN, LLP**
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:                                                                    CHAPTER 11
Tribune Company, et al.,
                    Debtors.                                         Case No. 08-13141 (KJC)

-----------------------------------------------------------X

**VERIFIED STATEMENT OF TEITELBAUM & BASKIN, LLP**
**PURUSANT TO BANKRUPTCY RULE 2019(a)**

Teitelbaum & Baskin, LLP ("Teitelbaum & Baskin") hereby submits this Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Teitelbaum & Baskin is a law firm that maintains an office at 3 Barker Avenue, 3rd Floor, White Plains, New York 10601.

2. Teitelbaum & Baskin appears in the above-captioned cases on behalf of the parties set forth on the annexed Schedule A (each, a "Party" and collectively, the "Parties").

3. Each of the Parties holds or may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest.

4. The specific nature and amount of these claims or interests has not yet been finally determined and none of the Parties has filed a proof of claim against the Debtors as of the date hereof.

5. Teitelbaum & Baskin was retained on or about December 16, 2008 by the Parties to represent their interests in the cases.

6. Teitelbaum & Baskin may represent other persons or entities which hold claims against or interest in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest. However, as of the date hereof, such persons or entities have not appeared and have not requested that Teitelbaum & Baskin appear on their behalf in the cases. Teitelbaum & Baskin will supplement this statement in accordance with Rule 2019, as applicable, in the event such persons or entities request that Teitelbaum & Baskin appear on their behalf in these cases.

7. One of the Parties represented by Teitelbaum & Baskin is William Niese, a retired executive of The Times Mirror Corp., who is appointed to the Official Committee of Unsecured Creditors in these cases.

8. Teitelbaum & Baskin does not possess any claims against or interests in any of the Debtors.

9. Teitelbaum & Baskin will be compensated by the Parties.

10. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the

undersigned's knowledge and belief.

Dated: December 24, 2008

                                  **TEITELBAUM & BASKIN, LLP**
Attorneys for the Parties on Annex A

By: /s/ Jay Teitelbaum
     Jay Teitelbaum, Esq. (JT-4619)
     3 Barker Avenue
     Third Floor
     White Plains, New York 10601
     (914) 437-7670
     jteitelbaum@tblawllp.com

SCHEDULE A
PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP

| Name | Address | Email | Estimated Claim Amount |
|---|---|---|---|
| Horst A. Bergmann | 4261 Preserve Parkway South Greenwood Village, CO 80121-2188 | habergmann@comcast.net | SERP Benefit of $36,908.52/month, currently in pay status |
| Robert F. Erburu | 1518 Blue Jay Way Los Angeles, CA 90069 | susan.reardon2@gmail.com | SERP Benefit of $69,347/month, currently in pay status<br><br>Deferred Compensation Plan: Balance as of 12/2008 -- $922,213<br><br>Office and secretary provided by company until death<br><br>Life insurance of $125,000 |
| Karen Laukka Horn | 50 Ridgecrest Court Lafayette, CA 94549 | kjgmom@yahoo.com | Deferred Compensation Plan: Balance as of 12/2008 -- $331,622 |
| Raymond A. Jansen | 24 Dockside Lane, PMB 422 Key Largo, FL 33037 | rajansen@multilatitude.net | SERP Benefit of $37,588.69/month, currently in pay status |
| W. Thomas Johnson, Jr. | 3280 Rilman Road, NW Atlanta, GA 30327 | tom.johnson.atl@gmail.com | SERP Benefit of $11,946/month, currently in pay status |
| William A. Niese | 6061 Lake Vista Dr. Bonsall, CA 92003 | niesesr@cox.net | Supplemental Pension benefit of $13,430.80/month, currently in pay status |

| | | | |
|---|---|---|---|
| Richard T. Schlosberg, III | 164 Sendero Verde Dr. San Antonio, TX 78261 | dickschlosberg@vip.cgnet.com | SERP Benefit of $14,810.31/month, currently in pay status |
| James R. Simpson | 5 Crestwood Newport Beach, CA 92660 | svptm@aol.com | SERP Benefit of $22,176.50/month, currently in pay status |
| Mark H. Willes | 4343 Sheffield Dr. Provo, UT 84604 | mhwilles@comcast.net | SERP Benefit of $61,414.82/month, currently in pay status<br><br>Supplemental retirement payment of $18,590.19/month, currently in pay status<br><br>Deferred Compensation Plan: Balance as of 12/2008 -- $5,054,804<br><br>Payment of $111,541.14 owed prior to bankruptcy filing but not paid |
| Efrem Zimbalist, III | 216 First St. Manhattan Beach, CA 90266 | ezimbalist@aimmedia.com | SERP Benefit of $10,302/month, starting on 07/01/2012 |