# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

DECLARATION OF STEPHANIE PATER
FOR AN ORDER AUTHORIZING DEBTORS TO
REJECT CERTAIN LEASES OF NONRESIDENTIAL REAL
PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE

STATE OF ILLINOIS     )
                      ) ss:
COUNTY OF COOK        )

STEPHANIE PATER, being duly sworn, deposes and states:

1. I am Director, Real Estate of Tribune Company, a corporation organized under the laws of Delaware and one of the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"). Tribune Company is the direct or

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 4519154v.2                           -1-

indirect parent of the other Debtors herein. I am generally familiar with the Debtors' real property and needs and operations and I make this Declaration (the "Declaration") on behalf of the Debtors.

2. I submit this Declaration in support of the Motion of the Debtors to Reject Certain Leases of Nonresidential Real Property (the "Motion")[2] in these chapter 11 cases pursuant to § 365 of title 11 of the United States Code (the "Bankruptcy Code"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts as set forth herein.

3. The list of leases that is attached to the Motion as Exhibit B (the "Leases") was compiled at my direction and under my supervision. The Leases are for certain office, distribution and warehouse spaces which are either presently vacant and unoccupied by the Debtors or, in a handful of circumstances, are presently occupied by the Debtors but will be vacated by the date of the hearing on the Motion.

4. In addition to being vacant and currently unutilized by the Debtors, the real property spaces that are the subject of the Leases serve no purpose in the Debtors' ongoing business plans. The Leases cost the Debtors in excess of $3.3 million in annual rental obligations. The Debtors have considered whether assumption and assignment of any of the Leases would be beneficial to their estates; however, as the properties are currently vacant, the Debtors submit, and I agree, that rejection of the Leases and the corresponding savings of over $3.3 million in annual rental obligations that go with them is in the best interests of the Debtors' estates and creditors.

---

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

-3-

I declare under penalty of perjury that the forgoing is true and correct.

Dated: December 24, 2008

_____
STEPHANIE PATER

# EXHIBIT A

Mem Contacts

| Property Name | Property Street | Property Street 2 | Company | Property Type | Status | Contact Name | Company | Street | Street 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denver 1425 Market St | 1425 Market St | Suite 220 | LA Times | Lease | Landlord | Default | | 1425 Market, LLC | | Denver | CO | 80202 | United States |
| Columbia 10440 Little Patuxent Parkway, Suite 820 | 10440 Little Patuxent Parkway, Suite 820 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord | Default | | 30 CCC Business Trust | c/o General Growth Properties | Chicago | IL | 60606 | United States |
| Bel Air W Courtland St | 9 W Courtland St | | LA Times | Lease | Landlord | Default | | 9 West Courtland Street LLC | Turner Properties | Bel Air | MD | 21017 | United States |
| Houston 5950 San Felipe | 5950 San Felipe | Suite 500 | Balt Sun | Lease | Landlord | Default | | Alley Office Centers, Tanglewood, Ltd | 4265 Millennium Drive | Belcamp | MD | 21017 | United States |
| Hopeville 55 South Main | 55 South Main | Suite 343 | Chi Trib | Lease | Landlord | Default | | Block 418, LLC | 3430 San Felipe | Houston | TX | 77057 | United States |
| Baltimore 2 Hamil St | 2 Hamil St | Suites 220 and 215 | Balt Sun | Lease | Landlord Copy | Default | | c/o The Rouse Company | c/o BEM Incorporated | Hopeville | IL | 62540 | United States |
| Anaheim 4931 Landon Dr | 4931 East Landon Drive | | LA Times | Lease | Landlord | Default | | Catalina Development Corporation | Attn: General Counsel | Columbia | MD | 21044 | USA |
| Anaheim 4931 Landon Dr | 4931 East Landon Drive | | Tribune | Lease | Landlord Notice | Default | | Catellus Development Corporation | | | CA | | |
| Jose 2115 Oak Leaf St | 2115 Oak Leaf St | | Balt Sun | Lease | Landlord | Default | Daniel Cawley | Cawley Chicago Commercial Real Estate Company | Attn: Asset Management | Anaheim | CA | 92806 | United States |
| Columbia 10440 Little Tri | 10440 Little Patuxent Parkway, Suite 820 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord Copy | Default | | Columbia Management, Inc. | 1431 Opus Place | Downers Grove | IL | 60515 | United States |
| Columbia 10440 Little Tri | 10440 Little Patuxent Parkway, Suite 420 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord | Default | | Columbia Management, Inc. c/o The Rouse Company | 10400 Little Patuxent Parkway | Columbia | MD | 21044-3359 | United States |
| Ocean City 7200 Coastal Hwy | 7200 Coastal Hwy | | Balt Sun | Lease | Landlord | Default | | Coastside Resort Properties, LLC | Attn: General Counsel | Columbia | MD | 21044 | United States |
| Laurel 555 Main St | 555 Main St | | Patuxent | Lease | Landlord | Default | | Cooper & Cummings LLC | 7200 Coastal Highway | Ocean City | MD | 21842 | United States |
| Old Seybrook 265 Main St | 265 Main St | | Hartford | Lease | Landlord | Default | | Cove Investments LLC | 581 Main Street, Unit 241 | Laurel | MD | 20707 | United States |
| Morris Dw Grove 18 St. John | 18 St. Johns Street | | Homestead | Lease | Landlord | Default | | | 37 Westwood Drive | Waterford | CT | 06385 | United States |
| Quakertown 126 W Broad St | 126 W Broad St | | Morning Call | Lease | Landlord | Default | | D and M Rentals, Inc. | 561 Maryland Ave | Perryville | MD | 21903 | United States |
| Bel Air 9 W Courtland St | 9 W Courtland St | | Balt Sun | Lease | Landlord | Default | | David F. Smith, Jr. & Mary K. Smith | 2022 Hitchell Rd | Quakertown | PA | 18105 | USA |
| Lexington 173 Interchange | 173 Interchange Rd | | Morning Call | Lease | Landlord - Joint | Default | Debbie Turner | Debbie Turner - YTBA | | | MD | | |
| Huntington Beach 18918 Ba | 18929 Beach Blvd | Suite 107 | LA Times | Lease | Landlord | Default | Robert Wellis | Evangelical Free Church of Huntington Beach | 358 Westend Street | Lehighton | PA | 18235 | United States |
| H. Harrisburg 1008 Robinson | 1008 Robinson Road | | Daily Press | Lease | Landlord | Default | | First States Investors DBSP, LP | 18931 Beach Blvd | Huntington Beach | CA | 92648 | United States |
| Merrilville Tribune | 3903 E Lincoln Highway | | Tribune | Lease | Landlord | Default | | J.C. Penney Corporation, Inc. | 683 Old York Road | Jenkintown | PA | 19046 | United States |
| New Britain 40 South St | 40 South St | | Hartford | Lease | Landlord | Default | | Kresa Realty Company | P O Box 10001 | Dallas | TX | 75301-2105 | United States |
| New York 60 E 42nd Street | 60 East 42nd Street | Suite 3007 | F3RD | Lease | Landlord | Default | | Lincoln Building Associates LLC | 150 Production Court | New Britain | CT | 06051 | United States |
| Towson 23 Susquehanna Ave | 25 W. Susquehanna Ave | Suite 116 | Balt Sun | Lease | Landlord Copy | Default | | MacKenzie Commercial Real Estate Services LLC | 60 E 42nd Street | New York | NY | 10165-0015 | United States |
| Dallas Gawa office Place | 12605 Preston Road, Suite 815 | | TMN | Lease | Landlord | Default | | North Dallas Bank & Trust Company | 2328 West Joppa Road, Suite 200 | Lutherville | MD | 21093 | United States |
| Towson 102 W. Pennsylvania | 102 W. Pennsylvania Ave | Suite 323 | Balt Sun | Lease | Landlord | Default | | Nottingham Properties, Inc. | 12900 Preston Road | Dallas | TX | 75230 | United States |
| Miami 1390 Brickell Ave | 1390 Brickell Avenue, Suite 105 | Pacific National Bank Building | Sun Sent | Lease | Landlord | Default | | Pacific National Bank | 100 West Pennsylvania Ave | Towson | MD | 21204 | United States |
| Miami 1330 Brickell Ave | 1390 Brickell Avenue, Suite 105 | Pacific National Bank Building | Sun Sent | Lease | Landlord | Rooftop | | Pacific National Bank | 1390 Brickell Avenue | Miami | FL | 33131 | United States |
| Hampton Commerce Ctr | 8 Lockwood Drive | Hampton Commerce Center | Daily Press | Lease | Landlord | Default | | Prebys-Brown Partnership | 1390 Brickell Avenue | Miami | FL | 33131 | United States |
| Hampton 1421 541 NW 62nd Ave | 1421-1473 NW 62nd Avenue | formerly 1571-1573 NW 62nd Avenue | Sun Sent | Lease | Landlord | Default | | P/0/P Industrial, L.L.C. | Attn: Vernon R. Brown, General Partner | Hampton | VA | 23661 | United States |
| Bentonville 874 Eagle Dr | 874 Eagle Drive | | CFC | Lease | Landlord | Default | | RREEF America Real II Corp. D | 220 Settlers Creek Road | AB | | | United States |
| Hopeville 55 South Main St | 55 South Main St | Suite 343 | Balt Sun | Lease | Landlord Copy | Default | | Samuel J Tarleton | 1301 W. 22nd St., Suite 602 | Oak Brook | IL | 60523 | United States |
| Armanale 60 West St | 60 West Street | Suite 403 (formerly Suite 406 and formerly 203) | LA Times | Lease | Landlord | Default | | Sixty West LP | 105 Horn Canal St | Chicago | IL | | United States |
| Laguna Hills 23353 Via Ca | 23353 Via Campo Verde | | Sun Sent | Lease | Landlord | Default | | Syndicont L.P. | | | MD | | |
| Delray Beach 1313 Congress | 1313 S Congress Ave | Suite 100 (formerly Suite 242) | LA Times | Lease | Landlord | Default | | The Crestwood Group, LP | 1295 E. Dirne Avenue | Santa Ana | CA | 92705 | United States |
| Riverside 3600 Orange St | 3600 Orange Street | | Patuxent | Lease | Landlord | Default | | The Freeman Family Revocable Trust, 09/05/1997 | | | AB | | |
| Elcord City 8000 Main | 8000 Main St | Suites 220 and 215 | Balt Sun | Lease | Landlord | Default | | The REC Group | PO Box 509 | Riverside | CA | 92502 | United States |
| Baltimore 2 Hamil St | 2 Hamil St | | LA Times | Lease | Landlord | Default | | The Village of Cross Keys, Inc. | 5320 Dorsey Hall Drive | Elcord City | MD | 21042 | United States |
| Los Angeles 1201 Marino St | 1201 Marino St | Suite 116 | Balt Sun | Lease | Landlord | Default | | Thrifty Oil Co | P.O. Box 64071 | Baltimore | MD | 21264 | United States |
| Towson 25 Susquehanna Ave | 25 W. Susquehanna Ave | | Patuxent | Lease | Landlord | Default | | Washington Avenue Limited Partnership, LLLP | 13115 Imperial Highway | Santa Fe Springs | CA | 90670 | USA |
| Westminster 121 E. Main St | 121 E. Main St | | Morning Call | Lease | Landlord | Default | William Argeros | William B Dulaney and Winifred S Dulaney | 2328 West Joppa Road, Suite 200 | Lutherville | MD | 21093 | United States |
| Bethlehem 515 Main St | 515 Main St | | Hartford | Lease | Landlord Copy | Default | | Wilsex Argeros | 1187 Old Taneytown Road | Westminster | MD | 21158 | United States |
| New Britain 40 South St | 40 South St | | FSBD | Lease | Landlord Copy | Default | | Winter W Wenner, Esq | P.O Box 1002 | Bethlehem | PA | 18016 | United States |
| New York 60 E 42nd Street | 60 East 42nd Street | Suite 3007 | Hartford | Lease | Landlord Copy | Default | | Youshua & Sohedar LLP | 21 Cedar St | New Britain | CT | 06052 | United States |
| | | | | | | | | | Attn: Kathryn A. Yourchar, Esq | 420 Lexington Ave., Suite 2530 | New York | NY | 10170 | United States |

Page 1

# EXHIBIT B

| BU | Group | Location | City | State | Description | Vacant as of 12/20/08 | SF | LX | Renewal Notice Date | Annual Base Rent | Remaining Obligation as of 1/1/09 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pub | Balt Sun | MD, Columbia, 10440 Little Patuxent Parkway (S | Columbia | MD | Office | no | 2,423 | 8/31/09 | na | $ 60,575 | $ 40,383 |
| Pub | Balt Sun | MD, Baltimore, 2 Hamill Rd, Suite 200 | Baltimore | MD | Office | yes | 8,822 | 9/30/09 | na | $ 221,555 | $ 166,173 |
| Pub | Balt Sun | MD, Ocean City, 7200 Coastal Hwy., #201 | Ocean City | MD | Office | yes | 241 | 2/28/10 | na | $ 6,060 | $ 7,070 |
| Pub | Balt Sun | MD, Towson, 409 Washington Ave., 2nd Floor | Towson | MD | Office | yes | 886 | 2/28/11 | | $ 16,391 | $ 35,514 |
| Pub | Balt Sun | MD, Towson, 102 W. Pennsylvania Ave, Suite 30 | Towson | MD | Office | no | 2,645 | 6/30/12 | 2/29/12 | $ 54,719 | $ 195,943 |
| Pub | Balt Sun | MD, Bel Air, 9 W Courtland St | Bel Air | MD | Office | yes | 760 | 2/28/2010 | 11/28/08 | $ 11,602 | $ 13,555 |
| Pub | Balt Sun - | MD, Havre de Grace, 316 St. John Street | Havre de Grace | MD | Office | yes | 2,000 | 3/31/10 | | $ 12,600 | $ 15,750 |
| Pub | Balt Sun - | MD, Westminster, 119-121 E. Main St. | Westminster | MD | Office | yes | 1,250 | 7/31/09 | 4/30/09 | $ 17,340 | $ 10,115 |
| Pub | Balt Sun - | MD, Ellicott City, 8000 Main St | Ellicott City | MD | Office | no | 2,700 | 2/28/10 | | $ 54,731 | $ 63,942 |
| Pub | Balt Sun - | MD, Laurel, 555 Main St. | Laurel | MD | Distribution | no | 6,690 | 1/31/11 | 12/1/10 | $ 137,652 | $ 291,570 |
| Pub | CHI Trib | IN, Merrillville, 3803 E. Lincoln Highway | Merrillville | IN | Distribution | yes | 12,975 | 5/31/09 | na | $ 68,249 | $ 28,437 |
| Pub | CHI Trib | IL, Joliet, 2115 Oak Leaf St | Joliet | IL | Distribution | yes | 7,395 | 9/30/11 | 2/29/08 | $ 51,913 | $ 146,470 |
| Pub | CHI Trib | IL, Lisle, 1936 University Lane | Lisle | IL | Distribution | no | 11,530 | 9/30/11 | | $ 81,315 | $ 229,332 |
| Pub | CPC | 874 Eagle Drive, Bensenville, IL 60106 | Bensenville | IL | Warehouse | yes | 2,716 | 4/30/09 | | $ 22,904 | $ 33,587 |
| Pub | CHI Trib | IL, Naperville, 55 South Main Street | Naperville | IL | Office | yes | 486 | 9/30/09 | | $ 13,908 | $ 18,544 |
| Pub | Daily Press | VA, Hampton Commerce Ctr, 8 Lockwood Dr, Lot #3 | Hampton | VA | Distribution | yes | 13,000 | 1/31/09 | na | $ 89,052 | $ 7,421 |
| Pub | Daily Press | VA, Williamsburg Bureau, 1006 Richmond Rd | Williamsburg | VA | Office | yes | 3,300 | 3/31/13 | | $ 47,858 | $ 217,225 |
| Pub | FSBO | NY, New York, 60 E 42nd St, Rm 3007 (The Lincoln Building) | New York | NY | Office | yes | 2,369 | 4/30/10 | na | $ 105,458 | $ 139,071 |
| Pub | Hartford | CT, New Britain - 40 South St. | New Britain | CT | Office | no | 3,086 | 3/31/11 | 9/30/10 | $ 27,774 | $ 62,491 |
| Pub | Hartford | CT, Old Saybrook - 265 Main St. | Old Saybrook | CT | Office | no | 576 | 12/31/09 | 10/31/08 | $ 10,374 | $ 10,374 |
| Pub | LA Times | CA, Anaheim, 4931 Landon Dr | Anaheim | CA | Distribution | yes | 17,575 | 11/30/09 | 6/3/09 | $ 237,233 | $ 217,464 |
| Pub | LA Times | CA, Los Angeles, 1201 Mateo St. | Los Angeles | CA | Distribution | no | 37,600 | 2/14/10 | na | $ 311,580 | $ 363,437 |
| Pub | LA Times | CA, Laguna Hills, 23252 Via Campo Verde | Laguna Hills | CA | Distribution | yes | 20,178 | 4/28/11 | 4/28/10 | $ 618,024 | $ 1,442,057 |
| Pub | LA Times | CO, Denver, 1425 Market St. | Denver | CO | Office | yes | 1,350 | 2/28/09 | unknown | $ 25,782 | $ 4,297 |
| Pub | LA Times | TX, Houston, 5850 San Felipe, Suite 500 | Houston | TX | Office | yes | | 2/28/09 | na | $ 12,960 | $ 2,160 |
| Pub | LA Times | CA, Riverside, 3800 Orange St. | Riverside | CA | Office | yes | 1,625 | 5/31/09 | na | $ 28,310 | $ 11,796 |
| Pub | LA Times | CA, Huntington Beach, 19895 Beach Blvd. | Huntington Beach | CA | Office | yes | 300 | 11/30/09 | na | $ 8,168 | $ 7,487 |
| Pub | Morning Ce | PA, Bethlehem, 515 Main St. | Bethlehem | PA | Office | yes | 4,700 | 3/1/09 | | $ 40,200 | $ 6,700 |
| Pub | Morning Ce | PA, Lehighton, 179 Interchange Rd. | Lehighton | PA | Office | yes | 3,480 | 3/31/09 | | $ 36,600 | $ 9,150 |
| Pub | Morning Ce | PA, Quakertown, 326 W. Broad St. | Quakertown | PA | Office | yes | 3,000 | 12/31/08 | | $ 36,156 | $ - |
| Pub | Orl Sent | FL, Sanford, 116 W. First St. | Sanford | FL | Office | yes | 4,023 | 1/31/09 | | $ 66,154 | $ 5,513 |
| Pub | Sun Sent | FL, Miami, 1390 Brickell Ave. | Miami | FL | Office | yes | 1,872 | 8/31/09 | | $ 79,765 | $ 53,177 |
| Pub | Sun Sent | FL, Delray Beach, Delray Office, 3333 S. Congres | Delray Beach | FL | Office | yes | 21,420 | 5/31/09 | 5/31/08 | $ 600,998 | $ 250,416 |
| Pub | Sun Sent | FL, Miami DC, 1452-54 NW 82nd Ave | Miami | FL | Distribution | yes | 10,800 | 5/31/09 | 11/30/08 | $ 87,170 | $ 36,321 |
| Pub | TMN | TX, Dallas sales Office (North Dallas Bank Bldg), | Dallas | TX | Office | yes | 2,323 | 1/31/11 | | $ 43,308 | $ 88,905 |
| | | | | | | | | | TOTALS | $ 3,344,449 | $ 4,231,847 |