# EXHIBIT B

## CONFLICTS SEARCH SUMMARY[3]

(i)    Circumstances in which Sidley has represented clients other than the Debtors in matters involving the Debtors:

     1.    Sidley has represented an affiliate of Citigroup with respect to the establishment of certain prepaid credit card accounts (or "E-cards") for a number of customers of Citigroup. The E-cards are used in lieu of paychecks or direct deposit as a means of compensating employees or independent contractors. Debtor Tribune Company purchased E-card services from the relevant Citigroup affiliate. No disputes arose between the relevant Citigroup affiliate and Tribune Company with respect to Tribune Company's purchase and use of the E-card services. Sidley has performed no services of any kind with respect to this program that involve any of the Debtors subsequent to July 2008. To avoid any potential conflict, Sidley will not represent the Citigroup affiliate on this matter in any way that may involve any of the Debtors.

     2.    Sidley represents the Illinois Civil Justice League *pro bono* in a pending matter in Illinois state court entitled <u>Ariel Cueto v. Chicago Tribune, et al.</u>, in which the plaintiff, a disbarred lawyer, is suing various entities for defamation. The Illinois Civil Justice League and the Chicago Tribune are both defendants in the case. No cross-claims or other disputes exist between the Illinois Civil Justice League and the Chicago Tribune in connection with this matter, and the Illinois Civil Justice League and the Chicago Tribune have identical interests in defending the matter and are allied with respect thereto.

(ii)    Representations by Sidley of current and former directors and officers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | Samuel Zell |

(iii)    Representations by Sidley of thirty largest unsecured creditors (consolidated):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Barclays Capital | Abitibi Corporation |
| Deutsche Bank | Buena Vista |
| J.P. Morgan Chase Bank, N.A. | CBS Broadcasting Inc. |
| James Simpson | Fox Television Stations, Inc. |
| Merrill Lynch Capital | Paramount Pictures Corp. |
| NBC Universal | Sony Corporation |
| Nielsen Media Research, Inc. | |
| Warner Bros | |

(iv)    Representations by Sidley of the prepetition lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| ABN AMRO, NV | 40/86 Advisors, Inc. |
| Ares Management LLC | ABP Investments US, Inc. |
| Bank of America N.A. | AEGON USA Investment Management Inc |
| Barclays Bank PLC | AIG Global Investment Corp. |

---

[3] The information included in this Exhibit reflects Sidley's active and former representations during the last five (5) years.

| | |
|---|---|
| Basso Capital Management, L.P. | Angelo Gordon & Co LP |
| Bear Stearns & Co., Inc. | Capitalsource Finance LLC |
| Blackstone Debt Advisors LP | Citicorp North America Inc. |
| Canadian Imperial Bank of Commerce | Citicorp North America Inc. |
| Canyon Capital Advisors (Europe) LLC | Donaldson Lufkin & Jenrette |
| Chicago Fundamental Investment Partners LLC | First Boston Corporation |
| CIT Group | Halycon Asset Management LLC |
| Citigroup Inc. | Highland Capital Management LP |
| Credit Suisse Asset Management | IKB Capital Corporation |
| Credit Suisse Group | Invesco Institutional (N.A.) Inc. |
| Davidson Kempner Capital Management LLC | Jefferson-Pilot Life Insurance Company |
| Deutsche Bank AG | John Hancock Financial Services Inc. |
| DiMaio Ahmad Capital LLC | Nation City Corporation |
| Drake Management LLC | Neuberger Berman LLC |
| Eaton Vance | New York Life Investment Management |
| Farallon Capital Management LLC | Nomura Corporate Research & Asset Management |
| Fidelity Investments | Reeder-Simco GMC, Inc. |
| GE Asset Management | |
| General Electric Capital Corporation | |
| Goldman Sachs Asset Management LP | |
| Greywolf Capital Management LP | |
| GSO Capital | |
| Guggenheim Capital, LLC | |
| Hartford Investment Management Company | |
| ING Investment Management LLC | |
| JP Morgan Chase Bank, N.A. | |
| KKR Financial Holdings LLC | |
| Lehman Brothers Holdings, Inc. | |
| Marathon Asset Management LLC | |
| Merrill Lynch & Co. | |
| Metropolitan Life Insurance Company | |
| Morgan Stanley | |
| National City Bank | |
| New York Life Insurance Company | |
| Oaktree Capital Management LP | |
| Oppenheimer Funds Inc. | |
| Ore Hill Partners LLC | |
| OZ Management LP | |
| Pacific Investment Management Company | |
| Paloma Partners Management Company | |
| Patriarch Partners LLC | |
| Plainfield Asset Management LLC | |
| PPM America Incorporated | |
| R3 Capital Management, L.P. | |
| Sandell Asset Management Corporation | |
| Silver Point Capital L.P. | |
| Societe Generale | |
| Strategic Value Partners LLC | |
| Sumitomo Mitsui Banking Corporation | |
| Swiss Re | |
| Taconic Capital Advisors LLC | |
| Talon Asset Management Inc. | |
| The Carlyle Group | |

2

| | |
|---|---|
| The Norinchukin Bank | |
| The Putnam Advisory Company, LLC | |
| The Royal Bank of Scotland | |
| UBS AG | |
| UBS O'Connor LLC | |
| Wachovia Bank, National Association | |
| WestLB AG | |
| York Capital Management | |

(v)     Representations by Sidley of counterparties to hedging agreements:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Barclays Capital | |

(vi)     Representations by Sidley of professionals retained by prepetition lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| | Davis, Polk & Wardwell |

(vii)     Representations by Sidley of indenture trustees:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deutsche Bank | |
| Wilmington Trust Company | |

(viii)     Representations by Sidley of the Debtors' insurance carriers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Ace American Insurance Company | Federal Insurance Company |
| Allied World Assurance Company | St. Paul Fire and Marine Insurance Company |
| Hartford Insurance Company of the Midwest | XL Insurance (Bermuda) Ltd. |
| Indian Harbor Insurance Company | |
| Lexington Insurance Company | |
| The Chubb Corporation | |
| Zurich American Insurance Company | |

(ix)     Representations by Sidley of other professional retained by the Debtors outside of the ordinary course of business:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deloitte & Touche LLP | Jenner & Block LLP |
| Lazard Freres & Company | |
| McDermott Will & Emery LLP | |
| Navigant Consulting Inc. | |
| PricewaterhouseCoopers LLP | |

(x)     Representations by Sidley of major customers of the Debtors:

3

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Anheuser-Busch Companies | American Express Company |
| AT&T, Inc. | Target Stores Inc. |
| Bank of America, N.A. | |
| Cablevision Systems Corporation | |
| CarMax Auto Superstores, Inc. | |
| Carnival Corporation | |
| Chrysler LLC | |
| Circuit City Stores | |
| Citigroup | |
| Countrywide | |
| DaimlerChrysler AG | |
| Dell Corporation Ltd. | |
| Ford Motor Company | |
| General Motors Corporation – N. America Customs | |
| GlaxoSmithKline | |
| Home Box Office | |
| Honda North America, Inc. (CH) | |
| Johnson & Johnson | |
| Kraft Foods, Inc. | |
| Lowe's Companies, Inc. | |
| McDonald's Corporation | |
| News America Incorporated | |
| PepsiCo, Inc. | |
| Pfizer Inc. | |
| Pizza Hut, Inc. | |
| Sony BMG Music Entertainment | |
| Subway Franchise Advertising Trust | |
| The Progressive Corporation | |
| The Walt Disney Company | |
| Time Warner Cable, Inc. | |
| T-Mobile USA, Inc. | |
| Toyota Motor North America, Inc. | |
| TriStar Enterprises, LLC | |
| U.S. Cellular | |
| Verizon Communications, Inc. | |
| Vivendi | |
| Wachovia Bank, National Association | |
| Warner Bros. Entertainment, Inc. | |
| Washington Mutual Bank | |
| YUM! Brands, Inc. | |

(xi) Representations by Sidley of parties to significant litigation with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Hy-Co Products Company | T.A.C., Inc. |
| U.S. Bank National Association | James W. and Marilyn J. Allen |
| | Reverand Jesse Jackson |
| | Jesse Jackson |
| | Jesse L. Jackson, Jr. |
| | Joyce L. Johnson |
| | Tweeter Home Entertainment Group, Inc. |

4

(xii)   Representations by Sidley of significant landlords of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Wells Fargo Bank, National Association | |

(xiii)   Representations by Sidley of Judges on the United States Bankruptcy Court for the District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | |

(xiv)   Representations by Sidley of employees of the Office of the United States Trustee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | |

(xv)   Representations by Sidley of parties to asset purchase agreements with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None. | |

(xvi)   Representations by Sidley of other parties to material contracts with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | |

(xvii)   Representations by Sidley of the ESOP trustee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | |

(xviii)   Representations by Sidley of entities involved in the leveraged ESOP transactions:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| | SAM Investments, Incorporated |

(xix)   Representations by Sidley of the major holders of PHONES:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Camden Telephone Co. (Indiana) | |
| Citadel Investment Group, L.L.C. | |