# EXHIBIT B

# A&M Declaration

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF THOMAS E. HILL IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING ADVISORS

I, Thomas E. Hill, being duly sworn, state as following under penalty of perjury:

1.    I am a Managing Director with Alvarez & Marsal North America, LLC (together with its wholly owned subsidiaries, affiliates (all of which are owned by Alvarez & Marsal North America, LLC's parent company and employees), agents, independent contractors and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

employees, "A&M"), a financial advisory services firm with numerous offices throughout the country. I submit this declaration on behalf of A&M (the "Declaration") in support of the Application[2] of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 Cases for an order authorizing the employment of A&M as restructuring advisors under the terms and conditions set forth in said Application (the "Application"). Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein.

### A&M's Qualifications

2.      A&M has a wealth of experience in providing advisory services in restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex Chapter 11 Cases on behalf of debtors and creditors throughout the United States.

3.      Moreover, as the Managing Director of A&M leading this assignment, I am well-suited to provide the restructuring services required by the Debtors. I have an extensive experience with providing services to financially distressed businesses and/or chapter 11 debtors. Certain of my company-side representations include USG Corporation, Peter J. Schmidtt Co. Inc., Horizon Coal, Allied Products and Addington Energy Inc (AEI), and some of my significant creditor-side representations include Collins & Aikman and United Press International.

4.      Finally, A&M is qualified given its familiarity with the Debtors' business. The Debtors' hired A&M in early November 2008 and since that time the various A&M professionals and I have devoted substantial amounts of time and effort to, among other things, researching options relative to maximizing the enterprise value of the Debtors, advising and

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3] Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

assisting the Debtors with respect to ongoing bank negotiations, supporting the financial

department in the management of its liquidity resources, assisting the Debtors in their

contingency planning efforts and supporting the Debtors in obtaining their Debtor in Possession

financing facility.  A&M professionals were invaluable to the Debtors throughout this process

and have played an instrumental role in their recent restructuring efforts to date.

### Services To Be Provided

5.      Subject to this Court's approval, A&M has agreed to provide the Debtors with

certain restructuring advisory services.  Among other things, A&M will provide assistance to the

Debtors with respect to the management of the overall restructuring process, including the

development of ongoing business / financial plans and conducting restructuring negotiations with

creditors with respect to an overall exit strategy for their Chapter 11 Cases.

6.      Pursuant to the Engagement Letter and as modified by the Application, A&M will

provide such restructuring support services as A&M and the Debtors shall deem appropriate and

feasible in order to manage and advise the Debtors in the course of the Chapter 11 Cases,

including, but not limited to:

a.  Assistance to the Debtors in the preparation of financial related disclosures required
by the Court, including the Schedules of Assets and Liabilities, the Statement of
Financial Affairs and Monthly Operating Reports;

b.  Assistance to the Debtors with information and analyses required pursuant to the
Debtors' post-petition financing;

c.  Assistance with the identification and implementation of short-term cash management
procedures;

d.  Assistance with the identification of executory contracts and leases and performance
of cost/benefit evaluations with respect to the affirmation or rejection of each;

e.  Assistance to Debtors' management team and counsel focused on the coordination of
resources related to the ongoing reorganization effort;

f. Assistance in the preparation of financial information for distribution to creditors and others, including, but not limited to, cash flow projections and budgets, cash receipts and disbursement analysis, analysis of various asset and liability accounts, and analysis of proposed transactions for which Court approval is sought;

g. Attendance at meetings and assistance in discussions with potential investors, banks and other secured lenders, any official committee(s) appointed in these Chapter 11 Cases, the United States Trustee, other parties in interest and professionals hired by the same, as requested;

h. Analysis of creditor claims by type, entity, and individual claim, including assistance with development of databases, as necessary, to track such claims;

i. Assistance in the preparation of information and analysis necessary for the confirmation of a plan of reorganization in these Chapter 11 Cases, including information contained in the disclosure statement;

j. Assistance in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers; and

k. Rendering such other general business consulting or such other assistance as Debtors' management or counsel may deem necessary and consistent with the role of a financial advisor and not duplicative of services provided by other professionals in this proceeding.

## Disinterestedness and Eligibility

7.      In connection with the preparation of this Declaration, A&M conducted a review of its contacts with the Debtors, their non-debtor affiliates, and certain entities holding large claims against or interests in the Debtors that were made reasonably known by the Debtors to A&M. A listing of the parties reviewed is reflected in <u>Schedule 1</u> to this Declaration. A&M's review consisted of a query of the <u>Schedule 1</u> parties containing names of individuals and entities that are represented by A&M. A summary of such relationships that A&M identified during this process is set forth in <u>Schedule 2</u> hereto.

8.      Based on the results of its review, except as provided below and on <u>Schedule 2</u>, A&M does not have a relationship with any of the parties listed in <u>Schedule 1</u> (other than the

Debtors) in matters related to these proceedings. A&M has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' Chapter 11 Cases for the various entities shown on <u>Schedule 2</u>. A&M's assistance to these parties has been related to providing various financial restructuring, litigation support, business consulting and / or tax services. To the best of my knowledge, except as provided below, no services have been provided to these parties-in-interest which involve their rights in the Debtors' Chapter 11 Cases, nor does A&M's involvement in this case compromise its ability to continue such consulting services.

9.       Certain A&M employees maintain relationships as advisors to or interim officers of Lehman Brothers Holdings Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, "<u>Lehman</u>"). Lehman is a creditor of the Debtors. In addition, A&M is currently assisting both Lehman and the Company with respect to, among other things, the preparation of their respective Statement of Financial Affairs and Schedules of Assets and Liabilities (collectively the "<u>Statements and Schedules</u>"). Such Statements and Schedules will contain information relating to the debtor/creditor relationship between Lehman and the Tribune. Notwithstanding, A&M will recuse itself in both the Lehman and the Company's cases from directly assisting Lehman or the Company, as applicable with respect to the negotiation and/or adjudication of  i) any claims that may be asserted by Lehman against the Company or ii) any claims that may be asserted by the Company against Lehman. Such matters will be addressed solely by other Lehman or Company employees or advisors as applicable.

10.       A&M is a restructuring advisor to Vertis Holdings, Inc. and certain of its direct and indirect subsidiaries, as former debtors and debtors in possession (collectively, "<u>Vertis</u>"). Vertis is a member of the Official Committee of Unsecured Creditors in the Debtors' chapter 11

cases. Vertis' plan of reorganization has been confirmed and become effective. A&M's current role is limited to broad strategic modeling and administrative support and has no impact on or involvement with any claims of Vertis against the Debtors' estates. Further, no A&M personnel that provided services on the Vertis Chapter 11 proceedings or currently provide support to Vertis will participate in A&M's services to the Debtors in connection with their Chapter 11 Cases.

11.     A spouse of an A&M employee is employed by Whitehorse Capital, LLC ("Whitehorse"). Whitehorse is a secured creditor of the Debtors. Such employee's spouse is responsible for managing the Debtors account for Whitehorse. The related employee will not work on the Debtors' Chapter 11 Cases for A&M.

12.     Further, as part of its diverse practice, A&M appears in numerous cases, proceedings, and transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' Chapter 11 Cases. Further, A&M has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings. Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which A&M is to be employed, and none are in connection with these cases.

13.     A&M does not believe it is a "creditor" of any of the Debtors within the meaning of section 101(10) of the Bankruptcy Code. Further, neither I nor any member of the A&M engagement team serving the Debtors, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtors' stock.

14.     A&M has not reviewed the relationship that the members of the A&M engagement team may have against a comprehensive list of employees within the U.S. Trustee's office in this District, but will do so upon being provided with a list of such persons by the office of the U.S. Trustee.

15.     To the best of my knowledge, A&M is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M:

    a.    is not a creditor, equity security holder, or insider of the Debtors;

    b.    was not, within two years before the date of filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and

    c.    does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

16.     In addition, to the best of my knowledge and based upon the results of the relationship search described above and disclosed herein, other than as described herein, A&M neither holds nor represents an interest adverse to the Debtors.  If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration pursuant to Rule 2014(a) of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## Professional Compensation

17.     Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable United States Trustee guidelines, and the local rules of this Court, A&M will seek payment for compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by A&M.

18.     The customary hourly rates, subject to periodic adjustments, charged by A&M professionals anticipated to be assigned to this case are as follows:

| | |
|---|---|
| Managing Directors | $525 - 750 |
| Directors / Senior Directors | $375 - 550 |
| Associates / Senior Associates | $275 - 450 |

Administration / Analysts                $175 - 350

19.    These hourly rates are standard for A&M and are consistent with the typical

compensation arrangement entered into by A&M and comparable firms for similar services

under similar arrangements.  These rates are subject to periodic annual adjustments to reflect

fluctuating economic conditions, and are designed to fairly compensate A&M for its work and to

cover fixed and routine overhead expenses.

20.    In addition to compensation for professional services rendered by A&M

personnel, A&M will seek reimbursement for reasonable and necessary expenses incurred in

connection with the Debtors' Chapter 11 Cases, including but not limited to, transportation costs,

lodging, food, telephone, copying, and messenger services.

21.    According to A&M's books and records, during the ninety day period prior to the

Petition Date, A&M received approximately $1,050,000.00 from the Debtors for professional

services performed and expenses incurred.   Further, A&M's current estimate is that it has

received unapplied advance payments from the Debtors in excess of pre-petition billings in the

amount of $350,000.00.  The Debtors and A&M have agreed that any portion of the advance

payments not used to compensate A&M for its pre-petition services and expenses will be held

and applied against its final post-petition billing and will not be placed in a separate account.

22.    To the best of my knowledge, (a) no commitments have been made or received by

A&M with respect to compensation or payment in connection with these cases other than in

accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and

(b) A&M has no agreement with any other entity to share with such entity any compensation

received by A&M in connection with these Chapter 11 Cases.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 26th day of December 2008

Thomas E. Hill

## SCHEDULE 1

**Listing of Parties-In-Interest Reviewed for Current Relationships**

## **EXHIBIT A**

**CONFLICTS LIST- TRIBUNE COMPANY., et al.**

## DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

### PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home - Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughn
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK
OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

## ADDITIONAL MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Vertis, Inc.
Pension Benefit Guaranty Corporation
Washington-Baltimore Newspaper Guild Local
32035
William Niese

CH1 4503514v.2

## SCHEDULE 2

**Parties-In-Interest Noted for Court Disclosure**

**Relationships with Matters Related to these Proceedings**

None

**Relationships in Unrelated Matters**

## SCHEDULE 2

### Parties-In-Interest Noted for Court Disclosure

#### Creditors [1]

ABN AMRO Holding NV
Aegon USA Investment Management
Allstate Investment Management Company
American Express Co
Angelo Gordon & Co LP
Ares Management LP
AT&T
Bank of America N.A
Bank of Montreal Trust Company
Bank of New York
Barclays Capital
Bear Stearns & Co., Inc
Canadian Imperial Bank of Commerce
Canyon Capital Advisors LLC
CIT Group Incorporated
Citadel
Citibank N.A.
Citigroup Financial Products Inc
Contrarian Capital Management LLC
Credit Suisse Asset Management
Cypresstree Investment Management Co Inc
Deutsche Bank National Trust Company
Disney – Buena Vista
Ford
Franklin Templeton Inv Mgmt Ltd
GE – Vivendi Universal
General Electric Capital Corporation
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
Goldentree Asset Management LP
Goldman Sachs Group Inc.
Gulf Stream Asset Management LLC
Highland Capital Management LP
ING Investment Management LLC
Invesco Inst NA Inc
John Hancock Financial Services Inc
Johnson & Johnson

JPMorgan Chase Bank, N.A.
Kraft General Foods
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Merrill Lynch & Co. Inc.
Morgan Stanley
Mountain Capital Advisors
National City Corporation
Neuberger Berman LLC
Newstart Factors Inc
Nomura Corporate Research & Asset Mgmt
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Oppenheimer Funds Inc
Pacific Investment Management Company
Pension Benefit Guaranty Corporation
Pepsi – Pepsi Cola Various
Pioneer Investment Management Inc.
PPM America Incorporated
Proctor & Gamble - P&G
Quadrangle Group LLC
Qwest Communications
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Silver Point Capital LP
Societe Generale
Sprint/Nextel
Stone Tower Debt Advisors LLC
Sumitomo Mitsui Banking Corporation
Target Stores
TCW Asset Management Co
Toyota Dealer Associations
TW Time Warner
U.S. Bank National Association
UBS AG
Van Kampen Asset Management
Varde Partners Inc
Verizon Wireless
Viacom - Paramount
W R Huff Asset Management
Wachovia Bank
Wells Fargo Foothill Inc
Western Asset Management
York Capital Management

---

[1] A&M is currently advising or has previously advised these parties or their affiliates as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

## Members of Noteholders Group [2]

American Express Co
Angelo Gordon & Co LP
Ares Management LP
Bear Stearns & Co., Inc
Canyon Capital Advisors LLC
Credit Suisse Group AG
Deutsche Bank National Trust Company
Empire Home Services
Fidelity Investments
Goldman Sachs Group Inc
JPMorgan Chase Bank, N.A.
Loews Corporation
Merrill Lynch & Co. Inc.
Morgan Stanley
Neuberger Berman LLC
Oaktree Capital Management LP
Oppenheimer Funds Inc
Royal Bank of Scotland plc
TCW Asset Management Co.
UBS AG
Wells Fargo Foothill Inc

## Professionals & Advisors [3]

Bank of America
Citigroup
Davis Polk & Wardwell
FTI Consulting
GE - Vivendi
Lazard Freres & Co
McDermott Will & Emery LLP
Morgan, Lewis & Bockius LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP

## Clients of A&M and/or its Affiliates [4]

A&T
ABN AMRO Holding NV
AIG Global Investment Corp
Allstate Investment Management Company
American Express Co
American Honda Motor Co., In.
Angelo Gordon & Co LP
Bank of America N.A
Bank of Montreal Trust Company
Bank of New York
Barclays Capital
Bear Stearns & Co., Inc
Blackstone Debt Advisors LP
Cablevision
Carlyle Investment Management LLC
Carmax
Carnival Corp
Circuit City
Citadel
Citigroup Financial Products Inc
Comcast
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Credit Suisse Asset Management
Davidson Kempner Capital Management LLC
Dell
Deloitte & Touche LLP
Deutsche Bank National Trust Company
Elliott Management Corporation
Empire Home Services
Farallon Capital Management LLC
Fidelity Investment/Fidelity Mutual Fund
Ford
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
GE – Vivendi Universal
General Electric Capital Corporation
General Motors
Glaxo Smith Kline Beecham Welcome
GM General Motors Corp
Goldman Sachs Group Inc.
Guggenheim Management LLC
Honda Acura Factory

---

[2] A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided crisis management) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] A & M and/ or an affiliate is currently providing or has previously provided certain consulting services to these parties or their affiliates in wholly unrelated matters.

2

Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
ING Investment Management LLC
ITT Educational Services
Jefferson Pilot Financial Insurance Company
John Hancock Financial Services Inc
Johnson & Johnson
JPMorgan Chase Bank, N.A.
Kia Factory Motors
Lazard Freres & Co
Lexington Insurance Company
Liberty Travel
Merrill Lynch Capital Corporation
Microsoft Corporation
Morgan Stanley
Multimedia Insurance Company
National City Corporation
Oaktree Capital Management LP
Plainfield Asset Management LLC
PPM America Incorporated
Prudential Investment Management Inc
Quest Personals
Qwest Communications
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sankaty Advisors Bain Capital
Silver Point Capital LP
Southwest Airlines
Toyota Dealer Associations
Travelers
TW Time Warner
U.S. Bank National Association
UBS AG
Verizon Wireless
Volkswagon Factory
W R Huff Asset Management
Wachovia Bank National Association
Wells Fargo Foothill Inc
WestLB AG

### Significant Equity Holders[5]

ABN AMRO Holding NV
Aegon USA Investment Management

AIG Global Investment Corp
American Express Co
Angelo Gordon & Co LP
Ares Management LP
Babson Capital Management LLC
Bank of America N.A
Bank of Montreal Trust Company
Bank of New York
Barclays Capital
Bear Stearns & Co., Inc
Blackstone Debt Advisors LP
Canadian Imperial Bank of Commerce
Canyon Capital Advisors LLC
Citigroup Financial Products Inc
Contrarian Capital Management LLC
CP Chrysler Factory
Credit Suisse Asset Management
Deutsche Bank National Trust Company
Farallon Capital Management LLC
Fidelity Investment/Fidelity Mutual Fund
Franklin Advisers Inc
GE – Vivendi Universal
General Motors
Goldentree Asset Management LP
Goldman Sachs Group Inc
Guggenheim Management LLC
Highland Capital Management LP
ING Investment Management LLC
JPMorgan Chase Bank, N.A.
KKR Financial Corporation
Lazard Freres & Co
Liberty Travel
Loews Corporation
Merrill Lynch Capital Corporation
Morgan Stanley
NBC Universal Domestic Television
Neuberger Berman LLC
New York Life Investment Management
Nomura Corporate Research & Asset Mgmt
Oak Hill Advisors LP
Oaktree Capital Management LP
Onex Credit Partners LLC
Oppenheimer Funds Inc
Plainfield Asset Management LLC
PPM America Incorporated
PricewaterhouseCoopers LLP
Putnam Investment Management LLC
Quadrangle Group LLC
Royal Bank of Scotland plc
Seneca Capital Management
Silver Point Capital LP

---

[5] These parties or their affiliates are significant equity holders of other clients of A&M or its affiliates in wholly unrelated matters.

3

Societe Generale
Stichting Pensioenfonds ABP
Sumitomo Mitsui Banking Corporation
Travelers
UBS AG
Varde Partners Inc
Vornado Realty
Wachovia Bank National Association
Wells Fargo Foothill Inc

## Significant Joint Venture Partner[6]
Goldman Sachs Group Inc
Farallon Capital Management LLC
Franklin Mutual Advisers LLC
Sprint/Nextel

## Client Board Members[7]
Eddy W. Hartenstein

---

[6] These parties or their affiliates are significant joint venture partners of other clients of A&M or its affiliates in wholly unrelated matters

[7] These parties or their affiliates are board members of other clients of A&M or their affiliates in wholly unrelated matters.

4