## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### DECLARATION OF BLAKE D. RUBIN IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(a) AND (b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF McDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL FOR GENERAL DOMESTIC LEGAL MATTERS TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

BLAKE D. RUBIN declares and states as follows:

1.    I am a partner in the law firm of McDermott Will & Emery LLP

("McDermott"), resident in its Washington D.C. office located at 600 13th Street, N.W.,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN Inc. (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Washington, D.C. 20005.  I have been practicing law for more than 28 years and I am admitted

in the District of Columbia.  McDermott is proposed Special Counsel for General Domestic

Legal Matters to the Tribune Company and certain of its subsidiaries and affiliates, each a debtor

and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2.      I submit this declaration (the "Declaration") in support of Debtors'

Application For An Order Under 11 U.S.C. §§ 327(e) and 1107(a) and (b) Authorizing The

Employment and Retention of McDermott Will & Emery LLP As Special Counsel for General

Domestic Legal Matters to the Debtors, *Nunc Pro Tunc* to the Petition Date, filed

contemporaneously herewith.

3.      The Debtors have advised McDermott that they wish to employ and retain

McDermott to assist them in a wide variety of general domestic legal matters, including, but not

limited to, tax, employee benefits, employment, corporate, real estate and other legal matters that

may arise in the ordinary course of the Debtors' business.  McDermott has agreed to continue to

represent the Debtors on such matters and work closely with the Debtors and their other retained

professionals, including Sidley Austin LLP to avoid unnecessary duplication of services rendered

for these estates.

4.      McDermott is well qualified to assist the Debtors on the matters for which

it proposes to be retained.  McDermott is a full service international law firm with more than

1,100 attorneys and 1,100 staff, and 16 offices worldwide.  McDermott's attorneys render

services in virtually every major practice area including, but not limited to tax, employee

benefits, employment, corporate and securities, real estate, restructuring and insolvency,

litigation, intellectual property, banking, regulatory and governmental affairs, and international

services.

WDC99 1659115-5.020336.0501

5.     McDermott is extremely familiar with the Debtors' businesses.  Through their prior representation of the Debtors, the partners, counsel and associates of McDermott have become very familiar with the Debtors and their business affairs and have gained extensive experience in most, if not all, aspects of their general legal work and needs.   In addition to its prior representation of the Debtors, including in connection with its going private transaction in 2007, McDermott has represented and continues to represent several of the Debtors' non-debtor affiliates, including the Chicago National Ball Club, LLC and TV FN Cable Ventures, Inc., in matters unrelated to the Debtors bankruptcy cases.  In connection with such representations, McDermott is in the process of entering into separate retention agreements with those subsidiaries.  Such subsidiaries have agreed to pay from their own funds McDermott's fees and expenses for services rendered on their behalf.

6.     In total, McDermott has represented the Debtors and certain of their non-debtors affiliates for more than 20 years, particularly in connection with tax, corporate and employment matters.  McDermott has been advised by the Debtors that they believe McDermott's continued representation in the matters addressed herein (i) are in the best interest of these estates, (ii) are essential to the Debtors' efforts to reorganize their businesses, and (iii) will provide substantial benefit to the Debtors and their estates.

Services to be Rendered

7.     The continued employment of McDermott is necessary to assist the Debtors in addressing myriad legal issues in the tax, employee benefits, employment, general corporate and real estate areas.

WDC99 1659115-5.020336.0501

<u>Connections with Parties in Interest</u>

8.      To the best of my knowledge, information and belief formed after a reasonable inquiry, and except as otherwise set forth herein or in the Exhibits attached hereto, McDermott: (i) does not have any connection with the Debtors, their creditors, any other parties in interest known to me in these cases, their respective professionals, the United States Attorney for Region 3 (the "U.S. Trustee"), or any other person employed in the office of the U.S. Trustee in accordance with Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (ii) does not hold or represent any interest adverse to the Debtors or their estates with respect to the matter for which McDermott is to be employed and retained in accordance with section 327(e) of title 11 of the United States Code (the "Bankruptcy Code").

9.      The Debtors' proposed bankruptcy counsel, Sidley Austin LLP, forwarded McDermott an extensive list of parties in interest in these cases (the "Conflicts Check List").  A copy of that list is attached hereto as Exhibit A.  McDermott utilizes a number of procedures (the "Firm Procedures") to determine its relationships, if any, to parties that may have connections to a client debtor.  McDermott maintains records of all of its clients, the matters on which it represents its clients, and the other parties which may have a substantial role in such matters.  At my direction, McDermott reviewed such records to determine McDermott's connections with all parties on the Conflicts Check List.  In addition, McDermott inquired of all of its attorneys in an effort to determine the scope of any relationships with the Debtors, their officers and directors and the U.S. Trustee.

10.     In implementing the Firm Procedures in connection with its retention in these cases, McDermott took the following actions to identify parties that may have connections to the Debtors and McDermott's relationship with such parties:

- 4 -

a.    McDermott circulated an email to all partners, counsel, and associates requesting the recipients to disclose if they, or any of the members of their household have any connection with any of the Debtors (including through ownership of any of the Debtors' stock), their officers and directors, or the U.S. Trustee.

b.    McDermott compared the Conflicts Check List to its internal database of matters, clients and related parties. Conflicts check emails were generated and sent to all of the relevant partners, counsel and associates.

c.    Known connections between McDermott's present and former clients and the Debtors were then compiled into lists and reviewed.

11.    Based on the results of the Firm Procedures described above, and as far as I know at this time, the connections identified between (i) the McDermott attorneys and the Debtors and the U.S. Trustee, and (ii) McDermott's clients and the parties on the Conflicts Check List (collectively, the "Search Report") are set forth on Exhibit B hereto. Except as noted on Exhibit B, the Search Report did not (i) identify any representation of any party on the Conflicts Check List that constitutes a representation adverse to the Debtors or their estates with respect to the matters for which McDermott is proposed to be employed and retained in these cases, and (ii) indicate that McDermott holds any interest adverse to the Debtors or their estates with respect to the matters for which McDermott is to be employed and retained.

12.    Because of its broad-based practice, McDermott (i) appeared in the past and may appear in the future in cases unrelated to these chapter 11 cases where one or more of the parties on Search Report may be involved; and (ii) has represented in the past, currently represents and/or may represent in the future one or more of such parties in matters wholly unrelated to these chapter 11 cases. Other than as set forth in Exhibit B, as far as I am aware after the investigation described herein, McDermott has not represented, does not represent, and will not represent any party that appears on Exhibit B in any matter directly related to these chapter 11 cases. Further, McDermott will not be adverse to such parties in these cases.

WDC99 1659115-5.020336.0501

13.    As noted, McDermott has in excess of 1,100 attorneys and has a broad national and international practice.  Consequently, although every reasonable effort has been made to discover and disclose any connections McDermott may have with any party in interest in these cases, including the efforts outlined above, McDermott is unable to state with certainty that every client or entity affiliated with a client has been disclosed.  McDermott is conducting a continuing inquiry into such matters and I will file promptly a supplemental declaration setting forth the results of that inquiry, if additional disclosure is required.

Professional Compensation

14.    The Debtors have advised McDermott of their willingness to employ McDermott at its normal and customary hourly rates for fees for professional services, which are periodically adjusted, and expense reimbursement policy, subject to allowance of all fees and costs by the bankruptcy court in these cases.  McDermott will give prior notice to the Debtors of any periodic fee increases.  The Debtors have agreed to pay such fees and reimburse such expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and any applicable orders of this Court.

15.    The Debtors anticipate that the following ranges of fees apply to the attorneys who may render services for the Debtors:

| Partners & counsel | $445 – $1010 per hour |
| Associates | $285 – $590 per hour |
| Paraprofessionals | $105 – $345 per hour |

16.     These are McDermott's hourly rates for work of this nature and are subject to periodic adjustments to reflect economic and other conditions; provided, however, McDermott will give the Debtors notice of any rate increases.

17.     Consistent with the firm's reimbursement policy applicable to firm clients generally, McDermott will continue to charge the Debtors for all charges and disbursements incurred in the rendition of services.  These charges and disbursements include, among other things, costs for telephone charges, photocopying, travel, business meals, computerized research, messengers, couriers, postage, witness fees, and other fees related to trials and hearings.  Charges and disbursements are invoiced in accordance with firm policy and will comply with the U.S. Trustee's guidelines for fees and disbursements for professionals.  McDermott will charge $.10 per page for photocopies.

18.     McDermott has received a pre-petition retainer in the amount of $500,000 from the Debtors in connection with providing the Debtors with representation on certain of the General Domestic Legal Matters.  A portion of this retainer has been applied to all prepetition fees and expenses incurred on behalf of the Debtors, and the remainder will constitute a general retainer for post-petition services and expenses.  No portion of the retainer will be applied to any fees and expenses incurred by non-filing affiliates of the Debtors after the Petition Date. McDermott will not apply the retainer to postpetition fees and expenses without prior approval of this Court.  In addition to the retainer, McDermott has received approximately $7,037,500 from the Debtors and affiliates within one year prior to the Petition Date on account of services rendered with regard to certain of the General Domestic Legal Matters.

19.     McDermott intends to apply to the Court for allowance of compensation for professional services and reimbursement of expenses incurred in these Cases in accordance

- 7 -

with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the orders and Local Rules of this Court.

20.    McDermott has agreed to accept as compensation such sums as may be allowed by the Court on the basis of the professional time spent, the rates charged for such services, the necessity of such services to the administration of the estates, the reasonableness of the time within which the services were performed commensurate with the complexity, importance, and nature of the problems, issues, or tasks addressed in these cases.

21.    Neither I, nor McDermott, nor any partner, counsel or associate thereof has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases other than as permitted by the Bankruptcy Code.

22.    McDermott has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(a) in respect of the sharing of compensation among members of McDermott.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  Washington, D.C.

December 19, 2008

_Blake D. Rubin_
Blake D. Rubin

# EXHIBIT A

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen

3

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN
## LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK
OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER
## SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT
## SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT
## AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

**EXHIBIT B**

**DEBTORS**

<u>Tribune Company Entities</u>:  McDermott has represented the Tribune Company and its affiliates (the "Debtors") for more than 20 years on a number of matters.

The daughter of a McDermott partner, Peter Humphreys, works for Tribune Interactive, which may be a Debtor in these cases.  McDermott does not expect Mr. Humphreys to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The sister of a McDermott partner, John Callahan, works for the Tribune Company as an investigative journalist.  McDermott does not expect Mr. Callahan to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The wife of a McDermott partner, Greg Palmer, is a former officer and shareholder of certain of the Debtors and has not worked for the Debtors since approximately 2006.  McDermott does not expect Mr. Callahan to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

The grandfather of the wife of a McDermott associate, James Durkin, is a former director of the Tribune Company from 1982 through 2000.  McDermott does not expect Mr. Durkin to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

A McDermott associate, Thomas A. McCann, worked as a reported for the Chicago Tribune from 2000 to 2003.  McDermott does not expect Mr. McCann to be rendering any services for the Debtors in connection with these cases and he will be screened from any non-public communications regarding these cases.

Based on my internal inquiries, to the best of my knowledge, no McDermott attorney directly owns shares of stock of any of the Debtors.  However, at any given time, one or more McDermott attorneys or their immediate family members may own stock of the Debtors through a mutual fund or other third party.

**CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS**

<u>Ann B. Wilson</u>:  McDermott's conflict check indicated that it may currently represent or may have in the past represented Ann B. Wilson.  As of the date hereof, McDermott has not been able to confirm if this is a name coincidence.  The services McDermott rendered to Ms. Wilson do not appear to be related to the Debtors.  To the extent Ms. Wilson is a current client, McDermott will not be adverse to her and will not represent her in any matters related to these chapter 11 cases.

<u>Timothy Ryan</u>:  McDermott's conflict check indicated that it may currently represent or may have in the past represented Timothy Ryan.  As of the date hereof, McDermott has not been able to

confirm if this is a name coincidence. As far as I have been able to discern, none of the services rendered to Mr. Ryan appear to be related to the Debtors. To the extent Mr. Ryan is a current client, McDermott will not be adverse to him and will not represent him in any matters related to these chapter 11 cases.

<u>William A. Osborne</u>:  McDermott's conflict check indicated that it currently represents and in the past has represented William A. Osborne. As far as I have been able to discern, none of the services rendered to Mr. Osborne appear to be related to the Debtors. In the course of its representation of the Debtors, McDermott will not be adverse to Mr. Osborne and will not represent him in any matters related to these chapter 11 cases.

<u>David D. Williams</u>:  McDermott's conflict check indicated that it may currently represent or may have in the past represented David Williams. As of the date hereof, McDermott has not been able to confirm if this is a name coincidence. As far as I have been able to discern, none of the services rendered to Mr. Williams appear to be related to the Debtors. To the extent Mr. Williams is a current client, McDermott will not be adverse to him and will not represent him in any matters related to these chapter 11 cases.

## OTHER PARTIES IN INTEREST

McDermott's conflict check indicated that it may currently represent or may have in the past represented all of the entities listed below or an affiliate of such entities. As of the date hereof, McDermott has not been able to confirm if certain of the more common names below are mere name coincidences. As far as I have been able to discern, none of the services rendered to the entities listed below or their affiliates appear to be related to the Debtors with the exception of McDermott's representation of CIT Group, Inc. ("CIT")

McDermott represents and has in the past represented CIT in a variety of legal matters, including assisting CIT in reviewing and understanding the Debtors' prepetition financing facility between the Debtors, JPMorgan Chase Bank, N.A., as administrative agent and others, related documents, and certain due diligence matters in connection with CIT's participation in such facility. In the future, McDermott will continue to represent CIT in connection with a variety of matters. Such services are and will continue to be unrelated to the services McDermott will be rendering for the Debtors. Accordingly, McDermott will not represent an interest adverse to these estates with respect to the matters on which McDermott is to be employed. Further, McDermott will not represent the Debtors in any matter adverse to CIT. To the extent the other entities or persons listed below are McDermott's current clients, McDermott will not be adverse to such entities or persons and will not represent them in any matters related to these chapter 11 cases.

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
Deutsche Bank National Trust Company
Barclays Capital
Warner Brothers Television
NBC Universal Television Distribution

2

James Simpson
Sony Pictures Television
Paramount Pictures Corporation
CBS Television Distribution

## **PREPETITION LENDERS TO THE DEBTORS**

Deutsche Bank AG
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Angelo Gordon & Co LP
Highland Capital Management LP
Viking Global Performance LLC
Davidson Kempner Capital Management LLC
Goldman Sachs Group Inc.
Lehman Brothers Holdings Inc.
Bank of America N.A.
Taconic Capital Advisors LLC
Merrill Lynch & Co. Inc.
Strategic Value Partners LLC
Satellite Asset Management LP
Citicorp North America Inc.
Eaton Vance Mgmt
Royal Bank of Scotland plc
AIG Global Investment Corp. as Agent
Barclays Bank plc
ABN AMRO Holding NV
Franklin Advisers Inc., as Agent
Lehman Brothers Commercial Bank
CIT Group Incorporated
Carval Investors LLC
York Capital Management
Loews Corporation
Morgan Stanley
Wilmington Trust Company - Delaware
Latigo Partners LP
Carlyle Investment Management LLC
Credit Suisse Asset Management Agt
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Sandell Asset Management Corporation
Trimaran Advr LLC
Duquesne Capital Management LLC
General Electric Capital Corporation
UBS AG
GSO Capital Partners  LP
Deutsche Investment Management Americas Inc. as Agent
Hartford Investment Management Company as Agt
Capitalsource Finance LLC
Prudential Investment Management Inc as Agt
Gulf Stream Asset Management LLC
Silvermine Capital Management LLC

3

Kingsland Capital Management LLC
Fidelity Investments
Callidus Capital Management LLC
Aegon USA Investment Management as Agt
Citigroup Financial Products Inc.
Chicago Fundamental Investment Partners LLC
Halcyon Structured Asset Management LP
Societe Generale
Swiss Reinsurance Company Ltd.
ING Investment Management LLC as Agt
Seneca Capital Management
Credit Suisse Group AG
PPM America Incorporated as Agent
Invesco Inst NA Inc. as Agt
National City Corporation
Oppenheimer Funds Inc. as Agent
Metropolitan Life Insurance Company
Oak Hill Advisors LP
Moore Capital Management LLC
Rabobank Int'l
Nomura Corporate Research & Asset Management Inc.NT INC
Pioneer Investment Management Inc. (as Agt)
Scotia Capital Inc.
Fidelity Investment/Fidelity Mutual Fund Comp
Allstate Investment Management Company as Agt
Morgan Stanley Investment Co Niston BV
Bear Stearns Asset Management as Agt
Wachovia Bank National Association
Primus Asset Management Inc.
GE Asset Management Inc. as Agent
Anchorage Capital Group LLC
Plainfield Asset Management LLC
Nomura Corporate Research & Asset Mgmt as Agt
Goldman Sachs Asset Management LP as Agt
WestLB AG
Alcentra Inc.
Clinton Group Inc.
Morgan Stanley Investment Management Garda BV
John Hancock A/C 62 JH High Yield Fund (99140)
Morgan Stanley Investment Management Mezzano B V
Phoenix Investment Counsel as Agt
Guggenheim Management LLC
Wells Fargo Foothill Inc.
Canadian Imperial Bank of Commerce
Pentwater Capital Management L P
John Hancock Financial Services Inc.
GM Pension Plan
JD Capital Management LLC
Franklin Mutual Advisers LLC as Agent
Drake Capital Management LLC
Paloma Partners Management Co Inc.
Sunrise Partners Limited Partnership

4

Sandelman Partners LP
Bear Stearns & Co., Inc
Varde Partners Inc.
Sumitomo Mitsui Banking Corporation
TCW Asset Management Co. as Agent
Blackstone Debt Advisors LP
Raven Asset Management LLC
OZ Management LP
Putnam Investment Management LLC as Agent
Mountain Capital Advisors
New York Life Insurance Company
Silver Point Capital LP – FSG
Clinton Group Inc.
Elliott Management Corporation
KKR Financial Corporation

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
Global Aerospace
The Hartford Insurance Group
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company
Ace American Insurance Company
Lloyd's

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Deloitte & Touche LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP

NYK 1189617-5.009900.0011

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

Verizon Wireless
Sony Entertainment – Pictures – Columbia Tristar
Toyota Dealer Associations
Verizon Wireless – Cellular
AT&T
Comcast Cable
Procter & Gamble – P&G
Viacom – Paramount
Bank of America
General Motors
Citigroup
McDonalds – McDonald's
Ford Dealer Associations
Honda Factory
General Mills
ITT Educational Services
T-Mobile
Washington Mutual
Disney – Buena Vista
GE – Vivendi Universal
TW Warner Brothers
Anheuser Busch
Hyundai Dealer Associations
Pepsi – Pepsi Cola Various
Nissan Factory
Qwest Communications
Johnson & Johnson
Volkswagen Factory
Yum Brands – Kentucky Fried Chicken
Glaxo Smith Kline Beecham Welcome
Cablevision
Nissan Dealer Associations
Six Flags Great America Parks
Toyota Lexus Dealer Associations
Yum Brands – Taco Bell
Honda Acura Factory
Yum Brands – Pizza Hut
TW New Line Cinema – Home Video
Ford Mazda Factory
Nissan Infiniti Factory
Washington Mutual
Kraft General Foods
T-Mobile/Voice Stream

6

TW Time Warner
Pfizer
CP Chrysler Factory
Progressive Insurance
Ford
Dell
Valassis
Countrywide Financial
TW Warner Communications
Comcast
Bank of America
GM Chevy Dealer Associations
Wachovia Bank
Honda Dealer Associations
Carnival Corp.
Toyota Local Dealers
American Express Co
GM Chevy Factors
GM General Motors Corp

## PARTIES TO SIGNIFICANT
## LITIGATION WITH THE DEBTORS

Andy Martin
CBS Broadcasting, Inc.
CBS Radio, Inc.
TV Guide Online Inc.
TV Guide Online LLC
U.S. Bank National Association

## SIGNIFICANT LANDLORDS OF THE DEBTORS

The J. David Gladstone Institutes
BKM 3128 Redhill Associates LLC
Wells Fargo Bank, N.A.
220 News LLC c/o The Witkoff Group LLC
IAC Aviation LLC

## ESOP TRUSTEE

GreatBanc Trust Company

## MAJOR HOLDERS OF PHONES

Citadel
Sandelman

NYK 1189617-5.009900.0011