## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF DAVID J. BRADFORD IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY AND RETAIN JENNER & BLOCK LLP AS SPECIAL COUNSEL FOR CERTAIN LITIGATION MATTERS PURSUANT TO 11 U.S.C. §§ 327(e) AND 1107, NUNC PRO TUNC TO THE PETITION DATE

David J. Bradford declares as follows:

1.     I am a partner in the firm of Jenner & Block LLP ("Jenner") which maintains

offices for the practice of law at 330 N. Wabash, Chicago, Illinois 60611. I am duly licensed in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and am a member in good standing of the bar for the State of Illinois and am admitted to practice before the United States District Court for the Northern District of Illinois.

2.    I submit this Declaration in support of the application (the "Application") for entry of an order authorizing the retention of Jenner as attorneys for the above-captioned debtors and debtors-in-possession (the "Debtors") in these chapter 11 cases, pursuant to sections 327(e) and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), effective as of the Petition Date (as defined the Application), and to comply with sections 328, 329 and 504 of the Bankruptcy Code, Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

## SERVICES TO BE RENDERED

3.    The Debtors have requested that Jenner act as their counsel for litigation and litigation-related matters, and the problems that may arise in this case that include the need for litigation counsel, including, without limitation, the following services:

a) representing the Debtors in proceedings and hearings in the United States District and Bankruptcy Courts for the District of Delaware;

b) representing the Debtor in Litigation Matters (as defined in the Application) consistent with the measured scope of the Debtors' engagement of Jenner prior to the Petition Date.

c) prosecuting and defending litigation matters and such other matters that might arise during the pendency of this Chapter 11 case for which the Debtors request Jenner's services;  and

d) performing such other legal services as are within the scope of the matters on which Jenner has been retained that may be necessary and appropriate for the efficient and economical administration of these chapter 11 cases.

4.      I understand that the Debtors also seek to retain Sidley Austin LLP as general reorganization and bankruptcy counsel and other firms in this case.  Jenner will work closely with these other firms and with Debtors' management so as to avoid duplication of services.

## STATEMENT OF CONNECTIONS

5.      Neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Debtors seek to retain Jenner, and I believe the firm to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that:  (a) neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, is a creditor, an equity holder or insider of the Debtors; (b) neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, is or was within two years before the Petition Date, a director, officer, or employee of the Debtors; and (c) neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, has an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

6.      Except as otherwise set forth herein, neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, has any connection with the Debtors, the Debtors' directors and executive management, the Debtors' other professionals, the Debtors' major shareholders, the Debtors' major secured creditors, the Debtors' major unsecured creditors, the judges of the United States Bankruptcy Court for the District of Delaware, the United States Trustee (Region 3), and the Assistant Trustees and Trial Attorneys for the office of the United States Trustee, except that the firm, its partners and associates and I:  (a) may appear,

may have appeared, and may in the future appear, in cases or proceedings under the Bankruptcy Code or otherwise not related to the Debtors where one or more of the aforesaid parties may have been or may be involved; and (b) may represent, may have represented, or may in the future represent certain creditors of the Debtors in matters not related to the Debtors.

7.      Neither the firm of Jenner, any partner or associate thereof, nor I, insofar as I have been able to ascertain, is so connected with any Bankruptcy Judge of the District of Delaware, the United States Trustee (Region 3), or the Assistant Trustees or Trial Attorneys for the office of the United States Trustee, as to render the appointment of Jenner as counsel for the Debtors inappropriate under Bankruptcy Rule 5002(b).

8.      Because of the nature of the Debtors' corporate structure, relationships between Jenner (on the one hand) and the Debtors and/or their creditors or affiliates (on the other hand), may have existed in past years and may exist in the future.  Any such contacts or relationships do not relate to the Debtors' bankruptcy cases and thus do not create any conflicts with respect to Jenner's representation of the Debtors.  Jenner is a very large law firm and as such, the firm's conflict clearance procedures are understandably complex.  Nonetheless, as of the date of this Declaration, the firm believes it has materially completed its investigation of its contacts with these cases, based on the information provided to Jenner by the Debtors, subject to its continuing duty to disclose any additional information that comes to light.

9.      The Debtors provided to Jenner the names on the list attached hereto as <u>Exhibit A</u> and incorporated herein by reference (collectively, the "<u>Potential Parties in Interest</u>"), including the following individuals or entities who may be parties in interest to these chapter 11 cases:  the Debtors, the Debtors' directors and executive management, the Debtors' major secured creditors, the Debtors' top 30 unsecured creditors, the judges of the United States Bankruptcy Court for the

District of Delaware, the United States Trustee (Region 3), and the Assistant Trustees and Trial Attorneys for the office of the United States Trustee, certain equity holders and former equity holders and certain other significant parties in these Chapter 11 cases.

10.     Jenner then entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning such clients of Jenner.  Through the information generated from the above-mentioned computer inquiry, and through follow-up inquiries with Jenner's attorney(s) as described herein, it was determined that Jenner had represented no party adverse to the Debtors or the Debtors' estates with respect to the matters on which Jenner is to be employed, except as identified below.

11.     Prior to and as of the Petition Date, Jenner represented the Debtors and certain of its directors, its ESOP Trustee, and other parties listed on Exhibit A in two pending cases:

- *Neil, et al. v. Zell, et al.*, Case No. 08-CV-06833 in the United States District Court for the Northern District of Illinois.  Jenner represents all of the defendants in this case which include the Tribune Company, GreatBanc Trust Company, EGI-TRB, L.L.C., Tribune Employee Stock Ownership Plan, Tribune Company Employee Benefits Committee, Samuel Zell, Betsy D. Holden, William A. Osborn, Jeffrey S. Berg, Brian L. Greenspun, William Pate, Mary Agnes Wilderotter, Frank Wood and Dennis J. FitzSimons.  The Defendants are members of the Debtors' board of directors, and certain other related entities in this case.  Certain of the Tribune Company's employees have brought class action claims alleging, among other things, that the defendants' actions with respect to the Tribune Company's employee stock ownership plan violated the Employee Retirement Income Security Act.

- *Cuerto v. Chicago Tribune Co.*, Case No. 07-L-80 in the Circuit Court of St. Clair County Illinois.  Jenner represents the Chicago Tribune Co. in this case, in which the plaintiff brings a false light claims based on statements published in the *Chicago Tribune*.

In addition to these open cases, Jenner represents the Debtors from time to time in various other matters, including litigation that has been resolved and other matters where litigation was not commenced as of the filing of the Petition Date.

12.     Based on the conflicts clearance process identified above, certain Potential Parties in Interest, who may be designated as creditors of the Debtors, were revealed to be a client of or otherwise affiliated with a client of Jenner, as set forth in Exhibit B attached hereto.  Jenner has represented these clients and/or their affiliates in connection with a variety of matters, and to the best of my knowledge none of the pending matters are related to these bankruptcy cases.

13.     Additionally, Jenner has represented in the last 5 years certain Potential Parties In Interest, who may be designated as creditors of the Debtors, or entities affiliated with these Potential Parties in Interest, in matters which to the best of my knowledge are unrelated to the Debtors and these cases as set forth in Exhibit C hereto.

14.     With respect to the other categories of individuals listed on Exhibit A hereto that are not creditors or potential creditors, Jenner has represented certain of the Equity Method Investments including Careerbuilders.com, Classified Ventures LLC, and Comcast.  Jenner & Block previously represented Sunbeam, an entity related to Sunbeam Television Corporation, an entity listed as a counterparty to a recent significant asset disposition.   Of the professional firms the Debtor seeks to retain that are listed on Exhibit A, Jenner & Block currently represents McDermott Will & Emery LLP and Seyfarth Shaw LLP and has previously represented Navigant, Alverez & Marsal, Inc. and Price Waterhouse Coopers.  Jenner & Block represents the IPO Litigation Fee Administrator in a matter where Vicinity Corp. is a co-client.  I understand that Microsoft is the parent entity of Vicinity Corp.  Microsoft also is listed on Exhibit A as a joint venture partner.   FTI Consulting, identified as a professional for the lenders, is a client of Jenner.

15.     Jenner represented Sam Zell, Equity Group Investments, LLC and EGI-TRB, LLC in connection with an investment made in the Debtors.  Jenner represents or has represented

entities that are directly or indirectly related to Mr. Zell or Equity Group Investsments, LLC, including but not limited to Equity Lifestyle Properties, Ltd., Equity Group Investments, and E.R.P. Operating in matters unrelated to the Debtors and has represented and represents committees and other entities in bankruptcy cases where entities directly or indirectly including but not limited to the entities related to the above entities are creditors or equity holders, including but not limited to representations of the equity committee in Coram Healthcare and EXDS, both of which matters are now concluded and the representation of the Altheimer & Grey Creditors Committee.

16.    Jenner has represented and currently represents debtors, trustees, creditors committees and other parties in interest in bankruptcy cases where the Chicago Tribune or other Debtors are creditors.   In addition, Jenner represents General Dynamics in certain superfund cost recovery litigation in which the Los Angelas Times is a co-defendant.   Finally, partners and associates of Jenner are undoubtedly parties to subscription agreements to purchase the Chicago Tribune as this is the major newspaper in the Chicago market where Jenner has its main office. In addition, partners may be subscribers to publications of the other Debtors.

17.    I do not believe that any of these current or former representations constitutes a conflict with Jenner's representation of the Debtors nor will likely create a conflict in the future.

18.    The aforementioned matters are subject to the same restrictions Jenner places on all such representations in the context of a chapter 11 debtor representation.  Without obtaining appropriate waivers, if necessary, Jenner will not represent the Debtors in a lawsuit, adversary proceeding or contested matter against any client.   In addition, Jenner will not represent any client on any matter involving the Debtors while retained as the Debtors' counsel in these cases.

19.     While Jenner has undertaken, and continues to undertake, extensive efforts to identify connections with the Debtors and other parties in interest, it is possible that connections with some parties in interest have not yet been identified.  Should Jenner, through its continuing efforts, learn of any new connections of the nature discussed herein, Jenner will so advise the Court.

20.     Jenner will not, while employed by the Debtors, represent any other entity having an adverse interest in the matters upon which the Debtors seek to retain Jenner during the pendency of these cases.  Jenner will continue to represent the other defendants in the pending litigation known as *Neil, et al. v. Zell, et al.*

### Statement Under Sections 329 and 504 of the Bankruptcy Code and Under Federal Rule of Bankruptcy Procedure 2016

21.     In accordance with sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2016, I hereby state that neither I nor Jenner has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these cases:  (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith; (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code; or (c) for payment of compensation in connection with these cases other than in accordance with the applicable provisions of the Bankruptcy Code.

22.     A schedule of the 2009 hourly rates to be charged by Jenner in conjunction with these cases is attached hereto as <u>Exhibit D</u> and incorporated herein by reference.  These hourly rates are Jenner's standard hourly rates for work of this nature.  The hourly rates charged by Jenner's professionals differ based on, among other things, the professional's level of experience

and the rates normally charged in the location of the office in which the professional is resident. It is Jenner's policy to adjust these rates annually to reflect economic and other conditions. Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

23.    Jenner intends to apply for compensation for professional services rendered in connection with these chapter 11 cases and for reimbursement of expenses in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court.

24.    Set forth on Exhibit E hereto is a summary of (a) payments made by the Debtors to Jenner as advances for services to be rendered and expenses to be incurred on behalf of the Debtors and in respect of actual and estimated fees for services rendered to the Debtors and expenses incurred on behalf of the Debtors and (b) invoices sent by Jenner to the Debtors. The invoices and payments described on Exhibit E represent all fees and expenses invoiced by Jenner & Block and paid for by the Debtors within one year prior to the Petition Date. In addition, the Equity Group Investments LLC pays 1/14th of Jenner's invoices related to the ESOP litigation and Jenner & Block has received $26,025.46 from Equity Group Investments as set forth on Exhibit E.

25.    Jenner currently holds a retainer of $150,000 (the "Current Retainer") as an advance for services to be rendered and expenses to be incurred in connection with its representation of the Debtors.

26.    I have read the application of the Debtors for an order approving the retention of Jenner as attorneys for the Debtors that accompanies this Declaration and, to the best of my

knowledge, information and belief, the contents of said application and this Declaration are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 19th day of December, 2008, at Chicago, Illinois.

                                                    David J. Bradford

SWORN TO AND SUBSCRIBED before
me this 19th day of December, 2008.

_____
        Notary Public

"OFFICIAL SEAL"
Francine M. Sattelmayer
Notary Public, State of Illinois
My Commission Expires July 9, 2010

# EXHIBIT A

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen

3

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

# EXHIBIT B
## (CURRENT CLIENTS)

General Electric
CBS Broadcasting Inc.
CBS Corporation
Merrill Lynch & Co. Inc.
Deutsche Bank Trust Company Americas
Chase Insurance (related to J.P. Morgan Chase Bank, N.A.)
NBC Universal Domestic Television
Sony
Warner Brothers
Goldman Sachs
National City Bank
Nomura Securities International
Pentwater Capital Management
Plainfield Asset Management LLC
Putnam Investments
General Motors
General Motors Asset Management
Guggenheim Corporate Funding LLC
Gulfstream
Anheuser Busch Companies, Inc.
Prodigy Communications, Inc.
Allstream Corp.
Dell Computer Corp.
The Walt Disney Company
Kellogg Co.
Takeda Pharmaceuticals North America, Inc.
Johnson & Johnson
Kraft Foods Global, Inc.
Twentieth Century Fox Film Corp.
Nissan North America
Sprint Nextel
Time Warner Brothers
U.S. Cellular
Valassis Direct Mail, Inc.
Viacom

# EXHIBIT C

## (FORMER CLIENTS)

Barclays Bank and other Barclays entities
JP Morgan Securities, Inc. (related to J.P. Morgan Chase Bank, N.A.)
ABN AMRO
Bank of America
Bear Stearns & Co., Inc.
Blackstone Group and related entities
Citicorp
Credit Suisse
ING Real Estate Finance Inc.
Lehman Brothers
Met Life
Morgan Stanley
Oppenheimer Funds
Patriarch Partners
Societe Generale
Swiss Reinsurance Corp.
Taconic Capital
Van Kampen Funds
Wells Fargo
WestLB AG
Wilmington Trust Co.
Capital Z Financial Services Private Fund II, LP
Federal Life Insurance Company
Zurich American Insurance Company
American Express Tax & Business Services, Inc.
Countrywide Home Loans, Inc.
General Mills, Inc.
McDonalds Corp.
PepsiAmericas, Inc.
Pfizer, Inc.
Subway Sandwich Shops, Inc.
Washington Mutual

**EXHIBIT D**

**(2009 Rates)**

| | |
|---|---|
| Partners | $1,000 -- $525 per hour |
| Associates | $535 -- $325 |

**JENNER & BLOCK LLP**

**#45394 - Tribune - Payments Received By Jenner & Block**
**From 12/8/07 - 12/23/08**

| Applied To | Date Rec'd | Fees | Disb | Total | Payor | Method |
|---|---|---|---|---|---|---|
| 9083082 | 1/07/2008 | $19,275.00 | $168.56 | $19,443.56 | | |
| 9086024 | 3/18/2008 | 195.00 | 27.18 | 222.18 | | |
| 9090063 | 3/18/2008 | 112.50 | | 112.50 | | |
| 9092313 | 3/24/2008 | 16,280.00 | 1,200.04 | 17,480.04 | | |
| 9093094 | 4/07/2008 | 8,135.50 | 13.01 | 8,148.51 | | |
| 9095143 | 4/29/2008 | 13,517.00 | 1,080.16 | 14,597.16 | | |
| 9093097 | 5/13/2008 | 28,390.00 | | 28,390.00 | | |
| 9097844 | 5/19/2008 | 2,508.00 | 103.42 | 2,611.42 | | |
| 9100704 | 6/23/2008 | 2,616.00 | 59.52 | 2,675.52 | | |
| 9090064 | 6/24/2008 | 1,347.50 | 118.12 | 1,465.62 | | |
| 9095212 | 7/01/2008 | 200.00 | 13.96 | 213.96 | | |
| 9097915 | 7/01/2008 | 1,631.25 | 25.36 | 1,656.61 | | |
| 9104156 | 7/31/2008 | 177,955.00 | 7,264.34 | 185,219.34 | | |
| 9106155 | 8/26/2008 | 3,315.00 | 263.15 | 3,578.15 | | |
| 9106226 | 8/29/2008 | 200.00 | | 200.00 | | |
| 9100777 | 9/05/2008 | 13,702.50 | 1,036.35 | 14,738.85 | | |
| 9102537 | 9/05/2008 | 8,837.50 | 41.34 | 8,878.84 | | |
| 9103425 | 9/05/2008 | 976.25 | 8.46 | 984.71 | | |
| 9107125 | 10/03/2008 | 114,033.75 | 2,399.95 | 116,433.70 | | |
| 9109274 | 10/21/2008 | 3,181.50 | 0.90 | 3,182.40 | | |
| 9109211 | 10/31/2008 | 1,303.00 | 41.68 | 1,344.68 | | |
| 9111981 | 10/31/2008 | 941.00 | 4.08 | 945.08 | | |
| 9114824 | 10/31/2008 | 122.04 | -2.04 | 120.00 | | |
| 9115596 | 11/18/2008 | 5,890.50 | 71.31 | 5,961.81 | | |
| 9115597 | 11/18/2008 | 12,901.95 | 33.87 | 12,935.82 | | |
| 9115598 | 11/18/2008 | 18,358.20 | | 18,358.20 | | |
| 9115599 | 11/18/2008 | 153,699.00 | 3,606.74 | 157,305.74 | | |
| 9110019 | 11/20/2008 | 12,269.38 | 306.97 | 12,576.35 | | |
| 9112040 | 11/24/2008 | 1,563.75 | | 1,563.75 | | |
| 9118168 | 11/25/2008 | 216.00 | | 216.00 | | |
| 9118169 | 11/25/2008 | 10,126.80 | 35.62 | 10,162.42 | | |
| 9118170 | 11/25/2008 | 9,810.90 | 1.26 | 9,812.16 | | |
| 9118171 | 11/25/2008 | 184,631.94 | 919.71 | 185,551.65 | | |
| 9122254 | 12/05/2008 | 115,182.79 | 2,715.58 | 117,898.37 | | |
| 9122251 | 12/08/2008 | 360.00 | 0.00 | 360.00 | | |
| 9122252 | 12/08/2008 | 363.60 | 0.00 | 363.60 | | |
| 9122253 | 12/08/2008 | 72.00 | 0.00 | 72.00 | | |
| | **TOTAL PAYMENTS** | **$944,222.10** | **$21,558.60** | **$965,780.70** | | |

** - Retainer of $150,000 was received by Jenner on 12/5/08

**#45394-10105 - Tribune ESOP Matter - EGI Payments Received By Jenner & Block**
**From 12/8/07 - 12/23/08**

| Applied To | Date Rec'd | Fees | Disb | Total | Payor | Method |
|---|---|---|---|---|---|---|
| 9115599 | 11/24/2008 | 11,823.00 | | 11,823.00 EGI | | Check #303249 |
| 9118171 | 12/15/2008 | 14,202.46 | 0.00 | 14,202.46 EGI | | Check #303450 |
| | **TOTAL PAYMENTS** | **$26,025.46** | **$0.00** | **$26,025.46** | | |