# EXHIBIT B

# CHESLEY DECLARATION

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF RICHARD A. CHESLEY

Pursuant to Rule 2014(a) of the Bankruptcy Rules[2] and Rule 2014-1(a) of the

Local Rules, I, Richard A. Chesley, declare that the following is true to the best of my

knowledge, information and belief:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used herein as defined terms and not otherwise defined herein shall have those meanings ascribed to them in the Application.

1.      I am an attorney at law admitted and in good standing to practice in the States of Illinois and Ohio and before the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States District Courts for the Northern District of Illinois and the Southern and Northern Districts of Ohio.

2.      I am a member of the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings" or the "Firm"), located at 191 North Wacker Drive, 30th Floor, Chicago, Illinois 60606, and am duly authorized to make this declaration on behalf of Paul Hastings.  I make this Declaration in support of the Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters Pursuant to 11 U.S.C. § 327(e), *Nunc Pro Tunc* to the Petition Date (the "Application").  The facts set forth in this declaration are based upon my personal knowledge, discussions with other Paul Hastings attorneys and the Firm's client/matter records that were reviewed by me or other Paul Hastings attorneys acting under my supervision and direction.  Paul Hastings currently employs approximately 1,200 lawyers.  To the extent any information disclosed herein requires amendment or modification upon Paul Hastings' completion of further review or as additional information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.  Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

3.      Paul Hastings is particularly qualified to serve as special counsel to represent the Debtors in connection with General Real Estate and Related Matters.  Paul Hastings is one of the largest law firms in the world, with a national and international practice,

and has substantial experience in those areas of law that it will be asked to assist on in these chapter 11 cases.

4.      Paul Hastings is uniquely positioned to represent clients with a focus on subperforming, nonperforming and defaulted real estate and real estate related assets.  Through several real estate cycles, with over 150 lawyers, Paul Hastings' Real Estate Group has continuously represented a range of buyers, sellers, and investors with respect to all forms of distressed and nonperforming real estate assets.

5.      Paul Hastings' Restructuring Group provides an array of services to assist financially distressed businesses and their creditors in maximizing values and ultimate recoveries in a broad range of challenging circumstances.  The Group comprises approximately 90 attorneys practicing around the world.  In roles ranging from debtor's counsel to committee counsel, Paul Hastings' lawyers have played a significant role in many of the largest and most complex cases under the Bankruptcy Code, including, among many others, the chapter 11 cases of Dana Corporation, Loewen Group International, Inc., Delta Air Lines Inc., Federated Department Stores, Allegheny Health, Education and Research Foundation, Northwest Airlines Corporation, Kmart Corporation, Imperial Home Décor Group Inc. and Kaiser Aluminum Corporation.

6.      Paul Hastings is also especially qualified to represent the Debtors in connection with General Real Estate and Related Matters because it is intimately familiar with the Debtors' real estate assets, real estate transactions and business.  In connection with various prepetition matters, Paul Hastings' professionals have worked closely with the Debtors' management and other professionals and, as a result, have become well acquainted with the Debtors' history, operations, capital structure, real estate assets and transactions and related matters.  Accordingly, Paul Hastings has developed substantial knowledge regarding the Debtors

that will result in effective and efficient services in connection with the General Real Estate and Related Matters.

## PAUL HASTINGS' DISCLOSURE PROCEDURES

7.    Paul Hastings has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations.  In preparing this Declaration, I used a set of procedures (the "Firm Disclosure Procedures") developed by Paul Hastings to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules regarding the retention of professionals.  Pursuant to the Firm Disclosure Procedures, I performed, or caused to be performed, the actions described below to identify Paul Hastings' connections to parties in interest in these proceedings.

8.    In preparing this Declaration, I submitted or caused to be submitted for review under our regularly updated conflicts check system the names of various parties in interest in these chapter 11 cases (collectively, the "Interested Parties"), as received from the Debtors.  The identities of the Interested Parties are set forth on Schedule 1 attached hereto and incorporated herein by reference.  The results of our conflicts check were compiled and analyzed by Paul Hastings attorneys acting under my supervision.

## PAUL HASTINGS' CONNECTIONS WITH INTERESTED PARTIES

9.    To the best of my knowledge, based on the review procedures described above, Paul Hastings does not have any "connections" to the Interested Parties, except as described in this Declaration.  Neither the term "connection," as used in Bankruptcy Rule 2014, nor the proper scope of a professional's search for a "connection" has been defined, and I am therefore uncertain what this Court may consider a "connection" requiring disclosure.  Out of an abundance of caution, therefore, I am disclosing many representations that are not, to my

understanding, disqualifying or problematic under either the Bankruptcy Code or applicable

standards of professional ethics.

10.    Neither I, nor any partner, of counsel, or associate of Paul Hastings, as far

as I have been able to ascertain, has any connection with the Debtors, their creditors, the

Debtors' respective attorneys and accountants or any other Interested Party, except as set forth

below or otherwise in this Declaration:

      a.    Attached hereto as Schedule 2 and incorporated herein by
reference is a list of Interested Parties (or their affiliates) whom Paul Hastings currently
represents, has represented in the past, and may in the future represent in matters
<u>unrelated</u> to the Debtors' chapter 11 cases.  Although Paul Hastings has represented,
currently represents, and may continue to represent certain entities and individuals listed
on Schedule 2 hereto, Paul Hastings will not represent any such entity or individual in
these cases.

      b.    Paul Hastings does not represent, and has not represented, any
entity other than the Debtors in matters related to these chapter 11 cases.

      c.    Given the number of attorneys in its various offices, several
attorneys at Paul Hastings have professional, working, or social relationships with firms
or professionals at firms that may be adverse to the Debtors.  In addition, several
attorneys at Paul Hastings have spouses, parents, children, siblings, fiancés or fiancées
who are attorneys at other law firms or companies.  Also, certain attorneys at Paul
Hastings may have spouses, parents, children, siblings, fiancés or fiancées who are
employees of one or more of the parties in interest.  Paul Hastings has strict policies
against disclosing confidential information to anyone outside of Paul Hastings, including
spouses, parents, children, siblings, fiancés and fiancées.

      d.    Paul Hastings has approximately 1,200 attorneys and 1,600 other
employees.  It is possible that certain Paul Hastings attorneys or employees hold interests
in mutual funds or other investment vehicles that may own interests in the Debtors.
Despite the efforts described above to identify and disclose Paul Hastings' connections
with parties in interest in these cases, because Paul Hastings is an international firm with
hundreds of attorneys in twenty-two offices, and because the Debtors are a substantial
enterprise with hundreds of creditor and other relationships, Paul Hastings is unable to
state with certainty that every client representation or other connection has been
disclosed.  In this regard, if Paul Hastings discovers additional information that requires
disclosure, Paul Hastings will file a supplemental disclosure with the Court.

11.    To the best of my knowledge and belief, insofar as I have been able to

ascertain after reasonable inquiry, neither I, nor Paul Hastings, nor any Partners or associate

thereof holds or represents in these proceedings any interests adverse to the Debtors, or to their estates with respect to the General Real Estate and Related Matters on which Paul Hastings is to be employed and retained.

## PAUL HASTINGS' RATES AND BILLING PRACTICES

12.     Paul Hastings has not received any promises as to payment or compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the United States Trustee Guidelines, and as disclosed herein.

13.     It is Paul Hastings' policy to charge its clients in all areas of practice for expenses incurred in connection with a client's case. The expenses charged to clients include, among other things, photocopying, witness fees, travel and lodging expenses, certain secretarial and other overtime expenses, filing and recording fees, long distance and other telephone charges, postage, vendor charges, express mail and messenger charges, computerized legal research charges and other computer services, expenses for "working meals," and telecopier charges. Paul Hastings will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients, subject to this Court's approval of such expenses pursuant to sections 330 and 331 of the Bankruptcy Code, such Bankruptcy Rules and Local Rules as may from time to time be applicable, and such procedures as may be fixed by Order of this Court or the United States Trustee Guidelines. Paul Hastings believes that failure to charge these expenses would require the Firm to increase its current hourly rates.

14.     Subject to the Court's approval, Paul Hastings intends to (a) charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered, and (b) seek reimbursement of actual and necessary out-

of-pocket expenses.[3] Paul Hastings will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of the legal services described in the Application by category and nature of the services rendered.

15.    Paul Hastings intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the United States Trustee Guidelines, as well as pursuant to any additional procedures that may be established by the Court in these chapter 11 cases.

16.    Paul Hastings' hourly rates are set at a level designed to compensate it fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. I believe that these rates are commensurate with the hourly rates of other firms of similar size and expertise.

17.    The Paul Hastings professionals and paraprofessionals expected to be most active in the Debtors' chapter 11 cases and their current hourly rates include:

| | |
|---|---|
| Richard A. Chesley, Partner, Chicago | $825 per hour |
| Daniel Perlman, Partner, Chicago | $725 per hour |
| Greg Spitzer, Partner, Chicago | $765 per hour |
| Jeffery Rheeling, Of Counsel, Chicago | $645 per hour |
| Tarun Chandran, Associate, Chicago | $560 per hour |
| Justin Bender, Associate, Chicago | $495 per hour |
| Hilla Uribe Jimenez, Associate, Chicago | $405 per hour |

18.    Other Paul Hastings attorneys and paraprofessionals may from time to time serve the Debtors. To reflect economic and other conditions, Paul Hastings revises its regular hourly rates periodically and requests that, effective as of the date of such revision, the

---

[3]    The hourly rates charged by Paul Hastings professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the location of the office in which the professional is resident. These rates may change from time to time in accordance with Paul Hastings' established billing practices and procedures.

aforementioned rates be revised to the regular hourly rates that will be in effect at that time.  Paul Hastings agrees to be compensated based on the same rates generally charged for services rendered in matters handled by Paul Hastings for its clients.  Paul Hastings understands, acknowledges, and agrees that it shall be entitled to reimbursement only for actual and necessary expenses incurred in connection with its representation of, or services for, the Debtors.

19.    Paul Hastings has not agreed to share any of its compensation from these chapter 11 cases with any other person, other than a partner, counsel, associate, or staff person employed by Paul Hastings, as permitted by section 504 of the Bankruptcy Code.

[Remainder of Page Intentionally Left Blank]

To the best of my knowledge, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 26, 2008

/s/ Richard A. Chesley
Richard A. Chesley

# SCHEDULE 1

## INTERESTED PARTIES LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC

Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC

Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll

Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.

Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich

John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas

Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust
Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation

NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC

Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP

Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.

as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP

Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.

Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory

Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis

Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT
## LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell

Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola

Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.

Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla

Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK
OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

# SCHEDULE 2

**SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY
OR HAVE FORMERLY EMPLOYED PAUL HASTINGS IN MATTERS
UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES**

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| John Canning Investor Group | John Canning Investor Group is a potential purchaser of the Chicago Cubs Baseball Team. | John Canning Investor Group |
| Robert Christie | Current and Former Directors and Officers of Tribune Company | Need Further Information for Conflicts – There are 2 client names in database. |
| Samuel Zell | Current and Former Directors and Officers of Tribune Company | Sam Zell is not a client, but certain affiliates of Sam Zell are current or former clients. |
| AbitibiBowater Inc. (f/k/a Abitibi Consolidated and Bowater Inc.) | Debtors' 30 Largest Unsecured Creditors | AbitibiBowater Inc. f/k/a Antibiti Inc. and Bowater Inc. are not current clients, but certain affiliates of AntibitiBowater Inc. are either current or former clients. |
| Barclays Capital | Debtors' 30 Largest Unsecured Creditors, Debtors' Prepetition Lenders and Counterparties to Hedging Agreements | Barclays Capital is a current client and certain affiliates are current or former clients. |
| Deutsche Bank National Trust Company | Debtors' 30 Largest Unsecured Creditors | Deutsche Bank National Trust Company is a current client and certain affiliates are current or former clients. |
| JP Morgan Chase Bank, N.A. | Debtors' 30 Largest Unsecured Creditors | JP Morgan Chase Bank, N.A. is a current client and certain affiliates are current or former clients. |
| Merrill Lynch Capital Corporation | Debtors' 30 Largest Unsecured Creditors | Merrill Lynch Capital Corporation is a current client and certain affiliates are current or former clients. |
| NBC Universal Domestic Television | Debtors' 30 Largest Unsecured Creditors | NBC Universal Domestic Television is not a current client, but certain affiliates of NBC Universal Domestic Television are either current or former clients. |
| Neilson Media Research | Debtors' 30 Largest Unsecured Creditors | Neilson Media Research is not a current client, but certain affiliates of Neilson Media Research are either current or former clients. |
| Paramount Pictures Corporation | Debtors' 30 Largest Unsecured Creditors | Paramount Pictures Corporation is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sony Pictures Television | Debtors' 30 Largest Unsecured Creditors | Sony Pictures Television is not a client, but certain affiliates of Sony Pictures Television are either current or former clients. |
| Twentieth Television | Debtors' 30 Largest Unsecured Creditors | Twentieth Television is not a client, but certain affiliates of Twentieth Television are either current or former clients. |
| Warner Brothers Television Production | Debtors' 30 Largest Unsecured Creditors | Warner Brothers Television Production is a current client and certain affiliates are current or former clients. |
| 40/86 Advisors Inc. | Debtors' Prepetition Lenders | 40/86 is a current client and certain affiliates are current or former clients. |
| ABN AMRO Holding NV | Debtors' Prepetition Lenders | ABN AMRO Holding NV is not a client, but certain affiliates are either current or former clients. |
| Aegon USA Investment Management | Debtors' Prepetition Lenders | Aegon USA Investment Management is not a client, but certain affiliates are either current or former clients. |
| AIG Global Investment Corp. | Debtors' Prepetition Lenders | AIG Global Investment Corp. is a current client and certain affiliates are current or former clients. |
| Anchorage Capital Group LLC | Debtors' Prepetition Lenders | Anchorage Capital Group LLC is a current client and certain affiliates are current or former clients. |
| Avenue Advisors | Debtors' Prepetition Lenders | Avenue Advisors is not a client, but certain affiliates of Avenue Advisors are current or former clients. |
| Babson Capital Management LLC | Debtors' Prepetition Lenders | Babson Capital Management is a current client and certain affiliates are current or former clients. |
| Bank of America N.A. | Debtors' Prepetition Lenders | Bank of America N.A. is a current client and certain affiliates are current or former clients. |
| Barclays Bank plc | Debtors' Prepetition Lenders | Barclays Bank plc is a current client and certain affiliates are current or former clients. |
| Bear Stearns & Co., Inc. | Debtors' Prepetition Lenders | Bear Stearns & Co., Inc. is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bear Stearns Asset Management | Debtors' Prepetition Lenders | Bear Stearns Asset Management is not a client, but certain affiliates of Bear Stearns Asset Management are either current or former clients. |
| Canadian Imperial Bank of Commerce | Debtors' Prepetition Lenders | Canadian Imperial Bank of Commerce is a current client and certain affiliates are current or former clients. |
| Canyon Capital Advisors LLC | Debtors' Prepetition Lenders | Canyon Capital Advisors LLC is not a client, but certain affiliates of Canyon Capital Advisors LLC are either current or former clients. |
| Capitalsource Finance LLC | Debtors' Prepetition Lenders | Capitalsource Finance LLC is a client and certain affiliates are current or former clients. |
| Carlyle Investment Management LLC | Debtors' Prepetition Lenders | Carlyle Investment Management LLC is not a client, but certain affiliates of Carlyle Investment Management LLC are either current or former clients. |
| Carval Investors LLC | Debtors' Prepetition Lenders | Carval Investors LLC is not a client, but certain affiliates of Carval Investors LLC are either current or former clients. |
| CIT Group Incorporated | Debtors' Prepetition Lenders | CIT Group Incorporated is a current client and certain affiliates are current or former clients. |
| Citicorp North America Inc. | Debtors' Prepetition Lenders | Citicorp North America Inc. is a current client and certain affiliates are current or former clients. |
| Citigroup Financial Products Inc. | Debtors' Prepetition Lenders | Citigroup Financial Products Inc. is not a client, but certain affiliates of Citigroup Financial Products Inc. are either current or former clients. |
| Contrarian Capital Management LLC | Debtors' Prepetition Lenders | Contrarian Capital Management LLC is a current client and certain affiliates are current or fomer clients. |
| Credit Suisse Asset Management | Debtors' Prepetition Lenders | Credit Suisse Asset Management is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Credit Suisse Group AG | Debtors' Prepetition Lenders | Credit Suisse Group AG is a current client and certain affiliates are current or former clients. |
| Davidson Kempner Capital Management LLC | Debtors' Prepetition Lenders | Davidson Kempner Capital Management LLC is not a client, but certain affiliates of Davidson Kempner Capital Management LLC are either current or former clients. |
| Deerfield Capital Management LLC | Debtors' Prepetition Lenders | Deerfield Capital Management LLC is not a client, but certain affiliates of Deerfield Capital Management LLC are either current or former clients. |
| Delaware Management Business Trust | Debtors' Prepetition Lenders | Delaware Management Business Trust is not a client, but certain affiliates of Delaware Management Business Trust are either current or former clients. |
| Deutsche Bank AG | Debtors' Prepetition Lenders | Deutsche Bank AG is a current client and certain affiliates are current or former clients. |
| Deutsche Investment Management Americas Inc. | Debtors' Prepetition Lenders | Deutsche Investment Management Americas Inc. is a current client and certain affiliates are current or former clients. |
| DiMaio Ahmad Capital LLC | Debtors' Prepetition Lenders | DiMaio Ahmad Capital LLC is not a client, but certain affiliates of DiMaio Ahmad Capital LLC are either current or former clients. |
| Eaton Vance Mgmt | Debtors' Prepetition Lenders | Eaton Vance Mgmt is not a client, but certain affiliates of Eaton Vance Mgmt are either current or former clients. |
| EBF & Associates LP | Debtors' Prepetition Lenders | EBF & Associates LP is a current client and certain affiliates are current or former clients. |
| Farallon Capital Management LLC | Debtors' Prepetition Lenders | Farallon Capital Management LLC is a current client and certain related affiliates are current or former clients. |
| Fidelity Investment/Fidelity Mutual Fund Comp | Debtors' Prepetition Lenders | Fidelity Investment/Fidelity Mutual Fund Comp is not a client, but certain related affiliates of Fidelity Investment/Fidelity Mutual Fund Comp are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| Fidelity Investments | Debtors' Prepetition Lenders | Fidelity Investments is not a client, but certain related affiliates of Fidelity Investments are either current or former clients. |
| FIG LLC | Debtors' Prepetition Lenders | Is this Fortress Investment Group LLC? Fortress Investment Group LLC is a current client and certain affiliates are current or former clients. |
| Firstlight Financial Corp. | Debtors' Prepetition Lenders | Firstlight Financial Corp. is a current client and certain affiliates are current or former clients. |
| Franklin Advisers Inc. | Debtors' Prepetition Lenders | Is this Franklin Advisors Inc.? Franklin Advisors Inc. is not a client, but certain affiliates of Franklin Advisors Inc. are either current or former clients. |
| Franklin Mutual Advisers LLC | Debtors' Prepetition Lenders | Is this Franklin Mutual Advisors LLC? Franklin Mutual Advisors LLC is not a client, but certain affiliates of Franklin Mutual Advisors LLC are either current or former clients. |
| Franklin Templeton Inv Mgmt Ltd | Debtors' Prepetition Lenders | Franklin Templeton Inv Mgmt Ltd is not a client, but certain affiliates of Franklin Templeton Inv Mgmt Ltd are either current or former clients. |
| GE Asset Management Inc. | Debtors' Prepetition Lenders | GE Asset Management Inc. is a current client and certain affiliates are current or former clients. |
| General Electric Capital Corporation | Debtors' Prepetition Lenders | General Electric Capital Company is a current client and certain affiliates are current or former clients. |
| GM Pension Plan | Debtors' Prepetition Lenders | GM Pension Plan is not a client, but certain affiliates of GM Pension Plan are either current or former clients. |
| Goldentree Asset Management LP | Debtors' Prepetition Lenders | Goldentree Asset Management LP is a current client and certain affiliates are current or former clients. |
| Goldman Sachs Asset Management LP | Debtors' Prepetition Lenders | Goldman Sachs Asset Management LP is not a client, but certain affiliates of Goldman Sachs Asset Management LP are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Goldman Sachs Group Inc. | Debtors' Prepetition Lenders | Goldman Sachs Group Inc. is not a client, but certain affiliates of Goldman Sachs Group Inc. are either current or former clients. |
| Gruss Asset Management Limited Partnership | Debtors' Prepetition Lenders | Gruss Asset Management Limited Partnership is a current client and certain affiliates are current or former clients. |
| GSO Capital Partners LP | Debtors' Prepetition Lenders | GSO Capital Partners LP is not a client, but certain affiliates of GSO Capital Partners LP are either current or former clients. |
| Guggenheim Management LLC | Debtors' Prepetition Lenders | Guggenheim Management LLC is not a client, but certain affiliates of Guggenheim Management LLC are either current or former clients. |
| Harbert Management Corporation | Debtors' Prepetition Lenders | Harbert Management Corporation is not a client, but certain affiliates of Harbert Management Corporation are either current or former clients. |
| Hartford Investment Management Company | Debtors' Prepetition Lenders | Hartford Investment Management Company is not a client, but certain affiliates of Hartford Investment Management Company are either current or former clients. |
| Highland Capital Management LP | Debtors' Prepetition Lenders | Highland Capital Management LP is not a client, but certain affiliates of Highland Capital Management LP are either current or former clients. |
| IKB Capital Corporation | Debtors' Prepetition Lenders | IKB Capital Corporation is not a client, but certain affiliates of IKB Capital Corporation are either current or former clients. |
| ING Investment Management LLC | Debtors' Prepetition Lenders | ING Investment Management LLC is not a client, but certain affiliates of ING Investment Management LLC are either current or former clients. |
| Invesco Inst NA Inc. | Debtors' Prepetition Lenders | Invesco Inst NA Inc. is not a client, but certain affiliates of Invesco Inst NA Inc. are either current or former clients. |
| Jefferson Pilot Financial Insurance Company | Debtors' Prepetition Lenders | Jefferson Pilot Financial Insurance Company is not a client, but certain affiliates of Jefferson Pilot Financial Insurance Company are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| John Hancock A/C 62 JH High Yield Fund (99140) | Debtors' Prepetition Lenders | John Hancock A/C 62 JH High Yield Fund (99140) is not a client, but certain affiliates of John Hancock A/C 62 JH High Yield Fund (99140) are either current or former clients. |
| John Hancock Financial Services Inc. | Debtors' Prepetition Lenders | John Hancock Financial Services Inc. is a current client and certain affiliates are current or former clients. |
| JP Morgan BK Branch – 0802 | Debtors' Prepetition Lenders | JP Morgan BK Branch – 0802 is not a client, but certain affiliates of JP Morgan BK Branch – 0802 are current or former clients. |
| JP Morgan Chase Bank, N.A. | Debtors' Prepetition Lenders | JP Morgan Chase Bank, N.A. is a current client and certain affiliates are current or former clients. |
| KKR Financial Corporation | Debtors' Prepetition Lenders | KKR Financial Corporation is not a client, but certain affiliates of KKR Financial Corporation are either current or former clients. |
| Latigo Partners LP | Debtors' Prepetition Lenders | Latigo Partners LP is a current client and certain affiliates are current or former clients. |
| Lehman Brothers Holdings Inc. | Debtors' Prepetition Lenders | Lehman Brothers Holdings Inc. is not a client, but certain affiliates of Lehman Brothers Holdings Inc. are either current or former clients. |
| Levine Leichtman Capital Partners Inc. | Debtors' Prepetition Lenders | Levine Leichtman Capital Partners Inc. is a current client and certain affiliates are current or former clients. |
| Loews Corporation | Debtors' Prepetition Lenders | Loews Corporation is not a client, but certain affiliates of Loews Corporation are either current or former clients. |
| Loomis Sayles & Company LP | Debtors' Prepetition Lenders | Loomis Sayles & Company LP is a current client and certain affiliates are current or former clients. |
| Marathon Asset Management LLC | Debtors' Prepetition Lenders | Marathon Asset Management LLC is a current firm client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch & Co. Inc. | Debtors' Prepetition Lenders | Merrill Lynch & Co. Inc. is a current client and certain affiliates are current or former clients. |
| Metropolitan Life Insurance Company | Debtors' Prepetition Lenders | Metropolitan Life Insurance Company is a current client and certain affiliates are current or former clients. |
| Metropolitan West Asset Management LLC | Debtors' Prepetition Lenders | Metropolitan West Asset Management LLC is a client and certain affiliates are current or former clients. |
| Morgan Stanley | Debtors' Prepetition Lenders | Morgan Stanley is a current client and certain affiliates are current or former clients. |
| Morgan Stanley Investment Co. | Debtors' Prepetition Lenders | Morgan Stanley Investment Co. is not a client, but certain affiliates of Morgan Stanley Investment Co. are either current or former clients. |
| Morgan Stanley Investment Management | Debtors' Prepetition Lenders | Morgan Stanley Investment Management is not a client, but certain affiliates of Morgan Stanley Investment Management are either current or former clients. |
| Morgan Stanley Investment Management Inc. as Agnt Incas Agt. | Debtors' Prepetition Lenders | Morgan Stanley Investment Management Inc. as Agnt Incas Agt. is not a client, but certain affiliates of Morgan Stanley Investment Management Inc. as Agnt Incas Agt. are either current or former clients. |
| MSD Capital LP | Debtors' Prepetition Lenders | MSD Capital LP is a current client and certain affiliates are current or former clients. |
| National City Corporation | Debtors' Prepetition Lenders | National City Corporation is a current client and certain affiliates are current or former clients. |
| Neuberger Berman LLC | Debtors' Prepetition Lenders | Neuberger Berman LLC is a current client and certain affiliates are current or former clients. |
| New York Life Insurance Company | Debtors' Prepetition Lenders | New York Life Insurance Company is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| New York Life Investment Management | Debtors' Prepetition Lenders | New York Life Investment Management is a current client and affiliates are current or former clients. |
| Nicholas-Applegate Capital Management LLC | Debtors' Prepetition Lenders | Nicholas-Applegate Capital Management LLC is a current client and certain affiliates are current or former clients. |
| Nomura Corporate Research & Asset Management Inc. | Debtors' Prepetition Lenders | Nomura Corporate Research & Asset Management Inc. is not a client, but certain affiliates of Nomura Corporate Research & Asset Management Inc. are either current or former clients. |
| Nomura Corporate Research & Asset Mgmt | Debtors' Prepetition Lenders | Nomura Corporate Research & Asset Mgmt is not a client, but certain affiliates of Nomura Corporate Research & Asset Mgmt are either current or former clients. |
| Normandy Hill Capital LP | Debtors' Prepetition Lenders | Normandy Hill Capital LP is a current client. |
| Oak Hill Advisors LP | Debtors' Prepetition Lenders | Oak Hill Advisors LP is a current client and certain affiliates are current or former clients. |
| Oaktree Capital Management LP | Debtors' Prepetition Lenders | Oaktree Capital Management LP is a current client and certain affiliates are current or former clients. |
| Oppenheimer Funds Inc. | Debtors' Prepetition Lenders | Oppenheimer Funds Inc. is not a client, but certain affiliates of Oppenheimer Funds Inc. are either current or former clients. |
| Pacific Investment Management Company | Debtors' Prepetition Lenders | Pacific Investment Management Company is a current client and certain affiliates are current or former clients. |
| Paloma Partners Management Co Inc. | Debtors' Prepetition Lenders | Paloma Partners Management Co Inc. is not a client, but certain affiliates of Paloma Partners Management Co Inc. are either current or former clients. |
| Patriarch Partners LLC | Debtors' Prepetition Lenders | Patriarch Partners LLC is a current client and certain affiliates are current or former clients. |
| Phoenix Investment Counsel | Debtors' Prepetition Lenders | Phoenix Investment Counsel is not a client, but certain affiliates of Phoenix Investment Counsel are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Plainfield Asset Management LLC | Debtors' Prepetition Lenders | Plainfield Asset Management LLC is a current client and certain affiliates are current or former clients. |
| PPM America Incorporated | Debtors' Prepetition Lenders | PPM America Incorporated is not a client, but certain affiliates of PPM America Incorporated are either current or former clients. |
| Prudential Investment Management Inc. | Debtors' Prepetition Lenders | Prudential Investment Management Inc. is not a client, but certain affiliates of Prudential Investment Management Inc. are either current or former clients. |
| Putnam Advisory Co LLC | Debtors' Prepetition Lenders | Parent company Power Corporation of Canada and certain affiliates are current clients. |
| Putnam Investment Management LLC | Debtors' Prepetition Lenders | Putnam Investment Management LLC is not a current client, but certain affiliates of Putnam Investment Management LLC are either current or former clients. |
| Quadrangle Group LLC | Debtors' Prepetition Lenders | Quadrangle Group LLC is a current client and certain affiliates are current or former clients. |
| Rabobank Int'l | Debtors' Prepetition Lenders | Rabobank Int'l is not a client, but certain affiliates of Rabobank Int'l are either current or former clients. |
| Riversource Investments LLC | Debtors' Prepetition Lenders | Riversource Investments LLC is not a client, but certain affiliates of Riversource Investments LLC are either current or former clients. |
| Royal Bank of Scotland plc | Debtors' Prepetition Lenders | Royal Bank of Scotland plc is a current client and certain affiliates are current or former clients. |
| Sandell Asset Management Corporation | Debtors' Prepetition Lenders | Sandell Asset Management Corporation is a current client and certain affiliates are current or former clients. |
| Sankaty Advisors | Debtors' Prepetition Lenders | Sankaty Advisors is not a client, but certain affiliates of Sankaty Advisors are either current or former clients. |
| Bain Capital | Debtors' Prepetition Lenders | Bain Capital is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Scotia Capital Inc. | Debtors' Prepetition Lenders | Scotia Capital Inc. is a current client and certain affiliates are current or former clients. |
| Seneca Capital Management | Debtors' Prepetition Lenders | Seneca Capital Management is not a client, but certain affiliates are either current or former clients. |
| Silver Point Capital LP – FSG | Debtors' Prepetition Lenders | Silver Point Capital LP – FSG is a current client and certain affiliates are current or former clients. |
| Societe Generale | Debtors' Prepetition Lenders | Societe Generale SA is a current client and certain affiliates are current or former clients. |
| Strategic Value Partners LLC | Debtors' Prepetition Lenders | Strategic Value Partners LLC is a current client and certain affiliates are current or former clients. |
| Sumitomo Mitsui Banking Corporation | Debtors' Prepetition Lenders | Sumitomo Mitsui Banking Corporation is a current client and certain affiliates are current or former clients. |
| Swiss Reinsurance Company Ltd. | Debtors' Prepetition Lenders | Swiss Reinsurance Company Ltd. is a current client and certain affiliates are current or former clients. |
| Symphony Asset Management LLC | Debtors' Prepetition Lenders | Symphony Asset Management LLC is a current client and certain affiliates are current or former clients |
| TCW Asset Management Co. | Debtors' Prepetition Lenders | TCW Asset Management Co. is a current client and certain affiliates are current or former clients. |
| The Norinchukin Bank | Debtors' Prepetition Lenders | The Norinchukin Bank is a current client and certain affiliates are current or former clients. |
| UBS AG | Debtors' Prepetition Lenders | UBS AG is a current client and certain affiliates are current or former clients. |
| UBS O'Connor LLC | Debtors' Prepetition Lenders | UBS O'Connor LLC is not a client, but certain affiliates of UBS O'Connor LLC are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Van Kampen Asset Management | Debtors' Prepetition Lenders | Van Kampen Asset Management is not a client, but certain affiliates of Van Kampen Asset Management are either current or former clients. |
| Varde Partners Inc. | Debtors' Prepetition Lenders | Varde Partners Inc. is a current client and certain affiliates are current or former clients. |
| Wachovia Bank National Association | Debtors' Prepetition Lenders | Wachovia Bank National Association is a current client and certain affiliates are current or former clients. |
| Wells Capital Management Incorporated | Debtors' Prepetition Lenders | Wells Capital Management Incorporated is a current client and certain affiliates are current or former clients. |
| Wells Fargo Foothill Inc. | Debtors' Prepetition Lenders | Wells Fargo Foothill Inc. is a current client and certain affiliates are current or former clients. |
| West Gate Horizons Advisors LLC | Debtors' Prepetition Lenders | West Gate Horizons Advisors LLC is a current client and certain affiliates are current or former clients. |
| Western Asset Management | Debtors' Prepetition Lenders | Western Asset Management is not a client, but certain affiliates of Western Asset Management are either current or former clients. |
| WestLB AG | Debtors' Prepetition Lenders | WestLB AG is a current client and certain affiliates are current or former clients. |
| Wilmington Trust Company – Delaware | Debtors' Prepetition Lenders | Wilmington Trust Company – Delaware is a current client and certain affiliates are current or former clients. |
| Barclays Capital | Counterparty to Debtors' Hedging Agreement | Barclays Capital is a current client and certain affiliates are current or former clients. |
| Davis Polk & Wardwell | Professionals Retained by Debtors' Prepetition Lenders | Davis Polk & Wardwell is a current client. |
| FTI Consulting | Professionals Retained by Debtors' Prepetition Lenders | FTI Consulting is a current client. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Deutsche Bank National Trust Company | Indenture Trustee | Deutsche Bank National Trust Company is not a client, but certain affiliates of Deutsche Bank National Trust Company are either current or former clients. |
| Ace American Insurance Company | Debtors' Insurance Carrier | Ace American Insurance Company is not a client, but certain related affiliates of Ace American Insurance Company are either current or former clients. |
| Chubb Atlantic Indemnity Ltd. | Debtors' Insurance Carrier | Chubb Atlantic Indemnity Ltd. is not a client, but certain affiliates of Chubb Atlantic Indemnity Ltd. are either current or former clients. |
| Executive Risk Indemnity Inc. (Chubb) | Debtors' Insurance Carrier | Executive Risk Indemnity Inc. (Chubb) is not a client, but certain affiliates of Executive Risk Indemnity Inc. (Chubb) are either current or former clients. |
| Federal Insurance Company (Chubb) | Debtors' Insurance Carrier | Federal Insurance Company (Chubb) is not a client, but certain affiliates of Federal Insurance Company (Chubb) are either current or former clients. |
| Global Aerospace | Debtors' Insurance Carrier | Global Aerospace is not a current client, but certain affiliates of Global Aerospace are either current or former clients. |
| The Hartford Insurance Group | Debtors' Insurance Carrier | The Hartford Insurance Group is a current client and certain affiliates are current or former clients. |
| Illinois National Insurance Company (AIG) | Debtors' Insurance Carrier | Illinois National Insurance Company (AIG) is not a client, but certain affiliates of Illinois National Insurance Company (AIG) are either current or former clients. |
| Indian Harbor Insurance/ESC (XL) | Debtors' Insurance Carrier | Indian Harbor Insurance/ESC (XL) is not a client, but certain affiliates of Indian Harbor Insurance/ESC (XL) are either current or former clients. |
| Lexington Insurance Company | Debtors' Insurance Carrier | Lexington Insurance Company is not a client, but certain affiliates of Lexington Insurance Company are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| St. Paul Fire & Marine Insurance Company (Travelers) | Debtors' Insurance Carrier | St. Paul Fire & Marine Insurance Company (Travelers) is not a client, but certain affiliates of St. Paul Fire & Marine Insurance Company (Travelers) are either current or former clients. |
| Scottsdale GL | Debtors' Insurance Carrier | Is this Scottsdale Insurance Company? Scottsdale Insurance Company is not a client, but certain affiliates are either current or former clients. |
| XL Insurance (Bermuda) Ltd. | Debtors' Insurance Carrier | XL Insurance (Bermuda) Ltd. is not a client, but certain affiliates of XL Insurance (Bermuda) Ltd. are either current or former clients. |
| Zurich American Insurance Company | Debtors' Insurance Carrier | Zurich American Insurance Company is a current client and certain affiliates are current or former clients. |
| Alvarez & Marsal North America LLC | Debtors' Professional | Alvarez & Marsal North America LLC is not a client, but certain affilates of Alvarez & Marsal North America LLC are either current or former clients. |
| Deloitte & Touche LLP | Debtors' Professional | Deloitte & Touche LLP is a current client and certain affiliates are current or former clients. |
| Edelman | Debtors' Professional | Edelman is not a client, but certain related affilates of Edelman are current or former clients. |
| Jenner & Block LLP | Debtors' Professional | Jenner & Block LLP is a current client and certain related affiliates are current or former clients. |
| Lazard Freres & Co. | Debtors' Professional | Lazard Freres & Co. is a current client and certain related affiliates are current or former clients. |
| Morgan, Lewis & Bockius LLP | Debtors' Professional | Morgan, Lewis & Bockius LLP is a current client and certain related affiliates are current or former clients. |
| McDermott Will & Emery LLP | Debtors' Professional | McDermott Will & Emery LLP is a current client and certain related affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Navigant Consulting | Debtors' Professional | Navigant Consulting is a current client and certain related affiliates are current or former clients. |
| Nixon Peabody LLP | Debtors' Professional | Nixon Peabody LLP is a current client and certain related affiliates are current or former clients. |
| PricewaterhouseCoopers LLP | Debtors' Professional | PricewaterhouseCoopers LLP is a current client and certain related affiliates are current or former clients. |
| Seyfarth Shaw LLP | Debtors' Professional | Seyfarth Shaw LLP is not a client, but certain related affiliates of Seyfarth Shaw LLP are either current or former clients. |
| American Express Co. | Debtors' Major Customer | American Express Co. is a current client and certain affiliates are current or former clients. |
| Anheuser Busch | Debtors' Major Customer | Anheuser Busch is a current client and certain affiliates are current or former clients. |
| Arby's Restaurants Ltd. | Debtors' Major Customer | Arby's Restaurants Ltd. is a current client and certain affiliates are current or former clients. |
| AT&T | Debtors' Major Customer | AT&T is a current client and certain affiliates are current or former clients. |
| AT&T (A) 2 | Debtors' Major Customer | AT&T (A) 2 is a current client and certain affiliates are current or former clients. |
| AT&T (B) 2 | Debtors' Major Customer | AT&T (B) 2 is a current client and certain affiliates are current or former clients. |
| Bank of America | Debtors' Major Customer | Bank of America is a current client and certain affiliates are current or former clients. |
| Cablevision | Debtors' Major Customer | Cablevision is a current client and certain affiliates are current or former clients. |
| Carl's Jr. Fast Food | Debtors' Major Customer | Carl's Jr. Fast Food is not a client, but certain affiliates of Carl's Jr. Fast Food are either current or former clients. |
| Carmax | Debtors' Major Customer | Carmax is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Carnival Corp. | Debtors' Major Customer | Carnival Corp. is a current client and certain affiliates are current or former clients. |
| Circuit City | Debtors' Major Customer | Circuit City is a current client and certain affiliates are current or former clients. |
| Citigroup | Debtors' Major Customer | Citigroup is a current client and certain affiliates are current or former clients. |
| Comcast | Debtors' Major Customer | Comcast is not a client, but certain affiliates of Comcast are either current or former clients. |
| Comcast Cable | Debtors' Major Customer | Comcast Cable is a current client and certain affiliates are current or former clients. |
| Countrywide Financial | Debtors' Major Customer | Countrywide Financial is not a client, but certain affiliates of Countrywide Financial are either current or former clients. |
| CP Chrysler Factory | Debtors' Major Customer | [Related to DaimlerChrysler AG?] CP Chrysler Factory is not a client, but certain affiliates of CP Chrysler Factory are either current or former clients. |
| CP Dodge Dealer Association | Debtors' Major Customer | [Related to DaimlerChrysler AG?] CP Dodge Dealer Association is not a client, but certain affiliates of CP Dodge Dealer Association are either current or former clients. |
| CP Jeep/Eagle Dealer Association | Debtors' Major Customer | [Related to DaimlerChrysler AG?] CP Jeep/Eagle Dealer Association is not a client, but certain affiliates of CP Jeep/Eagle Dealer Association are either current or former clients. |
| Dell | Debtors' Major Customer | Dell is a current client and certain affiliates are current or former clients. |
| Disney – Buena Vista | Debtors' Major Customer | Disney – Buena Vista is a current client and certain affiliates are current or former clients. |
| Domino's Pizza | Debtors' Major Customer | Domino's Pizza is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Dunkin Donuts | Debtors' Major Customer | Dunkin Donuts is not a client, but certain affiliates of Dunkin Donuts are either current or former clients. |
| Ford | Debtors' Major Customer | Ford is a current client and certain affiliates are current or former clients. |
| Ford Dealer Associations | Debtors' Major Customer | Ford Dealer Associations is not a client, but certain affiliates of Ford Dealer Associations are either current or former clients. |
| Ford Mazda Factory | Debtors' Major Customer | Ford Mazda Factory is not a client, but certain affiliates of Ford Mazda Factory are either current or former clients. |
| GE – Vivendi Universal | Debtors' Major Customer | GE – Vivendi Universal is not a client, but certain affiliates of GE – Vivendi Universal are either current or former clients. |
| GEICO | Debtors' Major Customer | GEICO is not a client, but certain affiliates of GEICO are either current or former clients |
| General Mills | Debtors' Major Customer | General Mills is a current client and certain affiliates are current or former clients. |
| General Motors | Debtors' Major Customer | General Motors is a current client and certain affiliates are current or former clients. |
| Glaxo Smith Kline Beecham Welcome | Debtors' Major Customer | Glaxo Smith Kline Beecham Welcome is not a client, but certain affiliates of Glaxo Smith Kline Beecham Welcome are either current or former clients. |
| GM Chevy Dealer Associations | Debtors' Major Customer | [If Associated with General Motors] GM Chevy Dealer Associations is not a client, but certain affiliates of GM Chevy Dealer Associations are either current or former clients. |
| GM Chevy Factors | Debtors' Major Customer | [If Associated with General Motors] GM Chevy Factors is not a client, but certain affiliates of GM Chevy Factors are either current or former clients. |
| GM General Motors Corp | Debtors' Major Customer | GM General Motors Corp is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Honda Acura Factory | Debtors' Major Customer | [If associated with Honda Motor Company] Honda Acura Factory is not a client, but certain affiliates of Honda Acura Factory are either current or former clients. |
| Honda Dealer Associations | Debtors' Major Customer | [If associated with Honda Motor Company] Honda Dealer Associations is not a client, but certain affiliates of Honda Dealer Associations are either current or former clients. |
| Honda Factory | Debtors' Major Customer | [If associated with Honda Motor Company] Honda Factory is not a client, but certain affiliates of Honda Factory are either current or former clients. |
| Hyundai Dealer Associations | Debtors' Major Customer | [If associated with Hyundai Motor Company Ltd.] Hyundai Dealer Associations is not a client, but certain affiliates of Hyundai Dealer Associations are either current or former clients. |
| ITT Educational Services | Debtors' Major Customer | ITT Educational Services is a client and certain affiliates are current or former clients. |
| Johnson & Johnson | Debtors' Major Customer | Johnson & Johnson is a current client and certain affiliates are current or former clients. |
| Kia Factory Motors | Debtors' Major Customer | [If associated with Honda Motor Company Ltd.] Kia Factory Motors is not a client, but certain affiliates of Kia Factory Motors are either current or former clients. |
| Kraft General Foods | Debtors' Major Customer | Kraft General Foods is not a client, but certain affiliates of Kraft General Foods are either current or former clients. |
| McDonalds – McDonald's | Debtors' Major Customer | McDonald's Corporation is a current client and certain affiliates are current or former clients. |
| News America Publg FSI | Debtors' Major Customer | News America Publg FSI is not a client, but certain affiliates of News America Publg FSI are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| News Corp | Debtors' Major Customer | News Corp. is not a client, but certain affiliates of News Corp. are either current or former clients. |
| News Corp – 20th Century Fox – Home – Theatrical | Debtors' Major Customer | News Corp – 20th Century Fox – Home – Theatrical is not a client, but certain affiliates of News Corp – 20th Century Fox – Home – Theatrical are either current or former clients. |
| Nissan Dealer Associations | Debtors' Major Customer | [If associated with Nissan Motor Company] Nissan Dealer Associations is not a client, but certain affiliates of Nissan Dealer Associations are either current or former clients. |
| Nissan Factory | Debtors' Major Customer | [If associated with Nissan Motor Company] Nissan Factory is not a client, but certain affiliates of Nissan Factory are either current or former clients. |
| Nissan Infiniti Factory | Debtors' Major Customer | [If associated with Nissan Motor Company] Nissan Infiniti Factory is not a client, but certain affiliates of Nissan Infiniti Factory are either current or former clients. |
| Pepsi – Pepsi Cola Various | Debtors' Major Customer | PepsiCo Inc. is a current client and certain affiliates are current or former clients. |
| Pfizer | Debtors' Major Customer | Pfizer is a current client and certain affiliates are current or former clients. |
| Procter & Gamble – P&G | Debtors' Major Customer | Procter & Gamble is a current client and certain affiliates are current or former clients. |
| Progressive Insurance | Debtors' Major Customer | Progressive Insurance is not a client, but certain affiliates of Progressive Insurance are either current or former clients. |
| Qwest Communications | Debtors' Major Customer | Qwest Communications International Inc. is a current client and certain affiliates are current or former clients. |
| Raymour & Flanigan | Debtors' Major Customer | Raymour & Flanigan is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Reckitt Benckiser | Debtors' Major Customer | Reckitt Benckiser is not a client, but certain affiliates of Reckitt Benckiser are either current or former clients. |
| Six Flags Great America Parks | Debtors' Major Customer | Six Flags Great America Parks is not a client, but certain affiliates of Six Flags Great America Parks are either current or former clients. |
| Sony Entertainment – Pictures – Columbia Tristar | Debtors' Major Customer | Sony Entertainment – Pictures – Columbia Tristar is not a client, but certain affiliates of Sony Entertainment – Pictures – Columbia Tristar are either current or former clients. |
| Sprint/Nextel | Debtors' Major Customer | Sprint/Nextel is a current client and certain affiliates are current or former clients. |
| Target Stores | Debtors' Major Customer | Target Stores is a current client and certain affiliates are current or former clients. |
| T-Mobile | Debtors' Major Customer | T-Mobile is not a client, but certain affiliates of T-Mobile are either current or former clients. |
| T-Mobile/Voice Stream | Debtors' Major Customer | T-Mobile/Voice Stream is not a client, but certain affiliates of T-Mobile/Voice Stream are either current or former clients. |
| Toyota Dealer Associations | Debtors' Major Customer | [If associated with Toyota Motor Corp] Toyota Dealer Associations is not a client, but certain affiliates of Toyota Dealer Associations are either current or former clients. |
| Toyota Lexus Dealer Associations | Debtors' Major Customer | [If associated with Toyota Motor Corp] Toyota Lexus Dealer Associations is not a client, but certain affiliates of Toyota Lexus Dealer Associations are either current or former clients. |
| Toyota Local Dealers | Debtors' Major Customer | [If associated with Toyota Motor Corp] Toyota Local Dealers is not a client, but certain affiliates of Toyota Local Dealers are either current or former clients. |
| TW New Line Cinema – Home Video | Debtors' Major Customer | TW New Line Cinema – Home Video is not a client, but certain affiliates of TW New Line Cinema – Home Video are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| TW Time Warner | Debtors' Major Customer | TW Time Warner is a current client and certain affiliates are current or former clients. |
| TW Warner Brothers | Debtors' Major Customer | TW Warner Brothers is a current client and certain affiliates are current or former clients. |
| TW Warner Communications | Debtors' Major Customer | TW Warner Communications is not a client, but certain affiliates of TW Warner Communications are either current or former clients. |
| U.S. Cellular | Debtors' Major Customer | U.S. Cellular is a current client and certain affiliates are either current or former clients. |
| Verizon Wireless | Debtors' Major Customer | Verizon Wireless is a current client and certain affiliates are either current or former clients. |
| Verizon Wireless – Cellular | Debtors' Major Customer | Verizon Wireless – Cellular is not a client, but certain affiliates of Verizon Wireless – Cellular are either current or former clients. |
| Viacom – Paramount | Debtors' Major Customer | Viacom – Paramount is not a client, but certain affiliates of Viacom – Paramount are either current or former clients. |
| Volkswagen Factory | Debtors' Major Customer | [If associated with Porsche Automobil] Volkswagen Factory is not a client, but certain affiliates of Volkswagen Factory are either current or former clients. |
| Wachovia Bank | Debtors' Major Customer | Wachovia Bank is a current client and certain affiliates are current or former clients. |
| Washington Mutual | Debtors' Major Customer | Washington Mutual is not a client, but certain affiliates of Washington Mutual are either current or former clients. |
| Yum Brands – Kentucky Fried Chicken | Debtors' Major Customer | Yum Brands – Kentucky Fried Chicken is not a client, but certain affiliates of Yum Brands – Kentucky Fried Chicken are either current or former clients. |
| Yum Brands – Pizza Hut | Debtors' Major Customer | Pizza Hut Inc. is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Yum Brands – Taco Bell | Debtors' Major Customer | Yum Brands – Taco Bell is a current client and certain affiliates are current or former clients. |
| Arco Gas Station | Parties to Significant Litigation with the Debtors | Arco Gas Station is not a client, but certain affiliates of Arco Gas Station are either current or former clients. |
| Cbs Broadcasting Inc. | Parties to Significant Litigation with the Debtors | Cbs Broadcasting Inc. is not a client, but certain affiliates of Cbs Broadcasting Inc. are either current or former clients. |
| Cbs Radio Inc. | Parties to Significant Litigation with the Debtors | Cbs Radio Inc. is not a client, but certain affiliates of Cbs Radio Inc. are either current or former clients. |
| Hustedt Chevrolet, Inc. | Parties to Significant Litigation with the Debtors | Hustedt Chevrolet, Inc. is not a client [related to current client General Motors?] |
| James Allen | Parties to Significant Litigation with the Debtors | [Need more information re name – there is a current client James C. Allen in database] |
| U.S. Bank National Association | Parties to Significant Litigation with the Debtors | U.S. Bank National Association is a current client and certain affiliates are either current or former clients. |
| Warren Beatty | Parties to Significant Litigation with the Debtors | [Need more information re name – there is one client named Warren Beatty in database] |
| 220 News LLC c/o The Witkoff Group LLC | Significant Landlords of the Debtors | [220 News LLC is not a client, but The Witkoff Group LLC is a current client.] |
| Catellus Development Corporation | Significant Landlords of the Debtors | Catellus Development Corporation is a current client and certain affiliates are current or former clients. |
| L&L Holding Company, LLC | Significant Landlords of the Debtors | L&L Holding Company, LLC is a current client. |
| Majestic Realty Co. and Yorba Linda Sub, LLC | Significant Landlords of the Debtors | Majestic Realty Co. is a current client. |
| Wells Fargo Bank, N.A. | Significant Landlords of the Debtors | Wells Fargo Bank, N.A. is a current client and certain affiliates are current or former clients. |
| Goldman Sachs & Co. | Entity Involved in Leveraged ESOP Transactions | Goldman Sachs & Co. is a current client and certain affiliates are current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citadel | Major Holder of Phones | [Need further information – Multiple listings for this name] |
| Freedom Communications, Inc. | Counterparties to Recent Significant Asset Dispositions | Freedom Communications, Inc. is a current client and certain affiliates are current or former clients. |
| Gannett Co., Inc. | Counterparties to Recent Significant Asset Dispositions | Gannett Co., Inc. is a current client and certain affiliates are current or former clients. |
| Hearst Corporation | Counterparties to Recent Significant Asset Dispositions | Hearst Corporation is a current client and certain affiliates are current or former clients. |
| Gannett Co., Inc. | Joint Venture Partners | Gannett Co., Inc. is a current client and certain affiliates are current or former clients. |
| The McClatchy Co., Inc. | Joint Venture Partners | The McClatchy Co., Inc. is not a client, but certain affiliates of The McClatchy Co., Inc. are either current or former clients. |
| Microsoft Corporation | Joint Venture Partners | Microsoft Corporation is a current client and certain affiliates are current or former clients. |
| Equity Group Investments LLC | Other | Equity Group Investments LLC is a current client. |
| Classified Ventures, LLC | Equity Method Investments | Classified Ventures, LLC is not a client, but certain affiliates of Classified Ventures, LLC are either current or former clients. |
| Television Food Network, G.P. | Equity Method Investments | Television Food Network, G.P. is not a client, but certain affiliates of Television Food Network, G.P. are either current or former clients. |
| Bank of New York | Former Indenture Trustees | Bank of New York is a current client and certain affiliates are current or former clients. |
| Citibank, N.A | Former Indenture Trustees | Citibank, N.A. is a current client and certain affiliates are current or former clients. |
| First Interstate Bank of California | Former Indenture Trustees | First Interstate Bank of California is not a client, but certain affiliates of First Interstate Bank of California are either current or former clients. |

| INTERESTED PARTY OR ITS AFFILIATE | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Wells Fargo Bank, N.A. | Former Indenture Trustees | Wells Fargo Bank, N.A. is a current client and certain affiliates are current or former clients. |
| Banc of America Securities LLC | Agent Under Credit Agreements | Banc of America Securities LLC is a current client and certain affiliates are current or former clients. |
| Bank of America, N.A. | Agent Under Credit Agreements | Bank of America, N.A. is a current client and certain affiliates are current or former clients. |
| Barclays Bank plc | Agent Under Credit Agreements | Barclays Bank plc is a current client and certain affiliates are current or former clients. |
| Citicorp North America, Inc. | Agent Under Credit Agreements | Citicorp North America, Inc. is a current client and certain affiliates are current or former clients. |
| Citigroup Global Markets, Inc. | Agent Under Credit Agreements | Citigroup Global Markets, Inc. is a current client and certain affiliates are current or former clients. |
| JPMorgan Chase Bank, N.A. | Agent Under Credit Agreements | JPMorgan Chase Bank, N.A. is not a client, but certain affiliates of JPMorgan Chase Bank, N.A. are either current or former clients. |
| JPMorgan Securities, Inc. | Agent Under Credit Agreements | JPMorgan Securities, Inc. is a current client and certain affiliates are current or former clients. |
| Merrill Lynch Capital Corporation | Agent Under Credit Agreements | Merrill Lynch Capital Corporation is not a client, but certain affiliates of Merrill Lynch Capital Corporation are either current or former clients. |
| Merrill, Lynch, Pierce, Fenner & Smith, Inc. | Agent Under Credit Agreements | Merrill, Lynch, Pierce, Fenner & Smith, Inc. is not a client, but certain affiliates of Merrill, Lynch, Pierce, Fenner & Smith, Inc. are either current or former clients. |