# EXHIBIT C

## DISCLOSURE OF COMPENSATION

**Tribune Company**
Billings and Payments From Inception

Payments Received

# Paul Hastings
Client Finance

| Payment Date | Invoice Date | Service Period | Trust Deposit | Trust Applied | Net Trust Balance | Total Payments Received | Total Payments Applied |
|---|---|---|---|---|---|---|---|
| 24-Jan-08 | | | | | | $583,162.72 | $583,162.72 |
| | 28-Sep-07 | 8/6/07 - 8/31/07 | | | | $78,966.65 | $78,966.65 |
| | 22-Oct-07 | 9/4/07 - 9/30/07 | | | | $170,208.43 | $170,208.43 |
| | 27-Nov-07 | 10/1/07 - 10/31/07 | | | | $132,199.45 | $132,199.45 |
| | 14-Dec-07 | 10/4/07 - 11/30/07 | | | | $201,788.19 | $201,788.19 |
| 24-Jan-08 | | | | | | $1,944.00 | $1,944.00 |
| | 14-Dec-07 | 11/12/07 - 11/30/07 | | | | $1,944.00 | $1,944.00 |
| 24-Jan-08 | | | | | | $234.00 | $234.00 |
| | 14-Dec-07 | 11/12/2007 | | | | $117.00 | $117.00 |
| | 14-Dec-07 | 11/12/2007 | | | | $117.00 | $117.00 |
| 24-Jan-08 | | | | | | $234.00 | $234.00 |
| | 14-Dec-07 | 11/7/2007 | | | | $234.00 | $234.00 |
| 6-Mar-08 | | | | | | $65,470.37 | $65,470.37 |
| | 28-Sep-07 | 8/15/07 - 8/31/07 | | | | $17,052.75 | $17,052.75 |
| | 27-Nov-07 | 10/1/07 - 10/30/07 | | | | $13,721.90 | $13,721.90 |
| | 14-Dec-07 | 11/5/07 - 11/29/07 | | | | $17,954.10 | $17,954.10 |
| | 18-Jan-08 | 12/4/07 - 12/27/07 | | | | $16,741.62 | $16,741.62 |
| 2-Apr-08 | | | | | | $266,260.99 | $266,260.99 |
| | 29-Feb-08 | 1/2/08 - 1/31/08 | | | | $243,312.11 | $243,312.11 |
| | 29-Feb-08 | 1/22/08 - 1/31/08 | | | | $6,085.35 | $6,085.35 |
| | 21-Mar-08 | 2/1/08 - 2/26/08 | | | | $13,077.68 | $13,077.68 |
| | 21-Mar-08 | 2/7/08 - 2/20/08 | | | | $3,785.85 | $3,785.85 |
| 8-Apr-08 | | | | | | $75,330.91 | $75,330.91 |
| | 29-Feb-08 | 1/3/08 - 1/31/08 | | | | $13,516.65 | $13,516.65 |
| | 29-Feb-08 | 1/2/08 - 1/31/08 | | | | $19,839.60 | $19,839.60 |
| | 21-Mar-08 | 2/1/08 - 2/29/08 | | | | $34,916.51 | $34,916.51 |
| | 21-Mar-08 | 2/1/08 - 2/29/08 | | | | $7,058.15 | $7,058.15 |
| 28-Apr-08 | | | | | | $28,546.85 | $28,546.85 |
| | 22-Oct-07 | 9/4/07 - 9/28/07 | | | | $28,546.85 | $28,546.85 |
| 7-May-08 | | | | | | $116,158.99 | $116,158.99 |
| | 29-Feb-08 | 1/2/08 - 1/31/08 | | | | $48,386.14 | $48,386.14 |
| | 21-Mar-08 | 2/1/08 - 2/26/08 | | | | $67,772.85 | $67,772.85 |
| 20-May-08 | | | | | | $7,472.14 | $7,472.14 |
| | 21-Apr-08 | 3/1/08 - 3/31/08 | | | | $7,472.14 | $7,472.14 |
| 20-May-08 | | | | | | $3,951.45 | $3,951.45 |
| | 21-Apr-08 | 3/5/08 - 3/25/08 | | | | $3,951.45 | $3,951.45 |
| 20-May-08 | | | | | | $2,043.00 | $2,043.00 |
| | 18-Jan-08 | 12/11/07 - 12/18/07 | | | | $1,361.25 | $1,361.25 |
| | 18-Jan-08 | 12/10/07 - 12/14/07 | | | | $681.75 | $681.75 |
| 15-Jul-08 | | | | | | $14,680.68 | $14,680.68 |
| | 21-May-08 | 4/14/08 - 4/23/08 | | | | $3,631.83 | $3,631.83 |
| | 21-May-08 | 4/2/08 - 4/25/08 | | | | $4,786.20 | $4,786.20 |
| | 24-Jun-08 | 5/5/08 - 5/13/08 | | | | $2,154.60 | $2,154.60 |
| | 24-Jun-08 | 5/1/08 - 5/20/08 | | | | $4,108.05 | $4,108.05 |

**Tribune Company**
Billings and Payments From Inception

Payments Received

**Paul Hastings**
Client Finance

| Payment Date | Invoice Date | Service Period | Trust Deposit | Trust Applied | Net Trust Balance | Total Payments Received | Total Payments Applied |
|---|---|---|---|---|---|---|---|
| 15-Jul-08 | | | | | | $11,931.02 | $11,931.02 |
| | 21-May-08 | 4/1/08 - 4/30/08 | | | | $9,632.50 | $9,632.50 |
| | 24-Jun-08 | 5/1/08 - 5/8/08 | | | | $2,194.86 | $2,194.86 |
| | 24-Jun-08 | 4/24/08 - 5/30/08 | | | | $103.66 | $103.66 |
| 15-Jul-08 | | | | | | $2,544.75 | $2,544.75 |
| | 24-Jun-08 | 5/28/09 - 5/29/08 | | | | $2,544.75 | $2,544.75 |
| 23-Jul-08 | | | | | | $65,259.69 | $65,259.69 |
| | 21-Apr-08 | 3/1/08 - 3/31/08 | | | | $21,044.21 | $21,044.21 |
| | 21-May-08 | 4/1/08 - 4/30/08 | | | | $44,215.48 | $44,215.48 |
| 5-Aug-08 | | | | | | $385.90 | $385.90 |
| | 22-Jul-08 | 6/29/2008 | | | | $124.90 | $124.90 |
| | 22-Jul-08 | 6/23/2008 | | | | $261.00 | $261.00 |
| 5-Aug-08 | | | | | | $5,947.20 | $5,947.20 |
| | 22-Jul-08 | 6/2/2008 | | | | $163.35 | $163.35 |
| | 22-Jul-08 | 6/20/08 - 6/30/08 | | | | $5,783.85 | $5,783.85 |
| 5-Aug-08 | | | | | | $9,114.21 | $9,114.21 |
| | 22-Jul-08 | 6/6/08 - 6/30/08 | | | | $2,979.71 | $2,979.71 |
| | 22-Jul-08 | 6/2/08 - 6/18/08 | | | | $5,997.70 | $5,997.70 |
| | 22-Jul-08 | 3/19/2008 | | | | $136.80 | $136.80 |
| 19-Aug-08 | | | | | | $243,255.86 | $243,255.86 |
| | 24-Jun-08 | 4/29/08 -5/30/08 | | | | $184,064.00 | $184,064.00 |
| | 22-Jul-08 | 6/2/08 - 6/30/08 | | | | $59,191.86 | $59,191.86 |
| 19-Aug-08 | | | | | | $54,918.17 | $54,918.17 |
| | 21-Apr-08 | 3/14/08 - 3/31/08 | | | | $12,102.75 | $12,102.75 |
| | 21-May-08 | 4/1/08 - 4/22/08 | | | | $28,520.32 | $28,520.32 |
| | 22-Jul-08 | 6/2/08 - 6/17/08 | | | | $14,295.10 | $14,295.10 |
| 21-Aug-08 | | | | | | $177,204.68 | $177,204.68 |
| | 18-Jan-08 | 8/22/07 - 12/31/07 | | | | $177,204.68 | $177,204.68 |
| 21-Aug-08 | | | | | | $5,112.90 | $5,112.90 |
| | 18-Jan-08 | 11/30/07 - 12/10/07 | | | | $5,112.90 | $5,112.90 |
| 3-Sep-08 | | | | | | $253,001.24 | $253,001.24 |
| | 21-Apr-08 | 3/3/08 - 3/31/08 | | | | $83,818.33 | $83,818.33 |
| | 21-May-08 | 4/1/08 - 4/30/08 | | | | $152,917.51 | $152,917.51 |
| | 24-Jun-08 | 5/1/08 - 5/27/08 | | | | $16,265.40 | $16,265.40 |
| 12-Sep-08 | | | | | | $17,813.61 | $17,813.61 |
| | 25-Aug-08 | 7/1/08 - 7/21/08 | | | | $2,366.05 | $2,366.05 |
| | 25-Aug-08 | 7/8/08 - 7/30/08 | | | | $7,257.56 | $7,257.56 |
| | 25-Aug-08 | 7/3/08 - 7/31/08 | | | | $8,190.00 | $8,190.00 |
| 12-Sep-08 | | | | | | $332.10 | $332.10 |
| | 25-Aug-08 | 7/16/08 - 7/17/08 | | | | $332.10 | $332.10 |
| 15-Sep-08 | | | | | | $116,197.65 | $116,197.65 |
| | 25-Aug-08 | 7/1/08 - 7/31/08 | | | | $116,197.65 | $116,197.65 |

**Tribune Company**
Billings and Payments From Inception

Payments Received

**Paul Hastings**
Client Finance

| Payment Date | Invoice Date | Service Period | Trust Deposit | Trust Applied | Net Trust Balance | Total Payments Received | Total Payments Applied |
|---|---|---|---|---|---|---|---|
| 18-Nov-08 | | | | | | $54,033.08 | $54,033.08 |
| | 23-Sep-08 | 8/11/08 - 8/20/08 | | | | $1,068.23 | $1,068.23 |
| | 23-Sep-08 | 8/5/08 - 8/29/08 | | | | $11,786.44 | $11,786.44 |
| | 27-Oct-08 | 9/2/08 - 9/26/08 | | | | $19,760.91 | $19,760.91 |
| | 27-Oct-08 | 9/2/08 - 9/29/08 | | | | $21,417.50 | $21,417.50 |
| 18-Nov-08 | | | | | | $28,993.68 | $28,993.68 |
| | 25-Aug-08 | 7/1/08 - 7/31/08 | | | | $2,670.75 | $2,670.75 |
| | 28-Aug-08 | 7/9/08 - 7/31/08 | | | | $3,305.88 | $3,305.88 |
| | 23-Sep-08 | 8/7/08 - 8/20/08 | | | | $3,689.75 | $3,689.75 |
| | 23-Sep-08 | 8/4/08 - 8/26/08 | | | | $9,680.40 | $9,680.40 |
| | 27-Oct-08 | 9/3/08 - 9/24/08 | | | | $2,390.65 | $2,390.65 |
| | 27-Oct-08 | 9/4/08 - 9/23/08 | | | | $7,256.25 | $7,256.25 |
| 18-Nov-08 | | | | | | $7,638.96 | $7,638.96 |
| | 23-Sep-08 | 8/11/08 -8/12-/08 | | | | $664.86 | $664.86 |
| | 23-Sep-08 | 8/5/08 - 8/28/08 | | | | $3,728.70 | $3,728.70 |
| | 27-Oct-08 | 9/26/2008 | | | | $205.20 | $205.20 |
| | 27-Oct-08 | 9/10/08 - 9/28/08 | | | | $3,040.20 | $3,040.20 |
| 18-Nov-08 | | | | | | $43,749.45 | $43,749.45 |
| | 23-Sep-08 | 8/4/08 - 8/28/08 | | | | $19,580.60 | $19,580.60 |
| | 27-Oct-08 | 9/2/08 - 9/30/08 | | | | $24,168.85 | $24,168.85 |
| 4-Dec-08 | | | | | | $52,605.03 | $52,605.03 |
| | 23-Sep-08 | 8/1/08 - 8/26/08 | | | | $52,605.03 | $52,605.03 |
| 4-Dec-08 | | | $160,000.00 | | | $160,000.00 | $141,544.09 |
| | 7-Dec-08 | 11/7/08 - 11/21/08 | | $1,289.80 | | | $1,289.80 |
| | 7-Dec-08 | 11/3/08 - 11/10/08 | | $1,134.70 | | | $1,134.70 |
| | 7-Dec-08 | 11/5/08 - 11/18/08 | | $5,792.85 | | | $5,792.85 |
| | 7-Dec-08 | 11/3/08 - 12/4/08 | | $19,929.60 | | | $19,929.60 |
| | 7-Dec-08 | 11/6/08 - 12/5/08 | | $1,850.99 | | | $1,850.99 |
| | 7-Dec-08 | 11/21/08 | | $3,022.20 | | | $3,022.20 |
| | 7-Dec-08 | 11/1/08 - 12/6/08 | | $49,340.32 | | | $49,340.32 |
| | 7-Dec-08 | 11/3/08 - 12/6/08 | | $49,830.83 | | | $49,830.83 |
| | 7-Dec-08 | 11/3/08 - 12/4/08 | | $9,352.80 | $18,455.91 | | $9,352.80 |
| 5-Dec-08 | | | | | | $316,408.75 | $316,408.75 |
| | 17-Nov-08 | 10/6/08 - 10/28/08 | | | | $1,134.45 | $1,134.45 |
| | 17-Nov-08 | 10/2/08 - 10/31/08 | | | | $6,853.05 | $6,853.05 |
| | 17-Nov-08 | 10/3/08 - 10/31/08 | | | | $22,151.70 | $22,151.70 |
| | 17-Nov-08 | 10/3/08 - 10/29/08 | | | | $11,324.95 | $11,324.95 |
| | 17-Nov-08 | 10/6/08 - 10/8/08 | | | | $2,326.50 | $2,326.50 |
| | 17-Nov-08 | 10/2/08 - 10/31/08 | | | | $38,837.00 | $38,837.00 |
| | 17-Nov-08 | 10/1/08 - 10/27/08 | | | | $11,615.80 | $11,615.80 |
| | 17-Nov-08 | 10/1/08 - 10/21/08 | | | | $31,758.80 | $31,758.80 |
| | 17-Nov-08 | 10/7/08 - 10/31/08 | | | | $190,406.50 | $190,406.50 |
| | | | **$160,000.00** | **$141,544.09** | **$18,455.91** | **$2,871,938.03** | **$2,773,482.12** |

Total Payments Applied: $2,773,482.12
Trust Balance: $18,455.91
$2,791,938.03