## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF JOHN D. SHUGRUE
## AND DISCLOSURE STATEMENT OF REED SMITH LLP
## PURSUANT TO SECTIONS 327, 328(a), 329 AND 504 OF THE BANKRUPTCY
## CODE AND RULES 2014(a) AND 2016(b) OF THE BANKRUPTCY RULES IN
## SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING THE DEBTORS
## AND DEBTORS IN POSSESSION TO EMPLOY AND RETAIN REED SMITH LLP
## AS SPECIAL COUNSEL FOR INSURANCE COVERAGE LEGAL MATTERS
## PURSUANT TO 11 U.S.C. § 327(e) NUNC PRO TUNC TO THE PETITION DATE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) Ss: |
| COUNTY OF COOK | ) |

John D. Shugrue declares as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.      I am admitted to practice in the State of Illinois and am a partner in the law firm of Reed Smith LLP, which maintains an office for the practice of law at 10 South Wacker Drive, Chicago, Illinois 60606. I am an attorney-at-law, duly admitted and in good standing to practice in the courts of the State of Illinois, the United States Courts of Appeals for the Fifth Circuit and the Seventh Circuit, and the United States District Courts for the Northern and Central Districts of Illinois, the Western District of Michigan and the Eastern District of Wisconsin. This declaration is submitted in support of the Application for an Order Authorizing the Employment and Retention of Reed Smith as Special Counsel for Insurance Coverage Legal Matters to the Debtors and Debtors-in-Possession Pursuant to 11 U.S.C. § 327(e), as well as to provide the disclosure required under Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure. Unless otherwise stated in this declaration, and except for facts stated herein that are matters of public record, I have personal knowledge of the facts set forth herein.

2.      I have been advised by the above-captioned Debtors and Debtors-in-Possession (collectively, the "Debtors") that they wish to employ and retain Reed Smith as their attorneys to assist them as special counsel in these chapter 11 cases (collectively, the "Cases"). Since Fall 2000, I have been the Debtors' insurance coverage counsel for a wide variety of legal matters involving insurance coverage claims and issues. Specifically, I have represented Debtors in connection with (a) litigation in the Circuit Court of Cook County, Illinois and settlement of insurance claims relating to environmental losses and liabilities of the Orlando Sentinel newspaper; (b) litigation of claims in the U.S. District Court for the Northern District of Illinois and the Commonwealth Court of Pennsylvania against Swiss Reinsurance America Corp. and Reliance National Indemnity Company (in liquidation) relating to workers' compensation obligations of Times Mirror Company, a predecessor Tribune Company; (c) adversary proceedings and settlement of claims involving the

California and Connecticut Insurance Guarantee Associations related to Times Mirror Company workers' compensation obligations; (d) litigation in the Superior Court of Los Angeles County, California and settlement of insurance broker negligence claims against Marsh USA, Inc., including ongoing advice and assistance with respect to implementing and performing the terms and conditions of settlement; (e) providing regular and ongoing advice, assistance and counsel with regards to Tribune Company's purchase, placement, renewal, and/or modification of various insurance policies and coverages, including without limitation D&O, Fiduciary Liability, Property, General Liability, Workers' Compensation, and Fidelilty insurance policies; (f) providing advice and assistance in connection with Property and Business Interruption insurance claims of Tribune Company arising out of the September 11, 2001 terrorist attacks and Hurricane Katrina; (g) providing advice and assistance in providing notice to insurers and pursuing and settling insurance claims related third-party claims and loss arising from newspaper circulation issues related to Newsday and Hoy; (h) providing regular and ongoing advice and assistance with respect to insurance claims coverage, reporting and notice of claims to insurers, and otherwise protecting Tribune Company's rights and interests in connection with insurance claims; (i) pursuing insurance claims related to a third-party bodily injury lawsuit entitled Henderson v. Tribune Company, pending in the Circuit Court of Cook County, Illinois; (j) providing advice and assistance, including filing suit and negotiating settlement, with respect to Tribune Company's rights and obligations related to workers' compensation insurance provided by the Kemper Group of insurance companies; and (k) providing regular advice, assistance and counseling with respect to insurance-related aspects of and insurance-related terms and conditions of various corporate transactions and contracts involving Tribune Company and its affiliates. As a result of and during the course of my work for Debtors, I have become very familiar with

Debtors' business and in particular with virtually all aspects of Debtors' insurance coverage and insurance programs, including a wide variety of insurance claim issues and disputes.

       3.      The Debtors have requested that Reed Smith, under my direction, continue to advise them with respect to will provide legal advice and assistance on the following matters: (a) the purchase, placement, renewal and/or modification of various insurance policies and coverages, including without limitation D&O, Fiduciary Liability, Property, General Liability, Workers' Compensation, and Fidelity insurance policies; (b) implementation and performance of terms and conditions of settlement agreement between Tribune Company and Marsh USA, Inc., including advice and assistance concerning any disputes that may arise between the parties in connection with same; (c) pursuing various claims for payment by the estate of Reliance National Indemnity Company (in liquidation), including possible litigation or other dispute resolution proceedings with respect to such claims; (d) pursuing claims against insurers with respect to loss suffered by Tribune Company in connection with newspaper circulation issues related to Newsday and Hoy; (e) pursuing and providing counsel with respect to claims submitted to various D&O and Fiduciary Liability insurers of Tribune Company related to newspaper circulation issues and third-party claims related to Newsday and Hoy; (f) providing ongoing advice and assistance with respect to insurance claims coverage, reporting and notice of claims to insurers, and otherwise protecting Tribune Company's rights and interests in connection with insurance claims; (g) pursuing insurance claims related to a third-party bodily injury lawsuit entitled Henderson v. Tribune Company, pending in the Circuit Court of Cook County, Illinois; (h) insurance-related terms and conditions of various contracts, transaction documents, or other agreements (collectively, "<u>Insurance Coverage Legal Matters</u>").

       4.      Through my prior representation of the Debtors, I have become very familiar with the Debtors and their business affairs and have gained extensive experience in

most, if not all, aspects of their insurance coverage legal work and needs. I have been advised that the Debtors believe that Reed Smith's continued representation of them, as discussed herein: (i) is in the best interest of the Debtors' estates, (ii) is essential to the Debtors' effectuating a successful chapter 11 reorganization, and (iii) will provide a substantial benefit to the Debtors and their estates. Reed Smith is well qualified to represent the Debtors as their special counsel with respect to the Insurance Coverage Legal Matters.

      5.     To the best of my knowledge, information and belief formed after reasonable inquiry, and except as otherwise set forth herein or in the Exhibits attached hereto, the partners, counsel, and associates of Reed Smith: (i) do not have any connection with the Debtors, their creditors, any other parties-in-interest known to me in the Cases, their respective attorneys and accountants, the United States Trustee for Region 3 (the "United States Trustee"), or any person employed in the office of the United States Trustee, in accordance with Bankruptcy Rule 2014(a) and (ii) do not hold or represent any interest adverse to the Debtors or their estates with respect to the Insurance Coverage Legal Matters on which Reed Smith is to be employed and retained, in accordance with Section 327(e) of the Bankruptcy Code.

      6.     Reed Smith has advised the Debtors of its willingness to serve as their special counsel for the Insurance Coverage Legal Matters in the Cases: (i) at Reed Smith's normal and customary hourly rates, which are further discussed herein and that are subject to customary periodic adjustment by Reed Smith, and together with (ii) reimbursement of all costs and expenses incurred by Reed Smith in connection with these Cases, subject to the allowance of compensation and reimbursement of expenses of Reed Smith by the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors have proposed to pay Reed Smith at such rates and to reimburse it for such costs and expenses, and Reed Smith has consented to such payment and reimbursement, in accordance with

applicable provisions of the United States Bankruptcy Code (the "Bankruptcy Code"), the

Federal Rules of Bankruptcy Procedure (each a "Bankruptcy Rule"), the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware (the "Local Rules"), and any applicable orders of the Court.

7.    The Debtors' bankruptcy counsel, Sidley Austin LLP, forwarded Reed

Smith extensive lists of parties-in-interest and potential parties-in-interest in the Cases, all of

whom are identified on the lists grouped and attached hereto as Exhibit A. Each party listed

on Exhibit A is a "Search Party," and are referred to collectively as the "Search Parties."

Exhibit A is collectively referred to as "Conflicts Check."

8.    Reed Smith utilizes a number of procedures (the "Firm Procedures")

to determine its relationships, if any, to parties that may have connections to a client debtor.

Reed Smith maintains records of all its clients, the matters on which it represents its clients,

and the other parties which have a substantial role in such matters. Reed Smith has reviewed

such records to determine Reed Smith's connections with the Debtors, their creditors and

any other known parties in interest. In addition, Reed Smith has made inquiry of all its

attorneys in an effort to determine the scope and extent of any relationships with the Debtors,

their officers and directors, and significant creditors and shareholders.

9.    In implementing the Firm Procedures in connection with the Debtors'

retention of Reed Smith in this case, Reed Smith took the following actions to identify

parties that may have connections to the Debtors, and Reed Smith's relationship with such

parties:

a.    Reed Smith received from Sidley a list of the Search Parties, which is attached
as Exhibit A. The Search Parties, as identified by the Debtors, were the
Debtors, their affiliates including their non-debtor affiliates, the 30 largest
unsecured creditors of Debtors, agents for pre-petition and post-petition
lenders, noteholders, collateral agent for the subordinated noteholders, parties
to significant litigation with the debtors, major insurance carriers, reinsurance

carriers, agents and brokers, current and former directors and officers of the Debtors, and other professionals retained by the Debtors.

b.   Reed Smith then compared the Search Parties to the names in its master electronic database of (the "Conflicts Database"). The Conflicts Database generally includes the name of each client of the firm, the name of each party who is or was known to be adverse to such client of the firm, the name of each party that has or had a substantial role with regard to the subject matter of Reed Smith's retention and the names of the Reed Smith partners who are or were primarily responsible for matters for such clients.

c.   Known connections between current clients of Reed Smith and Search Parties then were compiled and reviewed for purposes of preparing this declaration.

10.   Based upon the results of the Firm Procedures described above (collectively, the "Search Results"), except as noted herein or on Exhibit B, the Search Results: (i) did not identify any Reed Smith representation of any Search Party that constitutes a representation adverse to the Debtors or to their Estates with respect to the Insurance Coverage Legal Matters on which Reed Smith is to be employed and retained, and (ii) did not indicate that Reed Smith holds any interest adverse to the Debtors or to their Estates with respect to the Insurance Coverage Legal Matters on which Reed Smith is to be employed and retained.

11.   Because of its broad based general practice, Reed Smith: (a) has appeared in the past and may appear in the future in cases unrelated to these chapter 11 cases where one or more of the Search Parties may be involved; and (b) has represented in the past, currently represents and/or may represent in the future one or more of such parties or creditors in matters unrelated to these chapter 11 cases. Other than as described on Exhibit B, as far as I am aware after the investigation described in this declaration, Reed Smith does not represent these entities on matters related to these chapter 11 cases. Nevertheless, in the interest of full disclosure, I point out the relationships described in Exhibit B, for review by the Court, the United States Trustee and other parties in interest.

12.     Reed Smith will represent creditors in this bankruptcy proceeding and will enter appearances on behalf of those various creditor's when required.  The Debtors have consented to Reed Smith's representation of such creditors, so long as those representations do not involve the Insurance Coverage Legal mattes and so long as any necessary waivers and screening procedures are established to insure that none of the Debtors' or various creditor's client confidences are breached.  Reed Smith will not represent any party adverse to the Debtors on Insurance Coverage Legal Matters.

13.     Despite the efforts described above to identify and disclose Reed Smith's connections with the Search Parties, because Reed Smith is a large organization with approximately 1600 attorneys, and because Reed Smith has thousands of clients, I am unable to state with unqualified certainty that every client relationship or other connection that it has or may have with the Debtors or their Estates with respect to the Insurance Coverage Legal Matters on which Reed Smith is to be employed and retained has been disclosed.  Accordingly, Reed Smith will seasonably amend this declaration to the extent that it becomes aware of material information or relationships which Reed Smith determines require further disclosure.

14.     Also, Reed Smith attorneys own, and may in the future own, stock in public companies that may in some manner be connected to the Cases.

15.     In consideration for the services to be rendered to the Debtors in these Cases, and subject to the Court's approval, Reed Smith will be compensated at its standard hourly rates and will be reimbursed for all reasonable and necessary out-of-pocket expenses.  The current standard hourly rates of Reed Smith attorneys range from $410 to $905 per hour for partners, $245 to $655 per hour for associates, and $105 to $315 per hour for para-professionals, and are, again, subject to customary periodic adjustment.  My rate is $515 per hour through December 2009.

16.     To the best of my knowledge, information, and belief, no promises have been received by Reed Smith or by any partner, counsel, or associate thereof, as to compensation in connection with the Cases other than in accordance with the provisions of the Bankruptcy Code or as set forth herein. To the best of my knowledge, information, and belief, Reed Smith has no agreement with any other entity to share any compensation received by Reed Smith in connection with the Cases. To the best of my knowledge, information, and belief, and pursuant to Bankruptcy Rule 2016(a), Reed Smith has not agreed to share: (i) any compensation it has received or may receive from the Debtors with another party or person, other than with the partners, counsel, and associates of Reed Smith; or (ii) any compensation that any other person or party has received or may receive in connection with the Cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Chicago, Illinois on December 19, 2008.

JOHN D. SHUGRUE

## EXHIBIT A

[CONFLICTS SEARCH LIST]

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen

3

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon
Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

10

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK
OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

11

**EXHIBIT B**

Below are clients for whom Reed Smith performs work unrelated to the Debtors.

## 30 Largest Unsecured Creditors (Consolidated)

Deutsche Bank National Trust Co - RS has current client work for Deustche Bank Securities & DZ Bank AG Deustche Zentral

Merrill Lynch Capital Corp. - RS has current client work for Merrill Lynch, Merrill Lynch Pierce Fenner, Merrill Lynch (Asia Pacific) Ltd., Merrill Lynch Far East Ltd., Merrill Lynch Global Bank, Merrill Lynch Bank & Trust Co., Merrill Lynch International, Merrill Lynch Pierce Fenner & Smith Inc. & Merrill Lynch Commodities.

NBC Universal Domestic Television - RS has current client work for NBC Universal Inc.

Sony Pictures Television - RS has current client work for Sony Ericsson Mobile Communications, Sony Pictures Home Entertainment, Sony Online Entertainment, Sony BMG, Sony Corporation, Sony Pictures Entertainment, Sony Computer Entertainment, Sony Electronics, Sony Pictures Entertainment/Columbia Tristar Marketing Group, Sony Consumer Goods & Sony Connect.

## Prepetition Lenders to the Debtors

Deutsche Bank AG, and Deustche Investment Management Americas - RS has current client work for Deustche Bank Securities & DZ Bank AG Deustche Zentral.

ABN Amro Holding NV  - RS has current client work for ABN Amro Bank NV.

Aegon USA Investment Management - RS has current client work for Aegon USA.

Merrill Lynch & Co. Inc. - RS has current client work for Merrill Lynch, Merrill Lynch Pierce Fenner, Merrill Lynch (Asia Pacific) Ltd. , Merrill Lynch Far East Ltd., Merrill Lynch Global Bank, Merrill Lynch Bank & Trust Co., Merrill Lynch International, Merrill Lynch Pierce Fenner & Smith Inc.  & Merrill Lynch Commodities.

Blue Mountain Capital Management LLC - RS has current client work for Blue Mountain Capital Partners.

Capitalsource Finance LLC  - RS has current client work for CapitalSource Finance LLC & CapitalSource.

Chicago Fundamental Investment Partners LLC

CIT Group

Columbus Nova Credit Investments - RS has current client work for Columbus Nova LLC & Columbus Nova AVV.

Davidson Kempner Capital Management LLC

Deerfield Capital Management LLC

Firstlight Financial Corp.

ING Investment Management - RS has current client work for ING Investment Management

Jefferson Pilot Financial

JPMorgan Chase

Levine Leichtman Capital Partners

Metropolitan Life Insurance Co.

Pacific Investment Management Company - Pacific Global Investment Management Company

PPM America Incorporated - PPM America Private Equity Fund, LP
Rabobank Int'l

Sumitomo Mitsui Banking Corporation

Swiss Reinsurance Company Ltd.

Varde Partners Inc.

Viking Global Performance LLC - Viking Global Investments LP

WestLB AG - WestLB Tokyo

## Counterparties to Hedging Agreements

Barclays Capital

## Insurance Carriers

Global Aerospace

St. Paul Fire & Marine (UK Panel counsel only)

## Other Professional Retained by the Debtors Outside of the Ordinary Course of Business

Lazard Freres & Co.

Morgan Lewis & Bokius LLP

McDermott Will & Emery LLP

Paul Hastings Janofsky & Walker LLP

Pricewaterhousecoopers

Seyfarth Shaw

Navigant Consulting

**Major Customers of the Debtors**

Anheuser Busch
American Express with Ameriprise
AT&T
Bank of America
Circuit City (was a client of M. Floyd--no longer with firm)
Citigroup
Comcast/Comcast Cable
Countrywide Financial
Daimler Chrysler
Dell Financial Services/Dell Computer
Domino's Pizza
Walt Disney
Ford
GE
Vivendi Universal Games
GM
GSK
Hyundai Corp
ITT Education Services
Johnson& Johnson
Kraft General Foods
McDonald's
News America Incorporated
20th Century Fox
Cherry Hill Nissan
Nissan Motors
Pfizer
Procter & Gamble
P&G Productions Inc.
P&G Paper Products Company
Progressive Casualty Insurance Company
Qwest Communications
Reckitt Benckiser Plc
Reckitt Benckiser Corporate Services Limited

Sony
Columbia Pictures
Sony Pictures Entertainment/Columbia Tristar Marketing Group
Sony Pictures Home Entertainment
Sony Pictures Entertainment, Inc.
Sony Online Entertainment
SONY COMPUTER ENTERTAINMENT
Sony Connect
Sony Consumer Goods
SONY CORPORATION
Sony Electronics Inc.
Sony Ericsson Mobile Communications (USA) Inc.
Sony BMG
Sprint Corporation
Sprint Nextel Corporation
Target Stores
Time Warner Inc.
Toyota Motor Credit Corporation
Toyota Motor Sales, U.S.A., Inc.
Diehl Toyota
Warner Bros. Digital Distribution
Warner Bros. Entertainment UK Limited
Verizon Communications
Verizon Wireless
Verizon Investment Management Corp.
MTV Networks, a Division of Viacom
VW Credit, Inc.
Wachovia Bank, NA
Wachovia Bank, Trustee
Wachovia Securities
Wachovia Equity Servicing LLC
Wachovia Corporation
Washington Mutual Card Services
Washington Mutual
Washington Mutual Savings Bank, FA - Commercial Group - CRE
FDIC as receiver for WAMU

## Parties to Significant Litigation with the Debtors

CBS Corporation/CBS Radio
U.S. Bank National Association

## Significant Landlords of the Debtors

Duke Realty Corporation
Wells Fargo Bank, N.A.

## Major Holders of Phones

Citadel Plastics Holdings
Citadel Broadcasting Company

**Joint Venture Partners**

Microsoft Corporation
Microsoft Properties UK Limited

**Other**

Equity Group Investments, LLC

**Equity Method Investments**

Comcast Corporation
Topix, LLC

**Former Indenture Trustees**

Bank of New York
Citibank, N.A.
Wells Fargo Bank

**Agents Under Credit Agreements**

Banc of America Securities, LLC
Banc of America, N.A.
Barclays Bank PLC
Citicorp Mortgage Inc
Citigroup Global Markets, Inc.
JP Morgan Chase Bank, N.A.
JP Morgan Securities, Inc.
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith, Inc.
Merrill, Lynch, Pierce, Fenner