# **EXHIBIT A**

| Firm Name and Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Ajalat, Polley, Ayoob & Matarese<br>500 N. Brand Blvd. Suite 1670<br>Glendale, CA 91203<br>Contact: Terry Polley | Tax law counsel | $25,000 |
| Allen Matkins Leck Gamble Mallory & Natsis LLP<br>1901 Avenue of the Stars, Suite 1800<br>Los Angeles, CA 90067-6019<br>Contact: Mike McFadden | Real estate counsel | $10,000 |
| Arnold & Porter<br>555 Twelfth Street, NW<br>Washington, DC 20004-1206<br>Contact: Jeffrey H. Smith | First Amendment and federal administrative law counsel | $10,000 |
| Baker & Hostetler LLP<br>3200 National City Center<br>1900 East 9th Street<br>Cleveland, OH 44114-3485 | Litigation/patent counsel for ForSaleByOwner.com | $20,000 |
| Baker & McKenzie LLP<br>One Prudential Plaza<br>130 E. Randolph Drive<br>Chicago, Il 60601<br>(312) 861-8000<br>Contact: Andy Boling | International law counsel | $1,000 |
| Bollinger, Ruberry & Garvey<br>Citicorp Center<br>500 West Madison Street, Suite 2300<br>Chicago, Illinois 60661<br>Contact: Scott Bentivenga | Litigation counsel | $50,000 |
| Booth Mitchel & Strange LLP<br>707 Wilshire Boulevard<br>Suite #4450<br>Los Angeles, CA 90017<br>Contact: Seth W. Whitaker | Litigation counsel - casualty claims and insurance matters; counsel for contractual and procedural risk allocation and avoidance | $5,000 |
| Bostwick & Jassy LLP<br>12400 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90025<br>Contact: JP Jassy | First Amendment and business law litigation counsel | $15,000 |
| Bruno, Gerbino & Soriano, LLP<br>445 Broad Hollow Road, Suite #220<br>Melville, NY 11747<br>Contact: Vince Gerbino | Litigation counsel | $10,000 |

| | | |
|---|---|---|
| Cadence Law Group LLP<br>P.O. Box 351510<br>Los Angeles, CA 90035<br>Contact: Clara Martin | Internet and technology law transactional counsel | $15,000 |
| Corporate Tax Management<br>9001 Airport Freeway, Suite 700<br>Fort Worth, TX 76180<br>Contact: Gary Sneed | Personal and secured property tax filings and audit support | $15,000 |
| Crowell & Moring LLP<br>800 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90017<br>Contact: John Vandevelde | Criminal law counsel | $10,000 |
| Davis Wright & Tremaine LLP<br>865 South Figueroa Street, Suite 2400<br>Los Angeles, CA 90017-2566<br>(213) 633 6821<br>Contact: Kelli Sager | First Amendment, internet, telecommunications counsel | $50,000 |
| Day, Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-0467<br>Contact: Victoria Chavey | Employment litigation counsel | $10,000 |
| Downey, Smith and Fier<br>4010 Watson Plaza Drive, Suite 190<br>Lakewood, CA 90712<br>Contact: Lyle A. Downey | Tax consultants for excess circulation and state sales tax refund proceedings | 20% contingency fee agreement on any tax refunds obtained |
| Emery Celli Brinckeroff & Abady LLP<br>75 Rockefeller Plaza<br>New York, NY 10019<br>Contact: Andy Celli | Litigation counsel | $30,000 |
| Funkhouser Vegosen Liebman & Dunn Ltd.<br>55 West Monroe, Suite 2300<br>Chicago, IL 60603<br>Contact: Damon Dunn | First Amendment counsel | $5,000 |
| Finers Stephens Innocent<br>179 Great Portland Street<br>London W1W 5LS<br>DX 42739 Oxford Circus North<br>United Kingdom<br>Contact: Mark Stephens | Media law counsel (United Kingdom) | $5,000 |
| Franke Greenhouse List & Lippitt LLP<br>1228 15th St.<br>Denver CO 80202<br>Contact: Charlie Greenhouse | Real estate/land use law | $1,000 |

| | | |
|---|---|---|
| Gerald K White & Associates PC<br>205 W. Randolph<br>Suite 835<br>Chicago, IL 60606 | Patent prosecution counsel | $15,000 |
| Goldberg Kohn Bell Black & Rosenbloom LLP<br>55 East Monroe<br>Suite 3300<br>Chicago, IL 60603 | Intellectual property counsel/TMS real estate work/litigation | $35,000 |
| Gonzales & Harris, P.C.<br>35 N. Lake Avenue<br>Suite 710<br>Pasedena, CA 91101<br>(621) 229-9896<br>Contact: Josie Gonzales | Immigration counsel | $2,500 |
| Grippo & Elden<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Contact: George Dogherty | Litigation counsel | $10,000 |
| Gross, McGinley, LaBarre & Eaton LLP<br>33 S. 7th Street<br>P.O. Box 4060<br>Allentown, PA 18105-4060<br>(610) 820-5450<br>Contact: Malcolm J. Gross | Employment litigation counsel | $10,000 |
| Haight Brown & Bonesteel LLP<br>5 Hutton Centre Drive<br>#900<br>Santa Ana, CA 92707<br>Contact: Bruce Cleeland | Personal injury and litigation counsel | $5,000 |
| Hendershot Intellectual Property Law<br>500 N. Michigan Ave.<br>Suite 300<br>Chicago, IL 60611 | Intellectual property counsel/Contract work | $10,000 |
| Hinckley, Allen & Snyder LLP<br>185 Asylum Street<br>CityPlace I, 35th Floor<br>Hartford, CT 06103-3488<br>Contacts: Bill Fish, Paul Guggina | Litigation/Media law counsel | $25,000 |
| Hogan & Hartson LLP<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>USA<br>(202) 637-5600<br>Contact: Peter A. Rohrbach | Media law counsel | $50,000 |

| | | |
|---|---|---|
| Holland & Knight LLP<br>100 North Tampa Street<br>Suite 4100<br>Tampa, FL 33602<br>Contact: Howell Melton | Litigation counsel;<br>Environmental counsel;<br>Patent prosecution and<br>telemarketing counsel | $50,000 |
| Howrey LLP<br>321 North Clark Street, Suite 3400<br>Chicago, IL 60610 | Patent litigation counsel | $35,000 |
| Hunton & Williams LLP<br>1111 Brickell Avenue<br>Suite 2500<br>Miami, Florida<br>(305) 810-2500<br>Contact: Juan Enjamio | Employment litigation counsel | $5,000 |
| Jackson Walker<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010<br>Contact: Chip Babcock | Litigation counsel | $15,000 |
| Johnson & Bell, Ltd.<br>33 W. Monroe<br>Suite 2700<br>Chicago, IL 60603<br>Contact: Patrick Morris | Litigation counsel | $20,000 |
| Kaufman & Canoles<br>150 West Main Street<br>Post Office Box 3037<br>Norfolk, Virginia 23514-3037 | Litigation counsel | $10,000 |
| King Blackwell Downs & Zehnder PA<br>25 E. Pine Street<br>P.O. Box 1631<br>Orlando, FL 32801<br>Contact: David King | Litigation counsel | $30,000 |
| Kirkland & Ellis LLP<br>200 E. Randolph<br>Chicago, IL 60601 | Patent litigation counsel | $35,000 |
| Latham & Watkins<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 | Environmental counsel/Litigation counsel | $20,000 |
| Law Office of Don Craven<br>Counselors at Law<br>1005 North Seventh Street<br>Springfield, IL 62702-3918 | First Amendment counsel | $5,000 |

| | | |
|---|---|---|
| Law Office of Mary Carragher<br>155 Franklin Road<br>Glenview, IL 60022 | Contracts counsel | $15,000 |
| Law Offices of Gerald S. Sack, LLC<br>836 Farmington Avenue<br>West Hartford, CT 06119<br>Contact: Gerald Sack | Litigation counsel | $23,000 |
| Law Offices of Peter Michaels<br>6114 La Salle Avenue, #445<br>Oakland, California 94611<br>Contact: Peter Michaels | Tax counsel for excess circulation and sales tax matters | $5,000 |
| Leader & Berkon LLP<br>630 Third Avenue<br>New York, NY 10017 | Litigation counsel to ForSaleByOwner.com | $35,000 |
| Levine Sullivan Koch & Schulz LLP<br>321 West 44th Street<br>Suite 510<br>New York, NY 10036<br><br>1050 17th Street, N.W.<br>Suite 800<br>Washington, D.C. 20036-5514<br>(202) 508-1110<br>Contact: Lee Levine | First Amendment counsel | $50,000 |
| Levy, Ram & Olson Rossi LLP<br>639 Front Street, Fourth Floor<br>San Francisco, CA 94111<br>Contact: Karl Olson | First Amendment and contract counsel | $10,000 |
| Lindner & Marsack, S.C.<br>411 E. Wisconsin Avenue<br>Suite 1`800<br>Milwaukee, WI 53202<br>(414) 273-3910<br>Contact: Laura Lindner | Employment litigation counsel | $1,000 |
| Loeb & Loeb LLP<br>321 N. Clark St.<br>Suite 2300<br>Chicago, IL 60610 | Entertainment law counsel/Litigation counsel | $35,000 |
| Mandell Menkes LLC<br>333 W. Wacker Drive<br>Suite 300<br>Chicago, IL 60606 | Contract work | $20,000 |
| McCarter & English LLP<br>245 Park Avenue<br>New York, NY 10167 | Real estate counsel – Tower Matters | $10,000 |

| | | |
|---|---|---|
| McKenna Long & Aldridge LLP<br>1900 K Street NW<br>Washington, DC 20006-1108<br>Contact: Steve Gardner | Energy counsel | $10,000 |
| Morgan Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-7011<br>Contact: Edward Cerasia<br><br>300 South Grand Avenue,<br>22nd Floor<br>Los Angeles, CA 90071<br>Contact: Jason Komorsky | Employment litigation counsel/Insurance counsel | $50,000 |
| Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801-1494 | Patent Litigation | $20,000 |
| Nancy K. Ducharme<br>8045 Apache Trail<br>P.O. Box 222<br>Tinley Park, IL 60477-0222 | TMS contract counsel | $15,000 |
| Neal Gerber & Eisenberg<br>2 North LaSalle Street<br>Suite 2200<br>Chicago, IL 60602<br>312 269-8000<br>Contact: Tom McNulty | Real estate tax counsel; property tax assessments and rates proceedings | Contingency fee: 20% for successful challenge to assessments; 10% for settled assessment reduction; and 30% for successful rate reduction |
| Novian & Novian LLP<br>1801 Century Park East<br>Suite 1201<br>Los Angeles, CA 90067<br>(310) 553-1222<br>Contact: Farhad Novian | Transactional counsel to Tribune Entertainment | $50,000 |
| Offit & Kurman<br>8 Park Center Court, Suite 200<br>Owings Mills, MD 21117 | Labor law & Litigation counsel | $10,000 |
| Payne & Fears LLP<br>Jamboree Center<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>(949) 797-1229<br>Contact: Daniel F. Fears | Employment litigation counsel | $12,500 |

| | | |
|---|---|---|
| Phyllis Volk<br>250 E. Pearson St.<br>Suite 906<br>Chicago, IL 60611<br>(312) 440-7266 | Real estate law | $10,000 |
| Poole & Shaffery LLP<br>445 South Figueroa Street Suite 2520<br>Los Angeles, California 90071<br>Contact: David Poole | Environmental counsel | $5,000 |
| Quinn Emanuel Urquhart Oliver & Hedges<br>865 S. Figueroa St. 10th Floor<br>Los Angeles, California 90017<br>Contact: David Quinto | Business litigation counsel; California non-competition and trade secret issues | $10,000 |
| Saul Ewing LLP<br>Lockwood Place<br>500 E. Pratt Street, 8th Floor<br>Baltimore, MD 21202<br>Contact: Ted Baines | Litigation counsel | $5,000 |
| Sedgwick, Detert, Moran & Arnold, LLP<br>2400 E. Commercial Blvd.<br>Suite 1100<br>Fort Lauderdale, FL 33308<br>Contact: John Hargrove | Litigation counsel | $20,000 |
| Seyfarth Shaw<br>131 S. Dearborn Street<br>Suite 2400<br>Chicago, IL 60603<br>Contact: Camille Olson, Jeremy Sherman | Business litigation counsel/Employment litigation counsel | $35,000 |
| Sheppard Mullin Richter & Hampton LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>Contact: Guylyn Cummins | First Amendment counsel | $5,000 |
| Siebman Reynolds Burg Phillips<br>713 S. Washington Ave.<br>Marshall, TX 756700 | Patent litigation counsel | $20,000 |
| Smith, von Schleicher & Associates<br>39 South LaSalle Street, Suite 1005<br>Chicago, IL 60603<br>(312) 541-0300<br>Contact: Michael J. Smith | Benefits litigation counsel | $5,000 |

7

| | | |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6404<br>Contacts: Rosemary Gullikson, Natalie Spears, Jim Klenk | First Amendment counsel /Litigation counsel/ Outsourcing counsel | $50,000 |
| Thomas & Locicero PL<br>400 North Ashley Drive, Suite 1100<br>Tampa, FL 33602<br>Contact: Greg Thomas | Media law counsel | $50,000 |
| Wellborn Sullivan Meck & Tooley<br>821 Seventeenth Street, Suite 500<br>Denver, Colorado 80202<br>Contact: Steve Bain | Environmental counsel | $10,000 |
| Weston Benshoof<br>333 S. Hope St., 16th Fl.<br>Los Angeles, CA 90071<br>Contact: Steven Weston | Environmental counsel | $5,000 |
| Willcox & Savage PC<br>One Commercial Place, Suite 1800<br>Norfolk, Virginia 23510<br>Contact: Conrad Shumadine | Antitrust litigation/Media law counsel | $10,000 |
| Withers & Rogers LLP<br>Goldings House<br>2 Hays Lane<br>London SE1 2HW<br>UK | Foreign Patent counsel | $10,000 |
| Young & Sommer<br>5 Palisades Drive<br>Albany, NY 12205<br>Contact: Dean Young | Environmental counsel | $15,000 |
| Zulkie Partners LLC<br>222 S. Riverside Plaza<br>Suite 2300<br>Chicago, Il 60606<br>(312) 648-2244<br>Contact: Paul Zulkie | Immigration counsel | $5,000 |