## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 29th day of December 2008, I caused copies of the within Opposition to be served upon the those listed below via First Class U.S. Mail, postage prepaid and upon all other parties-in-interest who have agreed to accept electronic services in this case by electronic notification.

Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Sidley, Austin LLP
One South Dearborn Street
Chicago, IL 60603

Norman L. Pernick, Esq.
Cole, Schotz, Meisel
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Stephanie Pater
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Peter Meier, Esq.
Vice President and General Counsel
Pepco Energy Services, Inc.
1300 North 17th Street
Arlington, VA 22209

Under penalty of perjury, I declare the foregoing to be true and correct.

                                                              /s/   *William D. Sullivan*
                                                                  William D. Sullivan