ORIGINAL

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

John D. Demmy, a member of the bar of this Court, pursuant to Bankruptcy Court Local Rule 9010-1 and the attached certification, moves the admission *pro hac vice* of Russell R. Johnson III, 2258 Wheatlands Drive, Manakin-Sabot, Virginia 23103, to represent The Connecticut Light and Power Company, Yankee Gas Services Company, PECO Energy Company, Commonwealth Edison Company, Duke Energy Indiana, Inc., Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Niagara Mohawk Power Corporation d/b/a National Grid, Consolidated Edison Company of New York, Inc., Metropolitan Edison Company, Pennsylvania Electric Company, CenterPoint Energy Services, Inc., Baltimore Gas and Electric Company and Connecticut Natural Gas Corporation in these jointly-administered bankruptcy cases.

DKT. NO. 133
DT. FILED 12/24/08

Dated:   December 24, 2008            STEVENS & LEE, P.C.

/s/ John D. Demmy
John D. Demmy, Esq. (Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone:     (302) 425-3308
Fax:       (610) 371-8515
E-mail:    jdd@stevenslee.com

*Counsel For The Connecticut Light and Power Company, Yankee Gas Services Company, PECO Energy Company, Commonwealth Edison Company, Duke Energy Indiana, Inc., Southern California Edison Company, Virginia Electric and Power Company d/b/a Dominion Virginia Power, Niagara Mohawk Power Corporation d/b/a National Grid, Consolidated Edison Company of New York, Inc., Metropolitan Edison Company, Pennsylvania Electric Company, CenterPoint Energy Services, Inc., Connecticut Natural Gas Corporation and Baltimore Gas And Electric Company*

**Motion Granted.**

Date: December 29, 2008

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

2

## CERTIFICATION OF RUSSELL R. JOHNSON III

Pursuant to Bankruptcy Court Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing before the bars of the Commonwealth of Virginia, and the United States Bankruptcy and District Courts for the Eastern and Western Districts of Virginia; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

By: _____
Russell R. Johnson III, Esq.
2258 Wheatland Drive
Manakin-Sabot, Virginia 23103
Phone: (804) 749-8861
Fax:   (804) 749-8862