# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Tribune Company, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtor | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that **CapitalSource Finance LLC and DMD Special Situations Funding LLC**, by and through their counsel, Connolly Bove Lodge & Hutz LLP, hereby appear in the above-captioned case, pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rule 9010(b), and hereby request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b), (d) and (f) and 3017(a) including, without limitation, all proposed disclosure statements and plans of reorganization, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents filed with or brought before the Court in this case. All such notices should be addressed as follows:

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
Telecopy:  (302) 658-0380
jwisler@cblh.com
mphillips@cblh.com

Joanne Fungaroli, Esq.
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD  20815
Telecopy: (301) 841-2380
jfungaroli@capitalsource.com

Please take further notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the referenced case and the proceedings.

Dated: December 29, 2008
CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
1007 North Orange (19801)
P.O. Box 2207
Wilmington, Delaware 19899
Telephone: (302) 658-9141
Telecopy: (302) 658-0380

Attorneys for CapitalSource Finance LLC and
DMD Special Situations Funding LLC

#651988