IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY., et al., | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Hearing Date: 01/05/2009 |

OBJECTION TO DEBTORS' MOTION FOR AN INTERIM ORDER AND A FINAL ORDER PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE (I) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING OR DISCONTINUING SERVICE, (II) DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE, AND (III) ESTABLISHING PROCEDURES FOR DETERMINING ADEQUATE ASSURANCE OF PAYMENT
_____

For the reasons set forth in their Motion To Reconsider Interim Order Of December 10, 2008 (Docket No. 115), a copy of which is attached here and incorporated by reference, Florida Power & Light Co. ("FPL"), Potomac Electric Power Company ("Pepco"), Delmarva Power & Light Company, Entergy New Orleans, Inc. and Entergy Louisiana LLC (collectively the "Objecting Utilities") hereby object to Debtors' Motion For An Interim Order and A Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing Or Discontinuing Service, (II) Deeming Utilities Adequately Assured Of Future Performance, (III) Establishing Procedures For Determining Adequate Assurance Of Payment (Docket No. 11).

Respectfully submitted,

McCarthy & White, PLLC

/s/William Douglas White
William Douglas White
McCarthy & White, PLLC
8180 Greensboro Drive, Suite 875
McLean VA  22102
Telephone:  (703) 770-9265
Facsimile:   (703) 770-9266
Email: wdw@mccarthywhite.com

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on the 29th day of December, 2008 I caused a copy of the foregoing Objection and Attachment to be sent to all persons on the Court's electronic service list and to be mailed by first class, postage prepaid to the following and to be emailed and faxed where indicated:

Ms. Stephanie Pater
Tribune Company
435 North Michigan Avenue
Chicago IL  60611

Kenneth P. Kansa
Sidley Austin LLP
One South Dearborn Street
Chicago IL  60603
Fax:  312.853.7036
kkansa@sidley.com

Cole Schotz Meisel Forman & Leonard P.A.
Norman L Pernick
J. Kate Stickles
1000 N. West Street, Suite 1200
Wilmington DE 19801
kstickles@coleschotz.com

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
Fax: 302-573-6497

             /s/William Douglas White
             William Douglas White