**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>    Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Agfa Corporation ("Agfa"), by its undersigned counsel, hereby enters its appearance in the above-captioned cases and requests that all notices given or required to be given in these cases, and all papers served or required to be served in these case, be given and served at the offices, addresses and numbers as follows:

| | |
|---|---|
| Christopher M. Santomassimo<br>Agfa Corporation<br>100 Challenger Road<br>Ridgefield Park, NJ  07660<br>(201) 373-4008<br>Christopher.Santomassimo@Agfa.com<br><br>Anthony J. Davis, Esq.<br>Dorsey & Whitney LLP<br>97 Route 17 South<br>Paramus, NJ 07652<br>Tel.  (201) 291-8904<br>Fax (201) 712-9444<br>E-mail: davis.anthony@dorsey.com | Eric Lopez Schnabel, Esq.<br>Robert W. Mallard, Esq.<br>Dorsey & Whitney (Delaware) LLP<br>1105 North Market Street (16th Floor)<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-7171<br>Facsimile:  (302) 261-7352<br>E-mail:  schnabel.eric@dorsey.com<br>E-mail:  mallard.robert@dorsey.com |

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of

any application, complaint, demand, motion, petition pleading or request whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of the rights of Agfa: (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Agfa is or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments are expressly reserved.

Dated:  December 31, 2008

Respectfully submitted,

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, Esq.
Robert Mallard, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
1105 N. Market Street, Suite 1600
Wilmington, DE 19801
Tel: (302) 425-7171
Fax: (302) 425-7177

-and-
Anthony J. Davis
Dorsey & Whitney LLP
95 Route 17 South
Paramus, NJ 07652

Counsel for Agfa Corporation