# Notice Recipients

District/Off: 0311−1   User: Brandon   Date Created: 1/5/2009
Case: 08−13141−KJC   Form ID: ntc   Total: 7

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   USTPREGION03.WL.ECF@USDOJ.GOV
aty   Bryan Krakauer   bkrakauer@sidley.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Tribune Company   435 N. Michigan Avenue   Chicago, IL 60611
aty   J. Kate Stickles   Cole, Schotz, Meisel, Forman &Leonard,   1000 N. West Street, Suite 1200   Wilmington, DE 19801
aty   James F. Conlan   Sidley Austin LLP   One South Dearborn Street   Chicago, IL 60603
aty   Norman L. Pernick   Cole, Schotz, Meisel, Forman &Leonard,   1000 N. West Street,Suite 1200   Wilmington, DE 19801
aty   Patrick J. Reilley   Cole, Schotz, Meisel, Forman &Leonard,   1000 N. West Street   Suite 1200   Wilmington, DE 19801

TOTAL: 5