UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                         Bankr. Case No. 08-13141

Tribune Company & Sun Sentinel Company             Chapter 11
    Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Navistar Leasing Company hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Navistar Leasing Company
        425 N. Martingale Road, 18th Floor
        Schaumburg, IL 60173

NAVISTAR LEASING COMPANY

By _/s/ Kathleen N. Reed_
Kathleen N. Reed
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173
(630) 753-4000

**Certificate of Service**

This Request for Notice was sent via electronic mail or first class mail to the following individuals on December 31, 2008:

James F. Conlon
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Office of the United States Trustee (DE)
844 King Street
Room 2313
Wilmington, DE 19801

xxxxx46993 / 151953