## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for All Notices and Demand for Service of Papers has been served upon all parties in interest via facsimile this _2_ day of January, 2009.

**Via Regular U.S. Mail**
Tribune Broadcast Holdings, Inc.
435 North Michigan Ave.
Chicago, IL 60611

**Via Regular U.S. Mail**
Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Via Regular U.S. Mail**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

_____
J. SCOTT DOUGLASS