IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR PRO HAC VICE

I, William P. Bowden, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, move for the admission *pro hac vice* of Humayun Khalid, Esq., of the law firm Cleary Gottlieb Steen & Hamilton LLP to represent Morgan Stanley Capital Services Inc. in the above-captioned matter.

Dated: December 30, 2008

ASHBY & GEDDES, P.A.

/s/ W. P. Bowden
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. # 4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

Motion granted.

Date: JANUARY 7, 2009

BY THE COURT:

/s/ Kevin J. Carey
The Honorable Kevin J. Carey
Chief Judge United States Bankruptcy Court

{00262143;v1}

DKT. NO. 155

DT. FILED 12-30-08

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am able for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the U.S. District Courts for the Southern and Eastern Districts of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

Humayun Khalid
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
T: (212) 225-2873
F: (212) 225-3999
hkhalid@cgsh.com

{00262143;v1}