1  RAMONA NEAL State Bar No. 4803
   HEWLETT-PACKARD COMPANY
2  11311 Chinden Blvd.
   Mailstop 314
3  Boise, ID 83714-0021
   Telephone Number: (208) 396-6484
4  Facsimile Number: (208) 396-3958

5  Corporate Counsel for Hewlett-Packard Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
|  | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Ramona Neal, Corporate Counsel for Hewlett-Packard Company, hereby gives notice of her appearance in this case on behalf of Hewlett-Packard Company ("Creditor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and such other rules or statutes as may be applicable, Creditor hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtor, any trustee, or any other party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statements or plans of reorganization, be served on Creditor at the following address(es):

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714-0021
Telephone Number:  (208) 396-6484
Facsimile Number:  (208) 396-3958
ramona.neal@hp.com

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA  92806
Telephone: (714) 940-7120
ken.higman@hp.com

Dated: Jan. 6th, 2009

By: _____
Ramona Neal

Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714-0021
Telephone Number:  (208) 396-6484
Facsimile Number:  (208) 396-3958
ramona.neal@hp.com