## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE ON BEHALF OF HEWLETT-PACKARD COMPANY by placing a true and correct copy of the same in a postage prepaid envelope on this 6 day of Jan., 2009, via First Class U.S. Mail, addressed to the parties listed on the attached Service List.

*Tammy Parrish*
Tammy Parrish