## Service List

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

U.S. Trustee
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE