IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Twentieth Television, Inc., by and through its counsel, Proskauer Rose LLP and Cozen O'Connor, hereby requests that all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in these cases, be given to and served upon the following parties:

| | |
|---|---|
| Jodie Rea | Martin S. Zohn, Esq. |
| Twentieth Television, Inc. | PROSKAUER ROSE LLP |
| 2121 Avenue of the Stars, Suite 1754 | 2049 Century Park East, 32nd Floor |
| Los Angeles, CA 90067 | Los Angeles, CA 90067 |
| Telephone: (310) 369-3899 | Telephone: (310) 284-5648 |
| Facsimile: (310) 369-3899 | Facsimile: (310) 557-2193 |
| Email: jodie.rea@fox.com | Email: mzohn@proskauer.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, electronic mail, telephone, facsimile transmission, telegraph, telex or otherwise, that: (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to: (a) the above-captioned debtors (the "<u>Debtors</u>"); (b) property of the

Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the right (i) to have final orders in noncore matters entered only after <u>de novo</u> review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other claims, actions, setoffs, or recoupments to which Twentieth Television, Inc. may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 7, 2009

COZEN O'CONNOR

_____
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
Telephone: (302) 295-2000

*Counsel to Twentieth Television, Inc.*