## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, <u>et al.</u>, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on this 7th day of January 2008, I caused a copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served upon the parties listed below in the manner indicated:

**FIRST CLASS MAIL**
Norman L. Pernick, Esq.
Patrick J. Reilley, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Debtors)*

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Jessica C.K. Boelter, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
*(Counsel to Debtors)*

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844  King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 N. Market Street, Suite 1800
Wilmington, DE 19801
*(Counsel to Official Committee of Unsecured Creditors)*

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
*(Counsel to Official Committee of Unsecured Creditors)*

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899
*(Counsel to JPMorgan Chase Bank, N.A.)*

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
*(Counsel to JPMorgan Chase Bank, N.A.)*

Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*(Counsel to CapitalSource Finance LLC; DMD Special Situations Funding LLC)*

Joanne Fungaroli, Esq.
CapitalSource Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815
*(Counsel to CapitalSource Finance LLC; DMD Special Situations Funding LLC)*

Eric Lopez Schnabel, Esq.
Robert W. Mallard, Esq.
Dorsey & Whitney (Delaware) LLP
1105 N. Market Street, 16th Floor
Wilmington, DE 19801
*(Counsel to Agfa Corporation)*

Christopher M. Santomassimo
Agfa Corporation
100 Challenger Road
Ridgefield Park, NJ 07660
*(Counsel to Agfa Corporation)*

Anthony J. Davis, Esq.
Dorsey & Whitney LLP
97 Route 17 South
Paramus, NJ 07652
*(Counsel to Agfa Corporation)*

Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge
919 N. Market Street, Suite 1500
Wilmington, DE 19801
*(Counsel to Barclays Bank PLC)*

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
*(Counsel to Barclays Bank PLC)*

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, Suite 5100
P.O. Box 951
Wilmington, DE 19899
*(Counsel to Merrill Lynch Capital Corporation,
as Administrative Agent)*

Margot B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
*(Counsel to Merrill Lynch Capital Corporation,
as Administrative Agent)*

R. Karl Hill, Esq.
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
*(Counsel to Abitibi Bowater, Inc.)*

Scott A. Golden, Esq.
Hogan & Hartson LLP
878 Third Avenue
New York, NY 10022
*(Counsel to Abitibi Bowater, Inc.)*

Katherine L. Mayer, Esq.
McCarter & English, LLP
405 N. Market Street, 8th Floor
Renaissance Centre
Wilmington, DE 19801
*(Counsel to Deutsche Bank Trust Company Americas)*

David Adler, Esq.
G. Amanda Mallan, Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167
*(Counsel to Deutsche Bank Trust Company Americas)*

Joseph H. Huston, Jr., Esq.
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
*(Counsel to CF 4242 Bryn Mawr LLC)*

Colleen E. McManus, Esq.
Much Shelist Denenberg Ament and Rubenstein, P.C.
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
*(Counsel to CF 4242 Bryn Mawr LLC)*

William M. Kelleher, Esq.
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19801
*(Counsel to Corestaff Services, L.P.)*

Jan I. Berlage, Esq.
Gohn, Hankey & Stichel, LLP
201 N. Charles Street
Baltimore, MD 21201
*(Counsel to Corestaff Services, L.P.)*

Frederick B. Rosner, Esq.
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*(Counsel to Intelsat Corporation)*

Stephen B. Selbst, Esq.
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016
*(Counsel to Intelsat Corporation)*

Susan E. Kaufman, Esq.
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801
*(Counsel to AFTRA)*

Babette A. Ceccotti, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
*(Counsel to AFTRA*

Christopher P. Simon, Esq.
Tara M. DiRocco, Esq.
Cross & Simon, LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
*(Counsel to Washington-Baltimore Newspaper Guild,
 Local 32035, TNG-CWA)*

Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, DC 20036-5420
*(Counsel to Washington-Baltimore Newspaper Guild,
 Local 32035, TNG-CWA)*

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel to Dallas County)*

John P. Dillman, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
*(Counsel to Harris County)*

Jeffrey N. Rich, Esq.
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
*(Counsel to GreatBanc Trust Company)*

Charles R. Smith, Esq.
K&L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
*(Counsel to GreatBanc Trust Company)*

Matthew J. Troy, Esq.
U.S. Department of Justice
Civil Division
P.O. box 875
Ben Franklin Station
Washington, DC 20044-0875
*(Counsel to FCC)*

Wayne E. Smith, Esq.
Warner Bros. Television Distribution, Inc.
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA 91522

Pamela Kohlman Webster, Esq.
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
*(Counsel to Sony Pictures Television)*

Thomas V. Askounis, Esq.
Askounis & Darcy, P.C.
401 N. Michigan Avenue, Suite 550
Chicago, IL 60611
*(Counsel to Banc of America Leasing & Capital, LLC)*

Kelly Singer, Esq.
Squire, Sanders & Dempsey, L.L.P.
Two Renaissance Square
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*(Counsel to Personal Plus, Inc.)*

Paul Rubin, Esq.
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
*(Counsel to Canon U.S.A., Inc.)*

Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg, P.C.
765 Third Avenue, 31st Floor
New York, NY 10017
*(Counsel to SLG 220 News Owner LLC)*

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
*(Counsel to AOL LLC)*

James E. Sorenson, Esq.
D. Tyler Van Leuven, Esq.
Chad D. Heckman, Esq.
Jared S. Gardner, Esq.
Mary Linzee Van Leuven, Esq.
Williams, Gautier, Gwynn, DeLoach & Sorenson, P.A.
P.O. Box 4128
Tallahassee, FL 32315-4128
*(Counsel to Florida Self-Insurers Guaranty Assoc., Inc.)*

Beverly H. Shideler, Esq.
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Scott Freidberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Anthony Deglomine, III
Vice President
Harris Corporation
1025 W. NASA Blvd.
Mail Stop A-11A
Melbourne, FL 32919

Erik R. Wilson, Esq.
Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
*(Counsel to TeleRep, LLC)*

Frank A. Anderson, Esq.
Cassandra R. Burton, Esq.
Kartar S. Khalsa, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Jay Teitelbaum, Esq.
Teitelbaum & Baskin, LLP
3 Barker Avenue, 3rd Floor
White Plains, NY 10601
*(Counsel to Certain Parties)*

        Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 7, 2009                          COZEN O'CONNOR

                                                 _____
                                                 Mark E. Felger (No. 3919)