**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                Debtors. | Chapter 11 Cases<br><br>Case No. 08-13141 (KJG) |

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Dow Jones & Company, Inc., party-in-interest, hereby appears in the above-captioned cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned chapter 11 cases and any other case(s) consolidated herewith, be given to and served upon:

SEITZ VAN OGTROP & GREEN, P.A.
R. Karl Hill, Esq. (DE 2747)
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE  19801
Telephone: (302) 888-0600
khill@svglaw.com

and

HOGAN & HARTSON LLP
Ira S. Greene, Esq.
Scott A. Golden, Esq.
875 Third Avenue
New York, NY 10022
Telephone:  (212) 918-3000
isgreene@hhlaw.com
sagolden@hhlaw.com

68532v1

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, any notice, application, proposed order, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement or request, whether formal or informal, whether oral or written, and whether transmitted or conveyed by mail, delivery, telephone, telegraphic, telex or otherwise filed, which may affect or seek to affect any rights or interest of the debtors in the above-captioned chapter 11 cases, the aforementioned party-in-interest or any property or proceeds in which the debtor may claim an interest.  <u>Please add the attorneys of record to such mailing matrix as may be used for all purposes in this case</u>.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of the aforementioned party-in-interest's: (1) right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Court Judge; (2) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which such party-in-interest are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments such party-in-interest expressly reserves.

Dated: January 7, 2009

**SEITZ VAN OGTROP & GREEN, P.A.**

/s/ R. Karl Hill
R. Karl Hill, Esq. (DE 2747)
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE  19801
Telephone: (302) 888-0600

   And

**HOGAN & HARTSON LLP**
Ira S. Greene
Scott A. Golden
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000

*Attorneys for Dow Jones & Company, Inc.*