**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **TRIBUNE COMPANY,** *et al.*, | : | **Case No. 08-13141 (KJC)** |
| | : | |
| **Debtors** | : | **Jointly Administered** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Scott A. Golden, Esquire of Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022, to represent Abitibi Consolidated Sales Corporation, Bowater, Inc. and Dow Jones & Company, Inc. in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ R. Karl Hill*
R. KARL HILL (DE2747)
khill@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, Delaware  19899
Telephone (302) 888-0600
Facsimile (302) 888-0606

*Attorneys for Abitibi Consolidated et al.*

Dated:  January 7, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this _____ day of ____, that counsel's motion for admission *pro hac vice* is granted.

_____
United States Bankruptcy Judge

68536v1

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*__**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar in the State of New York and before the United States Southern and Eastern District Courts for the District of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

*/s/ Scott A. Golden*
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
(212)918-3000 – Telephone
(212)918-3100 - Facsimile