**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE | ) |
| | ) |
| TRIBUNE COMPANY, ET.AL., | ) Case No. 08-13141-KJC |
| | ) Chapter 11 |
| Debtor(s) | ) |

**ENTRY OF APPEARANCE AND REQUEST FOR
PLEADINGS, NOTICES AND DOCUMENTS**

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should be served at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attention: Sheryl L. Moreau, PO Box 475, Jefferson City, MO  65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

                          Jeremiah W. (Jay) Nixon, Attorney General
                          State of Missouri

                          <u>By: /s/ Sheryl L. Moreau</u>
                          Sheryl L. Moreau, Mo. Bar #34690
                          Special Assistant Attorney General
                          Missouri Department of Revenue
                          General Counsel's Office
                          301 W. High Street, Room 670
                          PO Box 475
                          Jefferson City, MO  65105-0475
                          (573) 751-5531  FAX (573) 751-7232
                          Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on January 8, 2009.

<u>/s/ Sheryl L. Moreau</u>