UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY., *et al.*, ) | |
| ) | 08-13141-KJC |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure, and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear for the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW"), which is a creditor and party in interest in this proceeding, and request that all notice given or required to be given in this action and all related actions, be given and served upon the following:

>Susanne M. Mitchell, Esquire
>International Union UAW
>8000 E. Jefferson Avenue
>Detroit, MI 48214
>(313) (313) 926-5216
>(313) 822-4844 (Fax)
>smitch@uaw.net

>-and-

>Susan E. Kaufman, Esquire
>COOCH AND TAYLOR, P.A.
>The Brandywine Building
>1000 West Street, 10th Floor
>Wilmington, DE 19801
>(302) 984-3820
>(302) 984-3939 Fax
>skaufman@coochtaylor.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers, whether formal or informal, *ex parte* or on notice, written or oral, referred to in the Bankruptcy Rules and Code sections specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affect or seek to affect in any way any rights or interests of the Debtors.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading claim, or suit shall waive the above-named entities' right to have final orders in noncore matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: January 8, 2009

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3820
(302) 984-3939 Fax
skaufman@coochtaylor.com