### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **TRIBUNE COMPANY., et al.,** | ) | **Case No. 08-13141 (KJC)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Michael P. Morton moves the admission *pro hac vice* of William Douglas White to represent Florida Power & Light Company, Potomac Electric Power Company, Delmarva Power & Light Company, Entergy New Orleans Inc. and Entergy Louisiana LLC in this action. Mr. White is a member of the firm of McCarthy & White, PLLC.

/s/ Michael P. Morton
Michael P. Morton #2492
1203 North Orange Street
Wilmington, DE  19801
(302) 426-1313

**Motion Granted.**

**BY THE COURT:**

**Date:** _____       _____
**UNITED STATES BANKRUPTCY JUDGE**

**CERTIFICATION**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ William Douglas White
William Douglas White
McCarthy & White, PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102
703-770-9265