**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **TRIBUNE COMPANY., <u>et al.</u>,** | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

<u>VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P 2019</u>

The law firm of McCarthy & White, PLLC, pursuant to the provisions of Rule 2019(a) of the Bankruptcy Rules files this Verified Statement of its multiple representations in this case:

(1)  The name and address of the creditors represented by McCarthy & White, PLLC are:

    (A)    Florida Power & Light Company
                Rachel Budke, Esquire
                700 Universe Boulevard
                Juno Beach, FL  33408

    (B)    Potomac Electric Power Company
                Jack Strausman, Esquire
                701 Ninth Street NW
                Tenth Floor
                Washington, DC  20068

    (C)    Delmarva Power & Light Company
                Jack Strausman, Esquire
                701 Ninth Street NW
                Tenth Floor
                Washington, DC  20068

    (D)    Entergy New Orleans, Inc.
                Alan H. Katz, Esquire
                Entergy
                639 Loyola Avenue
                New Orleans LA  70113

  (E)  Entergy Louisiana LLC
     Alan H. Katz, Esquire
     Entergy
     639 Loyola Avenue
     New Orleans LA  70113

  (2)  On information and belief, each of the above parties are pre-petition creditors of the Debtor and have claims arising from the provision of utility services in the period immediately prior to the petition.

  (3)  McCarthy & White, PLLC was retained to represent each of the above parties pursuant to prior representation in other bankruptcy matters or pursuant to referral from other utilities.

          Respectfully submitted,

          MICHAEL P. MORTON, PA

          Michael Morton, P.A. #2492
          1203 North Orange Street
          Wilmington, DE  19801
           302-426-1313

          and

          /s/ William Douglas White
          William Douglas White
          McCarthy & White, PLLC
          8180 Greensboro Drive, Suite 875
          McLean VA  22102
          703-770-9265

          *Attorneys for Objecting Utilities*

I, William Douglas White, declare under penalty of perjury that the representations in the foregoing statement are true and correct to the best of my knowledge, information and belief.

Executed on:  01/06/2009

/s/William Douglas White<br>William Douglas White