Mayra Cruz

1855 Coble Dr

Deltona, Florida 32738

(386) 837-9155



1/6/08

United States Bankruptcy Court

District of Delaware

Clerk of the Bankruptcy Court / Judge

J Caleb Boggs Federal Building

844 King Street

Room 5209

Wilmington, DE 19801

Re: Chapter 11

Case#: 08-13141 (KJC)

DKT #: 113  / Fin#36-1880355

Debtor: Tribune Company

435 N. Michigan Ave.

Chicago, IL 60611

Motion to be recognized as an employee.

I am filing this complaint against Tribune Media Services, 40 Media Dr., Queensbury, New York 12804, tel: 1800-424-4747.

This company is own by the Chicago Tribune which recently on December 8, 2008 filed their Motion for Chapter 11.

They alleged that I am a contract vendor. But I state that I have been on payroll with this company from 1999 to 2004. It was convenient for them to offer me work at home, because at the time I was on the process of moving a distance from my office Glens Falls, New York.

In the Summer of 2005 we moved to Deltona, Florida. This moved was temporary moved while my husband went for treatment and surgery to his neck and back. We remain with dual residency in Saratoga and in Florida. We maintain a bank account with the Adirondack Bank up to this date.

Tribune Media Services gave me a contract that dealt with them **exclusively**, with client security and the necessary equipment (computer, Internet).

The only difference in my employment with them or agreement was that I would have to pay for my own taxes, and I would not received medical benefits or 401k.

I state that I have work for this company for ten years. I do not have a Business Certificate or a Corporation or IRS Business number. They have been using my social security number and my original job application with Tv Data/Tribune Media Services which they have in their employment office records.

My employment records will show that Tv Data / Tribune Media Services took out unemployment Insurance, social security and all other requirement by the state of New York and IRS which they withdrew until 2004. After that I was responsible to file my own taxes and social security. I have been EXCLUSIVELY working for TV Data/ Tribune Media Services for the last 10 years to the present. For this reason I alleged that I think I am eligible to collect unemployment. I also like to add that because of their Chapter 11 filling they owed me back payment of $3,912.00 at the present time. I should not be considered a vendor under chapter 11 because of my employee relationship with them. I hereby file my objection and motion to be removed as vendor under chapter 11.

I respectfully request your legal opinion, since I am up against a multibillion dollar corporation who has the money to pay not one but hundreds of law firms to represent them.

I am a mother of two children, a 12 years old who is home school and a 19 years old in college, which I pay all education.

I cannot tell you how many bills we are behind. Besides last year we encounter 40,000 dollars in medical bills form the Fish Memorial Hospital in Orange City, Florida. So you can understand my dilema.

I have no one else to turn to, but your office at this point to receive some kind of help and advice in this matter.


Respetfully yours.

Mayra Cruz