# TRIBUNE

As an important supplier/vendor to Tribune Company, we are writing to inform you we have made a strategic decision to restructure our debt and to file for protection under Chapter 11 of the U.S. Bankruptcy Code. This business decision was necessary to strengthen Tribune's financial foundation for the future. **Tribune will continue to operate while it restructures, and we are not going out of business.**

Our partnership with our vendors is important to our success, and we are committed to maintaining strong relationships with our vendors for the long term.

We elected to file Chapter 11 in light of the dramatic and unexpected operating conditions we've encountered this year. We have had the perfect storm — a precipitous decline in revenue, and a tough economy coupled with a credit crisis that makes it extremely difficult to support our debt. Tribune is continuing to operate its media businesses, including its newspapers, television stations and web sites.

The Bankruptcy Code provides a priority status for post-petition purchases, which means that we can and will pay for all goods and services received from your company after the date of the filing. In addition to substantial cash on hand at the time of the filing, the Company has secured court approval to continue its $300 million accounts receivable securitization facility to provide ample credit to support post-petition operations.

We are discontinuing our PCard program effective immediately. Going forward, suppliers/vendors previously paid via PCard should invoice Tribune for goods purchased or services provided and will be paid by electronic funds transfer or by check. Invoices should clearly be addressed to the business unit name (i.e., Los Angeles Times, Chicago Tribune, WGN-TV, etc.), include the name of the requestor of the goods or services (i.e., Attn: Mary Smith), and then must be sent to P.O. Box 118250, Chicago, IL 60611-8250.

Unfortunately, bankruptcy law prohibits us from making payments for many goods purchased or services provided prior to the filing date at this time. Once a reorganization plan is developed and approved by the Bankruptcy Court, we will be authorized to make whatever payments or distributions are called for by that plan.

You will be notified when a deadline is set to file a Proof of Claim for any goods purchased or services provided prior to the filing. You can learn more about the company's filing at http://chapter11.epiqsystems.com/tribune. If you would like further explanation of the Chapter 11 process or have a specific question, please contact our vendor hotline at (888) 287-7568.

Thank you for your continued support. We look forward to working with you.

**TRIBUNE COMPANY**