# UNITED STATES BANKRUPTCY COURT
## District of Delaware

| | |
|---|---|
| **In Re:** | **Chapter:** 11 |
| Tribune Company | |
| 435 N. Michigan Avenue | |
| Chicago, IL 60611 | |
| **EIN:** 36–1880355 | **Case No.:** 08–13141–KJC |
| Times Mirror Corporation | |

### NOTICE OF HEARING

Mayra Cruz has filed a motion to allow modification of employment status

A hearing regarding the motion is scheduled for 2/3/09 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 1/27/09 .

David D. Bird
Clerk of Court

Dated: 1/9/09

(VAN–401)