# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LisaC | Date Created: 1/9/2009 |
| Case: 08−13141−KJC | Form ID: van401 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

ust          United States Trustee          USTPREGION03.WL.ECF@USDOJ.GOV

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Tribune Company          435 N. Michigan Avenue          Chicago, IL 60611
aty          Norman L. Pernick          Cole, Schotz, Meisel, Forman &Leonard,          1000 N. West Street,Suite 1200          Wilmington, DE 19801
2561079          Mayra Cruz          1855 Coble Drive          Deltona, FL 32738

TOTAL: 3