IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY., et al., | ) | Case No. 08-13141 (KJC) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Michael P. Morton moves the admission *pro hac vice* of William Douglas White to represent Florida Power & Light Company, Potomac Electric Power Company, Delmarva Power & Light Company, Entergy New Orleans Inc. and Entergy Louisiana LLC in this action. Mr. White is a member of the firm of McCarthy & White, PLLC.

/s/ Michael P. Morton
Michael P. Morton #2492
Michael P. Morton, P.A.
1203 North Orange Street
Wilmington, DE 19801
(302) 426-1313

**Motion Granted.**

Date: January 9, 2009

BY THE COURT:

/s/ Kevin J. Carey
UNITED STATES BANKRUPTCY JUDGE

Docket No. 1717
Filed 01/08/2009

## CERTIFICATION

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court and in good standing as a member of the Bar of the District of Columbia, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                          /s/ William Douglas White  
                                          William Douglas White  
                                          McCarthy & White, PLLC  
                                          8180 Greensboro Drive  
                                          Suite 875  
                                          McLean, VA 22102  
                                          703-770-9265