# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
Tribune Company  
435 N. Michigan Avenue  
Chicago, IL 60611  
 **EIN:** 36–1880355  
Times Mirror Corporation

**Chapter:** 11

**Case No.:** 08–13141–KJC

## NOTICE OF HEARING

Mayra Cruz has filed a motion to allow modification of employment status

A hearing regarding the motion is scheduled for 2/3/09 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 1/27/09 .

                                                      David D. Bird  
                                                     Clerk of Court

Dated: 1/9/09

(VAN–401)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: LisaC                 Page 1 of 1                   Date Rcvd: Jan 09, 2009
Case: 08-13141                 Form ID: van401             Total Served: 3

The following entities were served by first class mail on Jan 11, 2009.
db           +Tribune Company,    435 N. Michigan Avenue,    Chicago, IL 60611-4024
aty          +Norman L. Pernick,    Cole, Schotz, Meisel, Forman & Leonard,,    1000 N. West Street,Suite 1200,
               Wilmington, DE 19801-1058
2561079      +Mayra Cruz,    1855 Coble Drive,    Deltona, FL 32738-8616

The following entities were served by electronic transmission.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2009**                          **Signature:**     _Joseph Speetjens_