**TEITELBAUM & BASKIN, LLP**
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------X

In re:                                      CHAPTER 11
Tribune Company, et al.,
       Debtors.                         Case No. 08-13141 (KJC)

------------------------------------------------------------X

### FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN, LLP PURUSANT TO BANKRUPTCY RULE 2019(a)

Teitelbaum & Baskin, LLP ("Teitelbaum & Baskin") hereby submits this First Amended Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Teitelbaum & Baskin is a law firm that maintains an office at 3 Barker Avenue, 3rd Floor, White Plains, New York 10601.

2. On or about December 24, 2008, Teitelbaum & Baskin filed a Verified 2019 Statement with this Court as Docket No. 137.

3. Since December 24, 2008, Teitelbaum & Baskin has been retained by additional individuals and herewith files as Schedule A, a complete list of parties on whose behalf Teitelbaum & Baskin appears in the above-captioned cases (each, a "Party" and collectively, the "Parties").

4.  Each of the Parties holds or may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest.

5.  The specific nature and amount of these claims or interests has not yet been finally determined and none of the Parties has filed a proof of claim against the Debtors as of the date hereof.

6.  Teitelbaum & Baskin was originally retained on or about December 16, 2008 to represent certain of the Parties in the cases.

7.  Teitelbaum & Baskin may represent other persons or entities which hold claims against or interest in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest. However, as of the date hereof, such persons or entities have not appeared and have not requested that Teitelbaum & Baskin appear on their behalf in the cases. Teitelbaum & Baskin will supplement this statement in accordance with Rule 2019, as applicable, in the event such persons or entities request that Teitelbaum & Baskin appear on their behalf in these cases.

8.  One of the Parties represented by Teitelbaum & Baskin is William Niese, a retired executive of The Times Mirror Corp., who is appointed to the Official Committee of Unsecured Creditors in these cases.

9.  Teitelbaum & Baskin does not possess any claims against or interests in any of the Debtors.

10. Teitelbaum & Baskin will be compensated by the Parties.

11. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the

undersigned's knowledge and belief.

Dated:  January 12, 2009

**TEITELBAUM & BASKIN, LLP**
Attorneys for the Parties on Annex A

By:____/s/ Jay Teitelbaum_____
  Jay Teitelbaum, Esq. (JT-4619)
  3 Barker Avenue
  Third Floor
  White Plains, New York 10601
  (914) 437-7670
  jteitelbaum@tblawllp.com

## SCHEDULE A

## SCHEDULE A
## PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP
## IN THE TRIBUNE COMPANY BANKRUPTCY
### (updated as of January 12, 2009)

| Name | Address | Source of Claim |
|------|---------|-----------------|
| **Becker, Todd A.** | 1539 Crest Dr.<br>Altadena, CA 91001 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Bergmann, Horst A.** | 4261 Preserve Parkway South<br>Greenwood Village, CO 80121 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Carpenter, Dian S.<br>(widow of Dow Carpenter)** | P.O. Box 810<br>Inverness, CA 94937 | Survivor benefit under SERP,<br>currently in pay status,<br>Value of which to be determined |
| **Carroll, John S.** | 223 Queensway Dr.<br>Lexington, KY 40502 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Chandler, Bettina W.<br>(widow of Otis Chandler)** | 1013 Shokat Dr.<br>Ojai, CA 93023 | Supplemental survivor pension under<br>special agreement, currently in pay status,<br>Value of which to be determined |
| **Charles, Randolph R.** | 1032 Spruce St., Unit 200<br>Philadelphia, PA 19107 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Dill, John F.** | 1001 Arbor Lake Dr., Apt. 408<br>Naples, FL 34110 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| **Downing, Kathryn M.** | 121 Via Alicia<br>Santa Barbara, CA 93108 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| **Drewry, Elizabeth V.** | 100 Ridge Pass Way<br>Landrum, SC 29356 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Dubester, Michael S.** | 27 Tappanwood Rd.<br>Locust Valley, NY 11560 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Erburu, Robert F.** | 1518 Blue Jay Way<br>Los Angeles, CA 90069 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Office and secretary paid by company<br>until death under special agreement,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |

| Fitzgerald, James E. | 93 Fifth St.<br>Garden City, NY  11530 | Supplemental pension,<br>currently in pay status,<br>Value of which to be determined |
|---|---|---|
| Flick, John E. | 31 Seaview Dr.<br>Santa Barbara, CA  93108 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| Guthrie, James F. | 205 Costa Bella Dr.<br>Austin, TX  78734 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Halajian, Kenneth Lee | 21 High Ridge Road<br>Ossining, NY  10562 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Haugh, Michael J. | 515 East 79th St., Apt. 22D<br>New York, NY  10075 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Hessler, Curtis A. | 570 Bradford St.<br>Pasadena, CA  91105 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Holton, Raymond | 1021 Stone Stack Dr.<br>Bethlehem, PA  18015 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Horn, Karen Laukka | 50 Ridgecrest Court<br>Lafayette, CA  94549 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Hughes, Joseph M. | 9596 East Roadrunner Dr.<br>Scottsdale, AZ 85262 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Isinger, William R. | 3845 El Lado Dr.<br>Glendale, CA  91208 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Jansen, Raymond A. | 24 Dockside Lane, PMB 422<br>Key Largo, FL  33037 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Johnson, Edward E. | 4418 Oakwood Ave.<br>La Canada, CA  91011 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Johnson, W. Thomas, Jr. | 3280 Rilman Road, NW<br>Atlanta, GA  30327 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Junck, Mary E. | P.O. Box 20<br>Pleasant Valley, IA 52767 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Kallet, Judith S. | 7949 Cranes Pointe Way<br>West Palm Beach, FL  33412 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |

| | | |
|---|---|---|
| **King, Victoria** | 515 East 14th St., #3B<br>New York, NY  10009 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Kucera, Philip E.** | 1700 S. Bayshore Ln, #4B<br>Miami, FL  33133 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Lee Schneider,<br>R. Marilyn** | 2124 Bagley Ave.<br>Los Angeles, CA  90034 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Lindsay, John P.** | 1147 El Medio Ave.<br>Pacific Palisades, CA  90272 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Marro, Anthony J.** | 10 West Rd.; P.O. Box 944<br>Old Bennington, VT  05201 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Maxwell, Donald S.** | 2160 Le Flore Dr.<br>La Habra Heights, CA  90631 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Meadows, Jack E.** | 2225 Twelve Oaks Dr.<br>Fayetteville, AR  72703 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Monsma, Durham J.** | 31644 2nd Ave.<br>Laguna Beach, CA  92651 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Nash, John T.** | 356 Mt. Shasta Dr.<br>San Rafael, CA  94903 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Niese, William A.** | 6061 Lake Vista Dr.<br>Bonsall, CA  92003 | Supplemental pension benefit<br>currently in pay status,<br>Value of which to be determined |
| **Norris, James H.** | 121 Taft Crescent<br>Centerport, NY  11721 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Oglesby, Roger D.** | 1932 15th Ave., East<br>Seattle, WA  98112 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **O'Neill, Nancy W.** | 185 Rancho Dr.<br>Tiburon, CA  94920 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |

| | | |
|---|---|---|
| **Parks, Michael C.** | 1211 South Euclid Ave.<br>Pasadena, CA 91106 | Excess Pension Plan benefit,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Petty, Martha A.** | 5933 Seabird Dr. South<br>Gulfport, FL 33707 | Excess Pension Plan benefit,<br>Value of which to be determined |
| **Plank, Jack L.** | 33522 Nancy Jane Ct.<br>Dana Point, CA 92629 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Rhoads, S. Keating** | 2611 Nido Way<br>Laguna Beach, CA 92651 | Excess Pension Plan benefit,<br>currently in pay status,<br>Value of which to be determined |
| **Riley, Michael R.** | 5 Avondale Dr.<br>Newtown, PA 18940 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Rowe, William J.** | 15005 Pratolino Way<br>Naples, FL 34110 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Sann, Alexander** | 165 East 72nd St., 8K<br>New York, NY 10021 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Schlosberg, Richard T., III** | 164 Sendero Verde Dr.<br>San Antonio, TX 78261 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Schnall, Herbert K.** | P.O. Box 9457<br>Rancho Santa Fe, CA 92067 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Sellstrom , Brian** | P.O. Box 1035<br>Rancho Santa Fe, CA 90267 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Shaw, James D.** | 228 Jeffersons Hundred<br>Williamsburg, VA 23185 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Shirley, Dennis A.** | 2440 Stanley<br>Tustin, CA 92782 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Simpson, James R.** | 5 Crestwood<br>Newport Beach, CA 92660 | SERP Benefit currently in pay status,<br>Value of which to be determined |

| | | |
|---|---|---|
| **Sweeney, Stender E.** | 790 Huntington Garden Dr.<br>Pasadena, CA  91108 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Thomas, William F.** | 16025 Valley Wood Rd.<br>Sherman Oaks, CA  91403 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| **Toedtman, James S.** | 2604 Geneva Hill Ct.<br>Oakton, VA  22124 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Unterman, Thomas E.** | 1451 Amalfi Dr.<br>Pacific Palisades, CA  90272 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| **Valenti, Michael J.** | 400 Tamarac Dr.<br>Pasadena, CA  91105 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wallace, James W.** | 5822 Briartree Dr.<br>La Canada Flintridge, CA 91011 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Waller, Michael E.** | 5 Full Sweep<br>Hilton Head Island, SC  29928 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Wiegand, William D.** | P.O. Box 655<br>Coupeville, WA  98239 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Willes, Mark H.** | 4343 Sheffield Dr.<br>Provo, UT  84604 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Payment owed prior to bankruptcy filing<br>but not paid due to a "systems error" |
| **Williams, Phillip L.** | 1156 Amalfi Dr.<br>Pacific Palisades, CA  90272 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| **Wolinsky, Leo** | 8550 Hollywood Blvd.<br>Hollywood, CA  90069 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wright, Donald F.** | P.O. Box 842<br>Tesuque, NM  87574 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Zimbalist, Efrem, III** | 216 First St.<br>Manhattan Beach, CA  90266 | SERP Benefit not currently in pay status,<br>Value of which to be determined |