UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| TRIBUNE COMPANY., *et al.*, | ) |
| | ) 08-13141-KJC |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Babette A. Ceccotti, Esquire of Cohen, Weiss and Simon LLP, 330 West 42nd Street New York, NY 10036 to represent the American Federation of Television and Radio Artists ("AFTRA") in this action.

COOCH AND TAYLOR, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman (DSB # 3381)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
(302) 984-3820
(302) 984-3939 Fax
skaufman@coochtaylor.com

1/12/09
#187

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the State of New Jersey, the U.S. District Court for the Southern and Eastern Districts of New York, the District of New Jersey and the U.S. Court of Appeals for the Second Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036
(212) 563-4100
bceccotti@cwsny.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Babette A. Ceccotti is granted.

Date: January 12, 2009

Kevin J. Carey,
Chief Judge,
United States Bankruptcy Court
For the District of Delaware