# Exhibit 1

# First Amendment to Master Services Agreement

## FIRST AMENDMENT TO MASTER SERVICES AGREEMENT

This First Amendment to Master Services Agreement (this "Amendment") dated as of January 12, 2009 is by and between Chicago Tribune Company ("CTC") and Dow Jones & Company, Inc., a Delaware corporation ("Dow Jones"). Herein, CTC and Dow Jones are sometimes referred to individually as "Party" or together as the "Parties."

### RECITALS

**WHEREAS**, the Parties entered into that certain Master Services Agreement dated as of December 18, 2008 (together with the Schedules attached thereto and all Statements of Work between the Parties incorporated therein by reference, the "MSA"), providing for, among other things, Dow Jones' retention of CTC to perform certain Print Services (as defined in the MSA); and

**WHEREAS**, the Parties desire to amend section 4.3(d) of the MSA;

**NOW, THEREFORE**, in consideration of the premises and the mutual agreements herein contained, the Parties intending to be legally bound hereby agree as follows:

### AGREEMENT

1. **Participation in Management Escalation.** Section 4.3(d) of the MSA is hereby deleted in its entirety and replaced with the following:

(d) Participation in Management Escalation. Notwithstanding anything else herein, and except as provided below in this Section 4.3(d) (Participation in Management Escalation), the Parties agree to participate in the Management Escalation to its conclusion (for purposes of this Agreement, "conclusion" of the Management Escalation process with respect to a Change Issue shall mean the earlier of (i) resolution of such Change Issue by the Parties or (ii) the date, which may be no earlier than 60 days after the submission of the Change Issue commencing the Management Escalation, that either Party gives written notice to the other that the Management Escalation is concluded), and not to terminate negotiations concerning resolution of the matters in Change Issue until the earlier of conclusion of the Management Escalation or expiration of this Master Agreement or the SOW to which the Change Issue relates. Additionally, each Party shall continue to perform its obligations in accordance with this Master Agreement and any applicable SOW during the Management Escalation until termination or expiration of the Agreement (subject to **REDACTED**). Notwithstanding the foregoing, **REDACTED**, either Party is free to exercise any of its available rights and remedies under this Master Agreement or otherwise upon completion of the Management Escalation. Each Party agrees not to commence a lawsuit or seek other remedies (including termination) with respect to the subject matter of the Change Issue prior to the conclusion of the Management Escalation, provided that this provision will not be construed to prevent a Party from instituting, and each Party is authorized to institute, formal proceedings earlier (i) to avoid the expiration of any applicable limitations period, (ii) to preserve a superior position with respect to other creditors or (iii) to request an injunction to prevent

irreparable harm, including in situations regarding the alleged infringement or misappropriation of Intellectual Property Rights.

2.  **Effect on the MSA**. (a) On and after the date hereof, each reference in the MSA to "this Agreement", "Master Agreement", "herein", "hereof", "hereunder" or words of similar import shall mean and be a reference to the MSA as amended hereby.

(b)  Except as specifically amended by this Amendment, the MSA shall remain in full force and effect and the MSA, as amended by this Amendment, is hereby ratified and confirmed in all respects.

3.  **Headings**. The headings in this Amendment are only for convenience and are not to be considered in construing this Amendment.

4.  **Successors and Assigns.** This Amendment shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

5.  **Counterparts**. This Amendment may be executed in one or more counterparts, all of which are considered one and the same agreement and will become effective when one or more counterparts have been signed by each of the Parties and delivered to the other Party, it being understood that each Party need not sign the same counterpart. A facsimile signature page will be deemed an original.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, each of the Parties hereto has caused this First Amendment to Master Services Agreement to be executed by its duly authorized officers as of the day and year first above written.

CHICAGO TRIBUNE COMPANY

By: *Rebecca Brubaker*

Name: Rebecca Brubaker

Title: SVP, Manufacturing & Distribution

Date: January 12, 2009

DOW JONES & COMPANY, INC.

By: _____

Name: _____

Title: _____

Date: _____

[Signature Page to First Amendment to Master Services Agreement]

IN WITNESS WHEREOF, each of the Parties hereto has caused this First Amendment to Master Services Agreement to be executed by its duly authorized officers as of the day and year first above written.

CHICAGO TRIBUNE COMPANY

By: _____

Name: _____

Title: _____

Date: _____

DOW JONES & COMPANY, INC.

By: _____*[signature]*_____

Name: __Joseph B Vincent__

Title: __SVP OPS__

Date: __1/13/09__