## CERTIFICATE OF SERVICE

I, Mark D. Collins, do hereby certify that on the 13th day of January 2009, I caused copies of the foregoing **Motion and Order for Admission *Pro Hac Vice* Pursuant to Del. Bankr. L.R. 9010-1 [James A. Florack]** to be served upon the parties and in the manner indicated below.

### Via Hand Delivery

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 1 9899-0035

Mark D. Collins (No. 2981)
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Phone: 302-651-7700
Fax: 302-651-7701
Email: collins@rlf.com