

One Tower Square, 5MN
Hartford, CT 06183

ACCOUNT RESOLUTION
MIKE LYNCH
(860) 277-7971 (DIRECT)
(860) 277-2158 (FAX)

January 09, 2009

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

**IN RE:** TRIBUNE COMPANY, CASE # 08-13141

NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS.

---

TRAVELERS AND ITS AFFILIATES ("TRAVELERS"), A CREDITOR AND PARTY IN INTEREST, ENTERS ITS APPEARANCE IN THIS CASE.  TRAVELERS REQUESTS THAT THE BELOW UNDERSIGNED RECEIVE ALL COPIES OF ALL MATTERS FILED OR NOTICED BY ANY PARTY HEREIN, INCLUDING BUT NOT LIMITED TO ALL PLANS AND DISCLOSURE STATEMENTS.  COPIES SHOULD BE SENT TO:

TRAVELERS
NATIONAL ACCOUNTS
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

ATTENTION: MIKE LYNCH
ACCOUNT RESOLUTION
(860) 277-7971 (DIRECT)
(860) 277-2158 (FAX)

RESPECTFULLY SUBMITTED January 09, 2009

---

MIKE LYNCH
CASE MANAGER
TRAVELERS


CC:  NORMAN J. PERNICK
      MARY DUFFY BOARDMAN - TRAVELERS