UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF DELAWARE

In Re:                                    CASE NO.: 08-13141 (KJC)

TRIBUNE COMPANY, et al.,

    Debtor.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR BANKRUPTCY NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel for Creditor, COP-HANGING MOSS, LLC, in the above-styled action. Pursuant to Bankruptcy Rule 2002(i), the undersigned requests that all pleadings, papers, and documents previously and hereafter filed, and all matters which must be noticed to creditors, any creditors' committee and other parties of interest (See Rule 2002(a), (b) and (c)), be sent to the undersigned. Pursuant to Bankruptcy Rule 2002(g), the undersigned further requests that the following name and address be added to the Court's master mailing list and/or matrix.

    Dated this ___ day of January, 2008.

                                            Respectfully submitted,

                                            TODD M. HOEPKER, P.A.
                                            Post Office Box 3311
                                            Orlando, Florida 32802-3311
                                            Telephone:(407) 426-2060
                                            Facsimile: (407) 426-2066
                                            ATTORNEY FOR CREDITOR

                            By: _____
                                  TODD M. HOEPKER, ESQUIRE
                                  Florida Bar No. 507611