## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to: SIDLEY AUSTIN, LLP, James F. Conlan, Esquire, et al., One South Dearborn Street, Chicago, IL 60603; COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., Norman L. Pernick, Esquire, 1000 N. West Street, Suite 1200, Wilmington, DE 19801; and TRIBUNE COMPANY CLAIMS PROCESSING CENTER, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, PO Box 5069, New York, NY 10150-5069 on this 8 day of January, 2009.

_____
TODD M. HOEPKER, ESQUIRE

Z:\25544\09001\NOT BANK APPEAR.doc