UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| Tribune Company, *et al.*, | ) Case No. 08-13141-KJC |
| | ) Jointly Administered |
| Debtors. | ) |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on January 14, 2009, I served a copy of the Notice of Appearance and Request for Service of Papers, in the manner specified below to the parties on the attached service list.

Dated: January 14, 2009       /s/ Frank F. McGinn
                              Frank F. McGinn (Massachusetts BBO# 564729)
                              ffm@bostonbusinesslaw.com
                              Bartlett Hackett Feinberg P.C.
                              155 Federal Street, 9th Floor
                              Boston, MA  02110
                              Tel. (617) 422-0200
                              Fax. (617) 422-0383

**BY EMAIL**

- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis    taskounis@askounisdarcy.com
- John M. August    jaugust@herrick.com, courtnotices@herrick.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- William E. Chipman    wchipman@eapdlaw.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
- John D. Demmy    jdd@stevenslee.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Scott Golden    sagolden@hhlaw.com
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Joseph H. Huston    jhh@stevenslee.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- William M. Kelleher    wmk@elliottgreenleaf.com
- Bryan Krakauer    bkrakauer@sidley.com
- Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com
- Robert W. Mallard    mallard.robert@dorsey.com
- Katharine L. Mayer    kmayer@mccarter.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
- Sheryl L. Moreau    deecf@dor.mo.gov
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Frederick Brian Rosner    fbrosner@duanemorris.com, fbrosner@duanemorris.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- James E. Sorenson    jsorenson@wggdlaw.com, bk@wggdlaw.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Pamela K. Webster    pwebster@buchalter.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- William Douglas White    wdw@mccarthywhite.com
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com

- Jeffrey C. Wisler   jwisler@cblh.com

**BY FIRST CLASS MAIL**

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

~~Chicago Tribune Company~~

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Cop-Hanging Moss, LLC
c/o Todd M. Hoepker, P.A.
P O Box 3311
Orlando, FL 32802-3311

Mayra Cruz
1855 Coble Drive
Deltona, FL 32738

J. Scott Douglass
909 Fannin
suite 1800
Houston, TX 77010

~~Epiq Bankruptcy Solutions, LLC~~

Harris Corporation
c/o Anthony Deglomine, III
1025 W. NASA Blvd.
Mail Stio A-11A
Melbourne, FL 32919

IBM CORPORATION
c/o Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Frank R. Kauders
925 Old Metairie Drive
Metairie, LA 70001-6306

Ramona Neal
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Personal Plus, Inc.
c/o Kelly Singer
Squire, Sanders & Dempsey LLP
40 N. Central Ave., #2700
Phoenix, AZ 85004

Kathleen N. Reed
Navistar Leasing Company
Legal Department
425 N. Martingale Road
18th floor
Schaumburg, IL 60173

Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY 10017

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601
jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com

Travelers
ATTN: Mike Lynch-Account Resolution
One Tower Square
MN
Hartford, CT 06183