UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re: )
   Tribune Company, et al., ) Chapter 11
) Case Nos. 08-13141 (KJC)
Debtors. )
)

ENTRY OF APPEARANCE BY ATTORNEY
AND APPLICATION FOR SERVICE OF PAPERS

Please take notice that the undersigned is appearing for **Comcast Spotlight,** and **Comcast**, and, pursuant to, and based upon, Section 1109(b) of the Bankruptcy Code, and, Rules 9010(b) and 2002 of the Rules of Bankruptcy Procedure, requests that all notices given or required to be served in this case, be given to and served upon the undersigned at the office and telephone number set forth below. Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, this application includes not only the notices and papers referred to in the Rules set forth above but also includes, without limitation, all other notices of any application, motion, petition, pleading, request, complaint, or demand, whether given in writing, telephonically or otherwise, which affect or seek to affect the Debtor or the property of the Debtor or its rights in this matter.

DATED: January 14, 2009

Respectfully Submitted, Comcast Spotlight,
/s/Donald R. Furman Jr.
Furman Gregory LLC
Donald R. Furman Jr.
75 Federal Street, Ninth Floor
Boston, Massachusetts 02110
(207) 604.0937: fax 207.282.2657
don@furmangregory.com