# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                    Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

      Please take notice that NAVISTAR FINANCIAL CORPORATION and NAVISTAR LEASING COMPANY are creditors or parties-in-interest in the above referenced case and hereby appears by their counsel, Archer & Greiner, A Professional Corporation.  Archer & Greiner enters its appearances pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Archer & Greiner requests that it be added to the service list in this case as follows and that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address:

        John V. Fiorella, Esquire
        Archer & Greiner, P.C.
        300 Delaware Ave., Suite 1370
        Wilmington, DE  19801
        Phone:  (302) 777-4350
        Fax:  (302) 777-4352
        E-mail:  jfiorella@archerlaw.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of NAVISTAR FINANCIAL CORPORATION and NAVISTAR LEASING COMPANY's rights (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which NAVISTAR FINANCIAL CORPORATION and NAVISTAR LEASING COMPANY are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 14, 2009
      Wilmington, Delaware

By: /s/ John V. Fiorella
John V. Fiorella (DE No. 4330)
ARCHER & GREINER
A Professional Corporation
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
Telephone: 302-777-4350
Facsimile: 302-777-4352
Email: jfiorella@archerlaw.com

3785816v1