## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ...................................................x | : | **Chapter 11** |
| **In re:** | : | |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY,** *et al.* | : | **Jointly Administered** |
| | : | |
| Debtors. | : | |
| | : | |
| ...............................................x | | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Catellus Development Corporation, a Delaware corporation ("Catellus"), hereby enters its appearance through its undersigned counsel in accordance with 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342 and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case be given to and served upon the following counsel:

Edward J. Tredinnick, Esq.
Greene Radovsky Maloney Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111
Phone: 415-981-1400
Fax: 415-777-4961
E-mail: etredinnick@greeneradovsky.com

PLEASE TAKE FURTHER NOTICE, that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted

or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of Catellus.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Catellus requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of the rights of Catellus to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or recoupments to which it may be entitled, which it expressly reserves.

DATED:  January 14, 2009                    GREENE RADOVSKY MALONEY SHARE &
                                            HENNIGH LLP


                                            /s/ Edward J. Tredinnick
                                            Edward J. Tredinnick,
                                            Attorneys for Catellus Development Corporation
                                            Four Embarcadero Center, Suite 4000
                                            San Francisco, CA  94111
                                            Phone:  415-981-1400
                                            Fax:  415-777-4961
                                            E-mail:  etredinnick@greeneradovsky.com

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, Four Embarcadero Center, Suite 4000, San Francisco, California 94111. On January 14, 2009, I served the following document(s) by the method indicated below:

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

☐ by transmitting via facsimile on this date from fax number (415) 777-4961 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

TO THE PARTIES ON THE ATTACHED EXHIBIT

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 14, 2009 at San Francisco, California.

/s/ Lynn Brady
Lynn Brady

44343/1000
EJT/356847.1

3

EXHIBIT

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West St., Suite 1200
Wilmington, DE 19801

United States Trustee
844 King St., Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market St., Suite 1800
Wilmington, DE 19801

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market St., Suite 1800
Wilmington, DE 19899