# EXHIBIT "A"

46429/0001-5275952v1

Mlm Contacts

| Property Name | Property Street | Property Street1 | Grouping | Property Type | Contact Type | Other Information | Company | Street | Street1 | City | State | Zip Code | City, State, Zip Code | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Denver 1425 Market St. | 1425 Market St. | Suite 220 | LA Times | Lease | Landlord | Default | 1425 Market, LLC | 1425 Market Street | | Denver | CO | 80202 | Denver, CO 80202 | United States |
| Columbia 10440 Little Tri | 10440 Little Patuxent Parkway, Suite 820 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord | Default | 30 CCC Business Trust | c/o General Growth Properties | Attn: Ron Gern, 110 North Wacker Drive | Chicago | IL | 60606 | Chicago, IL 60606 | United States |
| Bel Air 9 W Courtland St | 9 W Courtland St | | Balt Sun | Lease | Landlord | Default | 9 West Courtland Street LLC Abby Office Centers, | Turner Properties | 4685 Millennium Drive | Belcamp | MD | 21017 | Belcamp, MD 21017 | United States |
| Houston 5850 San Felipe | 5850 San Felipe | Suite 500 | LA Times | Lease | Landlord | Default | Tanglewood, Ltd. | 5850 San Felipe | 236 South Washington, Suite 212 | Houston | TX | 77057 | Houston, TX 77057 | United States |
| Naperville 55 South Main | 55 South Main St. | Suite 343 | CHI Trib | Lease | Landlord | Default | Block 418, LLC | c/o BBM Incorporated | | Naperville | IL | 60540 | Naperville, IL 60540 | United States |
| Baltimore 2 Hamil St | 2 Hamil St | Suites 200 and 215 | Balt Sun | Lease | Landlord Copy | Default | c/o The Rouse Company Catellus Development Corporation | The Village of Cross Keys, Inc., Attn: General Counsel | 10275 Little Patuxent Pkwy | Columbia | MD | 21044 | Columbia, MD 21044 | USA |
| Anaheim 4931 Landon Dr | 4931 East Landon Drive | | LA Times | Lease | Landlord | Default | Catellus Development Corporation | | | | CA | | CA | United States |
| Anaheim 4931 Landon Dr | 4931 East Landon Drive | | LA Times | Lease | Landlord Notice | Default | Daniel Cawley, Cawley Chicago Commercial Real Estate Company | Attn: Asset Management | 1065 N. PacifiCenter Drive; Suite 200 | Anaheim | CA | 92806 | Anaheim, CA 92806 | United States |
| Joliet 2115 Oak Leaf St. | 2115 Oak Leaf St. | | Tribune | Lease | Landlord | Default | | 1431 Opus Place | Suite 120 | Downers Grove | IL | 60515 | Downers Grove, IL 60515 | United States |
| Columbia 10440 Little Tri | 10440 Little Patuxent Parkway, Suite 820 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord Notice | Default | Columbia Management, Inc. | | | Columbia | MD | 21044-3559 | Columbia, MD 21044-3559 | United States |
| Columbia 10440 Little Tri | 10440 Little Patuxent Parkway, Suite 820 | Thirty Columbia Corporate Center | Balt Sun | Lease | Landlord Copy | Default | Columbia Management, Inc., c/o The Rouse Company | Attn: General Counsel | 10275 Little Patuxent Parkway | Columbia | MD | 21044 | Columbia, MD 21044 | United States |
| Ocean City 7200 Coastal H | 7200 Coastal Hwy # 210, 201 | | Balt Sun | Lease | Landlord | Default | Compass Resort Properties, LLC | 7200 Coastal Highway | | Ocean City | MD | 21842 | Ocean City, MD 21842 | United States |
| Laurel 555 Main St | 555 Main St | | Patuxent | Lease | Landlord | Default | Cooper & Cummings LLC | 585 Main Street, Unit 241 | | Laurel | MD | 20707 | Laurel, MD 20707 | United States |
| Old Saybrook 265 Main St. | 265 Main St. 316 St. John Street | | Hartford Homestead Morning Call | Lease | Landlord | Default | Cove Investments LLC, D and M Rentals, Inc. | 37 Westwood Drive | | Waterford | CT | 06385 | Waterford, CT 06385 | United States |
| Havre de Grace 316 St. Jo Quakertown 326 W. Broad S | 326 W. Broad St. | | Morning Call | Lease | Landlord | Default | David F. Smith, Jr. & Mary K. Smith Debbie Turner - Wife | 561 Maryland Ave. | | Perryville | MD | 21903 | Perryville, MD 21903 | USA |
| Bel Air 9 W Courtland St | 9 W Courtland St | | Balt Sun Morning Call | Lease | Landlord | Landlord Default - Joint | Cooper & Cummings LLC | 2030 Hillcrest Rd. | | Quakertown | PA | 18105 | Quakertown, PA 18105 | United States |
| Lehighton 179 Interchange | 179 Interchange Rd. | | | Lease | Landlord | Default | Elda P. Walker Robert Weiss, Evangelical Free Church of Huntington Beach | 358 Walnut Street | | | MD | | MD | United States |
| | | | | | | | | | | Lehighton | PA | 18235 | Lehighton, PA 18235 | United States |
| Huntington Beach 19895 Be Blvd. | 19895 Beach Blvd. | Suite 107 | LA Times | Lease | Landlord | Default | | 19891 Beach Blvd | Suite 205 | Huntington Beach | CA | 92648 | Huntington Beach, CA 92648 | United States |

| | | | | | | Mlm Contacts | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Williamsburg 1006 Richmon | 1006 Richmond Road | | Daily Press | Lease | Landlord | Default | First States Investors DB/SP, LP | 680 Old York Road | | Jenkintown | PA | 19046 | Jenkintown, PA 19046 | United States |
| Merrillville Tribune | 3803 E. Lincoln Highway | | Tribune | Lease | Landlord | Default | J.C. Penney Corporation, Inc. | Attn: Real Estate Counsel | | Dallas | TX | 75301-2105 | Dallas, TX 75301-2105 | United States |
| New Britain 40 South St. | 40 South St. | | Hartford | Lease | Landlord | Default | Knaus Realty Company | P.O. Box 10001 150 Production Court | | New Britain | CT | 06051 | New Britain, CT 06051 | United States |
| New York 60 E 42nd Street | 60 East 42nd Street | Suite 3007 | FSBO | Lease | Landlord | Default | Lincoln Building Associates LLC MacKenzie Commercial Real Estate Services LLC | c/o Newmark & Co. Real Estate, Inc. | 60 E. 42nd Street | New York | NY | 10165-0015 | New York, NY 10165-0015 | United States |
| Towson 29 Susquehanna | 29 W. Susquehanna Ave. | | Balt Sun | Lease | Landlord Copy | Default | | 2328 West Joppa Road, Suite 200 | | Lutherville | MD | 21093 | Lutherville, MD 21093 | United States |
| Dallas sales office (Nort | North Dallas Bank Building | Road, Suite 12900 Preston 615 | TMN | Lease | Landlord | Default | North Dallas Bank & Trust Company | 12900 Preston Road Suite 101 c/o Nottingham Management Company | | Dallas | TX | 75230 | Dallas, TX 75230 | United States |
| Towson 102 W. Pennsylvani | 102 W. Pennsylvania Ave. | Suite 305 | Balt Sun | Lease | Landlord | Default | Nottingham Properties, Inc. | 100 West Pennsylvania Ave. | | Towson | MD | 21204 | Towson, MD 21204 | United States |
| Miami 1390 Brickell Ave | 1390 Brickell Avenue, Suite 105 | Building Pacific National Bank | Sun Sent | Lease | Landlord | Default | Pacific National Bank | 1390 Brickell Avenue | | Miami | FL | 33131 | Miami, FL 33131 | United States |
| Miami 1390 Brickell Ave | 1390 Brickell Avenue, Suite 105 | Building Pacific National Bank | Sun Sent | Lease | Landlord | Rooftop | Pacific National Bank | Attn: Vice President/Administration | 1390 Brickell Avenue | Miami | FL | 33131 | Miami, FL 33131 | United States |
| Hampton Commerce Ctr | 8 Lockwood Drive | Hampton Commerce Center Formerly 1571-1573 | Daily Press | Lease | Landlord | Default | Phillips-Brown Partnership | Attn: Vernon R. Brown, General Partner | 220 Salters Creek Road | Hampton | VA | 23661 | Hampton, VA 23661 | United States |
| Miami 1452-54 NW 82nd Ave | 1452-54 NW 82nd Avenue | Suite 400 (formerly Suite 406 and formerly 205) | Sun Sent | Lease | Landlord | Default | PSBP Industrial, L.L.C. | | | | AB | | AB | United States |
| Bensenville 874 Eagle Dr. | 874 Eagle Drive | | Balt Sun | Lease | Landlord Landlord | Default | RREEF America Reit II Corp. D. | c/o RREEF Management Company | 1301 W. 22nd St., Suite 602 | Oak Brook | IL | 60523 | Oak Brook, IL 60523 | United States |
| Naperville 55 South Main | 55 South Main St. | Suite 343 | CHI Trib | Lease | Landlord Copy | Default | Samuel J. Tamkin | 165 North Canal St. Suite 1425 | | Chicago | IL | | Chicago, IL | United States |
| Annapolis 60 West St | 60 West Street | | Balt Sun | Lease | Landlord | Default | Sixty West L.P. | | | | MD | | MD | United States |
| Laguna Hills 23253 Via Ca | 23252 Via Campo Verde | | LA Times | Lease | Landlord | Default | Symbiont, L.P. The Cracchiolo Group, LP | 1936 E. Deere Avenue Suite 216 | | Santa Ana | CA | 92705 | Santa Ana, CA 92705 | United States |
| Delray Beach 3333 Congress Ave. | 3333 S. Congress Ave. | Suite 100 (formally Suite 240) | Sun Sent | Lease | Landlord | Default | The Freeman Family Revocable Trust, 09/05/1997 | | | | AB | | AB | United States |
| Riverside 3800 Orange St. | 3800 Orange Street | | LA Times | Lease | Landlord | Default | | PO Box 506 | | Riverside | CA | 92502 | Riverside, CA 92502 | United States |
| Ellicott City 8000 Main | 8000 Main St. | | Patuxent | Lease | Landlord | Default | The R/E Group | 5300 Dorsey Hall Drive, Suite 102 | | Ellicott City | MD | 21042 | Ellicott City, MD 21042 | United States |

| | | | | | | | Mlm Contacts | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Baltimore 2 Hamil St | 2 Hamil St | Suites 200 and 215 | Balt Sun | Lease | Landlord | Default | The Village of Cross Keys, Inc. Washington | P.O. Box 64071 c/o MacKenzie Management Corporation | | Baltimore | MD | 21264 | Baltimore, MD 21264 USA United States |
| Towson 29 Susquehanna | 29 W. Susquehanna Ave. | Suite 116 | Balt Sun | Lease | Landlord | Default | Avenue Limited Partnership, LLLP William B Dulany and Winifred S. | 2328 West Joppa Road, Suite 200 | | Lutherville | MD | 21093 | Lutherville, MD 21093 United States |
| Westminster 121 E. Main | 121 E. Main St. | | Patuxent Morning Call | Lease | Landlord | Default | Dulany | 1167 Old Taneytown Road | | Westminster | MD | 21158 | Westminster, MD 21158 United States |
| Bethlehem 515 Main St. | 515 Main St. | | | Lease | Landlord | Default | William Argeos | PO Box 1002 | | Bethlehem | PA | 18016 | Bethlehem, PA 18016 United States |
| New Britain 40 South St. | 40 South St. | | Hartford | Lease | Landlord Copy Landlord | Default | William W. Weber, Esq. Younkins & Schecter LLP | 24 Cedar St. Attn: Kathy A. Younkins, Esq. | | New Britain | CT | 06052 | New Britain, CT 06052 United States |
| New York 60 E 42nd Street | 60 East 42nd Street | Suite 3007 | FSBO | Lease | Copy | Default | | 420 Lexington Ave., Suite 2050 | | New York | NY | 10170 | New York, NY 10170 United States |

Page 3