## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 200** |

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 15, 2009 AT 1:30 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1.      Motion of the Debtors for an Order (I) Approving Cash Management Systems,
(II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the
Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting
Administrative Expense Status to Postpetition Intercompany Transactions (Filed
December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (1088); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

    (b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 11, 2008) (Docket No. 74)

    (c)    Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No. 126)

Objection Deadline: December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00 p.m. for the United States Trustee, JPMorgan, and the members of the Senior Lender Steering Committee and until January 27, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing. This matter will not be going forward.

2.    Application for an Order Authorizing  the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 139)

Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00 p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan, and the members of the Senior Lender Steering Committee, and until January 27, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing. This matter will not be going forward.

46429/0001-5221718v4

3.      Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 140)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00 p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan, and the members of the Senior Lender Steering Committee, and until January 27, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter will not be going forward.

4.      Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 141)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00 p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan, and the members of the Senior Lender Steering Committee, and until January 27, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter will not be going forward.

5.      Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 142)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00 p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan, and the members of the Senior Lender Steering Committee, and until January 27, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter will not be going forward.

46429/0001-5221718v4

6.      Application for an Order Authorizing Debtors to Retain and Employ
        PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent
        Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the
        Petition Date (Filed December 26, 2008) (Docket No. 143)

        Objection Deadline:  January 8, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00
        p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan,
        and the members of the Senior Lender Steering Committee, and until January 27, 2009 at
        4:00 p.m. for the Official Committee of Unsecured Creditors.

        Responses Received:  None at this time.

        Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter
                will not be going forward.

7.      Application for an Order Authorizing the Debtors and Debtors in Possession to Employ
        and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real
        Estate and Related Matters Pursuant to 11 U.S.C. § 327(e), *Nunc Pro Tunc* to the Petition
        Date (Filed December 26, 2008) (Docket No. 144)

        Objection Deadline:  January 8, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00
        p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan,
        and the members of the Senior Lender Steering Committee, and until January 27, 2009 at
        4:00 p.m. for the Official Committee of Unsecured Creditors.

        Responses Received:  None at this time.

        Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter
                will not be going forward.

8.      Application for an Order Authorizing Debtors and Debtors in Possession to Employ and
        Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11
        U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26,
        2008) (Docket No. 145)

        Objection Deadline:  January 8, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00
        p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan,
        and the members of the Senior Lender Steering Committee, and until January 27, 2009 at
        4:00 p.m. for the Official Committee of Unsecured Creditors.

        Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter
will not be going forward.

9.      Application for an Order Authorizing Debtors to Retain and Employ Daniel J. Edelman,
Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11
U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26,
2008) (Docket No. 146)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00
p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan,
and the members of the Senior Lender Steering Committee, and until January 27, 2009 at
4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter
will not be going forward.

10.     Application for an Order Authorizing Debtors to Employ and Retain Lazard Freres & Co.
LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§ 327(a),
328(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket
No. 147)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to January 21, 2009 at 4:00
p.m. for the United States Trustee, the Federal Communications Commission, JPMorgan,
and the members of the Senior Lender Steering Committee, and until January 27, 2009 at
4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status: This matter is adjourned to the February 3, 2009 omnibus hearing.  This matter
will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

11.  Motion of the Debtors for (I) an Order Authorizing, on an Emergency Basis, Payment of Certain Prepetition Claims of Critical Vendors and (II) an Order Authorizing, but not Directing, After Notice and a Hearing, the Debtors to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty Day Period Before the Petition Date (Filed December 8, 2008) (Docket No. 15)

Related Document(s):

(a)   Order Granting the Debtors' Motion for (I) an Order Authorizing, on an Emergency Basis, Payment of Certain Prepetition Claims of Critical Vendors and (II) an Order Authorizing, but not Directing, After Notice and a Hearing, Debtors to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty Day Period Before the Petition Date (Entered December 10, 2008) (Docket No. 60)

(b)   Notice of Entry of Order and Notice of Hearing Regarding Motion of the Debtors for (I) an Order Authorizing, on an Emergency Basis, Payment of Certain Prepetition Claims of Critical Vendors and (II) an Order Authorizing, but not Directing, After Notice and a Hearing, the Debtors to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty Day Period Before the Petition Date (Filed December 11, 2008) (Docket No. 78)

(c)   Certification of Counsel Regarding Order Granting the Debtors' Motion for an Order Authorizing, but not Directing, the Debtors to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors Within the Twenty Day Period Before the Petition Date (Filed January 13, 2009) (Docket No. 191)

(d)   **Order Granting the Debtors' Motion for an Order Authorizing, but not Directing, the Debtors to Pay Certain Obligations Arising in Connection with Goods Received by the Debtors within the Twenty Day Period Before the Petition Date (Entered January 13, 2009) (Docket No. 205)**

Objection Deadline:  December 29, 2008 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None.

**Status:    An Order granting the Motion was entered by the Court.  This matter will not be going forward.**

46429/0001-5221718v4

12.     Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c)(3) Authorizing
        the Implementation of an Employee Retention Plan (Filed December 24, 2008) (Docket
        No. 129)

        Related Document(s):

                (a)     Declaration of Chandler Bigelow III, Senior Vice President and Chief
                        Financial Officer of Tribune Company in Support of Debtors' Motion
                        (Filed December 24, 2008) (Docket No. 129)

                (b)     Certification of No Objection (Filed January 13, 2009) (Docket No. 195)

                **(c)     Order Authorizing Debtors, KWGN, Inc. and KPLR, Inc. to
                        Implement an Employee Retention Plan Pursuant to 11 U.S.C.
                        §§ 105(a), 363(b) and 503(c)(3) (Entered January 13, 2009) (Docket
                        No. 206)**

        Objection Deadline:  January 8, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on
        January 12, 2009 for the Official Committee of Unsecured Creditors and until 10:00 a.m.
        on January 13, 2009 for the United States Trustee.

        Responses Received:  None.

        **Status:     An Order granting the Motion was entered by the Court.  This matter
                    will not be going forward.**

13.     Motion for an Order Authorizing but not Directing Payment of Prepetition Contributions
        to Union Pension Plans and Continuation of Contributions Postpetition in the Ordinary
        Course (Filed December 24, 2008) (Docket No. 130)

        Related Document(s):

                (a)     Certification of No Objection (Filed January 13, 2009) **(Docket No. 197)**

                **(b)     Order Granting Debtors' Motion and Authorizing but not Directing
                        Payment of Prepetition Contributions to Union Pension Plans and
                        Continuation of Contributions Postpetition in the Ordinary Course
                        (Entered January 13, 2009) (Docket No. 207)**

        Objection Deadline:  January 8, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on
        January 12, 2009 for the Official Committee of Unsecured Creditors and the United
        States Trustee.

        Responses Received:  None.

46429/0001-5221718v4

**Status:** **An Order granting the Motion was entered by the Court. This matter will not be going forward.**

## UNCONTESTED MATTERS GOING FORWARD

14.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 363(b) and 363(c)(1) Authorizing, but not Requiring, the Debtors to Continue to Operate in the Ordinary Course, Including Payment of Prepetition Date Claims, with Respect to Brokers (Filed December 8, 2008) (Docket No. 12)

Related Document(s):

(a)    Order Granting the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 363(c)(1) Authorizing, but Not Requiring, the Debtors to Continue to Operate in the Ordinary Course, Including Payment of Pre-Petition Date Claims, with Respect to Brokers (Entered December 10, 2008) (Docket No. 59)

(b)    Notice of Entry of Order and Notice of Hearing Regarding Order Granting Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 363(c)(1) Authorizing, but not Requiring, the Debtors to Continue to Operate in the Ordinary Course, Including Payment of Prepetition Date Claims, with Respect to Brokers (Filed December 11, 2008) (Docket No. 79)

(c)    Supplemental Statement in Support of Debtors' Request for Authority, But Not Direction, to Pay Individual Employee Sales Representatives in Excess of $10,950 Cap (Filed January 13, 2009 (Docket No. 190)

Objection Deadline:  December 29, 2008 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None.

**Status:** **No objections were filed to this Motion. The Debtors have filed a Supplemental Statement in support of the relief sought in the Motion. The Debtors will present a modified order for the Court's consideration. This matter will be going forward.**

15.   Motion of the Debtors for an Order (I) Authorizing the Debtors to Guarantee an
      Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables
      and Related Rights Pursuant Thereto, (II) Authorizing the Debtors to Enter into a Letter
      of Credit Facility, (III) Modifying the Automatic Stay and (IV) Granting Other Related
      Relief Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2),
      364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code (Filed December 9, 2008)
      (Docket No. 19)

      Related Document(s):

            (a)   Joint Motion of the Debtors and Barclays Bank PLC for Entry of an Order
                  Authorizing to File Under Seal Certain Fee Letters (Filed December 9,
                  2008) (Docket No. 20)

            (b)   Notice of Filing (Filed December 9, 2008) (Docket No. 21)

            (c)   Interim Order Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m),
                  364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy
                  Code (1) Authorizing the Debtors to Guarantee an Amended
                  Securitization Facility and for Certain Debtors to Continue Selling
                  Receivables and Related Rights Pursuant Thereto, (2) Authorizing the
                  Debtors to Enter Into a Letter of Credit Facility, (3) Modifying the
                  Automatic Stay and (4) Granting Other Related Relief (Entered
                  December 11, 2008) (Docket No. 67)

            (d)   Notice of Entry of Interim Order and Notice of Final Hearing Regarding
                  Motion of the Debtors for an Order (I) Authorizing the Debtors to
                  Guarantee an Amended Securitization Facility and for Certain Debtors to
                  Continue Selling Receivables and Related Rights Pursuant Thereto,
                  (II) Authorizing the Debtors to Enter Into a Letter of Credit Facility,
                  (III) Modifying the Automatic Stay and (IV) Granting Other Related
                  Relief Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m),
                  364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy
                  Code (Filed December 11, 2008) (Docket No. 77)

            (e)   Notice of Filing Second Omnibus Amendment (Filed January 9, 2009)
                  (Docket No. 184)

            (f)   Notice of Filing Third Omnibus Amendment (Filed January 13, 2009)
                  (Docket No. 192)

46429/0001-5221718v4

      (g)     **Order Authorizing the Debtors and Barclays Bank PLC to File Under Seal Certain Fee Letters (Entered December 10, 2008) (Docket No. 62)**

Objection Deadline:  December 29, 2008 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued 10:00 a.m. on January 13, 2009 for the members of the Senior Lender Steering Committee, the Official Committee of Unsecured Creditors, JPMorgan and the Pension Benefit Guaranty Corporation.

Responses Received:  None.

**Status:   No objections were filed to this Motion.  The Debtors will present a revised Final Order for the Court's consideration.  This matter will be going forward.**

16.     Motion of Debtor Chicago Tribune Company for an Order Authorizing Entry Into a Postpetition Master Services Agreement with Dow Jones & Company, Inc. (Filed December 19, 2008) (Docket No. 106)

Related Document(s):

      (a)     Motion of Debtor Chicago Tribune Company for Entry of an Order Authorizing Chicago Tribune Company to File Under Seal an Unredacted Version of the Master Services Agreement with Dow Jones & Company, Inc. (Filed December 19, 2008) (Docket No. 107)

      (b)     Notice of Filing First Amendment to Master Services Agreement (Filed January 13, 2009) (Docket No. 198)

      (c)     **Certification of No Objection Regarding Motion of Debtor Chicago Tribune Company for Entry of an Order Authorizing Chicago Tribune Company to File Under Seal an Unredacted Version of the Master Services Agreement with Dow Jones & Company, Inc. (Filed January 14, 2009) (Docket No. 215)**

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None.

**Status:   The Debtors will present the order at the Hearing.  This matter will be going forward.**

46429/0001-5221718v4

17.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (Filed December 23, 2008) (Docket No. 128)

**Related Document(s):**

      **(a)**    **Certification of Counsel Regarding Motion of the Debtors for an Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (Filed January 14, 2009) (Docket No. 216)**

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None.

**Status:    A Certification of Counsel, together with a revised proposed form of order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.**

18.    First Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed December 26, 2008) (Docket No. 138)

**Related Document(s):**

      **(a)**    **Certification of Counsel Regarding Order Authorizing Debtors' First Omnibus Motion to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed January 14, 2009) (Docket No. 218)**

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:

      **(a)**    **Phillips-Brown Partnership's Objection to First Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (TBD)**

**Status:  The Debtors have withdrawn the motion as to the lease at 1201 Mateo Street, Los Angeles, CA.  A Certification of Counsel, together with a revised proposed form of order, was filed with the Court.  The matter will not be going forward unless otherwise directed by the Court.**

19.    Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code (Filed December 26, 2008) (Docket No. 148)

**Related Document(s):**

(a)    **Certification of Counsel Regarding Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code (Filed January 14, 2009) (Docket No. 217)**

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 10:00 a.m. on January 13, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None.

**Status:  A Certification of Counsel, together with a revised proposed form of order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.**

## CONTESTED MATTERS GOING FORWARD

20.    Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed December 8, 2008) (Docket No. 11)

Related Document(s):

(a)    Interim Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Entered December 10, 2008) (Docket No. 61)

      (b)      Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed December 11, 2008) (Docket No. 75)

Objection Deadline:  December 29, 2008 at 4:00 p.m.
On consent of the parties, the Objection Deadline was continued until 6:00 p.m. on January 12, 2009 for the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:

      (a)      Florida Power & Light Co., Potomac Electric Power Company, Delmarva Power & Light Company, Entergy New Orleans, Inc. and Entergy Louisiana LLC's Motion to Reconsider Interim Order of December 10, 2008 and Objection to Debtors' Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed December 23, 2008) (Docket No. 115)

      (b)      Objection of Certain Utility Companies to the Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed December 24, 2008) (Docket No. 131)

      (c)      Opposition of Pepco Energy Services, Inc. to Debtors' Motion for an Interim Order and a Final Order Pursuant to Sections 105(a) and 366 of the Bankruptcy Code (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment (Filed December 29, 2008) (Docket No. 149)

13

(d)     Florida Power & Light Co., Potomac Electric Power Co., Delmarva Power
        & Light Co., Entergy New Orleans, Inc. and Entergy Louisiana LLC's:
        Objection to Debtors' Motion for an Interim Order and a Final Order
        Pursuant to Sections 105(a) and 366 of the Bankruptcy Code
        (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing
        Service, (II) Deeming Utilities Adequately Assured of Future
        Performance, and (III) Establishing Procedures for Determining Adequate
        Assurance of Payment (Filed December 29, 2008) (Docket No. 152)

**(e)     Alternative Wastewater Systems, Inc.'s Response (TBD)**

**Status:  The Debtors have resolved the pending objections and will present a
revised Final Order to the Court at the Hearing.  This matter will be going
forward**.

## STATUS HEARING

21.   Motion for an Order Granting Debtors Additional Time to File Schedules of Assets and
      Liabilities and Statements of Financial Affairs (Filed December 8, 2008) (Docket No. 14)

      Related Document(s):

      (a)     Order Granting Debtors Additional Time to File Schedules And
              Statements of Financial Affairs (Entered December 10, 2008) (Docket No.
              58)

      (b)     Notice of Entry of Order and Notice of Status Hearing Regarding Motion
              for an Order Granting Debtors Additional Time to File Schedules of
              Assets and Liabilities and Statements of Financial Affairs (Filed
              December 11, 2008) (Docket No. 76)

      Responses Received:  None at this time.

      Status: This matter will be going forward as a status hearing only.

Dated: January 14, 2009

                                SIDLEY AUSTIN LLP
                                James F. Conlan
                                Bryan Krakauer
                                Janet E. Henderson
                                Kevin T. Lantry
                                Kenneth P. Kansa
                                One South Dearborn Street
                                Chicago, IL  60603
                                Telephone:  (312) 853-7000

                                        -and-

14

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 652-3131

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

15