## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **TRIBUNE COMPANY,** *et al.*, | ) | **Case No. 08-13141-KJC** |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST ON BEHALF OF PARTY OF INTEREST IAM LODGE 126

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of the International Association of Machinists, Lodge Number 126 (hereinafter "IAM Lodge No. 126"), party of interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon counsel identified below at the following address and further requests to be added to the Master Service List:

> Angie M. Cowan
> Allison, Slutsky & Kennedy, P.C.
> 230 W. Monroe Street, Suite 2600
> Chicago, IL 60606
> Tel: (312) 364-9400
> Fax: (312) 364-9410
> Email: cowan@ask-attorneys.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive IAM Lodge No. 126's: (1) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (2) right to a trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (3) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to with IAM Lodge No. 126 is or may be entitled to under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: January 15, 2009

Respectfully submitted,

Angie M. Cowan

By: /s/ Angie M. Cowan (6285970)

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606
Tel: (312) 364-9400
Fax: (312) 364-9410
Email: cowan@ask-attorneys.com

Attorney for IAM Lodge No. 126