IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **TRIBUNE COMPANY**, *et al.*, | ) | Case No. 08-13141-KJC |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that Party of Interest International Association of Machinists, Lodge No. 126's Notice of Appearance and Demand for Service of Papers and Request to be Added to the Master Service List was filed electronically and served upon those who receive electronic notification on January 15, 2009.

/s/ Angie M. Cowan (6285970)

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606
Tel: (312) 364-9400
Fax: (312) 364-9410
Email: cowan@ask-attorneys.com

Attorney for IAM Lodge No. 126