IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Thomas J. Moloney to represent Morgan Stanley Capital Services Inc., in the above-captioned matter.

Dated: December 23, 2008

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
Don A. Beskrone (I.D. #4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: ~~December ___, 2008~~
JANUARY 15, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

DKT. NO. 127

DT. FILED 12-23-08

## CERTIFICATION OF THOMAS J. MOLONEY TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of New York, and I am admitted to practice before the United States District Courts for the Southern, Eastern, and Northern Districts of New York, the United States Court of Appeals for the Second and Third Circuits and the United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Tel: (212) 225 2460
Fax: (212)225 3999
tmoloney@cgsh.com

2