## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF PHILLIP A. PROGER

Phillip A. Proger declares, pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney at law admitted and in good standing to practice law in the State of Ohio and the District of Columbia.

2.      I am a partner in the law firm of Jones Day ("Jones Day"), and I am duly authorized to make this declaration (the "Declaration") on behalf of Jones Day.  I make this Declaration, pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Procedure (the "Bankruptcy Rules"), in support of the Debtors' Application for an Order

Authorizing Debtors to Employ and Retain Jones Day As Special Counsel for Certain Litigation

Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date.  Unless

otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

## Scope Of Services to be Provided by Jones Day

3.      I understand that the Debtors are seeking to employ Jones Day to advise them

with respect to antitrust and commercial litigation matters, as well as with respect to other,

similar matters as the Debtors may request during the pendency of the chapter 11 cases

(collectively, the "Litigation Matters").  The Debtors' proposed engagement of Jones Day with

regard to the Litigation Matters is consistent with the measured scope of the Debtors'

engagement of Jones Day prior to the Petition Date, during which time Jones Day advised the

Debtors in connection with similar antitrust and commercial litigation matters.  Accordingly,

Jones Day is well-qualified to represent the Debtors in connection with the Litigation Matters as

special counsel in these chapter 11 cases in an efficient and effective manner.

4.      In order to minimize costs, Jones Day will work closely with the Debtors

and each of their other retained professionals as necessary to delineate clearly the professionals'

respective duties so as to prevent unnecessary duplication of services whenever possible.

## Payment of Jones Day's Fees and Expenses

5.      Subject to the Court's approval of the Application, Jones Day intends to

(a) charge for its legal services on an hourly basis in accordance with its ordinary and customary

hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and

necessary out-of-pocket expenses according to its customary reimbursement policies, which

Jones Day submits are reasonable.  Jones Day's hourly rates, which are attached as Schedule 3

hereto for those lawyers currently expected to spend significant time on these chapter 11 cases,

may change from time to time in accordance with Jones Day's established billing practices and procedures.

6.      Jones Day intends to maintain detailed, contemporaneous time records and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any additional procedures that may be established by the Court in these chapter 11 cases. Jones Day has agreed to accept as compensation such sums as may be allowed by the Court. Jones Day understands that interim and final fee awards are subject to approval by this Court.

**Jones Day Does Not Represent or Hold any Adverse Interest
With Respect to the Matters on Which it is to be Employed**

7.      The Debtors have provided Jones Day with a list of the names (collectively, the "Interested Parties") of individuals or institutions in the following categories:

    (a)    the Debtors and non-debtor affiliates;

    (b)    the current and former directors and officers of Tribune Company and other Debtors;

    (c)    the thirty largest consolidated unsecured creditors (consolidated);

    (d)    the prepetition lenders to the Debtors;

    (e)    the counterparties to hedging agreements;

    (f)    the professionals retained by prepetition lenders;

    (g)    the indenture trustee;

    (h)    the insurance carriers;

    (i)    the other professionals retained by the Debtors outside of the ordinary course of business;

    (j)    the major customers of the Debtors;

    (k)    the parties to significant litigation with the Debtors;

    (l)    the significant landlords of the Debtors;

(m)    the Judges on the United States Bankruptcy Court for the District of
       Delaware;

(n)    the Office of the United States Trustee;

(o)    the ESOP trustee;

(p)    the entities involved in leveraged ESOP transactions;

(q)    the significant former shareholders;

(r)    the major holders of phones;

(s)    the counterparties to recent significant asset dispositions;

(t)    the joint venture partners;

(u)    the equity method investments;

(v)    the former indenture trustees;

(w)    the agents under credit agreements; and

(x)    other parties.

The identities of the Interested Parties are set forth on Schedule 1 hereto.

8.    To check and clear potential conflicts of interest in these cases, as well as
determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their
creditors, other parties in interest, their respective attorneys and accountants, the United States
trustee (the "United States Trustee"), or any person employed in the office of the United States
Trustee, Jones Day researched its client database to determine whether it had any relationships
with Interested Parties.

9.    In preparing this Declaration, I used a set of procedures developed by
Jones Day to ensure compliance with the requirements of the Bankruptcy Code and the
Bankruptcy Rules regarding the retention of special counsel by a debtor under section 327(e) of
the Bankruptcy Code (the "Disclosure Procedures").  Pursuant to the Disclosure Procedures,
Jones Day performed the actions described below to determine whether Jones Day or any of its

attorneys has any connections with, or is currently representing potential parties in interest in these chapter 11 cases. In particular:

(a)     Jones Day compared each of the Interested Parties to the names that Jones Day maintains in its master client database created from its conflict clearance and billing records. Jones Day's client database includes (i) the name of each current or former client, (ii) the names of any entities materially related to, or materially adverse to, such current or former client, and (iii) the names of the Jones Day attorneys responsible for such current or former clients.

(b)     Any matches between the Interested Parties and the entities in Jones Day's client database were identified, reviewed and compiled for purposes of this Declaration. To the extent that Jones Day currently represents any Interested Parties or potential affiliates of Interested Parties in active matters, the identities of such entities are set forth on Schedule 2 hereto.

10.     The client connections listed on Schedule 2 hereto were reviewed by an attorney working under my supervision, and from such review it was determined that, in respect of each connection between Jones Day and such parties, Jones Day does not hold or represent an interest that is adverse to the Debtors' estates with respect to the matters for which Jones Day is proposed to be employed, as required by section 327(e) of the Bankruptcy Code.

11.     In addition to the foregoing, to the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day, nor any partner or associate thereof, has any connection with (a) the United States Trustee for the District of Delaware or any person employed by the Office of the United States Trustee; or (b) any creditors or other parties in interest that would be adverse to the Debtors or their estates with respect to the matters for which Jones Day seeks to be retained. As part of its practice, Jones Day appears in cases, proceedings, and transactions involving many different attorneys, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and other parties in interest in these cases. Jones Day is not aware of any relationship it has with any such attorneys, accountants, financial consultants, and

investment bankers that would be adverse to the Debtors or their estates with respect to the matters for which Jones Day is proposed to be retained. Jones Day has not and will not represent any such parties in relation to the matters for which Jones Day is proposed to be retained by the Debtors.

12.    To the best of my knowledge, information and belief, Jones Day does not hold or represent an interest adverse to the Debtors or their respective estates in the matters for which Jones Day is proposed to be retained. Accordingly, I believe that Jones Day satisfies the requirements for employment as special counsel pursuant to section 327(e) of the Bankruptcy Code.

13.    Despite the efforts described above to identify and disclose Jones Day's connections with parties in interest in these chapter 11 cases, entities that are not currently identified as Interested Parties, but may nonetheless be or later become parties in interest in these chapter 11 cases, would not be disclosed in this Declaration. Accordingly, if Jones Day discovers additional information regarding Interested Parties that requires disclosure, it will submit a supplemental disclosure to the Court containing such additional information.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____, 2009

_____
Phillip A. Proger, Esq.

**Schedule 1**

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
WILLIAM STINEHART, JR.
Scott Sullivan
Laura L. Tarvainen

3

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

### PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

CHI-1685387v3

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home - Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

CHI-1685387v3

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

9

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub,
LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon
Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK
OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

11

**Schedule 2**

## SCHEDULE 2

### TRIBUNE COMPANY, *ET AL.*

### SCHEDULE OF INTERESTED PARTIES THAT CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED JONES DAY IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| 220 News LLC c/o The Witkoff Group LLC | Significant Landlord | • The Witkoff Group LLC is a participant in a joint venture with current client *Ajwad Alliance, Inc.* |
| 40/86 Advisors, Inc. (f/k/a Conseco Capital Management) | Prepetition Lender | • 40/86 Advisors, Inc. (f/k/a Conseco Capital Management) is a member of former client Avado Brands Creditors' Committee (closed 2006). |
| ABN Amro Holdings N.V. | Prepetition Lender | • In 2007 current clients *The Royal Bank of Scotland Group Plc*, *Banco Santander S.A.*, f/k/a Banco Santander Central Hispano Group and Fortis S.A. formed a consortium that acquired a majority ownership interest in ABN Amro;<br><br>• Affiliate companies *ABN AMRO Bank N.V. Niederlassung Deutschland*, *Venture Finance Plc*, *Loparex, Inc.*, *ABN Amro Rothschild*, *ABN AMRO Bank N.V., Sucursal En Espana* and *ABN AMRO Bank NV* are current clients; |

---

[1] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • New affiliated companies **Banco Espanol De Credito (Banesto)**, **Interbanca S.p.A..** and **Fortis Bank** are current clients; |
| | | • New affiliated company Banco Santander De Negociones S.A. is: (a) a stockholders of current client **Vista Capital De Expansion, S.A., S.G.E.C.R.**; and (b) the principal shareholder of current client **Vista Compania De Inversion, S.A.**; |
| | | • New affiliated company Vista Desarrollo, S.A. is a stockholder of current client **Adherbal Global, S.L.**; |
| | | • Affiliate company ABN AMRO Bouwfonds N.V.(f/k/a Bouwfonds Property Finance B.V.), which became a former client in 2006, was acquired by to SNS REAAL Groep N.V. and changed its name to SNS Property Finance, a former client (closed 2007); |
| | | • Affiliate company ABN AMRO is a member of former client Global Village Telecom Ad Hoc Committee (closed 2006); |
| | | • Affiliate company ABN AMRO Incorporated is the employer of an individual who is a current Jones Day client; |
| | | • Affiliate companies ABN AMRO Equities Spain S.A. Sociedad De Valores Y Bolsa (closed 2006) and ABN Amro Bank N.V., Chicago Branch, ABN Amro Participates BV and its co-client Credit Agricole Private Equity (all closed 2008) are former clients; |
| | | • New affiliated companies BSCH Factoring Y Confirming S.A. E.C.F. and Fortis Investment Management (both closed 2006); and Fortis Commercial Finance Ltd., Fortis Bank NV-SA, and Fortis Bank UK Limited, (all closed 2007) are former clients; |
| | | • New affiliate company Fortis Real Estate is the parent of former client Interparking Group (closed 2007); |
| | | • New affiliate company Fortis Benefits Insurance Company is a stockholder of former client Great Lakes REIT (closed 2006); and |
| | | • *See also* entry below for **The Royal Bank of Scotland Plc** regarding disclosure relating to new parent company **The Royal Bank of Scotland Group Plc**. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ace American Insurance Company | Insurer | • Ace American Insurance Company is a stockholder of current client *International Automotive Components Group LLC*; and<br>• Related entity Montgomery Ward, Trustee In Care of Ace Insurance Company is a former client (closed 2007). |
| Aegon USA Investment Management | Prepetition Lender | • Affiliate company Transamerica Life Insurance is a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders*. |
| AIG Global Investment Corporation | Prepetition Lender | • AIG Global Investment Group is a former client (closed 2007);<br>• Parent company American International Group, Inc. (AIG) is: (a) the parent of Sun America, the employer of an individual who is a current Jones Day client; and (b) a member of former client Ad Hoc Group of Noteholders of Kirker Enterprises (closed 2006); and<br>• *See also* entry below for Illinois National Insurance Company; and Lexington Insurance Company regarding related disclosure. |
| Alcentra, Inc. | Prepetition Lender | • Parent company The Bank of New York Mellon Corporation is: (a) a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*; (b) a member of former client Trico Marine Bank Group II (closed 2006); and (c) a stockholder of current client *FLYi, Inc.*; and<br>• *See also* entries below for *The Bank of New York* and Canadian Imperial Bank of Commerce regarding related disclosure. |
| Alvarez & Marsal North America LLC | Debtors' Professional | • Affiliate companies *Alvarez & Marsal Holdings LLC, Alvarez & Marsal Development LLC* and *Alvarez & Marsal Asia Limited* are current client; and<br>• Affiliate company Alvarez & Marsal Deutschland GmbH is a former client (closed 2006). |
| American Express Company | Major Customer | • Affiliated company *American Express Bank* is a current client. |
| *American Painting & Janitorial Company, Inc.* (a/k/a AP&J) | Party to Significant Litigation with the Debtors | • *American Painting & Janitorial Company, Inc.* (a/k/a AP&J) is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Angelo Gordon & Co., L.P.* | Prepetition Lender | • *Angelo Gordon & Co., L.P.* is a current client. |
| Arco Gas Station (name given) | Party to Significant Litigation with the Debtors | • Arco is a subsidiary of former client BP P.L.C. (closed 2008). |
| Ares Management LLC | Prepetition Lender | • Ares Management LLC is a member of current client *Bi-Lo Ad Hoc Committee*; <br><br> • Affiliate company *Ares Capital Management Pty Limited d/b/a Resmark International* is a current client; and <br><br> • Affiliate company Kinetic Systems, Inc. is a former client (closed 2006). |
| *AT&T, Inc.* | Major Customer | • *AT&T, Inc.* is: (a) a current client; (b) affiliated with an individual who is a former Jones Day client (closed 2008); and (c) the employer of an individual who is a current Jones Day client (opened 2008); <br><br> • Affiliate companies *AT&T California*, *AT&T Mobility LLC* (f/k/a Cingular Wireless LLC), *Ameritech Publishing, Inc.* and *Sterling Commerce, Inc.* are current clients; <br><br> • Affiliated entity AT&T Pension Trust is a partner in current client *Morgan Stanley RE Fund II*; and <br><br> • Affiliated entity AT&T Master Pension Trust is a limited partner in current client *MS Real Estate Fund, Inc.* |
| Babson Capital Management LLC | Prepetition Lender | • Affiliate company *Babson Capital Europe Limited* is a current client; <br><br> • Parent company Massachusetts Mutual Life Insurance Company is: (a) a former client (closed 2008); (b) a stockholder of current client *Doskocil Manufacturing Company, Inc*; and (c) a member of former client Ad Hoc Committee of Certain Wornick Company Bondholders (closed 2008); and <br><br> • Affiliate company Cornerstone Real Estate Advisers, Inc. is a former client (closed 2006). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Bank of America, N.A. | Prepetition Lender; Major Customer and Agent Under Credit Agreement | • Parent company and current client **Bank of America Corporation** is: (a) the pending acquirer of current client **Merrill Lynch & Co.** and its affiliate companies; (b) a stockholder of current client **Giant Industries, Inc.**; (c) a current and/or former member of current client **Murray Energy Ad Hoc Committee**; and (d) the parent of former client BA Capital Advisors Limited (closed 2007); and <br> • *See also* entries below for Countrywide Financial Corporation and **Merrill Lynch & Co.**; Merrill Lynch Capital Corporation regarding related disclosure. |
| Bank of Montreal Trust Company | Former Indenture Trustee | • Affiliate company **Harris N.A.** (d/b/a BMO Financial Group) is a current client. |
| *The Bank of New York* | Former Indenture Trustee | • **The Bank of New York** is a current client; <br> • Parent company The Bank of New York Mellon Corporation, the successor in interest following the merger of former parent company The Bank of New York, Co. Inc. and current client **Mellon Financial Corporation**, is: (a) a member of current client **Allegheny Health Education Research Foundation (AHERF) Creditors' Committee**; (b) a member of former client Trico Marine Bank Group II (closed 2006); and (c) a stockholder of current client **FLYi, Inc.**; <br> • Affiliate company Alcentra is affiliated with current client **Ad Hoc Committee of Autodis Mezzanine** Bondholders; <br> • Affiliate company **Fursa Alternative Strategies LLC** (f/k/a Mellon HBV Alternative Strategies LLC) is a current client; and <br> • *See also* entry above for Alcentra, Inc. and entry below for Canadian Imperial Bank of Commerce regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Barclays Bank Plc*<br><br><br><br>*Barclays Capital, Inc.* | Prepetition Lender;<br><br>and<br><br>Agent Under Credit Agreement<br><br>Largest Unsecured Creditors;<br><br>and<br><br>Counterparty to Hedging Agreement | • *Barclays Capital, Inc.*, *Barclays Bank Plc* and affiliate companies *Barclays Bank S.A.* and *Fives* are current clients;<br><br>• Affiliate company Barclays Unquoted Investments Limited is a stockholder of current client *Enigma Holidays Limited*;<br><br>• Affiliate company Barclays Capital Real Estate is a participant in a joint venture with current client *Westbrook Real Estate Fund VI*; and<br><br>• Affiliate company Barclays Global Investors, N.A. is a stockholder of current client *FLYi, Inc.* |
| *Bear Stearns & Co., Inc.*; and Bear Stearns Asset Management | Prepetition Lenders | • *Bear Stearns & Co., Inc.* and parent company *JPMorgan Chase, National Association* are current clients;<br><br>• Former parent company Bear Stearns Companies, Inc. is a member of former client Trico Marine Bank Group II (closed 2006);<br><br>• Affiliate company Bear Stearns International Limited is a former client (closed 2006); and<br><br>• *See also* entries below for *JPMorgan Chase Bank, N.A.*; JPMorgan Securities, Inc. and Washington Mutual, Inc. regarding related disclosure. |
| Cablevision (name given) | Major Customer | • To the extent it is the named party in interest, *Cablevision Systems Corporation* is a current client; and<br><br>• *See also* entry below for Star Community Publishing Group LLC regarding related disclosure. |
| Canyon Capital Advisors LLC | Prepetition Lender | • Canyon Capital Advisors LLC is:<br>(a) a former client (closed 2007); and<br>(b) a member of current client *Ad Hoc Committee of Bondholders of Caraustar Industries, Inc.* |
| Capitalsource Finance LLC | Prepetition Lender | • Affiliate company *Capitalsource Europe Limited* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Canadian Imperial Bank of Commerce | Prepetition Lender | • Parent company The Bank of New York Mellon Corporation, which has a 50% ownership interest in affiliate company CIBC Mellon Trust Company, is: (a) a member of current client ***Allegheny Health Education Research Foundation (AHERF) Creditors' Committee***; (b) a member of former client Trico Marine Bank Group II (closed 2006); and (c) a stockholder of current client ***FLYi, Inc.***; and<br><br>• *See also* entries above for Alcentra, Inc. and ***The Bank of New York*** regarding related disclosure. |
| ***Careerbuilder LLC*** | Equity Method Investment | • Parent company Gannett Company, Inc, is a former client (closed 2008); and<br><br>• *See also* entries below for Gannett Company, Inc., ***The McClatchy Company, Inc.***, MediaNews Group, Inc., ***Tribune Company*** and WATL LLC regarding related disclosure. |
| Catellus Development Corporation | Significant Landlord | • Catellus Development Corporation is a former client (closed 2006). |
| CBS Broadcasting, Inc.; and CBS Radio, Inc. | Parties to Significant Litigation with the Debtors | • Parent company ***Viacom, Inc.*** is a current client;<br><br>• Affiliated company ***CBS Corporation*** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2006); and<br><br>• *See also* entries below for Paramount Pictures Corporation and Viacom – Paramount Pictures regarding related disclosure. |
| Chimney Rock Value Fund, L.P. | Prepetition Lender | • To the extent it is related to the named party in interest, an company named Chimney Rock Holdings, Inc. is a stockholder of current client ***Kaiser Aluminum Corporation & Kaiser Aluminum and Chemical Corporation***. |
| Chubb Atlantic Indemnity Ltd.; Executive Risk Indemnity, Inc.; and Federal Insurance Company | Insurers | • Parent company The Chubb Corporation is a former client (closed 2006); and<br><br>• Federal Insurance Company is a stockholder of current client ***International Automotive Components Group LLC***. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Circuit City (name given) | Major Customer | • To the extent it is the named party in interest, Circuit City Stores, Inc. is a former client (closed 2007). |
| CIT Group Incorporated | Prepetition Lender | • Affiliate companies **CIT Developments Limited**, **CIT Europe Limited** and **CIT Group/Business Credit** are current clients; and<br><br>• Affiliate company CIT Group/Equipment Financing, Inc. is a former client (closed 2007). |
| Citadel (name given) | Major Phone Holder | • To the extent any one of the following entities is the named party in interest or related to the named party in interest, **Citadel Investment Group LLC** and **Citadel Solutions LLC** are current clients; and Citadel Broadcasting Corporation is a former client (closed 2007); and<br><br>• An entity named Citadel Investments Partners is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008). |

-8-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Citibank, N.A.<br><br>Citigroup Financial Products, Inc.<br><br>***Citigroup, Inc.***<br><br>Citigroup Global Markets, Inc. | Former Indenture Trustee<br><br>Prepetition Lender<br><br>Major Customer<br><br>Agent Under Credit Agreement | • Citigroup Financial Products, Inc. is:(a) a stockholder of current client ***International Automotive Components Group, Inc.***; and (b) a former affiliated entity of former client First United Asset Management Co., Ltd. (closed 2007);<br><br>• Parent company ***Citigroup, Inc.*** is a current client;<br><br>• Affiliate companies ***Citigroup Global Markets Asia Limited***, ***Citigroup Global Markets Limited***, ***Honma Golf Co., Ltd.***, ***Nikko Cordial Corporation*** and ***TST George V SARL*** are current clients;<br><br>• Affiliate company National Benefit Life Insurance is a member of current client ***Ad Hoc Committee of Thomson S.A. Noteholders***;<br><br>• Affiliate company Citicorp Venture Capital is a former stockholder of former client Hancor Holding Corporation (closed 2008);<br><br>• Affiliate companies Citigroup Global Markets Holdings, Inc. and Salomon Smith Barney Hong Kong Limited are former clients (both closed 2006); and<br><br>• *See also* entry below for GMAC LLC; GMAC Residential Capital; GMAC IM regarding related disclosure. |
| ***Contrarian Capital Management LLC*** | Prepetition Lender | • ***Contrarian Capital Management*** is: (a) a current client; and (b) an investor in current client ***International Coal Group, Inc.*** |

-9-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Countrywide Financial Corporation | Major Customer | • Countrywide Financial Corporation is a former client (closed 2007); <br><br> • Parent company and current client ***Bank of America Corporation*** is: (a) the pending acquirer of current client ***Merrill Lynch & Co.*** and its affiliate companies; (b) a stockholder of current client ***Giant Industries, Inc.***; (c) a current and/or former member of current client ***Murray Energy Ad Hoc Committee***; and (d) the parent of former client BA Capital Advisors Limited (closed 2007); and <br><br> • *See also* entry above for Bank of America, N.A. and entry below for ***Merrill Lynch & Co.***; Merrill Lynch Capital Corporation regarding related disclosure. |
| CP Chrysler Factory; CP Dodge Dealer Associations; and CP Jeep/Eagle Dealer Associations | Major Customers | • Former parent company DaimlerChrysler Corporation, a former subsidiary of ***Daimler AG***, was a client prior to the sale of a majority interest in current client ***Chrysler LLC*** to Cerberus Capital Management, L.P. ***Daimler AG*** has been a client with respect to matters unrelated to ***Chrysler LLC***; <br><br> • Parent company Cerberus Capital Management, L.P. is: (a) a stockholder of current client ***BlueLinx Holdings, Inc.***; (b) the ultimate parent of current client ***Albertson's LLC***; (c) the lead investor in a consortium that owns a controlling interest in current client ***GMAC Financial Services***; and (d) a stockholder of former client Property One GmbH (closed 2008); and <br><br> • Ultimate parent company ***Cerberus Partners L.P.*** is: (a) a current client; and (b) a stockholder of former client HQ Global Holdings, Inc. (closed 2007). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Credit Suisse Asset Management; and Credit Suisse Group AG | Prepetition Lenders | • Parent company Credit Suisse Group AG is: (a) a partner of current client *Meadowlands Xanadu*; and (b) a stockholder of current client *Performance Transportation Services, Inc.*; <br>• Affiliate companies Credit Suisse Global Private Real Estate and Credit Suisse Guernsey Branch are limited partners of current client *Limited Partner Group of New City Asia Partners*; <br>• Affiliate company *CS First Boston, Inc.* (a/k/a *Credit Suisse First Boston*) is: (a) a current client; and (b) a member of former client Yandel Committee of Hedge-Counterparties (closed 2006); and <br>• Affiliate companies *Credit Suisse Securities (Europe) Limited*, *Credit Suisse (Hong Kong) Limited* and *Select Portfolio Servicing, Inc.* are current clients. |
| *Davidson Kempner Capital Management LLC* | Prepetition Lender | • *Davidson Kempner Capital Management LLC* and affiliate company *Davidson Kempner European Partners LLP* are current clients. |
| *Davis, Polk, & Wardwell* | Professional Retained by Prepetition Lenders | • *Davis, Polk & Wardwell* is a current client. |
| Delaware Management Business Trust | Prepetition Lender | • Affiliate company Delaware Investments is a member of former client Avado Brands Creditors' Committee (closed 2006). |
| *Dell, Inc.* | Major Customer | • Parent company *Dell, Inc.* is a current client. |

-11-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Deutsche Bank AG*<br><br>Deutsche Bank National Trust Company | Prepetition Lender<br><br>Largest Unsecured Creditors<br>and<br><br>Indenture Trustee | • *Deutsche Bank AG* is: (a) a current client; (b) the parent of Deutsche Bank National Trust Company; (c) the parent of Pyramid Ventures, a minority interest owner of current client *Geobiotics LLC*; (d) a member of former client Ad Hoc Committee of Geo Specialty Chemicals, Inc. (closed 2008); (e) a participant in a joint venture with current client *Orix Corporation*; (f) a stockholder of current client *WHX Corporation*; (g) the former parent of Deutsche Bank Venture Capital, a major stockholder of current client *Timebase Pty Limited*; (h) the ultimate parent of former client DB Trust Company Limited Japan (closed 2007); (i) the employer of an individual who is a former Jones Day client (closed 2008); (j) an investor in former client Branders.Com, Inc. (closed 2006); and (k) a member of former client Orbimage Investor Group (closed 2006);<br><br>• Affiliate companies *Deutsche Bank, New York Branch*, *Deutsche Bank International (Asia) Limited*, *Deutsche Bank AG, Taipei Branch* and *Ald Autoleasing D GmbH* are current clients;<br><br>• Affiliate company *Deutsche Bank Trust Company Americas* is: (a) a current client; and (b) a stockholder of current client *International Automotive Components Group LLC*;<br><br>• Affiliate company *Deutsche Bank AG, Hong Kong Branch* is a current client and a co-client with current client *DB Trustees (Hong Kong) Limited*;<br><br>• Affiliate company *Deutsche Bank AG, London Branch* is: (a) a current client; and (b) a minority interest owner of current client *Deutsche Software Limited*;<br><br>• Affiliate company Deutsche Bank Securities, Inc. is a member of former client Global Village Telecom Ad Hoc Committee (closed 2006);<br><br>• Affiliate company DB Capital Partners is a former stockholder of former client Redfern Photonics Pty Ltd. (closed 2007); and<br><br>• Affiliate companies Deutsche Bank AG-South Africa Group (closed 2006), Deutsche Bank Capital Markets (closed 2007) and Deutsche Equities India Pvt. Ltd. (closed 2008) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Disney – Buena Vista | Major Customer | • Related entity **The Special Committee of the Board of Directors of The Disney Company** is a current client. |
| Domino's Pizza | Major Customer | • Domino's Pizza is affiliated with current client **Higa Industries Co., Ltd.** |
| Dunkin Donuts | Major Customer | • Dunkin Donuts is a trade style for current client **Dunkin' Brands, Inc.** |
| **Duquesne Capital Management LLC** | Prepetition Lender | • **Duquesne Capital Management LLC** is: (a) a current client; and (b) a general partner of current client **Juggernaut Fund, L.P.** |
| Eaton Vance Management, Inc. | Prepetition Lender | • Affiliated entity **South Asia Portfolio** is a current client. |
| **Elite Labor Services Ltd.** (a/k/a Elite Staffing, Inc.) | Party to Significant Litigation with the Debtors | • **Elite Labor Services Ltd.** (a/k/a/ Elite Staffing, Inc.) is a current client. |
| Elliott Management Corporation | Prepetition Lender | • Affiliate company **Elliott Advisors (Asia) Limited** is a current client. |
| Equity Group Investments LLC | Other Related Party | • Equity Group Investments LLC is affiliated with current client **Equity International Management LLC.** |
| **Farallon Capital Management LLC** | Prepetition Lender | • **Farallon Capital Management LLC** is a current client. |
| Fidelity Investment/Fidelity Mutual Fund Company; and Fidelity Investments | Prepetition Lenders | • Fidelity Investments is a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); <br><br> • Parent company FMR Corporation is: (a) a stockholder of current client **BJ Services Company USA**; and (b) along with affiliate companies Fidelity Management & Research Company and Fidelity Management Trust, a stockholder of current client **Harman International Industries, Incorporated**; <br><br> • Affiliate companies **Fidelity Investments Money Management, Inc.** and **Fidelity Equity Partners** are current clients; and <br><br> • Affiliate company Fidelity Capital Group Holdings LLC is affiliated with former client Wall Street Computer Solutions (closed 2006). |
| FIG LLC | Prepetition Lender | • Affiliate company **FIG Partners LLC** is a current client. |

CHI-1686226v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Franklin Advisers, Inc.; Franklin Mutual Advisers LLC; and Franklin Templeton Investment Management Ltd. | Prepetition Lenders | • Franklin Advisers, Inc. is a former client (closed 2008);<br><br>• Franklin Mutual Advisers LLC is: (a) a participant in a joint venture with current client *International Automotive Components Group North America*; and (b) has an ownership in former client International Automotive Components Group Brazil (closed 2008);<br><br>• Affiliate company *Franklin Templeton Investments* is a current client;<br><br>• Affiliate company Franklin Templeton Real Estate Advisors is a limited partner of current client *Limited Partner Group of New City Asia Partners*;<br><br>• Affiliate company Franklin Resources/Templeton is a stockholder of current client *Proliance International, Inc.*;<br><br>• Related entities Franklin Mutual Beacon Fund of Franklin Templeton Investment Fund, Franklin Mutual Recovery Fund Limited, Franklin Mutual Shares Fund of Franklin Templeton Funds and Franklin Mutual Global Discovery Fund of Franklin Investment Funds are stockholders of current client *International Automotive Components Group, Inc.*; and<br><br>• Affiliate company Franklin Templeton is a former client (closed 2008). |
| *FTI Consulting, Inc.* | Professional Retained by Prepetition Lenders | • *FTI Consulting, Inc.* is a current client. |
| Gannett Company, Inc. | Counterparty to Recent Significant Asset Disposition<br><br>and<br><br>Joint Venture Partner | • Gannett Company, Inc. is: (a) a former client (closed 2008); and (b) a partner in current clients *Careerbuilder LLC* and *Classified Ventures LLC*; and<br><br>• *See also* entry above for *Careerbuilder* LLC; and entries below for *The McClatchy Company, Inc.*, MediaNews Group, Inc., *Tribune Company* and WATL LLC regarding related disclosure. |

CHI-1686226v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GE Asset Management, Inc.; and General Electric Capital Corporation<br><br>GE – Vivendi Universal | Prepetition Lenders<br><br>Major Customer | • General Electric Capital Corporation is a member of current client *Ad Hoc Committee of Lenders to Euramax*;<br><br>• Parent company *General Electric Co., Inc.* is: (a) a current client; (b) the employer of an individual who is a current Jones Day client (opened 2008); and (c) a participant in a joint venture with former client NVC Industrial Development Co. Ltd. (closed 2008);<br><br>• Affiliate company *Genworth Mortgage Insurance Corporation*, f/k/a former client General Electric Mortgage Insurance Corporation (closed 2006), is a current client;<br><br>• Affiliated company *Vivendi S.A.* is: (a) a current client; and (b) the parent of current clients *LBF Australia Pty Ltd.* and *SFR*;<br><br>• Affiliate company Vivendi Universal is the parent of former client UMG Manufacturing & Logistics, Inc. (closed 2006);<br><br>• Affiliate company GE Supply is the employer of two individuals who are former Jones Day clients (both closed 2007);<br><br>• Affiliate company Benchmark Limited is a former client (closed 2006); and<br><br>• Affiliate company Jamestown Insurance Co., Ltd. is a stockholder of former client Oil Insurance Limited (closed 2006). |
| GEICO | Major Customer | • Affiliate companies *Netjets, Inc.*, *The Scott Fetzer Company* and *Kolnische Ruckversicherungs* are current clients;<br><br>• Parent company Berkshire Hathaway, Inc. is a stockholder of current client *USG Corporation*; and<br><br>• Affiliate company Johns Manville International, Inc. is a former client (closed 2008). |
| *General Mills, Inc.* | Major Customer | • *General Mills, Inc.* is a current client. |
| Glaxo Smith Kline Beecham Welcome (n/k/a GlaxoSmithKline Plc) | Major Customer | • Affiliate company *GlaxoSmithKline (China) R&D Company Limited* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| GM Pension Plan<br><br>**General Motors Corporation (GM)**; GM Chevy Dealer Associations; and GM Chevy Factors; | Prepetition Lender<br><br>Major Customers | • Related entity General Motors Pension Trust is a partner in current client **Morgan Stanley RE Fund II** and a limited partner in current client **MS Real Estate Fund, Inc.**;<br><br>• Parent company **General Motors Corporation** is: (a) a current client; (b) a 49% owner of affiliate company **GMAC Financial Services**; (c) a participant in a joint venture with current client **Toyota Motor Corporation** known as former client New United Motor Manufacturing, Inc. (NUMMI) (closed 2008); (d) the employer of an individual who is a current Jones Day client (opened 2006); (e) affiliated entity of former client Deskom (closed 2008); and (f) a majority owner of former client Dmax, Ltd. (closed 2007);<br><br>• In 2006 **General Motors Corporation** sold a 51% interest in GMAC as a whole to a consortium led by Cerberus FIM Investors LLC and other investors, including a private equity arm of current client **Citigroup, Inc.**, current client **Aozora Bank of Japan**; and a subsidiary of current client **The PNC Financial Services Group, Inc.**; and also completed the sale of a 78% ownership interest in its subsidiary, GMAC Commercial Mortgage Corporation (n/k/a affiliate company and client **Capmark Financial Group, Inc.**) to a private investment group that included Kohlberg, Kravis, Roberts & Co., Five Mile Capital Partners and Goldman Sachs Capital Partners L.P.;<br><br>• Affiliate company GMAC-RFC Bank GmbH is a former client (closed 2006);<br><br>• New affiliated company Kohlberg, Kravis, Roberts & Co. is a stockholder of current client **NXP Semiconductors USA, Inc.** and of WKI Holding Company, Inc., the parent of former client World Kitchen, Inc. (closed 2008);<br><br>• New affiliated company Five Mile Capital Partners LLC is a participant in a joint venture with current client **The Townsend Group**; and |

-16-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • *See also* entries above for CP Chrysler Factory; CP Dodge Dealers Associations; CP Jeep/Eagle Dealer Associations and Citibank, N.A. regarding disclosure related to new affiliated entities **Citigroup, Inc.** and Cerberus; and entries below for Goldman Sachs Asset Management; Goldman Sachs Group, Inc.; **Goldman Sachs & Co.** and **National City Corporation** for disclosure related to new affiliated entities **The PNC Financial Services Group, Inc.** and Goldman Sachs Credit Partners, L.P. |
| Goldman Sachs Asset Management; and Goldman Sachs Group, Inc.<br><br>**Goldman Sachs & Co.** | Prepetition Lenders<br><br>Entity Involved in Leveraged ESOP Transaction | • **Goldman Sachs & Co.** is: (a) a current client; (b) a stockholder of current clients **Osyka Corporation** and **International Automotive Components Group, Inc.**; and (c) along with affiliate company and former client J. Aron & Company U.K. (closed 2008), a member of former client Yandel Committee of Hedge-Counterparties (closed 2006);<br><br>• Parent company Goldman Sachs Group, Inc. is: (a) a stockholder of current client **Healthmarkets, Inc.**; (b) a participant in a joint venture that has an ownership interest in current client **Goldman Sachs Gao Hua Securities Company Ltd.**; and (c) an investor in current client **Sun Edison LLC**;<br><br>• Affiliate company **Goldman Sachs International** is a current client;<br><br>• Affiliate company **Goldman Sachs (Singapore) Pte.** is a current client and co-client with current client **Kotak Mahindra Capital Company**;<br><br>• Affiliate company Goldman Sachs Capital Partners is: (a) a co-owner of current client **Education Management Corporation**; and (b) a participant in a joint venture that owns current client **Cooper Standard Automotive Group**;<br><br>• Affiliate company GS Capital Partners VI Fund, L.P. is affiliated with current client **Alltel Corporation**;<br><br>• Affiliate company Goldman Sachs Credit Partners, L.P. is: (a) a former client (closed 2007); and (b) a member of current client **Service Net Solutions Ad Hoc Committee**; and<br><br>• Affiliate company Fujita Corporation is a participant in a joint venture with current client **Chun Wo (China) Limited**. |

-17-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Greywolf Capital Management, L.P.* | Prepetition Lender | • *Greywolf Capital Management, L.P.* is: (a) a current client; and (b) a member of current clients *Service Net Solutions Ad Hoc Committee* and *Murray Energy Ad Hoc Committee.* |
| GSO Capital Partners, L.P. | Prepetition Lender | • GSO Capital Partners, L.P. is a former client (closed 2006); <br><br> • Parent company *The Blackstone Group* is: (a) a current client; (b) a stockholder of current client *Healthmarkets, Inc.*; (c) a participant in a joint venture with current client *Koch Industries, Inc.*; and (d) affiliated with former clients Celanese AG and Alcor Acquisitions LLC (both closed 2007); <br><br> • Affiliate companies *Travelport, Inc.* and *Catalent Pharma Solutions, Inc.* are current clients; <br><br> • Affiliate company Blackstone Real Estate Advisors is affiliated with current client *WHM LLC*; <br><br> • Affiliate company Blackport Capital Fund, Ltd. is a member of current client *Ad Hoc Committee of Bondholders of Caraustar Industries, Inc.*; <br><br> • Affiliated entity GSO Credit Opportunities Fund is affiliated with former client Southfield Partners LLC (closed 2007); and <br><br> • Affiliate company LQ Management LLC is a former client (closed 2008). |
| Halcyon Structured Asset Management, L.P. | Prepetition Lender | • Affiliate companies *Halcyon Asset Management LLC* and *Halcyon/Alan B. Slifka Management Company LLC* are current clients; and <br><br> • Affiliate company Halcyon Fund, L.P. is a stockholder of current client *International Automotive Components Group, Inc.* |
| Harch Capital Management, Inc. | Prepetition Lender | • Harch Capital Management, Inc. is a former client (closed 2006). |
| The Hartford Insurance Group <br><br> Hartford Investment Management Company | Insurer <br><br> Prepetition Lender | • Parent company *The Hartford Financial Services Group, Inc.* is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *The Hearst Corporation* | Counterparty to Recent Significant Asset Disposition | • *The Hearst Corporation* is: (a) a current client; and (b) the parent of former client Hearst Communications, Inc. (closed 2008). |
| *Highland Capital Management, L.P.* | Prepetition Lender | • *Highland Capital Management, L.P.* is: (a) a current client; (b) a member of current client *Ad Hoc Committee of Lenders to Euramax*; and (c) a member of former client Ad Hoc Committee of Bondholders of Cone Mills Corporation (closed 2006). |
| Honda Acura Factory; Honda Dealer Associations; and Honda Factory | Major Customers | • Parent company *Honda Motor Company Ltd.* and affiliate companies *American Honda Motor Co., Inc.* and *Honda Engineering Co., Ltd.* are current clients; and<br><br>• Affiliate company Honda of America Manufacturing, Inc. is a former client (closed 2007). |
| Hyundai Dealer Associations | Major Customer | • Parent company Hyundai Corporation is a limited partner in former client Globalstar L.P. (closed 2006). |
| IKB Capital Corporation | Prepetition Lender | • Parent company IKB Deutsche Industriebank AG is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Illinois National Insurance Company; and Lexington Insurance Company | Insurers | • Parent company American International Group, Inc. (AIG) is: (a) the parent of Sun America, the employer of an individual who is a current Jones Day client; and (b) a member of former client Ad Hoc Group of Noteholders of Kirker Enterprises (closed 2006);<br><br>• Affiliate company AIG Life Insurance Company is a participant in a joint venture with former client Carter & Associates LLC (closed 2008);<br><br>• Affiliate companies **AIG Consumer Finance Group** and **A. I. Credit Consumer Discount Company** are current clients;<br><br>• Affiliate company AIG Annuity Insurance Company is a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**;<br><br>• Affiliate companies AIG Global Real Estate Investment Corporation and AIG European Real Estate Partners are affiliated with current client **Agimarques Troyes SARL**;<br><br>• Affiliate companies AIG Global Investment Group and AIG Private Bank, Ltd. are former clients (both closed 2007); and<br><br>• *See also* entry above for AIG Global Investment Corporation regarding related disclosure. |
| Indian Harbor Insurance/ESC | Insurer | • Parent company XL Capital Limited is a stockholder of former client Stanfield Global Strategies (closed 2006). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| ING Investment Management LLC | Prepetition Lender | • Affiliate companies *ING Real Estate Southern Europe S.L.U.*, *ING Real Estate Finance S.E. EFC SA Milan Branch*, *ING Bank N.V.*, *ING Real Estate Entertainment Fund*, *ING Barings*, *ING Baring (US) Securitie*, *ING Real Estate Development International BV* and *ING Belgium S.A.* are current clients;<br><br>• Affiliate company ING Life Insurance and Annuity Company is a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders*;<br><br>• Affiliate company Peerless Insurance Company Limited is a stockholder of former client Oil Insurance Limited (closed 2006);<br><br>• Affiliate company ING FSI North America is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate companies Banque Bruxelles Lambert S.A. (closed 2006) and ING Real Estate Finance (Espana) EFC, S.A. (closed 2007) are former clients. |
| Invesco Inst NA, Inc. | Prepetition Lender | • Affiliate company Invesco Plc is affiliated with current clients *Bldrs Index Funds Trust* and *Powershares QQQ Trust*;<br><br>• Several Invesco-related companies are affiliated with current client *A I M Advisors, Inc.*; and<br><br>• Affiliate company Invesco Perpetual AIM VCT Plc is a former client (closed 2007). |
| *JD Capital Management LLC* | Prepetition Lender | • *JD Capital Management LLC* is a current client. |
| Jefferson-Pilot Financial Insurance Company | Prepetition Lender | • Affiliate company The Lincoln National Life Insurance Corporation is a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders*. |
| John Hancock AC/62 JH High Yield Fund (99140); and<br>John Hancock Financial Services Inc. | Prepetition Lenders | • Affiliate company Manulife (International) Limited is a former client (closed 2007). |
| Johnson & Johnson | Major Customer | • Johnson & Johnson is the former employer of an individual who is a current Jones Day client; and<br><br>• Affiliate companies *Depuy Spine, Inc.* and *Lifescan, Inc.* are current clients. |

-21-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| JPMorgan Bank Branch – 0802<br><br>***JPMorgan Chase Bank, N.A***<br><br><br><br>JPMorgan Securities, Inc.. | Prepetition Lender<br><br>Agent Under Credit Agreement;<br><br>Prepetition Lender;<br>and<br>Largest Unsecured Creditors<br><br>Agent Under Credit Agreement | • ***JPMorgan Chase Bank, N.A.*** (f/k/a Bank One) is: (a) a current client; and (b) a participant in a joint venture with current client ***Anchor Capital Investment LLC***;<br><br>• Parent company ***JPMorgan Chase, National Association*** is: (a) a current client; (b) a minority shareholder of current client ***Geobiotics LLC***; and (c) the pending acquirer of Washington Mutual, Inc. and its affiliate companies, including former client Washington Mutual, F.A. (closed 2008);<br><br>• Affiliate companies ***JPMorgan Cazenove, JPMorgan Plc, One Equity Partners II, L.P.*** and ***JPMorgan Securities Limited*** are current clients;<br><br>• Affiliate company JPMorgan Europe is a member of current client ***Ad Hoc Committee of Autodis Mezzanine Bondholders***;<br><br>• Affiliate company ***Bear Stearns & Co., Inc.*** is: (a) a current client; and (b) a member of former client Trico Marine Bank Group II (closed 2006);<br><br>• Affiliate company JPMorgan Capital is a stockholder of former client NexPak Corporation (closed 2008);<br><br>• Affiliate company JPMorgan Partners LLC is: (a) a former client (closed 2006); and (b) a principal shareholder of former client Pliant Corporation (closed 2006);<br><br>• Several JPMorgan Chase entities are stockholders of JDR Holdings, Inc., the parent company of former client Jetro Holdings, Inc. (closed 2006);<br><br>• Affiliate company Chase Capital Partners is a former major shareholder of former client Gerresheimer Glas GmbH (closed 2006);<br><br>• Affiliate companies JPMorgan Investment Management, Inc., Polaroid Corporation, Banc One Capital Markets, Inc. and Bear Stearns International Limited (all closed 2006); JPMorgan Partners Asia (closed 2007) and JPMorgan Australia Securities Ltd. and Chase Bank of Texas, N.A. (both closed 2008) are former clients; and<br><br>• *See also* entry above for ***Bear Stearns & Co., Inc.***; and entry below for Washington Mutual, Inc.; Washington Mutual Bank regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| KKR Financial Corporation, (a/k/a *Kohlberg Kravis Roberts & Co.*) | Prepetition Lender | • KKR Financial Corporation is also known as current client *Kohlberg Kravis Roberts & Co.* which is: (a) a stockholder of current client *NXP Semiconductors USA, Inc.* and of WKI Holding Company, Inc., the parent of former client World Kitchen, Inc. (closed 2008). |
| Kraft General Foods | Major Customer | • Parent company *Kraft Foods, Inc.* is a current client; and<br><br>• Affiliate companies Kraft Foods Schweiz AG, Kraft France and Kraft Foods Belgium S.A. are former clients (all closed 2007). |
| Latham & Watkins LLP | Debtors' Professional | • Latham & Watkins is a former client (closed 2007). |
| *Lazard Freres & Co. LLC* | Debtors' Professional | • *Lazard Freres & Co. LLC* is a current client; and<br><br>• Affiliate company Lazard Japan Asset Management is a former client (closed 2006). |
| Lehman Brothers Commercial Bank; and *Lehman Brothers Holdings, Inc.* | Prepetition Lenders | • *Lehman Brothers Holdings, Inc.* is: (a) a current client; and (b) the parent of Lehman Brothers Commercial Bank;<br><br>• Affiliate company *Lehman Brothers, Inc.* is: (a) a current client; and (b) a co-client with current client *CS First Boston, Inc.*;<br><br>• Affiliate company Lehman Brothers Merchant Bank is affiliated with LB Marble Acquisition LLC, a stockholder of current client *RSI Holding Corporation*;<br><br>• Affiliate company Lehman Brothers Opportunity Holdings, Inc. is affiliated with former client First United Asset Management Co., Ltd. (closed 2007); and<br><br>• *See also* entry below for Neuberger Berman LLC regarding related disclosure. |
| Liberty Travel | Major Customer | • Parent company Flight Centre Limited is a former client (closed 2006). |
| *Littlejohn & Co. LLC* | Prepetition Lender | • *Littlejohn & Co. LLC* and affiliate company *Diamond Innovations, Inc.* are current clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Lloyds | Insurer | • Affiliate companies Lloyds (TSB) Bank Plc and Lloyds TSB Bank Plc (US Branch) (both closed 2006); and Lloyds TSB Commercial Finance (closed 2007) are former clients; and<br>• Parent company Lloyds TSB Group Plc is the employer of an individual who is a current Jones Day client (opened 2008). |
| Loews Corporation | Prepetition Lender | • Loews Corporation is the ultimate parent of current client *Texas Gas Transmission LLC*. |
| Loomis Sayles & Company, L.P. | Prepetition Lender | • Loomis Sayles & Company, L.P. is a former client (closed 2006);<br>• Parent company *Natixis* , f/k/a former client Natexis Banques Populaires (closed 2008), the successor in interest following the merger of French cooperative banking groups Banque Populaire and former client Groupe Caisse D'Epargne (closed 2008), is a current client;<br>• Affiliate companies *Natixis S.A. Sucursal En Espana*, *Natixis Capital Markets*, *Accent*, *Coface* and *Ventech* are current clients;<br>• Affiliate companies Caisse Nationale Des Caisses D'Epargne, Ixis Corporate & Investment Bank and Ixis AEW Europe (all closed 2007) and Natexis Commodity Markets Limited (closed 2008) are former clients. |
| Lowe's – Home Improvement | Major Customer | • Parent company *Lowe's Companies, Inc.* is: (a) a current client; and (b) a co-client with former client Desa International (closed 2007). |
| *Maggie Wilderotter* | Current and Former Directors and Officers of Tribune Company and Other Debtors | • To the extent she is the named party in interest, an individual named *Maggie Wilderotter* is: (a) a current client; (b) an officer of current client *Frontier Communications Corporation*; and (c) a member of former client Audit Committee of Yahoo! Inc. (closed 2008). |
| Majestic Realty Company and Yorba Linda Sub, Inc. | Significant Landlord | • Majestic Realty Company is a former client (closed 2007). |
| Marathon Asset Management LLC | Prepetition Lender | • Affiliate company Marathon Asset Management Limited is the employer of an individual who is a current Jones Day client. |

CHI-1686226v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Massachusetts Financial Services Company | Prepetition Lender | • Affiliate companies Sun Life Assurance Company of Canada and Sun Life Insurance Annuity Company of Canada are members of current client *Ad Hoc Committee of Thomson S.A. Noteholders*. |
| Maximum Coverage Media – Euro RSCG | Major Customer | • Related company *Euro RSCG Worldwide, Inc.* is a current client. |
| *The McClatchy Company, Inc.* | Joint Venture Partner | • *The McClatchy Company, Inc.* is: (a) a current client; and (b) a partner of current client *Classified Ventures* LLC; <br><br> • Affiliate companies *Tacoma News Tribune*, *The Sacramento Bee*, *The Fresno Bee*, *The Modesto Bee* and *Minneapolis Star Tribune* are current clients; and <br><br> • *See also* entries above for *Careerbuilder LLC* and Gannett Company, Inc. and entries below for MediaNews Group, Inc., *Tribune Company*, and WATL LLC regarding related disclosure. |
| *McDonald's Corporation* | Major Customer | • *McDonald's Corporation* is: (a) a current client; (b) affiliated with former client Myrmac Corporation (closed 2006); and (c) a participant in a joint venture with former client Torex Retail Plc (closed 2007). |
| MediaNews Group, Inc. | Joint Venture Partner | • MediaNews Group, Inc. is a partner of former client Gannett Company, Inc. (closed 2008); and <br><br> • *See also* entries above for *Careerbuilder* LLC, Gannett Company, Inc. and *The McClatchy Company, Inc.*; and entries below for *Tribune Company* and WATL LLC regarding related disclosure. |

-25-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Merrill Lynch Capital Corporation<br><br><br>*Merrill Lynch & Co., Inc.* | Largest Unsecured Creditors<br><br>and<br><br>Agent Under Credit Agreement<br><br>Prepetition Lender | • Current client **Bank of America Corporation** is the pending acquirer of parent company *Merrill Lynch & Co.* and its affiliate companies, including affiliate companies and current clients *DSP Merrill Lynch Limited*, *Merrill Lynch Asia Pacific Ltd.* and *Merrill Lynch Europe Plc. Bank of America Corporation* is also: (a) a stockholder of current client *Giant Industries, Inc.*; and (b) a current and/or former member of current client *Murray Energy Ad Hoc Committee*;<br><br>• Current parent company *Merrill Lynch & Co.* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; and (c) the employer of four individuals who are former Jones Day clients (all closed 2008);<br><br>• Affiliate company *Merrill Lynch International* is: (a) a current client; and (b) a co-client with former client Bear Stearns International Limited (closed 2006);<br><br>• Affiliate company Merrill Lynch Pierce Fenner & Smith is the principal employer of two individuals who are current Jones Day clients (both opened 2007);<br><br>• New affiliated company Banc of America Securities LLC is a current or former member of current client *Murray Energy Ad Hoc Committee*;<br><br>• Affiliate company Merrill Lynch International (Australia) Limited and new affiliated company BA Capital Advisors Limited are former clients (both closed 2007); and<br><br>• *See also* entries above for Bank of America N.A. and Countrywide Financial Corporation regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Metropolitan Life Insurance Company* | Prepetition Lender | • *Metropolitan Life Insurance Company* is: (a) a current client; (b) a general partner of current client *GA-MET Construction Coordination*; and (c) a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders*. |
| *MJX Asset Management* | Prepetition Lender | • *MJX Asset Management* is a current client. |
| Moore Capital Management LLC | Prepetition Lender | • Moore Capital Management is a former client (closed 2007). |
| *Morgan, Lewis & Bockius LLP* | Debtors' Professional | • *Morgan, Lewis & Bockius LLP* is a current client. |

CHI-1686226v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Morgan Stanley;<br>Morgan Stanley Investment Co. Niston B.V.;<br>Morgan Stanley Investment Management Garda B.V.;<br>Morgan Stanley Investment Management, Inc. as Agt INCAS; and<br>Morgan Stanley Investment Management Mezzano B.V. | Prepetition Lenders | • In October 2008 Mitsubishi UFJ Financial Group, Inc. acquired a 21% ownership in Morgan Stanley and its affiliate companies;<br><br>• Parent company Morgan Stanley is: (a) a former client (closed 2006); and (b) a member of current client *Pace Investment Group*;<br><br>• Affiliate companies *Morgan Stanley Realty, Inc.*, *Morgan Stanley Real Estate Fund II*, *Morgan Stanley Real Estate Fund III*, *Morgan Stanley Real Estate Fund IV*, *Morgan Stanley Real Estate Fund V*, *Morgan Stanley Real Estate Fund VI*, *Morgan Stanley Real Estate Fund VII*, *Morgan Stanley & Co. International Ltd.*, *JM Morgan Stanley Private Ltd.*, *Morgan Stanley Dean Witter Asia (Taiwan) Limited*, and *Morgan Stanley Real Estate Special Situations Fund* are current clients;<br><br>• Affiliate company *Morgan Stanley & Co., Incorporated* is: (a) a current client; (b) a co-client with current client *CS First Boston, Inc.*; and (c) a stockholder of current client *Education Finance Partners, Inc.*;<br><br>• Affiliate company *Morgan Stanley Real Estate Fund, Inc.* is: (a) a current client; and (b) a participant in a joint venture with current client *Simon Property Group, Inc.*;<br><br>• Affiliate company *Morgan Stanley International, Inc.* is: (a) a current client; and (b) a participant in a joint venture with former client China International Capital Corporation Ltd. (closed 2007);<br><br>• Affiliate company Morgan Stanley Capital Partners is a participant in a joint venture with current client *Occidental Petroleum Corporation*;<br><br>• New affiliated companies *Bank of Tokyo Mitsubishi Trust Company*, *The Bank of Tokyo-Mitsubishi UFJ Ltd.*, *Mitsubishi UFJ Lease & Finance Company Limited* and *Union Bank of California* are current clients;<br><br>• New affiliated company Mitsubishi UFJ Securities is a stockholder of current client *Pied Technology Group (Hong Kong) Ltd.*;<br><br>• Affiliated entities Morgan Stanley Institutional Fund and Morgan Stanley SICAV SA are stockholders of former client Great Lakes REIT (closed 2006); |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies Morgan Stanley Dean Witter Australia Limited (closed 2006) and Morgan Stanley European Real Estate Special Situations Fund II (closed 2007) are former clients;<br><br>• New affiliated company BTM Capital Corporation is a former limited partner of former client Volvo Aero Services, L.P. (closed 2008);<br><br>• New affiliated companies UFJ Bank Limited (closed 2006) and Bank of Tokyo-Mitsubishi Limited, Sucursal En Espana (closed 2007) are former clients; and<br><br>• *See also* entry below for Van Kampen Asset Management regarding related disclosure. |
| *National City Corporation* | Prepetition Lender | • Current client **PNC Financial Services Group** is the pending acquirer of current client **National City Corporation** and its affiliate companies;<br><br>• Affiliate company **National City Bank** is: (a) a current client; and (b) the employer of an individual who is a current Jones Day client;<br><br>• New affiliated company Blackrock, Inc. is a member of current client **Ad Hoc Committee of Geo Specialty Chemicals, Inc.**;<br><br>• New affiliated company **PNC Bank, National Association** (Trustee) is: (a) a current client; and (b) a member of current client **Allegheny Health Education Research Foundation (AHERF) Creditors' Committee**; and<br><br>• Related entity **Administrative Committee of PNC Financial Services Group** is a current client. |
| *Navigant Consulting, Inc.* | Debtors' Professional | • **Navigant Consulting, Inc.** is a current client. |
| Neuberger Berman LLC | Prepetition Lender | • Neuberger Berman LLC is related to current client **Lehman Brothers, Inc.**; and<br><br>• *See also* entry above for Lehman Brothers Commercial Bank; **Lehman Brothers Holdings, Inc.** regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *New York Life Insurance Company*; and New York Life Investment Management | Prepetition Lenders | • *New Life Insurance Company* is: (a) a current client; and (b) a member of current client *Ad Hoc Committee of Thomson S.A. Noteholders.* |
| News America Publishing FSI; *News Corporation*; and News Corp – 20th Century Fox – Home – Theatrical<br><br>Twentieth Television, Inc. | Major Customers<br><br><br><br>Largest Unsecured Creditors | • Parent company *News Corporation* is: (a) a current client; (b) the ultimate parent of current client *NYP Holdings, Inc. d/b/a The New York Post*; and (c) a stockholder of current client *Phoenix Satellite Television Holdings Ltd.* |
| Nielsen Media Research | Largest Unsecured Creditors | • Affiliate company *The Nielsen Company* is a current client. |
| Nissan Dealer Associations; Nissan Factory; and Nissan Infiniti Factory | Major Customers | • Parent company Nissan Motor Company is a participant in a joint venture with former client Dong Feng Automotive Co., Ltd. (closed 2007). |
| Nomura Corporate Research & Asset Management, Inc. | Prepetition Lender | • Affiliate companies *Nomura International Plc*, *Nomura International (Hong Kong) Limited*, *Nomura Real Estate Investment Management Co., Ltd.* and *Nomura Bank of Switzerland Ltd.* are current clients. |
| *The Norinchukin Bank* | Prepetition Lender | • *The Norinchukin Bank* is: (a) a current client; (b) the parent of former client The Norinchukin Trust & Banking Co., Ltd. (closed 2006); and (c) a stockholder of former client Kyodo Leasing Co., Ltd. (closed 2006). |
| Oaktree Capital Management, L.P. | Prepetition Lender | • Oaktree Capital Management, L.P. is a stockholder of current client *Interep National Radio Sales, Inc.*;<br><br>• Affiliate companies *Pangaea Capital Management (Singapore) Pte, Ltd.* and *OCM Luxembourg EPOF II SARL* are current clients;<br><br>• Affiliate company Oaktree Capital (Hong Kong) Limited is a former client (closed 2008); and<br><br>• *See also* entry below for Silver Point Capital, L.P. – FSG regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Octagon Credit Investors LLC | Prepetition Lender | • Parent company *JPMorgan Chase, National Association* is: (a) a current client; (b) a minority shareholder of current client *Geobiotics LLC*; and (c) the pending acquirer of Washington Mutual, Inc. and its affiliate companies, including former client Washington Mutual, F.A. (closed 2008); and<br><br>• *See also* entry above for *JPMorgan Chase Bank, N.A.* regarding related disclosure. |
| Oppenheimer Master Ln Fund LLC; and Oppenheimer Senior Fltg Rt Fund | Secured Lenders | • Parent company Oppenheimer & Co., Inc. is a former client (closed 2007). |
| OZ Management L.P. | Prepetition Lender | • Parent company *OCH-Ziff Capital Management Group LLC* is: (a) a current client; and (b) the employer of an individual who is a former Jones Day client (closed 2007). |
| Pacific Investment Management Company | Prepetition Lender | • Affiliate companies *Dresdner Bank AG* and *Dresdner Kleinwort Limited* are current clients;<br><br>• Affiliate company AGF Private Equity is: (a) a former client (closed 2007); and (b) a member of current client *Former Shareholders of Somai*;<br><br>• Affiliate company Fireman's Fund Insurance Company is a shareholder of current client *Magnequench International, Inc.*; and<br><br>• Affiliate companies Dresdner Bank AG, Sucursal En Espana, Dresdner Kleinwort Wasserstein Limited and Dresdner Bank AG – Rechtsabteilung (all closed 2006) and Allianz Capital Partners (closed 2008) are former clients. |
| Paramount Pictures Corporation | Largest Unsecured Creditors | • Parent company *Viacom, Inc.* is a current client;<br><br>• Former affiliated company Blockbuster, Inc. is a former client (closed 2007); and<br><br>• *See also* entry above for CBS Broadcasting, Inc.; CBS Radio, Inc.; and entry below for Viacom – Paramount Pictures regarding related disclosure. |
| Patriarch Partners LLC; and Zohar II 2055-1 Ltd. | Prepetition Lenders | • Patriarch Partners LLC is: (a) the parent of Zohar II 2005-1 Ltd. and current client *Patriarch Partners Management Group LLC*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Paul, Hastings, Janofsky & Walker LLP | Debtors' Professional | • Paul, Hastings, Janofsky & Walker LLP is a former client (closed 2007). |
| Pepsi — Pepsi Cola Various | Major Customer | • Parent company **Pepsico, Inc.** is: (a) a current client; (b) the employer of an individual who is a current Jones Day client; and (c) the former parent of current client **Pizza Hut, Inc.** and former client Pizza Belgium BVBA (closed 2007); and<br><br>• Affiliate companies **The Pepsi Bottling Group, Inc.**, **Pepsi/Lipton Tea Partnership** and **Frito Lay, Inc.** are current clients. |
| Perry Corporation | Prepetition Lender | • Perry Corporation is: (a) a former client (closed 2006); and (b) the parent of current clients **FTD, Inc.** and **Perry Capital LLC**. |
| **Pfizer, Inc.** | Major Customer | • **Pfizer, Inc.** is: (a) a current client; and (b) a participant in a joint venture with current client **Nomura International Plc**;<br><br>• Affiliate companies **Encysive Pharmaceuticals, Inc.** and **Esperion Therapeutics, Inc.** are current clients; and<br><br>• Affiliate company Pharmacia AB is a former client (closed 2007). |
| PPM America Incorporated; and Prudential Investment Management, Inc. | Prepetition Lenders | • PPM America Incorporated is a member of former client PPM America Noteholders (closed 2006);<br><br>• Affiliate companies **Prudential Asset Management (Singapore) Limited** and **Prudential Property Investment Management (Singapore) Private Limited** are current clients;<br><br>• Affiliate company The Prudential Assurance Company Limited is: (a) a former client (closed 2008); and (b) along with affiliate companies Prudential Annuities Limited and Prudential Retirement Income Limited, a member of current client **Ad Hoc Committee of Thomson S.A. Noteholders**; and<br><br>• Affiliate companies Prudential Insurance Company of America (closed 2007) and Prudential Enterprise Limited (closed 2006) are former clients. |

-32-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *The Procter & Gamble Company* | Major Customer | • *The Procter & Gamble Company* is: (a) a current client; (b) a majority stockholder of former client Reflect.Com LLC (closed 2006); and<br><br>• Affiliate company *Procter & Gamble International Operations* is a current client. |
| Progressive Insurance | Major Customer | • Parent company *The Progressive Corporation* is a current client. |
| Putnam Advisory Co. LLC; and Putnam Investment Management LLC | Prepetition Lenders | • Parent company *Power Company of Canada* and affiliate company *Power Pacific Corporation Limited* are current clients; and<br><br>• Affiliate company MacKenzie Financial Corporation is a stockholder of current client *Tiomin Resources, Inc.* |
| Quadrangle Group LLC | Prepetition Lender | • Quadrangle Group is a member of former client MSO Spectrum Consultants (closed 2007). |
| Rabobank International | Prepetition Lender | • *Rabobank* and affiliate company *De Lage Landen International B.V. Sucursal En Espana* are current clients; and<br><br>• Parent company Cooperatieve Centrale Raiffeisen-Boerenleenbank B.A. (closed 2007) and affiliate company Robeco USA LLC (closed 2008) are former clients. |
| *Reckitt Benckiser Group Plc* | Major Customer | • *Reckitt Benckiser Group Plc* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *The Royal Bank of Scotland Plc* | Prepetition Lender | • *The Royal Bank of Scotland Plc* is: (a) a current client; (b) a participant in a joint venture with current client *Miller Developments Limited*; and (c) the former employer of an individual who is a former Jones Day client (closed 2006);<br><br>• Parent company *The Royal Bank of Scotland Group Plc* and affiliate companies *Royal Bank of Scotland Invoice Discount Ltd., Eurosales Finance, Citizens Financial Group, Inc.* and *RBS Invoice Finance Limited* are current clients;<br><br>• Affiliate company Royal Bank Development Capital Limited is a stockholder of current client *Vista Capital De Expansion, S.A. S.G.E.C.R.*;<br><br>• Affiliate company Natwest Ventures Investments Ltd. is a stockholder of former client The Brewton Group Limited (closed 2007);<br><br>• Affiliate companies Royal Bank Invoice Finance Limited, Citizens Bank of Pennsylvania and Charter One Bank, N.A. (all closed 2006); and The Royal Bank of Scotland Commercial Services Limited (London Region) and The Royal Bank of Scotland Sucursal En Espana (both closed 2007) are former clients; and<br><br>• *See also* entry above for ABN Amro Holdings N.V. regarding disclosure relating to newly acquired affiliate company ABN Amro. |
| Samuel Zell | Current and Former Directors and Officers of Tribune Company and Other Debtors | • To the extent he may be the named party in interest, an individual named Sam Zell is a shareholder of the parent company of current client *Equity Properties & Development Company*. |
| *Sandell Asset Management Corporation* | Prepetition Lender | • *Sandell Asset Management Corporation* and affiliate company *Sandell Asset Management Europe Limited* are current clients. |

-34-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Sankaty Advisors Bain Capital (name given) | Prepetition Lender | • Affiliate company Sankaty Davis LLC is an investor in current client ***Davis Petroleum Acquisition Corporation***;<br><br>• Bain Capital LLC is: (a) affiliated with current client ***Higa Industries Co. Ltd.***; and (b) a stockholder of current client ***NXP Semiconductors USA, Inc.***;<br><br>• Affiliate company Bain Capital Associates III is a limited partner of current client ***Highcross Regional UK Partners International, L.P.***; and<br><br>• Affiliate companies Unisource Capital Worldwide (closed 2006) and Professional Service Industries, Inc. (closed 2008) are former clients. |
| ***Satellite Asset Management, L.P.*** | Prepetition Lender | • ***Satellite Asset Management, L.P.*** is a current client. |
| SEIX Investment Advisors, Inc. | Prepetition Lender | • Parent company ***SunTrust Banks, Inc.*** and affiliate company ***SunTrust Bank as Executor*** are current clients; and<br><br>• Affiliate company ***SunTrust Bank Atlanta as Trustee*** is: (a) a current client; and (b) a member of former client Avado Brands Creditors' Committee (closed 2006). |
| Seneca Capital Management | Prepetition Lender | • Parent company ***Seneca Capital, L.P.*** is a current client. |
| Silver Point Capital, L.P. – FSG | Prepetition Lender | • Silver Point Capital, L.P. is: (a) a stockholder of current client ***Interep National Radio Sales, Inc.***; and (b) a general partner of former client Silver Point Capital Management LLC (closed 2008); and<br><br>• *See also* entry above for Oaktree Capital Management, L.P. regarding related disclosure. |
| Six Flags Great American Parks | Major Customer | • Related entity Six Flags Over Texas Fund is a former client (closed 2007). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Societe Generale*; and TCW Asset Management Company | Prepetition Lenders | • *Societe Generale* is: (a) a current client; (b) the parent of TCW Asset Management Company and current client *Lyxor Asset Management*; and (c) has an ownership interest in current client *Interquisa Canada*; <br><br> • TCW Asset Management Company is a stockholder of current client *FLYi, Inc.*; and <br><br> • Affiliate company Trust Company of the West is a member of former client Oakville Equity Investors (closed 2006). |
| Sony Entertainment – Pictures – Columbia – Tristar <br><br> Sony Pictures Television | Major Customer <br><br> Largest Unsecured Creditors | • Affiliate companies *Sony BMG Music Entertainment*, *Sony Corporation of America* and *Sony Electronics, Inc.* are current clients; and <br><br> • Affiliate company Sony Music Entertainment (Germany) GmbH is a former client (closed 2007). |
| Spectron Site Group (name given) | Party to Significant Litigation with the Debtors | • To the extent it is the named party in interest or related to the named party in interest, *Spectron Group Plc* is a current client. |
| *Sprint Nextel Corporation* | Major Customer | • *Sprint Nextel Corporation* and affiliate company *NII Holdings, Inc.* (f/k/a Nextel International, Inc.) are current clients; and <br><br> • Former parent company Nextel Communications, Inc. (closed 2006) and affiliate company Nextel Partners, Inc. (closed 2008) are former clients. |
| Star Community Publishing Group LLC | Debtors and/or Nondebtor Affiliates | • Parent company *Cablevision Systems Corporation* is a current client; and <br><br> • *See also* entry above for Cablevision regarding related disclosure. |
| Stichting Pensioenfonds ABP – Portfolio 1211 | Prepetition Lender | • Stichting Pensioenfonds ABP is an investor of current client *Rexiter Capital Management Limited*. |
| *Strategic Value Partners LLC* | Prepetition Lender | • *Strategic Value Partners LLC* is a current client. |
| Southwest Airlines | Major Customer | • Southwest Airlines is: (a) the employer of an individual who is a current Jones Day client (opened 2008); and (b) a stockholder of current client *Airline Reporting Corporation*. |

CHI-1686226v1

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Sumitomo Mitsui Banking Corporation* | Prepetition Lender | • *Sumitomo Mitsui Banking Corporation* is a current client;<br><br>• Parent company Sumitomo Mitsui Financial Group, Inc. is a former client (closed 2007); and<br><br>• *Daiwa SMBC Capital Co., Ltd.* (f/k/a NIF SMBC Ventures), formed by the merger of NIF Ventures and former affiliate company SMBC Capital, is a current client. |
| Swiss Reinsurance Company Ltd. | Prepetition Lender | • Affiliate company *Admin Re UK Limited* is a current client; and<br><br>• Affiliate companies Fox Pitt Kelton, Inc. (closed 2006) and Swiss Reinsurance Life and Health America, Inc. (closed 2007) are former clients. |
| T-Mobile; and<br>T-Mobile/Voice Stream | Major Customers | • Affiliate companies *T-Mobile USA* (f/k/a Voicestream Wireless Corporation), *T-Com Venture Fund GmbH & Co.* KG, T-*Online Venture Fund GmbH & Co. KG*, T-*Systems Venture Fund GmbH & Co. KG*, and *T-Mobile Venture Fund GmbH & Co. KG* are current clients;<br><br>• Affiliate company Magyar Telekom Plc is the employer of an individual who is a current Jones Day client (opened 2008); and<br><br>• Parent company Deutsche Telekom AG and affiliate company T-Mobile Deutschland GmbH/Vodafone D2/02 (Germany) (both closed 2007); and affiliate company Deutsche Telekom Technischer Service GmbH (closed 2008) are former clients. |
| Taconic Capital Advisors LLC | Prepetition Lender | • Taconic Capital Advisors LLC is a former client (closed 2008). |

-37-

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Target Stores | Major Customer | • Parent company **Target Corporation** and affiliate company **Target Brands, Inc.** are current clients. |
| Toyota Dealer Associations; Toyota Lexus Dealer Associations; and Toyota Local Dealers | Major Customers | • Parent company **Toyota Motor Corporation** is: (a) a current client; (b) a stockholder of current client **Taiho Kogyo Co., Ltd.**; and (c) a participant in a joint venture with current client **General Motors Corporation** that created former client New United Motor Manufacturing, Inc. (closed 2008); <br>• Affiliate companies **Toyota Boshoku Corporation, Toyota Motor Sales, U.S.A., Inc.** and **Hino Motors, Ltd.** are current clients; and <br>• Affiliate company Japan Chemical Industries Co., Ltd. is a former client (closed 2007). |
| **Tribune Company** | Debtors | • **Tribune Company** is: (a) a current client; (b) a partner in current clients **Careerbuilder LLC** and **Classified Ventures LLC**; and (c) the parent of Los Angeles Times Communications LLC, one of the nondebtor affiliates in the Debtors' chapter 11 cases and the employer of an individual who is a current Jones Day client; and <br>• *See also* entries above for **Careerbuilder LLC**, Gannett Company, Inc., **The McClatchy Company, Inc.** and MediaNews Group, Inc.; and entry below for WATL, LLC regarding related disclosure. |
| TV Guide Online, Inc.; and TV Guide Online LLC | Parties to Significant Litigation with the Debtors | • Affiliated company Gemstar-TV Guide International, Inc. is: (a) a former client (closed 2007); and (b) the employer of an individual who is a former Jones Day client (closed 2006). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| TW New Line Cinema – Home Video; TW Time Warner; TW Warner Brothers; and TW Warner Communications<br><br>Warner Brothers Television | Major Customers<br><br><br><br><br>Largest Unsecured Creditors | • Parent company *Time Warner, Inc.* is: (a) a current client; (b) the ultimate parent company of current client *DC Comics*; and (d) a participant in a joint venture with current client *CBS Corporation*;<br><br>• Affiliate companies *Home Box Office, Inc.*, *Time Inc. Home Entertainment*, *Warner Brothers Entertainment, Inc.* and *Time, Inc.* are current clients;<br><br>• Affiliate company Cable News Network, L.P. is the employer of an individual who is a current Jones Day client; and<br><br>• Affiliate company Warner Brothers Entertainment, Inc. is a former client (closed 2008). |
| UBS AG | Prepetition Lender | • Affiliate companies *UBS Investment Bank* and *UBS Warburg* are current clients;<br><br>• UBS Financial Services, Inc. is the employer of an individual who is a former Jones Day client (closed 2008);<br><br>• Affiliate companies UBS Securities LLC and UBS Willow Fund, LLC are stockholders of current client *International Automotive Components Group, Inc.*;<br><br>• Affiliate company UBS Global Asset Management is a stockholder of current client *Interep National Radio Sales, Inc.*;<br><br>• Affiliate company UBS AG, London Branch is a participant in a joint venture with current client *Serviced Office Group Plc*; and<br><br>• Affiliate companies UBS Trustees (Jersey) Ltd. (closed 2006) and UBS Warburg Australia Equities Ltd. (closed 2007) are former clients. |
| *U.S. Bank, National Association* | Party to Significant Litigation with the Debtors | • *U.S. Bank, National Association* is a current client. |
| *United States Cellular Corporation* (a/k/a U.S. Cellular) | Major Customer | • *United States Cellular Corporation* (a/k/a U.S. Cellular) is a current client. |
| Valassis Communications | Major Customer | • Affiliate company *NCH Marketing Services, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Van Kampen Asset Management | Prepetition Lender | • Parent company Morgan Stanley is: (a) a former client (closed 2006); and (b) a member of current client **Pace Investment Group**; and<br><br>• *See also* entry above for Morgan Stanley and affiliated companies regarding related disclosure. |
| Verizon Wireless; and Verizon Wireless - Cellular | Major Customers | • Parent company **Verizon Communications, Inc.** and affiliate companies **Verizon Wireless, Inc.**, **Verizon Deutschland GmbH**, **Verizon Japan Ltd.**, **Verizon Business** and **Idearc, Inc.** (d/b/a Verizon) are current clients. |
| Viacom – Paramount Pictures | Major Customer | • Parent company **Viacom, Inc.** is: (a) a current client; (b) the parent of current client **CBS Corporation**; (c) the employer of an individual who is a current Jones Day client; and (d) the former parent of former clients Blockbuster, Inc. and Viva Media AG (both closed 2007);<br><br>• Affiliated company Midway Games, Inc. is a former client (closed 2006); and<br><br>• *See also* entries above for CBS Broadcasting, Inc.; CBS Radio, Inc. and Paramount Pictures Corporation regarding related disclosure. |
| Volkswagen Factory | Major Customer | • Affiliate company Audi AG is a former client (closed 2008). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Wachovia Bank, N.A.* | Prepetition Lender<br><br>and<br><br>Major Customer | • Wells Fargo & Company is the pending acquirer of *Wachovia Bank, National Association* and its affiliated companies;<br><br>• *Wachovia Bank, National Association* is: (a) a current client; (b) a member of former client Avado Brands Creditors' Committee (closed 2006); and (c) the employer of an individual who is a former Jones Day client (closed 2007);<br><br>• Affiliate company Wachovia Securities, Inc., is a limited partner with a majority interest ownership in Chipwill LLC, the parent company of current client *KW Investment K.K.*;<br><br>• Affiliate companies *Wachovia Corporate Services* and *Wachovia Capital Markets* are current clients;<br><br>• Affiliate company Targus Europe Ltd. is a former client (closed 2006); and<br><br>• *See also* entry below for Wells Fargo Capital Management, Inc.; *Wells Fargo Foothill, Inc.* regarding related disclosure. |
| Washington Mutual, Inc | Major Customer | • Affiliate company Washington Mutual Bank F.A. is a former client (closed 2008);<br><br>• New parent company *JPMorgan Chase, National Association* is a current client; and<br><br>• *See also* entries above for *Bear Stearns & Co., Inc.* and *JPMorgan Chase Bank, N.A.*; JPMorgan Securities, Inc. regarding related disclosure. |
| WATL, LLC | Debtors and/or Nondebtor Affiliates | • To the extent it is related to the named party in interest, an entity named WATL-TV is a subsidiary of former client Gannett Company, Inc. (closed 2008). Gannett Company, Inc. is also a partner of current client *Classified Ventures, LLC*; and<br><br>• *See also* entries above for *Careerbuilder LLC*, Gannett Company, Inc., *The McClatchy Company, Inc.*, MediaNews Group, Inc. and *Tribune Company* regarding related disclosure. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTORS | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *Wells Fargo Bank, N.A.*<br><br><br><br>*Wells Fargo Foothill, Inc.* | Significant Landlord<br>and<br>Former Indenture Trustee<br><br>Prepetition Lender | • *Wells Fargo Bank, National Association* and *Wells Fargo Foothill, Inc.* are current clients;<br><br>• Parent company Wells Fargo & Co. is: (a) a stockholder of former client Wiltel Communications Group, Inc. (closed 2008); and (b) the pending acquirer of current client *Wachovia Bank, National Association* and its affiliated companies; and<br><br>• *See also* entry above for *Wachovia Bank, N.A.* regarding related disclosure. |
| *WestLB AG* | Prepetition Lender | • *WestLB AG* is a current client. |
| *Wilmington Trust Company* – Delaware | Prepetition Lender | • *Wilmington Trust Company* is a current client. |
| York Capital Management LLP | Prepetition Lender | • York Capital Management LLP is a former client (closed 2006). |
| Yum Brands – Kentucky Fried Chicken; Yum Brands – Pizza Hut; and Yum Brands – Taco Bell | Major Customers | • Parent company *Yum! Brands, Inc.* is a current client;<br><br>• Kentucky Fried Chicken is also known as current client *F&F Food Service, Inc.*; and<br><br>• *Pizza Hut, Inc.* is a current client. |
| Zurich American Insurance Company | Insurer | • Affiliate companies *Associated Marine Insurers & Agents Pty Ltd.* and *Zurich Insurance Holding (Hong Kong) Ltd.* are current clients; and<br><br>• Affiliate company Zurich Capital Markets is: (a) a former client (closed 2006); and (b) the former employer of two individuals who are former Jones Day clients (closed 2007 and 2008, respectively). |

## Schedule 3

**Jones Day Hourly Rates**

| Professional | Position | Practice Area | Office | Hourly Rate |
|---|---|---|---|---|
| **Partners** | | | | |
| Phillip A. Proger | Partner | Antitrust and Competition Law | Washington, D.C. | $900 |
| Associates | | | | |
| Ryan C. Thomas | Associate | Antitrust and Competition Law | Washington, D.C. | $475 |
| Larissa C. Bergin | Associate | New Lawyer Group | Washington, D.C. | $325 |