IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re; | : | Chapter 11 |
| | : | |
| **TRIBUNE COMPANY**, *et al.*, | : | Case No. 08-13141-KJC |
| | : | |
| Debtors | : | |
| *Jointly Administered* | : | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned is corporate Counsel for the following entities, each of which is, or may be, a Creditor of the Debtors;

Anton Bauer, Inc.;

Camera Dynamics, Inc.

Nucomm, Inc.; and

RF Central, LLC;

The undersigned herewith enters an appearance in the above-captioned cases on behalf of these entities and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, requests that all Notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

Fred Fellmeth, Esq.
General Counsel
Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, NJ   07840
Tel: (908) 852-3700
Fax: (908) 808-7897

E-mail: fred.fellmeth@vitecgroup.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive any of the above mentioned Creditors': (i) right to have final orders in noncore matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which any of the Creditors is or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

_____
Fred Fellmeth
General Counsel, Broadcast Systems Division

January 12, 2009

The Vitec Group plc
101 Bilby Road
Hackettstown, New Jersey 07840
908-852-3700

email: fred.fellmeth@vitecgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re; | : | Chapter 11 |
| | : | |
| **TRIBUNE COMPANY**, *et al.*, | : | Case No. 08-13141-KJC |
| | : | |
| Debtors | : | |
| *Jointly Administered* | : | |

## CERTIFICATION OF SERVICE

The undersigned herewith certifies that true, correct and complete copies of the foregoing were served on the below listed individuals by First Class U.S. Mail, postage prepaid, to the addresses noted on the date indicated below.

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-295-4829

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302-295-4888

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

Roberta A. DeAngelis
Acting U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

William K. Harrington
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801


_____
Fred Fellmeth
General Counsel, Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, New Jersey 07840
908-852-3700

email: fred.fellmeth@vitecgroup.com

January 12, 2009