**CASE NAME:** **Tribune Company**
**CASE NO: 08-13141 -KJC**

**COURTROOM LOCATION: 5**
**DATE:** 1/15/09 1:30 pm

**S I G N - I N - S H E E T**

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Amit Trehan | Mayer Brown LLP | Barclays Bank PLC |
| Brian Trust | Mayer Brown LLP | Barclays Bank PLC |
| Jeff Rich | K+L Gates | ESOP |
| Adam Landis | Landis Rath & LLG | Creditors Committee |
| Howard Seife | Chadbourne & Parke | '' |
| David LeMay | '' | '' |
| Douglas Deutsch | '' | '' |
| KARL HILL | Seitz van Ogtrop + Green | Dow Jones |
| IRA GREENE | Hogan + Hartson | '' |
| HUMAYUN KHALID | Cleary Gottlieb Steen & Hamilton | Morgan Stanley Capital Services Inc |
| Amanda M. Winfrey | Ashby & Geddes | '' |
| William Chapman Jr | Edwards Angell Palmer + Dodge | Barclays Bank PLC |
| CASSANDRA BURTON | Pension Benefit Guaranty Corp | PBGC |

**SIGN-IN-SHEET**

**CASE NAME:** Tribune Company

**CASE NO: 08-13141 -KJC**

**COURTROOM LOCATION: 5**

**DATE:** 1/15/09 1:30 pm

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Fred Anderson | PBGC | PBGC |
| William D. Sullivan | Sullivan Hazeltine Allinson | PEPCO Energy Services |
| Damian Schaible | Davis Polk + Wardwell | JPMC |
| Kevin Mayson | Womble Carlyle | Greatbank |
| William Hazeine | US Trustee | |
| CHRISTOPHER M. SANTOMASSIMO | AGFA CORPORATION GENERAL COUNSEL | AGFA CORPORATION |
| Anthony J. Davis | Dorsey + Whitney LLP | AGFA Corporation |
| Norman Pernick | Cole Schotz | Debtor |
| BRIAN KRAKAUER | SIDLEY AUSTIN | DEBTOR |
| Janet Henderson | Sidley + Austin | Debtors |
| | | |
| | | |
| | | |

# S I G N - I N - S H E E T

**CASE NAME:**    Tribune Company    **COURTROOM LOCATION: 5**

**CASE NO.  08-13141-KJC**    **DATE:** January 15, 2009

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jeffrey White | Connolly Bove | Capital Source |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

**Court Conference**

Calendar Date: 01/15/2009
Calendar Time: 01:30 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2580543 | Alexander Klipper | 646-855-8252 | Bank Of America Securities | Creditor, Bank of America Securities / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2593919 | Richard Paige | 212-583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2580479 | Dan Kamensky | 917-593-7849 | Barclays Capital, Inc. | Creditor, Barkleys Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2580027 | Babette Ceccotti | 212-356-0227 | Cohen Weiss Simon | Interested Party, The American Federation of Television and Radio Artists ("AFTRA") / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2593481 | Richard Choi | (212) 836-8276 | Kaye Scholer LLP | Creditor, Merrill Lynch / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2611789 | Matthew Kelsey | (212) 351-4000 | Gibson, Dunn, Crutcher LLP | Interested Party, Faraxion / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2602120 | David J. Yadegar | (212) 672-4663 | David J. Yadegar-In Pro Per | Interested Party, David Yadegar / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2585235 | Scott McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2544549 | Ken Silver | 203-618-5028 | RBS Greenwich Capital | Interested Party, Ken Silver / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2596990 | Justin Gordon | 310-903-5019 | Cerberus California | Interested Party, Cerberus California / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2599290 | Anna Kalenchits | 212-723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2598267 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Interested Party / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2598188 | Robert MacMillan | (646) 223-6012 | Reuters | Interested Party, Reuters / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2599342 | Dale Stohr | 212-692-2034 | Angelo & Gordon | Creditor, Angelo & Gordon / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2599394 | Scott Corcombe | 212-209-2002 | Scott Corcombe In Pro Per | Interested Party, Scott Corcombe / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2598199 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |

Raymond Reyes

| | | | | | | |
|---|---|---|---|---|---|---|
| Tribune Company | 08-13141 | Hearing | 2597190 | Ken Kansa | 312-853-7163 | Sidley Austin | DeMor, Tribune Company / LIVE |
| Tribune Company | 08-13141 | Hearing | 2597357 | Howard S. Steel | 212-808-7946 | Kelley Drye & Warren, LLP | Interested Party, Telerep & HRP / LIVE |
| Tribune Company | 08-13141 | Hearing | 2598389 | Patricia Smoots | (312) 750-2759 | McGuireWoods LLP | Interested Party, McGuireWoods LLP / LISTEN ONLY |
| Tribune Company | 08-13141 | Hearing | 2601787 | Scott Bynum | 212-902-8060 | Goldman Sachs & Company | Interested Party, Goldman Sachs & Company / LISTEN ONLY |