# **EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF ADAM G. LANDIS IN SUPPORT OF APPLICATION TO EMPLOY AND RETAIN LANDIS RATH & COBB LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, *NUNC PRO TUNC* TO THE RETENTION <u>DATE, PURSUANT TO BANKRUPTCY CODE SECTION 1103(a)</u>

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) SS |
| COUNTY OF NEW CASTLE | ) |

ADAM G. LANDIS, being duly sworn, does depose and say as follows:

1.     I am a partner in the firm of Landis Rath & Cobb LLP ("LRC") and I am duly authorized to make this Affidavit on behalf of LRC.  I submit this Affidavit in accordance

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

with Bankruptcy Code Section 1103 and Bankruptcy Rules 2014(a) and 5002 in connection with the Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (the "Application").[2]  I make this Affidavit on personal knowledge or on information and belief as set forth herein.

      2.     I am admitted to practice law in the states of Delaware and New York, the Commonwealth of Massachusetts, the United States District Courts for the District of Delaware, the Southern and Eastern Districts of New York, and the Third Circuit Court of Appeals.

## INTRODUCTION

      3.     On December 18, 2008, the United States Trustee appointed the Committee, which consists of the following members: JPMorgan Chase Bank, N.A.; Merrill Lynch Capital Corporation.; Deutsche Bank Trust Company Americas; Warner Bros. Television; Vertis, Inc.; William Niese; Pension Benefit Guaranty Corporation; Washington-Baltimore Newspaper Guild, Local 32035; and Wilmington Trust Company.

      4.     In addition, on December 18, 2008 (the "Retention Date"), the Committee met with and selected Chadbourne & Parke LLP as its counsel, and LRC as its co-counsel.

      5.     I believe that LRC is a "disinterested person," as the term is defined in Bankruptcy Code Section 101(14) because LRC, its partners, associates and employees: (a) are not creditors, equity security holders or insiders of the Debtors; (b) are not and were not, within the two years before the Petition Date, directors, officers or employees of the Debtors; and (c) do not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in, the Debtors, or for any other reason.

---

[2] All capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Application.

6.      LRC has not in the past represented the Debtors, the Committee or any member of the Committee in connection with the Debtors.

7.      Since the Retention Date, LRC has assisted in advising the Committee with respect to restructuring and bankruptcy matters and has prepared certain documents, motions, applications, and affidavits relating to these Chapter 11 cases.

8.      LRC is not a creditor of the Debtors.  LRC employs nine (9) full-time attorneys and has a sophisticated and diversified practice that includes representation of many financial institutions and commercial entities, some of which or their affiliates may be creditors or parties-in-interest in the Debtors' pending Chapter 11 cases.  Consequently, LRC's attorneys may in the past have represented and may in the future represent entities that are or are related to claimants or interest holders of the Debtors in matters unrelated to the Debtors' Chapter 11 cases. No LRC attorney, however, represents or will represent any party other than the Committee in connection with these Chapter 11 cases.

## LRC DISCLOSURE PROCEDURES

9.      In connection with LRC's proposed retention in these cases, and in preparing this Affidavit, I followed a set of procedures developed by LRC to ensure compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of this Court (the "LRC Disclosure Procedures").

10.     Under the LRC Disclosure Procedures, I have reviewed the names of significant parties-in-interest in these cases provided to me by counsel to the Debtors.  The parties-in-interest are identified on Exhibit 1 attached hereto, and include the Debtors and: (a) Non-Debtor Affiliates; (b) Current and Former Directors and Officers of Tribune Company and Other Debtors; (c) Thirty Largest Unsecured Creditors (Consolidated); (d) Prepetition Lenders to

the Debtors; (e) Counterparties to Hedging Agreements; (f) Professionals Retained by Prepetition Lenders; (g) Indenture Trustee, Insurance Carriers; (h) Other Professionals Retained by the Debtors Outside of the Ordinary Course of Business; (i) Major Customers of the Debtors; (j) Parties to Significant Litigation with the Debtors; (k) Significant Landlords of the Debtors; (l) ESOP Trustee; (m) Entities Involved in Leveraged ESOP Transactions; (n) Significant Former Shareholders; (o) Major Holders of Phones; (p) Counterparties to Recent Significant Asset Dispositions; (q) Joint Venture Partners; (r) Other; (s) Equity Method Investments; (t) Former Indenture Trustees; (u) Agents Under Credit Agreements; (v) the Official Committee of Unsecured Creditors; and (w) Professionals Retained by Official Committee of Unsecured Creditors (all such entities, collectively, the "Potential Parties"). Because, however, the Debtors have not yet filed their Schedules of Assets and Liabilities and their Statements of Financial Affairs, LRC's ability to identify Potential Parties necessarily has been limited to those names provided to me by the Debtors and reasonably identifiable through a diligent search of publicly filed papers.

11.     I make this Affidavit based in material part on that list, as well as LRC's business records, including its conflict database, and the responses to conflict checks circulated throughout LRC (generally, the "LRC Conflict Identification System"). LRC maintains and updates the LRC Conflict Identification System in the ordinary course of its business, and it is the regular practice of the firm to make and maintain such records.

12.     The LRC Conflict Identification System was created to include: (a) every matter for which the firm is now or has been engaged; (b) the entity by which the firm is now or has been engaged; (c) the identity of related parties; (d) the identity of adverse parties; and (e) the responsible attorney in the firm who handles the matter.

13.    It is LRC's policy that no new matter may be accepted or opened without the attorney responsible for such matter completing and submitting to the LRC Conflict Identification System all information necessary to check each matter for conflicts, including the identity of the prospective client, the matter and, to the extent known, any adverse, potentially adverse and related parties. Accordingly, the LRC Conflict Identification System is updated for every new matter undertaken by LRC. Of course, the LRC Conflict Identification System relies upon the completeness of the information submitted by individual attorneys in any new matter.

14.    Following the submission of the Potential Parties, a list was created of all potential matches between the Potential Parties and the names already included in the LRC Conflict Identification System. In addition, the list of Potential Parties was sent via email firmwide to all employees for their individual review and response. When it was determined that there was an existing relationship with a Potential Party, LRC attorneys discussed the nature of the representations of, respectively, the Debtors, the Committee, and the Potential Party, and in all cases concluded that LRC did not represent a Potential Party in connection with the Debtors or the Committee.

## LRC'S CONNECTIONS WITH POTENTIAL PARTIES

15.    Based upon my review of the Potential Parties and the report from LRC's Conflict Identification System, I have determined that LRC has or had relationships with certain Potential Parties as identified in Exhibit 2 attached hereto. LRC does not now and will not in the future represent these parties (or any Potential Party) in connection with the Debtors' bankruptcy cases.

16.    Except as set forth herein, LRC does not have any connection with the Debtors, any creditor or party-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed by the United States Trustee.

17.    LRC does not represent, has not represented, and will not represent any entity, other than the Committee, in matters related to these Chapter 11 cases.

18.    I believe that the proposed retention of LRC is not prohibited by or improper under Bankruptcy Rule 5002.

19.    Neither I, nor LRC, nor any partner or associate thereof, as far as I have been able to ascertain, holds or represents an interest adverse to the Debtors or their estates in the matters for which LRC is proposed to be retained.    Accordingly, I believe LRC is a "disinterested person" as defined in Bankruptcy Code Section 101(14).    Furthermore, while employed by the Committee, LRC shall not represent any entity having an adverse interest in connection with the Debtors' Chapter 11 cases.

20.    The Debtors have numerous relationships and creditors.    Consequently, although every reasonable effort has been made to discover and eliminate the possibility of conflict, including the efforts outlined above, LRC is unable to state with absolute certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party in interest in these Chapter 11 cases.    To the extent that any information disclosed herein requires supplementation, amendment or modification upon LRC's completion of further analysis or as additional information becomes available to it, a supplemental affidavit will be submitted to the Court.

21.    Based upon the foregoing, I believe that LRC and the professionals it employs are qualified to represent the Committee in the matters for which LRC is proposed to be retained.

## COMPENSATION

22.    Subject to this Court's approval, LRC will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered. The primary LRC attorneys who will be representing the Committee and their corresponding rates are: Adam G. Landis, partner, at $595 per hour; Matthew B. McGuire, associate, at $370 per hour; and Mona A. Parikh, associate, at $275 per hour. These rates may increase from time to time in accordance with LRC's established billing practices and procedures, subject to client approval, and other LRC partners and associates may be involved in the Debtors' cases, as required. LRC will maintain detailed, contemporaneous records of time and any actual and necessary expenses incurred in connection with the rendering of legal services described in the Application by category and nature of the service rendered, consistent with the Bankruptcy Code, Bankruptcy Rules, Local Rules and the United States Trustee's Guidelines for Review of Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330.

23.    LRC intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of this Court, the administrative order governing the payment of estate professionals in these cases, or any other orders entered in these cases.

24.    No promises have been received by LRC, or any partner or associate thereof, as to payment or compensation in connection with these cases other than in accordance

with the provisions of the Bankruptcy Code.  Neither LRC nor any of its attorneys have entered into an agreement or understanding to share compensation with respect to the representation of the Committee as described in Bankruptcy Rule 2016.

25.    LRC has agreed to accept as compensation such sums as may be allowed by the Court based upon the professional time spent, the rates charged for such services, the necessity of such services, the reasonableness of the time spent in relation to the results achieved, and the complexity, importance and nature of the problems, issues or tasks addressed in these cases.

_____
Adam G. Landis

SWORN TO AND SUBSCRIBED before me this ____ day of January, 2009.

_____
Notary Public

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

# EXHIBIT 1

## EXHIBIT 1 – POTENTIAL PARTIES

**DEBTORS AND NON-DEBTOR AFFILIATES**

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.

Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor

Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion

Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz

Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinheart, Jr.
Scott Sullivan
Laura L. Tarvainen

Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman

J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC

Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP

Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV

Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation

Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A)
AT&T (B)
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory

Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular

Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe

Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson

Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.

Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC

N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
Tesop Corporation
Goldman Sachs & Co.

## SIGNIFICANT FORMER SHAREHOLDERS

Cantigny Foundation
Chandler Trust No. 1
Chandler Trust No. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

Freedom Communications, Inc.
Gannett Co., Inc.
Hearst Corporation
Sunbeam Television Corporation
Target Media Partners

## JOINT VENTURE PARTNERS

Gannett Co., Inc.
The McClatchy Co., Inc.
Medianews Group, Inc.
Microsoft Corporation

## OTHER

Equity Group Investments LLC

## EQUITY METHOD INVESTMENTS

Careerbuilder, LLC
California Independent Postal Systems
Classified Ventures, LLC
Comcast Sportsnet Chicago
Consumer Networks
LEGACY.COM
Metromix, LLC
Shoplocal, LLC
Topix, LLC
Television Food Netowrk  G.P.

## FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

Banc of America Securities, LLC
Bank of America, N.A.
Barclays Bank PLC
Citicorp North America, Inc.
Citigroup Global Markets, Inc.
JPMorgan Chase Bank, N.A.
JPMorgan Securities, Inc.
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith, Inc.

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

J.P. Morgan Chase Bank, N.A., in its capacity as lender
Merrill Lynch Financial Corporation, in its capacity as lender
Deutsche Bank Trust Company Americas, as Indenture Trustee
Warner Bros. Television
Vertis, Inc.
William Niese
Pension Benefit Guaranty Corporation
Washington-Baltimore News Paper Guild, Local 32035
Wilmington Trust Company

## PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Chadbourne & Parke LLP
Alix Partners LLC

# EXHIBIT 2

# EXHIBIT 2 - LRC'S CONNECTION WITH POTENTIAL PARTIES-IN-INTEREST

## PRESENT CLIENTS - MATTERS UNRELATED

| Entity | Relationship to Debtors[1] | Firm Relationship |
| --- | --- | --- |
| JPMorgan Chase Bank, N.A. | Pre-Petition Lender to the Debtors; Committee member | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Angelo Gordon & Co. | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Citicorp USA, Inc. | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Credit Suisse First Boston LLC | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Credit Suisse Securities (USA) LLC | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| JD Capital Management, LLC | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| The Bank of New York | Former Indenture Trustee | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| MSD Capital, L.P. | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Normandy Hill Capital, L.P. | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |

---

[1] Relationship to Debtors is based on the list of Potential Parties provided to LRC by counsel to the Debtors. See Exhibit 1. See, also, Landis Affidavit, ¶10

| | | |
|---|---|---|
| One Hill Partners, LLC | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| OZ Master Fund, Ltd. | Pre-Petition Lender to the Debtors | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Zurich American Insurance Company | Insurance Carrier | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Citadel Equity Fund Ltd. | Major Holders of Phones | LRC represents this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |

## FORMER CLIENTS – MATTERS UNRELATED

| Entity | Relationship to Debtors[1] | Firm Relationship |
|---|---|---|
| Warner Bros. Television | Pre-Petition Lender to the Debtors; Committee member | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Bank of America | Pre-Petition Lender to the Debtors | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Blackstone Group | Pre-Petition Lender to the Debtors | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| General Electric Co. | Pre-Petition Lender to the Debtors | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| Wilmington Trust Company | Pre-Petition Lender to the Debtors | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases. |
| U.S. Bank National Association | Parties to significant litigation with the Debtors | LRC has represented this entity or an affiliated or related entity in matters unrelated to the Chapter 11 cases |

---

[1] Relationship to Debtors is based on the list of Potential Parties provided to LRC by counsel to the Debtors. See Exhibit 1. See, also, Landis Affidavit, ¶10.