# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :    Chapter 11
                                                 :
TRIBUNE COMPANY, et al.,                         :    Case No. 08-13141 (KJC)
                                                 :
            Debtors.                             :    Jointly Administered
------------------------------------------------ x
```

### AFFIDAVIT OF DAVID M. LEMAY

STATE OF NEW YORK        )
                              )   ss:
COUNTY OF NEW YORK      )

DAVID M. LEMAY declares as follows:

1.      I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of New York, the United States District Court for the Northern District of California, and the United States District Court for the Eastern District of Michigan.  I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne" or the "Firm"), which maintains (i) a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112, (ii) regional offices in Washington, D.C., Houston and Los Angeles, and (iii) foreign offices in Mexico City, London, Beijing, Moscow, St. Petersburg, Warsaw, Almaty, Kyiv, and Dubai.

2.      I submit this affidavit (the "Affidavit") in connection with the application dated January 16, 2008 (the "Application") of the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Tribune Company, et al., the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") for approval of the employment and retention of Chadbourne as co-counsel to the Creditors' Committee, nunc pro tunc to December

1

18, 2008.  Unless otherwise stated in the Affidavit, I have personal knowledge of the facts set forth herein.

## BACKGROUND

3.    On December 8, 2008 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  On December 10, 2008, the Bankruptcy Court entered an order consolidating the Debtors' chapter 11 cases for procedural purposes only.

4.    On December 18, 2008 (the "Formation Date"), the Office of the United States Trustee for Region 3 (the "U.S. Trustee") appointed the Creditors' Committee, which was originally comprised of the following eight members: (i) JPMorgan Chase Bank, N.A., (ii) Merrill Lynch Capital Corporation, (iii) Deutsche Bank Trust Company Americas, as Indenture Trustee, (iv) Warner Bros. Television, (v) Vertis, Inc., (vi) Mr. William Niese, (vii) Pension Benefit Guaranty Corporation, and (viii) Washington-Baltimore Newspaper Guild, Local 32035.  On December 30, 2008, the U.S. Trustee added Wilmington Trust Company, as Successor Indenture Trustee, to the Creditors' Committee.

5.    On the Formation Date, the Creditors' Committee selected Chadbourne to serve as its co-counsel, subject to Bankruptcy Court approval. [1]

---

[1]    In addition, the Creditors' Committee selected Landis Rath & Cobb LLP to serve as its Delaware counsel.  The Creditors' Committee will file a separate retention application for Landis Rath & Cobb LLP.

## CHADBOURNE'S DISCLOSURE PROCEDURES

6.      Chadbourne has conducted a series of searches of its conflicts databases (the "Conflicts Database") to identify representations of creditors and other parties in interest (or potential parties in interest) in these chapter 11 cases.[2]  Specifically, Chadbourne has searched the Conflicts Database to identify, during the last five (5) years, any circumstances in which Chadbourne has represented (i) the Debtors and non-debtor affiliates of the Debtors, (ii) clients other than the Debtors in matters involving the Debtors, (iii) the current and former directors and officers of the Debtors, (iv) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis, (v) the prepetition lenders to the Debtors, (vi) counterparties to hedging agreements with the Debtors, (vii) professionals retained by the prepetition lenders of the Debtors in connection with the Debtors' chapter 11 cases, (viii) the indenture trustees for certain notes, (ix) the Debtors' insurers, (x) professionals retained by the Debtors outside the ordinary course of business, (xi) major customers of the Debtors, (xii) parties to significant litigation with the Debtors, (xiii) significant landlords of the Debtors, (xiv) Judges of the United States Bankruptcy Court for the District of Delaware, (xv) individuals employed by the U.S. Trustee, (xvi) the Trustee for the Debtors' ESOP, (xvii) entities involved in the leveraged ESOP transactions involving the Debtors

---

[2]    This Conflicts Database is designed to include every matter on which the firm is now and has been engaged, by which entity the firm is now or has been engaged and, in each instance, the identity of related parties and adverse parties and certain of the attorneys in the firm that are knowledgeable about the matter.  It is Chadbourne's policy that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the Conflicts Database the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and related and adverse parties.  Accordingly, Chadbourne maintains and systematically updates the Conflict Database in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain the Conflicts Database.

in 2007, (xviii) significant former shareholders of Debtor Tribune Company, the ultimate parent of the other Debtors, (xix) major holders of the PHONES debt, (xx) counterparties to recent significant asset dispositions by the Debtors, (xxi) partners in joint ventures with the Debtors, (xxii) certain entities in which the Debtors hold equity investments, (xxiii) prior indenture trustees for the Debtors' note debt, (xxiv) agents under the Debtors' prepetition credit agreements, (xxv) members of the Creditors' Committee, and (xxvi) certain additional entities, all as detailed on Exhibit "1" hereto.

7.    In addition, on January 9, 2009, Chadbourne solicited information by firm-wide email to all attorneys to determine to what extent Chadbourne has any connections to the entities listed on Exhibit 1. (Except as otherwise noted, the relevant inquiry period was limited to the last five years.) In particular, Chadbourne attorneys were asked whether (i) they represented any of the entities listed on Exhibit 1; (ii) they or any close relative (i.e., spouse, children, siblings) are or were a director, officer, person in control, or a relative of a general partner, director, officer, or person in control of, any of the entities appearing on Exhibit 1; (iii) they are or were a creditor or owner of equity securities of any of the Debtors; (iv) they are or were in a position of control of any of the Debtors, or a relative of a general partner, director, officer or other person in control of, any of the Debtors; (v) they are or were within the last two years, an officer, director, or employee of any of the Debtors; and (vi) they are or were representing an insider of any of the Debtors or the Debtors' parents, subsidiaries, or other affiliates.

8.    The chart set forth in Exhibit "2" hereto summarizes the results of the foregoing searches. As set forth in greater detail in Exhibit 2, and subject to any explanations and/or exceptions contained therein, Chadbourne (a) does not hold or represent any interest

adverse to the Debtors' estates in connection with these chapter 11 cases, and (b) is a "disinterested person" within the meaning of section 101(14), as modified by section 1103(b), of the Bankruptcy Code.

9.    To the best of my knowledge and information, except for Citigroup Inc. and its affiliates ("Citigroup"), Morgan Stanley & Co., Incorporated and its affiliates ("Morgan Stanley"), The Royal Bank of Scotland plc and its affiliates ("RBS"), General Electric Capital Corporation and its affiliates ("GECC"), American International Group Inc. and its affiliates ("AIG"), and WestLB AG ("WestLB"), the annual fees for each of the last two years paid to Chadbourne by any of the entities listed in Exhibit 2 did not exceed 1% of the annual gross revenue of Chadbourne for such years.

10.    For the two year period of 2007 through 2008, fees paid to Chadbourne by Citigroup have averaged approximately 4% of Chadbourne's gross revenue. Citigroup is a prepetition lender to the Debtors and Chadbourne has provided and provides legal advice to Citigroup from time to time concerning certain specific corporate and financing transactions wholly unrelated to the Debtors and these cases.

11.    The annual fees for each of the last two years paid to Chadbourne by Morgan Stanley were approximately 1-3% of Chadbourne's annual gross revenue. Morgan Stanley is a prepetition lender to the Debtors and Chadbourne has provided and provides legal advice to Morgan Stanley from time to time concerning certain specific corporate and financing transactions wholly unrelated to the Debtors and these cases.

12.    The fees paid to Chadbourne by RBS in 2007 were approximately 1% of Chadbourne's annual gross revenue for 2007. The fees paid to Chadbourne by RBS in 2008 were less than 1% of Chadbourne's annual gross revenue for 2008.   RBS is a prepetition lender to

Debtors and Chadbourne has provided and provides legal advice to RBS from time to time concerning certain specific corporate and financing transactions wholly unrelated to the Debtors and these cases.

13.    The fees paid to Chadbourne by GECC in 2007 were approximately 1% of Chadbourne's annual gross revenue for 2007.  The fees paid to Chadbourne by GECC in 2008 were less than 1% of Chadbourne's annual gross revenue for 2008.  GECC is a prepetition lender to Debtors and Chadbourne has provided and provides legal advice to GECC from time to time concerning certain specific corporate and financing transactions wholly unrelated to the Debtors and these cases.

14.    The annual fees for each of the last two years paid to Chadbourne by AIG were approximately 1-2% of Chadbourne's annual gross revenue.  AIG is an insurer of the Debtors and Chadbourne has provided and provides legal advice to AIG from time to time concerning certain insurance/reinsurance matters wholly unrelated to the Debtors and these cases.

15.    The fees paid to Chadbourne by WestLB in 2008 were approximately 2% of Chadbourne's annual gross revenue for 2008.  The fees paid to Chadbourne by WestLB in 2007 were less than 1% of Chadbourne's annual gross revenue for 2007.  WestLB is a prepetition lender to Debtors and Chadbourne has provided and provides legal advice to WestLB from time to time concerning certain specific corporate and financing transactions wholly unrelated to the Debtors and these cases.

16.    To the best of my knowledge and information and after diligent inquiry, Chadbourne does not currently represent the Debtors or any of their related parties, affiliates,

partners, or subsidiaries, and Chadbourne will not undertake the representation of the Debtors or related entities during this engagement.

17.     To the best of my knowledge and information and after diligent inquiry, neither I, Chadbourne, nor any member, counsel, or associate of the Firm represents any entities or parties in interest other than the Creditors' Committee in connection with the above-captioned chapter 11 cases. Moreover, Chadbourne will not undertake the representation of any party other than the Creditors' Committee in connection with the Debtors' chapter 11 cases.

18.     To the best of my knowledge and information and after diligent inquiry, neither I, Chadbourne, nor any member, counsel, or associate of the Firm is a creditor, equity security holder, or an insider of the Debtors as specified in section 101(14)(A) of the Bankruptcy Code.

19.     To the best of my knowledge and information and after diligent inquiry, neither I, Chadbourne, nor any member, counsel, or associate of the Firm has been, within two yeas from the Petition Date, a director, officer, or employee of the Debtors as specified in section 101(14)(B) of the Bankruptcy Code.

20.     Chadbourne does not have an interest materially adverse to the interest of the Debtors' estates or (except as a result of its representation of the Creditors' Committee as contemplated hereby) of any class of creditors or equity holders of the Debtors, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors as specified in section 101(14)(C) of the Bankruptcy Code, or for any other reasons.

21.     To the best of my knowledge and information and after due inquiry, Chadbourne neither holds nor represents any interest adverse to the Creditors' Committee, the Debtors, their creditors, or other parties in interest, or their respective attorneys in these chapter

11 cases. Moreover, to the best of my knowledge and information and after due inquiry, Chadbourne is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1103(b) of the Bankruptcy Code.

22.     To the best of my knowledge and information and after due inquiry, Chadbourne has no connections with the U.S. Trustee or any person employed by the U.S. Trustee or the Bankruptcy Court. Names of the individuals employed by the U.S. Trustee, and the Judges of the United States Bankruptcy Court for the District of Delaware, were included in the conflicts search described in paragraphs 6 and 7, supra.

23.     In light of the extensive number of creditors and other parties in interest in these chapter 11 cases, and because definitive lists of all such creditors and other parties in interest have not yet been prepared, neither I nor Chadbourne are able to conclusively identify all potential connections. To the extent that I become aware of any additional connections that may be relevant to Chadbourne's representation of the Creditors' Committee, I will promptly file a supplemental Affidavit.

### DISCLOSURE OF COMPENSATION

24.     As of the date of this Affidavit, Chadbourne has received no compensation for its work on behalf of the Creditors' Committee.

25.     Chadbourne is willing to be retained by the Creditors' Committee as its co-counsel and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware, and any orders of this Court. Subject to the Court's approval, Chadbourne will be compensated at its standard hourly rates. The current standard hourly rates charged by Chadbourne range from $635 to $955 for partners, $585 to $745 for counsel, $345 to

$595 for associates, and $135 to $295 for paraprofessionals.  These hourly rates are subject to periodic adjustments (typically in November of each year) to reflect economic and other conditions.  Other attorneys and paraprofessionals will, from time to time, assist in the representation of the Creditors' Committee in connection with these cases at Chadbourne's standard hourly rates in effect for those personnel.  Chadbourne will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Creditors' Committee.

26.     The hourly rates set forth above are Chadbourne's standard hourly rates for work of this nature.  These rates are set at a level designed to fairly compensate Chadbourne for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses.  Chadbourne operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors.  Chadbourne reserves its right to file an application for allowance of an enhanced fee award at the end of these chapter 11 cases, subject to the discretion of the Creditors' Committee.

27.     In addition to the hourly rates set forth above, Chadbourne customarily charges its clients for all costs and expenses incurred in connection with a client's case.  These charges include, among other things, long-distance telephone and telecopier charges, mail and express mail charges, special or hand delivery charges, filing fees, photocopying charges, travel expenses, expenses for "working meals," computerized research, and transcription costs, as well as non-ordinary overhead expenses such as secretarial overtime.  Chadbourne will seek reimbursement for such expenses pursuant to, among other things, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, any applicable guidelines established by the Court or the U.S. Trustee, and any orders of this Court.

28.    No agreement exists, nor will any be made, to share any compensation received by Chadbourne for its services rendered to the Creditors' Committee in connection with these chapter 11 cases with any entity, person or firm, other than its partners and associates in accordance with Chadbourne's partnership agreement and section 504(b) of the Bankruptcy Code.

29.    For the reasons set forth herein, Chadbourne (i) represents no interest adverse to the Debtors' individual creditors or the Creditors' Committee and (ii) is a disinterested person.  Therefore, Chadbourne is capable of fulfilling its duties to the Creditors' Committee and the unsecured creditors that the Creditors' Committee represents.

I declare under penalty of perjury that the foregoing is true and correct.

David M. LeMay

Sworn to and subscribed
before me this 16 day of
January 2009.

Notary Public

DAVID M. BAVA
NOTARY PUBLIC, State of New York
No. 01BA6175197
Qualified in New York County
Commission Expires Oct. 9, 20 11

# EXHIBIT 1

## CONFLICTS LIST- TRIBUNE COMPANY., et al.

## DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company

NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.

Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.

ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
Jeffrey Chandler
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey

Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
Roger Goodan
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks
Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones

Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran
Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton

Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, Jr.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf

Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt

Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchill Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.

Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company

Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset

Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP

Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC

Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford

Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp

News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile

T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon

First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed

Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon

Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

# SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF CALIFORNIA
WELLS FARGO BANK, N.A.

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

JPMORGAN CHASE BANK, N.A.
MERRILL LYNCH CAPITAL CORPORATION
DEUTSCHE BANK TRUST COMPANY AMERICAS
WARNER BROS. TELEVISION
VERTIS, INC.
WILLIAM NIESE
PENSION BENEFIT GUARANTY CORPORATION
WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035
WILMINGTON TRUST COMPANY

**EXHIBIT 2**

CONFLICTS SEARCH SUMMARY[*]

1.      Representations by Chadbourne of the Debtors and non-Debtor affiliates:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

2.      Circumstances in which Chadbourne has represented clients other than the Debtors in matters involving the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

3.      Representations by Chadbourne of current and former directors and officers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

4.      Representations by Chadbourne of the thirty largest unsecured creditors (consolidated):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Barclays (as a member of counterparty steering committee as to which Chadbourne is counsel) | Barclays Bank plc |
| Barclays Capital | Deutsche Bank AG |
| Deutsche Bank Securities | DF Deutsche Forfait AG |
| Deutsche Boerse AG | Deutsche Bank Polska S.A. |
| Deutsche Bank AG - NY Branch | Deutsche Bank AG London |
| Deutsche Hypothekenbank | |
| JPMorgan Chase & Co. | |
| JPMorgan Securities Inc. | |
| JPMorgan Capital Corporation | |
| JPMorgan Bank, S.A., Institution of Multiple BA | |
| Merrill Lynch & Co. | |
| Principal Credit Group | |

---

[*]   The information included in this Exhibit reflects Chadbourne's active and former representations during the last five (5) years.

5.    Representations by Chadbourne of the prepetition lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| ABN AMRO Bank | ABN AMRO Bank (Colombia) |
| ABN AMRO Bank, Sucursal Venezuela | Banc America Leasing |
| ABN AMRO (Polska) S.A. | Barclays Bank plc |
| ABN AMRO Bank Kazakhstan | The CIT Group/Business Credit, Inc. |
| AIG Global Investment Corp. | CSFB |
| Bank of America | Credit Suisse First Boston |
| Banc of America Securities LLC | Credit Suisse First Boston International |
| North American Development Bank | Deutsche Bank AG |
| Barclays (as a member of counterparty steering committee as to which Chadbourne is counsel) | DF Deutsche Forfait AG |
| Barclays Capital | Deutsche Bank AG London |
| Bear Stearns & Co., Inc. | Deutsche Bank Polska S.A. |
| The Bear Stearns Companies, Inc. | EBF & Associates |
| Bear Stearns Corporate Lending Inc. | GE Frankonova Re Management Services (UK) Limited |
| Carlyle Investment Management LLC | ING Baring Furman Selz LLC |
| Carlyle Riverstone | ING Lease Deutschland GMBH |
| Chicago Fundamental Investment Partners, LLC | Invesco Real Estate GMBH |
| CFIP Master Fund, Ltd. | Loews Corporation |
| The CIT Group | Moore Capital |
| Citigroup | Morgan Stanley Senior Funding |
| Citibank | UBS Securities |
| Citigroup Global Markets, Inc. | Wells Fargo Leasing |
| Citigroup/Bank Handlowy W Warszawie | |
| Citigroup Property Investors | |
| Citibank-Russia | |
| Citibank-Kazakhstan | |
| Credit Suisse | |
| Credit Suisse Investment | |
| Credit Suisse Securities | |
| Davidson Kempner Capital Management | |
| Deutsche Bank Securities | |
| Deutsche Boerse AG | |
| Deutsche Bank AG - NY Branch | |
| Deutsche Hypothekenbank | |
| European Credit Management Limited (Wachovia) | |
| Farallon Capital Management LLC | |
| Fidelity Investments | |
| Fidelity Fixed Income Trust | |
| Fidelity Strategic Real Return Fund | |
| Fidelity REOI Cayman Ltd. | |
| FMR Corp. | |
| Foothill Group, Inc. | |

2

| | |
|---|---|
| GE Financial Services | |
| GE Structured Finance | |
| GE Capital | |
| GE Wind Energy | |
| GE Consumer Finance | |
| GE Consumer & Industrial Power Controls | |
| GE Real Estate Europe | |
| Goldman Sachs & Co. | |
| Goldman Sachs International | |
| Grey Ridge LPC, LLC | |
| Guggenheim Capital Markets | |
| ING Bank | |
| ING Bank (Eurasia) | |
| ING Bank Slaski S.A. | |
| ING Bank N.V., London Branch | |
| ING Capital | |
| John Hancock Financial Services | |
| JPMorgan Chase & Co. | |
| JPMorgan Securities Inc. | |
| JPMorgan Capital Corporation | |
| JPMorgan Bank, S.A., Institution of Multiple BA | |
| Lehman Brothers | |
| Lehman Brothers Private Equity | |
| Merrill Lynch & Co. | |
| Principal Credit Group | |
| Metropolitan Life Insurance Company | |
| Morgan Stanley | |
| Morgan Stanley (India) | |
| MSD Capital, L.P. | |
| National City | |
| National City Commercial Capital | |
| Oaktree Capital Management, LLC | |
| Oppenheimer Funds, Inc. | |
| Perry Principals LLC | |
| Perry Capital | |
| Prudential Investment Management Services LLC | |
| Quadrangle Master Funding | |
| Rabobank International | |
| Rabobank Brasil International S.A. | |
| Rabobank International Turkey | |
| Renaissance Reinsurance Limited | |
| The Royal Bank of Scotland plc | |
| RBS Greenwich Capital | |
| RBS America | |
| Scotia Capital Markets USA, Inc. | |
| Bank of Nova Scotia | |

3

| | |
|---|---|
| Silver Point Capital | |
| Societe Generale | |
| Banque Societe Generale Vostok | |
| Stichting Bedrifstakpensionenfonds Voor de Metalekt | |
| Strategic Value Partners, LLC | |
| Sumitomo Mitsui Banking Corporation | |
| Swiss Reinsurance Company | |
| Taconic Capital Partners | |
| Taconic Opportunity Fund L.P. | |
| TCW Asset Management Co. | |
| UBS Deutschland AG | |
| Venor Capital Master Fund Ltd. | |
| Wachovia Bank N.A. | |
| Wachovia National Bank | |
| Wells Fargo Bank, N.A. | |
| Wells Fargo Investments | |
| Wells Fargo Foothill | |
| WestLB | |
| Westdeutsche Immobilienbank | |
| Banco WestLB Do Brasil S.A. | |
| WestLB Bank Polska S.A. | |

6.      Representations by Chadbourne of counterparties to hedging agreements:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Barclays Capital | None |

7.      Representations by Chadbourne of professionals retained by prepetition lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

8.      Representations by Chadbourne of indenture trustee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deutsche Bank Securities | Deutsche Bank AG |
| Deutsche Boerse AG | DF Deutsche Forfait AG |
| Deutsche Bank AG - NY Branch | Deutsche Bank Polska S.A. |
| Deutsche Hypothekenbank | Deutsche Bank AG London |

4

9.    Representations by Chadbourne of the Debtors' insurance carriers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Chubb Group of Insurance Companies | Chubb Insurance Company of Europe S.A. |
| Chubb & Son | Federal Insurance Company |
| Ace American | Travelers Corporation |
| AIG | St. Paul Fire & Marine Insurance Co. |
| AIG UK Limited | Travelers Casualty and Surety Company |
| AIG Europe (Ireland) Ltd. | |
| AIG New York | |
| AIG Global Investment Corp. | |
| Allied World Insurance Company | |
| Axis Reinsurance Company | |
| Executive Risk Indemnity Inc | |
| The Hartford Insurance Group | |
| Illinois National Insurance Company (AIG) | |
| Indian Harbor Insurance (XL) | |
| Lexington Insurance Company | |
| Lloyd's * | |
| XL Insurance Company | |
| St. Paul Travelers | |
| Zurich Insurance Group | |

*Chadbourne has represented certain Lloyd's syndicates from time to time in matters unrelated to the Debtors.*

10.    Representations by Chadbourne of other professionals retained by the Debtors outside of the ordinary course of business:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deloitte & Touche | Lazard Freres |
| Navigant Consulting | |
| PricewaterhouseCoopers LLP | |

5

11.    Representations by Chadbourne of major customers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America | Banc America Leasing |
| Banc of America Securities LLC | GE Frankonova Re Management Services (UK) Limited |
| North American Development Bank | GE Consumer Finance |
| Citigroup | Honda |
| Citibank | Glaxosmithkline Pharmaceuticals S.A. |
| Citigroup Global Markets, Inc. | Progressive Insurance Company |
| Citigroup/Bank Handlowy W Warszawie | Viacom International |
| Citigroup Property Investors | |
| Citibank-Russia | |
| Citibank-Kazakhstan | |
| General Motors | |
| European Credit Management Limited (Wachovia) | |
| GE Financial Services | |
| GE Structured Finance | |
| GE Capital | |
| GE Wind Energy | |
| GE Consumer Finance | |
| GE Consumer & Industrial Power Controls | |
| GE Real Estate Europe | |
| Kraft Foods International | |
| Kraft Foods Ukraine | |
| Maximum Coverage Media – Euro RSCG | |
| News America Marketing | |
| News Corporation | |
| Pepsi | |
| Pfizer, Inc. | |
| Procter & Gamble | |
| Sprint Spectrum L.P. | |
| Sprint Communications Company L.P. | |
| Toyota Motor Corporation | |
| Verizon | |
| Verizon Capital | |
| Viacom | |
| Wachovia Bank N.A. | |
| Wachovia National Bank | |

12.    Representations by Chadbourne of parties to significant litigation with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

6

13.     Representations by Chadbourne of significant landlords of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| Wells Fargo Bank, N.A. | Wells Fargo Leasing |
| Wells Fargo Investments | Vornado |
| Wells Fargo Foothill | |
| Majestic Realty Co. | |

14.     Representations by Chadbourne of Judges on the United States Bankruptcy Court for the District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| None | None |

15.     Representations by Chadbourne of employees of the Office of the United States Trustee:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| None | None |

16.     Representations by Chadbourne of the ESOP Trustee:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| None | None |

17.     Representations by Chadbourne of entities involved in leveraged ESOP transactions:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| Goldman Sachs & Co. | None |
| Goldman Sachs International | |

18.     Representations by Chadbourne of significant former shareholders:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| None | None |

19.     Representations by Chadbourne of major holders of PHONES:

| Active Unrelated Representations | Former Unrelated Representations |
| --- | --- |
| Citadel Investment Group, L.L.C. | Citadel Investment Group (Europe) Limited |

7

20.    Representations by Chadbourne of counterparties to recent significant asset dispositions by the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Hearst-Marquard Publishing SP. z.o.o. | None |

21.    Representations by Chadbourne of partners in joint ventures with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Microsoft Corporation | None |

22.    Representations by Chadbourne of certain entities in which the Debtors hold equity investments:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

23.    Representations by Chadbourne of former indenture trustees of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of Montreal | Dresdner Bank |
| Bank of New York | Agriculture Bank of China |
| Standard Bank New York | Citibank-London |
| Bank of Tokyo-Mitsubishi, Ltd. | |
| Wells Fargo | |
| Citigroup | |
| Citibank | |
| Citigroup Global Markets, Inc. | |
| Citigroup/Bank Handlowy W Warszawie | |
| Citigroup Property Investors | |
| Citibank-Russia | |
| Citibank-Kazakhstan | |

8

24.    Representations by Chadbourne of agents under the Debtors' prepetition credit agreements:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Bank of America | Banc America Leasing |
| Banc of America Securities LLC | Barclays Bank plc |
| North American Development Bank | Citibank-London |
| Barclays (as a member of counterparty steering committee as to which Chadbourne is counsel) | |
| Barclays Capital | |
| Citigroup | |
| Citibank | |
| Citigroup Global Markets, Inc. | |
| Citigroup/Bank Handlowy W Warszawie | |
| Citigroup Property Investors | |
| Citibank-Russia | |
| Citibank-Kazakhstan | |
| JPMorgan Chase & Co. | |
| JPMorgan Securities Inc. | |
| JPMorgan Capital Corporation | |
| JPMorgan Bank, S.A., Institution of Multiple BA | |
| Merrill Lynch & Co. | |
| Principal Credit Group | |

25.    Representations by Chadbourne of members of the Official Committee of Unsecured Creditors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Deutsche Bank Securities | Deutsche Bank AG |
| Deutsche Boerse AG | DF Deutsche Forfait AG |
| Deutsche Bank AG - NY Branch | Deutsche Bank Polska S.A. |
| Deutsche Hypothekenbank | Deutsche Bank AG London |
| JPMorgan Chase & Co. | |
| JPMorgan Securities Inc. | |
| JPMorgan Capital Corporation | |
| JPMorgan Bank, S.A., Institution of Multiple BA | |
| Merrill Lynch & Co. | |
| Principal Credit Group | |
| Vertis, Inc. | |

26.    Representations by Chadbourne Attorneys While at Other Law Firms:

In addition to the foregoing, certain Chadbourne attorneys have, within the last five years and while affiliated with other law firms, represented certain parties-in-interest (which do not include the Debtors or their non-Debtor affiliates) in matters unrelated to the Debtors.  None of these representations occurred within the last year.

9

27.    Other Connections by Chadbourne Attorneys:

Certain Chadbourne attorneys are closely related to individuals that are currently or were employed within the last five years by certain parties-in-interest.  With the exception of the following, we are not aware of any such relationships to an "insider" (as that term is defined in section 101 of the Bankruptcy Code) of any of the entities listed on Exhibit 1:  The wife of a Chadbourne counsel is a former managing director of Bear Stearns.  Her employment with Bear Stearns terminated on April 15, 2004.  Moreover, although the scope of our conflict and connections review was limited to five years, we have become aware that the father of a Chadbourne partner was a director of Tribune Company between 1989 and 2002.

NY4 - 210578.02