# EXHIBIT B

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
TRIBUNE COMPANY, et al.,                        :    Case No. 08-13141 (KJC)
                                                :
                        Debtors.                :    Jointly Administered
------------------------------------------------------------ x

### ORDER AUTHORIZING THE EMPLOYMENT
### AND RETENTION OF CHADBOURNE & PARKE LLP AS CO-COUNSEL
### TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
### TRIBUNE COMPANY, ET AL., EFFECTIVE AS OF DECEMBER 18, 2008

Upon the Application[1] of the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above above-captioned chapter 11 cases of Tribune Company, et al. (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Chadbourne & Parke LLP ("Chadbourne") as co-counsel for the Creditors' Committee, effective as of December 18, 2008; and upon consideration of the Application and all pleadings related thereto, including the LeMay Affidavit; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Application was due and proper under the circumstances; and it appearing that Chadbourne neither holds nor represents any interest adverse to the Debtors' estates; and it further appearing that Chadbourne is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code; and it appearing that the relief requested in the Application is in the best interests of the

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

NY4 - 210562.04

Creditors' Committee, the Debtors, their estates and creditors; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted; and it is further

ORDERED, that pursuant to sections 327 and 1103(a) of the Bankruptcy Code, the employment and retention of Chadbourne as co-counsel for the Creditors' Committee is hereby approved, nunc pro tunc to December 18, 2008, on the terms and conditions set forth in the Application and in the LeMay Affidavit; and it is further

ORDERED, that Chadbourne shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and any other applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
_____, 2009

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

2

NY4 - 210562.04