# EXHIBIT A



Chicago  Dallas  Detroit  Düsseldorf  London  Los Angeles
Milan  Munich  New York  Paris  San Francisco  Shanghai  Tokyo

December 19, 2008

Ms. Miriam Kulnis
JPMorgan Chase Bank, N.A.
277 Park Avenue, 8th Floor
New York, NY 10172

Mr. Wayne M. Smith
Warner Bros. Television
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA 91522

Co-Chairs of the Official Unsecured Creditors' Committee of Tribune Company

Re:    Agreement for Financial Advisory and Consulting Services

Dear Co-Chairs:

This letter, together with the attached Schedule(s) and General Terms and Conditions, sets forth the agreement ("Agreement") between AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners") and the Unsecured Creditors Committee (the "Committee") of Tribune Company and certain of its affiliates in their Chapter 11 cases (the "Debtors" or the "Company") for the engagement of AlixPartners to provide advisory services to the Committee with respect to the Debtors' Chapter 11 reorganization cases currently pending before the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

All defined terms shall have the meanings ascribed to them in this letter and in the attached Schedule(s) and General Terms and Conditions.

---

## OBJECTIVES AND TASKS

AlixPartners will assist the Committee in evaluating and implementing strategic and tactical options through the bankruptcy and restructuring process. A general list of tasks AlixPartners will likely perform is as follows:

- Advise and assist the Committee in its analysis and monitoring of the Debtors' historical, current and projected financial affairs, including without limitation, schedules of assets and liabilities, statements of financial affairs, periodic operating reports, analyses of cash receipts and disbursements and analyses of cash flow forecasts.

- Analyze the Debtors' Business Plans, including prospective financial statements and the related underlying assumptions and support thereto.



Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 2 of 24

- Develop periodic monitoring reports to enable the Committee to effectively evaluate the Debtors' performance on an ongoing basis.

- Assist and advise the Committee and its counsel in reviewing and evaluating any court motions filed or to be filed by the Debtors or any other parties-in-interest, including, but not limited to:
  - post-petition financing arrangements
  - critical vendor arrangements
  - cash management
  - assumption or rejection of executory contracts

- Analyze the Debtors' assets and claims and assess potential recoveries to the various creditor constituencies under various scenarios.

- Assist the Committee and its counsel and investment bankers in developing, analyzing, negotiating and implementing alternative reorganization scenarios in an effort to maximize the recovery to unsecured creditors.

- Advise and assist the Committee in its assessment of the Debtors' management team, including a review of any bonus, incentive and retention plans.

- Advise and assist the Committee in its review of: (i) intercompany transactions, including those between the Debtors and non-Debtor subsidiaries and affiliates and (ii) related-party transactions.

- Advise and assist the Committee in identifying and/or reviewing preference payments, fraudulent conveyances and other causes of action that the Debtors' estates may hold against third parties.

- Render expert testimony and litigation support services, as requested from time to time by the Committee and its counsel, regarding any of the matters to which AlixPartners is providing services.

- Attend Committee meetings and court hearings as may be required in the role of advisors to the Committee.

- Provide other services that are consistent with the Committee's role and duties as may be requested from time to time and that fall within AlixPartners' expertise.

---

**STAFFING**

---

Alan D. Holtz will be the managing director responsible for the overall engagement. He will be assisted by Mike Murphy, managing director, along with a staff of consultants at various levels who have a wide range of skills and abilities related to this type of assignment. In addition,



Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 3 of 24

AlixPartners has relationships with, and may periodically use, independent contractors with specialized skills and abilities to assist in this engagement.

If AlixPartners, after consultation with and receiving the consent of the Committee, believes it is necessary to augment its professional staff with independent contractors (an "I/C") in this case, (i) AlixPartners will file, and require the I/C to file, 2014 affidavits indicating that the I/C has reviewed the list of the interested parties in this case, disclosing the I/C's relationships, if any, with the interested parties and indicating that the I/C is disinterested; (ii) the I/C must remain disinterested during the time that AlixPartners is involved in providing services on behalf of the Company; and (iii) the I/C must represent that he/she will not work for the Company or other parties in interest in this case during the time AlixPartners is involved in providing services to the Company.

AlixPartners' standard practice is to charge for an I/C's services at the AlixPartners rate for a professional of comparable skill and experience, which rate typically exceeds the compensation provided by AlixPartners to such I/C. However, in this proceeding AlixPartners will not use an I/C without first (a) disclosing the identity of an IC to the Committee and (b) obtaining the Committee's approval for the rates which AlixPartners will charge for the IC's services.

| **TIMING, FEES AND RETAINER** |
| --- |

AlixPartners will commence this engagement effective December 19, 2008 after receipt of an executed copy of the Agreement.

The Company shall compensate AlixPartners for its services, and reimburse AlixPartners for expenses, as set forth on Schedule 1.

The Committee will promptly apply to the Bankruptcy Court to obtain approval of AlixPartners' retention and Retainer *nunc pro tunc* to the date of this Agreement. AlixPartners acknowledges that its retention and the terms thereof are subject to court approval.

| **TERMS AND CONDITIONS** |
| --- |

The Committee and the Company agree to all the terms of the Agreement, and should note that Section 7 of the General Terms and Conditions provides that the Company will indemnify AlixPartners against certain claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreement.

\* \* \*



Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 4 of 24

If these terms meet with your approval, please sign and return the enclosed copy of the Agreement.

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP

Alan D. Holtz
Managing Director

Acknowledged and Agreed to:

JPMorgan Chase Bank, N.A., solely as Co-Chair of the Official Unsecured Creditors' Committee of Tribune Company and not in its individual capacity

By: _____

Its: _____

Dated: _____

Warner Bros. Television., solely as Co-Chair of the Official Unsecured Creditors' Committee of Tribune Company and not in its individual capacity

By: _____

Its: _____

Dated: _____

On behalf of Tribune Company and its affiliates (the "Company" or the "Debtors")

By: _____

Its: _____

Dated: _____

NY3 - 481990 01



Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 4 of 23

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP


Alan D. Holtz
Managing Director


Acknowledged and Agreed to:

JPMorgan Chase Bank, N.A., solely as Co-Chair of the Official Unsecured Creditors' Committee
of Tribune Company and not in its individual capacity

By:        _Miriam J Kulnis_

Its:       _EXECUTING DIRECTOR_

Dated:     _JANUARY 15, 2009_

Warner Bros. Television., solely as Co-Chair of the Official Unsecured Creditors' Committee of
Tribune Company and not in its individual capacity

By:        _____

Its:       _____

Dated:     _____

On behalf of Tribune Company and its affiliates (the "Company" or the "Debtors")

By:        _____

Its:       _____

Dated:     _____


When it really matters

Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 4 of 23

We look forward to working with you.

Sincerely yours,

ALIXPARTNERS, LLP

Alan D. Holtz
Managing Director

Acknowledged and Agreed to:

JPMorgan Chase Bank, N.A., solely as Co-Chair of the Official Unsecured Creditors' Committee
of Tribune Company and not in its individual capacity

By: _____

Its: _____

Dated: _____

Warner Bros. Television., solely as Co-Chair of the Official Unsecured Creditors' Committee of
Tribune Company and not in its individual capacity

By: _____

Its: _____VICE PRESIDENT_____

Dated: _____JAN. 15, 2009_____

On behalf of Tribune Company and its affiliates (the "Company" or the "Debtors")

By: _____

Its: _____

Dated: _____



Co-Chairs of the Official Unsecured Creditors'
Committee of Tribune Company
December 19, 2008
Page 4 of 24

If these terms meet with your approval, please sign and return the enclosed copy of the Agreement.

We look forward to working with you.

Sincerely yours,

AlixPartners, LLP

Alan D. Holtz
Managing Director

Acknowledged and Agreed to:

JPMorgan Chase Bank, N.A., solely as Co-Chair of the Official Unsecured Creditors' Committee of Tribune Company and not in its individual capacity

By: _____

Its: _____

Dated: _____

Warner Bros. Television., solely as Co-Chair of the Official Unsecured Creditors' Committee of Tribune Company and not in its individual capacity

By: _____

Its: _____

Dated: _____

On behalf of Tribune Company and its affiliates (the "Company" or the "Debtors")

By: _____*signature*_____

Its: _____CFO_____

Dated: _____1-16-09_____

NY3 - 481990.01



*When it really matters.*

**SCHEDULE 1**

**FEES AND EXPENSES**

1.  **Fees:**  AlixPartners' fees will be based on the hours worked by AlixPartners personnel at AlixPartners' hourly rates, which are:

| | |
|---|---|
| Managing Directors | $ 685-995 |
| Directors | $ 510-685 |
| Vice Presidents | $ 395-505 |
| Associates | $ 260-365 |
| Analysts | $ 235-260 |
| Paraprofessionals | $ 180-200 |

AlixPartners reviews and revises its billing rates on January 1 of each year subject to consultation with and approval by its clients.  The above rates will remain in effect through December 31, 2009.

AlixPartners understands that its fees and expenses will be subject to court approval pursuant to the interim compensation order to be entered in these cases and all other orders of the court and the Bankruptcy Code and applicable rules.

2.  **Success Fee:**  AlixPartners does not seek a Success Fee in this engagement.

3.  **Expenses:**  In addition to the fees set forth herein, the Company shall pay directly, or reimburse AlixPartners upon receipt of periodic billings, for all reasonable and documented out-of-pocket expenses incurred in connection with this assignment, such as travel, lodging, postage and telephone and facsimile charges; it being understood that such expenses shall be subject to court approval and all applicable rules and guidelines.

4.  **Break Fee:**  AlixPartners does not seek a Break Fee in connection with this engagement.

5.  **Retainer:**  AlixPartners does not require a retainer in connection with this engagement.

NY3 - 481990.01



*When it really matters.*

## SCHEDULE 2

### DISCLOSURES

AlixPartners has caused to be submitted for review, by its conflicts check system, the names of significant parties in interest in this case. AlixPartners completed a search of its client database for the past five years to determine whether it has had or has any relationships with the following entities:

a)    The Company and its affiliates;

b)    The Company's directors and officers and certain of their most significant business affiliations, as provided to AlixPartners by the Company;

c)    The Company's largest unsecured creditors, as identified in the lists filed with the Company's Chapter 11 petitions;

d)    The Company's pre- and post-petition lenders; and,

e)    Various other potential parties in interest, as identified by the Company.

Based on this search, AlixPartners knows of no fact or situation that would represent a conflict of interest for it with regard to the Company.  However, AlixPartners wishes to disclose the following:

- Pursuant to the Recapitalization Agreement, dated as of August 3, 2006, among AlixPartners Holdings, Inc., AlixPartners, LLC, Jay Alix individually, H&F Astro LLC and those other persons that may become bound thereto, three private equity funds (collectively, "HFCP V") sponsored by Hellman & Friedman, LLC ("H&F LLC") acquired, indirectly through H&F Astro LLC, a controlling stake in AlixPartners, LLC as of October 12, 2006.  Hellman & Friedman Investors V, LLC and H&F LLC (collectively, "H&F") control HFCP V. In conjunction with this transaction AlixPartners, LLC was converted to AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners").  No material nonpublic information about Debtors has been furnished by AlixPartners to H&F.  AlixPartners' conflict checking system has searched the parties to the Recapitalization Agreement against the lists of creditors, shareholders, and other parties in interest in this case that is maintained for purposes of conflict checks, and AlixPartners has determined to the best of its knowledge that there are no disclosures otherwise than as noted herein.

- ABN AMRO Holding NV, a pre-petition lender of the Debtors, is a current and former client of AlixPartners, LLP and/or AP Services, LLC ("APS"), an affiliate of

NY3 - 481990.01



AlixPartners LLP
*When it really matters.*

AlixPartners, in matters unrelated to the Debtors. ABN Amro Bank NV was an indenture trustee, lender, bondholder, executory contract counterparty and collateral agent for vendors to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- There are seven confidential clients, of AlixPartners and/or APS, an affiliate of AlixPartners, who are lenders, customers, former indenture trustees, agents under credit agreements, creditors and entities in leveraged ESOP transactions of the Debtors. The confidential clients are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Upon request, AlixPartners will share the names of the confidential clients with the United States Trustee.

- A current AlixPartners employee was employed by The Tribune Company in 2005 and 2006 as an internal auditor. AlixPartners does not believe this is a conflict.

- A current AlixPartners employee has a relative that is a retiree of Gannett Company, Inc. AlixPartners does not believe this is a conflict.

- Ace American Insurance Company, an insurance provider and third party administrator of the Debtors, is an insurer, litigation party and vendor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- AIG Global Investment Corporation ("AIG"), a pre-petition lender of the Debtors, is affiliated with entities that are limited partners, litigation counterparties, adverse parties, lenders and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. AIG is a related party to a current AlixPartners client and a current AlixPartners client in matters unrelated to the Debtors. AIG has also provided various types of insurance to AlixPartners in matters unrelated to the Debtors.

- Allied World Insurance Company, an insurer of the Debtors, was an adverse party and executory contract counterparty to former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate, Allied World Assurance Company is a vendor to AlixPartners.

- Allstate Investment Management Company ("Allstate"), a pre-petition lender of the Debtors, and affiliated entities have been lenders, executory contract counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Allstate is a current AlixPartners and/or APS client in matters unrelated to the Debtors. Allstate was the previous employer of a current AlixPartners employee.

- American Express, a customer of the Debtors, is a vendor to AlixPartners as well as a lender, bondholder, creditor and vendor to current and former AlixPartners and/or

Page 7 of 24


*When it really matters.*

APS an affiliate of AlixPartners, clients in matters unrelated to the Debtors. In addition, American Express was a member in the creditor's committee to a former AlixPartners client in matters unrelated to the Debtors. American Express was a former AlixPartners client in matters unrelated to the Debtors.

- Angelo Gordon, a pre-petition lender of the Debtors, was a creditor, bondholder, professional in interest and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Angelo Gordon was the previous employer of a current AlixPartners employee.

- Ares Management LP, a lender of the Debtors, is a lender, creditor and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- AT&T and AT&T Mobility, a customer of the Debtors, was a creditor, executory contract counterparty, vendor, lender and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate of AT&T was a former APS client in matters unrelated to the Debtors. AT&T is a vendor and a current client of AlixPartners in matters unrelated to the Debtors.

- Bank of America, a customer, agent under credit agreement and pre-petition lender of the Debtors, is a professional, executory contract counterparty, creditor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Bank of Montreal Trust Company, a former indenture trustee of the Debtors, is a bondholder, lessor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Bank of Montreal was a former AlixPartners client in matters unrelated to the Debtors.

- Bank of New York ("BNY"), a former indenture trustee of the Debtors, is a lender, bondholder, creditor and indenture trustee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, BNY was the previous employer of a current AlixPartners employee.

- Bear Stearns and Bear Stearns Asset Management, a pre-petition lender of the Debtors, is a lender, bondholder, and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Barclays Bank, a pre-petition lender to the Debtors and affiliated entities are secured creditor, bondholder, lender, and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.


*When it really matters.*

- Blackstone Debt Advisors, a pre-petition lender of the Debtors, is a current AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, The Blackstone Group was a client professional, significant shareholder and lender to current and former AlixPartners and/or APS clients and is affiliated with an entity that is a landlord to AlixPartners all in matters unrelated to the Debtors.

- Bowater, a lender of the Debtors, was the previous employer of a current AlixPartners employee.

- Cablevision a major customer of the Debtors was a customer to a former AlixPartners client in matters unrelated to the Debtors.

- Carlyle Investment Management LLC, a pre-petition lender of the Debtors, and affiliated entities (collectively "Carlyle") are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Carlyle affiliated entities have been lenders, creditors and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Chadbourne & Parke LLP, a professional in interest in this bankruptcy matter, was client legal counsel to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Chubb Atlantic Indemnity ("Chubb"), an insurance provider of the Debtors, is a vendor to AlixPartners and an adverse party and executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Chubb is a current and former AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, Federal Insurance, the parent of Chubb, is a lender, executory contract counterparty, adverse party and insurance provider to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Federal Insurance was a former AlixPartners client in matters unrelated to the Debtors.

- Canadian Imperial Bank of Commerce ("CIBC"), a pre-petition lender of the Debtors, is a current and former client of AlixPartners and/or APS in matters unrelated to the Debtors. Other CIBC affiliated entities are lenders, bondholders, creditors, shareholders and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Circuit City, a major customer of the Debtors, is a co-defendant to a former AlixPartners client as well as the previous employer of a current AlixPartners and/or APS employee.


*When it really matters.*

- Citadel, a vendor of the Debtors, and its affiliates, were a bondholder, lender and client through rep. creditors committee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Citibank NA, Citicorp North America, Citigroup, Citigroup Global Markets and Citigroup Financial Products ("Citigroup"), a former indenture trustee, pre-petition lender, customer and agent under credit agreement of the Debtors, and affiliated entities, are creditors, lenders, bondholders, shareholders, adverse parties, professionals and lessors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, an affiliate of Citigroup is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Comcast, a customer of the Debtors, is an adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Credit Suisse Asset Management and Credit Suisse Group AG, a pre-petition lender of the Debtors, is a current and former client of AlixPartners in matters unrelated to the Debtors. Other CSFB affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, CSFB previously employed a current AlixPartners employee.

- Curtis-Mallet Prevost, Colt & Mosle, a professional in interest in this bankruptcy matter, was a professional in interest to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Davidson Kempner Capital Management, a pre-petition lender of the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Davis Polk & Wardwell, a professional in interest to the Debtors, and its affiliates are creditor, professional in interest and client legal counsel to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Dell, a customer of the Debtors, and affiliated entities are creditors and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Dell is a current AlixPartners client in matters unrelated to the Debtors.

- Deloitte & Touche LLP ("Deloitte"), a professional in interest in this bankruptcy matter, is affiliated with entities that are vendors to AlixPartners, adverse to a former AlixPartners client, as well as professionals in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Deloitte is a current client of AlixPartners in matters unrelated to the Debtors. Additionally, Deloitte affiliated entities previously employed several current AlixPartners employees.

Page 10 of 24


AlixPartners LLP
*When it really matters.*

- Deutsche Bank AG, Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (collectively "Deutsche Bank"), a pre-petition lender, creditor and indenture trustee of the Debtors, is affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.    Also, Deutsche Bank provides banking services to AlixPartners.

- Disney, a major customer of the Debtors, and affiliated entities are related party and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.    Additionally, Disney and affiliates are both current and former clients of AlixPartners and/or APS in matters unrelated to the Debtors.

- Duke Realty Limited Partnership, a landlord to the Debtors, and its affiliates, are lessee and directors affiliated company to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Eddy W. Hartenstein, a current or former officer of the Debtors, was a board member to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- EPIQ Bankruptcy Solutions, a professional in interest in this bankruptcy matter, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Investment funds managed by Farallon Capital Management, L.L.C. ("Farallon") and Farallon Partners, L.L.C. (the "Farallon Funds") are pre-petition lenders to the Debtors. Thomas F. Steyer is Senior Managing Member and Co-Managing Partner of Farallon. Mr. Steyer is a managing director of Hellman & Friedman LLC ("H&F") and a member of its investment committee, but Mr. Steyer does not possess the ability to veto any investment, or cause any investment to be made, by H&F. Brian M. Powers, Chief Executive Officer of H&F, serves as an advisor to Farallon. Certain Farallon Funds are noteholders and/or lenders to current or former AlixPartners or APS clients in matters unrelated to the Debtors.  Several Managing Directors of H&F, including two board members of AlixPartners designated by H&F, are limited partners in certain Farallon Funds, and several Managing Directors of Farallon are limited partners in investments funds managed by H&F.  However, they are passive investors and have no vote or voice with respect to any investment by the Farallon Funds or the H&F funds, respectively.  H&F has a special limited partnership interest in Farallon that represents a nominal profit sharing interest in Farallon.  AlixPartners has not and will not share any confidential information concerning the Debtors with Farallon or its affiliates other than information which is provided by the Debtors, the Committee or any other party to all creditors or that otherwise becomes publically available.

NY3 - 481990.01


*When it really matters.*

- Fidelity Investments ("Fidelity"), a pre-petition lender of the Debtors, and affiliated entities are vendors to AlixPartners. In addition, Fidelity and affiliated entities are also lenders, lessors, adverse parties, director affiliated companies, executory contract counterparties, customers, lessees, bondholders and shareholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Fidelity is a current AlixPartners client in matters unrelated to the Debtors.

- Ford, a major customer of the Debtors and affiliated entities are customers, lenders & adverse parties, vendor, plaintiff, client litigant, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Ford Motor is a former client of AlixPartners in matters unrelated to the Debtors.

- Franklin Mutual Advisors, Franklin Advisers Inc and Franklin Templeton Inv Mgmt Ltd, lenders of the Debtors, are shareholders, creditors and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- FTI Consulting, a professional in interest in this bankruptcy matter, was a professional in interest to former AlixPartners and/or APS clients in matters unrelated to the Debtors. FTI Consulting was the previous employer of current AlixPartners employees.

- GEICO a major customer of the Debtors, was an adverse party to a former AlixPartners client, in matters unrelated to the Debtors

- General Electric Capital Corporation ("GE"), and affiliated entities, pre-petition lenders of the Debtors, are members of a bank group for which AlixPartners performed services, as well as creditors, customers, lenders, vendors, litigation parties, adverse parties, lessors and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. GE was a client related party to a former AlixPartners client in matters unrelated to the Debtors. A GE affiliate is a current AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, a GE affiliate was the previous employer of a current AlixPartners employee.

- General Mills, a major customer of the Debtors, was both a customer and unsecured creditor of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- General Motors ("GM"), a customer of the Debtors, and its affiliated entities are creditors, adverse parties, shareholders, customers and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lastly, a current AlixPartners employee was previously employed by General Motors.

Page 12 of 24



- Goldman Sachs & Co., Goldman Sachs Asset Management and Goldman Sachs Group, a pre-petition lender and an ESOP transaction party of the Debtors, is a lender, litigant, lessee, bondholder, professional and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, Goldman Sachs previously employed several AlixPartners employees.

- John Hancock Financial Services, a pre-petition lender of the Debtors, is an executory contract counterparty, lender and bondholder to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Harbourmaster CLO 10 B V, Harbourmaster CLO 7 BV, Harbourmaster CLO 9 B V and Harbourmaster Pro Rata CLO 2 B V, lenders of the Debtors, are affiliated entities of a lender to a former AlixPartners client in matters unrelated to the Debtors.

- The Hartford Insurance Group, an insurance provider of the Debtors, was a creditor, bondholder, lender, vendor, executory contract counterparty and adverse party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Hearst Corporation, a Counterparty to recent significant asset dispositions of the Debtor, is a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Highland Capital Management ("Highland"), a pre-petition lender of the Debtors, and affiliated entities are lenders to former AlixPartners and/or APS clients in matters unrelated to the Debtors. Highland was a former AlixPartners client in matters unrelated to the Debtors. Highland was the previous employer of a current AlixPartners employee.

- Honda, a customer of the Debtors, and its affiliated entities are customers, vendors, and defendants, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Hyundai a customer of the Debtors, and its affiliated entities are a customer of a current AlixPartners and/or APS client in matters unrelated to the Debtors.

- ING Investment Management ("ING"), a pre-petition lender of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. ING affiliated entities were lenders, noteholders, creditors, bondholders, lessors and bank steering committee members to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- James Allen, a major litigation party to the Debtors, was a related party to a former AlixPartners client in matters unrelated to the Debtors.

Page 13 of 24


*When it really matters.*

- Jenner & Block, a professional in interest in this bankruptcy matter, was an adverse party and client counsel to former AlixPartners clients in matters unrelated to the Debtors. Jenner & Block was a former AlixPartners client in matters unrelated to the Debtors.

- Johnson & Johnson, a major customer of the Debtors was a former employer of a current AlixPartners employee and was a former AlixPartners client in matters unrelated to the Debtors.

- JP Morgan Chase, a creditor of the Debtors, is affiliated with entities that are lenders, shareholders, vendors, bondholders and creditors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. JP Morgan Chase was a former AlixPartners client in matters unrelated to the Debtors. JP Morgan Chase affiliated entities previously employed several AlixPartners employees.

- Kaye Scholer LLP, a professional in interest in this bankruptcy matter, is also a professional in interest to a current APS client as well as co-counsel to a current AlixPartners client in matters unrelated to the Debtors. Kaye Scholer previously employed a current AlixPartners employee.

- Kirkland Ellis LLP, a professional in interest in this bankruptcy matter, is counsel, adverse counsel and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Kirkland & Ellis is a current and former client of AlixPartners in matters unrelated to the Debtors. AlixPartners has been a client of Kirkland & Ellis in matters unrelated to the Debtors.

- KKR Financial Corporation, a pre-petition lender of the Debtors, is a current and former client of AlixPartners. In addition, Kohlberg Kravis & Roberts was a significant shareholder to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Kraft General Foods, a major customer of the Debtors, was an unsecured creditor and co-party, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Kraft General Foods previously employed a current AlixPartners employee. Lastly, Kraft General Foods is a former AlixPartners client in matters unrelated to the Debtors.

- Lazard Freres, a professional in interest in this bankruptcy matter, is a creditor and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lazard Freres was a client through membership in a creditor's committee of a former AlixPartners client in matters unrelated to the Debtors.

NY3 - 481990.01

**AlixPartners** LLP
*When it really matters.*

- Lehman Brothers Commercial Bank and Lehman Brothers Holding Inc., a pre-petition lender of the Debtors, is a bondholder, shareholder and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lehman Brothers previously employed a current AlixPartners employee. Lehman Brothers provides investment banking services to AlixPartners and affiliated entities. Lehman Brothers is a current AlixPartners client in matters unrelated to the Debtors.

- Lloyd's, an insurance provider of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. Lloyd's of London is a creditor, lender, insurer, litigation party, executory contract counterparty and adverse party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Lowe's, a customer of the Debtors, was a related party to a former AlixPartners client in matters unrelated to the Debtors. Lowe's is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- A customer of the Debtors was a former confidential client of AlixPartners in matters unrelated to the Debtors.

- Marathon Asset Management, a pre-petition lender of the Debtors, and affiliated entities are bondholders, significant shareholders and executory contract counterparties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Affiliated entities of Marathon Asset Management are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- McCarter & English LLP, a professional in interest in this bankruptcy matter, is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors.

- The McClatchy Co., Inc., a pre-petition joint venture partner, of the Debtors, was a customer of a former AlixPartners client in matters unrelated to the Debtors.

- McDermott Will & Emery, a professional in interest in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors. McDermott Will & Emery is opposing counsel to current and former AlixPartners' clients.

- McDonalds, a major customer of the Debtor, is a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Merrill Lynch Capital Corporation and Merrill Lynch & Company, a creditor and pre-petition lender of the Debtors, is affiliated with entities that are current and former clients of AlixPartners, as well as lenders, bondholders, shareholders, limited


*When it really matters.*

partners, adverse parties and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.    Merrill Lynch is a current AlixPartners client in matters unrelated to the Debtors.    Merrill Lynch was the previous employer of current AlixPartners employees.

- Metropolitan Life Insurance, a pre-petition lender of the Debtors, is affiliated with entities that are customers, vendors, creditors, lenders and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Microsoft Corporation a pre-petition joint venture partner of the Debtors is a vendor, lender, and customer to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.    Microsoft Corporation is a former AlixPartners client in matters unrelated to the Debtors.

- Morgan Lewis and Bockius, a professional in interest in this bankruptcy matter, was opposing counsel, lender and a professional services firm to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Morgan Stanley, a pre-petition lender of the Debtors, is a lender, bondholder, creditor, shareholder and professional of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Morgan Stanley previously employed a current AlixPartners employee.

- Navigant Consulting, a professional in interest in this bankruptcy matter, previously employed several current AlixPartners employees.    Navigant Consulting was a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- New Line Cinema, a major customer of the Debtors, is an adverse party to a current AlixPartners client and was a related party to a former AlixPartners client in matters unrelated to the Debtors.

- New York Life Insurance Company, a pre-petition lender of the Debtors, is a bondholder, lender and creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Nissan, a major customer of the Debtors, is a vendor and customer to both current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Nixon Peabody, a professional in interest in this bankruptcy matter, is a professional and vendor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

NY3 - 481990.01


*When it really matters.*

- Nomura Corporate Research & Asset Management a pre-petition lender of the Debtors, is affiliated with entities that are lenders, creditors and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.   An affiliate is a current AlixPartners client in matters unrelated to the Debtors.   Nomura Holdings was the previous employer of a current AlixPartners employee.

- North Hills Industrial Park, Inc. a landlord of the Debtors was a creditor to a former AlixPartners client in matters unrelated to the Debtors.

- Oak Hill Advisors, a pre-petition lender of the Debtors, and affiliated entities were creditors, bondholders and lenders to former AlixPartners and/or APS clients in matters unrelated to the Debtors.   Oak Hill Advisors is the parent of a former AlixPartners client in matters unrelated to the Debtors.

- Oaktree Capital Management, a pre-petition lender of the Debtors, was an adverse party to a former AlixPartners client in a litigated matter as well as a bondholder and lender to current and former AlixPartners and/or APS affiliated entities in matters unrelated to the Debtors.   In addition, certain subsidiaries of Oaktree Capital Management are current clients of AlixPartners in matters unrelated to the Debtors.

- Paul Hastings Janofsky Walker LLP, a professional in interest in this bankruptcy matter, was a former AlixPartners client in matters unrelated to the Debtors.

- Paramount Pictures Corporation, a creditor of the Debtors, is an adverse party and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- Pension Benefit Guaranty Corporation, a creditor of the Debtors, is a creditor, vendor, adverse party, and significant shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Pepsi, a major customer of the Debtors and affiliated entities are a vendor, related party, unsecured creditor and top 50 creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.   Current AlixPartners employees were formerly employed by Pepsi.   Lastly, PepsiCo, Inc. is a current AlixPartners and/or APS client in matters unrelated to the Debtors.

- Pfizer, a major customer of the Debtors is a potential acquirer and related party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Pfizer is the previous employer of current AlixPartners employees.

- Potter Anderson & Corroon LLP, a professional in interest of the Debtors, is client legal counsel to former AlixPartners clients in matters unrelated to the Debtors.

NY3 - 481990.01


*When it really matters.*

Potter Anderson & Corroon is a former AlixPartners client in matters unrelated to the Debtors.

- PricewaterhouseCoopers ("PWC"), a professional in this bankruptcy matter, is a professional for current and former AlixPartners clients in matters unrelated to the Debtors. PWC is the auditor for AlixPartners and provides audit, tax and other consulting services.  PWC is opposing professional and creditor of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. PWC was the previous employer of a number of current AlixPartners employees.

- Procter & Gamble, a customer of the Debtors, is a former client of AlixPartners in matters unrelated to the Debtors.

- Prudential Investment Management, a pre-petition lender of the Debtors, is affiliated with entities that are adverse parties, lenders, vendors, executory contract counterparties and bondholders of former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Prudential was a former AlixPartners client in matters unrelated to the Debtors.

- Qwest Communications a major customer of the Debtors, is a customer, vendor, related party, litigant, and executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Qwest Communications is a former AlixPartners client in matters unrelated to the Debtors.

- Sandelman, a vendor of the Debtors, and affiliated entities, are lender and significant shareholder, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Scotia Capital, a pre-petition lender of the Debtors, is a litigation party and bondholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Scotia Capital is a current AlixPartners client in matters unrelated to the Debtors.

- Seyfarth Shaw, a professional in interest in this bankruptcy matter, was a former AlixPartners client in matters unrelated to the Debtors.

- Sidley Austin, LLP, a professional in interest in this bankruptcy matter, and affiliated entities, is co-counsel, counsel, opposing counsel, vendor, and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Sidley Austin is a former AlixPartners client in matters unrelated to the Debtors. Lastly, Sidley Austin Brown & Wood, LLP, was retained by AlixPartners in matters unrelated to the Debtors.


When it really matters.

- Silver Point Capital, a pre-petition lender of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors. Silver Point Capital is a lender and creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Silver Point Capital was a member of the Unofficial Ad-Hoc Bondholders Committee to a former APS client in matters unrelated to the Debtors.

- Sony Pictures Television and Sony Entertainment, a customer and creditor of the Debtors, is affiliated with entities that are adverse parties in litigation matters unrelated to the Debtors and creditors to several current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate was a former AlixPartners client in matters unrelated to the Debtors. An affiliate was the previous employer of current AlixPartners employees.

- Southwest Airlines, a major customer of the Debtor, was the former employer of a current AlixPartners employee.

- St. Paul Fire & Marine Insurance Company, insurance providers of the Debtors, are affiliated with entities that are creditors, bondholders, litigation parties, executory contract counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. St. Paul Fire was a former AlixPartners client in matters unrelated to the Debtors. An affiliated entity, St. Paul Travelers is a vendor to AlixPartners.

- Subway, a major customer of the Debtor, is a creditor and executory contract counterparty to a current AlixPartners and/or APS client in matters unrelated to the current Debtors.

- Sprint/Nextel, a customer of the Debtors, is a creditor, vendor and an executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate of Sprint is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Star Community Publishing Group, a Debtor or Non-Debtor affiliate, is a director's affiliated company to a former AlixPartners client.

- Strategic Value Partners LLP, a pre-petition lender of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors.

- Sunbeam Television Corporation, a counterparty to recent significant asset dispositions of the Debtors, was a related party to a former AlixPartners client.

- T-Mobile, a major customer of the Debtors, is a vendor and related party to both current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

NY3 - 481990.01


*When it really matters.*

- The CIT Group, a pre-petition lender of the Debtors, and affiliates have been lenders, creditors, executory contract counterparties and lessors to former and current AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, a current AlixPartners employee was previously employed by The CIT Group.

- The Tribune Company is a customer to a former AlixPartners client.

- Time Warner, a major customer of the Debtors, and affiliated entities are parent company, defendant, vendor, unsecured creditor, creditor and directors affiliated company to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Toyota, a major customer of the Debtors, and affiliated entities are customer, creditor, vendor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Toyota was the previous employer of a current AlixPartners employee.

- UBS AG, a pre-petition lender of the Debtors, and affiliated entities are creditors, customers, director affiliated companies, lenders, lessors and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. UBS was the previous employer of a current AlixPartners employee.

- U.S. Bank National Association, a litigation party of the Debtors, and affiliated entities are bondholders, creditor, co-defendant, indenture trustee and trustee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- U.S. Cellular, a major customer of the Debtors, is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Valassis, a major customer of the Debtors, and affiliated entities are unsecured creditors and related parties to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Verizon Wireless, a customer of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors. Other Verizon affiliated entities are creditors, executory contract counterparties and vendors to several current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Verizon is a vendor to AlixPartners.

- Vertis, a pre-petition creditor of the Debtors, is a director's affiliated company to a former AlixPartners client in matters unrelated to the Debtors. Vertis and affiliated entities are current AlixPartners client in matters unrelated to the Debtors.

NY3 - 481990.01


*When it really matters.*

- Viacom, a major customer of the Debtors, and affiliated entities are related parties to a current AlixPartners client in matters unrelated to the Debtors.

- Vornado, a landlord of the Debtors, and its affiliated entities are lessors to a current AlixPartners client in matters unrelated to the Debtors.

- Wachovia Bank, a customer and pre-petition lender of the Debtors, and affiliated entities, are lenders, bondholders, creditors, adverse parties, related parties and professionals in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Wachovia is a current and former AlixPartners client in matters unrelated to the Debtors.

- An affiliated entity of Warner Brothers, a major customer of the Debtors, is co-defendant and parent company to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Current AlixPartners employees were formerly employed by Warner Brothers and its affiliates.

- Washington Mutual, a major customer of the Debtors, and affiliated entities, are creditor and customer to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Wells Fargo Bank N.A., and Wells Fargo Foothills, a pre-petition lender and landlord of the Debtors, were clients through membership in a bank group for which AlixPartners performed services in matters unrelated to the Debtors.  Other Wells Fargo affiliated entities are lenders, creditors, lessors, bondholders, indenture trustees and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Wells Fargo is a related party to a current AlixPartners client in matters unrelated to the Debtors.  Wells Fargo is a current and former AlixPartners client in matters unrelated to the Debtors.

- WestLB AG, a lender of the Debtors, is a lender to a current AlixPartners and/or APS client in matters unrelated to the Debtors.  WestLB AG, is a joint venture party to a former AlixPartners client in matters unrelated to the Debtors.

- White Castle, a major customer of the Debtors, is an executory contract  counter-party to a former AlixPartners client in matters unrelated to the Debtors

- Wilmington Trust Company, a pre-petition lender of the Debtors, was a bondholder, creditor, lessor and trustee to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- XL Insurance (Bermuda) Ltd., an insurance provider of the Debtors, and affiliated entities, are current and former AlixPartners and/or APS clients in matters unrelated


*When it really matters.*

to the Debtors.  Affiliated entities are executory contract counterparties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Yum Brands, a major customer of the Debtors, and affiliated entities, are related party and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Zurich American Insurance Company, an insurance provider of the Debtors, is affiliated with entities that are creditors, vendors, executory contract counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  In addition, Zurich is affiliated with a current client of AlixPartners in matters unrelated to the Debtors.  Zurich was a former client of AlixPartners in matters unrelated to the Debtors.

This Schedule 2 may be updated by AlixPartners from time to time to disclose additional connections or relationships between AlixPartners and the interested parties.

NY3 - 481990.01

# ALIXPARTNERS, LLP
## GENERAL TERMS AND CONDITIONS

These General Terms and Conditions ("Terms") are incorporated into the letter agreement ("Agreement") between the Committee and AlixPartners to which these Terms are attached. In case of conflict between the wording in the letter agreement and these General Terms and Conditions, the wording of the letter agreement shall prevail.

### Section 1. Committee Responsibilities

The Committee will undertake responsibilities as set forth below:

1. Use all reasonable efforts to cause the Debtors to provide AlixPartners with (i) reliable and accurate detailed information, materials, and documentation concerning the Debtors; and (ii) provide AlixPartners access to management and other representatives of the Debtors as reasonably requested by AlixPartners.

2. Make decisions and take any necessary actions, as the Committee determines in its sole discretion, on any recommendations made by AlixPartners in connection with this Agreement.

AlixPartners' delivery of the services and the fees charged are dependent on (i) the Committee's timely and effective completion of its responsibilities; and (ii) timely decisions and approvals made by the Committee.

### Section 2. Billing and Payments

We will submit to the Bankruptcy Court monthly fee applications for all services rendered and expenses incurred during the month, as well as interim and final fee applications, at the rates provided in schedule 1. It is our understanding that all of our invoices will be paid by the Debtors, subject to applicable court orders and provisions of the Bankruptcy Code, the Bankruptcy Rules and the local rules of the Court with jurisdiction. We acknowledge that neither the Committee nor any of its individual members nor any of its advisors or professionals (including, but not limited to, counsel to the Committee) shall have any obligation to pay our fees or expenses or any indemnity amounts.

**Payments.** All payments to be made by the Debtors to AlixPartners shall be payable via wire transfer to AlixPartners' bank account, as follows:

| | |
|---|---|
| Receiving Bank: | Comerica Bank |
| | ABA #072000096 |
| Receiving Account: | AlixPartners, LLP |
| | A/C #1851-765386 |

### Section 3. Relationship of the Parties

AlixPartners is providing its services as the financial advisor to the Committee, and is not providing any services on behalf of individual members of the Committee. To the extent any issues arise as to the scope, nature or substance of AlixPartners analysis, AlixPartners and the Committee, with the advice of counsel to the Committee, shall in good faith work to mutually resolve such issue. At the direction of counsel to the Committee, certain communication and correspondence between AlixPartners and the Committee,

and work product and analyses prepared by AlixPartners for the Committee, will be in preparation for litigation regarding the restructuring of the Debtors, and as such, will be subject to the attorney-client privilege and work-product privilege between AlixPartners, counsel to the Committee and the Committee..

### Section 4. Confidentiality

The Committee acknowledges that all information (written or oral), including advice and Work Product (as defined in Section 5), generated by AlixPartners in connection with this engagement is intended solely for the benefit and use of the Committee in connection with the transactions to which it relates. The Committee agrees that no such information shall be used for any other purpose or reproduced, disseminated, quoted or referred to with attribution to AlixPartners at any time in any manner or for any purpose without AlixPartners' prior approval except as required by law or permitted by the Committee's by-laws.

### Section 5. Intellectual Property

All methodologies, processes, techniques, ideas, concepts, know-how, procedures, software, tools, writings and other intellectual property that AlixPartners has created, acquired or developed prior to the date of this Agreement are, and shall remain, the sole and exclusive property of AlixPartners, and the Committee shall not acquire any interest therein. AlixPartners shall be free to use all methodologies, processes, techniques, ideas, concepts, know-how, procedures, software, tools, writings and other intellectual property that AlixPartners may create or develop in connection with this engagement, subject to its duty of confidentiality to the extent that the same contain information or materials furnished to AlixPartners by the Committee that constitute Information referred to in Section 4 above. Except as provided above, all information, reports, materials, software and other work product that AlixPartners creates or develops specifically for the Committee as part of this engagement (collectively known as "Work Product") shall be owned by the Committee and shall constitute Information referred to in Section 4 above. AlixPartners may retain copies of the Work Product subject to its obligations under Section 4 above. In addition, before submitting our Work Product to the Committee, it may be necessary and appropriate for us to review certain information with management or advisors to the Debtors for accuracy and validity.

### Section 6. Framework of the Engagement

The Committee acknowledges that it is retaining AlixPartners solely to assist and advise the Committee as described in the Agreement. This engagement shall not constitute an audit, review or compilation, or any other type of financial statement reporting engagement. We understand that we are entitled, in general, to rely in good

## ALIXPARTNERS, LLP
### GENERAL TERMS AND CONDITIONS

faith on the accuracy and validity of the data disclosed to us or supplied to us by employees and representatives of the Debtors. We will not, nor are we under an obligation to update data submitted to us or review any other areas unless you specifically request us to do so.

### Section 7.  Indemnification and Other Matters

The Company shall indemnify, hold harmless and defend AlixPartners and its affiliates and its and their partners, directors, officers, owners, employees and agents (collectively, the "indemnitees") from and against all claims, liabilities, losses, expenses and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Agreement, unless there is a final non-appealable order of a court of competent jurisdiction, finding AlixPartners primarily or directly liable for gross negligence or willful misconduct. Subject to the terms of the immediately preceding sentence, the Company shall pay damages and expenses as incurred, including reasonable legal fees and disbursements of counsel and the costs of AlixPartners' professional time (AlixPartners' professional time will be reimbursed at AlixPartners' rates in effect when such future time is required), relating to or arising out of the engagement, including any legal proceeding in which an indemnitee may be required or agree to participate but in which it is not a party. The indemnitees may, but are not required to, engage a single firm of separate counsel of their choice in connection with any of the matters to which this indemnification agreement relates.

If an indemnitee receives notice of the commencement of any action against such indemnitee arising out of or in connection with this engagement, such indemnitee shall promptly notify the Company in writing of such action.

AlixPartners is not responsible for any third-party products or services. The Company's sole and exclusive rights and remedies with respect to any third party products or services are against the third-party vendor and not against AlixPartners, whether or not AlixPartners is instrumental in procuring the third-party product or service.

AlixPartners shall not be liable to the Committee except for actual damages resulting from gross negligence, bad faith, self-dealing or intentional misconduct. AlixPartners shall not be liable for incidental or consequential damages under any circumstances, even if it has been advised of the possibility of such damages.

### Section 8.  Governing Law, Jurisdiction and Jury Trial Waiver

The Agreement is governed by and shall be construed in accordance with the laws of the State of New York with respect to contracts made and to be performed entirely therein and without regard to choice of law or principles thereof.

EACH OF ALIXPARTNERS AND THE COMMITTEE IRREEVOCABLY WAIVES ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM RELATED TO OR ARISING OUT OF THE ENGAGEMENT OF ALIXPARTNERS PURSUANT TO THIS AGREEMENT. FURTHER, EACH PARTY HEREBY IRREVOCABLY CONSENTS AND AGREES THAT ANY CLAIMS OR DISPUTES BETWEEN OR AMONG THE PARTIES HERETO ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL BE BROUGHT AND MAINTAINED IN THE BANKRUPTCY COURT.

### Section 9.  Termination and Survival

The Agreement may be terminated at any time on sixty (60) days written notice by one party to the other; provided, however, that notwithstanding such termination AlixPartners will be entitled to any fees and expenses due under the provisions of the Agreement. Such payment obligation shall inure to the benefit of any successor or assignee of AlixPartners.

### Section 10.  General

**Severability.** If any portion of the Agreement shall be determined to be invalid or unenforceable, the remainder shall be valid and enforceable to the maximum extent possible.

**Entire Agreement.** These Terms, the letter agreement into which they are incorporated and the Schedule(s) to such letter agreement contain the entire understanding of the parties relating to the services to be rendered by AlixPartners and may not be amended or modified in any respect except in a writing signed by the parties. AlixPartners is not responsible for performing any services not specifically described in the Agreement or in a subsequent writing signed by the parties.

**Notices.** All notices required or permitted to be delivered under the Agreement shall be sent, if to AlixPartners, to:

> AlixPartners, LLP
> 2000 Town Center, Suite 2400
> Southfield, MI  48075
> Attention:  General Counsel

and if to the Committee, to its retained counsel. All notices under the Agreement shall be sufficient if delivered by facsimile or overnight mail. Any notice shall be deemed to be given only upon actual receipt.

NY3 - 481990.01