# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x

In re:                                                                          :    Chapter 11
                                                                                    :
TRIBUNE COMPANY, et al.,                                       :    Case No. 08-13141 (KJC)
                                                                                    :
                                     Debtors.                        :    Jointly Administered

---------------------------------------------------------- x

**DECLARATION OF ALAN D. HOLTZ IN SUPPORT OF APPLICATION OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRIBUNE
COMPANY, ET AL., PURSUANT TO 11 U.S.C. §§ 327 AND 1103 AND
FED. R. BANKR. P. 2014, FOR ENTRY OF AN ORDER AUTHORIZING
THE RETENTION AND EMPLOYMENT OF ALIXPARTNERS, LLP
AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO DECEMBER 19, 2008**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy

Court for the District of Delaware (the "Local Rules"), Alan D. Holtz hereby declares under

penalty of perjury, as follows:

1.       I am a Managing Director of AlixPartners, LLP ("AlixPartners" or the

"Firm") and am duly authorized to execute this declaration (the "Declaration") on behalf of

AlixPartners.  I make this Declaration in support of the Application of the Official Committee

of Unsecured Creditors of Tribune Company, et al., pursuant to 11 U.S.C. §§ 327 and 1103

and Fed. R. Bankr. P. 2014, for entry of an order Authorizing the Employment and Retention

of AlixPartners, LLP, as Financial Advisor, *nunc pro tunc* to December 19, 2008 ("the

Application").  I am familiar with the matters set forth herein and, if called as a witness, I

could and would testify regarding the matters set forth herein.  Unless otherwise defined

herein, all capitalized terms used herein have the meanings ascribed to them in the
Application.

## RETENTION OF ALIXPARTNERS

2.      AlixPartners has agreed to provide financial advisory services to the
Creditors' Committee in the above-captioned chapter 11 cases, pursuant to the terms and
conditions of the Engagement Letter dated as of December 19, 2008, between the Creditors'
Committee and AlixPartners (the "Engagement Letter").  A copy of the Engagement Letter is
attached to the Application as Exhibit "A".

3.      The terms and conditions of the Engagement Letter were negotiated at
arm's-length between the Creditors' Committee and AlixPartners and reflect the parties'
mutual agreement as to the substantial efforts that will be required in this engagement.
Taking into account the highly complex nature of this engagement, the terms contained in the
Engagement Letter are similar to the terms agreed to by AlixPartners and other financial
advisory firms in similar restructuring engagements, both in and outside of bankruptcy.

## ALIXPARTNERS DISCLOSURE PROCEDURES

4.      To the best of my knowledge, information and belief formed after
reasonable inquiry, AlixPartners and its affiliates, professionals and employees have no
materially adverse interest to the Debtors' estates or the creditors in these cases.  To determine
its relationship with the parties-in-interest in these cases, AlixPartners researched its client
databases as to the following types of individuals and entities (collectively, the "Interested
Parties"), that were identified to AlixPartners by the Debtors:  (i) the Debtors and non-debtor
affiliates of the Debtors, (ii) the current and former directors and officers of the Debtors, (iii)

2

the Debtors' thirty (30) largest unsecured creditors on a consolidated basis, (iv) the prepetition lenders to the Debtors, (v) counterparties to hedging agreements with the Debtors, (vi) professionals retained by the prepetition lenders of the Debtors in connection with the Debtors' chapter 11 cases, (vii) the indenture trustees for certain notes, (viii) the Debtors' insurers, (ix) professionals retained by the Debtors outside the ordinary course of business, (x) major customers of the Debtors, (xi) parties to significant litigation with the Debtors, (xii) significant landlords of the Debtors, (xiii) Judges on the United States Bankruptcy Court for the District of Delaware, (xiv) individuals employed by the U.S. Trustee, (xv) the Trustee for the Debtors' ESOP, (xvi) entities involved in the leveraged ESOP transactions involving the Debtors in 2007, (xvii) significant former shareholders of Debtor Tribune Company, the ultimate parent of the other Debtors, (xviii) major holders of the PHONES debt, (xix) counterparties to recent significant asset dispositions by the Debtors, (xx) partners in joint ventures with the Debtors, (xxi) certain entities in which the Debtors hold equity investments, (xxii) prior indenture trustees for the Debtors' note debt, (xxiii) agents under the Debtors' prepetition credit agreements, (xiv) members of the Creditors' Committee, and (xxv) certain additional entities, all as detailed on Schedule "1" hereto.

5.    The Firm's review, completed under the supervision of the Firm's compliance department, consisted of queries of an internal computer database containing names of individuals and entities that are present or recent and former clients of AlixPartners in order to identify potential relationships.  In addition, the Firm sent an e-mail to each employee and managing director of the Firm advising of the bankruptcy and requesting information regarding relationships with the Debtors.  A summary of such present or recent

3

representations that AlixPartners was able to locate using its reasonable efforts is reflected

below. None of them are related to any matters concerning the Debtors.

- Pursuant to the Recapitalization Agreement, dated as of August 3, 2006, among AlixPartners Holdings, Inc., AlixPartners, LLC, Jay Alix individually, H&F Astro LLC and those other persons that may become bound thereto, three private equity funds (collectively, "HFCP V") sponsored by Hellman & Friedman, LLC ("H&F LLC") acquired, indirectly through H&F Astro LLC, a controlling stake in AlixPartners, LLC as of October 12, 2006. Hellman & Friedman Investors V, LLC and H&F LLC (collectively, "H&F") control HFCP V. In conjunction with this transaction AlixPartners, LLC was converted to AlixPartners, LLP, a Delaware limited liability partnership ("AlixPartners"). No material nonpublic information about Debtors has been furnished by AlixPartners to H&F. AlixPartners' conflict checking system has searched the parties to the Recapitalization Agreement against the lists of creditors, shareholders, and other parties in interest in this case that is maintained for purposes of conflict checks, and AlixPartners has determined to the best of its knowledge that there are no disclosures otherwise than as noted herein.

- ABN AMRO Holding NV, a pre-petition lender of the Debtors, is a current and former client of AlixPartners and/or AP Services, LLC ("APS"), an affiliate of AlixPartners, in matters unrelated to the Debtors. ABN Amro Bank NV was an indenture trustee, lender, bondholder, executory contract counterparty and collateral agent for vendors to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- There are seven confidential clients of AlixPartners and/or APS who are pre-petition lenders, customers, former indenture trustees, agents under credit agreements, creditors and entities in leveraged ESOP transactions of the Debtors. The confidential clients are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Upon request, AlixPartners will share the names of the confidential clients with the United States Trustee..

- A current AlixPartners employee was employed by The Tribune Company in 2005 and 2006 as an internal auditor. AlixPartners does not believe this is a conflict.

- A current AlixPartners employee has a relative that is a retiree of Gannett Company, Inc. AlixPartners does not believe this is a conflict.

- Ace American Insurance Company, an insurance provider and third party administrator of the Debtors, is an insurer, litigation party and vendor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- AIG Global Investment Corporation ("AIG"), a pre-petition lender of the Debtors, is affiliated with entities that are limited partners, litigation counterparties, adverse parties,

4

lenders and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. AIG is a related party to a current AlixPartners client and a current AlixPartners client in matters unrelated to the Debtors. AIG has also provided various types of insurance to AlixPartners in matters unrelated to the Debtors.

- Allied World Insurance Company, an insurer of the Debtors, was an adverse party and executory contract counterparty to former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate, Allied World Assurance Company is a vendor to AlixPartners.

- Allstate Investment Management Company ("Allstate"), a pre-petition lender of the Debtors, and affiliated entities have been lenders, executory contract counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Allstate is a current AlixPartners and/or APS client in matters unrelated to the Debtors. Allstate was the previous employer of a current AlixPartners employee.

- American Express, a customer of the Debtors, is a vendor to AlixPartners as well as a lender, bondholder, creditor and vendor to current and former AlixPartners and/or APS an affiliate of AlixPartners, clients in matters unrelated to the Debtors. In addition, American Express was a member in the creditor's committee to a former AlixPartners client in matters unrelated to the Debtors. American Express was a former AlixPartners client in matters unrelated to the Debtors.

- Angelo Gordon, a pre-petition lender of the Debtors, was a creditor, bondholder, professional in interest and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Angelo Gordon was the previous employer of a current AlixPartners employee.

- Ares Management LP, a lender of the Debtors, is a lender, creditor and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- AT&T and AT&T Mobility, a customer of the Debtors, was a creditor, executory contract counterparty, vendor, lender and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate of AT&T was a former APS client in matters unrelated to the Debtors. AT&T is a vendor and a current client of AlixPartners in matters unrelated to the Debtors.

- Bank of America, a customer, agent under credit agreement and pre-petition lender of the Debtors, is a professional, executory contract counterparty, creditor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Bank of Montreal Trust Company, a former indenture trustee of the Debtors, is a bondholder, lessor and lender to current and former AlixPartners and/or APS clients in

matters unrelated to the Debtors. Bank of Montreal was a former AlixPartners client in matters unrelated to the Debtors.

- Bank of New York ("BNY"), a former indenture trustee of the Debtors, is a lender, bondholder, creditor and indenture trustee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, BNY was the previous employer of a current AlixPartners employee.

- Bear Stearns and Bear Stearns Asset Management, a pre-petition lender of the Debtors, is a lender, bondholder, and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Barclays Bank, a pre-petition lender to the Debtors and affiliated entities are secured creditor, bondholder, lender, and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Blackstone Debt Advisors, a pre-petition lender of the Debtors, is a current AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, The Blackstone Group was a client professional, significant shareholder and lender to current and former AlixPartners and/or APS clients and is affiliated with an entity that is a landlord to AlixPartners all in matters unrelated to the Debtors.

- Bowater, a lender of the Debtors, was the previous employer of a current AlixPartners employee.

- Cablevision a major customer of the Debtors was a customer to a former AlixPartners client in matters unrelated to the Debtors.

- Carlyle Investment Management LLC, a pre-petition lender of the Debtors, and affiliated entities (collectively "Carlyle") are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Carlyle affiliated entities have been lenders, creditors and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Chadbourne & Parke LLP, a professional in interest in this bankruptcy matter, was client legal counsel to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Chubb Atlantic Indemnity ("Chubb"), an insurance provider of the Debtors, is a vendor to AlixPartners and an adverse party and executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Chubb is a current and former AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, Federal Insurance, the parent of Chubb, is a lender, executory contract counterparty, adverse party and insurance provider to current and former AlixPartners

and/or APS clients in matters unrelated to the Debtors. Federal Insurance was a former AlixPartners client in matters unrelated to the Debtors.

- Canadian Imperial Bank of Commerce ("CIBC"), a pre-petition lender of the Debtors, is a current and former client of AlixPartners and/or APS in matters unrelated to the Debtors. Other CIBC affiliated entities are lenders, bondholders, creditors, shareholders and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Circuit City, a major customer of the Debtors, is a co-defendant to a former AlixPartners client as well as the previous employer of a current AlixPartners and/or APS employee.

- Citadel, a vendor of the Debtors, and its affiliates, were a bondholder, lender and client through rep. creditors committee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Citibank NA, Citicorp North America, Citigroup, Citigroup Global Markets and Citigroup Financial Products ("Citigroup"), a former indenture trustee, pre-petition lender, customer and agent under credit agreement of the Debtors, and affiliated entities, are creditors, lenders, bondholders, shareholders, adverse parties, professionals and lessors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, an affiliate of Citigroup is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Comcast, a customer of the Debtors, is an adverse party to current and former AlixPartners clients in matters unrelated to the Debtors.

- Credit Suisse Asset Management and Credit Suisse Group AG, a pre-petition lender of the Debtors, is a current and former client of AlixPartners in matters unrelated to the Debtors. Other CSFB affiliated entities are lenders, creditors, bondholders, shareholders, limited partners and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, CSFB previously employed a current AlixPartners employee.

- Curtis-Mallet Prevost, Colt & Mosle, a professional in interest in this bankruptcy matter, was a professional in interest to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Davidson Kempner Capital Management, a pre-petition lender of the Debtors, is a current AlixPartners client in matters unrelated to the Debtors.

- Davis Polk & Wardwell, a professional in interest to the Debtors, and its affiliates are creditor, professional in interest and client legal counsel to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

7

- Dell, a customer of the Debtors, and affiliated entities are creditors and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Dell is a current AlixPartners client in matters unrelated to the Debtors.

- Deloitte & Touche LLP ("Deloitte"), a professional in interest in this bankruptcy matter, is affiliated with entities that are vendors to AlixPartners, adverse to a former AlixPartners client, as well as professionals in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Deloitte is a current client of AlixPartners in matters unrelated to the Debtors. Additionally, Deloitte affiliated entities previously employed several current AlixPartners employees.

- Deutsche Bank AG, Deutsche Bank National Trust Company and Deutsche Bank Trust Company Americas (collectively "Deutsche Bank"), a pre-petition lender, creditor and indenture trustee of the Debtors, is affiliated with entities that are shareholders, lenders, adverse parties, indenture trustees, creditors, limited partners and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Also, Deutsche Bank provides banking services to AlixPartners.

- Disney, a major customer of the Debtors, and affiliated entities are related party and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, Disney and affiliates are both current and former clients of AlixPartners and/or APS in matters unrelated to the Debtors.

- Duke Realty Limited Partnership, a landlord to the Debtors, and its affiliates, are lessee and directors affiliated company to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Eddy W. Hartenstein, a current or former officer of the Debtors, was a board member to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- EPIQ Bankruptcy Solutions, a professional in interest in this bankruptcy matter, is a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- Investment funds managed by Farallon Capital Management, L.L.C. ("Farallon") and Farallon Partners, L.L.C. (the "Farallon Funds") are pre-petition lenders to the Debtors. Thomas F. Steyer is Senior Managing Member and Co-Managing Partner of Farallon. Mr. Steyer is a managing director of Hellman & Friedman LLC ("H&F") and a member of its investment committee, but Mr. Steyer does not possess the ability to veto any investment, or cause any investment to be made, by H&F. Brian M. Powers, Chief Executive Officer of H&F, serves as an advisor to Farallon. Certain Farallon Funds are noteholders and/or lenders to current or former AlixPartners or APS clients in matters unrelated to the Debtors. Several Managing Directors of H&F, including two board members of AlixPartners designated by H&F, are limited partners in certain Farallon Funds, and several Managing Directors of Farallon are limited partners in investments

8

funds managed by H&F. However, they are passive investors and have no vote or voice with respect to any investment by the Farallon Funds or the H&F funds, respectively. H&F has a special limited partnership interest in Farallon that represents a nominal profit sharing interest in Farallon. AlixPartners has not and will not share any confidential information concerning the Debtors with Farallon or its affiliates other than information which is provided by the Debtors, the Committee or any other party to all creditors or that otherwise becomes publically available.

- Fidelity Investments ("Fidelity"), a pre-petition lender of the Debtors, and affiliated entities are vendors to AlixPartners. In addition, Fidelity and affiliated entities are also lenders, lessors, adverse parties, director affiliated companies, executory contract counterparties, customers, lessees, bondholders and shareholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Fidelity is a current AlixPartners client in matters unrelated to the Debtors.

- Ford, a major customer of the Debtors and affiliated entities are customers, lenders & adverse parties, vendor, plaintiff, client litigant, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Ford Motor is a former client of AlixPartners in matters unrelated to the Debtors

- Franklin Mutual Advisors, Franklin Advisers Inc and Franklin Templeton Inv Mgmt Ltd, lenders of the Debtors, are shareholders, creditors and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- FTI Consulting, a professional in interest in this bankruptcy matter, was a professional in interest to former AlixPartners and/or APS clients in matters unrelated to the Debtors. FTI Consulting was the previous employer of current AlixPartners employees.

- GEICO a major customer of the Debtors, was an adverse party to a former AlixPartners client, in matters unrelated to the Debtors

- General Electric Capital Corporation ("GE"), and affiliated entities, pre-petition lenders of the Debtors, are members of a bank group for which AlixPartners performed services, as well as creditors, customers, lenders, vendors, litigation parties, adverse parties, lessors and bondholders of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. GE was a client related party to a former AlixPartners client in matters unrelated to the Debtors. A GE affiliate is a current AlixPartners and/or APS client in matters unrelated to the Debtors. In addition, a GE affiliate was the previous employer of a current AlixPartners employee.

- General Mills, a major customer of the Debtors, was both a customer and unsecured creditor of former AlixPartners and/or APS clients in matters unrelated to the Debtors.

9

- General Motors ("GM"), a customer of the Debtors, and its affiliated entities are creditors, adverse parties, shareholders, customers and lenders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lastly, a current AlixPartners employee was previously employed by General Motors.

- Goldman Sachs & Co., Goldman Sachs Asset Management and Goldman Sachs Group, a pre-petition lender and an ESOP transaction party of the Debtors, is a lender, litigant, lessee, bondholder, professional and shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Additionally, Goldman Sachs previously employed several AlixPartners employees.

- John Hancock Financial Services, a pre-petition lender of the Debtors, is an executory contract counterparty, lender and bondholder to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Harbourmaster CLO 10 B V, Harbourmaster CLO 7 BV, Harbourmaster CLO 9 B V and Harbourmaster Pro Rata CLO 2 B V, lenders of the Debtors, are affiliated entities of a lender to a former AlixPartners client in matters unrelated to the Debtors.

- The Hartford Insurance Group, an insurance provider of the Debtors, was a creditor, bondholder, lender, vendor, executory contract counterparty and adverse party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Hearst Corporation, a Counterparty to recent significant asset dispositions of the Debtor, is a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Highland Capital Management ("Highland"), a pre-petition lender of the Debtors, and affiliated entities are lenders to former AlixPartners and/or APS clients in matters unrelated to the Debtors. Highland was a former AlixPartners client in matters unrelated to the Debtors. Highland was the previous employer of a current AlixPartners employee.

- Honda, a customer of the Debtors, and its affiliated entities are customers, vendors, and defendants, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Hyundai a customer of the Debtors, and its affiliated entities are a customer of a current AlixPartners and/or APS client in matters unrelated to the Debtors.

- ING Investment Management ("ING"), a pre-petition lender of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. ING affiliated entities were lenders, noteholders, creditors, bondholders, lessors and bank steering committee members to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

10

- James Allen, a major litigation party to the Debtors, was a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Jenner & Block, a professional in interest in this bankruptcy matter, was an adverse party and client counsel to former AlixPartners clients in matters unrelated to the Debtors. Jenner & Block was a former AlixPartners client in matters unrelated to the Debtors.

- Johnson & Johnson, a major customer of the Debtors was a former employer of a current AlixPartners employee and was a former AlixPartners client in matters unrelated to the Debtors.

- JP Morgan Chase, a creditor of the Debtors, is affiliated with entities that are lenders, shareholders, vendors, bondholders and creditors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. JP Morgan Chase was a former AlixPartners client in matters unrelated to the Debtors. JP Morgan Chase affiliated entities previously employed several AlixPartners employees.

- Kaye Scholer LLP, a professional in interest in this bankruptcy matter, is also a professional in interest to a current APS client as well as co-counsel to a current AlixPartners client in matters unrelated to the Debtors. Kaye Scholer previously employed a current AlixPartners employee.

- Kirkland Ellis LLP, a professional in interest in this bankruptcy matter, is counsel, adverse counsel and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Kirkland & Ellis is a current and former client of AlixPartners in matters unrelated to the Debtors. AlixPartners has been a client of Kirkland & Ellis in matters unrelated to the Debtors.

- KKR Financial Corporation, a pre-petition lender of the Debtors, is a current and former client of AlixPartners. In addition, Kohlberg Kravis & Roberts was a significant shareholder to a former AlixPartners and/or APS client in matters unrelated to the Debtors.

- Kraft General Foods, a major customer of the Debtors, was an unsecured creditor and co-party, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Kraft General Foods previously employed a current AlixPartners employee. Lastly, Kraft General Foods is a former AlixPartners client in matters unrelated to the Debtors.

- Lazard Freres, a professional in interest in this bankruptcy matter, is a creditor and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lazard Freres was a client through membership in a creditor's committee of a former AlixPartners client in matters unrelated to the Debtors.

11

- Lehman Brothers Commercial Bank and Lehman Brothers Holding Inc., a pre-petition lender of the Debtors, is a bondholder, shareholder and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Lehman Brothers previously employed a current AlixPartners employee. Lehman Brothers provides investment banking services to AlixPartners and affiliated entities. Lehman Brothers is a current AlixPartners client in matters unrelated to the Debtors.

- Lloyd's, an insurance provider of the Debtors, was a former client of AlixPartners in matters unrelated to the Debtors. Lloyd's of London is a creditor, lender, insurer, litigation party, executory contract counterparty and adverse party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Lowe's, a customer of the Debtors, was a related party to a former AlixPartners client in matters unrelated to the Debtors. Lowe's is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Marathon Asset Management, a pre-petition lender of the Debtors, and affiliated entities are bondholders, significant shareholders and executory contract counterparties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Affiliated entities of Marathon Asset Management are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- McCarter & English LLP, a professional in interest in this bankruptcy matter, is a professional in interest to a current AlixPartners client in matters unrelated to the Debtors.

- The McClatchy Co., Inc., a pre-petition joint venture partner, of the Debtors, was a customer of a former AlixPartners client in matters unrelated to the Debtors.

- McDermott Will & Emery, a professional in interest in this bankruptcy matter, is a current and former AlixPartners client in matters unrelated to the Debtors. McDermott Will & Emery is opposing counsel to current and former AlixPartners' clients.

- McDonalds, a major customer of the Debtor, is a related party to a former AlixPartners client in matters unrelated to the Debtors.

- Merrill Lynch Capital Corporation and Merrill Lynch & Company, a creditor and pre-petition lender of the Debtors, is affiliated with entities that are current and former clients of AlixPartners, as well as lenders, bondholders, shareholders, limited partners, adverse parties and professionals to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Merrill Lynch is a current AlixPartners client in matters unrelated to the Debtors. Merrill Lynch was the previous employer of current AlixPartners employees.

- Metropolitan Life Insurance, a pre-petition lender of the Debtors, is affiliated with entities

NY3 - 481854.01

that are customers, vendors, creditors, lenders and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Microsoft Corporation a pre-petition joint venture partner of the Debtors is a vendor, lender, and customer to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  Microsoft Corporation is a former AlixPartners client in matters unrelated to the Debtors.

- Morgan Lewis and Bockius, a professional in interest in this bankruptcy matter, was opposing counsel, lender and a professional services firm to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Morgan Stanley, a pre-petition lender of the Debtors, is a lender, bondholder, creditor, shareholder and professional of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Morgan Stanley previously employed a current AlixPartners employee.

- Navigant Consulting, a professional in interest in this bankruptcy matter, previously employed several current AlixPartners employees.    Navigant Consulting was a professional in interest to a former AlixPartners client in matters unrelated to the Debtors.

- New Line Cinema, a major customer of the Debtors, is an adverse party to a current AlixPartners client and was a related party to a former AlixPartners client in matters unrelated to the Debtors.

- New York Life Insurance Company, a pre-petition lender of the Debtors, is a bondholder, lender and creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Nissan, a major customer of the Debtors, is a vendor and customer to both current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Nixon Peabody, a professional in interest in this bankruptcy matter, is a professional and vendor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Nomura Corporate Research & Asset Management a pre-petition lender of the Debtors, is affiliated with entities that are lenders, creditors and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.  An affiliate is a current AlixPartners client in matters unrelated to the Debtors.  Nomura Holdings was the previous employer of a current AlixPartners employee.

- North Hills Industrial Park, Inc. a landlord of the Debtors was a creditor to a former AlixPartners client in matters unrelated to the Debtors.

13

- Oak Hill Advisors, a pre-petition lender of the Debtors, and affiliated entities were creditors, bondholders and lenders to former AlixPartners and/or APS clients in matters unrelated to the Debtors. Oak Hill Advisors is the parent of a former AlixPartners client in matters unrelated to the Debtors.

- Oaktree Capital Management, a pre-petition lender of the Debtors, was an adverse party to a former AlixPartners client in a litigated matter as well as a bondholder and lender to current and former AlixPartners and/or APS affiliated entities in matters unrelated to the Debtors. In addition, certain subsidiaries of Oaktree Capital Management are current clients of AlixPartners in matters unrelated to the Debtors.

- Paul Hastings Janofsky Walker LLP, a professional in interest in this bankruptcy matter, was a former AlixPartners client in matters unrelated to the Debtors.

- Paramount Pictures Corporation, a creditor of the Debtors, is an adverse party and creditor to former AlixPartners clients in matters unrelated to the Debtors.

- Pension Benefit Guaranty Corporation, a creditor of the Debtors, is a creditor, vendor, adverse party, and significant shareholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Pepsi, a major customer of the Debtors and affiliated entities are a vendor, related party, unsecured creditor and top 50 creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Current AlixPartners employees were formerly employed by Pepsi. Lastly, PepsiCo, Inc. is a current AlixPartners and/or APS client in matters unrelated to the Debtors.

- Pfizer, a major customer of the Debtors is a potential acquirer and related party to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Pfizer is the previous employer of current AlixPartners employees.

- Potter Anderson & Corroon LLP, a professional in interest of the Debtors, is client legal counsel to former AlixPartners clients in matters unrelated to the Debtors. Potter Anderson & Corroon is a former AlixPartners client in matters unrelated to the Debtors.

- PricewaterhouseCoopers ("PWC"), a professional in this bankruptcy matter, is a professional for current and former AlixPartners clients in matters unrelated to the Debtors. PWC is the auditor for AlixPartners and provides audit, tax and other consulting services. PWC is opposing professional and creditor of current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. PWC was the previous employer of a number of current AlixPartners employees.

- Procter & Gamble, a customer of the Debtors, is a former client of AlixPartners in matters unrelated to the Debtors.

14

- Prudential Investment Management, a pre-petition lender of the Debtors, is affiliated with entities that are adverse parties, lenders, vendors, executory contract counterparties and bondholders of former AlixPartners and/or APS clients in matters unrelated to the Debtors. Prudential was a former AlixPartners client in matters unrelated to the Debtors.

- Qwest Communications a major customer of the Debtors, is a customer, vendor, related party, litigant, and executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Qwest Communications is a former AlixPartners client in matters unrelated to the Debtors.

- Sandelman, a vendor of the Debtors, and affiliated entities, are lender and significant shareholder, to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Scotia Capital, a pre-petition lender of the Debtors, is a litigation party and bondholder to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Scotia Capital is a current AlixPartners client in matters unrelated to the Debtors.

- Seyfarth Shaw, a professional in this bankruptcy matter, was a former AlixPartners client in matters unrelated to the Debtors.

- Sidley Austin, LLP, a professional in interest in this bankruptcy matter, is co-counsel, counsel, opposing counsel, vendor, and professional in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Sidley Austin is a former AlixPartners client in matters unrelated to the Debtors. Lastly, Sidley Austin Brown & Wood, LLP, was retained by AlixPartners in matters unrelated to the Debtors.

- Silver Point Capital, a pre-petition lender of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors. Silver Point Capital is a lender, member of bondholder committee and creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Sony Pictures Television and Sony Entertainment, a customer and creditor of the Debtors, is affiliated with entities that are adverse parties in litigation matters unrelated to the Debtors and creditors to several current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate was a former AlixPartners client in matters unrelated to the Debtors. An affiliate was the previous employer of current AlixPartners employees.

- Southwest Airlines, a major customer of the Debtor, was the former employer of a current AlixPartners employee.

- St. Paul Fire & Marine Insurance Company, insurance providers of the Debtors, are affiliated with entities that are creditors, bondholders, litigation parties, executory contract

15

counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. St. Paul Fire was a former AlixPartners client in matters unrelated to the Debtors. An affiliated entity, St. Paul Travelers is a vendor to AlixPartners.

- Subway, a major customer of the Debtor, is a creditor and executory contract counterparty to a current AlixPartners and/or APS client in matters unrelated to the current Debtors.

- Sprint/Nextel, a customer of the Debtors, is a creditor, vendor and an executory contract counterparty to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. An affiliate of Sprint is a related party to a current AlixPartners client in matters unrelated to the Debtors.

- Star Community Publishing Group, a Debtor or Non-Debtor affiliate, is a director's affiliated company to a former AlixPartners client.

- Strategic Value Partners LLP, a pre-petition lender of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors.

- Sunbeam Television Corporation, a counterparty to recent significant asset dispositions of the Debtors, was a related party to a former AlixPartners client.

- T-Mobile, a major customer of the Debtors, is a vendor and related party to both current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- The CIT Group, a pre-petition lender of the Debtors, and affiliates have been lenders, creditors, executory contract counterparties and lessors to former and current AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, a current AlixPartners employee was previously employed by The CIT Group.

- The Tribune Company is a customer to a former AlixPartners client.

- Time Warner, a major customer of the Debtors, and affiliated entities are parent company, defendant, vendor, unsecured creditor, creditor and directors affiliated company to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Toyota, a major customer of the Debtors, and affiliated entities are customer, creditor, vendor and lender to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Toyota was the previous employer of a current AlixPartners employee.

- UBS AG, a pre-petition lender of the Debtors, and affiliated entities are creditors, customers, director affiliated companies, lenders, lessors and bondholders to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. UBS was the previous employer of a current AlixPartners employee.

NY3 - 481854.01

- U.S. Bank National Association, a litigation party of the Debtors, and affiliated entities are bondholders, creditor, co-defendant, indenture trustee and trustee to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- U.S. Cellular, a major customer of the Debtors, is a vendor to a current AlixPartners client in matters unrelated to the Debtors.

- Valassis, a major customer of the Debtors, and affiliated entities are unsecured creditors and related parties to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Verizon Wireless, a customer of the Debtors, was a former AlixPartners client in matters unrelated to the Debtors. Other Verizon affiliated entities are creditors, executory contract counterparties and vendors to several current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Verizon is a vendor to AlixPartners.

- Vertis, a pre-petition creditor of the Debtors, is a director's affiliated company to a former AlixPartners client in matters unrelated to the Debtors. Vertis and affiliated entities are current AlixPartners client in matters unrelated to the Debtors.

- Viacom, a major customer of the Debtors, and affiliated entities are related parties to a current AlixPartners client in matters unrelated to the Debtors.

- Vornado, a landlord of the Debtors, and its affiliated entities are lessors to a current AlixPartners client in matters unrelated to the Debtors.

- Wachovia Bank, a customer and pre-petition lender of the Debtors, and affiliated entities, are lenders, bondholders, creditors, adverse parties, related parties and professionals in interest to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Wachovia is a current and former AlixPartners client in matters unrelated to the Debtors.

- An affiliated entity of Warner Brothers, a major customer of the Debtors, is a co-defendant and parent company to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Current AlixPartners employees were formerly employed by Warner Brothers and its affiliates.

- Washington Mutual, a major customer of the Debtors, and affiliated entities, are creditor and customer to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Wells Fargo Bank N.A., and Wells Fargo Foothills, a pre-petition lender and landlord of the Debtors, were clients through membership in a bank group for which AlixPartners performed services in matters unrelated to the Debtors. Other Wells Fargo affiliated

entities are lenders, creditors, lessors, bondholders, indenture trustees and vendors to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Wells Fargo is a related party to a current AlixPartners client in matters unrelated to the Debtors. Wells Fargo is a current and former AlixPartners client in matters unrelated to the Debtors.

- WestLB AG, a lender of the Debtors, is a lender to a current AlixPartners and/or APS client in matters unrelated to the Debtors. WestLB AG, is a joint venture party to a former AlixPartners client in matters unrelated to the Debtors.

- White Castle, a major customer of the Debtors, is an executory contract counter-party to a former AlixPartners client in matters unrelated to the Debtors

- Wilmington Trust Company, a pre-petition lender of the Debtors, was a bondholder, creditor, lessor and trustee to former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- XL Insurance (Bermuda) Ltd., an insurance provider of the Debtors, and affiliated entities, are current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. Affiliated entities are executory contract counterparties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Yum Brands, a major customer of the Debtors, and affiliated entities, are related party and unsecured creditor to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors.

- Zurich American Insurance Company, an insurance provider of the Debtors, is affiliated with entities that are creditors, vendors, executory contract counterparties and adverse parties to current and former AlixPartners and/or APS clients in matters unrelated to the Debtors. In addition, Zurich is affiliated with a current client of AlixPartners in matters unrelated to the Debtors. Zurich was a former client of AlixPartners in matters unrelated to the Debtors.

      6.    Moreover, AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that none of AlixPartners, its officers, directors, managers, members, partners and employees:

      (a)    is a creditor, an equity security holder or an insider of the Debtors;

18

(b)    is or was, within 2 years before the date of the filing of the Debtors' petitions, a director, officer, or employee of the Debtors; and

(c)    has an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason.

7.    In addition, and by way of supplemental disclosure:

(a)    To the best of my knowledge after reasonable inquiry, neither I nor any of AlixPartners' professional employees:  (i) are related or connected to any United States Trustee for the District of Delaware or any employee in the Office of the United States Trustee; or; (ii) are related or connected to any United States Bankruptcy or District Judge for the District of Delaware.

(b)    From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters unrelated to these chapter 11 cases.  As described above, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it has been employed by any significant creditors, equity security holders, insiders or other parties-in-interest in such unrelated matters;

(c)    AlixPartners provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases, including representing debtors and creditors in chapter 11 proceedings and in out-of-court restructurings.  All of these matters involve numerous attorneys, professionals and creditors, some of whom are, or may be, attorneys, professionals and creditors of the Debtors in these chapter 11 cases;

NY3 - 481854.01

(d)     AlixPartners personnel may have business associations with certain creditors of the Debtors unrelated to these chapter 11 cases.  In addition, in the ordinary course of its business, AlixPartners will work and engage counsel or other professionals in unrelated matters who now represent, or in the future may represent, creditors or other interested parties in these chapter 11 cases;

(e)     AlixPartners has thousands of clients, past and present, who are located throughout the United States and around the world, in a variety of industries.  While AlixPartners has not advised any of these parties in connection with these chapter 11 cases, it is possible that certain of these parties, their creditors and the related professionals may have some relationship to the Debtors or their creditors in these cases; and

(f)     AlixPartners and its affiliates have over 800 employees, some of whom may have personal investments in the Debtors.  AlixPartners' policy precludes any employee from trading in the securities of the Debtors.

8.     To the extent I discover any facts bearing on the matters described herein during the period of AlixPartners' retention, I will supplement the information contained in this Declaration.

### DISCLOSURE OF COMPENSATION

9.     As of the date of this Affidavit, AlixPartners has received no compensation for its work on behalf of the Creditors' Committee.

10.     AlixPartners is willing to be retained by the Creditors' Committee as its financial advisor and will make appropriate applications to this Court for compensation and reimbursement of out-of-pocket expenses, all in accordance with the provisions of the

NY3 - 481854.01

Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the District of Delaware, and any orders of this Court.  Subject to the Court's approval, AlixPartners will be compensated at its standard hourly rates, which are based on the professionals' level of experience, for its services to the Creditors' Committee.  The current hourly rates, subject to periodic adjustments, charged by AlixPartners professionals anticipated to be assigned to this case are as follows:

| | |
|---|---|
| Managing Directors | $685 - 995 |
| Directors | $510 - 685 |
| Vice Presidents | $395 - 505 |
| Associates | $260 - 365 |
| Analysts | $235 - 260 |
| Paraprofessionals | $180 - 200 |

The hourly rates set forth above will remain in effect through December 31, 2009. AlixPartners will review and revise its rates January 1 of each year to reflect economic and other conditions.  AlixPartners will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Creditors' Committee.

11.    In addition to compensation for professional services rendered by AlixPartners personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses incurred in connection with the Debtors' chapter 11 cases, including but not limited to, transportation costs, lodging, food, telephone, and facsimile charges.

NY3 - 481854.01

11.     No agreement exists, nor will any be made, to share any compensation received by AlixPartners for its services rendered to the Creditors' Committee in connection with these chapter 11 cases with any entity, person or firm, other than its employees in accordance with section 504(b) of the Bankruptcy Code.

12.     The foregoing statements are true and correct to the best of my knowledge, information and belief.

January 16, 2009

_____
Alan D. Holtz

22

NY2 - 511362.02