# **EXHIBIT D**

*Termination Agreement*

# TERMINATION AGREEMENT

THIS TERMINATION AGREEMENT (this "**Agreement**") is made as of February __, 2009, by and among Community Television of Missouri, LLC, a Delaware limited liability company, Community Television of Missouri License, LLC, a Delaware limited liability company (and together with Community Television of Missouri, LLC, "**Community**"), KPLR, Inc., a Missouri corporation ("**Licensee**"), Tribune Broadcasting Company, a Delaware corporation ("**Tribune**") and Local TV Holdings, LLC, a Delaware limited liability company ("**Local TV**").

WHEREAS, Community and Licensee entered into that certain Shared Services Agreement dated as of October 3, 2008 (the "**Shared Services Agreement**");

WHEREAS, solely for purposes of Section 10.1, Section 10.2, Section 10.5, Schedule 10.1(a) and Schedule 10.1(b) of the Shared Services Agreement, Tribune entered into the Shared Services Agreement with Community and Licensee;

WHEREAS, Community and Licensee wish to terminate the Shared Services Agreement pursuant to the terms and conditions of this Agreement;

WHEREAS, Tribune wishes to acknowledge and agree to the termination of the Shared Services Agreement pursuant to this Agreement;

WHEREAS, Community and Licensee entered into that certain Letter Agreement dated as of October 3, 2008 (the "**KPLR Side Letter**") among Community and Licensee and for purposes of Section 2(d) and Section 2(e) of the KPLR Side Letter, Tribune and Local TV;

WHEREAS, Community and Licensee wish to terminate the KPLR Side Letter pursuant to the terms and conditions of this Agreement;

WHEREAS, Tribune and Local TV wish to acknowledge and agree to the termination of the KPLR Side Letter; and

WHEREAS, capitalized terms used herein but not defined herein shall have the meanings ascribed to such terms in the Shared Services Agreement.

NOW, THEREFORE, in consideration of the foregoing, the mutual promises set forth in this Agreement and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, the parties hereto agree as follows:

1. Termination. Subject to the terms of this Agreement, Community and Licensee hereby terminate and cancel the Shared Services Agreement and the KPLR Side Letter effective as of _____ (the "**Termination Effective Date**") and the Shared Services Agreement and the KPLR Side Letter shall have no effect other than as set forth in this Agreement and except that the agreements contained in this Agreement, in Section 8.1, Section 8.2, Section 11, Schedule 3.4(g) and Schedule 3.4(h) of the Shared Services Agreement, and in Section 1(c), Section 2(d), Section 2(e) and Section 2(f) of the KPLR Side Letter shall survive

the termination of the Shared Services Agreement and the KPLR Side Letter as applicable to the period prior to the Termination Effective Date.

2.  Effect of Termination: Survival.

(a)  Effective as of the Termination Effective Date, (i) the SSA Fee shall be prorated to the Termination Effective Date and Community shall be responsible for paying any SSA Fee accrued on or prior to the Termination Effective Date to Licensee; (ii) Community shall be responsible as set forth in the Shared Services Agreement for all liabilities, debts and obligations incurred by Community during the period starting on the Commencement Date and ending on the Termination Effective Date in connection with the performance of its obligations thereunder and its use of the Station's transmission facilities; (iii) Community shall be required to reimburse Licensee for any Expenses incurred by Licensee during the period starting on the Commencement Date and ending on the Termination Effective Date; (iv) each of Licensee and Community shall be responsible for reimbursing the other party, in accordance with the terms and conditions of Schedule 6.8(b) of the SSA, for any severance and related employer payroll taxes arising out of the termination of any employees of Licensee and Community, as applicable, and the costs and expenses arising out of any termination of any employment and or talent agreement with Licensee or Community, as applicable, in each case during the period commencing on October 3, 2008 and ending on the Termination Effective Date; and (v) any obligations to deliver financial reports pursuant to Section 3.5(c) of the SSA and any payment obligations of either party pursuant to the SSA or the KPLR Side Letter, in each case arising during the period commencing on the Commencement Date and ending on the Termination Effective Date shall survive until performed and discharged in full. Notwithstanding anything in the Shared Services Agreement or this Agreement to the contrary, the termination of the Shared Services Agreement pursuant to this Agreement shall be without prejudice to any rights that shall have accrued to the benefit of any party on or prior to the Termination Effective Date and no such termination shall relieve any party thereto of any liability for any breach of the Shared Services Agreement or be deemed to constitute a waiver of any available remedy for any such breach.

(b)  Notwithstanding anything in the KPLR Side Letter or this Agreement to the contrary, the termination of the KPLR Side Letter pursuant to this Agreement shall be without prejudice to any rights that shall have accrued to the benefit of any party on or prior to the Termination Effective Date and no such termination shall relieve any party thereto of any liability for any breach of the KPLR Side Letter or be deemed to constitute a waiver of any available remedy for any such breach.

(c)  Any amounts due and payable to either Community or Licensee in accordance with Section 2(b) shall be applied to any amounts due and payable to such party pursuant to that certain Local Marketing Agreement dated as of the date hereof between Community and Licensee (the "**LMA**") and shall be payable to such party in accordance with the terms and conditions of the LMA.

3.  Tribune/Local TV Acknowledgement. Tribune hereby acknowledges and agrees to the termination of the Shared Services Agreement pursuant to the terms and conditions of this Agreement effective as of the Termination Effective Date. Tribune and Local TV hereby

2

acknowledge and agree to the termination of the KPLR Side Letter pursuant to the terms and conditions of this Agreement effective as of the Termination Effective Date.

4. Representations.

(a) Each party hereto represents and warrants that: (i) it has the right, power and authority to enter into and perform its obligations under this Agreement and (ii) this Agreement constitutes a legal, valid and binding obligation of such party.

(b) Each party hereto represents that it has not made any assignment, transfer, conveyance or other disposition of all or a portion of the Shared Services Agreement or the KPLR Side Letter, as applicable.

5. Governing Law. This Agreement shall be construed under and in accordance with the laws of the State of Delaware without giving effect to the principles of conflict of laws, but applying the Communications Act in the event of a conflict between the laws of the State of Delaware and the Communications Act.

6. Counterparts. This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same document. Each party hereto will receive by delivery or facsimile transmission a duplicate original of the Agreement executed by each party, and each party agrees that the delivery of the Agreement by facsimile transmission will be deemed to be an original of the Agreement so transmitted.

7. Entire Agreement; Amendments. This Agreement constitutes the entire agreement of the parties hereto with respect to the subject matter hereof and supersedes all prior agreements and undertakings, both written and oral, between or among the parties hereto, with respect to the subject matter hereof and are not intended to confer upon any other person any right or remedies hereunder. The terms and conditions hereof may not be modified, altered or otherwise amended except by an instrument in writing executed by the parties.

8. Successors and Assigns. The terms and conditions of this Agreement shall be binding upon and shall inure to the benefit of the parties hereto, their successors and permitted assigns.

3

IN WITNESS WHEREOF, the parties have caused this Termination Agreement to be signed by their respective officers thereunto duly authorized, all as of the date first written above.

COMMUNITY TELEVISION OF MISSOURI, LLC

By: _____
Name: _____
Title: _____

COMMUNITY TELEVISION OF MISSOURI LICENSE, LLC

By: _____
Name: _____
Title: _____

KPLR, INC.

By: _____
Name: _____
Title: _____

ACKNOWLEDGED AND AGREED AS OF THE DATE FIRST WRITTEN ABOVE:

TRIBUNE BROADCASTING COMPANY

By: _____
Name: _____
Title: _____

LOCAL TV HOLDINGS, LLC

By: _____
Name: _____
Title: _____