**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Related to Docket No. ___** |

# DOCUMENT TO BE KEPT UNDER SEAL

**UNREDACTED EXHIBITS TO MOTION OF
DEBTOR KPLR, INC. FOR AN ORDER AUTHORIZING ENTRY INTO A
POSTPETITION LOCAL MARKETING AGREEMENT
WITH COMMUNITY TELEVISION OF MISSOURI**

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Theodore R. Scarborough
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

PROPOSED ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

45654/0003-5281601v3