U.S. Department of Justice,
Office of The United States Trustee, District of Delaware
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, Delaware 19801
Tel. (302) 573-6491          Fax (302) 573-6497

<u>CHAPTER 11 - 341 (a) MINUTE SHEET</u>

TO THE CLERK OF THE BANKRUPTCY COURT --

DEBTORS:  Tribune Company, *et al.*

LEAD CASE NUMBER:  08-13141 (KJC) (All case numbers: -13141 - -13255 excepting -13158, -13164, and -13243)

DATE PETITIONS FILED:  12/8/08

TIME OF MEETING:  10:00 A.M.

PLACE OF MEETING:  Suite 5209, J. Caleb Boggs Federal Courthouse, Wilmington, DE

ORIGINAL 341(a) DATE:  1/16/09

ADJOURNED 341(a) DATE:  To be determined

DEBTORS' ATTORNEYS (APPEARING):  Bryan Krakauer, Esquire; Norman L. Pernick, Esquire
              FIRM NAMES:  Sidley Austin LLP; Cole, Schotz, Meisel, Forman & Leonard, P.A.

CREDITORS' COMMITTEE COUNSEL (APPEARING):  Jason Porter, Esquire; Mona Parikh, Esquire
              FIRM NAME:  Chadbourne & Parke LLP; Landis Rath & Cobb LLP

WITNESS (NAME & TITLES):  Chandler Bigelow, III, Senior Vice President and Chief Financial Officer

SCHEDULES FILED?                    DATE:                    NO ( x )

WHY HAVE SCHEDULES NOT BEEN FILED?:  Debtors have extension of deadline to file documents

WHEN WILL SCHEDULES BE FILED?:  See above

HAVE DEBTORS FILED INTERIM REPORTS?:    YES ( x )          NO (  )

IF NO, WHY NOT?:  N/A – initial reporting requirements filed, first monthly operating report not yet due


                                        /s/ Joseph J. McMahon, Jr.
                                        *Name*
                                        Trial Attorney

DATED:  January 16, 2009              CONCLUDED (  )     CONTINUED ( x )

**\* Meeting continued to a date to be determined after the Debtors have filed their schedules and Statements of Financial Affairs.**