IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re; | : | Chapter 11 |
| | : | |
| **TRIBUNE COMPANY**, *et al.*, | : | Case No. 08-13141-KJC |
| | : | |
| Debtors | : | |
| *Jointly Administered* | : | |

## CERTIFICATION OF SERVICE

The undersigned herewith certifies that true, correct and complete copies of the foregoing were served on the below listed individuals by First Class U.S. Mail, postage prepaid, to the addresses noted on the date indicated below.

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-295-4829

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street
Suite 1200
Wilmington, DE 19801
302-295-4888

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Matthew B. McGuire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899

Roberta A. DeAngelis
Acting U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

William K. Harrington
Office of the U.S. Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801


_____
Fred Fellmeth
General Counsel, Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, New Jersey 07840
908-852-3700

email: fred.fellmeth@vitecgroup.com

January 12, 2009