**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **TRIBUNE COMPANY,** *et al.* | ) | Chapter 11 |
| | ) | |
| Debtors, | ) | Case No. 08-13141 (KJC) |
| | ) | **(JOINTLY ADMINISTERED)** |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

S I R S:

PLEASE TAKE NOTICE, that NBC Universal Inc. and certain of its affiliates including Universal City Studios Productions LLLP (collectively, "NBC") hereby appear by their counsel, Crowell & Moring LLP and Brown Stone Nimeroff LLC, and demand, pursuant to Section 1109(c) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in the case and all papers served or required to be served in the case, be given to and served upon the undersigned attorney on its behalf, at the address set forth below, attention:

| | |
|---|---|
| **Michael V. Blumenthal, Esq.** | **Jami B. Nimeroff, Esq.** |
| **Crowell & Moring LLP** | **Brown Stone Nimeroff LLC** |
| **590 Madison Avenue, 19th Floor** | **4 East 8th Street, Suite 400** |
| **New York, New York 10022** | **Wilmington, Delaware 19801** |
| **(212) 223-4000 Tel** | **(302) 428-8142 Tel** |
| **(212) 895-4201 Fax** | **(302) 351-2744 Fax** |
| **e-mail: mblumenthal@crowell.com** | **Email: jnimeroff@bsnlawyers.com** |

1

PLEASE TAKE FURTHER NOTICE, the foregoing demand includes not only the notices and papers referred to the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtor or property or proceeds in which the debtor may claim an interest.

Dated: January 20, 2009

    Respectfully Submitted,

    CROWELL & MORING LLP
    Michael V. Blumenthal, Esquire
    Attorneys for NBC Universal Inc and certain
     of its affiliates including Universal City Studios
     Productions LLLP
    590 Madison Avenue, 19th Floor
    New York, New York 10022
    (212) 223-4000


    BROWN STONE NIMEROFF LLC

By:    /s/ Jami B. Nimeroff
    Jami B. Nimeroff (No. 4049)
    4 East 8th Street, Suite 400
    Wilmington, Delaware 19801
    (302) 428-8142

## **CERTIFICATE OF SERVICE**

I, Michael V. Blumenthal, do hereby certify that on this 20th day of January, 2009, I caused to be served a true and correct copy of the foregoing Notice of Appearance upon the parties on the attached Service List via first class mail, postage pre-paid.

By: /s/ Michael V. Blumenthal
Michael V. Blumenthal, Esq.

**Service List**

Frank A. Anderson
Pension Benefit Guaranty Corporation
1200 K Street N.W. , Suite 340
Washington, DC 20005

Thomas V. Askounis
Askounis & Darcy. PC
401 North Michigan Ave, Suite 550
Chicago, IL 60611

John M. August
Herrick, Feinstein LLP
One Gateway Center, 22nd Floor
Newark, NJ 07102

William Pierce Bowden
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899

William E. Chipman, Jr.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Shawn M. Christianson
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Angie M. Cowan
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, IL 60606

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Mark E. Felger
Cozen O'Connor
1201 N. Market Street, Ste 1400
Wilmington, DE 19801

Adolph F. Fellmeth
The Schmerling Group
261 Old York Road
Suite 514
Jenkintown, PA 19046

John V. Fiorella
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Scott Golden
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

R. Karl Hill  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
P. O. Box 68  
Wilmington, DE 19899  

Joseph H. Huston, Jr.  
Stevens & Lee  
1105 North Market Street, 7th Floor  
Wilmington, DE 19801  

Susan E. Kaufman  
Cooch and Taylor, P.A.  
1000 West Street, 10th Floor  
Wilmington, DE 19801  

William M. Kelleher  
Elliott Greenleaf  
1000 West Street, Suite 1440  
Wilmington, DE 19801  

Bryan Krakauer  
Sidley, Austin, Brown & Wood LLP  
One S. Dearborn Street  
Chicago, IL 60603  

Adam G. Landis  
Landis Rath & Cobb LLP  
919 Market Street, Suite 1800  
Wilmington, DE 19801  

Robert W. Mallard  
Dorsey & Whitney LLP  
1105 North Market St., Suite 1600  
Wilmington, DE 19801  

Katharine L. Mayer  
McCarter & English, LLP  
Renaissance Centre  
405 N. King Street, 8th Floor  
Wilmington, DE 19801  

Frank F. McGinn  
Bartlett Hackett Feinberg P.C.  
155 Federal Street, 9th Floor  
Boston, MA 02110  

Matthew B. McGuire  
Landis Rath & Cobb LLP  
P.O. Box 2087  
919 Market Street, Suite 1800  
Wilmington, DE 19899  

Sheryl L. Moreau  
Missouri Department of Revenue  
P.O. Box 475  
301 W. High Street, Room 670  
Jefferson City, MO 65105  

Ramona Neal  
11311 Chinden Boulevard  
Mailstop 314  
Boise, ID 83714-0021  

Edward Patrick O'Brien  
Stempel Bennett Claman & Hochbery, P.C.  
655 Third Avenue  
New York, NY 10017  

Norman L. Pernick  
Cole, Schotz, Meisel, Forman & Leonard,  
1000 N. West Street,Suite 1200  
Wilmington, DE 19801  

Patrick J. Reilley  
Cole, Schotz, Meisel, Forman & Leonard,  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801  

Jeffrey N. Rich  
K&L Gates LLP  
599 Lexington Avenue  
New York, NY 10022  

5

Frederick Brian Rosner
Duane Morris LLP
1100 North Market Street
Wilmington, DE 19801

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

James E. Sorenson
Williams, Gautier, Gwynn DeLoach & Soren
PO Box 4128
Tallahassee, FL 32315-4128

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

William David Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601

Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111-4106

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875

Pamela K. Webster
Buchalter Nemer
1000 Welshire Blvd., Suite 1500
Los Angeles, CA 90017

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

William Douglas White
McCarthy & White PLLC
8180 Greensboro Drive, Suite 875
McLean, VA 22102

Eric R. Wilson
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

US Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035