## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on the 20th day of January, 2009, I caused the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the parties on the attached service list, by first-class mail, or in the manner indicated.

Kenneth P. Kansa Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801
**Hand Deliver**

Howard Seife, Esq.
David M Lemay, Esq.
Dogulas E Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G Landis, Esq.
Matthew B Mcguire, Esq.
Landis Rath & Cobb LLP
919 Market Street Suite 1800
Wilmington, DE 19801
**Hand Deliver**

Joseph McMahon, Esq.
Office Of The United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801
**Hand Deliver**

  /s/ Leigh-Anne M. Raport
Leigh-Anne M. Raport

#10468303 v1