**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>**Related to Docket Nos. 14, 58 and 76** |

**CERTIFICATION OF COUNSEL REGARDING**
**SUPPLEMENTAL ORDER GRANTING DEBTORS ADDITIONAL TIME**
**TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

The undersigned, proposed counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. On December 8, 2008, the Notice of Motion (the "Notice") and Motion for an Order Granting Debtors Additional Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 14] (the "Motion") were filed in the above-referenced cases.

2. On December 10, 2008, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order Granting Debtors Additional Time to File Schedules and Statements of Financial Affairs [Docket No. 58].

3 On January 15, 2009, the Court held a status hearing on the Motion to consider the length of a further extension of time to file the Schedules of Assets and Liabilities and Statements of Financial Affairs (the "Schedules and Statements"). Following the status hearing, the Court granted the Debtors a final additional extension of sixty days (60) days from the expiration of the current deadline, through and including March 23, 2009, to file their Schedules and Statements. The Court directed counsel for the Debtors to submit a proposed form of order.

4. Attached hereto as Exhibit A is a proposed form of supplemental order (the "Proposed Supplemental Order") which grants the Debtors a final additional extension of sixty days (60) days from the expiration of the deadline now in effect, through and including March 23, 2009, to file their Schedules and Statements.

5. The certification and Proposed Supplemental Order were circulated to counsel for the United States Trustee (the "Trustee") prior to filing and the Trustee does not object to entry

of the Proposed Supplemental Order. Accordingly, the Debtors respectfully request that the Court enter the proposed Order.

Dated: January 21, 2009

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Janet E. Henderson
        Kenneth P. Kansa
        Jillian K. McClelland
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000

        -and-

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

        By: /s/ *illegible signature*
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        1000 N. West Street, Suite 1200
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        PROPOSED ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION