## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 200** |

### CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on January 13, 2009, I caused a copy of the **Notice of Agenda of Matters Scheduled for Hearing on January 15, 2009 at 1:30 p.m. Before the Honorable Kevin J. Carey** to be served on the parties on the attached service list in the manner indicated.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-4862
(302) 652-3117 (fax)

46429/0001-5230390v3

**TRIBUNE COMPANY,** *et al.*
**Agenda Service List re January 15, 2009 Hearing**

**Via Telecopy**

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Fl.
Wilmington, DE 19801

William M. Kelleher, Esquire
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19899

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
1105 North Market St., 16th Floor
Wilmington, DE 19801

**William D. Sullivan, Esquire**
**Sullivan Hazeltine Allinson LLC**
**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**

**John D. Demmy, Esquire**
**Stevens & Lee, P.C.**
**1105 North Market Street, 7th Floor**
**Wilmington, DE 19801**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

**Scott Golden, Esquire**
**Hogan & Hartson LLP**
**875 Third Avenue**
**New York, NY  10022**

**James M. Hoffman, Esquire**
**Goren, Wolff, Orenstein & Hoffman, LLC**
**15245 Shady Grove Road, Suite 465**
**Rockville, MD  20850**

**William Douglas White, Esquire**
**McCarthy & White, PLLC**
**8180 Greensboro Drive, Suite 875**
**McLean, VA  22102**

**Russell R. Johnson, III, Esquire**
**John M. Craig, Esquire**
**2258 Wheatlands Drive**
**Manakin-Sabot, VA  23103**

**Via First-Class Mail:**
**1425 Market, LLC**
**1425 Market Street**
**Denver, CO  80202**

**30 CCC Business Trust**
**c/o General Growth Properties**
**Attn: Ron Gern**
**110 North Wacker Drive**
**Chicago, IL  60606**

**9 West Courtland Street LLC**
**Turner Properties**
**4685 Millennium Drive**
**Belcamp, MD  21017**

**Abby Office Centers, Tanglewood, Ltd.**
**5850 San Felipe**
**Houston, TX  77057**

**Block 418, LLC**
**c/o BBM Incorporated**
**236 South Washington, Suite 212**
**Naperville, IL  60540**

**The Village of Cross Keys, Inc.**
**c/o The Rouse Company**
**Attn: General Counsel**
**10275 Little Patuxent Pkwy**
**Columbia, MD  21044**

**Catellus Development Corporation**
**Attn: Asset Management**
**1065 N. PacifiCenter Drive; Suite 200**
**Anaheim, CA  92806**

2

Daniel Cawley
Cawley Chicago Commercial Real Estate
Company
1431 Opus Place, Suite 120
Downers Grove, IL  60515

Columbia Management, Inc.
10400 Little Patuxent Parkway
Columbia, MD  21044-3559

Columbia Management, Inc.
c/o The Rouse Company
Attn: General Counsel
10275 Little Patuxent Parkway
Columbia, MD 21044

Compass Resort Properties, LLC
7200 Coastal Highway
Ocean City, MD  21842

Cooper & Cummings LLC
585 Main Street, Unit 241
Laurel, MD  20707

Cove Investments LLC
37 Westwood Drive
Waterford, CT  06385

D and M Rentals, Inc.
561 Maryland Ave.
Perryville, MD  21903

David F. Smith, Jr. & Mary K. Smith
2030 Hillcrest Rd.
Quakertown, PA 18105

Elda P. Walker
358 Walnut Street
Lehighton, PA 18235

Robert Weiss
Evangelical Free Church
 of Huntington Beach
19891 Beach Blvd., Suite 205
Huntington Beach, CA  92648

First States Investors DB/SP, LP
680 Old York Road
Jenkintown, PA  19046

J.C. Penney Corporation, Inc.
P.O. Box 10001
Attn: Real Estate Counsel
Dallas, TX  75301-2105

Knaus Realty Company
150 Production Court
New Britain, CT  06051

Lincoln Building Associates LLC
c/o Newmark & Co. Real Estate, Inc.
60 E. 42nd Street
New York, NY  10165-0015

MacKenzie Commercial Real Estate Services
LLC
2328 West Joppa Road, Suite 200
Lutherville, MD  21093

North Dallas Bank & Trust Company
12900 Preston Road, Suite 101
Dallas, TX  75230

Nottingham Properties, Inc.
c/o Nottingham Management Company
100 West Pennsylvania Ave.
Towson, MD  21204

Pacific National Bank
1390 Brickell Avenue
Miami, FL  33131

Pacific National Bank
Attn: Vice President/Administration
1390 Brickell Avenue
Miami, FL  33131

RREEF America Reit II Corp. D.
c/o RREEF Management Company
1301 W. 22nd St., Suite 602
Oak Brook, IL  60523

Samuel J. Tamkin
165 North Canal St., Suite 1425
Chicago, IL  60606

Symbiont, L.P.
1936 E. Deere Avenue, Suite 216
Santa Ana, CA  92705

3

The Freeman Family Revocable Trust,
09/05/1997
PO Box 506
Riverside, CA  92502

The R/E Group
5300 Dorsey Hall Drive, Suite 102
Ellicott City, MD  21042

The Village of Cross Keys, Inc.
P.O. Box 64071
Baltimore, MD  21264

Thrifty Oil Co
13116 Imperial Highway
Santa Fe Springs, CA  90670

Washington Avenue Limited Partnership,
LLLP
c/o MacKenzie Management Corporation
2328 West Joppa Road, Suite 200
Lutherville, MD  21093

William B Dulany and Winifred S. Dulany
1167 Old Taneytown Road
Westminster, MD  21158

William Argeos
PO Box 1002
Bethlehem, PA  18016

William W. Weber, Esq.
24 Cedar St.
New Britain, CT  06052

Younkins & Schecter LLP
Attn: Kathy A. Younkins, Esq.
420 Lexington Ave., Suite 2050
New York, NY  10170

4