IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

JAN 2 2 2009

| | |
|---|---|
| In re:<br><br>Tribune Company, et al.,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-13141(KJC)<br><br>Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, I move the admission pro hac vice of Michael V. Blumenthal of Crowell & Moring LLP, 590 Madison Avenue, 19th Floor, New York, NY 10022, Telephone 212-895-4241, to represent NBC Universal Inc. in this bankruptcy case and any related proceeding.

BROWN STONE NIMEROFF LLC

/s/ Jami B. Nimeroff

Jami B. Nimeroff, Esquire (No. 4049)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: 302-428-8142
Facsimile: 302-351-2744
Attorneys for NBC Universal Inc.

Dated: January 21, 2009

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Michael V. Blumenthal is granted.

Date: 1/22/09

Honorable Kevin J. Carey, Chief Judge
United States Bankruptcy Court

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of New York and Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been sent to the Clerk of Court for District Court.

CROWELL & MORING LLP

Michael V. Blumenthal, Esquire
590 Madison Avenue, 19th Floor
New York, New York 10022
Telephone: 212-895-4241
Facsimile: 212-895-4201

NYIWDMS: 10785653_1