## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY et al,

Debtors

: Chapter 11
:
:
: Case no.  08-13141-KJC
: Jointly Administered    :
:
:

FILED

2009 JAN 20  AM 11: 34

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for ACXIOM

CORPORATION ("Acxiom") which is a party in interest in this bankruptcy case, and pursuant

to, *inter alia*, section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rules 2002,

9007 and 9010, requests that all notice given or required to be given in this case, and all papers

served or required to be served, be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that this request is a request not only for the

notices and papers referred to in the Bankruptcy Rules specified above, but includes, all orders

and all notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by

mail, courier service, hand-delivery, telephone, facsimile transmission, electronic mail or

otherwise.

PLEASE TAKE FURTHER NOTICE that Acxiom does not intend this Notice of

Appearance and Demand for Service of Papers to waive any rights to which Acxiom is entitled

including, (i) Acxiom's right to have final orders in noncore matters entered only after *de novo*

review by a District Judge, (ii) Acxiom's right to trial by jury in any proceeding related to this

case, (iii) Acxiom's right to have the District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or

recoupments to which Acxiom is or may be entitled.

DATED:  January 13, 2009

ACXIOM CORPORATION

C. B. Blackard, III
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR  72033-2000
Phone:  (501) 342-1955
Fax: (501) 342-3723
Email: cbblac@acxiom.com

## CERTIFICATE OF SERVICE

I, C. B. Blackard, III, hereby certify that on the 13 day of January 2009, I caused a copy of the foregoing Notice of Appearance and Request for Service of Papers to be served on the parties listed below via First Class United States Mail:

Kenneth P. Kansa Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, PA
1000N. West Street, Suite 1200
Wilmington, DE 19801

U.S. TRUSTEE
The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox # 35
Wilmington, DE 19899-0035

C. B. Blackard, III