**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIBUNE COMPANY, et al. | § | CASE NO. 08-13141-KJC |
| | § | CHAPTER 11 |
| | § | |
| | § | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE**
**OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Margaret F. England, Esquire, of Eckert, Seamans, Cherin & Mellott, LLC hereby enters her appearance as counsel for The Nielsen Company (US) LLC ("Nielsen"), pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq., and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above captioned case and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801
Phone: (302) 425-0430
Fax:    (302) 425-0432
mengland@eckertseamans.com

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
302) 425-0430
(302) 425-0432 (fax)
E-Mail Address: mengland@eckertseamans.com

Dated: January 23, 2009          *Attorneys for The Neilsen Company (US) LLC*

U0019475