## CERTIFICATE OF SERVICE

I, Margaret F. England, hereby certify that a true and correct copy of the foregoing Notice of Appearance, Request for Service of Papers and Request for Matrix Entry has been served upon the following parties in interest either via Pre-paid regular U.S. Mail or via electronic notification on or before January 23, 2009:

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

        /s/ Margaret F. England
        Margaret F. England (Bar No. 4248)

U0019509