# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> **TRIBUNE COMPANY**, *et al.*, <br><br> Debtors. | **Chapter 11** <br><br> Case No. 08-13141 (KJC) <br><br> **Jointly Administered** |

## NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

TO:   Clerk of the Court
     United States Bankruptcy Court
     District of Delaware
     824 Market Street
     Wilmington, DE 19801

Please enter the appearance of Rachel B. Mersky, Esquire of the firm of Monzack Mersky McLaughlin and Browder, P.A and Mark A. Nitikman of Croudace & Dietrich LLP as counsel for bkm 3128 Redhill, LLC, a California limited liability company (õRedhillö).  Redhill is a party in interest and, pursuant to the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, hereby request that all notices given or required to be given in these cases be given to and served upon:

| | |
|---|---|
| Rachel B. Mersky, Esquire <br> MONZACK MERSKY McLAUGHLIN and <br>  BROWDER, P.A. <br> 1201 N. Orange Street, Suite 400 <br> Wilmington, DE  19801 <br> Telephone:   (302) 656-8162 <br> Facsimile:    (302) 656-2769 <br> Email:          rmersky@monlaw.com | Mark A. Nitikman, Esquire <br> CROUDACE & DIETRICH LLP <br> 4750 Von Karman Avenue <br> Newport Beach, CA 92660 <br> Telephone:     (949) 794-9900 <br> Facsimile:      (949) 794-9909 <br> Email:           mark.nitikman@c2d2law.com |

Please take further notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices referred to in the Bankruptcy Rules but also

includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, filed in this Chapter 11 case.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Redhill's right: (1) to have final orders in noncore matters entered only after <u>de</u> <u>novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) or any other rights, claims, actions, defenses, setoffs, or recoupments to which Redhill is or may be entitled, in law or in equity, all of which Redhill expressly reserves.

Dated: January 26, 2009    **MONZACK MERSKY McLAUGHLIN AND BROWDER, P.A.**

*/s/ Rachel B. Mersky*
Rachel B. Mersky, Esquire (DE #2049)
1201 N. Orange Street, Suite 400
Wilmington, DE 19801-1155
Telephone:   (302) 656-8162
Facsimile:   (302) 656-2769
Email:       rmersky@monlaw.com

- and –

CROUDACE & DIETRICH LLP
Mark A. Nitikman, Esquire
4750 Von Karman Avenue
Newport Beach, CA 92660
Telephone:   (949) 794-9900
Facsimile:   (949) 794-9909
Email:       mark.nitikman@c2d2law.com

**Attorneys for bkm 3128 Redhill, LLC**

#69388v1