IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>**TRIBUNE COMPANY,** *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |
|---|---|

## CERTIFICATE OF SERVICE

I, Shelley A. Losito, certify that I am not less than 18 years of age, and that service of the **NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY AND REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS** was made on January 26, 2009 upon all parties shown below via hand delivery:

> COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
> Norman L. Pernick, Esquire
> J. Kate Stickles, Esquire
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801

I further certify that the foregoing was also served electronically on the CM/ECF System.

Date: January 26, 2009               /s/ Shelley A. Losito
                                     Shelley A. Losito

#69389v1