# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 183** |

## CERTIFICATION OF COUNSEL REGARDING SUPPLEMENTAL STIPULATION BY AND BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME FOR RECONSIDERATION OF FIRST DAY ORDERS PURSUANT TO DEL. BANKR. L. R. 9013-1(M)(V)

1. On December 8, 2008 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, in the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      On the Petition Date, the Debtors filed certain motions seeking relief (the "First Day Motions") in these chapter 11 cases. On December 10, 2008, the Court entered certain orders (the "First Day Orders") granting the relief sought in the First Day Motions.

3.      Pursuant to Local Rule 9013-1(m)(v), the last date for any party-in-interest to seek reconsideration of the First Day Orders was January 9, 2009 (the "First Day Order Reconsideration Period").

4.      On January 9, 2009, the Court approved the Stipulation by and between Debtors and Official Committee of Unsecured Creditors (the "Committee") Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L.R. 9013-1(m)(v) (the "Stipulation") [Docket No. 183], which provided, in part, that solely with respect to the Committee, the First Day Order Reconsideration Period is extended to "the date of the final hearing with respect to First Day Orders for which interim relief was entered subject to a final hearing (the "Extended First Day Order Reconsideration Period")."

5.      The Debtors and the Committee have agreed to (i) adjourn the final hearing[2] on the Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Docket No. 10) (the "Motion") until February 20, 2009 at 10:00 a.m.; and (ii) extend until February 13, 2009 at 4:00 p.m. the deadline for the Committee to object to the Motion.

6.      Attached hereto is Exhibit 1 is a Supplemental Stipulation by and between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of

---

[2] Pursuant to the Interim Order approving the Motion, entered on December 10, 2008 [Docket No. 56], the final hearing relates to the entry of a final order approving the Motion with respect to the Intercompany Claims and Intercompany Transactions (as defined in the Motion) between and among the Debtors and their non-Debtor affiliates.

698 001-23828.DOC                            2

First Day Orders Pursuant to Del. Bankr. L. R. 9013-1(M)(V) (the "Supplemental Stipulation") which provides that paragraph 4 of the Stipulation is amended to provide that the Committee shall have until February 13, 2009 at 4:00 p.m. (Eastern Time) to file an objection, if any, to the Motion.

7. The Debtors and the Committee submitted the Supplemental Stipulation to the Office of the United States Trustee for the District of Delaware (the "UST"). The UST has advised that it has no objection to the Supplemental Stipulation.

8. Attached hereto as Exhibit 2 is a proposed form of order (the "Order") approving the Supplemental Stipulation. The Supplemental Stipulation is attached to the Order as Exhibit A. Counsel respectfully requests that the Court enter the Order.

Dated: January 26, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Candice L. Kline
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION