# EXHIBIT 1

## Supplemental Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Related to Docket No. 183** |

## SUPPLEMENTAL STIPULATION BY AND BETWEEN DEBTORS AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME FOR RECONSIDERATION OF FIRST DAY ORDERS PURSUANT TO DEL. BANKR. L. R. 9013-1(m)(v)

This supplemental stipulation (the "Supplemental Stipulation") is entered into by and among Tribune Company, *et al.*, the above captioned debtors and debtors in possession (collectively, the "Debtors"), and the Official Committee of Unsecured Creditors of Tribune Company, *et al.*, (the "Committee").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5287603v1

## RECITALS

A.  WHEREAS, on January 8, 2009, the Stipulation by and between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L.R. 9013-1(m)(v) was filed with the Court (the "Stipulation") [Docket No. 43].

B.  WHEREAS, on January 9, 2009, the Court entered an Order approving the Stipulation [Docket No. 183].

C.  WHEREAS, paragraph 1 of the Stipulation provides:

> Solely with respect to the Committee, and not for any other party-in-interest, the First Day Order Reconsideration Period shall be and hereby is extended to (a) January 15, 2009 with respect to First Day Orders for which final relief has been entered and (b) the date of the final hearing with respect to First Day Orders for which interim relief was entered subject to a final hearing (together the "Extended First Day Order Reconsideration Period").

D.  WHEREAS, paragraph 4 of the Stipulation provides:

> This Stipulation shall not prejudice the Committee's right, if any, to object, on or before January 12, 2009 at 6:00 p.m. (Eastern Time) to the entry of a final order with respect to any interim order entered or interim relief granted in the Debtors' cases, except that, the Committee shall have until January 27, 2009 at 4:00 p.m. (Eastern Time) to object to the Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions.

E.  WHEREAS, the Debtors and the Committee have agreed to (i) adjourn the final hearing[2] on the Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative

---

[2] Pursuant to the Interim Order approving the Motion, entered on December 10, 2008 [Docket No. 56], the final hearing relates to the entry of a final order approving the Motion with respect to the Intercompany Claims and Intercompany Transactions (as defined in the Motion) between and among the Debtors and their non-Debtor affiliates.

46429/0001-5287603v1               2

Expense Status to Postpetition Intercompany Transactions (Docket No. 10) (the "Motion") until February 20, 2009 at 10:00 a.m.; and (ii) extend until February 13, 2009 at 4:00 p.m. the deadline for the Committee to object to the Motion.

## STIPULATION

NOW, THEREFORE, based on the foregoing, the Debtors and Committee hereby stipulate and agree as follows:

1. Solely with respect to the Committee, and not for any other party-in-interest, paragraph 4 of the approved Stipulation is amended to provide that the Committee shall have until February 13, 2009 at 4:00 p.m. (Eastern Time) to file an objection, if any, to the Motion.

Dated: January 23, 2009  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
919 Market Street, Suite 1800  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

- and -

**CHADBOURNE & PARKE LLP**  
Howard Seife  
David M. LeMay  
Douglas E. Deutsch  
30 Rockefeller Plaza  
New York, NY 10112  
Telephone: (212) 408-5100  
Facsimile: (212) 541-5369

Proposed Counsel to the Official Committee of Unsecured Creditors

**SIDLEY AUSTIN LLP**
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Candice L. Kline
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and -

**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

_/s/ Norman L. Pernick_
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Proposed Counsel to the Debtors
and Debtors in Possession