Mayra Cruz

1855 Coble Dr

Deltona, Florida 32738

Tel: (386) 837-9155

January 23, 2009

Clerk

United States Bankruptcy Court

District of Delaware

J Caleb Boggs Federal Building

844 King Street

Room #5209

Wilmington, DE 19801

Re: Chapter 11

Case #: 08-13141 (KJC)

DKT#113 / Fin #36-1880355

Debtor: Tribune Company

435 N. Michigan Ave.

Chicago, IL 60611

Dear Sir/Madam:

I am forwarding to you a letter I received from Sidley Austin LLP, Attorney for the debtor on January 21, 2009 at around 3:00 PM, Eastern time.

I received a phone call from Mr. Kevin T. Lantry, Esq., in which he stated that the deptor would send me a check for the full amount which they owed me for work hours a total of $3,912.00 and that they will be no need for me to make

any appearance at the schedule hearing for February 3, 2009 at 10:00 am. At the United States Bankruptcy Court, 824 Market Street, 5th floor, Courtroom #5, Willmington, De 19801.

I understand that all objections are due on or before 1/27/09. I am still waiting for the Federal Express letter with the check of the past due payments for my hours worked.

I ask the court to record this statement with my motion of January 6, 2009, and if and when I received the past due money I will notify the clerk of the court.

Respectfully Submitted,

*Mayra Cruz*
Mayra Cruz     Pro-se
SS#: 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


ENC:

Letter received from Attorney Kevin T. Lantry / Sidley Austin LLP