

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>555 WEST FIFTH STREET<br>LOS ANGELES, CA 90013<br>(213) 896 6000<br>(213) 896 6600 FAX | BEIJING       LOS ANGELES<br>BRUSSELS    NEW YORK<br>CHICAGO     SAN FRANCISCO<br>DALLAS        SHANGHAI<br>FRANKFURT SINGAPORE<br>GENEVA       SYDNEY<br>HONG KONG TOKYO<br>LONDON      WASHINGTON, D.C. |
| klantry@sidley.com<br>(213) 896-6022 | FOUNDED 1866 |

January 21, 2009

Via Facsimile

Mayra Cruz
1855 Coble Dr.
Deltona, Florida 32738

Dear Ms. Cruz:

      As we discussed by telephone earlier today, we represent Tribune Company and various of its subsidiaries, including Tribune Media Services, Inc. (collectively, the "Debtors"), in their pending chapter 11 cases. On December 10, 2008, the Bankruptcy Court authorized the Debtors to pay amounts owed to employees and independent contractors that arose prior to the December 8, 2008 filing of their bankruptcy petitions so long as such amounts did not exceed $10,950 (which is a statutory priority that Congress has given to employees and independent contractors for services rendered to debtors during the 180 days prior to when the bankruptcy case is commenced).

      Accordingly, the Debtors will be paying you the amount that is owed to you (which I believe is slightly in excess of the $3,912 set forth in your January 6 letter to the Court) in the very near future. I will do my best to make sure you receive those funds well before the scheduled February 3 hearing date so that you will not need to worry about having to go to Court over this issue. I will contact you once I have word from my client that the funds have been sent, so that we can confirm that your concerns have been resolved.

Sincerely yours,

Kevin T. Lantry