## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TRIBUNE COMPANY, *et al.*, | § | Case No. 08-13141 (KJC) |
| | § | |
| Debtors. | § | |

### REQUEST FOR ALL NOTICES, PAPERS AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned counsel represents Constellation NewEnergy, Inc., a creditor and party-in-interest in the above-captioned case, and hereby requests copies of all notices and pleadings in this proceeding pursuant to all applicable rules, including, without limitation, Fed.R.Bankr.P. 2002(a),(b),(f) and (g), 2018 and 3015(d) and (g). All such notices should be addressed as follows:

> Bruce J. Ruzinsky
> D. Elaine Conway
> JACKSON WALKER L.L.P.
> 1401 McKinney Street, Suite 1900
> Houston, Texas 77010
> (713) 752-4200 (Telephone)
> (713) 752-4221 (Facsimile)
> bruzinsky@jw.com (e-mail)
> econway@jw.com (e-mail)

> Heather M. Forrest
> JACKSON WALKER L.L.P.
> 901 Main Street, Suite 6000
> Dallas, TX 75202
> (214) 953-6000 (Telephone)
> (214) 953-5822 (Facsimile)
> hforrest@jw.com (e-mail)

Please take notice that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and documents referred to in the Rules specified above but also includes, without limitation, notices and copies of any application, complaint, demand, hearing,

5417285v.1 125210/00012

- 2 -

motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed with regard to the referenced case and the proceedings. Additionally, request is made for a copy of any plan and disclosure statement filed in this case.

This Request for Notice and Service shall not be deemed or construed to be a waiver of the rights of Constellation NewEnergy, Inc. (i) to have final orders in noncore matters only after de novo review by a district judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any rights, claims, actions, setoffs, or recoupments to which Constellation NewEnergy, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 26th day of January, 2009.

    Respectfully submitted,

    **JACKSON WALKER L.L.P.**

    By: /s/ D. Elaine Conway
        Bruce J. Ruzinsky
        State Bar No. 17469425
        D. Elaine Conway
        State Bar No. 24062674
        1401 McKinney, Suite 1900
        Houston, TX 77010
        (713) 752-4200 (Telephone)
        (713) 752-4221 (Facsimile)
        bruzinsky@jw.com (e-mail)
        econway@jw.com (e-mail)

5417285v.1 125210/00012

- 3 -

          Heather M. Forrest
          State Bar No. 24040918
          901 Main Street, Suite 6000
          Dallas, TX 75202
          (214) 953-6000  (Telephone)
          (214) 953-5822  (Facsimile)
          hforrest@jw.com (e-mail)

**ATTORNEYS FOR CONSTELLATION NEWENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on January 26th, 2009, a true and correct copy of the foregoing instrument was transmitted electronically, via facsimile or via First Class United States Mail to the parties listed below:

**DEBTOR**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

**COUNSEL FOR DEBTORS**
Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
(312) 853-7000 (Telephone)
(312) 853-7036 (Facsimile)
bkrakauer@sidley.com (e-mail)
jconlan@sidley.com (e-mail)

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-4862 (Telephone)
(302) 652-3117 (Facsimile)
kstickles@coleschotz.com (e-mail)
bankruptcy@coleschotz.com (e-mail)
preilley@coleschotz.com (e-mail)

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801
(302) 428-8142 (Telephone)
(302) 351-2744 (Facsimile)
jnimeroff@bsnlawyers.com (e-mail)

**U.S. TRUSTEE**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
(302) 573-6491 (Telephone)

| **CREDITOR COMMITTEE** | **REPRESENTED BY** |
|---|---|
| Official Committee Of Unsecured Creditors | Adam G. Landis<br>Kerri K Mumford<br>Matthew B. McGuire<br>Mona A. Parikh<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>(302) 467-4400 (Telephone)<br>(302) 467-4450 (Facsimile)<br>landis@lrclaw.com (e-mail)<br>mumford@lrclaw.com (e-mail)<br>mcguire@lrclaw.com (e-mail)<br>parikh@lrclaw.com (e-mail) |

/s/ *D. Elaine Conway*
D. Elaine Conway