IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: <br><br> TRIBUNE COMPANY, *et al.*, <br><br>           Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |
|---|---|

## MOTION AND ORDER
## FOR PRO HAC VICE APPEARANCE

    Rachel B. Mersky, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Mark A. Nitikman, Esquire, of the law firm Croudace & Dietrich LLP, 4750 Von Karman Avenue, Newport Beach, California to represent creditor, bkm 3128 Redhill, LLC, a California limited liability company. The admittee is admitted, practicing, and in good standing of the bar of the State of California.

                                        /s/ Rachel B. Mersky
                                        Rachel B. Mersky (DE #2049)
                                        Monzack Mersky McLaughlin and Browder, P.A.
                                        1201 N. Orange Street, Suite 400
                                        Wilmington, Delaware 19801
                                        Telephone:   (302) 656-8162
                                        Facsimile:    (302) 656-2769
                                        Email:         rmersky@monlaw.com

Motion Granted.                                      BY THE COURT:

Dated: January ____, 2009                  _____
                                                   The Honorable Kevin J. Carey

#69390v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been or will be promptly paid to the Clerk of the Court.

Mark A. Nitikman, Esquire (CA State Bar #138411)
CROUDACE & DIETRICH LLP
4750 Von Karman Avenue
Newport Beach, CA 92660
Telephone:  (949) 794-9900
Facsimile:  (949) 794-9909
Email:  mark.nitikman@c2d2law.com

#69390v1