**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIBUNE COMPANY, et al. | § | CASE NO. 08-13141-KJC |
| | § | CHAPTER 11 |
| | § | |
| | § | JUDGE KEVIN J. CAREY |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Patricia K. Smoots, Esquire of McGuire Woods LLP to represent The Nielsen Company (US) LLC in this action.

**ECKERT SEAMANS CHERIN**
**& MELLOTT, LLC**

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 fax

Dated: January 27, 2009          *Counsel for The Nielsen Company (US) LLC*

U0019476