## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court, Receipt No. 15565.

Dated: 1/26/09

MCGUIRE WOODS LLP

Patricia K. Smoots, Esquire
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-2759
Facsimile: (312) 920-6169

*Counsel for The Nielsen Company (US) LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: _____

United States Bankruptcy Judge

U0019476