## <u>CERTIFICATE OF SERVICE</u>

I, Margaret F. England, Esquire, hereby certify that on January 27, 2009, I caused a true

and correct copy of the foregoing **Motion for Admission Pro Hac Vice of Patricia K. Smoots,**

**Esquire** to be served electronically upon all parties.

Dated: January 27, 2009

**ECKERT SEAMANS CHERIN
& MELLOTT, LLC**

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 fax

*Counsel for The Nielsen Company (US) LLC*

U0019567