# Notice Recipients

District/Off: 0311−1    User: Leslie    Date Created: 1/27/2009
Case: 08−13141−KJC    Form ID: ntc    Total: 8

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
aty    Bryan Krakauer    bkrakauer@sidley.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Tribune Company    435 N. Michigan Avenue    Chicago, IL 60611
aty    J. Kate Stickles    Cole, Schotz, Meisel, Forman &Leonard,    1000 N. West Street, Suite 1200    Wilmington, DE 19801
aty    James F. Conlan    Sidley Austin LLP    One South Dearborn Street    Chicago, IL 60603
aty    Jami B. Nimeroff    Brown Stone Nimeroff LLC    4 East 8th Street    Suite 400    Wilmington, DE 19801
aty    Norman L. Pernick    Cole, Schotz, Meisel, Forman &Leonard,    1000 N. West Street,Suite 1200    Wilmington, DE 19801
aty    Patrick J. Reilley    Cole, Schotz, Meisel, Forman &Leonard,    1000 N. West Street    Suite 1200    Wilmington, DE 19801

TOTAL: 6