TEITELBAUM & BASKIN, LLP
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:                                                    CHAPTER 11
Tribune Company, et al.,
        Debtors.                                 Case No. 08-13141 (KJC)

-----------------------------------------------------------X

## RESPONSE OF TIMES MIRROR RETIREES TO MOTION BY DEBTORS TO IMPLEMENT SEVERANCE PROGRAMS

Teitelbaum & Baskin, LLP ("Teitelbaum & Baskin"),[1] on behalf of approximately 65 former employees (and beneficiaries of such former employees) (the "TM Retirees")[2] of The Times Mirror Company ("Times Mirror"), who are receiving or entitled to receive payments under certain qualified and non-qualified retirement plans of one or more of the Debtors for their response to the motion, by the Debtors, dated January 13, 2009, for an order authorizing the implementation of a severance policy for certain non-union employees (the "Motion"), respectfully states:

---

[1] Teitelbaum & Baskin is in the process of engaging Delaware counsel and will seek admission *pro hac vice* in accordance with the rules of this Court.

[2] A schedule of the clients of Teitelbaum & Baskin is annexed hereto as Exhibit A and is made a part of the Docket in this case in the First Amended Rule 2019 Statement filed as Docket No. 188. Among the TM Retirees supporting this response is William Niese, a member of the Official Committee of Unsecured Creditors (the "OCC"). Teitelbaum & Baskin also represents Mr. Niese in his role as a member of the OCC. This pleading is filed on behalf of the TM Retirees, including Mr. Niese, in their capacity as creditors and parties in interest and not in any manner as a representative of the OCC. The positions taken herein do not necessarily reflect the position of the OCC and the OCC has not been consulted in connection with this pleading.

1. The TM Retirees are beneficiaries of one or more of the qualified and non-qualified retirement plans originally sponsored by Times Mirror and subsequently transferred to one or more of the Debtors, including Tribune Company ("Tribune" or the "Debtors").

2. While Teitelbaum & Baskin currently represents the TM Retirees with aggregate claims estimated to be at least $70 million, it is estimated that there are at least 200 similarly situated individuals with claims in excess of those represented herein.

3. The TM Retirees recognize that this is not the time to tackle issues related to collective bargaining agreements. Thus, without waiving any rights to address such issues in the future, the TM Retirees take no position on the programs related to the unions and governed by collective bargaining agreements and focus this response on the proposal to implement a **NEW** severance program for non-union employees.

4. The TM Retirees are beneficiaries of the Debtors' qualified pension plan and of three non-qualified plans referred to as the Deferred Compensation Plan, the Excess Pension Plan and the Supplemental Executive Retirement Plan (collectively, the "Plans"). In addition, certain TM Retirees are party to letter agreements (the "Supplemental Agreements") which provide supplemental benefits.

5. For years the TM Retirees have relied upon distributions from the Plans and Supplemental Agreements. As a result of the bankruptcy, the Debtors notified the TM Retirees that the distributions from the Plans and Supplemental Agreements would be discontinued and that the TM Retirees would be treated as general unsecured creditors in these cases.

6. While the TM Retirees will address the priority and treatment of their

claims under the Plans and Supplemental Agreements as detailed in *In re IT Group, Inc.*, 448 F. 3d 361 (3d Cir. 2006), it is too early to determine how such claims will be treated and whether there are circumstances which support claims against other potentially responsible parties.

7. Unfortunately, the TM Retirees are now faced with a sudden and dramatic loss of income and/or significant portion of their retirement savings. For some, the loss means the inability to pay college tuition, medical bills and ordinary living expenses. For others, it represents a significant percentage of their retirement nest egg and net worth. For all, it is material and devastating.

8. The TM Retirees relied upon the management of Times Mirror, and thereafter Tribune, to act in a fiscally responsible manner in safeguarding their retirement. These individuals, unlike former executives of Tribune, did not have the option to accelerate pension distributions from certain Plans and Supplemental Agreements before Tribune was burdened with approximately $13 Billion in debt.

9. In October 2006, Tribune reported that its non-qualified executive plans were amended to provide that all non-qualified executive benefits for Tribune participants would be automatically cashed out in the event of a change-in-control of Tribune. This modification did not apply to the Plans and Supplemental Agreements originally sponsored by Times Mirror and assumed by Tribune. As such, TM Retirees who were entitled to pension payments under the Plans and Supplemental Agreements were not afforded the same treatment as Tribune executives and retirees.

10. In November 2006, letters were sent to the Chairman of the Tribune Board and to the Vice President of Compensation and Benefits requesting that Tribune similarly amend

the Plans and Supplemental Agreements applicable to the TM Retirees. The same request was made to the Chairman of the Independent Special Committee of Tribune Company Directors in January 2007. No action was taken by the Tribune to remedy the inequitable treatment.

11. The Motion now adds insults to injury by ignoring the contributions of TM Retirees whose benefits were cut off without warning and who are presently suffering the consequences. The Motion proposes to fund some indeterminate amount for a new severance program for current employees without even addressing the impact on TM Retirees and other creditors.

12. The TM Retirees are sensitive to the business judgment of the Debtors, but would point out that, while changing times have contributed to the current situation, the business judgment of current management has contributed to the reality that Tribune is faced with crushing debt and shrinking circulation and ad revenue.

13. The business judgment rule is not an unlimited source of discretion for management. Assuming that management uses that amount of care which ordinarily careful and prudent people would use in similar circumstances and considers all material information reasonably available, the business judgment rule may be applicable. *See, e.g., In re Bridgeport Holdings, Inc., et al.,* 388 B.R. 548, 568-69 (Bankr. Del. 2008).

14. The Debtors have failed to demonstrate that the business judgment rule is applicable. Other than to allege that the proposed program would not violate Bankruptcy Code §503(c), the Motion is devoid of any support for its implementation.

15. For example, there is no financial analysis of the program, such as:

    a. What is the estimated cost of funding this new severance program?

b. What is the source of funding?

c. Will funds in any existing pension plans be diverted to support this program?

d. Will the program benefits be afforded an administrative priority? If so, what is the priority and how does it impact other priority claims including carveouts for professionals?

e. What is the estimated impact on existing creditors, including the TM Retirees?

f. What is the estimated impact on the Debtors' qualified plans which, upon information and belief, are already underfunded?

g. What are the criteria for approving participation in the plan?

16. Moreover, the Motion is devoid of anything other than a conclusory statement that the proposed severance plan is necessary to retain employees and maintain morale. Not to minimize the importance of retaining qualified and happy employees, but these are difficult and uncertain times across virtually all industries including the newspaper and media industries. As reported only this week, employers in all business sectors have announced layoffs aggregating in excess of 200,000. (*See* attached Exhibit A). Unfortunately workers in all professions, including in the media industry, are not presently faced with a plethora of job opportunities or alternatives. Companies not in bankruptcy are slashing costs, not enhancing benefit programs.

17. It is submitted that preserving cash and improving the Debtors' business lines will do more to retain employees and boost morale than spending money which can only

further dilute creditor recoveries.

18. The Debtors unilaterally severed benefits to the TM Retirees who have relied upon their benefits for years and many of whom cannot now afford to pay their bills. It is simply not equitable to add a new layer of severance benefits without demonstrating a net benefit to the estate and fully informing current retirees and creditors how they will be impacted.

**WHEREFORE,** unless and until the Debtors are able to demonstrate that the proposed severance program will enhance creditor recoveries, the TM Retirees respectfully request that the Motion be denied with respect to the proposed non-union severance program.

Dated: January 27, 2009

**TEITELBAUM & BASKIN, LLP**
Attorneys for the TM Retirees on Annex A

By: /s/ Jay Teitelbaum
Jay Teitelbaum, Esq. (JT-4619)
3 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com

# SCHEDULE A

# SCHEDULE A
# PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP
# IN THE TRIBUNE COMPANY BANKRUPTCY
(updated as of January 12, 2009)

| Name | Address | Source of Claim |
|---|---|---|
| Becker, Todd A. | 1539 Crest Dr.<br>Altadena, CA 91001 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Bergmann, Horst A. | 4261 Preserve Parkway South<br>Greenwood Village, CO 80121 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Carpenter, Dian S.<br>(widow of Dow Carpenter) | P.O. Box 810<br>Inverness, CA 94937 | Survivor benefit under SERP,<br>currently in pay status,<br>Value of which to be determined |
| Carroll, John S. | 223 Queensway Dr.<br>Lexington, KY 40502 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Chandler, Bettina W.<br>(widow of Otis Chandler) | 1013 Shokat Dr.<br>Ojai, CA 93023 | Supplemental survivor pension under<br>special agreement, currently in pay status,<br>Value of which to be determined |
| Charles, Randolph R. | 1032 Spruce St., Unit 200<br>Philadelphia, PA 19107 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Dill, John F. | 1001 Arbor Lake Dr., Apt. 408<br>Naples, FL 34110 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| Downing, Kathryn M. | 121 Via Alicia<br>Santa Barbara, CA 93108 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Drewry, Elizabeth V. | 100 Ridge Pass Way<br>Landrum, SC 29356 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Dubester, Michael S. | 27 Tappanwood Rd.<br>Locust Valley, NY 11560 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Erburu, Robert F. | 1518 Blue Jay Way<br>Los Angeles, CA 90069 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Office and secretary paid by company<br>until death under special agreement,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |

| Name | Address | Benefit |
|---|---|---|
| Fitzgerald, James E. | 93 Fifth St.<br>Garden City, NY 11530 | Supplemental pension,<br>currently in pay status,<br>Value of which to be determined |
| Flick, John E. | 31 Seaview Dr.<br>Santa Barbara, CA 93108 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| Guthrie, James F. | 205 Costa Bella Dr.<br>Austin, TX 78734 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Halajian, Kenneth Lee | 21 High Ridge Road<br>Ossining, NY 10562 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Haugh, Michael J. | 515 East 79th St., Apt. 22D<br>New York, NY 10075 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Hessler, Curtis A. | 570 Bradford St.<br>Pasadena, CA 91105 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Holton, Raymond | 1021 Stone Stack Dr.<br>Bethlehem, PA 18015 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Horn, Karen Laukka | 50 Ridgecrest Court<br>Lafayette, CA 94549 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Hughes, Joseph M. | 9596 East Roadrunner Dr.<br>Scottsdale, AZ 85262 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Isinger, William R. | 3845 El Lado Dr.<br>Glendale, CA 91208 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Jansen, Raymond A. | 24 Dockside Lane, PMB 422<br>Key Largo, FL 33037 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Johnson, Edward E. | 4418 Oakwood Ave.<br>La Canada, CA 91011 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Johnson, W. Thomas, Jr. | 3280 Rilman Road, NW<br>Atlanta, GA 30327 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Junck, Mary E. | P.O. Box 20<br>Pleasant Valley, IA 52767 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Kallet, Judith S. | 7949 Cranes Pointe Way<br>West Palm Beach, FL 33412 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |

| Name | Address | Benefit |
|---|---|---|
| King, Victoria | 515 East 14th St., #3B<br>New York, NY 10009 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Kucera, Philip E. | 1700 S. Bayshore Ln, #4B<br>Miami, FL 33133 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Lee Schneider,<br>R. Marilyn | 2124 Bagley Ave.<br>Los Angeles, CA 90034 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Lindsay, John P. | 1147 El Medio Ave.<br>Pacific Palisades, CA 90272 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Marro, Anthony J. | 10 West Rd.; P.O. Box 944<br>Old Bennington, VT 05201 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Maxwell, Donald S. | 2160 Le Flore Dr.<br>La Habra Heights, CA 90631 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| Meadows, Jack E. | 2225 Twelve Oaks Dr.<br>Fayetteville, AR 72703 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| Monsma, Durham J. | 31644 2nd Ave.<br>Laguna Beach, CA 92651 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Nash, John T. | 356 Mt. Shasta Dr.<br>San Rafael, CA 94903 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Niese, William A. | 6061 Lake Vista Dr.<br>Bonsall, CA 92003 | Supplemental pension benefit<br>currently in pay status,<br>Value of which to be determined |
| Norris, James H. | 121 Taft Crescent<br>Centerport, NY 11721 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Oglesby, Roger D. | 1932 15th Ave., East<br>Seattle, WA 98112 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| O'Neill, Nancy W. | 185 Rancho Dr.<br>Tiburon, CA 94920 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |

| | | |
|---|---|---|
| **Parks, Michael C.** | 1211 South Euclid Ave.<br>Pasadena, CA 91106 | Excess Pension Plan benefit,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Petty, Martha A.** | 5933 Seabird Dr. South<br>Gulfport, FL 33707 | Excess Pension Plan benefit,<br>Value of which to be determined |
| **Plank, Jack L.** | 33522 Nancy Jane Ct.<br>Dana Point, CA 92629 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Rhoads, S. Keating** | 2611 Nido Way<br>Laguna Beach, CA 92651 | Excess Pension Plan benefit,<br>currently in pay status,<br>Value of which to be determined |
| **Riley, Michael R.** | 5 Avondale Dr.<br>Newtown, PA 18940 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Rowe, William J.** | 15005 Pratolino Way<br>Naples, FL 34110 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Sann, Alexander** | 165 East 72nd St., 8K<br>New York, NY 10021 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Schlosberg, Richard T., III** | 164 Sendero Verde Dr.<br>San Antonio, TX 78261 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Schnall, Herbert K.** | P.O. Box 9457<br>Rancho Santa Fe, CA 92067 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Sellstrom, Brian** | P.O. Box 1035<br>Rancho Santa Fe, CA 90267 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Shaw, James D.** | 228 Jeffersons Hundred<br>Williamsburg, VA 23185 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Shirley, Dennis A.** | 2440 Stanley<br>Tustin, CA 92782 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Simpson, James R.** | 5 Crestwood<br>Newport Beach, CA 92660 | SERP Benefit currently in pay status,<br>Value of which to be determined |

| Name | Address | Benefit |
|---|---|---|
| **Sweeney, Stender E.** | 790 Huntington Garden Dr.<br>Pasadena, CA 91108 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Thomas, William F.** | 16025 Valley Wood Rd.<br>Sherman Oaks, CA 91403 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| **Toedtman, James S.** | 2604 Geneva Hill Ct.<br>Oakton, VA 22124 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Unterman, Thomas E.** | 1451 Amalfi Dr.<br>Pacific Palisades, CA 90272 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| **Valenti, Michael J.** | 400 Tamarac Dr.<br>Pasadena, CA 91105 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wallace, James W.** | 5822 Briartree Dr.<br>La Canada Flintridge, CA 91011 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Waller, Michael E.** | 5 Full Sweep<br>Hilton Head Island, SC 29928 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Wiegand, William D.** | P.O. Box 655<br>Coupeville, WA 98239 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Willes, Mark H.** | 4343 Sheffield Dr.<br>Provo, UT 84604 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Payment owed prior to bankruptcy filing<br>but not paid due to a "systems error" |
| **Williams, Phillip L.** | 1156 Amalfi Dr.<br>Pacific Palisades, CA 90272 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Wolinsky, Leo** | 8550 Hollywood Blvd.<br>Hollywood, CA 90069 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wright, Donald F.** | P.O. Box 842<br>Tesuque, NM 87574 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Zimbalist, Efrem, III** | 216 First St.<br>Manhattan Beach, CA 90266 | SERP Benefit not currently in pay status,<br>Value of which to be determined |

# EXHIBIT A

**ING DIRECT**
Save your money
Member FDIC

Squirrel it away.
You'd be nuts not to.



PRI⁢  Powered by

# Bloody Monday: Over 71,400 jobs lost

## Seven companies announce massive job cuts in a scary start to the week.

By Julianne Pepitone, CNNMoney.com
contributing writer
Last Updated: January 27, 2009: 11:13 AM ET

NEW YORK (CNNMoney.com) -- The final week of January began with a bloodbath for the job market, as over 71,400 more cuts were announced on Monday alone.



At least six companies from manufacturing and service industries announced cost-cutting initiatives that included slashing thousands of jobs.

More than 200,000 job cuts have been announced so far this year, according to company reports. Nearly 2.6 million jobs were lost over 2008, the highest yearly job-loss total since 1945.

"It's all about the consumer, and the consumer's been hit hard," said Robert Brusca, chief economist at Fact and Opinion Economics. "It's a vicious circle as weakness begets layoffs, which beget more spending weakness."

Construction machinery manufacturer Caterpillar (CAT, Fortune 500) said Monday it will cut 20,000 jobs amid a "very challenging global business environment." The company had already planned to cut 15,000 workers since the fourth quarter of 2008, but added another 5,000, bringing the total to 20,000.

Pfizer (PFE, Fortune 500) said in an earnings report it would cut 10% of its staff of 81,900 and close five of its manufacturing plants. And a second round of cuts will shed about 15% of employees from the combined Pfizer/Wyeth staff of 120,000. That makes a total of 26,000 jobs lost. The company already cut 4,700 jobs in 2008.

Sprint Nextel Corp. (S, Fortune 500) will cut a total of about 8,000 jobs by March 31, the company said in a release. The telecommunications company's plan is to reduce internal and external labor costs by about $1.2 billion on an annual basis.

Home Depot (HD, Fortune 500), the world's largest home improvement retailer, announced Monday it will eliminate its EXPO design center business and cut 7,000 associates, or approximately 2% of the company's total workforce. The company blamed a lack of demand for big ticket design and decor projects.

Texas Instruments (TXN, Fortune 500) said it will slash its workforce by 3,400 employees to cope with weak demand and the slowing economy. More than half of those cuts will be layoffs while "voluntary retirements and departures" will make up the rest.

Dutch financial group ING said Monday it will take a 2008 loss of $1.3 billion and cut 7,000 jobs. The company could not comment on where the cuts would take place. ING employs around 130,000 people across 50 countries.

Deere& Co. (DE, Fortune 500), the world's top farm-equipment maker, said it would cut nearly 700 jobs between factories in Brazil and Iowa.

The job cuts across sectors didn't surprise Brusca, as nearly all are weak, he said.

"The services sector is shedding jobs at a horrific pace, because that's where most of the jobs are," Brusca said. "When the consumer is in tough shape it's hard for business to do well, because it all depends on consumption or investments."

Continuing the scary trend

The cuts mark a horrific start to the week, and a brutal start to 2009. In the previous week, around 40,000 cuts were announced across multiple industries.

Wednesday, in particular, was littered with a slew of job cuts: BHP Billiton, Clear Channel Communications, Intel, Rohm and Haas Co., UAL Corp. and Williams-Sonoma all announced job cuts totaling over 27,000 positions.

Schlumberger said Friday that it will cut 5,000 jobs worldwide, with 1,000 of the cuts taking place in North America.

Also last week, Time Warner Inc.'s Warner Bros. Entertainment said it would cut about 800 jobs, or 10% of its worldwide staff in the upcoming weeks, while Microsoft unveiled its plan to cut up to 5,000 jobs - 5.5% of its global workforce.

Outlook: A recovery in sight?

Brusca said he agreed with many economists' predictions that the recession will end after the second quarter of 2009. Americans might feel the job market start to bounce back a bit sooner than expected, he said.

"These recessions are like geometry," Brusca said. "It looks like we'll have a V-shaped cycle, in that we're going into this with very sharp losses. This intense-phase recession will probably recover fairly

quickly, with the job market coming out it at the same angle it came in."

In the short term, the economy and the job market are in trouble, Brusca said. But "it doesn't look like the bottom is falling out of the economy," he said.

And there's a silver lining to the gloomy clouds over America's economy.

"The good news is it's so bad right now that we will have a definite, noticeable recovery when it comes," Brusca said. "We're getting a lot of adjustment out of the way early." ■

First Published: January 26, 2009: 1:03 PM ET

**Find this article at:**
http://money.cnn.com/2009/01/26/news/economy/job_cuts/index.htm?postversion=2009012617

☐ Check the box to include the list of links referenced in the article.

? 2007 Cable News Network LP, LLP.

## Job cuts in 2009
The body count so far this year

| Company | Cuts |
|---|---|
| Circuit City | 30,000 |
| Pfizer | 26,000 |
| Caterpillar | 20,000 |
| Alcoa | 13,500 |
| Sprint Nextel | 8,000 |
| TDK Corp. | 8,000 |
| Home Depot | 7,000 |
| ING | 7,000 |
| BHP Billiton | 6,000 |
| Intel | 6,000 |
| Schlumberger | 6,000 |
| Eaton | 5,200 |
| Ericcson | 5,000 |
| Microsoft | 5,000 |
| Boeing | 4,500 |
| Motorola | 4,000 |
| Hertz | 4,000 |
| Corus | 3,500 |
| Texas Instruments | 3,400 |
| Honda | 3,100 |
| EMC Corp. | 2,400 |
| Barclay's | 2,100 |
| Cessna | 2,000 |
| MeadWestvaco Corporation | 2,000 |
| Clear Channel Comm. | 1,850 |
| WellPoint | 1,500 |
| Williams-Sonoma | 1,400 |
| ConocoPhillips | 1,300 |
| Huntsman Corporation | 1,175 |
| Advanced Micro Devices | 1,100 |
| Harley-Davidson | 1,100 |
| Cigna | 1,100 |
| Saks Fifth Avenue | 1,100 |
| Blue Cross Blue Shield of Michigan | 1,000 |
| Walgreens | 1,000 |
| UAL Corporation | 1,000 |
| ING Group | 950 |
| Macy's | 900 |
| Rohm and Haas | 900 |
| Cummins | 800 |
| Warner Brothers | 800 |
| Autodesk | 750 |
| John Deere | 700 |
| Logitech | 500 |
| Polaris Industries | 460 |
| Neiman Marcus Group | 375 |
| Ethan Allen | 350 |
| New York & Co. | 350 |
| Barnes and Noble | 100 |
| Google | 100 |
| World Wrestling Entertainment | 60 |
| **Total:** | **207,120** |