IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that the law firms of Brown Rudnick LLP and Benesch, Friedlander, Coplan & Aronoff LLP hereby enter their appearance on behalf of Wilmington Trust Company, as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 issued by Tribune Company ("Wilmington Trust"), in the above-referenced Chapter 11 bankruptcy cases pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

      PLEASE TAKE FURTHER NOTICE that Wilmington Trust hereby requests, pursuant to Bankruptcy Rule 2002 and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given to and served upon the following:

| | |
|---|---|
| WILMINGTON TRUST COMPANY<br>Attn: Patrick J. Healy, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | BROWN RUDNICK LLP<br>Attn: Robert J. Stark, Esq.<br>Attn: Daniel J. Saval, Esq.<br>Seven Times Square<br>New York, NY 10036<br>(212) 209-4800<br>(212) 209-4801<br>rstark@brownrudnick.com<br>dsaval@brownrudnick.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>David M. Neumann, Esq.<br>200 Public Square Suite 2300<br>Cleveland, OH 44114-2378<br>216-363-4500 (telephone)<br>216-363-4588 (facsimile)<br>dneumann@beneschlaw.com | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Bradford J. Sandler, Esq.<br>Jennifer R. Hoover, Esq.<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br>302-442-7010 (telephone)<br>302 442-7012 (facsimile)<br>bsandler@beneschlaw.com<br>jhoover@beneschlaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code provisions and Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, plans of reorganization and liquidation, and disclosure statements, whether transmitted or conveyed by mail, hand delivery, overnight delivery service, telephone, facsimile, e-mail or otherwise filed or given with regard to the referenced cases and the proceedings herein.

PLEASE TAKE FURTHER NOTICE that Wilmington Trust intends that neither this notice of appearance nor any later appearance, pleading, claim or suit shall waive (i) Wilmington Trust's right to have final orders in non-core matters entered only after <u>de novo</u> review by a United States District Judge; (ii) Wilmington Trust's right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (iii) Wilmington Trust's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Wilmington Trust is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Wilmington Trust expressly reserves.

Dated: January 27, 2009

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
jhoover@beneschlaw.com

-and-

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Daniel J. Saval, Esq.
Seven Times Square
New York, New York 10036
Phone: (212) 209-4800

Counsel to Wilmington Trust Corporation as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 issued by Tribune Company