UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: )
) Chapter 11 PROCEEDING
TRIBUNE COMPANY, ET AL. )
) Case No. 1:08-BK-13141-KJC
DEBTOR )

## REQUEST FOR COPIES OF ALL NOTICES

Please take notice that the undersigned representing **tw telecom inc.** formerly known as Time Warner Telecom Inc., a creditor and party in interest, without consenting to or waiving any rights with respect to jurisdiction, requests copies of all notices and pleadings pursuant to Rules 2002(a), (b) and (f) and 3017(a) of the Federal Rules of Bankruptcy Procedure. All such notices should be addressed as follows:

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
Telephone: 303-566-1284
Fax: 303-566-1010

Please take further notice that, pursuant to Section 11099(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notice of any application, complaint, demand, hearing, motion petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by postal mail, electronic mail, delivery, telephone, facsimile, telegraph, telex or otherwise filed with regard to the above-referenced case and the proceedings therein.

Respectfully submitted,

_____
tw telecom inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
303-566-1000

Representative for **tw telecom inc.**

Dated: January 21, 2009