## CERTIFICATE OF SERVICE

I certify that on January 21, 2009, a copy of the foregoing Request for Copies of All Notices was sent by First Class Mail, postage prepaid, to each of the following persons.

United States Bankruptcy Court
District of Delaware
824 Market Street
5th Floor
Wilmington, DE  19801

Bryan Krakauer, Esq.
Sidley, Austin, Brown & Wood LLP
One S, Dearborn Street
Chicago, IL  60603

J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street
Suite 1200
Wilmington, DE  19801

United States Trustee
844 King Street
Room 2207
Lockbox #35
Wilmington, DE  19899-0035

_[signature]_