IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

In Re:                     Chapter __11__

   TRIBUNE COMPANY, ET AL.       Case No. _08_ - _13141_ (KJC )

      Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Arthur J. Martin__ to represent __IBEW, Local 4 and its~~xxxxxxxxx~~__ members who are employed by KPLR Channel 11 in St. Louis, MO in this action.

_____
(Movant's Signature) (Firm Name, Address and Telephone Number
Donald L. Gouge, Jr. #2234,
800 N. King Street, Suite 303
Wilmington, DE 19801  302-658-1800x2

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

     Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __MO and IL__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature) (Firm Name, Address and Telephone Number) Arthur J. Martin
Schuchat, Cook & Werner, 1221 Locust Street, 2nd Floor, St. Louis, MO 63103
314-621-2626

### ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy
Judge

**Local Form 105**