# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
:   Chapter 11
In re:   :
:   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,   :
:   (Jointly Administered)
        Debtors.   :
:
---------------------------------------------------------x

## VERIFIED STATEMENT OF WILMINGTON TRUST COMPANY, AS SUCCESSOR INDENTURE TRUSTEE FOR THE EXCHANGEABLE SUBORDINATED DEBENTURES DUE 2029, PURSUANT TO BANKRUPTCY RULE 2019

1.    Wilmington Trust Company ("Wilmington Trust") is a financial services organization having an address at 1100 North Market Street, Wilmington, DE 19890. The undersigned, Patrick J. Healy, is a Vice President at Wilmington Trust and is duly authorized to execute this Verified Statement on behalf of Wilmington Trust.

2.    Wilmington Trust serves as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 (the "PHONES"), issued by the Tribune Company ("Tribune") in the original principal amount of $1,256,000,000 pursuant to an indenture dated as of April 1, 1999 (the "Indenture"), by and between Tribune, as Issuer, and Bank of Montreal Trust Company, as original Trustee.

3.    Wilmington Trust holds such rights as are provided in the Indenture and any supplements thereto and all related documents, agreements and instruments executed and delivered in connection with the issuance of the PHONES (the "Documents"). A true and complete copy of the Indenture is attached hereto as Exhibit A.

4. The terms of Wilmington Trust's employment as Indenture Trustee are set forth in the Indenture.

5. In accordance with Bankruptcy Rule 2019(a), Wilmington Trust submits the following verified statement:

(a) Wilmington Trust's address is:
1100 North Market Street
Wilmington, DE 19890
Attn: Patrick J. Healy
Vice President

(b) The claims in respect of the PHONES are in the nature of money loaned, all as evidenced by the PHONES and the Documents. A substantial portion of the PHONES is held either in nominee names or by the Depository Trust Company, a national securities repository. Some of the PHONES may have been acquired from prior holders of such interests within one year prior to the filing of the petitions in these cases;

(c) The exact amount of Wilmington Trust's claim is unknown at this time. As of December 8, 2008, the date of the filing of the original petitions herein, the indebtedness on the PHONES was in the principal amount of at least $900,000,000, plus interest accrued and certain fees, costs, and expenses of the Indenture Trustee (including fees, costs, and expenses of Wilmington Trust's counsel); and

(d) Wilmington Trust does not own any of the PHONES (although Wilmington Trust may hold some PHONES as custodian for others which are the beneficial owners), and Wilmington Trust holds only: (i) the claims or interests under the Indenture and the Documents as Indenture Trustee for the benefit of the holders of the PHONES; and (ii) the claims for expenses and liabilities incurred as Indenture Trustee under the Indenture and Documents.

6. In addition to its rights to take actions in its own name and as trustee of an express trust to collect on the claims of the holders of the PHONES or otherwise as provided in the Indenture or by applicable law, Wilmington Trust has claims for reimbursement of reasonable fees and expenses (including reasonable fees and expenses of counsel) for pre-and post-petition services and performance of duties by Wilmington Trust under the Documents.

7. Nothing stated herein is with prejudice to any right, remedy or claim that Wilmington Trust may have on behalf of the holders of the PHONES or otherwise and all such rights are expressly preserved.

8. Wilmington Trust reserves the right to supplement or amend this statement at any time in the future.

Signed this 27th day of January, 2009.

Wilmington Trust Company,
as successor Indenture Trustee

By: _____
Patrick J. Healy
Vice President

# 8199404