# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 246<br>Hearing Date: February 3, 2009 at 10:00 a.m. (ET)<br>Objection Deadline: January 29, 2009 at 4:00 p.m. (ET) |

## NOTICE OF FILING (I) REVISIONS TO EXHIBIT A TO MOTION OF DEBTOR KPLR, INC. FOR AN ORDER AUTHORIZING ENTRY INTO A POSTPETITION LOCAL MARKETING AGREEMENT WITH COMMUNITY TELEVISION OF MISSOURI AND (II) REVISED PROPOSED FORM OF ORDER AUTHORIZING ENTRY INTO A POSTPETITION LOCAL MARKETING AGREEMENT WITH COMMUNITY TELEVISION OF MISSOURI

TO: (I) THE OFFICE OF THE U.S. TRUSTEE; (II) PROPOSED COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; (III) COUNSEL TO THE ADMINISTRATIVE AGENTS FOR THE DEBTORS' PREPETITION LOAN FACILITIES; (IV) THE INDENTURE TRUSTEE FOR THE DEBTORS' PREPETITION NOTES; (V) THE U.S. SECURITIES AND EXCHANGE COMMISSION; (VI) THE OFFICE OF THE U.S. ATTORNEY FOR THE DISTRICT

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5301313v2

OF DELAWARE; (VII) THE INTERNAL REVENUE SERVICE; (VIII) COUNSEL FOR COMMUNITY MISSOURI; AND (IX) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FED. R. BANKR. P. 2002

**PLEASE TAKE NOTICE** that, on January 16, 2009, KPLR, Inc. ("KPLR"), one of the above-captioned debtors and debtors in possession, filed the Motion of Debtor KPLR, Inc. for an Order Authorizing Entry into a Postpetition Local Marketing Agreement with Community Television of Missouri (the "Motion"), which seeks authority for KPLR to enter into a Local Marketing Agreement (as described in the Motion) (the "LMA")with Community Television of Missouri, LLC and Community Television of Missouri License, LLC (Docket No. 246). A redacted copy of the LMA was attached to the Motion as Exhibit A.[2]

**PLEASE TAKE FURTHER NOTICE** that, by Order dated January 21, 2009, the Court granted KPLR's motion to shorten the notice period for the Motion (the "Order Shortening Notice") (Docket No. 262).

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, objections, if any, to the Motion are to be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, and served on the undersigned, so as to be received on or before **on or before 4:00 p.m. (Prevailing Eastern Time) on January 29, 2009** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Order Shortening Notice, a hearing on the Motion will be held on **February 3, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before The Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District Of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that certain revisions have been made to the LMA as a result of communications with the Federal Communications Commission (the "FCC") and The Nielsen Company. Attached hereto as Exhibit 1 is a revised copy of the LMA. Attached hereto as Exhibit 2 is a black-lined copy of the LMA which reflect all revisions to the LMA originally filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit 3 is a black-lined revised proposed form of Order Authorizing Entry into a Postpetition Local Marketing Agreement with Community Television of Missouri (the "Revised Proposed Order"). At the

---

[2] The motion of Debtor KPLR, Inc. for an order authorizing the filing under seal of the unredacted version of certain exhibits to the Motion was filed concurrently with the Motion (Docket No. 247)

request of the FCC, certain revisions were made to the form of proposed order originally filed with the Court. KPLR will request the Court enter the Revised Proposed Order.

Date: January 29, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Theodore R. Scarborough
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ___/s/___
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5301313v2