IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
                              :
In re:                        :  Chapter 11
                              :
TRIBUNE COMPANY, et al.,      :  Case No. 08-13141 (KJC)
                              :
         Debtors.             :  Jointly Administered
                              :
                              :  **Hearing Date: February 20, 2009 @ 10:00 a.m.**
------------------------------x  **Objection Deadline: February 13, 2009 @ 4:00 p.m.**

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 30, 2009 Intelsat Corporation filed a *Motion for Adequate Protection of Its Interests Pursuant to 11 U.S.C. § 363(e) and for Allowance and Payment of 11 U.S.C. § 503(a) Administrative Expense Claim* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion, if any, must be made in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned on or before **February 13, 2009 at 4:00 p.m. ET**.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **February 20, 2009 at 10:00 a.m.** before the Honorable Kevin J. Carey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

890525v1 DM3

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION TO THE MOTION IS TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2009
   Wilmington, Delaware

Respectfully submitted,

DUANE MORRIS LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 659-4900
Facsimile: (302) 657-4901

-and-

HERRICK, FEINSTEIN LLP
Stephen B. Selbst
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500

Attorneys for Intelsat Corporation