IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------- x
:
In re:                             :   Chapter 11
                                   :
TRIBUNE COMPANY, et al.            :   Case No.:   08-13141 (KJC)
                                   :
                    Debtors.       :
                                   :
                                   :
---------------------------------- x

## ORDER GRANTING ADEQUATE PROTECTION AND
## DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Upon the motion (the "Motion") of Intelsat Corporation ("Intelsat") for entry of an order compelling the debtor, Tribune Broadcasting Company, to provide adequate protection to Intelsat and seeking the allowance and payment of an administrative claim in the amount of $457,419.35; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their estates, their creditors and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor,

It is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.
2. The Debtor is authorized and directed to make payment within ten days after entry of this Order to Intelsat in the amount of $457,419.35.
3. The Debtor is directed to provide adequate protection to Intelsat in the form of a deposit in an amount equal to $560,000.00, such amount being equal to two months' service due to Intelsat under the Transponder Agreements (as such term is defined in the Motion).

DM3\916166.1

    4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:   February___, 2009
           Wilmington, Delaware

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE