IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x
In re:                          :  Chapter 11
                                :
TRIBUNE COMPANY, et al.,        :  Case No. 08-13141 (KJC)
                                :
              Debtors.          :
                                :
                                :
------------------------------- x

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 30th day of January, 2009, I served the *Motion of Intelsat Corporation for Adequate Protection of Its Interests Pursuant to 11 U.S.C. § 363(e) and for Allowance and Payment of 11 U.S.C. § 503(a) Administrative Expense Claim* upon the parties listed below by First Class Mail, postage prepaid:

Mayer Brown LLP
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.,
Amit K. Trehan, Esq.
Barbra Yan, Esq.
1675 Broadway
New York, NY 10019

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street
Ste. 1600
Dallas, TX 75201

K&L Gates LLP
Jeffrey N. Rich, Esq.
599 Lexington Ave.
New York, NY 10022-6030

K&L Gates LLP
Charles R. Smith, Esq.
Henry W. Oliver Building
535 Smithfield St.
Pittsburgh, PA 15222-2312

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114-0326

Securities And Exchange Commission (SEC)
100 F Street, NE
Washington, DC 20549

JP Morgan Chase Bank, NA as Agent
1111 Fannin, 10th Floor
Houston, TX  77002

Merrill Lynch Capital Corporation
Sharon Hawkins
Loan Operations
600 E. Las Colinas Blvd., Suite 1300
Irving, TX  75039

Deutsche Bank National Trust Company
David Contino, Vice President
Global Transaction Bank Trust & Sec. Serv
25 Deforest Ave, Mail Stop: Sum01-0105
Summit, NJ  07901

Barclays Capital Inc.
US Client Valuations Group
200 Park Avenue
New York, NY  10166

Tower PT, LLC
Nils Larsen, Managing Director
c/o Equity Group Investments
Two North Riverside Plaza, Ste. 1700
Chicago, IL  60606

JP Morgan Chase Bank, NA
Miriam Kulnis
One Chase Plaza
New York, NY  10005

Deutsche Bank AG
60 Wall Street
New York, NY  10005

Merrill Lynch Capital Corporation
Micahel O'Brien
4 World Financial Center
250 Vesey Street
New York, NY  10080

Citicorp North America, Inc.
Tim Dillworth
450 Mamaroneck Avenue, Suite A
Harrison, NY  10528-2402

Banc of America Bridge LLC
Lynn D. Simmons, Sr. Vice President
Bank of America Strategic Solutions
Mail Code: IL1-231-11-19
231 South LaSalle Street
Chicago, IL  60604

Edwards Angell Palmer & Dodge LLP
Stuart M. Brown, Esq.
William E. Chipman, Jr., Esq.
919 N. Market St, Ste. 1500
Wilmington, DE  19801

United States Department of Justice
Civil Division
Matthew J. Troy, Esq.
1100 L Street, N.W.
Room 10006
Washington, DC  20530

Warner Bros. Television Distribution, Inc.
Wayne M. Smith, Esq.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

Office of the United States Trustee
Joseph J. McMahon, Jr., Esq.
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

US Attorney's Office
Ellen W. Slights, Esq.
1201 Market St., Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Potter Anderson & Corroon LLP
Laurie Silverstein, Esq.
Hercules Plaza
1313 N Market St, P.O. Box 951
Wilmington, DE 19899-0951

Cole Schotz Meisel Forman & Leonard, PA
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
1000 N West Street, Suite 1200
Wilmington, DE 19801

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, DC 20020

Hogan & Hartson LLP
Scott A. Golden, Esq.
875 Third Avenue
New York, NY 10022

Morgan Stanley Fixed Income
Carolyn Adler
1585 Broadway, 2nd Floor
New York, NY 10036

McCarter & English, LLP
David Adler, Esq.
G. Amanda Mallan, Esq.
245 Park Ave, 27th Fl.
New York, NY 10167

Stevens & Lee, P.C.
Joseph H. Huston, Jr.
1105 North Market Street, 7th Fl.
Wilmington, DE 19801

Internal Revenue Service
Room 1150
31 Hopkins Plaza
Baltimore, MD 21201

Kaye Scholer LLP
Margo B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
425 Park Ave.
New York, NY 10022

Sidley Austin LLP
Kenneth P. Kansa Esq.
One South Dearborn
Chicago, IL 60603

Buchalter Nemer
Pamela Kohlman Webster
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Seitz, Van Ogtrop & Green, P.A.
R. Karl Hill, Esq.
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE 19899

Askounis & Darcy, PC
Thomas V. Asdounis, Esq.
401 North Michigan Avenue, Ste. 550
Chicago, IL 60611

McCarter & English, LLP
Katharine L. Mayer, Esq.
Renaissance Centre
405 N. Market Street, 8th Fl.
Wilmington, DE 19801

Much Shelist Denenberg Ament and
Rubenstein, PC
Colleen E. McManus
191 North Wacker Drive, Ste. 1800
Chicago, IL 60606

DM3\916078.1

Squire, Sanders & Dempsey LLP
Kelly Singer, Esq.
Two Renaissance Square
40 North Central Ave., Ste. 2700
Phoenix, AZ 85004-4498

Davis Polk & Wardell
Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
450 Lexington Avenue
New York, NY 10017

Gohn Hankey & Stichel LLP
Jan I. Berlage
201 North Charles Street
Baltimore, MD 21201

Canon USA, Inc.
Ruth Wienstein
1 Canon Plaza
New Hyde Park, NY 11042

Cooch & Taylor PA
Radio Artists
Susan E. Kaufman
1000 West Street, 10th Floor
Wilmington, DE 19801

IBM Corporation
Beverly H. Shideler
Two Lincoln Centre
Villa Park, IL 60181

Cross & Simon LLC
Local 32035, TNG-CWA
Christopher P. Simon &
Tara M. DiRocco, Esqs.
919 North Market Street, 11th Floor
Wilmington, DE 19801

Richards, Layton & Finger, PA
Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
920 North King Street
Wilmington, DE 19801

Elliott Greenleaf
William M. Kelleher
1000 West Street, Suite 1440
Wilmington, DE 19899

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
The Nemours Building
1007 North Orange Street; P.O. Box 2207
Wilmington, DE 19899

Cohen Weiss & Simon LLP
Radio Artists
Babette A. Ceccoti
330 West 42nd Street
New York, NY 10036

Stempel Bennett Claman & Hochberg PC
Edmond P. O'Brien Esq.
675 Third Avenue 31st Floor
New York, NY 10017

Vorys Sater Seymour & Pease LLP
Tiffany Strelow Cobb
52 East Gay Street
Columbus, OH 43215

Zwerdlking Paul Kahn & Wolly PC
Local 32035, TNG-CWA
Robert E. Paul Esq.
1025 Connecticut Avenue NW Suite 712
Washington, DC 20036-5420

| | |
|---|---|
| Williams Gautier Gwynn Deloach & Sorenson PA Association Inc.<br>James E. Sorenson<br>Post Office Box 4128<br>Tallahassee, Fl 32315-4128 | The Seaport Group LLC<br>Scott Friedberg<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017 |
| Chadbourne & Parke LLP<br>As Counsel To The Unsecured Creditors' Committee<br>Howard Seife<br>30 Rockefeller Plaza<br>New York, NY 10112 | Landis Rath & Cobb LLP<br>Adam G. Landis<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |
| Capitalsource Finance LLC<br>Joanne Fungaroli, Esq.<br>4445 Willard Avenue, 12th Floor<br>Chevy Chase, MD 20815<br><br>Kelley Drye & Warren LLP<br>Erick R. Wilson, Esq.<br>Howard S. Steel, Esq.<br>101 Park Avenue<br>New York, NY 10178 | Harris Corporation<br>Anthony Deglomine, III<br>1025 W. Nasa Blvd.<br>Mail Stop A-11A<br>Melbourne, FL 32919<br><br>Pension Benefit Guaranty Corporation<br>Frank A. Anderson,<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005-4026 |
| Linebarger Goggan Blair & Sampson LLP<br>John P. Dillman<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Teitelbaum & Baskin, LLP<br>Jay Teitelbaum<br>3 Barker Avenue, Third Floor<br>White Plains, NY 10601 |

**DUANE MORRIS LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

5