### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :   Chapter 11
                                              :
TRIBUNE COMPANY, et al..,                     :   Case No.:   08-13141 (KJC)
                                              :
                        Debtors.              :   Jointly Administered
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO
### EFFECTUATE A SETOFF OF CERTAIN PREPETITION AMOUNTS
### BETWEEN INTELSAT CORPORATION AND DEBTORS

Upon the motion (the "Motion") of Intelsat Corporation ("Intelsat") for entry of an order

seeking relief from the automatic stay in order to effectuate a setoff of certain prepetition

amounts owing between Intelsat and the above-captioned debtors ("Debtors") in connection with

executory contracts between Intelsat and the Debtors; and it appearing that the relief requested in

the Motion is in the best interests of the Debtors and their estates, their creditors and other parties

in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C.

§ 157(b)(2); and due and proper notice of the Motion having been given; and after due

deliberation and sufficient cause appearing therefor,

It is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. Intelsat is authorized to set off the a portion of its Deposit (as such term is defined in the

   Motion ) in the amount of $163,225.82 against the Tribune Obligations (as such term is

   defined in the Motion).

3.  This Court shall retain jurisdiction to hear and determine all matters arising from the
implementation of this Order.

Dated:   February __, 2009
         Wilmington, Delaware

_____
UNITED STATES BANKRUPTCY JUDGE