UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>      Debtors. | Chapter 11<br>Case Nos. 08-13141 (KJC) |

**NOTICE OF APPEARANCE OF COUNSEL**
**AND REQUEST FOR SERVICE OF NOTICES AND PAPERS**

  PLEASE TAKE NOTICE that the undersigned counsel appears in this case as counsel for the Parties referenced in the First Amended Verified Statement Of Teitelbaum & Baskin LLP, Pursuant To Bankruptcy Rule 2019(a) (Docket No. 188). Pursuant to Fed. R. Bankr. P. 2002, 3017(a), and 9010, that notices given or required to be given in this case, including but not limited to orders, reports, pleadings, motions, applications, petitions, requests, complaints, plans, disclosure statements, or demands, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telecopy, telex, or otherwise, be given and served upon the undersigned counsel at the address and the telephone number set forth below. To the extent any of these parties has previously entered his/her/its appearance by other counsel, this appearance is for limited purposes only and copies of all documents intended to constitute notice to such party must be served on all counsel of record.

  Service upon the undersigned is not adequate process in connection with this party unless copies of such service are also delivered to any co-counsel of record. The entry of these parties' appearance does not constitute a waiver of any rights, including but not limited to the right to trial by jury.

-2-

This entry of appearance shall not apply to any proceeding or transaction occurring outside of this Court, or to any proceeding or transaction occurring in another proceeding before this Court.  The appearance of the undersigned shall not apply to any adversary proceeding under Part VII of the Federal Rules of Bankruptcy Procedure, including but not limited to an adversary proceeding arising under Fed. R. Bankr. P. 3007, these parties do not waive any rights to receive appropriate service in such adversary proceedings by any manner directed by law, including but not limited to Fed. R. Bankr. P. 7004(h).

Dated: January 30, 2009  
       Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.

 /s/ Adam Hiller  
Adam Hiller (DE No. 4105)  
Michelle Berkeley-Ayres (DE No. 4635)  
1500 North French Street, 2nd Floor  
Wilmington, Delaware 19801  
302-339-8800 telephone  
302-213-0043 facsimile

-and-

Teitelbaum & Baskin, LLP  
Counselors at Law  
3 Barker Avenue, Third Floor  
White Plains, New York  10601  
(512) 474-1554 telephone  
(512) 474-1579 facsimile