**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2009, copies of the foregoing Notice of Appearance of Counsel and Request for Service of Notices and Papers were served via first-class mail, postage prepaid, upon the following:

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Ste. 1200
Wilmington, DE  19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

James F. Conlan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801


Dated: January 30, 2009           /s/ **Adam Hiller**
    Wilmington, Delaware     Adam Hiller (DE No. 4105)
                                            DRAPER & GOLDBERG, P.L.L.C.
                                            1500 North French Street, 2nd Floor
                                            Wilmington, DE 19801
                                            302-339-8800 telephone
                                            302-213-0043 facsimile