UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br>Case Nos. 08-13141 (KJC), et seq. |

**VERIFIED STATEMENT OF ATTORNEYS PURSUANT TO FED. R. BANKR. P. 2019**

Adam Hiller, an associate with Draper & Goldberg, PLLC (the "Attorneys"), makes the following verified statement in accordance with Fed. R. Bankr. P. 2019:

1.　The Attorneys have been retained by each of the parties listed on **Exhibit A** hereto (the "Retirement Claimants") to represent them as counsel in this case. A statement of the nature of each Creditor's claim is also set forth in the attached exhibit.

2.　The Attorneys have not been employed to represent any committee or indenture trustee in this case.

3.　The Attorneys hold no claim against, or interest in, the above-captioned debtors.

Dated:　January 30, 2009
　　　　　Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, P.L.L.C.

　/s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Michelle Berkeley-Ayres (DE No. 4635)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
302-339-8800 telephone
302-213-0043 facsimile

-and-

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
Counselors at Law
3 Barker Avenue, Third Floor
White Plains, New York  10601
(512) 474-1554 telephone
(512) 474-1579 facsimile

## **VERIFICATION**

I, Adam Hiller, an associate at Draper & Goldberg, PLLC, hereby certify under penalties of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief as to Draper & Goldberg, PLLC.

**by:  /s/ Adam Hiller**
       Adam Hiller                                            Date