## SCHEDULE A
## PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP
## IN THE TRIBUNE COMPANY BANKRUPTCY
(updated as of January 12, 2009)

| Name | Address | Source of Claim |
|---|---|---|
| Becker, Todd A. | 1539 Crest Dr.<br>Altadena, CA 91001 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Bergmann, Horst A. | 4261 Preserve Parkway South<br>Greenwood Village, CO 80121 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Carpenter, Dian S.<br>(widow of Dow Carpenter) | P.O. Box 810<br>Inverness, CA 94937 | Survivor benefit under SERP,<br>currently in pay status,<br>Value of which to be determined |
| Carroll, John S. | 223 Queensway Dr.<br>Lexington, KY 40502 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Chandler, Bettina W.<br>(widow of Otis Chandler) | 1013 Shokat Dr.<br>Ojai, CA 93023 | Supplemental survivor pension under<br>special agreement, currently in pay status,<br>Value of which to be determined |
| Charles, Randolph R. | 1032 Spruce St., Unit 200<br>Philadelphia, PA 19107 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Dill, John F. | 1001 Arbor Lake Dr., Apt. 408<br>Naples, FL 34110 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| Downing, Kathyrn M. | 121 Via Alicia<br>Santa Barbara, CA 93108 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Drewry, Elizabeth V. | 100 Ridge Pass Way<br>Landrum, SC 29356 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Dubester, Michael S. | 27 Tappanwood Rd.<br>Locust Valley, NY 11560 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Erburu, Robert F. | 1518 Blue Jay Way<br>Los Angeles, CA 90069 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Office and secretary paid by company<br>until death under special agreement,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |

| | | |
|---|---|---|
| **Fitzgerald, James E.** | 93 Fifth St.<br>Garden City, NY 11530 | Supplemental pension,<br>currently in pay status,<br>Value of which to be determined |
| **Flick, John E.** | 31 Seaview Dr.<br>Santa Barbara, CA 93108 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| **Guthrie, James F.** | 205 Costa Bella Dr.<br>Austin, TX 78734 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Halajian, Kenneth Lee** | 21 High Ridge Road<br>Ossining, NY 10562 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Haugh, Michael J.** | 515 East 79th St., Apt. 22D<br>New York, NY 10075 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Hessler, Curtis A.** | 570 Bradford St.<br>Pasadena, CA 91105 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Holton, Raymond** | 1021 Stone Stack Dr.<br>Bethlehem, PA 18015 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Horn, Karen Laukka** | 50 Ridgecrest Court<br>Lafayette, CA 94549 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Hughes, Joseph M.** | 9596 East Roadrunner Dr.<br>Scottsdale, AZ 85262 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Isinger, William R.** | 3845 El Lado Dr.<br>Glendale, CA 91208 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Jansen, Raymond A.** | 24 Dockside Lane, PMB 422<br>Key Largo, FL 33037 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Johnson, Edward E.** | 4418 Oakwood Ave.<br>La Canada, CA 91011 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| **Johnson, W. Thomas, Jr.** | 3280 Rilman Road, NW<br>Atlanta, GA 30327 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Junck, Mary E.** | P.O. Box 20<br>Pleasant Valley, IA 52767 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| **Kallet, Judith S.** | 7949 Cranes Pointe Way<br>West Palm Beach, FL 33412 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |

| | | |
|---|---|---|
| **King, Victoria** | 515 East 14th St., #3B<br>New York, NY 10009 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Kucera, Philip E.** | 1700 S. Bayshore Ln, #4B<br>Miami, FL 33133 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Lee Schneider,<br>R. Marilyn** | 2124 Bagley Ave.<br>Los Angeles, CA 90034 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Lindsay, John P.** | 1147 El Medio Ave.<br>Pacific Palisades, CA 90272 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Marro, Anthony J.** | 10 West Rd.; P.O. Box 944<br>Old Bennington, VT 05201 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Maxwell, Donald S.** | 2160 Le Flore Dr.<br>La Habra Heights, CA 90631 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| **Meadows, Jack E.** | 2225 Twelve Oaks Dr.<br>Fayetteville, AR 72703 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| **Monsma, Durham J.** | 31644 2nd Ave.<br>Laguna Beach, CA 92651 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Nash, John T.** | 356 Mt. Shasta Dr.<br>San Rafael, CA 94903 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Niese, William A.** | 6061 Lake Vista Dr.<br>Bonsall, CA 92003 | Supplemental pension benefit<br>currently in pay status,<br>Value of which to be determined |
| **Norris, James H.** | 121 Taft Crescent<br>Centerport, NY 11721 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Oglesby, Roger D.** | 1932 15th Ave., East<br>Seattle, WA 98112 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **O'Neill, Nancy W.** | 185 Rancho Dr.<br>Tiburon, CA 94920 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |

| Name | Address | Benefit |
|---|---|---|
| **Parks, Michael C.** | 1211 South Euclid Ave. Pasadena, CA 91106 | Excess Pension Plan benefit, Value of which to be determined<br><br>Balance in Deferred Compensation Plan, Value of which to be determined |
| **Petty, Martha A.** | 5933 Seabird Dr. South Gulfport, FL 33707 | Excess Pension Plan benefit, Value of which to be determined |
| **Plank, Jack L.** | 33522 Nancy Jane Ct. Dana Point, CA 92629 | Supplemental pension benefit, currently in pay status, Value of which to be determined<br><br>Special death benefit, Value of which to be determined |
| **Rhoads, S. Keating** | 2611 Nido Way Laguna Beach, CA 92651 | Excess Pension Plan benefit, currently in pay status, Value of which to be determined |
| **Riley, Michael R.** | 5 Avondale Dr. Newtown, PA 18940 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Rowe, William J.** | 15005 Pratolino Way Naples, FL 34110 | Excess Pension Plan benefit currently in pay status, Value of which to be determined |
| **Sann, Alexander** | 165 East 72nd St., 8K New York, NY 10021 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Schlosberg, Richard T., III** | 164 Sendero Verde Dr. San Antonio, TX 78261 | SERP Benefit currently in pay status, Value of which to be determined |
| **Schnall, Herbert K.** | P.O. Box 9457 Rancho Santa Fe, CA 92067 | Excess Pension Plan benefit currently in pay status, Value of which to be determined<br><br>Special death benefit, Value of which to be determined |
| **Sellstrom, Brian** | P.O. Box 1035 Rancho Santa Fe, CA 90267 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Shaw, James D.** | 228 Jeffersons Hundred Williamsburg, VA 23185 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Shirley, Dennis A.** | 2440 Stanley Tustin, CA 92782 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined<br><br>Balance in Deferred Compensation Plan, Value of which to be determined |
| **Simpson, James R.** | 5 Crestwood Newport Beach, CA 92660 | SERP Benefit currently in pay status, Value of which to be determined |

| | | |
|---|---|---|
| **Sweeney, Stender E.** | 790 Huntington Garden Dr. Pasadena, CA 91108 | Excess Pension Plan benefit currently in pay status, Value of which to be determined |
| **Thomas, William F.** | 16025 Valley Wood Rd. Sherman Oaks, CA 91403 | Supplemental pension benefit, currently in pay status, Value of which to be determined |
| **Toedtman, James S.** | 2604 Geneva Hill Ct. Oakton, VA 22124 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Unterman, Thomas E.** | 1451 Amalfi Dr. Pacific Palisades, CA 90272 | SERP Benefit not currently in pay status, Value of which to be determined |
| **Valenti, Michael J.** | 400 Tamarac Dr. Pasadena, CA 91105 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Wallace, James W.** | 5822 Briartree Dr. La Canada Flintridge, CA 91011 | Supplemental pension benefit, currently in pay status, Value of which to be determined<br><br>Special death benefit, Value of which to be determined |
| **Waller, Michael E.** | 5 Full Sweep Hilton Head Island, SC 29928 | SERP Benefit currently in pay status, Value of which to be determined |
| **Wiegand, William D.** | P.O. Box 655 Coupeville, WA 98239 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Willes, Mark H.** | 4343 Sheffield Dr. Provo, UT 84604 | SERP Benefit currently in pay status, Value of which to be determined<br><br>Balance in Deferred Compensation Plan, Value of which to be determined<br><br>Payment owed prior to bankruptcy filing but not paid due to a "systems error" |
| **Williams, Phillip L.** | 1156 Amalfi Dr. Pacific Palisades, CA 90272 | SERP Benefit currently in pay status, Value of which to be determined<br><br>Special death benefit, Value of which to be determined |
| **Wolinsky, Leo** | 8550 Hollywood Blvd. Hollywood, CA 90069 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined<br><br>Balance in Deferred Compensation Plan, Value of which to be determined |
| **Wright, Donald F.** | P.O. Box 842 Tesuque, NM 87574 | SERP Benefit currently in pay status, Value of which to be determined |
| **Zimbalist, Efrem, III** | 216 First St. Manhattan Beach, CA 90266 | SERP Benefit not currently in pay status, Value of which to be determined |