**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2009, copies of the foregoing Verified Statement Of Attorneys Pursuant To Fed. R. Bankr. P. 2019 were served via first-class mail, postage prepaid, upon the following parties:

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Ste. 1200
Wilmington, DE  19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE  19899-0035

James F. Conlan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Dated:  January 30, 2009
    Wilmington, Delaware

 /s/ **Adam Hiller**
Adam Hiller (DE No. 4105)
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801
302-339-8800 telephone
302-213-0043 facsimile