## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2008, I caused to be served the:

   a) "Notice of First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code," dated December 26, 2008, to which is

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Retention Applications_Aff 12-26-08.doc

|     |     |
| --- | --- |
|     | attached the "First Omnibus Motion for Entry of an Order Authorizing the Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code," dated December 26, 2008, [Docket No. 138], (the "First Omnibus Rejection Motion") |
| b)  | "Notice of Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, to which is attached the "Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 139], (the "Sidley Retention Application") |
| c)  | "Notice of Application of the Debtors Pursuant to 11 U.S.C. §327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, to which is attached the "Application of the Debtors Pursuant to 11 U.S.C. §327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 140], (the "Alvarez Application") |
| d)  | "Notice of Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, to which is attached the "Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 141], (the "McDermott Will & Emery LLP Application") |
| e)  | "Notice of Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§327(a) and 1107, Nunc Pro Tunc to the Petition," dated December 26, 2008, to which is attached the "Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§327(a) and 1107, Nunc Pro Tunc to the Petition," dated December 26, 2008, [Docket No. 142], (the "Jenner & Block Retention Application") |
| f)  | "Notice of Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, to which is attached the "Application for an Order Authorizing Debtors to Retain |

and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. 327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 143], (the "PWC Retention Application")

g) "Notice of Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters Pursuant to 11 U.S.C. 327(e), Nunc Pro Tunc to the Petition Date" dated December 26, 2008, to which is attached the "Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters Pursuant to 11 U.S.C. 327(e), Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 144], (the "Paul Hastings Retention Application")

h) "Notice of Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §327(e) and 1107, Nunc Pro Tunc to the Petition Date" dated December 26, 2008, to which is attached the "Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters Pursuant to 11 U.S.C. §327(e), Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 145], (the "Reed Smith Retention Application")

i) "Notice of Application for an Order Authorizing the Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§327(a) and 1107, Nunc Pro Tunc to the Petition Date" dated December 26, 2008, to which is attached the "Application for an Order Authorizing the Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§327(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 146], (the "Edelman Retention Application")

j) "Notice of Application for an Order Authorizing Debtors to Employ and Retain Lazard Freres & Co. LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§327(a), 328(a) and 1107, Nunc Pro Tunc to the Petition Date" dated December 26, 2008, to which is attached the "Application for an Order Authorizing Debtors to Employ and Retain Lazard Freres & Co. LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§327(a), 328(a) and 1107, Nunc Pro Tunc to the Petition Date," dated December 26, 2008, [Docket No. 147], (the "Lazard Retention Application")

k) "Notice of Motion for an Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code" dated December 26, 2008, to which is attached the "Motion for an Order Authorizing the Debtors to Retain, Employ, and

>Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business Pursuant to Sections 105(a), 327, 328 and 330 of the Bankruptcy Code," dated December 26, 2008, [Docket No. 148], (the "OCP Motion")

by causing true and correct copies to be delivered as follows:

a) First Omnibus Rejection Motion, Sidley Retention Application, Alvarez Application, McDermott Will & Emery LLP Application, Jenner & Block Retention Application, PWC Retention Application, Paul Hastings Retention Application, Reed Smith Retention Application, Edelman Retention Application, Lazard Retention Application, OCP Motion, enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit "A".

b) First Omnibus Rejection Motion, enclosed securely in separate postage-prepaid envelope and delivered by first class mail to the parties listed on the attached Exhibit "B".

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Regina Amporfro
Regina Amporfro

Sworn to before me this
2nd of January, 2009

/s/Elli Petris
Notary Public

Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
My Commission Expires October 22, 2011

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ.,401 NORTH MICHIGAN AVENUE, STE 550,(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC), CHICAGO, IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT,BANK OF AMERICA STRATEGIC SOLUTIONS,MAIL CODE: IL1-231-11-19,231 SOUTH LASALLE STREET, CHICAGO, IL 60604 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP,200 PARK AVENUE,ATTN: US CLIENT VALUATIONS GROUP, NEW YORK, NY 10166 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER,1000 WILSHIRE BOULEVARD, SUITE 1500,(COUNSEL TO SONY PICTURES TELEVISION), LOS ANGELES, CA 90017-2457 |
| CANON USA, INC | ATTN RUTH WIENSTEIN,1 CANON PLAZA, NEW HYDE PARK, NY 11042 |
| CHADBOURNE & PARKE LLP | AS COUNSEL TO THE UNSECURED CREDITORS' COMMITTEE,ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E,DEUTSCH,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| CITICORP NORTH AMERICA, INC | ATTN: TIM DILLWORTH,450 MAMARONECK AVENUE, SUITE A, HARRISON, NY 10528-2402 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION &,RADIO ARTISTS,ATTN BABETTE A CECCOTI,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| DAVIS POLK & WARDELL | ATTN: DONALD S. BERNSTEIN, ESQ.,JAMES A. FLORACK, ESQ.,DAMIAN S. SCHAIBLE, ESQ.,450 LEXINGTON AVENUE,(COUNSEL TO JPMORGAN CHASE BANK, N.A.), NEW YORK, NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT,GLOBAL TRANSACTION BANK TRUST &SEC. SERV,25 DEFOREST AVE, MAIL STOP: SUM01-0105, SUMMIT, NJ 07901 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES,ATTN JAN I BERLAGE,201 NORTH CHARLES STREET, BALTIMORE, MD 21201 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III,1025 W. NASA BLVD,MAIL STOP A-11A, MELBOURNE, FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION,ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.,TWO PARK AVENUE, NEW YORK, NY 10016 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, ESQ.,875 THIRD AVENUE,(COUNSEL TO ABITIBI BOWATER, INC., ABITBI,CONSOLIDATED SALES CORPORATON AND BOWATER, INC.), NEW YORK, NY 10022 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER,TWO LINCOLN CENTRE, VILLA PARK, IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150,31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR, HOUSTON, TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS,ONE CHASE PLAZA, NEW YORK, NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ.,599 LEXINGTON AVE,(COUNSEL TO GREATBANC TRUST COMPANY), NEW YORK, NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ.,HENRY W. OLIVER BUILDING,535 SMITHFIELD ST,(COUNSEL TO GREATBANC TRUST COMPANY), PITTSBURGH, PA 15222-2312 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ,MADLYN GLEICH PRIMOFF, ESQ,(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN,AGENT),425 PARK AVE, NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ.,HOWARD S.STEEL, ESQ.,101 PARK AVENUE,(COUNSEL TO TELEREP, LLC), NEW YORK, NY 10178 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY,ATTN JOHN P DILLMAN,PO BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER,2323 BRYAN STREET,STE 1600,(COUNSEL TO DALLAS COUNTY), DALLAS, TX 75201 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.,(COUNSEL TO BARCLAYS),1675 BROADWAY, NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ.,G. AMANDA MALLAN, ESQ.,245 PARK AVE, 27TH FL,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), NEW YORK, NY 10167 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN,4 WORLD FINANCIAL CENTER,250 VESEY STREET, NEW YORK, NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS,LOAN OPERATIONS,600 E. LAS COLINAS BLVD., SUITE 1300, IRVING, TX 75039 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER,1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC, | ATTN: COLLEEN E. MCMANUS,191 NORTH WACKER DRIVE, STE 1800,(COUNSEL TO CF 4242 BRYN MAWR LLC), CHICAGO, IL 60606 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &,KARTAR S KHALSA, ESQ,OFFICE OF THE CHIEF COUNSEL,1200 K STREET, NW, WASHINGTON, DC 20005-4026 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W., WASHINGTON, DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE, WASHINGTON, DC 20549 |
| SIDLEY AUSTIN LLP | ATTN: KENNETH P. KANSA ESQ.,(COUNSEL TO THE DEBTORS),ONE SOUTH DEARBORN, CHICAGO, IL 60603 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ.,TWO RENAISSANCE SQUARE,40 NORTH CENTRAL AVE, STE 2700,(COUNSEL TO PERSONAL PLUS, INC.), PHOENIX, AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD,ATTN EDMOND P O'BRIEN ESQ,675 THIRD AVENUE 31ST FLOOR, NEW YORK, NY 10017 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM,(COUNSEL TO: "THE PARTIES"),3 BARKER AVENUE, THIRD FLOOR, WHITE PLAINS, NY 10601 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG,360 MADISON AVENUE 22ND FLOOR, NEW YORK, NY 10017 |
| TOWER DC, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER EH, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER JK, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER MS, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER PT, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION,MATTHEW J. TROY, ESQ.,1100 L STREET, N.W.,ROOM 10006, WASHINGTON, DC 20530 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER,1500 PENNSYLVANIA AVENUE, NW,ROOM 2134, WASHINGTON, DC 20220 |
| US ATTORNEY'S OFFICE | JEFFREY A. TAYLOR, US ATTORNEY,JUDICIARY CENTER BLDG,555 4TH ST NW, WASHINGTON, DC 20530 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES,ATTN TIFFANY STRELOW COBB,52 EAST GAY STREET, COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ.,4000 WARNER BLVD.,BLDG. 156, ROOM 5158, BURBANK, CA 91522 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY,ASSOCIATION INC,ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D,HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN,POST OFFICE BOX 4128, TALLAHASSEE, FL 32315-4128 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,LOCAL 32035, TNG-CWA,ATTN ROBERT E PAUL ESQ,1025 CONNECTICUT AVENUE NW SUITE 712, WASHINGTON, DC 20036-5420 |

**Total Creditor Count 52**

**EXHIBIT B**

| Contact Name | Company | Title | Street | Street1 | City | State | Zip Code | City, State, Zip Code |
|---|---|---|---|---|---|---|---|---|
| | 1425 Market, LLC | | 1425 Market Street | | Denver | CO | 80202 | Denver, CO 80202 |
| | 30 CCC Business Trust | | c/o General Growth Properties | Attn: Ron Gern, 110 North Wacker Drive | Chicago | IL | 60606 | Chicago, IL 60606 |
| | 9 West Courtland Street LLC | | Turner Properties | 4685 Millennium Drive | Belcamp | MD | 21017 | Belcamp, MD 21017 |
| | Abby Office Centers, Tanglewood, Ltd. | | 5850 San Felipe | | Houston | TX | 77057 | Houston, TX 77057 |
| | Block 418, LLC | | c/o BBM Incorporated | 236 South Washington, Suite 212 | Naperville | IL | 60540 | Naperville, IL 60540 |
| | c/o The Rouse Company | The Village of Cross Keys, Inc. | Attn: General Counsel | 10275 Little Patuxent Pkwy | Columbia | MD | 21044 | Columbia, MD 21044 |
| | Catellus Development Corporation | | Attn: Asset Management | 1065 N. PacifiCenter Drive; Suite 200 | Anaheim | CA | 92806 | Anaheim, CA 92806 |
| Daniel Cawley | Cawley Chicago Commercial Real Estate Company | | 1431 Opus Place | Suite 120 | Downers Grove | IL | 60515 | Downers Grove, IL 60515 |
| | Columbia Management, Inc. | | 10400 Little Patuxent Parkway | | Columbia | MD | 21044-3559 | Columbia, MD 21044-3559 |
| | Columbia Management, Inc., c/o The Rouse Company | | Attn: General Counsel | 10275 Little Patuxent Parkway | Columbia | MD | 21044 | Columbia, MD 21044 |
| | Compass Resort Properties, LLC | | 7200 Coastal Highway | | Ocean City | MD | 21842 | Ocean City, MD 21842 |
| | Cooper & Cummings LLC | | | 585 Main Street, Unit 241 | Laurel | MD | 20707 | Laurel, MD 20707 |
| | Cove Investments LLC, | | 37 Westwood Drive | | Waterford | CT | 06385 | Waterford, CT 06385 |
| | D and M Rentals, Inc. | | 561 Maryland Ave. | | Perryville | MD | 21903 | Perryville, MD 21903 |
| | David F. Smith, Jr. & Mary K. Smith | | 2030 Hillcrest Rd. | | Quakertown | PA | 18105 | Quakertown, PA 18105 |
| | Elda P. Walker | | 358 Walnut Street | | Lehighton | PA | 18235 | Lehighton, PA 18235 |
| Robert Weiss | Evangelical Free Church of Huntington Beach | | 19891 Beach Blvd | Suite 205 | Huntington Beach | CA | 92648 | Huntington Beach, CA 92648 |
| | First States Investors DB/SP, LP | | 680 Old York Road | | Jenkintown | PA | 19046 | Jenkintown, PA 19046 |
| | J.C. Penney Corporation, Inc. | | P.O. Box 10001 | Attn: Real Estate Counsel | Dallas | TX | 75301-2105 | Dallas, TX 75301-2105 |
| | Knaus Realty Company | | 150 Production Court | | New Britain | CT | 06051 | New Britain, CT 06051 |
| | Lincoln Building Associates LLC | | c/o Newmark & Co. Real Estate, Inc. | 60 E. 42nd Street | New York | NY | 10165-0015 | New York, NY 10165-0015 |
| | MacKenzie Commercial Real Estate Services LLC | | 2328 West Joppa Road, Suite 200 | | Lutherville | MD | 21093 | Lutherville, MD 21093 |
| | North Dallas Bank & Trust Company | | 12900 Preston Road | Suite 101 | Dallas | TX | 75230 | Dallas, TX 75230 |
| | Nottingham Properties, Inc. | | c/o Nottingham Management Company | 100 West Pennsylvania Ave. | Towson | MD | 21204 | Towson, MD 21204 |
| | Pacific National Bank | | 1390 Brickell Avenue | | Miami | FL | 33131 | Miami, FL 33131 |
| | Pacific National Bank | | Attn: Vice President/Administration | 1390 Brickell Avenue | Miami | FL | 33131 | Miami, FL 33131 |
| | Phillips-Brown Partnership | | Attn: Vernon R. Brown, General Partner | 220 Salters Creek Road | Hampton | VA | 23661 | Hampton, VA 23661 |
| | RREEF America Reit II Corp. D. | | c/o RREEF Management Company | 1301 W. 22nd St., Suite 602 | Oak Brook | IL | 60523 | Oak Brook, IL 60523 |
| | Samuel J. Tamkin | | 165 North Canal St. | Suite 1425 | Chicago | IL | | Chicago, IL |
| | Symbiont, L.P. | | 1936 E. Deere Avenue | Suite 216 | Santa Ana | CA | 92705 | Santa Ana, CA 92705 |
| | The Freeman Family Revocable Trust, 09/05/1997 | | PO Box 506 | | Riverside | CA | 92502 | Riverside, CA 92502 |
| | The R/E Group | | 5300 Dorsey Hall Drive, | Suite 102 | Ellicott City | MD | 21042 | Ellicott City, MD 21042 |
| | The Village of Cross Keys, Inc. | | P.O. Box 64071 | | Baltimore | MD | 21264 | Baltimore, MD 21264 |
| | Thrifty Oil Co | | 13116 Imperial Highway | | Santa Fe Springs | CA | 90670 | Santa Fe Springs, CA 90670 |
| | Washington Avenue Limited Partnership, LLLP | | c/o MacKenzie Management Corporation | 2328 West Joppa Road, Suite 200 | Lutherville | MD | 21093 | Lutherville, MD 21093 |
| | Wiiliam B Dulany and Winifred S. Dulany | | 1167 Old Taneytown Road | | Westminster | MD | 21158 | Westminster, MD 21158 |
| William Argeos | William Argeos | | PO Box 1002 | | Bethlehem | PA | 18016 | Bethlehem, PA 18016 |
| | William W. Weber, Esq. | | 24 Cedar St. | | New Britain | CT | 06052 | New Britain, CT 06052 |
| | Younkins & Schecter LLP | | Attn: Kathy A. Younkins, Esq. | 420 Lexington Ave., Suite 2050 | New York | NY | 10170 | New York, NY 10170 |