UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　Debtors. | Chapter 11<br>Case Nos. 08-13141 (KJC) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jay Teitelbaum to represent the Parties referenced in the First Amended Verified Statement Of Teitelbaum & Baskin LLP, Pursuant To Bankruptcy Rule 2019(a) (Docket No. 188) in this action.

Dated:  January 30, 2009                    Respectfully submitted,
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　DRAPER & GOLDBERG, PLLC

　　　　　　　　　　　　　　　　　　　　　/s/ Adam Hiller
　　　　　　　　　　　　　　　　　　　　Adam Hiller (DE No. 4105)
　　　　　　　　　　　　　　　　　　　　1500 North French Street, 2nd Floor
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　(302) 339-8776 telephone
　　　　　　　　　　　　　　　　　　　　(302) 213-0043 facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of New York and pursuant to Local Rule 9010-1 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　　　　/s/ Jay Teitelbaum
　　　　　　　　　　　　　　　　　　　　Jay Teitelbaum, Esquire
　　　　　　　　　　　　　　　　　　　　Teitelbaum & Baskin, LLP, Counselors at Law
　　　　　　　　　　　　　　　　　　　　3 Barker Avenue, Third Floor
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　 (512) 474-1554 telephone
　　　　　　　　　　　　　　　　　　　　(512) 474-1579 facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hoc vice is granted.

Date:_____          _____
　　　　　　　　　　　　　　　　United States Bankruptcy Judge