# **EXHIBIT A**

**Declaration of Thane W. Carlston in Support of Application for Order Pursuant to Section 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules Of Bankruptcy Procedure and Section 504 of the Bankruptcy Code Authorizing the Employment of Moelis & Company LLC as Investment Banker to the Committee Effective as of January 6, 2009**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[2] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF THANE W. CARLSTON IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO SECTION 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 504 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO THE COMMITTEE EFFECTIVE AS OF JANUARY 6, 2009**

Thane W. Carlston, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as

follows:

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.        I am a member of the investment banking and financial advisory firm of Moelis & Company LLC ("Moelis" or the "Firm").   Moelis employs approximately 150 advisors and analysts and maintains offices in, among other places, New York, Massachusetts, Illinois, and California.

2.        I submit this Declaration in support of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company, *et al.* (collectively, the "Debtors"). Authorizing the Employment of Moelis and Company LLC as Investment Banker to the Committee, and to provide the disclosures required under Fed. R. Bankr. P. 2014(a).

3.        I have personal knowledge of the facts set forth herein unless otherwise indicated.   To the extent that any information disclosed herein requires amendment or modification, I will submit a supplemental declaration to the Court.

4.        Neither I, Moelis, nor any employee of Moelis, represents any party in interest (or its attorneys or accountants) other than the Committee in connection with the Debtors' Chapter 11 cases.

5.        As set forth below, Moelis has in the past, may currently, and may in the future represent or appear in cases or transactions with entities that are creditors or interest holders of the Debtors or parties in interest in these Chapter 11 cases, in matters unrelated to the Debtors' Chapter 11 cases.   Moelis has not represented and will not represent any of these parties in connection with the Debtors' Chapter 11 cases.

6.        Moelis was retained by other companies in the media sector which own or control properties or assets about which the Debtors had had discussions about potential strategic transactions but no such negotiations have been active for several months prior to the

Petition Date. Moelis is prepared to take any additional steps as needed in the event that any potential transaction between other Moelis clients and Tribune comes before the Committee.

## MOELIS' DISCLOSURE PROCEDURES

7.     In preparing this Declaration, either I or someone under my supervision and direction searched Moelis' client data base to determine whether Moelis had any relationships with the following groups (as indicated below)

a.     Debtors and non-debtor affiliates;

b.     Current and former directors and officers of Tribune Company and other debtors;

c.     The thirty largest unsecured creditors (consolidated);

d.     The prepetition lenders to the debtors;

e.     The counterparties to hedging agreements;

f.     Professionals retained by prepetition lenders;

g.     The indenture trustee;

h.     The Debtors' insurance carriers;

i.     Major customers of the debtors;

j.     Parties to significant litigation with the debtors ;

k.     Significant landlords to the debtors;

l.     Judges on the United States Bankruptcy Court for the District of Delaware;

m.     The office of the United States trustee;

n.     The ESOP trustee;

o.     The entities involved in the leveraged ESOP transactions;

p.     Significant former shareholders;

q.     Major holders of PHONES;

r.     Counterparties to recent significant asset dispositions;

s.      Joint Venture partners;

t.      Other;

u.      Equity Method Investments;

v.      Former indenture trustees;

w.      Agents under credit agreements; and

x.      Official committee of Unsecured Creditors

8.      A list of each of the entities searched is attached hereto as <u>Schedule 1</u>.  To the extent such search indicated that Moelis has a relationship with or connection to any of such entities, such relationship or connection is disclosed below and on <u>Schedule 2</u> attached hereto.

## MOELIS' CONNECTIONS WITH PARTIES IN INTEREST

9.      Based on the information known to date, Moelis previously has represented, currently represents, has appeared in cases or transactions with, may have other business relationships with, and may represent in the future the entities described in <u>Schedule 2</u> attached hereto (or their affiliates), in matters wholly unrelated to the Debtors' Chapter 11 cases. None of such other representations or relationships are material to Moelis's proposed engagement in connection with these chapter 11 cases.

10.     Under my supervision, Moelis will continue to monitor the relationships of the parties in these Chapter 11 cases and, as additional information becomes available or additional connections are discovered, Moelis will promptly file supplemental disclosure affidavits.

## MOELIS' COMPENSATION

11.     The compensation arrangement provided for in the Engagement Letter, attached to the Application as <u>Exhibit B</u>, and the Indemnification Provisions set forth in <u>Annex A</u> to the Engagement Letter, are generally consistent with the typical arrangements entered into

by Moelis and other investment banking firms in connection with rendering similar services to clients such as the Committee.

12.        Moelis typically receives expense reimbursement and indemnification for its professional services similar to the Indemnification Provisions set forth in Annex A to the Engagement Letter. I believe these Indemnification Provisions to be reasonable and customary for the type of services being provided to the Committee.

13.        Moelis intends to apply for compensation for professional services rendered in these Chapter 11 cases and for reimbursement of actual and necessary expenses incurred in

connection therewith, in accordance with the provisions of the Bankruptcy Code and Orders of this Court.

14.      No promises have been received by Moelis or any principal or employee thereof as to payment or compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code and Orders of this Court.  Moelis has no agreement with any other entity to share with such entity any compensation received by Moelis, other than among the members of Moelis.

15.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 30 , 2009.

MOELIS & COMPANY LLC

By: _____

Name: Thane W. Carlston

Title: Managing Director

KRISTOPHER KELLY
Notary Public - State of New York
No. 01KE6192121
Qualified in New York County
My Commission Expires August 25, 2012

DECLARATION OF THANE W. CARLSTON IN SUPPORT OF THE COMMITTEE'S
APPLICATION TO EMPLOY MOELIS & COMPANY - Page 5
NY3 - 483008.02

EAST\42320977.3

# SCHEDULE 1

**List of Entities Searched**

## Tribune Conflict Check

### **DEBTORS AND NON-DEBTOR AFFILIATES**

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
Juliusair Company, LLC
Juliusair Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.

1

## Tribune Conflict Check

New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.

## Tribune Conflict Check

Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## **CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS**

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle
Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux

## Tribune Conflict Check

JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Micahel C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings
Dana C. Hayes, Jr.
Greg Healy
Jane E. Healy
John R. Hendricks

## Tribune Conflict Check

Ardith Hilliard
Chris Hochschild
Carolyn S. Hudspeth
Hank J. Hundemer
Bonnie B. Hunter
Tony Hunter
Richard E. Inouye
Alice T. Iskra
Kamran Izadapanah
Janice Jacobs
Juliana Jaoudi
Kim Johnson
Lee Jones
Judy Juds
Jeff Kapugi
Daniel G. Kazan
Gerould W. Kern
Anne S. Kelly
Timothy R. Kennedy
Jerry L. Kersting
Avido Khahaifa
Jack D. Klunder
Patricia A. Kolb
Timothy Koller
Glenn G. Kranzley
Kim A. McCleary LaFrance
Eric Laimins
Thomas E. Langmyer
Jeffrey S. Levine
Donald J. Liebentritt
Brian F. Litman
Walter Mahoney
Christopher Manis
John Manzi
Jerome P. Martin
Earl R. Maucker
Gina Mazzaferri
David R. Mayersky
Richard McGerald
Patrick Scott McKibben
Don W. Meek
Nancy A. Meyer
Eric Meyrowitz
Randy Michaels
Susan M. Mitchell
Paul Mitnick
Dan Mitrovich
John S. Moczulski
Richard D. Molchany
Roaldo W. Moran

# Tribune Conflict Check

Christopher C. Morrill
Robyn L. Motley
Robin Mulvaney
Gwen P. Murkami
Russ Newton
Tom Nork
Dennis G. O'Brien
Mike O'Connor
William C. O'Donovan
John T. O'Loughlin
Daniel O'Sullivan
Bert Ortiz
Rob T. Patton
Pamela S. Pearson
John F. Poelking
Scott G. Pompe
Andrea M. Pudliner
Myrna Ramirez
Robert S. Ramsey
Charles Ray
Justo Rey
Jack Rodden
Robert R. Rounce
Sheau-Ming Ross
Timothy Ryan
Naomi B. Sachs
Linda Schaible
Raymond J. Schonbak
Stephen G. Seidl
Henry M. Segal
Lynne A. Segall
Charles J. Sennet
Dinesh Shah
Patrick M. Shanahan
Shaun M. Sheehan
Sharon A. Silverman
Digby A. Solomon
Laurence J. Sotsky
Gerald A. Spector
Russ Stanton
William Stinehart, jr.
Scott Sullivan
Laura L. Tarvainen
Lou Tazioli
Clifford L. Teutsch
Doug Thomas
Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor

## Tribune Conflict Check

William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu

Tribune Conflict Check

Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.

Tribune Conflict Check

Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership
GSO Capital Partners  LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation

## Tribune Conflict Check

Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT
Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation

## Tribune Conflict Check

Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.
Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership

## Tribune Conflict Check

Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

Tribune Conflict Check

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd
(AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co

## Tribune Conflict Check

Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement

## Tribune Conflict Check

Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

Tribune Conflict Check

## **PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS**

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.

## Tribune Conflict Check

ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner

## Tribune Conflict Check

Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.

## Tribune Conflict Check

U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub,
LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon
Companies
Symbiont, L.P.

The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE
FOUNDATION
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Tribune Conflict Check

Camden Partners
Citadel
Sandelman
Suttonbrook

## COUNTERPARTIES TO RECENT
## SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.

21

Tribune Conflict Check

## AGENTS UNDER CREDIT
## AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.

## OFFICIAL COMMITTEE OF
## UNSECURED CREDITORS

JPMORGAN CHASE BANK, N.A.
MERRILL LYNCH CAPITAL
CORPORATION
DEUTSCHE BANK TRUST COMPANY
AMERICAS
WARNER BROS. TELEVISION
VERTIS, INC.
WILLIAM NIESE
PENSION BENEFIT GUARANTY
CORPORATION
WASHINGTON-BALTIMORE
NEWSPAPER GUILD, LOCAL 32035

# SCHEDULE 2

**List of Searched Entities With Whom Moelis Has A Connection**

Certain entities on Schedule 1 may have been debtors or represented on committees in prior cases where Moelis represented the debtor or a committee. Moelis may have provided in the past, may currently provide, and may seek to provide in the future investment banking services to entities listed on Schedule 1.

Certain entities on Schedule 1 or their affiliates have invested in Moelis' parent company and have investments in and commitments to fund Moelis' affiliated private equity fund.

None of such representations, engagements or business relationships are material to Moelis' provision of services pursuant to the engagement letter.