# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 295** |

## NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 3, 2009 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1. Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

(a) Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

(b) Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 11, 2008) (Docket No. 74)

(c) Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No. 126)

(d) Order Approving Supplemental Stipulation By and Between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-1(m)(v) (Entered January 27, 2009) (Docket No. 280)

Objection Deadline: December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline is extended to February 13, 2009 at 4:00 p.m. for the United States Trustee, JPMorgan, the members of the Senior Lender Steering Committee and the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status: This matter is adjourned to the February 20, 2009 omnibus hearing. This matter will not be going forward.

2. Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 139)

Related Document(s):

(a) Supplemental Affidavit of James F. Conlan in Support of Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc*, to the Petition Date (Filed January 23, 2009) (Docket No. 267)

      Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 27, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline has been further extended for the United States Trustee.**

Responses Received: None at this time.

Status: This matter is adjourned to the February 20, 2009 hearing. This matter will not be going forward.

3. Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 141)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until February 13, 2009 at 4:00 p.m. for the United States Trustee.

Responses Received: None at this time.

Status: This matter is adjourned to the February 20, 2009 hearing. This matter will not be going forward.

4. Application for an Order Authorizing Debtors to Employ and Retain Lazard Freres & Co. LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§ 327(a), 328(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 147)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline is further extended to 4:00 p.m. on February 4, 2009 for the United States Trustee.**

Responses Received: None at this time.

> Status: This matter is adjourned to the February 20, 2009 hearing. This matter will not be going forward.

5. Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

   Objection Deadline: January 27, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to February 13, 2009 at 4:00 p.m. for the United States Trustee.

   Responses Received: None.

   Status: With the consent of the United States Trustee, this matter is adjourned to the February 20, 2009 omnibus hearing. This matter will not be going forward.

## **RESOLVED MATTERS**

6. Mayra Cruz's Motion to Allow Modification of Employment Status (Filed January 9, 2009) (Docket No. 180)

   Related Document(s):

   (a) Notice of Hearing (Filed January 9, 2009) (Docket No. 181)

   (b) Letter from Mayra Cruz (Filed January 26, 2009) (Docket No. 272)

   (c) Letter of Acknowledgement and Confirmation of Payments (Received January 29, 2009) (TBD)

   Objection Deadline: January 27, 2009 at 4:00 p.m.

   Responses Received: None.

   Status: This matter is resolved. This matter will not be going forward.

## **UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION/COUNSEL**

7. Motion of Debtor KPLR, Inc. for an Order Authorizing the Filing Under Seal of Unredacted Version of Certain Exhibits to Motion for an Order Authorizing Entry into a Postpetition Local Marketing Agreement with Community Television of Missouri (Filed January 16, 2009) (Docket No. 247)

   Related Document(s):

   (a) Certification of No Objection (Filed January 29, 2009) (Docket No. 289)

4

    **(b)**     **Order Authorizing KPLR, Inc. to File Under Seal an Unredacted Version of the Exhibits to Motion for an Order Authorizing Entry Into a Postpetition Local Marketing Agreement with Community Television of Missouri (Entered January 30, 2009) (Docket No. 303)**

Objection Deadline: January 27, 2009 at 4:00 p.m.

Responses Received: None.

**Status:**     **The Court entered an Order granting the Motion. This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD

8.     Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 140)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 30, 2009 at 10:00 a.m. for the Official Committee of Unsecured Creditors and for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received: None.

    **Status:**   **The United States Trustee has provided informal comments regarding the Application to the Applicant. The parties are working to resolve the United States Trustee's concerns. Assuming the parties reach a consensual resolution, a revised form of order will either be bench filed at the hearing or filed under certification of counsel subsequent to the hearing.**

46429/0001-5259558v2

9. Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 142)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline has been further extended for the United States Trustee.**

    Responses Received: None.

    **Status: The United States Trustee has delivered informal comments with respect to the Application. The parties are working to resolve outstanding issues. This matter is adjourned to the February 20, 2009 omnibus hearing. This matter will not be going forward.**

10. Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 143)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received: None.

    **Status: The United States Trustee has provided informal comments regarding the Application to the Applicant. The parties are working to resolve the United States Trustee's concerns. Assuming the parties reach a consensual resolution, a revised form of order will either be bench filed at the hearing or filed under certification of counsel subsequent to the hearing.**

46429/0001-5259558v2

11. Application for an Order Authorizing the Debtors and Debtors in Possession to Employ and Retain Paul, Hastings, Janofsky & Walker LLP as Special Counsel for General Real Estate and Related Matters Pursuant to 11 U.S.C. § 327(e), *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 144)

    Related Document(s)

    (a) **Supplemental Affidavit and Disclosure of Richard A. Chesley on Behalf of Paul, Hastings, Jenofsky & Walker LLP (Filed February 2, 2009) (Docket No. 317)**

    Objection Deadline: January 8, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received: None.

    **Status: The United States Trustee raised informal comments with respect to the Application which have been resolved. A revised form of order will be presented at the hearing. This matter will be going forward.**

12. Application for an Order Authorizing Debtors and Debtors in Possession to Employ and Retain Reed Smith LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 145)

    Objection Deadline: January 8, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received: None.

    **Status: The United States Trustee has provided informal comments regarding the Application to the Applicant. The parties are working to resolve the United States Trustee's concerns. Assuming the parties reach a consensual resolution, a revised form of order will either be bench filed at the hearing or filed under certification of counsel subsequent to the hearing.**

46429/0001-5259558v2

13. Application for an Order Authorizing the Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 146)

   Objection Deadline: January 8, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

   Responses Received: None.

   **Status: The United States Trustee has provided informal comments regarding the Application to the Applicant. The parties are working to resolve the United States Trustee's concerns. Assuming the parties reach a consensual resolution, a revised form of order will either be bench filed at the hearing or filed under certification of counsel subsequent to the hearing.**

14. Application of Debtors for an Order Authorizing the Employment and Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel to the Debtors Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to the Petition Date (Filed January 7, 2009) (Docket No. 172)

   Related Document(s):

   (a) **Certification of Counsel Regarding Application of Debtors for an Order Authorizing the Employment and Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel to the Debtors Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to the Petition Date (Filed February 2, 2009) (Docket No. 316)**

   Objection Deadline: January 27, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

   Responses Received: None.

   **Status: A Certification of Counsel, together with a revised proposed form of order, was filed with the Court. This matter will not be going forward, unless otherwise directed by the Court.**

46429/0001-5259558v2

15. Debtors' Motion for an Order Authorizing the Debtors to (I) Implement a Severance Policy for Non-Union Employees and (II) Continue Severance Arrangements in Accordance with Collective Bargaining Agreements (Filed January 13, 2009) (Docket No. 208)

    Related Document(s):

    (a) Affidavit of Chandler Bigelow, III, in Support of Motion (Filed January 13, 2009) (Docket No. 208)

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received:

    (a) Response of Times Mirror Retirees to Motion by Debtors to Implement Severance Programs (Filed January 27, 2009) (Docket No. 277)

    Status: The Objection of the Times Mirror Retirees has been resolved and counsel for the Times Mirror Retirees will make a statement on the record. **A revised proposed order will be presented at the hearing.** This matter will be going forward.

16. Motion of the Debtors for an Order Authorizing, but not Requiring, the Debtors to Pay Prepetition Amounts Under Non-Insider Incentive Programs (Filed January 13, 2009) (Docket No. 209)

    Related Document(s):

    (a) Affidavit of Chandler Bigelow, III, in Support of Motion (Filed January 13, 2009) (Docket No. 209)

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received:

    **(a) Response of the United States Trustee to the Motion of the Debtors for an Order Authorizing, but not Requiring, the Debtors to Pay Prepetition Amounts Under Non-Insider Incentive Programs (Docket Entry # 209) (Filed February 2, 2009) (Docket No. 314)**

**Status:** **This matter will be going forward.**

17. Application for an Order Authorizing Debtors to Employ and Retain Jones Day as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed January 15, 2009) (Docket No. 235)

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

    Responses Received: None.

    **Status: The United States Trustee has provided informal comments regarding the Application to the Applicant. The parties are working to resolve the United States Trustee's concerns. Assuming the parties reach a consensual resolution, a revised form of order will either be bench filed at the hearing or filed under certification of counsel subsequent to the hearing.**

18. Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Filed January 16, 2009) (Docket No. 242)

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline has been further extended for the United States Trustee.**

    Responses Received: None.

    **Status: The United States Trustee has delivered informal comments and questions to the Official Committee of Unsecured Creditors (the "Committee") with respect to the Application. The Committee is working with the United States Trustee to resolve any outstanding issues. This matter is adjourned until the February 20, 2009 omnibus hearing. This matter will not be going forward.**

46429/0001-5259558v2

19. Application of the Official Committee of Unsecured Creditors of Tribune Company, *et al.*, Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bank. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008 (Filed January 16, 2009) (Docket No. 243)

   Objection Deadline: January 27, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline has been further extended for the United States Trustee.**

   Responses Received: None.

   **Status: The United States Trustee has delivered informal comments and questions to the Official Committee of Unsecured Creditors (the "Committee") with respect to the Application. The Committee is working with the United States Trustee to resolve any outstanding issues. This matter is adjourned until the February 20, 2009 omnibus hearing. This matter will not be going forward.**

20. The Official Committee of Unsecured Creditors' Motion to Limit Creditor Access to Confidential and Privileged Information *Nunc Pro Tunc* to the Formation Date and to Establish Related Procedures Pursuant to Bankruptcy Code Sections 105(a), 1102(b)(3) and 1103(c) (Filed January 16, 2009) (Docket No. 244)

   Objection Deadline: January 27, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

   Responses Received: None.

   Status: The United States Trustee has delivered informal comments and questions to the Official Committee of Unsecured Creditors (the "Committee") with respect to the Motion. The Committee is working with the United States Trustee to resolve any outstanding issues. This matter will be going forward.

21. Application of the Official Committee of Unsecured Creditors of Tribune Company, *et al.*, Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bank. P. 2014, for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP, as Financial Advisor, *Nunc Pro Tunc* to December 19, 2008 (Filed January 16, 2009) (Docket No. 245)

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon). **On consent of the parties, the Objection Deadline has been further extended for the United States Trustee.**

    Responses Received: None.

    **Status: The United States Trustee has delivered informal comments and questions to the Official Committee of Unsecured Creditors (the "Committee") with respect to the Application. The Committee is working with the United States Trustee to resolve any outstanding issues. This matter is adjourned until the February 20, 2009 omnibus hearing. This matter will not be going forward.**

22. Motion of Debtor KPLR, Inc. for an Order Authorizing Entry into a Postpetition Local Marketing Agreement with Community Television of Missouri (Filed January 16, 2009) (Docket No. 246)

    Related Document(s):

    (a) Motion to Shorten the Notice Period for Motion of Debtor KPLR, Inc. for an Order Authorizing Entry Into a Postpetition Local Marketing Agreement with Community Television of Missouri (Filed January 16, 2009) (Docket No. 248)

    (b) Order Shortening the Notice Period for Motion of Debtor KPLR, Inc. for an Order Authorizing Entry Into a Postpetition Local Marketing Agreement with Community Television of Missouri (Entered January 21, 2009) (Docket No. 262)

    (c) Notice of Filing (I) Revisions to Exhibit A to Motion of Debtor KPLR, Inc. for an Order Authorizing Entry Into a Postpetition Local Marketing Agreement with Community Television of Missouri and (II) Revised Proposed Form of Order Authorizing Entry Into a Postpetition Local Marketing Agreement with Community Television of Missouri (Filed January 29, 2009) (Docket No. 290)

(d) **Certification of Counsel Regarding Motion of Debtor KPLR, Inc. for an Order Authorizing Entry into a Postpetition Local Marketing Agreement with Community Television of Missouri (Filed February 2, 2009) (Docket No. 315)**

Objection Deadline: January 29, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

Responses Received: None.

**Status:** **A Certification of Counsel, together with a revised proposed form of Order, was filed with the Court. This matter will not be going forward, unless otherwise directed by the Court.**

Dated: February 2, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131

Proposed Attorneys for Debtors and
Debtors In Possession