# EXHIBIT B

*List of Leases and Subleases*

46429/0001-5318846v1

Milm Contacts

| Property Name | Property Street | Grouping | Property Type | Contact Type | Contact Name | Company | Street | City | State | Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Lisle Tribune | 1936 University Lane, Suite #A | CHI Trib | Lease | Landlord | Steven Poulos | 1936 University Bridge LLC | c/o Bridge Development Partners, LLC 700 Commerce Drive | Oakbrook | IL | 60523 |
| Lisle Tribune | 1936 University Lane, Suite #A | CHI Trib | Lease | Remittance | | 1936 University Bridge LLC | c/o Bridge Development Partners, LLC 700 Commerce Drive | Oakbrook | IL | 60523 |
| Lisle Tribune | 1936 University Lane, Suite #A | CHI Trib | Lease | Landlord Copy | | Gould Law Office P.C. | Attn: Shepard Gould 33 West Monroe Street, Suite 270 | Chicago | IL | 60603 |
| Los Angeles 1201 Mateo St | 1201 Mateo St. | LA Times | Lease | Landlord | Fay Lengyel | Thrifty Oil Co. | 13116 IMPERIAL HIGHWAY | Santa Fe Springs | CA | 90670 |
| Los Angeles 1201 Rey Rey | 1201 Mateo St. | LA Times | Sublease | SubTenant | Manuel Reynoso | Rey & Rey Produce, Inc. | 722 S. Alameda St. | Los Angeles | CA | 90021 |
| West Palm Beach 1500 N Fl | 1500 North Florida Mango Road | Sun Sentinel | Lease | Landlord | Don Mallasky | DCM & Associates | 1300 N Florida Mango Rd. Suite 15 | West Palm Beach | FL | 33409 |
| Santa Monica 3340 Ocean P | 3340 Ocean Park Blvd. | TMS | Lease | Landlord | | CA-Santa Monica Business P | | | | |
| Santa Monica 3340 Ocean P | 3340 Ocean Park Blvd. | TMS | Lease | Property Manager | Kara Russell | Equity Office | 3200 Ocean Park Boulevard, Suite 100 | Santa Monica | CA | 90405 |
| Santa Monica 3340 Ocean P | 3340 Ocean Park Blvd. | TMS | Lease | Remittance | Lazette Smith | Equity Office Properties | Dept 15342 P.O. Box 61046 | Los Angeles | CA | |
| Santa Monica LDICA | 3340 Ocean Park Blvd. | TMS | Sublease | Billing | Lila Shimskie | LDI | 50 Jericho Quad, Suite 105 | Jericho | NY | 11753 |
| Santa Monica LDICA | 3340 Ocean Park Blvd. | TMS | Sublease | Subtenant Copy | | LDI Color ToolBox | 50 Jericho Quadrangle | Jericho | NY | 11753 |
| Santa Monica LDICA | 3340 Ocean Park Blvd. | TMS | Sublease | Subtenant | Barry Bunsis | LDICA, LLC. | Attn: Operations Manager 6704 Valjean Avenue | Van Nuys | CA | 91406 |