# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[1]

          Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Related to Docket No. 140**

## SUPPLEMENTAL DECLARATION OF THOMAS E. HILL IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS RESTRUCTURING ADVISORS

STATE OF ILLINOIS      )
                          )    ss:
COUNTY OF COOK      )

I, Thomas E. Hill, declare as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.      I am Managing Director with Alvarez & Marsal North America, LLC (together with its wholly owned subsidiaries (all of which are owned by Alvarez & Marsal North America, LLC's parent company and employees), agents, independent contracts and employees, "A&M"), a financial advisory services firm with numerous offices throughout the country.

2.      I submit this supplemental declaration on behalf of A&M (the "Supplemental Declaration") in support of the Application of the Debtors Pursuant to 11 U.S.C. § 327(a) for Entry of an Order Authorizing the Employment and Retention of Alvarez & Marsal North America, LLC as Restructuring Advisors, *Nunc Pro Tunc* to the Petition Date was filed with the Court (the "Application")[2] (Docket No. 140).

3.      In conjunction with certain discussions A&M has had with the Office of the United States Trustee regarding the Application, A&M agreed to file this Supplemental Declaration to supplement paragraph 21 in my declaration which was filed with the Application (the "Original Declaration"). Specifically, as set forth in the Original Declaration, I disclosed that "during the ninety day period prior to the Petition Date, A&M received approximately $1,050,000.00 from the Debtors for professional services performed and expenses incurred." *See* Original Declaration at ¶ 21. In addition, I stated that "A&M's current estimate is that it has received unapplied advance payments from the Debtors in excess of pre-petition billings in the amount of $350,000." *Id.* Attached hereto as Exhibit 1 is a table reflecting further detail with respect to the actual amounts received by A&M from the Debtors within the ninety day period prior to the Petition Date. According to A&M's books and records and to the best of my knowledge, the attached represents all payments received by A&M from the Debtor during such ninety day period.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

4.    This Supplemental Declaration is made without prejudice to A&M's rights

to supplement further its disclosures in the Debtors' chapter 11 cases.


I declare under penalty of perjury that the foregoing is true and correct.

Thomas E. Hill

3

EXHIBIT 1

Tribune Company
Alvarez & Marsal North America, LLC
Prepetition Billing Information

| Bill Date | Item | Fees | Expenses | Total Fee & Expenses / Total | Wire Received |
|---|---|---|---|---|---|
| 11/21/2008 | Initial Retainer | | | $350,000 | 11/24/2008 |
| 12/4/2008 | Added Retainer* | | | $10,116 | 12/4/2008 |
| | Total Retainer | | | $360,116 | |
| | | | | Total Fee & Expenses | |
| 11/24/2008 | Bill #1 (for period Nov 11 through 21, 2008) | $354,930 | $4,160 | $359,090 | 12/1/2008 |
| 12/4/2008 | Bill #2 (for period Nov 22 through Dec 7, 2008*) | $689,261 | $9,075 | $698,336 | 12/4/2008 |
| | Total Billings (excluding Retainer) | $1,044,191 | $13,235 | $1,057,426 | |

* Fees and expenses for the period finalized for the estimated amount billed, with the difference of $10,116 added to the retainer.