IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | |
| TRIBUNE COMPANY, et al. | * | Case No. 08-13141 KJC<br>(Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR NOTICES

ROBERT L. HANLEY, JR. and NOLAN, PLUMHOFF & WILLIAMS, CHARTERED, hereby request on behalf of St. John Properties, Inc., Creditor, that all notices in this case be mailed to the following, pursuant to Federal Bankruptcy Rules of Procedure 2002, 3017, 4001, 9007 and 9010 (b), Bankruptcy Code Sections 11 USC 102 (1), 342, & 1109 (b):

> St. John Properties, Inc.
> c/o Robert L. Hanley, Jr., Esquire
> Nolan, Plumhoff & Williams, Chartered
> Suite 700, Nottingham Centre
> 502 Washington Avenue
> Towson, Maryland 21204
> *e-mail address: rhanley@nolanplumhoff.com*

Enter the name of the above Counsel on the general matrix in this case and on all special or limited matrices, and the above further requests that notices of all papers, whether given pursuant to Federal Rules of Bankruptcy Procedure 2002 or otherwise, including but not limited to orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, plans, answering, and replying papers, and notices of all hearings or other proceedings, whether transmitted by mail, delivery, telephone, telefax, or otherwise relating to any and all issues in these proceedings.

Dated: January 29, 2009

ROBERT L. HANLEY, JR.
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, Maryland 21204
(410) 823-7800
*rhanley@nolanplumhoff.com*