## CERTIFICATE OF SERVICE

I, ROBERT L. HANLEY, JR., hereby certify that on the 29th day of January, 2009, I caused the foregoing Request for Notices to be served upon the parties on the attached service list by first-class mail:

Kenneth P. Kansa, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603

Howard Seife, Esquire
David M. Lemay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Joseph McMahon, Esquire
Office of the United States Trustee
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19801

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole Shotz Meisel Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

_/s/ Robert L. Hanley_
ROBERT L. HANLEY, JR.