# **EXHIBIT B**

## CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT

This Confidentiality Agreement and Nondisclosure Agreement ("Agreement") is hereby entered into as of _____ by and between the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company and its affiliated debtors and debtors-in-possession (the "Debtors") and [INSERT CREDITOR NAME] ("Creditor").

### WITNESSETH

WHEREAS, Creditor has made a Request for Confidential Information[1] and/or Committee Confidential Information pursuant to the Order Regarding Creditor Access to Information and Setting and Fixing Creditor Information Sharing Procedures and Protocols Under 11 U.S.C. §§ 105(a), 1102(b)(3) and 1103(c) (the "Protocol Order");

WHEREAS, this Agreement is intended to facilitate the delivery of Confidential Information and/or Committee Confidential Information from the Debtors or the Committee to Creditor and to establish Creditor's rights and obligations with respect to such information.

NOW THEREFORE, in consideration of the foregoing, and as a condition to the Committee providing such Confidential Information and/or Committee Confidential Information to Creditor, the Committee and Creditor hereby agree as follows:

1. With respect to Confidential Information and/or Committee Confidential Information disclosed under this Agreement, the party receiving Confidential Information and/or Committee Confidential Information shall:

    a. hold the Confidential Information and/or Committee Confidential Information in confidence, exercising a degree of care not less than the care used by receiving party to protect its own proprietary or confidential information that it does not wish to disclose;

    b. restrict disclosure of the Confidential Information and/or Committee Confidential Information solely to the [CREDITOR], its affiliates, and its and their directors, officers, employees, and/or agents/consultants, with a need to know and not disclose it to any other person;

    c. advise those persons to whom the Confidential Information and/or Committee Confidential Information is proposed to be disclosed of their obligations with respect to

---

[1] All capitalized terms not herein defined shall have the same meaning as ascribed to them in the Protocol Order, a copy of which is attached hereto as Exhibit 1.

698.000-24224.DOC

      the Confidential Information and/or Committee Confidential Information; and

   d. use the Confidential Information and/or Committee Confidential Information only in a manner approved in writing by the Committee.

  2. The Confidential Information and the Committee Confidential Information shall be deemed the property of the Committee and, upon written request, the Creditor shall return to the Committee, or destroy all Confidential Information and/or Committee Confidential Information received in tangible form or will destroy or erase such Confidential Information and/or Committee Confidential Information if it is recorded on an erasable storage medium, all such Confidential Information and/or Committee Confidential Information, except in each case as required by law, rule, regulation or internal document retention policies for compliance purposes. If Creditor loses or makes an unauthorized disclosure of any Confidential Information and/or Committee Confidential Information, it shall notify the Committee promptly and use reasonable efforts to retrieve the lost or wrongfully disclosed Confidential Information and/or Confidential Committee Information.

  3. The Creditor shall have no obligation to preserve the proprietary nature of such Confidential Information and/or Committee Confidential Information which:

   a. was lawfully in Creditor's possession at the time of the disclosure and was obtained free of any obligation to keep it confidential;

   b. is or becomes publicly available other than by a breach of this Agreement;

   c. is developed by or on behalf of such party independent of any Confidential Information and/or Committee Confidential Information;

   d. is received from a third party whose disclosure to the knowledge of the party, after due inquiry, does not violate any confidentiality obligation; or

   e. is disclosed, in accordance with and subject to paragraph 4 hereof, pursuant to the requirement or request of a duly empowered governmental, regulatory or supervisory agency or authority or court of competent jurisdiction to the extent such disclosure is required by a valid law, regulation, rule or court order.

4. In the event that Creditor (or one of their agents or professionals) is requested or required (by oral questions, interrogatories, requests for information or documents, subpoena, or any other process employed in connection with a judicial, investigatory or administrative proceeding) to disclose any Confidential Information, and subject in all cases to the second sentence of this paragraph 4, it is agreed that the party will give the Committee and the Debtors notice of any such request or requirement within five (5) calendar days so that the Debtors and/or the Committee may seek an appropriate protective order or other remedy to assure that the Confidential Information will be accorded confidential treatment. Nothing herein shall prevent disclosure of Confidential Information if such disclosure is permitted or required by an administrative or judicial order.

5. In the event that the Creditor seeks or intends to offer into evidence or otherwise use Confidential Information, then the Creditor shall first seek an order providing that such information shall be filed under seal and shall give notice of such motion to the Committee or the Debtors. If the Court denies Creditors' request for an order authorizing such information to be filed under seal, then using the Confidential Information as proposed in the notice shall not constitute a breach of this agreement.

6. This Agreement shall benefit and be binding upon the parties hereto and with each party's written consent their respective successors and assigns.

7. This Agreement shall be governed by and construed in accordance with the laws of the State of Delaware without regard to choice of law principles and shall be subject to the jurisdiction of the Bankruptcy Court.

8. This Agreement shall become effective as of the date executed by all parties to the Agreement and shall terminate upon the earlier of the closing or dismissal of the Debtors' cases, except as may otherwise be ordered by the Court.

9. The parties acknowledge that in the event of an unauthorized disclosure, the damages incurred by the Debtors or the Committee may be difficult if not impossible to ascertain, and that the Debtors or the Committee may seek injunctive relief as well as monetary damages against the Creditor for breaches this Agreement.

10. The Creditor acknowledges that it is aware and will advise its representatives that the United States securities laws restrict persons with material non-public information about a company obtained directly or indirectly from that company from purchasing or selling securities of such company and from communicating such information to any other person under circumstances in which it is reasonably foreseeable that such person is likely to purchase or sell such securities.

11. This Agreement constitutes the entire understanding between the parties with respect to the Confidential Information and/or Committee Confidential Information provided hereunder. No amendment or modification of this Agreement shall be valid or binding on the parties unless made in writing and executed on behalf of each party by its duly authorized representative.

        12.    This Agreement may be executed in one or more counterparts each of which shall be deemed an original, but all of which together shall constitute one and the same agreement. Facsimile signatures to this Agreement shall be deemed to be binding upon the parties.

        13.    Each party represents that it has caused this Agreement to be executed on its behalf as of the date written below by a representative empowered to bind that party with respect to the undertakings and obligations contained herein.

Executed and effective this ___ day of _____, 2009.