## EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                               :    Chapter 11
                                                     :
TRIBUNE COMPANY, et al.,                             :    Case No. 08-13141 (KJC)
                                                     :
        Debtors.                                     :    Jointly Administered
                                                     :
---------------------------------------------------- x

## ORDER GRANTING RELIEF FROM THE AUTOMATIC
## STAY TO COMCAST CABLE COMMUNICATIONS, LLC

Upon consideration of the motion (the "Motion") of Comcast Cable

Communications, LLC ("Comcast") seeking relief from the automatic stay pursuant to section

362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), to allow it to provide

notice of non-renewal of that certain affiliation agreement (the "Agreement") between Comcast,

as successor-in-interest to Satellite Sports Services, Inc., and ChicagoLand Television News,

Inc., ("ChicagoLand") one of the above-captioned debtors, f/k/a Tribune Regional Programming,

Inc.; and due and adequate notice of the Motion having been given; and it appearing that no other

or further notice need be provided; and sufficient cause appearing therefore, it is hereby:

### ORDERED, ADJUDGED, AND DECREED that:

1.      The Motion is granted.

2.      Capitalized terms not otherwise defined herein shall have the meanings ascribed

to such terms in the Motion.

3.      Comcast is granted relief from the automatic stay of section 362 of the

Bankruptcy Code in order to provide the Termination Notice to ChicagoLand with respect to the

Agreement.

4.    This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
       February __, 2009


                                        _____
                                        THE HONORABLE KEVIN J. CAREY
2715202                                 UNITED STATES BANKRUPTCY JUDGE