IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------ x
In re:                                           : Chapter 11
                                                 :
                                                 : Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                         :
                                                 : Jointly Administered
    Debtors.                                     :
                                                 : **Hearing Date: February 20, 2009 at 10:00 a.m.**
                                                 : **Objection Deadline: February 13, 2009 at 10:00 a.m.**
                                                 :
------------------------------------------------ x

## NOTICE OF MOTION OF COMCAST CABLE COMMUNICATIONS, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO DELIVER NOTICE OF NON-RENEWAL OF AFFILIATION AGREEMENT

PLEASE TAKE NOTICE that on February 3, 2009, the undersigned attorneys filed on behalf of Comcast Cable Communications, LLC ("Comcast") the Motion of Comcast Corporation For Relief From the Automatic Stay to Deliver Notice of Non-Renewal of Affiliation Agreement (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, DE 19801 and served upon, so as to actually be received by the undersigned counsel, on or before February 13, 2009 at 4:00 p.m..

PLEASE TAKE FURTHER NOTICE that if an objection is properly filed in accordance with the above procedure, a hearing on the Motion will be held before the Honorable Kevin J. Carey on February 20, 2009 at 10:00 a.m. Only those objections made in response to the Motion will be heard.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
February 3, 2009

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Co-Counsel for Comcast Corporation

2715202