# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: February 3, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Hiller / Joy Tetalbaum | Draper's Goldberg / Tetalbaum & Baskin | Retiree Claimants |
| Adam Landis | Landis Rath & Cobb LLP | Creditors Committee |
| David La Hay | Chadbourne & Parke LLP | " |
| Norman Pernick | Cole Schotz | Debtors |
| Kevin Lantry | Sidley Austin | Debtors |
| Don Goulez | Donald L. Goulez, LLC | 1500 local 4 St. Louis |
| Jeffrey Wisler | Connolly Bove | Current Source |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 02/03/2009
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-131141 | Hearing | 2633014 | Laura J. Eisele | 248-204-0675 | AlixPartners, LLC | Client, Alix Partners / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2634653 | Anna Kalenchits | 212-723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2629356 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632557 | Justin Gordon | 310-903-5019 | Cerberus California | Interested Party, Cerberus California / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2632063 | Patricia Smoots | (312) 750-2759 | McGuireWoods LLP | Interested Party, Nielsen Co. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632127 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2632650 | Don Liebentritt | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632632 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632658 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632672 | Nils Larsen | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2632852 | Zachary Lewis | 212-835-5980 | Zachary Lewis In Pro Per. | In Propria Persona, Zachary Lewis / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2632667 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2629295 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LIVE |

Erika Orozco

CourtConfCal2006

Page 1 of 2