UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re

TRIBUNE COMPANY, et al.,

Debtors.

Chapter 11
Case Nos. 08-13141 (KJC)

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Jay Teitelbaum to represent the Parties referenced in the First Amended Verified Statement Of Teitelbaum & Baskin LLP, Pursuant To Bankruptcy Rule 2019(a) (Docket No. 188) in this action.

Dated: January 30, 2009
Wilmington, Delaware

Respectfully submitted,

DRAPER & GOLDBERG, PLLC

/s/ Adam Hiller
Adam Hiller (DE No. 4105)
1500 North French Street, 2nd Floor
Wilmington, Delaware 19801
(302) 339-8776 telephone
(302) 213-0043 facsimile

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of New York and pursuant to Local Rule 9010-1 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Jay Teitelbaum
Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP, Counselors at Law
3 Barker Avenue, Third Floor
White Plains, New York 10601
(512) 474-1554 telephone
(512) 474-1579 facsimile

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date February 3, 2009

United States Bankruptcy Judge