UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | CASE NO. 08-13141 (KJC) |
| | : | |
| DEBTORS | : | |
| | : | JOINTLY ADMINISTERED |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for United HealthCare Insurance Company, a creditor and party-in-interest in the above-captioned matter.

Pursuant to 11 U.S.C. § 1109(b) and Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plans, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Julie A. Manning, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, Connecticut 06103-1919
> (860) 251-5613
> bankruptcy@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules, but

any and all applications, motions, petitions, pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telex, telecopy, facsimile or otherwise, that affect the Debtor or the property of the Debtor.

Dated at Hartford, Connecticut, this 4th[th] day of February, 2009.

By: /s/ Julie A. Manning
    Julie A. Manning
    Shipman & Goodwin LLP
    One Constitution Plaza
    Hartford, CT  06103-1919
    Tel:  (860) 251-5613
    Fax: (860) 251-5218

528330 v.01 S1