**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY**, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Jones Lang LaSalle Americas (Illinois), L.P. ("Jones Lang") hereby appears by its counsel, Joseph D. Frank and Frank/Gecker LLP; such counsel hereby enters his appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following person at the following address, telephone number, facsimile number and email address:

Joseph D. Frank
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60654
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
jfrank@fgllp.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the right of Jones Lang (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Jones Lang; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Jones Lang may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Jones Lang expressly reserves.

| | |
|---|---|
| Dated: February 4, 2009 | JONES LANG LASALLE AMERICAS (ILLINOIS), L.P. |
| | By: ___/s/ Joseph D. Frank___ |

Joseph D. Frank (IL ARDC # 6216085)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois 60654
Telephone:    (312) 276-1400
Facsimile:    (312) 276-0035

## **CERTIFICATE OF SERVICE**

The undersigned attorney states that on **February 4, 2009**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed electronically.  Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's CM/ECF system.  In addition, copies were served via first class mail, proper postage prepaid, upon the parties listed below:

| **Debtors' Counsel** | **Debtors' Counsel** |
|:---:|:---:|
| Bryan Krakauer | J. Kate Stickles |
| James F. Conlan | Norman L. Pernick |
| SIDLEY AUSTIN LLP | Patrick J. Reilly |
| One South Dearborn Street | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD |
| Chicago, Illinois  60603 | 1000 North West Street, Suite 1200 |
| *Telephone:  (312) 853-7000* | Wilmington, Delaware  19801 |
| *Facsimile:  (312) 853-7036* | *Telephone:  (302) 295-4862* |
| bkrakauer@sidley.com; jconlan@sidley.com | *Facsimile:  (302) 652-3117* |
|  | kstickles@coleschotz.com; |
|  | bankruptcy@coleschotz.com; |
|  | preilley@coleschotz.com |
| **United States Trustee** | **Counsel for Official Committee of Unsecured Creditors** |
| OFFICE OF THE UNITED STATES TRUSTEE | Adam G. Landis |
| 844 King Street | Kerri K. Mumford |
| Room 2207 | Matthew B. McGuire |
| Lockbox 35 | LANDIS RATH & COBB LLP |
| Wilmington, Delaware  19899-0035 | 919 Market Street, Suite 1800 |
| *Telephone:  (302) 573-6491* | Wilmington, Delaware  19801 |
|  | *Telephone:  (302) 467-4400* |
|  | *Facsimile:  (302) 467-4450* |
|  | landis@lrclaw.com; mumford@lrclaw.com; |
|  | mcguire@lrdlaw.com |

By:  */s/ Joseph D. Frank*

# Mailing Information for Case 08-12847-MFW

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis    taskounis@askounisdarcy.com
- John M. August    jaugust@herrick.com, courtnotices@herrick.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- William E. Chipman    wchipman@eapdlaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
- Angie M. Cowan    cowan@ask-attorneys.com
- John D. Demmy    jdd@stevenslee.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Margaret Fleming England    mengland@eckertseamans.com
- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com
- John V. Fiorella    jfiorella@archerlaw.com
- Heather Marie Fossen Forrest    hforrest@jw.com
- Scott Golden    sagolden@hhlaw.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    adamh@drapgold.com
- Jennifer R. Hoover    jhover@beneschlaw.com, bankruptcy@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;svandyk@beneschlaw.com
- Joseph H. Huston    jhh@stevenslee.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- William M. Kelleher    wmk@elliottgreenleaf.com
- Bryan Krakauer    bkrakauer@sidley.com
- Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com
- Robert W. Mallard    mallard.robert@dorsey.com
- Katharine L. Mayer    kmayer@mccarter.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
- Rachel B. Mersky    rmersky@monlaw.com
- Curtis S. Miller    cmiller@mnat.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Sheryl L. Moreau    deecf@dor.mo.gov
- Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com

- Jami B. Nimeroff    jnimeroff@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    parikh@lrclaw.com, dero@lrclaw.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com
- Dana S. Plon    dplon@sirlinlaw.com
- Leigh-Anne M Raport    raportl@pepperlaw.com, lanoc@pepperlaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Frederick Brian Rosner    fbrosner@duanemorris.com, fbrosner@duanemorris.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- James E. Sorenson    jsorenson@wggdlaw.com, bk@wggdlaw.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Pamela K. Webster    pwebster@buchalter.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- William Douglas White    wdw@mccarthywhite.com
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
- Jeffrey C. Wisler    jwisler@cblh.com

{ JLL / 001 / 00016464.DOC / 2}    2