IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                                              :   Chapter 11
                                                    :
                                                    :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,                            :
                                                    :   Jointly Administered
         Debtors.                                   :
---------------------------------------------------- 

### NOTICE OF SERVICE [RE: D.I. 333]

PLEASE TAKE NOTICE that on February 3, 2009, copies of the **Motion of Comcast Cable Communications, LLC for Relief From The Automatic Stay to Deliver Notice of Non-Renewal of Affiliation Agreement** (D.I. 333, Filed 2/3/09) were served in the manner indicated upon the parties identified on the attached service list.

Dated: Wilmington, Delaware
       February 5, 2009

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Co-Counsel for Comcast Corporation

2719641.1