IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANIES, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13141-KJC |

## NOTICE OF FIRM CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective January 30, 2009, Elliott Greenleaf relocated its Wilmington office to the following address:

> 1105 North Market Street
> Suite 1700
> Wilmington, DE 19801
> Telephone: 302-384-9400
> Facsimile: 302-384-9399

Dated: February 6, 2009

ELLIOTT GREENLEAF

William M. Kelleher (DE Bar No. 3961)
1105 North Market Street
Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: wmk@elliottgreenleaf.com

*Local Counsel for CoreStaff Services*