## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141-KJC** |
| Debtors. | **Jointly Administered** |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On February 4, 2009, I caused to be served the "Order Authorizing the Debtors to (I) Implement a Severance Policy for Non-Union Employees and (II) Continue Union Severance Arrangements," dated February 4, 2009, [Docket No. 340], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes to be delivered via fist class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Severance Order D.I. 340_Aff 2-4-09.doc

3.        All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Diane Streany     
Diane Streany

Sworn to before me this
5th day of February, 2009
/s/ Time Darden
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
My Commission Expires January 5, 2013

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ACXIOM CORPORATION | ATTN: C.B. BLACKARD, III, CORPORATE COUNSEL,301 E. DAVE WARD DRIVE,P.O. BOX 2000, CONWAY, AR 72033-2000 |
| AGFA CORPORATION | ATTN: CHRISTOPHER M. SANTOMASSIMO,100 CHALLENGER ROAD, RIDGEFIELD PARK, NJ 07660 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN,230 W MONROE ST, STE 2600,(COUNSEL TO IAM LODGE NO. 126), CHICAGO, IL 60606 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ.,300 DELAWARE AVE, STE 1370,(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR,LEASING CO.), WILMINGTON, DE 19801 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ.,401 NORTH MICHIGAN AVENUE, STE 550,(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC), CHICAGO, IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT,BANK OF AMERICA STRATEGIC SOLUTIONS,MAIL CODE: IL1-231-11-19,231 SOUTH LASALLE STREET, CHICAGO, IL 60604 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP,200 PARK AVENUE,ATTN: US CLIENT VALUATIONS GROUP, NEW YORK, NY 10166 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729),155 FEDERAL ST, 9TH FL,(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.), BOSTON, MA 02110 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER,ESQ.,(COUNSEL TO WILMINGTON TRUST COMPANY),222 DELAWARE AVENUE, SUITE 801, WILMINGTON, DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE,(COUNSEL TO WILMINGTON TRUST COMPANY),200 PUBLIC SQUARE SUITE 2300, CLEVELAND, OH 44114-2378 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON,COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER,115 SOUTH ANDREWS AVENUE, FORT LAUDERDALE, FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.,(COUNSEL TO WILMINGTON TRUST COMPANY),SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ.,(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS,AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS,PRODUCTIONS LLLP),4 EAST 8TH STREET, SUITE 400, WILMINGTON, DE 19801 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER,1000 WILSHIRE BOULEVARD, SUITE 1500,(COUNSEL TO SONY PICTURES TELEVISION), LOS ANGELES, CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.,333 MARKET STREET, 25TH FL,(COUNSEL TO ORACLE USA, INC.), SAN FRANCISCO, CA 94105-2126 |
| CANON USA, INC | ATTN RUTH WIENSTEIN,1 CANON PLAZA, NEW HYDE PARK, NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ.,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CHADBOURNE & PARKE LLP | PROPOSED COUNSEL TO THE UNSECURED CREDITORS' CO,ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E,DEUTSCH,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| CITICORP NORTH AMERICA, INC | ATTN: TIM DILLWORTH,450 MAMARONECK AVENUE, SUITE A, HARRISON, NY 10528-2402 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION &,RADIO ARTISTS,ATTN BABETTE A CECCOTI,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ.,MARC J. PHILLIPS, ESQ.,THE NEMOURS BUILDING,1007 NORTH ORANGE STREET; PO BOX 2207, WILMINGTON, DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ.,(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &,RADIO ARTISTS; INT'L UNION, UNITED AUTOMOBILE,AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF,AMERICA "UAW"),1000 WEST STREET, 10TH FLOOR, WILMINGTON, DE 19801 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,LOCAL 32035, TNG-CWA,ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS,919 NORTH MARKET STREET 11TH FLOOR, WILMINGTON, DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE,(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA,LIMITED LIABILITY COMPANY),4750 VON KARMAN AVENUE, NEWPORT BEACH, CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ.,(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS,AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS,PRODUCTIONS LLLP,590 MADISON AVENUE, 19TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| DAVIS POLK & WARDELL | ATTN: DONALD S. BERNSTEIN, ESQ.,JAMES A. FLORACK, ESQ.,DAMIAN S. SCHAIBLE, ESQ.,450 LEXINGTON AVENUE,(COUNSEL TO JPMORGAN CHASE BANK, N.A.), NEW YORK, NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT,GLOBAL TRANSACTION BANK TRUST &SEC. SERV,25 DEFOREST AVE, MAIL STOP: SUM01-0105, SUMMIT, NJ 07901 |
| DORSEY & WHITNEY (DELAWARE) LLP | ATTN: ERIC LOPEZ SCHNABEL, ESQ.,ROBERT W. MALLARD, ESQ.,1105 NORTH MARKET STREET, 16TH FLOOR,(COUNSEL TO AGFA), WILMINGTON, DE 19801 |
| DORSEY & WHITNEY LLP | ATTN: ANTHONY DAVIS, ESQ.,97 ROUTE 17 SOUTH,(COUNSEL TO AGFA), PARAMUS, NJ 07652 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES,(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST,AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN,LLP),1500 NORTH FRENCH STREET, 2ND FLOOR,19801, |
| DUANE MORRIS LLP | FREDERICK B. ROSNER, ESQ.,1100 NORTH MARKET STREET, SUITE 1200,(COUNSEL TO INTELSAT CORPORATION), WILMINGTON, DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE,(COUNSEL TO THE NIELSEN COMPANY),300 DELAWARE AVENUE, SUITE 1210, WILMINGTON, DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ.,WILLIAM E. CHIPMAN, JR., ESQ.,919 N. MARKET ST, STE 1500,(COUNSEL TO BARCLAYS BANK PLC), WILMINGTON, DE 19801 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES,ATTN WILLIAM M KELLEHER,1000 WEST STREET SUITE 1440, WILMINGTON, DE 19899 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION,THE VITEC GROUP PLC,(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,INC., NUCOMM, INC., AND RF CENTRAL, LLC), HACKETTSTOWN, NJ 07840 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR.,75 FEDERAL ST, 9TH FL,(COUNSEL TO COMCAST SPOTLIGHT & COMCAST), BOSTON, MA 02110 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES,ATTN JAN I BERLAGE,201 NORTH CHARLES STREET, BALTIMORE, MD 21201 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ.,FOUR EMBARCARCADERO CENTER, STE 4000,(COUNSEL TO CATELLUS DEVELOPMENT CORP.), SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III,1025 W. NASA BLVD,MAIL STOP A-11A, MELBOURNE, FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION,ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.,TWO PARK AVENUE, NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL,11311 CHINDEN BLVD.,MAILSTOP 314, BOISE, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY,2125 E. KATELLA AVE.,SUITE 400, ANAHEIM, CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.,875 THIRD AVENUE,(COUNSEL TO ABITIBI BOWATER, INC., ABITBI,CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;,DOW JONES & COMPANY), NEW YORK, NY 10022 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER,TWO LINCOLN CENTRE, VILLA PARK, IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150,31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| INTERNATIONAL UNION UAW | ATTN: SUSANNE M. MITCHELL, ESQ.,8000 E. JEFFERSON AVENUE, DETROIT, MI 48214 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800, HOUSTON, TX 77010 |
| JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & D. ELAINE CONWAY,(COUNSEL TO CONSTELLATION NEWENERGY),1401 MCKINNEY STREET, SUITE 1900, HOUSTON, TX 77010 |
| JAKSON WALKER LLP | ATTN. HEATHER M. FORREST,(COUNSEL TO CONSTELLATION NEWENERGY),901 MAIN STREET, SUITE 6000, DALLAS, TX 75202 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR, HOUSTON, TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS,ONE CHASE PLAZA, NEW YORK, NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ.,599 LEXINGTON AVE,(COUNSEL TO GREATBANC TRUST COMPANY), NEW YORK, NY 10022-6030 |

| Claim Name | Address Information |
|---|---|
| K&L GATES LLP | CHARLES R. SMITH, ESQ.,HENRY W. OLIVER BUILDING,535 SMITHFIELD ST,(COUNSEL TO GREATBANC TRUST COMPANY), PITTSBURGH, PA 15222-2312 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ,MADLYN GLEICH PRIMOFF, ESQ,(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN,AGENT),425 PARK AVE, NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ.,HOWARD S.STEEL, ESQ.,101 PARK AVENUE,(COUNSEL TO TELEREP, LLC), NEW YORK, NY 10178 |
| LANDIS RATH & COBB LLP | PROPOSED COUNSEL FOR THE UNSECURED CREDITORS' COMM,ATTN ADAM G LANDIS & MATTHEW B MCGUIRE,919 MARKET STREET SUITE 1800, WILMINGTON, DE 19801 |
| LINDA BOYLE | TW TELECOM INC.,10475 PARK MEADOWS DRIVE, #400, LITTLETON, CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY,ATTN JOHN P DILLMAN,PO BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER,2323 BRYAN STREET,STE 1600,(COUNSEL TO DALLAS COUNTY), DALLAS, TX 75201 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.,(COUNSEL TO BARCLAYS),1675 BROADWAY, NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ.,G. AMANDA MALLAN, ESQ.,245 PARK AVE, 27TH FL,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), NEW YORK, NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ.,RENAISSANCE CENTRE,405 N. MARKET STREET, 8TH FL,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), WILMINGTON, DE 19801 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICHAEL O'BRIEN,4 WORLD FINANCIAL CENTER,250 VESEY STREET, NEW YORK, NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS,LOAN OPERATIONS, 600 E. LAS COLINAS BLVD., SUITE 1300, IRVING, TX 75039 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU,SPECIAL ASSISTANT ATTORNEY GENERAL,GENERAL COUNSEL'S OFFICE,301 W. HIGH STREET, ROOM 670,PO BOX 475, JEFFERSON CITY, MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE,(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA,LIMITED LIABILITY COMPANY),1201 N. ORANGE STREET, SUITE 400, WILMINGTON, DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER,1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC, | ATTN: COLLEEN E. MCMANUS,191 NORTH WACKER DRIVE, STE 1800,(COUNSEL TO CF 4242 BRYN MAWR LLC), CHICAGO, IL 60606 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR, SCHAUMBURG, IL 60173 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN: ROBERT L. HANLEY, JR. ESQUIRE,(COUNSEL TO ST. JOHN PROPERTIES, INC.),SUITE 700, NOTTINGHAM CENTRE,502 WASHINGTON AVENUE, TOWSON, MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY,GENERAL,21 S. 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ.,UNITED STATES DEPT OF JUSTICE,844 KING STREET, SUITE 2207,LOCKBOX #35, WILMINGTON, DE 19899-0035 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &,KARTAR S KHALSA, ESQ,OFFICE OF THE CHIEF COUNSEL,1200 K STREET, NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.,(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER),HERCULES PLAZA, SUITE 5100,1313 MARKET STREET, P.O. BOX 1709, WILMINGTON, DE 19899-1709 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ,(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN,AGENT),HERCULES PLAZA,1313 N MARKET ST, PO BOX 951, WILMINGTON, DE 19899-0951 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ.,(COUNSEL TO: TWENTIETH TELEVISION, INC.),2049 CENTURY PARK EAST, 32ND FLOOR, LOS ANGELES, CA 90067 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ.,KATISHA D. FORTUNE, ESQ.,920 NORTH KING STREET,(COUNSEL TO JPMORGAN CHASE BANK, N.A.), WILMINGTON, DE 19801 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W., WASHINGTON, DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE, WASHINGTON, DC 20549 |

| Claim Name | Address Information |
|---|---|
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ.,222 DELAWARE AVENUE, STE 1500,PO BOX 68,(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI,CONSOLIDATED SALES CORPORATION, BOWATER, INC.,DOW JONES & COMPANY), WILMINGTON, DE 19899 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE,(COUNSEL TO UNISYS CORPORATION),1529 WALNUT STREET, SUITE 600, PHILADELPHIA, PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ.,TWO RENAISSANCE SQUARE,40 NORTH CENTRAL AVE, STE 2700,(COUNSEL TO PERSONAL PLUS, INC.), PHOENIX, AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD,ATTN EDMOND P O'BRIEN ESQ,675 THIRD AVENUE 31ST FLOOR, NEW YORK, NY 10017 |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR,1105 NORTH MARKET STREET, 7TH FL,(COUNSEL TO CF 4242 BRYN MAWR LLC), WILMINGTON, DE 19801 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM,3 BARKER AVENUE, THIRD FLOOR,(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN,W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;,J.SIMPSON; M.WILLES; E.ZIMBALIST, III), WHITE PLAINS, NY 10601 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG,360 MADISON AVENUE 22ND FLOOR, NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC),POST OFFICE BOX 3311, ORLANDO, FL 32802-3311 |
| TOWER DC, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER EH, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER JK, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER MS, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER PT, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS,1 TOWER SQUARE-5MN, HARTFORD, CT 06183-4044 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA,(COUNSEL TO: TWENTIETH TELEVISION, INC.),2121 AVENUE OF THE STARS, SUITE 1754, LOS ANGELES, CA 90067 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION,MATTHEW J. TROY, ESQ.,1100 L STREET, N.W.,ROOM 10006, WASHINGTON, DC 20530 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER,1500 PENNSYLVANIA AVENUE, NW,ROOM 2134, WASHINGTON, DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ,1201 MARKET ST, SUITE 1100,PO BOX 2046, WILMINGTON, DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES,ATTN TIFFANY STRELOW COBB,52 EAST GAY STREET, COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ.,4000 WARNER BLVD.,BLDG. 156, ROOM 5158, BURBANK, CA 91522 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY,ASSOCIATION INC,ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D,HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN,POST OFFICE BOX 4128, TALLAHASSEE, FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.,(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC),787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT,RODNEY SQUARE NORTH,1100 NORTH MARKET STREET, WILMINGTON, DE 19890 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,LOCAL 32035, TNG-CWA,ATTN ROBERT E PAUL ESQ,1025 CONNECTICUT AVENUE NW SUITE 712, WASHINGTON, DC 20036-5420 |

TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 105**