**UNITED STATES BANKRUPTCY COURT**
**For the District of Delaware**

| | | |
|---|---|---|
| **In Re:** | **Tribune Company, et al.** | **Case No. 08-13141 (KLC)** |
| | **Debtor** | **Chapter 11 Case** |

**Request of Unisys Corporation**
**Pursuant to Bankruptcy Rule 2002(g) For Address of Notices**

Pursuant to Bankruptcy Rule 2002(g), creditor Unisys Corporation requests that all notices, pleadings and distributions to which it is entitled shall be directed to the following address:

> Janet Fitzpatrick
> Legal Assistant
> Unisys Corporation
> Unisys Way
> P.O. Box 500, M/S E8-108
> Blue Bell, PA  19424

Date: _2/4/2009_

By: _Janet Fitzpatrick_
Name: Janet Fitzpatrick
Title: Legal Assistant
Unisys Corporation
Unisys Way
P.O. Box 500, M/S E8-108
Blue Bell, PA  19424
Telephone: 215-986-6265
Facsimile: 215-986-5721