FEB 1 0 2009

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: § | |
| § | |
| TRIBUNE COMPANY, et al. § | CASE NO. 08-13141-KJC |
| § | CHAPTER 11 |
| § | |
| § | JUDGE KEVIN J. CAREY |

RE DOC NO. 275

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Patricia K. Smoots, Esquire of McGuire Woods LLP to represent The Nielsen Company (US) LLC in this action.

ECKERT SEAMANS CHERIN
& MELLOTT, LLC

/s/ Margaret F. England
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 fax

Dated: January 27, 2009

*Counsel for The Nielsen Company (US) LLC*

U0019476

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court, Receipt No. 15565.

Dated: 1/26/09

MCGUIRE WOODS LLP

Patricia K. Smoots, Esquire
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-2759
Facsimile: (312) 920-6169

*Counsel for The Nielsen Company (US) LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: February 10, 2009

United States Bankruptcy Judge

U0019476