## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Diablo Investment Co. ("Diablo") hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon its counsel:

> Elaine M. Seid
> McPharlin Sprinkles & Thomas, LLP
> 10 Almaden Blvd., Suite 1460
> San Jose, California 95113
> Telephone: (408) 293-1900
> Facsimile: (408) 293-1999
> Email: emseid@mstpartners.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Diablo's (i) right(s) to have final orders in noncore matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs

or recoupments to which Diablo is, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated January 30, 2009

McPHARLIN SPRINKLES & THOMAS, LLP

By: /s/ *Elaine M. Seid*-----
Elaine M. Seid  CA SBN: 72588
10 Almaden Blvd., Suite 1460
San Jose, California  95113
T: (408) 293-1900
F: (408) 293-1999

Attorneys for Creditor Diablo Investment Co.