## CERTIFICATE OF SERVICE

  I, William D. Sullivan, do hereby certify I am not less than 18 years of age and that on this 11th day of February, 2009, I caused copies of the within *Request for Special Notice Pursuant to Bankruptcy Rules 2002(a) and (b) and Pleadings Pursuant to Bankruptcy Rule 3017(a)* to be served upon the parties listed below in the manner indicated and upon those parties who have requested notice via electronic transmission:

**HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**FIRST CLASS MAIL**
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

**HAND DELIVERY**
Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**FIRST CLASS MAIL**
Howard Deife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**HAND DELIVERY**
Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

  Under penalty of perjury, I declare that the foregoing is true and correct.

February 11, 2009
Date

/s/ *William D. Sullivan*
William D. Sullivan