IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

In Re:                          Chapter __11__

TRIBUNE COMPANY, et al          Case No. 08 - 13141 ( KJC )

    Debtor:

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Elaine M. Seid__ to represent __Diablo Investment Co.__ in this action.

Sullivan, Hazeltine Allison LLC

_____
(Movant's Signature) (Firm Name, Address and
Telephone Number)   William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, Delaware  19801
(302) 428-8191

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

    Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __California__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature) (Firm Name, Address and
Telephone Number)
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd, Suite 1460
San Jose, CA  95113

**ORDER GRANTING MOTION**

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States Bankruptcy
Judge

**Local Form 105**