IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.[1] | ) | Case No.: 08-13141 (KJC) |
| | ) | |
| Debtors | ) | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions, Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspaper, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); ChicagoLand Publishing Company (3237); ChicagoLand Television News, Inc. (1352); Counant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (2663); Investment Foreclosure Services, Inc. (6550); Julius Air Company, LLC (9479); Julius Air Company II, LLC; KIAH, Inc. (4014); KPLR, Inc. 7943); KSWB, Inc. (3404); KWGN, Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspaper, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neoconim, Inc. (7208); New Mass Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Putuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's, Inc. (7931); Signs of Distinction, Inc. Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company, LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Time Mirror Services, Company (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629) Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc., (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazelle Company (9530); WLVI, Inc. (8074); WPIX, Inc. (0191); and WTXX, Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

STATE OF ILLINOIS      )
                       ) SS
COUNTY OF C O O K      )

Patrick T. Garvey, being duly sworn, deposes and says:

1. I am a shareholder of Johnson & Bell, Ltd. which maintains offices at 33 West Monroe Street, Suite 2700, Chicago, Illinois 60603.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these Chapter 11 cases.

3. The Firm has represented and advised the Debtors as Litigation Counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such Services to the Debtors on a postpetition basis during the course of these Chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are $275, or less, per hour depending on the level of experience of the attorney performing the task.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks". The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in the Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned

database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

A. <u>Debtors and Non-Debtor Affiliates</u>:

Johnson & Bell, Ltd. presently, or has in the past, represented The Tribune Company, Chicago Tribune Company, Chicago Tribune Newspapers, Inc., Tribune Direct Marketing, Tribune Publishing Company, Tribune Television Company, WGN Continental Broadcasting Company in various litigated matters brought by: Allen Francisco, Isaiah Shannon, Penelope Henderson and Thomas L. Knight. Some of this litigation has encompassed Elite Staffing, Inc.

B. <u>Prepetition Lenders to the Debtors</u>:

Johnson & Bell, Ltd. presently, or has in the past, represented CIT Group Incorporated, GE Asset Management Inc., and Swiss Reinsurance Company, Ltd. in tort litigation.

C. <u>Insurance Carriers</u>:

Johnson & Bell, Ltd. presently, or has in the past, defended tort litigation at the request of Ace American Insurance Company, Chubb Atlantic Indemnity Ltd., Executive Risk Indemnity Inc. (Chubb), The Hartford Insurance Group, Illinois National Insurance Company (AIG), Indian Harbor Insurance/ESC (XL), Lexington Insurance Company, Lloyd's, St. Paul Fire & Marine Insurance Company (Travelers) and Zurich American Insurance Company.

D. <u>Major Customers of the Debtors</u>:

Johnson & Bell, Ltd. presently, or has in the past, defended the following entities in tort litigation: AT&T, AT&T (A), AT&T (B), Comcast, Comcast Cable, Domino's

Pizza, Ford, Ford Dealer Associations, General Motors, Lincoln Technical Institute, News America Publg FSI, Target Stores, Yum Brands – Kentucky Fried Chicken, Yum Brands – Pizza Hut, and Yum Brands – Taco Bell.

E. <u>Significant Landlords of the Debtors</u>:

Johnson & Bell, Ltd. presently, or has in the past, defended the following entities in tort litigation: Duke Realty Limited Partnership, and Duke Realty Corp.

F. <u>Counterparties to Recent Significant Asset Dispositions</u>:

Johnson & Bell, Ltd. presently, or has in the past, defended the following entities in tort litigation: Gannett Co., Inc.

G. <u>Other</u>:

Johnson & Bell, Ltd. presently, or has in the past, defended the following entities in tort litigation: Equity Group Investments, LLC.

6. Neither I nor any shareholder of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any shareholder of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm $45,103.11 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during that period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare, under the penalty or perjury that the foregoing is true and correct. Executed on 2-9_____, 2009.

_____
Affiant

Sworn to and Subscribed before me
this ____ day of _____, 2009.

OFFICIAL SEAL
DONNA J ZIMMERMAN
NOTARY PUBLIC/STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/07/05

_____
NOTARY PUBLIC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No.: 08-13141 (KJC) |
| | ) | |
| Debtors | ) | Jointly Administered |

### Certificate of Service

    I, Patrick T. Garvey, an attorney, hereby certify that on February 11, 2009, I electronically filed the foregoing Affidavit of Ordinary Course Professional was electronically filed with the CM/ECF System for the United States District Court for the District of Delaware and service was accomplished pursuant to the ECF for Filing Users.

                                             Respectfully submitted,

                                             Patrick T. Garvey
                                             Attorney for Tribune Company

Patrick T. Garvey – 6216118
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Telephone: 312/372-0770
Fax: 312/372-9818
Email: garveyp@jbltd.com

## Tribune Professionals

| | |
|---|---|
| **Sidley Austin LLP**<br>One South Dearborn Street<br>Chicago, IL  60603<br>Contact: James F. Conlan | Bankruptcy Counsel |
| **Cole, Schotz, Meisel, Forman & Leonard P.A.**<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware, 19801<br>Contact: Norman L. Pernick | Delaware Bankruptcy Counsel |
| **Lazard Freres & Co. LLC**<br>30 Rockefeller Plaza<br>New York, New York 10020<br>Contact: James E. Millstein | Investment banker and financial advisor |
| **Alvarez & Marsal North America, LLC**<br>55 West Monroe Street, Suite 4000<br>Chicago, Illinois  60603<br>Contact: Tom Hill | Restructuring Advisors |
| **PricewaterhouseCoopers LLP**<br>One North Wacker Drive<br>Chicago, Illinois 60606<br>Contact: William T. England | Compensation and Tax Advisors and Independent Auditors |
| **Daniel J. Edelman, Inc.**<br>200 East Randolph Street, 63rd Floor<br>Chicago, Illinois 60601<br>Contact: Jeff Zilka | Corporate communications and investor relations advisors |
| **Reed Smith LLP**<br>10 South Wacker Drive<br>Chicago, Illinois 60606<br>Contact: John D. Shugrue | Special Counsel: Insurance-related matters (coverage, claims, and litigation) |
| **Paul, Hastings, Janofsky & Walker LLP**<br>191 North Wacker Drive, 30th Floor<br>Chicago, Illinois  60606<br>Contact: Richard A. Chesley | Special Counsel: Real estate-related matters |
| **Jenner & Block LLP**<br>330 North Wabash<br>Chicago, Illinois 60611<br>Contact: David J. Bradford | Special Counsel: Litigation matters |
| **McDermott Will & Emery LLP**<br>600 13th Street N.W.<br>Washington D.C. 20005<br>Contact: Blake D. Rubin | Special Counsel: General transactional matters |

**Jones Day**  Special Counsel: Litigation matters (antitrust, commercial)
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Contact: Philip A. Proger

**Chadbourne & Parke LLP**  Committee Counsel
30 Rockefeller Plaza
New York, NY 10112
Contacts: Howard Seife, David Lemay, Douglas Deutsch

**Landis Rath & Cobb LLP**  Delaware Committee Counsel
919 Market Street, Suite 1800
Wilmington, DE 19801
Contacts: Adam G. Landis, Matthew B. McGuire

**AlixPartners, LLP**  Committee Financial Advisor
2000 Town Center, Suite 2400
Southfield, MI 48075
Contact: Alan Holtz