UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Jacqueline Criswell of the law firm of Tressler Soderstrom Maloney & Priess, LLP in Chicago, Illinois, as counsel for creditor Fisher Printing, Inc., hereby requests that copies of all notices and pleadings filed in the above-captioned cases be served at the following address, pursuant to Bankruptcy Rule 2002 and Section 342 of the Bankruptcy Code.

Jacqueline A. Criswell
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314
Phone: (312) 627-4003
Facsimile: (312) 627-1717
jcriswell@tsmp.com

This Request for Service of Notices and Documents shall not be construed as a waiver by Fisher Printing, Inc. of any rights, claims, actions, setoffs or recoupments to which it may be entitled.

Dated: February 11, 2009                    FISHER PRINTING, INC.


                                            By: /s/ Jacqueline A. Criswell

Jacqueline A. Criswell
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314
Phone: (312) 627-4003
Facsimile: (312) 627-1717

#339517