## CERTIFICATE OF SERVICE

The undersigned attorney states that on **February 11, 2009**, a copy of the foregoing **Request for Service of Notices and Documents** was filed electronically. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's CM/ECF system. In addition, copies were served via first class mail, proper postage prepaid, upon the parties listed below:

**Debtors Counsel**
Bryan Krakauer
James F. Conlan
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
*Telephone: (312) 853-7000*
*Facsimile: (312) 853-7036*
brakauer@sidley.com; jconlan@sidley.com

**Debtors' Counsel**
J. Kate Stickles
Norman L. Pernick
Patrick J. Reilly
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD
1000 North West Street, Suite 1200
Wilmington, Delaware 19801
*Telephone: (302) 295-4862*
*Facsimile: (302) 652-3117*
kstickles@coleschotz.com
bankruptcy@coleschotz.com
preilley@coleschotz.com

**United States Trustee**
OFFICE OF THE UNITED STATES TRUSTEE
844 King Street
Room 2207
Lockbox 35
Wilmington, DE 19899-0035
*Telephone: (302) 573-6491*

**Counsel for Official**
**Committee of Unsecured Creditors**
Adam G. Landis
Kerri K. Mumford
Matthew B. McGuire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, Delaware 19801
*Telephone: (302) 467-4400*
*Facsimile: (302) 467-4450*
landis@lrclaw.com; mumford@lrclaw.com
mcguire@lrdlaw.com

By: */s/ Jacqueline A. Criswell*