IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

In Re:                           Chapter 11

TRIBUNE COMPANY, et al           Case No. 08-13141 (KJC)

    Debtor:

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Elaine M. Seid to represent Diablo Investment Co. in this action.

Sullivan, Hazeltine Allison LLC

_____(signature)_____
(Movant's Signature) (Firm Name, Address and Telephone Number)
William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
(302) 428-8191

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____Elaine M. Seid_____
(Admittee's Signature) (Firm Name, Address and Telephone Number)
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd, Suite 1460
San Jose, CA 95113

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: February 11, 2009

_____Kevin J. Carey_____
United States Bankruptcy Judge

Local Form 105

Docket No. 360
Date 2/11/2009