IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

WASHINGTON, D.C.        )
                        :  ss.:
DISTRICT OF COLUMBIA    )

STEPHEN K. GARDNER, being duly sworn, deposes and says:

1. I am a Partner of McKenna Long & Aldridge LLP (the "Firm"), which maintains offices at 1900 K Street NW, Washington, DC 20006-1108.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.  This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "<u>Debtor</u>" and collectively, the "<u>Debtors</u>"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.  The Firm has represented and advised the Debtors as Energy Counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4.  The Firm's current customary rates, subject to change from time to time, are $575 per hour for Stephen Gardner, Esq., the primary professional working on behalf of the Debtors. In the normal course of its business, the Firm revises its billing rates on or about January 1st of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.  In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

   a.  The Firm acts or has acted as legal counsel for the following entities identified by Debtor's counsel in matters unrelated to the Firm's prior or proposed

representation of the above-styled Debtors as ordinary course Energy Counsel:

>Abitibi Consolidated
AT&T
Axis Reinsurance Company
Bank of America
Bank of America N.A.
Bank of New York
Bear Stearns & Co., Inc.
Bowater Inc.
CBS Broadcasting Inc. & CBS Radio Inc.
CitiBank, N.A.
CitiGroup Global Markets, Inc.
Deloitte & Touche LLP
Deutsche Bank AG London & Deutsche Investment Management Americas Inc.
Deutsche Bank National Trust Company
Disney - Buena Vista
Duke Realty Limited Partnership
Fidelity Investment
Ford Motors
Geico
General Electric Co.
General Motors, GM Chevy Dealer Associations, GM Chevy Factors, GM General Motors Corp.
Glaxo Smith Kline Beecham Welcome
Honda Acura Factory, Honda Dealer Associations, & Honda Factory
John Hancock Financial Services Inc. & John Hancock A/C 62 JH High Yield Fund (99140)
JP Morgan BK Branch - 0802 & JP Morgan Chase Bank, N.A.
JP Morgan Securities, Inc.
Lehman Brothers Commercial Bank & Lehman Brothers Holdings Inc.
Lloyd's
McDonalds - McDonald's
Merrill Lynch & Co. Inc.
Merrill Lynch Capital Corporation & Merrill, Lynch, Pierce, Fenner & Smith, Inc.
Morgan Stanley & Morgan Stanley Investment Co. Niston BV
Pfizer
PricewaterhouseCoopers LLP
Proctor & Gamble - P&G
Royal Bank of Scotland plc
Swiss Reinsurance Company
TW Warner Brothers
U.S. Bank National Association
Viacom - Paramount
Vornado 330 West 34th Street LLC
Wachovia Bank (Sub of Wells Fargo)

Wachovia Bank National Association
Warner Brothers Television
Wells Fargo Bank, N.A.
Yum Brands - Kentucky Fried Chicken
Zurich American Insurance Company

b.  The Firm acts or has acted as legal counsel for clients in positions adverse to the following entities identified by Debtor's counsel in matters unrelated to the Firm's prior or proposed representation of the above-styled Debtors as ordinary course Energy Counsel:

ABN AMRO Holdings NV
AIG Global Investment Group.
Allstate Investment Management Company
American Express
Angelo Gordon & Co LP
Babson Capitol Management LLC
Banc of America Securities LLC
Bank of America
Bank of America N.A.
Barclays Bank PLC
Barclays Capital
Blackstone Debt Advisors LP
Bowater Inc.
Canadian Imperial Bank of Commerce
Canyon Capital Advisors
Capitalsource Finance LLC
Carnival Corp.
Circuit City
CIT Group Inc.
Citicorp North America, Inc.
Dell
Deloitte & Touche LLP
Deutsche Bank AG London & Deutsche Investment Management Americas Inc.
Deutsche Bank National Trust Company
Duke Realty Limited Partnership
Eaton Vance
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
Firstlight Financial Corporation
FTI Consulting
GE Asset Management Co.
General Electric Capital Corporation
Goldman Sachs & Co.

Goldman Sachs Asset Management LP & Goldman Sachs Group Inc.
Guggenheim Management LLC
ING Investment Management LLC
Invesco Inst NA Inc.
James Allen
Joseph Young
JP Morgan BK Branch - 0802 & JP Morgan Chase Bank, N.A.
JP Morgan Securities, Inc.
Lehman Brothers Commercial Bank & Lehman Brothers Holdings Inc.
Lexington Insurance Company
Lloyd's
Lowe's - Home Improvement
Merrill Lynch & Co. Inc.
Merrill Lynch Capital Corporation & Merrill, Lynch, Pierce, Fenner & Smith, Inc.
Microsoft Corporation
Morgan Stanley & Morgan Stanley Investment Co. Niston BV
Morgan, Lewis & Bockius LLP
MSD Capital LP
Nielsen Business Media, Inc.
Nixon Peabody LLP
Oaktree Capital Management LP
Patriarch Partners LLC
Paul Hastings Janofsky & Walker LLP
Proctor & Gamble - P&G
Progressive Insurance
Sidley Austin LLP
Societe Generale
Sony Pictures Television
Sprint / Nextel
St. Paul Fire & Marine Insurance Company (Travelers)
Subway
Target Stores
The Hartford Insurance Group
TW Time Warner
U.S. Bank National Association
Verizon Wireless
Vornado 330 West 34th Street LLC
Wachovia Bank National Association
Wells Fargo Bank
Wells Fargo Bank, N.A.
WESTLB AG
Zurich American Insurance Company

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not a law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9. The Debtors owe the Firm $7,138.00 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm currently holds a retainer from the Debtors in the approximate amount of $0.00. The Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to this Court's order authorizing the employment of "ordinary course" professionals.

11. As of the Petition Date, the Firm was party to a services agreement with the Debtors. A copy of such agreement, together with any agreement(s) that the Firm and the Debtors intend to govern their relationship after the Petition Date, is attached as <u>Exhibit 1</u> to this Affidavit.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 12, 2009

_____
Affiant

Sworn to and subscribed before me
this _12th_ day of _Feb._ 2009

_____
Notary Public

ROSALIND CASSELL
Notary Public District of Columbia
My Commission Expires February 29, 2012

ATLANTA:5073347.1

7

CH1 4540756v.1