IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF FLORIDA      )
                      )
COUNTY OF HILLSBOROUGH )

James B. Lake, being duly sworn, deposes and says:

1. I am secretary-treasurer and a member of Thomas & LoCicero PL (the "Firm"), which maintains an office at 400 N. Ashley Dr., Suite 1100, Tampa, FL 33602.

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612) Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Time Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as media law counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these Chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time, are $170 to $485 per hour. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rules of Bankruptcy Procedure 2014(a), I obtained from the Debtors' counsel a list of the entities identified in Rule 2014(a) for purposes of searching the aforementioned database and identifying connections the Firm has with listed persons and entities. The Firm's search of the database identified the following connections:

**Counsel to Debtors.** Because of our firm's long-time relationship with certain of the Debtors, our database lists as clients Tribune Company, Forum Publishing Group,

2

Inc., Orlando Sentinel Communications Company, Sun-Sentinel Company, and The Baltimore Sun Company.

**Counsel to Related Entities.** Because we have been counsel for a number of the Debtors, our conflict database lists as client-related parties the following persons and entities that also appear on the Rule 2014(a) list: Sentinel Communications News Ventures, Inc., The Hartford Courant Company, Tribune Publishing Company, Timothy Franklin, Donald J. Liebentritt, Robyn L. Motley, Timothy Ryan, and Walter Roche Jr. We have no attorney-client relationships with those persons or entities other than through their connections to the Debtors.

**Relationships with persons of similar names.** Our database includes three names that are similar to the names of the following current or former officers of one of more of the Debtors: Tom Davidson, Kim Johnson, and Mark Shapiro. However, after investigation we believe these are not the same individuals.

**Other clients.** Our firm represents or has represented the following persons or entities in matters unrelated to the Debtors: Warner Bros. Pictures (which is presumably related to Creditor Warner Brothers Television and Debtors' customer TW Time Warner); Ford Motor Company (which presumably is the same as or related to the Debtors' customers Ford, Ford Dealer Associations, and Ford Mazda Factory); Debtors' customer Reckitt Benckiser; and CBS Television Distribution (which presumably is affiliated with CBS Broadcasting, Inc., an entity on the Rule 2014(a) list).

**Adverse or potentially adverse parties.** Our firm has considered, or is or has been involved in, matters in which the following persons or entities are or were

3

adverse parties or potentially adverse parties: New York Life Ins. Co., a pre-petition lender to the Debtors; Debtors' customer Circuit City; Hyundai of New Port Richey LLC (which presumably is affiliated with Debtors' customer Hyundai Dealer Associations); Debtors' customer Johnson & Johnson; Viacom International Inc. (which presumably is affiliated with Debtors' customer Viacom-Paramount); Debtors' customer Washington Mutual; and the following parties to significant litigation with the debtors: Douglas M. Guetzloe, Gutman Pain Accident Center, and Michael E. Gutman a/k/a Mike Gutman MD.

**Co-Defendants**. Our firm has assisted a defendant in a multi-party matter in which CBS Broadcasting, Inc. is a co-defendant (along with CBS Paramount Television and CBS Paramount International Television, which presumably are affiliated with CBS Broadcasting, Inc., and Viacom-Paramount). In addition, our firm has acted as counsel in a matter in which Gannett Co., Inc., and Hearst Corporation are or were co-defendants. According to the Rule 2014(a) list, Gannett Co., Inc., and Hearst Corporation were counterparties to recent significant asset dispositions by the Debtors, and Gannett Co., Inc., is a joint venture partner with the Debtors. Our firm also acted as amicus counsel in a matter in which our clients (including certain of the Debtors) supported the position of Gannett Co., Inc., and related companies.

**Insurers**. Our firm has acted as counsel for an entity insured by Chubb Specialty Insurance Company (which may be related to Debtors' insurance carriers Chubb Atlantic Indemnity Ltd., Executive Risk Indemnity Inc., and Federal Insurance Company). Our firm has considered referring clients seeking insurance to a Wells

4

Fargo insurance broker, who may have a relationship with Debtors' pre-petition lender Wells Fargo Foothill Inc. or Debtors' landlord and former indenture trustee Wells Fargo Bank, N.A. We also have acted as counsel in a matter adverse to an entity insured by The Chubb Corporation.

6. Neither I nor any other member of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any other member of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm $ 14,188.13 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm currently holds no retainer from the Debtors.

11. As of the Petition Date, the Firm was not a party to a written services agreement with the Debtors. The Firm and the Debtors are in negotiations concerning the terms of a written agreement that will govern their relationship after the Petition Date.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of

its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Feb. 11_, 2009.

_____
Affiant

Sworn to and subscribed before me
this 11th day of February, 2009.

_____
Notary Public

**Karen Lee Grubb**
Commission # DD406276
Expires May 18, 2009
Bonded Troy Fain - Insurance, Inc. 800-385-7019