IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al.,[1] | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF FLORIDA   )
                   ) ss
COUNTY OF BROWARD  )

John Hargrove, being duly sworn, deposes and says:

1.   I am an equity partner of Sedgwick, Detert, Moran & Arnold, LLP (the "Firm"), which maintains offices at 2400 East Commercial Boulevard, Suite 1100, Fort Lauderdale, Florida 33308.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Association, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Company (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. ((9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsenCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4224); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Covenant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4217); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9056); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7834); WCWN, LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm (through Gordon Hargrove & James, P.A., its predecessor in Fort Lauderdale prior to merger on January 1, 2009) has represented and advised the Debtors as litigation counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are $206.00/hour for partners and special counsel, $165/hour for associates and $88.00/hour for paralegals. In the normal course of its business, the Firm revises its billing rates on January 1st of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

(a) <u>Debtors and non-debtor affiliates</u>: The Firm represents or has represented Tribune Company; Forum Publishing Group, Inc., Orlando Sentinel Communications Company and Sun-Sentinel Company in unrelated matters. The Firm has represented parties adverse or potentially adverse to the Los Angeles Times, Distribution Systems of America, Inc., Chicago Tribune Company, Hoy, LLC, KTLA, Inc., Greenco Financial, Inc., Tribune Company and WGN in unrelated matters which are now closed;

(b) <u>Current and former directors and officers of Tribune Company and other debtors</u>: The Firm represents or has represented parties adverse or potentially adverse to the following similarly-named individuals in unrelated matters: Douglas E. Thomas, Edward B. Wilson, Edward E. Wolf, Frank Wood, Timothy Franklin, Timothy Thomas, Timothy M. Ryan, Timothy Ryan, William L. Osborne, William Pate, Joseph Young, Joseph A. Young, Lee Jones, Michael O'Connor, Robert Ramsey, Roger Williams, Thomas Brown, Catherine Davis, Cynthia Baker, David Williams;

(c) <u>Thirty largest unsecured creditors</u>: The Firm represents or has represented (either directly or affiliates thereof) Twentieth Television, Warner Brothers Television, Abitibi Consolidated, Deutche Bank National Trust Company, NBC Universal Domestic Television, Paramount Pictures Corporation, Sony Pictures Television; JP Morgan Chase Bank, N.A., in unrelated matters. The Firm represents or has represented parties adverse or potentially adverse to JP Morgan Chase Bank, N.A., Twentieth Television, Warner Brothers Television, Barclays

Capital, Bowater, Inc., Deutsche Bank National Trust Company, Paramount Pictures Corporation, in unrelated matters;

(d)     <u>Prepetition lenders to the debtors</u>:  The Firm represents or has represented (either directly or affiliates thereof) AIG Global Investment Corp., Allstate Investment Management Corporation, Angelo Gordon & Co. LP, Bank of America, N.A., Prudential Investment Management, Inc., Renaissance Reinsurance Ltd., Royal Bank of Scotland, GE Asset Management, Inc./GE Capital Corporation, Scotia Capital, Swiss Reinsurance Company, Ltd., Wells Fargo Foothill, Marathon Asset Management LLC, Metropolitan Life Insurance Company, New York Life Insurance Company/Investment Management, Citicorp North America, Inc, GM Pension Plan, Hartford Investment Management Company, ING Investment Management, LLC, John Hancock Financial Services, Loews Corp., UBS AG; Farallon Capital Management LLC in unrelated matters. The Firm represents or has represented parties adverse or potentially adverse to Allstate Investment Management Corporation, Bank of America, N.A., Barclays Bank, Bear Stearns & Co., Canadian Imperial Bank of Commerce; Capital Source Finance, LLC, CIT Group, Inc., Citicorp North America, Inc., Credit Suisse Asset Management, Perry Corporation, PPM America, Inc., Prudential Investment Management, Inc., Robobank Int'l, Franklin Advisors, Inc., Franklin Templeton Investment Management, LLC, GE Capital, Goldentree Asset Management LP, Goldman Sachs Group, Inc./Goldman Sachs Management, Harbert Management Corp., Highland Capital Management LP, Jefferson Pilot Insurance Company, John Hancock Financial Services, Inc., JP Morgan Chase Bank, N.A., Lehman

Brothers Commercial Bank/Holdings Corp.; Leows Corp., Scotia Capital, Societe Generale, Sumitomo Mitsui Banking Corporation,. Fidelity Investment/Mutual Fund Corp., Swiss Reinsurance Company, Ltd., UBS AG/UBS O'Connor LLC, Von Kampen Asset Management, Varde Partners, Inc., W.R. Huff Asset Management, Wachovia Bank, N.A., Royal Bank of Scotland, Wilmington Trust Co., Metropolitan Life Insurance Company, Metropolitan West Asset Management LLP, Morgan Stanley entities, National City Corporation, New York Life Insurance/Asset Management, Nicholas-Applegate Capital Management LLC, Oppenheimer Funds, Inc., Pacific Investment Management Company, in unrelated matters;

(e)    Counterparties to hedging agreements: The Firm has represented Barclays Capital in unrelated matters;

(f)    Insurance carriers:    The Firm represents or has represented (either directly or affiliates thereof) Ace American Insurance Company, Allied World Assurance Company, Ltd, Axis Reinsurance Company, Chubb Atlantic Indemnity, Ltd., Executive Risk Indemnity Inc., Federal Insurance Company, FM Global, The Hartford Insurance Group, Illinois National Insurance Company, Lexington Insurance Company, Lloyds, St. Paul Fire & Marine Insurance Company, Scottsdale GL, XL Insurance (Bermuda) Ltd., Zurich American Insurance Company, in unrelated matters;

(g)    Other professionals retained by the debtors outside of the ordinary course of business: The Firm represents or has represented McDermott Will & Emery LLP and Pricewaterhouse Coopers LLP in unrelated matters;

(h) <u>Major customers of the debtors</u>:    The Firm represents or has represented (either directly or affiliates thereof)  American Express, Anheuser Busch, Inc., Arby's Restaurants, Ltd., AT&T, Bank of America, Cablevision, Carnival Corp., Citigroup, Domino's Pizza, Foodmaker/Jack in the Box, Ford, GE-Vivendi Universal, Geico, General Mills, General Motors, Johnson & Johnson, Kia Factory Motors, Kraft General Foods, News Corp., Pepsi, Pfizer, Inc., Proctor & Gamble, Progressive Insurance, Qwest Communications, Sony Entertainment, Southwest Airlines, Sprint/Nextel, Target stores, TW New Line Cinema, TW Time Warner, Verizon Wireless, Viacom/Paramount, Yum Brands (KFC, Pizza Hut, Taco Bell), in unrelated matters;

(i) <u>Parties to significant litigation with debtors</u>:  The Firm currently is representing debtor Sun-Sentinel Company unrelated actions where Abner Boy Shepard, Artini-Zak Corporation, and Louis Muscari are directly adverse.  The Firm currently represents CBS Television Distribution Group, which is affiliated with CBS Broadcasting, Inc. and CBS Radio, Inc., in an unrelated matter.  The Firm represents or has represented parties adverse or potentially adverse to Arco Gas Station, Elite Staffing, Inc., Gallaghers II, Park Avenue Aesthetic Surgery, Ron Bon Pub, Inc., Tac Catering, Inc., and U.S. Bank National Association.  The Firm represents or has represented parties adverse to the following similarly-named individuals in unrelated actions:  Andrew Martin, Bill McNair, Charles Evans, Curtis Wallace, David Kissi, Edward Arnett Johnson, Gary Grant, George Spanos, Gerard Shultz, Hershel Collins, Jack Nelson, James Allen, Jayne

Clement, Jesse Jackson, Jessy Thomas, Joyce Johnson, Michael Owens, Richard Shannon, Robert Lacey and Scott Russo;

(j)     <u>Significant landlords of the debtors</u>:  The Firm represents or has represented Catellus Development Corporation and Wells Fargo Bank, N.A in unrelated matters.  The Firm has represented parties adverse or potentially adverse to Davis Partners, LLC and Majestic Realty in unrelated matters which now are closed;

(k)     <u>Entities involved in leveraged ESPO transactions</u>:  The Firm has represented a party affiliated with Goldman Sachs & Company in an unrelated matter which is now closed;

(l)     <u>Counterparties to recent significant asset transactions and joint venture partners</u>:  The Firm represents or has represented Freedom Communications, Inc., Gannett Co., Inc., Hearst Corporation and Sunbeam Television Corporation in unrelated matters;

(m)     <u>Former indenture trustees</u>:  The Firm represents or has represented Citibank, N.A., First Interstate Bank of California, Wells Fargo Bank, N.A. in unrelated matters; and

(n)     <u>Agents under credit agreements</u>:  The Firm represents or has represented (either directly or affiliates thereof) Bank of America, N.A., Barclays Bank PLC, Citicorp North America, Inc., Citigroup Global Matters, Inc., JP Morgan Chase Bank, N.A., Merrill Lynch Capital Corp..

6.     Neither I, nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any

other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328(c) and applicable law.

8. Except for the claim described in paragraph 9 below, neither I, nor any partner of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Debtors owe the Firm's predecessor Gordon Hargrove & James, P.A. $25,515.56 for prepetition services. The Firm holds no claim, and Gordon Hargrove & James, P.A. is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm does not currently hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not a party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2009.

                                           John R. Hargrove, Esq., as Equity Partner
                                           Sedgwick, Detert, Moran & Arnold, LLP

Sworn to and subscribed before me this

_13th_ day of February, 2009.


Notary Public

```
DANA J. MCELROY
MY COMMISSION # DD 632389
EXPIRES: February 11, 2011
Bonded Thru Notary Public Underwriters
```