## **EXHIBIT B**

Case 08-13141-BLS    Doc 376-2    Filed 02/13/09    Page 2 of 4

**DEBTORS AND NON-DEBTOR AFFILIATES**

Tribune Company
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.

**CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS**

Tom Davidson
Karlene W. Goller
Jeffrey S. Levine
David D. Williams
Frank Wood

**THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)**

Barclays Capital
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation

**PREPETITION LENDERS TO THE DEBTORS**

ABN AMRO Holding NV
AIG Global Investment Corp.
Angelo Gordon & Co LP
Bank of America N.A.
Barclays Bank plc
Bear Stearns & Co., Inc
Capitalsource Finance LLC
CIT Group Incorporated
Citicorp North America Inc.
Davidson Kempner Capital Management LLC
Deutsche Bank AG
Duquesne Capital Management LLC
Farallon Capital Management LLC
Fidelity Investments
General Electric Capital Corporation
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Jefferson Pilot Financial Insurance Company
JP Morgan Chase Bank, N.A.

Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Loews Corporation
Loomis Sayles & Company LP
Marathon Asset Management LLC
Merrill Lynch & Co. Inc.
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
Patriarch Partners LLC
Plainfield Asset Management LLC
Rabobank Int'l
Scotia Capital Inc.
Silver Point Capital LP – FSG
Societe Generale
Swiss Reinsurance Company Ltd.
Wilmington Trust Company – Delaware
York Capital Management

**COUNTERPARTIES TO HEDGING AGREEMENTS**

Barclays Capital

**PROFESSIONALS RETAINED BY PREPETITION LENDERS**

Davis Polk & Wardwell

**INSURANCE CARRIERS**

Chubb Atlantic Indemnity Ltd.
Lloyd's
St. Paul Fire & Marine Insurance Company (Travelers)

**OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS**

Deloitte & Touche LLP

Jenner & Block LLP
Lazard Freres & Co.
McDermott Will & Emery LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Seyfarth Shaw LLP
Sidley Austin LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Citigroup
Comcast
Comcast Cable
Countrywide Financial
Dell
Disney -- Buena Vista
Ford
Ford Dealer Associations
Ford Mazda Factory
GEICO
General Mills
Johnson & Johnson
Kraft General Foods
Lowe's -- Home Improvement
McDonalds -- McDonald's
News America Publg FSI
Pepsi -- Pepsi Cola Various
Pfizer
Procter & Gamble -- P&G
Qwest Communications
Reckitt Benckiser
Sprint/Nextel
Target Stores
T-Mobile
T-Mobile/Voice Stream
TW Time Warner
TW Warner Brothers
TW Warner Communications
Valassis
Viacom -- Paramount
Washington Mutual
Washington Mutual
Yum Brands -- Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Cbs Radio Inc.

## SIGNIFICANT LANDLORDS OF THE DEBTORS

Catellus Development Corporation
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

GOLDMAN SACHS & CO.

## MAJOR HOLDERS OF PHONES

Citadel

## JOINT VENTURE PARTNERS

MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF
CALIFORNIA
WELLS FARGO BANK, N.A.
WILMINGTON TRUST COMPANY

2

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL
CORPORATION
MERRILL, LYNCH, PIERCE, FENNER &
SMITH, INC.