IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
|     **TRIBUNE COMPANY, et al.** | ) | |
| | ) | Case No.08-13141 (KJC) |
| | ) | Jointly Administered |
|                Debtors. | ) | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS     ) SS
                                )
COUNTY OF COOK     )

Steven L. Baron, being duly sworn, deposes and says:

1. I am a Partner of Mandell Menkes LLC, which maintains offices at 333 West Wacker Drive, Suite 300, Chicago, Illinois 60606.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as outside legal counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are $150-$450 depending on the experience level of the attorney. In the normal course of its business, the Firm revises its billing rates in or about January of each year and requests that, effective January 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time. In the case of the Debtors, the Firm has agreed to charge a blended rate of $215 per the engagement letter attached hereto has Exhibit 1.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections:

| Entity | Connection |
| --- | --- |
| Arco Gas Station | The Firm represents the entity or an affiliate (BP West Coast Products LLC). |
| Bank of America | The Firm has represented the entity. |
| Bank of America, N.A. | The Firm represented the entity. |
| CIT Group Incorporated | The Firm represents the entity. |
| Citicorp North America | The Firm represents the entity. |
| Executive Risk Indemnity Inc. (Chubb) | The Firm has represented the entity. |
| forsalebyowner.com, Corp. | The Firm represented the entity. |
| G.E. Capital | The Firm represented an affiliate of entity. |
| GM General Motors Corp. | The Firm represents the entity. |
| Hearst Corporation | The Firm has represented the entity. |
| Julie K. Xanders | The Firm represented the entity. |
| Kraft General Foods | The Firm represented the entity. |
| Legacy.com | The Firm represents the entity. |
| Lexington Insurance Company | The Firm has represented the entity. |
| Lloyd's | The Firm has represented the entity. |
| Los Angeles Times | The Firm represented the entity. |

| Entity | Connection |
| --- | --- |
| Metromix, LLC | The Firm represents the entity. |
| Metropolitan Life Insurance Company | The Firm represents the entity. |
| Morgan Stanley | The Firm has represented the entity. |
| News Corp. | The Firm has represented the entity. |
| Raymond Jansen | The Firm represented the entity. |
| Sony Entertainment | The Firm represents the entity. |
| Swiss Reinsurance Company, Ltd. | The Firm represented the entity. |
| The Daily Press, Inc. | The Firm represented the entity. |
| U.S. Cellular | The Firm represented the entity. |
| Wells Fargo Bank, N.A. | The Firm represented an affiliate, Wells Fargo Risk Management. |
| XL Ins,.(Bda.) Ltd. | The Firm represented the entity. |
| Zurich American Insurance Company | The Firm represented the entity. |

6.  Neither I nor any member of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7.  I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.  Neither I nor any member of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not a law firm, the Firm does not hold an interest *adverse* to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9. The Debtors owe the Firm $5,040.55 for prepetition services. The Firm is not waiving any and all claims that it has against the Debtors, including the amount referenced in the prior sentence.

10. The Firm currently holds no retainer from the Debtors.

11. As of the Petition Date, the Firm was party to a services agreement with the Debtors. A copy of such agreement, together with any agreement(s) that the Firm and the Debtors intend to govern their relationship after the Petition Date, is attached as Exhibit 1 to this Affidavit.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm Will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct

Executed on February 13, 2009

_____
Steven L. Baron

Sworn to and subscribed before me
this _13th_ day of February, 2009.

_____
Notary Public

OFFICIAL SEAL
MAE DAVIS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/10

#173902