Exhibit 1



| Clara Ruyan Martin, Esq. | David Benjamin Oshinsky, Esq. |
|---|---|
| 323-965-0060 | 310.822.4400 |

March 22, 2007

Julie Xanders
Los Angeles Times
202 West 1st Street
Los Angeles, CA  90012-4105

Re:      The Los Angeles Times Engagement Letter

Dear Julie:

Thank you for selecting our firm to represent The Los Angeles Times (the "Company") in connection with the Company's Internet-based operations and such other matters as you may assign to us from time to time. We are excited to work with you, and look forward to assisting you and your team. This letter confirms the basic terms on which our firm has undertaken this representation.

Our fees typically are based on the amount of time that we spend on the matter and the billing rates charged by each professional who works on the matter. My rate is $390 an hour, and my partner David Oshinsky's rate is $310 per hour. Our rates are adjusted annually and may increase during the course of the engagement. In addition to fees for legal services, we also pass through those costs and disbursements that we are required or requested to incur on your behalf. Our statements for services are payable in full on receipt.

Except as otherwise specifically agreed in writing, our client in this matter will be only the Company, not any of its shareholders, members, partners, clients, parents, subsidiaries, affiliates, officers, directors, employees, agents, or representatives. The Company has the right to discharge us at any time and for any reason. We have the right to withdraw from our representation when and as permitted or required by the Rules of Professional Conduct.

From time to time we may wish to list the Company in our promotional materials as a client of the firm. In addition, to the extent such information has already been made public, we may include in our promotional materials a description of transactions for which we have assisted the Company and may use the Company's name in such description. While any such disclosure would be governed by the ethical rules of the State Bar of California, which are applicable to California lawyers, you agree, by signing this letter, to our use of the Company name in this way.

The terms of our engagement are subject to The Tribune Company Retention Policy (the "Policy"), attached to this letter and incorporated herein. In the event of an inconsistency between this letter and the Policy, the Policy will prevail.

If the terms of this letter are acceptable, please sign where indicated below and return it to me. If you

Julie Xanders
March 22, 2007
Page 2


have any questions concerning the matters discussed in this letter, please let me know.

We very much appreciate the opportunity to work with you and thank you for selecting us to provide these services. We strongly believe that the best attorney-client relationship is based on good, continuing communication, and we welcome any questions or comments that you have about the engagement, our bills or any work that has been performed.

Best regards,

*Clara Martin*

Clara Ruyan Martin
Cadence Law Group LLP


Agreed and accepted:

The Los Angeles Times


By:    _____

Name:  _____

Date:  _____

## TRIBUNE COMPANY RETENTION POLICY

Tribune Company and counsel must work together to obtain efficiently delivered quality legal services.  To that end, by accepting an assignment your firm agrees to the following Tribune Retention Policy:

I.    RETENTION OF COUNSEL

Tribune's Law Department is responsible for strategic and substantive decisions regarding the course of each matter, as well the selection of the appropriate outside attorney to handle each aspect of each matter. To improve our ability to make such judgments and  to coordinate the work of in-house and outside counsel, an in-house attorney is assigned as the Managing Attorney for each matter.   It is your responsibility to keep the Managing Attorney regularly apprised of all developments in each matter. The Managing Attorney should be copied on all communications and correspondence relating to the matter. Tribune expects you to provide the Managing Attorney ample time to review and suggest revisions in substantive pleadings, agreements or other case-related documents. Periodic litigation updates, generally monthly, for all pending litigation matters must also be provided to the Managing Attorney.

II.    STAFFING

The number of attorneys and legal assistants assigned to a matter must be approved by the Managing Attorney before work on the matter may begin.  Generally, Tribune expects each matter to be staffed by one partner, and if necessary, one associate.

Tribune also expects that assigned attorneys will remain on the matter to conclusion unless authorized by Tribune.

Tribune will be provided  the hourly billing rates for individual attorneys and legal assistants assigned to Tribune matters.  Should the firm elect to change its rates during the pendency of any Tribune matter, the firm must notify Tribune in writing at least 30 days before the date the new rate is to take effect.

Assigned staff must perform tasks appropriate to their experience and billing rates.   Generally, Tribune will not pay for:

- Routine tasks performed by attorneys, such as summarizing depositions or organizing trial exhibits, that are more appropriately assigned to a legal assistant.

- Staffing inefficiencies caused by the unavailability of personnel including  expenses related to familiarizing a replacement attorney or legal assistant with an existing matter.

- More than one attendee at any deposition, hearing or other proceeding unless preapproved by Tribune Managing Attorney.

- Non-attorney/non-paralegal staff, such as library staff or computer technicians.

- Secretarial time, or for services of word processors, proofreaders, records clerks, facsimile operators or similar firm employees. In extraordinary circumstances, the Managing Attorney may approve the reimbursement of overtime payments to such employees. When overtime payments are approved, you agree to make every effort to keep such overtime charges to a minimum.

- Summer associate or intern time.

- Administrative activities, such as preparing invoices, annual auditor responses or discussing billing, budgets or other related reports.

- Any other charges that are part of the normal overhead of operating an office, including office supplies, staff meals and transportation. Charges for docket clerks or court runs by firm personnel are also considered normal overhead.

- Travel time should not be billed unless the attorney actively is engaged in and working on Tribune matters while traveling and such travel has been approved in advance.

III.    BUDGET

Unless otherwise directed by the Managing Attorney, a budget is to be prepared for each matter and submitted to the Managing Attorney for approval before work on the matter begins. The Managing Attorney may request a separate budget for any segment of any matter.  If the matter assigned is a litigation matter, the responsible attorney should provide an itemized list of tasks and their related costs at the outset of the representation.  The list should include a discovery plan which details the costs for depositions, motions, document production, expert discovery and other trial preparation. Tribune recognizes that budgets for matters may change with changed circumstances.  However, any changes in the projected budget should be discussed as soon as possible with the Managing Attorney. Where legal bills are in excess of 10% over the budget provided by the responsible attorney, Tribune reserves the right not to pay the excess fees unless the Managing Attorney was notified in writing of the anticipated increases over the budgeted amount and the Managing Attorney agreed to the revised budget.

IV.    BILLING PROCEDURES

Unless otherwise agreed in writing, bills and budget statements should be submitted monthly, and each bill shall cover work performed in the preceding calendar month. Tribune expects to receive monthly bills by the fifteenth (15th) day of the month. Tribune retains the right to obtain additional information regarding any bill.

V.    Billing Format

Billing statements should provide the Managing Attorney with a clear understanding of the work performed on Tribune's behalf, by whom the work was performed, and the cost and duration of each work segment. Where work is performed on more than one matter in any month, each matter should be separately detailed in the monthly bill.

Each bill shall contain the following information:

- the name of the Tribune entity (e.g., Tribune Media Services, Los Angeles Times, Newsday, Sun-Sentinel, Daily Press, Greenwich Time, The Baltimore Sun, The Orlando Sentinel, The Hartford Courant, The Morning Call, The Advocate) for which the services were performed;

- a file number or brief identifier of the matter to which the services relate;

- the billing period involved;

- a detailed description of each task performed in single-activity time entries, including the date it was performed, who performed it, their rate, the time expended and the charges for each task;

- a summary showing the rate, total hours/charges, and rank (e.g., partner, associate, legal assistant) of each staff member billing;

- a description of any reimbursable expenses or disbursements made on behalf of Tribune during the statement period;

- billing in .10 hour increments;

- a detailed description of all work including, but not limited to:

    -- the name and affiliation of any other person with whom the attorney or legal assistant meets, confers or otherwise interacts with and the subject matter of any such meeting, telephone call or other action;

    -- the identity of any deponents and the subject of the deposition;

    -- the specific subject matter of any research performed;

    -- the specific motion, brief or agreement worked on and the precise nature of the work performed; and

    -- the identity of any materials/documents reviewed.

Generic descriptions, such as "drafted brief," "worked on agreement," "telephone call," "conference," "reviewed documents," "research," or "work on project or case" are not acceptable for billing purposes.

3

Each monthly bill shall also be accompanied by a statement that includes the budget for the matter. The bill should identify fees and expenses to date as compared to the budget. The partner responsible for each matter should sign all billing statements, representing to Tribune that he or she has reviewed the statements and that they are in accord with all provisions and instructions of this policy.

VI.    EXPENSES

Tribune will pay actual costs for expenses. Copies of actual invoices for any single expense over $1,000 must be included with the bill. All bills should contain a summary of charges for each expense totaled by category.

Tribune will only reimburse:

- reasonable expenses for computerized legal research such as Lexis and Westlaw, not to exceed actual cost;

- local toll and long-distance calls on an actual-cost basis;

- photocopying at actual cost, not to exceed .10 per page;

- reasonable travel expenses including coach or economy airfares, car rental and meals;

- reasonable hotel expenses not to exceed $175 per night unless travel is to a major urban center where standard hotel rates regularly exceed that amount;

- actual charges billed for messenger deliveries, including overnight and express, that are incurred in the interest of dispatch and reliability.

Tribune will not pay for:

- local transportation charges;

- cellular telephone charges;

- travel time for attorneys or legal assistants unless they are performing work for Tribune and the Managing Attorney has approved the compensation in advance;

- out-of-town entertainment expenses;

- in-town or in-office working meals.

Fees and expenses relating to the use of independent contractors such as expert witnesses, investigators, court reporters or independent paralegals must be approved in advance by the Managing Attorney. Extraordinary expenses, such as computerization of litigation documents, must

4

also be approved in advance by the Managing Attorney. All such fees and expenses should be billed on an actual-cost basis and should be billed in a format identical or substantially similar to the main billing statement.

VII.    CONFLICTS OF INTEREST

Tribune is concerned about potential conflicts of interest. Your attorneys should review proposed assignments for any conflicts of interest regarding any Tribune entity before accepting any matter, and should promptly notify the Managing Attorney of any actual or potential conflicts. Tribune also expects you to establish a conflict identification system that will allow you to notify our senior counsel in advance if your firm is considering representing a client in any of the following types of matters:

- Opposing a public records request under any Freedom of Information Act or similar statute;

- Seeking to deny the public or any journalist or media organization (not limited to Tribune or any of its subsidiaries) access to any meeting, proceeding or information, other than routine motions for discovery protective orders that do not involve the sealing of judicial records in court files;

- Subpoenaing any journalist or media organization for testimony, documents or information;

- Representing a client pursuing a defamation or invasion of privacy claim against any journalist or media organization;

- Representing any client in any other action against any media organization.

Tribune acknowledges that the above matters may not necessarily present a conflict under traditional canons of ethics. Because of the special history of Tribune Company and our commitment to the protection of First Amendment freedoms, however, we believe that advance notice and open communication about these types of legal matters will be in the best interest of maintaining a long-term and rewarding relationship between us.

VIII.    General

All Tribune matters must be treated confidentially in all respects. Tribune reserves the right to require additional information regarding your invoices and/or that you reorganize the information currently requested. By way of example, Tribune may require that you supply your invoices electronically. By representing Tribune, you agree to comply with such requests, and to do so at your own expense.

Please review this policy and let us know if you have any questions or comments regarding your representation of Tribune. We look forward to working with you.