# SCHEDULE A

## **SCHEDULE A**

1. As indicated in the affidavit, Davis Wright Tremaine has represented Tribune Company and some of its affiliates, including Los Angeles Times Communications LLC and KTLA Inc., in matters unrelated to the bankruptcy petition.

2. Davis Wright Tremaine currently has a relationship or has represented the following current and former directors and officers of Tribune Company and other Debtors in matters unrelated to the bankruptcy petition:

>    Karen H. Flax (in-house client contact)
>    Karlene Goller (in-house client contact)
>    Charles J. Sennett (in-house client contact)
>    Russ Stanton (client contact)
>    Julie K. Xanders (in-house client contact)

3. Davis Wright Tremaine currently represents or has represented the following creditors in matters unrelated to the bankruptcy petition:

>    Bowater Inc.
>    Deutsche Bank National Trust Company
>    J.P. Morgan Chase Bank, N.A.
>    Merrill Lynch Capital Corporation
>    NBC Universal Domestic Television
>    Nielsen Media Research
>    Paramount Pictures Corporation
>    Sony Pictures Television
>    Twentieth Television
>    Warner Brothers Television

In addition, Davis Wright Tremaine has been adverse to Abitibi Consolidation in a matter unrelated to the bankruptcy petition.

4. Davis Wright Tremaine currently represents or has represented the following prepetition lenders in matters unrelated to the bankruptcy petition:

>    AIG Global Investment Corp.
>    Bank of America N.A.
>    Barclays Bank plc
>    Bear Stearns & Co., Inc
>    Canadian Imperial Bank of Commerce
>    Capitalsource Finance LLC
>    CIT Group Incorporated
>    Citicorp North America Inc.
>    Citigroup Financial Products Inc.
>    Contrarian Capital Management LLC
>    Credit Suisse Asset Management

       Credit Suisse Group AG
       Davidson Kempner Capital Management LLC
       Deutsche Bank AG
       Eaton Vance Mgmt
       Farallon Capital Management LLC
       GE Asset Management Inc.
       General Electric Capital Corporation
       Goldman Sachs Asset Management LP
       Goldman Sachs Group Inc.
       Invesco Inst NA Inc.
       JP Morgan BK Branch - 0802
       JP Morgan Chase Bank, N.A.
       Lehman Brothers Commercial Bank
       Lehman Brothers Holdings Inc.
       Loews Corporation
       Merrill Lynch & Co. Inc.
       Morgan Stanley
       Morgan Stanley Investment Co Niston BV
       Morgan Stanley Investment Management Garda BV
       Morgan Stanley Investment Management Inc. as AgtINCAS AGT
       Morgan Stanley Investment Management Mezzano B V
       National City Corporation
       Oaktree Capital Management LP
       Prudential Investment Management Inc
       Rabobank Int'l
       Royal Bank of Scotland plc
       Sandell Asset Management Corporation
       Societe Generale
       Sumitomo Mitsui Banking Corporation
       UBS AG
       UBS O'Connor LLC
       Van Kampen Asset Management
       Viking Global Performance LLC
       Wachovia Bank National Association
       Wells Fargo Foothill Inc.
       WestLB AG
       Wilmington Trust Company – Delaware

    5.    Davis Wright Tremaine currently represents or has represented the following major customers of Debtors in matters unrelated to the bankruptcy petition:

       American Express Co
       Anheuser Busch
       Arby's Restaurants Ltd.
       AT&T
       AT&T (A)
       AT&T (B)

Bank of America
Cablevision
Carnival Corp.
Citigroup
Comcast
Comcast Cable
Countrywide Financial
Dell
Disney – Buena Vista
Everest College (former employee)
Ford (Motor Credit Co. only)
GE – Vivendi Universal
General Motors
Glaxo Smith Kline Beecham Welcome
Kia Factory Motors
Lowe's – Home Improvement
McDonalds – McDonald's
News America Publg. FSI
News Corp
News Corp – 20th Century Fox – Home - Theatrical
Pepsi – Pepsi Cola Various
Sony Entertainment – Pictures – Columbia Tristar
Southwest Airlines
Sprint/Nextel
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Wachovia Bank
Washington Mutual
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

6. Davis Wright Tremaine has worked with or has relationships with the following professionals in matters unrelated to the bankruptcy petition:

> Davis Polk & Wardwell (DWT attorney formerly lawyer there)
> Cole, Schotz, Meisel, Forman & Leonard, P.A.*
> Deloitte & Touche LLP
> Jenner & Block LLP*
> Morgan, Lewis & Bockius LLP*
> McDermott Will & Emery LLP*
> Nixon Peabody LLP*
> Paul Hastings Janofsky & Walker LLP**
> PricewaterhouseCoopers LLP
> Seyfarth Shaw LLP*
> Sidley Austin LLP

> \*  Members of cooperative organization, ALAS
> \*\* Adverse to bankruptcy trustee

7. Davis Wright Tremaine currently represents or has represented the following insurance carriers in matters unrelated to the bankruptcy petition:

> Chubb Atlantic Indemnity Ltd.
> Executive Risk Indemnity Inc. (Chubb)
> Federal Insurance Company (Chubb)
> Illinois National Insurance Company (AIG)
> St. Paul Fire & Marine Insurance Company (Travelers)
> Scottsdale GL
> XL Insurance (Bermuda) Ltd.
> Zurich American Insurance Company

8. Davis Wright Tremaine currently represents or has represented the following parties to significant litigation with the Debtors in matters unrelated to Debtors or to the bankruptcy petition:

> CBS Broadcasting Inc.
> CBS Radio Inc.
> Henry Weinstein (as Times employee)
> Myron Levin (as Times employee)

9. Davis Wright Tremaine currently represents or has represented the following landlords of Debtors in matters unrelated to Debtors or to the bankruptcy petition:

> The J. David Gladstone Institutes
> Wells Fargo Bank, N.A.

10. Davis Wright Tremaine currently has a relationship with the following U.S. Bankruptcy Court judges in matters unrelated to the bankruptcy petition:

   Judge Peter J. Walsh – currently appearing in matter before him

11. Davis Wright Tremaine currently has a relationship with the following Trustees in matters unrelated to the bankruptcy petition:

   None

12. Davis Wright Tremaine currently represents or has represented the following other interested parties in matters unrelated to the bankruptcy petition:

   Banc of America Securities LLC
   Bank of America, N.A.
   Bank of Montreal Trust Company
   Bank of New York
   Barclays Bank PLC
   Citibank, N.A.
   Citigroup North America, Inc.
   Citigroup Global Markets, Inc.
   Comcast Sportsnet Chicago
   First Interstate Bank of California
   Freedom Communications, Inc.
   Gannett Co., Inc.
   Hearst Corporation
   JP Morgan Chase Bank, N.A.
   JP Morgan Securities, Inc.
   The McClatchy Co., Inc.
   MediaNews Group, Inc.
   Merrill Lynch Capital Corporation
   Merrill, Lynch, Pierce, Fenner & Smith, Inc.
   Microsoft Corporation
   Wells Fargo Bank, N.A.
   Wilmington Trust Company

In addition, Davis Wright Tremaine has or has had a relationship with the following other interested parties:

   Goldman Sachs & Co. (opposing party; also manages some investments in firm retirement plan)
   Chandler Trust No. 1 (represents beneficiary)
   Chandler Trust No. 2 (represents beneficiary)
   Equity Group Investments LLC (formerly represented related entity)

13. The following individuals, or those with similar names, appear in our conflicts records as clients on unrelated matters. There is no basis at present to believe that the individuals

are the same persons listed on the debtor's schedules, and in many instances appear unlikely to be. In any event, Davis Wright Tremaine has not represented any of these persons in any matter related to the debtors:

>David Bennett
>Thomas Brown
>Robert Christie
>Charles Evans
>Dana Hayes
>John R. Hendricks
>Mike O'Connor
>Gerald Posner
>Hillard Quint
>Timothy Ryan
>Scott Sullivan
>Roger Williams
>Ed Wilson