# Exhibit B

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Ilann M. Maazel
Eric Hecker
Mariann Meier Wang
Sarah Netburn
Katherine Rosenfeld
O. Andrew F. Wilson
Elizabeth S. Saylor
Kennisha A. Austin
Debra L. Greenberger
Elora Mukherjee

# Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York  10019

Telephone
(212) 763-5000
Telecopier
(212) 763-5001
Web Address
www.ecbalaw.com

Tax ID #: 13-3939168

January 9, 2009

David Bralow, Esq.
Tribune Co., Office of the General Counsel
220 East 42nd Street, Suite 400
New York, NY 10017

File #:   1400.5
Inv #:    6341

RE:                    General Litigation Advice

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Sep-24-08 | NO CHARGE:  Attention to Space Hunters matter. | 1.00 | AGC |
| Nov-10-08 | Maryland Eagle: Discussions with A. Celli regarding legal research project on ADA and emails regarding same; legal research regarding ADA requirements for public accommodations. | 1.80 | DG |
| Nov-11-08 | Maryland Eagle: emails and calls with D. Bralow, D. Greenberger. | 1.00 | AGC |
|  | Maryland Eagle: Further research regarding ADA requirements and drafted email regarding same. | 0.90 | DG |
| Nov-12-08 | Attention to files on all matters; conference with D. Greenberger. | 0.50 | AGC |
|  | Maryland Eagle: Discussions with A. Celli regarding follow-up on ADA project and drafted email to client. | 0.20 | DG |
| Nov-13-08 | Maryland Eagle: Telephone call with client regarding ADA accommodations; legal research regarding damages remedy and attorneys fees and drafted email regarding same. | 0.70 | DG |
| Nov-14-08 | Maryland Eagle: Conferences and emails regarding Maryland Eagle issues. | 0.70 | AGC |

Emery Celli Brinckerhoff & Abady LLP
January 9, 2009
Invoice #:        6341
Page #:           2

| | | | |
|---|---|---|---|
| Maryland Eagle: Reviewed draft letter to client and discussions with A. Celli regarding same. | | 0.20 | DG |

## FEE SUMMARY:

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Andrew G. Celli | 3.20 | $500.00 | $1,600.00 |
| Debbie Greenberger | 3.80 | $275.00 | $1,045.00 |
| | 7.00 | | |
| | | | $2,645.00 |

### DISBURSEMENTS:

| Date | Item | Amount |
|---|---|---|
| Oct-09-08 | FedEx | 17.11 |
| Nov-30-08 | Westlaw | 62.46 |
| | Total Disbursements: | $79.57 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$2,724.57** |
| Previous Balance | $0.00 |
| Payments Applied | $1,350.98 |
| Other Receipts | $0.00 |
| **Balance Due Now** | **$1,373.59** |

*Please include File # on Check*

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Ilann M. Maazel
Eric Hecker
Mariann Meier Wang
Sarah Netburn
Katherine Rosenfeld
O. Andrew F. Wilson
Elizabeth S. Saylor
Kennisha A. Austin
Debra L. Greenberger
Elora Mukherjee

# Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019

Telephone
(212) 763-5000
Telecopier
(212) 763-5001
Web Address
www.ecbalaw.com

Tax ID #: 13-3939168

November 7, 2008

David Bralow, Esq.
Tribune Co., Office of the General Counsel
220 East 42nd Street, Suite 400
New York, NY 10017

File #:  1400.6
Inv #:   6251

RE:     Newsday/ Tribune -- Conte Matter

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Sep-30-08 | Reviewed Court's memorandum and order regarding motion to dismiss and forwarded same to A. Celli and A. Wilson. | 0.80 | KA |
| Oct-01-08 | Review opinion on MTD; conferences with A. Wilson; telecon. with D. Bralow. | 2.00 | AGC |
|  | Conferences with A. Celli regarding Bianco decision/discovery strategy. | 1.30 | AW |
| Oct-06-08 | Teleconference with A. Celli regarding audit letter; preparation of discovery memo. | 3.20 | AW |
| Oct-07-08 | Preparation of discovery memo; preparation of audit letter. | 2.50 | AW |
| Oct-08-08 | Discovery plan; draft, edit and send to D. Bralow. | 0.70 | AGC |
|  | Preparation of audit letter; preparation of discovery memo; conference with A. Celli regarding same. | 0.60 | AW |
| Oct-21-08 | Conference with M. Brinckerhoff regarding absention doctirnes; preparation of email to D. Bralow regarding Nassau Cty MTD. | 0.70 | AW |

Emery Celli Brinckerhoff & Abady LLP
November 7, 2008
Invoice #:      6251
Page #:         2

## FEE SUMMARY:

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Andrew G. Celli | 2.70 | $500.00 | $1,350.00 |
| Andrew Wilson | 8.30 | $325.00 | $2,697.50 |
| Kennisha Austin | 0.80 | $275.00 | $220.00 |
|  | 11.80 |  |  |
|  |  |  | $4,267.50 |

**DISBURSEMENTS:**

| | | | |
|---|---|---|---|
| Oct-17-08 | Photocopies | | 9.45 |
| Oct-22-08 | Photocopies | | 0.15 |
| | Total Disbursements: | | $9.60 |

**Total Fees & Disbursements**                                              **$4,277.10**

Previous Balance                                                             $11,219.03
Payments Applied                                                                   $0.00
Other Receipts                                                                     $0.00

**Balance Due Now**                                                          **$15,496.13**

*Please include File # on Check*

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Ilann M. Maazel
Eric Hecker
Mariann Meier Wang
Sarah Netburn
Katherine Rosenfeld
O. Andrew F. Wilson
Elizabeth S. Saylor
Kennisha A. Austin
Debra L. Greenberger
Elora Mukherjee

# Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019

Telephone
(212) 763-5000
Telecopier
(212) 763-5001
Web Address
www.ecbalaw.com

Tax ID #: 13-3939168

January 21, 2009

Tribune Company
220 East 42nd Street
Suite 400
New York, NY 10017

File #:   1400.12
Inv #:    6370

RE:        Tribune/Crabhouse

| **DATE** | **DESCRIPTION** | **HOURS** | **LAWYER** |
|---|---|---|---|
| Nov-07-08 | Update from D. Bralow on Crabhouse matter. | 0.30 | AGC |

### FEE SUMMARY:

| **Lawyer** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Andrew G. Celli | 0.30 | $500.00 | $150.00 |
|  | 0.30 |  |  |
|  |  |  | $150.00 |

### DISBURSEMENTS:

| Sep-30-08 | Westlaw Research | 93.22 |
|---|---|---|
|  | Total Disbursements: | $93.22 |

Emery Celli Brinckerhoff & Abady LLP
January 21, 2009
Invoice #:        6370
Page #:           2

| | |
|---|---:|
| **Total Fees & Disbursements** | **$243.22** |
| Previous Balance | $7,418.98 |
| Payments Applied | $0.00 |
| Other Receipts | $7,418.98 |
| **Balance Due Now** | **$243.22** |

*Please include File # on Check*

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Ilann M. Maazel
Eric Hecker
Mariann Meier Wang
Sarah Netburn
Katherine Rosenfeld
O. Andrew F. Wilson
Elizabeth S. Saylor
Kennisha A. Austin
Debra L. Greenberger
Elora Mukherjee

# Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York 10019

Telephone
(212) 763-5000
Telecopier
(212) 763-5001
Web Address
www.ecbalaw.com

Tax ID #: 13-3939168

November 7, 2008

Tribune Company
220 East 42nd Street
Suite 400
New York, NY 10017

File #:  1400.14
Inv #:   6252

RE:         Conte - Nassau County

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Oct-08-08 | Attention to deadline issues. | 0.30 | AGC |
| | Teleconferences with A. Conte regarding extension; emails regarding same. | 0.40 | AW |
| Oct-18-08 | Review court docket. | 0.10 | AW |
| Oct-27-08 | Teleconference with A. Conte regarding receipt of opposition papers. | 0.10 | AW |
| Oct-28-08 | Preparation of letter to Court regarding extension for reply. | 0.40 | AW |
| Oct-29-08 | Teleconference with court regarding extension. | 0.20 | AW |
| Oct-31-08 | Teleconferences with court clerk and A. Conte regarding motion schedule; email to team regarding same. | 0.50 | AW |

### FEE SUMMARY:

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Andrew G. Celli | 0.30 | $500.00 | $150.00 |
| Andrew Wilson | 1.70 | $325.00 | $552.50 |

Emery Celli Brinckerhoff & Abady LLP
November 7, 2008
Invoice #:       6252
Page #:          2

|  |  |
|---|---:|
|  | 2.00 |
|  | $702.50 |
| **Total Fees & Disbursements** | **$702.50** |
| Previous Balance | $15,340.97 |
| Payments Applied | $0.00 |
| Other Receipts | $0.00 |
| **Balance Due Now** | **$16,043.47** |

*Please include File # on Check*

Richard D. Emery
Andrew G. Celli, Jr.
Matthew D. Brinckerhoff
Jonathan S. Abady
Ilann M. Maazel
Eric Hecker
Mariann Meier Wang
Sarah Netburn
Katherine Rosenfeld
O. Andrew F. Wilson
Elizabeth S. Saylor
Kennisha A. Austin
Debra L. Greenberger
Elora Mukherjee

# Emery Celli Brinckerhoff & Abady LLP

75 Rockefeller Plaza, 20th Floor
New York, New York  10019

Telephone
(212) 763-5000
Telecopier
(212) 763-5001
Web Address
www.ecbalaw.com

Tax ID #: 13-3939168

November 7, 2008

David Bralow, Esq.
Tribune Co., Office of the General Counsel
220 East 42nd Street, Suite 400
New York, NY 10017

File #:   1400.2
Inv #:    6253

RE:                    AP&J Building

| DATE | DESCRIPTION | HOURS | LAWYER |
|---|---|---|---|
| Oct-15-08 | Prepare for Crowley deposition. | 2.50 | EH |
| Oct-16-08 | Prepare for and take Crowley deposition; correspondence with client. | 4.00 | EH |

### FEE SUMMARY:

| Lawyer | Hours | Rate | Amount |
|---|---|---|---|
| Eric Hecker | 6.50 | $425.00 | $2,762.50 |
|  | 6.50 |  |  |
|  |  |  | $2,762.50 |

**DISBURSEMENTS:**

| | | |
|---|---|---|
| Oct-15-08 | Photocopies | 4.65 |
| | Photocopies | 2.25 |
| | Photocopies | 3.30 |
| | Photocopies | 1.80 |
| | Photocopies | 44.40 |
| Oct-23-08 | Photocopies | 0.15 |
| | Total Disbursements: | $56.55 |

Emery Celli Brinckerhoff & Abady LLP
November 7, 2008
Invoice #:        6253
Page #:           2

|  |  |
|---|---:|
| **Total Fees & Disbursements** | **$2,819.05** |
| Previous Balance | $3,939.45 |
| Payments Applied | $0.00 |
| Other Receipts | $3,435.91 |
| **Balance Due Now** | **$3,322.59** |

*Please include File # on Check*