# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc, (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc, (5505); GreeneCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co, (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035): Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS        )
                         : ss.:
COUNTY OF COOK           )

Jeremy P. Sherman, being duly sworn, deposes and says:

1. I am a partner of Seyfarth Shaw LLP ("Seyfarth"), which maintains offices at 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. Seyfarth has represented and advised the Debtors as business litigation and employment litigation counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and Seyfarth has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. Seyfarth's current customary rates, subject to change from time to time range from $125.00 to $685.00. In the normal course of its business, Seyfarth revises its billing rates effective January 1st of each year, and the aforementioned rates may be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, Seyfarth maintains a database for purposes of performing "conflicts checks." Seyfarth's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the

2

connection(s) which Seyfarth has with such entities. Seyfarth's search of the database identified connections which are attached hereto as **Exhibit A**.

6. Neither I, nor any other Seyfarth attorney, has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of Seyfarth, as permitted by 11 U.S.C. § 504(b).

7. I understand that any compensation paid to Seyfarth is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I. nor any other Seyfarth attorney, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which Seyfarth is to be employed.

9. The Debtors do not owe Seyfarth for prepetition services.

10. Seyfarth may conduct further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if Seyfarth should discover any facts bearing on the matters described herein, Seyfarth will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2009

Jeremy P. Sherman

Sworn to and subscribed before me
this 13th day of February, 2009

_____
Notary Public

OFFICIAL SEAL
JOANNE MACIAG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9-19-2011

3

CH2 20224073.1

## EXHIBIT A

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| ABN AMRO Holding NV (4) | Client | No |
| AIG Global Investment Corp. (4) | Subsidiary of client AIG | No |
| Allstate Investment Management Company (4) | Subsidiary of client Allstate | No |
| American Express Co (7) | Client | No |
| Arby's Restaurants (7) | Client | No |
| Ares Management LP (4) | Client | No |
| Banc of America Securities (11) | Client | No |
| Bank of America (7) | Client | No |
| Bank of America NA (4) | Client | No |
| Bank of Montreal Trust Company (11) | Subsidiary of Bank of Montreal | No |
| Bank of New York (11) | Client | No |
| Barclays Bank PLC (11) | Client | No |
| Barclays Capital (7) | Subsidiary of client Barclays PLC | No |
| Bowater Inc. (4) | Client | No |
| Canaras Capital Management (4) | Subsidiary of Client Canaras Management Ltd | No |
| Canyon Capital Advisors (5) | Client | No |
| Carlyle Investment Management LLC (5) | Subsidiary of client Carlyle Group | No |

---

[1] An entity designated as a "Client" is an entity for which a Seyfarth attorney recorded time within the last year.

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| Carmax (7) | Client | No |
| CBS Broadcasting Inc. (8) | Client | No |
| CBS Radio, Inc. (8) | Subsidiary of client CBS | No |
| Chubb Atlantic Indemnity Ltd. (7) | Subsidiary of client Chubb | No |
| Citadel (11) | Client | No |
| Citibank, NA (11) | Subsidiary of client Citigroup | No |
| Citicorp North America (5) | Subsidiary of client Citigroup | No |
| Citigroup (7) | Client | No |
| Citigroup Financial Products Inc. (5) | Subsidiary of client Citigroup | No |
| Citigroup Global Markets (11) | Subsidiary of client Citigroup | No |
| Countrywide Financial (7) | Client | No |
| Davidson Kemper Capital Management LLC (5) | Client | No |
| Dell (7) | Client | No |
| Deloitte & Touche (7) | Client | No |
| Deutsche Bank NA (5) | Client | No |
| Deutsche Bank National Trust Company (4) | Client | No |
| Deutsche Bank National Trust Company (7) | Subsidiary of client Deutsche Bank | No |
| Deutsche Investment Management Americas Inc. (5) | Subsidiary of client Deutsche Bank | No |
| Domino's Pizza (7) | Client | No |
| Edelman (7) | Client | No |

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| Equity Group Investments (11) | Client | No |
| Executive Risk Indemnity Ltd. (7) | Subsidiary of client Chubb | No |
| Farallon Capital Management LLC (5) | Client | No |
| Federal Insurance Company (7) | Client | No |
| Fidelity Investments/Fidelity Mutual Fund Comp (5) | Subsidiary of client Fidelity | No |
| Freedom Communications, Inc. (11) | Client | No |
| FTI Consulting (7) | Client | No |
| Gannett Co., Inc. (11) | Client | No |
| GE Asset Management Inc. (5) | Subsidiary of client General Electric | No |
| GE- Vivendi Universal (7) | Client | No |
| General Electric Capital Corporation (5) | Client | No |
| General Motors (7) | Client | No |
| GM Chevy Dealer Associations (7) | Possibly affiliated with client General Motors | No |
| GM Chevy Factors (7) | Possibly affiliated with client General Motors | No |
| GM General Motors Corp (7) | Possibly affiliated with client General Motors | No |
| Goldman Sachs (11) | Client | No |
| Goldman Sachs Asset Management LP (5) | Subsidiary of client Goldman Sachs | No |
| Honda Acura Factory (7) | Possibly affiliated with client | No |

3

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| | Honda | |
| Honda Dealer Associations (7) | Possibly affiliated with client Honda | No |
| Honda Factory (8) | Possibly affiliated with client Honda | No |
| Illinois National Insurance Company (7) | Subsidiary of client AIG | No |
| ING Investment Management LLC (5) | Subsidiary of client ING Group | No |
| Invesco Inst Na Inc. (5) | Subsidiary of client Invesco | No |
| J.P. Morgan Chase Bank, NA (4) | Client | No. |
| JP Morgan NK Branch – 0802 (5) | Subsidiary of client JP Morgan | No |
| JPMorgan Chase Bank (11) | Client | No |
| JPMorgan Securities, Inc. (11) | Subsidiary of client JPMorgan Chase Bank | No |
| Kia Factory Motors (8) | Client | No |
| Kraft General Foods (8) | Client | No |
| Lexington Insurance Company (7) | Client | No |
| Loews Corporation (5) | Client | No |
| Marathon Asset Management (5) | Client | No |
| McDonald's (8) | Client | No |
| Merrill Lynch & Co., Inc. (5) | Client | No |
| Merrill Lynch Capital Corporation (11) | Subsidiary of client Merrill Lynch | No |
| Merrill, Lynch, Pierce, Fenner & Smith (11) | Subsidiary of client Merrill Lynch | No |

4

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| Metropolitan Life Insurance Company (5) | Client | No |
| Microsoft Corporation (11) | Client | No |
| Morgan Stanley (5) | Client | No |
| Morgan Stanley Investment Co Niston BV (5) | Subsidiary of client Morgan Stanley | No |
| Morgan Stanley Investment Management (6) | Subsidiary of client Morgan Stanley | No |
| Morgan Stanley Investment Management Garda BV (6) | Subsidiary of client Morgan Stanley | No |
| Morgan Stanley Investment Management Inc. as AgtINCAS AGT (6) | Subsidiary of client Morgan Stanley | No |
| Morgan, Lewis & Bockius (7) | Client | No |
| National City Bank (6) | Client | No |
| NBC Universal Domestic Television (4) | Client | No |
| New York Life Insurance Company (6) | Client | No |
| New York Life Investment Management (6) | Subsidiary of client New York Life Insurance Company | No |
| Patriarch Partners (6) | Client | No |
| Pepsi – Pepsi Cola Various (8) | Client | No |
| Procter & Gamble (8) | Client | No |
| Prudential Investment Management Inc. (6) | Subsidiary of client Prudential | No |
| Putnam Investment Management LLC (6) | Client | No |

5

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| Rabobank Int'l (6) | Client | No |
| Royal Bank of Scotland (6) | Client | No |
| Samuel Zell (4) | Affiliated with Client Equity Lifestyle Properties | No |
| Sony Entertainment – Pictures – Columbia (8) | Client | No |
| Sony Pictures Television (4) | Client | No |
| Southwest Airlines (8) | Client | No |
| St Paul Fire & Marine Insurance Company (Travelers) (7) | Client | No |
| Sumitomo Mitsui Banking Corporation (6) | Client | No |
| Target Media Partners (11) | Client | No |
| Target Stores (8) | Client | No |
| The Hartford Insurance Group (7) | Client | No |
| The McClatchy Co, Inc. (11) | Client | No |
| Toyota Dealer Associations (8) | Possibly affiliated with client Toyota | No |
| Toyota Lexus Dealer Associations (8) | Possibly affiliated with client Toyota | No |
| Toyota Local Dealers (8) | Possibly affiliated with client Toyota | No |
| TW New Line Cinema – Home Video (8) | Subsidiary of client Time Warner | No |
| TW Time Warner (8) | Client | No |
| TW Warner Brothers (8) | Subsidiary of client Time Warner | No |

| INTERESTED PARTY | SEYFARTH CLIENT OR OTHER CURRENT RELATIONSHIPS[1] | DOES WORK RELATE TO DEBTORS |
|---|---|---|
| TW Warner Communications (9) | Subsidiary of client Time Warner | No |
| U.S Bank National Association (10) | Client | No |
| Verizon Wireless – Cellular (8) | Client | No |
| Verizon Wireless (8) | Client | No |
| Vornado 330 West 34th Street (10) | Possibly affiliated with client Vornado | No |
| Wachovia Bank (8) | Client | No |
| Wachovia Bank National Association (6) | Client | No |
| Warner Brothers Television (4) | Client | No |
| Washington Mutual (8) | Client | No |
| Wells Fargo Bank NA (10) | Client | No |
| Wells Fargo Foothill Inc. (6) | Client | No |
| Wilmington Trust Company – Delaware (6) | Client | No |
| Wilmington Trust Company (11) | Client | No |
| XL Insurance (Bermuda) Ltd. (7) | Client | No |
| Yum Brands – Kentucky Fried Chicken (8) | Client | No |
| Yum Brands – Pizza Hut (8) | Client | No |
| Yum Brands – Taco Bell (8) | Client | No |
| Zurich American Insurance Company (7) | Client | No |

7