IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos.: 227, 372, 373, 374, 375, 376, 377, 378, 379, 380, 381, 382, 383, 384, 385, 386, and 387** |

### CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on February 13, 2009, I caused a copy of the following pleadings to be served via First Class Mail, postage prepaid on the parties on the attached service list:

1. **Affidavit of Ordinary Course Professional Stephen K. Gardner of McKenna Long & Aldridge LLP** (Docket No. 372);

2. **Affidavit of Ordinary Course Professional James B. Lake of Thomas & LoCicero PL** (Docket No. 373);

3. **Affidavit of Ordinary Course Professional Jean-Paul Jassy of Bostwick & Jassy LLP** (Docket No. 374);

4. **Affidavit of Ordinary Course Professional John Hargrove of Sedgwick, Detert, Moran & Arnold, LLP** (Docket No. 375);

5. **Affidavit of Ordinary Course Professional Jeffrey H. Smith of Arnold & Porter LLP** (Docket No. 376);

6. **Affidavit of Ordinary Course Professional Steven L. Baron of Mandell Menkes LLC** (Docket No. 377);

7. **Affidavit of Ordinary Course Professional Clara Ruyan Martin of Cadence Law Group, LLP** (Docket No. 378);

8. **Affidavit of Ordinary Course Professional Karl Olson of Levy, Ram & Olson** (Docket No. 379);

9. **Affidavit of Ordinary Course Professional Alonzo Wickers IV of Davis Wright Tremaine LLP** (Docket No. 380);

10. **Affidavit of Ordinary Course Professional Peter Michaels of Law Offices of Peter Michaels** (Docket No. 381);

11. **Affidavit of Ordinary Course Professional Michael K. Hendershot of Hendershot Intellectual Property Law** (Docket No. 382);

12. **Affidavit of Ordinary Course Professional Andrew G. Celli, Jr. of Emery Celli Brinckerhoff & Abady, LLP** (Docket No. 383);

13. **Affidavit of Ordinary Course Professional Steven Yovits of Howrey LLP** (Docket No. 384);

14. **Affidavit of Ordinary Course Professional John I. Stewart, Jr. of Crowell & Moring LLP** (Docket No. 385);

15. **Affidavit of Ordinary Course Professional Terry L. Polley** (Docket No. 386); and

16. **Affidavit of Ordinary Course Professional Jeremy P. Sherman of Seyfarth Shaw LLP** (Docket No. 387).

          COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 295-4862
(302) 652-3117 (fax)

46429/0001-5315669v9

**TRIBUNE COMPANY,** *et al.*
**Service List re: Ordinary Course Professional**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820