## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.[1] | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | Related to Docket No. 148 |

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) S.S. |
| COUNTY OF COOK | ) |

JAMES A. KLENK, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844), Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo. Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K1AH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF. LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group. LLC (5612); Stemweb. Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company. Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides. Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569), Tribune Broadcasting Holdco, LLC (2534), Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License. Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings. Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.      I am a partner of Sonnenschein Nath & Rosenthal LLP (the "Firm"), which maintains offices at 233 South Wacker Drive, Suite 7800, Chicago, Illinois  60606.

2.      This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      The Firm has represented and advised the Debtors as counsel in connection with certain corporate and litigation matters (the "Tribune Representations").  The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these chapter 11 cases.

4.      The Firm's current customary rates for professionals and paraprofessionals is $125 to $890, which rates are subject to change from time to time.  In the normal course of its business, the Firm revises its billing rates on the first of January of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks."  The Firm's database contains information regarding the Company's present and past representations.  Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities.  The Firm's search of the database disclosed that the Firm acts or has

- 2 -

acted as legal counsel[2] to the parties (or in some cases, affiliates of the parties) set forth on

**Exhibit A** attached hereto in matters wholly unrelated to the Debtors' Chapter 11 cases, except

as noted herein:

-    Sonnenschein currently represents Lazard Freres ("Lazard") in connection

with its proposed employment and retention in these bankruptcy cases.  To date, Sonnenschein

has assisted Lazard in responding to and attempting to resolve the objections of the U.S. Trustee

to Lazard's retention application.  Sonnenschein's representation of Lazard does not relate to,

impact or otherwise affect any of the Tribune Representations.

6.    Neither I nor partner of, or professional employed by, the Firm has agreed to

share or will share any portion of the compensation to be received from the Debtors with any

other person other than the principals and regular employees of the Firm, as permitted by 11

U.S.C. §504(b).

7.    I understand that any compensation paid to the Firm is subject to disallowance

and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.    Neither I nor any partner of, or professional employed by, the Firm, insofar as I

have been able to ascertain, holds, or represents any interest adverse to the Debtors or their

estates with respect to the matter(s) upon which the Firm is to be employed.

9.    The Debtors owe the Firm $0 for pre-petition services. In the event that the Firm

learns that any amounts are due pre-petition, the Firm does not waive any claims that it may have

against the Debtors and reserves the right to file a proof of claim for such amounts.

10.    The Firm does not currently hold a retainer from the Debtors.

11.    As of the Petition Date, the Firm was not party to a services agreement with the

Debtors.

---

[2]    For purposes of this Affidavit, Sonnenschein acts or has acted as legal counsel to a party if it appears that Sonnenschein performed services for such client from January 1, 2007 to present.

12.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

*REMAINDER OF PAGE LEFT BLANK*

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 17, 2009          _James A. Kent_____
                                                         Affiant


Sworn to and subscribed before me
this 17 day of February , 2009

_Wendy A Johnson_____
Notary Public

14774235

```
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
◆    "OFFICIAL SEAL"       ◆
◆   WENDY A. JOHNSON     ◆
◆  Notary Public, State of Illinois ◆
◆ My Commission Expires 08/09/11 ◆
◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆
```

## EXHIBIT A

## DEBTORS AND NON-DEBTOR AFFILIATES
Chicago Magazine
Chicago Tribune Company
Los Angeles Times
Tribune Company
Tribune Publishing Company

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)
Barclays Capital
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Sony Pictures Television[†]
Merrill Lynch Capital Corporation[†]
NBC Universal Domestic Television[†]

## PREPETITION LENDERS TO THE DEBTORS
AIG Global Investment Corp.[†]

Allstate Investment Management Company[†]

Bank of America N.A.
Bear Stearns & Co., Inc.
Credit Suisse Group AG[†]

Deutsche Bank AG
Farallon Capital Management LLC
Fidelity Investments
Goldman Sachs Asset Management LP[†]

Guggenheim Management LLC[†]

Hartford Investment Management Company[†]

ING Investment Management LLC[†]

Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund[†]

JP Morgan Chase Bank, N.A.
Lehman Brothers Commercial Bank[†]

Lehman Brothers Holdings Inc.

---

[*]      In certain instances, the Firm's conflict search identified a possible connection based on a similar name, although the party identified in the Firm's conflict search may not be same party set forth on the list provided by the Debtors. Out of an abundance of caution, such potential connections have been disclosed herein.

[†]      While we do not represent the entity identified in the Debtors' conflicts list, we may represent one or more affiliates of such entity.

Loews Corporation[†]
Marathon Asset Management LLC*[†]
Meritage Fund Limited*[†]
Merrill Lynch & Co., Inc.
Metropolitan Life Insurance Company
Morgan Stanley
MSD Capital LP
National City Corporation[†]
New York Life Insurance Company
New York Life Investment Management
Nomura Corporate Research & Asset Management[†]
PPM America Incorporated[†]
Riversource Investments LLC[†]
Royal Bank of Scotland plc
Silver Point Capital LP - FSG
Societe General
Sumitomo Mitsui Banking Corporation[†]
Swiss Reinsurance Company Ltd.[†]
Trimaran Advr LLC[†]
Varde Partners Inc.
Wachovia Bank National Association
Wells Fargo Foothill[†]
Western Asset Management[†]
Wilmington Trust Company - Delaware

**COUNTERPARTIES TO HEDGING AGREEMENTS**
Barclays Capital

**INDENTURE TRUSTEE**
Deutsche Bank National Trust Company[†]

**INSURANCE CARRIERS**
The Hartford Insurance Group[†]
Illinois National Insurance Company (AIG)[†]
Lexington Insurance Company
Lloyd's[†]
St. Paul Fire & Marine Insurance Company (Travelers)
ACE American Insurance Company
Axis Reinsurance Company[†]
XL Insurance (Bermuda) Ltd.[†]

Zurich American Insurance Company

**OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS**
Lazard Freres[3]
Navigant Consulting
PricewaterhouseCoopers LLP

**MAJOR CUSTOMERS OF THE DEBTORS**
American Express Co.
Anheuser Busch
AT&T
Bank of America
Cablevision
Citigroup
Comcast
Geico[†]
General Mills
Johnson & Johnson
McDonalds
Pepsi - Pepsi Cola Various[†]
Pfizer
Progressive Insurance
Qwest Communications[†]
Six Flags Great America Parks[†]
Sony Entertainment - Pictures - Columbia Tristar[†]
Sprint/Nextel
T-Mobile
TW Time Warner[†]
TW Warner Brothers[†]
U.S. Cellular
Verizon Wireless
Viacom - Paramount[†]
Wachovia Bank

**SIGNIFICANT LANDLORDS OF THE DEBTOR**
Wells Fargo Bank, N.A.

**ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS**

---

[3]        Please also see disclosure regarding Lazard Freres in main text of Affidavit.

Goldman Sachs & Co.

**MAJOR HOLDERS OF PHONES**
Citadel

**COUNTERPARTIES TO RECENT SIGNIFICANT ASSET
DISPOSITIONS**
Gannett Co. Inc.

**OTHER**
Equity Group Investments, LLC

**EQUITY METHOD INVESTMENTS**
Classified Ventures

**FORMER INDENTURE TRUSTEES**
Bank of New York
Wells Fargo Bank, N.A.

**AGENTS UNDER CREDIT AGREEMENTS**
Banc of America Securities LLC
Bank of America, N.A.
Barclays Bank plc
Citicorp North America, Inc.
Citigroup Global Markets, Inc.
JPMorgan Chase Bank, N.A.
JPMorgan Securities, Inc.
Merrill Lynch Capital Corporation