# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF PENNSYLVANIA   )
                        :  ss.:
COUNTY OF PHILADELPHIA  )

GAYLE C. SPROUL, being duly sworn, deposes and says:

1. I am a partner of Levine Sullivan Koch & Schulz, L.L.P. (the "Firm"), which maintains offices at 1050 17th Street, N.W., Suite 800, Washington, DC 20036, 321 West 44th Street, Suite 510, New York, NY 10036, 2112 Walnut Street, Third Floor, Philadelphia, PA 19103, and 1888 Sherman Street, Suite 370, Denver, CO 80203.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); Chicagoland Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicangoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4277); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTLX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as counsel with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are as follows: A Partners- $425.00, B Partners and Counsel- $400.00, Sr. Associates- $340.00, Mid-level Associates- $320.00, Jr. Associates- $285.00, and Paralegal- $190.00. In the normal course if its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the following connections.

    a.     Our firm and lawyers within our firm have represented the following debtor and non-debtor affiliates within the past five years:

Chicago Tribune Company
Homestead Publishing Co.
Los Angeles Times Communication LLC
Los Angeles Times Newspapers, Inc.
Patuxent Publishing Company
Southern Connecticut Newspapers, Inc.

The Baltimore Sun Company
The Hartford Courant Company
The Morning Call, Inc.
Tribune Broadcasting Company
Tribune Broadcasting News Network, Inc.
Tribune Company
WPIX, Inc.

      b.    Our firm and lawyers within our firm have represented the following individuals within the past five years. None of the following representations is known to have been adverse to the debtor or non-debtor affiliates.

Timothy Franklin
Karlene Goller
Walter Roche, Jr.
Russ Stanton

      c.    Our firm and lawyers within our firm have also represented, from time to time over the last five years, the following entities listed in the Rule 2014 disclosure form. None of the following representations is known to have been adverse to the debtor or non-debtor affiliates:

Barclays Capital
Cablevision
CBS Broadcasting Co.
CBS Radio Inc.
Chubb
Disney
Executive Risk Indemnity, Inc.
Federal Insurance
Federal Insurance Co.
Freedom Communications, Inc.
Gannett Co.
GE Asset Management
GE Capital Corp.
GE-Vivendi Universal
Hearst Corporation
Lexington Ins. Co.
MediaNews Group
NBC Universal
News Corp
Newsday
Paramount Pictures Corporation
Quadrangle Group
Qwest Communications
Scottsdale Insurance

St. Paul Fire and Marine (travelers)
Target
TV Guide Online (until Monday, an affiliate of TVG Network)
Twentieth Television
Viacom

      d.    Our firm and lawyers within our firm have been adverse to the following within the past five years.

Reckitt Benckiser
Verizon Wireless
Donald Sylvester (on behalf of Greenwich Times)

      6. Neither I nor any partner of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

      7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under § 328(c) and applicable law.

      8. Neither I nor any partner, of, or professional employed by, the Firm, insofar as I have been able to ascertain, hold, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not an law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

      9. The Debtors owe the Firm no amount for prepetition services. The Firm is waiving any and all prepetition claims that it has against the Debtors.

      10. The Firm currently holds no retainer from the Debtors.

      11. As of the Petition Date, the Firm was not party to a service agreement with the Debtors.

amount of $0.00. The Firm will apply the outstanding retainer balance as fees and expenses become due pursuant to this Court's order authorizing the employment of "ordinary course" professionals.

11. As of the Petition Date, the Firm was not party to a service agreement with the Debtors.

12 The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2009

_____
Gayle C. Sproul

Sworn to and subscribed before me this

17th day of February 2009

_____
Notary Public

NOTARIAL SEAL
LISA GINSBURG, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 7, 2009