# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF CALIFORNIA   )
                      : ss.:
COUNTY OF LOS ANGELES )

ANTON N. NATSIS, being duly sworn, deposes and says:

1.    I am a partner of Allen Matkins Leck Gamble Mallory & Natsis LLP (the "Firm"), which maintains offices at 1900 Avenue of the Stars, Suite 1800, Los Angeles, CA 90067-6019.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors with respect to certain aspects of the Debtors' business operations. Specifically, the Firm has provided The Tribune Company, Los Angeles Times Communications LLC, Los Angeles Times International, LTD., and Los Angeles Times Newspapers, Inc. (collectively, the "AM Debtors") with legal advice and related services with respect to certain of the AM Debtors' leases of real property. The AM Debtors has requested, and the Firm has agreed, to continue to provide such services to The AM Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time range between $180.00 per hour to $745.00 per hour. In the normal course of its business, the Firm revises its billing rates on July 1st of each year and requests that, effective July 1st of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflicts checks." The Firm's database contains information regarding the Firm's present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), members of my Firm obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connections which the Firm has with such entities. The Firm's search of the database

identified various connections with various parties contained in the list of entities provided by the Debtor. To the best of my present understanding and belief, summarized in <u>Exhibit A</u> attached hereto are: (1) all of the Firm's connections with the Debtors and related nondebtor entities not already discussed in paragraph 3 above, (2) all of the Firm's connections to any current or former officers and directors that were identified by the Debtors, and (3) all of the connections relating to matters whereby the Firm represented any of the remaining entities or their affiliates that were identified by the Debtors in connection with the Debtors' motion to employ ordinary course professionals.

6. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §504(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8. Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9. The Firm currently holds funds from the Debtors in the approximate amount of $9,519.54. The Firm will apply the outstanding funds balance as fees and expenses become due pursuant to this Court's order authorizing the employment of "ordinary course" professionals.

10. As of the Petition Date, the Firm was not a party to a services agreement with the Debtors.

11. At any time during the period of the Firm's employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2009

_____
Affiant

Sworn to and subscribed before me
this 17th day of February 2009

_____
Notary Public

SHARON WASHINGTON
Commission # 1767149
Notary Public - California
Los Angeles County
My Comm. Expires Sep 11, 2011

# EXHIBIT A

## DEBTORS AND NON-DEBTOR AFFILIATES

**California Community News Corporation** - In 2006, the Firm represented Los Angeles Times Communications, LLC in connection with a purchase option right. In this matter, the Firm was adverse to California Community News Corporation. This transaction has since closed. Additionally, the Firm has been adverse to California Community News in other matters. To the best of the Firm' knowledge, all of these matters have concluded, and appear to be unrelated to the bankruptcy proceedings. The Firm believes that these connections will have no bearing on the Firm's representation of the AM Debtors in this bankruptcy case.

**Chicago Tribune** - In 2004, the Firm represented a client in a matter in which the Chicago Tribune was an adverse party. The matter has since concluded. The matter in question was wholly unrelated to this bankruptcy proceeding and the Firm believes the matter will have no bearing in this bankruptcy case. The Firm believes that these connections will have no bearing on the Firm's representation of the AM Debtors in this bankruptcy case.

**Hoy Publications, LLC** - The Firm has represented clients, including the Los Angeles Times, in matters in which Hoy Publications, LLC was an adverse party. These matters have concluded. Also, the Firm has represented and currently represents the Los Angeles Times, which the Firm understands may be presently affiliated with Hoy Publications, LLC. The matter in which the Firm was adverse to Hoy Publications, LLC, was wholly unrelated to these bankruptcy proceedings and the Firm believes this prior representation will have no bearing on the Firm's representation of the AM Debtors in this bankruptcy case.

## CURRENT AND FORMER DIRECTORS AND OFFICERS OF AM DEBTORS AND OTHER DEBTORS

**Julie D. Anderson** – The Firm has represented clients in matters in which an individual named "Julie Anderson" was an adverse party. The Firm has not determined whether the "Julie Anderson" who is identified as an adverse party in the matters in question is the same person as Julie D. Anderson identified by the Debtors as a current or former officer and/or director. However, the matters involving "Julie Anderson" have concluded and the Firm believes that this connection will not have any bearing on the Firm's representation of the AM Debtors in this bankruptcy case.

**Thomas F. Brown** - The Firm has represented clients in matters in which an individual named "Thomas Brown" was an adverse party. The Firm has not determined whether the "Thomas Brown" who is identified as an adverse party in the matters in question is the same person as the Thomas F. Brown identified by the Debtors as a current or former officer and/or director. However, the matters involving "Thomas Brown" have concluded and the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Marc Chase** - The Firm has represented clients in matters in which an individual named "Marc Chase" was an adverse party. The Firm has not determined whether the "Marc Chase"

who is identified as an adverse party in the matters in question is the same person as Marc Chase identified by the Debtors as a current or former officer and/or director. However, the matters involving "Marc Chase" have concluded and the Firm believes that this connection will not have any bearing on the Firm's representation of the AM Debtors in this bankruptcy case.

**Russell Gilbert** - The Firm represented a client in a matter in which an individual named "Russell T. Gilbert" was an adverse party. Subsequently, the Firm appears to have represented an individual named "Russell T. Gilbert." The Firm has not identified whether the "Russell T. Gilbert" who is identified as an adverse party is the same Russell Gilbert who was a client of the firm or whether he is the same individual identified by the Debtors as a current or former officer and/or director. However, the matters involving "Russell T. Gilbert" have concluded and the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Howard Greenberg** - The Firm represented a client in a matter in which an individual named "Howard Greenberg" was an adverse party. The Firm has not determined whether the "Howard Greenberg" who is identified as an adverse party in the matters in question is the same person as the Howard Greenberg identified by the Debtors as a current or former officer and/or director. However, the matter involving "Howard Greenberg" has concluded and the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Kim Johnson** - The Firm currently represents a client in a matter, wholly unrelated to the bankruptcy case and the Firm's continued representation of the AM Debtors, in which an individual named "Kim Johnson" is an adverse party. The Firm has not determined whether the "Kim Johnson" who is identified as an adverse party is the same person as the Kim Johnson identified by the Debtors as a current or former officer and/or director. However, due to the unrelated nature of the proceedings involving "Kim Johnson," the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Jeffrey S. Levine** - The Firm currently represents a client in a matter, wholly unrelated to the bankruptcy case and the Firm's continued representation of the AM Debtors, in which an individual named "Jeff Levine" is an adverse party. The Firm has not determined whether the "Jeff Levine" who is identified as an adverse party is the same person as the Jeffrey S. Levine identified by the Debtors as a current or former officer and/or director. However, due to the unrelated nature of the proceedings involving "Jeff Levine," the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**John T. O'Loughlin** - The Firm currently represents a client in a matter, wholly unrelated to the bankruptcy case and the Firm's continued representation of the AM Debtors, where the Firm believes the client is affiliated with an individual named "John T. O'Loughlin." The Firm has not determined whether the "John T. O'Loughlin" who is identified as a potential affiliate of the Firm's client is the same person as the John T. O'Loughlin identified by the Debtors as a current or former officer and/or director. However, due to the unrelated nature of the proceedings involving "John T. O'Loughlin," the Firm believes that this connection will not

have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Michael E. Weiner** - The Firm currently represents a client in a matter, wholly unrelated to the bankruptcy case and the Firm's continued representation of the AM Debtors, in which an individual named "Michael E. Weiner" is an adverse party. The Firm has not determined whether the "Michael E. Weiner" who is identified as an adverse party is the same person as the Michael E. Weiner identified as a current or former director and/or officer of the Debtors. Due to the unrelated nature of the proceedings involving "Michael E. Weiner," the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Roger Williams** - The Firm currently represents a client in a matter, wholly unrelated to the bankruptcy case and the Firm's continued representation of the AM Debtors, in which an individual named "Roger Williams" is an adverse party. The Firm has not determined whether the "Roger Williams" who is identified as an adverse party is the same person as the Roger Williams identified as a current or former director and/or officer of the Debtors. Due to the unrelated nature of the proceedings involving "Roger Williams," the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case.

**Samuel Zell** – The Firm represented a client in a matter in which an individual named "Samuel Zell" was an adverse party. The Firm also represented a client in various matters that the Firm believes was affiliated with an individual named "Sam Zell." The Firm believes that the "Samuel Zell" and the "Sam Zell" is the same person as the Samuel Zell identified by the Debtors as a current or former officer and/or director. However, the matters involving "Samuel Zell" and "Sam Zell" have concluded and the Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to "Samuel Zell," the firm shall not represent the AM Debtors in those matters without a further order from this Court.

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

**Deutsche Bank National Trust Company** – The Firm represents clients it believes may be affiliates of the Deutcsche Bank International Trust Company in matters that are wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Deutsche Bank National Trust Company, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**NBC Universal Domestic Television** – In or about 2004, the Firm represented NBC Universal Domestic Television in an employment matter wholly unrelated to the Firm's continuing representation of the AM Debtors. This matter has since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be

required to take a position adverse to NBC Universal Domestic Television, the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Twentieth Television** - The Firm represented Twentieth Television in matters wholly unrelated to this bankruptcy case. These matters have since concluded. Currently, the Firm represents clients that it believes may be affiliates of Twentieth Television in wholly unrelated matters to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Twentieth Television, the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Warner Brothers Television** - The Firm represented "Warner Bros." and "Warner Bros. Studios" in various matters wholly unrelated to the Debtors' bankruptcy case. Further, the Firm has represented entities that are or were affiliates of "Warner Bros." These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Warner Brothers Television, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## PREPETITON LENDERS TO DEBTORS

**Aegon USA Investment Management** – The Firm represented a client it believes may be an affiliate of Aegon USA Investment Management in a matter wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Aegon USA Investment Management, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Angelo Gordon & Co. L.P.** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Angelo Gordon & Co. L.P., the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Ares Management LP** - The Firm represented this entity in a matter wholly unrelated to the Firm's continuing representation of the AM Debtors. This matter has since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Ares Management LP, the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Bank of America N.A.** - The Firm represented this entity in a matter wholly unrelated to the Firm's continuing representation of the AM Debtors. This matter has since concluded. From time to time, the Firm has also represented affiliates of Bank of America N.A. in matters wholly

unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Bank of America, the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Canadian Imperial Bank of Commerce** - The Firm represented this entity in a matter wholly unrelated matter to the Firm's continuing representation of the AM Debtors. This matter has since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Canadian Imperial Bank of Commerce, the Firm shall not represent the AM Debtors in those matters without a further order from this Court.

**Canyon Capital Advisors LLC** - The Firm represents an entity that may be an affiliate of Canyon Capital Advisors LLC in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Canyon Capital Advisors LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court without a further order from this Court.

**Carlyle Investment Management LLC** – The Firm represents or has represented entities that may be affiliates of Carlyle Investment Management LLC in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Carlyle Investment Management LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**CIT Group Incorporated; Citicorp North America Inc.; Citigroup Financial Products Inc. (collectively, "CITI")** - The Firm has represented entities that may be affiliates of CITI in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to CITI, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Deutsche Bank AG and Deutsche Bank Investment Management Americas Inc. (collectively, "DB")** - In the past, the Firm has represented an entity that may be an affiliate of DB in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to DB, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**EBF & Associates** - In the past, the Firm has represented an entity that may be an affiliate of EBF & Associates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to EBF & Associates, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Fidelity Investment/Fidelity Mutual Fund Comp.; Fidelity Investments (collectively, "Fidelity")** - The Firm has represented entities that may be affiliates of Fidelity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Fidelity, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**General Electric Capital Corporation** - The Firm represented this entity in a matter wholly unrelated to the Firm's continuing representation of the AM Debtors. This matter has since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to General Electric Capital Corporation, the Firm shall not represent the AM Debtors in those matters.

**Goldman Sachs Group Inc.** - The Firm represents or has represented entities that may be affiliates of Goldman Sachs Group Inc. in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Goldman Sachs Group, Inc., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**John Hancock Financial Services Inc.** - The Firm represents or has represented entities that may be affiliates of John Hancock Financial Services Inc. in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to John Hancock Financial Services Inc., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Lyon Capital Management** - The Firm represents an entity that may be an affiliate of this Lyon Capital Managment in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Lyon Capital Management, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Merrill Lynch & Co.** – The Firm represents this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Merrill Lynch & Co., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Metropolitan Life Insurance Company** - The Firm represents this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Metropolitan Life Insurance Company, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Morgan Stanley** - The Firm has represented entities that may be affiliates of Morgan Stanley in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Morgan Stanley, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**New York Life Insurance Company** - The Firm represented this entity and its affiliates in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to New York Life Insurance Company, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Oaktree Capital Management LLC** - The Firm represented this entity and its affiliates in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Oaktree Capital Management LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Prudential Investment Management Inc.** - The Firm represents an entity that may be an affiliate of this Prudential Investment Management Inc. in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Prudential Investment Management Inc., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Riversource Investments LLC** - The Firm represents an entity that may be an affiliate of Riversource Investments LLC in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Riversource Investments LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Royal Bank of Scotland plc** - The Firm represents entities that may be affiliates of Royal Bank of Scotland plc in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Royal Bank of Scotland plc, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Sunrise Partners Limited Partnership and Sunrise Reinsurance Company Ltd. (collectively, "Sunrise")** - The Firm represented entities that may be affiliates of Sunrise in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Sunrise, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Swiss Reinsurance Company Ltd.** - The Firm represented entities that may be affiliates of Swiss Reinsurance Company Ltd. in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Swiss Reinsurance Company Ltd., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**UBS AG** - The Firm represented an entity that may be an affiliate of UBS AG in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to UBS AG, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Western Asset Management** - The Firm represented this entity in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Western Asset

Management, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## COUNTERPARTIES TO HEDGING AGREEMENTS

**Barclays Capital** - The Firm represented a potential affiliate of this entity in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Barclays Capital, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## INSURANCE CARRIERS

**The Hartford Insurance Group** - The Firm represented an entity that may be an affiliate of The Hartford Insurance Group in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to The Hartford Insurance Group, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Lloyd's** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Lloyd's, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**St. Paul Fire & Marine Insurance Company (Travelers)** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to St. Paul Fire & Marine Insurance Company (Travelers), the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## OTHER PROFESSIONALS RETAINED OUTSIDE THE ORDINARY COURSE OF BUSINESS

**Deloitte & Touche LLP** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Deloitte & Touche LLP, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Morgan Lewis** - The Firm represented this entity in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Morgan Lewis, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Pricewaterhouse Coopers LLP** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Pricewaterhouse Coopers LLP, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## MAJOR CUSTOMERS OF THE DEBTORS

**American Express Co** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to American Express, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Anheuser Bucsh** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Anheuser Busch, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**AT&T** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to AT&T, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Carmax** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Carmax, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Circuit City** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes

that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Circuit City, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Citigroup** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Citigroup, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Comcast** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Comcast, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Corinthian Schools** - The Firm represented this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Corinthian Schools, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Countrywide Financial** - The Firm represented and currently represents this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Countrywide Financial, the Firm shall not represent the AM Debtors in those matters without a further order of this Court

**Dell** - The Firm represented this entity in matters wholly unrelated matter to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Dell, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Disney** - The Firm represents this entity and its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Disney, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Ford and Ford Dealer Associations** - The Firm represented these entities and their affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Ford and/or the Ford Dealer Associations, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**General Motors and GM General Motors Corp.** - The Firm represented these entities in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to General Motions and GM General Motors Corp., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Glaxo Smith Kline Beecham Welcome** - The Firm represents an affiliate of this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Glaxo Smith Kline Beecham Welcome, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**ITT Educational Services** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to ITT Educational Services, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Kraft General Foods** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Kraft General Foods, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Lowe's Home Improvement** - The Firm represented an affiliate of this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Lowe's Home Improvement, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Pepsi** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes

that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Pepsi, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Sprint/Nextel** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Sprint/Nextel, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Target** - The Firm represented an entity that may be an affiliate of Target in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Prudential Investment Management Inc., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**T-Mobile** - The Firm represents this entity and its affiliate in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to T-Mobile, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Time Warner** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Time Warner, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Washington Mutual** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Washington Mutual, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Westwood College** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Westwood College, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**White Castle** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to White Castle, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Yum Brands** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Yum Brands, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

**Arco Gas Station** - The Firm represented this entity and its affiliate in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Arco Gas Station, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**James Allen** - The Firm represented one or more individuals identified as "James Allen." The Firm has not determined whether the "James Allen" it has represented is the same person as the James Allen identified by the Debtors as a party to significant litigation. However, the Firm's matters involving "James Allen" have concluded and the Firm believes that this connection will not have any bearing on the Firm's representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to James Allen, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**TV Guide Online** - The Firm represented an entity that may be an affiliate of TV Guide Online in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to TV Guide Online, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## SIGNIFICANT LANDLORDS OF THE DEBTORS

**Davis Partners LLC** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should

the AM Debtors be required to take a position adverse to Davis Partners LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Duke Realty Limited Partnership** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Duke Realty Limited Partnership, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Majestic Realty Co. and Yorba Linda Sub, LLC** - The Firm represented these entities in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Majestic Realty Co. and Yorba Linda Sub, LLC, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**The J. David Gladstone Institutes** - The Firm represented this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to The J. David Gladstone Institutes and/or it affiliates the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Wells Fargo Bank, N.A.** - The Firm represents this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Wells Fargo Bank, N.A., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITION

**Gannett Co. Inc.** - The Firm represented this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to The Gannett Co. Inc. and/or its affiliates, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Hearst Corporation** - The Firm represented this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the

Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Hearst Corporation and/or it affiliates, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

### FORMER INDENTURE TRUSTEES

**Bank of Montreal Trust Company** - The Firm represented this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Bank of Montreal Trust Company and/or it affiliates, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**Citibank N.A.** - The Firm represented this entity and/or its affiliates in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Citibank N.A. and/or it affiliates, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**First Interstate Bank of California** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to First Interstate Bank of California, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

### AGENTS UNDER CREDIT AGREEMENTS

**Citigroup Global Markets, Inc.** - The Firm represented this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. These matters have since concluded. The Firm believes that these connections will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to Citigroup Global Markets, Inc., the Firm shall not represent the AM Debtors in those matters without a further order of this Court.

**JP Morgan** - The Firm represents this entity in matters wholly unrelated to the Firm's continuing representation of the AM Debtors. The Firm believes that this connection will not have any bearing on the Firm's continued representation of the AM Debtors in this bankruptcy case. In an abundance of caution, should the AM Debtors be required to take a position adverse to JP Morgan, the Firm shall not represent the AM Debtors in those matters without a further order of this Court.