IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

--------------------------------------------------- x
In re:                                             : Chapter 11
                                                   :
                                                   :
TRIBUNE COMPANY, et al.,                           : Case No. 08-13141 (KJC)
                                                   :
   Debtors.                                        : Jointly Administered
                                                   :
                                                   :
--------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION [RE: 333]

The undersigned hereby certifies that, as of the date hereof, Morris, Nichols, Arsht and Tunnell LLP ("Morris Nichols") has received no answer, objection or other responsive pleading to **Motion Of Comcast Cable Communications, LLC ("Comcast") For Relief From The Automatic Stay To Deliver Notice Of Non-Renewal Of Affiliation Agreement** (the "Motion") (D.I. 333), filed on February 3, 2009.

The undersigned further certifies that Morris, Nichols has caused the review of the Court's docket in these cases and that no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than February 13, 2009 at 4:00 p.m. (Eastern Time).[1]

WHEREFORE, Comcast respectfully requests that the Order attached to Motion be entered at the earliest convenience of the Court.

---

[1] Upon the request of the Debtors' counsel, Comcast extended the objection deadline for the Debtors to February 16, 2009 at 4:00 p.m. (Eastern Time).

Dated: Wilmington, Delaware
February 18, 2009

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

-and-

WILLKIE FARR & GALLAGHER LLP
Marc Abrams
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-Counsel for Comcast Corporation*

2733686.1