## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 08-13141-KJC |
| TRIBUNE COMPANY, et al. | ) | Jointly Administered |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Paul J. Catanese, Esquire to represent The Nielsen Company (US) LLC in this action.

Dated: February 19, 2009　　　　　　**ECKERT SEAMANS CHERIN
　　　　　　　　　　　　　　　　　　& MELLOTT, LLC**

　　　　　　　　　　　　　　　　　　*/s/ Margaret F. England*
　　　　　　　　　　　　　　　　　　Margaret F. England (Bar No. 4248)
　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1210
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　(302) 425-0430
　　　　　　　　　　　　　　　　　　(302) 425-0432 fax

　　　　　　　　　　　　　　　　　　*Counsel for The Nielsen Company (US) LLC*

*20661.1*