## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and the United States District Court for the Northern District of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court, Receipt No. _____.

Dated: 2/18/09

MCGUIRE WOODS LLP

_____
Paul J. Catanese, Esquire
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-3536
Facsimile: (312) 920-3697

*Counsel for The Nielsen Company (US) LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: _____

_____
United States Bankruptcy Judge

20662.1