# EXHIBIT A

**Proposed Agreed Order Resolving Motions For Relief
From Automatic Stay And Administrative Claim**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
:
In re:                              :  Chapter 11
                                    :
TRIBUNE COMPANY, et al.             :  Case No.: 08-13141 (KJC)
                                    :
                Debtors.            :  Jointly Administered
                                    :
                                    :  Related to Docket Nos. 292, 293 and 389
------------------------------------x  Hearing Date: February 20, 2009 at 10:00 a.m.

### AGREED ORDER RESOLVING MOTIONS FOR RELIEF FROM AUTOMATIC STAY AND ADMINISTRATIVE CLAIM

WHEREAS, Intelsat Corporation ("Intelsat") filed two motions (the "Motions") seeking entry of an order (1) authorizing Intelsat to set off certain pre-petition deposits against pre-petition claims against Debtors Tower Distribution Company ("TDC") and Tribune Broadcasting Company ("TBC", and together with TDC, the "Debtors") (Docket No. 293); and (2) directing the payment of an administrative expense claim and posting of a new deposit as adequate protection (Docket No. 292); and

WHEREAS, the Debtors filed their Joint Objection to the Motions with the Court on February 13, 2009 (Docket No. 389); and

WHEREAS, Intelsat and the Debtors have resolved Intelsat's claims under the Motions as follows;

It is hereby ORDERED and AGREED as follows:

1. Intelsat shall be authorized to set off its pre-petition deposit of $57,200 against its pre-petition claim of $122,580.65 owed by Debtor TBC.

2. Intelsat shall be authorized to set off $40,645.17 of its pre-petition deposit of $180,000 against its pre-petition claim of $40,645.17 owed by Debtor TDC.

46102/0001-5362722v1
February 18, 2009

3. Intelsat shall withdraw its Motion for Adequate Protection (Docket No. 292) without prejudice.

4. Nothing contained herein shall operate as a waiver of either party with respect to future performance under the Transponder Agreements (as such term is defined in the Motions), and all such rights are expressly reserved.

5. This agreed order shall be binding upon the Debtors and Intelsat and their respective successors and assigns from the date of its execution, but is expressly subject to and contingent upon its entry by the Bankruptcy Court.

6. If this agreed order is not entered by the Bankruptcy Court, it shall be of no further force and effect, and neither this agreed order nor any negotiations or writings in connection herewith shall in any way be construed as, or deemed evidence of, or an admission by, the parties regarding any claim or right that the parties may have against each other.

7. Nothing expressed or implied in this agreed order is intended, or shall be construed, to confer upon or give any person or entity, other than the Debtors and Intelsat, any rights or remedies under, or by reason of, this agreed order.

[REMAINDER ON NEXT PAGE]

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this agreed order.

Dated:   February 19, 2009                                  Dated: February ___, 2009

HERRICK, FEINSTEIN LLP                                      SIDLEY AUSTIN LLP

By: _____*Stephen B. Selbst*_____                           By: _____
Stephen B. Selbst                                           James F. Conlan
Two Park Avenue                                             Bryan Krakauer
New York, NY 10016                                          Janet E. Henderson
Telephone: (212) 592-1400                                   Jillian K. McClelland
Facsimile: (212) 592-1500                                   One South Dearborn Street
                                                            Chicago, IL 60603
                                                            Telephone: (312) 853-7000
                                                            Facsimile: (312) 853-7036

- and –                                                     - and -

MESSANA ROSNER & STERN, LLP                                 COLE, SCHOTZ, MEISEL,
Frederick B. Rosner (No. 3995)                              FORMAN & LEONARD, P.A.
1000 N. West Street                                         Norman L. Pernick (No. 2290)
Suite 1200                                                  J. Kate Stickles (No. 2917)
Wilmington, DE 19801                                        Patrick J. Reilley (No. 4451)
Telephone: 302-777-1111                                     1000 N. West Street, Suite 1200
                                                            Wilmington, DE 19801
                                                            Telephone: (302) 652-3131
                                                            Facsimile: (302) 652-3117

Counsel to Intelsat Corporation                             Counsel to the Debtors


Dated: February ___, 2009
       Wilmington, Delaware                                 _____
                                                            The Honorable Kevin J. Carey
                                                            Chief United States Bankruptcy Judge

3

8. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this agreed order.

| | |
|---|---|
| Dated: February ___, 2009 | Dated: February /9, 2009 |
| HERRICK, FEINSTEIN LLP | SIDLEY AUSTIN LLP |
| By: _____<br>Stephen B. Selbst<br>Two Park Avenue<br>New York, NY 10016<br>Telephone: (212) 592-1400<br>Facsimile: (212) 592-1500 | By: /s/ illegible<br>James F. Conlan<br>Bryan Krakauer<br>Janet E. Henderson<br>Jillian K. McClelland<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| – and – | – and – |
| MESSANA ROSNER & STERN, LLP<br>Frederick B. Rosner (No. 3995)<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-777-1111 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>Patrick J. Reilley (No. 4451)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 |
| Counsel to Intelsat Corporation | Counsel to the Debtors |

Dated: February ___, 2009
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge