

February 11, 2009

The Clerk Office
824 Market St. 3rd Floor
Wilmington, DE. 19801
Attention Lisa Ciconte

Re- case # 08-13141
R. R. Donnelly & Sons Company vs. Tribune Co fka Timer Mirror Corp.

Lisa;

A proof of claim was filed in the above bankruptcy case for R. R. Donnelly & Sons Company against the Tribune Co fka Times Mirror Corp. dated 1/30/2008 for $478,865.06. Please allow this document to officially register that we would like that proof of claim to be withdrawn.

If you have any questions please don't hesitate to call me at 1-800-866-5551 x 785

Sincerely

*[signature]*

Albert Stokes
CSR Euler Hermes ACI

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117
Tel 410 753 0753
Toll Free 877 883 3224
Fax 410 753 0943
www.eulerhermes.com

A company of Allianz