IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
TRIBUNE COMPANY, et al.,              : Case No. 08-13141 (KJC)
                                      :
   Debtors.                           : Jointly Administered
                                      :
---------------------------------------------------------- x  RE DOC NO. 403

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO COMCAST CABLE COMMUNICATIONS, LLC

Upon consideration of the motion (the "Motion") of Comcast Cable Communications, LLC ("Comcast") seeking relief from the automatic stay pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), to allow it to provide notice of non-renewal of that certain affiliation agreement (the "Agreement") between Comcast, as successor-in-interest to Satellite Sports Services, Inc., and ChicagoLand Television News, Inc., ("ChicagoLand") one of the above-captioned debtors, f/k/a Tribune Regional Programming, Inc.; and due and adequate notice of the Motion having been given; and it appearing that no other or further notice need be provided; and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Motion is granted.

2. Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3. Comcast is granted relief from the automatic stay of section 362 of the Bankruptcy Code in order to provide the Termination Notice to ChicagoLand with respect to the Agreement.

4.  This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: Wilmington, Delaware
February 19, 2009

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2715202