IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | Case No. 08-13141-KJC |
| TRIBUNE COMPANY, et al. | ) | Jointly Administered |
| | ) | |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission pro hac vice of Paul J. Catanese, Esquire to represent The Nielsen Company (US) LLC in this action.

Dated: February 19, 2009

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

*/s/ Margaret F. England*
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
(302) 425-0430
(302) 425-0432 fax

*Counsel for The Nielsen Company (US) LLC*

*20661.1*

Docket No. 406
Date Filed 2/19/09

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois and the United States District Court for the Northern District of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court, Receipt No. _____.

Dated: 2/18/09

MCGUIRE WOODS LLP

_____
Paul J. Catanese, Esquire
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 750-3536
Facsimile: (312) 920-3697

*Counsel for The Nielsen Company (US) LLC*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is GRANTED.

Date: February 19, 2009

_____
United States Bankruptcy Judge

*20662.1*