IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter ___11___

TRIBUNE COMPANY, ET AL.             Case No. _08 - 13141_ (_KJC_)

       Debtor:

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of _Arthur J. Martin_ to represent _IBEW, Local 4 and its ~~individual~~ members who are employed by KPLR Channel 11 in St. Louis, MO in this action._

_____
(Movant's Signature) (Firm Name, Address and
Telephone Number
Donald L. Gouge, Jr. #2234
800 N. King Street, Suite 303
Wilmington, DE 19801  302-658-1800 x2

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of _MO and IL_ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
(Admittee's Signature) (Firm Name, Address and
Telephone Number)  Arthur J. Martin
Schuchat, Cook & Werner, 1221 Locust Street,
2nd Floor, St. Louis, MO 63103
314-621-2626

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: FEBRUARY 19, 2009

_____
United States Bankruptcy
Judge

Local Form 105

1/28/09
#283