# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 402** |

## NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 20, 2009 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1.   Motion of the Debtors for an Order (I) Approving Cash Management Systems,
     (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the
     Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting
     Administrative Expense Status to Postpetition Intercompany Transactions (Filed
     December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9479); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5288042v2

Related Document(s):

(a)    Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

(b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 11, 2008) (Docket No. 74)

(c)    Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No. 126)

(d)    Order Approving Supplemental Stipulation By and Between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-1(m)(v) (Entered January 27, 2009) (Docket No. 280)

Objection Deadline:  December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline is extended to March 3, 2009 at 4:00 p.m. for the United States Trustee, JPMorgan, the members of the Senior Lender Steering Committee and the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status:    This matter is adjourned to the March 10, 2009 omnibus hearing.  This matter will not be going forward.

2.    Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 141)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until February 13, 2009 at 4:00 p.m. for the United States Trustee.  The Objection Deadline was further extended for the United States Trustee.

Responses Received:  None.

2

Status:    With the consent of the United States Trustee, this matter is adjourned to the March 10, 2009 omnibus hearing. This matter will not be going forward.

3.    Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

(a)    Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to March 3, 2009 at 4:00 p.m. for the United States Trustee.

Responses Received: None.

Status:    With the consent of the United States Trustee, this matter is adjourned to the March 10, 2009 omnibus hearing. This matter will not be going forward.

## RESOLVED MATTERS

4.    Intelsat Corporation's Motion for Adequate Protection of Its Interests Pursuant to 11 U.S.C. § 363(e) and for Allowance and Payment of 11 U.S.C. § 503(a) Administrative Expense Claim (Filed January 30, 2009) (Docket No. 292)

**Related Document(s):**

**(a)    Certification of Counsel Regarding Docket Nos. 292 and 293 (Filed February 19, 2009) (Docket No. 409)**

Objection Deadline: February 13, 2009 at 4:00 p.m.

Responses Received:

(a)    Joint Objection of Debtors Tower Distribution Company and Tribune Broadcasting Company to (I) Motion of Intelsat Corporation for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts and (II) Motion of Intelsat Corporation for Adequate Protection and Allowance and Payment of Administrative Expense Claim (Filed February 13, 2009) (Docket No. 389)

3

> **Status:  A Certification of Counsel, together with a revised proposed form of order, was filed with the Court.  This matter will not be going forward, unless otherwise directed by the Court.**

5.   Motion Pursuant to Sections 362 and 553 of the Bankruptcy Code for Relief from the Automatic Stay to Effectuate a Setoff of Certain Prepetition Amounts Between Intelsat Corporation and Debtors (Filed January 30, 2009) (Docket No. 293)

   **Related Document(s):**

   >   (a)   **Certification of Counsel Regarding Docket Nos. 292 and 293 (Filed February 19, 2009) (Docket No. 409)**

   Objection Deadline:  February 13, 2009 at 4:00 p.m.

   Responses Received:

   >   (a)   Joint Objection of Debtors Tower Distribution Company and Tribune Broadcasting Company to (I) Motion of Intelsat Corporation for Relief from the Automatic Stay to Effectuate a Setoff of Prepetition Amounts and (II) Motion of Intelsat Corporation for Adequate Protection and Allowance and Payment of Administrative Expense Claim (Filed February 13, 2009) (Docket No. 389)

   > **Status:  A Certification of Counsel, together with a revised proposed form of order, was filed with the Court.  This matter will not be going forward, unless otherwise directed by the Court.**

6.   Second Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed February 2, 2009) (Docket No. 319)

   **Related Document(s):**

   >   (a)   **Certification of Counsel Regarding Agreed Order (Filed February 19, 2009) (Docket No. 417)**

   Objection Deadline:  February 13, 2009 at 4:00 p.m.

   Responses Received:  None.

   > **Status:  A Certification of Counsel, together with a revised proposed form of Order, was filed with the Court.  This matter will not be going forward, unless otherwise directed by the Court.**

46429/0001-5288042v2

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

7.    Motion for an Order Granting a Further Interim Extension of Time tor Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed January 21, 2009) (Docket No. 255)

Related Document(s):

(a)    Certification of No Objection Regarding Motion for an Order Granting a Further Interim Extension of Time tor Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed February 18, 2009) (Docket No. 400)

**(b)    Order Granting a Further Interim Extension of Time for Debtors to Comply with the Requirements of 11 U.S.C § 345 (Entered February 19, 2009) (Docket No. 408)**

Objection Deadline:  February 13, 2009 at 4:00 p.m.

Responses Received:  None.

**Status:   The Court entered an Order granting the Motion.  This matter will not be going forward.**

## UNCONTESTED MATTERS NOT GOING FORWARD

8.    Motion of Comcast Cable Communications, LLC's for Relief from the Automatic Stay to Deliver Notice of Non-Renewal of Affiliation Agreement (Filed February 3, 2009) (Docket No. 333)

**Related Document(s):**

**(a)    Certification of No Objection [Re: 333] (Filed February 18, 2009) (Docket No. 403)**

**(b)    Order Granting Relief from the Automatic Stay to Comcast Cable Communications, LLC (Entered February 19, 2009) (Docket No. 412)**

Objection Deadline:  February 13, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 4:00 p.m. on February 16, 2009 for the Debtors.

Responses Received:  None.

**Status:   The Court entered an Order granting the Motion.  This matter will not be going forward.**

5

**UNCONTESTED MATTERS GOING FORWARD**

9.    Application for an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 143)

   Objection Deadline:  January 8, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee.  With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

   Responses Received:  None.

   Status:    The United States Trustee delivered informal comments to the Applicant with respect to the Application.  The parties have resolved the United States Trustee's concerns subject to documentation.  This matter will be going forward.

10.   Application for an Order Authorizing the Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 146)

   Objection Deadline:  January 8, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee.  With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

   Responses Received:  None.

   Status:    The United States Trustee delivered informal comments to the Applicant with respect to the Application.  The parties have resolved the United States Trustee's concerns subject to documentation.  This matter will not be going forward.

11.    Motion of Debtor Tribune Company for an Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing Amendment and Assignment of Engagement Letter with J.P. Morgan Securities Inc. (Filed January 30, 2009) (Docket No. 311)

Related Document(s):

    (a)    Notice of Filing Executed Assignment Agreement (Filed February 10, 2009) (Docket No. 355)

Objection Deadline:  February 13, 2009 at 4:00 p.m.

Responses Received:  None.

Status:    The Motion is uncontested.  This matter will be going forward solely to allow counsel for J.P. Morgan Securities Inc. to make a statement on the record.

## CONTESTED MATTERS GOING FORWARD

12.    Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 139)

Related Document(s):

    (a)    Supplemental Affidavit of James F. Conlan in Support of Application for an Order Authorizing the Employment and Retention of Sidley Austin LLP as Attorneys for the Debtors and Debtors in Possession, *Nunc Pro Tunc*, to the Petition Date (Filed January 23, 2009) (Docket No. 267)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 27, 2009 at 4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee.  The United States Trustee's Objection Deadline is further extended.

Responses Received:  None.

Status:    The United States Trustee delivered informal comments with respect to the Application.  The parties are working to resolve outstanding issues.  This matter will be going forward.

46429/0001-5288042v2

13.    Application for an Order Authorizing Debtors and Debtors in Possession to Employ and
Retain Jenner & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to
11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26,
2008) (Docket No. 142)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at
4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00
p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at
12:00 a.m. (midnight) for the United States Trustee.  With permission of the Court, the
United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00
p.m. (noon).

Responses Received:  None.

**Status:    The parties intend to submit a revised proposed form of order at the
hearing.  This matter will be going forward.**

14.    Application for an Order Authorizing Debtors to Employ and Retain Lazard Freres & Co.
LLC as Investment Banker and Financial Advisor Pursuant to 11 U.S.C. §§ 327(a),
328(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket
No. 147)

**Related Document(s):**

**(a)      Supplemental Declaration of James E. Millstein In Support of the
Application for an Order Authorizing the Debtors to Employ and
Retain Lazard Frères & Co. LLC as Investment Banker and
Financial Advisor *Nunc Pro Tunc* to the Petition Date (Filed
February 19, 2009) (Docket No. 419)**

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at
4:00 p.m. for the Federal Communications Commission, until January 29, 2009 at 4:00
p.m. for the Official Committee of Unsecured Creditors and until February 16, 2009 at
5:00 p.m. for the United States Trustee.

Responses Received:

(a)      Objection of the United States Trustee to the Application for an Order
Authorizing Debtors to Employ and Retain Lazard Frères & Co. LLC as
Investment Banker and Financial Advisor Pursuant to 11 U.S.C.
§§ 327(a), 328(a) and 1107, *Nunc Pro Tunc* to the Petition Date and
Request to Continue the Hearing on the Application Pending Completion
of Discovery (Docket Entry # 147) (Filed February 16, 2009) (Docket No.
392)

8

**Status:   This matter was adjourned from the February 3, 2009 hearing. This matter will be going forward for a status conference only.**

15.   Application for an Order Authorizing Debtors to Employ and Retain Jones Day as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed January 15, 2009) (Docket No. 235)

Objection Deadline:  January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee.  With permission of the Court, the United States Trustee's Objection Deadline was extended until February 2, 2009 at 12:00 p.m. (noon).

Responses Received:  None.

Status:   The United States Trustee delivered informal comments to the Applicant with respect to the Application.  The Applicant is working with the United States Trustee to resolve outstanding issues.  This matter will be going forward.

16.   Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc*, to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Filed January 16, 2009) (Docket No. 242)

**Related Document(s):**

   **(a)    First Supplemental Affidavit of Adam G. Landis in Support of Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Filed February 18, 2009) (Docket No. 404)**

   **(b)    Certification of Counsel Regarding Application to Employ and Retain Landis Rath & Cobb LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Filed February 19, 2009) (Docket No. 413)**

Objection Deadline:  January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee.  With permission of the Court, the United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00 p.m. (noon).  On consent of the parties, the Objection Deadline was further extended until February 17, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received:  None.

**Status: A Certification of Counsel, together with a revised proposed form of order, was filed with the Court. This matter will not be going forward, unless otherwise directed by the Court.**

17.     Application of the Official Committee of Unsecured Creditors of Tribune Company, *et al.*, Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bank. P. 2014, for an Order Authorizing the Employment and Retention of Chadbourne & Parke LLP as Co-Counsel, Effective as of December 18, 2008 (Filed January 16, 2009) (Docket No. 243)

Related Document(s):

(a)     First Supplemental Affidavit of David M. LeMay in Connection with the Retention and Employment of Chadbourne & Park LLP as Counsel to the Official Committee of Unsecured Creditors (Filed February 17, 2009) (Docket No. 395)

**(b)     Certification of Counsel Regarding Application to Employ and Retain Chadbourne & Parke LLP as Co-Counsel to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to the Retention Date, Pursuant to Bankruptcy Code Section 1103(a) (Filed February 19, 2009) (Docket No. 414)**

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00 p.m. (noon). On consent of the parties, the Objection Deadline was further extended until February 17, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received: None.

**Status: A Certification of Counsel, together with a revised proposed form of order, was filed with the Court. This matter will not be going forward, unless otherwise directed by the Court.**

18.     Application of the Official Committee of Unsecured Creditors of Tribune Company, *et al.*, Pursuant to 11 U.S.C. §§ 327 and 1103 and Fed. R. Bank. P. 2014, for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP, as Financial Advisor, *Nunc Pro Tunc* to December 19, 2008 (Filed January 16, 2009) (Docket No. 245)

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. With permission of the Court, the United States Trustee's Objection Deadline is extended until February 2, 2009 at 12:00 p.m. (noon). On consent of the parties, the Objection Deadline was further extended for the United States Trustee.

Responses Received:  None.

Status:    The United States Trustee delivered informal comments to the Applicant with respect to the Application.  The Applicant is working with the United States Trustee to resolve outstanding issues.  This matter will be going forward.

19.    Application for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure Authorizing the Employment of Moelis & Company LLC as Investment Banker to the Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to January 6, 2009 (Filed January 30, 2009) (Docket No. 312)

Objection Deadline:  February 13, 2009 at 4:00 p.m.  On consent of the parties, the Objection Deadline was extended until February 17, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received:  None.

**Status:    The United States Trustee delivered informal comments to the Applicant with respect to the Application.  The Applicant is working with the United States Trustee to resolve outstanding issues.  This matter will be going forward.**

Dated:  February 19, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

Proposed Attorneys for Debtors and
Debtors in Possession

11

46429/0001-5288042v2