IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| TRIBUNE COMPANY., et al., | : Case No. 08-13141 (KJC) |
| Debtor. | : (Jointly Administered) |

**FIRST SUPPLEMENTAL DECLARATION OF THANE W. CARLSTON IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO SECTION 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND SECTION 504 OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF MOELIS & COMPANY LLC AS INVESTMENT BANKER TO THE COMMITTEE EFFECTIVE AS OF JANUARY 6, 2009**

Thane W. Carlston, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the investment banking and financial advisory firm of Moelis & Company LLC ("Moelis" or the "Firm"). Moelis employs approximately 150 advisors and analysts and maintains offices in, among other places, New York, Massachusetts, Illinois, and California.

2. I submit this First Supplemental Declaration in support of the Application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") of Tribune Company, et al. (collectively, the "Debtors"). Authorizing the Employment of Moelis and Company LLC as Investment Banker to the Committee, and to provide the disclosures required under Fed. R. Bankr. P. 2014(a).

3. I have personal knowledge of the facts set forth herein unless otherwise indicated. To the extent that any information disclosed herein requires amendment or modification, I will submit a supplemental declaration to the Court.

EAST\42361120.1

4.       Neither I, Moelis, nor any employee of Moelis, represents any party in interest (or its attorneys or accountants) other than the Committee in connection with the Debtors' Chapter 11 cases.

5.       This First Supplemental Declaration supplements the Declaration of Thane W. Carlston (the "Initial Declaration"), which was filed contemporaneously with and in support of the Application.

6.       As noted in the Initial Declaration, in connection with its Application, Moelis has undertaken an extensive examination of its files and records to determine whether it has any connections or other relationships with parties in interest in the Debtors' Chapter 11 cases. In the Initial Declaration, Moelis identified those entities which Moelis represents or has represented or with which Moelis has a connection.

7.       In light of Moelis' continuing duty to update its disclosures, I hereby submit the following additional disclosures as a supplement to the Initial Declaration:

The following entities from Schedule 2 are investors in Moelis' parent company, Moelis & Company Holdings LLC. Combined, these entities hold approximately 3.9% of the voting interest in Moelis & Company Holdings LLC but exercise no control over Moelis.

Entities affiliated with CNA Financial, General Electric, GoldenTree Asset Management and Shell Oil.

8. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 19, 2009.

MOELIS & COMPANY LLC

By: _____
Name: Thane W. Carlston
Title: Managing Director