# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ALLEN FRANCISCO | ) | |
| | ) | |
| Plaintiff, | ) | No. |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR R. MOLINA, individually | ) | |
| and as an agent of CHICAGO TRIBUNE | ) | |
| NEWSPAPERS, INC. and CHICAGO | ) | |
| TRIBUNE NEWSPAPERS, INC. | ) | |
| Individually | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, ALLEN FRANCISCO by and through his attorneys Staver & Gainsberg, P.C., complaining of the Defendants, OSCAR R. MOLINA, individually, and as an agent of CHICAGO TRIBUNE NEWSPAPERS, INC. and CHICAGO TRIBUNE NEWSPAPERS, INC. individually, and states as follows:

1. That on or about August 27, 2005, Plaintiff, ALLEN FRANCISCO , was a passenger in a motor vehicle owned by Defendant, CHICAGO TRIBUNE NEWSPAPERS, INC. and being operated for and on its behalf by Co-Defendant, OSCAR R. MOLINA in a westbound direction at or about 5035 West Lawrence Avenue, in the City of Chicago, County of Cook and State of Illinois.

2. That at the aforesaid time and place, Defendant, OSCAR R. MOLINA, while operating the motor vehicle suddenly and without warning attempted to make a sharp left hand turn into a gas station from Lawrence Avenue, which caused the Plaintiff, ALLEN FRANCISCO to be thrown from the vehicle onto the pavement.

3. At all times herein mentioned, the Defendant, OSCAR R. MOLINA, was acting as the duly authorized agent of the Defendant, CHICAGO TRIBUNE NEWSPAPERS, INC.

4. That at all times material hereto, it was the duty of the Defendants to exercise ordinary care for the safety of the person and property of others there and then upon said roadway and especially the Plaintiff herein.

5. That in violation of this duty, the Defendants acted or failed to act in one or more of the following ways, amounting to negligent conduct and violating the Motor Vehicle Laws of the State of Illinois:

    a. Operated said motor vehicle without keeping a proper and sufficient lookout;

    b. Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions in the use of the way, or which endangered the safety of the Plaintiff, in violation of the provisions of 625 ILCS 5/11-601;

    c. Failed to decrease the speed of said motor vehicle so as to avoid leaving the roadway and in violation of the provisions of 625 ILCS 5/11-601;

    d. Failed to equip said motor vehicle with proper brakes, contrary to and in violation of the provisions of 625 ILCS 5/12-301;

    e. Failed to keep said motor vehicle under proper control and failed to stop, slow down, or otherwise alter the speed, movement or direction of said vehicle;

  f. Attempted to make a sudden and swift left hand turn without providing Plaintiff with any warning of said turn;

  g. Failed to provide plaintiff with a safe and secure place to ride in said vehicle;

  h. Allowed the door of said vehicle to remain open in a dangerous and hazardous condition;

  i. Otherwise acted in a careless or negligent manner.

6. That as a direct and proximate result of defendants' aforesaid careless and negligent acts and/or omissions, the plaintiff was caused to sustain personal injuries, to incur and pay medical and hospital expenses, and to be absent from his usual pursuits and occupation for a period of time.

WHEREFORE, Plaintiff, ALLEN FRANCISCO prays for judgment against Defendants, OSCAR R. MOLINA, individually, and as an agent of CHICAGO TRIBUNE NEWSPAPERS, INC. and CHICAGO TRIBUNE NEWSPAPERS, INC. individually, jointly and severally in a sum in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and costs of suit, and for whatever other relief this court deems just.

Respectfully submitted,

STAVER & GAINSBERG, P.C.

By: _____
Jared B. Staver

Staver & Gainsberg, P.C.
120 West Madison, Suite # 520
Chicago, Illinois 60602
(312) 422-1130
Attorney ID # 38688