# EXHIBIT B

SCB/KHP                                                    01354-056-FRTR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ALLEN FRANCISCO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 06 L 5276 |
| ) | |
| OSCAR R. MOLINA, individually and, ) | |
| as an agent of CHICAGO TRIBUNE ) | |
| NEWSPAPERS, INC. and CHICAGO ) | |
| TRIBUNE NEWSPAPERS, INC., ) | |
| individually, ) | |
| ) | |

## DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES

NOW COMES Defendants, OSCAR R. MOLINA and CHICAGO TRIBUNE COMPANY, by and through their attorneys, BOLLINGER, RUBERRY and GARVEY, and in answer to Plaintiff's Interrogatories, state as follows:

1. State the full name of the defendant answering, as well as your current residence address, date of birth, marital status, driver's license number and issuing state, and social security number, and, if different, give the full name, as well as the current residence address, date of birth, marital status driver's license number and issuing state, and social security number of the individual signing these answers.

ANSWER:   Oscar R. Molina          SSN: 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
          2512 S. Ridgeway         DOB: 08/01/80
          Chicago, Illinois 60623  DLN: M45065680218, Illinois
                                   Single

2. State the full name and current residence address of each person who witnessed or claims to have witnessed the occurrence that is the subject of this suit.

ANSWER:   Oscar R. Molina          Allen Francisco
          2512 S. Ridgeway         3022 S. Archer
          Chicago, IL 60623        Apt. 208
                                   Chicago, IL 60608

3.    State the full name and current residence address of each person not named in interrogatories No. 2 above who was present and/or claims to have been present at the scene immediately before, at the time of, and/or immediately after the occurrence.

ANSWER:    3 Unidentified Chicago Police Department officers, one of which was Star No.: 15646

Phillip Elliot (from Police Report)
3740 N. Spaulding
Chicago, IL 60618

4.    As a result of the occurrence, were you made a defendant in any criminal or traffic case? If so, state the court, the caption, the case number, the charge or charges filed against you, whether you pleaded guilty thereto and the final disposition.

ANSWER:    No.

5.    Were you the owner and/or driver of any vehicle involved in the occurrence? If so, state whether you were named or covered under any policy, policies, of liability insurance effective on the date of the occurrence, if so, state the name of each company or companies, the policy number or numbers, the effective period(s) and the maximum liability limits for each person and each occurrence, including umbrella or excess insurance coverage, property damage and medical payment coverage.

ANSWER:    Oscar R. Molina was the driver of the Vehicle involved in the occurrence leased by Chicago Tribune Company from Ryder.

Oscar R. Molina was covered under the following policy:
Policy #: ISAH07937891
Policy Period: 03/01/05-03/01/06
Limits: 2,000,000 CSL

6.    Do you have any information:

(a)    That any Plaintiff was within the five years immediately prior to the occurrence confined in a hospital and/or clinic, treated by a physician and/or health professional, or x-rayed for any reason other than personal injury? If so, state each Plaintiff so involved, the name and address of each hospital and/or clinic, physician, technician, and/or other health care professional, the approximate date of such confinement or service and state the reason for such confinement or service;

2

 (b) That any Plaintiff has suffered any serious personal injury and/or illness prior to the date of the occurrence? If so, state the name of each Plaintiff so involved and state when, where and how he or she was injured and/or ill and describe the injuries and/or illness suffered;

 (c) That any Plaintiff has suffered any serious personal injury and/or illness since the date of the occurrence? If so, state the name of each Plaintiff so involved and state when, where and how he or she was injured and/or ill and describe the injuries and/or illness suffered;

 (d) That any Plaintiff has ever filed any other suit for his or her personal injuries? If so, state the name of each Plaintiff so involved and state the court and caption in which filed, the year filed, the title and docket number of the case.

ANSWER: (a) None known. Investigation continues;
 (b) Plaintiff said that he suffered a broken leg when he was hit by a car in the past;
 (c) None known. Investigation continues;
 (d) Plaintiff said that he had two other lawsuits from a car accident and work.

7. Were any photographs, movies, and/or videotapes taken of the scene of the occurrence or of the persons and/or vehicles involved? If so, state the date or dates on which such photographs, movies and/or videotapes were taken, the subject thereof, who now has custody of them, and the name, address, and occupation and employer of the person taking them.

ANSWER: Not known at this time. Investigation continues.

8. Have you (or someone acting on your behalf) had any conversations with any person at any time with regard to the manner in which the occurrence complained of occurred, or have you overheard any statements made by any person at any time with regard to the injuries complained of by the plaintiff or the manner in which the occurrence complained of occurred? If the answer to this interrogatory is in the affirmative, state the following:
 (a) The date or dates of such conversations and/or statements;
 (b) The place of such conversations and/or statements;
 (c) All persons present for the conversations and/or statements;
 (d) The matter and things stated by the person in the conversation and/or statements; and
 (f) Who has possession of the statement if written and/or recorded.

ANSWER: None other than conversations with plaintiff, the responding police officers, Phillip Elliot, my supervisor, Mike Connell, and fellow drivers at work on the day of the accident or shortly thereafter.

9. Do you know of any statements made by any person relating to the occurrence complained of by the Plaintiff? If so, give the name and address of each such witness and the date of the statement and state whether such statement was written and/or oral.

ANSWER: None other than what may be considered statements in the police report, incident report, and plaintiff's medical records.

10. Had you consumed any alcoholic beverage within 12 hours immediately prior to the occurrence? If so, state the name and address of those from whom it was obtained, where it was consumed, the particular kind and amount of alcoholic beverage so consumed by you and the names and current addresses of all persons known by you to have knowledge concerning the consumption of the alcoholic beverages.

ANSWER: No.

11. Have you ever been convicted of a misdemeanor involving dishonesty, false statement or any felony? If so, state the nature thereof, the date of the conviction, and the court and the caption in which the conviction occurred. For the purpose of this interrogatory, a plea of guilty shall be considered a conviction.

ANSWER: No.

12. Had you used any drugs or medication within 24 hours immediately prior to the occurrence? If so, state the names and address of those from whom it was obtained, where it was used, the particular kind and amount of drug or medication so used by you, and the names and current residence addresses of all persons known by you to have knowledge concerning the use of the drug or medication.

ANSWER: No.

13. Were you employed on the date of the occurrence? If so, state the name and address of your employer, and the date of employment and termination if applicable. If you answer is in the

affirmative, state the position, title and nature of your occupational responsibilities with respect to your employment.

ANSWER:  On the date of the occurrence, Oscar R. Molina was employed by Chicago Tribune Company. Oscar Molina was employed by Chicago Tribune Company beginning in May 2005 and his position and responsibilities were that of a route driver.

14. Please state the full name of Defendant's, Oscar R. Molina, supervisor at the time of the occurrence, as well as his current residence address and whether said supervisor is still employed with the Defendant, Chicago Tribune Newspaper, Inc.

ANSWER:  Mike Connell, current employee.

15. What was the purpose and/or use for which the vehicle was being operated at the time of the occurrence?

ANSWER:  The vehicle was being operated by Oscar R. Molina for purposes of delivery of Chicago Tribune newspapers.

16. State the names and addresses of all persons who have knowledge of the purpose for which the vehicle was being used at the time of the occurrence.

ANSWER:  Chicago Tribune Company employees, Oscar Molina, and Mike Connell.

17. State the name and address of the registered owner of each vehicle involved in the occurrence.

ANSWER:  Ryder.

18. Have you ever had your driver's license suspended or revoked? If so, state whether it was suspended or revoked, the date it was suspended or revoked, the reason for the suspension or revocation, the period of time for which it was suspended or revoked and the state that issued the license.

ANSWER:  No.

19. Do you have or have you had any restrictions on your driver's license? If so, state the nature of the restrictions.

ANSWER: No.

20. Do you have any medical and/or physical condition that required a physicians report and/or letter of approval in order to drive? If so, state the nature of the medical and/or physical condition, the physician or other health care professional who issued the letter and/or report and the names and addresses of any physician or health care professional who treated you for this condition prior to the occurrence.

ANSWER: No.

21. State the name and address of any physician, ophthalmologist, optician or other health care professional who performed any eye examination of you within the last five years and the dates of each such examination.

ANSWER: Pre-employment department of transportation physician by Concentra Medical Services.

22. State the name and address of any physician or other health care professional who examined and/or treated you within the last 10 years and the reason for such examination and/or treatment.

ANSWER: Objection, overly broad and requests privileged information that is not relevant to the subject matter involved in the action.

25. List the names and addresses of all other persons (other than yourself and persons heretofore listed) who have knowledge of the facts of the occurrence and/or nature of the injuries and damages to have resulted therefrom.

ANSWER: None other than those listed in response to interrogatories 3 and 4. Investigation continues.

26. Identify any statements, information and/or documents known to you and requested by any of the foregoing interrogatories which you claim to be work product or subject to any common law or statutory privilege, and with respect to each interrogatory, specify the legal basis for the claim as required by Illinois Supreme Court Rule 201(n).

ANSWER: None other than communications protected by the attorney-client and insurer-insured privilege, and medical records and medical information of Oscar Molina that is protected by the physician-patient privilege.

Scott C. Bentivenga
Kimberly H. Petrina
Bollinger, Ruberry & Garvey
500 West Madison Street, Suite 2300
Chicago, IL 60661
(312) 466-8000
Attorney No.: 13507

STATE OF ILLINOIS )
)
COUNTY OF C O OK )

## CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument with respect to Oscar R. Molina are true and correct, except as to matters therein stated to be on information and belief and as such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Oscar R. Molina