IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRIBUNE COMPANIES, et al. | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-13141 (KJC) |
| | : (Jointly Administered) |

**ORDER GRANTING THE MOTION OF ALLEN FRANCISO FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon consideration of Allen Francisco's Motion for Relief from Stay Under Section 362 of the Bankruptcy Code (the "Motion"), and it appearing that the notice of the Motion was good and sufficient upon the particular circumstances and that no other or further notice need be given; and the Court having considered the Motion and any responses filed thereto, and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Motion is granted to the extent set forth in this Order; and it is further;

**ORDERED**, that Allen Francisco is granted relief from the automatic stay to allow the litigation to go forward in Illinios against non-debtor parties and Debtor only to the extent of available and applicable insurance coverage; and it is further

**ORDERED**, that this request is effective immediately, without a ten-day stay.

Dated: March ____, 2009

_____
Judge Kevin J. Carey