# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC      **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, FEBRUARY 20, 2009 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### Matter:

Omnibus

**R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Amended Agenda Item
#1, 2 and 3 - Adjourned
#4 through 8 - Orders Signed
#9 and 10 - Orders Due
#11 through 13 - Orders Signed
#14 - Order Due
#15 - Order Due
#16 - Order Signed
#17 and 18 - Orders Signed
#19 - Adjourned to 3/10/09