# SIGN-IN-SHEET

**CASE NAME:**  Tribune Company
**CASE NO.**   08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:**  February 20, 2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alan Landis | Landis Rath & Cobb LLP | Creditors' Committee |
| David LeMay | Chadbourne & Parke LLP | " |
| Fred Posner | Messana Rosner + Stern | Intelsat |
| Thomas Labuda | Sonnenschein Nath & Rosenthal | Lazard Freres |
| Jeremy Johnson | DLA Piper LLP | Moelis & Company |
| Norman Pernick | Cole Schotz | Delphos |
| Kevin Lantry | Sidley Austin | " |
| Mark Collins | Richards Layton | JP Morgan Chase or Ag |
| Damian Schaible | Davis Polk | JPM |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION: 5**
**DATE:** February 20, 2009

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| *(signature)* | *(signature)* | *(signature)* |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 02/20/2009

Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2668024 | Elizabeth Horowitz | (212) 728-3593 | Willkie Farr & Gallagher LLP | Creditor, Comcast Cable Communications / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2665599 | Zachary Lewis | 212-835-5980 | Zachary Lewis In Pro Per. | In Propria Persona, Zachary Lewis / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2669269 | Anna Kalenchits | 212-723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2667188 | David J. Yadegar | (212) 672-4663 | David J. Yadegar-In Pro Per | Interested Party, David Yadegar / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2666756 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2664217 | Paul Catanese | (312) 750-3536 | McGuireWoods LLP | Creditor, Nielsen Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2660461 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2666754 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2666755 | Janet Henderson | (312) 853-2931 | Sidley & Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2667201 | Laura J. Eisele | 248-204-0675 | AlixPartners, LLC | Debtor, Tribune Company / LIVE |