IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | * | |
| TRIBUNE COMPANY, et al | * | Case No. 08-13141<br>Chapter 11 |
| | * | |
| Debtor | | |

*******************************************

### NOTICE OF APPEARANCE OF COUNSEL AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

Notice is hereby given that Howard County, Maryland appears in these matters by its counsel, Margaret Ann Nolan, County Solicitor, Camela J. Sandmann, Assistant County Solicitor, in accordance with Bankruptcy Rules 2002 and 9010, and requests that the undersigned attorneys be placed on the mailing matrix filed by the Debtors in the above-captioned case, and that all notices given or required to be given and all papers required to be served in this case be given to and served on the undersigned attorneys at the following address:

> Margaret Ann Nolan, County Solicitor
> Camela J. Sandmann, Assistant County Solicitor
> Howard County Office of Law
> George Howard Building
> 3430 Courthouse Drive
> Ellicott City, Maryland  21043
> (410) 313-2102

Please take further notice that the foregoing request includes not only the notices and papers referred to in the Rules

specified above, but also, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise, which affect or seek to affect in any way any rights or interest of Howard County, Maryland.

HOWARD COUNTY OFFICE OF LAW

_____
Camela J. Sandmann
Assistant County Solicitor
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043
(410) 313-2102