### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2009, a copy of the foregoing Notice of Appearance of Counsel and Request for Notices and Service of Papers was mailed, postage prepaid, to the following parties:

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

and to all of the known creditors of the Debtor listed on the Service List attached hereto.

Camela J. Sandmann
Assistant County Solicitor

T:\LAWCLERKS&PARALEGALS\JFINA\BKY2\TRIBUNE APPEARANCE.DOC