# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF JEFF ZILKA IN SUPPORT OF ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY DANIEL J. EDELMAN, INC. AS CORPORATE COMMUNICATIONS AND INVESTOR RELATIONS CONSULTANTS PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107, *NUNC PRO TUNC* TO THE PETITION DATE

STATE OF ILLINOIS     )
             ) ss:
COUNTY OF COOK     )

    Jeff Zilka, being duly sworn, deposes and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (5460); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1.    I am the Executive Vice President of Financial Communications of Daniel J. Edelman, Inc. ("Edelman"), a public relations firm with its co-headquarters offices located at 200 East Randolph Street, 63rd Floor, Chicago, IL 60601 and 1500 Broadway, New York, NY 10036 and I make this supplemental declaration (the "Supplemental Declaration") on behalf of Edelman. I am generally familiar with the Edelman's day-to-day operations, business affairs, practices, clients and books and records.

2.    I submit this Supplemental Declaration in support of the Application of the Debtors and Debtors in Possession for an Order Authorizing them to Retain and Employ Edelman as Corporate Communications and Investor Relations Consultants (the "Application")[2] in these chapter 11 cases pursuant to §§ 327(a) and 1107 of title 11 of the United States Code (the "Bankruptcy Code"), nunc pro tunc to December 8, 2008. The purpose of this Supplemental Declaration is to augment Edelman's prior disclosures concerning its connections with parties-in-interest in the above-captioned chapter 11 cases, as required under Rules 2014(a) of the federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts as set forth herein.

3.    Since the filing of the Application, Edelman has reviewed its records concerning its connections with parties-in-interest in the above-captioned chapter 11 cases to ascertain current representations of such parties-in-interest, as well as prior representations of such parties. The list of parties-in-interest was provided to Edelman by the Debtors. The results of Edelman's connections search are attached to this Supplemental Declaration as Exhibit A.

4.    I am aware of no connections between Edelman and any significant parties-in-interest in the Debtors' chapter 11 cases other than those shown on Exhibit A. If,

---

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Application.

2

however, I become aware of any such connections, I will promptly file a further supplemental declaration.

Dated: February 2, 2009

Jeff Zilka

## Exhibit A

Representations by Daniel J. Edelman, Inc. of the Debtors and Non-Debtor Affiliates in Unrelated Matters:

| DEBTORS AND NON-DEBTOR AFFILIATES | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Chicago Tribune Company | None |

Representations by Daniel J. Edelman, Inc. for Current and Former Directors and Officers of Tribune Company and Other Debtors in Unrelated Matters:

| CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| None | None |

Representations by Daniel J. Edelman, Inc. of the Thirty Largest Unsecured Creditors (Consolidated) in Unrelated Matters:

| THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED) | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Deutsche Bank National Trust Company | Merrill Lynch Capital Corporation |
| J.P. Morgan Chase Bank, N.A. | |
| NBC Universal Domestic Television | |
| Paramount Pictures Corporation | |
| Sony Pictures Television | |
| Warner Brothers Television | |

Representations by Daniel J. Edelman, Inc of Prepetition Lenders to the Debtors in Unrelated Matters:

| PREPETITION LENDERS TO THE DEBTORS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Aegon USA Investment Management | Bank of America N.A. |
| AIG Global Investment Corp. | Loews Corporation |
| Allstate Investment Management Company | Merrill Lynch & Co. Inc. |
| CIT Group Incorporated | Wachovia Bank National Association |
| Credit Suisse Asset Management | |
| Credit Suisse Group AG | |
| Deutsche Bank AG | |
| Deutsche Investment Management Americas Inc. | |
| GE Asset Management Inc. | |
| General Electric Capital Corporation | |
| Hartford Investment Management Company | |
| ING Investment Management LLC | |
| John Hancock A/C 62 JH High Yield Fund (99140) | |
| John Hancock Financial Services Inc. | |

| PREPETITION LENDERS TO THE DEBTORS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| Lehman Brothers Commercial Bank | |
| Lehman Brothers Holdings Inc. | |
| Metropolitan Life Insurance Company | |
| Morgan Stanley | |
| Morgan Stanley Investment Co Niston BV | |
| Morgan Stanley Investment Management Garda BV | |
| Morgan Stanley Investment Management Inc. as AgtINCAS AGT | |
| Morgan Stanley Investment Management Mezzano B V | |
| National City Corporation | |
| New York Life Insurance Company | |
| New York Life Investment Management | |
| Nomura Corporate Research & Asset Management Inc. | |
| Nomura Corporate Research & Asset Mgmt | |
| Swiss Reinsurance Company Ltd. | |
| Symphony Asset Management LLC | |
| Wells Capital Management Incorporated | |
| Wells Fargo Foothill Inc. | |

Representations by Daniel J. Edelman, Inc. of the Counterparties to Hedging Agreements in Unrelated Matters:

| COUNTERPARTIES TO HEDGING AGREEMENTS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | Barclays Capital |

Representations by Daniel J. Edelman, Inc. of Professionals Retained by Prepetition Lenders in Unrelated Matters:

| PROFESSIONALS RETAINED BY PREPETITION LENDERS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | None |

Representations by Daniel J. Edelman, Inc. for the Indenture Trustee in Unrelated Matters:

| INDENTURE TRUSTEE | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| Deutsche Bank National Trust Company | None |

Representations by Daniel J. Edelman, Inc. of Insurance Carriers in Unrelated Matters:

| INSURANCE CARRIERS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Ace American Insurance Company | None |
| The Hartford Insurance Group | |
| Zurich American Insurance Company | |

Representations by Daniel J. Edelman, Inc. of Other Professionals Retained By the Debtors Outside of the Ordinary Course of Business in Unrelated Matters:

| OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Deloitte & Touche LLP | Paul Hastings Janofsky & Walker LLP |
| Jenner & Block LLP | |
| Lazard Freres & Co. | |
| Navigant Consulting | |
| PricewaterhouseCoopers LLP | |
| Seyfarth Shaw LLP | |

Representations by Daniel J. Edelman, Inc. of Major Customers of the Debtors in Unrelated Matters:

| MAJOR CUSTOMERS OF THE DEBTORS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Anheuser Busch | American Express Co |
| AT&T | AT&T (B) 2 |
| AT&T (A) 2 | Bank of America |
| Corinthian Schools | Domino's Pizza |
| Countrywide Financial | Reckitt Benckiser |
| Dell | Viacom – Paramount |
| Disney – Buena Vista | Wachovia Bank |
| Ford | |
| GE – Vivendi Universal | |
| General Mills | |
| General Motors | |
| Glaxo Smith Kline Beecham Welcome | |
| GM Chevy Dealer Associations | |
| GM Chevy Factors | |
| GM General Motors Corp | |
| Johnson & Johnson | |
| Kraft General Foods | |
| News Corp | |
| News Corp – 20th Century Fox – Home - Theatrical | |
| Nissan Dealer Associations | |
| Nissan Factory | |
| Nissan Infiniti Factory | |

| MAJOR CUSTOMERS OF THE DEBTORS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| Pepsi – Pepsi Cola Various | |
| Pfizer | |
| Procter & Gamble – P&G | |
| Progressive Insurance | |
| Qwest Communications | |
| Six Flags Great America Parks | |
| Sony Entertainment – Pictures – Columbia Tristar | |
| Subway | |
| Target Stores | |
| T-Mobile | |
| T-Mobile/Voice Stream | |
| TW New Line Cinema – Home Video | |
| TW Time Warner | |
| TW Warner Brothers | |
| TW Warner Communications | |
| Verizon Wireless | |
| Verizon Wireless – Cellular | |
| Washington Mutual | |
| Yum Brands – Kentucky Fried Chicken | |
| Yum Brands – Pizza Hut | |
| Yum Brands – Taco Bell | |

Representations by Daniel J. Edelman, Inc. for Parties to Significant Litigation With the Debtors in Unrelated Matters:

| PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | Cbs Broadcasting Inc. |
| | Cbs Radio Inc. |

Representations by Daniel J. Edelman, Inc. for Significant Landlords of the Debtors in Unrelated Matters:

| SIGNIFICANT LANDLORDS OF THE DEBTORS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| Duke Realty Limited Partnership | None |
| IAC Aviation LLC | |
| Majestic Realty Co. and Yorba Linda Sub, LLC | |
| Wells Fargo Bank, N.A. | |

Representations by Daniel J. Edelman, Inc. of Judges on the United States Bankruptcy Court for the District Of Delaware in Unrelated Matters:

| JUDGES ON THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF |
|---|

| DELAWARE | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | None |

Representations by Daniel J. Edelman, Inc. of the Office of the United States Trustee in Unrelated Matters:

| OFFICE OF THE UNITED STATES TRUSTEE | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | None |

Representations by Daniel J. Edelman, Inc. of ESOP Trustee in Unrelated Matters:

| ESOP TRUSTEE | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | GreatBanc Trust Company |

Representations by Daniel J. Edelman, Inc. of Entities Involved In Leveraged ESOP Transactions in Unrelated Matters:

| ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | None |

Representations by Daniel J. Edelman, Inc. of Significant Former Shareholders in Unrelated Matters:

| SIGNIFICANT FORMER SHAREHOLDERS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| ROBERT R. MCCORMICK TRIBUNE FOUNDATION | None |

Representations by Daniel J. Edelman, Inc. of Major Holders of Phones in Unrelated Matters:

| MAJOR HOLDERS OF PHONES | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| Citadel | None |

Representations by Daniel J. Edelman, Inc of Counterparties to Recent Significant Asset Dispositions in Unrelated Matters:

| COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS | |
|---|---|
| **Active Unrelated Representations** | **Inactive or Former Unrelated Representations** |
| None | HEARST CORPORATION |

Representations by Daniel J. Edelman, Inc. of Joint Venture Partners in Unrelated Matters:

| JOINT VENTURE PARTNERS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| MICROSOFT CORPORATION | None |

Representations by Daniel J. Edelman, Inc. for Other in Unrelated Matters:

| OTHER | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| None | None |

Representations by Daniel J. Edelman, Inc. of Equity Method Investments in Unrelated Matters:

| EQUITY METHOD INVESTMENTS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| None | None |

Representations by Daniel J. Edelman, Inc. of Former Indenture Trustees in Unrelated Matters:

| FORMER INDENTURE TRUSTEES | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| Wells Fargo Bank, N.A. | None |

Representations by Daniel J. Edelman, Inc. for Agents Under Credit Agreements in Unrelated Matters:

| AGENTS UNDER CREDIT AGREEMENTS | |
|---|---|
| Active Unrelated Representations | Inactive or Former Unrelated Representations |
| None | BANK OF AMERICA, N.A. |
| | Merrill Lynch Capital Corporation |
| | MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC. |

CH1 4559665v.1