## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 365 |

### AMENDED[2] AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

STATE OF CALIFORNIA

COUNTY OF:  SAN DIEGO    :    ss.:

Guylyn R. Cummins, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community New Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399) Channel 29, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237) Chicagoland Television News, Inc. (1352); Country Specialty Products, Inc. (9221); direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner corp. (0219); ForSaleByOwner.com Referral Services, LLC 99205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7414; Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); Julius Air Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times Internationals, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T. Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750) Sentinel Communications New Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9367); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company, LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc., (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS1, Inc. (0719); TMS Entertainment Guides, Inc. (6325);Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9270); Tribune Television Company (1634); Tribune Television Holdings, Inc. 91630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValueMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587) WATL, LLC (7384); WCWM LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX, Inc. (1268).  The Debtor's corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] This Affidavit amends the Affidavit of Ordinary Course Professional filed o n January 15, 2009 (Docket No. 365).

1.      I am a partner of Sheppard Mullin Richter & Hamilton, LLP ("the Firm"), which maintains offices at 501 West Broadway, Suite 1900, San Diego, California 92101, among other locations.

2.      This Amended Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3.      The Firm has represented and advised the Debtors as to various First Amendment issues and related issues with respect to certain aspects of the Debtors' business operations. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a post-petition basis during the course of these Chapter 11 cases.

4.      The Firm's current customary rates, subject to change from time to time, are $495.00 per hour for attorney Guylyn R. Cummins. In the normal course of its business, the Firm revises it billing rates on January 1 of each year and requests that, effective January 1 of each year the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5.      In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks." The Firm's database contains information regarding the Company's present and past representations. Pursuant to the Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. My original affidavit filed in these cases

was erroneously based upon only the first portion of the conflicts report generated, which

unbeknownst to me had been completed in batches, and not the entire report. In connection with

the proposed retention of Sheppard Mullin by the Debtors, Sheppard Mullin has researched its

client database to determine whether it had any relationship with the list of the entities received

from counsel to the Debtors. That search did not reveal that the Firm represents any client

adverse to the Debtors except that, pursuant to a written conflict waiver, we represent a landlord,

9090 Enterprises, with regard to a facility leased to a Debtor. We do represent a number of the

Debtors' affiliates including KSWB and the Los Angeles Times. In matters unrelated to the

bankruptcy, we represent a number of the 30 largest unsecured creditors and parties to certain

pending litigation identified by the Debtor, including Deutsche Bank, J.P. Morgan, NBC

Universal, Paramount Pictures, Sony Pictures, Twentieth Television, CBS Broadcasting and

U.S. Bank Association  We regularly represent other financial institutions and clients that may be

creditors, landlords, joint venturers or major customers of the Debtor in matters unrelated to the

Debtor. The Firm's search of the database identified no connections other than certain of the

Debtors as clients or as set forth above.

   6. Neither I nor any partner of, or professional employed by, The Firm has

agreed to share or will share any portion of the compensation to be received from the Debtors

with any other person other than the principals and regular employees of the Firm, as permitted

by 11 U.S.C. § 504(b).

   7. I understand that any compensation paid to the Firm is subject to

disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

8.    Nether I, nor any partner or principal of, or professional employed by, the Firm insofar as I have been able to ascertain holds, or represents an interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

9.    The Debtors owe the firm $0.00 for pre-petition services. The Firm is not waiving any and all claims that it has against the Debtors, if any, including the amount referenced in the prior sentence.

10.    The Firm currently holds a retainer from the Debtors in the approximate amount of $0.00.

11.    As of the Petition Date, the Firm was a party to a services agreement with the Debtors. A copy of such agreement is attached as Exhibit "1" to this Affidavit. The prior engagement agreement is not within the control of this affiant, as it resides at my prior law firm. I will obtain a copy to be submitted to the court at a later date.

12.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the Information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct

Executed on February 24, 2009

Guylyn R. Cummins, Affiant

Sworn to and subscribed before me

This 24th day of FEBRUARY, 2009

Notary Public

ROSEMARY POWERS JONES
Commission # 1759544
Notary Public - California
San Diego County
My Comm. Expires Jul 29, 2011