EXHIBIT "1"

*116679*

OCT. 7. 2004  3:16PM    GRAYCARY 6196992701                                        NO. 516    P. 2

# GRAYCARY

401 B Street, Suite 2000
San Diego, CA 92101-4240
www.graycary.com
O] 619-699-3610
F] 619-699-2701

September 27, 2004

OUR FILE NO. 9999998-91028

Karlene Goller, Esq.
V.P. & Deputy General Counsel
Los Angeles Times
202 West First Street
Los Angeles, CA

Dear Karlene:

Re:   Los Angeles Times General Litigation, CM# 68257-28309

We are writing to advise you that Guylyn Cummins has decided to leave Gray Cary and become a partner in Sheppard Mullin Richter & Hampton LLP's Entertainment and Media Law Group. Both Guylyn and Gray Cary are working together in a cooperative fashion so as to continue to service the needs of clients, such as yourself, for whom Guylyn has been the principal contact.

You have the right to determine who will represent you in any or all of your media matters going forward. If you transfer some or all of your matters to Guylyn's new firm, you will need to enter into an appropriate agreement letter with Sheppard Mullin. The transfer of some or all of your files does not affect any amount that you owe to Gray Cary or amounts that will be owed for fees and disbursements incurred since your last bill.

Please indicate your intention by signing and returning this letter to the attention of either Guylyn Cummins or John Allcock, and indicate who you want to handle your matter. We would appreciate receiving your response by Friday, October 1, 2004. Guylyn's new contact information is:

**Sheppard, Mullin, Richter & Hampton LLP**
A Limited Liability Partnership Including Professional Corporations
501 West Broadway
Nineteenth Floor
San Diego, California 92101
(San Diego Co.)
Telephone: 619-338-6500
Telecopier: 619-234-3815 Telex: 19-4424
Email: gcummins@sheppardmullin.com; gcummins@smrh.com
Web Site: http://www.sheppardmullin.com

AUSTIN   LA JOLLA   SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SEATTLE   SILICON VALLEY   WASHINGTON, DC

10/12/2004 TUE 09:40   [TX/RX NO 7085]

OCT. 12. 2004  3:16PM    GRAYCARY 6196992731                                    NO.516    P. 3/4

**Gray Cary Ware & Freidenrich LLP**

September 27, 2004
Page Two

Thank you for your courtesy and cooperation.

Sincerely,

Gray Cary Ware & Freidenrich LLP

John Allcock

Guylyn Cummins

10/12/2004 TUE 09:40  [TX/RX NO 7865]

```
10/12/2004 09:36 FAX  213 237 3800      L.A. TIMES LEGAL DEPT                NC.516   P.4/4
     OCT. 7. 2004   3:17PM   GRAYCARY 6196992781
```

**Gray Cary Ware & Freidenrich LLP**

September 27, 2004
Page Three

☑ Please transfer all my active files to Guylyn R. Cummins at Sheppard Mullin Richter & Hampton LLP. (I also authorize Gray Cary to forward to Guylyn Cummins electronic copies of any documents she created for our Company at his request.)

_____
Karlene Goller
Gray Cary\SD\1512784.1
58257-26309