# EXHIBIT "A"

698.001-24480

## EXHIBIT "A" – SUMMARY SHEET

December 18, 2008 through and including January 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $550.00 | 28.20 | $15,510.00 |
| | | | $595.00 | 69.60 | $41,412.00 |
| | | | $297.50[2] | 1.50 | $446.25 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $335.00 | 14.70 | $4,924.50 |
| | | | $370.00 | 43.80 | $16,206.00 |
| Kerri K. Mumford | Associate; admitted DE 2002 | May, 2001 | $370.00 | 3.30 | $1,221.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $240.00 | 25.50 | $6,120.00 |
| | | | $275.00 | 40.30 | $11,082.50 |
| Michael V. Girello, Jr. | Paralegal | N/A | $175.00 | 9.70 | $1,697.50 |
| | | | $200.00 | 3.50 | $700.00 |
| Cathy A. Adams | Paralegal | N/A | $180.00 | 2.00 | $360.00 |
| Michele M. Dero | Paralegal | N/A | $200.00 | 1.20 | $240.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 30.80 | $6,160.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | 2.00 | $360.00 |
| Tynisa Nuble | Legal Assistant | N/A | $125.00 | 1.00 | $125.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $110.00 | .10 | $11.00 |
| | | | $125.00 | .30 | $37.50 |
| | | | Total | 277.50 | $106,613.25 |

**Blended Rate: $384.19**

---

[1] Effective January 1, 2009, LRC increased its rates in the ordinary course of business.

[2] Working travel rate is reflected at fifty percent (50%) of the hourly billing rate in effect as of January 1, 2009.

698.001-24480