# EXHIBIT "C"

698.001-24480

Official Committee of Unsecured Creditors February 24, 2009
Account No: 698-001
Statement No: 8924

Tribune Company, *et al.* Bankruptcy

## **Expenses**

| | |
|---|---:|
| Overtime Wages | 13.84 |
| Postage | 3.02 |
| Copying | 70.00 |
| Overnight Delivery | 34.20 |
| Filing Fee | 50.00 |
| Courier Fees | 566.00 |
| Outside Duplication Services | 2,153.06 |
| Electronic Filing - PACER | 104.72 |
| US Postage | 469.11 |
| Court Reporter Fees | 2,940.50 |
| Client Meals | 174.50 |
| Transportation | 238.00 |
| **Total Expenses through 01/31/2009** | **6,816.95** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| 698.001 | 12/23/2008 | AGL | U | B100 | E214 | | 50.00 Filing Fee Clerk, U.S. District Court - LeMay/Deutsch PHV Motions | 1 |
| Subtotal for Transaction Date 12/23/2008 | | | | | Billable | 50.00 | | |
| 698.001 | 12/24/2008 | AGL | U | B100 | E111 | | 16.50 Meals Gallucio's Cafe - M. Girello | 2 |
| Subtotal for Transaction Date 12/24/2008 | | | | | Billable | 16.50 | | |
| 698.001 | 12/27/2008 | AGL | U | B100 | E216 | | 10.00 Courier Fee - Advance TriState Courier & Carriage - 28983 | 12 |
| Subtotal for Transaction Date 12/27/2008 | | | | | Billable | 10.00 | | |
| 698.001 | 12/31/2008 | AGL | U | B100 | E220 | | 238.00 Client Travel American Express - A. Landis | 5 |
| 698.001 | 12/31/2008 | AGL | U | B100 | E208 | | 104.72 Electronic Filing PACER-Advance PACER Service Center | 14 |
| Subtotal for Transaction Date 12/31/2008 | | | | | Billable | 342.72 | | |
| 698.001 | 01/02/2009 | AGL | U | B100 | E101 | 0.100 | 1.00 Copying | 6 |
| Subtotal for Transaction Date 01/02/2009 | | | | | Billable | 1.00 | | |
| 698.001 | 01/03/2009 | AGL | U | B100 | E216 | | 39.00 Courier Fee - Advance TriState Courier & Carriage - 29048 | 13 |
| Subtotal for Transaction Date 01/03/2009 | | | | | Billable | 39.00 | | |
| 698.001 | 01/05/2009 | AGL | U | B100 | E217 | | 1,979.00 Court Reporter fee Wilcox & Fetzer, Ltd. | |
| 698.001 | 01/05/2009 | AGL | U | B100 | E101 | 0.100 | 23.40 Copying | |
| Subtotal for Transaction Date 01/05/2009 | | | | | Billable | 2,002.40 | | |
| 698.001 | 01/06/2009 | AGL | U | B100 | E217 | | 132.00 Court Reporter fee Laws Transcription Service | |
| Subtotal for Transaction Date 01/06/2009 | | | | | Billable | 132.00 | | |
| 698.001 | 01/08/2009 | AGL | U | B100 | E101 | 0.100 | 11.50 Copying | |
| 698.001 | 01/08/2009 | AGL | U | B100 | E211 | | 228.74 Digital prints - Advance Digital Legal Services, LLC - 47712 | 2 |
| 698.001 | 01/08/2009 | AGL | U | B100 | E210 | | 69.00 US Postage # Digital Legal Services, LLC - 47712 | 2 |
| Subtotal for Transaction Date 01/08/2009 | | | | | Billable | 309.24 | | |
| 698.001 | 01/10/2009 | AGL | U | B100 | E216 | | 168.50 Courier Fee - Advance TriState Courier & Carriage - 29106 | 2 |
| Subtotal for Transaction Date 01/10/2009 | | | | | Billable | 168.50 | | |
| 698.001 | 01/12/2009 | AGL | U | B100 | E211 | | 112.58 Digital prints - Advance Digital Legal Services, LLC - 47756 | 3 |
| 698.001 | 01/12/2009 | AGL | U | B100 | E210 | | 73.71 US Postage # Digital Legal Services, LLC - 47756 | 3 |
| Subtotal for Transaction Date 01/12/2009 | | | | | Billable | 186.29 | | |
| 698.001 | 01/15/2009 | AGL | U | B100 | E111 | | 134.00 Meals Cavanaugh's Restaurant | 1 |
| 698.001 | 01/15/2009 | AGL | U | B100 | E218 | | 24.00 Client meals American Express - M. Parikh and J. Porter | 4 |
| Subtotal for Transaction Date 01/15/2009 | | | | | Billable | 158.00 | | |
| 698.001 | 01/16/2009 | AGL | U | B100 | E101 | 0.100 | 9.30 Copying | |
| 698.001 | 01/16/2009 | AGL | U | B100 | E101 | 0.100 | 10.70 Copying | 1 |
| 698.001 | 01/16/2009 | AGL | U | B100 | E211 | | 1,741.74 Digital prints - Advance Digital Legal Services, LLC - 47798 | 3 |
| 698.001 | 01/16/2009 | AGL | U | B100 | E210 | | 326.40 US Postage # Digital Legal Services, LLC - 47798 | 3 |
| Subtotal for Transaction Date 01/16/2009 | | | | | Billable | 2,088.14 | | |
| 698.001 | 01/17/2009 | AGL | U | B100 | E216 | | 324.00 Courier Fee - Advance TriState Courier & Carriage - 29174 | 3 |
| Subtotal for Transaction Date 01/17/2009 | | | | | Billable | 324.00 | | |
| 698.001 | 01/20/2009 | AGL | U | B100 | E221 | | 34.20 Overnight Delivery FedEx | 2 |
| Subtotal for Transaction Date 01/20/2009 | | | | | Billable | 34.20 | | |
| 698.001 | 01/21/2009 | AGL | U | B100 | E211 | | 70.00 Digital prints (2 CD) - Advance Digital Legal Services, LLC - 47855 | 4 |
| Subtotal for Transaction Date 01/21/2009 | | | | | Billable | 70.00 | | |
| 698.001 | 01/23/2009 | AGL | U | B100 | E101 | 0.100 | 0.10 Copying | |
| 698.001 | 01/23/2009 | AGL | U | B100 | E108 | | 3.02 Postage | |

Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| Subtotal for Transaction Date 01/23/2009 | | | | | Billable | 3.12 | | |
| 698.001 | 01/24/2009 | AGL | U | B100 E216 | | 5.00 | Courier Fee - Advance TriState Courier & Carriage - 29240 | 40 |
| 698.001 | 01/24/2009 | AGL | U | B100 E216 | | 19.50 | Courier Fee - Advance TriState Courier & Carriage - 29240 | 41 |
| Subtotal for Transaction Date 01/24/2009 | | | | | Billable | 24.50 | | |
| 698.001 | 01/26/2009 | AGL | U | B100 E115 | | 798.00 | Deposition transcripts Wilcox & Fetzer, Ltd. | 18 |
| Subtotal for Transaction Date 01/26/2009 | | | | | Billable | 798.00 | | |
| 698.001 | 01/27/2009 | AGL | U | B100 E116 | | 31.50 | Trial transcripts Laws Transcription Service | 2 |
| Subtotal for Transaction Date 01/27/2009 | | | | | Billable | 31.50 | | |
| 698.001 | 01/30/2009 | AGL | U | B100 E101 | 0.100 | 14.00 | Copying | 1 |
| Subtotal for Transaction Date 01/30/2009 | | | | | Billable | 14.00 | | |
| 698.001 | 01/31/2009 | AGL | U | B100 E209 | | 13.84 | Overtime wages - C. Lewicki | 1 |
| Subtotal for Transaction Date 01/31/2009 | | | | | Billable | 13.84 | | |
| **Total for Client ID 698.001** | | | | | Billable | 6,816.95 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |

**GRAND TOTALS**

Billable    6,816.95