# EXHIBIT A

# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### December 18, 2008 through January 31, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 306.10 | $183,662.00 |
| Committee Meetings | 003 | 220.90 | 157,071.00 |
| Creditor Communications | 004 | 31.40 | 21,578.00 |
| DIP Financing | 005 | 297.10 | 188,350.50 |
| Inter-Company Issues/Cash Management | 006 | 12.30 | 7,994.50 |
| Business Operations | 007 | 94.00 | 53,376.00 |
| Asset Disposition/Sale | 008 | 117.60 | 86,049.00 |
| Fee/Retention Applications | 010 | 294.20 | 165,232.00 |
| Executory Contracts | 012 | 4.10 | 2,617.50 |
| Employee Issues | 014 | 75.80 | 42,070.00 |
| Tax Issues | 016 | 118.60 | 85,266.00 |
| Non-Working Travel* | 018 | 18.60 | 6,795.00 |
| Review of PrePetition Financings | 019 | 59.20 | 25,266.50 |
| **Total** | | **1,649.90** | **$1,025,328.00** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    1

For Services Through January 31, 2009

Our Matter #19804.002
          BANKRUPTCY GENERAL


| 12/18/08 | J. B. PORTER | Drafted Committee Bylaws. | 1.60 hrs. |
|---|---|---|---|

12/18/08   D. E. DEUTSCH     Review case materials, create          3.20 hrs.
                             action item list and discuss next
                             steps with Howard Seife and David
                             LeMay (2.1); related calls and
                             e-mails to potential financial
                             advisors re: scheduling, U.S.
                             Trustee re: various matters, and
                             C&P team re: various projects
                             (1.1).

12/19/08   D. E. DEUTSCH     Meeting with C&P team to discuss       2.20 hrs.
                             action item list (.7); meeting
                             with J. Porter to discuss new
                             assignments (.1); calls to
                             financial advisors re: interviews
                             (.3); follow-up e-mails re:
                             Debtors' professionals' contact
                             information (.2); work on revising
                             action list (.2); additional calls
                             with Debtors' counsel and
                             Committee's Delaware counsel (.4);
                             follow-up with Debtors' re:
                             information for AlixPartners
                             request (.3).

12/19/08   D. E. DEUTSCH     Review various case-related           4.00 hrs.
                             e-mails (.3); review action list
                             and follow-up with Delaware
                             counsel re: various tasks (.2);
                             exchange e-mails and calls with
                             committee professionals (.4);
                             exchange various e-mails re:
                             working group list (.4); multiple
                             calls with potential financial
                             advisors re: scheduling, providing
                             materials and related matters
                             (.7); review draft bylaws and edit
                             same (.8); various case-related
                             calls (.3); meeting with Howard
                             Seife and David LeMay to discuss
                             action items (.4); draft and
                             distribute two e-mails to
                             committee members (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


12/19/08    J. B. PORTER       Follow-up on Creditors' Committee       1.00 hrs.
                               contact list (.5); Reviewed broker
                               dealer motion (.3); Drafted case
                               calendar (.2);

12/19/08    D. BAVA            Organization of materials re:           0.80 hrs.
                               meeting to select financial
                               advisors (.40); draft form of
                               daily report (.10); conference
                               with J. Porter re: calendar (.10);
                               draft and revise calendar (.20).

12/19/08    D. M. LeMAY        Prepare and revise ByLaws, notice       2.00 hrs.
                               of appearance.

12/19/08    H. SEIFE           Review of pleadings and materials       4.40 hrs.
                               to get up to speed (2.5);
                               conference call with Sidley (1.0);
                               review of bylaws (.9).

12/19/08    D. M. LeMAY        Meeting of C&P team to review           2.00 hrs.
                               to-do list and allocate projects
                               (.8). Conference calls w/Sidley
                               and UST regarding upcoming hearing
                               dates (1.2).

12/20/08    D. E. DEUTSCH      Review numerous case-related            3.80 hrs.
                               e-mails and follow-up on same
                               (.5); review case materials and
                               continue work on action item lists
                               (1.9); prepare for and participate
                               in call with Alix Partners team
                               and David LeMay re: case first
                               steps (.8); meeting with Jason
                               Porter to discuss research matters
                               (.2); follow-up e-mails to various
                               C&P team members to address
                               various assignments (.4).

12/21/08    D. E. DEUTSCH      Exchange e-mails with C&P team re:      6.70 hrs.
                               action items (.4); exchange
                               e-mails with Adam Landis (Delaware
                               counsel) re: action items (.2);
                               continue review of court filings,
                               SEC filings and work on related
                               background memorandum (5.8);
                               numerous e-mails to Alix Partners
                               team re: document requests (.3)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3

| 12/22/08 | D. E. DEUTSCH | Review second round of Debtors' court filings and work on outline memo related to same (3.1); prepare for meeting with Debtors' counsel and David LeMay and participate in same (1.8); work on action list related to outstanding matters (1.7); meetings and calls Robert Gayda, Jason Porter and David Bava re: various case assignments (1.1); follow-up with Alix Partners team re: action items (.4); multiple case-related calls (.3); | 8.40 hrs. |
| --- | --- | --- | --- |
| 12/22/08 | B. DYE | Research for Doug Deutsch involving information sharing motion, communication agent retention, financial advisor retention. | 4.80 hrs. |
| 12/22/08 | D. M. LeMAY | Conference call w/Sidley regarding several case admin issues, hearing dates, deadlines and information flow and follow up regarding same. | 1.40 hrs. |
| 12/22/08 | H. LAMB | Conferences and emails with T.Kade at Intralinks regarding workspace set-up (.6); review of proposal for workspace (.5). | 1.10 hrs. |
| 12/23/08 | B. DYE | Work on draft memo to Creditors' Committee regarding certain first day motions filed. | 3.30 hrs. |
| 12/23/08 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.70); telephone conference with G. Miraku of intraLinks re: account set up and installation of Workspace Builder 2.0 software (.50). | 1.80 hrs. |
| 12/23/08 | D. E. DEUTSCH | Review and respond to inquiry from JP Morgan's counsel (.3); exchange various case-related calls (.3); exchange e-mails with Alix Partners team re: various pending matters (.2): | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 12/24/08 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: various new motions (.3); exchange e-mail with Alix Partners re: pending matter (.1); | 0.40 hrs. |

| 12/24/08 | R. J. GAYDA | Review motions re utilities and cash management (.8), review memorandum drafted by B. Dye (.7). | 1.50 hrs. |

| 12/24/08 | H. LAMB | Review court dockets and prepare daily report of new pleadings filed (.4); update and distribute calendar (.4). | 0.80 hrs. |

| 12/26/08 | H. LAMB | Review court docket and prepare daily report of new pleadings filed (.4); update and distribute calendar (.2). | 0.60 hrs. |

| 12/26/08 | R. J. GAYDA | Review and revise memorandum summarizing certain first day motions, discuss same w D. Deutsch. | 3.80 hrs. |

| 12/26/08 | D. E. DEUTSCH | Review various new court filings and follow-up with David LeMay on item in same (.2); exchange additional e-mails with Adam Landis (.2); review draft memorandum on motion analysis and edit same (.4); follow-up on research issues with Gilbert Bradshaw and review preliminary analysis related to same (.6); | 1.40 hrs. |

| 12/26/08 | D. E. DEUTSCH | Exchange multiple e-mails with Alix Partners re: various requested documents (.4); follow-up with Debtors' on pending requests (.3); review recent court filings and draft outline on same (3.1); meetings with David LeMay re: action items (.5); review court calendar and follow-up on updates to C&P calendar to reflect same (.3); call with Debtors' counsel re: various matters (.4); call and exchange e-mails with Adam Landis re: drafting memoranda on specific motions and various other action items (.6); follow-up with Debtors' and Committee professionals re: scheduling | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | conference call and distribute related e-mail (.3); research and follow-up on committee and professional confidentiality with Debtors' counsel (1.0); |  |
| 12/27/08 | H. LAMB | Review court docket and prepare daily report of new pleadings filed (.5); update and distribute calendar (.3). | 0.80 hrs. |
| 12/27/08 | D. E. DEUTSCH | Research and draft memorandum to committee re: various updates (.6); exchange e-mails on various open matters and memoranda drafts with David LeMay (.4); review and distribute committee memo (.2). | 1.70 hrs. |
| 12/28/08 | D. E. DEUTSCH | Revise numerous first day motions and edit detailed memorandum for committee on same (5.4); e-mail David LeMay re: follow-up items (.2). | 5.60 hrs. |
| 12/29/08 | D. E. DEUTSCH | Review case materials and update action list/follow-up list and work on same (2.2); related follow-up calls and e-mails to C&P team (.4); prepare for and meetings with Howard Seife, David LeMay and, in part, Adam Landis and Alan Holtz re: case matters (2.4); calls with Adam Landis re: multiple procedural issues (.5); research re: committee bylaws confidentiality issues (.4); follow-up e-mails related to same (.3); call with Alan Holtz and Mike Murphy re: status of various matters (.4); draft memorandum to team based on updates from AlixPartners, Delaware counsel and C&P team (.5); review materials and draft agenda for tomorrow's meeting with Debtors (.5); update and distribute revised action item list (.8). | 8.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 12/29/08 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review case docket re: supplemental exhibits to securitization motion (.4). | 0.60 hrs. |
|---|---|---|---|
| 12/29/08 | D. M. LeMAY | Review and begin responding to PBGC comments on Bylaws (0.5). Meeting of C&P team to review all pending motion and issues and allocate responsibility (1.5). Call Sidley regarding same and report in e-mail to H. Seife (0.5). | 2.50 hrs. |
| 12/29/08 | H. SEIFE | Prepare for and meeting with D.LeMay and D.Deutsch regarding case status, pending motions. | 2.10 hrs. |
| 12/30/08 | H. SEIFE | Prepare for and conference call with Debtors' professionals (2.8); discussions regarding Committee Bylaws (.8); review of Committee confidentiality issues (.7). | 4.30 hrs. |
| 12/30/08 | D. M. LeMAY | Pre-meeting (0.5) and conference call w/Debtors regarding general report and update on open issues (1.5).  E-mail Sidley regarding motion scheduling (0.4). | 2.40 hrs. |
| 12/30/08 | D. E. DEUTSCH | Review and exchange e-mails with chairs and other professionals re: meeting with Debtors (.4); draft related e-mail to committee members (.2); prepare for and participate in meeting with C&P team and Alix team re: obtaining data from Debtors and various motion related issues (1.1); participate in call with Committee professionals and Debtors professionals re: substantially all outstanding issues and (1.8); review materials on contacts and address Debtors' professionals' request related to same (.3); follow-up with Meghan Towers re: status of various draft motions and issues to address in same (.5); research and update action item list (.6). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                          Page    7


| 12/30/08 | D. E. DEUTSCH | Meeting with Frank Vazquez and, in part, counsel to Debtors to discuss various motion related issues and related follow-up (.5); review e-mail from Debtors' counsel and follow-up on same (.2); research issue for Alix Partners and draft e-mail re: same (.3); e-mail Debtors' counsel re: alleged filed document (.2); review draft memos to committee and provide preliminary comments on same (.7). | 1.90 hrs. |

| 12/30/08 | D. BAVA | Begin customizing IntraLinks Workspace (1.0); review and analysis of docket sheet re: daily case activity (.50); review files re: form of retention application for committee financial professionals (.40). | 1.50 hrs. |

| 12/30/08 | D. M. LeMAY | Respond to PBGC comments on Bylaws (1.2). | 1.20 hrs. |

| 12/30/08 | M. S. TOWERS | Reviewed recent Debtor motions to brief C&P team on same (2.0); attend part of call with Debtors' professionals and H. Seife, D. LeMay, and D. Deutsch to discuss motion issues (.5). | 2.50 hrs. |

| 12/31/08 | D. BAVA | Review and revise calendar based on current adjourn dates provided by Debtor (.80); update and format IntraLinks workspace (2.60); prepare for attorneys summary of matters/materials scheduled to be heard on January 15, 2009 (1.8). | 5.20 hrs. |

| 12/31/08 | D. E. DEUTSCH | Review initial "draft" Intralinks website and discuss modifications to same with David Bava (.5); review and revise memoranda on various first day motions (2.4); two meetings with David LeMay on outstanding matters (.6); review and edit draft objection calendar (.2); follow-up with Debtors' counsel re: adjournment of certain objection deadlines (.1); exchange related e-mails (.2); review | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page     8

|  |  |  |  |
|---|---|---|---|
|  |  | various case related e-mails sent to Debtors' counsel by David LeMay (.2). |  |
| 12/31/08 | D. M. LeMAY | Correspondence w/Sidley regarding scheduling of hearings and Feb 3 matters (0.7).  Work on open issues regarding possible need for committee confidentiality agreement and review of same as drafted by Sidley (2.0). | 2.70 hrs. |
| 01/01/09 | D. E. DEUTSCH | Review various e-mails from Debtors counsel and local counsel re: outstanding motion matters and scheduling issues (.3); draft e-mails related to same (.2). | 0.50 hrs. |
| 01/01/09 | D. E. DEUTSCH | Complete review of draft memoranda and related motions and materials and edit memoranda on critical vendors motion, utilities motion, lease rejection motion, approval of retention payments at certain televisions stations and payments to brokers (4.9); follow-up with Meghan Towers re: various research issues related to same (.2). | 5.10 hrs. |
| 01/02/09 | D. E. DEUTSCH | Draft invitation posting note for Intralinks (.2); review materials on Intralinks and draft detailed memoranda to Committee members re: Intralinks process (.5); exchange e-mails with Debtors' team and AlixPartners re: outstanding matters (.3); work on updating action item list (.4). | 1.40 hrs. |
| 01/02/09 | D. E. DEUTSCH | Meeting with Meghan Towers re: various motion follow-up research issues (.2); related follow-up (.1); hold precall and telephone conference call with Debtors' professional team and Committee's professional team re: various open matters (1.1); review and provide comments on Intralinks layout and issues (.5); follow-up with C&P team re: drafts of memoranda on various motions (.3); follow-up on additional materials to post to | 4.20 hrs. |

|            |                |                                                                                                                                                                                                                                                                        |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | Intralinks (.3); conference with David LeMay to discuss various pending matters (.4); review draft mark-up to memoranda and make slight changes to same (.6); review final changes to memoranda and follow-up with Alix Partners re: reviewing action items in same (.5); follow-up with Delaware counsel on local rule issue (.2). |           |
| 01/02/09   | D. M. LeMAY    | Work on PBGC proposed bylaw revision (1.2). Conference call w/Sidley regarding scheduling and confidentiality issues (0.7). Conference call w/H. Seife and D. Deutsch regarding same (0.3). Review and comment on Sidley draft confidentiality agreement (1.5).          | 3.70 hrs. |
| 01/02/09   | D. M. LeMAY    | Review and detailed comments on three memos for the Committee regarding pending motions.                                                                                                                                                                                | 4.00 hrs. |
| 01/02/09   | D. BAVA        | Organization of contacts re: IntraLinks workspace (1.40); activate IntraLinks system for use (.60); create IntraLinks folders re: organization of information (.40); post specific documents (.80); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.40). | 3.90 hrs. |
| 01/02/09   | M. S. TOWERS   | Researched and drafted first day motions summary (2.4).                                                                                                                                                                                                                 | 2.40 hrs. |
| 01/02/09   | H. SEIFE       | Prepare for and conference call with Sidley and Debtor professionals.                                                                                                                                                                                                   | 3.30 hrs. |
| 01/03/09   | D. M. LeMAY    | Review Davis Polk comments on Bylaws.                                                                                                                                                                                                                                   | 0.70 hrs. |
| 01/03/09   | D. E. DEUTSCH  | Follow-up with Delaware counsel and other team members re: process issue on certain stipulations (.3); exchange related e-mails (.2); exchange e-mails with David LeMay about various action items                                                                      | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   10

| | | | |
|---|---|---|---|
| | | (.2); update action item list (.2); review and reply to e-mail from David Gallai re: comments on draft memo re: multiple motions and address related required follow-up (.2); e-mail to David Bava re: Intralinks issues (.2); respond to various e-mails from Alix team (.2). | |
| 01/04/09 | D. E. DEUTSCH | Review Alix memorandum re: various first/second day motions and exchange e-mails with time re: addressing various issues therein (1.3); exchange related follow-up e-mails (.3); work on action items (.2); exchange multiple e-mails with AlixPartners re: edits to memoranda and various follow-up items (.5). | 2.30 hrs. |
| 01/05/09 | D. M. LeMAY | Review and reflect Committee Member comments on Bylaws including special language requested by PBGC (1.1). Review and revise Sidley draft confidential agreement and cover note regarding same (2.4). Conference call w/Sidley and A&M regarding pending motions and tomorrow meeting (.8). | 4.30 hrs. |
| 01/05/09 | D. BAVA | Add participant to IntraLinks workspace (.30); post specific documents (1.60); review and analysis of docket sheet re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.40). | 2.80 hrs. |
| 01/05/09 | J. B. PORTER | Revised Bylaws to reflect comments from the Creditors' Committee. | 0.80 hrs. |
| 01/05/09 | J. B. PORTER | Finalized Intralinks Posting to Creditors' Committee regarding certain pending motions and the bylaws. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11


| Date | Name | Description | Hours |
|---|---|---|---|
| 01/05/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz at AlixPartners re: memoranda on motion and action items (.4); follow-up with C&P team re: various matters (.3); make final revisions to memoranda to Committee on numerous matters and prepare posting notes on same (1.4); review e-mails on Intralinks and discuss issues in same with David Bava (.3); multiple calls with Landis team re: adjourning committee reconsideration period (.4); follow-up with David LeMay on same (.1); draft detailed memorandum to committee re: scheduling and pending issues (.5); participate in call and follow-up with Debtors on various matters including DIP (.8); review materials and draft memorandum to committee re: monthly operating report and follow-up on posting of same (.4). | 4.60 hrs. |
| 01/05/09 | H. SEIFE | Review of comments to Bylaws (.4); conference call with AlixPartners (.9); review of revised Bylaws (.3); review of draft memo summary of motions (.5). | 2.10 hrs. |
| 01/06/09 | D. E. DEUTSCH | Review, edit and revise two memoranda to committee (.7); follow-up on action items raised during today's committee meeting (.5); exchange e-mails with Moelis team members re: pending issues, meetings, contacts and other matters (.4); multiple calls with Debtors' counsel and Delaware counsel re: pending issues related to first and second day motions (.5); exchange related e-mails (.2). | 2.30 hrs. |
| 01/06/09 | J. B. PORTER | Updated Committee Bylaws to reflect Committee member comments. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| | | | |
|---|---|---|---|
| 01/06/09 | D. BAVA | Add participant to IntraLinks workspace (.10); post specific documents to IntraLinks (1.80); review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20). | 2.30 hrs. |
| 01/07/09 | D. BAVA | Add participants to IntraLinks workspace (.20); post specific documents to IntraLinks (1.40); review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review and analysis of files re: first day motions (.60). | 2.60 hrs. |
| 01/07/09 | J. B. PORTER | Updated committee bylaws based on comments received from committee members and tracked and noted conflicting changes (3.8); compiled profiles on Tribune officers and directors (.9). | 4.80 hrs. |
| 01/07/09 | D. E. DEUTSCH | Review e-mails and follow-up on updating contact list (.2); exchange e-mails with committee member re: bylaws (.1); follow-up e-mails and call with Adam Landis re: stipulation on reconsideration of first day matters (.3); follow-up on Intralinks issue for committee member (.2); follow-up on contact list/senior management chart request for committee (.3); follow-up on updating working group list per request (.1); review and approve revised reconsideration stipulation (.2). | 1.40 hrs. |
| 01/07/09 | D. M. LeMAY | Prepare Bylaw composite showing changes proposed by Committee Members. | 1.30 hrs. |
| 01/07/09 | H. SEIFE | Review of Tribune presentation materials. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   13


| | | | |
|---|---|---|---|
| 01/08/09 | D. M. LeMAY | Drafting of revised Bylaws and form of Committee member acknowledgement of same. | 2.20 hrs. |
| 01/08/09 | D. M. LeMAY | T/c w/M. Primoff (0.2) and H. Seife (0.2) regarding Bylaws. | 0.40 hrs. |
| 01/08/09 | D. E. DEUTSCH | Review and revise draft posting memorandum re: bylaws (.2); review and revise memorandum to committee (.3); follow-up with David Bava re: updating pleading calendar (.2); follow-up with Jason Porter re: staffing for 341 meeting and hearings (.2); follow-up on Intralinks request (.1); review memorandum from U.S. Trustee re: questions on first day motions and follow-up with Alix Partners on same (.5); review inquiry from Moelis and follow-up on same (.2); obtain and distribute materials for corporate team analysis (.3); telephone conversation with Alan Holtz re: various open case matters (.3); meeting with Howard Seife and David LeMay re: action items (.3). | 2.60 hrs. |
| 01/08/09 | J. B. PORTER | Updated committee bylaws to reflect additional comments (.4). | 0.40 hrs. |
| 01/08/09 | D. BAVA | Add participants to IntraLinks workspace (.40); post specific documents to IntraLinks (1.30); review and analysis of docket sheet re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); telephone conferences with C. Rybarczyk, Information Techology, re: creation of public user case/events calendar (.40). | 2.70 hrs. |
| 01/08/09 | J. B. PORTER | Coordinated update to Intralinks site to include more detailed information (1.4). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   14


| 01/09/09 | D. M. LeMAY | Revise form of "Consent and Acknowledgement" to accompany Bylaws and send to Sidley w/cover note. | 1.60 hrs. |
|---|---|---|---|
| 01/09/09 | D. BAVA | Telephone conference with account representative, T. Kade of IntraLinks, re: workspace issues (.60); post specific documents to IntraLinks (.80); review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20). | 1.80 hrs. |
| 01/09/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: adjournment of various objection deadlines (.2); multiple calls re: same (.2); meeting with David LeMay to discuss status of various matters (.3); draft detailed response to Debtors counsel (Ken Kensa) re: proposed adjournment dates (.2); follow-up on calendar issue and Intralinks issues with David Bava and Jason Porter (.4); call with Adam Landis re: scheduling and other issues related to next two hearings (.2). | 1.50 hrs. |
| 01/09/09 | H. SEIFE | Review of updated/revised Bylaws. | 0.50 hrs. |
| 01/10/09 | D. E. DEUTSCH | Follow-up on court calendar issue (.2); follow-up with C&P team re: scheduling matters (.2); review materials related to Thursday's hearing (.3); follow-up on updating same (.1). | 0.80 hrs. |
| 01/11/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: various court scheduling matters (.2). | 0.20 hrs. |
| 01/12/09 | D. E. DEUTSCH | Follow-up calls with local counsel re: adjourning objection deadlines to hearing and follow-up on related agenda (.3); review daily report, pleadings therein and calendar (.3); review e-mail from U.S. Trustee re: hearing matters (.1); exchange multiple e-mails | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    February 24, 2009
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page   15

|            |                |                                                                                                                                                                                                                                                                                                            |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | with Debtors' counsel re: scheduling and various other matters (.4); multiple calls with Delaware counsel re: follow-up matters (.2).                                                                                                                                                                        |           |
| 01/12/09   | J. B. PORTER   | Updated Committee Bylaws based on Committee Comments.                                                                                                                                                                                                                                                       | 2.50 hrs. |
| 01/12/09   | J. B. PORTER   | Participation in call with Committee members re Bylaws.                                                                                                                                                                                                                                                     | 1.10 hrs. |
| 01/12/09   | D. M. LeMAY    | Prepare for and participate in conference call of committee members regarding Committee Bylaws (2.1). Revise Bylaws as per discussion (0.6).                                                                                                                                                                 | 2.70 hrs. |
| 01/12/09   | D. BAVA        | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); organization of materials for January 15th hearing re: (a) DIP/Securitization motion and (b) all other matters scheduled to be heard (1.40); draft indicies for materials re: (a) DIP/Securitization motion and (b) all other matters (.30). | 2.10 hrs. |
| 01/13/09   | D. BAVA        | Post specific documents to IntraLinks (.60); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); review SEC filings for 2001 re: listing of corporate directors (.40).                                     | 1.50 hrs. |
| 01/13/09   | J. B. PORTER   | Updated Bylaws to reflect committee comments (.3); Coordinated with Moelis re: Barclays fee information (.4); Reviewed daily report (.4) Updated Tribune calendar (.5).                                                                                                                                       | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   16

| 01/13/09 | D. M. LeMAY | Review and revise draft Bylaws (1.2).  E-mail K. Lantry regarding confidentiality issues (0.3); prepare agenda for 1/15/09 meeting w/Sidley (0.3).  Review Debtors Rule 2015.3 extension motion and e-mail J. Porter regarding same (0.4). | 2.20 hrs. |
| 01/13/09 | D. E. DEUTSCH | Review various case-related e-mails and memoranda (.6); follow-up on Intralinks matter (.2); exchange e-mails with Debtors' team re: scheduling meeting in Delaware (.3); update action items list and follow-up on certain matters therein (1.1); calls with Adam Landis re: various scheduling/case matters (.5); review materials and prepare agenda for Thursday's meeting with Debtors' counsel (.4). | 3.10 hrs. |
| 01/13/09 | H. SEIFE | Prepare for omnibus court hearing (.8); prepare for meeting with Sidley (.7) | 1.50 hrs. |
| 01/14/09 | H. SEIFE | Prepare for omnibus court hearing and meeting in Wilmington with Sidley. | 2.50 hrs. |
| 01/14/09 | D. E. DEUTSCH | Two meetings with Jason Porter to discuss various research and other action items (.4); exchange e-mails with David LeMay re: status of various matters (.3); brief review of rule 2015 motion and follow-up with local counsel on same (.3); follow-up with Debtors related to tomorrow's meeting (.2); follow-up on Intralinks issue (.3); meeting with David LeMay re: tomorrow's hearing and meeting with Debtors (.3); update case status/events memo (1.6); e-mails with Debtors' counsel re: various action items (.3); review last two pleading reports, pleadings therein and calendar (.3); discuss status of due diligence with AlixPartners team (.2); exchange related | 4.80 hrs. |

|            |                |                                                                                                                                                                                                                                                                                                                                            |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | e-mails (.2); work on action list (.3); discuss additional projects with Marc Alpert (.1).                                                                                                                                                                                                                                                  |           |
| 01/14/09   | D. BAVA        | Post specific documents to IntraLinks (.70); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); organization of hearing materials re: agenda and additional documents filed (.40).                                                          | 1.60 hrs. |
| 01/14/09   | D. M. LeMAY    | Prepare for and participate in call w/K. Lantry regarding Bylaws (0.5).  Review Section 1102 motion and notice to the Committee regarding same (0.8).  Prepare agenda for tomorrow's meeting with Sidley and discuss same w/B. Krakauer (0.4).                                                                                                | 1.70 hrs. |
| 01/15/09   | D. M. LeMAY    | Prepare for meeting w/Sidley and for court hearing (1.3).  Meeting w/A. Landis regarding open Committee legal tasks (1.1). Meeting w/Debtors' counsel regarding several pending matters (1.4).  Attend hearing in USBC (0.9). Work w/D. Deutsch on update memo to Committee (0.4).                                                             | 5.10 hrs. |
| 01/15/09   | D. E. DEUTSCH  | Review materials to prepare for today's meeting with Debtors (1.1); review motions and memoranda to prepare for today's hearing (1.0); meeting with Committee's professionals and, in part, Debtors' professionals in preparation for today's hearing (2.4); attend hearing (.9); participate in second meeting with Debtors' professionals (.7); draft memorandum to committee re: results of today's hearing and status of each motion (.6). | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    18


| Date | Name | Description | Hours |
|---|---|---|---|
| 01/15/09 | H. SEIFE | Meeting in Wilmington with Sidley and A&M (1.2); hearing before Judge Carey on second days (1.0); meeting with CFO Chandler Bigelow (.7). | 2.90 hrs. |
| 01/16/09 | J. B. PORTER | Attendance at 341 Creditors meeting (3.5); Drafted memorandum to the Committee re the Debtors' 2015.3 motion (1.4); Drafted and revised 341 summary (1.2). | 6.10 hrs. |
| 01/16/09 | J. B. PORTER | Drafted email to Creditors' Committee re changes to the draft Bylaws and the Consent and Acknowledgment. | 0.80 hrs. |
| 01/16/09 | D. E. DEUTSCH | Telephone conversation with David LeMay re: action items (.3); work on action list (.4); exchange e-mails with Jason Porter re: today's 341 meeting and issues related to same (.3); follow-up on AlixPartners and Moelis action items (.4). | 1.40 hrs. |
| 01/16/09 | D. BAVA | Post specific documents to IntraLinks (.20); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); | 0.70 hrs. |
| 01/16/09 | D. M. LeMAY | Work w/Sidley on resolving confidentiality issue (0.4). | 0.40 hrs. |
| 01/18/09 | D. E. DEUTSCH | Review daily pleading report and calendar (.2); follow-up on notification issue with local counsel (.2); review short memo to Committee on motion to extend deadline for obtaining financial data on non-debtor affiliates and edit same (.3); exchange e-mails with Jason Porter re: various action items (.2); review memorandum on 341 meeting and follow-up on same with Marc Alpert re: action items (.6). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19


| | | | |
|---|---|---|---|
| 01/19/09 | D. E. DEUTSCH | Review notice from U.S. Trustee (.1); follow-up on updating calendar (.1); e-mail David Bava re: Intralinks folder change (.1); follow-up on creation of chart for U.S. Trustee (.2); review pleading report, pleadings therein and calendar (.2). | 0.70 hrs. |
| 01/19/09 | D. BAVA | Reconfigure Intralinks workspace (.30); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); | 0.80 hrs. |
| 01/20/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: upcoming motions (.2); follow-up with AlixPartners' team on same (.1); telephone conversation with Adam Landis re: various pending matters (.2); telephone conversation with Alan Holtz re: various pending matters (.3); follow-up on adding party to Intralinks (.1); memorandum to David LeMay re: status of various outstanding matters (.2). | 1.10 hrs. |
| 01/20/09 | J. B. PORTER | Drafted email communications to the Debtors re the Debtors' professionals memorandum (1); Updated Bylaws and Consent for circulation to the Committee (.2) | 1.20 hrs. |
| 01/20/09 | D. BAVA | Post specific documents to IntraLinks (.80); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20). | 1.30 hrs. |
| 01/20/09 | D. M. LeMAY | Review and reflect Sidley comments on Bylaws and on related Consent and Acknowledgement document. | 1.60 hrs. |
| 01/21/09 | J. B. PORTER | Drafted communications to the Creditors Committee re the updated bylaws and unanimous consent and the Severance/Bonus memorandum (.7). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   20

| 01/21/09 | J. B. PORTER | Updated and revised Confidentiality Agreement, Bylaws and Unanimous Consent (2). | 2.00 hrs. |
|---|---|---|---|
| 01/21/09 | D. E. DEUTSCH | Exchange calls and e-mails with Adam Landis and Matt McGuire re: various pending matters (.4); review inquiry on committee membership and follow-up with Jason Porter on same (.2); review materials and update action item list (.6); review various e-mails re: confidentiality and bylaws (.2). | 1.40 hrs. |
| 01/21/09 | D. M. LeMAY | Prepare cover note to Committee regarding revised Bylaws and Consent Agreement (0.4). Collect and respond to comments from Committee members on Bylaws (1.4). | 1.80 hrs. |
| 01/21/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); organization of materials for February 3, 2009 hearing re: (a) Professional retention motions and (b) other matters scheduled to be heard (1.20); draft corresponding index (.20). | 1.80 hrs. |
| 01/22/09 | D. M. LeMAY | Attempt to negotiate resolution of open confidentiality issues with Debtors and JPMC (1.4). Work on form of confidentiality agreement for use w/non-Committee members (1.5). | 2.90 hrs. |
| 01/22/09 | D. E. DEUTSCH | Review multiple e-mails re: case matters (.3); follow-up on Intralinks posting (.1); review last two daily reports, pleadings therein and calendar (.2). | 0.60 hrs. |
| 01/22/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

|  |  |  |  |
|---|---|---|---|
|  |  | specific materials to Intralinks (.60); add participants to Intralinks (.20); create confidential Intralinks group for the posting of materials governed by confidentiality agreement (.80). |  |
| 01/23/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); add participants to Intralinks (.20); manage access to confidential Intralinks group for the posting of materials governed by confidentiality agreement (.20) | 0.80 hrs. |
| 01/23/09 | D. E. DEUTSCH | Review e-mail from Adam Landis on adjourning matter and respond to same (.1); telephone conversation with David LeMay and, in part, Howard Seife re: various follow-up matters (.5); two telephone conversations with Adam Landis re: various open matters (.2). | 0.80 hrs. |
| 01/23/09 | J. B. PORTER | Draft cover memo re: Tribune organization chart. | 0.20 hrs. |
| 01/23/09 | D. M. LeMAY | Several sets of revisions to Bylaws and to Consent and Acknolwedgement in an effort to resolve confidentiality issues raised by Debtors and JPMC (3.5). Review Section 1102(b)(3) motion of the Committee and e-mail M. Primoff in response to her question regarding third party confidentiallity issues (1.6). | 5.10 hrs. |
| 01/26/09 | J. B. PORTER | Call with D. LeMay, Sidley and Davis Polk re Bylaws and Consent (.7); Revised bylaws based on above call (.8) | 1.50 hrs. |
| 01/26/09 | D. E. DEUTSCH | Review various e-mails re: confidentiality and by-laws (.3); telephone conversation with David LeMay re: status of various matters (.1); telephone conversation with Alan Holtz re: | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    22

|  |  |  |  |
|---|---|---|---|
|  |  | various outstanding matters (.2); review daily pleading report, pleadings therein and calendar (.2). |  |
| 01/26/09 | H. SEIFE | Review of revised Bylaws and open confidentiality issues. | 0.80 hrs. |
| 01/26/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); post specific documents to Intralinks (.20) | 0.70 hrs. |
| 01/26/09 | D. M. LeMAY | Prepare for and attend conference call w/Landry and Schiable to resolve outstanding confidentiality issues (1.4). Revise Bylaws and Consent and Acknowledgement to reflect resolution (2.1).  Prepare cover memo to Committee regarding same (0.4).  Review Committee Section 1103 motion (0.4). | 4.30 hrs. |
| 01/27/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); post specific documents to Intralinks (.20). | 0.70 hrs. |
| 01/27/09 | J. B. PORTER | Meeting with D. Deutsch re general case matters and calendar updates (.5). | 0.50 hrs. |
| 01/27/09 | D. E. DEUTSCH | Review various general case related e-mails (.2); review memorandum to Committee (.3); review memorandum from U.S. Trustee on various second day items and follow-up on same (.3); conference with David LeMay re: various action items (.2); work on action list (.3); calls with Ken Kensa and other Sidley lawyers re: various open matters (.2); review background materials to prepare for tomorrow's meeting with | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   23

|  |  |  |  |
|---|---|---|---|
|  |  | Debtors (.8). |  |
| 01/28/09 | H. SEIFE | Emails regarding interest of additional Committee member. | 0.40 hrs. |
| 01/28/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.40 hrs. |
| 01/29/09 | D. BAVA | Post specific documents to IntraLinks (.60); review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20). | 1.10 hrs. |
| 01/29/09 | D. M. LeMAY | Contact Committee members regarding Consent and Acknowledgement form. | 0.40 hrs. |
| 01/29/09 | D. E. DEUTSCH | Review numerous case related e-mails (.3); review and respond to request from Bryan Krakauer and follow-up with Helen Lamb on same (.2); follow-up on obtaining certain presentation materials from Debtors (.2); follow-up on Moelis report (.1); exchange e-mails with David LeMay re: open items (.2); review last two daily reports, pleadings therein and calendar (.2). | 1.20 hrs. |
| 01/29/09 | D. E. DEUTSCH | Follow-up with Jason Porter re: status of confidentiality agreements (.1). | 0.10 hrs. |
| 01/29/09 | J. B. PORTER | Conversation with D. Saval re Consent (.3); Conversation with I. Warren re Vertis consent (.2). | 0.50 hrs. |
| 01/30/09 | J. B. PORTER | Drafted and circulated email to Debtors counsel and the Committee re the execution of the Consent and the adoption of the Bylaws (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   24

| | | | |
|---|---|---|---|
| 01/30/09 | D. E. DEUTSCH | Telephone conversation with David LeMay to discuss various open matters (.2); follow-up with AlixPartners re: presentation issue (.2); telephone conversation with Committee co-Chairs, Chandler Bigelow, Debtors' counsel, David LeMay and others re: request from creditors and proposed course of action on same (.4); telephone conversation with Bryan Krakaeuer re: Debtors' presentation materials and other open matters (.2); draft note to file on same (.1). | 1.10 hrs. |
| 01/30/09 | D. M. LeMAY | Prepare for and attend conference call w/Debtors regarding bank group legal fees (0.4).  Revise e-mails to Committee regarding Consent and Acknowledgement (0.3). | 0.70 hrs. |
| 01/30/09 | J. B. PORTER | Contact Committee members re Consent and Acknowledgement . | 0.50 hrs. |
| 01/30/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20). | 0.50 hrs. |
| 01/31/09 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: various open matters (.2). | 0.20 hrs. |

**Total Fees for Professional Services............. $183,662.00**