```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                For Services Through January 31, 2009

Our Matter #19804.003
            COMMITTEE MEETINGS


12/18/08   D. M. LeMAY       Attend first meeting of the          4.50 hrs.
                             Committee and begin organizational
                             work and preparation for
                             tomorrow's Committee Meeting
                             (3.8).  T/c w/Sidley to discuss
                             coordination (.7).

12/18/08   D. E. DEUTSCH     Initial meeting with committee and   1.00 hrs.
                             related follow-up (1.0).

12/18/08   H. SEIFE          Prepare for and attend meeting       3.00 hrs.
                             with Creditors' Committee in
                             Wilmington (1.2); conferences
                             member of Committee and counsel
                             (1.0); prepare for next meeting
                             (.8).

12/19/08   H. SEIFE          Prepare for (1.4) and meeting at     4.30 hrs.
                             Davis Polk with Creditors'
                             Committee and interview of
                             financial advisors (2.9).

12/19/08   D. E. DEUTSCH     Review case materials and prepare    4.10 hrs.
                             agenda and outline for today's
                             meeting and exchange related
                             e-mails (1.3); participate in
                             committee meeting and related
                             follow-up (2.8).

12/19/08   D. M. LeMAY       Prepare for and attend in-person     5.40 hrs.
                             meeting of the Committee at Davis
                             Polk (4.5).  T/cs to candidates
                             for investment banker selection
                             process regarding scheduling (.9).

12/19/08   J. B. PORTER      Participate in part of Creditors'    1.60 hrs.
                             Committee meeting.

12/27/08   D. E. DEUTSCH     Follow-up e-mails re: scheduling     0.40 hrs.
                             Investment Bankers interviews and
                             other matters related to January
                             6th Committee meeting (.4).

12/29/08   D. E. DEUTSCH     Follow-up calls and e-mails to       0.90 hrs.
                             investment bankers re: next week's
                             presentations and Committee's
                             requests related to same (.9).
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2


| 12/29/08 | H. SEIFE | Prepare for Committee meeting on January 6. | 1.40 hrs. |
| 12/30/08 | H. SEIFE | Emails with Committee chairs regarding investment banker and meeting scheduled. | 1.00 hrs. |
| 12/30/08 | D. E. DEUTSCH | Exchange multiple e-mails and calls with investment bankers re: committee interview process on Jan. 6 and related issues (.6). | 0.60 hrs. |
| 12/30/08 | D. M. LeMAY | Organize presentations for 1/6 and 1/7 meetings, including e-mails to co-chairs and t/c w/Evercore (2.5). | 2.50 hrs. |
| 12/31/08 | D. E. DEUTSCH | Review materials and prepare first draft of agenda for next week's committee meeting (.3). | 0.30 hrs. |
| 12/31/08 | H. LAMB | Attention to arrangements for Jan. 6 in-person Committee meeting. | 0.80 hrs. |
| 01/02/09 | D. E. DEUTSCH | E-mail committee re: next committee meeting (.2). | 0.20 hrs. |
| 01/03/09 | H. SEIFE | Prepare for Committee meeting. | 2.20 hrs. |
| 01/04/09 | H. SEIFE | Review of proposed agenda for Committee meeting and prepare for meeting. | 2.10 hrs. |
| 01/04/09 | D. E. DEUTSCH | Review materials and begin crafting issues outline and notes for Tuesday's Committee meeting (2.1). | 2.10 hrs. |
| 01/05/09 | D. M. LeMAY | Conference call w/Alix Partners to prepare for Committee meeting (0.5).  Meeting of CP team to prepare for tomorrow's Committee meeting (.5). Prepare presentation outline (0.9). | 1.90 hrs. |
| 01/05/09 | H. LAMB | Organize/finalize arrangements for Jan. 6 in-person Committee meeting. | 1.30 hrs. |
| 01/05/09 | J. B. PORTER | Prepared postings for creditor's committee meeting (.9). Reviewed meeting materials and revised agenda (.7). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 01/05/09 | J. B. PORTER | Meeting re Creditors' Committee meeting and other issues relating to the Debtors' motions and the DIP/Securitization Facility. | 0.90 hrs. |
| 01/05/09 | H. SEIFE | Prepare for Committee meeting (2.3); review and revise presentation memo to Committee on DIP (1.2). | 3.50 hrs. |
| 01/05/09 | D. E. DEUTSCH | Meeting with Howard Seife and David LeMay to discuss tomorrow's committee meeting and numerous pending matters (.5); review and revise committee agenda (.2); draft related posted note (.2); follow-up on various administrative matters related to tomorrow's committee meeting (.4); draft memorandum related to presentation for C&P and AlixPartners teams (.6); participate in call with Committee professionals re: tomorrow's meeting (.6); draft presentation outline on motions (1.4); follow-up on bylaws issue and review related e-mails (.4); exchange e-mails with Davis Polk team re: Wednesday's meeting at Davis Polk with Debtors and Committee (.4). | 4.70 hrs. |
| 01/05/09 | G. BRADSHAW | Conf. w/D. Deutsch (.2) re: research for issue raised for Committee meeting (1.3). | 1.50 hrs. |
| 01/06/09 | G. BRADSHAW | Assisted with agenda for Committee conference call (.2). | 0.20 hrs. |
| 01/06/09 | D. E. DEUTSCH | Review presentation materials for today's meeting (.6); follow-up on task-list for today's meeting (.3); participate in pre-meeting with Alix and C&P teams (.5); participate in committee meeting (6.2). | 7.60 hrs. |
| 01/06/09 | H. SEIFE | Prepare for and conduct in-person Committee meeting. | 10.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 01/06/09 | J. B. PORTER | Meeting preparation and attendance at Committee meeting to take notes/minutes for same. | 7.90 hrs. |
|---|---|---|---|
| 01/06/09 | S. BERSON | Prepared for presentation to Creditors' Committee on DIP facility (3.9 hrs); attended part of Creditors' Committee meeting and gave presentation (.8 hrs). | 4.70 hrs. |
| 01/06/09 | V. DUNN | Attended portion of meeting w/committee members and follow-up meeting w/Berson re DIP (1.0). | 1.00 hrs. |
| 01/06/09 | D. M. LeMAY | Prepare for and attend in-person Committee meeting at Chadbourne (7.7).  Send e-mail to Sidley regarding action items from meeting (.5). | 8.20 hrs. |
| 01/07/09 | D. M. LeMAY | Prepare for and attend in person meeting of the Committee with Company at DPW. | 6.00 hrs. |
| 01/07/09 | J. B. PORTER | Meeting with Debtors and Creditors Committee and take notes/minutes for same (3.7). | 3.70 hrs. |
| 01/07/09 | J. B. PORTER | Coordinated Creditors Committee meeting details for January 9 (.5); Updated Creditors Committee meeting calendar (.3). | 0.80 hrs. |
| 01/07/09 | H. SEIFE | Prepare for and Committee meeting with company at DPW. | 6.80 hrs. |
| 01/07/09 | D. E. DEUTSCH | Participate in committee meeting and post-committee meeting follow-up discussions with Debtors, professionals and certain committee members (4.2). | 4.20 hrs. |
| 01/08/09 | D. E. DEUTSCH | Follow-up e-mails and calls re: adjourning tomorrow's scheduled committee meeting (.3); draft related memorandum to committee on adjournment and various other matters (.3). | 0.60 hrs. |
| 01/09/09 | H. SEIFE | Prepare for Committee meeting. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    5


| 01/16/09 | D. E. DEUTSCH | Conference with Howard Seife regarding next week's committee meeting (.3); related follow-up call with Howard Seife and Ted Markson re: proposed tax/transaction presentation for Committee members (.2). | 0.50 hrs. |

01/16/09   D. E. DEUTSCH    Conference with Howard Seife          0.50 hrs.
                            regarding next week's committee
                            meeting (.3); related follow-up
                            call with Howard Seife and Ted
                            Markson re: proposed
                            tax/transaction presentation for
                            Committee members (.2).

01/16/09   H. SEIFE         Prepare for Committee meeting         1.00 hrs.
                            presentation.

01/16/09   D. M. LeMAY      Planning w/Sidley to schedule         0.50 hrs.
                            January 28 Chicago meeting (0.3).
                            E-mail to Committee regarding same
                            (0.2).

01/16/09   D. E. DEUTSCH    Follow-up with Debtors' counsel       0.80 hrs.
                            and C&P team re: meeting in
                            Chicago (.3); review related
                            e-mails and follow-up on same
                            (.2); draft memorandum to
                            committee on meeting details and
                            various related matters (.3).

01/19/09   D. E. DEUTSCH    Review notes and other materials      1.10 hrs.
                            and draft agenda for Thursday's
                            committee meeting (.4); review and
                            revise agenda based on comments to
                            same from internal team (.2);
                            meeting with David LeMay re:
                            preparing for Thursday's meeting
                            and related matters (.3);
                            follow-up with AlixPartners re:
                            comments to agenda (.1); follow-up
                            with Moelis re: comments to agenda
                            (.1).

01/19/09   H. SEIFE         Review and revise agenda for          2.80 hrs.
                            Committee meeting (.3);
                            preparation for presentation to
                            Committee on Cubs transaction and
                            tax implications (2.2); email
                            M.Kulnis (JPM) (.3).

01/19/09   E. S. MARKSON    Discussion with H. Seife, M.          4.40 hrs.
                            Alpert, R.Leder, and B. Betheil
                            regarding tax issues and other
                            considerations relevant to
                            analysis of bids, and presentation
                            to creditors' committee regarding
                            selection of finalist (1.2).  Work
                            on draft of slide presentation to

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    6

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                  |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | committee regarding proposed leveraged partnership transaction structure (3.2).                                                                                                                                                                                                                                                                                                                   |            |
| 01/20/09   | H. SEIFE       | Prepare for Committee meeting and presentations.                                                                                                                                                                                                                                                                                                                                                  | 3.30 hrs.  |
| 01/20/09   | D. E. DEUTSCH  | Discuss edits to committee agenda with Moelis, AlixPartners and C&P teams (.4); follow-up with Helen Lamb and David Bava re: various matters related to upcoming committee meeting (.3); revise memo to committee re: Thursday's committee meeting details and related agenda (.2); review draft materials from Moelis re: newspapers/media report for committee (.4); follow-up related to same (.1); follow-up with AlixPartners and Moelis re: next week's committee meeting in Chicago and schedule for same (.3). | 1.70 hrs.  |
| 01/21/09   | D. E. DEUTSCH  | Draft action item list for tomorrow's Committee meeting for Helen Lamb, David Bava and Jason Porter (.3); review draft materials from AlixPartners and Moelis for Committee meeting and provide comments on same (.9); meeting with Jason Porter re: various matters related to tomorrow's meeting (1.0); draft outline for presentation on pending committee motions (1.2). | 3.40 hrs.  |
| 01/21/09   | D. M. LeMAY    | Preparation of presentations for tomorrow's Committee meeting, including Chadbourne presentation on Project Fastball and related matters.                                                                                                                                                                                                                                                          | 2.60 hrs.  |
| 01/21/09   | H. SEIFE       | Prepare for Committee meeting and review presentations.                                                                                                                                                                                                                                                                                                                                           | 2.60 hrs.  |
| 01/21/09   | G. BRADSHAW    | Conf. w/D. Deutsch (.2); Reviewed rules on confidential voting for Committee Meeting (1); Prepared handout for meeting (.8).                                                                                                                                                                                                                                                                       | 2.00 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    7
```

| 01/21/09 | J. B. PORTER | Meeting with D. Deutsch to plan for 1/22 Creditors' Committee meeting. | 1.00 hrs. |
|---|---|---|---|
| 01/21/09 | H. LAMB | Attention to finalizing arrangements and preparing materials for 1/22 in-person Committee meeting. | 1.20 hrs. |
| 01/21/09 | E. S. MARKSON | Work on presentation for creditors' committee meeting, including drafting, revising, delegating to Betheil (6.0). Discuss and edit presentation with Ruben (1.0).  Discuss presentation, analysis of bids, and related tax issues with Leder and Betheil (1.7).  Review draft of Moelis presentation to creditors' committee regarding bids (0.3).  Conference call with Seife, Alpert, Leder, Deutsch and Moelis regarding presentation and recommendations (2.0) | 11.00 hrs. |
| 01/21/09 | D. BAVA | Assist with Committee Meeting preparation re: organization of specific Intralinks postings to be discussed (.80). | 0.80 hrs. |
| 01/21/09 | M. A. ALPERT | Conference call w/Moelis re: tax issues and internal meetings re: presentation to Committee (2.1); reviewed documents re: presentation to Committee (.7). | 2.80 hrs. |
| 01/21/09 | D. E. DEUTSCH | Attend part of second meeting with Moelis and C&P team re: Cubs transaction and presentations to committee on same (1.1). | 1.10 hrs. |
| 01/21/09 | R. M. LEDER | Various conferences and TCs re preparing for January 22 presentation to Committee (4.7). | 4.70 hrs. |
| 01/21/09 | B. BETHEIL | Discuss draft presentation to creditors' committee among Chadbourne tax attorneys (2.2); Conference call between Chadbourne attorneys and Moelis re: presentation to creditors' committee (0.9); Create and revise | 6.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    8

|  |  | PowerPoint presentation to creditors' committee (3.8). |  |
| 01/22/09 | E. S. MARKSON | Work on slide presentation to creditors' committee (2.1). Email exchange and phone calls with B. Betheil and R. Leder to coordinate presentation (0.2). | 2.30 hrs. |
| 01/22/09 | B. BETHEIL | Prepare Powerpoint presentation for creditors' committee meeting (2.4). | 2.40 hrs. |
| 01/22/09 | M. A. ALPERT | Attendance at part of Committee meeting on Cubs transaction and related matters (1.0). | 1.00 hrs. |
| 01/22/09 | M. A. ALPERT | Reviewed documents in preparation for Committee meeting (1.5); reviewed Moelis presentation (.4) and tax slides (.4); conf. re: same (.4). | 2.70 hrs. |
| 01/22/09 | D. BAVA | Oganization of presentation materials re: January 22nd creditors' committee meeting (.60). | 0.60 hrs. |
| 01/22/09 | J. B. PORTER | Prepared materials for Creditors' Committee meeting (1.2); took minutes of Creditors Committee meeting (3.1). | 4.30 hrs. |
| 01/22/09 | J. B. PORTER | Coordinated the posting and organization of materials for the Creditors' Committee meeting (1.9). | 1.90 hrs. |
| 01/22/09 | G. BRADSHAW | Drafted chart for creditor committee voting (.4); Conf. w/ D./Deutsch (.2); researched bankruptcy code provisions to addressr committee question (.3). | 0.90 hrs. |
| 01/22/09 | H. SEIFE | Prepare for and participate in Committee meeting. | 4.30 hrs. |
| 01/22/09 | D. M. LeMAY | Prepare logistics and presentations for in-person meeting at C&P (2.2).  Pre-meeting w/Alix Partners, C&P and (in part) Moelis (0.8).  Participate in Committee meeting (3.1). | 6.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    9
```

| | | | |
|---|---|---|---|
| 01/22/09 | R. M. LEDER | Preparation of tax presentation and other preparation for Committee meeting (3.0). | 3.00 hrs. |
| 01/22/09 | R. M. LEDER | Attend part of Committee meeting to provide tax presentation. | 1.60 hrs. |
| 01/22/09 | D. E. DEUTSCH | Exchange multiple e-mails and calls with David LeMay and Jason Porter re: today's meeting matters (.4); prepare outline for today's Committee presentation on various matters (1.3); follow-up with Moelis re: meeting matters (.2); review new materials prepared by AlixPartners and Moelis for today's meeting (.4); follow-up on Intralinks postings related to same (.2); pre-meetings with AlixPartners, C&P team and, in part, Moelis professionals re: today's Committee meeting (.8); participate in Committee meeting (3.1). | 6.40 hrs. |
| 01/23/09 | D. E. DEUTSCH | Follow-up with Jason Porter related to next week's Committee meeting (.2); exchange e-mails with Alan Holtz re: committee meeting matters (.2). | 0.40 hrs. |
| 01/23/09 | D. M. LeMAY | Follow up on scheduling for upcoming Committee Meetings. | 0.30 hrs. |
| 01/26/09 | D. E. DEUTSCH | Exchange e-mails re: Wednesday's committee meeting (.2); follow-up related to same (.2). | 0.40 hrs. |
| 01/27/09 | D. E. DEUTSCH | Multiple e-mails and calls with Committee members re: tomorrow's meeting in Chicago (.4); follow-up on ministerial matters related to same (.2). | 0.60 hrs. |
| 01/27/09 | J. B. PORTER | Followed up with A. Holtz re details re meeting with Debtors (.3) | 0.30 hrs. |
| 01/27/09 | H. SEIFE | Prepare for Committee members Chicago visit/meetings (.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   10


| 01/28/09 | D. E. DEUTSCH | Review materials from AlixPartners on Debtors organization and today's presentation and follow-up on posting of same for Committee (.5); participate in Committee meetings in Chicago (4.6). | 5.10 hrs. |
| 01/29/09 | D. E. DEUTSCH | Conference with David LeMay re: next meeting with Committee (.2); follow-up related to same (.1). | 0.30 hrs. |
| 01/29/09 | J. B. PORTER | Revised Committee minutes. | 2.30 hrs. |

**Total Fees for Professional Services.............. $157,071.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through January 31, 2009

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 12/19/08 | H. SEIFE | Telephone conferences members of Creditors' Committee (1.3); emails and telephone counsel for Merrill (.4) | 1.70 hrs. |
| 12/22/08 | D. M. LeMAY | Respond to several creditor inquiries and correspondence w/Adam Landis. | 1.20 hrs. |
| 12/22/08 | D. E. DEUTSCH | Address calls from two creditors re: various case matters (.4). | 0.40 hrs. |
| 12/26/08 | D. E. DEUTSCH | Review and respond to inquiry from committee member (Niese) counsel (.2). | 0.20 hrs. |
| 12/27/08 | D. E. DEUTSCH | Respond to inquiry from committee member counsel (JP Morgan) re: investment banker presentations (.2). | 0.20 hrs. |
| 12/28/08 | D. E. DEUTSCH | Exchange e-mails with Committee member re: next in-person Committee meeting (.1). | 0.10 hrs. |
| 12/29/08 | D. E. DEUTSCH | Telephone conversation with committee member counsel (Jay Teitlebaum) re: various case matters (.1). | 0.10 hrs. |
| 12/29/08 | H. SEIFE | Emails Committee co-chairs. | 0.60 hrs. |
| 12/30/08 | D. M. LeMAY | Review memo to Committee chairs regarding information flow (0.2). Memo regarding addition of Wilmington to Committee (.3). | 0.50 hrs. |
| 12/30/08 | D. E. DEUTSCH | Draft detailed memorandum to committee chairs re: status of data requests and various other open matters (1.2). | 1.20 hrs. |
| 12/30/08 | D. E. DEUTSCH | Review and follow-up call re: appointment of Wilmington Trust to committee (.2); two calls with counsel to JP Morgan (Damian Schaible) re: update on FTI, status of motions and various committee administrative items | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

|  |  |  | (.6); address additional inquiry from counsel to JP Morgan (.2). |  |
|---|---|---|---|---|
| 01/02/09 | D. E. DEUTSCH | Telephone conversation with creditor (Jerome Glick) re: general case status inquiry (.2); review materials and call Wilmington Trust (.2); call with Wilmington Trust re: appointment to case, status of matters and various other items (.4); follow-up with David Bava and Helen Lamb re: required follow-up with Wilmington Trust (.3). | 1.10 hrs. |
| 01/02/09 | H. SEIFE | Emails Committee chairs. | 0.60 hrs. |
| 01/03/09 | D. E. DEUTSCH | Review and respond to inquiry from committee member (.1); review, research and respond to inquiry from committee member re: Intralinks issue (.4). | 0.50 hrs. |
| 01/04/09 | D. E. DEUTSCH | Review and respond to Intralinks inquiry from committee member (.2). | 0.20 hrs. |
| 01/05/09 | D. E. DEUTSCH | Exchange e-mails with Deutsche Bank re: request (.2); related follow-up (.1); review and assign various Committee member requests re: Intralinks (.3); discuss confidentiality issue with counsel to Bill Niese (.2). | 0.80 hrs. |
| 01/05/09 | H. SEIFE | Emails Committee members. | 0.60 hrs. |
| 01/06/09 | H. SEIFE | Email from creditor regarding retention application. | 0.20 hrs. |
| 01/06/09 | D. E. DEUTSCH | Telephone conversation with Committee member John Howard re: meeting (.3); telephone conversation with Jay Teitelbaum re: various matters (.2); call with Deutsche Bank's counsel regarding various questions and comments re: pending motions and other matters (.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 01/06/09 | J. B. PORTER | Drafted and circulated communications to the Creditors' committee regarding the Barclays fee letter confidentiality agreement and the Committee Bylaws drafting session. | 1.60 hrs. |
| 01/07/09 | J. B. PORTER | Composed communications to the Creditor's Committee regarding the Bylaws and meeting schedules. | 0.80 hrs. |
| 01/07/09 | D. E. DEUTSCH | Address inquiry from Warner Brother's counsel (Edward Sassover) (.2); review and respond to inquiry from J.P. Morgan (.2); call with counsel to Bill Niese (.1). | 0.50 hrs. |
| 01/08/09 | J. B. PORTER | Drafted and circulated schedule update emails to the Creditors committee (.4). | 0.40 hrs. |
| 01/10/09 | D. E. DEUTSCH | Review, research and respond to inquiry from Creditors' Committee member (Newspaper Guild) (.2); address inquiry from JP Morgan on DIP (.2). | 0.40 hrs. |
| 01/12/09 | H. SEIFE | Telephone conferences from creditors regarding case status. | 0.90 hrs. |
| 01/13/09 | H. SEIFE | Emails with Committee members; telephone calls with Committee members. | 0.90 hrs. |
| 01/13/09 | D. E. DEUTSCH | Review, respond and follow-up on multiple requests from Edward Sassover, counsel to Committee member (.3); follow-up status of information agent retention motion and related issues (.3); review draft memorandum and related motion re: information agent and provide comments to Committee's Delaware counsel on same (.6); draft posting memorandum re: information agent (.3). | 1.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     4
```

| 01/14/09 | G. BRADSHAW | Reviewed Tribune Co's 10K, 10Q, and 8K SEC filings in response to Committee member inquiry (1.1); conf. w/D. Deutsch (.1); Conf. w/J. Porter (.3) re same. | 1.50 hrs. |
|---|---|---|---|
| 01/14/09 | D. E. DEUTSCH | Review, research and reply to request from Jay Teitlebaum (.4). | 0.40 hrs. |
| 01/15/09 | D. E. DEUTSCH | Conferences with JP Morgan's counsel re: various case matters (.3). | 0.30 hrs. |
| 01/15/09 | J. B. PORTER | Drafted communication to the Creditors' Committee regarding the retention applications. | 0.60 hrs. |
| 01/16/09 | H. SEIFE | Telephone conferences with Committee members regarding case status (1.3); emails with Moelis and AlixPartners regarding diligence (.8). | 2.10 hrs. |
| 01/20/09 | H. SEIFE | Emails Committee members, Moelis and FTI. | 0.80 hrs. |
| 01/21/09 | D. E. DEUTSCH | Telephone conversation with creditor regarding various case inquiries (.2); review and address various inquiries from Jay Teitlebaum re: clients' requests (.3). | 0.50 hrs. |
| 01/22/09 | D. E. DEUTSCH | Conference with Jay Teitlebaum re: various creditor issues (.2). | 0.20 hrs. |
| 01/23/09 | D. E. DEUTSCH | Telephone conversation with Jason Porter re: creditor inquiries and responses to same (.1); telephone conversation with creditor (Jefferies) re: various public case matters (.4); discuss creditor information request with David LeMay and review related information sharing motion (.2). | 0.70 hrs. |
| 01/23/09 | H. SEIFE | Emails and telephone conferences with Committee members regarding Cubs transaction and tax issues. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


| 01/26/09 | J. B. PORTER | Drafted communication to Creditors' Committee re revised Bylaws and Consent. | 0.60 hrs. |

| 01/27/09 | D. E. DEUTSCH | Telephone conversation with individual creditor re: case status (.2); respond to inquiry from counsel to creditor (.1). | 0.30 hrs. |

| 01/28/09 | D. E. DEUTSCH | Telephone conversation with counsel to creditor re: potential addition to committee (.2). | 0.20 hrs. |

| 01/28/09 | D. E. DEUTSCH | Conference with PBGC re: various case matters (.4); conference with JP Morgan re: meeting next week and various other case matters (.2). | 0.60 hrs. |

| 01/28/09 | J. B. PORTER | Telephone call with P. Frangese (unsecured creditor) (. 5). | 0.50 hrs. |

| 01/28/09 | J. B. PORTER | Follow up on circulation of Debtors' management structure summary to Creditors' Committee (.2). | 0.20 hrs. |

| 01/29/09 | D. E. DEUTSCH | Telephone conversation with creditor from Lodestar Investment re: general case status (.2); follow-up with Jason Porter on inquiry from creditor (.1); exchange e-mails re: case matter with counsel to Deutsche Bank (.1). | 0.40 hrs. |

| 01/30/09 | D. E. DEUTSCH | Telephone conversation with Miriam Kulnis re: various open case matters (.2). | 0.20 hrs. |

| 01/30/09 | H. LAMB | Emails with Committee members regarding expense reimbursement procedures. | 0.60 hrs. |


**Total Fees for Professional Services.............. $21,578.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    1


                                  For Services Through January 31, 2009

Our Matter #19804.005
          DIP FINANCING


| | | | |
|---|---|---|---|
| 12/25/08 | R. J. GAYDA | Detailed review of DIP documentation and Motion (3.1); draft memorandum regarding same (1.4). | 4.50 hrs. |
| 12/26/08 | D. M. LeMAY | Review Barclays DIP (.8); conference call w/B. Krakauer regarding possible work fee for longer-term DIP (.7). | 1.50 hrs. |
| 12/27/08 | D. E. DEUTSCH | Begin drafting memorandum to Howard Seife and Alix Partners re: conference call with Sidley regarding interim DIP facility and Debtors' future plans related to same (.4). | 0.40 hrs. |
| 12/29/08 | D. E. DEUTSCH | Follow-up on DIP issue (.2); discuss DIP motions and related matters with Scott Berson (.2); review and distribute related materials with summary e-mail (.4). | 0.80 hrs. |
| 12/29/08 | D. M. LeMAY | E-mail to H. Seife and Alix regarding possible work fee reimbursement for JPMC (.5). Review DIP order and Agreement Amendment (.8). | 1.30 hrs. |
| 12/29/08 | H. SEIFE | Conference D.Deutsch and D.LeMay regarding proposed DIP financing (.8); prepare for and conference call with Sidley re DIP (1.1); telephone conferences and emails AlixPartners re DIP (.5). | 2.40 hrs. |
| 12/29/08 | S. BERSON | Began review of DIP orders and underlying documents. | 3.10 hrs. |
| 12/30/08 | H. SEIFE | Review of DIP financing application and documents. | 2.80 hrs. |
| 12/30/08 | V. DUNN | Reviewing DIP financing papers and orders. | 2.10 hrs. |
| 12/30/08 | D. M. LeMAY | Review DIP proposed order (1.5). E-mail regarding Barclays confidentiality requirements (0.6). | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


| | | | |
|---|---|---|---|
| 12/30/08 | D. BAVA | Organization of securitization motion and exhibits for distribution (1.40); review and analysis of proposed interim securitization order as compared to entered securitization order re: changes (.80). | 2.20 hrs. |
| 12/30/08 | S. BERSON | Reviewed receivables documentation and motion (4.3 hrs); spoke with D. Deutsch re:  same (.4 hrs); spoke with V. Dunn re:  same (1.1 hrs); began drafting memorandum to committee (3.1 hrs). | 8.90 hrs. |
| 12/30/08 | D. E. DEUTSCH | Exchange multiple e-mails and calls with Vincent Dunn and Scott Berson re: review of DIP financing agreement and issues in same (.7); follow-up on related requests (.3); research on DIP issue with David Bava assistance (.2); exchange e-mails and calls with Howard Seife and David LeMay re: DIP financing issue (.2); research and follow-up on same (.3). | 1.70 hrs. |
| 12/30/08 | G. BRADSHAW | Conf. w/D. Deutsch (.4); researched third circuit ordinary course practices with respect to DIP lending issue (6.5); draft memorandum on same (1.6). | 8.50 hrs. |
| 12/30/08 | D. E. DEUTSCH | Meeting with Gil Bradshaw to discuss results of initial research on DIP reserach issue (.5). | 0.50 hrs. |
| 12/31/08 | S. BERSON | Conf call with H. Seife, D. LeMay, V. Dunn and AlixPartners re:  DIP and memorandum (1.3 hrs); revised memorandum (2 hrs). | 3.30 hrs. |
| 12/31/08 | D. E. DEUTSCH | Follow-up research on DIP-related inquiry (.6); e-mails with Scott Berson re: memorandum on same (.2). | 0.80 hrs. |
| 12/31/08 | D. M. LeMAY | Conference call to review DIP issues (1.5). Review proposed order, e-mail Sidley regarding same (3.0).  Two e-mails to Co-Chairs and counsel regarding | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |              | DIP confidentiality restrictions (1.0).  Two e-mails to B. Krakauer regarding same (1.6).  Two e-mails to B. Trust at Mayer Brown regarding same (0.3).  E-mail Sidley regarding Form of Final Order (0.2). |            |
|------------|--------------|-------------|------------|
| 12/31/08   | V. DUNN      | Reviewing DIP financing papers and LC facility papers (2.6); email correspondence with Berson re memo to committee (.5); call w/Berson re same (.4); conf. call w/Berson, Seife and LeMay and joined by AlixParters regarding DIP financing (1.3). | 4.80 hrs. |
| 12/31/08   | H. SEIFE     | Review of DIP financing (1.6); conference call V.Dunn, S.Berson regarding review (.8); conference call with AlixPartners regarding due diligence on DIP (.9); review of issues relating to fee letter and confi (1.2). | 4.50 hrs. |
| 01/01/09   | V. DUNN      | Reviewing DIP financing papers (1.6); worked on DIP financing memo (2.2). | 3.80 hrs. |
| 01/02/09   | V. DUNN      | Reviewing revisions to DIP financing memo (1.3); email correspondence with Berson re same (.4); reviewing list of guarantors and Debtors (.5). | 2.20 hrs. |
| 01/02/09   | S. BERSON    | Continued to revise DIP memorandum. | 1.50 hrs. |
| 01/02/09   | H. SEIFE     | Further review of DIP issues and revise memo to Committee. | 2.60 hrs. |
| 01/03/09   | H. SEIFE     | Review of DIP documents and order (1.8); review and revised memo to Committee on DIP (1.5). | 3.30 hrs. |
| 01/03/09   | H. SEIFE     | Further discussion re confi issues with Barclays, et al. | 1.00 hrs. |
| 01/03/09   | D. M. LeMAY  | Conference call w/B. Trust regarding Barclays Fee Issue and t/c w/B. Krakauer regarding same (1.1). Review and comment on DIP memo (.7). | 1.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| | | | |
|---|---|---|---|
| 01/03/09 | D. E. DEUTSCH | Exchange multiple e-mails re: DIP issues with David LeMay and Scott Berson (.5); prepare and participate in call with Barclays' counsel, Debtors' counsel and David LeMay re: confidentiality of fee letters and proposed options related to same (.9); review and mark-up draft memorandum on DIP/securitization facility (2.1); review and incorporate comments on DIP from Howard Seife and others and redistribute draft to team (.7). | 4.20 hrs. |
| 01/04/09 | D. E. DEUTSCH | Review revised DIP memorandum draft, related motion and materials and provide additional comments on same (.8); conference call with Scott Berson and Vincent Dunn re: DIP (.5); related follow-up (.2). | 1.50 hrs. |
| 01/04/09 | H. SEIFE | Review of DIP financing documents (1.5); review and revise memo to Committee on DIP (1.2). | 2.70 hrs. |
| 01/04/09 | D. M. LeMAY | Review and comment on draft memo regarding DIP. | 1.80 hrs. |
| 01/04/09 | S. BERSON | Revised DIP memo (1.2 hrs); spoke with V. Dunn and D. Deutsch (0.6 hrs); reviewed AlixPartners comments (0.3 hrs). | 2.10 hrs. |
| 01/04/09 | V. DUNN | Reviewing revised DIP financing memo and memo from AlixPartners (.9); conf. call w/Berson and Deutsch re same (.6); sent Berson riders to memo (.4); prepared schematic for Receivables Facility (1.3). | 3.20 hrs. |
| 01/05/09 | S. BERSON | Spoke with D. Deutsch and V. Dunn (0.4 hrs); call with Debtors' counsel, H. Seife and D. LeMay re: DIP financing (0.9 hrs); reviewed memorandum and correspondence re: same (0.6 hrs). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5


| 01/05/09 | J. B. PORTER | Prepared DIP objection outline. | 0.80 hrs. |
|---|---|---|---|
| 01/05/09 | D. E. DEUTSCH | Review various DIP motion related e-mails and related attachments (.4); calls with Scott Berson on open matter (.2); follow-up on drafting DIP objection (.3). | 0.90 hrs. |
| 01/05/09 | H. SEIFE | Review and revised memo (.6); conference call with Sidley on DIP and other issues (1.0); deal with fee letter/confi issues (.5). | 2.10 hrs. |
| 01/05/09 | D. M. LeMAY | Review and revise memo to the Committee on the Barclays DIP (2.0).  Work on confidentiality agreement with Barclays (3.0). Prepare for and attend conference call w/Sidley regarding DIP issues (1.5).  Review DIP order provisions regarding fees and challenge period (1.7). | 8.20 hrs. |
| 01/05/09 | M. A. ALPERT | Worked on Barclay's Confidentiality Agreement(2.3); correspondence re: same(.1). | 2.40 hrs. |
| 01/05/09 | V. DUNN | Discussed w/Berson final revisions to memo to committee regarding DIP and reviewed internal comments to same. | 0.70 hrs. |
| 01/06/09 | V. DUNN | Reviewed side letter re permitted disposition and sent e-mail to team re same (.7); discussed side letter w/Berson (.3). | 1.00 hrs. |
| 01/06/09 | S. BERSON | Reviewed proposed final order (1.0 hrs); correspondence to Mayer Brown and to Sidley (0.3 hrs). | 1.30 hrs. |
| 01/06/09 | M. A. ALPERT | Worked on Barclay's Confidentiality Agreement(1.0); correspondence re: same(.1). | 1.10 hrs. |
| 01/06/09 | D. M. LeMAY | Review proposed final DIP Order (0.5) and work on Barclays confidentiality agreement (0.8). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6


| 01/06/09 | H. SEIFE | Telephone conferences Sidley regarding comments to DIP and order. | 1.50 hrs. |
|---|---|---|---|
| 01/06/09 | B. DYE | Research for DIP Objection | 1.10 hrs. |
| 01/07/09 | B. DYE | Research and drafting DIP Objection for Doug Deutsch | 5.50 hrs. |
| 01/07/09 | R. J. GAYDA | Review DIP Objection drafted by B. Dye (.9); review various form objections (.7); review DIP Motion and Interim order (.5). | 2.10 hrs. |
| 01/07/09 | D. E. DEUTSCH | Follow-up e-mails and discussions regarding draft DIP objection (.3); telephone conversation with David LeMay re: DIP matters (.2). | 0.50 hrs. |
| 01/07/09 | D. M. LeMAY | Review Form of Final Order. | 1.10 hrs. |
| 01/07/09 | M. A. ALPERT | Confs with Mayer Brown re Barclay's Confidentiality Agreement (.5); correspondence re: same (.2). | 0.70 hrs. |
| 01/07/09 | S. BERSON | Spoke with V. Dunn re: Final Order (0.8 hrs); spoke with D. LeMay re: Final Order (0.2 hrs); reviewed closing checklist for pre-petition receivables facility (0.3 hrs); correspondence to Sidley re: document request (0.2 hrs). | 1.50 hrs. |
| 01/07/09 | V. DUNN | Reviewed final order and sent comments to team. | 1.10 hrs. |
| 01/08/09 | V. DUNN | Conf call w/Sidley and Barclays counsel re DIP order, comment to Omnibus amendment, questions on side letter (.8); call w/Berson re comments to final DIP order (.4); reviewed new blackline of final DIP order (.4). | 1.60 hrs. |
| 01/08/09 | S. BERSON | Reviewed draft final order (0.5 hrs); spoke with V. Dunn re: same (0.2 hrs); conf call re: DIP facility with Sidley, Mayer Brown, H. Seife, D. LeMay and V. Dunn (0.9 hrs); met and spoke with D. | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


|            |                |                                                                                                                                                                                                                                                                                                                                                                                        |            |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | LeMay re:  draft final order and comments (0.4 hrs); met and spoke with V. Dunn re:  side letter and other comments (0.3 hrs); prepared draft side letter (1.1 hrs); spoke with D. Deutsch re: DIP issues (0.3 hrs); various correspondence re: DIP issues (0.4 hrs).                                                                                                                        |            |
| 01/08/09   | D. M. LeMAY    | Prepare for and attend t/c w/Debtors and Barclays counsel regarding proposed DIP (1.1). Review proposed final DIP Order and conference w/S. Berson regarding same (1.4).  Finalize and sign Barclays confidentiality agreement (1.5). Prepare e-mail to the Committee regarding same (0.8).  E-mail Bill Salgonik (2x) regarding same (0.6). Review Barclays fee letters (0.4) and t/c w/S. Berson regarding same (0.2). | 6.00 hrs.  |
| 01/08/09   | D. E. DEUTSCH  | Call with Scott Berson and, in part, Alan Holtz re: DIP issue (.3); preliminary review of draft DIP objection and note follow-up issues (.4); follow-up on next steps re: DIP matters (.2).                                                                                                                                                                                                | 0.90 hrs.  |
| 01/08/09   | J. B. PORTER   | Meeting with B. Dye re DIP financing objection.                                                                                                                                                                                                                                                                                                                                         | 0.10 hrs.  |
| 01/08/09   | R. J. GAYDA    | Continue research, revising and drafting re DIP Objection.                                                                                                                                                                                                                                                                                                                              | 4.10 hrs.  |
| 01/08/09   | H. SEIFE       | Prepare for and conference call with Sidley regarding DIP issues (1.1); review of redlined final DIP order (.4); review of comments from U.S. Trustee (.3).                                                                                                                                                                                                                              | 1.80 hrs.  |
| 01/08/09   | B. DYE         | Researching for DIP Objection                                                                                                                                                                                                                                                                                                                                                           | 4.30 hrs.  |
| 01/08/09   | J. B. PORTER   | Coordinated with AlixPartners and Mayer Brown re execution of the Confidentiality Agreement and receipt of Confidential Information (2.0).                                                                                                                                                                                                                                               | 2.00 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8
```

| 01/08/09 | M. A. ALPERT | Confs with Mayer Brown re Barclay's Confidentiality Agreement (.3); internal confs. re: same (.2); correspondence re: same (.2); | 0.70 hrs. |
|---|---|---|---|
| 01/09/09 | S. BERSON | Revised letter agreement re: replacement letters of credit (0.6 hrs); spoke with D. LeMay re: same (0.3 hrs). | 0.90 hrs. |
| 01/09/09 | J. B. PORTER | Follow-up on providing fee letters to authorized committee members and communicated with Committee Members re confidentiality provisions (1.2). | 1.20 hrs. |
| 01/09/09 | B. DYE | Reading Final Order for DIP Financing | 1.60 hrs. |
| 01/09/09 | D. M. LeMAY | E-mail Mayer Brown regarding Barclays confidentiality issue (0.3). Work on amending Barclays confidentiality agreement to add Moelis (0.7). Review proposed final order, prepare markup of same and transmit to MBP and Sidley (3.5). | 4.50 hrs. |
| 01/09/09 | H. SEIFE | Review of Barclays fee letter and Lazard analysis (1.2); review of draft L/C letter (.5); review of potential objection to DIP and open issues (1.4). | 3.10 hrs. |
| 01/09/09 | K. NASHAT | Drafted Moelis & Company joinder letter to confidentiality letter agreement among Barclays Bank PLC, Chadbourne & Parke LLP and AlixPartners (.3); conf. M. Alpert re: foregoing (.1). | 0.40 hrs. |
| 01/09/09 | J. B. PORTER | Coordinated with Barclays' counsel, Moelis and AlixPartners re Moelis joinder to the Confidentiality Agreement. | 2.70 hrs. |
| 01/09/09 | M. A. ALPERT | Correspondence with Mayer Brown re Barclay's Confidentiality Agreement (.3); internal confs. re: same (.2); drafted joinder agreement re: same (.9); reviewed | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

|            |              | documents re: Tribune debt structure (.7). | |
|------------|--------------|---------------------------------------------|---|
| 01/09/09   | V. DUNN      | Call w/LeMay re comment to final order and reviewed comments distributed. | 0.40 hrs. |
| 01/10/09   | J. B. PORTER | Coordinated with Barclays, Moelis, and Alix to include Moelis on the Fee letter confidentiality Agreement. | 1.20 hrs. |
| 01/10/09   | D. E. DEUTSCH | Review various e-mails re: DIP financing issues and next steps (.2). | 0.20 hrs. |
| 01/11/09   | D. M. LeMAY  | Conference call w/Mayer Brown regarding open DIP issues (0.7). E-mail to Chadbourne team regarding same (0.8).  E-mails (2x) to Sidley regarding same and regarding objection timing (0.8). Several e-mails to D. Deutsch regarding drafting of objection (0.7).  Review proposed update to Committee (0.8). | 3.80 hrs. |
| 01/11/09   | S. BERSON    | Revised side letter and correspondence (0.8 hrs); reviewed correspondence (0.4 hrs). | 1.20 hrs. |
| 01/11/09   | V. DUNN      | Reviewed e-mail correspondence re open issues w/Barclay's counsel on DIP and e-mail to Berson re same. | 0.40 hrs. |
| 01/11/09   | J. B. PORTER | Drafted email to Creditors Committee re the need for a limited objection to the DIP. | 0.70 hrs. |
| 01/11/09   | D. E. DEUTSCH | Exchange multiple e-mails with David LeMay and others re: status of DIP matters and possible objection to same (.4); follow-up with Robert Gayda re: draft objection (.1); follow-up with Delaware counsel re: form objections on specific issue (.2); edit memorandum to Committee on status of DIP and need to draft objection (.2); begin research, editing and drafting insert for draft objection to DIP motion | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   10

|            |               | (2.1); follow-up on obtaining extension for filing objection to DIP (.2); additional follow-up with Delaware counsel on DIP research issues (.1). | |
| 01/11/09 | R. J. GAYDA | Email correspondence w D. Deutsch and B. Dye re DIP objection. | 0.30 hrs. |
| 01/12/09 | D. E. DEUTSCH | Review materials from local counsel re: Delaware cases on recoveries in connection with objection to DIP and discuss same with Jason Porter (.4). | 0.60 hrs. |
| 01/12/09 | J. B. PORTER | Worked on researching issue related to DIP financing limited objection. | 2.50 hrs. |
| 01/12/09 | J. B. PORTER | Drafted communication to Committee re proposed DIP Financing Objection. | 0.80 hrs. |
| 01/12/09 | V. DUNN | Met w/Berson re new side letter for Permitted Dispositions and reviewed same (.4); met w/Berson re Third Omnibus Amendment and reviewed same (.3). | 0.70 hrs. |
| 01/12/09 | G. BRADSHAW | Legal research in response to DIP Lender motion issue (1.1). Shepardized caselaw and researched Third Circuit positions on same (.4). | 1.50 hrs. |
| 01/12/09 | H. SEIFE | Review of remaining DIP objections. | 1.30 hrs. |
| 01/12/09 | S. BERSON | Revised letter agreement (0.6 hrs); reviewed 2nd Omnibus Amendment and related correspondence (1.2 hrs); reviewed 3rd Omnibus Amendment and revised side letter and related correspondence (0.9 hrs); spoke with D. LeMay re: foregoing issues (0.3 hrs); spoke with V. Dunn re: foregoing issues (0.4 hrs); spoke with PBGC and D. LeMay (0.3 hrs). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   11

| | | | |
|---|---|---|---|
| 01/12/09 | D. M. LeMAY | Negotiation of resolution of open issues on Final DIP Order with Mayer Brown & Sidley (4.3). Prepare two e-mails to the Committee regarding negotiation status (0.7).  Review of proposed Final DIP Order (1.1).  Review and revise draft DIP Objection (3.0). Review Second Ominibus Amendment and e-mail Sidley regarding same (0.6). | 9.70 hrs. |
| 01/13/09 | D. M. LeMAY | Review latest version of Final DIP Order and provide final comments to Mayer Brown (1.4). Notice to Committee regarding final DIP Order (0.2). | 1.60 hrs. |
| 01/13/09 | S. BERSON | Correspondence to B. Krakauer (0.3 hrs); spoke with D. LeMay re: status and next steps (0.3 hrs); met with M. Alpert re: acquisition structure (0.5 hrs). | 1.10 hrs. |
| 01/13/09 | H. SEIFE | Review of Barclays response to DIP issues. | 0.80 hrs. |
| 01/13/09 | J. B. PORTER | Drafted communication to Creditors Committee re agreement on DIP financing Proposed order. | 1.70 hrs. |
| 01/13/09 | D. E. DEUTSCH | Follow-up related to agreement on DIP (.2); review revised DIP order and follow-up on revising memorandum to Committee related to same (.5); meeting with David LeMay re: DIP matters (.2). | 0.90 hrs. |
| 01/14/09 | J. GIANNINI | Office meeting with S Berson (.6). Review and preparation of summary of security issues in Receivables Securitization Facility (1.0). | 1.60 hrs. |
| 01/14/09 | V. DUNN | Met w/J.Giannini re review of existing receivables transaction and true sale issues relating thereto. | 0.30 hrs. |
| 01/14/09 | S. BERSON | Spoke with D. LeMay (0.2 hrs); met with J. Giannini re:  pre-petition facility review (0.7 hrs). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    12


| 01/15/09 | S. BERSON | Spoke with J. Giannini re: pre-petition facility and related correspondence (0.4 hrs). | 0.40 hrs. |

01/15/09    S. BERSON       Spoke with J. Giannini re:           0.40 hrs.
                            pre-petition facility and related
                            correspondence (0.4 hrs).

01/15/09    H. SEIFE        Court hearing on final DIP order      2.10 hrs.
                            (.8); discussions with counsel for
                            Barclays regarding DIP (.5);
                            discussions with Sidley regarding
                            DIP issues (.8).

01/15/09    J. GIANNINI     Review of operative documentation     2.10 hrs.
                            in Receivables Securitization
                            Facility and preparation of
                            memorandum summarizing perfection
                            and "true-sale" issues (2.1).

01/16/09    J. GIANNINI     Review of security documents in       3.10 hrs.
                            connection with Receivables
                            Securitization Facility and
                            related secondary sources re:
                            perfection of accounts receivable;
                            continued preparation of
                            memorandum summarizing related
                            issues (3 .1).

01/19/09    S. BERSON       Met and spoke with J. Giannini re:    0.40 hrs.
                            pre-petition facility (0.4 hrs).

01/19/09    J. GIANNINI     Review of operative documentation     4.80 hrs.
                            in connection with Receivables
                            Securitization Facility and
                            continued preparation of related
                            summary memorandum (4.30 ); office
                            meeting with S Berson re: same
                            (.50).

01/20/09    J. GIANNINI     Review of operative documentation     3.10 hrs.
                            in connection with Receivables
                            Securitization Facility and
                            continued preparation of related
                            summary memorandum (1.50 hours);
                            review and summary of separateness
                            covenants in Tribune Receivables
                            LLC Agreement (1.60 hours).

01/21/09    J. GIANNINI     Office meetings with S Berson         0.50 hrs.
                            regarding summary memorandum in
                            connection with Receivables
                            Securitization Facility (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    13


| 01/21/09 | N. T. ZINK | Review true sale opinion re receivables sale for determination whether purported sale was not "true sale" but rather disguised financing (.6). | 0.60 hrs. |
|---|---|---|---|
| 01/22/09 | J. GIANNINI | Continued review of operative documents in connection with analysis of Receivables Securitization Facility (3.3); office meetings with S Berson re: same (.2). | 3.50 hrs. |
| 01/23/09 | T. DANIELSON | For Joe Giannini: Search for materials on receivables financing and asset based financing. | 0.50 hrs. |
| 01/23/09 | D. E. DEUTSCH | Follow-up on lien analysis (.2); exchange e-mails with Scott Berson and Alan Holtz regarding same (.2). | 0.40 hrs. |
| 01/23/09 | S. BERSON | Met and spoke with J. Giannini re: review of pre-petition facility (0.4 hrs); correspondence to D. Deutsch (0.3 hrs). | 0.70 hrs. |
| 01/25/09 | S. BERSON | Review prepetition facility. | 0.50 hrs. |
| 01/26/09 | V. DUNN | Met w/Berson re perfection and true sale analysis. | 0.20 hrs. |
| 01/26/09 | Y. YOO | Meeting with Joe Giannini re document review. | 0.50 hrs. |
| 01/26/09 | J. GIANNINI | Meeting with S Berson regarding Receivables Securitization Facility (.7); call with Alix Partners, H Seife, S Berson and D Deutsch re: Receivables Securitization Facility and related cash management procedures (1.2); continued review of documentation re: Receivables Securitization Facility and preparation of memorandum re: same (3.0). Call with J Langdon re: outstanding accounts (.5). Office meeting with Y Yoo re: recharacterization analysis (.5) | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   14

| | | | |
|---|---|---|---|
| 01/26/09 | D. E. DEUTSCH | Prepare for and meeting with Howard Seife, Joe Giannini and Scott Berson re: prepetition lien analysis (.5); meeting with Scott Berson, Joe Giannini and, in substantial part, AlixPartners team re: required information and follow-up for prepetition lien analysis (1.0). | 1.50 hrs. |
| 01/26/09 | H. SEIFE | Conferences S.Berson regarding Barclays lien review. | 0.80 hrs. |
| 01/26/09 | S. BERSON | Met and spoke with J. Giannini re: prepetition lien issues (0.7 hrs); met with H. Seife, D. Deutsch and J. Giannini re: same and spoke with Alix Partners re: same (1.2 hrs). | 1.90 hrs. |
| 01/27/09 | H. SEIFE | Review of emails regarding lien review and open issues. | 1.20 hrs. |
| 01/27/09 | D. E. DEUTSCH | Telephone conversation with Scott Berson re: various cash management/lien review issues (.1); follow-up with Joseph Giannini on materials related to same (.1). | 0.20 hrs. |
| 01/27/09 | J. GIANNINI | Office meeting with T Scott re: UCC searches on Receivables Finacing Facility (.5). | 0.80 hrs. |
| 01/27/09 | S. BERSON | Spoke with J. Giannini re:  memo to UCC. | 0.50 hrs. |
| 01/27/09 | T. SCOTT | Prepare Request to NCR for retrieval of UCCs, Federal and State Tax Liens, Pending Suits and Judgements for various Tribune Company entities from DE, CA, CO, CT, DC, FL, IL, IN, LA, MD, MO, NY, OR, PA, TX, VA and WA (1.9). Confer with J. Giannini and S. Berson re same (.5). Draft memo related (1.4). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    15


| 01/28/09 | T. SCOTT | Follow-up re retrieval of UCCs, Federal and State Tax Liens, Pending Suits and Judgements for various Tribune Company entities from DE, CA, CO, CT, DC, FL, IL, IN, LA, MD, MO, NY, OR, PA, TX, VA and WA. | 1.20 hrs. |
|---|---|---|---|
| 01/28/09 | K. GARRY | Prepare request for retrieval of UCC searches (federal and state tax liens, judments, suits) for various Tribune entities. | 1.60 hrs. |
| 01/28/09 | S. BERSON | Met and spoke with J. Giannini re: memorandum (0.6 hrs); correspondence re:  lien searches (0.3 hrs). | 0.90 hrs. |
| 01/29/09 | J. GIANNINI | Office meeting with Y Yoo re: recharacterization research and follow-up research re: true-sale analysis (.6).Office meetings with S Berson re: Receivables Securitization Facility summary memorandum (.2). Continued preparation of true-sale analysis memo (1.7). | 2.50 hrs. |
| 01/29/09 | T. SCOTT | Follow-up re retrieval of UCCs, Federal and State Tax Liens, Pending Suits and Judgements for various Tribune Company entities from DE, CA, CO, CT, DC, FL, IL, IN, LA, MD, MO, NY, OR, PA, TX, VA and WA. | 1.20 hrs. |
| 01/29/09 | Y. YOO | Researching caselaw, law review articles and articles for issue re dispositive factors that affect the "true sale" test (9.8); meeting with Joe Giannini re same (.7). | 10.50 hrs. |
| 01/30/09 | Y. YOO | Drafting and revising research memorandum re issue of dispositive factors that affect true sale inquiries (9.5); Researching caselaw, law review articles and articles re same (3.0); meeting with Joe Giannini re same (.4). | 12.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


| | | | |
|---|---|---|---|
| 01/30/09 | S. BERSON | Call with Alix Partners and met and spoke with D. Deutsch and J. Giannini re same. | 0.80 hrs. |
| 01/30/09 | J. GIANNINI | Call with Alix Partners, S Berson and D Deutsch re: Receivables Securitization Facility cash management (.5). Review of memo re: true-sale analysis (.7). Continued revision and drafting of true sale/security interest/perfection analysis (2.6). | 3.80 hrs. |
| 01/30/09 | K. GARRY | Prepare request for retreival of UCC searches (federal and state tax liens, suits, judgments) for various Tribune entities. | 5.40 hrs. |
| 01/30/09 | D. E. DEUTSCH | Participate in meeting with AlixPartners and others re: receivables securitization facility cash management (.5); follow-up e-mail to AlixPartners re: promised materials (.2). | 0.70 hrs. |

**Total Fees for Professional Services.............. $188,350.50**