```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through January 31, 2009

Our Matter #19804.006
       INTER COMPANY ISSUES/CASH MANAGEMENT

| | | | |
|---|---|---|---|
| 12/29/08 | H. SEIFE | Review of motion regarding cash management and discussion of other issues. | 1.20 hrs. |
| 12/30/08 | H. SEIFE | Review of inter-company cash management issues. | 0.90 hrs. |
| 12/30/08 | F. VAZQUEZ | Conferences with Deutsch and Schable re cash management. | 0.30 hrs. |
| 12/31/08 | D. E. DEUTSCH | Follow-up on cash management issues and schedule meeting on same (.4). | 0.40 hrs. |
| 12/31/08 | H. SEIFE | Discussion with AlixPartners regarding cash management issues. | 0.70 hrs. |
| 01/12/09 | H. SEIFE | Review of remaining issues relating to cash management. | 0.80 hrs. |
| 01/13/09 | H. SEIFE | Emails with AlixPartners regarding operational issues. | 0.60 hrs. |
| 01/13/09 | D. E. DEUTSCH | Follow-up with AlixPartners re: cash management (.2). | 0.20 hrs. |
| 01/19/09 | S. BERSON | Met and spoke with D. Deutsch re: cash management (0.2 hrs). | 0.20 hrs. |
| 01/19/09 | D. M. LeMAY | Rescheduling of hearing on cash management motion (0.2). | 0.20 hrs. |
| 01/19/09 | D. E. DEUTSCH | Meeting with Scott Balber to discuss cash management and related matters (.3); call and exchange e-mails with AlixPartners on cash management issues (.2); exchange e-mails with Debtors' counsel and other parties re: adjournment of cash management hearing (.3). | 0.80 hrs. |
| 01/23/09 | D. E. DEUTSCH | Meeting with Gilbert Bradshaw re: memorandum on section 345 motion (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    2

| 01/23/09 | G. BRADSHAW | Conf. w/D. Deutsch (.3); Reviewed Section 345 Extension motion (.4); researched and drafted memorandum re: extension motion (2). | 2.70 hrs. |
|---|---|---|---|
| 01/24/09 | D. E. DEUTSCH | Review and research materials on 345 motion (.6); draft analysis section of memorandum on same, revise remainder of draft memorandum and draft e-mail re: follow-up items (.7). | 1.30 hrs. |
| 01/26/09 | G. BRADSHAW | Conf. w/D. Deutsch (.2); Researched and drafted memorandum for Creditors Committee regarding bank account issue (1.1). | 1.30 hrs. |
| 01/26/09 | D. E. DEUTSCH | Meeting with Gil Bradshaw to discuss assignment (.2). | 0.20 hrs. |
| 01/29/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: meeting with Debtors on cash management and related next steps (.2); follow-up with Scott Berson on same (.1). | 0.30 hrs. |

**Total Fees for Professional Services.............    $7,994.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                  For Services Through January 31, 2009

   Our Matter #19804.007
             BUSINESS OPERATIONS


12/22/08   J. A. STENGER      Office conference re research and      2.70 hrs.
                              memo on Tribune FCC licenses and
                              orders; research re same and
                              prepare draft memo re same.

12/22/08   D. M. LeMAY        Review Dow Jones Agreement.            0.80 hrs.

12/23/08   J. A. STENGER      Research re involuntary assignment     2.50 hrs.
                              applications (1.4); revise draft
                              memo re same (.9); office
                              correspondence re same (.2).

12/23/08   D. M. LeMAY        Review FPL Objection and e-mail        0.50 hrs.
                              Doug Deutsch regarding same.

12/25/08   R. J. GAYDA        Detailed review of motion             3.70 hrs.
                              regarding critical vendors (1.2);
                              draft summary of same (1.0);
                              review and revise memorandum re:
                              utilities motion and follow-up on
                              same (1.5).

12/26/08   D. M. LeMAY        Review Debtors Motion regarding        0.60 hrs.
                              Dow Jones.

12/29/08   M. A. ALPERT       Reviewed Dow Jones contract(3.30).     3.30 hrs.

12/29/08   A. KRONSTADT       Review of Master Services              5.60 hrs.
                              Agreement and Statement of Work 1
                              with Dow Jones and drafted summary
                              of the contracts (5.2). Reviewed
                              Motion for an Order Authorizing
                              Entry into a Postpetition MSA with
                              Dow Jones (.4).

12/29/08   D. M. LeMAY        Review Dow Jones agreement (1.2).      1.20 hrs.

12/29/08   H. SEIFE           Review and discussion of Dow Jones     1.10 hrs.
                              motion re production.

12/29/08   D. E. DEUTSCH      Review motion re: agreement with       0.60 hrs.
                              Dow Jones and follow-up call with
                              Marc Alpert regarding required
                              committee analysis for same (.5);
                              address related inquiry (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 12/29/08 | M. S. TOWERS | Researched Debtors' Motion for Payment of Prepetition Claims and drafted memo to Committee (.9). | 0.90 hrs. |
| 12/30/08 | H. SEIFE | Review of draft memo regarding Dow Jones. | 0.50 hrs. |
| 12/30/08 | M. A. ALPERT | Reviewed Dow Jones contract and Statement of Work (3.80); worked on memos re: same(7.0). | 10.80 hrs. |
| 12/30/08 | A. KRONSTADT | Drafted memorandum summarizing key terms of Master Services Agreement and Statement of Work 1 with Dow Jones (5.0). Drafted memorandum discussing suggested changes to such documents (4.5). | 9.50 hrs. |
| 12/31/08 | M. A. ALPERT | Reviewed memo re: Dow Jones contract(.6); correspondence re: same(.2). | 0.80 hrs. |
| 12/31/08 | F. VAZQUEZ | Review critical vendor orders issued in other DE cases (.3); conference with Deutsch re form of critical vendor order (.2). | 0.50 hrs. |
| 12/31/08 | D. E. DEUTSCH | Review draft memorandum on agreement with Dow Jones and related motion and deal papers (.7); follow-up call with Marc Alpert re: analysis and matters for follow-up on same (.4); review materials related on critical vendors and follow-up e-mails and calls to Debtors re: scheduling meeting on same (.4); multiple calls and e-mails with Alix team re: economic analysis of various items (.2). | 1.70 hrs. |
| 01/02/09 | D. E. DEUTSCH | Review Dow Jones action item and draft follow-up e-mail to AlixPartners team re: research related to same (.3). | 0.30 hrs. |
| 01/02/09 | H. SEIFE | Review of draft memo on critical vendors. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3

| 01/02/09 | M. S. TOWERS | Met with D. Deutsch re: Memos (.2); reviewed and revised Memos on Critical Vendor and Utilities (.9). | 1.10 hrs. |
| 01/04/09 | D. E. DEUTSCH | Review of revised draft memorandum on Dow Jones deal and draft insert introduction and other revisions to same (.9); draft related follow-up e-mail to Sidley on follow-up item (.2); draft e-mail to Marc Alpert re: follow-up issues and proposed course of action on same (.3). | 1.40 hrs. |
| 01/04/09 | M. A. ALPERT | Reviewed memo re: Dow Jones contract(.6); correspondence re: same(.5). | 1.10 hrs. |
| 01/05/09 | H. SEIFE | Review of comments to Dow Jones contract/motion (.4); review of Debtors' operating report (.5). | 0.90 hrs. |
| 01/06/09 | H. SEIFE | Meeting with AlixPartners to discuss operations. | 0.50 hrs. |
| 01/06/09 | D. E. DEUTSCH | Review revised materials on Dow Jones and edit part of same (.3); e-mail Alix Partners team re: follow-up issues for same (.2). | 0.50 hrs. |
| 01/06/09 | D. M. LeMAY | T/c w/Ira Greene (Dow Jones counsel) regarding confidentiality issues (0.3).  Work on analysis of Dow Jones contract (1.2). | 1.50 hrs. |
| 01/07/09 | D. M. LeMAY | Review Dow Jones Agreement and related memo to the Committee. | 1.10 hrs. |
| 01/07/09 | A. KRONSTADT | Reviewed Memo ("Analysis of Request to Approve Entry into Postpetition Master Services Contract with Dow Jones") (.3). Provided comments to M. Alpert (.2). | 0.50 hrs. |
| 01/07/09 | D. E. DEUTSCH | Follow-up research on issue related to critical vendor/20-day claimant motion (.6); e-mail AlixPartners' team re: follow-up required for same (.2): draft e-mail to Debtors' counsel re: | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | proposed resolution of same (.2); discuss open issues with Dow Jones agreement with Marc Alpert (.2); follow-up with Debtors' counsel on same (.1); discuss proposed compromise on critical vendors with Adam Landis (.2); review summary memorandum on motions and related motions for proposed payments to lienholders, shippers, wages, and related to customer practices (.7); draft detailed memorandum to AlixPartners to confirm action points on same (.4); review Dow Jones insert from AlixPartners and revise same (.5); review further AlixPartners comments to same and distribute (.2). |  |
| 01/08/09 | D. E. DEUTSCH | Follow-up on open Dow Jones motion issues (.2); exchange related e-mails with AlixPartners (.2); exchange e-mails with Debtors' counsel re: resolution of critical vendors issues (.2); review additional comments to Dow Jones agreement and follow-up on same (.3). | 0.90 hrs. |
| 01/08/09 | J. B. PORTER | Revised and finalized Dow Jones memorandum (2.0). | 2.00 hrs. |
| 01/08/09 | M. A. ALPERT | Correspondence re: Dow Jones contract (.3). | 0.30 hrs. |
| 01/08/09 | A. KRONSTADT | Reviewed Memo ("Analysis of Request to Approve Entry into Postpetition Master Services Contract with Dow Jones") including comments/questions from AlixPartners (.4). Discussed changes to the memo with M. Alpert and D. Deutsch (.2). | 0.60 hrs. |
| 01/09/09 | A. KRONSTADT | Discussion with M. Alpert re: various edits to the Dow Jones/CTC MSA (.3). Drafted the edits and sent corresponding email (.8). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 01/09/09 | M. A. ALPERT | Correspondence re: Dow Jones contract (.3); calls re: same w/Sidley and Hogen & Hartson (.9). | 1.20 hrs. |
| 01/09/09 | D. E. DEUTSCH | Follow-up with Marc Alpert on Debtors' business structure issue (.3); review memorandum on FCC cross-ownership issues and follow-up on same (.4); two calls and exchange multiple e-mails with Jessica Boelter (Debtors' counsel) re: settlement of critical vendor/20-day claim issues (.5); exchange follow-up e-mails with Alix Partners on various settlement proposals (.3); telephone conversation with AlixPartners team regarding same (.2). | 1.70 hrs. |
| 01/09/09 | J. B. PORTER | Drafted email to and circulated Dow Jones Memorandum to the Creditors' Committee (.5). | 0.50 hrs. |
| 01/10/09 | D. E. DEUTSCH | Follow-up on FCC licenses memorandum and related scheduling of meeting (.3). | 0.30 hrs. |
| 01/10/09 | D. E. DEUTSCH | Review materials on Tribune deriviatives trading (.3). | 0.30 hrs. |
| 01/11/09 | D. M. LeMAY | Review orders regarding brokers commissions and 20-day payments | 0.80 hrs. |
| 01/11/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: status of critical vendor order (.2); review related revised draft and distribute same to Committee's Delaware counsel (.2). | 0.40 hrs. |
| 01/12/09 | D. E. DEUTSCH | Review materials and draft edits to final order on payment of twenty-day claimants/critical vendors (.3); exchange e-mails with Sidley team re: same (.1). | 0.40 hrs. |
| 01/12/09 | D. E. DEUTSCH | Review memorandum re: possibility of regulator concerns with certain dispositions of assets and follow-up on scheduling meeting re: same (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6

| | | | |
|---|---|---|---|
| 01/12/09 | M. A. ALPERT | Correspondence w/ Hogen & Hartson (.1) and Sidley (.2) re: Dow Jones Agreement contract. | 0.30 hrs. |
| 01/13/09 | M. A. ALPERT | Correspondence re: Dow Jones Agreement (.2). | 0.20 hrs. |
| 01/13/09 | A. KRONSTADT | Reviewed executed Amendment to MSA and drafted email confirming that said Amendment conforms to our suggested edits. | 0.30 hrs. |
| 01/13/09 | J. A. STENGER | Research re status of FCC assignment applications and office correspondence re same. | 0.50 hrs. |
| 01/14/09 | J. A. STENGER | Office conference re FCC regulated assets of Tribune. | 0.50 hrs. |
| 01/14/09 | D. M. LeMAY | T/c w/Dana Frix and D. Deutsch regarding FCC issues (0.5). | 0.50 hrs. |
| 01/14/09 | D. E. DEUTSCH | Conference with Dana Frix and David LeMay re: FCC issues (.4). | 0.40 hrs. |
| 01/14/09 | D. FRIX | Teleconference with D. Deutsche and D. LeMay re FCC issues | 0.50 hrs. |
| 01/19/09 | G. BRADSHAW | Conf. w/D. Deutsch (.3); reviewed documents re: Motion to Authorize LMA agreement including Local Marketing Agreement, Shared Services Agreement, Letter Agreement , etc. (3.7); draft response and analysis (3.2); conf. w/D. Deutsch re: same (.3). | 7.50 hrs. |
| 01/19/09 | D. M. LeMAY | Review Debtors motion regarding KPLR Local Marketing Agreement (0.4). | 0.40 hrs. |
| 01/19/09 | D. E. DEUTSCH | Meeting with Gilbert Bradshaw to discuss drafting memorandum on motion to enter into local broadcasting agreement (.2). | 0.20 hrs. |
| 01/20/09 | D. E. DEUTSCH | Review background materials on KPLR motion (.2); follow-up e-mail to AlixPartners re: required follow-up related to same (.2); follow-up with Janet Henderson re: | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   February 24, 2009
435 N. MICHIGAN AVENUE                          Invoice ******
CHICAGO, IL 60611                               Page    7

|            |              | obtaining copy of unredacted KPLR agreement (.2); exchange related e-mails (.2). |           |
|------------|--------------|---------------------------------------------------------------------------------|-----------|
| 01/20/09   | G. BRADSHAW  | Conf. w/D. Deutsch (.5); reviewed Local Marketing Agreement between Community Missouri and Debtor (2). | 2.50 hrs. |
| 01/21/09   | G. BRADSHAW  | Conf. w/D. Deutsch (.2);; Reviewed and analyzed unredacted versions of Local Marketing Agreement and Side Letter Agreement (3.2). | 3.40 hrs. |
| 01/21/09   | D. E. DEUTSCH | Review materials and follow-up with Janet Henderson re: KPLR LMA issue (.2). | 0.20 hrs. |
| 01/22/09   | D. E. DEUTSCH | Follow-up with Janet Henderson (Debtors' counsel) re: next steps on KPLR agreement motion (.2). | 0.20 hrs. |
| 01/23/09   | D. E. DEUTSCH | Call with Janet Henderson and Debtor contact re: KPLR local marketing agreement (.4). | 0.40 hrs. |
| 01/24/09   | D. E. DEUTSCH | Research materials on KPLR sale (.7); draft analysis section of memorandum on same and revise remaining memorandum (.7). | 1.40 hrs. |
| 01/26/09   | D. E. DEUTSCH | Review additional materials sent by Debtors re: KPLR motion and revise memorandum to reflect same (.8); review draft posting memorandum to Committee and edit same (.2). | 1.00 hrs. |
| 01/26/09   | J. B. PORTER | Reviewed LMA marketing agreement memo (1.3). | 1.30 hrs. |
| 01/27/09   | H. SEIFE     | Review of chart of management structure (.5). | 0.50 hrs. |

**Total Fees for Professional Services.............   $53,376.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1


                              For Services Through January 31, 2009

  Our Matter #19804.008
            ASSET DISPOSITION


01/07/09   D. M. LeMAY        C&P Meeting regarding transaction        1.10 hrs.
                              process for major asset and due
                              diligence regarding same.

01/07/09   M. A. ALPERT       Internal meeting re: Cubs               3.20 hrs.
                              disposition and structure (.9);
                              reviewed documents re: comparable
                              transactions (2.0); reviewed
                              precedent agreements (.3).

01/07/09   B. G. CARSON       Meeting to discuss transaction          1.90 hrs.
                              details and structure (0.9);
                              research and review materials on
                              comparable transactions (1.0).

01/07/09   D. E. DEUTSCH      Review materials on Cubs                2.70 hrs.
                              transaction (.2); participate in
                              initial C&P team meeting on same
                              with tax and corporate teams (.9);
                              follow-up related to transaction
                              issues (.3); related e-mails to
                              C&P team (.1); research and
                              follow-up with Sidley re: various
                              Cubs transaction issues (.7);
                              follow-up call to Moelis tax team
                              re: next steps on Cubs transaction
                              and related matters (.3): schedule
                              meeting with Moelis and C&P Cubs
                              team related to tax matters (.2).

01/08/09   D. E. DEUTSCH      Exchange e-mails with Debtors'          2.80 hrs.
                              counsel re: Cubs transaction (.2);
                              participate in part of meeting
                              with Moelis team re: Cubs
                              transaction(.6); meeting with
                              Debtors and Committee's
                              professionals re: Cubs transaction
                              and hold related follow-up meeting
                              (1.1); exchange e-mails with Kevin
                              Lantry re: next steps related to
                              Cubs transaction (.4); draft
                              memorandum to committee re:
                              transaction status (.3); follow-up
                              on scheduling meeting with tax
                              professionals re: Cubs same (.2).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 01/08/09 | H. SEIFE | Prepare for and conference call with Nils Larsen regarding transaction update (1.9); review of articles/structure of comparable transaction (1.1). | 3.00 hrs. |
| 01/08/09 | B. G. CARSON | Conference call to discuss transaction structure (0.8); review indemnity and guarantee elements of comparable transaction (1.3); conference call to discuss Tribune indemnity obligations in comparable transaction (0.2); meeting to discuss Tribune corporate organization and debt structure (0.6). | 2.90 hrs. |
| 01/08/09 | D. M. LeMAY | Conference calls w/Debtors regarding disposition process and memo to Committee regarding same. | 1.10 hrs. |
| 01/08/09 | M. A. ALPERT | Conf. calls re: Cubs disposition w/bankers and Tribune (1.2); reviewed documents re: comparable transactions (3.7); reviewed precedent agreements (.8). | 5.70 hrs. |
| 01/09/09 | M. A. ALPERT | Conf. call re: Cubs disposition w/Moelis and FTI (.6); call with H. Seife re: same (.2); reviewed documents re: comparable transactions (2.4). | 3.20 hrs. |
| 01/09/09 | B. G. CARSON | Review Tribune SEC filing and other materials for background materials related to asset disposition (1.2). | 1.20 hrs. |
| 01/09/09 | D. E. DEUTSCH | Multiple e-mails with C&P team re: Cubs transaction issues (.4); e-mails and calls with Moelis team re: outstanding Cubs transaction matter and review related materials (.6); conference with Howard Seife to discuss Cubs transaction follow-up and various other matters (.2); exchange multiple e-mails related to Cubs transaction (.3). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 01/10/09 | D. E. DEUTSCH | Review and analyze of materials on corporate structure and Cubs transaction  (1.4). | 1.40 hrs. |
| 01/12/09 | M. A. ALPERT | Corporate review of agreement in connection with Cubs transaction (3.5). | 3.50 hrs. |
| 01/12/09 | M. A. ALPERT | Conf. w/Debtors re: potential Cubs transaction (1.7). | 1.70 hrs. |
| 01/13/09 | M. A. ALPERT | Corporate review agreement in connection with Cubs transaction (3.2). | 3.20 hrs. |
| 01/13/09 | D. E. DEUTSCH | Review e-mails and materials from Moelis on Cubs transaction(.4): follow-up with C&P team re: next steps related to same (.2); review details memoranda on similar proposed transaction (1.1). | 1.70 hrs. |
| 01/13/09 | E. S. MARKSON | Review draft of proposed agreement provided to bidders and discuss issues with M. Alpert re same (2.2). | 2.20 hrs. |
| 01/14/09 | M. A. ALPERT | Corporate review of agreement in connection with Cubs transaction (.9). | 0.90 hrs. |
| 01/14/09 | H. SEIFE | Review of Cubs transaction issues and status (1.7); Emails with Committee members regarding Cubs transaction (.6). | 2.30 hrs. |
| 01/14/09 | D. E. DEUTSCH | Follow-up on status of media sale matters (.2); meeting with regulatory team re: issues involved in disposing of certain Tribune assets (.5). | 0.70 hrs. |
| 01/15/09 | D. E. DEUTSCH | Follow-up on status of Cubs transaction (.2); review new memorandum related to same (.4). | 0.60 hrs. |
| 01/15/09 | M. A. ALPERT | Reviewed corporate documents re: Cubs transaction (1.3); reviewed documents re: comparable transactions (1.8). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4


| 01/16/09 | M. A. ALPERT | Reviewed documents re: comparable transactions (2.2); conf. with D.Deutsch re transaction issues (.2). | 2.40 hrs. |
|----------|--------------|----------------------------------------------------------------------------------|-----------|
| 01/16/09 | D. E. DEUTSCH | Telephone conversation with Marc Alpert re: asset disposition matters (.2); exchange additional related e-mails re: status (.1). | 0.30 hrs. |
| 01/16/09 | H. SEIFE | Review of status of Cubs transaction and structure issues (.6); review of draft documentation of Cubs transaction (2.2). | 2.80 hrs. |
| 01/19/09 | D. M. LeMAY | Prepare for and attend meeting of C&P team and Moelis to review status and plan next steps for advising the Committee on Project Fastball (1.1). | 1.10 hrs. |
| 01/19/09 | M. A. ALPERT | Meeting w/ Moelis and C&P team re: Cubs transaction (.6); reviewed documents re: comparable transactions (.8). | 1.40 hrs. |
| 01/19/09 | D. E. DEUTSCH | Review e-mails re: Cubs transaction (.2); follow-up with Moelis team re: scheduling meeting on same (.1); draft memo to team re: new background information (.2); additional e-mails with Moelis team re: Cubs matters (.2); attend conference call with Moelis team and C&P team re: status of Cubs transaction, obtaining additional information, Committee review and other matters (.6). | 1.30 hrs. |
| 01/19/09 | H. SEIFE | Review of status of Cubs transaction (.8); conference Moelis and C&P Team regarding transaction(.6). | 1.40 hrs. |
| 01/19/09 | E. S. MARKSON | Review documents and correspondence (0.4). Various discussions regarding transaction status with B. Betheil, R. Leder, D. Deutsch, and M. Alpert (0.3). Conference call with Deutsch, Alpert, and representatives of | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page     5

                           Moelis regarding information on
                           Cubs transaction process and
                           related issues (0.6).

01/20/09   H. SEIFE        Prepare for and conference call        4.00 hrs.
                           with Company regarding Cubs
                           transaction (1.2); conference call
                           with Committee financial advisors
                           and FTI regarding transaction
                           (1.2); work on Cubs transaction
                           issues (1.6).

01/20/09   D. E. DEUTSCH   Exchange e-mails with Moelis team      2.70 hrs.
                           re: Cubs transaction matters (.2);
                           follow-up with C&P team related to
                           same (.1); attend part of meeting
                           on Cubs transaction (.8); calls
                           with Larry Kwons re: various Cubs
                           transaction follow-up items and
                           related matters (.3); review
                           transaction materials and related
                           memos (1.0); related follow-up
                           with C&P team (.3).

01/20/09   B. BETHEIL      Participate telephonically in call     4.50 hrs.
                           among Tribune and professional
                           representatives of creditors re:
                           explanation of Cubs bids and
                           Tribune's recommendation (1.3);
                           Research timing of income
                           recognition from prepayments for
                           Cubs tickets (3.2).

01/20/09   D. M. LeMAY     Prepare for and participate in         3.80 hrs.
                           conference call w/Tribune and
                           advisors regarding Project
                           Fastball (1.6).  E-mail Sidley
                           regarding MLB confidentiality
                           issues (0.3) and t/c w/B. Krakauer
                           regarding same (0.2).  Conference
                           call w/Moelis and FTI to review
                           findings and prepare for Thursday
                           meeting (1.1).  Follow up C&P
                           meeting to prepare for Thursday
                           meeting (0.6).

01/20/09   M. A. ALPERT    Conf. call w/Tribune and internal      3.40 hrs.
                           meetings re: bid (1.8); conf. call
                           w/ Moelis re: presentation (1.0);
                           reviewed documents re: comparable
                           transactions (.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    6

| | | | |
|---|---|---|---|
| 01/20/09 | E. S. MARKSON | Review of Tribune materials describing bids (.5); conference call with Betheil, LeMay, Alpert, N. Larson of Tribune, C. Nicholls and S. Joffe of FTI, N. Mahmoodzadegan and Z. Jamal of Moelis, S. Dimon and D. Schaible of DPW, and others regarding competing bids (1.1). Followup discussions with LeMay, Mahmoodzadegan and Jamal (0.3). | 1.90 hrs. |
| 01/21/09 | M. A. ALPERT | Conf. call w/Tribune, Moelis and FTI (1.3) and internal meetings re: bids (.9). | 2.20 hrs. |
| 01/21/09 | M. A. ALPERT | Worked on MLB Confidentiality Agreement. | 0.40 hrs. |
| 01/21/09 | D. M. LeMAY | Prepare for and attend t/c w/Debtors on Project Fastball and bid selection process (1.1). Email Moelis regarding same (.1). Work on form of confidentiality agreement requested by Merrill Lynch (1.2). Revise Consent and Acknowledgement form to reflect comments from Major League Baseball (1.7).  Review and revise e-mail to Committee regarding Project Fastball confidentiality agreement (0.5). | 4.60 hrs. |
| 01/21/09 | E. S. MARKSON | Conference call with Committee, transaction team members, N. Larson of Tribune, B. Rubin of MWE, A. Ajmera of Moelis, C. Nicholls and S. Joffe of FTI, and others including JPMorgan regarding tax and other issues in connection with analysis of bid finalists and follow-up meeting on same (1.7). | 1.70 hrs. |
| 01/21/09 | D. E. DEUTSCH | Review multiple e-mails re: follow-up on Cubs transaction (.4); review materials related to confidentiality of Cubs transaction materials, hold related calls and draft memo to Committee regarding same (.7); edit and distribute same (.2); | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7

|            |                |                                                                                                                                              |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | attend part of meeting on Cubs' transaction (.9); follow-up related to pending transaction matters (.4); follow-up with Moelis and C&P team regarding various related matters (.2). |           |
| 01/21/09   | H. SEIFE       | Conference call with Nils, DPW, JPM & Sidley regarding transaction process (1.2); work on Cubs transaction issues (.7).                        | 1.90 hrs. |
| 01/21/09   | B. G. CARSON   | Draft and revise confidentiality agreement governing information given to MLB by the company and the committee.                               | 2.40 hrs. |
| 01/22/09   | B. G. CARSON   | Revise draft of confidentiality agreement governing information given to MLB by the company and the Committee.                                | 1.60 hrs. |
| 01/22/09   | D. E. DEUTSCH  | Review various Cubs transaction related e-mails and memos (.4); telephone conversation with Marc Alpert re: modification to draft memorandum to Debtors related to same (.1). | 0.50 hrs. |
| 01/22/09   | J. B. PORTER   | Coordinated confidentiality emails re Cubs materials (.3).                                                                                    | 0.30 hrs. |
| 01/22/09   | R. M. LEDER    | Review letter to Nils Larsen (0.4).                                                                                                           | 0.40 hrs. |
| 01/22/09   | D. M. LeMAY    | Review and comment on draft letter to Nils Larson.                                                                                            | 0.60 hrs. |
| 01/22/09   | M. A. ALPERT   | Worked on MLB Confidentiality Agreement (1.8).                                                                                                | 1.80 hrs. |
| 01/22/09   | M. A. ALPERT   | Conf. w/Moelis (.2); worked on letter to Tribune (1.7).                                                                                       | 1.90 hrs. |
| 01/23/09   | D. E. DEUTSCH  | Review various e-mails and other materials re: Cubs transaction (.5); calls with Marc Alpert and Moelis team re: same (.1); follow-up with David Bava re: posting of final letter (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


| 01/23/09 | M. A. ALPERT | Reviewed documents re: Cubs transaction (1.4); conf. w/Moelis (.5); worked on letter to Tribune (.6). | 2.50 hrs. |
|---|---|---|---|
| 01/23/09 | H. SEIFE | Review and revise letter to Tribune regarding Cubs transaction (.5); review of issues regarding Cubs transaction (.9). | 0.90 hrs. |
| 01/24/09 | D. E. DEUTSCH | Review memorandum from Moelis to Debtors re: Cubs transaction matters (.2); follow-up with David Bava re: distributing same to Committee (.1). | 0.30 hrs. |
| 01/26/09 | M. A. ALPERT | Reviewed documents re: Cubs transaction and comparable transactions (1.3). | 1.30 hrs. |
| 01/27/09 | M. A. ALPERT | Reviewed documents re: Cubs transaction and comparable transactions (.6) | 0.60 hrs. |
| 01/27/09 | S. CHAN | Follow-up on letter from Moelis to Committee of Unsecured Creditors of In re Tribune Company. | 0.50 hrs. |
| 01/28/09 | M. A. ALPERT | Reviewed documents re: debt structure in connection with Cubs transaction (.8). | 0.80 hrs. |
| 01/29/09 | M. A. ALPERT | Reviewed documents re: debt structure in connection with Cubs transaction(.6). | 0.60 hrs. |
| 01/30/09 | M. A. ALPERT | Reviewed documents re: debt structure in connection with Cubs transaction. | 1.00 hrs. |
| 01/30/09 | D. E. DEUTSCH | Review memo on proposed disposition of real estate and follow-up with AlixPartners on issues related to same (.4). | 0.40 hrs. |
| 01/31/09 | D. E. DEUTSCH | Review various e-mails on Cubs transaction and related e-mails and follow-up with team on same (.3). | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9
```

```
01/31/09   D. E. DEUTSCH        Further review of materials and        0.60 hrs.
                                draft e-mails to AlixPartners re:
                                follow-up on proposed disposition
                                of property (.4); draft e-mail to
                                Bryan Krakauer on same and related
                                issues (.2).


           Total Fees for Professional Services..............   $86,049.00
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                  For Services Through January 31, 2009

Our Matter #19804.010
            FEE/RETENTION APPLICATIONS


12/22/08   D. E. DEUTSCH      Review retention application       2.90 hrs.
                              materials provided by Debtors
                              (.8); follow-up meetings and
                              e-mails with Helen Lamb regarding
                              C&P and other committee retention
                              issues (.6); address various
                              inquiries from Helen Lamb related
                              to same (.2); calls with Alix
                              Partners to discuss retention
                              terms (.4);  follow-up related to
                              same (.5); follow-up on initial
                              fee procedures order issues (.4).

12/23/08   H. LAMB            Review of interested party         2.20 hrs.
                              connection results in connection
                              with preparation of disclosure
                              affidavit.

12/26/08   H. LAMB            Review of interested party         3.50 hrs.
                              connection results in connection
                              with preparation of disclosure
                              affidavit.

12/26/08   D. E. DEUTSCH      Follow-up on status of pending     0.70 hrs.
                              retention issue matters (.2);
                              detailed review of Alix Partners
                              proposed retention letter and
                              discuss issues in same with David
                              LeMay (.5);

12/26/08   F. VAZQUEZ         Conference with Deutsch re         0.30 hrs.
                              retention application.

12/26/08   D. M. LeMAY        Review Fee Procedures Order.       0.70 hrs.

12/27/08   F. VAZQUEZ         Email to and from Deutsch re       0.10 hrs.
                              retention application.

12/27/08   D. E. DEUTSCH      Initial review of numerous         2.00 hrs.
                              retention applications filed by
                              the Debtors (1.1); draft note to
                              file on same (.3); exchange
                              multiple e-mails with Frank
                              Vazquez and Helen Lamb re: next
                              steps related to Committee's
                              retention applications (.4);
                              additional follow-up with H.Lamb
                              re conflicts issue (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


| 12/29/08 | D. E. DEUTSCH | Meeting with Meghan Towers re: drafting researching and drafting memorandum on Debtors' professional retention terms (.4); related follow-up discussions (.2); exchange e-mails with Frank Vazquez re: retention issues (.2); follow-up on related issue with Adam Landis (.2); exchange additional e-mails related to Committee professionals' retention issues (.4). | 1.40 hrs. |
| 12/29/08 | H. LAMB | Extensive review of interested party connection results for disclosure affidavit (6.8); conferences with D.Deutsch and D.LeMay regarding same (.5). | 7.30 hrs. |
| 12/29/08 | H. SEIFE | Review of C&P retention issues; conferences D.LeMay, D.Deutsch regarding same. | 1.80 hrs. |
| 12/29/08 | D. M. LeMAY | Provide comments to Alix Partners on their engagement letter (0.4). E-mail regarding C&P retention papers (0.3). | 0.70 hrs. |
| 12/29/08 | F. VAZQUEZ | Review and revise retention application and accompanying affidavit (7.0); conference with Deutsch re retention issues (.5); revise email re conflicts (.2). | 7.70 hrs. |
| 12/29/08 | D. BAVA | Organization of professional retention applications filed by the Debtor (1.3); draft index (.3). | 1.60 hrs. |
| 12/29/08 | M. S. TOWERS | Researched certain of Debtors' motions to retain certain Professionals and drafted summary memorandum on same (5.6). | 5.60 hrs. |
| 12/30/08 | F. VAZQUEZ | Review and revise retention application and accompanying affidavit. | 3.20 hrs. |
| 12/30/08 | D. M. LeMAY | Review Alix Partners revised draft engagement letter. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 12/30/08 | H. SEIFE | Review of C&P retention process (.7); review of pending retention applications and request for adjournment (1.2). | 1.90 hrs. |
| 12/30/08 | H. LAMB | Preparation of disclosure summary of interested party connections in connection with retention affidavit. | 6.80 hrs. |
| 12/30/08 | D. E. DEUTSCH | Review materials on retention issues and draft memorandum re: proposal for next steps related to same (.6); review revised Alix Partners letter agreement (.2); discuss same with David LeMay (.1); follow-up e-mail to Debtors' counsel on same (.1); research on Debtors' local counsel's retention (.2). | 1.20 hrs. |
| 12/31/08 | D. E. DEUTSCH | Review materials on ordinary course professionals (.3); hold two calls and exchange e-mails with Matt McGuire re: analysis of same (.3); follow-up calls and e-mails to Debtors re: scheduling meeting on same (.2). | 0.80 hrs. |
| 12/31/08 | H. LAMB | Further preparation of detailed disclosure summary of interested party connections in connection with retention affidavit. | 2.30 hrs. |
| 12/31/08 | H. SEIFE | Review of investment banker pitch materials. | 1.00 hrs. |
| 12/31/08 | D. M. LeMAY | Work on C&P retention papers. | 1.30 hrs. |
| 12/31/08 | F. VAZQUEZ | Draft retention order (.2); revise attention affidavit (1.4). | 1.60 hrs. |
| 12/31/08 | F. VAZQUEZ | Review and revise summary on retention motions (1.7); conference with M.Towers re same (.5). | 2.20 hrs. |
| 01/02/09 | F. VAZQUEZ | Review and revise LeMay declaration (2.2); conference with Deutsch re retention issues (.3); review Alix engagement letter (.2); begin drafting Alix | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


                          retention application (2.0);
                          revise proposed retention order
                          (.1).

01/02/09   D. E. DEUTSCH  Prepare for and meeting with        1.60 hrs.
                          Debtors' counsel and Committee's
                          Delaware counsel re: ordinary
                          course motion (.9); follow-up call
                          with Delaware counsel re:
                          revisions to two memoranda
                          regarding professionals (.2);
                          follow-up with Debtors re: status
                          of AlixPartners' retention letter
                          (.2); preliminary review of
                          memorada from Delaware counsel on
                          professional issues (.3).

01/02/09   H. LAMB        Further review of interested party  3.50 hrs.
                          connections and finalize summary
                          chart for same (2.6); review draft
                          retention affidavit in connection
                          with same (.9).

01/03/09   D. M. LeMAY    T/c from Winston regarding AP        0.70 hrs.
                          indemnity request (.2).  E-mail
                          Landis regarding same (.2).  T/c
                          B. Krakauer regarding Sidley
                          retention issue (.3).

01/03/09   D. E. DEUTSCH  Address Debtors' comment re:         0.50 hrs.
                          indemnity issue with Alix
                          retention (.1); review and
                          exchange e-mails with Delaware
                          counsel, David LeMay and Alan
                          Holtz re: same (.4).

01/04/09   D. E. DEUTSCH  Review revised memorandum re:        0.40 hrs.
                          ordinary course professionals and
                          draft follow-up list to Adam
                          Landis and team re: same (.4).

01/05/09   F. VAZQUEZ     Review and revise Alix retention     2.20 hrs.
                          application (.7); draft affidavit
                          accompanying Alix retention (1.3);
                          review C&P retention pleadings
                          (.1); review email re Tribune
                          connection (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| | | | |
|---|---|---|---|
| 01/05/09 | D. E. DEUTSCH | Exchange e-mails with Landis team re: next steps on concerns with ordinary course motion (.3); call with Debtors re: Alix retention (.1); exchange e-mails with AlixPartners (Alan Holtz) re: next steps and addressing Debtors' requests (.3); exchange additional materials on ordinary course motion issues (.2). | 0.90 hrs. |
| 01/05/09 | H. SEIFE | Review of C&P retention issues/application. | 1.20 hrs. |
| 01/06/09 | H. SEIFE | Telephone conferences/emails with Moelis regarding proposed retention (1.0); telephone conferences re: interviewed proposed IB's (.8). | 1.80 hrs. |
| 01/06/09 | D. E. DEUTSCH | Exchange e-mails with Debtors and Alan Holtz re: status of letter agreement (.2). | 0.20 hrs. |
| 01/06/09 | F. VAZQUEZ | Further drafting of AlixPartners retention pleadings (3.7); draft order approving retention of AlixPartners (.3); review case law re indemnification provisions (1.0); email to Deutsch re retention applications (.1). | 5.10 hrs. |
| 01/06/09 | D. BAVA | Review and research docket re: other agreements dealing with specific retention issue (.6). | 0.60 hrs. |
| 01/06/09 | D. M. LeMAY | Several e-mails to Bill Derrough regarding Moelis retention. | 0.30 hrs. |
| 01/07/09 | F. VAZQUEZ | Review and revise AlixPartners retention pleadings (1.5); email from Deutsch re C&P retention (.1). | 1.60 hrs. |
| 01/07/09 | D. E. DEUTSCH | Preliminary review and comments to retention papers (.9). | 0.90 hrs. |
| 01/07/09 | H. SEIFE | Further emails regarding retention of Moelis. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6


| 01/08/09 | H. SEIFE | Review disclosure issues in connection with retention affidavit. | 1.00 hrs. |
| 01/08/09 | D. E. DEUTSCH | Follow-up with Brian Krakauer et al. re: status of various retention issues (.2); review, edit and revise draft retention application for AlixPartners (.8); draft edits to memorandum re: retention (.8). | 1.80 hrs. |
| 01/08/09 | F. VAZQUEZ | Review and revise AlixPartners retention pleadings (1.3); conference with Deutsch re Chadbourne retention (.3); review connections disclosure issues for affidavit (1.2); email to and from Deutsch re C&P retention (.2); review and revise order approving AlixPartners retention (.2). | 3.20 hrs. |
| 01/09/09 | F. VAZQUEZ | Review and revise Chadbourne retention pleadings (1.6); review and revise AlixPartners retention pleadings (1.1); conference with Deutsch re Chadbourne retention issues (.3); conference with Deutsch re AlixPartners retention (.2); conference with Bradshaw re section 328 and 327 retention (.4);  email to Holtz re AlixPartners (.2); email to Deutsch re AlixPartners retention letter (.2) review summary of connections disclosure (2.6). | 6.60 hrs. |
| 01/09/09 | J. B. PORTER | Reviewed Debtors professionals retention applications. | 0.80 hrs. |
| 01/09/09 | D. BAVA | Revise retention professional application binder and index (.30); review files re: form of retention applications and entered orders (.30). | 0.60 hrs. |
| 01/09/09 | R. M. LEDER | Respond to inquire re: retention issue. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    7

| 01/09/09 | G. BRADSHAW | Confs. w/F. Vazquez re: Section 327 and 328 research (.3); researched sections 327 and 328 re: same (3.1), | 3.40 hrs. |
|---|---|---|---|
| 01/09/09 | D. E. DEUTSCH | Calls with Frank Vazquez re: retention issue (.2); review draft AlixPartners retention application and mark-up same (.6); discuss various application issues with Frank Vazquez (.3); review and revise proposed draft order re: ordinary course professionals (.3); discuss same with Matt McGuire (.1); draft memorandum to Alan Holtz re: retention issue (.2); additional follow-up re: ordinary course issues (.2). | 1.90 hrs. |
| 01/09/09 | H. LAMB | Review attorney responses regarding connections to interested parties and update retention affidavit summary chart of same. | 3.60 hrs. |
| 01/10/09 | F. VAZQUEZ | Review connection dislosures summary in connection with retention affidavit (3.2); conference with Deutsch re status of retention papers (.3). | 3.50 hrs. |
| 01/11/09 | F. VAZQUEZ | Email to and from Deutsch re Moelis (.1). | 0.10 hrs. |
| 01/11/09 | D. E. DEUTSCH | Follow-up on progress of ordinary course motion compromise (.1); exchange additional related e-mails with Delaware Committee counsel re: next steps related to same (.2); address inquiry from Moelis counsel re: retention papers (.1). | 0.40 hrs. |
| 01/12/09 | D. E. DEUTSCH | Review and follow-up on obtaining unredacted Moelis retention agreement (.2); exchange e-mails with Debtors' counsel re: review of Alix retention letter and next steps related to same (.2). | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8
```

| 01/12/09 | H. SEIFE | Review revised C&P retention papers. | 1.80 hrs. |
|---|---|---|---|
| 01/12/09 | F. VAZQUEZ | Conference with Johnson re Moelis retention (.2); attention to response to inquiry re connections to Tribune (1.0); review and revise LeMay affidavit (.7); email to Johnson re Moelis retention (.3). | 2.20 hrs. |
| 01/12/09 | J. B. PORTER | Reviewed Retention applications of Debtors professionals. | 0.60 hrs. |
| 01/13/09 | J. B. PORTER | Reviewed Debtors Professionals' Retention Applications and work on detailed issue-by-issue analysis chart related to same (7.1). | 7.10 hrs. |
| 01/13/09 | G. BRADSHAW | Conf. w/D. Deutsch (.3); research retention application issue (1.3); updated memorandum on retention (.5). | 2.10 hrs. |
| 01/13/09 | D. M. LeMAY | Close review of Chadbourne retention application, proposed order and affidavit, and detailed comments on same. | 3.00 hrs. |
| 01/13/09 | H. SEIFE | Review of pending applications of Sidley, McDermott and Lazard and C&P discussions regarding open issues. | 2.10 hrs. |
| 01/13/09 | F. VAZQUEZ | Conference with Deutsch re C&P retention (.3); conference with Deutsch and LeMay re connections disclosures (.4); review and update list of connections to Tribune (1.2); email to and from Deutsch re C&P retention (.3); email to Johnson re Moelis retention (.1); email from Holtz re Alix retention (.1); review and revise exhibit B to LeMay affidavit (.5). | 2.90 hrs. |
| 01/13/09 | D. E. DEUTSCH | Drafted detailed memo to Debtors' counsel re: AlixPartners' retention letter (.3); review AlixPartners' retention papers, including interested party | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    9

|  |  |  |  |
|---|---|---|---|
|  |  | analysis, and draft detailed memorandum to AlixPartners re: modifications to same (1.6); follow-up e-mail to C&P and Delaware team re: next steps on retention papers (.4); exchange e-mails with David LeMay re: Moelis retention matter (.2). |  |
| 01/13/09 | D. E. DEUTSCH | Review materials on ordinary course professionals and exchange e-mails with Committee's Delaware counsel on same (.4); follow-up with AlixPartners re: status of application and related materials (.1); follow-up with Frank Vazquez re: next steps related to various retention matters (.2); review retention materials and hold meeting with David LeMay and Frank Vazquez to discuss same (.6); follow-up with committee co-chairs re: issues related to signoff of Committee professional applications (.4); follow-up with Debtors' counsel on status of AlixPartners' retention letter (.2); e-mail Delaware counsel re: Moelis retention letter (.1). | 2.00 hrs. |
| 01/14/09 | D. E. DEUTSCH | Follow-up on Moelis retention letter (.1); discuss same with Kevin Smith (.2); review mark-up of AlixPartners' retention letter from Debtors' counsel and follow-up on same (.4); follow-up on draft Debtors' retention application analysis (.2); draft e-mail to Kevin Smith re: detail on retention letter analysis (.2); final review of committee retention materials and related memos for posting and follow-up on process related to same (.5); follow-up on related open issue (.3); telephone conversation with J.P. Morgan's counsel re: retention applications (.2); follow-up on modification to retention application and exchange related e-mails (.5); calls and e-mails with Warner's counsel re: | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   10


                        retention applications process
                        (.2).

01/14/09   D. E. DEUTSCH    Exchange multiple e-mails with        1.10 hrs.
                            Alan Holtz and internal
                            AlixPartners' counsel re:
                            connections disclosure matter and
                            perform related follow-up (.6);
                            follow-up on revisions to posted
                            retention materials and edit
                            memorandum to committee on same
                            (.5).

01/14/09   F. VAZQUEZ       Conference with Deutsch re Moelis     0.50 hrs.
                            retention (.3); conference with
                            Deutsch re Chadbourne retention
                            (.2).

01/14/09   H. SEIFE         Review and revised C&P retention      1.20 hrs.
                            application.

01/14/09   H. LAMB          Review fee procedures order (.3);     1.00 hrs.
                            correspondence/conferences with
                            Accounting regarding expense
                            requirements (.7).

01/14/09   K. SMITH         TC's Doug Deutsch and Marc Alpert     3.30 hrs.
                            re: financial advisor engagement
                            letters (.4); review and comment
                            on same (2.9).

01/14/09   D. M. LeMAY      Complete review of C&P retention      2.20 hrs.
                            application and related cover note
                            to the Committee.

01/14/09   J. B. PORTER     Revised and edited Committee          7.40 hrs.
                            professional retention papers (6);
                            Reviewed Debtors' professionals'
                            retention papers and drafted
                            memorandum (1.4).

01/15/09   J. B. PORTER     Revised and edited Committee          4.20 hrs.
                            professionals' retention papers
                            (4); Discussions with A. Holz re
                            Alix Engagement Letter (.2).

01/15/09   D. M. LeMAY      Finalize retention papers for         2.50 hrs.
                            Chabourne, Alix, Landis (1.3).
                            Review and follow up on J.
                            McMahon's letter regarding Debtor
                            professional issues (1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    11


| 01/15/09 | H. SEIFE | Review of Trustee's letter regarding questions/objections to Sidley and Lazard retention applications. | 0.50 hrs. |
|---|---|---|---|
| 01/15/09 | D. E. DEUTSCH | Exchange numerous e-mails and calls with Jason Porter, AlixPartners team, committee chairs and other professionals re: revisions to draft applications (1.2); edit e-mail to committee chairs re: final steps (.2). | 1.40 hrs. |
| 01/16/09 | F. VAZQUEZ | Conference with Deutsch re C&P retention (.2); conference with Deutsch re Moelis retention (.1); email to and from Deutsch re Moelis retention (.1); review Moelis retention pleadings (.3). | 0.70 hrs. |
| 01/16/09 | D. E. DEUTSCH | Exchange e-mails and calls re: revisions to various committee professional applications and required sign-off on same (.6); call Warner counsel re: status of Alix retention and follow-up calls and e-mails re: next steps related to same (.2); telephone conversation with Larry Kwon at Moelis re: status of retention, various open matters (.2); confirm final approvals on committee retention applications and follow-up on same (.3); begin analysis of certain Debtor retention applications (1.4). | 2.70 hrs. |
| 01/16/09 | D. M. LeMAY | Review all of the Debtors professional retentions and prepare list of issues (2.1). Review J. McMahon comments on Debtors retention (0.4). | 2.50 hrs. |
| 01/16/09 | J. B. PORTER | Coordinated with Landis to finalize and file Committee Professionals' retention documents. | 1.90 hrs. |
| 01/17/09 | D. E. DEUTSCH | Complete review of retention agreements, conflict checks and affidavits for all of Debtors' professionals and draft extensive edits to draft Committee analysis | 5.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page   12

|  |  |  |  |
|---|---|---|---|
|  |  | chart related to same (5.1); draft memo to AlixPartners and C&P team re: follow-up items related to same (.6). |  |
| 01/18/09 | D. E. DEUTSCH | Review unredacted Lazard agreement and respond to Debtors' request re: same (.2); draft follow-up memo to Jason Porter re: action items related to Debtors' retention applications (.3); meeting with Jason Porter to discuss revisions to chart and possible changes to cover memorandum (.3). | 0.80 hrs. |
| 01/18/09 | J. B. PORTER | Revised Debtors' retention application memo and chart. | 3.30 hrs. |
| 01/19/09 | J. B. PORTER | Revised and edited retention memorandum and related schedules. | 6.70 hrs. |
| 01/19/09 | F. VAZQUEZ | Attention to C&P retention and connection to parties. | 0.50 hrs. |
| 01/19/09 | D. E. DEUTSCH | Exchange e-mails with Alix re: required follow-up re: Lazard and Edelman comps (.2); review and mark-up revised memorandum and detailed chart re: all Debtors' professional fee applications (1.4); research related to specific retention issue (.4); conferences with Jason Porter to discuss issues in same (.5); review chart and draft letter to U.S. Trustee re: retention issue (.3); follow-up with Adam Landis re: follow-up on retention memo (.1). | 2.90 hrs. |
| 01/19/09 | D. M. LeMAY | Review and revise memo regarding Debtors proposed professional retentions and exhibits to same. | 2.40 hrs. |
| 01/20/09 | D. M. LeMAY | Detailed review of Exhibit A to memo concerning Debtors professional retentions. | 0.90 hrs. |