TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 01/20/09 | D. E. DEUTSCH | Review e-mails from AlixPartners re: Debtors' professional applications and draft follow-up request related to same (.3); follow-up with Jason Porter re: modification to draft Committee memorandum on same per AlixPartners comment (.1); telephone conversation with Larry Kwon re: Lazard fee analysis and other matters (.2); review and revise cover memorandum to committee re: analysis of Debtors' professional fee applications (.2); follow-up with David LeMay re: same (.1); follow-up related to discussion with Debtors on retention application issues (.1). | 1.00 hrs. |
| 01/20/09 | H. LAMB | Review billing proformas/narrative detail in preparation of first monthly fee application. | 2.50 hrs. |
| 01/20/09 | J. B. PORTER | Revised and edited memorandum re Debtors' professionals retention applications. | 3.40 hrs. |
| 01/21/09 | F. VAZQUEZ | Conference with Deutsch re Moelis. | 0.10 hrs. |
| 01/21/09 | D. E. DEUTSCH | Exchange e-mails with Ken Kensa re: addressing comments on retention applications (.2); conference call with Ken Kensa to address initial issues (.2); edit letter to U.S. Trustee and related exhibit re: retention (.3); follow-up related to same (.1). | 0.80 hrs. |
| 01/22/09 | D. E. DEUTSCH | Review and mark-up draft Moelis engagement letter (.4); follow-up with Frank Vazquez re: follow-up on Moelis application issue (.1). | 0.50 hrs. |
| 01/22/09 | F. VAZQUEZ | Conference with Deutsch re Moelis (.2); email to Landis re Moelis (.2). | 0.40 hrs. |
| 01/23/09 | H. SEIFE | Review of retention issues (Sidley, Lazard) and U.S. Trustee comments. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   14


| 01/23/09 | D. E. DEUTSCH | Review and revise listing for Debtors of outstanding retention application issues (.4); follow-up with Adam Landis on same (.2); prepare for and meeting with Kevin Smith re: Moelis retention letter and edits to same (.7); exchange calls related to retention application matters (.2); exchange related e-mails with Frank Vazquez and Kevin Smith (.2); review materials and hold telephone conversation with Ken Kensa re: various issues with Debtors' professional retention (.4); draft follow-up memo to file re: same (.2); follow-up e-mails related to same (.2). | 2.50 hrs. |
| 01/23/09 | K. SMITH | Conf. D. Deutsch re: Moelis letter (.4); revise markup and circulate same (.9). | 1.30 hrs. |
| 01/24/09 | D. E. DEUTSCH | Follow-up with Frank Vazquez re: Moelis retention next steps (.2). | 0.20 hrs. |
| 01/24/09 | F. VAZQUEZ | Email to and from Deutsch re Moelis retention. | 0.10 hrs. |
| 01/26/09 | D. M. LeMAY | Begin response to US Trustee questions regarding C&P retention. | 0.60 hrs. |
| 01/26/09 | F. VAZQUEZ | Review Moelis retention application (.4); conference with Deutsch re Moelis retention application (.2); email to and from Deutsch re Moelis retention application (.2). | 0.80 hrs. |
| 01/26/09 | D. E. DEUTSCH | Telephone conversation with Larry Kwon re: retention matters (.2); calls and e-mails to Debtors' counsel re: extension of deadline on Debtors' retention applications (.2); telephone conversation with Ken Kensa re: extension to objection deadline (.2); telephone conversation with Richard Chesley at Paul Hastings re: retention as Debtors' special counsel and draft related note to file (.2); telephone conversation with | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 24, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   15

|  |  |  |  |
|---|---|---|---|
|  |  | Moelis' counsel re: retention next steps (.2); telephone conversation with Moelis re: disclosure of certain information related to retention (.2); follow-up e-mail to David LeMay re: same (.1); brief review of Moelis agreement and follow-up with Kevin Smith on same (.2); address inquiry from counsel re: Delaware practice issue on retention (.2). |  |
| 01/26/09 | H. SEIFE | Review of Moelis retention issues (.6); review of UST comments to Committee retention applications (1.1). | 1.70 hrs. |
| 01/26/09 | K. SMITH | Work re: engagement letters. | 0.80 hrs. |
| 01/27/09 | K. SMITH | Work on issues re: engagement letters; TC's local counsel in Delaware re: same. | 1.00 hrs. |
| 01/27/09 | D. E. DEUTSCH | Follow-up with Moelis re: retention issue (.2); telephone conversation with Moelis team re: same (.2); telephone conversation with Lazard counsel re: follow-up items and draft memorandum to file on same and on follow-up items (.4); review draft Moelis e-mail to Committee and follow-up on posting same (.2); follow-up with Adam Landis re: names for fee examiner (.2); calls w/ Kevin Smith re: Moelis and other retention matters (.2); call with general counsel to Moelis and counsel re: apportionment provision and follow-up on same (.2); draft e-mail to Committee on retention matter (.2); review, research and draft letter to respond to U.S. Trustee request (1.7). | 3.50 hrs. |
| 01/27/09 | D. E. DEUTSCH | Review and exchange numerous e-mails re: status of follow-up items for Debtors' professionals (.4); telephone conversations with Frank Vazquez re: required follow-up re: same (.2); draft | 2.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   16
```

|  |  |  |  |
|---|---|---|---|
|  |  | e-mail memorandum to all Debtors' professionals for Vazquez re: follow-up (.2); review U.S. Trustee inquiries and follow-up with AlixPartners regarding same (.3); exchange additional e-mails with Frank Vazquez (.1); exchange e-mails with Moelis counsel re: retention issues (.2); follow-up on Edelman retention issue (.2); telephone conversation with Joe McMahon re: Committee's review of Debtors' professional retention applications (.2); review response from Jenner Block re: retention inquiries (.3); follow-up on scheduling calls with certain of Debtors' professionals (.2). |  |
| 01/27/09 | J. B. PORTER | Meeting with D. LeMay re waivers for JPM and Merrill (.2). | 0.20 hrs. |
| 01/27/09 | H. SEIFE | Review of Moelis conflict issues (.3); review of UST Chadbourne comments/questions (.6); work on JPM and Merrill waivers (.5) | 1.40 hrs. |
| 01/27/09 | F. VAZQUEZ | Conferences w/D. Deutsch and J. Porter regarding inquiries to debtor's professionals (1.0). Attention to responses to inquiries (1.5). | 2.50 hrs. |
| 01/27/09 | G. BRADSHAW | Conf. w/J. Porter (.3); researched issue raised by U.S. Trustee (1.8). | 2.10 hrs. |
| 01/27/09 | J. B. PORTER | Drafted chart re Debtors' professionals answers to outstanding questions re retention application (2.2); Meeting with F. Vazquez re answers received from Debtors' professionals to outstanding questions (.5) | 2.70 hrs. |
| 01/27/09 | D. M. LeMAY | Prepare written submission in response to UST questions (3.6); work on fee examiner selection (.3). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   17


| | | | |
|---|---|---|---|
| 01/28/09 | J. B. PORTER | Meeting with F. Vazquez re Debtors' responses to information request (.7); Updated Debtors' response chart (1.3); Cite checked Moelis retention application (.4); Reviewed Moelis engagement letter to verify certain requested changes were made (.2); Emailed A&M re extension of objection deadline (.2); Conversation with D. Deutsch to discuss outstanding Debtors' rprofessionals issues (.5); Reviewed and updated Moelis retention application for circulation to the Committee (.3); Contacted multiple Debtors' professionals to discuss extending objection deadlines and to obtain additional information. (.9). | 4.50 hrs. |
| 01/28/09 | J. B. PORTER | Finalized JPM waiver letter (.3); Pulled 341 meeting transcript and reviewed re Citi and Merrill's roles as financial advisors (.2); Researched Tribune SEC filings regarding the LBO and the use of financial advisors (.4); Reviewed Tribune Proxy statement re role of Citi and Merrill as financial advisors to the Company in the LBO (.8). | 1.70 hrs. |
| 01/28/09 | H. SEIFE | Review of waiver issues and response to UST comments (1.4) | 1.40 hrs. |
| 01/28/09 | F. VAZQUEZ | Review Reed Smith application and affidavit (.4); attention to responses to Tribune inquiries (2.0); conferences with Deutsch, Smith re responses to inquiries (.8) | 3.20 hrs. |
| 01/28/09 | H. LAMB | Review billing proformas/daily time detail in preparation of first monthly fee application. | 1.50 hrs. |
| 01/28/09 | J. B. PORTER | Drafted and circulated email to the Co-chairs re the Moelis engagement letter (.2); Drafted email to the Committee re Moelis retention application and conformed document for circulation | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18


                              (.6).

01/28/09   D. E. DEUTSCH      Follow-up on status of various        2.10 hrs.
                              inquiries re: Debtors'
                              professionals (.3); follow-up on
                              new conflict search for U.S.
                              Trustee (.2); review response from
                              Edelman and request additional
                              follow-up by Frank Vazquez related
                              to same (.2); review memorandum
                              from Lazard counsel on status of
                              matters and draft response related
                              to same (.2); review various
                              e-mails re: fee examiner (.2);
                              conference with A&M re: resolving
                              outstanding issues on retention
                              (.2); follow-up e-mail to Vazquez
                              re: next steps on same (.1);
                              telephone conversation with Sidley
                              re: outstanding issues on their
                              retention (.2); draft e-mail to
                              Kevin Smith re: research and
                              follow-up on liability cap issue
                              (.2); follow-up with Adam Landis
                              and Kevin Smith on Delaware
                              retention issues (.3).

01/28/09   D. E. DEUTSCH      Follow-up on Moelis status (.2);      1.20 hrs.
                              call with Jason Porter and, in
                              part, Frank Vazquez re: status of
                              follow-up issues with Debtors'
                              professionals (.4); edit posting
                              notes re: Debtors' professionals
                              and Moelis retention (.3);
                              exchange e-mails with draft
                              e-mails to Debtors re: retention
                              of Moelis and next steps (.3).

01/28/09   K. SMITH           Review revised Moelis engagement     0.70 hrs.
                              letter.

01/28/09   K. SMITH           Work on various issues re:           1.00 hrs.
                              engagement letters (.6); TC's F.
                              Vazquez and D. Deutsch (.2); TC's
                              local counsel in Delaware (.2).

01/29/09   K. SMITH           TC's F. Vazquez (.1); review draft   1.00 hrs.
                              order language (.5); review
                              engagement letter issues (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19


01/29/09   D. E. DEUTSCH        Review numerous e-mails and              3.30 hrs.
                                related attachments regarding
                                outstanding Debtor professional
                                issues and status of same (.8);
                                discuss outstanding matters with
                                Jason Porter and, in part, Frank
                                Vazquez (.3); review materials and
                                draft memorandum to Lazard counsel
                                re: various retention issues (.3);
                                exchange additional related
                                e-mails with Lazard (.1);
                                follow-up with Debtors' counsel on
                                related scheduling issue (.1);
                                review revised A&M order and
                                research issue on same (.3);
                                related conference with Kevin
                                Smith (.2); update chart on
                                Debtors' professionals (.4);
                                follow-up call to U.S. Trustee re:
                                inquiries on Chadbourne retention
                                (.1); draft memorandum to firm re:
                                connection with VRC per U.S.
                                Trustee request (.2); follow-up on
                                related conflicts search (.1);
                                final edits to letter to U.S.
                                Trustee (.4).


01/29/09   D. E. DEUTSCH        Review draft waiver letter and           1.60 hrs.
                                edit same (.3); draft memorandum
                                to Howard Seife re: letter to U.S.
                                Trustee and next steps on
                                retention (.2); telephone
                                conversation with Adam Landis re:
                                various retention matters (.2);
                                follow-up e-mails related to same
                                (.2); follow-up with Debtors re:
                                adjournment of various Debtors'
                                professional retention hearings
                                and deadlines related to same
                                (.2); exchange related e-mails
                                (.2); review e-mails from
                                committee members re: Moelis
                                retention matters (.3).


01/29/09   F. VAZQUEZ           Conference w/D. Deutsch and J.           1.20 hrs.
                                Porter regarding Moelis and other
                                retention issues (0.4); conference
                                w/D. Deutsch regarding McDermott
                                and PWC retention issues (0.3);
                                attention to responses to
                                inquiries from professionals (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20


| | | | |
|---|---|---|---|
| 01/29/09 | J. B. PORTER | Updated Moelis retention documents to circulate to the Committee (1.3); Communication with Sidely re Moelis retention documents (.2); Reviewed comments from Warner and JPM to Moelis retention documents (.6) | 2.10 hrs. |
| 01/29/09 | J. B. PORTER | Revised JPM Tribune waiver. | 0.40 hrs. |
| 01/29/09 | J. B. PORTER | Finalized email to Creditors' Committee re Moelis retention application (.5) | 0.50 hrs. |
| 01/29/09 | D. M. LeMAY | Prepare letter to US Trustee in response to his questions on C&P retention papers (2.2). Prepare form of JPMC conflict waiver (0.8). | 3.00 hrs. |
| 01/30/09 | J. B. PORTER | Reviewed proposed changes from JMP (.4); Revised Moelis Retention Documents to reflect changes from JPM and Warner (2.1); Conversation with Moelis' counsel regarding changes to the retention papers (.6); Followed up with Committee Co-Chairs re signature pages (.2); Conversation with D. Smith at Davis Polk re JPM signature pages and proposed changes to the Moelis Application (.4). Followed up with PwC re Committee's information request with respect to PwC's retention materials (.3); Calls with Moelis, JPM, DLA Piper and Chadbourne re changes to the Moelis retention application (.5); Discussion with Moelis and its counsel re proposed changes to the Moelis retention application (.6). | 5.10 hrs. |
| 01/30/09 | J. B. PORTER | Emailed with Warner re changes to Moelis retention application (. 2). | 0.20 hrs. |
| 01/30/09 | H. LAMB | Review of billing proformas/daily time detail in preparation of first monthly fee application. | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   21


| 01/30/09 | D. M. LeMAY | Conference call w/Debtors counsel to propose list of possible fee examiner candidates to provide to Judge Carey (0.5).  Work on waiver letters to be obtained from JP Morgan Chase (1.1) and Merrill Lynch (0.4). | 2.00 hrs. |

| 01/30/09 | H. SEIFE | Review and revised response to UST regarding C&P retention issues. | 0.60 hrs. |

| 01/30/09 | F. VAZQUEZ | Attention to emails re PWC retention. | 0.40 hrs. |

| 01/30/09 | D. E. DEUTSCH | Review various e-mails re: retention matters and response to U.S. Trustee's inquiries (.3); review materials from J.P. Morgan on Moelis retention and follow-up on same (.3); follow-up on status of PwC retention and informal objection thereto (.2); discuss various retention matters with Adam Landis and follow-up related to same (.2); follow-up with Moelis on review status (.1); review mark-up of draft Moelis retention documents and follow-up with Jason Porter on same (.4); review Debtors' mark-up of retention letter and determine possible steps related to same (.3); additional calls with Landis team re: retention matters (.4); participate in part of meeting on fee examiner (.4); respond to request from Moelis re: dealing with Debtors' requests (.2). | 2.80 hrs. |

| 01/30/09 | D. E. DEUTSCH | Telephone conversation with Debtors' counsel re: Moelis retention matters (.2); follow-up on same (.1); follow-up with Debtors' counsel re: retention of JPMorgan as investment bankers and next steps related thereto (.2); draft e-mail to PwC re: adjourning hearing on retention and open matters (.2); exchange e-mails re: investment banker issues (.2); review additional PwC materials re: retention application (.4); | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      February 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    22

|  |  |  |  |
|---|---|---|---|
|  |  | multiple calls with Andrea Clark (at PwC) re: continued concern with proposal on liability cap(.6); related follow-up with Kevin Smith (.2); multiple calls and e-mail to address final issues with Moelis retention and filing of same (1.1); calls with committee co-chairs re: same (.2). |  |
| 01/30/09 | D. E. DEUTSCH | Exchange calls and e-mails with Adam Landis and Matt McGuire re: issue with filing of Moelis retention papers (.4); hold meeting with Moelis counsel, JPMorgan and Jason Porter to address final issue with retention (.3); review final documents and follow-up on filing of same (.3); draft related e-mail to Warner Brothers (as co-Chair) (.1); additional e-mails related to PwC retention matters (.3). | 1.40 hrs. |
| 01/30/09 | K. SMITH | Review PWC engagement letters (.8); TC's D. Deutsch re: same (.2). | 1.00 hrs. |
| 01/31/09 | K. SMITH | Follow up re: review of PWC engagement letters and e-mails re: same. | 0.80 hrs. |
| 01/31/09 | D. E. DEUTSCH | Exchange e-mails with Matt McGuire and Moelis re: status of retention papers (.2); review e-mail from PwC with proposed revised language (.3); follow-up with Kevin Smith on same (.2); exchange related e-mails with PwC (.1). | 0.80 hrs. |

**Total Fees for Professional Services..............  $165,232.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                          For Services Through January 31, 2009
Our Matter #19804.012
            EXECUTORY CONTRACTS


12/27/08   D. E. DEUTSCH     Review new lease rejection motion      0.20 hrs.
                             and e-mail AlixPartners re:
                             required follow-up on same (.2).

12/30/08   M. S. TOWERS      Researched and drafted Memo to         0.70 hrs.
                             Committee on Debtors' Motion to
                             Reject Leases (.7).

12/31/08   H. SEIFE          Review of issues relating to lease     1.20 hrs.
                             rejection motion.

12/31/08   M. S. TOWERS      Reviewed and revised Lease             0.80 hrs.
                             Rejection Memo for Committee (.8).

01/02/09   H. SEIFE          Review of draft memo on lease          0.50 hrs.
                             rejection.

01/02/09   M. S. TOWERS      Reviewed and revised memo on Lease     0.70 hrs.
                             Rejection (.7)


       Total Fees for Professional Services.............  $2,617.50
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    1

                                 For Services Through January 31, 2009

  Our Matter #19804.014
            EMPLOYEE ISSUES


12/24/08   D. M. LeMAY        Review motions regarding pension        2.00 hrs.
                              contribution and retention plan
                              for certain employees.

12/26/08   D. M. LeMAY        Review Debtors Motions regarding        2.00 hrs.
                              Pension Plan Funding and Employee
                              retention program and discuss
                              w/Doug Deutsch.

12/29/08   D. M. LeMAY        Review and analyze motion              3.00 hrs.
                              regarding pension plan
                              contributions (1.7) and motion
                              regarding retention payments (1.3).

12/29/08   G. BRADSHAW        Conf. w/D. Deutsch (.5);               3.90 hrs.
                              researched collective bargaining
                              issue (3.4).

12/30/08   G. BRADSHAW        Conf. w/M. Towers (.3); Researched     1.70 hrs.
                              employee compensation priority
                              issue (1.4).

12/30/08   H. SEIFE           Review of motion and issues           1.30 hrs.
                              regarding union pension plans.

12/30/08   D. GALLAI          Conf. w/ D. Deutsch re: pension       0.60 hrs.
                              plan contribution motion (.2);
                              reviewed motion (.4).

12/30/08   M. S. TOWERS       Drafted Memo to Committee on          3.50 hrs.
                              Debtors' Motion to Pay Broker
                              Compensation (1); researched and
                              drafted preliminary background on
                              memo to Committee on Debtors'
                              Employee Retention Plan (2.5).

12/30/08   F. VAZQUEZ         Review motion re payments to          3.10 hrs.
                              Brokers (.6); review and revise
                              summary of Brokers' motion (2.0);
                              conference with Deutsch re
                              Brokers' motion and summaries of
                              other motion (.5).

12/31/08   F. VAZQUEZ         Review motion re union employees      1.50 hrs.
                              and payment of certain fees (.5);
                              draft summary thereof (1.0).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     February 24, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    2

| | | | |
|---|---|---|---|
| 12/31/08 | H. SEIFE | Review of issues relating to employee retention plan motion. | 1.10 hrs. |
| 12/31/08 | G. BRADSHAW | Conf. w/F. Vazquez (.4); worked on research of issue related to collective bargaining agreements (1.1). | 1.50 hrs. |
| 12/31/08 | M. S. TOWERS | Reviewed and revised Broker Compensation Memo (.7); Employee Retention Plan Memo (.7). | 1.40 hrs. |
| 01/01/09 | D. E. DEUTSCH | Complete review of draft memoranda and related motions and materials and edit memoranda on payment of pension benefits motion (.7); follow-up with David Gallai re: review of same and follow-up on collective bargaining agreement (.2). | 0.90 hrs. |
| 01/01/09 | D. E. DEUTSCH | Review materials from Debtors' counsel on pension contributions and follow-up with Alix team on same (.4). | 0.40 hrs. |
| 01/02/09 | D. GALLAI | Reviewed draft memo to client forwarded by D. Deutsch (.2); reviewed related pension plan summary (.3). | 0.50 hrs. |
| 01/02/09 | M. S. TOWERS | Reviewed and revised memo on Employee Retention Plan, Broker Payments and Pension Contributions (1.2), | 1.20 hrs. |
| 01/05/09 | D. GALLAI | Confs. w/ D. Deutsch and R. Kurth re: pension plan contributions motion. | 0.30 hrs. |
| 01/05/09 | R. KURTH | Reviewing pension plan contributions motion, C&P draft of memo summarizing the motion to the members of the Creditors' Committee (.4). Reviewing Excel spreadsheet of Union Pension Contribution Programs and contribution amounts for plans (.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 01/08/09 | R. KURTH | Research and preliminary review Collective Bargaining Agreements and identify missing documents. | 2.80 hrs. |
| 01/08/09 | D. GALLAI | Attention to CBAs (.6); meeting w/ R. Kurth re: review of CBAs (.3); conf. w/ D. Deutsch re: same (.2). | 1.10 hrs. |
| 01/08/09 | D. E. DEUTSCH | Review comments related to pension motion and follow-up with Debtors' counsel related to same (.4); review Merrill database for posted CBAs and follow-up with team on same (.4). | 0.80 hrs. |
| 01/09/09 | D. E. DEUTSCH | Exchange multiple calls and e-mails with Debtors' counsel and C&P team re: CBA agreements (.3); review related materials and exchange e-mails on same with C&P employment team (.5). | 0.80 hrs. |
| 01/09/09 | D. GALLAI | Confs. w/ D. Deutsch and R. Kurth re: CBA issues (.2); correspondence re: same (.3); reviewed CBA agreement and related issues (.6); reviewed CBA chart (.4). | 1.50 hrs. |
| 01/09/09 | R. KURTH | Review Collective Bargaining Agreements from DataRoom and compare to information provided by Debtors related to Pension Contribution Program (4.8); identify discrepancies and draft memorandum regarding same (1.0). | 5.80 hrs. |
| 01/10/09 | D. GALLAI | Attention to response to open issues involving CBAs (.2); reviewed CBA chart (.2); correspondence w/ D. Deutsch and Sidley re: same (.1). | 0.50 hrs. |
| 01/11/09 | D. E. DEUTSCH | Review and follow-up on request from Debtors re: support of brokers' motion (.2); exchange e-mails with AlixPartners on same (.1); follow-up re: status of information related to pension motion request (.1); draft memorandum to Debtors re: status of matter (still pending) for | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | court agenda (.2). |  |
| 01/12/09 | D. E. DEUTSCH | Exchange e-mails on pending pension motion outstanding matters (.3): two calls with Kevin Lantry to discuss same (.2); review related e-mails re: remaining open issues and follow-up with David Gallai on same (.3). | 0.80 hrs. |
| 01/12/09 | D. GALLAI | Correspondence re: CBAs and reviewed related emails and attachments. | 0.30 hrs. |
| 01/12/09 | R. KURTH | Review opposing counsel's explanation of discrepancies related to CBA matters. | 0.70 hrs. |
| 01/13/09 | D. E. DEUTSCH | Review materials on pension motion and follow-up with Debtors on resolution of all concerns related to same (.3); telephone conversation with David Gallai on same (.1). | 0.40 hrs. |
| 01/14/09 | D. M. LeMAY | Review of motions filed by Tribune yesterday concerning (i) severance and (ii) incentive compensation awards. | 1.40 hrs. |
| 01/14/09 | J. B. PORTER | Review motions and draft related memorandum to the Creditors' Committee re Debtors' motions for severance programs and employee incentive programs. | 2.90 hrs. |
| 01/15/09 | J. B. PORTER | Continue drafting/research memorandum re Debtors' motions for severance programs and employee bonus programs. | 2.60 hrs. |
| 01/16/09 | D. E. DEUTSCH | Review related e-mails and follow-up on severance and employee incentive programs (.3). | 0.30 hrs. |
| 01/18/09 | D. E. DEUTSCH | Review motions on certain employee programs and review and revise draft memorandum to committee on same (1.6); follow-up with David Gallai re: review and action items related to same (.2); follow-up memo to AlixPartners re: action | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

|            |                |                                                              |            |
|------------|----------------|--------------------------------------------------------------|------------|
|            |                | items (.2).                                                  |            |
| 01/18/09   | D. GALLAI      | Reviewed motions related to severance and incentive compensation payments. | 1.80 hrs. |
| 01/19/09   | D. E. DEUTSCH  | Telephone conversation with David Gallai re: severance/incentive plan memo review and follow-up (.2); meeting with David Gallai re: addressing various open matters related to same (.2); review e-mails to AlixPartners and Debtors' counsel re: follow-up on employee matters (.1); review revised memorandum, mark-up same and follow-up with David Gallai and AlixPartners re: action items (.5). | 1.00 hrs. |
| 01/19/09   | D. GALLAI      | Reviewed and revised memo to client (1.9); confs. w/ D. Deutsch re: same (.4); correspondence w/ Sidley and Alix re: same (.6). | 2.90 hrs. |
| 01/20/09   | D. GALLAI      | Confs. w/ D. Deutsch re: memo summarizing benefits motions (.3); attention to related information received from Sidley (.2); revised draft memo (.9). | 1.40 hrs. |
| 01/20/09   | J. B. PORTER   | Revised memorandum re Debtors' motions for Severance and Incentive Programs. | 2.50 hrs. |
| 01/20/09   | D. E. DEUTSCH  | Follow-up e-mails and calls with AlixPartners re: incentive program motion and severance motion (.5); review information on non-insider bonus program (.2); discuss and e-mail Adam Landis re: outstanding issues with motions (.3); additional follow-up with AlixPartners re: required follow-up analysis on same (.3); address additional issue with severance memorandum based on information obtained from Debtors and draft extensive edit to memo to address same (1.0); related call and exchange of e-mails with Adam Landis (.2); draft e-mail to | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | Kevin Lantry (Debtors' counsel) re: incentive program questions (.2). |  |
| 01/20/09 | D. M. LeMAY | Review memo regarding non-insider bonuses and severance issues. | 1.20 hrs. |
| 01/21/09 | D. E. DEUTSCH | Follow-up on additional severance motion issues (.3); review comments related to same and discuss outstanding issues with David LeMay (.2); telephone conversation with Kevin Lantry re: outstanding severance issues (.2); follow-up with AlixPartners related to same (.2). | 0.90 hrs. |
| 01/21/09 | D. M. LeMAY | Revise severance motion memo (0.4). | 0.40 hrs. |
| 01/21/09 | J. B. PORTER | Finalized memorandum to the Committee re Debtors' severance and compensation motions. (1.9). | 1.90 hrs. |
| 01/22/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry (Debtors' counsel) re: various employee related motions (.2); follow-up related to same (.1). | 0.30 hrs. |
| 01/27/09 | D. M. LeMAY | T/c from K. Lantry regarding severance motion (0.6).  E-mail to Lantry regarding retiree severance objection (0.6). | 1.20 hrs. |
| 01/27/09 | D. E. DEUTSCH | Review third party objection to severance motion (.2); exchange related e-mails with Debtors' counsel and David LeMay (.2). | 0.40 hrs. |
| 01/29/09 | D. E. DEUTSCH | Attend part of telephone conference call re: severance issues with Debtors' counsel and Jay Teitlebaum (.5). | 0.50 hrs. |
| 01/29/09 | D. M. LeMAY | Prepare for and attend conference call w/K. Lantry and J. Teitlebaum regarding retiree objection to severance motion. | 0.80 hrs. |

                Total Fees for Professional Services..............  $42,070.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    February 24, 2009
435 N. MICHIGAN AVENUE    Invoice ******
CHICAGO, IL 60611    Page   1

For Services Through January 31, 2009

Our Matter #19804.016
    TAX ISSUES

| | | | |
|---|---|---|---|
| 12/19/08 | R. WRIGHT | Research regarding the Tribune ESOP transaction | 4.00 hrs. |
| 12/19/08 | R. M. LEDER | Review background materials related to Tribune ESOP transactions. | 0.80 hrs. |
| 12/22/08 | R. M. LEDER | Review research materials on ESOP Plan and comparable structure. | 2.50 hrs. |
| 01/05/09 | R. M. LEDER | Conference Markson and review materials. | 1.50 hrs. |
| 01/05/09 | E. S. MARKSON | Review background materials regarding Tribune company, ESOP/S-corp structure, going private transaction, and comparable transaction (1.8). Discuss issues with R. Leder (0.2). | 2.00 hrs. |
| 01/06/09 | B. BETHEIL | Read background materials on Tribune's ESOP structure | 3.30 hrs. |
| 01/07/09 | E. S. MARKSON | Meet with B. Betheil and R. Leder and attend (telephonically) Debtors' presentation to creditors' committee on tax structure and discuss issues including ESOP/S-corp structure, bankruptcy process, proposed asset dispositions (3.4). | 3.40 hrs. |
| 01/07/09 | B. BETHEIL | Participate telephonically in meeting re: Tribune financial outlook, asset disposition transaction and other tax related issues (3.4). | 3.40 hrs. |
| 01/07/09 | R. M. LEDER | Consider applicability of comparable structure to disposition of certain assets (0.5); and meeting with C&P team re same (1.1). | 1.60 hrs. |
| 01/07/09 | B. BETHEIL | Call among Chadbourne lawyers re: current Tribune debt-equity structure and tax structuring (1.0). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    2

| 01/07/09 | R. M. LEDER | Participate by telephone in Debtors' presentation on tax and tax related issues (2.7); review of materials presented at the meeting (0.5). | 3.20 hrs. |
|---|---|---|---|
| 01/07/09 | E. S. MARKSON | Discussion with Betheil, Leder, M. Alpert, D. LeMay, and others regarding tax issues and potential implications (1.1).  Review public information on Tribune ESOP/S-corp structure and research related provisions of tax law (2.2). | 3.30 hrs. |
| 01/07/09 | H. SEIFE | Prepare for and conference call with J.Momtazze regarding tax structure issues/Cubs transaction. | 1.10 hrs. |
| 01/08/09 | H. SEIFE | Conferences with tax lawyers regarding ESOP/S Corp structure and implications. | 1.60 hrs. |
| 01/08/09 | R. M. LEDER | Review background material on comparable structure (2.0); emails re tax issues in transaction (0.5). | 2.50 hrs. |
| 01/08/09 | B. BETHEIL | Call between Chadbourne lawyers and Moelis re: Cubs transaction, ESOP structure of Tribune, and tax considerations (0.8); Meet w/ E. Markson re: ESOP-tax considerations (1.2); Call among Chadbourne lawyers, Moelis, and Tribune re: Cubs financial information and tax basis in Cubs(0.4). | 2.40 hrs. |
| 01/08/09 | E. S. MARKSON | Discussion with B. Betheil, M. Alpert, D. Deutsch, and J. Momtazee and others from Moelis regarding Tribune ESOP/S-corp structure and related considerations (0.8).  Discuss tax issues and other implications of structure with Betheil, Alpert, and Deutsch (1.2).  Emails and phone call with Leder regarding same (0.5). Review indemnity agreement from related transaction and discuss with Alpert (0.7). | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| | | | |
|---|---|---|---|
| 01/08/09 | E. S. MARKSON | Conference call and related discussion with Chadbourne, Moelis and N. Larsen of Tribune regarding tax basis, financial information, and status of asset disposition process. | 0.90 hrs. |
| 01/09/09 | E. S. MARKSON | Conference call with B. Betheil, M. Alpert, Moelis, and C. Nicholls and S. Joffe from FTI regarding tax issues (0.7).  Followup discussion with Betheil, Alpert, and H. Seife (0.6).  Emails and phone calls with Moelis and D. Deutsch to coordinate (0.3). Review FTI presentation and related tax issues; discuss with Alpert (1.0).  Work on tax issues; email and discussion with R. Leder (0.7). | 3.30 hrs. |
| 01/09/09 | R. M. LEDER | Various email correspondence re tax calls and issues, including email and TC correspondence with Markson. | 1.00 hrs. |
| 01/09/09 | B. BETHEIL | Call among FTI, Moelis, and Chadbourne lawyers re: tax structure (0.9); Call among Chadbourne lawyers re: tax issues arising from call w/ FTI and Moelis and update on Tribune tax issues (.9). | 1.80 hrs. |
| 01/09/09 | H. SEIFE | Review of McDermott memo on tax structure (1.1); review of FTI tax analysis presentation (.8); conferences regarding major asset transaction/tax issues (1.2). | 3.10 hrs. |
| 01/12/09 | B. BETHEIL | Prepare for conference call w/ McDermott re: tax issues (0.2); Conference call w/ McDermott regarding tax issues and follow-up discussion among Chadbourne tax lawyers (1.7); research Treasury Dept. statements re: tax issues by non-taxable entities (0.8). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


01/12/09   D. E. DEUTSCH      Review and follow-up on e-mail          1.60 hrs.
                              from Debtors' counsel re:
                              transaction tax issues (.3);
                              participate in call on transaction
                              and related tax issues and hold
                              follow-up meeting on same (1.1);
                              follow-up on scheduling team
                              meeting re: same after receipt of
                              proposals (.2).

01/12/09   H. SEIFE           Telephone conferences Moelis,           3.30 hrs.
                              Sidley regarding status of
                              disposition of major asset and
                              related tax issues (1.1); review
                              of form documentation of
                              transaction and tax presentation
                              (2.2).

01/12/09   R. M. LEDER        Review McDermott memorandum (.8).       2.70 hrs.
                              TC with Blake Ruben and Nils
                              Larsen, including pre-conference
                              preparation with Messrs. Markson
                              and Betheil and post-call
                              conference with Messrs. Deutsch,
                              Alpert, Markson and Betheil (1.9).

01/12/09   E. S. MARKSON      Review memorandum from McDermott        1.70 hrs.
                              Will & Emery describing possible
                              post-reorganization structures.
                              Consider and research related tax
                              issues.

01/12/09   E. S. MARKSON      Prepare for conference call (0.2).      1.90 hrs.
                               Conference call with C&P team, N.
                              Larson from Tribune, McDermott
                              Will & Emery, Davis Polk, and FTI
                              regarding proposed transaction
                              structure and related tax issues
                              (1.1).  Followup discussion with
                              Leder, Betheil, Alpert and Deutsch
                              (0.6).

01/13/09   E. S. MARKSON      Discussion with D. Deutsch and          0.50 hrs.
                              email exchange with A. Ajmera and
                              V. Patel of Moelis regarding
                              scheduling follow-up discussion of
                              tax issues related to proposed
                              transaction structure (0.5).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

| 01/13/09 | B. BETHEIL | Research statements and reports by Treasury Department officials re: various tax issues involving tax-exempt entities to avoid tax liability and S corporation ESOPs using warrants or options to shield taxable owners from tax liaility (3.1); Research proposed bills and regulations and recent statements and hearings re: anti-abuse rules for S corporation ESOPs (1.3). | 4.40 hrs. |
| --- | --- | --- | --- |
| 01/13/09 | R. M. LEDER | Review agreement in connection with Cubs transaction. | 2.80 hrs. |
| 01/14/09 | R. M. LEDER | Conference call with Messrs. Markson, Betheil and representatives of Moelis re tax issues. | 0.60 hrs. |
| 01/14/09 | B. BETHEIL | Conference call between Chadbourne tax attorneys and Moelis re: tax issues (0.6); post-call tax analysis discussion among Chadbourne tax attorneys (0.6). | 1.20 hrs. |
| 01/14/09 | H. SEIFE | Review of ESOP structure and S-Corp. structure issues. | 1.40 hrs. |
| 01/14/09 | E. S. MARKSON | Review documents regarding comparable transaction; related research (1.5). Phone call with Betheil, R. Leder, and members of Moelis team regarding tax issues (0.6). Followup discussion with Betheil (0.6). | 2.70 hrs. |
| 01/16/09 | E. S. MARKSON | Review draft of proposed tax matters agreement circulated to bidders. | 1.00 hrs. |
| 01/16/09 | D. M. LeMAY | Review tax agreement and other documents related to possible disposition. | 1.10 hrs. |
| 01/16/09 | R. M. LEDER | Various email correspondence. | 0.40 hrs. |
| 01/17/09 | E. S. MARKSON | Work on description of ESOP/S-corp structure for presentation to creditors' committee. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          February 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 01/18/09 | E. S. MARKSON | Research and analysis regarding corporate tax issues under Section 1374. | 1.10 hrs. |
|---|---|---|---|
| 01/18/09 | R. M. LEDER | Review draft of Tax Matters Agreement. | 2.00 hrs. |
| 01/19/09 | R. M. LEDER | Conference Seife, Alpert, Markson and Betheil re tax issues relating to Cubs transaction. | 1.50 hrs. |
| 01/19/09 | B. BETHEIL | Meeting w/ Chadbourne Team re tax issues for Cubs transaction and Committee presentation (1.2). | 1.20 hrs. |
| 01/19/09 | E. S. MARKSON | Consider and analyze issues relating to proposed use of remedial allocation method and potential corporate tax (2.0). | 2.00 hrs. |
| 01/19/09 | D. M. LeMAY | Follow up research on determination of tax liability (1.2) and on Section 1129 ability to term out priority tax claims (1.4). | 2.60 hrs. |
| 01/19/09 | H. SEIFE | Review of FTI transaction/tax analysis presentation (1.1); prepare for and meeting with M.Alpert, E.Markson and D.Leder to discuss Cubs transaction (1.8). | 2.90 hrs. |
| 01/19/09 | M. A. ALPERT | Internal meetings re: tax issues re Cubs transaction. | 1.20 hrs. |
| 01/19/09 | D. E. DEUTSCH | Research issue and report on same during attendance at part of tax meeting (1.1); follow-up review and research re: E. Markson information request (.3). | 1.40 hrs. |
| 01/20/09 | E. S. MARKSON | Email to C&P tax/bankrutpcy regarding tax and related structure issues (0.2).  Work on tax issues including partnership allocations, timing of income recognition, and risk of corporate tax, including discussions with Leder and Betheil (2.5). Conference call with Moelis and FTI regarding presentations to creditors' committee (1.0). | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page    7

|          |               | Internal discussion regarding presentation (0.4). | |
|----------|---------------|----------------------------------------------------|---|
| 01/20/09 | M. A. ALPERT  | Internal meetings re: tax issues (.9). | 0.90 hrs. |
| 01/20/09 | B. BETHEIL    | Discuss tax aspects of major asset bids w/ E. Markson (1.6);  Meeting among Chadbourne tax attorneys re: tax aspects of comparing major asset bids (0.9); Meeting among Chadbourne attorneys re: planning tax presentation of major asset bids to creditors' committee (0.4). | 2.90 hrs. |
| 01/20/09 | H. SEIFE      | Conference with C&P team regarding structure and tax issues (.9). | 0.90 hrs. |
| 01/20/09 | R. M. LEDER   | Review bids and conference in connection therewith with Messrs. Markson and Betheil (1.6); internal conference with Messrs. Alpert, Markson and Betheil and, by phone, Joffe and Seife (1.9). | 3.50 hrs. |
| 01/21/09 | R. M. LEDER   | Review FTI tax questions and participate in conference call with FTI, Nils, Blake Ruben, et.al., re tax issues (2.0). | 2.00 hrs. |
| 01/21/09 | B. BETHEIL    | Discuss w/ R. Leder research results re: recognizing prepayments as income (0.1); Receive research request from R. Leder re: mandatory losses (0.2). | 0.30 hrs. |
| 01/21/09 | H. SEIFE      | Conference call with Nils, McDermott regarding issues on asset disposition/tax issues (.8). | 0.80 hrs. |
| 01/22/09 | E. S. MARKSON | Consider tax issues regarding proposed transaction structure (0.4). | 0.40 hrs. |
| 01/22/09 | B. BETHEIL    | Research on mandatory election for downward basis adjustments (2.7). | 2.70 hrs. |
| 01/23/09 | B. BETHEIL    | Research when section 734 mandatory basis reduction to partnership property where there is substantial basis reduction w/r/t distribution may not apply. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                February 24, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page     8


| 01/23/09 | E. S. MARKSON | Phone call B. Betheil regarding transaction status; review correspondence. | 0.20 hrs. |
| 01/26/09 | D. E. DEUTSCH | Review materials from Debtors re: IRS tax inquiry follow-up (.4). | 0.40 hrs. |
| 01/27/09 | D. BAVA | Review and analysis of SEC web site re: certain recent tax information filed by the debtors (.6). | 0.60 hrs. |
| 01/30/09 | R. M. LEDER | Review news clipping re tax structure. | 0.20 hrs. |

**Total Fees for Professional Services.............  $85,266.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        February 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1


                            For Services Through January 31, 2009

Our Matter #19804.018
            TRAVEL


12/18/08   H. SEIFE          Non-working return Travel from      3.00 hrs.
                             Wilmington to New York.

01/15/09   D. E. DEUTSCH     Non-working travel to/from          2.10 hrs.
                             Delaware meeting and court hearing
                             (2.1).

01/15/09   H. SEIFE          Non-working travel to and from      4.00 hrs.
                             Wilmington for court hearing.

01/16/09   J. B. PORTER      Non-working travel time to/from     1.50 hrs.
                             Wilmington for 341 creditors'
                             meeting (1.5).

01/27/09   D. E. DEUTSCH     Non-working travel to Chicago       3.80 hrs.
                             (3.8).

01/28/09   D. E. DEUTSCH     Non-work travel (delayed flight)    4.20 hrs.
                             from Chicago to New York (4.2).


        Total Fees for Professional Services..............    $13,590.00
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           February 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    1

                                For Services Through January 31, 2009

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| 12/19/08 | J. B. PORTER | Research re fraudulent conveyance and choice of law issues | 4.50 hrs. |
|---|---|---|---|
| 12/20/08 | J. B. PORTER | Research re fraudulent conveyance law and UFTA and UFCA (1.2); work on initial draft of memorandum re fraudulent conveyance (5.5). | 6.70 hrs. |
| 12/21/08 | J. B. PORTER | Continue work on fraudulent conveyance memo. | 6.90 hrs. |
| 12/22/08 | J. B. PORTER | Meeting with D. Deutsch re fraudulent conveyance memo (.5); Drafted fraudulent conveyance memo and researched fraudulent conveyance issues (1.1). | 1.60 hrs. |
| 01/23/09 | D. M. LeMAY | Conference w/H. Seife regarding work plan for secured credit review (0.4). | 0.40 hrs. |
| 01/26/09 | S. BERSON | Met and spoke with H. Seife, D. Deutsch and J. Giannini re: Tribune debt structure and analysis. | 0.50 hrs. |
| 01/26/09 | D. E. DEUTSCH | Conference with Scott Berson, Joe Giannini and, in part, Howard Seife re: review of debt structure and related matters (0.5). | 0.50 hrs. |
| 01/26/09 | H. SEIFE | Review of debt structure and fraudulent conveyance issues. | 3.20 hrs. |
| 01/27/09 | H. SEIFE | Review of debt structure and fraudulent conveyance issues (2.6); conference with T.Zink regarding scope of review and fraudulent conveyance issues (.6). | 3.20 hrs. |
| 01/27/09 | B. SCHUBECK | Search for Y. Yoo for Tribune SEC filings. | 4.40 hrs. |
| 01/27/09 | N. T. ZINK | Conference with H. Seife and D. LeMay re fraudulent transfer investigation and assignment (.6); review relevant merger and acquisition documents (.2). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

February 24, 2009
Invoice ******
Page     2

| Date | Professional | Description | Hours |
|---|---|---|---|
| 01/27/09 | D. M. LeMAY | Prepare for and meet w/T. Zink and H. Seife to plan work and deliverables on review of prepetition of financings (.6). | 0.60 hrs. |
| 01/27/09 | Y. YOO | Meeting with Joseph Giannini re document review (.3); retrieve and reviewing capital structure documentation (2.8). | 3.10 hrs. |
| 01/27/09 | D. E. DEUTSCH | Telephone conversation with Ted Zink re: required review items for analysis and follow-up with David Bava and others on same (.3). | 0.30 hrs. |
| 01/27/09 | J. GIANNINI | Office meeting with Y Yoo re: recharacterization analysis (.3). | 0.30 hrs. |
| 01/28/09 | Y. YOO | Retrieve and review capital structure documentation. | 8.10 hrs. |
| 01/28/09 | B. SCHUBECK | Continue search for Y. Yoo to find Tribune SEC filings. | 3.80 hrs. |
| 01/28/09 | N. T. ZINK | Review financings in preparation for analysis of vulnerability to avoidance (1.2). | 1.20 hrs. |
| 01/28/09 | H. SEIFE | Conference T.Zink regarding fraudulent conveyance review and issues. | 0.40 hrs. |
| 01/29/09 | B. SCHUBECK | Continue search for Y. Yoo to find Tribune SEC filings. | 2.50 hrs. |
| 01/29/09 | Y. YOO | Retrieve and review capital structure documentation. | 0.30 hrs. |
| 01/30/09 | Y. YOO | Drafting Document Review index and reviewing capital structure documentation. | 5.10 hrs. |
| 01/30/09 | N. T. ZINK | Review prepetition financing documents in preparation for analysis of the possible vulnerability of financings to avoidance (.8). | 0.80 hrs. |

**Total Fees for Professional Services.............    $25,266.50**