# EXHIBIT A

**Robert E. Paul, Esq.**
**Zwerdling, Paul, Kahn & Wolly, P.C.**
**1025 Connecticut Avenue, N.W.**
**Suite 712**
**Washington, DC 20036**
**Counsel to Washington-Baltimore Newspaper Guild, Local 32035**

| Type of Expense | January 6, 2009 Meeting | January 7, 2009 Meeting | January 22, 2009 Meeting | January 28, 2009 Meeting |
|---|---|---|---|---|
| | | | | |
| Train Fare/Air Fare | $420.00 | $442.00 | $442.00 | $667.20 |
| Transportation | | | | 94.60 |
| Parking | 19.00 | 19.00 | 17.00 | 20.00 |
| | | | | |
| Totals: | $439.00 | $461.00 | $459.00 | $781.80 |

**TOTAL ALLOWED AMOUNT: $2,140.80**

USPG
UNION STATION GARAGE
202-898-1950

Terminal#:2 Cashier#:39
01/06/2009 6:18 AM
01/06/2009 8:03 PM - 13:45
637988888 / #564479
DAILY : $ 19.00
TOTAL : $ 19.00
CASH : $ 19.00

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY








AMTRAK

AUL/ROBERT E

WASHINGTON,DC

NEW YORK PENN,NY

2V 2154 07JAN09

K EXPRSS BSNESS

AX221.00 3003

$221.00 $.00

$221.00

OAE

074652021374 01 01

7JAN09 B62F5

PASSENGER RECEIPT

AMTRAK

AUL/ROBERT E

NEW YORK PENN,NY

WASHINGTON,DC

2V 2167 07JAN09

K EXPRSS BSNESS

AX221.00 3003

$221.00 $.00

$221.00

OAE

0748534339389 01 01

07JAN09 C0T81

PASSENGER RECEIPT

USPG
UNION STATION GARAGE
202-898-1950

Terminal#:2 Cashier#:39
01/07/2009 6:17 AM
01/07/2009 8:09 PM - 13:52
604520842 / #564848

| | | |
|---|---|---|
| DAILY | : $ | 19.00 |
| TOTAL | : $ | 19.00 |
| CASH | : $ | 19.00 |

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY




Riders AMTRAK Baggage
1 Name of Passenger
PAUL/ROBERT E
From
NEW YORK PENN,NY
To
WASHINGTON,DC
Carrier Train Date
2V 2165 22JAN09
Accom Space/Car
K EXPRSS BSNESS
Form of Payment
AX221.00 3003
Rail Fare $221.00 Accom Charge $.00
Fare Plans Total $221.00
KQAE
Ticket Number No. of
0229268313967 01 01
Date of Issue Reservation #
22JAN09 23654
PASSENGER RECEIPT

Riders AMTRAK Baggage
1 Name of Passenger
PAUL/ROBERT E
From
WASHINGTON,DC
To
NEW YORK PENN,NY
Carrier Train Date
2V 2158 22JAN09
Accom Space/Car
K EXPRSS BSNESS
Form of Payment
AX221.00 3003
Rail Fare $221.00 Accom Charge $.00
Fare Plans Total $221.00
KQAE
Ticket Number No. of
0224654085493 01 01
Date of Issue Reservation #
22JAN09 1C92B
PASSENGER RECEIPT

USPG
UNION STATION GARAGE
202-898-1950

---

Terminal#:3 Cashier#:9
01/22/2009 8:24 AM
01/22/2009 6:52 PM - 10:28
605824448 / #345019
DAILY : $ 17.00
TOTAL : $ 17.00
CASH : $ 17.00

---

THANK YOU FOR
PARKING WITH US
DRIVE CAREFULLY

E-Ticket SM Receipt and Itinerary

**YOUR ELECTRONIC TICKET WAS ISSUED**

**This Document is for reference only.**
Your electronic airline ticket is stored in our computer system. As with all airline tickets, your electronic ticket is not transferable.

UNITED

**Thank you for choosing United Airlines.**
If you need to change your booking request, please visit united.com.

**Click here to print this document** Print e-receipt

**Issued:** Fri, Jan 23, 2009 /CONXA
**United record locator:** ZHVGT4

## Flight information

Wed, Jan 28, 2009 - Washington, DC (DCA) to Chicago, IL (ORD)

| | | | | |
|---|---|---|---|---|
| United 0605 | Depart: DCA<br>7:46 AM<br>Arrive: ORD<br>9:04 AM | Non-stop<br>2h 18m<br>Airbus A320<br>612 miles traveled | Fare basis code:<br>UA0ADX<br>Booking class: U<br>Economy<br>612 Award miles<br>No Meal Service | Seats:19A<br>Download to calendar |

Wed, Jan 28, 2009 - Chicago, IL (ORD) to Washington, DC (DCA)

| | | | | |
|---|---|---|---|---|
| United 0624 | Depart: ORD<br>6:05 PM<br>Arrive: DCA<br>8:50 PM | Non-stop<br>1h 45m<br>Airbus A320<br>612 miles traveled | Fare basis code:<br>UA0ADX<br>Booking class: U<br>Economy<br>612 Award miles<br>No Meal Service | Seats:23F<br>Download to calendar |

View ticket price breakdown

**Additional information: Check-in information**
Please note that valid, government-issued photo identification must be presented at check-in.

**Billing / Delivery Information**
ROBERT E PAUL
1025 CONNECTICUT AVE NW
SUITE 712
WASHINGTON DC 20036
USA

## Ticket purchases

Fare rules

| Passenger Information | Fare details | Fare summary |
|---|---|---|
| **PAUL/<br>ROBERT E**<br>Mileage Plus: 00967657964<br>Ticket#: 0162186958918 | FP AXXXXXXXXXXX3003 EXP / 224073<br>FC 28JAN WAS UA CHI 300.47UA0ADX UA WAS 300.47UA0ADX USD600.94END<br>ZPDCAORD XT 7.20ZP 5.00AY | Base Fare: 600.94 USD<br>Taxes & Fees: 66.26 USD<br>Total: 667.20 USD |



6330 N. Clark St.
Chicago, IL 60660

Tel: (773) 973-3535
Fax: (773) 973-9937

$ Date 1/28/09 Time 10:00 AM

Received from $58.80

Cab fare from O'hare To Trib

Driver Cab no.

**Lost & Found**
ChicagoDispatcher.com

*Receipt advertising: ChicagoDispatcher.com*

6330 N. Clark St.
Chicago, IL 60660

Tel: (773) 973-3535
Fax: (773) 973-9937

$ Date 1/28/09 Time

Received from $35.80

Cab fare from Trib to O'Hare To

Driver Cab no.

**Lost & Found**
ChicagoDispatcher.com

*Receipt advertising: ChicagoDispatcher.com*

REAGAN NATIONAL
AIRPORT
For Questions or Comments: (703)417-4300
Entrance: 06:18 01/28/09 Lane # 06
Exit : 20:58 01/28/09 Lane # 37
License plate VA 4LABOR
Cashier : 024 Seq. # 8479
Length of stay 0d00 14h. 40mn.
Amount paid $ 20.00 Cash
***** Thank You for Flying *****
***** Reagan National Airport *****

**EXHIBIT A**

**SCHEDULE OF EXPENSES**

**WILLIAM A. NIESE**
**6061 Lake Vista Drive**
**Bonsall, CA 92033**

| | | | |
|---|---|---|---|
| **Type of Expense** | **January 6, and 7, 2009 Meetings** | | |
| | | | |
| Air Fare | $769.00 | | |
| Hotel | 661.90 | | |
| Transportation | 50.00 | | |
| Parking | 54.00 | | |
| | | | |
| Total: | $1,534.90 | | |

**TOTAL ALLOWED AMOUNT: $1,534.90**

**WILLIAM A. NIESE**
**6061 LAKE VISTA DRIVE**
**BONSALL, CA 92003**
**760 758-7101**
**niesesr@cox.net**

TRAVEL COMPANY BANRUPTCY
TRAVEL EXPENSES
JAN. 5, 6, 7, 2009

Air Line Ticket

| | |
|---|---|
| Jet Blue Airways | $769.00 |

Hotel

| | |
|---|---|
| New York Marriott | $661.90 |

Transportation

| | |
|---|---|
| Cab fare from JFK to Hotel | $50.00 |
| Airport Parking | $54.00 |
| Total | $1,534.90 |

The receipts for all expenses are attached.

**Bill Niese**

**From:** "JetBlue Reservations" <mail@jetblueconnect.com>
**To:** <niesesr@cox.net>
**Sent:** Monday, January 05, 2009 8:54 AM
**Subject:** Your JetBlue E-tinerary

jetBlue AIRWAYS

Kiosk Check-in

**You're all set!**

Thanks for choosing JetBlue. Attached is the booking confirmation for your trip. Please review the confirmation carefully as it includes some important information about flying with us. Although you do not need this document to check in, we recommend that you print it out for your own reference.

You can also access our Real-Time Flight Tracker to check the arrival or departure status of your trip.

Do-it-yourself check in. Now customers have two new ways to check in for their flights. At the airport, take advantage of our easy-to-use self-service kiosks to check in, select or assignments and print boarding passes. Or, from your home or office, check in using our new Online Flight Check-in tool, which is available up to 24 hours, but no less than 90 minutes, prior to your scheduled departure time.

**Second Bag Fee**
Customers who booked their flight on or after May 1, 2008, will be charged an additional $20 fee for checking a second bag on flights on or after June 1, 2008.

**Treat yourself to Even More Legroom**
For just $10-$30 more you can stretch out in one of our most spacious seats, with 38" of legroom! Get it now-Even More Legroom seats have limited availability and are now available for purchase at the airport. Click here to change your seat.

**JetBlue's brand new home at JFK**
We have now moved to T5, our state-of-the-art terminal at New York's JFK International Airport.Let's go!

**Flight Summary**

**Ann Niese**
6061 Lake Vista Drive
Bonsall, CA 92003

| | |
|---|---|
| Confirmation Number: | **Y4TDCI** (manage flights) |
| Date Booked: | **26 Dec 08** |
| Modified: | **05 Jan 09** |
| Booked By: | **INET** |

| | Name | TrueBlue Number | Seats |
|---|---|---|---|
| **Welcome Aboard:** | WILLIAM NIESE | Sign Up for TrueBlue | View |

| Date | Flt | Depart | Arrive | Stops |
|---|---|---|---|---|
| 05 Jan 09 | 212 | Long Beach, CA 1:10pm | New York, JFK 9:31pm | 0 |
| 07 Jan 09 | 217 | New York, JFK 6:05pm | Long Beach, CA 9:44pm | 0 |

| Total for 1 customer | | |
|---|---|---|
| | Fare: | 546.98 |
| | Tax: | 48.02 |
| | Security Fee: | 5.00 |

| | |
|---|---|
| Passenger Facility Charge: | 9.00 |
| Change, Change Fee or Other Fee: | 160.00 |
| **Total:** | **$769.00** |
| American Express: | $639.00 |
| American Express: | $30.00 |
| American Express: | $100.00 |
| **Balance Due:** | **$0.00** |

## *Great Hotel Deals**

**Hotel offers in New York City**

Park Central New York Hotel
rooms **$126** per night
Hilton Newark Airport
rooms **$169** per night
Dream
rooms **$195** per night

*Hotel availability is limited and may not be available at the rates quoted above.

**Carry-on Baggage Rules:**
Customers may now carry through security checkpoints travel-size toiletries (3 ounces or less) that fit comfortably in a single, quart-size, clear plastic, zip-top bag. After clearing security, customers may bring beverages and other items purchased in the secure boarding area on-board aircraft. Larger amounts of prescription liquid medications, baby formula and diabetic glucose treatments must be declared at the checkpoint for additional screening.

DOMESTIC TRAVEL:
JetBlue offers two types of fares: Nonrefundable and Refundable. For JetBlue Nonrefundable Fares, changes or cancellations can be made prior to scheduled departure for a fee of $100 per person by calling 1-800-JETBLUE (538-2583) - or by visiting www.jetblue.com, plus any applicable difference in airfare. Any remaining balance will be placed in a JetBlue air-only credit and may be applied toward future travel for one year from date of issuance. As a courtesy to our customers who booked a fare lower than $100, effective Friday, August 1, we will be waiving the $100 change fee and charging a $50 change/cancel fee. The reduced fees will apply to all flights with a published fare lower than $100, regardless of booking date. If a nonrefundable reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation is forfeited. For JetBlue Refundable Fares, changes and cancellations, for a full refund, are permitted prior to scheduled departure. Such changes are subject to availability and any applicable difference in airfare. If a refundable reservation is not changed or canceled prior to scheduled departure, all money associated with the reservation will be placed in a JetBlue air-only credit and may be applied toward future travel for one year from date of issuance. Refundable Fares may not be available on all flights.

* TrueBlue Award flights cannot be canceled and are nontransferable. Changes can be made by calling 1-800-JETBLUE (538-2583) prior to scheduled departure for a fee of $100 per person.

DOMESTIC TRAVEL NOTE:
- Effective October 22, 2008, all flights to and from San Juan, Puerto Rico will be operating through JFK - Terminal 5.
- Government-issued photo ID is required of all customers 18 years of age or older.
- Reservations are subject to cancellation if the customer is not present at the departure gate at least 10 minutes prior to scheduled departure.
- Each customer is allowed one checked bag up to 50 pounds free of charge. Carry-on baggage is limited to one bag plus one personal item (e.g., purse, briefcase, laptop, etc.).

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY:
Where a passenger's journey involves an ultimate destination or a stop in a country other than the country of departure, either the Warsaw Convention and the Hague Protocol, their amendments, and any special contracts of carriage embodied in applicable tariffs that waive Warsaw/Hague limits, or the Montreal Convention may apply to the entire journey including the portion within the countries of departure or destination and, in some cases, may limit the liability of the carrier for death or personal injury, delay, and for loss of or damage to baggage. The Montreal Convention, where applicable, does not impose, and special contracts voluntarily entered into by many carriers, including JetBlue, waive, the Warsaw/Hague limitations for compensatory damages arising out of personal injury or wrongful death caused by an accident, as defined by the applicable treaty. The names of carriers party to the special contracts are available at all ticket offices of such carriers and may be examined upon request.

NOTICE OF BAGGAGE LIABILITY LIMITS
For international transportation (including domestic portions) governed by the Montreal Convention, JetBlue's liability for baggage is limited to 1,000 SDRs (see, www.imf.org for current value) per passenger unless a higher value is declared and an extra charge is paid. For international transportation governed by the Warsaw Convention and the Hague Protocol and their amendments, JetBlue's liability for baggage is limited to $9.07 per pound for checked baggage and $400 per passenger for unchecked baggage unless a higher value is declared and an extra charge is paid. Special rules may apply to valuable articles. For domestic transportation, JetBlue's liability for baggage is limited to $3,300 per passenger. General baggage rules: As set forth more fully in its Contract of Carriage and international passenger rules tariffs, JetBlue will not be responsible for fragile or perishable goods. JetBlue assumes no liability for oversized, overweight or overpacked baggage, or for loss of or

NEW YORK Marriott MARQUIS

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|---|---|---|---|---|---|
| 1222 | NIESE/WILLIAM | 269.00 | 01/07/09 | 12:00 | 9865 |
| | | | ARRIVE 01/05/09 | 22:04 | |

TYPE GND

111

MR#: XXXXX7884

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 01/05 | ROOM TR | 1222, 1 | 269.00 | | |
| 01/05 | RM TAX | 1222, 1 | 22.53 | | |
| 01/05 | CITY TAX | 1222, 1 | 13.45 | | |
| 01/05 | OCC/JAV | | 3.50 | | |
| 01/06 | ENCORE | 11231222 | 44.94 | | |
| 01/06 | ROOM TR | 1222, 1 | 269.00 | | |
| 01/06 | RM TAX | 1222, 1 | 22.53 | | |
| 01/06 | CITY TAX | 1222, 1 | 13.45 | | |
| 01/06 | OCC/JAV | | 3.50 | | |
| 01/07 | VS CARD | | | 662.90 | |

TO BE SETTLED TO: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT. TO EXPEDITE YOUR CHECK-OUT, PLEASE CALL EXTENSION 6200, OR PRESS "MENU" ON YOUR TV. FOR AN UPDATED FOLIO CHECK OUT WITH OUR SELF SERVICE LOBBY KIOSK

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT REWARDS PREFERENCES, OR, ASK THE FRONT DESK TO EMAIL YOUR BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Marriott Rewards Account # XXXXX7884
Date 01/05/09-01/07/09 Est. Eligible Revenue $582.94
Est. base Points Earned: 5829
For account activity: 801-468-4000 or www.Marriott.com

NEW YORK Marriott
MARQUIS

For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X ______________________

SALES DRAFT

LONG BEACH AIRPORTVALET
4137 DONALD DOUGLAS DR
LONG BEACH, CA 9000000

MERCHANT # : 4301323133322457
TERMINAL ID : 00000001

ACCOUNT # : ************7928 VI
BATCH : 199
DATE : 01/07/09 TIME : 21:18
AUTH CODE : 01587C

REF # : 026
CLERK : 3
AMOUNT : $54.00

TIP : $________

TOTAL : $________

WILLIAM NIESE

THANK YOU.
PLEASE COME AGAIN.

*** CUSTOMER COPY ***

Date 01-06 2009

OFFICIAL
TAXI RECEIPT

FROM JFK

TO 45TH BWAY

FARE PAID $50 /w

SIGNATURE [signature] # 5F92

**William Salganik**
**WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035**
**10386 Eclipse Way**
**Columbia, MD 21044**

| | | | |
|---|---|---|---|
| **Type of Expense** | **January 6, 2009 Meeting** | **January 7, 2009 Meeting** | **January 28, 2009 Meeting** |
| | | | |
| Train Fare | $403.00 | $360.00 | $431.20 |
| Transportation | | 13.00 | 174.00 |
| Parking | 9.00 | 9.00 | |
| Mileage | 20.90 | 20.90 | |
| Meals | | | 37.72 |
| | | | |
| Totals: | $432.90 | $402.90 | $642.92 |

**TOTAL ALLOWED AMOUNT: $1,478.72**

Creditors' committee expenses -- Bill Salganik

| | miles | dollars |
|---|---|---|
| <u>1/6/09 - committee meeting in New York</u> | | |
| mileage - home to BWI airport and back | 38 | $ 20.90 |
| parking | | $ 9.00 |
| Acela to New York | | $ 191.00 |
| Acela home | | $ 212.00 |
| | | |
| <u>1/7/09 - committee meeting in New York</u> | | |
| mileage - home to BWI airport and back | 38 | $ 20.90 |
| parking | | $ 9.00 |
| Acela to New York | | $ 148.00 |
| Acela home | | $ 212.00 |
| taxi in New York | | $ 13.00 |
| | | |
| <u>1/28/09 - committee meeting in Chicago</u> | | |
| taxi to BWI | | $ 50.00 |
| breakfast | | $ 7.08 |
| taxi - Midway to Tribune Tower | | $ 32.00 |
| taxi - Tribune Tower to Midway | | $ 34.00 |
| dinner (Midway) | | $ 30.64 |
| taxi - home from BWI | | $ 58.00 |
| round trip air - BWI-Midway | | $ 431.20 |
| | | |
| TOTAL for January | | $ 1,478.72 |




Riders AMTRAK Baggage
1 Name of Passenger
ALGANIK/MARC
From
NEW YORK PENN,NY
To
BW AIRPORT STA,MD
Carrier Train Date
2V 2167 06JAN09
Accom Space/Car
K EXPRSS BSNESS
Form of Payment
VI212.00 2309
Rail Fare $212.00 Accom Charge $.00
Fare Plans Total $212.00
QAE
Ticket Number No. of
064841333483 01 01
Date of Issue Reservation #
6JAN09 AF1E9
PASSENGER RECEIPT

Riders AMTRAK Baggage
1 Name of Passenger
SALGANIK/MARC MR
7016729670
From
BWI AIRPORT STA,MD
To
NEW YORK PENN,NY
Carrier Train Date
2V 2154 06JAN09
Accom Space/Car
KA EXPRSS BSNESS
Form of Payment
AP191.00VI 2309
Rail Fare $191.00 Accom Charge $.00
Fare Plans Total $191.00
AQAE
Ticket Number No. of
0069231028858 01 01
Date of Issue Reservation #
06JAN09 72179
PASSENGER RECEIPT

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 6598
01/06/09 19:32 L#17 A# 1 Txn# 12333
01/06/09 06:48 In 01/06/09 19:32 Out
Tkt# 303979
Visa Card $ 9.00-
XXXXXXXXXXXX2309 04/09
Approval No.: 06808C
Reference No.: 00000082





Riders AMTRAK Baggage
1 Name of Passenger
SALGANIK/MARC MR
7016729670
From
BWI AIRPORT STA,MD
To
NEW YORK PENN,NY
Carrier Train
2V 2158 07JAN09
Accom Space/Car
KC
Form of Payment EXPRSS BSNESS
AR148.00VI 2309
Rail Fare Accom Charge
Fare Plans $148.00 Total $.00
$148.00
COAE
Ticket Number No. of
0079229083500 01 01
Date of Issue Reservation #
07JAN09 B3FD4
PASSENGER RECEIPT

Riders AMTRAK Baggage
1 Name of Passenger
SALGANIK/MARC
From
NEW YORK PENN,NY
To
BWI AIRPORT STA,MD
Carrier Train Date
2V 2167 07JAN09
Accom Space/Car
K
EXPRSS BSNESS
Form of Payment
VI212.00 2309
Rail Fare $212.00 Accom Charge $.00
Fare Plans Total $212.00
COAE
Ticket Number No. of
0074837342539 01 01
Date of Issue Reservation #
07JAN09 COF75
PASSENGER RECEIPT

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 6688
01/07/09 19:43 L#17 A# 1 Txn# 12470
01/07/09 09:01 In 01/07/09 19:43 Out
Tkt# 304304
Visa Card $ 9.00-
XXXXXXXXXXXX2309 04/09
Approval No.: 09410C
Reference No.: 00000101

I ♡ NEW YORK

MED # 1D30
DATE: 01/07/2009
START TIME 11:46
END TIME 12:05
TRIP # 10805
RATE No. 1
STAND. CITY RATE
MILES R1 1.49
FARE1 $ 10.50
$13 w/ tip
Contact TLC Dial
3-1-1

Home | About Southwest | Help

Book Travel | Special Offers | Travel Tools | Rapid Rewards

BOOKED

## Southwest Airlines Purchase Confirmation

**Thank you for using southwest.com to purchase your Ticketless Travel**

**Southwest Airlines Confirmation Number(s)**

| Passenger Type | Confirmation Number | Passenger | Account Number | Disability Assistance |
|---|---|---|---|---|
| Adult | **JPJABP** | Marc Salganik | 00001057874856 | - None Entered - |

**Air Itinerary**

| Trip | Date | Day | Stops | Routing | Flight | Routing Details |
|---|---|---|---|---|---|---|
| **Depart** | Jan 28 | Wed | Nonstop | BWI-MDW | 588 | Depart Baltimore (BWI) at 7:20 AM<br>Arrive in Chicago (MDW) at 8:25 AM |
| **Return** | Jan 28 | Wed | Nonstop | MDW-BWI | 135 | Depart Chicago (MDW) at 6:40 PM<br>Arrive in Baltimore (BWI) at 9:30 PM |

**Pricing**

| Passenger Type | Trip | Routing | Type of Fare | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|---|---|---|
| Adult | **Depart** | BWI-MDW | Anytime | $190.70 | $17.90 | $4.50 | $2.50 | 1 | $215.60 |
| | **Return** | MDW-BWI | Anytime | $190.70 | $17.90 | $4.50 | $2.50 | 1 | $215.60 |
| | | | **Total** | **$381.40** | **$35.80** | **$9.00** | **$5.00** | | **$431.20** |

[1] Security Fee is the government-imposed September 11th Security Fee.

**Billing Information**

**Credit Card Holder Name:** Marc Salganik
**Billing Address:** 10386 Eclipse Way
Columbia, MD 21044-4135
**Confirmation Number:** JPJABP
**Passenger Type:** Adult
**Passenger Name(s):** Marc Salganik
**Form of Payment:** Visa: XXXXXXXXXXXX2309 **$431.20**

| Total Air | Base Fare | U.S. Taxes | PFC | Security Fee[1] | Passenger(s) | Total |
|---|---|---|---|---|---|---|
| BWI - MDW<br>MDW - BWI | $381.40 | $35.80 | $9.00 | $5.00 | 1 | **$431.20** |

[1] Security Fee is the government-imposed September 11th Security Fee.

**Please visit Travel Tools, where you can subscribe to Flight Status Messaging or find Policies, Travel Tips, and other Tools to manage your reservation. For your convenience, you are now able to check flight information using our automated phone service by calling 1-888-SWA-TRIP.**

### Snack Service

If your flight segment is less than 600 miles in length, you will be served peanuts/pretzels. On nonstop flight segments that are 601 to 1270 miles long, you will be served a packaged snack appropriate to the time of day for your travel. On flights longer than 1271 miles, a travel snack box will be served. Southwest Airlines does not serve sandwiches or meals; however, you may bring something to eat onboard.

**CHECKIN REQUIREMENTS AND REFUND INFORMATION**

- Southwest Airlines Ticketless Travel is nontransferable. Government-issued photo identification is required at time of checkin.
- **Customer Checkin Requirement:**
  Flights Operated by Southwest Airlines - Customers who do not claim their reservations at the departure gate

MySouthwest
SOUTHWEST.COM
Store travel preferences, purchase info and time on future bookings. Set up MySouthwest account now!

More Rooms.
More Choices.
A new hotel experience has arrived at southwest.com.








01/28/09 17:57

SALES DRAFT

Your Profit Center Name Here
Address
City, State Zip Code
Phone Number

MERCH ID: 86959
CASHIER: Calven
TERMINAL: 302 Harry Caray'

Visa

NAME: SALGANIK/MARC
NUMBER: XXXXXXXXXXXX2309
EXPIRE: XX/XX
AUTH: 02547C
AMOUNT: 25.64

CHECK: 3021178
TABLE: 13

TOTAL: 25.64

GRATUITY: 5—

TOTAL: 30.64

I agree to pay above total amount according to my card issuer agreement.

X____________________
SIGNATURE

Customer Copy

Java City, B Terminal, BWI #54
If we did or did not exceed your expectations, we would like to hear from you. Please call 1-800-426-5971 ext 1021 or email wecare@mindspring.com

#0290 IN

| | | |
|---|---|---|
| 1 M CAPPUC | 3.69 | |
| 1 SCONE | 2.99 | |
| SUBTOTAL | | 6.68 |
| TAX TOTL | .40 | |
| **TOTAL** | | **7.08** |
| CASH | | 7.10 |
| CHANGE | | .02 |

AQUILA CSHR
0034 06:23 JAN 28'09 W/S#02 P1

2601 W. Peterson Ave. ■ Chicago, IL 60659
**773-907-0909**

$ 32 Date 1-28-09 Time

Received from

Cab fare from Midway To Tribune

Driver Cab no.

**Lost & Found**
ChicagoDispatcher.com

***Receipt advertising: ChicagoDispatcher.com***

**THANK YOU FOR RIDING WITH US**

# COLUMBIA CAB

Serving Howard County For Over 25 Years

DATE: 1-28-09 CAB NUMBER: 90

FROM: 10386 Eclipse Way

TO: BWI

FARE: $150.00 TIME: 6:04 AM

DRIVER SIGNATURE: Brian

**www.ColumbiaCabMd.com**
**410-880-6916 • 301-604-5800**

BWI Taxi Management, Inc.
BALTIMORE/WASHINGTON INTERNATIONAL AIRPORT
MARYLAND . . . 21240

410-859-1100
410-859-1102
Operator of

RECEIVED FROM:

NAME

TRANSPORTATION TO

DATE 01 28 2009

CAB NO. 101

| | | |
|---|---|---|
| METER FARE | | |
| BAGGAGE | | |
| TOLLS | | |
| OTHER | 58 | |
| TIP | | |
| TOTALS | | |

Chauffeur

Please refer to rate schedules posted in each taxicab. Should you have any questions regarding lost articles or service, please call BWI Taxi Management, Inc. (410-859-1102) or the Maryland Aviation Administration (410-859-7033). Thank you.

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
**www.yellowcabchicago.com**

$34 1-28-09
$ Time Date

Received from:

Cab fare from: Tribune Tower

To: Midway

Driver:

Cab #:

Account #:

***Thank you for riding with us!***

312-243-2537 312-829-4222