# EXHIBIT A

## (Fee Statement)

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765338

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending December 31, 2008 | $28,188.50 |
| Costs incurred and advanced | 22.25 |
| **Current Fees and Costs** | **$28,210.75** |
| **Total Balance Due** | **$28,210.75** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765338

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $28,188.50 |
| Costs incurred and advanced | 22.25 |
| **Current Fees and Costs Due** | **$28,210.75** |
| **Total Balance Due** | **$28,210.75** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                              February 23, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                       Please refer to
Chicago, IL  60611-4096                      Invoice Number: 1765338

Attn:  David Eldersveld, Esq.                PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

**Post-Petition General Matter**                                          $28,188.50

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/17/08 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/18/08 | RPR | Review Tribune Company case docket, prepare and circulate updated list of recent filings to team attorneys (0.1); compile and forward copy of US Trustee's notice appointing creditors' committee to team attorneys (0.1) | 0.20 | 305.00 | 61.00 |
| 12/19/08 | DRB5 | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 60.00 | 6.00 |
| 12/19/08 | RPR | Review Tribune Company case docket, prepare and circulate updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/22/08 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys | 0.10 | 305.00 | 30.50 |
| 12/23/08 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/24/08 | RPR | Review Chicago Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/26/08 | RPR | Review Chicago Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/29/08 | RPR | Review Chicago Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/30/08 | RPR | Review Chicago Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 305.00 | 30.50 |
| 12/31/08 | RPR | Review Chicago Tribune case docket, compile and forward updated list of recent filings (0.1); circulate US Trustee's amended notice appointing creditors' committee to team attorneys (0.1) | 0.20 | 305.00 | 61.00 |
| **Subtotal: B110   Case Administration** | | | **1.40** | | **402.50** |

### B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/08/08 | KDN | Telephone call with accounting regarding information for retention application (0.2); review retention application information with D. Perlman (0.1) | 0.30 | 605.00 | 181.50 |

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/10/08 | HUJ | Review emails from R. Chesley and K. Kansa of Sidley & Austin concerning Paul Hastings' retention application (0.1); review Sidley & Austin's form of retention agreement (0.6); review debtors' first day motions for background, caption and notice sections (0.3); review affidavit of Tribune CFO in support of first day motions regarding same (1.0); review joint administration motion (0.1); prepare Paul Hastings' retention application (2.9) | 5.00 | 405.00 | 2,025.00 |
| 12/11/08 | HUJ | Meeting with R. Chesley regarding Paul Hasting's retention application (0.4); further review affidavit of Tribune CFO in support of first day motions for information regarding same (0.2); prepare application to retain Paul Hastings as general counsel (5.2) | 5.80 | 405.00 | 2,349.00 |
| 12/12/08 | HUJ | Review comments regarding Paul Hastings' retention application from R. Chesley (0.5); revise Paul Hastings' retention application (1.7) | 2.20 | 405.00 | 891.00 |
| 12/15/08 | HUJ | Revise application to retain Paul Hastings (0.4); conference with R. Rosen regarding same (0.1) | 0.50 | 405.00 | 202.50 |
| 12/15/08 | KDN | Discuss retention application with D. Perlman (0.1); discuss retention application information with R. Rosen (0.1) | 0.20 | 605.00 | 121.00 |
| 12/15/08 | RPR | Work on preparing exhibit to Paul Hastings' retention application (1.3) | 1.30 | 305.00 | 396.50 |
| 12/17/08 | HUJ | Respond to e-mail with K. Newmarch regarding information for retention application (0.4) | 0.40 | 405.00 | 162.00 |
| 12/17/08 | KDN | Draft responsive email to R. Rosen regarding retention application information (0.1) | 0.10 | 605.00 | 60.50 |

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | RPR | Work on Paul Hastings retention application (4.7) | 4.70 | 305.00 | 1,433.50 |
| 12/18/08 | HUJ | Review D. Perlman's comments to retention application (0.1); revise retention application (0.2); conference (0.2) and email correspondence with R. Rosen regarding retention application (0.1) | 0.60 | 405.00 | 243.00 |
| 12/18/08 | KDN | Draft responsive e-mail to H. Jimenez regarding retention application (0.1) | 0.10 | 605.00 | 60.50 |
| 12/18/08 | RPR | Work on Paul Hastings retention application (5.2) | 5.20 | 305.00 | 1,586.00 |
| 12/19/08 | HUJ | Prepare emails to R. Chesley (0.2), K. Newmarch (0.2) and R. Rosen (0.1) regarding conflicts disclosure chart for retention application | 0.50 | 405.00 | 202.50 |
| 12/19/08 | KDN | Discuss retention application information with R. Rosen (0.1) | 0.10 | 605.00 | 60.50 |
| 12/19/08 | RAC6 | Review retention and related matters (0.3) | 0.30 | 825.00 | 247.50 |
| 12/19/08 | RPR | Work on Paul Hastings retention application exhibit (5.0) | 5.00 | 305.00 | 1,525.00 |
| 12/23/08 | HUJ | Respond to email correspondence with R. Chesley regarding Paul Hastings' retention application (0.5); revise same (2.1); email accounting department regarding information for same (0.2); email correspondence with K. Newmarch regarding same (0.2) | 3.00 | 405.00 | 1,215.00 |
| 12/23/08 | RAC6 | Revise retention application (0.4) | 0.40 | 825.00 | 330.00 |
| 12/24/08 | HUJ | Review comments from K. Kansa of Sidley & Austin regarding Paul Hastings' retention application (0.2); revise same (0.2) | 0.40 | 405.00 | 162.00 |
| 12/24/08 | RAC6 | Revise retention application (0.4) | 0.40 | 825.00 | 330.00 |

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | Subtotal:  B160   Fee/ Employment Applications | 36.50 | | 13,784.50 |

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/08/08 | DJP2 | Call with S. Pater regarding initial lease matters (0.9); review Tribune letter to business units (0.6) | 1.50 | 725.00 | 1,087.50 |
| 12/16/08 | RAC6 | Telephone call with D. Perlman, S. Pater and Mr. Kansa and others regarding real estate overview (1.2); review lease materials and related matters (0.4) | 1.60 | 825.00 | 1,320.00 |
| 12/17/08 | DJP2 | Call with D. Eldersveld (0.2); follow up call with S. Pater (1.0) | 1.20 | 725.00 | 870.00 |
| 12/18/08 | DJP2 | Call with client regarding payment of bills from landlords (0.8); review new lease issues (0.3); review lease amendments (0.3) | 1.40 | 725.00 | 1,015.00 |
| | | Subtotal:  B185   Assumption/ Rejection of Leases and Contracts | 5.70 | | 4,292.50 |

**B210   Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/22/08 | TSW | Review change in control and ownership (0.7); telephone conference with J. Rheeling regarding same (0.1) | 0.80 | 815.00 | 652.00 |
| | | Subtotal:  B210   Business Operations | 0.80 | | 652.00 |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/08/08 | RAC6 | Telephone call with D. Perlman regarding real estate analysis (0.2); respond to inquiries regarding same (0.2) | 0.40 | 825.00 | 330.00 |

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/12/08 | JSR6 | Prepare for (0.4) and attend meeting with S. Pater, K. Hackett, D. Perlman and R. Chesley regarding various rights and obligations of Tribune Company with respect to owned and leased real estate (1.3) | 1.70 | 645.00 | 1,096.50 |
| 12/12/08 | RAC6 | Participate in real estate meeting (1.3) | 1.30 | 825.00 | 1,072.50 |
| 12/16/08 | DJP2 | Conference call with S. Pater and bankruptcy attorney (1.8) | 1.80 | 725.00 | 1,305.00 |
| 12/17/08 | JSR6 | Telephone conference with S. Pater and D. Perlman regarding real estate matters (1.0) | 1.00 | 645.00 | 645.00 |
| 12/22/08 | JSR6 | Telephone conference with S. Pater regarding title searches for Tribune-owned real estate (0.3); review title search results for the following owned real estate (1.0) | 1.30 | 645.00 | 838.50 |
| 12/22/08 | RAC6 | Participate in real estate tax call (0.4); analysis of landlord issues (0.5) | 0.90 | 825.00 | 742.50 |
| 12/29/08 | JSR6 | Research matters regarding ownership of Tribune properties (1.0) | 1.00 | 645.00 | 645.00 |
| 12/29/08 | RAC6 | Communications with S. Pater, D. Perlman, T. Chandran and G. Spitzer regarding sub-tenant issues (0.6) | 0.60 | 825.00 | 495.00 |
| 12/30/08 | JSR6 | Telephone conference with S. Pater of Tribune Company (0.8) | 0.80 | 645.00 | 516.00 |
| 12/31/08 | JSR6 | Review title search results for Tribune owned real estate (1.3); telephone conference with S. Pater regarding same (0.7) | 2.00 | 645.00 | 1,290.00 |
| | **Subtotal: B250   Real Estate** | | **12.80** | | **8,976.00** |

**B410   General Bankruptcy Advice/Opinions**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

Tribune Company
75245-00001
Invoice No. 1765338

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | HUJ | Prepare email to D. Perlman regarding latest draft of retention application (0.2) | 0.20 | 405.00 | 81.00 |
| **Subtotal:** | | **B410   General Bankruptcy Advice/ Opinions** | **0.20** | | **81.00** |

Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765385

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Conflict

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $4,770.00 |
| Current Fees and Costs Due | $4,770.00 |
| Total Balance Due | $4,770.00 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  Swift Code: BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  515 South Flower Street
  25th Floor
  Los Angeles, CA  90071-2228

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**Paul** *Hastings*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765385

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Conflict

Legal fees for professional services
for the period ending December 31, 2008                                    $4,770.00
                              **Current Fees and Costs Due**                **$4,770.00**
                              **Total Balance Due**                          **$4,770.00**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  Swift Code: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  515 South Flower Street
  25th Floor
  Los Angeles, CA 90071-2228

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765385

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

<u>34th Street Lease</u>         $4,770.00

**B130  Asset Disposition**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | DJP2 | Review issues regarding 34th Street property (0.8) | 0.80 | 725.00 | 580.00 |
| | | **Subtotal:  B130   Asset Disposition** | **0.80** | | **580.00** |

**B185  Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/31/08 | DJP2 | Review bankruptcy issues for lease rejection (0.8) | 0.80 | 725.00 | 580.00 |
| | | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | **0.80** | | **580.00** |

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/09/08 | DJP2 | Call with client regarding status of lease (0.6) | 0.60 | 725.00 | 435.00 |
| 12/10/08 | DJP2 | Call with counsel for landlord regarding lease (0.4) | 0.40 | 725.00 | 290.00 |

Tribune Company
75245-00002
Invoice No. 1765385

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | TJC3 | Conference with D. Perlman regarding structure of 34th Street lease (0.3); review 34th Street lease and correspondence with D. Perlman regarding same (0.9) | 1.20 | 560.00 | 672.00 |
| 12/18/08 | GES3 | Conference with T. Chandran (0.1) and research regarding option agreement and enforceability (0.4) | 0.50 | 765.00 | 382.50 |
| 12/29/08 | GES3 | Conference with T. Chandran regarding 34th Street sublease and Bank of New York requests (0.2); review lease documentation regarding same (0.5); conference with T. Chandran regarding same (0.2); review option memorandum and cases (0.6) | 1.50 | 765.00 | 1,147.50 |
| 12/30/08 | GES3 | Review memorandum and cases regarding purchase option question (0.4); conference with T. Chandran regarding same (0.2) | 0.60 | 765.00 | 459.00 |
| 12/31/08 | TJC3 | Conference with D. Perlman and G. Spitzer regarding 34th Street lease (0.4) | 0.40 | 560.00 | 224.00 |
| | **Subtotal:  B250    Real Estate** | | **5.20** | | **3,610.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.60 | 725.00 | 1,885.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 2.60 | 765.00 | 1,989.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.60 | 560.00 | 896.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765386

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Conflict

| | |
|---|---|
| Legal fees for professional services for the period ending December 31, 2008 | $12,538.50 |
| Current Fees and Costs Due | $12,538.50 |
| Total Balance Due | $12,538.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  Swift Code: BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  515 South Flower Street
  25th Floor
  Los Angeles, CA  90071-2228

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

# Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
           Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765386

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Conflict

Legal fees for professional services
for the period ending December 31, 2008

|  |  |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $12,538.50 |
| **Current Fees and Costs Due** | $12,538.50 |
| **Total Balance Due** | $12,538.50 |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address:  0959
    Swift Code: BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    515 South Flower Street
    25th Floor
    Los Angeles, CA  90071-2228

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 26th Floor, Los Angeles, CA 90071-2228
telephone 213-683-6000 / facsimile 213-627-0705 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765386

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

**Lease Rejections**                                                                                    $12,538.50

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | DJP2 | Review information regarding general lease rejections (0.7) | 0.70 | 725.00 | 507.50 |
| 12/18/08 | DJP2 | Call with client (0.3); review list of rejected leases (0.1) | 0.40 | 725.00 | 290.00 |
| 12/19/08 | DJP2 | Review issues on option to purchase in lease (0.6); conference with client regarding issues on lease rejection (0.6) | 1.20 | 725.00 | 870.00 |
| 12/30/08 | RAC6 | Telephone call with K. Kansa, S. Pater and G. Spitzer regarding lease rejection and sub-tenancy matters (0.8) | 0.80 | 825.00 | 660.00 |
| Subtotal:  B185   Assumption/ Rejection of Leases and Contracts | | | **3.10** | | **2,327.50** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | DJP2 | Review materials regarding lease rejections (1.6);  follow-up call with S. Pater regarding same (1.7) | 3.30 | 725.00 | 2,392.50 |

Tribune Company
75245-00003
Invoice No. 1765386

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | TJC3 | Review correspondence from D. Perlman regarding Tribune lease rejection analysis (0.1); review Tribune diligence regarding same (0.5); telephone conference with Tribune regarding same (0.8); conference with G. Spitzer and J. Rheeling regarding same (0.8); prepare agenda for call regarding lease rejections (1.5) | 3.70 | 560.00 | 2,072.00 |
| 12/17/08 | GES3 | Correspondence with K. Hackett, D. Eldersveld and D. Perlman regarding Tribune lessor questions (0.2) | 0.20 | 765.00 | 153.00 |
| 12/18/08 | GES3 | Review lease rejection list (0.3) | 0.30 | 765.00 | 229.50 |
| 12/22/08 | GES3 | Telephone conference with S. Pater and R. Chesley regarding owned property lease questions, taxes and real estate procedures (0.7); review correspondence regarding proposed lessor lease transactions (0.2); telephone conference with R. Chesley regarding status, court approval of lessor transaction (0.2); review correspondence with K. Kansa regarding lessor projects (0.1) | 1.20 | 765.00 | 918.00 |
| 12/23/08 | GES3 | Review correspondence from K. Kansa and S. Pater regarding leases/issue (0.2); correspondence with R. Chesley regarding same (0.2); conference with T. Chandran regarding asset purchase transaction, lease rejection and other obligations (0.3) | 0.70 | 765.00 | 535.50 |
| 12/23/08 | TJC3 | Telephone conference (0.2) and correspondence with S. Pater regarding rejection of leases (0.5) | 0.70 | 560.00 | 392.00 |
| 12/29/08 | GES3 | Correspondence with S. Pater and R. Chesley regarding sublease issues (0.3); review background materials regarding same (0.5) | 0.80 | 765.00 | 612.00 |

Tribune Company
75245-00003
Invoice No. 1765386

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/29/08 | TJC3 | Review matters regarding lease rejection issue (0.8); review matters regarding rejection of leases (1.6); telephone conference (0.3) and correspondence with S. Pater regarding same (0.5) | 3.20 | 560.00 | 1,792.00 |
| 12/30/08 | GES3 | Telephone conference with S. Pater, K. Kansa, R. Chesley and T. Chandran regarding lease rejection issues, sublease arrangements and other related issues (0.5) | 0.50 | 765.00 | 382.50 |
| 12/30/08 | TJC3 | Telephone conference with S. Pater regarding lease rejection (0.6) | 0.60 | 560.00 | 336.00 |
| 12/31/08 | GES3 | Correspondence with S. Pater and T. Hill regarding lease rejections (0.2) | 0.20 | 765.00 | 153.00 |
| | **Subtotal:  B250   Real Estate** | | **15.40** | | **9,968.00** |

**B410   General Bankruptcy Advice/Opinions**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/29/08 | HUJ | Respond to email correspondence with R. Chesley regarding subtenants' rights upon rejection of prime leases (0.3); conference with T. Chandran regarding the same (0.3) | 0.60 | 405.00 | 243.00 |
| | **Subtotal:  B410   General Bankruptcy Advice/ Opinions** | | **0.60** | | **243.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 5.60 | 725.00 | 4,060.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 3.90 | 765.00 | 2,983.50 |
| RAC6 | Richard A. Chesley | PARTNER | 0.80 | 825.00 | 660.00 |
| HUJ | Hilla U. Jimenez | ASSOCIATE | 0.60 | 405.00 | 243.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 8.20 | 560.00 | 4,592.00 |

Tribune Company
75245-00003
Invoice No. 1765386

| | |
|---|---|
| Current Fees and Costs | $12,538.50 |
| Total Balance Due | $12,538.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul*Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765341

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $9,583.00 |
| Current Fees and Costs Due | $9,583.00 |
| Total Balance Due | $9,583.00 |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765341

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $9,583.00 |
| **Current Fees and Costs Due** | $9,583.00 |
| **Total Balance Due** | $9,583.00 |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
         Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765341

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

Real Estate Renewal Matters                                                        $9,583.00

**B120   Asset Analysis and Recovery**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/19/08 | RAC6 | Meeting with G. Spitzer and D. Perlman regarding lessor analysis (0.5) | 0.50 | 825.00 | 412.50 |
| | | **Subtotal:  B120   Asset Analysis and Recovery** | **0.50** | | **412.50** |

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | JSR6 | Telephone conference with S. Pater, K. Hackett, D. Perlman, G. Spitzer and T. Chandran regarding Tribune's leased real estate (1.2) | 1.20 | 645.00 | 774.00 |
| 12/16/08 | LW9 | Legal research regarding lease rejection where debtor is lessor (2.5) | 2.50 | 350.00 | 875.00 |
| 12/17/08 | LW9 | Legal research regarding lease rejection where debtor is lessor (1.3) | 1.30 | 350.00 | 455.00 |
| 12/17/08 | TJC3 | Conference with L. Weiss regarding research on rejection of leases where debtor is lessor and preservation of lessee purchase option and address matters regarding same (1.1) | 1.10 | 560.00 | 616.00 |

Tribune Company
75245-00005
Invoice No. 1765341

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/18/08 | TJC3 | Conference with L. Weiss regarding research on rejection of leases in bankruptcy by debtor-lessor (0.6); review case law regarding same (0.4) | 1.00 | 560.00 | 560.00 |
| 12/19/08 | TJC3 | Review memorandum regarding law on rejection of leases by debtor-lessor (0.3); conference with L. Weiss regarding same (0.3); conference with G. Spitzer regarding same (0.2) | 0.80 | 560.00 | 448.00 |
| 12/22/08 | TJC3 | Conference with G. Spitzer regarding research on rejection of leases by debtor-lessor (0.3) | 0.30 | 560.00 | 168.00 |
| **Subtotal: B185  Assumption/ Rejection of Leases and Contracts** | | | **8.20** | | **3,896.00** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | GES3 | Review information regarding lease summaries (0.4); preparation in telephone conference with Tribune working group, D. Perlman and T. Chandran regarding status of leases and bankruptcy coordination (1.2); conference with D. Perlman regarding lease strategies (0.2); revise correspondence regarding lease issues (0.2); conference with T. Chandran regarding lease summary and lease issues (0.2); review Delaware bankruptcy materials regarding rent payments and security deposit questions (1.2) | 3.40 | 765.00 | 2,601.00 |

Tribune Company
75245-00005
Invoice No. 1765341

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | GES3 | Review lease documents and summary materials in preparation for conference call (0.4); conference call with S. Pater, J. Stempel, D. Perlman and T. Chandran regarding lease renewal and extension issues, negotiation of lease terms, rent payment and other lease obligations (0.8) | 1.20 | 765.00 | 918.00 |
| 12/18/08 | GES3 | Review questions from S. Pater regarding lease payments and draft responses regarding same (0.7); telephone conference with S. Pater, D. Perlman and K. Hackett regarding real estate questions (0.5) | 1.20 | 765.00 | 918.00 |
| 12/19/08 | GES3 | Conference with D. Perlman and R. Chesley regarding ordinary course payments for lessor expenses (0.3); review and draft correspondence with S. Pater regarding lease questions (0.2) | 0.50 | 765.00 | 382.50 |
| 12/19/08 | LW9 | Legal research regarding a lessee's ability to exercise an option to purchase the leased premises on a post-petition basis (0.5); prepare memorandum outlining legal research (0.5) | 1.00 | 350.00 | 350.00 |
| 12/19/08 | LW9 | Conference with T. Chandran regarding the option to purchase provision (0.3) | 0.30 | 350.00 | 105.00 |
| | **Subtotal: B250  Real Estate** | | **7.60** | | **5,274.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|------|
| GES3 | Gregory E. Spitzer | PARTNER | 6.30 | 765.00 | 4,819.50 |
| RAC6 | Richard A. Chesley | PARTNER | 0.50 | 825.00 | 412.50 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.20 | 645.00 | 774.00 |
| LW9 | Leah Weiss | ASSOCIATE | 5.10 | 350.00 | 1,785.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 3.20 | 560.00 | 1,792.00 |

Tribune Company
75245-00005
Invoice No. 1765341

|  |  |
|---|---|
| Current Fees and Costs | $9,583.00 |
| Total Balance Due | $9,583.00 |

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765342

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $5,303.00 |
| Current Fees and Costs Due | $5,303.00 |
| Total Balance Due | $5,303.00 |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address: 0959
   SWIFT Address: BOFAUS3N
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

February 23, 2009

Please refer to
Invoice Number: 1765342

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

Legal fees for professional services
for the period ending December 31, 2008 | $5,303.00
Current Fees and Costs Due | $5,303.00
Total Balance Due | $5,303.00

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Paul|Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765342

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

Real Estate Taxation Matters        $5,303.00

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | DJP2 | Conference call with bankruptcy attorneys regarding property tax payments and other lease issues (0.9); review tax issues on 1031 (0.2) | 1.10 | 725.00 | 797.50 |
| | | Subtotal: B185  Assumption/ Rejection of Leases and Contracts | 1.10 | | 797.50 |

**B240   Tax Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/16/08 | FT3 | Tax analysis, research regarding impact of chapter 11 (3.2); conference with T. Wisialowski regarding same (0.3) | 3.50 | 590.00 | 2,065.00 |
| 12/16/08 | TSW | Telephone conference with D.Perlman regarding tax consequences of chapter 11 (0.2); conference with F. Thomma regarding research regarding same (0.1) | 0.30 | 815.00 | 244.50 |
| 12/18/08 | RAC6 | Meeting with D. Perlman regarding tax analysis (0.2); review same (0.2) | 0.40 | 825.00 | 330.00 |

Tribune Company
75245-00006
Invoice No. 1765342

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | Subtotal: B240 Tax Issues | | 4.20 | | 2,639.50 |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | GES3 | Conference call with K. Kensa and D. Eldersveld regarding lease rejection, rent payments, property tax payments and other lease issues (0.9) | 0.90 | 765.00 | 688.50 |
| 12/17/08 | RAC6 | Participate in real estate status call with client, Sidley & Austin, D. Perlman and G. Spitzer (0.9) | 0.90 | 825.00 | 742.50 |
| 12/18/08 | DJP2 | Review tax issues relating to leased properties (0.6) | 0.60 | 725.00 | 435.00 |
| | Subtotal: B250   Real Estate | | 2.40 | | 1,866.00 |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.70 | 725.00 | 1,232.50 |
| GES3 | Gregory E. Spitzer | PARTNER | 0.90 | 765.00 | 688.50 |
| RAC6 | Richard A. Chesley | PARTNER | 1.30 | 825.00 | 1,072.50 |
| TSW | Thomas S. Wisialowski | PARTNER | 0.30 | 815.00 | 244.50 |
| FT3 | Friedemann Thomma | ASSOCIATE | 3.50 | 590.00 | 2,065.00 |

| | | |
|---|---|---|
| Current Fees and Costs | | $5,303.00 |
| Total Balance Due | | $5,303.00 |

**Paul** *Hastings*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                          February 23, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                   Please refer to
Chicago, IL  60611-4096                  Invoice Number: 1765343

Attn:  David Eldersveld, Esq.            PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

L.A. Times
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $8,723.50 |
| **Current Fees and Costs Due** | $8,723.50 |
| **Total Balance Due** | **$8,723.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765343

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

L.A. Times
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $8,723.50 |
| **Current Fees and Costs Due** | $8,723.50 |
| **Total Balance Due** | $8,723.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765343

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

L.A. Times                                                                                  $8,723.50

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/09/08 | EP3 | Correspondence with team regarding case management issues (0.5) | 0.50 | 575.00 | 287.50 |
| 12/09/08 | MBM | Emails with P. Garry regarding case management meeting (0.6) | 0.60 | 795.00 | 477.00 |
| 12/10/08 | EP3 | Correspondence with team attorneys regarding case management (0.5) | 0.50 | 575.00 | 287.50 |
| 12/15/08 | EP3 | Correspondence with team attorneys regarding case management meeting to discuss subdivision (0.5) | 0.30 | 575.00 | 172.50 |
| 12/15/08 | MBM | Emails to P. Garry regarding case management meeting (0.5) | 0.50 | 795.00 | 397.50 |
| Subtotal:  B110   Case Administration | | | 2.40 | | 1,622.00 |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/17/08 | MBM | Telephone conference with D. Perlman regarding subdivision issues (0.3) | 0.30 | 795.00 | 238.50 |
| 12/18/08 | DJP2 | Review subdivision issue (0.6) | 0.60 | 725.00 | 435.00 |

Tribune Company
75245-00008
Invoice No. 1765343

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/19/08 | MBM | Draft email to S. Pater regarding subdivision issues (1.3) | 1.30 | 795.00 | 1,033.50 |
| 12/21/08 | MBM | Review subdivision memo (0.6); draft email to S. Pater regarding open issues involved (0.7) | 1.30 | 795.00 | 1,033.50 |
| 12/22/08 | EP3 | Analyze contract (0.8); correspondence regarding same (0.2) | 1.00 | 575.00 | 575.00 |
| 12/22/08 | JSR6 | Telephone conference with S. Pater regarding California change of ownership form for Los Angeles Times property (0.2) | 0.20 | 645.00 | 129.00 |
| 12/22/08 | MBM | Review memos and subdivision issues (1.2); email to S. Pater regarding same (0.7); review Psomas contract (0.3); email to S. Pater regarding status of Psomas contract (0.4) | 2.60 | 795.00 | 2,067.00 |
| 12/30/08 | MBM | Participate in conference call with S. Pater regarding subdivision issues (1.3) | 1.30 | 795.00 | 1,033.50 |
| 12/31/08 | MBM | Attend conference call with P. Garry regarding status of application (0.4); attend conference call with C. Blair regarding status of subdivision process (0.3) | 0.70 | 795.00 | 556.50 |
| | Subtotal: B250   Real Estate | | 9.30 | | 7,101.50 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.60 | 725.00 | 435.00 |
| MBM | Mitchell B. Menzer | PARTNER | 8.60 | 795.00 | 6,837.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.20 | 645.00 | 129.00 |
| EP3 | Elisa Paster | ASSOCIATE | 2.30 | 575.00 | 1,322.50 |

| Current Fees and Costs | | | | | $8,723.50 |
|---|---|---|---|---|---|

Tribune Company
75245-00008
Invoice No. 1765343

    **Total Balance Due**                                    $8,723.50

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765344

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Project Jewel**
PHJ&W LLP File# 75245-00009
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $14,249.50 |
| **Current Fees and Costs Due** | **$14,249.50** |
| **Total Balance Due** | **$14,249.50** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address: 0959
    SWIFT Address: BOFAUS3N
    100 West 33rd Street
    New York, New York 10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765344

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Project Jewel**
PHJ&W LLP File# 75245-00009
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $14,249.50 |
| Current Fees and Costs Due | $14,249.50 |
| Total Balance Due | $14,249.50 |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address:  0959
    SWIFT Address:  BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

February 23, 2009

Please refer to
Invoice Number: 1765344

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

**Project Jewel**                                                                                           $14,249.50

**B241  Environmental Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/11/08 | MFL2 | Prepare draft schedules (0.8) and compare to previously previewed schedules (0.8); conference with T. Mounteer regarding same (0.2) | 1.80 | 495.00 | 891.00 |
| 12/11/08 | TRM | Review schedules received from Munger Tolles (0.7); review status with D. Perlman and T. Chandran (0.1); revise draft markup of seller's draft environmental disclosure schedules (0.5); discuss same with M. Lukens (0.2) | 1.50 | 730.00 | 1,095.00 |
| 12/12/08 | TRM | Communications with T. Chandran regarding schedules (0.3) | 0.30 | 730.00 | 219.00 |
| 12/16/08 | TRM | Communications with Sidley regarding schedules (0.3) | 0.30 | 730.00 | 219.00 |
| 12/22/08 | MFL2 | Review email from T. Mounteer regarding new drafts of asset purchase agreement (0.2) | 0.20 | 495.00 | 99.00 |

LEGAL_US_E # 82802249.4

Tribune Company
75245-00009
Invoice No. 1765344

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/22/08 | TRM | Review M. Lukens' report on posting of boiler permit and non-effect on schedules (0.8); review seller's markup of asset purchase agreement (0.8); review T. Chandran and M. Lukens emails regarding same (0.2) | 1.80 | 730.00 | 1,314.00 |
| 12/23/08 | MFL2 | Review, compare redline version of draft asset purchase agreement to earlier versions (0.8); prepare email to T. Mounteer reviewing environmental issues (0.4) | 1.20 | 495.00 | 594.00 |
| 12/26/08 | MFL2 | Review revisions to draft asset purchase agreement prepared by Sidley (0.4); prepare email correspondence to T. Mounteer regarding same (0.1) | 0.50 | 495.00 | 247.50 |
| | Subtotal: B241  Environmental Issues | | 7.60 | | 4,678.50 |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/08/08 | TRM | Review, respond to emails from S. Peter, J. Coppoletta, M. Anderson, and T. Chandran (0.5) | 0.50 | 730.00 | 365.00 |
| 12/09/08 | DJP2 | Review issues related to the asset purchase agreement (0.7) | 0.70 | 725.00 | 507.50 |
| 12/09/08 | TJC3 | Review revised Project Jewel asset purchase agreement, correspondence with Sidley Austin regarding same (0.9); telephone conference with D. Perlman regarding same (0.4); correspondence with J. Coppoletta of Sidley regarding revisions to asset purchase agreement (0.5) | 1.80 | 560.00 | 1,008.00 |
| 12/09/08 | TRM | Review new version of APA from Sidley (0.5) | 0.50 | 730.00 | 365.00 |

Tribune Company
75245-00009
Invoice No. 1765344

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/11/08 | TJC3 | Review correspondence regarding disclosure schedules (0.3); mark up disclosure schedules (1.7); conference with D. Perlman regarding same (0.2); telephone conference with J. Coppoletta regarding same (0.3) | 2.50 | 560.00 | 1,400.00 |
| 12/12/08 | TJC3 | Telephone conference with client and Sidley Austin regarding disclosure schedules to Project Jewel asset purchase agreement (1.2); markup schedules to asset purchase agreement (0.4); correspondence with S. Pater regarding same (0.2) | 1.80 | 560.00 | 1,008.00 |
| 12/15/08 | TJC3 | Review correspondence from S. Pater regarding Project Jewel purchase agreement disclosure schedules (0.2); correspondence with Sidley Austin regarding same (0.1) | 0.30 | 560.00 | 168.00 |
| 12/19/08 | DJP2 | Review asset purchase agreement (1.3) | 1.30 | 725.00 | 942.50 |
| 12/22/08 | TJC3 | Review diligence matters regarding Project Jewel bid (0.2); review correspondence regarding purchase agreement (0.3) | 0.50 | 560.00 | 280.00 |
| 12/23/08 | JSR6 | Meeting with T. Chandran regarding seller's revisions to asset purchase agreement (0.3); review revised asset purchase agreement (0.4); telephone conference with S. Pater and T. Chandran regarding revised asset purchase agreement (0.3) | 1.00 | 645.00 | 645.00 |
| 12/23/08 | TJC3 | Review matters regarding asset purchase agreement for Project Jewel transaction (1.3); telephone conference, correspondence with S. Pater regarding same (1.1); correspondence, telephone conference with Sidley Austin regarding same (0.4); review matters regarding surveys for Jewel sites (0.3) | 3.10 | 560.00 | 1,736.00 |

Tribune Company
75245-00009
Invoice No. 1765344

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/24/08 | GES3 | Review correspondence regarding due diligence matters for Project Jewel transaction (0.2); conference, correspondence with R. Chesley and T. Chandran regarding same (0.2) | 0.40 | 765.00 | 306.00 |
| 12/24/08 | TJC3 | Review matters regarding revised asset purchase agreement (0.5); review matters regarding surveys for owned real property (0.4); telephone conference with S. Pater regarding Project Jewel matters (0.6) | 1.50 | 560.00 | 840.00 |
| Subtotal: B250   Real Estate | | | 15.90 | | 9,571.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.00 | 725.00 | 1,450.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 0.40 | 765.00 | 306.00 |
| TRM | Thomas R. Mounteer | PARTNER | 4.90 | 730.00 | 3,577.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 645.00 | 645.00 |
| MFL2 | Michael F. Lukens | ASSOCIATE | 3.70 | 495.00 | 1,831.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 11.50 | 560.00 | 6,440.00 |

|  |  |
|--|--|
| Current Fees and Costs | $14,249.50 |
| Total Balance Due | $14,249.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul *Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765345

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $362.50 |
| Costs incurred and advanced | 8.20 |
| **Current Fees and Costs** | **$370.70** |
| **Total Balance Due** | **$370.70** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765345

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending December 31, 2008 | $362.50 |
| Costs incurred and advanced | 8.20 |
| **Current Fees and Costs Due** | **$370.70** |
| **Total Balance Due** | **$370.70** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

February 23, 2009

Please refer to
Invoice Number: 1765345

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2008

<u>St. Louis</u>                                                                                                                   $362.50

B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 12/12/08 | DJP2 | Work on structuring deal to sell St. Louis property (0.5) | 0.50 | 725.00 | 362.50 |
| | **Subtotal:  B250   Real Estate** | | **0.50** | | **362.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.50 | 725.00 | 362.50 |

Current Fees and Costs                                                                        $370.70
Total Balance Due                                                                               $370.70

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765541

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $54,144.00 |
| Costs incurred and advanced | 65.30 |
| **Current Fees and Costs** | $54,209.30 |
| **Prior Balance Due** | $28,210.75 |
| **Total Balance Due** | $82,420.05 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    February 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1765541

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $54,144.00 |
| Costs incurred and advanced | 65.30 |
| **Current Fees and Costs Due** | **$54,209.30** |
| **Prior Balance Due** | **$28,210.75** |
| **Total Balance Due** | **$82,420.05** |

**Wiring Instructions:**                  **Remittance Address:**
   Bank of America                           Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                          191 N. Wacker Drive
   CHIPS Address:  0959                       30th Floor
   SWIFT Address:  BOFAUS3N                   Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00001
Invoice No. 1765541

---

### REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765338 | $28,210.75 | $0.00 | $0.00 | $28,210.75 |

| | |
|---|---|
| **Total Prior Due** | $28,210.75 |
| **Balance Due** | $82,420.05 |

# Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765541

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

<u>Post-Petition General Matter</u>            $54,144.00

**B110   Case Administration**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/02/09 | DRB5 | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 60.00 | 6.00 |
| 01/05/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/06/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/07/09 | RPR | Review case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/08/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1); compile, forward requested case pleading to team attorney (0.1) | 0.20 | 320.00 | 64.00 |

LEGAL_US_E # 82802249.4

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/09/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/13/09 | DRB5 | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1); forward Jan. 15, 2009 hearing agenda to team attorneys (0.1) | 0.20 | 60.00 | 12.00 |
| 01/14/09 | DRB5 | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 60.00 | 6.00 |
| 01/16/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/20/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/21/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1); forward motion to extend section 345 requirements pleading to requesting team attorney (0.1) | 0.20 | 320.00 | 64.00 |
| 01/22/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/23/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/26/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/27/09 | RPR | Review Tribune Company case docket, prepare and submit updated list of recent filings to team attorneys (0.1); forward list of billing numbers and task codes to team attorneys (0.1) | 0.20 | 320.00 | 64.00 |
| 01/28/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/29/09 | RPR | Review Tropicana case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 01/30/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| **Subtotal: B110   Case Administration** | | | **2.20** | | **600.00** |

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/09 | DRB5 | Review Tribune case docket, compile and forward application to retain Paul Hastings to S. Park for preparation of supplemental affidavit of disinterestedness (0.4) | 0.40 | 60.00 | 24.00 |
| 01/13/09 | KDN | Discuss supplemental retention affidavit with K. Traxler (0.1); discuss supplemental retention affidavit information with D. Perlman (0.1); discuss supplemental retention affidavit with S. Park (0.2) | 0.40 | 635.00 | 254.00 |
| 01/13/09 | SSP2 | Draft R. Chesley's supplemental affidavit of disinterestedness (1.0) | 1.00 | 360.00 | 360.00 |
| 01/18/09 | RAC6 | Review U.S. Trustee memo regarding retention (0.3) | 0.30 | 895.00 | 268.50 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/09 | KDN | Draft email to K. Traxler regarding supplemental retention affidavit (0.1); discuss supplemental retention affidavit with D. Perlman (0.1); discuss fee application information with D. Perlman (0.1); discuss monthly fee application with R. Rosen (0.1); draft email to real estate associates regarding monthly fee application information (0.2) | 0.60 | 635.00 | 381.00 |
| 01/21/09 | KDN | Draft email to D. Perlman regarding retention application (0.1) | 0.10 | 635.00 | 63.50 |
| 01/23/09 | RAC6 | Prepare response to U.S. Trustee regarding retention issue (0.6) | 0.60 | 895.00 | 537.00 |
| 01/25/09 | RPR | Work on December billing statement (1.8) | 1.80 | 320.00 | 576.00 |
| 01/26/09 | RAC6 | Telephone call with D. Deutsch regarding retention matters (0.2); prepare materials for D. Deutsch regarding same (0.4) | 0.60 | 895.00 | 537.00 |
| 01/30/09 | KDN | Discuss retention application with R. Chesley (0.2) | 0.20 | 635.00 | 127.00 |
| 01/30/09 | RAC6 | Meeting with K. Newmarch regarding retention matters (0.3) | 0.30 | 895.00 | 268.50 |
| 01/31/09 | KDN | Telephone call with J. McMahan regarding Paul Hastings retention (0.1); telephone call with R. Chesley regarding retention application (0.1) | 0.20 | 635.00 | 127.00 |
| | | **Subtotal: B160 Fee/ Employment Applications** | **6.50** | | **3,523.50** |

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/09 | JSR6 | Review title search results, public records regarding Tribune real estate (3.3); telephone conference with C. Malone of Chicago Title regarding same (0.2) | 3.50 | 675.00 | 2,362.50 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/05/09 | JSR6 | Review additional title search results, public records regarding Tribune real property (1.8); prepare spreadsheet regarding list of ownership entities (2.7) | 4.50 | 675.00 | 3,037.50 |
| 01/06/09 | JSR6 | Continue to review title search results, public records regarding Tribune real property (1.8); update spreadsheet regarding same (1.2) | 3.00 | 675.00 | 2,025.00 |
| 01/07/09 | JSR6 | Review additional title search results, public records regarding the ownership entities for various Tribune owned real estate (4.0) | 4.00 | 675.00 | 2,700.00 |
| 01/08/09 | JSR6 | Review title searches and public records regarding Tribune real property (3.7); meeting with D. Perlman, R. Chesley, T. Chandran and G. Spitzer regarding real estate related bankruptcy issues (0.8) | 4.50 | 675.00 | 3,037.50 |
| 01/08/09 | JSR6 | Telephone conference with T. Wisialowski to review required documents to be completed regarding California real property interests (0.3); analyze issues regarding completing same (0.7) | 1.00 | 675.00 | 675.00 |
| 01/08/09 | RAC6 | Meeting with D. Perlman, G. Spitzer and T. Chandran regarding overview of real estate matters (0.8); meeting with K. Newmarch and S. Park regarding S. Pater affidavit (0.3) | 1.10 | 895.00 | 984.50 |
| 01/08/09 | TSW | Telephone conference with J. Rheeling regarding change in documents (0.3); review California State policy regarding issuance regarding same (0.2) | 0.50 | 865.00 | 432.50 |
| 01/09/09 | JSR6 | Review title search results and public records regarding Tribune owned real property (2.0) | 2.00 | 675.00 | 1,350.00 |
| 01/11/09 | RAC6 | Revise S. Pater affidavit in support of lease motion (0.9) | 0.90 | 895.00 | 805.50 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/12/09 | BVR | Review lease rejection issues with G. Spitzer (1.0) | 1.00 | 735.00 | 735.00 |
| 01/12/09 | GES3 | Review affidavit of S. Pater (0.1); telephone conference with S. Pater, K. Kansa, T. Hill, R. Chesley and D. Perlman regarding lessor property development issues (0.3) | 0.40 | 810.00 | 324.00 |
| 01/12/09 | JSR6 | Telephone conference with S. Pater regarding Tribune owned real estate (0.7); telephone conference with C. Malone of Chicago Title regarding title searches (0.2); research regarding Tribune owned real estate (1.7); review tax bills for Tribune owned real estate (1.4) | 4.00 | 675.00 | 2,700.00 |
| 01/12/09 | RAC6 | Meeting with D. Perlman, G. Spitzer and telephone call with S. Pater, T. Hill and K. Kansa regarding lessor matters (0.5) | 0.50 | 895.00 | 447.50 |
| 01/13/09 | JSR6 | Review title search results and public records regarding Tribune owned real property (2.1); conference with T. Chandran regarding same (0.8); update spreadsheet of Tribune owned real property (1.1) | 4.00 | 675.00 | 2,700.00 |
| 01/14/09 | JSR6 | Review title search results and public records regarding Tribune owned real property (1.9); telephone conference with C. Malone of Chicago Title regarding same (0.6); telephone conference with S. Pater regarding same (1.1) | 3.60 | 675.00 | 2,430.00 |
| 01/14/09 | JSR6 | Telephone conference with S. Pater, K. Hackett and G. Spitzer regarding Section 363 sales of real property (0.4) | 0.40 | 675.00 | 270.00 |
| 01/14/09 | RAC6 | Review lease analysis for S. Pater (0.3) | 0.30 | 895.00 | 268.50 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/09 | SET2 | Email correspondence with J. Porter at NCR regarding merger and name change information (0.2); email correspondence with J. Rheeling regarding the Delaware name change and merger information for WGNX, In.c, KHTV, Inc., Tribune Denver Radio, Inc., Tribune New York Radio, Inc., and Newport Media Accusations II, Inc. (0.3) | 0.50 | 300.00 | 150.00 |
| 01/14/09 | TJC3 | Conference with J. Rheeling regarding review of ownership of Tribune owned property (0.8); correspondence with S. Pater regarding same (0.4); review correspondence regarding same (0.3) | 1.50 | 580.00 | 870.00 |
| 01/15/09 | RAC6 | Review lease documents regarding analysis for S. Pater (0.4) | 0.40 | 895.00 | 358.00 |
| 01/15/09 | SET2 | Email correspondence with J. Porter at NCR regarding entity information for KHTV, Inc., Denver Television and Tribune Television Holdings, Inc. (0.1); email correspondence with J. Rheeling (0.1) and T. Chandran (0.1) regarding the entity information received | 0.30 | 300.00 | 90.00 |
| 01/15/09 | TJC3 | Review matters regarding ownership of Tribune real property (1.1) | 1.10 | 580.00 | 638.00 |
| 01/16/09 | RAC6 | Telephone call with D. Perlman regarding leasehold analysis (0.2) | 0.20 | 895.00 | 179.00 |
| 01/16/09 | SET2 | Email correspondence with J.Porter, J. Rheeling and T. Chandran regarding merger certificates and corporate documents for Denver Television, Inc. (0.5) | 0.50 | 300.00 | 150.00 |
| 01/16/09 | TJC3 | Review matters regarding Tribune real property with Chicago Title (1.2) | 1.20 | 580.00 | 696.00 |
| 01/19/09 | TJC3 | Work on matters regarding determination of ownership of Tribune real property (0.4) | 0.40 | 580.00 | 232.00 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/09 | DJP2 | Call with client to discuss options available on leases at other properties owned by client (0.6) | 0.60 | 790.00 | 474.00 |
| 01/20/09 | JSR6 | Telephone conference with K. Hackett regarding statement of change in control and ownership of legal entities from the State of California Board of Equalization (0.3) | 0.30 | 675.00 | 202.50 |
| 01/20/09 | JSR6 | Review on-going issues regarding identity of fee title holder of Tribune real estate (1.5) | 1.50 | 675.00 | 1,012.50 |
| 01/20/09 | JSR6 | Telephone conference with S. Pater, K. Kansa, T. Hill, R. Chesley, D. Perlman, G. Spitzer and J. Bender regarding options available for leased property (0.6) | 0.60 | 675.00 | 405.00 |
| 01/20/09 | RAC6 | Review lease information (0.2) and participate in telephone call with K. Kansas, T. Hill and S. Pater regarding same (0.4) | 0.60 | 895.00 | 537.00 |
| 01/20/09 | TJC3 | Work on matters regarding determination of ownership of Tribune real property (0.8); telephone conference with S. Pater regarding Tribune leases (0.6) | 1.40 | 580.00 | 812.00 |
| 01/21/09 | GES3 | Draft correspondence regarding lease parties (0.1); review docket filings (0.5); review correspondence from K. Hackett regarding rent, tax and CAM obligations (0.2); review management correspondence and related invoices (0.7); telephone conference with K. Hackett regarding payment obligations (0.4); conference with T. Chandran regarding sublease liabilities (0.2); review memorandum regarding prepaid rent arrangements (0.2); correspondence with S. Pater regarding lease obligations (0.1) | 2.40 | 810.00 | 1,944.00 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/21/09 | JSR6 | Review on-going issues regarding identity of fee title holder of Tribune real estate (2.5) | 2.50 | 675.00 | 1,687.50 |
| 01/22/09 | GES3 | Review correspondence from K. Hackett regarding rent and utility payments (0.3); telephone conference with K. Hackett regarding rent and utility payment obligations (0.2); review memorandum and case law regarding prepaid rent issues (0.3); correspondence with R. Chesley regarding same (0.1) | 0.90 | 810.00 | 729.00 |
| 01/22/09 | JSR6 | Prepare chart of owners of record of Tribune owned real property in Cook County, IL (1.4); research organizational history of WGN Continental Broadcasting Company regarding real property owned on Bradley Place in Chicago and Rohling Road in Elk Grove, IL (2.9) | 4.30 | 675.00 | 2,902.50 |
| 01/22/09 | SET2 | Email correspondence with J. Porter and National Corporate Research (0.3), J. Rheeling (0.3) and T. Chandran (0.4) regarding corporate documentation for WGN, Inc. and Call-Chronicle Newspapers, Inc. | 1.00 | 300.00 | 300.00 |
| 01/22/09 | TJC3 | Review matters regarding ownership of Tribune real property (1.1) | 1.10 | 580.00 | 638.00 |
| 01/23/09 | JSR6 | Review issues regarding name changes and mergers in connection with ownership of Tribune real estate (1.4) | 1.40 | 675.00 | 945.00 |
| 01/23/09 | SET2 | Email correspondence with J. Porter requesting corporate documentation for WPHL-TV (0.5) | 0.50 | 300.00 | 150.00 |
| 01/23/09 | TJC3 | Work on matters regarding ownership of Tribune real property (0.6) | 0.60 | 580.00 | 348.00 |
| 01/26/09 | BVR | Discuss lease rejection issues with G. Spitzer (1.0) | 1.00 | 735.00 | 735.00 |

Tribune Company
75245-00001
Invoice No. 1765541

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/26/09 | TJC3 | Work on matters regarding ownership of Tribune real property (0.4) | 0.40 | 580.00 | 232.00 |
| 01/27/09 | BVR | Research lease rejection damage issue (2.0) | 2.00 | 735.00 | 1,470.00 |
| 01/28/09 | JSR6 | Finalize analyses of ownership of Tribune Properties (1.2) | 1.20 | 675.00 | 810.00 |
| 01/29/09 | GES3 | Review estoppel and SNDA for LA Times facility (0.2); review and draft correspondence with S. Pater regarding same (0.1); review docket and filings (0.3) | 0.60 | 810.00 | 486.00 |
| 01/29/09 | RAC6 | Prepare for, participate in real estate status call with S. Pater (1.4); respond to inquiry from U.S. Trustee (0.2) | 1.60 | 895.00 | 1,432.00 |
| 01/30/09 | GES3 | Review correspondence with K. Hackett regarding rent payment (0.2); review docket and filings (0.2) | 0.40 | 810.00 | 324.00 |
| | **Subtotal: B250   Real Estate** | | **72.20** | | **49,224.00** |

**B261   Investigations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/09 | RAC6 | Telephone call with S. Pater and others regarding KTLA lease analysis and related rejection issues (0.4); meeting with G. Spitzer regarding 210 day trigger issues (0.2) | 0.60 | 895.00 | 537.00 |
| | **Subtotal: B261   Investigations** | | **0.60** | | **537.00** |

**B420   Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/20/09 | TSW | Telephone conference with G. Rheeling regarding change in control statement (0.3) | 0.30 | 865.00 | 259.50 |
| | **Subtotal: B420   Restructurings** | | **0.30** | | **259.50** |

Tribune Company
75245-00001
Invoice No. 1765541

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| BVR | Bradley V. Ritter | PARTNER | 4.00 | 735.00 | 2,940.00 |
| DJP2 | Daniel J. Perlman | PARTNER | 0.60 | 790.00 | 474.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 4.70 | 810.00 | 3,807.00 |
| RAC6 | Richard A. Chesley | PARTNER | 8.00 | 895.00 | 7,160.00 |
| TSW | Thomas S. Wisialowski | PARTNER | 0.80 | 865.00 | 692.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 46.30 | 675.00 | 31,252.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.50 | 635.00 | 952.50 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 1.00 | 360.00 | 360.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 7.70 | 580.00 | 4,466.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 3.60 | 320.00 | 1,152.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 2.80 | 300.00 | 840.00 |
| DRB5 | Daniel R. Breslin | OTHER TIMEKEEPR | 0.80 | 60.00 | 48.00 |

| | | |
|---|---|---|
| Current Fees and Costs | | $54,209.30 |
| Prior Balance Due | | 28,210.75 |
| Total Balance Due | | $82,420.05 |

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765542

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $6,211.00 |
| Costs incurred and advanced | 3.40 |
| **Current Fees and Costs** | $6,214.40 |
| **Prior Balance Due** | $4,770.00 |
| **Total Balance Due** | $10,984.40 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765542

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $6,211.00 |
| Costs incurred and advanced | 3.40 |
| **Current Fees and Costs Due** | **$6,214.40** |
| **Prior Balance Due** | **$4,770.00** |
| **Total Balance Due** | **$10,984.40** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00002
Invoice No. 1765542

---

**REMITTANCE COPY (cont.)**

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765385 | $4,770.00 | $0.00 | $0.00 | $4,770.00 |

| | |
|---|---|
| **Total Prior Due** | $4,770.00 |
| **Balance Due** | $10,984.40 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765542

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

**34th Street Lease**                                                                                     $6,211.00

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/09 | DJP2 | Review sublease and sub sublease (0.7); call with client to discuss issues related to sublease and sub sublease (1.1) | 1.80 | 790.00 | 1,422.00 |
| | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | **1.80** | | **1,422.00** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/05/09 | DJP2 | Call with client (1.2) | 1.20 | 790.00 | 948.00 |
| 01/05/09 | GES3 | Correspondence and telephone conference with S. Pater, D. Eldersveld and D. Perlman regarding 34th Street lease (0.6); review and revise memorandum regarding purchase options and review related case law (0.7); conference with T. Chandran regarding same (0.2) | 1.50 | 810.00 | 1,215.00 |
| 01/06/09 | DJP2 | Review sublease and guarantee (0.7) | 0.70 | 790.00 | 553.00 |

Tribune Company
75245-00002
Invoice No. 1765542

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/09 | GES3 | Review correspondence with S. Pater and D. Perlman regarding lease payments and stub rent (0.1) | 0.10 | 810.00 | 81.00 |
| 01/14/09 | TJC3 | Review correspondence regarding 34th Street lease rejection and conference with D. Perlman regarding same (0.3) | 0.30 | 580.00 | 174.00 |
| 01/15/09 | GES3 | Review lease documents and telephone conference with T. Chandran regarding payment of stub rent (0.4); review correspondence from E. Zujkowski (0.1); telephone conference with E. Zujkowski and T. Chandran regarding stub rent payment (0.5); draft correspondence to S. Pater, R. Chesley and D. Perlman regarding stub payment (0.2); review case law regarding stub rent payments and administrative claims (0.4) | 1.60 | 810.00 | 1,296.00 |
| 01/15/09 | TJC3 | Conference with G. Spitzer regarding 34th Street lease (0.4); telephone conference with counsel for Bank of New York regarding rent payments and address matters regarding same (0.5) | 0.90 | 580.00 | 522.00 |
| Subtotal: B250   Real Estate | | | 6.30 | | 4,789.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 3.70 | 790.00 | 2,923.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 3.20 | 810.00 | 2,592.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.20 | 580.00 | 696.00 |

| | | |
|---|---|---|
| Current Fees and Costs | | $6,214.40 |
| Prior Balance Due | | 4,770.00 |

Tribune Company
75245-00002
Invoice No. 1765542

**Total Balance Due**                                              $10,984.40

# Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

February 24, 2009

Please refer to
Invoice Number: 1765543

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $40,879.00 |
| Costs incurred and advanced | 46.30 |
| **Current Fees and Costs** | **$40,925.30** |
| **Prior Balance Due** | **$12,538.50** |
| **Total Balance Due** | **$53,463.80** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765543

PHJ&W Tax ID No. 95-2209675

---

REMITTANCE COPY

Lease Rejections
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $40,879.00 |
| Costs incurred and advanced | 46.30 |
| **Current Fees and Costs Due** | **$40,925.30** |
| **Prior Balance Due** | **$12,538.50** |
| **Total Balance Due** | **$53,463.80** |

Wiring Instructions:
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Remittance Address:
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00003
Invoice No. 1765543

---

**REMITTANCE COPY (cont.)**

**Summary of Prior Balance Due**

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765386 | $12,538.50 | $0.00 | $0.00 | $12,538.50 |

| | |
|---|---|
| **Total Prior Due** | $12,538.50 |
| **Balance Due** | $53,463.80 |

# Paul*Hastings*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

February 24, 2009

Please refer to
Invoice Number: 1765543

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

<u>Lease Rejections</u>                                                                $40,879.00

**B185   Assumption/Rejection of Leases and Contracts**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/23/09 | DJP2 | Conference call with client regarding subleases (0.8); revise memo regarding client's options on existing subleases (0.3) | 1.10 | 790.00 | 869.00 |
| | | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | **1.10** | | **869.00** |

**B250   Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/02/09 | GES3 | Review correspondence from S. Pater and summary of locations and real estate information (0.3); telephone conference with D. Perlman and K. Kansa regarding lease rejection issues and locations (0.8); review filings and motions with Bankruptcy Court (0.4); correspond with D. Perlman and S. Pater regarding 34th Street lease issues (0.1) | 1.60 | 810.00 | 1,296.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/02/09 | TJC3 | Telephone conference with S. Pater, D. Perlman and G. Spitzer regarding rejection of Tribune leases (1.0); address matters regarding same (0.2) | 1.20 | 580.00 | 696.00 |
| 01/04/09 | GES3 | Review email correspondence and memorandums from S. Pater regarding sublease spaces (0.3) | 0.30 | 810.00 | 243.00 |
| 01/04/09 | TJC3 | Review correspondence from S. Pater regarding Tribune subleases (0.3) | 0.30 | 580.00 | 174.00 |
| 01/05/09 | DJP2 | Review memos from S. Pater (0.8); conference with R. Chesley (0.6); conference with client (1.1) | 2.50 | 790.00 | 1,975.00 |
| 01/05/09 | GES3 | Correspondence with S. Pater and R. Chesley regarding Livonia sales office and review of bankruptcy related lease provisions (0.3) | 0.30 | 810.00 | 243.00 |
| 01/05/09 | TJC3 | Address matters regarding Tribune rejection of leases and subleases (1.4); meeting with G. Spitzer regarding same (0.2); revise memorandum regarding Newsday leases (0.2) | 1.80 | 580.00 | 1,044.00 |
| 01/06/09 | DMS5 | Conference with T. Chandran and L. Weiss regarding lease due diligence (0.5); review leases for indemnification and attornment provisions (2.0); compose email to T. Chandran regarding same | 2.80 | 360.00 | 1,008.00 |
| 01/06/09 | LW9 | Review leases for sublessee rights upon termination by sublessor (1.3) | 1.30 | 360.00 | 468.00 |
| 01/06/09 | TJC3 | Conference with G. Spitzer regarding review of Tribune subleases in connection with termination of master leases (0.2); conference with L. Weiss and D. Simon regarding review and summary of subleases (0.7) | 0.90 | 580.00 | 522.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/07/09 | TJC3 | Address matters regarding closing documents for prior Tribune transactions (0.6); review subleases for Two Park Avenue property (0.8); review sublease analysis for additional Tribune properties prepared by L. Weiss and D. Simon (0.6) | 2.00 | 580.00 | 1,160.00 |
| 01/08/09 | GES3 | Conference with R. Chesley, D. Perlman, J. Rheeling and T. Chandran regarding new lease, lease rejection, lessor and sublease issues (0.8); review docket and filings (0.2) | 1.00 | 810.00 | 810.00 |
| 01/08/09 | TJC3 | Conference with R. Chesley, G. Spitzer, D. Perlman and J. Rheeling regarding Tribune lease rejections (1.0); address matters regarding 42nd Street lease and subleases (0.4) | 1.40 | 580.00 | 812.00 |
| 01/12/09 | DMS5 | Conferences with T. Chandran (2) regarding effect of indemnification clauses upon sublessor-debtor (0.4); legal research regarding same (2.6) | 3.00 | 360.00 | 1,080.00 |
| 01/12/09 | TJC3 | Conference with D. Perlman and address matters regarding 42nd Street prime lease and subleases (1.3); telephone conference with S. Pater regarding Tribune bankruptcy and rejection of subleases (0.6); address matters regarding analysis of Tribune subleases (0.9) | 2.80 | 580.00 | 1,624.00 |
| 01/13/09 | DMS5 | Continue legal research regarding effect of indemnification clauses upon sublessor-debtor (5.8); conference with T. Chandran regarding same (0.4); conference with G. Spitzer and T. Chandran regarding same (0.7) | 6.90 | 360.00 | 2,484.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/13/09 | GES3 | Correspondence with S. Pater regarding CAM charges and research regarding same (0.6); correspondence with S. Pater, R. Chesley and D. Perlman regarding assignment and assumption of lease agreements (0.3); conference with T. Chandran and D. Simon regarding rejection of sublease issues and review research regarding same (0.3); correspondence and review ground information regarding sublease rejection and subleasee's counsel requests (0.3) | 1.50 | 810.00 | 1,215.00 |
| 01/13/09 | TJC3 | Prepare memorandum summarizing Tribune subleases and address matters regarding analysis of caselaw on rejection of prime leases and subleases (4.2); conference with D. Simon regarding research on rejection of prime leases and subleases (0.6) | 4.80 | 580.00 | 2,784.00 |
| 01/14/09 | DMS5 | Continue legal research regarding effect of indemnification clauses upon sublessor-debtor (3.6) | 3.60 | 360.00 | 1,296.00 |
| 01/14/09 | GES3 | Review memorandum and sublease materials from T. Chandran regarding lessee damages and draft comments regarding same (0.3); review correspondence and lease documents from S. Pater regarding Shuttle and Insertco co-tenancy lease (0.3); review shared use agreement regarding same (0.6); draft correspondence regarding co-tenancy arrangements (0.3); review and revise memorandum regarding termination of subleases (0.4); conference with D. Perlman and T. Chandran regarding same (0.2) | 2.10 | 810.00 | 1,701.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/14/09 | TJC3 | Address matters regarding research on law relating to rejection of leases and subleases and conference with D. Simon regarding same (2.7); conference with G. Spitzer regarding same (0.6) | 3.30 | 580.00 | 1,914.00 |
| 01/15/09 | DMS5 | Conferences with T. Chandran (2) regarding effect of indemnification clauses on sublessor-debtor (1.5) | 1.50 | 360.00 | 540.00 |
| 01/15/09 | GES3 | Review memorandum regarding sublease obligations and liabilities (0.3); telephone conference with T. Chandran and D. Simon regarding same (0.2); review correspondence regarding KTLA lease (0.1); correspondence with S. Pater and R. Chesley regarding lease rejection of co-tenant leases (0.1) | 0.70 | 810.00 | 567.00 |
| 01/16/09 | DMS5 | Continue legal research regarding effect of indemnification clause on sublessor-debtor (1.5); draft email to T. Chandran regarding same (1.5) | 3.00 | 360.00 | 1,080.00 |
| 01/16/09 | GES3 | Review and revise memorandum regarding sublease obligations (0.5); conference with T. Chandran regarding same (0.2); review case law regarding stub rent payments (0.8); correspondence with S. Pater, R. Chesley and D. Perlman regarding return of security deposits and application (0.9) | 2.40 | 810.00 | 1,944.00 |
| 01/16/09 | TJC3 | Conference with D. Simon regarding caselaw on rejection of subleases by a debtor/lessor (1.1); review caselaw regarding same (0.6) | 1.70 | 580.00 | 986.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/19/09 | GES3 | Review correspondence regarding Paul Hastings retention issues (0.1); review lease documents and correspondence regarding co-tenancy arrangements (0.5); correspondence with D. Perlman and R. Chesley regarding co-tenancy options (0.3) | 0.90 | 810.00 | 729.00 |
| 01/20/09 | GES3 | Correspondence with S. Pater, R. Chesley and D. Perlman regarding co-tenancy rejections (0.2); correspondence with S. Pater and D. Perlman regarding potential lease rejection sites (0.2); correspondence and telephone conference with S. Pater, K. Kansa, T. Hill, R. Chesley and D. Perlman regarding owned site sales and sale mechanics (0.7) | 1.10 | 810.00 | 891.00 |
| 01/20/09 | LW9 | Legal research regarding the impact on a landlord's damage claim where such landlord draws down on a tenant's letter of credit (0.9) | 0.90 | 360.00 | 324.00 |
| 01/20/09 | TJC3 | Address matters regarding Delaware law regarding landlord's ability to draw on a letter of credit issued by a debtor in bankruptcy (0.4); revise memorandum on caselaw regarding rejection of sublease by debtor sublessor (0.6) | 1.00 | 580.00 | 580.00 |
| 01/21/09 | TJC3 | Address matters regarding review of Tribune subleases (0.6); finalize memorandum regarding rejection of leases by debtor/lessor (1.1); conference with G. Spitzer regarding same (0.7) | 2.40 | 580.00 | 1,392.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/09 | GES3 | Review sublease agreement for California location (0.3); telephone conference with K. Hackett, J. Samaras, R. Chesley and D. Perlman regarding lease rejection, subleases, new premises and rent questions (1.0); review correspondence from K. Hackett regarding foreclosure issue (0.2); research regarding rejection issues, timing of filing and extension period (0.9); telephone conference with R. Chesley regarding same (0.2); conference with T. Chandran regarding research of same (0.2); review correspondence regarding sublease terms (0.2); draft correspondence to S. Pater and K. Hackett regarding lease rejection issues (0.3) | 3.30 | 810.00 | 2,673.00 |
| 01/23/09 | TJC3 | Telephone conference with S. Pater regarding rejection of Tribune subleases (0.6); correspondence with S. Pater regarding caselaw on rejection of sublease by sublessor/debtor (0.3); address matters regarding determination of deadline to debtor's to exercise rejection right (0.7) | 1.60 | 580.00 | 928.00 |
| 01/24/09 | GES3 | Review S. Pater correspondence regarding co-tenant lease rejection (0.1); correspondence with S. Pater regarding sublease attornment and termination issues (0.2); review S. Pater and T. Chandran correspondence regarding same (0.1) | 0.40 | 810.00 | 324.00 |
| 01/24/09 | TJC3 | Review correspondence from and correspondence with S. Pater regarding rejection of Tribune subleases (0.4) | 0.40 | 580.00 | 232.00 |
| 01/27/09 | TJC3 | Conference with G. Spitzer regarding memorandum summarizing analysis of law on rejection of leases by sublessor/debtor (0.3) | 0.30 | 580.00 | 174.00 |

Tribune Company
75245-00003
Invoice No. 1765543

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/28/09 | GES3 | Review case law and review and revise memorandum regarding sublease obligations and rejections (0.4); conference with T. Chandran regarding same (0.1) | 0.50 | 810.00 | 405.00 |
| 01/29/09 | GES3 | Telephone conference with S. Pater, K. Hackett, Alvarez working group, J. Samaras and R. Chesley regarding lease rejections and negotiation strategy (1.2) | 1.20 | 810.00 | 972.00 |
| | Subtotal: B250 Real Estate | | 68.70 | | 39,290.00 |

**B420  Restructurings**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/23/09 | VB3 | Researching issue of debtor's obligation to surrender premises upon rejection of lease (1.5); writing memo on findings for G. Spitzer and T. Chandran (0.3); phone conference with T. Chandran regarding same (0.2) | 2.00 | 360.00 | 720.00 |
| | Subtotal: B420 Restructurings | | 2.00 | | 720.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| DJP2 | Daniel J. Perlman | PARTNER | 3.60 | 790.00 | 2,844.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 17.30 | 810.00 | 14,013.00 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 20.80 | 360.00 | 7,488.00 |
| LW9 | Leah Weiss | ASSOCIATE | 2.20 | 360.00 | 792.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 25.90 | 580.00 | 15,022.00 |
| VB3 | Veronica L. Boyer | ASSOCIATE | 2.00 | 360.00 | 720.00 |

| | | |
|---|---|---|
| Current Fees and Costs | | $40,925.30 |
| Prior Balance Due | | 12,538.50 |
| Total Balance Due | | $53,463.80 |

Tribune Company
75245-00003
Invoice No. 1765543

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765544

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $17,203.00 |
| Costs incurred and advanced | 21.83 |
| **Current Fees and Costs** | **$17,224.83** |
| **Prior Balance Due** | **$9,583.00** |
| **Total Balance Due** | **$26,807.83** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765544

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $17,203.00 |
| Costs incurred and advanced | 21.83 |
| **Current Fees and Costs Due** | **$17,224.83** |
| **Prior Balance Due** | **$9,583.00** |
| **Total Balance Due** | **$26,807.83** |

**Wiring Instructions:**
     Bank of America
     ABA # 0260-0959-3
     CHIPS Address:  0959
     SWIFT Address:  BOFAUS3N
     100 West 33rd Street
     New York, New York  10001
     Account Number: 14599-04796
     Account Name: Paul, Hastings, Janofsky & Walker LLP
     Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00005
Invoice No. 1765544

---

### REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765341 | $9,583.00 | $0.00 | $0.00 | $9,583.00 |

|  |  |
|---|---|
| **Total Prior Due** | $9,583.00 |
| **Balance Due** | $26,807.83 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765544

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

Real Estate Renewal Matters                                                    $17,203.00

### B133  Auction of Assets

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/09 | KDN | Discuss 363 lease build out affidavit with S. Park and R. Chesley (0.2); discuss 363 motion affidavit with S. Park (0.2); discuss lease affidavit with S. Park (0.2) | 0.60 | 635.00 | 381.00 |
| | Subtotal: B133  Auction of Assets | | 0.60 | | 381.00 |

### B210  Business Operations

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/09 | DJP2 | Review 42nd Street lease and sublease (3.6) | 3.60 | 790.00 | 2,844.00 |
| | Subtotal: B210  Business Operations | | 3.60 | | 2,844.00 |

### B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/08/09 | SSP2 | Draft affidavit of S. Pater (3.3) | 3.30 | 360.00 | 1,188.00 |
| 01/09/09 | DJP2 | Review three 42nd Street subleases (3.6) | 3.60 | 790.00 | 2,844.00 |

Tribune Company
75245-00005
Invoice No. 1765544

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/10/09 | KDN | Draft affidavit regarding 363 motion for owned lease buildout (1.3); draft email to S. Park regarding 363 affidavit (0.1) | 1.40 | 635.00 | 889.00 |
| 01/10/09 | SSP2 | Edit affidavit of S. Pater (0.8) | 0.80 | 360.00 | 288.00 |
| 01/12/09 | DJP2 | Review new leases affidavit (0.2); revise affidavit (1.5); call with client regarding same (0.5) | 2.20 | 790.00 | 1,738.00 |
| 01/12/09 | DJP2 | Review lease and subleases for Park Avenue (2.1); review lease and sublease for 42nd Street (2.1); call with client (0.5) | 4.70 | 790.00 | 3,713.00 |
| 01/13/09 | DJP2 | Review Park Avenue and 42nd Street leases/subleases (1.8) | 1.80 | 790.00 | 1,422.00 |
| 01/14/09 | DJP2 | Review memo regarding sublease (2.4) | 2.40 | 790.00 | 1,896.00 |
| | | Subtotal:  B250   Real Estate | 20.20 | | 13,978.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 18.30 | 790.00 | 14,457.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 2.00 | 635.00 | 1,270.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 4.10 | 360.00 | 1,476.00 |

| | |
|---|---|
| Current Fees and Costs | $17,224.83 |
| Prior Balance Due | 9,583.00 |
| Total Balance Due | $26,807.83 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765545

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Freedom Center**
PHJ&W LLP File# 75245-00007
Daniel J. Perlman

Legal fees for professional services
for the period ending January 31, 2009

| | |
|---|---:|
| | $2,632.50 |
| Current Fees and Costs Due | $2,632.50 |
| Total Balance Due | $2,632.50 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                          February 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                   Please refer to
Chicago, IL  60611-4096                                  Invoice Number: 1765545

Attn:  David Eldersveld, Esq.                            PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Freedom Center**
PHJ&W LLP File# 75245-00007
Daniel J. Perlman

Legal fees for professional services
for the period ending January 31, 2009                                $2,632.50
                    **Current Fees and Costs Due**                    $2,632.50
                    **Total Balance Due**                             $2,632.50

**Wiring Instructions:**                    **Remittance Address:**
  Bank of America                             Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                           191 N. Wacker Drive
  CHIPS Address:  0959                        30th Floor
  SWIFT Address:  BOFAUS3N                    Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765545

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

**Freedom Center**                                                                $2,632.50

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/23/09 | JSR6 | Review issues related to ownership of Freedom Center in Chicago (1.1) | 1.10 | 675.00 | 742.50 |
| 01/28/09 | JSR6 | Review vesting deeds for parcels that constitute Freedom Center in Chicago (2.8) | 2.80 | 675.00 | 1,890.00 |
| | | **Subtotal: B250  Real Estate** | **3.90** | | **2,632.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.90 | 675.00 | 2,632.50 |

| | | |
|---|---|---|
| Current Fees and Costs | | $2,632.50 |
| Total Balance Due | | $2,632.50 |

*Paul*Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765546

PHJ&W Tax ID No. 95-2209675

---

### SUMMARY SHEET

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $1,546.50 |
| **Current Fees and Costs Due** | **$1,546.50** |
| **Prior Balance Due** | **$8,723.50** |
| **Total Balance Due** | **$10,270.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765546

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

<u>L.A. Times</u>
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $1,546.50 |
| **Current Fees and Costs Due** | **$1,546.50** |
| **Prior Balance Due** | **$8,723.50** |
| **Total Balance Due** | **$10,270.00** |

<u>Wiring Instructions:</u>
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

<u>Remittance Address:</u>
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00008
Invoice No. 1765546

---

### REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765343 | $8,723.50 | $0.00 | $0.00 | $8,723.50 |

| | |
|---|---|
| Total Prior Due | $8,723.50 |
| Balance Due | $10,270.00 |

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

February 24, 2009

Please refer to
Invoice Number: 1765546

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

<u>L.A. Times</u>                                                                                           $1,546.50

**B250   Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|----------|-------------|-------|------|--------|
| 01/02/09 | MBM | Email to E. Paster regarding status of subdivision matter (0.4); email to C. Muhlstein regarding same (0.1) | 0.50 | 825.00 | 412.50 |
| 01/20/09 | GES3 | Conference with D. Perlman, J. Rheeling, T. Chandran and J. Bender regarding prepaid rent questions regarding LA property (0.3); review and draft correspondence regarding LA property (0.1); review correspondence with S. Pater regarding site information and three potential sale sites (0.3); correspondence with S. Pater and R. Chesley regarding lease damages (0.1); review lease documents regarding same (0.3) | 1.10 | 810.00 | 891.00 |
| 01/24/09 | GES3 | Review S. Pater correspondence regarding prepaid rent issues (0.2); review D. Perlman correspondence regarding lease terms (0.1) | 0.30 | 810.00 | 243.00 |
| | **Subtotal:  B250   Real Estate** | | **1.90** | | **1,546.50** |

Tribune Company
75245-00008
Invoice No. 1765546

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 1.40 | 810.00 | 1,134.00 |
| MBM | Mitchell B. Menzer | PARTNER | 0.50 | 825.00 | 412.50 |

| | |
|---|---|
| Current Fees and Costs | $1,546.50 |
| Prior Balance Due | 8,723.50 |
| Total Balance Due | $10,270.00 |

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765547

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $2,538.00 |
| **Current Fees and Costs Due** | $2,538.00 |
| **Prior Balance Due** | $370.70 |
| **Total Balance Due** | $2,908.70 |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address: 0959
    SWIFT Address: BOFAUS3N
    100 West 33rd Street
    New York, New York 10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765547

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $2,538.00 |
| Current Fees and Costs Due | $2,538.00 |
| Prior Balance Due | $370.70 |
| Total Balance Due | $2,908.70 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

Tribune Company
75245-00010
Invoice No. 1765547

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 02/23/09 | 1765345 | $370.70 | $0.00 | $0.00 | $370.70 |

|  |  |
|---|---|
| **Total Prior Due** | $370.70 |
| **Balance Due** | $2,908.70 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765547

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

<u>St. Louis</u>                                                                                          $2,538.00

**B250   Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 01/14/09 | GES3 | Review correspondence with S. Pater, T. Hill, R. Chesley and D. Perlman regarding owned locations (0.1); telephone conference with S. Pater and K. Hackett regarding California sublease with LMI and preparation for lessee conference call (0.2); telephone conference with D. Ebert, S. Pater and K. Hackett regarding rejection of underlying lease and sublease and potential assignment and assumption transaction (1.2); conference with B. Ritter and J. Rheeling regarding 363 sale and stocking horse issues (0.4); telephone conference with S. Pater, K. Hackett and J. Rheeling regarding same (0.4) | 2.30 | 810.00 | 1,863.00 |
| 01/30/09 | JSR6 | Prepare issues list regarding purchase agreement (0.6); review existing title reports regarding liens and encumbrances (0.4) | 1.00 | 675.00 | 675.00 |
| | Subtotal:  **B250   Real Estate** | | 3.30 | | 2,538.00 |

LEGAL_US_E # 82802249.4

Tribune Company
75245-00010
Invoice No. 1765547

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 2.30 | 810.00 | 1,863.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 675.00 | 675.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | $2,538.00 |
| **Prior Balance Due** | 370.70 |
| **Total Balance Due** | $2,908.70 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765548

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

KTLA
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $15,297.50 |
| **Current Fees and Costs Due** | $15,297.50 |
| **Total Balance Due** | $15,297.50 |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address: 0959
   SWIFT Address: BOFAUS3N
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765548

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending January 31, 2009 | $15,297.50 |
| Current Fees and Costs Due | $15,297.50 |
| Total Balance Due | $15,297.50 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

February 24, 2009

Please refer to
Invoice Number: 1765548

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

<u>KTLA</u>                                                                          $15,297.50

**B185   Assumption/Rejection of Leases and Contracts**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|----------|-------------|-------|------|--------|
| 01/20/09 | DJP2 | Call with client regarding KTLA lease (0.4); review KTLA lease (0.9) | 1.30 | 790.00 | 1,027.00 |
| | | **Subtotal: B185  Assumption/ Rejection of Leases and Contracts** | **1.30** | | **1,027.00** |

**B250   Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|----------|-------------|-------|------|--------|
| 01/16/09 | DJP2 | Review KTLA lease (1.2) | 1.20 | 790.00 | 948.00 |
| 01/20/09 | JPB7 | Telephone conference with S. Pater regarding real property (0.5); review KTLA lease documents including lease and purchase and sale agreements (3.0); draft memorandum regarding KTLA lease (2.0) | 5.50 | 515.00 | 2,832.50 |
| 01/20/09 | JSR6 | Telephone conference with S. Pater, K. Kansa, T. Hill, R. Chesley, D. Perlman, G. Spitzer and J. Bender regarding KTLA lease issues (0.4) | 0.40 | 675.00 | 270.00 |
| 01/21/09 | DJP2 | Review leases and memo (1.7) | 1.70 | 790.00 | 1,343.00 |

Tribune Company
75245-00013
Invoice No. 1765548

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/22/09 | DJP2 | Review remedies for lease on studio in Los Angeles (1.1) | 1.10 | 790.00 | 869.00 |
| 01/26/09 | DJP2 | Review existing KTLA lease per client's instructions (1.2) | 1.20 | 790.00 | 948.00 |
| 01/27/09 | PAR | Telephone conference with D. Perlman regarding advance rent payment and related issues (0.5) | 0.50 | 810.00 | 405.00 |
| 01/28/09 | PAR | Telephone conference with D. Perlman regarding KTLA lease (0.5); review lease provisions (1.8); research regarding same (1.0) | 3.30 | 810.00 | 2,673.00 |
| 01/29/09 | DBL2 | Review KTLA lease file (0.2); correspondence (0.4) and conference (0.2) with P. Ramsey regarding KTLA lease | 0.80 | 595.00 | 476.00 |
| 01/29/09 | PAR | Review research regarding KTLA lease (0.7); discuss same with D. Lambert (0.2); conference call with D. Perlman regarding KTLA lease (0.6) | 1.50 | 810.00 | 1,215.00 |
| | **Subtotal: B250   Real Estate** | | **17.20** | | **11,979.50** |

**B410   General Bankruptcy Advice/Opinions**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/28/09 | DJP2 | Review lease (1.1); review California remedies to question lease renewal or rejection for KTLA property (0.6) | 1.70 | 790.00 | 1,343.00 |
| 01/29/09 | DJP2 | Call with P. Ramsey on California remedies (0.6); call to S. Pater to discuss same (0.6) | 1.20 | 790.00 | 948.00 |
| | **Subtotal: B410   General Bankruptcy Advice/ Opinions** | | **2.90** | | **2,291.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 9.40 | 790.00 | 7,426.00 |

Tribune Company
75245-00013
Invoice No. 1765548

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| PAR | Patrick A. Ramsey | PARTNER | 5.30 | 810.00 | 4,293.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.40 | 675.00 | 270.00 |
| DBL2 | David B. Lambert | ASSOCIATE | 0.80 | 595.00 | 476.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 5.50 | 515.00 | 2,832.50 |

|  |  |
|---|---|
| Current Fees and Costs | $15,297.50 |
| Total Balance Due | $15,297.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                              February 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                        Please refer to
Chicago, IL  60611-4096                       Invoice Number: 1765549

Attn:  David Eldersveld, Esq.                 PHJ&W Tax ID No. 95-2209675
         Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

Legal fees for professional services
for the period ending January 31, 2009                              $948.00
                  **Current Fees and Costs Due**                    $948.00
                  **Total Balance Due**                             $948.00

**Wiring Instructions:**                      **Remittance Address:**
  Bank of America                              Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                            191 N. Wacker Drive
  CHIPS Address:  0959                         30th Floor
  SWIFT Address:  BOFAUS3N                     Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

February 24, 2009

Please refer to
Invoice Number: 1765549

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

REMITTANCE COPY

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending January 31, 2009 | $948.00 |
| Current Fees and Costs Due | $948.00 |
| Total Balance Due | $948.00 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.
LEGAL_US_E # 82802249.4

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

February 24, 2009

Please refer to
Invoice Number: 1765549

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending January 31, 2009

**Stamford**                                                                $948.00

LEGAL_US_E # 82802249.4

**B210  Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01/30/09 | DJP2 | Review escrow for environmental due diligence on Stamford property (1.2) | 1.20 | 790.00 | 948.00 |
| | Subtotal: **B210   Business Operations** | | **1.20** | | **948.00** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.20 | 790.00 | 948.00 |

| | |
|---|---|
| **Current Fees and Costs** | $948.00 |
| **Total Balance Due** | $948.00 |