# EXHIBIT B

(Expenses Statement)

LEGAL_US_E # 82802249.4

EXPENSE SUMMARY
DECEMBER 8, 2008 THROUGH DECEMBER 31, 2008

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $16.00 |
| Parking | | $0.00 |
| Postage | | $0.00 |
| Long Distance Telephone | | $8.20 |
| Photocopy Charges (Color Copying) | | $6.25 |
| Facsimile | | $0.00 |
| TOTAL | | $30.45 |

EXPENSE SUMMARY
JANUARY 1, 2009 THROUGH JANUARY 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $22.91 |
| Taxi/Ground Transportation | | $22.00 |
| Parking | | $0.00 |
| Postage | | $0.00 |
| Long Distance Telephone | | $17.92 |
| Photocopy Charges ($0.10 per page) | | $74.00 |
| Facsimile | | $0.00 |
| TOTAL | | $136.83 |

## 75245-00001
## Invoice No. 1765338

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2008 | DJP2 | Photocopy Charges (Color) | 5 | 1.25 | 6.25 |
| 12/23/2008 | PHJW | 12/10-12/17 Misc. Expenses;USD Local - Taxi TJC3 Tarun Chandran;Dec 16, 2008 From/To: PH/Home, After hours taxi to home | | | 16.00 |
| | | **Total Costs** | | | **$22.25** |

## 75245-00010
## Invoice No. 1765345

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 12/16/2008 | PHJW | Long Distance Telephone Charges | | | 8.20 |
| | | **Total Costs** | | | **$8.20** |

LEGAL_US_E # 82802249.4

## 75245-00001
## Invoice No. 1765541

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/2009 | PHJW | Photocopy Charges | 260 | 0.10 | 26.00 |
| 01/26/2009 | JSR6 | Photocopy Charges | 318 | 0.10 | 31.80 |
| 01/21/2009 | PHJW | Expense Report;USD Cell phone charges KDN Kim Newmarch;Dec 24, 2008 Cell Phone Expense | | | 7.20 |
| 01/30/2009 | PHJW | Long Distance Telephone Charges | | | 0.30 |
| | | **Total Costs** | | | **$65.30** |

## 75245-00002
## Invoice No. 1765542

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/06/2009 | PHJW | Long Distance Telephone Charges | | | 3.40 |
| | | **Total Costs** | | | **$3.40** |

## 75245-00003
## Invoice No. 1765543

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/16/2009 | PHJW | Photocopy Charges | 162 | 0.10 | 16.20 |
| 01/29/2009 | CONF | Courier Service - - Chicago Messenger Service, Inv. #462305, 1-11-09, PHJW to TRIB CO. | | | 8.10 |
| 01/15/2009 | PHJW | Taxi Reimbursement;USD Local - Taxi DMS5 Daniel Simon;Jan 13, 2009 From/To: office/home Taxi from office to home | | | 22.00 |
| | | **Total Costs** | | | **$46.30** |

## 75245-00005
## Invoice No. 1765544

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 01/20/2009 | DJP2 | Long Distance Telephone Charges - - Genesys Conferencing, Inc. Inv. # 1-702349, 12.21.08 - Multimedia Audio Toll Free Dial In. | | | 7.02 |
| 01/14/2009 | DJP2 | Courier Service - - Washington Express LLC: Invoice # 29090; Invoice Date: 12/31/08 Destination: Tom Mounteer--pri res | | | 14.81 |
| | | **Total Costs** | | | **$21.83** |