# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

December 19, 2008 through and including January 31, 2009

| Name | Title | Rates | Hours | Amount |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 790 | 72.2 | $ 57,038.00 |
| Michael Murphy | Managing Director | 790 | 216.6 | 171,114.00 |
| Brad Hall | Director | 595 | 323.1 | 192,244.50 |
| Harold Y. Lee | Director | 510 | 216.7 | 110,517.00 |
| Albert Leung | Vice President | 450 | 162.3 | 73,035.00 |
| Young Kim | Vice President | 450 | 189.7 | 85,365.00 |
| Patrick Laney | Paraprofessional | 215 | 13.5 | 2,902.50 |
| **Total Fees** | | | 1,194.1 | 692,216.00 |
| Adjustments for Non-working Travel Time | | | | (42,255.25) |
| Total Disbursements | | | | 11,579.82 |
| **Total Amount Due** | | | | $ 661,540.57 |

698.001-24852