# EXHIBIT "C"

698.001-24852

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Cost Code | Cost Description | Amount |
|---|---|---|
| AIRFARE | Airfare and related expenses | 4,666.51 |
| GROUND | Cabfare and other ground transportation expenses | 1,239.54 |
| LODG | Hotel and overnight accommodation costs | 2,950.11 |
| MEALS | Meals | 804.91 |
| RSRCH | Electronic research and database access fees | 1,918.75 |
| Total | | **11,579.82** |

# Detailed Disbursement Report

| Cost Code | Date | Claimant | Amount | Description |
|---|---|---|---|---|
| RSRCH | 12/31/2008 | Brad Hall | 1,918.75 | Other - - VENDOR: Lexis-Nexis Research |
| AIRFARE | 1/4/2009 | Brad Hall | 947.29 | Coach Airfare - - VENDOR: Brad Hall SFO/LGA/ORD/RNO/SFO 1/4-12/2009 |
| AIRSC | 1/4/2009 | Brad Hall | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall SFO/LGA/ORD/RNO/SFO 1/4-12/2009 - Service fee |
| CABFARE | 1/4/2009 | Firm | 99.20 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Brad Hall |
| LODG | 1/4/2009 | Brad Hall | 342.49 | Lodging - - VENDOR: Brad Hall New York |
| MEAL | 1/4/2009 | Brad Hall | 10.00 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/4/2009 | Brad Hall | 40.00 | Meals & Tips - - VENDOR: Brad Hall |
| CABFARE | 1/5/2009 | Alan Holtz | 7.00 | Cab Fare/Ground Transportation - - VENDOR: Alan Holtz |
| LODG | 1/5/2009 | Brad Hall | 342.49 | Lodging - - VENDOR: Brad Hall New York |
| MEAL | 1/5/2009 | Brad Hall | 90.00 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/5/2009 | Brad Hall | 8.62 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/5/2009 | Brad Hall | 5.00 | Meals & Tips - - VENDOR: Brad Hall |
| LODG | 1/6/2009 | Brad Hall | 342.49 | Lodging - - VENDOR: Brad Hall New York |
| MEAL | 1/6/2009 | Brad Hall | 5.00 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/6/2009 | Brad Hall | 65.61 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/6/2009 | Brad Hall | 4.88 | Meals & Tips - - VENDOR: Brad Hall |
| AIRFARE | 1/7/2009 | Brad Hall | 450.62 | Coach Airfare - - VENDOR: Brad Hall LGA/SFO |
| AIRSC | 1/7/2009 | Brad Hall | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Service fee |
| LODG | 1/7/2009 | Michael Murphy | 902.52 | Lodging - - VENDOR: Michael Murphy New York |
| LODG | 1/7/2009 | Brad Hall | 173.56 | Lodging - - VENDOR: Brad Hall New York |
| MEAL | 1/7/2009 | Harold Y. Lee | 35.11 | Meals & Tips - - VENDOR: Harold Lee Albert Leung, Young Kim |
| MEAL | 1/7/2009 | Brad Hall | 5.00 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/7/2009 | Brad Hall | 28.38 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/7/2009 | Brad Hall | 21.90 | Meals & Tips - - VENDOR: Brad Hall |
| AIRFARE | 1/8/2009 | Brad Hall | (405.20) | Airfare - - VENDOR: Brad Hall Refund of 1/9/2009 airfare unused |
| CABFARE | 1/8/2009 | Young Kim | 30.00 | Cab Fare/Ground Transportation - - VENDOR: Young Kim |
| MEAL | 1/8/2009 | Harold Y. Lee | 22.00 | Meals & Tips - - VENDOR: Harold Lee Brad Hall, Albert Leung |
| AIRFARE | 1/9/2009 | Brad Hall | 405.20 | Coach Airfare - - VENDOR: Brad Hall ORD/LSV/RNO |
| AIRSC | 1/9/2009 | Brad Hall | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall ORD/LSV/RNO - Service fee |
| MEAL | 1/9/2009 | Young Kim | 34.00 | Meals & Tips - - VENDOR: Young Kim |
| PARK | 1/9/2009 | Young Kim | 18.00 | Parking & Tolls - - VENDOR: Young Kim |
| CABFARE | 1/11/2009 | Firm | 85.09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Michael Murphy |
| CABFARE | 1/11/2009 | Firm | 131.00 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Michael Murphy |
| AIRCHNG | 1/12/2009 | Alan Holtz | 196.00 | Airfare Change Fees - - VENDOR: Alan Holtz Newark - Chicago |
| AIRFARE | 1/12/2009 | Harold Y. Lee | 811.20 | Coach Airfare - - VENDOR: Harold Lee SFO ORD 1/12-1/13 |
| AIRFARE | 1/12/2009 | Alan Holtz | 529.20 | Coach Airfare - - VENDOR: Alan Holtz Newark - Chicago |
| AIRFARE | 1/12/2009 | Brad Hall | 677.81 | Coach Airfare - - VENDOR: Brad Hall SFO/ORD/SFO 1/12-14/2009 |
| AIRSC | 1/12/2009 | Brad Hall | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall SFO/ORD/SFO 1/12-14/2009 - Service fee |
| CABFARE | 1/12/2009 | Firm | 101.20 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Brad Hall |
| CABFARE | 1/12/2009 | Firm | 159.75 | Cab Fare/Ground Transportation - - VENDOR: MC Car Service B Hall |
| CABFARE | 1/12/2009 | Albert Leung | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| LODG | 1/12/2009 | Brad Hall | 118.83 | Lodging - - VENDOR: Brad Hall Chicago |
| MEAL | 1/12/2009 | Albert Leung | 11.55 | Meals & Tips - - VENDOR: Albert Leung |
| MEAL | 1/12/2009 | Harold Y. Lee | 14.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/12/2009 | Harold Y. Lee | 21.26 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/12/2009 | Harold Y. Lee | 20.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/12/2009 | Brad Hall | 18.40 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/12/2009 | Brad Hall | 10.00 | Meals & Tips - - VENDOR: Brad Hall |
| MILE | 1/12/2009 | Harold Y. Lee | 7.15 | Mileage - - VENDOR: Harold Lee |
| AIRCHNG | 1/13/2009 | Brad Hall | 150.00 | Airfare Change Fees - - VENDOR: Brad Hall Airfare change charge |
| AIRSC | 1/13/2009 | Brad Hall | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Service fee |
| CABFARE | 1/13/2009 | Firm | 101.20 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Brad Hall |
| CABFARE | 1/13/2009 | Firm | 154.80 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Car Service Mr. Murphy & Mr. Lee |
| CABFARE | 1/13/2009 | Albert Leung | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| CABFARE | 1/13/2009 | Harold Y. Lee | 18.00 | Cab Fare/Ground Transportation - - VENDOR: Harold Lee |
| CABFARE | 1/13/2009 | Alan Holtz | 45.00 | Cab Fare/Ground Transportation - - VENDOR: Alan Holtz |
| CABFARE | 1/13/2009 | Alan Holtz | 50.00 | Cab Fare/Ground Transportation - - VENDOR: Alan Holtz |
| LODG | 1/13/2009 | Harold Y. Lee | 320.82 | Lodging - - VENDOR: Harold Lee Sheraton, Chicago |

| Cost Code | Date | Claimant | Amount | Description |
|---|---|---|---:|---|
| LODG | 1/13/2009 | Brad Hall | 137.33 | Lodging - - VENDOR: Brad Hall Chicago |
| MEAL | 1/13/2009 | Albert Leung | 23.00 | Meals & Tips - - VENDOR: Albert Leung |
| MEAL | 1/13/2009 | Harold Y. Lee | 19.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/13/2009 | Brad Hall | 44.03 | Meals & Tips - - VENDOR: Brad Hall |
| MEAL | 1/13/2009 | Brad Hall | 5.00 | Meals & Tips - - VENDOR: Brad Hall |
| PARK | 1/13/2009 | Alan Holtz | 36.00 | Parking & Tolls - - VENDOR: Alan Holtz |
| MEAL | 1/14/2009 | Harold Y. Lee | 11.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/14/2009 | Harold Y. Lee | 20.00 | Meals & Tips - - VENDOR: Harold Lee |
| MILE | 1/14/2009 | Harold Y. Lee | 7.15 | Mileage - - VENDOR: Harold Lee |
| PARK | 1/14/2009 | Harold Y. Lee | 108.00 | Parking & Tolls - - VENDOR: Harold Lee |
| CABFARE | 1/19/2009 | Albert Leung | 12.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| MEAL | 1/19/2009 | Albert Leung | 10.58 | Meals & Tips - - VENDOR: Albert Leung |
| MEAL | 1/19/2009 | Harold Y. Lee | 26.40 | Meals & Tips - - VENDOR: Harold Lee YK, BH |
| CABFARE | 1/20/2009 | Albert Leung | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| MEAL | 1/20/2009 | Harold Y. Lee | 19.35 | Meals & Tips - - VENDOR: Harold Lee BH |
| MEAL | 1/23/2009 | Albert Leung | 26.49 | Meals & Tips - - VENDOR: Albert Leung |
| CABFARE | 1/26/2009 | Albert Leung | 12.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| MEAL | 1/26/2009 | Albert Leung | 21.66 | Meals & Tips - - VENDOR: Albert Leung |
| AIRFARE | 1/27/2009 | Harold Y. Lee | 704.39 | Coach Airfare - - VENDOR: Harold Lee SFO - ORD 1/27-28 |
| MEAL | 1/27/2009 | Harold Y. Lee | 42.69 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/27/2009 | Harold Y. Lee | 5.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/27/2009 | Harold Y. Lee | 20.00 | Meals & Tips - - VENDOR: Harold Lee |
| LODG | 1/28/2009 | Harold Y. Lee | 269.58 | Lodging - - VENDOR: Harold Lee Chicago 1/28 |
| MEAL | 1/28/2009 | Harold Y. Lee | 20.00 | Meals & Tips - - VENDOR: Harold Lee |
| MEAL | 1/28/2009 | Harold Y. Lee | 20.00 | Meals & Tips - - VENDOR: Harold Lee |
| PARK | 1/28/2009 | Harold Y. Lee | 24.00 | Parking & Tolls - - VENDOR: Harold Lee |
| **Total** | | | **11,579.82** | |