## EXHIBIT A

## TAX ENGAGEMENT LETTER

# PRICEWATERHOUSECOOPERS 🄫

December 18, 2008

PricewaterhouseCoopers LLP
One North Wacker
Chicago IL 60606
Telephone (312) 298 2000
Facsimile (312) 298 2001

Mr. Patrick Shanahan
Vice President, Tax
The Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

Subject: General Tax Assistance Engagement Letter

Dear Mr. Shanahan:

This letter confirms that PricewaterhouseCoopers LLP ("we", "us" or "PricewaterhouseCoopers") is pleased to be engaged to provide the services described below to The Tribune Company ("Tribune", "you" or "Client").

**Scope of Our Services**

From time to time, you may request PricewaterhouseCoopers to provide tax services that will not be the subject of a separate engagement letter.

You are engaging us to provide services (the "Services") as requested by Tribune.

The following illustrates the nature of the services intended to be covered by this agreement:

- **Assistance with Bankruptcy**

    We will provide tax consulting regarding issues resulting from Tribune's bankruptcy filing including assistance with structuring and estimation of the tax effects of restructuring plan alternatives.

- **Recurring tax consulting services**

    We will provide advice, answers to questions and/or opinions on tax planning or reporting matters, including research, discussions, preparation of memoranda and attendance at meetings relating to such matters, as mutually determined to be necessary.

- **Tax compliance assistance**

    We will prepare or review original and amended returns for all taxes including federal, state, and local income taxes, gross receipts, license, sales and use taxes and property taxes. Our work could include responses to tax authorities and assistance with computations of tax basis or other amounts to be included in tax returns.

These examples are not meant to limit the services we may provide to Tribune under the terms of this agreement. We will keep you informed as of the nature of any services we are providing under this agreement. All related periodic billings (see Fees and Expenses below) will describe the services rendered during the period.

Any services covered by a separate agreement will be governed by the terms and conditions set forth thereunder.



**Ownership and Use**

We are providing these Services solely for your use and benefit and pursuant to a client relationship exclusively with you. We disclaim any contractual or other responsibility to others based upon these Services or upon any deliverables or advice we provide.

You will own all tangible written material delivered to you under this engagement letter, except as follows: PricewaterhouseCoopers will own its working papers and preexisting materials and any general skills, know-how, processes, or other intellectual property (including a non-client specific version of any deliverables) which may have been discovered or created by PricewaterhouseCoopers as a result of its provision of the Services. You will have a nonexclusive, non-transferable license to use such materials included in the deliverables for your own use as part of such deliverables.

**Our Responsibilities**

We will perform the Services in accordance with the Statements on Standards for Tax Services established by the American Institute of Certified Public Accountants. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us. Any spreadsheets or software tools that PricewaterhouseCoopers provides to Client are for Client's convenience and are provided as is. PricewaterhouseCoopers will not be responsible for results obtained by anyone other than PricewaterhouseCoopers from the use of those items.

**Your Responsibilities**

You are responsible for all management functions and decisions relating to this engagement, including evaluating and accepting the adequacy of the scope of the Services in addressing your needs. You are also responsible for the results achieved from using any Services or deliverables, and it is your responsibility to establish and maintain internal controls. You will designate a competent member of your management to oversee the Services.

We expect that you will provide timely, accurate and complete information and reasonable assistance, and we will perform the engagement on that basis.

If you wish to restrict the authorization to request services from us to certain members of your team, you will notify us of such restriction at your earliest convenience.

Our Services will include exclusively those tax services which are permitted under the SEC Final Rules to the Sarbanes-Oxley Act, and only to the extent such Services have received appropriate audit committee approval, or fall within the framework of pre-approved services as may be established by your audit committee. Permitted tax services include tax compliance, tax planning, and tax advice. Tax compliance generally involves preparation of original and amended tax returns, claims for refund and tax payment-planning services. Tax planning and tax advice encompass a diverse range of services, including assistance with tax audits and appeals, tax advice related to mergers and acquisitions, employee benefit plans and requests for rulings or technical advice from taxing authorities.[1]

You confirm that the requirements for audit committee pre-approval under the Sarbanes-Oxley Act of 2002 have been complied with relating to this engagement.

---

[1] Source: Commentary on SEC Final Rules on Auditor Independence dated January 28, 2003.



### Fees and Expenses

Our fee is based on the time required by our professionals to complete the engagement. Individual hourly rates are provided below for each staff class and vary according to the experience and skill required:

| Staff Class | Hourly Rate |
| --- | --- |
| Partners | $625 - $760 |
| Managing Directors | $600 - $625 |
| Directors | $450 - $500 |
| Managers | $280 - $320 |
| Senior Associates | $200 - $240 |
| Associates | $155 - $180 |
| Professional Assistant | $145 |

We also will bill Client for our reasonable out-of-pocket expenses.

The amount of our fee is based on the assumption that we will receive the information and assistance as detailed throughout this agreement. In the event we believe an additional fee is required as the result of the failure of Client to meet any of these requests or for any other reason, we will inform you promptly.

### Payment Schedule

Our standard practice is to render our invoices on a monthly basis. Payment of our invoices is due on presentation and expected to be received within 30 days of the invoice date.

We reserve the right to charge interest on any past due balances at a rate of 1% per month or part thereof.

### Termination and Dispute Resolution

Either party may terminate this agreement or the Services by giving notice to that effect. Any dispute relating in any way to the Services or this letter shall be resolved by arbitration, except that either party shall be free to seek equitable relief in court. The arbitration will be conducted in accordance with the Rules for Non-Administered Arbitration of the International Institute for Conflict Prevention and Resolution then in effect. The arbitration will be conducted before a panel of three arbitrators. The arbitration panel shall have no power to award non-monetary or equitable relief of any sort. It shall also have no power to award damages inconsistent with the Limitations on Liability provisions below. You accept and acknowledge that any demand for arbitration arising from or in connection with the Services must be issued within one year from the date you became aware or should reasonably have become aware of the facts that give rise to our alleged liability and in any event no later than two years after any such cause of action accrued.

This engagement letter and any dispute relating to the Services will be governed by and construed, interpreted and enforced in accordance with the laws of the State of Delaware, without giving effect to any provisions relating to conflict of laws that would require the laws of another jurisdiction to apply.

### Limitations on Liability

Except to the extent finally determined to have resulted from our gross negligence or intentional misconduct, our liability to pay damages for any losses incurred by you as a result of breach of contract, negligence or other tort committed by us, regardless of the theory of liability asserted, is limited to no more than the total amount of annual fees paid to us for the particular service provided under this engagement letter. In addition, we will not be liable in any event for lost profits or any consequential, indirect, punitive, exemplary or special damages. Also, we shall have no liability to you arising from or relating to any third party hardware, software, information or materials selected or



supplied by you.

**Indemnification**

You agree to indemnify and hold us and other PricewaterhouseCoopers firms engaged as subcontractors hereunder, and our respective partners, principals and employees harmless from and against any and all third party claims resulting from any of the Services or Deliverables under this agreement, except to the extent determined to have resulted from our gross negligence or other intentional misconduct relating to such Services and/or Deliverables.

**Regulatory Matters**

Notwithstanding anything to the contrary in this agreement, you have no obligation of confidentiality with respect to any materials, advice or portions of Deliverables to the extent they concern the tax structure or tax treatment of any transaction.

**Other Written Advice.** Based on our discussions, it is anticipated that the written advice PricewaterhouseCoopers provides during the course of this engagement will be Other Written Advice as defined by Circular 230. Accordingly, unless otherwise prohibited or we agree to issue a Covered Opinion as defined by Circular 230, our written advice may include a disclosure stating that the advice was not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed. Our advice will contain any other disclosures required by Circular 230.

**Tax Return Disclosure and Tax Advisor Listing Requirements.** Treasury Regulations Section 1.6011-4 requires that taxpayers disclose to the IRS their participation in certain reportable transactions. Additionally, certain states have adopted rules with purposes similar to Treasury Regulations under Internal Revenue Code Section 6011. You agree to advise us if you determine that any matter covered by this agreement is a reportable transaction that is required to be disclosed under Section 1.6011-4, or is a transaction requiring disclosure to a particular state under such state's particular statutes or regulations.

Similar rules under Internal Revenue Code Sections 6111 and 6112 require that we submit information returns and maintain lists of certain client engagements if we are material advisors to clients that have participated in a reportable transaction. Additionally, certain states have adopted rules similar in scope to Internal Revenue Code Sections 6111 and 6112, thereby creating similar registration and list maintenance requirements in those states. Therefore, if we determine, after consultation with you, that you have participated in a transaction causing us to have a registration and/or list maintenance obligation, we will place your name and other required information on a list. We will contact you if we are required to provide your name to the IRS or any state in connection with any matter under this agreement.

**PCAOB Rule 3522.** You have represented to us, and by signing this agreement, confirm that no other advisor providing advice or assistance with respect to the subject matter of this agreement has imposed any conditions of confidentiality, as defined by Public Company Accounting Oversight Board ("PCAOB") Rule 3522. In addition, you agree that if, after we begin providing services covered by this agreement any other advisor imposes conditions of confidentiality with respect to the matter that is subject to this agreement, you will notify us immediately so that we can cease all work in order to avoid any impairment to independence under PCAOB Rule 3522.

**Federal (Internal Revenue Code Section 6694) and State Preparer Standards.**

Federal law and certain state laws impose obligations on tax return preparers with respect to a position reported on a tax return or claim for refund that does not meet certain standards regarding levels of confidence. If during the course of this engagement we identify a position that does not meet these standards, we will advise you about your penalty exposure and whether you

# PRICEWATERHOUSECOOPERS 🅿

can avoid penalty through disclosure. If we are preparing the return or claim for refund and it is concluded that disclosure is required, we will prepare the disclosure and provide it to you.

Our work may require consultation with a PricewaterhouseCoopers subject matter specialist to reach and document the level of technical support for the position. We will discuss with you any additional fees that may be incurred as a result of complying with these requirements.

**Other Matters**

By entering into this engagement letter, you are binding to its terms your subsidiaries and affiliates to the extent you have the authority to do so; we disclaim any contractual or other responsibility to any other subsidiaries and affiliates. You agree we may use your name in experience citations and recruiting materials. This engagement letter supersedes any prior understandings, proposals or agreements with respect to the Services, and any changes must be agreed to in writing.

\* \* \* \* \* \* \* \*

We are pleased to have the opportunity to provide services to you. If you have any questions about the contents of this letter, please discuss them with Douglas Pinney at (312) 298-2106 or Timothy Byrd at (312) 298-3823. If the Services and terms outlined in this letter are acceptable, please sign one copy of this letter in the space provided and return it to the undersigned.

Very truly yours,

PricewaterhouseCoopers LLP

By: _[signature]_
Douglas L. Pinney, Partner

**ACKNOWLEDGED AND AGREED:**

The Tribune Company, individually and on behalf of its subsidiaries and affiliates

Signature of client official: _[signature]_

Please print name: PATRICK M. SHANAHAN

Title: VP Tax

Date: 1/5/09

5