## EXHIBIT C

**DEBTORS PAYMENTS TO PWC DURING 12 MONTHS PRIOR TO BANKRUPTCY**

PricewaterhouseCoopers LLP
Tribune Company - Debtors' Payments December 2007 through January 2009

| Invoice Number | Invoice Date | Invoice Amount | Fees | Expenses | Description of Services | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1030962001 | 11/27/2007 | $ 6,600 | $ 6,000 | $ 600 | Final Bill for professional services rendered in connection with our audit of the financial statement of TMCT, LLC and TMCT II, LLC for the year ended December 31, 2006 | 12/03/2007 | $ 6,600 |
| 1031120396 | 06/24/2008 | $ 60,198 | $ 60,000 | $ 198 | Progress bill for professional services rendered in connection with our audit of the financial statements of TMCT, LLC and TMCT II, LLC for the year ended December 31, 2007 | 06/27/2008 | $ 60,198 |
| 1031172909 | 09/23/2008 | $ 27,471 | $ 27,000 | $ 471 | Progress bill for professional services rendered in connection with our audit of the financial statements of TMCT, LLC and TMCT II, LLC for the year ended December 31, 2007 | 10/10/2008 | $ 27,471 |
| 1030938138 | 10/25/2007 | $ 105,000 | $ 105,000 | $ - | Professional services rendered in connection with the Company's leveraged ESOP transaction through September 30, 2007 | 12/28/2007 | $ 105,000 |
| 1030964020 | 11/29/2007 | $ 130,000 | $ 130,000 | $ - | Professional services rendered in connection with the Company's leveraged ESOP transaction through November 30, 2007 | 01/18/2008 | $ 130,000 |
| 1031019907 | 02/19/2008 | $ 18,500 | $ 18,500 | $ - | Final billing for accounting consultations associated with the leveraged ESOP transaction | 03/28/2008 | $ 18,500 |
| 1030938135 | 10/25/2007 | $ 275,000 | $ 200,000 | $ 75,000 | Progress billing for professional services rendered in connection with the audit of Tribune Company for the year ended December 30, 2007 | 12/28/2007 | $ 275,000 |
| 1030964021 | 11/29/2007 | $ 290,000 | $ 250,000 | $ 40,000 | Progress billing for professional services rendered in connection with the audit of Tribune Company for the year ended December 30, 2007 | 01/28/2008 | $ 290,000 |
| 1030981060 | 12/20/2007 | $ 200,000 | $ 200,000 | $ - | Progress billing for professional services rendered in connection with the audit of Tribune Company for the year ended December 30, 2007 | 01/30/2008 | $ 200,000 |
| 1030996531 | 01/16/2008 | $ 125,000 | $ 125,000 | $ - | Progress billing for professional services rendered in connection with the audit of Tribune Company for the year ended December 30, 2007 | 03/10/2008 | $ 125,000 |
| 1031026500 | 02/27/2008 | $ 200,000 | $ 150,000 | $ 50,000 | Final billing for professional services rendered in connection with the audit of Tribune Company for the year ended December 30, 2007 | 04/07/2008 | $ 200,000 |

Page 1 of 5

PricewaterhouseCoopers LLP
Tribune Company - Debtors' Payments December 2007 through January 2009

| Invoice Number | Invoice Date | Invoice Amount | Fees | Expenses | Description of Services | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1031078278 | 04/30/2008 | $ 200,000 | $ 200,000 | $ - | Progress billing for professional services rendered in connection with the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 06/09/2008 | $ 200,000 |
| 1031127857 | 06/27/2008 | $ 200,000 | $ 200,000 | $ - | Progress billing for professional services rendered in connection with the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 08/04/2008 | $ 200,000 |
| 1031146465 | 07/31/2008 | $ 200,000 | $ 200,000 | $ - | Progress billing for professional services rendered in connection with the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 09/08/2008 | $ 200,000 |
| 1031181891 | 10/01/2008 | $ 220,000 | $ 200,000 | $ 20,000 | Progress billing for the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 11/07/2008 | $ 220,000 |
| 1031208969 | 11/06/2008 | $ 230,000 | $ 200,000 | $ 30,000 | Progress billings for the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 12/04/2008 | $ 230,000 |
| 1031227366 | 12/02/2008 | $ 230,000 | $ 200,000 | $ 30,000 | Progress billing for the integrated audit of Tribune Company's consolidated financial statements for the year ending December 28, 2008 | 12/05/2008 | $ 230,000 |
| 1030988889 | 01/04/2008 | $ 100,000 | $ 100,000 | $ - | Progress billing for professional services rendered in connection with the audit of the financial statements of Tribune Broadcasting Company for the year ended December 31, 2007 | 02/11/2008 | $ 100,000 |
| 1031010470 | 02/04/2008 | $ 100,000 | $ 100,000 | $ - | Progress billing for professional services rendered in connection with the audit of the financial statements of Tribune Broadcasting Company for the year ended December 31, 2007 | 03/28/2008 | $ 100,000 |
| 1031027420 | 02/28/2008 | $ 75,000 | $ 75,000 | $ - | Final billing for professional services rendered in connection with the audit of the financial statements of Tribune Broadcasting Company for the year ended December 31, 2007 | 04/07/2008 | $ 75,000 |

PricewaterhouseCoopers LLP
Tribune Company - Debtors' Payments December 2007 through January 2009

| Invoice Number | Invoice Date | Invoice Amount | Fees | Expenses | Description of Services | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1031101126? | 02/04/2008 | $ 25,000 | 25,000 | $ | Billing for professional services rendered in connection with the audit of the financial statements of Tribune Finance LLC for the year ended December 30, 2007 | 03/13/2008 | $ 25,000 |
| 1031019678 | 02/18/2008 | $ 8,800 | 8,800 | $ | Final billing for professional services rendered in connection with the Baltimore Sun Pension Plan for Guild Employees' audit for the period ending June 30, 2007 | 03/19/2008 | $ 8,800 |
| 1031060616 | 04/15/2008 | $ 7,500 | 7,500 | $ | Re: Baltimore Sun Pension Plan for Guild Employees - Billing for services rendered in connection with the preparation of the final 2007 Form 5500 (Annual Return/Report of Employee Benefit Plan) and Summary Annual Report for the plan year ended June 30, 2007, in accordance with our engagement letter dated March 28, 2007 | 05/12/2008 | $ 7,500 |
| 1031027279 | 02/28/2008 | $ 52,000 | 52,000 | $ | For professional services rendered in connection with the audit of the financial statements of the Chicago National League Ball Club for the year ended December 30, 2007 | 04/22/2008 | $ 52,000 |
| 1031216186 | 11/19/2008 | $ 9,700 | 9,700 | $ | Professional services rendered in connection with the Review of Chicago Cubs workpapers by Deloitte on September 23-24, 2008 and Klaff Realty on Sept 30, 2008 | 12/05/2008 | $ 9,700 |
| 1031227363 | 12/02/2008 | $ 15,000 | 15,000 | $ | Accounting consulations related to the proposed sale of the Chicago Cubs | 12/05/2008 | $ 15,000 |
| 1031060090 | 04/15/2008 | $ 9,800 | 9,800 | $ | Professional services rendered in connection with the review of the Newsday audit workpapers by Ernst & Young LLP on April 1-2, 2008 | 05/22/2008 | $ 9,800 |
| 1031088905 | 05/16/2008 | $ 6,500 | 6,500 | $ | Professional services rendered in connection with the review of the Newsday audit workpapers by KPMG on May 5, 2008 | 07/08/2008 | $ 6,500 |
| 1031102909 | 05/30/2008 | $ 210,000 | 200,000 | $ 10,000 | First progress billing for the audit of the combined financial statements of Newsday Media Group for the three years ended December 30, 2007 | 07/17/2008 | $ 210,000 |

PricewaterhouseCoopers LLP
Tribune Company - Debtors' Payments December 2007 through January 2009

| Invoice Number | Invoice Date | Invoice Amount | Fees | Expenses | Description of Services | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1031122301 | 06/25/2008 | $ 330,000 | $ 300,000 | $ 30,000 | Second progress billing for the audit of the combined financial statements of Newsday Media Group for the three years ended December 30, 2007 | 08/04/2008 | $ 330,000 |
| 1031146463 | 07/31/2008 | $ 205,000 | $ 200,000 | $ 5,000 | Third progress billing for the audit of the combined financial statements of Newsday Media Group for the three years ended December 30, 2007 | 09/08/2008 | $ 205,000 |
| 1031166876 | 09/11/2008 | $ 50,000 | $ 50,000 | $ - | Fourth and final billing for the audit of the combined financial statements of Newsday Media Group for the three years ended December 30, 2007 and review of the combined financial statements for the quarter ended March 30, 2008 | 10/20/2008 | $ 50,000 |
| 1031227362 | 12/02/2008 | $ 100,000 | $ 100,000 | $ - | Accounting consulations related to the disposition of Newsday Media Group, publishing group impairment charges and interest rate hedge transactions | 12/05/2008 | $ 100,000 |
| 1031227364 | 12/02/2008 | $ 100,000 | $ 100,000 | $ - | Billing for performance of SAS 100 review procedures over the combined financial statements of Newsday Media Group for the first halves ended June 29, 2008 and July 1, 2007 | 12/05/2008 | $ 100,000 |
| 1031078061 | 04/30/2008 | $ 3,625 | $ 3,625 | $ - | For professional tax services rendered through April 30, 2008 in connection with preparation of 2007 income tax returns for the Brumback Foundation | 05/22/2008 | $ 3,625 |
| 1031078062 | 04/30/2008 | $ 3,100 | $ 3,100 | $ - | For professional tax services rendered through April 30, 2008 in connection with the following: - Extention of 2007 federal income tax returns for Mr. and Mrs. Charles T. Brumback - Miscellaneous discussions and planning matters | 05/22/2008 | $ 3,100 |
| 1031078066 | 04/30/2008 | $ 2,050 | $ 2,050 | $ - | For professional tax services rendered through April 30, 2008 in connection with preparation of 2007 income tax returns for the Brumback-Mayer Partnership | 05/22/2008 | $ 2,050 |

PricewaterhouseCoopers LLP
Tribune Company - Debtors' Payments December 2007 through January 2009

| Invoice Number | Invoice Date | Invoice Amount | Fees | Expenses | Description of Services | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|
| 1031172435 | 09/23/2008 | $ 11,880 | $ 11,880 | $ - | For professional tax services rendered through September 15, 2008 in connection with preparation of 2007 federal income and gift tax returns for Mr. and Mrs. Charles T. Brumback | 10/13/2008 | $ 11,880 |
| 1031082274 | 05/07/2008 | $ 100,000 | $ 100,000 | $ - | Professional services rendered in connection with the carve-out audit of Tribune Media Services for the year ended 12/30/2007 | 06/24/2008 | $ 100,000 |
| 1031196723 | 10/27/2008 | $ 20,000 | $ 20,000 | $ - | Second billing for the audit of the carve-out financial statements of Tribune Media Services Entertainment Products Division for the year ended December 30, 2007 | 12/03/2008 | $ 20,000 |
| 1031158769 | 08/27/2008 | $ 47,000 | $ 47,000 | $ - | Preparation of a Comfort Letter for the proposed 144A Offering Memorandum to refinance the bridge facility | 10/21/2008 | $ 47,000 |
| 1031227197 | 12/02/2008 | $ 70,430 | $ 64,700 | $ 5,730 | Fees for professional services rendered in connection with Project Jewel | 12/05/2008 | $ 70,430 |
| 1060044102 | 04/21/2008 | $ 1,620 | $ 1,500 | $ 120 | Comparto Renewal Subscription effective 03/15/2008 | 10/17/2008 | $ 1,565 |
| 1060044102 | 04/21/2008 | $ 55 | $ - | $ 55 | Comparto Renewal Subscription effective 03/15/2008 - 2nd payment on invoice | 11/20/2008 | $ 55 |
| 1031221527 | 11/25/2008 | $ 51,216 | $ 50,000 | $ 1,216 | Invoice for general advisory and benchmarking services provided | 12/02/2008 | $ 51,216 |
| 1031227651 | 12/03/2008 | $ 50,000 | $ 50,000 | $ - | Invoice for compensation consulting services *** Advance Payment for Compensation Services *** Will be credited against post-petition services | 12/05/2008 | $ 50,000 |
| December 2007 - December 8, 2008 total | | $ 4,482,990 | $ 4,184,655 | $ 298,335 | | | $ 4,482,990 |