**<u>EXHIBIT D</u>**

## CONFLICTS SEARCH RESULTS

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

PwC currently perform or have previously performed services as described in the Initial Declaration and Supplemental Declaration and/or in matters unrelated to these Chapter 11 Cases to the following individuals or entities or have other relationships with such entities, such as banking relationships.

## RELATIONSHIPS KNOWN AS OF FEBRUARY 15, 2009

**(Attached as table)**

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Paramount Pictures Corporation
Sony Pictures Television
Warner Brothers Television

## PREPETITION LENDERS TO THE DEBTORS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blue Mountain Capital Management LLC
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Credit Suisse Asset Management
Credit Suisse Group AG
Davidson Kempner Capital Management LLC
Deutsche Bank AG
Deutsche Investment Management Americas Inc.
Drake Capital Management LLC
Eaton Vance Mgmt

Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Franklin Advisers Inc.
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
GSO Capital Partners  LP
Guggenheim Management LLC
Halcyon Structured Asset Management LP
Hartford Investment Management Company
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund (99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
KKR Financial Corporation
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Marathon Asset Management LLC
Massachusetts Financial Services Company
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V

MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Nicholas-Applegate Capital Management LLC
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Oppenheimer Funds Inc.
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Patriarch Partners LLC
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Renaissance Reinsurance Limited
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Satellite Asset Management LP
SEIX Investment Advisors Incorporation
Seneca Capital Management
Silver Point Capital LP – FSG
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
Taconic Capital Advisors LLC
The Norinchukin Bank
Trimaran Advr LLC
UBS AG
Van Kampen Asset Management
Viking Global Performance LLC
Wachovia Bank National Association
Wells Capital Management Incorporated

Wells Fargo Foothill Inc.
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## INSURANCE CARRIERS

Ace American Insurance Company
Axis Reinsurance Company
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lloyd's
St. Paul Fire & Marine Insurance Company (Travelers)
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Deloitte & Touche LLP
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
Seyfarth Shaw LLP

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) 2
AT&T (B) 2
Bank of America

Cablevision
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Countrywide Financial
Dell
Domino's Pizza
Dunkin Donuts
Empire Home Services
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE -- Vivendi Universal
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Hyundai Dealer Associations
ITT Educational Services
Johnson & Johnson
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
McDonalds -- McDonald's
News Corp
News Corp -- 20th Century Fox -- Home -
Theatrical
Pfizer
Procter & Gamble -- P&G
Progressive Insurance
Qwest Communications
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment -- Pictures -- Columbia Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema -- Home Video
TW Time Warner

TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless
Verizon Wireless -- Cellular
Viacom -- Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
White Castle
Yum Brands -- Kentucky Fried Chicken
Yum Brands -- Pizza Hut
Yum Brands -- Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Cbs Broadcasting Inc.
Cbs Radio Inc.
Hy-Ko Products Company
Southern Connecticut Newspapers, Inc.
Tweeter Home Entertainment Group
U.S. Bank National Association

## SIGNIFICANT LANDLORDS OF THE DEBTORS

Catellus Development Corporation
Duke Realty Limited Partnership
Wells Fargo Bank, N.A.
Woodies Holding, LLC

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Citadel
Suttonbrook

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

**EQUITY METHOD INVESTMENTS**
CAREERBUILDER, LLC
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
LEGACY.COM

**FORMER INDENTURE TRUSTEES**
BANK OF NEW YORK
CITIBANK, N.A.
WELLS FARGO BANK, N.A.

**AGENTS UNDER CREDIT AGREEMENTS**
BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.