IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| TRIBUNE COMPANY, et al., | : Case No. 08-13141 (KJC) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PAPERS

PLEASE TAKE NOTICE THAT Northlake Property, LLC, Midwest Warehouse & Distribution System, Inc., and Bedford Motor Service, Inc., hereby appear in the above case by their counsel, Tybout, Redfearn and Pell, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following addresses, email addresses, telecopy and telephone numbers:

Sherry Ruggiero Fallon (#2464)
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Telephone: (302)658-6901
Telecopy: (302)658-4018
E-mail: sfallon@trplaw.com

Brian M. Dougherty
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
Telephone: (630)655-6000
Telecopy: (630)655-9808
Email: bmd@gsrnh.com

PLEASE TAKE FURTHER NOTICE THAT, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitations, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, e-mail, telephone, telecopy or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE THAT neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, setoffs, or recoupments to which the Company may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Company expressly reserve.

Dated: 3/3/09

TYBOUT, REDFEARN AND PELL

By: _____
Sherry Ruggiero Fallon   (#2464)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Telephone: (302)658-6901
Telecopy:  (302)658-4018
E-mail: sfallon@trplaw.com

AND

Brian M. Dougherty
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McCLintock Drive, Second Floor
Burr Ridge, IL 60527
Telephone: (630)655-6000
Telecopy: (630)655-9808
Email: bmd@gsrnh.com

Attorneys for Northlake Property, LLC,
Midwest Warehouse & Distribution System, Inc., and
Bedford Motor Service, Inc.