## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify, that I am not less than 18 years of age and that true and correct copies of the attached document were served on this 3rd day of March, 2009, upon all parties, by ECF/CM electronic notification. In addition, the following parties will be served in the manner indicated below:

**Hand Delivery**
J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Attorneys for Debtors

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Attorneys for Official Committee of Unsecured Creditors of Semcrude, L.P., et al.

**First Class U.S. Mail**
Bryan Krakauer
James F. Conlan
Sidley, Auistion, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
Attorneys for Debtors

Michael A. Henry
Gross, McGinley, Labarre & Eaton LLP
33 S. 7th Street
P.O. Box 4060
Allentown, PA 18105-4060
Attorneys for Debtors

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
Attorneys for Debtors

Under penalty of perjury, I declare that the foregoing is true and correct.

TYBOUT REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON (DE Bar ID # 2464)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Phone: (302) 658-6901
Fax: (302) 658-4018
E-mail: sfallon@trplaw.com
Attorneys for Northlake Property, LLC, Midwest Warehouse & Distribution System, Inc., and Bedford Motor Service, Inc.