**ROBINSON BROG LEINWAND GREENE**
  **GENOVESE & GLUCK P.C.**
**Attorneys for Galleria Operating Company, LLC**
1345 Avenue of the Americas
New York, New York 10105
Tel: 212-603-6300
**Fred B. Ringel, Esq.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY**, *ET AL.,* | |
| | [Jointly Administered] |
| Debtor. | |

-----------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears for **Galleria Operating Company, LLC,** Creditor, Landlord and party in interest herein, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. Section 1109(b), hereby demands that all notices given or required to be given in this case be given to and served upon the undersigned at the offices, post offices and telephone numbers set forth below, addressed to the attention of: **Fred B. Ringel, Esq**.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to 11 U.S.C. Section 1109(b), this demand shall be broadly construed to include, by way of example and not by way of limitation, all notices and papers, including, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery,

419795

telephone, telegraph, telex, fax, e-mail or otherwise, which affects, or purports to affect, the estate of the above named Debtor or the property of the estate of the above named Debtor.

**DATED:**   New York, New York
March 4, 2009

                    **ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorneys for Galleria Operating
 Company LLC**
1345 Avenue of the Americas
New York, New York 10105
Tel: 212-603-6300


      **By: /s/ Fred B. Ringel**
          Fred B. Ringel


**TO:**   Clerk, United States Bankruptcy Court
**District of Delaware**
824 Market Street, 5th Floor
Wilmington, DE 19801

**Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603**
Attention: James F. Conlan, Esq.

**Cole Schotz Meisel Forman & Leonard PA
1000 N. West Street, Suite 1200**
Wilmington, DE 19801
Attention: Norman Pernick, Esq.

419795

419795