**ROBINSON BROG LEINWAND GREENE**
 **GENOVESE & GLUCK P.C.**
**Attorneys for Galleria Operating Company, LLC**
1345 Avenue of the Americas
New York, New York 10105
Tel: 212-603-6300
**Fred B. Ringel, Esq.**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
----------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11<br>Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY**, *ET AL.,* | |
| Debtor. | [Jointly Administered] |

----------------------------------------------------X          **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                            ss.:
COUNTY OF NEW YORK   )

   **Tina Fogel**, being duly sworn, deposes and says:

   1.   I am not a party to the action, am over 18 years of age and reside in N.Y., N.Y.

   2.   On the **4ᵗʰ** day of **March, 2009** I served **NOTICE OF APPEARANCE AND**

**DEMAND FOR SERVICE OF PAPERS**  *via FIRST CLASS MAIL* upon:

*Clerk, United States Bankruptcy Court*
*District of Delaware*
*824 Market Street, 5ᵗʰ Floor*
*Wilmington, DE 19801*

*Sidley Austin LLP*
*One South Dearborn Street*
*Chicago, Illinois 60603*
*Attention: James F. Conlan, Esq.*

*Cole Schotz Meisel Forman & Leonard PA*
*1000 N. West Street, Suite 1200*
*Wilmington, DE 19801*
*Attention:  Norman Pernick, Esq.*

424627

by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                              /s/Tina Fogel

Sworn to before me this                                    **TINA FOGEL**
**4**[th] day of **March, 2009**

/s/ Robert M. Sasloff
Notary Public, State of New York
No. 31-4966401  Qualified in New York County
Commission Expires 5-7-2010

424627