IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, | ) | Case No. 08-13141-KJC |
| *et al.*[1], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Hearing Date: March 25, 2009 at 3:00 p.m.** |
| | ) | **Objection Deadline: March 18, 2009 at 4:00 p.m.** |

## NOTICE OF MOTION FOR
## MOTION FOR RELIEF FROM STAY

**PLEASE TAKE NOTICE THAT** on March 5, 2009, the undersigned counsel filed and served the Faggios' Motion for Relief from Stay (the "Motion").

**PLEASE TAKE FURTHER NOTICE THAT** a hearing is scheduled to be held on the Motion on **March 25, 2009 at 3:00 p.m.** (the "Hearing") in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT** responses or objections must be filed and served so as to be received by the undersigned counsel on or before **March 18, 2009 at 4:00 p.m.** (the "Objection Deadline"). If no responses or objections are received prior to the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated: March 5, 2009  
Wilmington, Delaware

SMITH, KATZENSTEIN & FURLOW LLP

_____  
Etta R. Wolfe (ID No. 4164)  
800 Delaware Avenue, 10th Floor  
P.O. Box 410  
Wilmington, DE 19899  
Tel: (302) 652-8400  
Fax: (302) 652-8405  
Email: erw@skfdelaware.com

---

[1] For a complete list of debtors in these cases, please refer to Docket No. 4.

09005|NOM|10064749.WPD