# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, | ) | Case No. 08-13141-KJC |
| et al.[2], | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The Court having considered the Faggios Motion for Relief From the Automatic Stay, due and sufficient notice having been given under the circumstances and good cause appearing therefore, it is HEREBY ORDERED that:

1. The Motion is GRANTED;

2. The Faggios shall proceed to final judgment on the claims;

3. The Faggios shall not take any steps to collect on any judgment so awarded against the Debtors but may proceed against the Debtors' insurers;

4. This Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

This _____ day of _____, 2009

                                                                                     Kevin J. Carey, Chief Judge
                                                                                     United States Bankruptcy Court

---

[2] For a complete list of debtors in these cases, please refer to Docket No. 4.