## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Relief from Stay was sent by regular U.S. mail to the parties on the attached 2002 service list this 5th day of March, 2009.

_____
Etta R. Wolfe (DE ID 4164)

{09005|COS|10064747.DOC}