TRIBUNE 2002 DATA SOURCE

| Name_Address | 2002 service list - Contact_Information |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman<br> and Leonard, P.A.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801 | Co-Counsel to Tribune Company<br>bankruptcy@coleschotz.com |
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801 | U.S. Trustee<br>Phone main: 302-573-6491<br>Phone direct: 302-573-6492<br>Fax: 302-573-6497<br>joseph.mcmahon@usdoj.gov |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE  19801 | Counsel to the Official Committee of Unsecured Creditors<br>[Filed NOA 12/19/08, DI #104]<br>Phone: 302-467-4400<br>Fax: 302-467-4450<br>landis@lrclaw.com<br>mcguire@lrclaw.com |
| Ellen W. Slights, Esquire<br>U. S. Attorney's Office<br>1201 Market Street, Suite 1100<br>P.O. Box 2046<br>Wilmington, DE  19899-2046 | U.S. Attorney<br>Phone: 302-573-6277<br>Fax: 302-573-6431<br>ellen.slights@usdoj.gov |
| Stuart M. Brown, Esquire<br>William E. Chipman, Jr., Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/8/08, DI #2]**<br>Phone: 302-777-7770<br>Fax: 302-777-7263<br>Wchipman@eapdlaw.com<br>Sbrown@eapdlaw.com<br>http://www.eapdlaw.com |
| Laurie Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street, PO Box 951<br>Wilmington, DE  19899-0951 | Counsel to Merrill Lynch Capital Corporation, as Administrative Agent<br>**[Filed NOA 12/11/08, DI #68]**<br>Phone: 302-984-6033<br>Fax: 302-658-1192<br>lsilverstein@potteranderson.com |

| | |
|---|---|
| **Mark D. Collins, Esquire**<br>**Katisha D. Fortune, Esquire**<br>**Richards, Layton & Finger, P.A.**<br>**920 N. King Street**<br>**P.O. Box 551**<br>**Wilmington, DE  19899-0511** | Counsel to JPMorgan Chase Bank, N.A., as Administrative Agent for pre-petition loan facility<br>**[Filed NOA on 12/15/08, DI # 84]**<br>Phone: 302-651-7531<br>Phone Main: 302-651-7700<br>Fax: 302-498-7531<br>Fax main: 302-651-7701<br>Collins@RLF.com<br>Fortune@RLF.com |
| **R. Karl Hill, Esquire**<br>**Seitz, van Ogtrop & Green, P.A.**<br>**222 Delaware Avenue, Suite 1500**<br>**PO Box 68**<br>**Wilmington, DE  19899** | Counsel to Abitibi Bowater, Inc., Abitibi Consolidated Sales Corporation & Bowater Inc.<br>**[Filed NOA 12/11/08, DI # 72]**<br>Counsel for Dow Jones & Company, Inc.<br>[Filed NOA 1/7/09, DI #169]<br>Phone: 302-888-7604<br>Fax: 302-888-0606<br>khill@svglaw.com |
| **Katherine L. Mayer, Esquire**<br>**McCarter & English, LLP**<br>**Renaissance Centre**<br>**405 N. Market St., 8th Floor**<br>**Wilmington, DE  19801** | Counsel to Deutsche Bank Trust Company Americas<br>**[Filed NOA 12/12/08, DI # 81]**<br>Phone: 302-984-6300<br>Fax: 302-984-6399<br>kmayer@mccarter.com |
| **Joseph H. Huston, Jr., Esquire**<br>**Stevens & Lee, P.C.**<br>**1105 North Market Street, 7th Fl.**<br>**Wilmington, DE  19801** | Counsel to CF 4242 Bryn Mawr LLC<br>**[Filed NOA 12/12/08, DI # 82]**<br>Phone: 302-425-3310<br>Fax: 610-371-7972<br>jhh@stevenslee.com |
| **William M. Kelleher, Esquire**<br>**Elliott Greenleaf**<br>**1105 North Market Street, Suite 1700**<br>**Wilmington, DE  19801** | Counsel to CoreStaff Services<br>**[Filed NOA 12/16/08, DI # 85]**<br>**[Change of Addy filed 2/6/09, DI # 345]**<br>Phone: 302-384-9400<br>Fax: 302-656-3714 (use for agendas for Bill)<br>Alt Fax: 302-384-9399<br>wmk@elliottgreenleaf.com |

| | |
|---|---|
| **Frederick B. Rosner, Esquire**<br>**Messana Rosner & Stern, LLP**<br>**1000 N. West Street, Suite 1200**<br>**Wilmington, DE  19801** | Counsel to Intelsat Corporation<br>**[Filed NOA 12/16/08, DI #88]**<br>Phone: 302-777-1111<br>Fax: 302-295-5061<br>frosner@mrs-law.com |
| **Susan E. Kaufman, Esquire**<br>**Cooch and Taylor, P.A.**<br>**1000 West Street, 10th Floor**<br>**Wilmington, DE  19801** | Counsel to American Federation of Television and Radio Artists<br>**[Filed NOA 12/16/08, DI #89]**<br>            and<br>Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")<br>**[Filed NOA 1/8/09, DI #175]**<br>Phone (Main): 302-984-3800<br>Phone (Direct):  302-984-3820<br>Fax: 302-984-3939<br>skaufman@coochtaylor.com |
| **Jeffrey C. Wisler, Esquire**<br>**Marc J. Phillips, Esquire**<br>**Connolly Bove Lodge & Hutz LLP**<br>**The Nemours Building**<br>**1007 N. Orange St., PO Box 2207**<br>**Wilmington, DE  19899** | Counsel to CapitalSource Finance LLC and DMD Special Situations Funding LLC<br>**[Filed NOA 12/29/08, DI #151]**<br>Phone: 302-658-9141<br>Fax: 302-658-0380<br>jwisler@cblh.com<br>mphillips@cblh.com |
| **Christopher P. Simon, Esquire**<br>**Tara M. DiRocco, Esquire**<br>**Cross & Simon, LLC**<br>**913 North Market Street, 11th Floor**<br>**Wilmington, DE  19801** | Counsel to Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA<br>**[Filed NOA 12/17/08, DI #92]**<br>Phone: 302-777-4200<br>Fax: 302-777-4224<br>csimon@crosslaw.com<br>tdirocco@crosslaw.com |
| **Eric Lopez Schnabel, Esquire**<br>**Robert W. Mallard, Esquire**<br>**Dorsey & Whitney (Delaware) LLP**<br>**1105 North Market St., 16th Floor**<br>**Wilmington, DE  19801** | Counsel to Agfa Corporation<br>**[Filed NOA 12/31/08, DI # 158]**<br>Phone direct: 302-425-7162<br>Phone main: 302-425-7171<br>*USE THIS FAX: 646-514-9843*<br>Fax: 302-261-7352<br>Schnabel.eric@dorsey.com<br>Mallard.robert@dorsey.com |

| Mark E. Felger, Esquire<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE 19801 | Counsel to Twentieth Television, Inc.<br>**[Filed NOA 1/7/09, DI #168]**<br>Phone: 302-295-2000<br>mfelger@cozen.com |
|---|---|
| John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE 19801 | Counsel to Navistar Financial Corporation and Navistar Leasing Company<br>**[Filed NOA 1/14/09, DI #213]**<br>Phone: 302-777-4350<br>Fax: 302-777-4352<br>jfiorella@archerlaw.com |
| Jami B. Nimeroff, Esquire<br>Brown Stone Nimeroff LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801 | Counsel to NBC Universal Inc.<br>**[Filed NOA 1/20/09, DI # 253]**<br>Phone: 302-428-8142<br>Fax: 302-351-2744<br>jnimeroff@bsnlawyers.com |
| David B. Stratton, Esquire<br>Leigh-Anne M. Raport, Esquire<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market St., PO Box 1709<br>Wilmington, DE 19899-1709 | Counsel to PPF OFF Two park Avenue Owner, LLC<br>**[Filed NOA 1/20/09, DI #254]**<br>Phone: 302-777-6500<br>Fax: 302-421-8390<br>strattond@pepperlaw.com<br>raport1@pepperlaw.com |
| Margaret F. England, Esquire<br>Eckert, Seamans, Cherin & Mellott, LLC<br>300 Delaware Avenue, Suite 1210<br>Wilmington, DE 19801 | Counsel to The Neilsen Company (US) LLC<br>Counsel to American Federation of Television and Radio Artists<br>**[Filed NOA 12/16/08, DI #89]**<br>and<br>Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")<br>**[Filed NOA 1/8/09, DI #175]**<br>Phone (Main): 302-984-3800<br>Phone (Direct): 302-984-3820<br>Fax: 302-984-3939<br>skaufman@coochtaylor.com<br>Phone: 302-425-0430<br>Fax: 302-425-0432<br>mengland@eckertseamans.com |

| | |
|---|---|
| Rachel B. Mersky, Esquire<br>Monzack Mersky McLaughlin<br> & Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE  19801 | Counsel to bkm 3128 Redhill, LLC<br>**[Filed NOA 1/26/09, DI # 270]**<br>Phone: 302-656-8162<br>Fax: 302-656-2769<br>rmersky@monlaw.com |
| Wilmington Trust Company<br>Attn: Patrick J. Healy, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | Counsel to Wilmington Trust Company as<br>successor Indenture Trustee for the Exchangeable<br>Subordinated Debentures due 2029<br>**[Filed NOA 1/27/09, DI #278]** |
| Bradford J. Sandler, Esquire<br>Jennifer R. Hoover, Esquire<br>Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE  19801 | Counsel to Wilmington Trust Company as<br>successor Indenture Trustee for the Exchangeable<br>Subordinated Debentures due 2029<br>**[Filed NOA 1/27/09, DI #278]**<br>Phone: 302-442-7010<br>Fax: 302-442-7012<br>bsandler@beneschlaw.com<br>jhoover@beneschlaw.com |
| Adam Hiller, Esquire<br>Michelle Berkeley-Ayres, Esquire<br>Draper & Goldberg, P.L.L.C.<br>1500 North French Street, 2nd Floor<br>Wilmington, DE  19801 | Counsel to Parties referenced in the First<br>Amended Verified Statement of Teitelbaum &<br>Baskin LLP<br>**[Filed NOA 1/30/09, DI # 300]**<br>Phone: 302-339-8800<br>Fax: 302-213-0043 |
| Sherry Ruggiero Fallon, Esquire<br>Tybout Redfearn and Pell<br>750 Shipyard Drive, Suite 400<br>PO Box 2092<br>Wilmington, DE 19899-2092 | Counsel to Northlake Property, LLC, Midwest<br>Warehouse & Distribution System, Inc. and<br>Bedford Motor Service, Inc.<br>[Filed NOA 3/3/09, DI # 464]<br>Phone: 302-658-6901<br>Fax: 302-658-4018<br>sfallon@trplaw.com |
| Internal Revenue Service<br>844 King Street<br>Wilmington, DE  19801 | Phone: 302-573-6343 (press 8)<br>Fax: 302-<br>** Will not accept service of documents via<br>hand delivery. ** |
| James F. Conlan, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | Co-Counsel to Debtor<br>**[Filed NOA 12/9/08, DI #31]**<br>Phone: 312-853-7000<br>Fax: 312-853-7036<br>jconlan@sidley.com |

| | |
|---|---|
| **Bryan Krakauer, Esquire**<br>**Sidley Austin LLP**<br>**One South Dearborn Street**<br>**Chicago, IL 60603** | Co-Counsel to Debtor<br>**[Filed NOA 12/9/08, DI #32]**<br>Phone: 312-853-7000<br>Fax: 312-853-7036<br>bkrakauer@sidley.com |
| **Kevin T. Lantry, Esquire**<br>**Sidley Austin LLP**<br>**555 West Fifth Street**<br>**Los Angeles, CA 90013** | Co-Counsel to Debtor<br>**[Filed NOA 12/10/008, DI #40]**<br>Phone: 213-896-6022<br>Fax: 213-896-6600<br>klantry@sidley.com |
| **Donald S. Bernstein, Esquire**<br>**James A. Florack, Esquire**<br>**Damian S. Schaible, Esquire**<br>**Davis Polk & Wardwell**<br>**450 Lexington Avenue**<br>**New York, NY 10017** | Counsel to JPMorgan Chase Bank, N.A., as<br>Administrative Agent for pre-petition loan facility<br>**[Filed NOA on 12/15/08, DI # 84]**<br>Phone: 212-450-4000<br>Fax: 212-607-7999<br>Tribuneco.routing@dpw.com |
| **Internal Revenue Service**<br>**31 Hopkins Plaza**<br>**ATTN: Room 1150**<br>**Baltimore, MD 21201** | Internal Revenue Service<br>Phone: 410-962-4131<br>For service use this address. IRS in<br>Wilmington will not receive copies except<br>online via email (service by court). |
| **Securities & Exchange Commission**<br>**15th & Pennsylvania Ave., N.W.**<br>**Washington, D.C. 20020** | Securities & Exchange Commission<br>Phone: 202-942-8088<br>Fax: 202-772-9260<br>Email: |
| **Margot B. Schonholtz, Esquire**<br>**Madlyn Gleich Primoff, Esquire**<br>**Kaye Scholer LLP**<br>**425 Park Avenue**<br>**New York, NY 10022** | Counsel to Merrill Lynch Capital Corporation, as<br>Administrative Agent<br>**[Filed NOA 12/11/08, DI #68]**<br>Phone: 212-836-8000<br>Fax: 212-836-6525<br>mschonholtz@kayescholer.com<br>mprimoff@kayescholer.com |
| **Elizabeth Weller, Esquire**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**2323 Bryan Street, Suite 1600**<br>**Dallas, TX 75201** | Counsel to Dallas County<br>**[Filed NOA 12/9/08, DI #23]**<br>Phone: 214-880-0089<br>Fax: 469-221-5002<br>Dallas.bankruptcy@publicans.com |

| Frederick D. Hyman, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/9/08, DI #24]**<br>Phone: 212-506-2500<br>Fax: 212-262-1910<br>fhyman@mayerbrown.com |
| --- | --- |
| Jeffrey G. Tougas, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/9/08, DI #25]**<br>Phone: 212-506-2500<br>Fax: 212-262-1910<br>jtougas@mayerbrown.com |
| Brian Trust, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/9/08, DI #26]**<br>Phone: 212-506-2500<br>Fax: 212-262-1910<br>btrust@mayerbrown.com |
| Barbara Yan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/9/08, DI #27]**<br>Phone: 212-506-2500<br>Fax: 212-262-1910<br>byan@mayerbrown.com |
| Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 | Counsel to Barclays Bank PLC (Post-Petition Administrative Agent and Lender)<br>**[Filed NOA 12/9/08, DI #28]**<br>Phone: 212-506-2500<br>Fax: 212-262-1910<br>atrehan@mayerbrown.com |
| Jeffrey N. Rich, Esquire<br>Charles R. Smith, Esquire<br>K & L Gates LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030 | Counsel to GreatBanc Trust Company, as Trustee of the Tribune Employee Stock Ownership Trust<br>**[Filed NOA 12/9/08, DI #30]**<br>Phone: 212-536-3900<br>Fax: 212-536-3901<br>jeff.rich@klgates.com |
| Charles R. Smith, Esquire<br>K & L Gates LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA  15222-2312 | Counsel to GreatBanc Trust Company, as Trustee of the Tribune Employee Stock Ownership Trust<br>**[Filed NOA 12/9/08, DI #30]**<br>Phone: 412-355-6500<br>Fax: 412-355-6501 |

| | |
|---|---|
| **Matthew J. Troy, Esquire**<br>**United States Department of Justice**<br>**Civil Division**<br>**P.O. Box 875**<br>**Ben Franklin Station**<br>**Washington, D.C. 20044-0875** | US Department of Justice<br>**[Filed NOA 12/10/08, DI #42]**<br>Phone: 202-514-9038<br>Fax: 202-307-0494<br>Matthew.troy@usdoj.gov<br>FOR OVERNIGHT DELIVERY:<br>1100 L Street, N.W., Room 10006<br>Washington, DC 20530 |
| **Wayne M. Smith, Esquire**<br>**Warner Bros. Television Distribution, Inc.**<br>**4000 Warner Boulevard**<br>**Building 156, Room 5158**<br>**Burbank, CA 91522** | Counsel to Warner Brothers<br>**[Filed NOA 12/10/08, DI #57]**<br>Phone: 818-954-6007<br>Fax: 818-954-5434<br>Wayne.smith@warnerbros.com |
| **Pamela Kohlman Webster, Esquire**<br>**Buchalter Nemer**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**Los Angeles, CA 90017-2457** | Counsel to Sony Pictures Television<br>**[Filed NOA 12/11/08, DI #66]**<br>Phone: 213-891-0700<br>Fax: 213-896-0400<br>pwebster@buchalter.com |
| **Ms. Carolyn Adler**<br>**Morgan Stanley, Fixed Income**<br>**1585 Broadway, 2nd Floor**<br>**New York, NY 10036** | Creditor (per NLP's request)<br>Phone: 212-761-2693<br>Carolyn.Adler@morganstanley.com |
| **Scott A. Golden, Esquire**<br>**Hogan & Hartson LLP**<br>**875 Third Avenue**<br>**New York, NY 10022** | Counsel to Abitibi Bowater, Inc., Abitibi<br>Consolidated Sales Corporation & Bowater Inc.<br>**[Filed NOA 12/11/08, DI # 72]**<br>Phone: 212-918-3000<br>Fax: 212-918-3100<br>sagolden@hhlaw.com |
| **Thomas V. Askounis, Esquire**<br>**Askounis & Darcy, PC**<br>**401 North Michigan Avenue, Suite 550**<br>**Chicago, IL 60611** | Counsel to Banc of America Leasing & Capital,<br>LLC<br>**[Filed NOA 12/12/08, DI # 80]**<br>Phone: 312-784-2400<br>Fax: 312-784-2410<br>taskounis@askounisdarcy.com |
| **David Adler, Esquire**<br>**G. Amanda Mallan, Esquire**<br>**McCarter & English, LLP**<br>**245 Park Avenue, 27th Floor**<br>**New York, NY 10167** | Counsel to Deutsche Bank Trust Company<br>Americas<br>**[Filed NOA 12/12/08, DI # 81]**<br>Phone: 212-609-6847<br>Fax: 212-609-6921<br>dadler@mccarter.com<br>gmallan@mccarter.com |

| | |
|---|---|
| **Colleen E. McManus, Esquire**<br>**Much Shelist Denenberg Ament**<br> **and Rubenstein, P.C.**<br>**191 North Wacker Drive, Ste. 1800**<br>**Chicago, IL  60606** | Counsel to CF 4242 Bryn Mawr LLC<br>**[Filed NOA 12/12/08, DI # 82]**<br>Phone: 312-521-2695<br>Fax: 312-521-2595<br>CMcManus@muchshelist.com |
| **Kelly Singer, Esquire**<br>**Squire, Sanders & Dempsey L.L.P.**<br>**Two Renaissance Square**<br>**40 North Central Avenue, Suite 2700**<br>**Phoenix, AZ  85004-4498** | Counsel to Personal Plus, Inc.<br>**[Filed NOA 12/15/08, DI #83]**<br>Phone: 602-528-4000<br>Fax: 602-253-8129<br>ksinger@ssd.com |
| **Jan I. Berlage, Esquire**<br>**Gohn, Hankey & Stichel, LLP**<br>**201 North Charles Street**<br>**Baltimore, MD  21201** | Counsel to CoreStaff Services<br>**[Filed NOA 12/16/08, DI #85]**<br>Phone: 410-752-9300 ext. 17<br>Phone direct: 410-752-1261<br>Fax: 410-752-2519<br>JBerlage@GHSLLP.com |
| **Paul Rubin, Esquire**<br>**Herrick, Feinstein LLP**<br>**Two Park Avenue**<br>**New York, NY  10016** | Counsel to Canon U.S.A., Inc.<br>**[Filed NOA 12/15/08, DI #87]**<br>Phone: 212-592-1400<br>Fax: 212-592-1500<br>prubin@herrick.com |
| **Ruth Weinstein**<br>**Canon U.S.A., Inc.**<br>**One Canon Plaza**<br>**Lake Success, NY  11042** | Interested party re: Canon U.S.A., Inc.<br>**[Filed NOA 12/15/08, DI #87]**<br>Phone: 516-328-5121<br>Fax: 516-328-5129<br>rweinstein@cusa.canon.com |
| **Stephen B. Selbst, Esquire**<br>**Herrick, Feinstein LLP**<br>**Two Park Avenue**<br>**New York, NY  10016** | Counsel to Intelsat Corporation<br>**[Filed NOA 12/16/08, DI #88]**<br>Phone: 212-592-1405<br>sselbst@herrick.com |
| **Babette A. Ceccotti, Esquire**<br>**Cohen, Weiss and Simon LLP**<br>**330 West 42nd Street**<br>**New York, NY  10036** | Counsel to American Federation of Television and Radio Artists<br>**[Filed NOA 12/16/08, DI #89]**<br>Phone: 212-356-0227<br>Fax: 646-473-8227<br>bceccotti@cwsny.com |

| | |
|---|---|
| Edmond P. O'Brien, Esquire<br>Stempel Bennett Claman & Hochberg, P.C.<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 | Counsel to SLG 220 News Owner LLC<br>[Filed NOA 12/16/08, DI #90]<br>Phone: 212-681-6500<br>Fax: 212-681-4041<br>eobrien@sbchlaw.com |
| Tiffany Strelow Cobb, Esquire<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | Counsel to AOL LLC and its Related Entities<br>[Filed NOA 12/17/08, DI #91]<br>Phone: 614-464-8322<br>Fax: 614-719-4663<br>Tscobb@vssp.com |
| Robert E. Paul, Esquire<br>Zwerdling, Paul, Kahn & Wolly, P.C.<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C. 20036-5420 | Counsel to Washington-Baltimore Newspaper<br>Guild, Local 32035, TNG-CWA [NOA DI 92;<br>12/17/08]<br>Phone: 202-857-5000<br>Fax: 202-857-5000<br>rpaul@zwerdling.com |
| Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Represents IBM Corporation<br>[Filed NOA 12/16/08, DI #95]<br>Phone: 877-876-7781<br>Fax: 845-491-8275<br>bhshide@us.ibm.com |
| James E. Sorenson, Esquire<br>D. Tyler Van Leuven, Esquire<br>Williams, Gautier, Gwynn,<br> DeLoach & Sorenson, P.A.<br>PO Box 4128<br>Tallahassee, FL 32315-4128 | Counsel to Florida Self-Insurers Guaranty<br>Association, Inc.<br>[Filed NOA 12/18/08, DI #94]<br>Phone: 850-386-3300<br>Fax: 850-205-4755<br>jsorenson@wggdlaw.com<br>Chad D. Heckman, Esquire<br>Jared S. Gardner, Esquire<br>Mary Linzee Van Leuven, Esquire<br>For FedEx delivery: 2010 Delta Blvd., zip 32303 |
| Scott Friedberg<br>The Seaport Group, LLC<br>360 Madison Avenue, 22nd Fl.<br>New York, NY 10017 | Represents The Seaport Group LLC<br>[Filed NOA 12/18/08, DI #96]<br>Phone: 212-616-7728<br>Fax: 212-616-7722<br>Sfriedberg@Theseaportgroup.com |

| | |
|---|---|
| **Howard Seife, Esquire**<br>**David M. LeMay, Esquire**<br>**Douglas E. Deutsch, Esquire**<br>**Chadbourne & Parke LLP**<br>**30 Rockefeller Plaza**<br>**New York, NY 10112** | Counsel to the Official Committee of Unsecured Creditors<br>**[Filed NOA 12/19/08, DI #104]**<br>Phone: 212-408-5100<br>Fax: 212-541-5369<br>hseife@chadbourne.com<br>dlemay@chadbourne.com |
| **Anthony Deglomine, III, Vice President**<br>**Harris Corporation**<br>**1025 W. NASA Boulevard**<br>**Mail Stop A-11A**<br>**Melbourne, FL 32919** | Represents Harris Corporation<br>**[Filed NOA 12/22/08, DI #112]**<br>Phone: 321-727-9124<br>Fax: 321-724-3943<br>adeglomi@harris.com |
| **Eric R. Wilson, Esquire**<br>**Howard S. Steel, Esquire**<br>**Kelley Drye & Warren LLP**<br>**101 Park Avenue**<br>**New York, NY 10178** | Counsel to TeleRep, LLC<br>**[Filed NOA 12/22/08, DI #114]**<br>Phone: 212-808-7800<br>Fax: 212-808-7897<br>KDWBankruptcyDepartment@kelleydrye.com |
| **Frank A. Anderson, Esquire**<br>**Cassandra R. Burton, Esquire**<br>**Kartar S. Khalsa, Esquire**<br>**Pension Benefit Guaranty Corporation**<br>**Office of the Chief Counsel**<br>**1200 K Street, N.W.**<br>**Washington, D.C. 20005-4026** | Counsel to Pension Benefit Guaranty Corporation<br>**[Filed NOA 12/23/08, DI #116]**<br>Phone: 202-326-4020 ext. 3759<br>Alt. Phone: 800-400-7242 ext. 3759<br>Fax: 202-326-4112<br>Anderson.frank@pbgc.gov<br>efile@pbgc.gov<br>Send to both email addresses |
| **John P. Dillman, Esquire**<br>**Linebarger Goggan Blair & Sampson, LLP**<br>**PO Box 3064**<br>**Houston, TX 77253-3064** | Represents Harris County in re: Los Angeles Times Newspapers, Inc.<br>**[Filed NOA 12/23/08, DI # 120]**<br>**[Filed addt'l NOA 1/23/09, DI # 264]**<br>Phone: 713-844-3478<br>Fax: 713-844-3503<br>houston_bankruptcy@publicans.com |

| | |
|---|---|
| **Jay Teitelbaum, Esquire**<br>**Teitelbaum & Baskin, LLP**<br>**Three Barker Avenue, Third Floor**<br>**White Plains, NY 10601** | Counsel to Multiple Parties: Horst A. Bergmann, Robert F. Erburu, Karen Laukka Horn, Raymond A. Jansen, W. Thomas, Johnson Jr., William A. Niese, Richard T. Schlosberg III, James R. Simpson, Mark H. Wiles, Efrem Zimbalist III<br>**[Filed NOA 12/24/08, DI #135 and #136]**<br>Phone: 914-437-7670<br>Fax: 914-437-7672<br>jteitelbaum@tblawllp.com<br>Additional Phone: 512-474-1554<br>Additional Fax: 512-474-1579<br>**[see Adam Hiller** NOA Filed 1/30/09, DI # 300] |
| **Joanne Fungaroli, Esquire**<br>**CapitalSource Finance LLC**<br>**4445 Willard Avenue, 12th Floor**<br>**Chevy Chase, MD 20815** | Counsel to CapitalSource Finance LLC and DMD Special Situations Funding LLC<br>**[Filed NOA 12/29/08, DI #151]**<br>Phone:<br>Fax: 302-841-2380<br>jfungaroli@capitalsource.com |
| **Christopher M. Santomassimo**<br>**Agfa Corporation**<br>**100 Challenger Road**<br>**Ridgefield Park, NJ 07660** | Interested Party on Behalf of Agfa Corporation<br>**[Filed NOA 12/31/08, DI #158]**<br>Phone: 201-373-4008<br>Christopher.Santomassimo@Agfa.com |
| **Anthony J. Davis, Esquire**<br>**Dorsey & Whitney LLP**<br>**97 Route 17 South**<br>**Paramus, NJ 07652** | Counsel to Agfa Corporation<br>**[Filed NOA 12/31/08, DI #158]**<br>Phone: 201-291-8904<br>Fax: 201-712-9444<br>Davis.Anthony@dorsey.com |
| **Kathleen N. Reed**<br>**Navistar Leasing Company**<br>**425 N. Martingale Road, 18th Floor**<br>**Schaumburg, IL 60173** | Interested Party on Behalf of Navistar Leasing Company<br>**[Filed NOA 1/7/09, DI #161]**<br>Phone: 630-753-4000 |
| **J. Scott Douglass, Esquire**<br>**909 Fannin, Suite 1800**<br>**Houston, TX 77010** | Represents Self<br>**[Filed NOA 1/7/09, DI #162]**<br>Phone: 713-227-7492<br>Fax: 713-227-7497<br>jsdlaw@msn.com |

| | |
|---|---|
| **Ramona Neal, Esquire**<br>**Hewlett-Packard Company**<br>**11311 Chinden Boulevard**<br>**Mailstop 314**<br>**Boise, ID 83714-0021** | Counsel for Hewlett-Packard Company<br>**[Filed NOA 1/7/09, DI #167]**<br>Phone: 208-396-6484<br>Fax: 208-396-3958<br>Ramona.neal@hp.com |
| **Mr. Ken Higman**<br>**Sr. Default & Recovery Analyst**<br>**Hewlett-Packard Company**<br>**2125 E. Katella Ave., Suite 400**<br>**Anaheim, CA 92806** | Hewlett-Packard Company Analyst<br>**[Filed NOA 1/7/09, DI #167]**<br>Phone: 714-940-7120<br>Ken.higman@hp.com |
| **Ms. Jodie Rea**<br>**Twentieth Television, Inc.**<br>**2121 Avenue of the Stars, Suite 1754**<br>**Los Angeles, CA 90067** | Representative for Twentieth Television, Inc.<br>**[Filed NOA 1/7/09, DI #168]**<br>Phone: 310-369-3899<br>Fax: 310-369-3899<br>Jodie.rea@fox.com |
| **Martin S. Zohn, Esquire**<br>**Proskauer Rose LLP**<br>**2049 Century Park East, 32nd Fl.**<br>**Los Angeles, CA 90067** | Counsel for Twentieth Television, Inc.<br>Phone: 310-284-5648<br>Fax: 310-557-2193<br>mzohn@proskauer.com |
| **Ira S. Greene, Esquire**<br>**Scott A. Golden, Esquire**<br>**Hogan & Hartson LLP**<br>**875 Third Avenue**<br>**New York, NY 10022** | Counsel for Dow Jones & Company, Inc.<br>**[Filed NOA 1/7/09, DI #169]**<br>Phone: 212-918-3000<br>jsgreene@hhlaw.com<br>sagolden@hhlaw.com |
| **Missouri Department of Revenue**<br>**Sheryl L. Moreau, Esquire**<br>**PO Box 475**<br>**Jefferson City, MO 65105-0475** | State of Missouri Attorney General (Creditor)<br>**[Filed NOA 1/8/09, DI #174]**<br>Phone: 573-751-5531<br>Fax: 573-751-7232<br>deecf@dor.mo.gov |
| **Susanne M. Mitchell, Esquire**<br>**International Union UAW**<br>**8000 E. Jefferson Avenue**<br>**Detroit, MI 48214** | Counsel to International Union, United<br>Automobile, Aerospace and Agricultural<br>Implement Workers of America ("UAW")<br>**[Filed NOA 1/8/09, DI #175]**<br>Phone: 313-926-5216<br>Fax: 313-822-4844<br>smitch@uaw.net |

| | |
|---|---|
| Todd M. Hoepker, Esquire<br>Todd M. Hoepker, P.A.<br>P.O. Box 3311<br>Orlando, FL 32802-3311 | Counsel to Cop-Hanging Moss, LLC<br>**[Filed NOA 1/13/09, DI #202]**<br>Phone: 407-426-2060<br>Fax: 407-426-2066<br>**tmhoepker@yahoo.com** |
| Jeffrey J. Newton, County Attorney<br>Hollie N. Hawn, Assistant County Attorney<br>Broward County<br>Government Center<br>115 South Andrews Avenue<br>Fort Lauderdale, FL 33301 | Represents Broward County Revenue Collection<br>Division<br>**[Filed NOA 1/13/09, DI #194]**<br>Phone: 954-357-7600<br>Fax: 954-357-7641 |
| Mike Lynch, Account Resolution<br>Travelers<br>National Accounts<br>One Tower Square, 5MN<br>Hartford, CT 06183-4044 | Travelers Case Manager for Account Resolution<br>**[Filed NOA 1/13/09, DI #201]**<br>Phone: 860-277-7971<br>Fax: 860-277-2158 |
| Frank F. McGinn, Esquire<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 | Counsel to Iron Mountain Information<br>Management, Inc.<br>**[Filed NOA 1/14/09, DI #210]**<br>Phone: 617-422-0200<br>Fax: 617-422-0383<br>ffm@bostonbusinesslaw.com |
| Shawn M. Christianson, Esquire<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Counsel to Oracle USA, Inc. and Oracle Credit<br>Corporation<br>**[Filed NOA 1/14/09, DI #211]**<br>Phone: 415-227-0900<br>Fax: 415-227-0770<br>schristianson@buchalter.com |
| Donald R. Furman, Jr., Esquire<br>Furman Gregory LLC<br>75 Federal Street, Ninth Floor<br>Boston, MA 02110 | Counsel to Comcast Spotlight and Comcast<br>**[Filed NOA 1/14/09, DI #212]**<br>Phone: 207-604-0937<br>Fax: 207-282-2657<br>don@furmangregory.com |
| Edward J. Tredinnick, Esquire<br>Greene Radovsky Maloney<br>Share & Hennigh LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111 | Counsel to Catellus Development Corporation<br>**[Filed NOA 1/14/09, DI #214]**<br>Phone: 415-981-1400<br>Fax: 415-777-4961<br>etredinnick@greeneradovsky.com |

| | |
|---|---|
| **Angie M. Cowan, Esquire**<br>**Allison, Slutsky & Kennedy, P.C.**<br>**230 W. Monroe Street, Suite 2600**<br>**Chicago, IL  60606** | Counsel to International Association of Machinists, Lodge Number 126<br>**[Filed NOA 1/15/09, DI # 228]**<br>Phone: 312-364-9400<br>Fax: 312-364-9410<br>cowan@ask-attorneys.com |
| **Fred Fellmeth, Esquire**<br>**General Counsel**<br>**Broadcast Systems Division**<br>**The Vitec Group plc**<br>**101 Bilby Road**<br>**Hackettstown, NJ  07840** | Counsel to Anton Bauer, Inc., Camera Dynamics, Inc., Nucomm, Inc., and RF Central, LLC<br>**[Filed NOA 1/16/09, DI #236 and DI #252]**<br>Phone: 903-852-3700<br>Fax: 908-808-7897<br>Fred.fellmeth@vitecgroup.com |
| **C. B. Blackard, III, Esquire**<br>**Corporate Counsel**<br>**Acxiom Corporation**<br>**301 E. Dave Ward Drive**<br>**P.O. Box 2000**<br>**Conway, AR  72033-2000** | Counsel to ACXIOM Corporation<br>**[Filed NOA 1/20/09, DI # 265]**<br>Phone: 501-342-1955<br>Fax: 501-342-3723<br>cbblac@acxiom.com |
| **Mark A. Nitikman, Esquire**<br>**Virginia P. Croudace, Esquire**<br>**Croudace & Dietrich LLP**<br>**4750 Von Karman Avenue**<br>**Newport Beach, CA  92660** | Counsel to bkm 3128 Redhill, LLC<br>**[Filed NOA 1/26/09, DI # 270]**<br>Phone: 949-749-9900<br>Fax: 949-794-9909<br>Mark.nitikman@c2d2law.com |
| **Michael V. Blumenthal, Esquire**<br>**Crowell & Moring LLP**<br>**590 Madison Avenue, 19th Floor**<br>**New York, NY  10022** | Counsel to NBC Universal Inc.<br>**[Filed NOA 1/20/09, DI # 253]**<br>Phone: 212-223-4000<br>Fax: 212-895-4201<br>mblumenthal@crowell.com |
| **Alan J. Lipkin, Esquire**<br>**Jeremy E. Crystal, Esquire**<br>**Willkie Farr & Gallagher LLP**<br>**787 Seventh Avenue**<br>**New York, NY  10019** | Counsel to PPF OFF Two Park Avenue Owner, LLC<br>**[Filed NOA 1/20/09, DI #254]**<br>Phone: 212-728-8000<br>Fax: 212-728-8111<br>alipkin@willkie.com<br>jcrystal@willkie.com |

| | |
|---|---|
| Elaine M. Seid, Esquire<br>McPharlin Sprinkles & Thomas, LLP<br>10 Almaden Blvd., Suite 1460<br>San Jose, CA 95113 | Counsel to Diablo Investment Co.<br>[Filed NOA 2/11/09, DI # 359]<br>Phone: 408-293-1900<br>Fax: 408-293-1999<br>emseid@mstpartners.com |
| Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Drive #400<br>Littleton, CO 80124 | Represents tw telecom inc.<br>[Filed NOA on 1/28/09, DI # 281]<br>Phone: 303-566-1284<br>Phone main: 303-566-1000<br>Fax: 303-566-1010 |
| Bruce J. Ruzinsky, Esquire<br>D. Elaine Conway, Esquire<br>Jackson Walker L.L.P.<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010 | Counsel to Constellation NewEnergy, Inc.<br>[Filed NOA on 1/26/09, DI # 273]<br>Phone: 713-752-4200<br>Fax: 713-752-4221<br>bruzinsky@jw.com<br>econwway@jw.com |
| Heather M. Forrest, Esquire<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 | Counsel to Constellation NewEnergy, Inc.<br>[Filed NOA on 1/26/09, DI # 273]<br>Phone: 214-953-6000<br>Fax: 214-953-5822<br>hforrest@jw.com |
| Robert J. Stark, Esquire<br>Daniel J. Staval, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Counsel to Wilmington Trust Company as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029<br>[Filed NOA 1/27/09, DI #278]<br>Phone: 212-209-4800<br>Fax: 212-209-4801<br>rstark@brownrudnick.com<br>dsaval@brownrudnick.com |
| David M. Neumann, Esquire<br>Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH 44114-2378 | Counsel to Wilmington Trust Company as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029<br>[Filed NOA 1/27/09, DI #278]<br>Phone: 216-363-4500<br>Fax: 216-363-4588<br>dneumann@beneschlaw.com |

{09005}
46429/0001-5193143v1

| | |
|---|---|
| **Robert L. Hanley, Jr., Esquire**<br>**Nolan, Plumhoff & Williams, Chartered**<br>**Suite 700, Nottingham Centre**<br>**502 Washington Avenue**<br>**Towson, MD 21204** | Counsel to St. John Properties, Inc.<br>**[NOA DI 327; 2/3/09]**<br>Phone: 410-823-7800<br>Fax: 410-296-2765<br>rhanley@nolanplumhoff.com |
| **Carol E. Momjian**<br>**Senior Deputy Attorney General**<br>**Office of Attorney General**<br>**21 S. 12th Street, 3rd Floor**<br>**Philadelphia, PA 19107-3603** | Counsel to Commonwealth of Pennsylvania,<br>Department of Revenue, Bureau of Compliance<br>(Interested in 08-13212, The Morning Call, Inc.)<br>**[Filed NOA on 1/29/09, DI # 288]**<br>Phone: 215-560-2128<br>Fax: 215-560-2202<br>cmomjian@attorneygeneral.gov |
| **Dana S. Plon, Esquire**<br>**Sirlin Gallogly & Lesser, P.C.**<br>**1529 Walnut Street, Suite 600**<br>**Philadelphia, PA 19102** | Counsel to Unisys Corporation<br>**[NOA DI 330; 2/3/09]**<br>(215) 864-9700<br>dplon@sirlinlaw.com |
| **Julie A. Manning, Esquire**<br>**Shipman & Goodwin LLP**<br>**One Constitution Plaza**<br>**Hartford, CT 06103-1919** | Counsel to United HealthCare Insurance<br>Company<br>[Filed NOA 2/4/09, DI # 341]<br>Phone: 860-251-5613<br>bankruptcy@goodwin.com |
| **Joseph D. Frank, Esquire**<br>**Frank/Gecker LLP**<br>**325 North LaSalle Street, Suite 625**<br>**Chicago, IL 60654** | Counsel to Jones Lang LaSalle Americas<br>(Illinois), L.P.<br>[Filed NOA 2/4/09, DI # 342]<br>Phone: 312-276-1400<br>Fax: 312-276-0035<br>jfrank@fgllp.com |
| **Janet Fitzpatrick, Legal Assistant**<br>**Unisys Corporation**<br>**Unisys Way**<br>**PO Box 500, M/S E8-108**<br>**Blue Bell, PA 19424** | Counsel to Unisys Corporation<br>[Filed NOA 2/9/09, DI # 347]<br>Phone: 215-986-6265<br>Fax: 215-986-5721 |
| **Joseph E. Shickich, Jr., Esquire**<br>**Maria Ann Milano, Esquire**<br>**Riddell Williams P.S.**<br>**1001 – 4th Avenue, Suite 4500**<br>**Seattle, WA 98154-1192** | Counsel to Microsoft Corporation and Microsoft<br>Licensing, GP<br>[Filed NOA 2/10/09, DI # 357 and # 358]<br>Phone: 206-624-3600<br>Fax: 206-389-1708<br>jshickich@riddellwilliams.com<br>mmilano@riddellwilliams.com |

| | |
|---|---|
| **Jacqueline A. Criswell, Esquire**<br>**Tressler Soderstrom Maloney**<br>**& Priess, LLP**<br>**Sears Tower, 22nd Floor**<br>**233 South Wacker Drive**<br>**Chicago, IL 60606-6314** | Counsel to Fisher Printing, Inc.<br>[Filed NOA 2/11/09, DI # 363]<br>Phone: 312-627-4003<br>Fax: 312-627-1717<br>jcriswell@tsmp.com |
| **Margaret Ann Nolan, County Solicitor**<br>**Camela J. Sandmann, Asst. Co. Solicitor**<br>**Howard County Office of Law**<br>**George Howard Building**<br>**3430 Courthouse Drive**<br>**Ellicott City, MD 21043** | Counsel to Howard County, Maryland<br>[Filed NOA 2/24/09, DI # 443]<br>Phone: 410-313-2102 |
| **Brian M. Dougherty, Esquire**<br>**Goldstine, Skrodzki, Russian, Nemec and**<br>**Hoff, Ltd.**<br>**835 McClintock Drive, Second Floor**<br>**Burr Ridge, IL 60527** | Counsel to Northlake Property, LLC, Midwest<br>Warehouse & Distribution System, Inc. and<br>Bedford Motor Service, Inc.<br>[Filed NOA 3/3/09, DI # 464]<br>Phone: 630-655-6000<br>Fax: 630-655-9808<br>bmd@gsrnh.com |