Ronald K. Brown, Jr., Esq.
LAW OFFICES OF RONALD K. BROWN, JR., APC
901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: (949) 250-3322
Facsimile: (949) 250-3387
Attorney Bar No.: 102012

Attorneys for Creditors,
Gateway Pacific Properties, Inc.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,

Debtors.

CHAPTER: 11
CASE NO.: 08-13141 (KJC)
JOINTLY ADMINISTERED

**REQUEST FOR SPECIAL NOTICE**

**TO: DEBTOR AND TO ITS COUNSEL AND OTHER INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Gateway Pacific Properties, Inc., creditors of Debtor herein, hereby request special notice of all pleadings, notices, motions, orders, schedules, reports, and other documents filed herein, and that such pleadings or documents be served on Gateway Pacific Properties, Inc., as follows:

> Gateway Pacific Properties, Inc.
> c/o Ronald K. Brown, Jr.
> LAW OFFICES OF RONALD K. BROWN, JR.
> 901 Dove Street, Suite 120
> Newport Beach, California 92660
> (949) 250-3322 - Telephone
> (949) 250-3387 - Facsimile
> E-mail: rkbgwhw@aol.com

Dated: February 26, 2009

LAW OFFICES OF RONALD K. BROWN, JR.

By /s/ Ronald K. Brown, Jr.
Ronald K. Brown, Jr.
Attorneys for Creditors,
Gateway Pacific Properties, Inc.