PROOF OF SERVICE
(C.C.P. § 1013a, C.R.C. 2003(3), 2008(e)(3))

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF ORANGE     )

    I am employed in the aforesaid County, State of California, I am over the age of 18 years and not a party to the within action; my business address is 901 Dove Street, Suite, 120 Newport Beach, California 92660.

    On March 2, 2009, I served the foregoing document described as:

REQUEST FOR SPECIAL NOTICE

on the parties in this action by: [X] By placing [ ] the **original** [X] a **copy** thereof enclosed in sealed envelopes addressed as follows:

*See Attached Service List*

[XX]  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Newport Beach in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ]  **BY FACSIMILE TRANSMISSION:** The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. Pursuant to Rule 2008(e)(3), I caused the machine to print a record of the transmission.

[ ]  **BY OVERNIGHT DELIVERY,** as follows: I caused such envelope to be delivered by overnight delivery service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight delivery service with delivery fees paid or provided for.

[ ]  **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX]  **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct.

    Executed on March 2, 2009 at Newport Beach, California.

LESLEY RICH