## SERVICE LIST

United States Trustee
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19899-0035

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
**Counsel for the Debtors**

Tribune Company, et al.
435 N. Michigan Ave.
Chicago, IL 60611
**Debtor**