## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 10, 2009 AT 10:00 A.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1.    Motion of the Debtors for an Order (I) Approving Cash Management Systems,
(II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the
Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting
Administrative Expense Status to Postpetition Intercompany Transactions (Filed
December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

    (b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 11, 2008) (Docket No. 74)

    (c)    Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No. 126)

    (d)    Order Approving Supplemental Stipulation By and Between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-1(m)(v) (Entered January 27, 2009) (Docket No. 280)

Objection Deadline:  December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline is extended to March 3, 2009 at 4:00 p.m. for the JPMorgan, to March 4, 2009 at 12:00 a.m. (midnight) for the United States Trustee, and to March 18, 2009 at 4:00 p.m. for the members of the Senior Lender Steering Committee and the Official Committee of Unsecured Creditors.

Responses Received:  None at this time.

Status:    This matter is adjourned to the March 25, 2009 omnibus hearing.  This matter will not be going forward.

2.    Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

    (a)    Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to March 4, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received: None.

Status:   This matter is adjourned to the March 25, 2009 omnibus hearing. This matter will not be going forward.

## CONTESTED MATTERS NOT GOING FORWARD

3.      Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

Objection Deadline: March 5, 2009 at 4:00 p.m.

Responses Received:

      (a)      Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

      (b)      Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

Status:   The parties are discussing a resolution to this matter. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

4.      Debtors' Motion for an Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Filed February 19, 2009) (Docket No. 422)

Related Document(s):

      (a)      Debtors' Motion to Set Expedited Hearing and Shorten Time Period for Debtors' Motion for an Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Filed February 19, 2009) (Docket No. 423)

(b)    Order Setting Expedited Hearing and Shortening Notice Period on Debtors' Motion for an Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Entered February 20, 2009) (Docket No. 437)

(c)    Notice of Motion regarding Debtors' Motion for an Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Filed February 20, 2009) (Docket No. 439)

(d)    Notice of Filing Notarized Bigelow Affidavit (Filed February 23, 2009) (Docket No. 441)

(e)    Certification of No Objection Regarding Debtors' Motion for an Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Filed March 4, 2009) (Docket No. 469)

(f)    Order Authorizing the Debtors to Continue to Provide Medical Benefits to Employees Terminated Prior to the Implementation of the Post-Petition Severance Arrangement (Entered March 5, 2009) (Docket No. 474)

Objection Deadline:  March 3, 2009 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order granting the Motion.  This matter will not be going forward.

## UNCONTESTED MATTERS GOING FORWARD

5.    Application for an Order Authorizing Debtors to Employ and Retain McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 141)

Objection Deadline:  January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and to March 4, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received:  None.

46429/0001-5365479v1

Status:   The United States Trustee delivered informal comments to the Applicant with respect to the Application. The parties have resolved the United States Trustee's concerns subject to documentation, and will be submitting a revised proposed form of order to the Court. This matter will be going forward.

6.    Application for an Order Authorizing the Debtors to Retain and Employ Daniel J. Edelman, Inc. as Corporate Communications and Investor Relations Consultants Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed December 26, 2008) (Docket No. 146)

Objection Deadline: January 8, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 21, 2009 at 4:00 p.m. for the Federal Communications Commission, to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and to January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. The United States Trustee's Objection Deadline was extended to March 4, 2009 at 12:00 a.m. (midnight).

Responses Received: None.

Status:   The United States Trustee delivered informal comments to the Applicant with respect to the Application. The parties have resolved the United States Trustee's concerns subject to documentation, and will be submitting a revised proposed form of order to the Court. This matter will be going forward.

7.    Application for an Order Authorizing Debtors to Employ and Retain Jones Day as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to the Petition Date (Filed January 15, 2009) (Docket No. 235)

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to January 29, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors and until January 29, 2009 at 12:00 a.m. (midnight) for the United States Trustee. The United States Trustee's Objection Deadline was extended to March 4, 2009 at 12:00 a.m. (midnight).

Responses Received: None.

Status:   The United States Trustee delivered informal comments to the Applicant with respect to the Application. The parties have resolved the United States Trustee's concerns subject to documentation, and will be submitting a revised proposed form of order to the Court. This matter will be going forward.

46429/0001-5365479v1

8.    Application for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 of the
      Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure
      Authorizing the Employment of Moelis & Company LLC as Investment Banker to the
      Official Committee of Unsecured Creditors, *Nunc Pro Tunc* to January 6, 2009 (Filed
      January 30, 2009) (Docket No. 312)

      Objection Deadline:  February 13, 2009 at 4:00 p.m.  On consent of the parties, the
      Objection Deadline was extended until February 17, 2009 at 12:00 a.m. (midnight) for
      the United States Trustee.

      Responses Received:  None.

      Status:   The United States Trustee delivered informal comments to the Applicant with
                respect to the Application.  The Applicant is working with the United States
                Trustee to resolve outstanding issues.  This matter will be going forward as a
                status conference only.

Dated:  March 6, 2009

                                    SIDLEY AUSTIN LLP
                                    James F. Conlan
                                    Bryan Krakauer
                                    One South Dearborn Street
                                    Chicago, IL  60603
                                    Telephone:  (312) 853-7000
                                    Facsimile:  (312) 853-7036

                                         -and-

                                    COLE, SCHOTZ, MEISEL,
                                    FORMAN & LEONARD, P.A.

                          By:       _____
                                    Norman L. Pernick (No. 2290)
                                    J. Kate Stickles (No. 2917)
                                    1000 N. West Street, Suite 1200
                                    Wilmington, DE  19801
                                    Telephone:  (302) 652-3131
                                    Facsimile:  (302) 652-3117

                                    Attorneys for Debtors and Debtors in Possession

46429/0001-5365479v1