

# AGREEMENT

DATE: January 06, 2009

Gentlemen:

We hereby appoint Corporate Tax Management, Inc., located at 9001 Airport Freeway, Suite 700, Ft. Worth, Texas 76180, as our agent to represent us in all negotiations with tax authorities, for the location filed under this address, to achieve possible reductions and/or refunds in our personal property taxes:

| | |
|---|---|
| 2000 E. 8th St., L.A. County | 213 S. Spring St., L.A. County |
| 1375 Sunflower Ave., Orange County | 1376 W. South Coast Drive, Orange County |
| 202 W. 1st St., L.A. County | 220 W. 1st St., L.A. County |

It is understood that we will make available to you such records and reports, as you deem necessary to perform the task. It is also understood that you will prepare the required applications for reassessment of our properties, attend all hearings and represent us before the Assessment Appeals Board, if necessary.

If the Company is involved in a sale and/or merger during our Agreement, the party and/or parties responsible for paying the property taxes during the tax years specified below, will be liable under the terms of this Agreement.

In consideration of your services regarding our compliance issues, we agree to pay the following amount under the terms and conditions stipulated above:

A Flat fee of $13,700 for return preparation and filing for the tax year 2009.

Audit support for tax years through 2009 will be billed separately at 25% of any tax savings generated by CTM over and above tax savings previously secured by CTM.

| Los Angeles Times Communications, LLC | 202 W. 1st Street | Los Angeles, CA 90012 |
|---|---|---|
| (Firm Name) | (Address) | (City) |

_____   _____   _____
(Signature of Officer)                  (Title)                       (Phone)

Accepted by CORPORATE TAX MANAGEMENT, INC.

_____, Its duly authorized agent.
R. Gary Sneed