# EXHIBIT B

Mfm Contacts

| Property Name | Property Street | Property City, State, Zip Code | Contact Type | Contact Name | Company | Street | City | State | Zip Code | City, State, Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|
| Annapolis 60 West St | 60 West Street | Annapolis, MD 21401 | Landlord | | Sety West L.P | 60 West St., Suite 204 | Annapolis | MD | 21401 | |
| Annapolis 60 West St | 60 West Street | Annapolis, MD 21401 | Remittance | | Sety West L.P | c/o The Loughlin Management Group, 60 West St., Suite 1015 | Annapolis | MD | 21401 | |
| Towson 409 Washington Tr | 409 Washington Ave | Towson, MD | Landlord | Robert Leask | Banks on Alley, LLC | c/o CGI Management, Inc, 409 Washington Ave., Suite 1015 | Towson | MD | 21204 | |
| Towson 29 Susquehanna | 29 W. Susquehanna Ave. | Towson, MD | Landlord | Daniella Lynd | Washington Avenue Limited Partnership, LLLP | c/o MacKenzie Management Corporation, 2320 West Joppa Road, Suite 200 | Lutherville | MD | 21093 | |
| Chatsworth 9301 Oakdale | 9301 Oakdale | Chatsworth, CA | Landlord | | Monumental Life Insurance Company | c/o AEGON USA Realty Advisors, Inc. Attn: Lease Administration, 4333 Edgewood Rd NE | Cedar Rapids | IA | 52409-5441 | |
| Chatsworth 9301 Oakdale | 9301 Oakdale | Chatsworth, CA | Remittance | | AEGON USA Realty Advisors, Inc. | Attn: Asset Management, 4333 Edgewood Rd NE | Cedar Rapids | IA | 52409-5553 | |
| Chatsworth 9301 Oakdale | 9301 Oakdale | Chatsworth, CA | Remittance | Mary Theys | AEGON USA REALTY ADVISORS INC | PO BOX 993128 | Charlotte | NC | 28290-5128 | |
| Santa Monica 1717 4th Str | 1717 4th Str | Santa Monica, CA 95401 | Landlord | | Santa Monica NSR L.P. c/o The Beacon Companies | Attn: General Partner, 50 Rowes Wharf | Boston | MA | 02110 | |
| Santa Monica 1717 4th Str | 1717 4th Str | Santa Monica, CA 95401 | Landlord Copy | | General Electrical Investment Corp | Attn: Mr. Mark Kroger, 2029 Century Park East, Suite 1230 | Los Angeles | CA | 90067 | |
| Santa Monica 1717 4th Str | 1717 4th Str | Santa Monica, CA 95401 | Remittance | | Guest Quarters Suite Hotel | 1707 Fourth Street | Santa Monica | CA | 90401 | |
| Santa Monica 1717 4th Str | 1717 4th Str | Santa Monica, CA | Landlord Notice | | PCA I LP | 1707 4th St. | Santa Monica | CA | 90401 | |
| Santa Monica 1717 4th-SM | 1717 4th Str | Santa Monica, CA 95401 | Landlord Copy | Rabon Ayala | City of Santa Monica | Suite E | SANTA MONICA | CA | 90401 | |
| Santa Monica 1717 4th-SM | 1717 4th Str | Santa Monica, CA 95401 | Remittance | Miriam Mack | City of Santa Monica | 1717 Fourth Street, Suite 250 | Santa Monica | CA | 90405-1030 | |
| Santa Monica 1717 4th-SM | 1717 4th Str | Santa Monica, CA | Sublalent | Celine Evans | City of Santa Monica | | Santa Monica | CA | 90401 | |
| Santa Monica 1717 4th-SM | 1717 4th Str | Santa Monica, CA | Sublalent | | City of Santa Monica | | Santa Monica | CA | 90401 | |
| Smithfield 1617 Church St | 1617 South Church Street | Smithfield, VA | Landlord | Fred Bloger | Fred B. Bloger, Trustee | 4912 W. Broad Street | Richmond | VA | 23220 | |
| Smithfield 1617 Church St | 1617 South Church Street | Smithfield, VA | Landlord Notice | Fred Bloger | Bloger Realty Management, Inc. | c/o Geometry Realty, Inc, 110 East 59th Street, 18th Floor | New York | NY | 10022 | |
| West Hartford 141 South S | 141 South St. | West Hartford, CT | Landlord | | First South Associates, LLC | | | | | |
| West Hartford 141 South S | 141 South St. | West Hartford, CT | Landlord Notice | Donald McLea | First South Associates, LLC | c/o The Windsor Management Company, 102 Corporate Drive, Suite 104 | Windsor | CT | 06095 | |
| West Hartford 141 South S | 141 South St. | West Hartford, CT | Remittance | Julie Pritchard | BK South LLC | c/o Block & Kehan, 38 Trumbull St | New Haven | CT | 06510 | |
| Griffin 1940 N Lafayette | 1940 N. Lafayette St. | Griffin, IN 46319 | Landlord | | GBC, LLC | Suite B | Highland | IN | 46322 | |
| Griffin 1940 N Lafayette | 1940 N. Lafayette St. | Griffin, IN 46319 | Remittance | | GBC, LLC | | | | | |
| Decatur 1270 Grand Ave | 1270 W. Grand Ave | Decatur, IL 62522 | Landlord | Lyle Adman | Decatur West Side Church of the Nazarene | 1224 West Grand Ave. | Decatur | IL | 62522 | |
| Orlando 7101 President Dr | 7101 Presidents Drive | Orlando, FL 32809 | Landlord | | The Northwestern Mutual Life Insurance Company | | | | | |
| Orlando 7101 President Dr | 7101 Presidents Drive | Orlando, FL 32809 | Landlord Agent | | Falcon and Associates, Inc. d/b/a | Southand Management Company, 6220 S. Orange Blossom Trail, Suite 160 | Orlando | FL | 32809 | |
| Orlando 7101 President Dr | 7101 Presidents Drive | Orlando, FL 32809 | Remittance | | Orlando Central ParkRE 320939 | c/o Sanford Properties, Inc., 4200 Northside Pkwy, NW, Bldg. 1, Suite 300 | Atlanta | GA | 30327 | |
| San Francisco 103 Bush St | 103 Bush Street - The Shell Buildin | San Francisco, CA 94104 | Landlord | Sharon Chiu | 103 Bush Corporation | 100 Bush Street, Suite 218 | San Francisco | CA | 94104 | |
| Wellington 11578 Pierson | 11578 Pierson Rd. (Forum) | Wellington, FL 33414 | Landlord | | PSB Wellington Commerce Park I, LLC | 3111 Fortune Way B-12 | Wellington | FL | 33414 | |
| Wellington 11578 Pierson | 11578 Pierson Rd. (Forum) | Wellington, FL 33414 | Remittance | | PS Business Parks, Inc. | 6216 Northwest 14th St. | Doral | FL | 33126 | |
| Orange City Tribune | 2790 Enterprise Road | Orange City, FL | Landlord | | The Crossings on Enterprise | 2765 Rebecca Lane | Orange City | FL | 32763 | |
| Orange City Tribune | 2790 Enterprise Road | Orange City, FL | Remittance | Michael Carpi | The Crossings on Enterprise, LLC | 1040 Willa Springs Drive | Winter Springs | FL | 32708 | |
| Oviedo 610 Kane Ct. | 610 Kane Ct. | Oviedo, FL | Landlord | | American Industrial Center, Ltd. | Attn: Daniel J. Woods, 200 Via de Lago, Suite C | Altamonte Springs | FL | 32701 | |
| Oviedo 610 Kane Ct. | 610 Kane Ct. | Oviedo, FL | Remittance | Laurel Woods | American Industrial Center | 839 South RR 427, Suite 162 | Longwood | FL | 32750 | |
| Boca Raton West 520, 522 | 520, 522, and 524 Northwest 77th | Boca Raton, FL 33487 | Landlord | | Boca Industrial Park Ltd | | | | | |
| Boca Raton West 520, 522 | 520, 522, and 524 Northwest 77th | Boca Raton, FL 33487 | Landlord | | Teachers Insurance & Annuity Assoc. of America | c/o Danburg Management Corporation, 730 Third Avenue | New York | NY | 10017 | |
| Boca Raton West 520, 522 | 520, 522, and 524 Northwest 77th | Boca Raton, FL 33487 | Landlord Copy | Attn: Laura Hill | c/o Danburg Management Corporation | Attn: Laura Hill, 1855 West Commercial Boulevard, Suite 135 | Ft. Lauderdale | FL | 33309 | |
| Boca Raton West 520, 522 | 520, 522, and 524 Northwest 77th | Boca Raton, FL 33487 | Landlord Notice | | Boca Industrial Park Ltd | | | | | |
| Wellington 11578 Pierson (Sun Sentinel) | 11578 Pierson Rd. (Sun Sentinel) | Wellington, FL 33414 | Landlord | | Wellington Commerce Park I, LLC | 3111 Fortune Way, B-12 | Wellington | FL | 33414 | |
| Wellington 11578 Pierson (Sun Sentinel) | 11578 Pierson Rd. (Sun Sentinel) | Wellington, FL 33414 | Remittance | | PS Business Parks, Inc. | 6216 Northwest 14th St. | Doral | FL | 33126 | |
| Pembroke Park FL Seneca | 2001 SW 32 Avenue | Pembroke Park, FL 33202 | Landlord | | Ricardo Fraga Greenberg Traurig, P.A. | 201 SW 8th Street, Suite 204 | Miami | FL | 33135 | |
| Pembroke Park FL Seneca | 2001 SW 32 Avenue | Pembroke Park, FL 33202 | Landlord Copy | Gary Mdpas | Seneca Industrial Holdings, LLC | 1221 Brickell Avenue, Suite 2100 | Miami | FL | 33131 | |
| Pembroke Park FL Seneca | 2001 SW 32 Avenue | Pembroke Park, FL 33202 | Remittance | | Seneca Industrial Holdings, LLC | P.O. 198498 | Atlanta | GA | 30307-8468 | |