# EXHIBIT A

*Stipulation*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No.** ____ |

## STIPULATION AMONG DEBTOR THE HARTFORD COURANT COMPANY, THE UNITED STATES OF AMERICA, AND THE STATE OF CONNECTICUT CONCERNING IMPLEMENTATION OF PREPETITION ENVIRONMENTAL CONSENT DECREE

WHEREAS, on September 30, 2008, the plaintiffs, the United States and the State of Connecticut (collectively, the "Governments") filed complaints in the United States District Court for the District of Connecticut (the "District Court") seeking recovery of cleanup costs regarding the Solvents Recovery Service of New England, Inc. Superfund Site in Southington, Connecticut (the "Site");

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

WHEREAS, the Governments' two actions were consolidated into a single pleading entitled State of Connecticut, et al. v. A.R. Sandri, Inc., et al., Case No. 08-CV-1505 (WWE);

WHEREAS, on or about October 30, 2008, the United States lodged a consent decree with the District Court which resolves the cost recovery claims of the Governments against certain of the defendants, including the Courant (the "Consent Decree");

WHEREAS, the Governments have not yet requested that the District Court approve and enter the Consent Decree;

WHEREAS, on December 8, 2008 (the "Petition Date"), The Hartford Courant Company (the "Courant"), as a debtor and debtor in possession in the above-captioned action, filed a voluntary petition for relief in this Court;

WHEREAS, on August 18, 2008, the Courant made a payment to the Governments in the amount of $288,274, which amount represents the Courant's de minimis settlement amount under the Consent Decree;

WHEREAS, in order to obtain the benefits of the Consent Decree, the Courant and the Governments now seek to implement the Consent Decree without payment of any further amounts or the taking of any other affirmative action by the Courant;

NOW, THEREFORE, the Governments and the Courant stipulate and agree as follows:

1.  The automatic stay contained in 11 U.S.C. § 362(a) shall be lifted to the extent necessary to permit implementation of the Consent Decree as it respects the Courant.

2. Any further request by the Governments for Courant to take any affirmative actions under the Consent Decree or to make any payments under the Consent Decree shall be the subject of further proceedings in this Court.

Dated: March 6, 2009

FOR THE HARTFORD COURANT COMPANY:

_____
Richard S. Feeney
Vice President and Chief Financial Officer

FOR THE UNITED STATES:

*[signature: Mark Gallagher]*

MARK A. GALLAGHER
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 514-5405

FOR THE STATE OF CONNECTICUT:

RICHARD BLUMENTHAL
Attorney General

*[signature: John M. Looney]*

JOHN M. LOONEY
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Telephone: (860) 808-5250
Federal Bar # CT08279