# EXHIBIT D

**ITEM TWO**
**SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the Covered Autos Section of the Business Auto Coverage Form shows which autos are covered autos.) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 1 | $3,000,000 | $ ▓▓▓ |
| PERSONAL INJURY PROTECTION (or equivalent No-fault Coverage) | 5 | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS SEE ENDT DEDUCTIBLE. | INCL |
| ADDED PERSONAL INJURY PROTECTION (or equivalent Added No-fault Coverage) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT. | |
| PROPERTY PROTECTION INSURANCE (Michigan only) | 5 | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS DEDUCTIBLE FOR EACH ACCIDENT. | INCL |
| AUTO MEDICAL PAYMENTS | 2 | $ 5,000 | INCL |
| MEDICAL EXPENSE AND INCOME LOSS BENEFITS (Virginia only) | 2 | SEPARATELY STATED IN EACH MEDICAL EXPENSE AND INCOME LOSS BENEFITS ENDORSEMENT. | INCL |
| UNINSURED MOTORISTS | 6 | SEE ENDT | INCL |
| UNDERINSURED MOTORISTS (When not included in Uninsured Motorists Coverage) | 6 | SEE ENDT | INCL |
| PHYSICAL DAMAGE COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE. FOR EACH COVERED AUTO, BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING. See ITEM FOUR For Hired Or Borrowed "Autos". | |
| PHYSICAL DAMAGE SPECIFIED CAUSES OF LOSS COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE. FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM. See ITEM FOUR For Hired Or Borrowed "Autos". | |
| PHYSICAL DAMAGE COLLISION COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR, WHICHEVER IS LESS, MINUS DEDUCTIBLE, FOR EACH COVERED AUTO. See ITEM FOUR For Hired Or Borrowed "Autos". | |
| PHYSICAL DAMAGE TOWING AND LABOR | | FOR EACH DISABLEMENT OF A PRIVATE PASSENGER "AUTO". | |
| | | TAX/SURCHARGE/FEE | $ INCL |
| | | PREMIUM FOR ENDORSEMENTS | $ INCL |
| | | *ESTIMATED TOTAL PREMIUM | $ ▓▓▓ |

For Scheduled Autos You Own — See ITEM THREE
*This policy may be subject to final audit.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination, at our expense, by physicians of our choice, as often as we reasonably require.

c. If there is "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examinations under oath at our request and give us a signed statement of your answers.

3. **Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

a. There has been full compliance with all the terms of this Coverage Form; and

b. Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

4. **Loss Payment – Physical Damage Coverages**

At our option we may:

a. Pay for, repair or replace damaged or stolen property;

b. Return the stolen property, at our expense. We will pay for any damage that results to the "auto" from the theft; or

c. Take all or any part of the damaged or stolen property at an agreed or appraised value.

If we pay for the "loss", our payment will include the applicable sales tax for the damaged or stolen property.

5. **Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

B. **General Conditions**

1. **Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

2. **Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Form;

b. The covered "auto";

c. Your interest in the covered "auto"; or

d. A claim under this Coverage Form.

3. **Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

4. **No Benefit To Bailee – Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.



## DECLARATIONS

St. Paul Fire and Marine Insurance Company

Travelers Excess Casualty
200 North LaSalle Street
Suite 2100
Chicago, IL. 60601

Item 1.   Named Insured:   TRIBUNE COMPANY

           Address:   435 N MICHIGAN AVENUE
CHICAGO IL 60611

Item 2. Policy Period:   From: 03/01/2007   To: 03/01/2008
At 12:01 A.M. Standard Time at the address of the Named Insured shown above

Item 3.   Limits Of Insurance

    The Limits Of Insurance, subject to all the terms of this policy, are:

    A.   $25,000,000.   Each occurrence

    B.   $25,000,000.   General aggregate (in accordance with Section III, Limits Of Insurance)

    C.   $25,000,000.   Products-Completed Operations aggregate (in accordance with Section III, Limits Of Insurance)

Item 4.   Self Insured Retention   $10,000.

Item 5.   Premium:

    Surcharge/Surtax:

    Rate, if applicable:

    Minimum premium,
    if applicable:   $

Item 6.   Agent:   Marsh USA Inc.
500 West Monroe Street
Chicago IL 60661

    Agency Number:   1242614

Item 7.   Endorsements attached:   See attached schedule.

Item 8.   Policy Number: QK01201517
This Replaces Policy Number: QI01201186

SU089 Ed. 3-03
© 2003 The St.Paul Travelers Companies, Inc. All Rights Reserved   Page 1 of 2

LATC 000841

VII. **Conditions**

A. **Appeals**

We have the right but not the duty to appeal an award or judgment, including damages covered by this policy, in excess of the applicable Retained Limit. If we elect to appeal we will pay, in addition to any applicable limits of insurance of this policy, all costs, interest and expenses incidental to such appeal. However, the result of an appeal will not change the limits of coverage that apply under this policy.

B. **Audit**

We may audit the Insured's books and records at any time during the term of the Policy Period or within three years after expiration or termination of this policy.

C. **Bankruptcy or Insolvency**

1. The Insured's bankruptcy, insolvency or inability to pay, or the bankruptcy, insolvency or inability to pay of any Issuer of Scheduled Underlying Insurance will not relieve us of our obligations under this policy.

2. In the event of any such bankruptcy, insolvency or inability to pay:

    a. this insurance will neither replace or reduce the insurance provided by Scheduled Underlying Insurance nor replace or reduce any Scheduled Retained Limit; and

    b. this insurance will apply only to amounts in excess of the applicable limits of such Scheduled Underlying Insurance and Scheduled Retained Limits.

D. **Cancellation**

1. You may cancel this policy. You must mail or deliver to us advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. If we cancel because of non-payment of premium, we must mail or deliver to you not less than 10 days advance written notice stating when the cancellation is to take effect. If we cancel for any other reason, we must mail or deliver to you not less than 60 days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Declarations shall be sufficient to prove such notice.

3. The Policy Period will end on the day and time stated in the cancellation notice.

4. If we cancel, final premium shall be calculated pro rata based on the time this policy was in force.

5. If you cancel, final premium will be more than pro rata. It will be based on the time this policy was in force and increased by our short rate cancellation table and procedure.

6. Premium adjustment may be made at the time of cancellation or as soon as practicable thereafter, but the cancellation will be effective even if we have not made or offered any premium refund due you. Our check, or our representative's check, mailed or delivered to you at your mailing address shown in Item 1 of the Declarations, shall be sufficient tender of any such refund due you.

7. The first Named Insured in Item 1 of the Declarations shall act on behalf of all other Insureds with respect to the giving or receiving of notice of cancellation and the receipt of any premium refund that may become payable under this policy.