# EXHIBIT E

**From:** Duffy, William [mailto:William.Duffy@TheMentorNetwork.com]
**Sent:** Friday, March 06, 2009 12:58 PM
**To:** Sarah Serpa
**Cc:** Hofmeister, Michael E.; Hueser, Jason
**Subject:** Patient Jon Van Senus

To: Sarah C. Serpa, Esq.

Subject: Patient; Jon Van Senus – CCS Tampa Facility

As you know, in mid 2007, the Center for Comprehensive Services ("CCS") negotiated an agreement with your office for the attendant care of Jon Van Senus, a brain injured adult. We agreed that CCS would provide in-patient care for Mr. Van Senus in exchange for a lien for the costs of such services. The agreement stated that the lien would be against any settlement or judgment achieved by your office as a result of litigation filed on behalf of Mr. Van Senus. On or around December, 2008, CCS was informed of the settlement of Mr. Van Senus' matter, and CCS agreed to accept payment of $279,562.52 to satisfy the lien. To date, however, we have not received any payment.

3/6/2009

CCS admitted Mr. Van Senus based on the understanding that if a settlement or judgment was reached, we would be paid for our services accordingly. However, it is not the custom and practice of CCS to continue to care for a patient indefinitely without any assurance that payment of an agreed upon lien will be forthcoming. Please provide us with a status report and a date certain for payment of the above-noted lien, or we will have no choice but to consider all of our legal options regarding discontinuing the care and treatment of Jon Van Senus at this facility.

Bill Duffy
Chief Operating Officer
Mentor ABI

Notice: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender that you have received the message in error, and delete it. Thank you.

3/6/2009