## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: TRIBUNE COMPANIES, et al. | : | CHAPTER 11 |
| Debtors. | : | CASE NO.  08-13141 (KJC) |
|  | : | (Jointly Administered) |
|  | : | Re:  Docket No. _____ |

## ORDER MODIFYING THE AUTOMATIC STAY AUTHORIZING JON VAN SENUS, BY AND THROUGH HIS GUARDIAN AD LITEM, NEALA OLSON, TO RECEIVE PAYMENTS PURSUANT TO SETTLEMENT AGREEMENT

Upon the Motion of the Conservator of Jon Van Senus, Neala Olson, (the "Movant"), For Relief From the Automatic Stay to Receive Payments Pursuant to Settlement Agreement (the "Motion")[3], and the Motion having been served upon counsel for the Debtors, counsel for the Committee the Office of the United States Trustee and all parties who have requested notice pursuant to Bankruptcy Rule 2002 in accordance with Del. Bankr. L.R. 2002-1(b); and the Court finding sufficient cause to grant the Motion:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED in its entirety.

2.      The automatic stay is hereby modified pursuant to 11 U.S.C. § 362(d)(1) and (2) to the extent necessary to allow the Movant to receive payment of the Uncontested Proceeds.

3.      The Debtors and the Insurers are hereby directed to provide the Uncontested Proceeds to the Movant within five (5) business days following entry of this Order.

---

[3]      Capitalized terms used but not defined herein shall have the meanings ascribed to them as set forth in the Motion.

4.     This Order is effective immediately, and the automatic ten-day stay of its enforcement pursuant to Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

5.     This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: March____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

2