IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 457** |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, Paralegal of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on February 27, 2009, I caused a copy of the **Affidavit of Ordinary Course Professional Edward Cerasi II of Morgan, Lewis & Bockius LLP [Docket No. 457]** to be served via First Class Mail, postage prepaid on the parties on the attached service list.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Pauline Z. Ratkowiak
Paralegal
1000 N. West Street, Suite 1200
Wilmington, DE  19801
(302) 295-4933
(302) 652-3117 (fax)

Subscribed and sworn to before me
this 6th day of March, 2009

_____
Notary Public

MICHAEL F. BONKOWSKI, Esquire(I.D.No.2219)
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act

46429/0001-5315669v14

## TRIBUNE COMPANY, *et al.*
### Service List re: Ordinary Course Professional

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

46429/0001-5315669v14