IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Joint Administration Requested |

## SUPPLEMENTAL DECLARATION OF BLAKE D. RUBIN IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER UNDER 11 U.S.C. §§ 327(a) AND 1107(a) AND (b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF McDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL FOR GENERAL DOMESTIC LEGAL MATTERS TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

BLAKE D. RUBIN declares and states as follows:

1.  I am a partner in the law firm of McDermott Will & Emery LLP

("McDermott"), resident in its Washington D.C. office located at 600 13th Street, N.W.,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Washington, D.C. 20005. I have been practicing law for more than 28 years and I am admitted in the District of Columbia. McDermott is proposed Special Counsel for General Domestic Legal Matters (as defined below) to the Tribune Company and certain of its subsidiaries and affiliates, each a debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2. I submit this supplemental declaration (the "Declaration") (i) in support of the entry of an order authorizing the Debtors to employ McDermott Will & Emery LLP, pursuant to 11 U.S.C. §§ 327(a) and 1107(a) and (b), as Special Counsel for General Domestic Legal Matters to the Debtors, *nunc pro tunc* to the date of the commencement of these chapter 11 cases, and (ii) in connection with the concerns raised by the Office of the United States Trustee for the District of Delaware relating to McDermott's retention under section 327(a) of the Bankruptcy Code.

3. The Debtors have advised McDermott that they wish to employ and retain McDermott to assist them in a variety of general domestic legal matters, including, but not limited to, tax, employee benefits, employment, corporate, real estate and other legal matters that may arise in the ordinary course of the Debtors' business (collectively, the "General Domestic Legal Matters"). McDermott has agreed to continue to represent the Debtors on such matters and work closely with the Debtors and their other retained professionals, including Sidley Austin LLP to avoid unnecessary duplication of services rendered for these estates.

Non-Debtor Affiliates

4. McDermott currently represents two of the Debtors' non-Debtor affiliates: the Chicago National Ball Club, LLC and TV FN Cable Ventures, Inc. McDermott will not represent either of these two non-Debtor affiliates in matters related to these chapter 11 cases.

Further, McDermott will not represent the Tribune in any matters adverse to Chicago National Ball Club, LLC and TV FN Cable Ventures, Inc.

CIT Group, Inc. Representation

5. McDermott does not and will not represent CIT Group, Inc. in matters related to these chapter 11 cases.

No Restrictions on Services to be Rendered

6. With respect to McDermott's non-Debtor, current clients who are parties in interest, other than McDermott's and its attorney's obligations under applicable law (including ethical canons), McDermott has no firm policies, restrictions contained in engagement letters, or any other restrictions that I am aware of that would prevent McDermott from taking a position adverse to any of its current clients on behalf of the Debtors.

Retainer

7. Consistent with other retained professionals in these cases, McDermott does not intend to seek an evergreen retainer and will draw down on the retainer it holds as fees and expense reimbursement are allowed by this Court.

Resolution of Pillowtex Concerns

8. The Office of the United States Trustee raised concerns about McDermott potentially having a claim against the Debtors in connection with payments McDermott received during the 90 days prior to commencement of these chapter 11 cases. As requested, McDermott provided to the United States Trustee a list of all payments it received from the Debtors in the twelve-month period prior to the chapter 11 filings. A copy of that list is attached hereto as Exhibit "A." The United States Trustee provided a list of the payments it believed should be returned to the Debtors and McDermott has agreed to return such payments and waive any

Filed document page

resulting claim it would have against the Debtors in connection with the return of such payments. Although McDermott disagrees that such payments may constitute preferential transfers, McDermott has nevertheless agreed to return the following payments to the Debtors' estates and to waive any resulting claim against the Debtors' estates with respect to such payments:

| Payment date | Payment amount |
|---|---|
| 12/5/08 | $161.25 |
| 12/5/08 | $13,656.25 |
| 12/5/08 | $11,931.25 |
| 12/5/08 | $1,496.25 |
| 12/5/08 | $7,818.75 |
| 12/5/08 | $4,270.00 |
| 12/5/08 | $3,512.59 |
| 12/5/08 | $3,742.50 |
| 12/5/08 | $4,913.75 |
| 12/5/08 | $3,702.50 |
| 12/5/08 | $12,318.75 |
| 12/5/08 | $940.00 |
| 12/5/08 | $322.50 |
| 12/5/08 | $322.50 |
| 12/5/08 | $5,289.00 |
| 12/5/08 | $1,773.75 |
| 10/3/08 | $4,992.01 |
| 10/3/08 | $2,976.50 |
| 10/3/08 | $9,267.50 |

WDC99 1693663-2.020336.0515

| Payment date | Payment amount |
|---|---|
| 12/5/08 | $1,315.75 |
| 12/5/08 | $1,555.00 |
| 12/4/08 | $4,777.50 |
| 12/5/08 | $15,096.69 |
| 12/5/08 | $7,026.25 |
| 12/5/08 | $7,344.55 |
| 11/12/08 | $22,358.07 |
| 12/5/08 | $8,699.89 |
| 11/20/08 | $8,677.61 |
| 11/12/08 | $2,875.50 |
| 12/5/08 | $18,822.35 |
| 11/20/08 | $18,798.82 |
| 11/12/08 | $13,337.00 |
| 11/20/08 | $58,113.80 |
| 11/12/08 | $6,394.50 |
| Total | $288,600.88 |

9.  Regarding Exhibit "A," upon completion of certain work that was completed on October 29, 2008, McDermott was entitled to a flat fee of $3,125,000 of which $875,000 had previously been paid. Invoice 507UAC in the amount of $2,250,000 (i.e., the excess of $3,125,000 over $875,000) was issued to the Tribune on 10/29/08 and paid on 11/19/08. The amount of $1,208,779.25 reflected for invoice 507UAC represents the excess of $3,125,000 over all hourly charges and costs.

WDC99 1693663-2.020336.0515

10.     Further, regarding Exhibit "A," the Tribune bills for May, June and July 2008 time were originally timely mailed to the Tribune on June 3, August 5, and August 27, respectively. Tribune thereafter requested that certain changes be made in the formatting of the bills and that these bills be issued electronically. Arrangements were made with a third party vendor who provides electronic web-based billing services, and these bills were issued electronically on 9/17/08 and 10/30/08.

Expected Timekeepers and Rates

11.     The following are the timekeepers expected to render services to the Debtors:

| Timekeeper Name | Title | Practice Area | Rate |
|---|---|---|---|
| Rubin, Blake D. | Partner | Tax | $ 915 |
| Levine, Philip | Partner | Tax | $ 850 |
| Whiteway, Andrea M. | Partner | Tax | $ 750 |
| Gruemmer, Brooks | Partner | Corporate | $ 690 |
| Compernolle, Paul J | Partner | Employee Benefits | $ 675 |
| Offutt, P.C., Gerald | Partner | Corporate | $ 630 |
| Finkelstein, Jon G. | Partner | Tax | $ 580 |
| Harris, Ryan | Partner | Corporate | $ 515 |
| Opper, Mark | Partner | Tax | $ 490 |
| Chan, Gale | Associate | Tax | $ 320 |
| Shuman, Timothy | Associate | Tax | $ 320 |

| Fuchs, Daniel | Associate | Corporate | $ 315 |
| McCurry, Patrick J. | Associate | Tax | $ 305 |

12. This Supplemental Declaration is made without prejudice to McDermott's rights to supplement further its disclosures in the Debtors' chapter 11 cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Washington, D.C.

March 6, 2009

_____
Blake D. Rubin

## **EXHIBIT A**

Client #020336 Tribune Company (10/01/07 - 12/07/08) (USD)

| Mtr # | Bill # | Bill Date | Fees | Costs | Total | Dates of Service | Ref # | Payment Rec'd | Fees | Cost | Retainer | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0040 | 1802691 | 11/07/07 | 803.75 | 31.57 | 835.32 | 10/2/07-10/31/07 | 1079853 | 12/17/07 | (803.75) | (31.57) | - | (835.32) |
| 0040 | 1814649 | 12/05/07 | 1,181.25 | 2.42 | 1,183.67 | 11/7/07-11/21/07 | 1084899 | 01/14/08 | (1,181.25) | (2.42) | | (1,183.67) |
| 0040 | 1851058 | 03/18/08 | 913.75 | 5.21 | 918.96 | 02/06/08-02/22/08 | 1113544 | 07/31/08 | (913.75) | (5.21) | | (918.96) |
| 0040 | 1878546 | 06/09/08 | 161.25 | | 161.25 | 05/03/08-05/08/08 | 8190229 | 12/05/08 | (161.25) | | | (161.25) |
| 0040 | 1906385 | 08/22/08 | 1,817.50 | 1.24 | 1,818.74 | 07/10/08-07/14/08 | 1126942 | 10/31/08 | (1,817.50) | (1.24) | | (1,818.74) |
| 0040 | 1929202 | 10/17/08 | 1,982.50 | 5.60 | 1,988.10 | 09/05/08-09/18/08 | 1126942 | 10/31/08 | (1,982.50) | (5.60) | | (1,988.10) |
| 0040 | 1933269 | 11/10/08 | 645.00 | | 645.00 | 10/15/08-10/15/08 | 8190229 | 12/05/08 | (645.00) | | | (645.00) |
| 0040 | 1946842 | 12/05/08 | 6,045.00 | | 6,045.00 | 11/04/08-11/25/08 | 8190229 | 12/05/08 | (6,045.00) | | | (6,045.00) |
| 0040 | Unbilled WIP as of | 12/07/08 | 795.00 | | 795.00 | 12/01/08-12/01/08 | 8190229 | 12/05/08 | (795.00) | | | (795.00) |
| **0040 Total** | | | **14,345.00** | **46.04** | **14,391.04** | | | | **(14,345.00)** | **(46.04)** | | **(14,391.04)** |
| 0041 | 1797200 | 10/19/07 | 3,193.75 | | 3,193.75 | 9/13/07-9/19/07 | 1078694 | 12/12/07 | (3,193.75) | | | (3,193.75) |
| 0041 | 1802694 | 11/07/07 | 6,201.50 | | 6,201.50 | 10/2/07-10/31/07 | 1079853 | 12/17/07 | (6,201.50) | | | (6,201.50) |
| 0041 | 1814650 | 12/05/07 | 862.50 | 74.58 | 937.08 | 11/2/07-11/6/07 | 1084899 | 01/14/08 | (862.50) | (74.58) | | (937.08) |
| 0041 | 1832552 | 01/24/08 | 4,185.00 | | 4,185.00 | 12/10/07-12/27/07 | 8190229 | 12/05/08 | (4,185.00) | | | (4,185.00) |
| 0041 | 1839258 | 02/15/08 | 13,656.25 | | 13,656.25 | 01/07/08-01/31/08 | 8190229 | 12/05/08 | (13,656.25) | | | (13,656.25) |
| 0041 | 1851059 | 03/18/08 | 11,931.25 | | 11,931.25 | 02/01/08-02/20/08 | 8190229 | 12/05/08 | (11,931.25) | | | (11,931.25) |
| 0041 | 1870052 | 05/14/08 | 1,496.25 | | 1,496.25 | 04/07/08-04/24/08 | 8190229 | 12/05/08 | (1,496.25) | | | (1,496.25) |
| 0041 | 1878547 | 06/09/08 | 7,818.75 | | 7,818.75 | 05/20/08-05/29/08 | 8190229 | 12/05/08 | (7,818.75) | | | (7,818.75) |
| 0041 | 1894138 | 07/18/08 | 4,270.00 | | 4,270.00 | 06/02/08-06/27/08 | 8190229 | 12/05/08 | (4,270.00) | | | (4,270.00) |
| 0041 | 1906386 | 08/22/08 | 3,297.50 | 215.09 | 3,512.59 | 07/14/08-07/31/08 | 8190229 | 12/05/08 | (3,297.50) | (215.09) | | (3,512.59) |
| 0041 | 1913963 | 09/15/08 | 3,742.50 | | 3,742.50 | 08/01/08-08/07/08 | 8190229 | 12/05/08 | (3,742.50) | | | (3,742.50) |
| 0041 | 1946844 | 12/05/08 | 1,986.25 | | 1,986.25 | 11/24/08-11/25/08 | 8190229 | 12/05/08 | (1,986.25) | | | (1,986.25) |
| 0041 | Unbilled WIP as of | 12/07/08 | 2,205.00 | | 2,205.00 | 12/01/08-12/01/08 | 8190229 | 12/05/08 | (2,205.00) | | | (2,205.00) |
| **0041 Total** | | | **64,846.50** | **289.67** | **65,136.17** | | | | **(64,846.50)** | **(289.67)** | | **(65,136.17)** |
| 0042 | 1797201 | 10/19/07 | 2,045.00 | | 2,045.00 | 9/4/07-9/18/07 | 1078694 | 12/12/07 | (2,045.00) | | | (2,045.00) |
| 0042 | 1802695 | 11/07/07 | 6,095.00 | | 6,095.00 | 10/2/07-10/26/07 | 1079853 | 12/17/07 | (6,095.00) | | | (6,095.00) |
| 0042 | 1814651 | 12/05/07 | 297.50 | | 297.50 | 11/8/07-11/15/07 | 1084899 | 01/14/08 | (297.50) | | | (297.50) |
| 0042 | 1832553 | 01/24/08 | 4,913.75 | | 4,913.75 | 12/03/07-12/18/07 | 8190229 | 12/05/08 | (4,913.75) | | | (4,913.75) |
| 0042 | 1839259 | 02/15/08 | 3,702.50 | | 3,702.50 | 01/04/08-01/30/08 | 8190229 | 12/05/08 | (3,702.50) | | | (3,702.50) |
| 0042 | 1851060 | 03/18/08 | 12,318.75 | | 12,318.75 | 02/27/08-03/06/08 | 8190229 | 12/05/08 | (12,318.75) | | | (12,318.75) |
| 0042 | 1861386 | 04/16/08 | 940.00 | | 940.00 | 04/07/08-04/07/08 | 8190229 | 12/05/08 | (940.00) | | | (940.00) |
| 0042 | 1870053 | 05/14/08 | 322.50 | | 322.50 | 05/20/08-05/20/08 | 8190229 | 12/05/08 | (322.50) | | | (322.50) |
| 0042 | 1878592 | 06/09/08 | 322.50 | | 322.50 | 07/02/08-07/18/08 | 8190229 | 12/05/08 | (322.50) | | | (322.50) |
| 0042 | 1906387 | 08/22/08 | 5,289.00 | | 5,289.00 | 08/06/08-08/25/08 | 8190229 | 12/05/08 | (5,289.00) | | | (5,289.00) |
| 0042 | 1913964 | 09/15/08 | 1,773.75 | | 1,773.75 | 09/04/08-09/08/08 | 8190229 | 12/05/08 | (1,773.75) | | | (1,773.75) |
| 0042 | 1929203 | 10/17/08 | 645.00 | | 645.00 | 10/16/08-10/23/08 | 8190229 | 12/05/08 | (645.00) | | | (645.00) |
| 0042 | 1933864 | 11/10/08 | 1,097.50 | | 1,097.50 | 11/07/08-11/24/08 | 8190229 | 12/05/08 | (1,097.50) | | | (1,097.50) |
| 0042 | 1946847 | 12/05/08 | 2,205.00 | | 2,205.00 | 12/02/08-12/05/08 | 8190229 | 12/05/08 | (2,205.00) | | | (2,205.00) |
| 0042 | Unbilled WIP as of | 12/07/08 | 2,025.00 | 0.00 | 2,025.00 | | | | (2,025.00) | 0.00 | | (2,025.00) |
| **0042 Total** | | | **43,992.75** | | **43,992.75** | | | | **(43,992.75)** | | | **(43,992.75)** |
| 0044 | 1839261 | 02/15/08 | 26,615.00 | 1.40 | 26,616.40 | 01/04/08-01/31/08 | 1091779 | 03/05/08 | (26,615.00) | (1.40) | | (26,616.40) |
| 0044 | 1861388 | 04/16/08 | 881.25 | | 881.25 | 03/06/08-03/07/08 | 1099081 | 04/23/08 | (881.25) | | | (881.25) |
| 0044 | 1878549 | 06/09/08 | 13,702.50 | | 13,702.50 | 05/14/08-05/29/08 | 1113527 | 07/31/08 | (13,702.50) | | | (13,702.50) |
| 0044 | 1894140 | 07/18/08 | 806.25 | | 806.25 | 06/12/08-06/25/08 | 1116871 | 08/25/08 | (806.25) | | | (806.25) |
| **0044 Total** | | | **42,005.00** | **1.40** | **42,006.40** | | | | **(42,005.00)** | **(1.40)** | | **(42,006.40)** |
| 0047 | 1797203 | 10/19/07 | 3,943.50 | 1,048.51 | 4,992.01 | 9/4/07-9/17/07 | 1122693 | 10/03/08 | (3,943.50) | (1,048.51) | | (4,992.01) |
| 0047 | 1802696 | 11/07/07 | 2,976.50 | | 2,976.50 | 10/1/07-10/30/07 | 1122693 | 10/03/08 | (2,976.50) | | | (2,976.50) |
| 0047 | 1814654 | 12/05/07 | 9,267.50 | | 9,267.50 | 11/1/07-11/28/07 | 1122693 | 10/03/08 | (9,267.50) | | | (9,267.50) |
| 0047 | 1832555 | 01/24/08 | 17,600.00 | | 17,600.00 | 12/04/07-12/28/07 | 1091806 | 03/06/08 | (17,600.00) | | | (17,600.00) |
| 0047 | 1843737 | 02/15/08 | 11,119.00 | | 11,119.00 | 01/02/08-01/31/08 | 1094188 | 03/24/08 | (11,119.00) | | | (11,119.00) |
| 0047 | 1851063 | 03/18/08 | 2,493.75 | | 2,493.75 | 02/01/08-02/29/08 | 1099241 | 04/25/08 | (2,493.75) | | | (2,493.75) |
| 0047 | 1861390 | 04/16/08 | 12,600.00 | | 12,600.00 | 03/03/08-03/31/08 | 1116151 | 08/19/08 | (12,600.00) | | | (12,600.00) |
| 0047 | 1870057 | 05/14/08 | 1,396.25 | | 1,396.25 | 04/01/08-04/14/08 | 1111197 | 07/15/08 | (1,396.25) | | | (1,396.25) |
| 0047 | 1878590 | 06/09/08 | 1,315.75 | | 1,315.75 | 05/06/08-05/08/08 | 8190229 | 12/05/08 | (1,315.75) | | | (1,315.75) |
| 0047 | 1906390 | 08/22/08 | 3,137.50 | | 3,137.50 | 07/01/08-07/31/08 | 1119580 | 09/12/08 | (1,582.50) | | | (1,582.50) |
| 0047 | 1913967 | 09/15/08 | 2,209.50 | | 2,209.50 | 08/04/08-08/29/08 | 8190229 | 11/20/08 | (1,555.00) | | | (1,555.00) |
| 0047 | 1929206 | 10/17/08 | 30,397.00 | 1.20 | 30,398.20 | 09/03/08-09/30/08 | 8071622 | 11/20/08 | (30,397.00) | (1.20) | | (30,398.20) |

| Mtr # | Bill # | Bill Date | Fees | Costs | Total | Dates of Service | Ref# | Payment Rec'd | Fees | Cost | Retainer | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0047 | 1933867 | 11/10/08 | 22,597.25 | 4.64 | 22,601.89 | 10/01/08-10/30/08 | 8190229 | 12/05/08 | (22,597.25) | (4.64) | | (22,601.89) |
| 0047 | 1946851 | 12/05/08 | 763.25 | | 763.25 | 11/03/08-11/25/08 | 8190229 | 12/05/08 | (763.25) | | | (763.25) |
| 0047 | Unbilled WIP as of | 12/07/08 | 3,593.50 | | 3,593.50 | 12/01/08-12/06/08 | | | (3,593.50) | | | (3,593.50) |
| 0047 Total | | | 125,410.25 | 1,054.35 | 126,464.60 | | | | (125,410.25) | (1,054.35) | | (126,464.60) |
| 0125 | 1802665 | 11/07/07 | 161.25 | | 161.25 | 10/3/07-10/3/07 | 1077202 | 12/05/07 | (161.25) | | | (161.25) |
| 0125 Total | | | 161.25 | | 161.25 | | | | (161.25) | | | (161.25) |
| 0137 | 1908001 | 08/22/08 | 4,777.50 | 0.00 | 4,777.50 | 07/18/08-07/24/08 | 8119661 | 12/04/08 | (4,777.50) | 0.00 | | (4,777.50) |
| 0137 Total | | | 4,777.50 | 0.00 | 4,777.50 | | | | (4,777.50) | 0.00 | | (4,777.50) |
| 0500 | 1844589 | 02/28/08 | 8,939.50 | 296.20 | 9,235.70 | 01/09/08-01/31/08 | 1102798 | 05/20/08 | (8,939.50) | (296.20) | | (9,235.70) |
| 0500 | 1911958 | 09/17/08 | 1,594.50 | 429.85 | 2,024.35 | 07/02/08-07/07/08 | 1128881 | 11/13/08 | (1,594.50) | (429.85) | | (2,024.35) |
| 0500 | 1912068 | 09/17/08 | 16,032.00 | 423.35 | 16,455.35 | 03/14/08-06/20/08 | 1132685 | 11/12/08 | (16,032.00) | (423.35) | | (16,455.35) |
| 0500 | 1931812 | 10/29/08 | 1,597.00 | 72.71 | 1,669.71 | 09/08/08-09/24/08 | 8118546 | 11/20/08 | (1,597.00) | (72.71) | | (1,669.71) |
| 0500 | 1932297 | 10/30/08 | | 1,530.37 | 1,530.37 | 10/30/08-10/30/08 | 1132685 | 11/12/08 | | (1,530.37) | | (1,530.37) |
| 0500 | 1932403 | 10/30/08 | 1,962.50 | 173.99 | 2,136.49 | 08/06/08-08/06/08 | 8118546 | 11/20/08 | (1,962.50) | (173.99) | | (2,136.49) |
| 0500 | 1934956 | 11/13/08 | 92,119.00 | 29.30 | 92,148.30 | 10/06/08-10/28/08 | 1132716 | 12/05/08 | (92,119.00) | (29.30) | | (92,148.30) |
| 0500 | Unapplied Retainer | | | | | | | | | | 67,777.26 | |
| 0500 | Unbilled WIP as of | 12/07/08 | 30,117.00 | 890.56 | 31,007.56 | | | | (30,117.00) | (890.56) | | (31,007.56) |
| 0500 Total | | | 152,361.50 | 3,846.33 | 156,207.83 | | | | (152,361.50) | (3,846.33) | | (156,207.83) |
| 0501 | 1799639 | 10/26/07 | 5,176.50 | 0.15 | 5,176.65 | 8/24/07-9/24/07 | 1083016 | 12/28/07 | (5,176.50) | (0.15) | | (5,176.65) |
| 0501 | 1802494 | 11/21/07 | 23,162.00 | 129.99 | 23,291.99 | 10/4/07-10/31/07 | 1083712 | 01/03/08 | (23,162.00) | (129.99) | | (23,291.99) |
| 0501 | 1821054 | 12/11/07 | 37,365.00 | | 37,365.00 | 11/01/07-11/30/07 | 1085551 | 01/17/08 | (37,365.00) | | | (37,365.00) |
| 0501 | 1834050 | 01/31/08 | 54,965.50 | 291.50 | 55,257.00 | 12/03/07-12/31/07 | 1102798 | 05/20/08 | (54,965.50) | (291.50) | | (55,257.00) |
| 0501 | 1844589 | 02/28/08 | 36,257.00 | 0.15 | 36,257.15 | 12/06/07-1/31/08 | 1102798 | 05/20/08 | (36,257.00) | (0.15) | | (36,257.15) |
| 0501 | 1852594 | 03/31/08 | 68,412.00 | | 68,412.00 | 02/01/08-02/29/08 | 1101306 | 05/09/08 | (68,412.00) | | | (68,412.00) |
| 0501 | 1865429 | 04/29/08 | 29,377.50 | 2,520.43 | 31,897.93 | 03/01/08-03/31/08 | 1109199 | 07/01/08 | (29,377.50) | (2,520.43) | | (31,897.93) |
| 0501 | 1873939 | 05/22/08 | 22,503.50 | 3,859.37 | 26,362.87 | 04/01/08-04/29/08 | 1132834 | 08/29/08 | (11,237.32) | (3,859.37) | | (15,096.69) |
| 0501 Total | | | 277,219.00 | 6,801.59 | 284,020.59 | | | | (277,219.00) | (6,801.59) | | (284,020.59) |
| 0502 | 1799639 | 10/26/07 | 170,291.50 | 290.06 | 170,581.56 | 8/23/07-9/30/07 | 1083016 | 12/28/07 | (170,291.50) | (290.06) | | (170,581.56) |
| 0502 | 1802494 | 11/21/07 | 107,677.50 | 2,513.73 | 110,191.23 | 10/1/07-10/31/07 | 1083712 | 01/03/08 | (107,677.50) | (2,513.73) | | (110,191.23) |
| 0502 | 1821054 | 12/11/07 | 144,905.50 | 5,467.90 | 150,373.40 | 10/31/07-11/30/07 | 1085551 | 01/17/08 | (144,905.50) | (5,467.90) | | (150,373.40) |
| 0502 | 1834050 | 01/31/08 | 113,452.50 | 1,966.68 | 115,419.18 | 12/02/07-12/31/07 | 1102798 | 05/20/08 | (113,452.50) | (1,966.68) | | (115,419.18) |
| 0502 | 1844589 | 02/28/08 | 42,788.50 | 1,044.09 | 43,832.59 | 01/02/08-01/31/08 | 1102798 | 05/20/08 | (42,788.50) | (1,044.09) | | (43,832.59) |
| 0502 | 1852594 | 03/31/08 | 46,994.00 | | 46,994.00 | 02/01/08-02/29/08 | 1101306 | 05/09/08 | (46,994.00) | | | (46,994.00) |
| 0502 | 1865429 | 04/29/08 | 67,376.50 | 278.86 | 67,655.36 | 03/03/08-03/28/08 | 1109199 | 07/01/08 | (67,376.50) | (278.86) | | (67,655.36) |
| 0502 | 1873939 | 05/22/08 | 14,034.50 | 336.30 | 14,370.80 | 03/31/08-04/24/08 | 1132834 | 12/05/08 | (7,026.25) | (336.30) | | (7,026.25) |
| 0502 | 1873939 | 05/22/08 | | | | 03/31/08-04/24/08 | 8118546 | 11/20/08 | (7,008.25) | | | (7,344.55) |
| 0502 | 1931813 | 10/29/08 | 3,322.50 | | 3,322.50 | 09/16/08-09/22/08 | 8118546 | 11/20/08 | (3,322.50) | | | (3,322.50) |
| 0502 | 1934969 | 11/13/08 | 9,775.00 | 27.60 | 9,802.60 | 10/13/08-10/22/08 | 1132716 | 12/05/08 | (9,775.00) | (27.60) | | (9,802.60) |
| 0502 Total | | | 720,618.00 | 11,925.22 | 732,543.22 | | | | (720,618.00) | (11,925.22) | | (732,543.22) |
| 0503 | 1799639 | 10/26/07 | 9,946.00 | | 9,946.00 | 8/30/07-9/21/07 | 1083016 | 12/28/07 | (9,946.00) | | | (9,946.00) |
| 0503 | 1844589 | 02/28/08 | 1,098.50 | 26.33 | 1,124.83 | 01/28/08-01/29/08 | 1102798 | 05/20/08 | (1,098.50) | (26.33) | | (1,124.83) |
| 0503 Total | | | 11,044.50 | 26.33 | 11,070.83 | | | | (11,044.50) | (26.33) | | (11,070.83) |
| 0504 | 1799639 | 10/26/07 | 31,103.00 | | 31,103.00 | 9/7/07-9/28/07 | 1083016 | 12/28/07 | (31,103.00) | | | (31,103.00) |
| 0504 | 1802494 | 11/21/07 | 30,758.50 | | 30,758.50 | 10/1/07-10/12/07 | 1083712 | 01/03/08 | (30,758.50) | | | (30,758.50) |
| 0504 | 1821054 | 12/11/07 | 11,592.00 | | 11,592.00 | 11/1/07-11/29/07 | 1085551 | 01/17/08 | (11,592.00) | | | (11,592.00) |
| 0504 | 1834050 | 01/31/08 | 16,712.00 | | 16,712.00 | 12/10/07-12/20/07 | 1102798 | 05/20/08 | (16,712.00) | | | (16,712.00) |
| 0504 | 1844589 | 02/28/08 | 7,117.00 | | 7,117.00 | 01/08/08-01/11/08 | 1102798 | 05/20/08 | (7,117.00) | | | (7,117.00) |
| 0504 | 1865429 | 04/29/08 | 4,413.00 | | 4,413.00 | 03/04/08-03/12/08 | 1109199 | 07/01/08 | (4,413.00) | | | (4,413.00) |
| 0504 | 1873939 | 05/22/08 | 34,386.50 | 294.95 | 34,681.45 | 04/11/08-04/30/08 | 8118546 | 12/05/08 | (17,171.21) | (294.95) | | (17,215.29) |
| 0504 | 1873939 | 05/22/08 | | | | 04/11/08-04/30/08 | 8118546 | 12/05/08 | (17,171.21) | | | (17,466.16) |
| 0504 | 1911958 | 09/17/08 | 1,485.50 | | 1,485.50 | 07/10/08-07/11/08 | 1128881 | 11/13/08 | (1,485.50) | | | (1,485.50) |
| 0504 | 1912068 | 09/17/08 | 5,996.00 | 119.11 | 6,115.11 | 06/02/08-06/09/08 | 1132685 | 11/12/08 | (5,996.00) | (119.11) | | (6,115.11) |
| 0504 | 1931814 | 10/29/08 | 51,778.00 | 149.56 | 51,927.56 | 09/02/08-09/29/08 | 8118546 | 11/20/08 | (51,778.00) | (149.56) | | (51,927.56) |
| 0504 | 1932298 | 10/30/08 | 21,999.50 | 358.57 | 22,358.07 | 05/01/08-05/31/08 | 1132685 | 11/12/08 | (21,999.50) | (358.57) | | (22,358.07) |
| 0504 | 1932404 | 10/30/08 | 21,481.50 | | 21,481.50 | 08/21/08-08/29/08 | 8118546 | 11/20/08 | (21,481.50) | | | (21,481.50) |
| 0504 | Unbilled WIP as of | 12/07/08 | 8,209.00 | | 8,209.00 | 11/25/08-11/28/08 | 8133326 | 12/05/08 | (8,209.00) | | | (8,209.00) |
| 0504 Total | | | 247,031.50 | 922.19 | 247,953.69 | | | | (247,031.50) | (922.19) | | (247,953.69) |

| Mtr # | Bill # | Bill Date | Fees | Costs | Total | Dates of Service | Ref# | Payment Rec'd | Fees | Cost | Retainer | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0505 | 1799639 | 10/26/07 | 88,751.50 | 950.46 | 89,701.96 | 8/24/07-9/28/07 | 1083016 | 12/28/07 | (88,751.50) | (950.46) | | (89,701.96) |
| 0505 | 1802494 | 11/21/07 | 64,725.50 | 540.70 | 65,266.20 | 10/1/07-10/31/07 | 1083712 | 01/03/08 | (64,725.50) | (540.70) | | (65,266.20) |
| 0505 | 1821054 | 12/11/07 | 52,465.50 | | 52,465.50 | 11/1/07-11/30/07 | 1085551 | 01/17/08 | (52,465.50) | | | (52,465.50) |
| 0505 | 1834050 | 01/31/08 | 24,049.00 | 15.18 | 24,064.18 | 12/03/07-12/31/07 | 1102798 | 05/20/08 | (24,049.00) | (15.18) | | (24,064.18) |
| 0505 | 1844589 | 02/28/08 | 29,714.00 | 0.75 | 29,714.75 | 01/07/08-01/25/08 | 1102798 | 05/20/08 | (29,714.00) | (0.75) | | (29,714.75) |
| 0505 | 1852594 | 03/31/08 | 57,946.50 | | 57,946.50 | 02/05/08-02/29/08 | 1101306 | 05/09/08 | (57,946.50) | | | (57,946.50) |
| 0505 | 1865429 | 04/29/08 | 41,051.50 | | 41,051.50 | 03/04/08-03/27/08 | 1109199 | 07/01/08 | (41,051.50) | | | (41,051.50) |
| 0505 | 1873939 | 05/22/08 | 17,377.50 | | 17,377.50 | 04/02/08-04/30/08 | 1132834 | 12/05/08 | (8,699.89) | | | (8,699.89) |
| 0505 | | | | | | 04/02/08-04/30/08 | 8118546 | 11/20/08 | (8,677.61) | | | (8,677.61) |
| 0505 | 1911958 | 09/17/08 | 170,125.50 | 1,789.25 | 171,914.75 | 07/01/08-07/31/08 | 1128881 | 11/13/08 | (170,125.50) | (1,789.25) | | (171,914.75) |
| 0505 | 1912068 | 09/17/08 | 42,977.50 | 46.90 | 43,024.40 | 06/03/08-06/30/08 | 1132685 | 11/12/08 | (42,977.50) | (46.90) | | (43,024.40) |
| 0505 | 1931815 | 10/29/08 | 170,131.50 | 731.20 | 170,862.70 | 09/02/08-09/30/08 | 8119661 | 12/04/08 | (170,131.50) | (731.20) | | (170,862.70) |
| 0505 | 1932299 | 10/30/08 | 2,875.50 | | 2,875.50 | 05/02/08-05/22/08 | 8119661 | 12/04/08 | (2,875.50) | | | (2,875.50) |
| 0505 | 1932405 | 10/30/08 | 81,310.50 | 65.55 | 81,376.05 | 08/01/08-08/29/08 | 1132716 | 12/05/08 | (81,310.50) | (65.55) | | (81,376.05) |
| 0505 | 1934970 | 11/13/08 | 269,442.00 | 1,290.40 | 270,732.40 | 10/01/08-10/31/08 | 1132716 | 12/05/08 | (269,442.00) | (1,290.40) | | (270,732.40) |
| 0505 | Unbilled WIP as of | 12/07/08 | 189,474.00 | 470.83 | 189,944.83 | 11/2/08-11/30/08 | 8133327 | 12/05/08 | (189,474.00) | (470.83) | | (189,944.83) |
| 0505 Total | | | 1,302,417.50 | 5,901.22 | 1,308,318.72 | | | | (1,302,417.50) | (5,901.22) | | (1,308,318.72) |
| 0506 | 1844589 | 02/28/08 | 32,295.00 | | 32,295.00 | 01/21/08-01/31/08 | 1102798 | 05/20/08 | (32,295.00) | | | (32,295.00) |
| 0506 | 1852594 | 03/31/08 | 94,599.50 | 2,502.92 | 97,102.42 | 02/01/08-02/25/08 | 1101306 | 05/09/08 | (94,599.50) | (2,502.92) | | (97,102.42) |
| 0506 | 1865429 | 04/29/08 | 31,635.50 | | 31,635.50 | 03/03/08-03/27/08 | 1109199 | 07/01/08 | (31,635.50) | | | (31,635.50) |
| 0506 | 1873939 | 05/22/08 | 37,596.50 | 24.67 | 37,621.17 | 04/02/08-04/27/08 | 1132834 | 12/05/08 | (18,822.35) | | | (18,822.35) |
| 0506 | | | | | | 04/02/08-04/27/08 | 8118546 | 11/20/08 | (18,774.15) | (24.67) | | (18,798.82) |
| 0506 | 1911958 | 09/17/08 | 12,096.50 | | 12,096.50 | 07/01/08-07/31/08 | 1128881 | 11/13/08 | (12,096.50) | | | (12,096.50) |
| 0506 | 1912068 | 09/17/08 | 20,546.00 | 1,508.19 | 22,054.19 | 06/06/08-06/30/08 | 1132685 | 11/12/08 | (20,546.00) | (1,508.19) | | (22,054.19) |
| 0506 | 1931816 | 10/29/08 | 85,583.50 | 171.96 | 85,755.46 | 09/02/08-09/30/08 | 8118546 | 11/20/08 | (85,583.50) | (171.96) | | (85,755.46) |
| 0506 | 1932300 | 10/30/08 | 13,337.00 | | 13,337.00 | 05/01/08-05/16/08 | 1132685 | 11/12/08 | (13,337.00) | | | (13,337.00) |
| 0506 | 1932406 | 10/30/08 | 58,061.50 | 52.30 | 58,113.80 | 08/01/08-08/29/08 | 8118546 | 11/20/08 | (58,061.50) | (52.30) | | (58,113.80) |
| 0506 | 1934971 | 11/13/08 | 158,418.00 | 68.36 | 158,486.36 | 10/01/08-10/30/08 | 1132716 | 12/05/08 | (158,418.00) | (68.36) | | (158,486.36) |
| 0506 | Unbilled WIP as of | 12/07/08 | 38,182.50 | 381.98 | 38,564.48 | 11/11/08-11/27/08 | 8133328 | 12/05/08 | (38,182.50) | (381.98) | | (38,564.48) |
| 0506 Total | | | 582,351.50 | 4,710.38 | 587,061.88 | | | | (582,351.50) | (4,710.38) | | (587,061.88) |
| 0507 | 1865429 | 04/29/08 | 78,798.00 | | 78,798.00 | 03/03/08-03/31/08 | 1109199 | 07/01/08 | (78,798.00) | | | (78,798.00) |
| 0507 | 1873939 | 05/22/08 | 339,842.00 | 872.12 | 340,714.12 | 04/01/08-04/29/08 | 1132678 | 08/29/08 | (339,842.00) | (872.12) | | (340,714.12) |
| 0507 | 1911958 | 09/17/08 | 281,371.17 | 1,850.20 | 283,221.37 | 06/16/08-07/31/08 | 1132678 | 08/29/08 | (281,371.17) | (1,850.20) | | (283,221.37) |
| 0507 | 1912068 | 09/17/08 | 95,459.00 | 2,168.63 | 97,627.63 | 05/03/08-06/30/08 | 8121220 | 11/19/08 | (95,459.00) | (2,168.63) | | (97,627.63) |
| 0507 | 1931817 | 10/29/08 | 155,946.00 | 1,954.64 | 157,900.64 | 09/02/08-09/30/08 | 1129799 | 11/19/08 | (155,946.00) | (1,954.64) | | (157,900.64) |
| 0507 | 507UAC | | 1,208,779.25 | | 1,208,779.25 | 03/02/08-10/29/08 | 8124560 | 11/19/08 | (1,208,779.25) | | | (1,208,779.25) |
| 0507 | 1932301 | 10/30/08 | 646,145.50 | 15,469.32 | 661,614.82 | 05/01/08-05/30/08 | 1129799 | 11/19/08 | (646,145.50) | (15,469.32) | | (661,614.82) |
| 0507 | 1932407 | 10/30/08 | 123,951.50 | 2,420.31 | 126,371.81 | 08/01/08-08/29/08 | 1129799 | 11/19/08 | (123,951.50) | (2,420.31) | | (126,371.81) |
| 0507 | Unbilled WIP as of | 11/24/08 | 30,298.00 | 2,087.46 | 32,385.46 | 10/1/08-11/24/08 | 8123640 | 11/19/08 | (30,298.00) | (2,087.46) | | (32,385.46) |
| 0507 | Unbilled WIP as of | 12/07/08 | 236.00 | | 236.00 | 12/02/08-12/02/08 | | | (236.00) | | | (236.00) |
| 0507 Total | | | 2,960,826.42 | 26,822.68 | 2,987,649.10 | | | | (2,960,826.42) | (26,822.68) | | (2,987,649.10) |
| 0508 | 1911958 | 09/17/08 | 44,421.50 | 172.75 | 44,594.25 | 06/16/08-07/24/08 | 1128881 | 11/13/08 | (44,421.50) | (172.75) | | (44,594.25) |
| 0508 | 1931818 | 10/29/08 | 1,112.00 | | 1,112.00 | 09/08/08-09/08/08 | 8118518 | 11/18/08 | (1,112.00) | | | (1,112.00) |
| 0508 | 1932302 | 10/30/08 | 6,394.50 | | 6,394.50 | 05/14/08-05/29/08 | 1132685 | 11/12/08 | (6,394.50) | | | (6,394.50) |
| 0508 Total | | | 51,928.00 | 172.75 | 52,100.75 | | | | (51,928.00) | (172.75) | | (52,100.75) |
| 0509 | 1911958 | 09/17/08 | 137,566.00 | 2.40 | 137,568.40 | 04/22/08-07/31/08 | 1132678 | 08/29/08 | (137,566.00) | (2.40) | | (137,568.40) |
| 0509 | Unbilled WIP as of | 12/07/08 | 1,953.50 | | 1,953.50 | 12/04/08-12/05/08 | | | (1,953.50) | | | (1,953.50) |
| 0509 Total | | | 139,519.50 | 2.40 | 139,521.90 | | | | (139,519.50) | (2.40) | | (139,521.90) |
| 0510 | 1911958 | 09/17/08 | 46,566.33 | | 46,566.33 | 07/01/08-07/31/08 | 1128881 | 11/13/08 | (46,566.33) | | | (46,566.33) |
| 0510 | 1912068 | 09/17/08 | 22,483.00 | | 22,483.00 | 06/01/08-06/30/08 | 1132685 | 11/12/08 | (22,483.00) | | | (22,483.00) |
| 0510 | 1931819 | 10/29/08 | 729.00 | | 729.00 | 09/23/08-09/23/08 | 8118518 | 11/18/08 | (729.00) | | | (729.00) |
| 0510 | 1932303 | 10/30/08 | 50,289.00 | 95.30 | 50,384.30 | 05/08/08-05/31/08 | 1132685 | 11/12/08 | (50,289.00) | (95.30) | | (50,384.30) |
| 0510 | 1932408 | 10/30/08 | 8,478.00 | 418.92 | 8,896.92 | 08/01/08-08/15/08 | 8118518 | 11/18/08 | (8,478.00) | (418.92) | | (8,896.92) |
| 0510 Total | | | 128,545.33 | 514.22 | 129,059.55 | | | | (128,545.33) | (514.22) | | (129,059.55) |
| 0511 | 1911958 | 09/17/08 | 3,060.00 | | 3,060.00 | 07/24/08-07/30/08 | 1128881 | 11/13/08 | (3,060.00) | | | (3,060.00) |
| 0511 | 1931820 | 10/29/08 | 1,868.50 | | 1,868.50 | 09/08/08-09/09/08 | 8118518 | 11/18/08 | (1,868.50) | | | (1,868.50) |
| 0511 | 1932304 | 10/30/08 | 2,171.00 | | 2,171.00 | 05/14/08-05/19/08 | 1132685 | 11/12/08 | (2,171.00) | | | (2,171.00) |
| 0511 | 1932409 | 10/30/08 | 5,043.00 | | 5,043.00 | 08/04/08-08/18/08 | 8118518 | 11/18/08 | (5,043.00) | | | (5,043.00) |

| Mtr # | Bill # | Bill Date | Fees | Costs | Total | Dates of Service | Ref# | Payment Rec'd | Fees | Cost | Retainer | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0511 Total | | | 12,142.50 | 0.00 | 12,142.50 | | | | (12,142.50) | 0.00 | | (12,142.50) |
| 0512 | 1911958 | 09/17/08 | 2,513.00 | | 2,513.00 | 07/10/08-07/14/08 | 1128881 | 11/13/08 | (2,513.00) | | | (2,513.00) |
| 0512 | 1912068 | 09/17/08 | 23,472.00 | | 23,472.00 | 06/19/08-06/30/08 | 1132685 | 11/12/08 | (23,472.00) | | | (23,472.00) |
| 0512 | 1932305 | 10/30/08 | 20,893.50 | | 20,893.50 | 05/20/08-05/27/08 | 1132685 | 11/12/08 | (20,893.50) | | | (20,893.50) |
| 0512 | 1932410 | 10/30/08 | 8,136.00 | 0.15 | 8,136.15 | 08/11/08-08/12/08 | 8118546 | 11/20/08 | (8,136.00) | (0.15) | | (8,136.15) |
| 0512 Total | | | 55,014.50 | 0.15 | 55,014.65 | | | | (55,014.50) | (0.15) | | (55,014.65) |
| 0513 | 1911958 | 09/17/08 | 3,795.50 | | 3,795.50 | 07/01/08-07/11/08 | 1128881 | 08/29/08 | (3,795.50) | | | (3,795.50) |
| 0513 | 1912068 | 09/17/08 | 17,109.00 | | 17,109.00 | 06/04/08-06/30/08 | 1132685 | 11/12/08 | (17,109.00) | | | (17,109.00) |
| 0513 Total | | | 20,904.50 | 0.00 | 20,904.50 | | | | (20,904.50) | 0.00 | | (20,904.50) |
| 0514 | 1911958 | 09/17/08 | 12,538.00 | | 12,538.00 | 07/08/08-07/14/08 | 1128881 | 08/29/08 | (12,538.00) | | | (12,538.00) |
| 0514 Total | | | 12,538.00 | 0.00 | 12,538.00 | | | | (12,538.00) | 0.00 | | (12,538.00) |
| 0515 | Unbilled WIP as of | 12/07/08 | 26,411.00 | 28.64 | 26,439.64 | 12/01/08-12/05/08 | | 12/05/08 | (26,411.00) | | | (26,439.64) |
| 0515 Total | | | 26,411.00 | 28.64 | 26,439.64 | | | | (26,411.00) | | | (26,439.64) |
| Grand Total | | | 6,996,411.50 | 63065.56 | 7,059,477.06 | | | | (6,996,411.50) | (63,036.92) | 67,777.26 | (7,059,477.06) |

Note re matters 0507 and 0509:
Upon completion of certain work that was completed on 10/29/08, McDermott was entitled to a flat fee of $3,125,000, of which $875,000 had been previously paid.
Invoice 507UAC in the amount of $2,250,000 (i.e. the excess of $3,125,000 over $875,000) was issued to the client on 10/29/08 and paid on 11/19/08.
The amount of $1,208,779.25 reflected above for Invoice 507UAC represents the excess of $3,125,000 over all hourly charges and costs.

Note re bills for May, June and July 2008 time:
Bills for May, June and July 2008 time were originally mailed to Tribune on June 3, August 5 and August 27, respectively.
Tribune thereafter requested that certain changes be made in the formatting of the bills and that these and future bills be issued electronically.
Arrangements were made with a third party vendor who provides electronic web based billing services, and all three bills were issued electronically on 9/17/08.