IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al. | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF BRIAN M. DOUGHERTY

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Brian M. Dougherty, attorney of Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd. located at 835 McClintock Drive, Second Floor, Burr Ridge, IL 60527, to represent Northlake Property, LLC, Midwest Warehouse & Distribution System, Inc. and Bedford Motor Service, Inc.

TYBOUT REDFEARN & PELL

3/10/09

SHERRY RUGGIERO FALLON (ID#2464)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
(302) 658-6901
*Attorneys for Northlake Property, LLC,*
*Midwest Warehouse & Distribution System, Inc.*
*and Bedford Motor Services, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Brian M. Dougherty (Illinois Bar ID# 6269661)
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527
(630)655-6000
Email: bmd@gsrnh.com

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Brian M. Dougherty, is GRANTED.

_____
United States Bankruptcy Judge