## CERTIFICATE OF SERVICE

I, SHERRY RUGGIERO FALLON, hereby certify, that I am not less than 18 years of age and that true and correct copies of the attached document were served on this 10th day of March, 2009, upon all parties, by ECF/CM electronic notification. In addition, the following parties will be served in the manner indicated below:

| **Hand Delivery** | **First Class U.S. Mail** |
|---|---|
| J. Kate Stickles | Bryan Krakauer |
| Norman L. Pernick | James F. Conlan |
| Patrick J. Reilley | Sidley, Auistion, Brown & Wood LLP |
| Cole, Schotz, Meisel, Forman & Leonard | One S. Dearborn Street |
| 1000 N. West Street, Suite 1200 | Chicago, IL 60603 |
| Wilmington, DE 19801 | Attorneys for Debtors |
| Attorneys for Debtors | |
| | Michael A. Henry |
| United States Trustee | Gross, McGinley, Labarre & Eaton LLP |
| 844 King Street, Room 2207 | 33 S. 7th Street |
| Lockbox #35 | P.O. Box 4060 |
| Wilmington, DE 19899-0035 | Allentown, PA 18105-4060 |
| | Attorneys for Debtors |
| Adam G. Landis | |
| Landis Rath & Cobb LLP | Patrick Theodore Garvey |
| 919 Market Street, Suite 1800 | Johnson & Bell, Ltd |
| Wilmington, DE 19801 | 33 W. Monroe, Suite 2700 |
| Attorneys for Official Committee of Unsecured Creditors | Chicago, IL 60603 |
| | Attorneys for Debtors |

Under penalty of perjury, I declare that the foregoing is true and correct.

TYBOUT REDFEARN & PELL

_____
SHERRY RUGGIERO FALLON (DE Bar ID # 2464)
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899-2092
Phone: (302) 658-6901
Fax: (302) 658-4018
E-mail: sfallon@trplaw.com
Attorneys for Northlake Property, LLC, Midwest Warehouse & Distribution System, Inc., and Bedford Motor Service, Inc.