IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TRIBUNE COMPANY, et al. | § | CASE NO. 08-13141-KJC |
| | § | CHAPTER 11 |
| | § | |
| | § | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Paul J. Catanese, Esquire, of McGuireWoods LLP hereby enters his appearance as counsel for The Nielsen Company (US) LLC ("Nielsen"), pursuant to section 342(a) of title 11 of the United States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq., and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in the above captioned case and requests that all notices given or required to be given, and all papers served or required to be served, in these cases, be given to and served on:

    Paul J. Catanese (Illinois Bar No. #06292530)
    McGuireWoods LLP
    77 W. Wacker Drive, Suite 4100
    Chicago, IL 60601
    (312) 849-8100

**MCGUIREWOODS LLP**

/s/ Paul J. Catanese
Paul J. Catanese (#06292530)
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601
(312) 849-8100

Dated: March 10, 2009    *Attorneys for The Nielsen Company (US) LLC*

7953141_1.DOC