# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Joint Administration Requested |

## SUPPLEMENTAL DISINTERESTEDNESS DECLARATION OF BLAKE D. RUBIN IN SUPPORT OF DEBTORS' APPLICATION FOR AN ORDER UNDER 11 U.S.C. §§ 327(a) AND 1107(a) AND (b) AUTHORIZING THE EMPLOYMENT AND RETENTION OF McDERMOTT WILL & EMERY LLP AS SPECIAL COUNSEL FOR GENERAL DOMESTIC LEGAL MATTERS TO THE DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE

BLAKE D. RUBIN declares and states as follows:

1. I am a partner in the law firm of McDermott Will & Emery LLP ("McDermott"), resident in its Washington D.C. office located at 600 13th Street, N.W.,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Washington, D.C. 20005. I have been practicing law for more than 28 years and I am admitted in the District of Columbia. McDermott is proposed Special Counsel for General Domestic Legal Matters to the Tribune Company and certain of its subsidiaries and affiliates, each a debtor and debtor in possession in the above-captioned chapter 11 cases (collectively, the "Debtors").

2. I submit this second supplemental declaration (the "Second Supplemental Declaration") in support of Debtors' Application for an Order Under 11 U.S.C. §§ 327(a) and 1107(a) and (b) Authorizing the Employment and Retention of McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters to the Debtors, *Nunc Pro Tunc* to the Petition Date, dated December 26, 2008.

3. As set forth in detail in the Declaration of Blake D. Rubin in Support of Debtors' Application for an Order Under 11 U.S.C. §§ 327(e) and 1107(a) and (b) Authorizing the Employment and Retention of McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters to the Debtors, *Nunc Pro Tunc* to the Petition Date, dated December 19, 2008 and the Supplemental Declaration of Blake D. Rubin in Support of Debtors' Application for an Order Under 11 U.S.C. §§ 327(a) and 1107(a) and (b) Authorizing the Employment and Retention of McDermott Will & Emery LLP as Special Counsel for General Domestic Legal Matters to the Debtors, *Nunc Pro Tunc* to the Petition Date, dated March 6, 2009, I or someone acting at my direction has reviewed all of McDermott's connections to parties in interest in these cases and determined that, in accordance with the requirements of section 327(a) of the Bankruptcy Code and rule 2014 of the Federal Rules of Bankruptcy Procedure, McDermott (a) does not hold or represent any interest adverse to the Debtors' estates; and (b) is "distinterested," as that term is defined in section 101(14) of the Bankruptcy Code, in that McDermott:

WDC99 1695103-1.020336.0515

(A) is not a creditor, an equity security holder, or an insider of the Debtors;

(B) is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtors; and

(C) does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4. This Second Supplemental Declaration is made without prejudice to McDermott's rights to supplement further its disclosures in the Debtors' chapter 11 cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Washington, D.C.

March 10, 2009

_____
Blake D. Rubin