**BRYAN CAVE LLP**
Michelle McMahon, Esq.
1290 Avenue of the Americas
New York, New York  10104
(212) 541-2000

*Counsel for CWA/ITV Negotiated Pension Plan*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** | Chapter 11 |
| **TRIBUNE COMPANY,** *et al*. | Case No. 08-13141 (KJC) |
|  | Jointly Administered |
| **Debtors.** |  |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that CWA/ITV Negotiated Pension Plan (the "Plan") hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 1109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address:

**Bryan Cave LLP**
Michelle McMahon, Esq.
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212-541-2000
Facsimile: 212-541-4630
Michelle.mcmahon@bryancave.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by

mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by the Plan: (1) to the personal jurisdiction of the bankruptcy court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which the Plan is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CWA/ITV expressly reserves.

Dated:  New York, New York
       March 12, 2009

**BRYAN CAVE LLP**

By /s/ Michelle McMahon
Michelle McMahon (3900)
1290 Avenue of the Americas
New York, New York  10104
(212) 541-2000

*Counsel for CWA/ITV Negotiated Pension Plan*