IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, et al., : | Case No. 08-13141 (KJC) |
| : | (Jointly Administered) |
| Debtors. : | |
| : | **Re: Docket No. 513** |

## NOTICE OF WITHDRAWAL

This notice is to request the withdrawal of the *Notice of Appearance and Request for Notices* (Docket No. 513). The *Notice of Appearance and Request for Notices* was uploaded in error and is not the correct PDF.

**PLEASE TAKE NOTICE** that the correct PDF of the Notice of Appearance and Request for Notices will be re-filed accordingly.

Dated: March 12, 2009
Wilmington, Delaware

**ELLIOTT GREENLEAF**

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
William M. Kelleher (DE Bar No. 3961)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: wmk@elliottgreenleaf.com

*Delaware Counsel for Jon Van Senus, by and through his guardian ad litem, Neala Olsen*