IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TRIBUNE COMPANY, et al., | : CHAPTER 11 |
| Debtors. | : CASE NO. 08-13141 (KJC) |
| | : (Jointly Administered) |

ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
FOR JON VAN SENUS, BY AND THROUGH HIS
GUARDIAN AD LITEM, NEALA OLSEN

**PLEASE TAKE NOTICE THAT** Jon Van Senus, by and through his guardian ad litem, Neala Olsen, hereby appears in the above-captioned case by local counsel, Elliott Greenleaf, and lead counsel, Callahan & Blaine, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax: (741) 241-2445
ES@callahan-law.com

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated: March 12, 2009

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE 4166)
William M. Kelleher (DE 3961)
Neil R. Lapinski (DE 3645)
1105 North Market Street, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: wmk@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

*Delaware Counsel for Jon Van Senus, by and through his guardian ad litem, Neala Olsen*