**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al.</u>,**[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

**SUPPLEMENTAL AFFIDAVIT OF MAILING**

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

JULIA BEALLER, being duly sworn, deposes and says:

1.      I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2.      On March 9, 2009, I caused to be served true and correct copies of the "Notice of Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 6, 2009, to which is attached the "Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 6, 2009 [Docket No. 484], enclosed securely in separate postage pre-paid envelopes to be delivered by overnight mail to those parties listed on the annexed <u>Exhibit A</u>.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      /s/ Julia Bealler
                                                      Julia Bealler

Sworn to before me this
12th day of March, 2009

/s/Time Darden
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires January 5, 2013

Exhibit A

| Claim Name | Address Information |
|---|---|
| 20 CHURCH STREET, LLC | P.O. BOX 156   HARTFORD CT 06103 |
| 220 NEWS BUILDING LLC | 220 E. 42ND ST.   NEW YORK NY 10017 |
| 233 BROADCAST LLC | 233 S. WACKER DR. SUITE 3530   CHICAGO IL 60606 |
| ALPINE TOWER COMPANY | P.O. BOX 516   ALPINE NJ 07620-0516 |
| AMERICAN TOWER, L.P. | ATTN: LEASE ADMINISTRATION 116 HUNTINGTON AVENUE, 11TH FLOOR   BOSTON MA 02116 |
| ASHLEY CAPITAL, LLC | 9810 S. DORCHESTER AVE.   CHICAGO IL 60628 |
| CMP MERGER CO. | 83 EDISON DR.   AUGUSTA ME 04336 |
| COP-HANGING MOSS, LLC | C/O NAI REALVEST 2200 LUCIEN WAY, SUITE 350   MAITLAND FL 32751-7019 |
| CRENSHAW 3840 PARTNERS, LLC | FOR: 7001A ARKA VALENCIA FILE NO. 1230   PASADENA CA 91199-1230 |
| CRYSTAL LAKE L.P. | C/O MADISON CORPORATE GROUP, INC. 650 ROOSEVELT RD., SUITE 204   GLEN ELLYNŸ IL 60137-5840 |
| CUSTOM LEASING LLC | C/O MARK BRANHAM 102 S. PRAIRIE ST.   BLOOMINGTON IL 61701 |
| EDWARD F. RUIZ | 2151 EAST FRANCIS STREET   ONTARIO CA 91761 |
| ENTERCOM PORTLAND LLC | 0700 SW BANCROFT ST.   PORTLAND OR 97239-4226 |
| FIRST UNION INVESTMENT COMPANY | 28348 ROADSIDE DR., SUITE 204   AGOURA HILLS CA 91301 |
| FLORIDA CITRUS SPORTS EVENTS, INC. | ONE CITRUS BOWL PLACE   ORLANDO FL 82805 |
| FRED A. SMITH COMPANY | 730 24TH ST. NW   WASHINGTON DC 20037 |
| FRED B. BISGER, TRUSTEE | 4912 W. BROAD ST.   RICHMOND VA 23230 |
| GABCO VH2, LLC | C/O BERKSON & SONS LTD. 333 SKOKIE BLVD., SUITE 111   NORTHBROOK IL 60062 |
| GBC, LLC | 9901 EXPRESS DR. SUITE B   HIGHLAND IN 46322 |
| GRANCO ENTERPRISES | & WILLIAM C, JANET PRATT III C/O GREENWOOD AND MCKENZIE 440 W. FIRST ST., SUITE 201   TUSTIN CA 92780 |
| INTERSTATE PROPERTIES ASSOCIATES | 1880 CENTURY PARK EAST SUITE 810   LOS ANGELES CA 90067 |
| J. AHZARABI INVESTORS LLC | C/O SOUTHPARK MANAGEMENT CO. 4 UPPER NEWPORT PLAZA, SUITE 100   NEWPORT BEACH CA 92660 |
| JFK INVESTMENT COMPANY, LLC | 43252 WOODWARD AVE. SUITE 210   BLOOMFIELD HILLS MI 48302 |
| L/B VIA COLINAS LLC | C/O GEORGE LINDER P.O. BOX 49621   LOS ANGELES CA 90049 |
| LIT FINANCE L.P. | P.O. BOX 301114   LOS ANGELES CA 90030-1114 |
| MAKAH INDIAN TRIBE | P.O. BOX 115   NEAH BAY WA 98357 |
| MARAKOVITS FAMILY, LLC | 4638 STEVEN LN   WALNUTPORT PA 18088 |
| MGM MANAGEMENT, INC. | 58 N. CHICAGO STREET   JOLIET IL 60432 |
| NAI HIFFMAN ASSET MANAGEMENT LLC | 30 W. MONROE ST.   CHICAGO IL 60603 |
| NATIONAL RAILROAD PASSENGER CORP | 23615 NETWORK PLACE - GROUP 5 REAL ESTATE DEPT., CUST REF NO R2270   CHICAGO IL 60673-1236 |
| NEW ORLEANS HEARST/ARGYLE | 300 WEST 57TH ST.   NEW YORK NY 10019-3789 |
| NORTHLAKE PROPERTY, LLC | 2600 INTERNATIONALE PARKWAY   WOODRIDGE IL 60517 |
| NORTHWESTERN MUTUAL LIFE INSR. CO | C/O ORLANDO CENTRAL PARK/IRE 320939 4200 NORTHSIDE PARKWAY NW BUILDING I STE 300   ATLANTA GA 30327 |
| OLYMPIC RESOURCES MANAGEMENT | 19245 TENTH AVE. NE   POULSBO WA 98370 |
| PAUL E. AND ROSALYN K. KOYAK | 1605 FOURTH ST.   PERU IL 61354 |
| SARKES TARZIAN | 205 N. COLLEGE AVE.   BLOOMINGTON IN 47404 |
| SCHNOLL AND COMPANY, INC. | 444 LAKE COOK RD. SUITE 12   DEERFIELD IL 60015 |
| SIXTY WEST L.P. | C/O THE LOUGHLIN MANAGEMENT GROUP 60 WEST ST., SUITE 204   ANNAPOLIS MD 21401 |
| SPECTRASITE | ATTN: LEASE ADMINISTRATION 116 HUNTINGTON AVENUE, 11TH FLOOR   BOSTON MA 02116 |
| T.L. SWINT INDUSTRIES, INC. | C/O TOM SWINT P.O. BOX 277   PALATINE IL 60078 |
| THE PRUDENTIAL INSURANCE CO OF AMERICA | C/O PDC PROPERTIES, INC. 1588 B SOUTH LAKESIDE DR.   WAUKEGAN IL 60085 |
| U.S. FOREST SERVICE | 1400 INDEPENDENCE AVE. SW   WASHINGTON DC 20250-0003 |
| USA TODAY INTERNATIONAL CORP | 7950 JONES BRANCH DR.   MCLEAN VA 22108-0605 |
| W2007 GOLUB JHC REALTY LLC | 875 N. MICHIGAN AVE.   CHICAGO IL 60611 |
| WETA | 2775 S. QUINCY ST.   ARLINGTON VA 22206 |

| **Claim Name** | **Address Information** |
|---|---|

**Total Creditor Count 45**