## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors, | ) | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

CRP HOLDINGS C, L.P., a Delaware limited liability company, landlord relative to 8200 Lehigh Avenue, Morton Grove, Illinois ("Landlord"), creditor and party-in-interest in the above captioned cases, hereby appears by her counsel, Mulherin Rehfeldt & Varchetto, P.C., and such counsel enters an appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code that all notices and pleadings given or filed in the above-captioned case be given and served upon the party identified below at the following address and further requests that the party be added to the Master Service List and included in the CM/ECF electronic filing system:

CRP Holdings C, L.P., a Delaware limited liability company
c/o Mulherin Rehfeldt & Varchetto, PC
William J. Ulrich, Jr.
William R. Brodzinski
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187
Telephone: (630)653-9300
Fax: (630)653-9316
E-mail: wbrodzinski@mrvlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by electronic mail, mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This *Notice of appearance and Request for Notices and Papers* shall not be deemed or construed to be a waiver of (a) Landlord's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Landlord is or may be entitled, in law of in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Landlord expressly reserves.

Dated: March 12, 2009

By: s// William R. Brodzinski
One of the Attorneys CRP Holdings C., L.P.
William R. Brodzinski, IL Bar No. 06269461
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187
Telephone: 630/653-9300
Fax: 630-653-9316
E-mail: wbrodzinski@mrvlaw.com