Belkin Burden Wenig & Goldman, LLP
Attorneys for Enterprise Garage Corp.
Joshua G. Losardo, Esq. (JGL 2976)
270 Madison Avenue
New York, New York 10016
(212) 867-4466
(212) 867-0709

FILED

2009 MAR 13 AM 11:55

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, ET AL.,

Debtor.

Chapter 11

Case No. 08-13141-KJC

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that Enterprise Garage Corp. hereby enters its appearance by its counsel, Belkin Burden Wenig & Goldman, LLP, in accordance with 11 U.S.C. §1109(b) and Federal Rule of Bankruptcy Procedure 9010 and, pursuant *inter alia*, to 11 U.S.C. §§102(1) and 342 and Federal Rule of Bankruptcy Procedure 2002 and 9007, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Belkin Burden Wenig & Goldman, LLP at the following address:

Joshua G. Losardo, Esq.
BELKIN BURDEN WENIG & GOLDMAN, LLP
Attorneys for Enterprise Garage Corp.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 867-4466
Fax: (212) 867-0709
Email: jlosardo@bbwg.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any

application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise, which affect or seek to effect in any way any rights or interest of Enterprise Garage Corp..

                                          Yours, etc.

Dated:   New York, New York
             March 12, 2009            Joshua G. Losardo, Esq.
                                          BELKIN BURDEN WENIG & GOLDMAN, LLP
                                          Attorneys for Enterprise Garage Corp.
                                          270 Madison Avenue
                                          New York, New York 10016
                                          (212) 867-4466

To:

| AOL LLC<br>c/o Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Anton/Bauer<br>14 Progress Drive<br>Shelton, CT 06484 |
|---|---|---|
| Broward County Revenue Collection Division<br>Edward A. Dion, Esq.<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 | Comcast Cable Communications, LLC<br>c/o Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Comcast Spotlight<br>Comcast<br>c/o Furman Gregory LLC,<br>75 Federal Stree<br>Ninth Floor<br>Boston, Ma 02110 |
| Constellation NewEnergy, Inc.<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010 | Cop-Hanging Moss, LLC<br>c/o Todd M. Hoepker, P.A.<br>P O Box 3311<br>Orlando, FL 32802-3311 | Corestaff Services, L.P.<br>1775 St. James Place,<br>Suite 300<br>Houston, TX 77036-8243 |
| Mayra Cruz, Esq.<br>1855 Coble Drive | Dallas County<br>Linebarger Goggan Blair & | Iron Mountain Information Management, Inc. |

| | | |
|---|---|---|
| Deltona, FL 32738 | Sampson, LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 | c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 |
| Frank R. Kauders<br>925 Old Metairie Drive<br>Metairie, LA 70001-6306 | Law Offices of Gerald S. Sack, LLC<br>836 Farmington Avenue<br>Suite 109<br>West Hartford, CT 06119 | Microsoft Corporation<br>c/o Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 - 4th Avenue<br>Suite 4500<br>Seattle, WA 98154 |
| Florida Power & Light Co.<br>C/O J.E. Leo<br>9250 W. Flagler Street<br>Miami, FL 33174 | Florida Self-Insurers Guaranty Association, Inc.<br>c/o James E. Sorenson, Esquire<br>Post Office Box 4128<br>Tallahassee, FL 32315-4128 | Allen Francisco<br>120 West Madison<br>Suite 520<br>Chicago, IL 60602 |
| Harris Corporation<br>c/o Anthony Deglomine, III<br>1025 W. NASA Blvd.<br>Mail Stio A-11A<br>Melbourne, FL 32919 | Howard County, Maryland<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | IBM CORPORATION<br>c/o Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 |
| Inernational Association of Machinists Local 126 ("IAM Local 126")<br>120 E. Ogden Avenue<br>Suite 18-A<br>Hinsdale, IL 60521 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 | Navistar Leasing Company<br>425 N. Martingale Road<br>18th Floor<br>Schaumburg, IL 60173 |
| Oracle USA, Inc.<br>c/o Buchalter Nemer<br>Shawn M. Christianson<br>333 Market St., 25th Floor<br>San Francisco, Ca 94105 | PA Department of Revenue<br>Bureau of Compliance<br>Department 280946<br>Harrisburg, PA 17128-0946 | Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Personal Plus, Inc.<br>c/o Kelly Singer<br>Squire, Sanders & Dempsey LLP<br>40 N. Central Ave., #2700<br>Phoenix, AZ 85004 | Travelers<br>ATTN: Mike Lynch-Account Resolution<br>One Tower Square<br>MN<br>Hartford, CT 06183 | Tribune Company, et al.<br>435 N. Michigan Avenue<br>Chicago, IL 60611 |
| R.R. Donnelly & Sons Company | RF Central LLC<br>99 Garden Parkway | Frederick Brian Rosner, Esq. |

| | | |
|---|---|---|
| 800 Red Brook Boulevard<br>Owings Mills, MD 21117 | Carlisle, PA 17013 | Messana Rosner & Stern, LLP<br>1000 N. West Street<br>Wilmington, DE 19801 |
| Donald L. Gouge, Jr., Esq.<br>Donald L. Gouge, Jr., LLC<br>800 King Street<br>Suite 303<br>P.O. Box 1674<br>Wilmington, DE 19899 | Susan E. Kaufman, Esq.<br>Cooch and Taylor, P.A.<br>1000 West Street<br>10th Floor<br>Wilmington, DE 19801 | Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110 |
| Mark D. Collins, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Joseph D. Frank, Esq.<br>Frank / Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | James E. Sorenson, Esq.<br>Williams, Gautier, Gwynn DeLoach & Soren<br>PO Box 4128<br>Tallahassee, FL 32315-4128 |
| Neil Raymond Lapinski, Esq.<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19899 | Fred B. Ringel<br>Robinson Brog Leinward et al.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105 | Jeffrey N. Rich, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| John P. Dillman, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Ramona Neal, Esq.<br>11311 Chinden Boulevard<br>Mailstop 314<br>Boise, ID 83714-0021 | Angie M. Cowan, Esq.<br>Allison, Slutsky & Kennedy, P.C.<br>230 West Monroe Street, Suite 2600<br>Chicago, IL 60606 |
| Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 | Scott Golden, Esq.<br>Hogan & Hartson LLP<br>875 Third Avenur<br>New York, NY 10022 | C B Blackard, Esq.<br>301 E Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033-2000 |
| Robert W. Mallard, Esq.<br>Dorsey & Whitney LLP<br>1105 North Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Camera Dynamics, Inc.<br>709 Executive Blvd.<br>Valley Cottage, NY 10989 | John D. Demmy, Esq<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Thomas V. Askounis, Esq.<br>Askounis & Darcy. PC<br>401 North Michigan Ave<br>Suite 550<br>Chicago, IL 60611 | William E. Chipman, Jr., Esq.<br>Landis Rath & Cobb LLC<br>919 North Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Sherry Ruggiero Fallon, Esq.<br>Tybout, Redfearn & Pell<br>300 Delaware Avenue, Ste 1100<br>Wilmington, DE 19801 |

| | | |
|---|---|---|
| Joseph H. Huston, Jr., Esq.<br>Stevens & Lee<br>1105 North Market Street,<br>7th Floor<br>Wilmington, DE 19801 | Adolph F. Fellmeth, Esq.<br>The Schmerling Group<br>261 Old York Road<br>Suite 514<br>Jenkintown, PA 19046 | John M. August, Esq.<br>Herrick, Feinstein LLP<br>One Gateway Center<br>22nd Floor<br>Newark, NJ 07102 |
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge &<br>Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney<br>Share & Hennigh<br>Four Embarcadero Center<br>Suite 4000<br>San Francisco, CA 94111-4106 | Heather Marie Fossen<br>Forrest, Esq.<br>Jackson Walker, LLP<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 |
| J. Scott Douglass<br>909 Fannin, Suite 1800<br>Houston, TX 77010 | Curtis S. Miller, Esq.<br>Morris Nichols Arsht &<br>Tunnell<br>1201 N. Market St.<br>Wilmington, DE 19801 | tw telecom inc.<br>10475 Park Meadows Drive<br>#400<br>Littleton, CO 80124 |
| William M. Kelleher, Esq.<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>Wilmington, DE 19801 | Helen Elizabeth Weller,<br>Esq.<br>Linebarger Goggan Blair &<br>Sampson, LLP<br>2323 Bryan Street, Suite<br>1600<br>Dallas, TX 75201 | William Douglas White,<br>Esq.<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 |
| Katharine L. Mayer, Esq.<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th<br>Floor<br>Wilmington, DE 19801 | William David Sullivan, Esq.<br>Sullivan Hazeltine Allinson<br>LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801 | R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green,<br>P.A.<br>222 Delaware Avenue<br>Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899 |
| bkm 3128 Redhill, LLC<br>c/o Monzack Mersky<br>McLaughlin & Browder<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801 | Wayne M. Smith, Esq.<br>Warner Bros. Entertainment<br>Inc.<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522 | Laurie Selber Silverstein,<br>Esq.<br>Potter Anderson & Corroon<br>LLP<br>1313 N. Market St.<br>Hercules Plaza<br>6th Floor<br>Wilmington, DE 19801 |
| Maria Ann Milano, Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 | Joseph Emil Shickich, Jr.,<br>Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500 | The Nielsen Company (US)<br>LLC<br>770 Broadway<br>New York, NY 10003 |

|  | Seattle, WA 98154-1192 |  |
|---|---|---|
| Sheryl L. Moreau, Esq.<br>Missouri Department of Revenue<br>P.O. Box 475<br>301 W. High Street<br>Room 670<br>Jefferson City, MO 65105 | William Pierce Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 | Jami B. Nimeroff, Esq.<br>Brown Stone Nimeroff LLC<br>4 East 8th Street<br>Suite 400<br>Wilmington, DE 19801 |
| John V. Fiorella, Esq.<br>Archer & Greiner<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801 | Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>Third Floor<br>White Plains, NY 10601 | Nucomm, Inc.<br>101 Bilby Road<br>Hackettstown, NJ 07840 |
| Christopher Page Simon, Esq.<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19899 | Adam G. Landis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 |
| Kerri K Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Mona A. Parikh, Esq.<br>Landis Rath & Cobb LLP<br>919 Market St.<br>Suite 1800<br>Wilmington, DE 19801 | Shawn M. Christianson, Esq.<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130 |
| Carol E. Momjian, Esq.<br>PA Office of Attorney General<br>21 South 12 Street<br>3rd Floor<br>Philadelphia, PA 19107 | United HealthCare Insurance Company<br>c/o Julie A. Manning<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Leigh-Anne M. Raport, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market St, PO Box 1709<br>Wilmington, DE 19899-1709 |
| Frank A. Anderson, Esq.<br>Pension Benefit Guaranty Corporation<br>1200 K Street N.W.<br>Suite 340<br>Washington, DC 20005<br>202-326-4020 | Seaport Group, LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017 | Unisys Corporation<br>c/o Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 00<br>Philadelphia, PA 19102 |
| Jennifer R. Hoover, Esq.<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Ave.<br>Suite 801 | Edward Patrick O'Brien, Esq.<br>Stempel Bennett Claman & Hochbery, P.C.<br>655 Third Avenue | Pamela K. Webster, Esq.<br>Buchalter Nemer<br>1000 Welshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90017 |

| Wilmington, DE 19801 | New York, NY 10017 | |
|---|---|---|
| Robert L Hanley, Jr., Esq.<br>Nolan, Plumhoff & Williams, Chtd<br>Suite 700- Nottingham Centre<br>502 Washington Ave<br>Towson, MD 21204 | Eric R. Wilson, Esq.<br>Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Rachel B. Mersky, Esq.<br>Monzack Mersky McLaughlin & Browder, PA<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |
| Margaret Fleming England, Esq.<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1360<br>Wilmington, DE 19801 | Adam Hiller, Esq.<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE | James F. Conlan, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Patrick Theodore Garvey, Esq.<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 | Michael A. Henry, Esq.<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P. O. Box 4060<br>Allentown, PA 18105-4060 | Bryan Krakauer, Esq.<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 |
| Norman L. Pernick, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | Patrick J. Reilley, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801 | J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Ste 1400<br>Wilmington, DE 19801 | Matthew J. Troy, Esq.<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street<br>Suite 600<br>Philadelphia, PA 19102 |
| Julie A. Manning, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103 | | |

JCHAPMAN/5818.0009/631986