# EXHIBIT A

**(Declaration of C. Bigelow, dated October 13, 2008)**

1  JENNER & BLOCK LLP
   David J. Bradford (*pro hac vice* admission pending)
2  Craig C. Martin (*pro hac vice* admission pending)
   330 North Wabash Avenue
3  Chicago, IL 60611-7603
   Telephone: (312) 222-9350
4  Facsimile: (312) 527-0484
   Email: dbradford@jenner.com; cmartin@jenner.com
5
   LATHAM & WATKINS LLP
6  Robert W. Perrin (#194485)
   Nathan M. Smith (#255212)
7  355 South Grand Avenue
   Los Angeles, CA 90071-1560
8  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
9  Email: robert.perrin@lw.com; nathan.smith@lw.com

10 *Attorneys for Defendants*
   SAMUEL ZELL; TRIBUNE COMPANY, a Delaware corporation;
11 GREATBANC TRUST COMPANY, a Delaware corporation;
   EGI-TRB, L.L.C., a Delaware corporation; TRIBUNE EMPLOYEE
12 STOCK OWNERSHIP PLAN; TRIBUNE COMPANY EMPLOYEE
   BENEFITS COMMITTEE; BETSY D. HOLDEN; WILLIAM A. OSBORN;
13 JEFFREY S. BERG; BRIAN L. GREENSPUN; WILLIAM PATE; MARY
   AGNES WILDEROTTER; FRANK WOOD; and DENNIS J. FITZSIMONS.

14
                    **UNITED STATES DISTRICT COURT**
15                  **CENTRAL DISTRICT OF CALIFORNIA**

16 DAN NEIL, CORIE BROWN, HENRY        ) Case No. CV 08-06040 GW VBKx
   WEINSTEIN, WALTER ROCHE, JR.,       )
17 MYRON LEVIN, and JACK NELSON,       )
   individuals, on behalf of themselves and on ) **DECLARATION OF**
18 behalf of all others similarly situated,    ) **CHANDLER BIGELOW**
                                       )
19            Plaintiffs,              )
         vs.                           ) The Hon. George H. Wu
20                                     ) Hearing: November 10, 2008
   SAMUEL ZELL; TRIBUNE COMPANY, a )     Time: 8:30 a.m.
21 Delaware corporation; GREATBANC     ) Dept.: Court Room 10
   TRUST COMPANY, a Delaware          )        312 N. Spring Street
22 corporation; EGI-TRB, L.L.C., a Delaware )   Los Angeles, CA 90012
   corporation; TRIBUNE EMPLOYEE      )
23 STOCK OWNERSHIP PLAN; TRIBUNE      )
   COMPANY EMPLOYEE BENEFITS          )
24 COMMITTEE; BETSY D. HOLDEN;        )
   WILLIAM A. OSBORN; JEFFREY S.      )
25 BERG; BRIAN L. GREENSPUN;          )
   WILLIAM PATE; MARY AGNES           )
26 WILDEROTTER; FRANK WOOD; and       )
   DENNIS J. FITZSIMONS,              )
27                                     )
              Defendants.              )
28

I, Chandler Bigelow, state the following:

1. Since 1998, I have been employed by Tribune Company ("Tribune"), and, since March 2008, I have been Tribune's Chief Financial Officer. Previous to becoming CFO of Tribune, I was Vice President/Treasurer at Tribune from 2003 to 2008. I have personal knowledge of the events and facts set forth in this affidavit or I have determined that such facts and matters are true and correct on the basis of information obtained from various sources, including my own personal experience, in the regular course of business as an officer of Tribune.

**Tribune's Operations**

2. Tribune is a company headquartered in Chicago that operates newspapers, television stations, and other media outlets throughout the United States.

3. The books and records of Tribune primarily are maintained in Chicago and its senior management is located there.

4. Tribune is managed by a Board of Directors. The Board, which generally has five regularly-scheduled board meetings every year, centers its decision-making in Chicago. Since 2006, all meetings of the Board of Directors have occurred in or were hosted from Chicago.

5. The office locations and places of residences for the current members of the Board are the following:

| DIRECTOR | OFFICE | RESIDENCE |
|---|---|---|
| Jeffrey Berg | Los Angeles, CA | Pacific Palisades, CA |
| Brian Greenspun | Henderson, NV | Henderson, NV |
| Betsy D. Holden | Chicago, IL | Winnetka, IL |
| William A. Osborn | Chicago, IL | Winnetka, IL |
| William Pate | Chicago, IL | Chicago, IL |
| Mark Shapiro | New York, NY | Westport, CT |
| Mary Agnes Wilderotter | Stamford, CT | Oakland, CA |

| | | |
|---|---|---|
| Frank Wood | Cincinnati, OH | Cincinnati, OH |
| Samuel Zell | Chicago, IL | Chicago, IL |

6. Samuel Zell is the current Chairman, President and CEO of Tribune.

7. Generally, decisions regarding Tribune's business and any possible workforce reductions are made by Tribune's senior management in Chicago, with input received from the relevant business units.

**Tribune's Employee Stock Ownership Plan**

8. The Tribune Employee Stock Ownership Plan ("ESOP") owns all of Tribune's outstanding common stock. The ESOP's books and records are maintained in Chicago or nearby, in Appleton, Wisconsin.

9. Tribune's Employee Benefits Committee is the administrator of the ESOP. The Benefits Committee meets, and takes all of its actions with respect to the ESOP, in Chicago.

10. As of September 2008, the following reflects the geographic distribution of the approximately 11,000 current participants in the ESOP:

```
Chicago              2,788
Los Angeles          2,436
All other locations  5,723
```

11. None of Dan Neil, Corie Brown, Henry Weinstein, Walter Roche, Jr., Myron Levin, or Jack Nelson had or is expected to have any role or involvement in the operation or administration of the ESOP.

12. The terms of the ESOP provide that Employer Contributions are to be made in cash in an amount at least sufficient to assure that the ESOP is able to make required payments of principal and interest on the $250 Million loan made by Tribune to the ESOP in April 2007, to provide the ESOP with funds to purchase Tribune stock. GreatBanc, as Trustee, makes debt service payments on this loan, whereupon a prescribed portion of Tribune shares are then available to be allocated to accounts established in the Trust for the benefit of Eligible Participants in the

1. ESOP. The first such allocation is expected to occur in 2009 and would be for the Plan Year that ends December 31, 2008. According to the terms of the ESOP, an Eligible Participant under the ESOP is a person who either (1) worked at least 1,000 hours during the Plan Year (which is the 12-month period ending on December 31 each year) and is actively employed on the last day of the Plan Year, or (2) who terminated Tribune employment during the Plan Year due to normal retirement at age 65, death or disability. Because Corie Brown, Henry Weinstein, Walter Roche, Jr., Myron Levin, or Jack Nelson are no longer employees of Tribune and their employment did not end due to normal retirement, death, or disability, they do not qualify as Eligible Participants. Therefore, they are not eligible and will not be eligible in the future to receive any contributions or benefits under the ESOP and do not have and cannot expect any economic interest in the ESOP.

**The 2007 Transaction**

13. The 2007 transaction that turned Tribune from a publicly-traded company to a privately-held company followed extensive negotiations among parties based in Chicago, including: (a) Samuel Zell and EGI-TRB, L.L.C., (b) the ESOP (represented by GreatBanc Trust Company, its trustee, financial advisors Duff & Phelps of Chicago, and ERISA counsel K&L Gates), and (c) Tribune (who was represented and advised by Sidley Austin LLP of Chicago, McDermott, Will & Emery LLP of Chicago, Wachtell Litpton, Rosen & Katz of New York, Merrill Lynch of Chicago and New York, and Citigroup, also of Chicago and New York. Additionally, the Special Committee of the Tribune Board was represented by Skadden, Arps, Slate, Meagher & Flom LLP of Chicago. These negotiations occurred over an extended period of time as Tribune's public SEC filings reflect. The relevant board meetings, special committee meetings, and negotiation meetings for Tribune occurred in or were hosted from Chicago.

3

14. The following lists members of the Tribune Board as of December 2007 and their current office and residence locations:

| DIRECTOR | OFFICE | RESIDENCE |
| --- | --- | --- |
| Dennis J. FitzSimons | Chicago, IL | Winnetka, IL |
| Enrique Hernandez, Jr. | Pasadena, CA | Pasadena, CA |
| Betsy D. Holden | Chicago, IL | Winnetka, IL |
| Robert S. Morrison | N/A | Lake Forest, IL |
| William A. Osborn | Chicago, IL | Winnetka, IL |
| Dudley S. Taft | Cincinnati, OH | Cincinnati, OH |
| Samuel Zell | Chicago, IL | Chicago, IL |

15. The following is a list of the senior management of Tribune at the time of the 2007 Transaction and their current locations of residence:

| NAME | RESIDENCE |
| --- | --- |
| Dennis J. FitzSimons | Winnetka, IL |
| Donald C. Grenesko | Winnetka, IL |
| Crane H. Kenney | Winnetka, IL |
| Timothy J. Landon | Evanston, IL |
| Thomas D. Leach | Chicago, IL |
| Luis E. Lewin | Chicago, IL |
| Ruthellyn Musil | Chicago, IL |
| John E. Reardon | Chicago, IL |
| Scott C. Smith | Winnetka, IL |

16. The following is a list of the members of the Employee Benefits Committee of Tribune as of April 1, 2007 and their current office and residence locations:

| NAME | OFFICE | RESIDENCE |
| --- | --- | --- |
| Gerald Agema | N/A | Palos Park, IL |

4

DECLARATION OF CHANDLER BIGELOW

| | | |
|---|---|---|
| Harry Amsden | Chicago, IL | Clarendon Hills, IL |
| Chandler Bigelow | Chicago, IL | Northfield, IL |
| Donald Grenesko | N/A | Winnetka, IL |
| James King | Glenview IL | Arlington Heights, IL |
| Luis E. Lewin | N/A | Chicago, IL |
| Ruthellyn Musil | N/A | Chicago, IL |
| John Poelking | Chicago, IL | Arlington Heights, IL |
| Naomi Sachs | Chicago, IL | Chicago, IL |
| Irene Sewell | N/A | Glenview, IL |

17. The following is a list of the current members of the Employee Benefits Committee of Tribune and their current office and residence locations:

| NAME | OFFICE | RESIDENCE |
|---|---|---|
| Harry Amsden | Chicago, IL | Clarendon Hills, IL |
| Michael Bourgon | Chicago, IL | Palatine, IL |
| Chandler Bigelow | Chicago, IL | Northfield, IL |
| Susan O'Connor | Chicago, IL | Chicago, IL |
| John Poelking | Chicago, IL | Arlington Heights, IL |
| Naomi Sachs | Chicago, IL | Chicago, IL |
| Gary Weitman | Chicago, IL | Wilmette, IL |

**Tribune's Pension Plan**

18. Additionally, Tribune's pension plans are administered in Chicago, and their financial records are located in Chicago. The decisions related to use of pension fund assets are made by the Employee Benefits Committee, based in Chicago, in conjunction with Tribune senior management, based in Chicago.

19. Additionally, the law firm of McDermott, Will & Emery in Chicago has provided legal services to the pension plans.

20. Hewitt Associates LLC, which is located in the Northern District of Illinois, provides professional services related to Tribune's pension plans.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2008

*/s/ Chandler Bigelow*
Chandler Bigelow