# EXHIBIT A

TRIBUNE

Information for Employee Owners

NEWS

TRIBUNE ESOP EMPLOYEE STOCK OWNERSHIP PLAN

# SPECIAL ESOP EDITION

# Time to Fly!

CONTENTS

Message from Sam Zell

What's an ESOP?

In GreatBanc We Trust

Your 3-part Retirement Program

How This Thing Works

Paying Down Debt (we gotta lot)

Riveting Q&A

*Real pigs are seldom seen aloft. But the porcelain porker shown here, symbolic of the Tribune ESOP, has good flight potential if the company steps up performance. And as employee owners, we each share responsibility for making that happen. Inside, read all about the new plan and what it means for you.*

# Call Me Sa 1

Dear Partners,

When we closed the going-private transaction in December, our total debt increased to nearly $13 billion. I put $315 million behind that debt, which was underwritten based on Tribune's historical performance – a level of performance, incidentally, that I believe we can surpass. The employees – you – then acquired 100 percent of the company. I acquired an option to buy 40 percent of the company for $500 to $600 million within the next 15 years.

Let me clarify the most common misperception I've heard on the ESOP: **Employees do not contribute any money toward the plan. What would have been discretionary company contributions to 401(k) accounts going forward are what's financing the ESOP.**

Over the next 10 years, if we perform to the level of our expectations, we will have paid down a significant amount of debt. Our projections assume cash flows in line with 2007 and expectations that newspaper revenues will decline and that broadcast and interactive revenues will increase.

In the end, you and I, together, will own a collection of assets worth billions of dollars, the majority of which will be allocated to employees.

You will still have a 401(k) account that you may elect to fund and the Cash Balance Plan. You will not have invested one nickel into the ESOP.

In all my years of doing deals, this is one of the best risk/reward ratios I've ever seen. There is extraordinary upside if we succeed in stabilizing the print side of our business.

I've said repeatedly that no matter what happens in this transaction, my lifestyle won't change. Yours, on the other hand, could change dramatically if we get this right.

Don't be mistaken; I'm invested in our success. I don't like to lose. And, based on the quality of people I've met so far, I'm betting you don't either.

So, we will change our focus. We will change our reporting patterns. We will change our culture from ground up. We will take intelligent risks, and we will drive Tribune Company to its rightful dominant position in the industry.

Sam

## What's an ESOP?

An Employee Stock Ownership Plan, or ESOP, is fundamentally a retirement benefit, similar to a profit sharing or 401(k) plan. It aligns the interests of the company and its employees—if the company does well, so do those who work for it.

Gains in revenue, productivity and earnings benefit the company, increasing the value of its stock held by the ESOP. That, in turn, increases the value of all employee ESOP accounts.

With an ESOP, employees have a "beneficial ownership" in the company, entitling them to receive the fair market value of the company's stock when they receive distributions from the plan.

ESOP assets are held in a trust outside the company and consist of company stock. Within the ESOP Trust, individual accounts are maintained for participating employees.

## Who's Calling the Shots?

Actually you are. As employee owners, we all share responsibility for improving Tribune's performance and ensuring the company's long-term success. But the question posed above also speaks to the important issue of "governance." That's a fancy word for the formal structure under which the company conducts its business and how, as owners, your personal stake in Tribune is protected.

In a typical public company, shareholders own the stock and vote for the board of directors and on other actions. That's no longer the case at Tribune, where the ESOP now owns 100% of company stock and is the sole shareholder.

GreatBanc Trust Company, the ESOP Trustee, represents the financial interests of employees who are beneficiaries of the plan. It will vote all Tribune shares owned by the ESOP on matters submitted to a shareholder vote, such as the annual election of directors and ratification of the company's auditor. GreatBanc also will obtain a third party valuation of Tribune's stock each year.

GreatBanc was selected by Tribune's board of directors last spring based on its experience as one of the largest providers of ESOP trust services in the country. It acts as the ESOP Trustee for many major corporations, including Hartmarx, Provident Bank, Rite Aid, Sherwin-Williams and Wells Fargo & Company. Tribune employees can count on GreatBanc to represent their best interests.

GreatBanc does not have a seat on Tribune's board of directors, which is consistent with the role of trustees at other ESOP-owned companies. However, the board of directors is elected by, and responsible to, the ESOP.

Directors establish corporate policy and select senior management of the company. Tribune's board has eight members:

**Sam Zell**, Tribune chairman and CEO

**Jeff Berg**, chairman and CEO of International Creative Management

**Brian Greenspun**, chairman and CEO of The Greenspun Corporation and president/editor of the *Las Vegas Sun*

**Betsy Holden**, senior advisor to McKinsey & Company

**Bill Osborn**, chairman of Northern Trust Corporation

**Bill Pate**, chief investment officer of Equity Group Investments

**Maggie Wilderotter**, chairman and CEO of Citizens Communications

**Frank Wood**, CEO of Secret Communications, a venture capital company

Further information about each board member is available at www.tribune.com.

To learn more about Tribune's ESOP Trustee, visit www.greatbanctrust.com.

# THE ESOP *and more*

The ESOP is an exciting new retirement benefit, and one with potential for significant long-term rewards. You should know, however, that Tribune Company's retirement program contains two other elements, one of which is brand new.

On Jan. 1, 2008, eligible Tribune employees began participating in a three-part retirement benefits program composed of the ESOP, a new Cash Balance Plan and the existing 401(k) plan.

The Cash Balance Plan, like the ESOP, is funded entirely by the company. It provides an annual allocation of 3 percent of eligible pay to each participating employee's Cash Balance Plan account. This creates a "floor" retirement benefit that you can count on. There is no investment risk, meaning your account balance can only go up.

The first scheduled Cash Balance Plan allocation will be in early 2009 for the 2008 plan year, and interest will be credited quarterly to employee accounts. Similar to a 401(k), employees may take their vested benefit with them when leaving the company before retirement.

The third element in the Tribune retirement program is your existing 401(k) plan. While the company no longer contributes to employee 401(k) accounts, you may continue to fund your 401(k) independently up to the IRS maximum, which in 2008 is set at $15,500, plus catch-up contributions of $5,000 for those age 50 or older. As before, 401(k) participants can direct their investments as they choose.

If you have a frozen pension plan benefit, that benefit is secure and remains unchanged. Your pension benefit is held in a trust separate from the company, and you'll receive it when you retire. At the end of 2007, Tribune's pension assets were more than $1.8 billion and the plans were overfunded by approximately $400 million.

## New Retirement Program

$200,000
$180,000
$160,000
$140,000
$120,000
$100,000
$80,000
$60,000
$40,000
$20,000
$0
Value of Accounts
ESOP
Cash Balance Plan
401(k) Plan
At 5 Years
At 10 Years
$29,500
$49,800
$57,800
$150,100
$186,100
CF -2%
CF Flat
CF +2%
CF -2%
CF Flat
CF +2%

**This chart shows potential retirement program growth, after five and 10 years. Data is presented under three company performance scenarios based on cash flow (CF) increasing 2%, staying flat and declining 2%. Cash flow impacts only ESOP balances, not Cash Balance Plan and 401(k) accounts.**

*Assumptions: $50,000 salary; target 5% annual ESOP allocation; 3% annual Cash Balance Plan allocation with growth at 10-year Treasury rate; 3% employee 401(k) contribution with 6% annual return.*

*Projections of Tribune's retirement program in this summary are for illustration purposes only and are not a guarantee of future performance. When considering your entire retirement investment portfolio, take into account your other assets, income and investments (i.e., home equity, IRAs, savings accounts, etc.).*

*The ESOP holds stock. In healthy companies, stock becomes more valuable over time. There are no guarantees with stock and certain factors will have a significant effect on what you receive from the ESOP: 1) New allocations to the account from company contributions, 2) Change in stock value due to paying down debt and 3) Change in stock value due to company performance.*

*The amounts calculated are balances based not only on the stated assumptions about the sample participant but also on a number of unpredictable variables including economic, market and other conditions. A change to any of these assumptions will change the value of retirement program account balances. Additionally, the amount of the ESOP allocation will vary from year to year.*

## Glossary

**Beneficial Ownership** – The right to receive proceeds or benefits from owning a company's stock. Tribune employees who participate in the ESOP are considered beneficial owners.

**ESOP Trustee** – For Tribune, this is the role played by GreatBanc Trust Company. The Trustee is charged with acting in the best financial interests of all ESOP participants.

**Fair Market Value** – The value of Tribune stock as determined by an independent appraiser.

**Leveraged ESOP** – An ESOP is permitted to borrow money to purchase the stock of the sponsoring company – a feature that sets it apart from other employee benefit plans. An ESOP that borrows money, as with Tribune, is called a "leveraged ESOP."

**Operating Cash Flow** – Revenue minus expenses. It can be used to pay down debt and is one indication of a company's financial strength.

**S Corp** – For tax purposes, there are generally two types of companies, C corporations and S corporations. C corporations pay federal taxes on their income directly to the IRS. S corporations pass their income along to their shareholders, who then are responsible for paying the appropriate taxes. Tribune expects to become an S corporation in 2008. As an "S Corp," Tribune's income will effectively flow through to the ESOP, its only shareholder. However, since the ESOP is a tax-exempt retirement plan, it is not subject to income taxes. The S Corp structure therefore frees up cash that can be used to pay down debt.

EXHIBIT A – 67



HOW THE NEW
ESOP
WORKS
Tribune's ESOP purchased newly issued shares of company stock financed by a loan from Tribune. All of these shares are initially held in the ESOP Trust. Each year, the company makes a contribution to the ESOP and the ESOP, in turn, will repay the loan. As the ESOP loan is repaid, shares of stock are released and allocated to individual employee accounts held in the ESOP Trust. Tribune is initially targeting an allocation of 5 percent of eligible pay to be made in early 2009.
Employee Accounts
TRIBUNE
Cash Contributions
Loan Payments
TRUST
Shares Allocated

## Creating Value by Paying Down Debt

Tribune assumed a significant amount of debt, or "leverage," in the transaction to take the company private. Paying down that debt is the key to building equity value in the company. As debt is reduced, the value of employee ESOP accounts will increase. The concept is very similar to a home mortgage—as you pay it down, equity value in your home grows.

Debt is paid down with cash flow. To increase cash flow, it's important for Tribune to increase revenues and contain expenses. The significant cash-producing nature of our publishing and broadcasting businesses, combined with the company's "S Corp" tax status, will contribute to Tribune's ability to make interest payments and pay down debt. The company's total debt is approximately $13 billion.

Tribune designed its ESOP with a great deal of thought about the future. If we manage our businesses well, the company will have sufficient cash flow to grow operations while paying down debt and repurchasing ESOP shares from employees after they retire.

## Valuing Your Account

ESOP participants will receive an annual statement in the first quarter each year, starting in 2009. The statement will reflect the company's annual stock allocation, the value of those shares and the total value of your account.

The value of Tribune shares will be determined annually by an outside appraisal firm selected by GreatBanc Trust Company, the ESOP Trustee. The appraiser identifies the "fair market value" of the stock—a complex process since Tribune stock is no longer publicly traded. GreatBanc's selected appraiser, Duff & Phelps, will review financial documents, conduct site visits and interviews, and study industry and economic analyses.

The stated value of your ESOP account will change based on the annual stock valuation results. Just as they would if Tribune were still a public company, share values can be expected to increase if overall financial performance improves.

The other factor affecting your account's value will be the number of shares you own. Employees can expect a stock allocation early each year for the preceding plan year, with the size of the allocation based primarily on company performance.

EXHIBIT A – 68



TRIBUNE
ESOP

## When will I receive Tribune stock through the ESOP?

## How much will I get?

## Who is eligible?

## Do I need to sign up?

## How does the ESOP affect my pension?

## How will my ESOP account balance change over time?

## How will I know what my account is worth?

## What are the vesting rules?

## Will I be able to diversify my ESOP account?

## When can I take money out of my ESOP account?

## What about taxes?

www.tribuneathome.com.

## ESOP FACTS

- There are more than 9,000 ESOPs in the U.S. with at least 10 million employee participants
- About 3,500 ESOP companies are majority-owned by their ESOP; 2,000 are 100% ESOP-owned
- Most ESOP companies have additional retirement plans
- At least 75% of ESOP companies have leveraged ESOPs
- Tribune and Times Mirror had successful ESOPs that ended in 2003 and 1994, respectively

*Sources: ESOP Association; Tribune Company*

TRIBUNE
NEWS

Benefits for union-represented employees are subject to collective bargaining and the benefits summarized in this material may not currently apply. Local Human Resources or Tribune Benefits Service Center representatives can answer any questions about benefits for union-represented employees.

The purpose of this material is to provide highlights of Tribune's new retirement program. Eligibility and benefit payment determinations will be governed by the plan documents. In the event of a discrepancy between the information provided in this material and the plan documents, the plan documents will govern. Tribune Company reserves the right to change, amend or terminate the benefit plans at any time for any reason. Your eligibility for benefits does not guarantee continued employment at Tribune Company or any of its entities

EXHIBIT A – 69

# EXHIBIT B

1. **What is a Cash Balance Plan?**

A Cash Balance Plan is a type of "hybrid" pension plan (defined benefit plan) that combines the strengths of traditional pension plans with those of savings plans. It is often referred to as an account-based retirement plan. It offers the safety and security of a pension while adopting the ease and simplicity of a 401(k) account.

2. **How does the Cash Balance Plan work?**

The Cash Balance Plan portion of eligible employees' retirement plan will be funded entirely by the company and participants are not subject to investment risk as the funds are held in a separate trust. Each employee's account can only increase—it cannot decrease due to changes in the economy or stock and bond markets. Your account will grow in two ways:

- *Company allocations*—The company will make an annual contribution equal to 3 percent of an employee's eligible compensation to their Cash Balance Plan account. The first allocation will be made early in 2009 for the 2008 plan year.
- *Interest credits*—In addition, your account balance will be credited with quarterly interest based on the yield (in November of the previous year) of the 10-year U.S. Treasury Note, beginning in 2009. The yield has averaged 4.8 percent annually over the past 10 years.

3. **What are the advantages of a Cash Balance Plan?**

The plan offers several advantages:

- The benefit will be paid entirely by the company and will not be subject to investment risk.
- Eligible employees' accounts can only increase—they cannot decrease due to changes in the economy or stock and bond markets.
- Eligible employees may take their vested benefit with them when leaving the company before retirement.

4. **Several companies went through litigation over this type of plan in the last several years. Why would we implement such a plan?**

In 2006, legislation was adopted clarifying that Cash Balance Plans are not age discriminatory as the litigation suggested. Hundreds of companies including Xerox, FedEx, Kodak, Motorola and Travelers offer their employees the benefits of a Cash Balance Plan.

5. **Will the frozen pension plans be converted to an account balance?**

No. The Tribune and Times Mirror Pension Plans were both frozen in years past. These benefits are secure and are not in anyway involved with our current transaction. These benefits will not convert to an opening account balance and are not impacted. Each eligible employee will start with a new opening account balance.

6. **Is my Cash Balance Plan account the same as my new ESOP account?**

No. Eligible employees will have separate accounts for the ESOP and the Cash Balance Plan. The company will make separate allocations to each account.

**7. Where does my Cash Balance Plan account reside?**

Cash Balance Plan assets for eligible employees will be held at Northern Trust, one of the world's leading financial institutions. The assets will be held in a trust.

**8. Where does the company obtain the funds to make the 3 percent annual Cash Balance Plan allocation?**

At the end of 2006, Tribune's pension assets totaled more than $1.7 billion and the plans were overfunded by more than $200 million. This surplus funding will be used for the 3 percent benefit allocation. Keep in mind that if you have a frozen pension plan benefit, that benefit is secure and remains unchanged. Your pension benefit is held in a trust separate from the company and is not impacted by this transaction. You will receive your benefit when you retire.

**9. What are the vesting rules for the Cash Balance Plan?**

The vesting rules are the same as under the new ESOP. Participants will vest in 20 percent increments each year beginning on the second anniversary of employment with Tribune. You will be fully vested after six years of service and current employees will receive credit for past service. Therefore, if you have six or more years of service with Tribune, you will be 100 percent vested in your Cash Balance Plan account as of January 1, 2008.

**10. Do I have to pay taxes on my Cash Balance Plan benefit?**

Your benefits are taxed when you take a distribution from the plan based on whether you elect a monthly annuity benefit or a lump sum benefit. If you have questions about taxes, contact the Tribune Benefits Service Center. You also may wish to contact a tax advisor.

**11. What are the payment options under the Cash Balance Plan?**

The Cash Balance Plan benefit will be portable once it has vested—you'll be able to take it with you if you leave Tribune regardless of your age. Your options include:

- *Lump sum payment*—receive payment of your benefit as cash (there may be tax consequences in some cases) or roll the lump sum into another qualified plan or an IRA.
- *Ongoing payments*—receive monthly payments or elect another ongoing payment option.
- *Defer payment*—leave your account balance (if greater than $5,000) in the plan and receive payment later. You may defer payment until you reach age 65.

**12. Is the company saving money with this new plan?**

Yes. The company saves cash because the Cash Balance Plan can be funded from excess assets in the pension plan.

13. **When will the company communicate more information about the new retirement plan?**

Your current retirement benefits will remain in place for the remainder of 2007. The new retirement plan for eligible employees (Cash Balance Plan, ESOP and 401(k) Plan) is effective January 1, 2008, with the first allocations from the Cash Balance Plan and ESOP made to employees' accounts in the first quarter of 2009.

Comprehensive communication regarding the ESOP and the other components of the new package of retirement benefits will begin in the fall of 2007.

14. **I'm considering retiring — should I retire now?**

Retirement is a very personal decision. You should discuss your options with your family. Also, you should consider seeking the advice of a financial advisor.

15. **Can I still participate in the Employee Stock Purchase Plan (ESPP)?**

The ESPP will make its last purchase of company stock on April 18. After this time, you may not purchase company stock at a discount.

- If you were paid on March 30, that will be the date of your last ESPP payroll deduction.
- If you were paid on April 6, that will be the day of your last ESPP payroll deduction.

# EXHIBIT C

LE MAN BROTHERS

EQUITY RESEARCH

November 02, 2007

North America
Internet & Media
Publishing
Craig A. Huber
1.212.526.5546
chuber@lehman.com
LBI, New York

# Publishing

Industry Overview

Newspaper Valuation and Stock Scorecard

**Sector View:**
New: 3-Negative
Old: 3-Negative

## Investment Conclusion

- **Maintain 3-Negative newspaper sector view and would continue to underweight the newspaper stocks due to expensive** valuations, our belief that Street estimates remain too high, declining readership and circulation, declining advertising market share, a weak newspaper advertising revenue outlook (estimated down 8.0% in 2007 and down 5.0% in 2008), a total decoupling of newspaper advertising growth from nominal GDP growth, very tight cost containment already over the past seven years, and margins that are currently at pre-1990's levels on average due to secular issues. **Given increasing secular pressures, we think the newspaper group will trade down to 5-5.5x EBITDA over time (or 15% or so FCF yields)** vs. the 12-year valuation range of 7-10.5x forward EBITDA for the large cap more pure-play newspaper stocks and down to 6x EBITDA for the small caps.

## Summary

- **Newspaper stocks are down 18.5% on average YTD (or down 31.3% excluding Dow Jones and Tribune) vs. up 6.4% for the S&P 500.** This compares with the YTD performance of television stocks up 21.8%; cable/satellite stocks up 8.7%; entertainment stocks down 1.9%; printing stocks down 2.9%; publishing/financial information stocks down 9.3%; advertising agency stocks down 10.9%; Spanish-language broadcasting stocks down 14.6%; magazine stocks down 17.2%; yellow pages stocks down 17.5%; and radio stocks down 31.5%.
- **Newspapers are trading on average at an unattractive 7.9x 2008E EBITDA (excluding Dow Jones and Tribune) vs. 10-year** historical range of 6.0-10.5x forward EBITDA for the more pure-play newspaper companies.
- For comparison, radio trading at 8.5x 2008E EBITDA (vs. 10-year historical range of 9-25x), entertainment trading at 8.5x (vs. historical range of 7-18x), ad agencies trading at 8.1x (vs. historical range of 8-20x), and cable trading at 6.6x (vs. historical range of 7-13x).
- **On a free cash flow basis, newspapers are trading at 13.3x 2008E (excluding Dow Jones and Tribune) on average with the** large/mid cap. newspapers trading in a current range of 7-26x. Comparatively, radio stocks trading at 9.2x 2008E FCF on average (6-16x range), entertainment trading at 14.9x (10-20x range), ad agencies trading at 17.9x (15-21x range), and cable trading at 22.3x (16-28x range).
- See attached Cross Media Comparative Valuation table for details.

---

Lehman Brothers Newspaper Stock Scorecard: In order to put a quantitative framework around how we look at nine newspaper stocks from most attractive to least, we have developed the Lehman Brothers Newspaper Stock Scorecard. We have chosen 11 metrics that we view as important when attempting to determine which stocks are most attractive at any given time. Each metric is given a score of 1 to 9, with 1 assigned to the best performer and 9 for the worst performer. Each of the 11 metrics is equally weighted for each company and summed up into an overall score. The 11 metrics we assign scores to are: 1) Blended 2007-08E price-to earnings multiple, 2) blended 2007-08E enterprise-value-to-EBITDA multiple, 3) blended 2007-08E free cash flow multiple, 4) potential upside/downside to our 12-month price target, 5) 2006-08E compound annual growth rate (CAGR) for EPS, 6) 2006-08E CAGR for EBITDA, 7) 2006-08E CAGR for FCF, 8) percentage difference between our 2008 EPS estimate and First Call consensus, 9) 2007-08E return on invested capital, 10) 2007-08E return on equity, and 11) lastly, our own subjective measure of potential catalysts.

Gannett (3-Underweight) is in the first position followed by Washington Post (1-Overweight), Journal Communications (2-Equal weight), New York Times (3-Underweight), Dow Jones (2-Equal weight), Scripps (3-Underweight), McClatchy (3-Underweight), Tribune (3-Underweight), and Journal Register (3-Underweight).

Lehman Brothers does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.

Customers of Lehman Brothers in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.lehmanlive.com or can call 1-800-2LEHMAN to request a copy of this research.

Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST(S) CERTIFICATION(S) ON PAGE 7 AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 8

LEHMAN BROTHERS
EQUITY RESEARCH

Craig A. Huber (212) 526-5546

Lehman Brothers
November 1, 2007

## Comparative Valuation - Newspaper Companies

### Sector Rating - Negative

| | Dow Jones | Gannett | McClatchy | New York Times | Scripps, E.W. | Tribune | Washington Post | Small-Cap Newspapers: Journal Comm. | Small-Cap Newspapers: Journal Register |
|---|---|---|---|---|---|---|---|---|---|
| Stock Symbol | DJ | GCI | MNI | NYT | SSP | TRB | WPO | JRN | JRC |
| Rating | 2-Equal weight | 3-Underweight | 3-Underweight | 3-Underweight | 3-Underweight | 3-Underweight | 1-Overweight | 2-Equal weight | 3-Underweight |
| Recent Stock Price | 59.51 | 41.48 | 16.88 | 18.97 | 44.13 | 29.48 | 817.89 | 8.49 | 2.28 |
| 52-week High | 61.78 | 63.50 | 44.04 | 26.90 | 53.39 | 33.85 | 886.23 | 14.00 | 8.60 |
| 52-week Low | 33.87 | 40.70 | 16.28 | 18.06 | 37.89 | 22.78 | 712.73 | 8.47 | 2.17 |
| Stock Price Return - YTD | 56.9% | -31.4% | -61.7% | -22.1% | -11.8% | -4.3% | 9.7% | -32.7% | -69.0% |
| % Off 52-Week High | -3.5% | -34.7% | -62.4% | -29.5% | -17.3% | -13.0% | -7.8% | -39.4% | -73.7% |
| [illegible] | | | | | | | | | |
| Dividend per Share | 1.00 | 1.60 | 0.72 | 0.92 | 0.58 | 0.72 | 8.20 | 0.30 | 0.08 |
| Dividend Yield (%) | 1.7% | 3.9% | 4.3% | 4.8% | 1.3% | 2.4% | 1.0% | 3.8% | 3.5% |
| Dividend Payout Ratio (vs. 2007E FCF) | 67.1% | 33.3% | 29.0% | 53.3% | 26.1% | 40.8% | 37.8% | 63.1% | 17.3% |
| Earnings per Share (excl. extra week in 4Q06) | | | | | | | | | |
| 2005 | 0.85 | 4.78 | 2.51 | 1.49 | 2.05 | 2.07 | 31.49 | 0.87 | 1.00 |
| 2006(A) | 0.97 | 4.90 | 2.87 | 1.31 | 2.34 | 1.98 | 34.87 | 0.70 | 0.73 |
| 2007(E) | 1.40 | 4.31 | 1.49 | 1.02 | 2.03 | 1.45 | 29.25 | 0.58 | 0.48 |
| 2008(E) | 1.47 | 4.40 | 1.30 | 1.05 | 2.10 | 1.05 | 33.75 | 0.68 | 0.35 |
| % Change 2005 vs. 2004 | -14.1% | -0.4% | 2.9% | -17.2% | 17.1% | -5.9% | -0.8% | -19.2% | -9.8% |
| % Change 2006(A) vs. 2005 | 14.1% | -1.8% | 9.3% | -11.8% | 14.1% | -6.2% | 10.7% | 22.2% | -27.4% |
| % Change 2007(E) vs. 2006(E) | 44.3% | -8.1% | -44.9% | -22.4% | -13.2% | -26.1% | -16.1% | -18.7% | -38.0% |
| % Change 2008(E) vs. 2007(E) | 5.0% | 2.1% | -12.8% | 2.9% | 3.4% | -27.8% | 15.4% | 17.2% | -22.2% |
| [illegible] | | | | | | | | | |
| P/E Relative - 2006(A) | 3.32 | 0.48 | 0.34 | 0.78 | 1.02 | 0.81 | 1.27 | 0.68 | 0.17 |
| P/E Relative - 2007(E) | 2.61 | 0.57 | 0.88 | 1.10 | 1.28 | 1.30 | 1.06 | 0.86 | 0.30 |
| P/E Relative - 2008(E) | 2.67 | 0.62 | 0.84 | 1.19 | 1.38 | 1.86 | 1.09 | 0.82 | 0.42 |
| [illegible] | | | | | | | | | |
| Free Cash Flow per Share (excl. extra week in 4Q06) | | | | | | | | | |
| 2006(A) | 1.19 | 4.99 | 3.18 | 1.87 | 2.42 | 1.88 | 27.41 | 0.76 | 0.68 |
| 2007(E) | 1.49 | 4.80 | 2.48 | 1.72 | 2.14 | 1.77 | 21.81 | 0.48 | 0.48 |
| 2008(E) | 1.82 | 4.81 | 2.34 | 1.84 | 2.34 | 1.48 | 31.86 | 0.57 | 0.43 |
| [illegible] | | | | | | | | | |
| [illegible] | | | | | | | | | |
| Financial Data ($ mil; excl. extra week in 4Q06) | | | | | | | | | |
| Revenue - 2006(A) | 2,062 P | 7,906 P | 2,482 P | 3,229 | 2,508 P | 5,398 P | 3,906 | 820 P | 486 P |
| EBITDA - 2006(A) | 268 P | 2,288 P | 624 P | 484 | 857 P | 1,299 P | 744 | 128 P | 109 P |
| EBITDA Margin (%) | 13.0% | 28.3% | 25.3% | 15.0% | 34.2% | 24.2% | 19.1% | 20.6% | 22.0% |
| Revenue - 2007(E) | 2,080 P | 7,517 P | 2,263 | 3,192 | 2,485 | 5,029 | 4,159 | 578 | 464 |
| EBITDA - 2007(E) | 315 P | 2,028 P | 578 | 473 | 773 | 1,099 | 698 | 104 | 92 |
| EBITDA Margin (%) | 15.1% | 27.0% | 25.4% | 14.8% | 31.1% | 21.7% | 16.5% | 17.9% | 19.7% |
| Market Capitalization ($ mil) | | | | | | | | | |
| Shares Outstanding (mil) | 85.9 | 234.2 | 82.1 | 143.8 | 163.4 | 118.4 | 9.5 | 67.1 | 39.1 |
| Equity Market Capitalization | 5,118 | 9,710 | 1,381 | 2,730 | 7,213 | 3,487 | 7,771 | 569 | 89 |
| Total Debt | 392 | 4,558 | 2,201 P | 980 | 824 | 9,824 | 417 | 96 P | 651 |
| Cash | 29 | 177 | 25 | 58 | 21 | 608 | 279 | 6 | 4 |
| Minority Interests | 0 | 22 | 0 | 0 | 851 | 0 | 9 | 0 | 0 |
| Investments | 75 | 800 | 474 P | 250 | 221 | 2,008 | 430 | 0 | 0 |
| Enterprise Value | 5,407 | 13,312 | 3,183 | 3,381 | 8,646 | 10,893 | 7,489 | 661 | 735 |
| Debt-to-Capital | 39.8% | 34.1% | 45.8% | 52.2% | 18.8% | 87.7% | 11.1% | 18.4% | 73.5% |
| [illegible] | | | | | | | | | |
| EPS CAGR (2006-08E) | 23.1% | -3.1% | -30.2% | -10.8% | -5.3% | -26.8% | -1.8% | -1.2% | -30.8% |
| EBITDA CAGR (2006-08E) | 9.3% | -5.8% | -10.8% | -2.4% | -3.8% | -12.9% | 0.8% | -6.8% | -11.8% |
| FCF/share CAGR (2006-08E) | 18.8% | -1.8% | -16.1% | -8.8% | -3.7% | -13.5% | 8.0% | -14.8% | -19.5% |

*E = Lehman Brothers estimates A= Actual P = Pro forma*

*Note: Revenue and EBITDA multiples are pro forma, as needed, for full year for acquisitions/divestitures. EPS and free cash flow estimates are from transaction closing date forward.*

*Free cash flow = Net Income + D&A - Capital Expenditures; capital expenditures, though, for New York Times, Journal Communications, and Journal Register exclude large one-time projects.*

*Figures for Gannett, McClatchy, New York Times, Tribune, Journal Communications, and Journal Register exclude extra week in 4Q06.*

*Includes stock option expensing beginning 1Q06. New York Times includes stock option expensing beginning 2005 (full-year).*

*Source: Lehman Brothers*

EXHIBIT C – 74

LEHMAN BROTHERS
EQUITY RESEARCH

**Cross Media Comparative Valuation**
**November 1, 2007**

Craig A. Huber (212) 526-5548

| | EBITDA Multiple | | | Free Cash Flow Multiple | |
|---|---|---|---|---|---|
| | 10-Year Range* | 2007(E) | 2008(E) | 2007(E) | 2008(E) |
| **Newspapers** | | | | | |
| Dow Jones | | 17.2 | 16.9 | 40.0 | 38.8 |
| Gannett | | 6.6 | 6.8 | 8.6 | 8.6 |
| McClatchy | | 5.5 | 6.4 | 8.7 | 7.4 |
| New York Times | | 7.1 | 7.3 | 11.0 | 11.8 |
| Scripps, E.W. | | 10.9 | 10.5 | 20.5 | 19.7 |
| Tribune | | 9.9 | 11.0 | 16.6 | 19.9 |
| Washington Post | | 10.9 | 9.9 | 37.5 | 25.8 |
| Journal Comm. | | 6.4 | 5.9 | 17.9 | 15.0 |
| Journal Register | | 8.0 | 8.7 | 4.9 | 5.3 |
| Average (excl. DJ/TRB) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Advertising Agencies** | | | | | |
| Interpublic | | 10.5 | 7.0 | 51.0 | 20.6 |
| Omnicom | | 10.2 | 9.3 | 16.9 | 15.2 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Publishing / Financial Info.** | | | | | |
| McGraw-Hill | | 8.5 | 8.6 | 15.6 | 14.4 |
| Moody's | | 9.0 | 8.1 | 16.0 | 14.0 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Radio** | | | | | |
| CBS | | 6.3 | 5.7 | 8.3 | 7.2 |
| Citadel | | 8.6 | 8.2 | 8.2 | 6.8 |
| Clear Channel | | 11.2 | 10.9 | 15.9 | 15.8 |
| Cox Radio | | 8.8 | 8.4 | 11.1 | 11.3 |
| Cumulus | | 11.0 | 11.0 | 9.0 | 9.8 |
| Emmis | | 11.9 | 12.6 | 5.4 | 10.5 |
| Entercom | | 8.3 | 7.8 | 6.9 | 6.5 |
| Radio One | | 8.3 | 8.1 | – | – |
| Westwood One | | 7.0 | 6.6 | 6.8 | 6.1 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Spanish Language Broadcasting** | | | | | |
| Entravision | | 13.0 | 11.5 | 22.5 | 18.8 |
| Spanish Broadcasting | | 10.9 | 10.0 | – | – |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Outdoor** | | | | | |
| Clear Channel Outdoor | | 11.9 | 10.7 | 29.0 | 25.9 |
| Lamar | | 13.6 | 12.2 | 21.6 | 18.5 |
| JC Decaux | | 6.3 | 6.1 | 25.7 | 15.4 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Entertainment** | | | | | |
| Disney | | 9.6 | 8.7 | 21.5 | 19.5 |
| News Corp. | | 9.8 | 8.0 | 11.5 | 10.3 |
| Time Warner | | 8.4 | 7.5 | 24.2 | 13.7 |
| Viacom | | 10.6 | 9.7 | 17.8 | 15.9 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| **Cable** | | | | | |
| Comcast | | 6.5 | 5.7 | 42.0 | 16.1 |
| Liberty Global | | 9.7 | 7.7 | 27.8 | 28.2 |
| Time Warner Cable | | 7.1 | 6.3 | 34.0 | 22.7 |
| Average | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

*E = Lehman Brothers Estimates   * = 10-year historical range using the current year EBITDA*
*** = Range is for the more pure-play newspaper companies*
*Note: EBITDA Multiple = Enterprise Value / EBITDA; Free Cash Flow Multiple = Price / Free Cash Flow*
*EBITDA multiples are pro forma, as needed, for full year for acquisitions/divestitures.*
*Source: Lehman Brothers (Newspapers / Advertising Agencies / McGraw-Hill - Craig Huber; Radio / Spanish Language / Outdoor / Entertainment - Anthony DiClemente; Entertainment / Cable - Vijay Jayant)*

EXHIBIT C – 75

LEHMAN BROTHERS
EQUITY RESEARCH

Lehman Brothers

Craig A. Huber (212) 526-5548

## Stock Price Performance
## Publishing and Various Media Stocks

| Industry / Company | Recent Stock Price ($) | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Stock Price Return | | | | | | | | | | | | | | | | |
| **Newspapers** | | | | | | | | | | | | | | | | | | |
| Dow Jones | 59.61 | -25.4% | 11.0% | 7.0% | 35.8% | -11.1% | 32.1% | -12.8% | 82.2% | -3.8% | 43.9% | -15.4% | -1.9% | -19.2% | 18.8% | -11.7% | -18.2% | 7.1% |
| Gannett | 41.45 | -14.2% | 29.8% | 14.5% | 15.7% | -4.5% | 11.1% | 24.8% | 67.7% | 5.8% | 27.8% | -21.8% | 9.1% | 8.1% | 25.7% | -7.2% | -24.7% | -0.2% |
| McClatchy | 14.58 | -13.8% | -1.1% | 12.1% | 25.9% | -7.7% | 3.2% | 55.2% | -1.8% | 31.8% | 23.5% | -0.3% | 11.3% | 21.8% | 22.2% | 5.1% | -19.8% | -26.7% |
| New York Times | 18.97 | -20.1% | 17.8% | 13.9% | 1.7% | -13.8% | 37.0% | 30.8% | 76.3% | 6.1% | 43.3% | -17.5% | 3.2% | 6.9% | 6.8% | -13.4% | -30.8% | -7.9% |
| Scripps, E.W. | 44.13 | -27.3% | 46.2% | 4.2% | 13.0% | 11.7% | 32.1% | 43.5% | 40.3% | 3.8% | -4.8% | 41.8% | 5.8% | 17.5% | 23.2% | 3.4% | 0.3% | 4.0% |
| Tribune | 29.45 | -23.8% | 18.8% | 19.7% | 27.8% | -7.2% | 13.7% | 31.1% | 60.0% | 7.1% | 68.3% | -22.4% | -10.4% | 22.7% | 14.8% | -17.5% | -26.8% | 1.7% |
| Washington Post | 817.39 | -28.5% | 0.2% | 20.4% | 12.9% | -3.1% | 16.2% | 20.7% | 47.0% | 19.9% | -2.8% | 12.1% | -13.2% | 40.5% | 8.1% | 25.2% | -21.5% | -2.5% |
| Journal Communications | 8.49 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -1.1% | -21.9% | -6.4% |
| Journal Register | 2.38 | - | - | - | - | - | - | - | - | -31.8% | 2.9% | 4.0% | 31.0% | -15.5% | 18.4% | -3.8% | -22.8% | -51.2% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Advertising Agencies** | | | | | | | | | | | | | | | | | | |
| Interpublic | 3.84 | 9.8% | 66.8% | 23.8% | -4.7% | 2.8% | 37.3% | 11.1% | 59.2% | 11.6% | 45.9% | -25.5% | -20.8% | -61.8% | 10.8% | -14.1% | -28.0% | 28.8% |
| Omnicom | 41.67 | -6.1% | 43.2% | 33.8% | 16.4% | 14.8% | 47.1% | 24.9% | 87.8% | 30.4% | 73.8% | -16.4% | 8.8% | -26.8% | 38.8% | -2.3% | 2.1% | 22.8% |
| WPP | 6.47 | -90.4% | -22.8% | -2.1% | 122.4% | 24.2% | 51.1% | 55.9% | 6.9% | 30.9% | 188.8% | -18.8% | -12.4% | -37.1% | 18.8% | 8.8% | 11.4% | 9.8% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Magazines** | | | | | | | | | | | | | | | | | | |
| Martha Stewart Living | 13.13 | - | - | - | - | - | - | - | - | - | - | -18.4% | -19.0% | -40.0% | -0.2% | 104.8% | -30.8% | 25.6% |
| Meredith | 58.28 | -30.8% | 17.8% | 2.0% | 61.0% | 18.4% | 82.0% | 27.2% | 36.8% | 5.9% | 11.0% | -21.9% | 11.8% | 16.2% | 19.8% | 12.1% | -2.3% | 7.7% |
| Primedia | 8.28 | - | - | - | - | - | - | -11.3% | 17.4% | -5.9% | 38.9% | -27.7% | -63.8% | -62.8% | 37.4% | 34.3% | -57.8% | 5.0% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Publishing / Financial Info.** | | | | | | | | | | | | | | | | | | |
| FactSet | 64.39 | - | - | - | - | - | - | - | 48.4% | 100.8% | 94.2% | -4.6% | -6.3% | -18.8% | 38.8% | 53.8% | 8.3% | 37.2% |
| McGraw-Hill | 47.38 | -3.2% | 13.4% | 11.0% | 14.2% | 2.3% | 34.4% | 8.8% | 64.4% | 40.4% | 22.9% | -3.2% | 6.7% | 0.7% | 17.8% | 32.8% | 14.6% | 31.7% |
| Moody's | 42.82 | -3.9% | 42.8% | 4.8% | 11.8% | -8.7% | 23.4% | 0.3% | 34.7% | 14.3% | -4.3% | 18.0% | 59.0% | 4.0% | 67.2% | 44.1% | 42.8% | 12.4% |
| Thomson | 46.10 | - | - | - | - | - | - | - | - | - | - | - | - | - | 40.3% | -8.4% | 0.3% | 18.8% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Printing** | | | | | | | | | | | | | | | | | | |
| Consolidated Graphics | 56.44 | - | - | - | - | - | 131.1% | 115.4% | 68.5% | 44.9% | -77.8% | -28.1% | 61.3% | 16.8% | 41.9% | 48.3% | 3.1% | 24.8% |
| Donnelley, R.R. | 40.13 | -20.8% | 28.8% | 33.4% | -3.2% | -3.3% | 36.1% | -18.8% | 21.4% | 20.8% | -41.8% | 13.2% | 13.7% | -23.8% | 44.8% | 21.0% | -6.1% | 3.9% |
| Quebecor World | 8.18 | - | - | - | - | - | - | 4.9% | -0.5% | 27.8% | 3.8% | 14.8% | -4.7% | 0.3% | -6.1% | 7.3% | -35.8% | -14.5% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Alternative Media** | | | | | | | | | | | | | | | | | | |
| Monster Worldwide | 38.80 | - | - | - | - | - | - | - | 80.4% | 82.8% | 230.1% | -32.5% | -22.0% | -73.8% | 187.2% | 69.2% | 21.3% | 14.3% |
| **Yellow Pages** | | | | | | | | | | | | | | | | | | |
| R.H. Donnelly | 51.75 | - | - | - | - | - | - | - | - | - | 29.8% | 28.8% | 18.8% | 0.8% | 36.8% | 40.2% | 4.4% | 1.8% |
| **Television** | | | | | | | | | | | | | | | | | | |
| Belo | 17.94 | -14.8% | 8.2% | 30.1% | 27.8% | 7.8% | 24.2% | 1.5% | 82.7% | -28.2% | -3.9% | -14.7% | 18.1% | 18.4% | 34.8% | -8.0% | -17.8% | -14.2% |
| Hearst-Argyle | 22.28 | - | - | - | - | - | - | 40.9% | 21.4% | 18.8% | -18.3% | -23.2% | 6.5% | 11.8% | 14.8% | -3.8% | -8.8% | 8.9% |
| Nexstar Broadcasting | 5.50 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -32.7% | -49.7% | -7.2% |
| Sinclair | 11.30 | - | - | - | - | - | - | 30.7% | 71.3% | -18.1% | -37.8% | -17.8% | -5.7% | 22.8% | 28.8% | -38.8% | 3.3% | 14.1% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Radio** | | | | | | | | | | | | | | | | | | |
| CBS | 28.36 | - | 38.5% | 32.7% | 7.2% | -8.2% | 18.7% | -26.4% | 18.8% | 78.8% | 63.3% | -22.8% | -6.8% | -7.7% | 8.2% | -17.4% | -8.7% | -52.2% |
| Citadel | 4.29 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -37.7% | -15.8% | -25.9% |
| Clear Channel | 37.54 | 11.2% | 31.4% | 80.3% | 182.2% | 31.9% | 73.9% | 83.7% | 119.8% | 37.2% | 83.8% | -48.7% | 5.1% | -28.8% | 38.2% | -27.8% | 8.2% | 13.0% |
| Cox Radio | 11.88 | - | - | - | - | - | - | - | 130.8% | 5.8% | 128.1% | -32.1% | 12.8% | -10.8% | 18.8% | -34.7% | -14.8% | 15.9% |
| Cumulus | 10.10 | - | - | - | - | - | - | - | - | - | 206.3% | -82.8% | 348.3% | -8.3% | 48.3% | -31.8% | -17.7% | -18.3% |
| Emmis | 5.86 | - | - | - | - | - | 129.8% | 5.8% | 38.3% | -4.8% | 187.4% | -54.0% | -17.8% | -11.8% | 29.8% | -28.1% | 3.8% | -54.8% |
| Entercom | 17.82 | - | - | - | - | - | - | - | - | - | - | -49.8% | 45.2% | -6.2% | 12.8% | -32.2% | -17.3% | -5.0% |
| Radio One | 3.49 | - | - | - | - | - | - | - | - | - | - | - | 63.7% | -19.8% | 38.7% | -18.8% | -38.8% | -34.9% |
| Westwood One | 2.48 | -80.8% | -12.5% | 8.1% | 415.4% | 18.4% | 44.9% | 17.7% | 123.3% | -17.8% | 149.2% | -49.2% | 55.8% | 24.3% | -8.4% | -21.3% | -38.5% | -38.7% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Spanish Language Broadcasting** | | | | | | | | | | | | | | | | | | |
| Entravision | 5.83 | - | - | - | - | - | - | - | - | - | - | - | -36.0% | -18.8% | 11.2% | -34.8% | -14.7% | 18.4% |
| Spanish Broadcasting | 2.81 | - | - | - | - | - | - | - | - | - | - | -37.8% | 87.8% | -27.2% | 45.8% | 8.1% | -51.8% | -19.8% |
| Televisa | 23.70 | - | - | - | - | -54.3% | -23.9% | 13.9% | 51.0% | -38.2% | 175.8% | -34.2% | -3.9% | -35.3% | 44.2% | 38.8% | 38.8% | 34.2% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Outdoor** | | | | | | | | | | | | | | | | | | |
| Channel Outdoor | 25.30 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 39.2% |
| Lamar | 62.54 | - | - | - | - | - | - | - | 83.8% | 40.8% | 62.6% | -36.3% | 8.7% | -20.8% | 10.8% | 14.8% | 7.8% | 41.8% |
| JC Decaux | 33.38 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 80.3% | -28.3% | 34.4% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Entertainment** | | | | | | | | | | | | | | | | | | |
| Disney | 33.80 | -6.9% | 13.5% | 51.1% | -0.3% | 8.7% | 28.8% | 19.1% | 42.8% | -8.6% | -1.7% | -0.4% | -27.7% | -20.3% | 44.4% | 20.2% | -12.8% | 43.0% |
| DreamWorks Animation | 32.88 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -34.8% | 20.1% |
| News Corp. | 21.34 | - | - | - | - | - | 40.2% | -3.8% | 14.2% | 25.1% | 38.2% | -12.8% | -8.8% | -18.8% | 34.4% | 34.2% | -18.1% | 38.1% |
| Time Warner | 18.80 | - | - | - | 180.1% | 91.5% | 167.9% | -11.3% | 172.2% | 585.8% | 88.8% | -34.1% | -7.8% | -69.2% | 37.3% | 8.1% | -8.8% | 24.9% |
| Viacom | 40.41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -0.3% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| **Cable / Satellite** | | | | | | | | | | | | | | | | | | |
| Cablevision | 29.88 | -58.2% | 125.8% | 8.8% | 83.9% | -25.8% | 7.4% | -43.5% | 212.7% | 100.4% | 50.8% | 12.9% | -34.2% | -64.7% | 30.7% | 6.8% | -5.7% | 21.3% |
| Comcast | 20.80 | -70.8% | 28.8% | 16.7% | 58.7% | -36.8% | 15.2% | 0.8% | 81.7% | 80.6% | 72.1% | -13.7% | -12.8% | -34.8% | 39.1% | 1.8% | -22.1% | 63.3% |
| DirecTV | 26.14 | -28.3% | -12.8% | 80.9% | 56.6% | -6.8% | 44.1% | 16.6% | 23.7% | 7.4% | 141.9% | -28.1% | -32.6% | -30.1% | 54.7% | 1.1% | -16.7% | 78.8% |
| EchoStar | 40.91 | - | - | - | - | - | - | -8.3% | -23.8% | 198.8% | 708.2% | -53.3% | 20.7% | -18.8% | 52.7% | 8.8% | -18.3% | 38.9% |
| Liberty Global | 38.75 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | -4.7% | 29.8% |
| Average | | [illegible] | | | | | | | | | | | | | | | | |
| [illegible] | | [illegible] | | | | | | | | | | | | | | | | |

*Note: Stock price returns do not include dividends. Uses arithmetic averages.*
*Source: FactSet*

EXHIBIT C – 76

LEHMAN BROTHERS

EQUITY RESEARCH

## Lehman Brothers Newspaper Stock Scorecard (1 = Best Performer; 9 = Worst Performer)

Lehman Brothers
Craig A. Huber (212) 526-5546

| Overall Score | | | Blended 2007-08(E) Multiple P/E | EBITDA | FCF | Potential Upside to 12-mth Price Target | 2006-08(E) CAGR EPS | EBITDA | FCF | 2008(E) % Diff LB EPS vs. First Call | Average 2007-08(E) ROIC | ROE | Catalyst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gannett | 3-Underweight | 2 | 3 | 3 | 5 | 4 | 5 | 3 | 2 | 3 | 4 | 3 |
| 2 | Washington Post | 1-Overweight | 8 | 6 | 8 | 4 | 3 | 2 | 2 | 1 | 2 | 6 | 1 |
| 3 | Journal Comm. | 2-Equal weight | 4 | 2 | 6 | 2 | 2 | 6 | 7 | 4 | 5 | 8 | 2 |
| 4 | New York Times | 3-Underweight | 5 | 4 | 4 | 9 | 6 | 3 | 5 | 3 | 7 | 2 | 6 |
| 5 | Dow Jones | 2-Equal weight | 9 | 9 | 9 | 3 | 1 | 1 | 1 | 7 | 4 | 7 | 5 |
| 6 | Scripps, E.W. | 3-Underweight | 6 | 8 | 7 | 8 | 5 | 4 | 4 | 8 | 1 | 3 | 7 |
| 7 | McClatchy | 3-Underweight | 3 | 1 | 2 | 7 | 8 | 7 | 8 | 5 | 8 | 9 | 4 |
| 8 | Tribune | 3-Underweight | 7 | 7 | 8 | 1 | 7 | 9 | 6 | 9 | 6 | 1 | 8 |
| 9 | Journal Register | 3-Underweight | 1 | 5 | 1 | 8 | 8 | 8 | 9 | 2 | 9 | 8 | 8 |

### Company Statistics

| | P/E | EBITDA | FCF | Potential Upside to 12-mth Price Target | EPS CAGR | EBITDA CAGR | FCF CAGR | 2008(E) % Diff LB EPS vs. First Call | ROIC | ROE |
|---|---|---|---|---|---|---|---|---|---|---|
| **Large/Mid-Cap Newspapers** | | | | | | | | | | |
| Dow Jones | 41.6 | 17.0 | 38.4 | 0.7% | 23.1% | 9.3% | 16.9% | -17.1% | 6.3% | 8.1% |
| Gannett | 9.5 | 6.7 | 8.8 | -5.9% | -3.1% | -5.6% | -1.8% | -4.8% | 6.1% | 10.0% |
| McClatchy | 12.0 | 5.9 | 7.0 | -9.6% | -30.2% | -10.8% | -16.1% | -11.8% | 4.3% | 3.4% |
| New York Times | 18.3 | 7.2 | 11.3 | -15.7% | -10.6% | -2.4% | -8.9% | -18.1% | 4.5% | 12.7% |
| Scripps, E.W. | 21.4 | 10.8 | 20.1 | -9.4% | -5.3% | -3.9% | -3.7% | -14.0% | 13.6% | 11.8% |
| Tribune * | 24.2 | 10.4 | 18.3 | 15.4% | -26.8% | -12.8% | -13.5% | -27.9% | 4.7% | 13.2% |
| Washington Post | 28.1 | 10.4 | 31.6 | -6.3% | -1.8% | 0.8% | 8.0% | 0.9% | 8.9% | 9.0% |
| **Small-Cap Newspapers** | | | | | | | | | | |
| Journal Comm. | 13.6 | 6.2 | 16.4 | 8.0% | -1.2% | -6.8% | -14.8% | -10.6% | 5.0% | 8.9% |
| Journal Register | 5.7 | 4.3 | 5.1 | -11.6% | -30.6% | -11.9% | -18.6% | -25.8% | 3.4% | 6.8% |

*E = Lehman Brothers estimates*
*Note: Criteria are equal weighted in the total score.*
*Source: Lehman Brothers*

EXHIBIT C – 77

Price Target Methodologies

Our price target for shares of Dow Jones is $60, which is equal to the announced takeout price from News Corp.

Our 12-month price target on shares of Gannett is $39, which is derived as the average of the following three methodologies. 1) Our 10-year DCF analysis places fair value at $32 (using a WACC of 10.1%, a long-term FCF growth rate of negative 2.5%, and a terminal FCF multiple of 7.9, or an implied terminal EBITDA multiple of 4.7). 2) A target multiple of 7.0x estimated 2008 EBITDA, or $43 per share (which works out to 9.8x estimated 2008 EPS and 8.9x FCF). 3) Our sum-of-the-parts analysis places fair value at $42 based on applying an estimated 2008 EBITDA multiple of 6.5x for the newspaper division and a multiple of 9.0x for the TV station group (using blended 2007/08 EBITDA to take into account political/Olympics advertising), adjusting down the overall valuation by $441 million for corporate expenses, and taking into account net debt of $4.38 billion, an estimated $800 million in investments, and shares outstanding of 234.2 million.

Our 12-month price target on shares of McClatchy is $15, which is derived as the average of the following two methodologies: 1) Our 10-year DCF analysis places fair value at $12.50 (using a WACC of 10.0%, a long-term FCF growth rate of negative 2.5%, and a terminal FCF multiple of 8.0x, or an implied terminal EBITDA multiple of 4.5x); and 2) a multiple target of 6.5x estimated 2008 EBITDA equates to $17 per share (which is 13.1x estimated 2008 EPS and 7.6x FCF).

Our 12-month price target on shares of New York Times is $16, which is derived as the average of the following three methodologies: 1) Our 10-year DCF analysis places fair value at $12 (using a WACC of 10.5%, a long-term FCF growth rate of negative 2.5%, and a terminal FCF multiple of 7.7 or an implied terminal EBITDA multiple of 4.1). 2) A target multiple of 7.0x estimated 2008 EBITDA equates to $18 per share (which works out to 17.1x estimated 2008 EPS and 11.0x FCF). 3) Our sum-of-the-parts analysis places fair value at $19, based on applying an estimated 2008 EBITDA multiple of 7.0x for the newspapers, a multiple of 10.0x for About.com, adjusting down the overall valuation by $352 million for corporate expenses, and taking into account pro forma net debt of $901 million, an estimated $250 million in investments, and 143.9 million shares outstanding.

Our 12-month price target on shares of Scripps is $40, which is based on a sum of the parts analysis using 2008 EBITDA multiples (7.0x for the newspapers, 8.5x for the TV stations using blended 2007/08 EBITDA to take into account political/Olympics advertising, 10.0x for Home & Garden TV, 10.5x for Food Network, 7.5x for the interactive division, and 6.0x for licensing and other); a value of $75 million for Do It Yourself, $157.5 million for Fine Living, $75 million for Great American Country Network; docking $595.7 million in value for corporate expenses at a multiple of 8.8x; and taking into account net debt of $603.0 million and shares outstanding of 163.4 million.

Our 12-month price target on shares of Tribune is $34 based on the price per share shareholders will receive in a transaction taking Tribune private announced on April 2, 2007. The transaction is taking place in two parts with 126 million shares tendered on May 24, 2007, at $34 per share and the remaining shareholders receiving $34 per share in 4Q07 (target time frame). Should the Tribune privatization deal break and not occur, we believe that fair value on the stock, if it were to remain an ongoing public entity, would be significantly less than the current stock price. Given the added $7 billion in debt to repurchase 126 million shares in the tender offer, we think fair value on the stock would be $7-$8 per share based on our detailed sum-of-the-parts analysis: Using estimated 2008 EBITDA multiples of 7.0x for newspapers, 9.0x for the TV stations using blended 2007/08 EBITDA to take into account political advertising, 9.0x for radio/entertainment excluding the Chicago Cubs, docking $394 million in value for corporate expenses at a multiple of 7.8x, taking into account debt of $8.6 billion, PHONES debt of $1.3 billion, cash of $262 million, $286 million from Matthew Bender tax settlement case, $640 million in estimated after-tax proceeds for the Chicago Cubs which is being divested, $60 million in estimated after-tax proceeds for sale of three small newspapers, valuing the investment portfolio at $2.0 billion, and 118.4 million shares outstanding. Another way of looking at what Tribune's stock would be worth if the privatization deal were to break and not occur would be to value the shares at an assumed 15% 2008E free cash flow yield which equates to $10 per share.

Our 12-month price target on shares of Washington Post is $775, which is derived as the average of the following three methodologies. 1) Our 10-year DCF analysis places fair value at $787 per share (using a WACC of 10.0%, a long-term FCF growth rate of 3.5%, and a terminal FCF multiple of 15.6x, or an implied terminal EBITDA multiple of 7.4x). 2) A target multiple of 9.25x estimated 2008 EBITDA equates to $765 per share (which works out to 22.7x estimated 2008 EPS and 23.9x FCF). 3) Our sum-of-the-parts valuation places fair value at $784 per share based on 2008 EBITDA multiples—7.0x for the newspaper division, 9.0x for broadcasting (using blended 2007/08 EBITDA to take into account political/Olympics advertising), 7.5x for magazines, 8.0x for cable, and 12.5x for the education division. Docking the overall valuation by $375.9 million for corporate expenses, and taking into account net debt of $138.1 million, $420.0 million for the equity investment portfolio, and 9.50 million shares outstanding, gives us fair value.

Our 12-month price target on shares of Journal Communications is $9, which is derived as the average of the following three methodologies. 1) Our 10-year DCF analysis places fair value at $7 (using a WACC of 10.1%, a long-term FCF growth rate of 2.0%, and a terminal FCF multiple of 12.3x, or an implied terminal EBITDA multiple of 5.1x); 2) A target multiple of 7.25x estimated 2008 EBITDA equates to $11 per share (which results in 16.2x estimated 2008 EPS and 19.4x FCF); and 3) Our sum-of-the-parts analysis places fair value at $11 based on the following 2008 EBITDA multiples by segment—7.0x for the newspapers, 8.5x for the TV stations, 8.5x for the radio stations, (for both TV and radio stations, we use blended 2007/08 EBITDA to take into account political/Olympics advertising) and 4.5x for the printing services operation. We also assign a value of $10 million to the company's "other" segment. Also taking into account net debt outstanding of $91.9 million and shares outstanding of 67.1 million, this works out to a blended 2008 estimated EBITDA multiple of 7.9x.

Our 12-month price target on shares of Journal Register is $2, which is derived as the average of the following two methodologies: 1) Given the very high amount of debt at the company already, our 10-year discounted cash flow analysis puts fair value at $0 (using a WACC of 10.0%, a long-term free cash flow growth rate of 1.5%, and a terminal free cash flow multiple of 11.8x, or an implied terminal EBITDA

EXHIBIT C – 78

multiple of 5.1x); and 2) a target multiple of 9.5x estimated 2008 EBITDA equates to $4 per share (which results in 11.4x 2008 estimated EPS and 9.3x FCF).

## Investment Risks

Risks that may impede the achievement of our price targets for the nine newspapers we cover, in our view, include the following possibilities. 1) The U.S. economy slows in the next 12–18 months. 2) National and/or local advertisers make a secular shift out of newspapers and move their advertising budgets to the TV networks/stations, cable networks, Internet, the trade press, business/weekly magazines, and/or cut them altogether. 3) Secular deterioration occurs at a faster rate in newspaper classified advertising (help wanted, in particular) and through a continued migration to third-party online sites. 4) Newsprint prices rise faster than we expect. 5) A company begins to expand its cost base in anticipation of better economic times that do not occur in the coming years. 6) A company undertakes a large, expensive acquisition and/or the integration of an acquisition does not proceed smoothly. 7) The proposed loosening of media ownership rules and regulations fail or are tightened. 8) Circulation figures decrease more quickly than we anticipate. 9) Recent larger-than-normal newspaper circulation volume drops, leading to lack of advertising pricing power and/or ad volume decreases.

Risks specific to each company that may impede the achievement of our price targets, in our view, which are not aforementioned, include the following:

**Dow Jones:** 1) Wall Street employment levels deteriorate, pressuring Dow Jones Newswires; 2) tombstone advertising suffers from a lack of public offerings and/or investment banks choose not to place tombstone advertising in *The Wall Street Journal*; 3) a stock market downturn leads to fewer advertisements; 4) other advertisers look for alternative publications in which to place their ads; and 5) News Corp.'s takeout deal with Dow Jones does not end up happening.

**Gannett:** 1) TV stations suffer from a slowdown in advertising; and 2) the large U.K. newspaper operation continues to be negatively affected by the advertising slowdown in that market and/or currency hurts the overall performance in U.S. dollars.

**New York Times:** 1) Local economic trends in New York and/or Boston deteriorate more than the national average.

**Scripps:** 1) TV stations suffer from a slowdown in advertising; and 2) investors' revenue and ratings expectations for Scripps Networks do not materialize.

**Tribune:** 1) TV stations suffer from a slowdown in advertising, 2) ratings of the new CW network (launched in fall 2006) do not increase as much as expected; and 3) risk the deal to take Tribune private does not materialize.

**Washington Post:** 1) TV stations and/or magazines suffer from an advertising slowdown; 2) the number of cable subscribers declines sharply; and 3) revenue growth at the education division slows significantly and/or regulation changes affect the business.

**Journal Communications:** 1) TV stations suffer from a slowdown in advertising; 2) continued margin expansion in all segments, particularly newspapers and broadcasting, does not materialize as expected; 3) the company loses some or all of its business from a major client; and 4) there is continued pricing pressure in the commercial printing businesses.

**Journal Register:** 1) Interest expense on the high amounts of debt eventually overwhelm the company's cash flow.

*Stocks in this report are priced as of the close of business, November 1, 2007.*

**Analyst Certification:**

I, Craig A. Huber, hereby certify (1) that the views expressed in this research Industry Note accurately reflect my personal views about any or all of the subject securities or issuers referred to in this Industry Note and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Industry Note.

LEHMAN BROTHERS

EQUITY RESEARCH

FOR CURRENT IMPORTANT DISCLOSURES REGARDING COMPANIES THAT ARE THE SUBJECT OF THIS RESEARCH REPORT, PLEASE SEND A WRITTEN REQUEST TO:
LEHMAN BROTHERS CONTROL ROOM
745 SEVENTH AVENUE, 19TH FLOOR, NEW YORK, NY 10019
OR
REFER TO THE FIRM'S DISCLOSURE WEBSITE AT www.lehman.com/disclosures

**Important Disclosures Continued:**
The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities

| Company Name | Ticker | Price (31-Oct-2007) | Stock / Sector Rating |
|---|---|---|---|
| Dow Jones | DJ | US$ 59.61 | 2-Equal weight / 3-Negative |
| Gannett Inc. | GCI | US$ 41.45 | 3-Underweight / 3-Negative |
| Journal Communications | JRN | US$ 8.49 | 2-Equal weight / 3-Negative |
| Journal Register | JRC | US$ 2.26 | 3-Underweight / 3-Negative |
| McClatchy Company | MNI | US$ 16.58 | 3-Underweight / 3-Negative |
| New York Times | NYT | US$ 18.97 | 3-Underweight / 3-Negative |
| Scripps, E.W. | SSP | US$ 44.13 | 3-Underweight / 3-Negative |
| Tribune Co. | TRB | US$ 29.45 | 3-Underweight / 3-Negative |
| Washington Post | WPO | US$ 817.99 | 1-Overweight / 3-Negative |

**Guide to Lehman Brothers Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as 1-Overweight, 2-Equal weight or 3-Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector (the "sector coverage universe"). Below is the list of companies that constitute the sector coverage universe:

Dow Jones (DJ)
Journal Communications (JRN)
McClatchy Company (MNI)
Moody's Corp. (MCO)
RR Donnelley & Sons (RRD)
Tribune Co. (TRB)
Gannett Inc. (GCI)
Journal Register (JRC)
McGraw-Hill (MHP)
New York Times (NYT)
Scripps, E.W. (SSP)
Washington Post (WPO)

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**1-Overweight** - The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**2-Equal weight** - The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12- month investment horizon.
**3-Underweight** - The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**RS-Rating Suspended** - The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Sector View**
**1-Positive** - sector coverage universe fundamentals/valuations are improving.
**2-Neutral** - sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.
**3-Negative** - sector coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Lehman Brothers Equity Research has 2106 companies under coverage.
39% have been assigned a 1-Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as Buy rating, 30% of companies with this rating are investment banking clients of the Firm.

45% have been assigned a 2-Equal weight rating which, for purposes of mandatory regulatory disclosures, is classified as Hold rating, 37% of companies with this rating are investment banking clients of the Firm.
12% have been assigned a 3-Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as Sell rating, 24% of companies with this rating are investment banking clients of the Firm.

Lehman Brothers Inc. and its Foreign Affiliates Involved in the Production of Equity Research

| | | |
|---|---|---|
| New York<br>Lehman Brothers Inc. (LBI, New York)<br>745 Seventh Avenue<br>New York , New York 10019<br>Member, NYSE and NASD | London<br>Lehman Brothers International (Europe) Ltd.<br>(LBIE, London)<br>25 Bank Street<br>London, E14 5LE, United Kingdom<br>Regulated by FSA | Tokyo<br>Lehman Brothers Japan Inc. (LBJ, Tokyo)<br>Roppongi Hills Mori Tower, 31st Floor<br>6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan<br>Regulated by FSA |
| Taipei<br>Lehman Brothers Inc., Taiwan Branch<br>(LBI, Taiwan)<br>Cathay Financial Center 12F<br>7 Sungren Road - Shin-Yi District<br>Taipei, Taiwan | Seoul<br>Lehman Brothers International (Europe) Seoul Branch (LBIE, Seoul)<br>Hanwha Building, 12th Floor<br>110, Sokong-dong Chung-Ku<br>Seoul 100-755, Korea<br>Regulated by FSC | Hong Kong<br>Lehman Brothers Asia Limited - Hong Kong<br>(LBAL, Hong Kong)<br>Two International Finance Centre<br>8 Finance Street, 26th Floor<br>Central, Hong Kong<br>Regulated by SFC |
| Mumbai<br>Lehman Brothers Inc., India Branch<br>(LBI, India)<br>Winchester, Off High Street, 9th Floor<br>Hiranandani Business Park,<br>Powai, Mumbai 400 076, India | Mumbai<br>Lehman Brothers Securities Private Limited<br>(LBSPL, India)<br>Ceejay House, 11th Level, Plot F,<br>Shivsagar Estate, Dr. Annie Besant Road,<br>Worli, Mumbai 400018<br>Regulated by SEBI | Sydney<br>Lehman Brothers Australia Securities Pty Ltd.<br>LBASPL, Sydney<br>Level 33, 264 George Street<br>Sydney NSW 2000, Australia<br>Regulated by ASIC |

This material has been prepared and/or issued by Lehman Brothers Inc., member SIPC, and/or one of its affiliates ("Lehman Brothers") and has been approved by Lehman Brothers International (Europe), authorized and regulated by the Financial Services Authority, in connection with its distribution in the European Economic Area. This material is distributed in Japan by Lehman Brothers Japan Inc., and in Hong Kong by Lehman Brothers Asia Limited. This material is distributed in Australia by Lehman Brothers Australia Pty Limited, and in Singapore by Lehman Brothers Singapore Pte Ltd. Where this material is distributed by Lehman Brothers Singapore Pte Ltd, please note that it is intended for general circulation only and the recommendations contained herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person. An investor should consult his Lehman Brothers' representative regarding the suitability of the product and take into account his specific investment objectives, financial situation or particular needs before he makes a commitment to purchase the investment product. This material is distributed in Korea by Lehman Brothers International (Europe) Seoul Branch. This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. No part of this document may be reproduced in any manner without the written permission of Lehman Brothers. With the exception of disclosures relating to Lehman Brothers, this research report is based on current public information that Lehman Brothers considers reliable, but we make no representation that it is accurate or complete, and it should not be relied on as such. In the case of any disclosure to the effect that Lehman Brothers Inc. or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company, the computation of beneficial ownership of securities is based upon the methodology used to compute ownership under Section 13(d) of the United States' Securities Exchange Act of 1934. In the case of any disclosure to the effect that Lehman Brothers Inc. and/or its affiliates hold a short position of at least 1% of the outstanding share capital of a particular company, such disclosure relates solely to the ordinary share capital of the company. Accordingly, while such calculation represents Lehman Brothers' holdings net of any long position in the ordinary share capital of the company, such calculation excludes any rights or obligations that Lehman Brothers may otherwise have, or which may accrue in the future, with respect to such ordinary share capital. Similarly such calculation does not include any shares held or owned by Lehman Brothers where such shares are held under a wider agreement or arrangement (be it with a client or a counterparty) concerning the shares of such company (e.g. prime broking and/or stock lending activity). Any such disclosure represents the position of Lehman Brothers as of the last business day of the calendar month preceding the date of this report. This material is provided with the understanding that Lehman Brothers is not acting in a fiduciary capacity. Opinions expressed herein reflect the opinion of Lehman Brothers and are subject to change without notice. The products mentioned in this document may not be eligible for sale in some states or countries, and they may not be suitable for all types of investors. If an investor has any doubts about product suitability, he should consult his Lehman Brothers representative. The value of and the income produced by products may fluctuate, so that an investor may get back less than he invested. Value and income may be adversely affected by exchange rates, interest rates, or other factors. Past performance is not necessarily indicative of future results. If a product is income producing, part of the capital invested may be used to pay that income. © 2007 Lehman Brothers. All rights reserved. Additional information is available on request. Please contact a Lehman Brothers entity in your home jurisdiction.

Lehman Brothers policy for managing conflicts of interest in connection with investment research is available at www.lehman.com/researchconflictspolicy. Ratings, earnings per share forecasts and price targets contained in the Firm's equity research reports covering U.S. companies are available at www.lehman.com/disclosures.

Complete disclosure information on companies covered by Lehman Brothers Equity Research is available at www.lehman.com/disclosures.

LE. .MAN BROTHERS

EQUITY RESEARCH

October 25, 2007

North America
Investment Strategy & Macro
Accounting & Tax Policy

# Accounting & Tax Policy

Robert Willens, CPA
1.212.526.4095
rwillens@lehman.com
LBI, New York

Market Commentary/Strategy

## Rangel's Tax Proposal

**Sector View:**

New: 0-Not Rated
Old: 0-Not Rated

**Investment Conclusion**

- Representative Rangel's Tax Proposal Contains Some "Interesting" Provisions.

Representative Charles Rangel (D—NY), the Chairman of the House Ways & Means Committee, has introduced a tax bill, called "The Tax Reduction and Reform Act of 2007", the centerpiece of which is the repeal, for taxable years beginning after 2007, of the alternative minimum tax on individuals. However, this repeal is estimated to cost $795.66 billion over ten years and in order to "pay" for this tax reduction, the bill proposes numerous tax increases including treating at least a portion of the "carried interest" earned by investment fund managers as ordinary income rather than capital gain. In addition, the bill would require brokers to report to their customers the cost basis of any "publicly-traded securities" acquired by such customers in accounts maintained with the broker. Covered securities would be stock, debt, commodities, derivatives and other items specified by the Secretary of the Treasury. The provision would apply to stock acquired after January 1, 2009 and to other instruments (that fall within the definition of the term publicly-traded securities) acquired after January 1, 2011.

The bill would reduce the top corporate marginal tax rate from its present level of 35% to 30.5%. In addition, however, it would reduce the inter-corporate dividends received deduction from its present level of 70% to only 60%. Thus, even taking into account the reduction in the marginal corporate tax rate, the "effective tax rate" on inter-corporate dividends would increase some 16%, from 10.5 % to 12.2 %. (In addition, the 80% dividends received deduction, for dividends received from "20 % owned corporations", would be reduced to 70 %—Thus, the effective rate on these dividends would increase from 7 % to 9.15 %). The bill would also repeal the Sec. 199 domestic production activities deduction—a deduction which, when fully phased in, would provide qualifying taxpayers with a 3.15 % tax rate reduction with respect to domestic manufacturing income.

In addition, the bill would repeal the LIFO method of accounting under which corporations, in computing their gross profit, are permitted to "sequence" the most recent costs through the cost of goods sold account. In addition, corporations presently using LIFO would have to "recapture" (i.e., report as income) their "LIFO reserves" (the amount by which the LIFO basis of the inventory is less than the FIFO basis). The income recognized as a result of this recapture would be taken into account over 8 years. The bill would clarify (but not, as feared, "codify) the "economic substance" doctrine. Under this clarification, the doctrine would be satisfied only if (i) the transaction changes, in a "meaningful way", apart from tax consequences, the taxpayer's "economic position" and (ii) the taxpayer has a substantial non-federal income tax purpose for entering into the transaction.

Transactions that are structured as actual asset acquisitions or as deemed asset acquisitions (because the transaction constitutes a "qualified stock purchase" and the purchaser, in connection with such qualified stock purchase, makes an election under Sec. 338, including an election under Sec. 338(h)(10)) are eligible for the benefits of Sec. 197. That section requires that the cost of most acquired intangible assets, including goodwill, be amortized, ratably, over a 15 year period beginning with the month in which the intangible asset is acquired. The Rangel bill would extend the amortization period from 15 years to 20 years. Nearly $21 billion in tax revenues, over the 10 year period, would be raised by this seemingly innocuous provision. In addition, the bill contains provisions that will make it much more difficult for U.S. taxpayers to defer the reporting, for U.S. tax purposes, of the income earned by their foreign subsidiaries. In addition, the bill would amend Sec. 361(a) to re-classify "securities" received in a reorganization to "other property or money". Accordingly, the debt for debt exchanges that have become a staple of many spin-off transactions would no longer be as popular. To avoid tax on the receipt of the securities, the distributing corporation would have to distribute the securities to its shareholders (as opposed to its creditors) and, thus, debt could not be shifted, in a tax-efficient manner, from the distributing corporation to the controlled corporation.

**Lehman Brothers does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report.**

**Customers of Lehman Brothers in the United States can receive independent, third-party research on the company or companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.lehmanlive.com or can call 1-800-2LEHMAN to request a copy of this research.**

**Investors should consider this report as only a single factor in making their investment decision.**

PLEASE SEE ANALYST(S) CERTIFICATION(S) ON PAGE 2 AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 3

The "Zell Amendment"

Finally, the bill might actually have an adverse effect on the Tribune buyout. The Tribune buyout envisions the conversion of Tribune, once it satisfies the requirements to be characterized as a "small business corporation", from C corporation to S corporation status. S corporations are not taxed on their taxable income. Instead, the income earned by an S corporation is "passed through" to its shareholders and is taxed directly to such shareholders. Where the shareholder of an S corporation is a "qualified retirement plan" ("an organization described in Sec. 401(a)"), the income earned by the S corporation, and passed through to the plan, is taxed to such plan because Sec. 512(e)(1)(B) provides that such income is taken into account in computing the organization's "unrelated business taxable income". However, there is an exception to this rule, found in Sec. 512(e)(3), for cases where the qualified plan (owning the S corporation's stock) is an ESOP. In that case, the income passed through from the S corporation is not taken into account in calculating the ESOP's unrelated business taxable income. In the Tribune case, Mr. Zell will hold a warrant (to acquire 43 % of Tribune's outstanding stock) and the ESOP will hold 100 % of the S corporation's outstanding stock. Thus, during the period this arrangement exists, no taxes at all will be assessed on the income earned by Tribune. The bill, however, would alter this outcome: it would require "option holders" (like Mr. Zell) to recognize income when the option is exercised or sold in an amount equal to the income "that was shifted to the ESOP" during the period of time that the option was held by the taxpayer. Thus, apparently, when Mr. Zell sold (or exercised) his option (to purchase stock of Tribune) he would be required to report (and pay tax and interest on) 43 % of the taxable income earned by Tribune during the period in which Mr. Zell held the option. Will the specter of this tax hinder the Tribune deal? It certainly cannot be ruled out.

---

**Analyst Certification:**

**I, Robert Willens, CPA, hereby certify (1) that the views expressed in this research Industry Note accurately reflect my personal views about any or all of the subject securities or issuers referred to in this Industry Note and (2) no part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views expressed in this Industry Note.**

**Important Disclosures Continued:**
The analysts responsible for preparing this report have received compensation based upon various factors including the firm's total revenues, a portion of which is generated by investment banking activities

**Guide to Lehman Brothers Equity Research Rating System:**
Our coverage analysts use a relative rating system in which they rate stocks as 1-Overweight, 2-Equal weight or 3-Underweight (see definitions below) relative to other companies covered by the analyst or a team of analysts that are deemed to be in the same industry sector (the "sector coverage universe"). Not applicable.

In addition to the stock rating, we provide sector views which rate the outlook for the sector coverage universe as 1-Positive, 2-Neutral or 3-Negative (see definitions below). A rating system using terms such as buy, hold and sell is not the equivalent of our rating system. Investors should carefully read the entire research report including the definitions of all ratings and not infer its contents from ratings alone.

**Stock Rating**
**1-Overweight** - The stock is expected to outperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**2-Equal weight** - The stock is expected to perform in line with the unweighted expected total return of the sector coverage universe over a 12- month investment horizon.
**3-Underweight** - The stock is expected to underperform the unweighted expected total return of the sector coverage universe over a 12-month investment horizon.
**RS-Rating Suspended** - The rating and target price have been suspended temporarily to comply with applicable regulations and/or firm policies in certain circumstances including when Lehman Brothers is acting in an advisory capacity in a merger or strategic transaction involving the company.

**Sector View**
**1-Positive** - sector coverage universe fundamentals/valuations are improving.
**2-Neutral** - sector coverage universe fundamentals/valuations are steady, neither improving nor deteriorating.
**3-Negative** - sector coverage universe fundamentals/valuations are deteriorating.

**Distribution of Ratings:**
Lehman Brothers Equity Research has 2101 companies under coverage.
39% have been assigned a 1-Overweight rating which, for purposes of mandatory regulatory disclosures, is classified as Buy rating, 30% of companies with this rating are investment banking clients of the Firm.
45% have been assigned a 2-Equal weight rating which, for purposes of mandatory regulatory disclosures, is classified as Hold rating, 38% of companies with this rating are investment banking clients of the Firm.
12% have been assigned a 3-Underweight rating which, for purposes of mandatory regulatory disclosures, is classified as Sell rating, 21% of companies with this rating are investment banking clients of the Firm.

Lehman Brothers Inc. and its Foreign Affiliates Involved in the Production of Equity Research

| | | |
|---|---|---|
| **New York**<br>Lehman Brothers Inc. (LBI, New York)<br>745 Seventh Avenue<br>New York , New York 10019<br>Member, NYSE and NASD | **London**<br>Lehman Brothers International (Europe) Ltd.<br>(LBIE, London)<br>25 Bank Street<br>London, E14 5LE, United Kingdom<br>Regulated by FSA | **Tokyo**<br>Lehman Brothers Japan Inc. (LBJ, Tokyo)<br>Roppongi Hills Mori Tower, 31st Floor<br>6-10-1 Roppongi, Minato-ku, Tokyo 106-6131, Japan<br>Regulated by FSA |
| **Taipei**<br>Lehman Brothers Inc., Taiwan Branch<br>(LBI, Taiwan)<br>Cathay Financial Center 12F<br>7 Sungren Road - Shin-Yi District<br>Taipei, Taiwan | **Seoul**<br>Lehman Brothers International (Europe) Seoul Branch (LBIE, Seoul)<br>Hanwha Building, 12th Floor<br>110, Sokong-dong Chung-Ku<br>Seoul 100-755, Korea<br>Regulated by FSC | **Hong Kong**<br>Lehman Brothers Asia Limited - Hong Kong<br>(LBAL, Hong Kong)<br>Two International Finance Centre<br>8 Finance Street, 26th Floor<br>Central, Hong Kong<br>Regulated by SFC |
| **Mumbai**<br>Lehman Brothers Inc., India Branch<br>(LBI, India)<br>Winchester, Off High Street, 9th Floor<br>Hiranandani Business Park,<br>Powai, Mumbai 400 076, India | **Mumbai**<br>Lehman Brothers Securities Private Limited<br>(LBSPL, India)<br>Ceejay House, 11th Level, Plot F,<br>Shivsagar Estate, Dr. Annie Besant Road,<br>Worli, Mumbai 400018<br>Regulated by SEBI | **Sydney**<br>Lehman Brothers Australia Securities Pty Ltd.<br>LBASPL, Sydney<br>Level 33, 264 George Street<br>Sydney NSW 2000, Australia<br>Regulated by ASIC |

EXHIBIT C – 84

This material has been prepared and/or issued by Lehman Brothers Inc., member SIPC, and/or one of its affiliates ("Lehman Brothers") and has been approved by Lehman Brothers International (Europe), authorized and regulated by the Financial Services Authority, in connection with its distribution in the European Economic Area. This material is distributed in Japan by Lehman Brothers Japan Inc., and in Hong Kong by Lehman Brothers Asia Limited. This material is distributed in Australia by Lehman Brothers Australia Pty Limited, and in Singapore by Lehman Brothers Singapore Pte Ltd. Where this material is distributed by Lehman Brothers Singapore Pte Ltd, please note that it is intended for general circulation only and the recommendations contained herein does not take into account the specific investment objectives, financial situation or particular needs of any particular person. An investor should consult his Lehman Brothers' representative regarding the suitability of the product and take into account his specific investment objectives, financial situation or particular needs before he makes a commitment to purchase the investment product. This material is distributed in Korea by Lehman Brothers International (Europe) Seoul Branch. This document is for information purposes only and it should not be regarded as an offer to sell or as a solicitation of an offer to buy the securities or other instruments mentioned in it. No part of this document may be reproduced in any manner without the written permission of Lehman Brothers. With the exception of disclosures relating to Lehman Brothers, this research report is based on current public information that Lehman Brothers considers reliable, but we make no representation that it is accurate or complete, and it should not be relied on as such. In the case of any disclosure to the effect that Lehman Brothers Inc. or its affiliates beneficially own 1% or more of any class of common equity securities of the subject company, the computation of beneficial ownership of securities is based upon the methodology used to compute ownership under Section 13(d) of the United States' Securities Exchange Act of 1934. In the case of any disclosure to the effect that Lehman Brothers Inc. and/or its affiliates hold a short position of at least 1% of the outstanding share capital of a particular company, such disclosure relates solely to the ordinary share capital of the company. Accordingly, while such calculation represents Lehman Brothers' holdings net of any long position in the ordinary share capital of the company, such calculation excludes any rights or obligations that Lehman Brothers may otherwise have, or which may accrue in the future, with respect to such ordinary share capital. Similarly such calculation does not include any shares held or owned by Lehman Brothers where such shares are held under a wider agreement or arrangement (be it with a client or a counterparty) concerning the shares of such company (e.g. prime broking and/or stock lending activity). Any such disclosure represents the position of Lehman Brothers as of the last business day of the calendar month preceding the date of this report. This material is provided with the understanding that Lehman Brothers is not acting in a fiduciary capacity. Opinions expressed herein reflect the opinion of Lehman Brothers and are subject to change without notice. The products mentioned in this document may not be eligible for sale in some states or countries, and they may not be suitable for all types of investors. If an investor has any doubts about product suitability, he should consult his Lehman Brothers representative. The value of and the income produced by products may fluctuate, so that an investor may get back less than he invested. Value and income may be adversely affected by exchange rates, interest rates, or other factors. Past performance is not necessarily indicative of future results. If a product is income producing, part of the capital invested may be used to pay that income. © 2007 Lehman Brothers. All rights reserved. Additional information is available on request. Please contact a Lehman Brothers entity in your home jurisdiction.

Lehman Brothers policy for managing conflicts of interest in connection with investment research is available at www.lehman.com/researchconflictspolicy. Ratings, earnings per share forecasts and price targets contained in the Firm's equity research reports covering U.S. companies are available at www.lehman.com/disclosures.

**Complete disclosure information on companies covered by Lehman Brothers Equity Research is available at www.lehman.com/disclosures.**

# EXHIBIT D

December 20, 2007

Goldman Sachs

COMPANY UPDATE

# Tribune Company (TRB)

Neutral

## Good-bye and good luck

### What's changed

Tribune completed its go-private transaction today with the purchase of the company's remaining outstanding shares for $34 per share. The company starts life as a private entity with roughly $13 billion in debt (before proceeds from planned asset sales), or roughly 11x 2008E EBITDA.

### Implications

With estimated annual interest expense (before adjustments for asset sales) of $1 billion and 2008E EBITDA of $1.147 billion, the transaction leaves very little room for error, particularly given the extremely challenging industry backdrop. The company could potentially face a liquidity crunch fairly quickly if the ad revenue trends of 2007 (YTD newspaper ad revenues down 8.5% thru November, TV revenues down 2.4%) persist into 2008 and beyond. Mr. Zell and team clearly have their work cut out for them. We wouldn't be surprised to see additional asset sales beyond the announcements to date (Cubs, Southern CT papers).

### Valuation

Based on our 2008 estimate of EBITDA, and assuming the company's other assets (Chicago Cubs, Food Network interest, CareerBuilder stake, etc.) are worth approximately $2.2 billion, Tribune's $34 go-private price represents a multiple of about 9.0x EBITDA. We view this as a very rich valuation in the context of the cyclical and secular challenges facing the industry.

### Key risks

(1) Highly levered, (2) cyclical pressures, (3) secular shifts in ad market.

### Impact on related securities

We do not believe the Tribune go-private transaction portends further industry consolidation given (1) tight credit market conditions and (2) weak industry fundamentals. Financial pressure on Tribune leading to asset sales could create opportunities for other media firms, including Scripps if liquidity pressures motivate Tribune to sell its Food Network stake.

**INVESTMENT LIST MEMBERSHIP**
**Neutral**

**Coverage View: Cautious**
United States:
Media

**Investment Profile: Tribune Company**

Low / High: Growth, Returns *, Multiple, Volatility

Percentile: 20th, 40th, 60th, 80th, 100th

TRB

American Publishing Peer Group Average

* Returns = Return on Capital. For a complete description of the investment profile measures please refer to the disclosure section of this document.

| Key data | Current |
|---|---|
| Price ($) | 33.98 |
| 6 month price target ($) | 34.00 |
| Market cap ($ mn) | 8,224.3 |
| Dividend yield (%) | 1.5 |
| Net margin (%) | 6.2 |
| Debt/total capital (%) | 87.8 |

| | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Revenue ($ mn) | 5,546.8 | 5,093.1 | 5,052.8 | 5,029.8 |
| EPS ($) | 2.02 | 1.69 | 1.45 | 1.53 |
| P/E (X) | 16.8 | 20.1 | 23.4 | 22.2 |
| EV/EBITDA (X) | 10.6 | 12.0 | 10.7 | 10.8 |
| ROE (%) | 10.1 | 10.6 | 12.1 | 10.8 |

| | 9/07 | 12/07E | 3/08E | 6/08E |
|---|---|---|---|---|
| EPS ($) | 0.37 | 0.67 | 0.02 | 0.44 |

**Price performance chart**

| Share price performance (%) | 3 month | 6 month | 12 month |
|---|---|---|---|
| Absolute | 24.2 | 13.4 | 8.4 |
| Rel. to S&P 500 | 28.1 | 17.5 | 5.8 |

Source: Company data, Goldman Sachs Research estimates, FactSet. Price as of [illegible] close.

Peter P. Appert, CFA
(415) 249-7480 | peter.appert@gs.com Goldman, Sachs & Co.
Peter M. Salkowski
(415) 249-7482 | peter.salkowski@gs.com Goldman, Sachs & Co.
Stephanie Withers, CFA
(415) 249-7470 | stephanie.withers@gs.com Goldman, Sachs & Co.

The Goldman Sachs Group, Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Customers in the US can receive independent, third-party research on companies covered in this report, at no cost to them, where such research is available. Customers can access this independent research at www.independentresearch.gs.com or call 1-866-727-7000. For Reg AC certification, see the text preceding the disclosures. For other important disclosures go to www.gs.com/research/hedge.html. Analysts employed by non-US affiliates are not required to take the NASD/NYSE analyst exam.

EXHIBIT D – [illegible]

# Tribune Company: Summary financials

| Profit model ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Total revenue | 5,546.8 | 5,093.1 | 5,052.8 | 5,028.8 |
| Cost of goods sold | (2,745.8) | (2,555.8) | (2,544.9) | (2,531.3) |
| SG&A | (1,467.7) | (1,366.1) | (1,380.4) | (1,353.1) |
| R&D | 0.0 | 0.0 | 0.0 | 0.0 |
| Other operating profit/(expense) | 0.0 | 0.0 | 0.0 | 0.0 |
| ESO expense | (33.8) | (33.4) | (33.4) | (33.4) |
| EBITDA | 1,333.3 | 1,171.4 | 1,147.2 | 1,142.4 |
| Depreciation & amortization | (229.3) | (225.0) | (225.0) | (225.0) |
| EBIT | 1,104.0 | 946.4 | 922.2 | 917.4 |
| Net interest income/(expense) | (259.8) | (556.0) | (710.0) | (692.0) |
| Income/(loss) from associates | 74.9 | 103.0 | 80.0 | 83.2 |
| Others | 0.0 | 0.0 | 0.0 | 0.0 |
| Pretax profits | 919.1 | 493.3 | 292.2 | 308.6 |
| Provision for taxes | (357.5) | (200.2) | (115.4) | (121.9) |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| Net income pre-preferred dividends | 561.6 | 293.1 | 176.8 | 188.7 |
| Preferred dividends | (6.3) | 3.0 | 6.0 | 6.0 |
| Net income (pre-exceptionals) | 555.3 | 296.1 | 182.8 | 192.7 |
| Post tax exceptionals | 97.6 | 19.1 | 0.0 | 0.0 |
| Net income (post-exceptionals) | 652.9 | 315.2 | 182.8 | 192.7 |
| | | | | |
| EPS (basic, pre-except) ($) | 2.02 | 1.70 | 1.46 | 1.54 |
| EPS (diluted, pre-except) ($) | 2.02 | 1.69 | 1.45 | 1.53 |
| EPS (basic, post-except) ($) | 2.37 | 1.81 | 1.46 | 1.54 |
| EPS (diluted, post-except) ($) | 2.38 | 1.80 | 1.45 | 1.53 |
| Common dividends paid | (194.6) | (68.7) | (90.7) | (90.7) |
| DPS ($) | 0.73 | 0.40 | 0.68 | 0.68 |
| Dividend payout ratio (%) | 36.2 | 28.3 | 48.3 | 44.0 |

| Balance sheet ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Cash & equivalents | 174.7 | 844.7 | 742.9 | 713.5 |
| Accounts receivable | 785.9 | 577.5 | 559.3 | 547.8 |
| Inventory | 41.0 | 36.0 | 35.6 | 35.4 |
| Other current assets | 395.9 | 264.8 | 264.8 | 264.8 |
| Total current assets | 1,377.4 | 1,722.8 | 1,902.8 | 1,561.5 |
| Net PP&E | 1,695.1 | 1,936.1 | 2,351.1 | 2,566.1 |
| Net intangibles | 10,574.9 | 10,268.7 | 10,248.7 | 10,228.7 |
| Total investments | — | — | — | — |
| Other long-term assets | 446.5 | 721.2 | 721.2 | 721.2 |
| Total assets | 13,400.8 | 14,069.1 | 14,353.7 | 14,517.7 |
| | | | | |
| Accounts payable | 151.6 | 542.5 | 559.4 | 557.9 |
| Short-term debt | 1,429.0 | 78.5 | 78.5 | 78.5 |
| Other current liabilities | 966.1 | 734.6 | 734.6 | 734.6 |
| Total current liabilities | 2,546.7 | 1,355.5 | 1,372.5 | 1,371.0 |
| Long-term debt | 3,576.2 | 8,863.8 | 8,663.8 | 8,463.8 |
| Other long-term liabilities | 2,958.2 | 2,578.5 | 2,578.5 | 2,578.5 |
| Total long-term liabilities | 6,534.4 | 11,442.1 | 11,242.1 | 11,042.1 |
| Total liabilities | 9,081.2 | 12,797.6 | 12,614.8 | 12,413.1 |
| | | | | |
| Preferred shares | 0.0 | 0.0 | 0.0 | 0.0 |
| Common stock | 1,181.3 | (2,030.3) | (1,654.7) | (1,298.2) |
| Retained earnings | 3,138.3 | 3,301.8 | 3,393.9 | 3,403.8 |
| Other common equity | 0.0 | 0.0 | 0.0 | 0.0 |
| Total common equity | 4,319.6 | 1,271.5 | 1,739.2 | 2,104.8 |
| Minority interest | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | |
| Total liabilities & equity | 13,400.8 | 14,068.1 | 14,353.7 | 14,517.7 |

| Growth & margins (%) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Sales growth | (0.9) | (8.2) | (0.8) | (0.5) |
| EBITDA growth | (7.4) | (12.1) | (2.1) | (0.4) |
| EBIT growth | (7.7) | (14.3) | (2.6) | (0.5) |
| Net income (pre-except) growth | (15.0) | (46.7) | (38.3) | 5.4 |
| EPS growth | (2.8) | (15.5) | (14.2) | 6.4 |
| Gross margin | 50.5 | 49.8 | 49.6 | 49.6 |
| EBITDA margin | 24.0 | 23.0 | 22.7 | 22.7 |
| EBIT margin | 19.9 | 18.6 | 18.3 | 18.3 |

| Cash flow statement ($ mn) | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Net income | 561.6 | 258.9 | 176.8 | 186.7 |
| D&A add-back (incl. ESO) | 229.3 | 225.0 | 225.0 | 225.0 |
| Minority interest add-back | 0.0 | 0.0 | 0.0 | 0.0 |
| Net inc/(dec) working capital | 39.9 | 483.8 | 35.6 | 10.2 |
| Other operating cash flow | 22.2 | 33.4 | 33.4 | 33.4 |
| Cash flow from operations | 787.8 | 999.1 | 470.8 | 455.3 |
| | | | | |
| Capital expenditures | (221.8) | (200.0) | (200.0) | (200.0) |
| Acquisitions | (48.1) | 0.0 | 0.0 | 0.0 |
| Divestitures | (174.1) | 0.0 | 0.0 | 0.0 |
| Others | 470.6 | 0.0 | 0.0 | 0.0 |
| Cash flow from investing | 26.6 | (200.0) | (200.0) | (200.0) |
| | | | | |
| Dividends paid (common & pref) | (200.9) | (85.7) | (84.7) | (84.7) |
| Inc/(dec) in debt | 1,635.4 | 4,035.7 | (200.0) | (200.0) |
| Other financing cash flows | (2,225.1) | (4,167.0) | 0.0 | 0.0 |
| Cash flow from financing | (790.7) | (217.0) | (284.7) | (284.7) |
| Total cash flow | 23.6 | 582.1 | (13.9) | (29.4) |

| Additional financials | 12/06 | 12/07E | 12/08E | 12/09E |
|---|---|---|---|---|
| Net debt/equity (%) | 111.8 | 638.8 | 458.9 | 372.0 |
| Interest cover (X) | 4.3 | 1.7 | 1.3 | 1.3 |
| Inventory days | 5.7 | 5.5 | 5.1 | 5.1 |
| Receivable days | 51.5 | 48.1 | 41.1 | 40.2 |
| BVPS ($) | 14.29 | 4.21 | 5.75 | 6.96 |
| | | | | |
| ROA (%) | 4.0 | 2.2 | 1.3 | 1.3 |
| CROCI (%) | 4.0 | 3.8 | 4.0 | 3.9 |
| | | | | |
| Dupont ROE (%) | 12.9 | 23.3 | 10.5 | 8.2 |
| Margin (%) | 10.0 | 5.8 | 3.8 | 3.8 |
| Turnover (X) | 0.4 | 0.4 | 0.4 | 0.3 |
| Leverage (X) | 3.1 | 11.1 | 8.3 | 6.9 |
| | | | | |
| Free cash flow per share ($) | 1.25 | 4.80 | 2.17 | 2.04 |
| Free cash flow yield (%) | 4.1 | 13.5 | 6.4 | 6.0 |

Note: Last actual year may include reported and estimated data.
Source: Company data, Goldman Sachs Research estimates.

**Analyst Contributors**

Peter P. Appert, CFA
peter.appert@gs.com

Peter M. Salkowski
peter.salkowski@gs.com

Stephanie Withers, CFA
stephanie.withers@gs.com

EXHIBIT D – 87

December 20, 2007 Tribune Company (TRB)

## Trading history

Exhibit 1: TRB trading history

70
60
50
40
30
20
10
0
CAGR in share price since IPO:
TRB: +9.9%
S&P 500: +9.4%
3/2000: Tribune acquires Times Mirror
10/1983: IPO at split-adjusted $3.50
9/2006: Plans to explore strategic alternatives
10/12/1983
10/12/1984
10/12/1985
10/12/1986
10/12/1987
10/12/1988
10/12/1989
10/12/1990
10/12/1991
10/12/1992
10/12/1993
10/12/1994
10/12/1995
10/12/1996
10/12/1997
10/12/1998
10/12/1999
10/12/2000
10/12/2001
10/12/2002
10/12/2003
10/12/2004
10/12/2005
10/12/2006
10/12/2007
TRB
S&P500 (indexed to TRB)

*Source: Factset.*

Goldman Sachs Global Investment Research

EXHIBIT D – 88 3

December 20, 2007 Tribune Company (TRB)

# Financial Model

## Exhibit 2: Tribune earnings model - pre buyout

Data in $ millions, except per share amounts

| | 2005A | FY 2006 | | | | 2006A | FY 2007E | | | | 2007E | 2008E | 2009E | 06-09 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YEAR | 1QA | 2QA | 3QA | 4QA (14 weeks) | YEAR | 1QA | 2QA | 3QA | 4QE (13 weeks) | YEAR | YEAR | YEAR | CAGR |
| REVENUE | | | | | | | | | | | | | | |
| Publishing | $4,096.9 | $896.8 | $1,028.3 | $958.5 | $1,111.3 | $4,092.8 | $931.5 | $920.4 | $870.8 | $948.9 | $3,669.8 | $3,578.2 | $3,517.2 | -4.9% |
| Advertising | 3,244.8 | 787.7 | 822.9 | 758.2 | 893.3 | 3,280.1 | 730.8 | 721.1 | 674.5 | 748.5 | 2,872.8 | 2,788.8 | 2,731.0 | -5.7% |
| Circulation | 598.2 | 146.9 | 142.8 | 137.7 | 149.5 | 578.0 | 134.8 | 131.8 | 129.3 | 131.9 | 527.8 | 522.8 | 517.4 | -3.5% |
| Other | 258.1 | 63.0 | 63.4 | 62.8 | 68.5 | 257.5 | 64.8 | 67.5 | 67.0 | 68.5 | 288.8 | 288.8 | 288.8 | 1.4% |
| Broadcasting/Entertainment | 1,498.8 | 302.8 | 403.6 | 392.6 | 355.8 | 1,454.3 | 283.0 | 393.0 | 408.1 | 341.4 | 1,423.5 | 1,474.4 | 1,588.8 | 1.3% |
| Television | 1,250.2 | 284.2 | 320.3 | 277.5 | 325.2 | 1,207.2 | 264.4 | 288.9 | 288.3 | 311.8 | 1,180.7 | 1,190.7 | 1,214.8 | 0.2% |
| Entertainment/Chicago Cubs | 248.3 | 18.3 | 83.3 | 115.0 | 30.4 | 247.0 | 18.8 | 106.0 | 117.8 | 30.4 | 272.8 | 283.7 | 295.0 | 6.1% |
| Total Revenues | $5,595.6 | 1,299.1 | 1,431.9 | 1,349.3 | 1,466.9 | $5,546.9 | 1,214.5 | 1,313.4 | 1,278.8 | 1,238.3 | $5,093.1 | $5,052.8 | $5,026.8 | -3.2% |
| Growth | -2.3% | -1.3% | -2.1% | -3.8% | 3.7% | -0.9% | -6.5% | -8.3% | -5.3% | -12.2% | -8.2% | -0.8% | -0.5% | |
| Operating Expenses (excl. nonrecurring) | | | | | 3.8% | | | | | | | | | |
| Publishing | 3,285.1 | 810.3 | 819.8 | 816.3 | 875.2 | 3,320.4 | 791.8 | 788.4 | 744.8 | 752.8 | 3,068.8 | 3,003.9 | 2,987.2 | -3.8% |
| Y/Y Change | 0.4% | 0.4% | -0.2% | 0.8% | 3.4% | 1.1% | -2.3% | -4.1% | -4.8% | -14.0% | -7.8% | -1.8% | -1.0% | |
| Broadcasting | 1,062.2 | 233.8 | 291.7 | 284.8 | 249.7 | 1,059.8 | 221.8 | 288.2 | 288.3 | 237.2 | 1,032.3 | 1,070.8 | 1,083.3 | 1.8% |
| Y/Y Change | 1.0% | -4.0% | 0.8% | -2.4% | 5.0% | -0.2% | -5.1% | -2.2% | 1.2% | -5.0% | -2.6% | 3.0% | 2.2% | |
| Total Operating Expenses | 4,347.4 | 1,043.9 | 1,111.4 | 1,100.0 | 1,124.9 | 4,380.1 | 1,013.4 | 1,054.8 | 1,033.1 | 990.8 | 4,081.1 | 4,073.8 | 4,050.8 | -2.8% |
| Y/Y Change | 0.8% | -0.8% | 0.1% | -0.2% | 3.7% | 0.8% | -2.8% | -5.1% | -6.1% | -12.0% | -6.8% | -0.4% | -0.6% | |
| OPERATING MARGIN | | | | | | | | | | | | | | |
| Publishing | 19.8% | 18.7% | 20.3% | 14.8% | 21.2% | 18.9% | 15.0% | 16.4% | 14.5% | 20.8% | 16.8% | 16.0% | 16.0% | |
| Broadcasting | 29.1% | 22.8% | 27.7% | 27.3% | 29.8% | 27.1% | 21.7% | 27.4% | 28.8% | 30.8% | 27.6% | 27.4% | 27.8% | |
| Television | 32.2% | 26.1% | 32.8% | 26.7% | 33.0% | 29.8% | 28.3% | 31.1% | 30.3% | 34.0% | 30.3% | 30.2% | 30.3% | |
| Entertainment/Chicago Cubs | 13.4% | -28.4% | 6.8% | 22.3% | -6.0% | 13.6% | -28.7% | 17.9% | 28.1% | -5.0% | 15.6% | 16.0% | 16.4% | |
| TOTAL MARGIN | 22.3% | 18.0% | 22.4% | 18.6% | 23.3% | 21.0% | 16.6% | 19.7% | 19.1% | 23.2% | 19.7% | 19.4% | 19.4% | |
| OPERATING INCOME | | | | | | | | | | | | | | |
| Publishing | 811.7 | 186.2 | 208.7 | 141.2 | 236.1 | 772.2 | 139.7 | 151.0 | 126.0 | 194.1 | 610.8 | 574.3 | 560.0 | -10.2% |
| Broadcasting | 436.6 | 69.0 | 111.6 | 107.6 | 105.8 | 394.5 | 61.4 | 107.7 | 117.8 | 104.2 | 391.1 | 404.4 | 415.2 | 1.8% |
| Television | 403.1 | 74.2 | 105.2 | 74.1 | 107.4 | 360.8 | 66.9 | 89.1 | 87.1 | 105.7 | 348.8 | 360.0 | 367.7 | 0.8% |
| Entertainment/Chicago Cubs | 33.4 | (5.2) | 6.6 | 30.7 | (1.6) | 33.6 | (5.6) | 18.6 | 30.7 | (1.5) | 42.3 | 44.4 | 48.5 | |
| OPERATING INCOME (pre-corp exp.) | 1,248.2 | 256.2 | 320.5 | 248.8 | 342.0 | 1,166.7 | 201.1 | 258.7 | 243.8 | 298.3 | 1,002.8 | 978.7 | 975.2 | -5.8% |
| Corporate Expenses | 52.4 | 20.4 | 14.0 | 13.7 | 14.8 | 62.7 | 19.8 | 10.8 | 11.8 | 13.4 | 55.8 | 56.5 | 58.8 | -2.1% |
| OPERATING INCOME | 1,195.8 | 234.9 | 306.4 | 235.3 | 327.4 | 1,104.0 | 181.5 | 247.9 | 232.2 | 284.9 | 946.8 | 922.2 | 917.4 | -6.0% |
| Net gain (loss) on equity investments | 41.7 | 6.5 | 20.1 | 10.7 | 28.5 | 74.9 | 12.7 | 28.7 | 28.6 | 38.0 | 103.8 | 80.0 | 83.7 | 3.8% |
| Net interest | (147.7) | (46.5) | (44.8) | (70.5) | (88.7) | (250.8) | (80.1) | (112.1) | (181.8) | (182.0) | (556.0) | (710.0) | (692.0) | 38.8% |
| Other | 0.2 | | | | | - | | | | | - | - | - | |
| PRETAX INCOME | 1,089.6 | 194.9 | 281.8 | 174.4 | 268.1 | 919.1 | 114.1 | 164.4 | 76.8 | 137.9 | 493.3 | 292.2 | 308.8 | -30.6% |
| Rate | 39.3% | 38.2% | 40.1% | 38.4% | 38.4% | 38.8% | 40.2% | 41.8% | 40.5% | 38.5% | 40.8% | 38.8% | 38.8% | |
| Taxes | 427.8 | 74.5 | 113.1 | 66.8 | 103.0 | 357.5 | 45.8 | 68.8 | 31.2 | 54.5 | 208.2 | 119.4 | 121.9 | -30.1% |
| CONTINUED OPERATIONS | 661.8 | 120.3 | 168.7 | 107.5 | 165.1 | 561.5 | 68.3 | 95.7 | 45.6 | 83.4 | 293.1 | 178.8 | 186.7 | -30.7% |
| NON OPERATING & EXTRAORDINARY ITEMS | | | | | | | | | | | | | | |
| Total (after tax amount) | (127.1) | (17.5) | (80.8) | 56.8 | 73.9 | 32.4 | (83.9) | (59.4) | 107.8 | - | (36.2) | - | - | |
| NET INCOME | 534.7 | 102.8 | 87.6 | 164.3 | 239.1 | 594.0 | (15.6) | 36.3 | 152.8 | 83.4 | 256.9 | 178.8 | 186.7 | -32.0% |
| PREFERRED DIVDS. | 8.4 | 2.1 | 2.1 | 2.1 | | 6.3 | | | | | | | | |
| AVAIL. FOR COMMON (Basic) | 526.3 | 100.7 | 85.7 | 162.2 | 239.1 | 587.7 | (15.6) | 36.3 | 152.8 | 83.4 | 256.9 | 178.8 | 186.7 | -31.6% |
| EPS Adjustments - ESOP, etc. | 8.4 | 2.1 | 2.1 | 2.1 | - | 6.3 | - | - | - | - | - | - | - | -100.0% |
| Adjusted Net (for diluted EPS Calc.) | 526.3 | $100.7 | $85.7 | $162.2 | $239.1 | 587.7 | (15.6) | $36.3 | $152.8 | $83.4 | 256.9 | 178.8 | 186.7 | -31.6% |
| Avg. Shares-Diluted | 315.4 | 309.0 | 304.5 | 252.5 | 241.4 | 274.4 | 242.1 | 204.4 | 126.3 | 128.0 | 174.7 | 128.0 | 126.0 | -22.9% |
| EARNINGS PER SHARE | | | | | | | | | | | | | | |
| Diluted | | | | | | | | | | | | | | |
| Continuing Operations | $2.07 | 0.39 | 0.55 | 0.43 | 0.68 | $2.02 | 0.28 | 0.47 | 0.37 | 0.67 | $1.68 | $1.45 | $1.53 | -8.9% |
| Y/Y growth | -7.8% | -6.7% | -8.7% | -14.4% | 20.3% | -2.3% | -27.0% | -14.5% | -12.1% | -1.5% | -16.2% | -14.4% | 5.4% | |
| Reported | $1.67 | $0.33 | $0.28 | $0.65 | $0.99 | $2.14 | ($0.06) | $0.18 | $1.22 | $0.67 | $1.48 | $1.48 | $1.53 | -10.8% |

Notes:

3Q07: Results adjusted to exclude a $3.5m pre-tax ($0.02/sh) severance charge, a favorable $31m ($0.72/sh) tax adjustment, a $70M pre-tax [illegible] the mark-to-market of the Phones, a gain of $48m pre-tax ($0.32/sh) on the sale of assets, and an after-tax gain of $3m [illegible] from the TMCT transactions

2Q07: Results adjusted to exclude a $28m pre-tax ($0.08/sh) severance charge as well as a $24m pre-tax [illegible] charge for write-off of LA Times plant

Interactive advertising revenues for 2002 and 2003 are included in the appropriate publishing categories

2006: Discontinued operations are related to the sale of two TV stations in Atlanta and Albany. [illegible] the TV stations, [illegible]

Equity investments adjusted to exclude a favorable tax gain of [illegible] pre-tax [illegible]

1Q06: Operating income adjusted to exclude a $18 m pre-tax severance charge related to a new union contract at Newsday and a $7m on the sale of certain publishing assets

| REVENUE GROWTH | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Publishing | -0.8% | -0.8% | -1.6% | -2.4% | 3.8% | -0.1% | -6.8% | -10.5% | -9.9% | -14.8% | -10.3% | -2.8% | -1.7% |
| Advertising | 0.6% | 0.0% | 0.0% | -2.2% | 3.8% | 0.5% | -7.2% | -12.4% | -10.8% | -16.4% | -11.8% | -3.0% | -2.0% |
| Circulation | -7.4% | -3.9% | -6.3% | -4.0% | 1.9% | -3.5% | -7.9% | -7.2% | -6.1% | -11.8% | -8.2% | -1.0% | -1.0% |
| Other | 0.1% | -4.3% | -3.5% | 2.4% | 7.1% | 0.5% | 4.8% | 6.4% | 7.1% | 0.0% | 4.4% | 0.0% | 0.0% |
| Broadcasting/Entertainment | -8.1% | -2.8% | -4.7% | -7.1% | 3.8% | -3.0% | -6.5% | -2.6% | 3.4% | -4.0% | -2.1% | 3.6% | 2.4% |
| Television | -7.8% | -2.0% | -4.3% | -9.5% | -2.0% | -3.4% | -7.0% | -10.4% | 3.9% | -4.4% | -4.7% | 3.8% | 2.0% |
| Entertainment/Chicago Cubs | 2.4% | -9.1% | -6.3% | -0.7% | 78.2% | -0.8% | 1.4% | 27.3% | 2.4% | 0.0% | 10.4% | 4.0% | 4.0% |
| Total Revenues | -2.3% | -1.3% | -2.1% | -3.8% | 3.7% | -0.9% | -6.5% | -8.3% | -5.3% | -12.2% | -8.2% | -0.8% | -0.5% |

*Source: Company data, Goldman Sachs Research estimates.*

EXHIBIT D – 89

Goldman Sachs Global Investment Research 4

# Reg AC

I, Peter P. Appert, CFA, hereby certify that all of the views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

# Investment profile

The Goldman Sachs Investment Profile provides investment context for a security by comparing key attributes of that security to its peer group and market. The four key attributes depicted are: growth, returns, multiple and volatility. Growth, returns and multiple are indexed based on composites of several methodologies to determine the stocks percentile ranking within the region's coverage universe.

The precise calculation of each metric may vary depending on the fiscal year, industry and region but the standard approach is as follows:

**Growth** is a composite of next year's estimate over current year's estimate, e.g. EPS, EBITDA, Revenue. **Return** is a year one prospective aggregate of various return on capital measures, e.g. CROCI, ROACE, and ROE. **Multiple** is a composite of one-year forward valuation ratios, e.g. P/E, dividend yield, EV/FCF, EV/EBITDA, EV/DACF, Price/Book. **Volatility** is measured as trailing twelve-month volatility adjusted for dividends.

# Quantum

Quantum is Goldman Sachs' proprietary database providing access to detailed financial statement histories, forecasts and ratios. It can be used for in-depth analysis of a single company, or to make comparisons between companies in different sectors and markets.

# Disclosures

## Coverage group(s) of stocks by primary analyst(s)

Peter P. Appert, CFA: America: Media: Newspapers and Directories, America: Media: Publishing and Information Services. Peter M. Salkowski: America: Media: Newspapers and Directories.

America: Media: Newspapers and Directories: Belo Corp., E.W. Scripps Co., Gannett Company, Inc., GateHouse Media, Inc., Idearc Inc., Journal Communications Inc., The McClatchy Co., Monster Worldwide, Inc., The New York Times Co., R.H. Donnelley Corp., Tribune Company.

America: Media: Publishing and Information Services: Dolan Media Company, FactSet Research Systems Inc., Gartner, Inc., Getty Images, Inc., IHS Inc., The McGraw-Hill Companies, Inc., Moody's Corp., Scholastic Corporation, Solera Holdings, Inc., Thomson Corp..

## Company-specific regulatory disclosures

The following disclosures relate to relationships between The Goldman Sachs Group, Inc. (with its affiliates, "Goldman Sachs") and companies covered by the Global Investment Research Division of Goldman Sachs and referred to in this research.

Goldman Sachs beneficially owned 1% or more of common equity (excluding positions managed by affiliates and business units not required to be aggregated under US securities law) as of the month end preceding this report: Tribune Company ($33.98)

Goldman Sachs has received compensation for investment banking services in the past 12 months: Tribune Company ($33.98)

Goldman Sachs expects to receive or intends to seek compensation for investment banking services in the next 3 months: Tribune Company ($33.98)

Goldman Sachs has received compensation for non-investment banking services during the past 12 months: Tribune Company ($33.98)

Goldman Sachs had an investment banking services client relationship during the past 12 months with: Tribune Company ($33.98)

Goldman Sachs had a non-investment banking securities-related services client relationship during the past 12 months with: Tribune Company ($33.98)

Goldman Sachs had a non-securities services client relationship during the past 12 months with: Tribune Company ($33.98)

Goldman Sachs has managed or co-managed a public or Rule 144A offering in the past 12 months: Tribune Company ($33.98)

Goldman Sachs is a specialist in the relevant securities and will at any given time have an inventory position, "long" or "short," and may be on the opposite side of orders executed on the relevant exchange: Tribune Company ($33.98)

## Distribution of ratings/investment banking relationships

Goldman Sachs Investment Research global coverage universe

| | Rating Distribution | | | Investment Banking Relationships | | |
|---|---|---|---|---|---|---|
| | Buy | Hold | Sell | Buy | Hold | Sell |
| Global | 29% | 59% | 12% | 39% | 32% | 29% |

As of Oct 1, 2007, Goldman Sachs Global Investment Research had investment ratings on 2,770 equity securities. Goldman Sachs assigns stocks as Buys and Sells on various regional Investment Lists; stocks not so assigned are deemed Neutral. Such assignments equate to Buy, Hold and Sell for the purposes of the above disclosure required by NASD/NYSE rules. See 'Ratings, Coverage groups and views and related definitions' below.

## Price target and rating history chart(s)

Tribune Company (TRB)

## Regulatory disclosures

### Disclosures required by United States laws and regulations

See company-specific regulatory disclosures above for any of the following disclosures required as to companies referred to in this report: manager or co-manager in a pending transaction; 1% or other ownership; compensation for certain services; types of client relationships; managed/co-managed public offerings in prior periods; directorships; market making and/or specialist role.

The following are additional required disclosures: **Ownership and material conflicts of interest:** Goldman Sachs policy prohibits its analysts, professionals reporting to analysts and members of their households from owning securities of any company in the analyst's area of coverage. **Analyst compensation:** Analysts are paid in part based on the profitability of Goldman Sachs, which includes investment banking revenues. **Analyst as officer or director:** Goldman Sachs policy prohibits its analysts, persons reporting to analysts or members of their households from serving as an officer, director, advisory board member or employee of any company in the analyst's area of coverage. **Distribution of ratings:** See the distribution of ratings disclosure above. **Price chart:** See the price chart, with changes of ratings and price targets in prior periods, above, or, if electronic format or if with respect to multiple companies which are the subject of this report, on the Goldman Sachs website at http://www.gs.com/research/hedge.html. Goldman, Sachs & Co. is a member of SIPC.

### Additional disclosures required under the laws and regulations of jurisdictions other than the United States

The following disclosures are those required by the jurisdiction indicated, except to the extent already made above pursuant to United States laws and regulations. **Australia:** This research, and any access to it, is intended only for "wholesale clients" within the meaning of the Australian Corporations Act. **Canada:** Goldman Sachs Canada Inc. has approved of, and agreed to take responsibility for, this research in Canada if and to the extent it relates to equity securities of Canadian issuers. Analysts may conduct site visits but are prohibited from accepting payment or reimbursement by the company of travel expenses for such visits. **Hong Kong:** Further information on the securities of covered companies referred to in this research may be obtained on request from Goldman Sachs (Asia) L.L.C. **India:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (India) Securities Private Limited; **Japan:** See below. **Korea:** Further information on the subject company or companies referred to in this research may be obtained from Goldman Sachs (Asia) L.L.C., Seoul Branch. **Russia:** Research reports distributed in the Russian Federation are not advertising as defined in Russian law, but are information and analysis not having product promotion as their main purpose and do not provide appraisal within the meaning of the Russian Law on Appraisal. **Singapore:** Further information on the covered companies referred to in this research may be obtained from Goldman Sachs (Singapore) Pte. (Company Number: 198602165W). **United Kingdom:** Persons who would be categorized as retail clients in the United Kingdom, as such term is defined in the rules of the Financial Services Authority, should read this research in conjunction with prior Goldman Sachs research on the covered companies referred to herein and should refer to the risk warnings that have been sent to them by Goldman Sachs International. A copy of these risks warnings, and a glossary of certain financial terms used in this report, are available from Goldman Sachs International on request.

**European Union:** Disclosure information in relation to Article 4 (1) (d) and Article 6 (2) of the European Commission Directive 2003/126/EC is available at http://www.gs.com/client_services/global_investment_research/europeanpolicy.html

**Japan: Goldman Sachs Japan Co., Ltd. is a Financial Instrument Dealer under the Financial Instrument and Exchange Law, registered with the Kanto Financial Bureau (Registration No. 69), and is a member of Japan Securities Dealers Association (JSDA) and Financial Futures Association of Japan (FFJAJ). Sales and purchase of equities are subject to commission pre-determined with clients plus consumption tax.** See company-specific disclosures as to any applicable disclosures required by Japanese stock exchanges, the Japanese Securities Dealers Association or the Japanese Securities Finance Company.

### Ratings, coverage groups and views and related definitions

**Buy (B), Neutral (N), Sell (S)** -Analysts recommend stocks as Buys or Sells for inclusion on various regional Investment Lists. Being assigned a Buy or Sell on an Investment List is determined by a stock's return potential relative to its coverage group as described below. Any stock not assigned as a Buy or a Sell on an Investment List is deemed Neutral. Each regional Investment Review Committee manages various regional Investment Lists to a global guideline of 25%-35% of stocks as Buy and 10%-15% of stocks as Sell; however, the distribution of Buys and Sells in any particular coverage group may vary as determined by the regional Investment Review Committee. Regional Conviction Buy and Sell lists represent investment recommendations focused on either the size of the potential return or the likelihood of the realization of the return.

EXHIBIT D – 91

**Return potential** represents the price differential between the current share price and the price target expected during the time horizon associated with the price target. Price targets are required for all covered stocks. The return potential, price target and associated time horizon are stated in each report adding or reiterating an Investment List membership.

**Coverage groups and views:** A list of all stocks in each coverage group is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html. The analyst assigns one of the following coverage views which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and/or valuation. **Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Not Rated (NR).** The investment rating and target price, if any, have been removed pursuant to Goldman Sachs policy when Goldman Sachs is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances. **Rating Suspended (RS).** Goldman Sachs Research has suspended the investment rating and price target, if any, for this stock, because there is not a sufficient fundamental basis for determining an investment rating or target. The previous investment rating and price target, if any, are no longer in effect for this stock and should not be relied upon. **Coverage Suspended (CS).** Goldman Sachs has suspended coverage of this company. **Not Covered (NC).** Goldman Sachs does not cover this company. **Not Available or Not Applicable (NA).** The information is not available for display or is not applicable. **Not Meaningful (NM).** The information is not meaningful and is therefore excluded.

## Ratings, coverage views and related definitions prior to June 26, 2006

Our rating system requires that analysts rank order the stocks in their coverage groups and assign one of three investment ratings (see definitions below) within a ratings distribution guideline of no more than 25% of the stocks should be rated Outperform and no fewer than 10% rated Underperform. The analyst assigns one of three coverage views (see definitions below), which represents the analyst's investment outlook on the coverage group relative to the group's historical fundamentals and valuation. Each coverage group, listing all stocks covered in that group, is available by primary analyst, stock and coverage group at http://www.gs.com/research/hedge.html.

**Definitions**

**Outperform (OP).** We expect this stock to outperform the median total return for the analyst's coverage universe over the next 12 months. **In-Line (IL).** We expect this stock to perform in line with the median total return for the analyst's coverage universe over the next 12 months. **Underperform (U).** We expect this stock to underperform the median total return for the analyst's coverage universe over the next 12 months.

**Coverage views: Attractive (A).** The investment outlook over the following 12 months is favorable relative to the coverage group's historical fundamentals and/or valuation. **Neutral (N).** The investment outlook over the following 12 months is neutral relative to the coverage group's historical fundamentals and/or valuation. **Cautious (C).** The investment outlook over the following 12 months is unfavorable relative to the coverage group's historical fundamentals and/or valuation.

**Current Investment List (CIL).** We expect stocks on this list to provide an absolute total return of approximately 15%-20% over the next 12 months. We only assign this designation to stocks rated Outperform. We require a 12-month price target for stocks with this designation. Each stock on the CIL will automatically come off the list after 90 days unless renewed by the covering analyst and the relevant Regional Investment Review Committee.

## Global product; distributing entities

The Global Investment Research Division of Goldman Sachs produces and distributes research products for clients of Goldman Sachs, and pursuant to certain contractual arrangements, on a global basis. Analysts based in Goldman Sachs offices around the world produce equity research on industries and companies, and research on macroeconomics, currencies, commodities and portfolio strategy.

This research is disseminated in Australia by Goldman Sachs JBWere Pty Ltd (ABN 21 006 797 897) on behalf of Goldman Sachs; in Canada by Goldman Sachs Canada Inc. regarding Canadian equities and by Goldman Sachs & Co. (all other research); in Germany by Goldman Sachs & Co. oHG; in Hong Kong by Goldman Sachs (Asia) L.L.C.; in India by Goldman Sachs (India) Securities Private Ltd.; in Japan by Goldman Sachs Japan Co., Ltd.; in the Republic of Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch; in New Zealand by Goldman Sachs JBWere (NZ) Limited on behalf of Goldman Sachs; in Singapore by Goldman Sachs (Singapore) Pte. (Company Number: 198602165W); and in the United States of America by Goldman, Sachs & Co. Goldman Sachs International has approved this research in connection with its distribution in the United Kingdom and European Union.

**European Union:** Goldman Sachs International, authorised and regulated by the Financial Services Authority, has approved this research in connection with its distribution in the European Union and United Kingdom; Goldman, Sachs & Co. oHG, regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht, may also be distributing research in Germany.

## General disclosures in addition to specific disclosures required by certain jurisdictions

This research is for our clients only. Other than disclosures relating to Goldman Sachs, this research is based on current public information that we consider reliable, but we do not represent it is accurate or complete, and it should not be relied on as such. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Other than certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Goldman Sachs conducts a global full-service, integrated investment banking, investment management, and brokerage business. We have investment banking and other business relationships with a substantial percentage of the companies covered by our Global Investment Research Division.

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies to our clients and our proprietary trading desks that reflect opinions that are contrary to the opinions expressed in this research. Our asset management area, our proprietary trading desks and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

We and our affiliates, officers, directors, and employees, excluding equity analysts, will from time to time have long or short positions in, act as principal in, and buy or sell, the securities or derivatives (including options and warrants) thereof of covered companies referred to in this research.

This research is not an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. It does not constitute a personal recommendation or take into account the particular investment objectives, financial situations, or needs of individual clients. Clients should consider whether any advice or recommendation in this research is suitable for their particular circumstances and, if appropriate, seek professional advice, including tax advice. The price and value of the investments referred to in this research and the income from them may fluctuate. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. Certain transactions, including those involving futures, options, and other derivatives, give rise to substantial risk and are not suitable for all investors.

Current options disclosure documents are available from Goldman Sachs sales representatives or at http://www.theocc.com/publications/risks/riskchap1.jsp. Fluctuations in exchange rates could have adverse effects on the value or price of, or income derived from, certain investments.

Our research is disseminated primarily electronically, and, in some cases, in printed form. Electronic research is simultaneously available to all clients.

Disclosure information is also available at http://www.gs.com/research/hedge.html or from Research Compliance, One New York Plaza, New York, NY 10004.

**Copyright 2007 The Goldman Sachs Group, Inc.**

**No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without the prior written consent of The Goldman Sachs Group, Inc.**

EXHIBIT D – 93

# EXHIBIT E

# Tribune Employee Severance Program Feb. 2008
2/19/2008 3:06 PM

## Q&A Guide

## GENERAL

1. **Why is the company offering this employee severance program?**

   A difficult economy and significant advertising volume declines at our newspapers require us to reduce costs quickly. The program includes voluntary and involuntary terminations, as well as closing open positions (where applicable). The company intends to treat those employees impacted fairly by providing benefits from the existing pension plan, which was over-funded by $400 million at the end of 2007.

2. **How many employees are being eliminated?**

   Each business unit is making its own decision based on its situation. At the Los Angeles Times, we expect to let go 100 to 150 employees.

3. **Are all business units using the same program?**

   Each business unit chose which programs to implement based on its individual situation.

4. **Will there be additional staffing reductions in the future?**

   There could be. Depending on business conditions, the company may need to take additional steps, including staff reductions.

5. **Who can I contact with additional questions?**

   We encourage you to talk to your department head. You can also check with your Human Resources department.

6. **Will employees who are terminated voluntarily or involuntarily receive outplacement services?**

   Yes.

7. **How is the company paying for the cash portion of the benefit?**

   Participants will receive this portion of their benefit in the form of a contribution to their Cash Balance Pension Plan account. As a result, the pension's surplus is partially funding the program. If you have a prior frozen pension plan benefit, that benefit is secure and remains unchanged.

8. **How can we use the over-funded pension assets to pay for the new Cash Balance Plan and now this program? Won't the funds run out eventually?**

   The pension plan was over-funded by more than $400 million at the end of 2007. Projections indicate that our assets can cover both this program and the ongoing Cash Balance Plan benefit. This severance program does not have any impact on any frozen pension benefit you may have earned — that benefit is secure and remains unchanged.

**9. Will voluntary and involuntary participants all receive the cash benefit through the Cash Balance Plan?**

Not necessarily. We expect the large majority of participants to receive the benefit through the Cash Balance Plan. However, Tribune reserves the right to pay the cash portion through regular payroll payments as necessary to meet IRS non-discrimination requirements. (If this is the case, you will not receive the 3 percent benefit to offset excise taxes.)

**10. When will 2007 MIP and merit increases be communicated?**

For those eligible, MIP payments will be made on Feb. 22. Because we are conducting the voluntary and involuntary terminations and related programs, salary increases traditionally announced in February for MIP-eligible employees will be delayed until April. The goal is to properly reward key employees who are staying with the company.

## VOLUNTARY

**11. How was eligibility determined?**

Eligibility is determined by each business unit based on their goals and objectives. Department heads, working with Human Resources, assessed business needs, job functions and staffing to determine where the company could afford to allow employees to apply to leave the company. We also identified certain functional areas, as well as a limited number of specific jobs where offering voluntary separations wouldn't be in the company's best interest.

**12. Will the company offer a program like this again?**

At this time there are no definitive plans to do so.

### Benefit Formula

**13. What benefit am I eligible for under the program?**

You will receive one week of pay for every six months of service, with a minimum of six weeks pay and a maximum of 52 weeks. The cash portion of the benefit will be paid through the Cash Balance Pension Plan in the form of a contribution to your account. You can receive your benefit in a variety of distribution forms:

- Lump sum
- Roll over to an individual retirement account (IRA) or other qualified plan
- Various annuity options

Participants' benefit amount will be increased by 3 percent to help offset potential taxes.

If you would otherwise be eligible for retiree medical benefits but for your age, and you are at least age 53 with 10 years of service, the company will treat you as though you are age 55 (on an unpaid basis) so you are eligible for retiree medical (if available).

**14. When do I have to elect a payment option?**

You will be provided election forms by Hewitt Retirement Center once your participation in the program has been approved. You must return these forms to Hewitt within the timeframe they specify before payment can be made.

**15. How will I see my benefit payment option amounts?**

Once you are approved, the Hewitt Retirement Center will send you a packet of information including a personalized statement outlining each payment option and an estimated amount for each.

**16. Can I leave my benefit in the Cash Balance Plan and take it as a distribution later?**

Yes, you may leave your account balance in the Cash Balance Plan to earn interest and receive a distribution later at your election. However, if your account balance is less than $5,000, including the value of any prior frozen benefit, you will receive payment in a lump sum.

**17. I'm age 53 with nine years of service. Do I qualify for the "bridge" to make me age 55 eligible for retiree medical?**

No. Eligibility requirements for retiree medical through this program are age 53 with at least 10 years of service as of March 1, 2008, provided you were otherwise eligible for coverage at your business unit.

**18. So, only employees who are age 53 and 54 get an increase in their retiree medical benefit under this program, right?**

Participants who meet the criteria of age 53 or 54 with 10 years of service are being treated as though they are age 55 to be eligible for retiree medical. The company believes this is fair and reasonable.

**19. I'll be age 53 with 10 years of service in April. Can I get the "bridge" to age 55 to be eligible for retiree medical?**

No. You must be age 53 with 10 years of service as of March 1, 2008.

**20. I'm age 53 with 10 years of service and my salary is $40,000; I'm married and my spouse is age 53. What kind of benefit could I receive?**

| Cash Balance Account Payment Option | Benefit Estimate |
|---|---|
| Lump sum as cash (or roll over to an IRA or other qualified plan) | $15,846 (20 weeks of pay + 3%) |
| 50% Joint and Survivor Monthly Annuity (100% and 75% options also available) | $81.14 |
| Single life annuity | $85.01 |

Other payment options are available including a life annuity with 5 and 10 minimum payments.

**21. Can I leave my benefit in the plan for years? Is there a limit to the timeframe?**

You can leave your benefit in the plan until you reach age 70½, then you must begin receiving the benefit. You may also consider rolling it into an IRA.

**22. Do I need to be fully vested in the Cash Balance Pension Plan in order to receive my benefit under this program?**

No. There are no vesting requirements for purposes of the benefit in the Cash Balance Pension Plan.

**23. Am I eligible for retiree medical benefits?**

Retiree medical benefits are availability for Los Angeles Times employees who meet the eligibility requirements and opt to enroll.

**24. I'm eligible for retiree medical coverage — what's the monthly cost?**

The cost varies by which plan you elect. The COBRA rates are posted on TimesLink for your reference.

**25. If I take the lump sum option, how soon will I get paid?**

Following your Voluntary Separation Date, after you have signed the waiver and release, the seven day revocation period has expired and Hewitt has received your election, you will be paid within approximately 14 days. In order to receive payments you must have completed and submitted all necessary election forms regarding the Cash Balance Plan benefit.

**26. What is a waiver and release?**

A waiver and release is a legal document in which you waive and release claims you may have against the released parties. It's the company's standard practice to require a waiver and release in exchange for any additional benefits. Consider consulting an attorney with any specific questions.

**27. What is the seven day revocation period?**

If your application is accepted and you are a participant in the program, after you have signed your waiver and release, you have seven days to revoke it.

**28. Will I automatically begin receiving my voluntary benefits after I leave?**

Provided you have signed and not revoked your waiver and release, your benefits will be available in your cash balance plan account in April.

You will need to complete and return an election form and other paperwork that you will receive from Hewitt in order to receive a distribution.

**29. What are the tax consequences?**

Under past severance programs with salary continuation, amounts were withheld from severance payment for income taxes plus 7.65 percent FICA taxes.

This program is different because you are receiving a pension benefit. Pension benefit payments are taxed when you receive them (unless you receive it and roll it over to an IRA or another employer's qualified plan). You also may be subject to an additional 10 percent penalty tax depending on your age and the payment option you choose — you're responsible for paying the penalty tax. You may want to consult with a tax advisor.

Your cash balance plan account related to this program is being increased by 3 percent to compensate you for potential excise taxes applicable to a lump sum distribution. You are not taxed for FICA as it would have been under salary continuation. Therefore, the 3 percent increase will place you in approximately the same after-tax position as a salary continuation payment (3 percent - 10 percent excise tax = 7 percent, which is the approximate FICA rate).

**30. What happens if I die while receiving my benefit or before receiving my benefit?**

Many of the payment options provide a continuing benefit (in differing amounts) for your spouse or beneficiary after your death. You may also designate a beneficiary for your cash balance account balance. However, if you're single and choose a single life annuity, no further payments will be made after your death.

EXHIBIT E – 97

## Applying for the Voluntary Program

**31. Where do I find the application and plan documents?**

The Los Angeles Times is posting the application and plan documents on TimesLink. Click on the EVSP button on the home page to view and download documents.

**32. How do I apply for the program?**

Eligible employees will need to be approved for participation in the program. To apply, you must complete the application form and present it to the individual designated on the application form by noon on March 3, 2008.

**33. What is the application due date?**

You must have your completed materials submitted by noon on March 3, 2008.

**34. Do I really have a choice about whether or not to apply? Should I take this package?**

This is your decision. The voluntary separation program provides an option to receive severance benefits while leaving the company. If this is an attractive option for you, then you should consider applying.

**35. What happens if I change my mind after I have submitted my application?**

Your application is binding, and you cannot change your mind after submitting it. If your application is approved, you will be informed of the date your employment will terminate. We encourage you to study your individual situation carefully and seek appropriate guidance before making this important decision.

**36. How will the company decide whether or not to accept my application?**

Your department head, working with Human Resources, will determine whether the company can accept your application in light of the position you hold, the skills you possess, the other applications received and the company's expense reduction needs and ongoing business objectives.

**37. When and how will I be notified about whether or not my application has been accepted?**

You will be notified in writing no later than March 14, 2008.

**38. What happens after my application is accepted and when is my last day of work?**

Your employment will be terminated by March 28, 2008. Your specific termination date will be determined by your manager and department head. In order to receive the program benefits, you will be required to sign a waiver and release form within 45 days after the company receives your signed and dated application and not revoke the waiver and release during the seven day revocation period.

**39. If I'm accepted, what's the earliest I can leave my job?**

Your manager and department head will determine your termination date, but it may be as early as March 3, 2008.

**40. If not enough employees apply for the voluntary program, will there be more layoffs?**

Yes. If our voluntary goals are not met, there will be involuntary terminations. In addition, we are considering the need for targeted involuntary terminations simultaneous to the voluntary program.

41. **What happens if my application is not accepted?**

You will not be a participant in the voluntary program and your employment with the company will continue. Not being accepted does not constitute a guarantee of ongoing employment. Every employee is an "at will" employee.

42. **Why would my application be declined for the program?**

There could be several reasons including:

- Too many employees in your job classification applied and the company needs you to stay
- You do not meet the eligibility criteria
- Your specific skill set is needed going forward
- You are a single incumbent in a job the company cannot eliminate based on business needs.

43. **What happens if my application is accepted but I choose not to sign the waiver and release or I revoke it?**

Your employment with the company will be terminated and you will not receive the benefits of the program.

44. **If I apply for the program but am declined, am I marked for the future?**

The company will not retaliate against you for applying for the program.

45. **If I'm eligible for the program, but choose not to apply, could I still lose my job?**

Yes. If you don't apply and not enough employees volunteer, you may be involuntarily terminated. Decisions about involuntary terminations or layoffs will be made based on business needs.

46. **I heard the severance program will change on Jan. 1, 2009. If I'm not accepted for this program and I'm eliminated next year, will I receive reduced severance?**

The company expects to reduce severance benefits in January 2009.

47. **Will I be more financially secure with the voluntary program or if I continue working?**

Only you can answer that question. You may want to consider speaking with a financial advisor.

## Healthcare Benefits

48. **If I participate in the voluntary program, what happens to my Tribune healthcare benefits?**

You will continue to receive the same coverage as active employees for a period equal to one week for each consecutive period of six months of service with a minimum of 12 weeks and a maximum of 52 weeks, assuming you make the required premium payments for benefits. *For example:* If you have 10 years of service, you may receive healthcare benefits for twenty weeks.

Because you will be terminated and no longer eligible for payroll deductions, the company will send you a bill for the cost of your portion of healthcare; you must send a check to pay the cost. When your healthcare benefits end, you may apply for COBRA.

49. **If I find other employment with benefits before my severance period is over, will my Tribune healthcare benefits continue?**

No. You should call the Tribune Benefits Service Center to indicate that you have found other employment with benefits and on what day your new benefits will begin.

**50. If I don't find other employment during my severance period and I am no longer eligible for healthcare at the active employee rate, can I receive coverage through COBRA?**

Yes. Generally, you're eligible to receive COBRA coverage for up to 18 months when your benefits continuation ends. Contact the Tribune Benefits Service Center for more information about COBRA and the cost of coverage.

**51. Will my retiree medical rates always be the same?**

No. Based on rising health care costs, retiree medical rates will increase as necessary. Tribune also reserves the right to change or discontinue retiree medical coverage at any time for any reason.

**52. What happens to my healthcare coverage when I reach age 65?**

At age 65, your Tribune coverage will end and Medicare becomes your primary medical provider. Contact the Social Security Administration for information on how to apply for Medicare at 800/772-1213 or visit their website at www.ssa.gov.

**53. Can I add newly eligible dependents to my medical coverage in the program?**

If you choose coverage under the retiree medical plan, the plan will cover only those dependents that are covered under your current medical plan as of your voluntary retirement date. However, if you choose medical coverage under COBRA, you may add newly eligible dependents.

**54. Where can I get more information about COBRA and the cost of retiree medical coverage (if applicable)?**

Contact the Tribune Benefits Service Center at 800/872-2222.

## Retirement Benefits

**55. What happens to my frozen pension plan benefit?**

Any frozen pension benefit you have remains in the plan and is not changed by the voluntary severance program. You may choose from among the distribution forms and timing that were previously available. Contact the Hewitt Retirement Center for more information.

**56. What happens to my 401(k) plan account?**

Your 401(k) account will remain in the plan and will be available for distribution. Contact the Hewitt Retirement Center for more information.

**57. Can I continue contributing to my 401(k) account?**

No. You will not receive ongoing salary payments and will not be eligible to make 401(k) contributions.

**58. I have a 401(k) loan. What happens to it if I participate in the voluntary program?**

You will need to continue making loan payments or you will be taxed on the amount of your outstanding loan. You will be given coupons by which you can continue to make loan payments. If you take a distribution from your account, you won't be eligible to make loan payments — instead, you will owe taxes on your outstanding loan balance.

## Other

**59. If I leave the company under the voluntary program, will I be eligible for re-employment with Tribune?**

You will not be eligible for re-hire for two years following your last day of employment with your business unit.

60. **How will reference letters or inquiries be managed if I volunteer and am accepted?**

Los Angeles Times employees and any prospective new employers may verify employment using The Work Number at www.theworknumber.com. Sign in with the user name of "TRIBUNE" and follow the directions provided. The Employer Code is: 10280.

61. **Why are there birthdates listed on the eligible and ineligible lists?**

When offering a voluntary separation program, there are various laws that govern how the plan is put together and what information we are required to disclose. You can be assured that the information we have provided is required by law.

62. **I'm MIP eligible. Will I receive a bonus for my time worked in 2008 if I participate in the program?**

No.

63. **If I accept the voluntary program, can I apply for unemployment benefits?**

Because this is a voluntary program, it's unlikely that you will be able to collect unemployment. The final decision regarding your eligibility for unemployment is up to your state unemployment agency.

64. **What about my unused vacation, sick time and floating holidays?**

Accrued but unused vacation will be paid out as required upon termination.

65. **What happens to my life insurance coverage if I leave through this program?**

Depending on the life insurance plan that you are enrolled in, you may be eligible to convert it to an individual policy. Contact the Tribune Benefits Service Center for more information.

66. **Will I receive a W-2 from Tribune in 2009 for my work in 2008?**

Yes. You will receive a W-2 in Jan./Feb. 2009 for your work in 2008. If you take your benefit as a distribution~~; you also~~ will receive a form 1099R. They will be sent to your address on file. If you move, be sure to update your information with the Hewitt Retirement Center.

## INVOLUNTARY

67. **What benefit am I eligible for if I am involuntarily terminated?**

You will receive one week of pay for every six months of service, with a minimum of six weeks pay and a maximum of 52 weeks. The cash portion of the benefit will be paid through the Cash Balance Pension Plan in the form of a contribution to your account. You can receive your benefit in a variety of distribution forms:

- Lump sum
- Roll over to an individual retirement account (IRA) or other qualified plan
- Various annuity options

Your benefit amount will be increased by 3 percent to help offset potential taxes.

If you would otherwise be eligible for retiree medical benefits but for your age, and you are at least age 53 with 10 years of service, the company will treat you as though you are age 55 (on an unpaid basis) so you are eligible for retiree medical (if available).

**68. Can I leave my benefit in the Cash Balance Plan and take it as a distribution later?**

Yes, you may leave your account balance in the Cash Balance Plan to earn interest and receive a distribution later at your election. However, if your account balance is less than $5,000, including the value of any prior frozen benefit, you will receive payment in a lump sum.

**69. I'm age 53 with nine years of service. Do I qualify for the "bridge" to make me age 55 eligible for retiree medical?**

No. Eligibility requirements for retiree medical through the program are age 53 with at least 10 years of service as of March 1, 2008, provided you were otherwise eligible for coverage at your business unit.

**70. So, only employees who are age 53 and 54 get an increase in their retiree medical benefit under this program, right?**

Those who meet the criteria of age 53 or 54 with 10 years of service are being treated as though they are age 55 to be eligible for retiree medical. The company believes this is fair and reasonable.

**71. I'll be age 53 with 10 years of service in April. Can I get the "bridge" to age 55 to be eligible for retiree medical?**

No. You must be age 53 with 10 years of service as of March 1, 2008.

**72. I'm age 53 with 10 years of service and my salary is $40,000; I'm married and my spouse is age 53. What kind of benefit could I receive?**

| **Cash Balance Account Payment Option** | **Benefit Estimate** |
|---|---|
| Lump sum as cash (or roll over to an IRA or other qualified plan) | **$15,846** **(20 weeks of pay + 3%)** |
| 50% Joint and Survivor Monthly Annuity (100% and 75% options also available) | **$81.14** |
| Single life annuity | **$85.01** |

Other payment options are available including a life annuity with 5 and 10 minimum payments.

**73. Can I leave my benefit in the plan for years? Is there a limit to the timeframe?**

You can leave your benefit in the plan until you reach age 70½, then you must begin receiving the benefit. You may also consider rolling it into an IRA.

**74. Do I need to be fully vested in the Cash Balance Pension Plan in order to receive my benefit?**

No. There are no vesting requirements for purposes of the benefit in the Cash Balance Pension Plan.

**75. Am I eligible for retiree medical benefits?**

You would be eligible for retiree medical coverage under EVSP if you meet the following conditions:

- As of March 1, 2008, you have attained age 53;
- You were hired prior to January 1, 1993 with no break in service greater than 180 days;
- You have at least 10 years of service;
- You are currently enrolled in medical benefits.

You will be eligible to elect retiree medical coverage within 31 days of attaining age 55 (after your separation under EVSP). Normally eligibility requires attaining age 55 at the time of retirement.

# EXHIBIT F

CHICAGOBUSINESS
POWERED BY CRAIN'S

Print Story | Close Window Printed from ChicagoBusiness.com

## Zell sis takes ex-CEO digs in Trib Tower

By Eddie Baeb
June 12, 2008

(Crain's) — Tribune Co. boss Sam Zell has leased the 23rd floor of the Tribune Tower, the company's former executive suite, to a new investment firm headed by his sister, Leah Zell Wanger.

Ms. Wanger's new company, Lizard Investors LLC, moved in to the 7,500-square-foot, fully furnished floor near the tower's famed flying buttresses this month.

The company, an asset management firm that will focus on non-U.S. investments, signed a "two-year lease at market rates," confirms a Lizard spokeswoman who declined additional comment.

The 23rd floor was the former office of Tribune CEO Dennis FitzSimons, who announced his resignation in December, a day before real estate mogul Sam Zell took over the media giant and took the company private.

Ms. Wanger's new office is one level below the former office used by Tribune's legendary publisher, Col. Robert McCormick, who commissioned the landmark 36-story tower built in 1925 at 435 N. Michigan Ave.

The 24th floor, renowned for its dark wood paneling, limestone fireplace and vaulted ceiling, is now a conference room used by Tribune. The 25th floor used to be a public observatory until the late 1950s, according to a book about the tower by Chicago Tribune architecture critic Blair Kamin.

"The atmosphere of (Col. McCormick's) office, with its paneled, dark pine walls, is positively baronial," Mr. Kamin writes, "as if the occupant were a king surveying his realm."

The top of Tribune Tower already has several tenants, including architecture firm Eastlake Studio, but some years back, Tribune stopped renewing leases there as the company had planned on growing and taking more of the space itself. Mr. Zell's plan for the space is still being formulated, says Stephanie Pater, who joined Tribune in January as director of real estate.

She says more furnished space on the upper floors is to become available for similar short-term deals as the company plans to re-shuffle some of its staff in the tower.

Ms. Wanger and her husband, Ralph Wanger, stepped down about five years ago from the Acorn fund family, now part of Bank of America Corp.'s Columbia Management. Mr. Wanger founded the Acorn fund, while Ms. Wanger was lead portfolio manager of the $1.2-billion Liberty Acorn International Fund.

*Thomas A. Corfman contributed.*



SEC FILINGS |<
PRESS RELEASES |<
EARNINGS AND REVENUES |<
STRATEGIC INVESTMENT PORTFOLIO |<
INFORMATION REQUESTS |<
RELATED PERSON TRANSACTIONS POLICY |<
CODE OF ETHICS |<

**Tribune Company**
**Related Person Transactions Policy**
**As in effect on December 20, 2007**

1. Policy. Each Related Person Transaction must be approved or ratified in accordance with the guidelines set forth in this policy (i) by the Audit Committee of the Board of Directors or (ii) if the Audit Committee of the Board of Directors determines that the approval or ratification of such Related Person Transaction should be considered by all of the disinterested members of the Board of Directors, by such disinterested members of the Board of Directors by the vote of a majority thereof.

   In considering whether to approve or ratify any Related Person Transaction, the Audit Committee or the disinterested members of the Board of Directors, as the case may be (the "Reviewing Directors"), shall consider all factors that are relevant to the Related Person Transaction, including, without limitation, the following:

   • the size of the transaction and the amount payable to a Related Person;

   • the nature of the interest of the Related Person in the transaction;

   • whether the transaction may involve a conflict of interest; and

   • whether the transaction involves the provision of goods or services to the Company that are available from unaffiliated third parties and, if so, whether the transaction is on terms and made under circumstances that are at least as favorable to the Company as would be available in comparable transactions with or involving unaffiliated third parties.

2. Procedure. The General Counsel shall advise the Chairman of the Audit Committee of any Related Person Transaction of which he becomes aware. The Audit Committee shall consider such Related Person Transaction at its next regularly scheduled meeting or, if it deems it advisable, prior thereto at an interim meeting called for such

purpose, unless the Audit Committee determines that the approval or ratification of such Related Person Transaction should be considered by all of the disinterested members of the Board of Directors, in which case such disinterested members of the Board of Directors shall consider such Related Person Transaction at its next regularly scheduled meeting or, if it deems it advisable, prior thereto at an interim meeting called for such purpose. Except as set forth below, any Related Person Transaction not approved in advance by the reviewing directors shall not be entered into by the Company unless the consummation of such Related Person Transaction is expressly subject to ratification by the reviewing directors. If the reviewing directors do not ratify such Related Person Transaction, the Company shall not consummate such Related Person Transaction.

If the Company enters into a transaction that (i) the Company was not aware constituted a Related Person Transaction at the time it was entered into but which it subsequently determines is a Related Person Transaction prior to full performance thereof or (ii) did not constitute a Related Person Transaction at the time such transaction was entered into but thereafter becomes a Related Person Transaction prior to full performance thereof, then in either such case the Related Person Transaction shall be presented for ratification in the manner set forth above. If such Related Person Transaction is not ratified by the reviewing directors, then the Company shall take all reasonable actions to attempt to terminate the Company's participation therein.

3. Disclosure. The Company shall disclose all Related Person Transactions as may be required under applicable securities laws and regulations, including, without limitation, Item 404 of Regulation S-K. Consideration and approval of any particular transaction by the Reviewing Directors shall not be dispositive in determining whether such transaction requires disclosure under applicable securities laws. The Audit Committee shall timely advise the Board of Directors of all Related Person Transactions, if any, approved or ratified by the Audit Committee.

4. Definitions. For purposes of this policy, the following definitions shall apply:

"Executive Officer" means the President, any Vice President in charge of a principal business unit, division or function of the Company or any officer or other person who performs a policy making function for the Company, including any executive officer of a

subsidiary of the Company if such person performs policy making functions for the Company.

"Immediate Family Member" means, with respect to any person, any child, stepchild, parent, stepparent, spouse, sibling, mother-in-law, father-in-law, son-in-law, daughter-in-law, brother-in-law or sister-in-law of such person, and any individual (other than a tenant or employee) sharing the household of such person.

"Related Person" means any of the following: (i) an Executive Officer or director of the Company or a nominee for director of the Company, (ii) a beneficial owner of more than 5% of any class of voting securities of the Company or (iii) an Immediate Family Member of any of the persons identified in clauses (i) or (ii) hereof.

"Related Person Transaction" means any transaction involving an amount in excess of $120,000 in which the Company is a participant and in which a Related Person has or will have a direct or indirect material interest, including without limitation any financial transaction, arrangement or relationship (including any indebtedness or guarantee of indebtedness) or any series of similar transactions, arrangements or relationships, but excluding: (i) any indebtedness incurred for the purchase of goods and services subject to usual trade terms, for ordinary business travel and expense payments and for other transactions in the ordinary course of business; (ii) any indebtedness incurred with respect to a beneficial owner of more than 5% of any class of voting securities of the Company or any Immediate Family Member thereof; (iii) any transaction in which the rates or charges involved in connection therewith are determined by competitive bids; (iv) any transaction in which a person is deemed a Related Person solely on the basis of such person's equity ownership and all holders of that class of equity receive the same benefit on a pro rata basis; or (v) any transaction involving compensation payable to an Executive Officer or director of the Company for services in such capacity which compensation has been approved by the Compensation Committee of the Board of Directors or by the Board of Directors on the recommendation of the Compensation Committee.

Copyright © 2008 Tribune Company. All Rights Reserved.