# EXHIBIT E

**(April 2, 2007 Stock Quote)**

Print - Stocks                                                                 Page 1 of 1

 Back to *lexis.com*®

*Historical Quotes*    Data Supplied by **SUNGARD**

**TRB - Tribune Company New Com (NYSE)**

**Currency:** Currency as reported (CAR)    **Frequency:** Daily prices
**Date(s):** 04/02/2007 - 04/02/2007    **Exchange:** NYSE

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 04/02/2007 | **32.81** | 33.10 | 32.11 | 16,536,000 |

[X Cancel]