# EXHIBIT G

## (July 18, 2007 Supplement to Proxy)

DEFA14A 1 a07-18017_3defa14a.htm DEFA14A

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

# SCHEDULE 14A

Proxy Statement Pursuant to Section 14(a) of
the Securities Exchange Act of 1934 (Amendment No.   )

Filed by the Registrant ☒

Filed by a Party other than the Registrant ☐

Check the appropriate box:
- ☐ Preliminary Proxy Statement
- ☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
- ☐ Definitive Proxy Statement
- ☒ Definitive Additional Materials
- ☐ Soliciting Material Pursuant to §240.14a-12

**Tribune Company**
(Name of Registrant as Specified In Its Charter)

(Name of Person(s) Filing Proxy Statement, if other than the Registrant)

Payment of Filing Fee (Check the appropriate box):
- ☒ No fee required.
- ☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.
  (1) Title of each class of securities to which transaction applies:

  (2) Aggregate number of securities to which transaction applies:

  (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

  (4) Proposed maximum aggregate value of transaction:

  (5) Total fee paid:

- ☐ Fee paid previously with preliminary materials.
- ☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.
  (1) Amount Previously Paid:

  (2) Form, Schedule or Registration Statement No.:

  (3) Filing Party:

  (4) Date Filed:

THIS FILING CONSISTS OF A COMMUNICATION TO EMPLOYEES OF TRIBUNE COMPANY POSTED ON THE TRIBUNE EMPLOYEE INTRANET ON JULY 18, 2007.

1. **What is a fairness opinion and were any issued in connection with this transaction?**

    Fairness opinions take many different forms. In merger transactions, they are opinions given by professional financial advisors that the price being paid to shareholders in the merger is fair to them from a financial point of view.

    A number of fairness opinions were issued in connection with the ESOP/Zell transaction. The independent special committee of our board of directors, and our board, received a fairness opinion from Morgan Stanley, a nationally recognized investment bank, that the $34 per share that shareholders will receive is fair from a financial point of view. Tribune's board of directors also received a similar fairness opinion from Merrill Lynch, another nationally recognized investment bank.

    Tribune's ESOP Trustee, GreatBanc, also received a fairness opinion from its financial advisor, Duff & Phelps. That fairness opinion related to the ESOP's purchase of common stock at $28 per share on April 1 and it confirmed the fairness of that purchase price for the ESOP participants.