**TEITELBAUM & BASKIN, LLP**
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

**DRAPER & GOLDBERG, PLLC**
1500 North French Street
2nd Floor
Wilmington, Delaware 19801
Adam Hiller
Email: AdamH@drapgold.com
Tel.:(302) 339-8776

ATTORNEYS FOR TIMES MIRROR RETIREES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X

In re:                                                                      CHAPTER 11
Tribune Company, et al.,
    Debtors.                                 Case No. 08-13141 (KJC)

-----------------------------------------------------------X

## SECOND AMENDED VERIFIED STATEMENT
## PURUSANT TO BANKRUPTCY RULE 2019(a)

  Draper & Goldberg, PLLC ("D&G") and Teitelbaum & Baskin, LLP ("Teitelbaum &

Baskin") hereby submit this Second Amended Verified Statement pursuant to Rule 2019(a) of

the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Teitelbaum & Baskin is a law firm that maintains an office at 3 Barker Avenue, 3rd Floor,

  White Plains, New York 10601.

2. Draper & Goldberg is a law firm that maintains an office at 1500 North French Street

1-NY/978280.1      1

Docket #
Date 3/16/09

Wilmington Del. 19801

3.  On or about December 24, 2008 and January 12, 2009 Teitelbaum & Baskin filed Verified 2019 Statements with this Court as Docket Nos. 137 and 188.

4.  Since January 12, 2009, T&B and D&G have been retained by additional individuals and herewith file as Schedule A, a complete list of parties on whose behalf T&B and D&G appear in the above-captioned cases (each, a "Party" and collectively, the "Parties").

5.  Each of the Parties holds or may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest.

6.  The specific nature and amount of these claims or interests has not yet been finally determined and none of the Parties has filed a proof of claim against the Debtors as of the date hereof.

7.  T&B was originally retained on or about December 16, 2008 to represent certain of the Parties in the cases.

8.  T&B and D&G may represent other persons or entities which hold claims against or interest in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest. However, as of the date hereof, such persons or entities have not appeared and have not requested that T&B or D&G appear on their behalf in the cases. T&B and D&G will supplement this statement in accordance with Rule 2019, as applicable, in the event such persons or entities request that T&B appear on their behalf in these cases.

9.  One of the Parties represented by T&B and D&G is William Niese, a retired executive of

The Times Mirror Corp., who is appointed to the Official Committee of Unsecured Creditors

in these cases.

10. Neither T&B nor D&G possess any claims against or interests in any of the Debtors.

11. T&B and D&G will be compensated by the Parties.

12. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the

Undersigneds' knowledge and belief.

Dated:  March 13, 2009

**TEITELBAUM & BASKIN, LLP**

By:_____/s/ Jay Teitelbaum_____
        Jay Teitelbaum, Esq. (JT-4619)
        3 Barker Avenue
        Third Floor
        White Plains, New York 10601
        (914) 437-7670
        jteitelbaum@tblawllp.com

And

**DRAPER & GOLDBERG, PLLC**
By: /s/ Adam Hiller
1500 North French Street
2nd Floor
Wilmington, Delaware 19801
Email: AdamH@drapgold.com
Tel.:(302) 339-8776
Attorneys for the Parties on Annex A