# SCHEDULE A

# SCHEDULE A
## PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP
## IN THE TRIBUNE COMPANY BANKRUPTCY
(updated as of February 28, 2009)

| Name | Address | Source of Claim |
|---|---|---|
| Becker, Todd A. | 1539 Crest Dr.<br>Altadena, CA 91001 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Bergmann, Horst A. | 4261 Preserve Parkway South<br>Greenwood Village, CO 80121 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Blood, Edward L. | 5310 E. Helena Dr.<br>Scottsdale, AZ 85254 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Carpenter, Dian S.<br>(widow of Dow Carpenter) | P.O. Box 810<br>Inverness, CA 94937 | Survivor benefit under SERP,<br>currently in pay status,<br>Value of which to be determined |
| Carroll, John S. | 223 Queensway Dr.<br>Lexington, KY 40502 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Casey, Kathleen M. | 3205 Gilbert St.<br>Austin, TX 78703 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Chandler, Bettina W.<br>(widow of Otis Chandler) | 1013 Shokat Dr.<br>Ojai, CA 93023 | Supplemental survivor pension under<br>special agreement, currently in pay status,<br>Value of which to be determined |
| Charles, Randolph R. | 1032 Spruce St., Unit 200<br>Philadelphia, PA 19107 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Clayton, Janet | 655 S. Rimpau Blvd.<br>Los Angeles, CA 90005 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br><br>Unpaid salary continuation,<br>value of which to be determined |
| Clifford, Patrick A. | 1185 Park Ave., Apt. 3E<br>New York, NY 10128 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Coapstick, Louise G. | 22809 W. Acacia Ct.<br>Saugus, CA 91350 | Severance benefit<br>Value of which to be determined |
| Colston, James Willard | 61 Thomas St.<br>Portland, ME 04102 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| Cotliar, George J. | 1618 Anita Lane<br>Newport Beach, CA 92660 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Dill, John F. | 1001 Arbor Lake Dr., Apt. 408<br>Naples, FL 34110 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined |
| Dilworth, Ann E. | 101 Paseo Encantado NE<br>Santa Fe, NM 87506 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Downing, Kathyrn M. | 121 Via Alicia<br>Santa Barbara, CA 93108 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Dreher, Beverly | 6301 Acacia Hill Dr.<br>Yorba Linda, CA 92886 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Drewry, Elizabeth V. | 100 Ridge Pass Way<br>Landrum, SC 29356 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Dubester, Michael S. | 27 Tappanwood Rd.<br>Locust Valley, NY 11560 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Erburu, Robert F. | 1518 Blue Jay Way<br>Los Angeles, CA 90069 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Office and secretary paid by company<br>until death under special agreement,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| Fernald, Peter J. | 1338 Glen Oaks Blvd.<br>Pasadena, CA 91105 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Fitzgerald, James E. | 93 Fifth St.<br>Garden City, NY 11530 | Supplemental pension,<br>currently in pay status,<br>Value of which to be determined |
| Flick, John E. | 31 Seaview Dr.<br>Santa Barbara, CA 93108 | SERP Benefit currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| Gastler, Debra A. | 4236 Bakman Ave.<br>Studio City, CA 91602 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| **Guittar, Lee J.** | P.O. Box 3016<br>Edgartown, MA 02539 | Supplemental pension,<br>currently in pay status,<br>Value of which to be determined |
| **Guthrie, James F.** | 205 Costa Bella Dr.<br>Austin, TX 78734 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Guttry, DeLynn T.**<br>**(widow of Harvey Guttry)** | 1135 Scenic Way<br>Los Osos, CA 93402 | Supplemental survivor pension,<br>currently in pay status,<br>Value of which to be determined |
| **Halajian, Kenneth Lee** | 21 High Ridge Road<br>Ossining, NY 10562 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Haugh, Michael J.** | 515 East 79th St., Apt. 22D<br>New York, NY 10075 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| **Heaphy, Janis D.** | P.O. Box 3420<br>Sun Valley, ID 83353 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Hessler, Curtis A.** | 570 Bradford St.<br>Pasadena, CA 91105 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Holton, Raymond** | 1021 Stone Stack Dr.<br>Bethlehem, PA 18015 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Horn, Karen Laukka** | 50 Ridgecrest Court<br>Lafayette, CA 94549 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Hughes, Joseph M.** | 9596 East Roadrunner Dr.<br>Scottsdale, AZ 85262 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Imbriaco, James** | 8 Acorn Lane<br>Lebanon, NJ 08833 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Isenberg, Steven L.** | 151 Central Park West, 3N<br>New York, NY 10023 | Excess Pension Plan benefit which should<br>have commenced previously<br>Value of which to be determined<br><br>Retroactive payments of supplemental<br>payments, value of which to be<br>determined |
| **Isinger, William R.** | 3845 El Lado Dr.<br>Glendale, CA 91208 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| Jansen, Raymond A. | 24 Dockside Lane, PMB 422<br>Key Largo, FL 33037 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Johnson, Edward E. | 4418 Oakwood Ave.<br>La Canada, CA 91011 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Johnson, W. Thomas, Jr. | 3280 Rilman Road, NW<br>Atlanta, GA 30327 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Junck, Mary E. | P.O. Box 20<br>Pleasant Valley, IA 52767 | SERP Benefit not currently in pay status,<br>Value of which to be determined |
| Kabak, Scott W. | 11 Longwood Rd.<br>Sands Point, NY 11050 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Kallet, Judith S. | 7949 Cranes Pointe Way<br>West Palm Beach, FL 33412 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Kellermann, Donald | 2750 Unicorn Lane<br>Washington, D.C. 20015 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| King, Victoria | 515 East 14th St., #3B<br>New York, NY 10009 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Kopper, James L. | 7768 Lakeside Blvd.,<br>Apt. 531<br>Boca Raton, FL 33434 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Kucera, Philip E. | 1700 S. Bayshore Ln, #4B<br>Miami, FL 33133 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Laventhol, David A. | 870 United Nations Plaza, #31B<br>New York, NY 10017 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| Lee Schneider,<br>R. Marilyn | 2124 Bagley Ave.<br>Los Angeles, CA 90034 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Levin, Martin P. | 221 Kirby Lane<br>Rye, NY 10580 | Supplemental pension payments<br>currently in pay status,<br>Value of which to be determined |
| Levine, Jesse E. | 1255 Owosso Ave.<br>Hermosa Beach, CA 90254 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Lindsay, John P. | 1147 El Medio Ave.<br>Pacific Palisades, CA 90272 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| Lobdell, Nancy (widow of Robert Lobdell) | 620 Sand Hill Rd., Apt. 301C Palo Alto, CA 94304 | Supplemental survivor benefit currently in pay status, Value to be determined |
| Magnuson, Robert G. | 374 Flora St. Laguna Beach, CA 92651 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| Marimow, William K. | 1942 Panama St. Philadelphia, PA 19103 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| Marro, Anthony J. | 10 West Rd.; P.O. Box 944 Old Bennington, VT 05201 | Excess Pension Plan benefit currently in pay status, Value of which to be determined |
| Maxwell, Donald S. | 2160 Le Flore Dr. La Habra Heights, CA 90631 | Excess Pension Plan benefit currently in pay status, Value of which to be determined  Special death benefit, Value of which to be determined |
| Meadows, Jack E. | 2225 Twelve Oaks Dr. Fayetteville, AR 72703 | SERP Benefit currently in pay status, Value of which to be determined  Special death benefit, Value of which to be determined |
| Meier, Stephen C. | 1512 Beech St. South Pasadena, CA 91030 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| Molvar, Roger H. | 13113 S. Echo Lake Rd. Snohomish, WA 98296 | SERP Benefit not currently in pay status, Value of which to be determined  Balance in Deferred Compensation Plan, Value of which to be determined |
| Monsma, Durham J. | 31644 2nd Ave. Laguna Beach, CA 92651 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| Nash, John T. | 356 Mt. Shasta Dr. San Rafael, CA 94903 | Balance in Deferred Compensation Plan, Value of which to be determined |
| Niese, William A. | 6061 Lake Vista Dr. Bonsall, CA 92003 | Supplemental pension benefit currently in pay status, Value of which to be determined |
| Norris, James H. | 121 Taft Crescent Centerport, NY 11721 | Balance in Deferred Compensation Plan, Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| Oglesby, Roger D. | 1932 15th Ave., East<br>Seattle, WA 98112 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| O'Neill, Nancy W. | 185 Rancho Dr.<br>Tiburon, CA 94920 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Parks, Michael C. | 1211 South Euclid Ave.<br>Pasadena, CA 91106 | Excess Pension Plan benefit,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Patinella, John F. | 10 Stewart's Glen Court<br>Phoenix, MD 21131 | Excess Pension Plan benefit,<br>currently in pay status,<br>Value of which to be determined |
| Peterson, Maureen<br>(widow of Larry W. Peterson) | 26 Stephanie Lane<br>Darien, CT 06820 | Survivor pension under Excess Pension Plan and special agreement,<br>currently in pay status,<br>Value of which to be determined<br><br>Death benefit payment<br>Value of which to be determined |
| Petty, Martha A. | 5933 Seabird Dr. South<br>Gulfport, FL 33707 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Plank, Jack L. | 33522 Nancy Jane Ct.<br>Dana Point, CA 92629 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br>Special death benefit,<br>Value of which to be determined |
| Rhoads, S. Keating | 2611 Nido Way<br>Laguna Beach, CA 92651 | Excess Pension Plan benefit,<br>currently in pay status,<br>Value of which to be determined |
| Riley, Michael R. | 5 Avondale Dr.<br>Newtown, PA 18940 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| Rowe, William J. | 15005 Pratolino Way<br>Naples, FL 34110 | Excess Pension Plan benefit<br>currently in pay status,<br>Value of which to be determined |
| Sann, Alexander | 165 East 72nd St., 8K<br>New York, NY 10021 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| Schlosberg, Richard T., III | 164 Sendero Verde Dr.<br>San Antonio, TX 78261 | SERP Benefit currently in pay status,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| **Schnall, Herbert K.** | P.O. Box 9457<br>Rancho Santa Fe, CA 92067 | Excess Pension Plan benefit currently in pay status, Value of which to be determined<br><br>Special death benefit, Value of which to be determined |
| **Schneider, Charles I.** | 522 N. Beverly Dr.<br>Beverly Hills, CA 90210 | Supplemental pension currently in pay status, Value of which to be determined |
| **Schneider, Howard S.** | 9 Brandywine Dr.<br>Setauket, NY 11733 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Sellstrom, Brian** | P.O. Box 1035<br>Rancho Santa Fe, CA 90267 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Shaw, James D.** | 228 Jeffersons Hundred<br>Williamsburg, VA 23185 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Shirley, Dennis A.** | 2440 Stanley<br>Tustin, CA 92782 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined<br><br>Balance in Deferred Compensation Plan, Value of which to be determined |
| **Shorts, Gary K.** | 2940 Beech Lane<br>Doylestown, PA 18902 | Excess Pension Plan benefit not currently in pay status, Value of which to be determined |
| **Simpson, James R.** | 5 Crestwood<br>Newport Beach, CA 92660 | SERP Benefit currently in pay status, Value of which to be determined |
| **Sweeney, Stender E.** | 790 Huntington Garden Dr.<br>Pasadena, CA 91108 | Excess Pension Plan benefit currently in pay status, Value of which to be determined |
| **Thomas, William F.** | 16025 Valley Wood Rd.<br>Sherman Oaks, CA 91403 | Supplemental pension benefit, currently in pay status, Value of which to be determined |
| **Thorpe, Caroline** | 11252 Gonsalves St.<br>Cerritos, CA 90703 | Special payment under individual agreement, Value of which to be determined |
| **Toedtman, James S.** | 2604 Geneva Hill Ct.<br>Oakton, VA 22124 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Unterman, Thomas E.** | 1451 Amalfi Dr.<br>Pacific Palisades, CA 90272 | SERP Benefit currently in pay status, Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| **Valenti, Michael J.** | 400 Tamarac Dr.<br>Pasadena, CA 91105 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wada, Karen J.** | 2215 Santa Anita<br>Sierra Madre, CA 91024 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Wallace, James W.** | 5822 Briartree Dr.<br>La Canada Flintridge, CA 91011 | Supplemental pension benefit,<br>currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Waller, Michael E.** | 5 Full Sweep<br>Hilton Head Island, SC 29928 | SERP Benefit currently in pay status,<br>Value of which to be determined |
| **Wangberg, Larry W.** | 110 Elk View Dr.<br>Hailey, ID 83333 | Excess Pension Plan benefit which should<br>have commenced previously,<br>Value of which to be determined<br><br>Retroactive payments of supplemental<br>payments, value of which to be<br>determined |
| **Wiegand, William D.** | P.O. Box 655<br>Coupeville, WA 98239 | Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Willes, Mark H.** | 4343 Sheffield Dr.<br>Provo, UT 84604 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined<br><br>Payment owed prior to bankruptcy filing<br>but not paid due to a "systems error" |
| **Williams, Phillip L.** | 1156 Amalfi Dr.<br>Pacific Palisades, CA 90272 | SERP Benefit currently in pay status,<br>Value of which to be determined<br><br>Special death benefit,<br>Value of which to be determined |
| **Woldt, Harold F., Jr.** | 5008 Sanlo Pl.<br>Woodland Hills, CA 91364 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined |
| **Wolinsky, Leo** | 8550 Hollywood Blvd.<br>Hollywood, CA 90069 | Excess Pension Plan benefit<br>not currently in pay status,<br>Value of which to be determined<br><br>Balance in Deferred Compensation Plan,<br>Value of which to be determined |
| **Wright, Donald F.** | P.O. Box 842<br>Tesuque, NM 87574 | SERP Benefit currently in pay status,<br>Value of which to be determined |

| Name | Address | Source of Claim |
|---|---|---|
| **Zakarian, John J.** | 656 Ridge Rd.<br>Wethersfield, CT  06109 | Balance in Deferred Compensation Plan, Value of which to be determined |
| **Zimbalist, Efrem, III** | 216 First St.<br>Manhattan Beach, CA  90266 | SERP Benefit not currently in pay status, Value of which to be determined |
| **Howard Weinstein** | 12114 Faulkner Drive<br>Owings Mills, MD 21117 | Severance Compensation Under Employment Agreement |