**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2009, copies of the foregoing Second Amended Verified Statement Pursuant to Bankruptcy Rule 2019(a) were served via first-class mail, postage prepaid, upon the following parties:

Joseph J.McMahon, Jr., Esquire
Trial Attorney
Office of the United States Trustee
J Caleb Boggs Federal Building
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Adam G. Landis, Esquire
Cynthia E. Moh, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

J. Kate Stickles, Esquire
Norman L. Pernick, Esquire
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsche, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Bryan Krakauer, Esquire
James F. Conlan, Esquire
Paul S. Caruso, Esquire
Jessica C.K. Boelter, Esquire
Candice L. Kline, Esquire
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Dated: March 16, 2009
      Wilmington, Delaware

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801
302-339-8800 telephone
302-213-0043 facsimile