IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* ) | |
| ) | Case No. 08-13141 (KJC) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| TRIBUNE COMPANY, ) | |
| ) | Adv. Proc. No.: 09-50445 (KJC) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DAN NEIL, CORIE BROWN, HENRY ) | |
| WEINSTEIN, WALTER ROCHE, JR., ) | |
| MYRON LEVIN, AND JULIE ) | |
| MAKINEN, individuals, on behalf of ) | |
| themselves and on behalf of all others ) | |
| similarly situated, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Dan Neil, Corie Brown, Henry Weinstein, Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals on behalf of themselves and on behalf of all others similarly situated, (collectively, the "Defendants") hereby appear by their counsel; Bifferato LLC; Lewis, Feinberg, Lee, Renaker & Jackson, P.C.; Meites, Mulder, Mollica & Glink; and Cotchett, Pitre & McCarthy. Such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Ian Connor Bifferato, Esq.
Email: cbifferato@bifferato.com
Kevin Collins, Esquire
Email: kcollins@bifferato.com
**BIFFERATO LLC**
800 N. King Street, Plaza Level
Wilmington, DE 19801
Telephone: (302) 225-7600
Facsimile: (302) 254-5383

Thomas R. Meites, Esq.
Email: trmeites@mmmglaw.com
Michael M. Mulder, Esq.
Email: mmmulder@mmmglaw.com
**MEITES, MULDER, MOLLICA & GLINK**
20 S. Clark Street, Suite 1500
Chicago, IL  60603
Telephone:  312-263-0272
Facsimile:  312-263-2942

Daniel Feinberg, Esq.
Email:  dfeinberg@lewisfeinberg.com
Angelica K. Jongco, Esq.
Email:  ajongco@lewisfeinberg.com
Nina Wasow, Esq.
Email:  nwasow@lewisfeinberg.com
**LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  510-839-6824
Facsimile:  510-839-7839

Philip Gregory, Esq.
Email:  pgregory@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  650-697-6000

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Defendants' rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District

Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which Defendants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Defendants expressly reserves.

Dated: March 16, 2009
Wilmington, Delaware

BIFFERATO LLC

_____
Ian Connor Bifferato (#3273)
Kevin Collins (#5149)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
(302) 225-1600

*Attorneys for Dan Neil, Corie Brown, Henry Weinstein, Walter Roche, Jr., Myron Levin, and Julie Makinen, individuals on behalf of themselves and on behalf of all others similarly situated*