## CERTIFICATE OF SERVICE

I, hereby certify that on this, the 16th day of March 2009, a copy of the foregoing *Notice of Appearance and Demand for Notices and Papers* was caused to be served by U.S. First Class Mail upon the following:

James F. Conlan, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Melissa M. Hinds, Esq.
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611

_____
Ian Connor Bifferato (#3273)