IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TRIBUNE COMPANY, et al., | CHAPTER 11 |
| Debtors. | CASE NO. 08-13141 (KJC) |
| | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Edward Susolik of Callahan & Blaine, 3 Hutton Drive, Ninth Floor, Santa Ana, CA 92707 to represent Jon Van Senus, by and through his guardian ad litem, Neala Olsen, in this matter.

Dated: March 12, 2009

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE 4166)
William M. Kelleher (DE 3961)
Neil R. Lapinski (DE 3645)
1105 North Market Street, 17th Floor
Wilmington, Delaware 19899
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: wmk@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

*Delaware Counsel for Jon Van Senus, by and through his guardian ad litem, Neala Olsen*

Date: 3-16-09
Docket No: 530

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Signed: _[signature]_

Date: 3-12-09

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707
Phone: (714) 241-4444
Fax: (741) 241-2445
ES@callahan-law.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: March 17 2009

_[signature]_
United States Bankruptcy Judge