**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELWARE**

| | |
|---|---|
| In re | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case No.  08-13141 (KJC) |
| Debtors | Jointly Administered<br>**Hearing Date:  March 25, 2009, 3:00 p.m. (ET)**<br>**Objection Deadline:  March 18, 2009, 4:00 p.m. (ET)** |

**LIMITED OBJECTION OF LESSOR DIABLO INVESTMENT CO. TO MOTION OF DEBTORS FOR AN ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE (1369 S. State College Blvd., Anaheim, CA  92806)**

Diablo Investment Co., a Nevada corporation ("Diablo"), is the lessor and Los Angeles Times Communications LLC, a Delaware limited liability company ("LA Times"), one of the Debtors, is the lessee of premises located at and commonly known as 1369 South State College Boulevard, Anaheim, California ("Anaheim Premises.") Diablo files this limited objection to the Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Property ("Extension Motion") to required LA Times to pay all post petition administrative rents due and owing for the Anaheim Premises as a condition to the Court granting the Extension Motion.

**Factual Background**

1.      The Debtors, including LA Times, filed their voluntary Chapter 11 Petitions on December 8, 2008 ("Petition Date.")

2.      The lease for the Anaheim Premises ("Anaheim Premises Lease") requires LA Times to pay the real property taxes for the premises as additional rent.  See Anaheim Premises Lease, Section 10.

- 1 -

3.      The First Installment 2008-09 Real Property Taxes in the amount of **$21,379.34** for the period from July 1, 2008 through December 31, 2008 became delinquent after December 10, 2008.  LA Times failed and continues to fail to pay the First Installment 2008-09 Real Property Taxes.

4.      **$2,819.25** of the First Installment 2008-09 Real Property Taxes accrued post petition. (the "Stub Tax Rent").

5.      The Second Installment of 2008-09 Real Property Taxes in the amount of **$21,379.34** for the period January 1, 2009 through June 30, 2009 is now due and will become delinquent after April 10, 2009.

6.      Debtors represent in their motion that there is no prejudice to lessors because "[p]ending their election to assume or reject the Real Property Leases, the ***Debtors will perform all of their obligations arising from and after the Petition Date in a timely fashion, including payment of postpetiton rent due, as required by section 365(d)(3) of the Bankruptcy Code***."  Debtors' Motion, ¶11 at page 5 [emphasis added.]

7.      As noted above, LA Times has NOT performed in a timely fashion certain Anaheim Premises Lease obligations that arose after the Petition Date.

### Legal Arguments

8.      The Stub Tax Rent in the sum of **$2,819.25** accrued post petition is administrative rents under the Anaheim Premises Lease and should be paid by LA Times for its post petition use of the Anaheim Premises.  11 U.S.C. §503(b)(2).  ***In re Goody's Family Clothing, Inc***. 392 B.R. 604 609-613 (D.Del. 2008); ***In re GC Companies, Inc***., 261 B.R. 594, 596-597 (D. Del. 2001).  LA Times' failure to pay the Stub Tax Rent is a post petition default.

9.      The Second Installment of 2008-09 Real Property Taxes due under

Anaheim Premises Lease arises after the Petition Date and prior to rejection of the lease.

As such, LA Times is required to timely pay in full the Second Installment of 2008-09

Real Property Taxes in the sum of **$21,379.34**.  11 U.S.C. §365(d)(3).  ***In re DVI, Inc***.,

308 B.R. 703, 707 (D.Del. 2004).  Further, the Second Installment of 2008 Real Property

is an administrative claim.  11 U.S.C. §503)b)(2).

### Relief Requested

10.     As represented in Debtors' Extension Motion, timely performance of lease

obligations that arise from and after the Petition Date should be a specified condition to

granting Debtors' Extension Motion.

11.     Diablo objects to the Debtors' Extension Motion to the limited extent that

the LA Times should be required to perform timely all post petition obligations under the

Anaheim Premises Lease, specifically including, but not necessarily limited to, payment

of the Stub Tax Rent (**$2,819.25**) and payment the Second Installment of 2008-09 Real

Property Taxes (**$21,379.34**) as conditions to granting LA Times additional time to

assume or reject the Anaheim Premises Lease.

McPHARLIN SPRINKLES & THOMAS,
LLP

Dated March 17, 2009

By:  _/s/ Elaine M. Seid_-----
Elaine M. Seid  CA SBN: 72588
10 Almaden Blvd., Suite 1460
San Jose, California  95113
T: (408) 293-1900
F: (408) 293-1999
emseid@mstpartners.com
Attorneys for Creditor Diablo Investment
Co.

**In re:  Tribune Company**
**Case No.  08-13141**

**CERTIFICATE OF SERVICE**

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and not a party to the within action.  My business address is at McPharlin Sprinkles & Thomas, LLP, 10 Almaden Blvd., Suite 1460, San Jose, California  95113.

On March 17, 2009, I served the foregoing document described as:

**LIMITED OBJECTION OF LESSOR DIABLO INVESTMENT CO. TO MOTION OF DEBTORS FOR AN ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**
**(1369 S. State College Blvd., Anaheim, CA  92806)**

on the following parties and/or their attorney(s) of record::

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOLTZ, MEISEL, FORMAN & LEONARD, P.A. |
| James F. Conlan | Norman L. Pernick |
| Bryan Krakauer | J. Kate Stickles |
| Kenneth P. Kansa | 1000 N. West Street, Suite 1200 |
| Bridget J. Hauserman | Wilmington, DE  19801 |
| One South Dearborn Street | Facsimile (302) 652-3117 |
| Chicago, IL  60603 | npernick@coleschotz.com |
| Facsimile (312) 853-7036 | kstickles@coleschotz.com |

(**By Federal Express**)  I I placed a true and correct copy thereof in a sealed envelope at the above addresses and caused such envelope(s) with postage thereon fully prepaid to be picked up by Federal Express in San Jose, California.

(**By Facsimile**)  I caused such document(s) to be transmitted by facsimile only on those entities as noted with facsimile numbers.

(**By Email**)  I caused such document(s) to be transmitted by email only on those entitles as noted with email addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed this 17th day of March 2009 at San Jose, California

                    /s/ *Natalie Alejandro*
                    Natalie Alejandro