## IN THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : (Jointly Administered) |
|  | : |
| Debtors. | : **Objection Deadline: March 18, 2009 at 4:00**<br>: **Hearing Date: March 25, 2009 at 3:00 p.m.** |
|  | : |
|  | : Re: D.I. 490 |

**RESPONSE OF ZURICH AMERICAN INSURANCE COMPANY TO MOTION OF JON VAN SENUS, BY AND THROUGH HIS GUARDIAN AD LITEM, NEALA OLSON, FOR RELIEF FROM THE AUTOMATIC STAY TO RECEIVE PAYMENT PURSUANT TO SETTLEMENT**

Zurich American Insurance Company ("Zurich"), by and through its attorneys, Morris James, LLP and Fox, Hefter, Swibel, Levin & Carroll, LLP, files this Response to the Motion of Jon Van Senus, By and through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (the 'Motion") [D.I. 490]. In response to the Motion, Zurich respectfully states as follows:

1. On March 7, 2009, Jon Van Senus, by and through his guardian ad litem, Neala Olson ("Van Senus") filed a motion asking for relief form the automatic stay to allow him to collect on a prepetition claim from the Debtors' insurers. Van Senus asserts a claim against the Los Angeles Times Communications, LLC (the "Los Angeles Times"), one of the Debtors herein, based on an accident which occurred on March 7, 2007. Zurich provided general liability coverage to the Debtors for the policy period from March 1, 2007 to March 1, 2008. Zurich's general liability policy, however, is subject to a $1,000,000 deductible.

2. In the Motion, Van Senus seeks to recover only that portion of his claim in excess of the $1,000,000 deductible while preserving all of his rights to payment of the first $1,000,000

2168155

in coverage. Counsel for the Debtors has asked the attorneys for Van Senus to continue the

Motion in order to give time for the Debtors, Zurich, the Debtors' excess carrier (St. Paul

Travelers Insurance Company) and Van Senus to try to reach agreement on the Motion. Zurich

joins in that request.

      3.     In any event, the Order submitted by Van Senus does not fully conform to the

relief requested in the Motion. Furthermore, Zurich objects to paragraph 3 of the proposed order

which would require Zurich to pay Van Senus before the order is final. Finally, any order

entered should preserve any and all rights Zurich may have against all parties, including the

Debtors and Van Senus.

Dated: March 18, 2009

**MORRIS JAMES LLP**

_Ericka F. Johnson_

Brett D. Fallon (DE Bar No. 2480)
Ericka F. Johnson (DE Bar No. 5024)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
Telephone: 302.888.6800
Facsimile: 302.571.1750
E-mail: bfallon@morrisjames.com
E-mail: ejohnson@morrisjames.com

   - and-

Margaret M. Anderson
**Fox, Hefter, Swibel, Levin & Carroll, LLP**
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: 312.224.1224
Facsimile: 312.224.1201
E-mail: panderson@fhslc.com

_Attorneys for Zurich American_
_Insurance Company_

- 2 -

2168155