IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| ------------------------------------------------- x | | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on March 18, 2009, I caused to be served:

**RESPONSE OF ZURICH AMERICAN INSURANCE COMPANY TO MOTION OF JON VAN SENUS, BY AND THROUGH HIS GUARDIAN AD LITEM, NEALA OLSON, FOR RELIEF FROM THE AUTOMATIC STAY TO RECEIVE PAYMENT PURSUANT TO SETTLEMENT**

Service was completed upon the parties on the attached list as indicated thereon.

Date: March 18, 2009

_____
William Weller

SWORN AND SUBSCRIBED before me this 18th day of March, 2009.

_____
NOTARY
My commission expires:_____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2012

WWW/099999-7777/2168529/1 3/18/2009

**VIA HAND DELIVERY**
Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
1000 North West Street, Suite 1200
Wilmington, DE 19801
[Counsel for the Debtors and
Debtors-in-Possession]

Rafael X. Zahralddin-Aravena, Esq.
Neil R. Lapinski, Esq.
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
[Counsel to Jon Van Senus, by and through
his guardian ad litem, Neala Olson]

Stuart M. Brown, Esq.
William E. Chipman, Esq.
Mark D. Olivere, Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
[Counsel for Barclays Bank Plc]

Joseph J. McMahon, Jr., Esq.
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 North King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
[Counsel to the Official Committee of
Unsecured Creditors]

**VIA FACSIMILE**
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Candice L. Kline, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036
[Counsel for the Debtors and
Debtors-in-Possession]

Edward Susolik, Esq.
Sarah C. Serpa, Esq.
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707
Facsimile: (714) 241-4445
[Counsel to Jon Van Senus, by and through
his guardian ad litem, Neala Olson]

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Facsimile: (212) 262-1910
[Counsel for Barclays Bank Plc]

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: (212) 541-5369
[Counsel to the Official Committee of
Unsecured Creditors]