IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:                              )
                                    )
TRIBUNE COMPANY, et al.    )       Case No. 08-13141 KJC
                                    )       CHAPTER 11
                                    )
                                    )
                                    )

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND REQUEST FOR MATRIX ENTRY**

PLEASE TAKE NOTICE that Gary A. Bresee, Esq. and Peter J. Felsenfeld, Esq. of Barger & Wolen LLP hereby enter their appearance as counsel for The Travelers Insurance Company, a Connecticut corporation ("Travelers") pursuant to section 342(a) of title 11 of the Untied States Code (the "Bankruptcy Code"), 11 U.S.C. §§ 101 et seq., and rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules"), in the above captioned case and request that all notices given or required to be given, and all papers served or required to be served, in these cases, to be given to and served on:

   Gary A. Bresee (California Bar No. 148175) gbresee@bargerwolen.com
   Peter J. Felsenfeld (California Bar No. 260433) pfelsenfeld@bargerwolen.com
   Barger & Wolen LLP
   650 California Street, 9th Floor
   San Francisco, CA  94108
   Tel: (415) 434-2800
   Fax: (415) 434-2533

Dated:  March 19, 2009                BARGER & WOLEN LLP

                                      By: _____
                                          Gary A. Bresee
                                          Peter J. Felsenfeld
                                          Attorney for Defendant The Travelers
                                          Insurance Company

i:\office6\6140\378\09pleadings\notice of apperance.doc