# EXHIBIT 1

## Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Brown, Shultz, Sheridan & Fritz<br>210 Grandview Avenue<br>Camp Hill, PA 17011<br>Contact: James Koontz | Accounting Consultant for The Morning Call | $1,000 |
| BuchalterNemer P.C.<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017<br>Contact: Thomas Gaynor | LA Times Counsel | $25,000 |
| D. Park Smith Associates, P.C.<br>1915 Westridge Drive<br>Irving, TX 75037<br>Contact: D. Park Smith | Collections Counsel | $1,000 |
| Deloitte<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Contact: Gerry Sullivan | Tax Consultants | $20,000 |
| DuTreil, Lunden & Rackley<br>201 Fletcher Avenue<br>Sarasota, FL 34237<br>Contact: Beth Roe | Accounting Consultant | $2,000 |
| Ernst & Young<br>5 Times Square<br>New York, NY 10036-6530<br>Contact: Ginny McGee | Outside Auditors for Foreign Correspondents | $1,000 |
| Grant Thornton LLP<br>1901 S. Meyers Road, Suite 455<br>Oakbrook Terrace, IL 60181<br>Contact: Carrie Merda | Tax Consulting for Foreign Correspondents | $40,000 |
| Gray Robinson, P.A.<br>201 N. Franklin Street<br>Tampa, FL 33602<br>Contact: Steve Stein | Patent Prosecution | $15,000 |
| Greer, Burns & Crain, Ltd.<br>300 S. Wacker Drive, Suite 2500<br>Chicago, IL 60606<br>Contact: Gavin O'Keefe | Patent Prosecution | $7,500 |
| Horwood Marcus & Berk<br>180 N. LaSalle Street, Suite 3700<br>Chicago, IL 60601<br>Contact: Marilyn Wethekam | Tax Counsel | $15,000 |

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Hungerford, Aldrin Nichols & Carter, P.C.<br>2910 Lucerne Drive SE<br>Grand Rapids, MI 49546<br>Contact: Christopher Harper | Accounting Consultant for WXMI-TV | $1,000 |
| Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Contact: Patricia Rexford | Tax Counsel | $20,000 |
| Miller, Kaplan, Arase & Co., LLP<br>4123 Lankershim Blvd.<br>North Hollywood, CA 91602<br>Contact: George Rivin | Accounting Consultant | $1,000 |
| Navigant Consulting<br>30 S. Wacker Drive, Suite 3100<br>Chicago, IL 60606<br>Contact: Robert Remian | Tax Consultant | $45,000 |
| Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, D.C. 20005-1706<br>Contact: Patricia (Pat) Zeigler | Media Law | $3,000 |
| Phelps Dunbar LLP<br>365 Canal Street; Suite 2000<br>New Orleans, LA 70130<br>Contact: Dan Pancamo | Louisiana Counsel for Tribune Television New Orleans, Inc. | $1,000 |
| Seyfarth Shaw[†]<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>Contact: Camille Olson, Jeremy Sherman | Business litigation counsel/Employment litigation counsel | $50,000 |
| True Partners Consulting LLC<br>225 W. Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Contact: Susan Alexander | Tax Consultants | $15,000 |
| Wildman Harrold<br>225 W. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Contact: John W. Costello | Collections Counsel | $15,000 |
| Wiley Rein LLP<br>1776 K Street, NW<br>Washington, D.C. 20006<br>Contact: Floyd Chapman | Patent Prosecutions | $10,000 |

---

[†] Seyfarth Shaw was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $35,000.

46429/0001-5430784v1