IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | Chapter 11 |
| TRIBUNE COMPANY, et al. | * | Case No. 08-13141-KJC |
| Debtors. | * | Jointly Administered |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES

PLEASE TAKE NOTICE that the Truck Drivers and Helpers Local 355 Health

and Welfare Fund and Truck Drivers and Helpers Local 355 Pension Fund (hereinafter

"the Funds"), creditors and parties in interest, hereby file their appearance in the above-

captioned case, and the undersigned counsel enter their appearance as attorneys for the

Funds pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and hereby request,

pursuant to 11 U.S.C. §§ 342 and 1109(b), and bankruptcy Rules 2002, 3017, 4001, 9007

and 9010 that all notices, pleadings, motions, orders and any other documents filed in this

proceeding, including any documents filed in connection with any adversary proceeding

commenced in connection with the above-captioned case, be delivered and served upon

the undersigned representatives of the Funds.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

the notices and papers referred to in the Bankruptcy Code and the Federal Rules of

Bankruptcy Procedure specified above, but also includes, without limitation: the

schedules, statement of financial affairs, operation reports, plans of reorganization and

disclosure statement and any notice, application, complaint, demand, motion, petition,

pleading or request, whether formal or informal, written or oral, and whether transmitted

or conveyed by mail, deliver, telephone, telegraph, telex, or otherwise filed with regard to the referenced cases and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically, but not limited to: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreement, in law or equity, all of which rights, claims actions, defenses, setoffs, and recoupments it expressly reserves.

Date:    March 13, 2009

Corey Smith Bott
Maryland Federal Bar No. 25673

Brian G. Esders
Maryland Federal Bar No. 28745

Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

Attorneys for Creditors Truck Drivers and
Helpers Local 355 Health and Welfare Fund
and Truck Drivers and Helpers Local 355
Pension Fund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFIY that on this 13th day of March, 2009, a copy of the foregoing Notice of Appearance and Request for Service was sent via First Class U. S. Mail, postage prepaid to:

Bryan Krakauer
Sidley, Austin, Brown & Wood, LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis
Landis, Rath & Cobb, LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19801

United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19899

Brian G. Esders