# EXHIBIT B



B. A. Fulkerson
Counsel/Intellectual Property & Interactive
312/222-4653

# TRIBUNE

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611-4066
fax: 312/222-4206
e-mail: bfulkerson@tribune.com

November 17, 2006

**Via Certified Mail Signature Required
and DHL Express**

Mr. Warren Beatty
c/o Traubner & Flynn
Business Management
1849 Sawtelle Boulevard, Suite 500
Los Angeles, CA 90025

Mr. Steven Bardwil
Walt Disney Pictures
500 South Buena Vista Street
Burbank, CA 91521

Mr. Warren Beatty
c/o Bertram Fields, Esq.
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars
21st Floor
Los Angeles, CA 90067

Re:   Notice Regarding Tribune Media Services' Intention to Revert Rights

Dear Messrs. Beatty and Bardwil:

As you know, Paragraph 9 of the August 28, 1995 agreement between Tribune Media Services ("TMS") and Mr. Beatty (the "Dick Tracy Agreement") provides that "[i]n the event that, within five years after the initial domestic release of the picture, or any subsequent theatrical picture or television series or special, photography has not commenced on either another theatrical motion picture or television series or special, TMS may give Mr. Beatty notice of its intention to effect a reversion of all rights granted hereunder…"

This letter shall serve as notice that TMS intends to effect a reversion of all rights granted to Mr. Beatty pursuant to the Dick Tracy Agreement and the amendment thereto dated May 15, 1988. Unless, as required by Paragraph 9 of the Dick Tracy Agreement, you commence principal photography on "another theatrical motion picture or television series or special" within two years after receipt of this notice. TMS will provide you with another written notice, at which time all rights in the Dick Tracy Property will revert to TMS.

This letter shall not be construed as an admission by TMS of any kind. It is TMS's position that the notices previously served on Walt Disney Pictures by it met the reversion requirements of the Dick Tracy Agreement. However, TMS hereby withdraws those previous notices and gives notice to you that you have two years from your receipt of this notice to commence principal photography on another theatrical motion picture or

EXHIBIT B

Mr. Warren Beatty
Mr. Steven Bardwil
November 17, 2006
Page 2 of 2

television series or special and TMS will not interfere with your exercise of the rights in the Dick Tracy Property consistent with the Dick Tracy Agreement, as amended.

In the event the Court grants TMS's motion for leave to amend its pleading in *Warren Beatty v. Tribune Media Services, Inc*, Case No. CV05-3938 DDP (SSx), TMS will voluntarily dismiss its claim for a declaratory judgment. Finally, this letter should not be construed as a waiver of any rights or defenses TMS may have in that action or any other matter.

Very truly yours,

*Beth Fulkerson*

Beth Fulkerson

cc: Bertram Fields, Esq.
Jacob Yellin, Esq.