IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **TRIBUNE COMPANY,** *et al.*, | : | Case No. 08-13141 (KJC) |
| | : | |
| **Debtors** | : | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas Askounis, Esquire of Askounis & Darcy PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611, to represent Banc of America Leasing & Capital, LLC in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ R. Karl Hill*
R. KARL HILL (DE2747)
khill@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, Delaware  19899
Telephone (302) 888-0600
Facsimile (302) 888-0606
   *Attorneys for Banc of America Leasing
   & Capital, LLC*

Dated:  March 20, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this _____ day of ____, that counsel's motion for admission *pro hac vice* is granted.

_____
United States Bankruptcy Judge

68463v1