## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar the State of Illinois and the State of Tennessee. I am also admitted to practice in the United States District Court for the Northern, Central and Southern Districts of Illinois, the Northern and Southern Districts of Indiana, the Eastern and Western Districts of Michigan and the Western District of Wisconsin. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

/s/ Thomas Askounis
Thomas Askounis, Esquire
Askounis & Darcy PC
401 North Michigan Avenue
Suite 550
Chicago, IL  60611
(312)784-2400 – Telephone
(312)784-2410 – Facsimile
*Lead Attorney for Banc of America Leasing & Capital, LLC*

68463v1