*Exhibit A*

*Tribune Company, et al.,*
*Summary of Time Detail by Task*
*December 8, 2008 through January 31, 2009*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Accounting | 262.0 | $119,285.00 |
| Administrative | 36.0 | $14,595.00 |
| AP/Vendor Issues | 596.0 | $249,365.00 |
| Business Plan | 556.5 | $224,770.00 |
| Cash Flow | 451.7 | $207,470.00 |
| Claims | 1.0 | $470.00 |
| Communication | 73.7 | $33,230.00 |
| Contract | 53.7 | $28,610.00 |
| Court Hearings | 27.3 | $19,110.00 |
| Creditor | 320.0 | $184,535.00 |
| DIP Financing | 16.3 | $11,380.00 |
| Employee | 18.2 | $9,360.00 |
| Fee Application | 4.5 | $832.50 |
| Leases and Real Estate | 22.9 | $14,555.00 |
| Monthly Operating Report | 172.0 | $75,245.00 |
| Motions | 450.0 | $171,600.00 |
| Operations | 18.4 | $12,515.00 |
| Retention | 20.4 | $12,790.00 |
| Statements/Schedules | 927.2 | $314,762.50 |
| Status Meetings | 40.2 | $22,825.00 |
| Tax | 21.2 | $12,290.00 |
| Travel | 15.5 | $10,700.00 |
| **Total** | **4,104.7** | **$1,750,295.00** |