*Exhibit B*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**December 8, 2008 through January 31, 2009**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| George Koutouras | Managing Director | $700.00 | 8.5 | $5,950.00 |
| Tom Hill | Managing Director | $700.00 | 394.3 | $276,010.00 |
| Brian Whittman | Managing Director | $650.00 | 308.6 | $200,590.00 |
| Michelle Miller | Managing Director | $650.00 | 50.8 | $33,020.00 |
| Steve Kotarba | Managing Director | $475.00 | 126.7 | $60,182.50 |
| Nate Arnett | Senior Director | $550.00 | 210.0 | $115,500.00 |
| Griffin Howard | Director | $500.00 | 5.3 | $2,650.00 |
| Justin Schmaltz | Director | $450.00 | 185.2 | $83,340.00 |
| William Stotzer | Director | $450.00 | 16.0 | $7,200.00 |
| Paul Kinealy | Director | $375.00 | 207.6 | $77,850.00 |
| Mark Zeiss | Director | $350.00 | 23.8 | $8,330.00 |
| Richard Stone | Senior Associate | $400.00 | 488.4 | $195,360.00 |
| Robert Novak | Senior Associate | $400.00 | 39.2 | $15,680.00 |
| Robert Sallman | Senior Associate | $400.00 | 11.5 | $4,600.00 |
| Stuart Kaufman | Senior Associate | $400.00 | 292.3 | $116,920.00 |
| Joseph Bruckner | Senior Associate | $370.00 | 7.5 | $2,775.00 |
| Ernst Pintar | Associate | $350.00 | 263.8 | $92,330.00 |
| Matt Frank | Associate | $350.00 | 423.5 | $148,225.00 |
| Matthew Williams | Consultant | $325.00 | 48.4 | $15,730.00 |
| Richard Niemerg | Consultant | $300.00 | 141.9 | $42,570.00 |
| Robert Esposito | Consultant | $300.00 | 139.6 | $41,880.00 |
| Teresa Christians | Consultant | $275.00 | 7.7 | $2,117.50 |
| Mark Berger | Analyst | $300.00 | 149.5 | $44,850.00 |
| Sean Hough | Analyst | $300.00 | 347.1 | $104,130.00 |
| Jamie Strohl | Consultant | $275.00 | 36.9 | $10,147.50 |
| Elizabeth Johnston | Analyst | $250.00 | 166.1 | $41,525.00 |
| Mary Napoliello | Paraprofessional | $185.00 | 4.5 | $832.50 |
| | | *Total* | 4,104.7 | $1,750,295.00 |