*Exhibit C*

**Tribune Company,  et al.,**
**Summary of Time Detail by Professional**
**December 8, 2008 through January 31, 2009**

**Accounting**                    **Accounting cut-off issues, liabilities subject to compromise, etc.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 66.8 | $43,420.00 |
| Michelle Miller | Managing Director | $650 | 2.8 | $1,820.00 |
| Tom Hill | Managing Director | $700 | 23.4 | $16,380.00 |
| Nate Arnett | Senior Director | $550 | 3.2 | $1,760.00 |
| Matt Frank | Associate | $350 | 1.1 | $385.00 |
| Richard Stone | Senior Associate | $400 | 1.8 | $720.00 |
| Stuart Kaufman | Senior Associate | $400 | 59.3 | $23,720.00 |
| Mark Berger | Analyst | $300 | 83.7 | $25,110.00 |
| Sean Hough | Analyst | $300 | 19.9 | $5,970.00 |
| | | | 262.0 | $119,285.00 |
| | *Average Billing Rate* | | | $455.29 |

*Exhibit C*

### Tribune Company, et al.,
### Summary of Time Detail by Professional
### December 8, 2008 through January 31, 2009

**Administrative**

Address administrative matters related to the engagement, including coordinating meetings, conference calls and the delivery of information, and preparing or reviewing court documents and general case management.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 0.6 | $390.00 |
| Michelle Miller | Managing Director | $650 | 1.0 | $650.00 |
| Nate Arnett | Senior Director | $550 | 6.0 | $3,300.00 |
| Griffin Howard | Director | $500 | 1.2 | $600.00 |
| Justin Schmaltz | Director | $450 | 1.3 | $585.00 |
| Stuart Kaufman | Senior Associate | $400 | 13.0 | $5,200.00 |
| Mark Berger | Analyst | $300 | 1.8 | $540.00 |
| Sean Hough | Analyst | $300 | 11.1 | $3,330.00 |
| | | | 36.0 | $14,595.00 |
| | *Average Billing Rate* | | | $405.42 |

*Exhibit C*

**Tribune Company, et al.,**
**Summary of Time Detail by Professional**
**December 8, 2008 through January 31, 2009**

**AP/Vendor Issues**              Work related to AP/Vendor communications/issues that are not related to
                                 Contracts.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 61.7 | $40,105.00 |
| Michelle Miller | Managing Director | $650 | 0.7 | $455.00 |
| Tom Hill | Managing Director | $700 | 0.9 | $630.00 |
| Nate Arnett | Senior Director | $550 | 4.5 | $2,475.00 |
| Justin Schmaltz | Director | $450 | 5.9 | $2,655.00 |
| Ernst Pintar | Associate | $350 | 20.4 | $7,140.00 |
| Matt Frank | Associate | $350 | 58.7 | $20,545.00 |
| Richard Stone | Senior Associate | $400 | 399.6 | $159,840.00 |
| Robert Sallman | Senior Associate | $400 | 7.5 | $3,000.00 |
| Stuart Kaufman | Senior Associate | $400 | 16.9 | $6,760.00 |
| Sean Hough | Analyst | $300 | 19.2 | $5,760.00 |
| | | | 596.0 | $249,365.00 |

*Average Billing Rate*                                      $418.40

*Exhibit C*

*Tribune Company, et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Business Plan**          **Assist the Debtors with the preparation of its business plan, including analysis of potential strategic alternatives.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 12.8 | $8,320.00 |
| Tom Hill | Managing Director | $700 | 22.3 | $15,610.00 |
| Nate Arnett | Senior Director | $550 | 76.3 | $41,965.00 |
| Griffin Howard | Director | $500 | 4.1 | $2,050.00 |
| Justin Schmaltz | Director | $450 | 22.2 | $9,990.00 |
| William Stotzer | Director | $450 | 10.5 | $4,725.00 |
| Ernst Pintar | Associate | $350 | 20.6 | $7,210.00 |
| Matt Frank | Associate | $350 | 253.6 | $88,760.00 |
| Robert Novak | Senior Associate | $400 | 39.2 | $15,680.00 |
| Stuart Kaufman | Senior Associate | $400 | 19.9 | $7,960.00 |
| Mark Berger | Analyst | $300 | 18.7 | $5,610.00 |
| Sean Hough | Analyst | $300 | 56.3 | $16,890.00 |
| | | | 556.5 | $224,770.00 |

*Average Billing Rate*                                                 $403.90

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Cash Flow**

**Assist the Debtors with cash flow forecasts, budget vs. actual, and reporting on cash results to various constituents.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 18.2 | $11,830.00 |
| Tom Hill | Managing Director | $700 | 41.9 | $29,330.00 |
| Nate Arnett | Senior Director | $550 | 70.8 | $38,940.00 |
| Justin Schmaltz | Director | $450 | 123.9 | $55,755.00 |
| Ernst Pintar | Associate | $350 | 123.9 | $43,365.00 |
| Matt Frank | Associate | $350 | 3.6 | $1,260.00 |
| Richard Stone | Senior Associate | $400 | 1.4 | $560.00 |
| Stuart Kaufman | Senior Associate | $400 | 60.3 | $24,120.00 |
| Mark Berger | Analyst | $300 | 5.6 | $1,680.00 |
| Sean Hough | Analyst | $300 | 2.1 | $630.00 |
| | | | 451.7 | $207,470.00 |
| | *Average Billing Rate* | | | $459.31 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Claims**                           **Review of claims filed against the Debtors.**

| *Professional* | *Position* | *Billing Rate* | *Sum of Hours* | *Sum of Fees* |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 0.4 | $260.00 |
| Ernst Pintar | Associate | $350 | 0.6 | $210.00 |
| | | | 1.0 | $470.00 |
| | *Average Billing Rate* | | | $470.00 |

*Exhibit C*

### Tribune Company,  et al.,
### Summary of Time Detail by Professional
### December 8, 2008 through January 31, 2009

**Communication**              **Worked related to Communication Documents and Call Center.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 12.0 | $7,800.00 |
| Michelle Miller | Managing Director | $650 | 2.1 | $1,365.00 |
| Tom Hill | Managing Director | $700 | 0.9 | $630.00 |
| Ernst Pintar | Associate | $350 | 0.9 | $315.00 |
| Stuart Kaufman | Senior Associate | $400 | 57.8 | $23,120.00 |
| | | | 73.7 | $33,230.00 |
| | *Average Billing Rate* | | | $450.88 |

*Exhibit C*

## Tribune Company, et al.,
## Summary of Time Detail by Professional
## December 8, 2008 through January 31, 2009

**Contract**          Assist the Debtors with negotiations on key customer and supplier contracts, analysis of contract rejection claims, etc.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 0.9 | $585.00 |
| Michelle Miller | Managing Director | $650 | 23.3 | $15,145.00 |
| Tom Hill | Managing Director | $700 | 5.7 | $3,990.00 |
| William Stotzer | Director | $450 | 5.5 | $2,475.00 |
| Ernst Pintar | Associate | $350 | 15.8 | $5,530.00 |
| Matt Frank | Associate | $350 | 0.3 | $105.00 |
| Stuart Kaufman | Senior Associate | $400 | 1.2 | $480.00 |
| Mark Berger | Analyst | $300 | 1.0 | $300.00 |
| | | | 53.7 | $28,610.00 |
| | *Average Billing Rate* | | | $532.77 |

*Exhibit C*

*Tribune Company, et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Court Hearings**                    **Prepare for and participate in court hearings.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Tom Hill | Managing Director | $700 | 27.3 | $19,110.00 |
| | | | 27.3 | $19,110.00 |
| | | *Average Billing Rate* | | $700.00 |

*Exhibit C*

## *Tribune Company, et al.,*
## *Summary of Time Detail by Professional*
## *December 8, 2008 through January 31, 2009*

**Creditor**
Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on matters other than information requests.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 43.2 | $28,080.00 |
| Michelle Miller | Managing Director | $650 | 3.4 | $2,210.00 |
| Tom Hill | Managing Director | $700 | 143.8 | $100,660.00 |
| Nate Arnett | Senior Director | $550 | 37.1 | $20,405.00 |
| Justin Schmaltz | Director | $450 | 14.1 | $6,345.00 |
| Ernst Pintar | Associate | $350 | 7.9 | $2,765.00 |
| Matt Frank | Associate | $350 | 58.4 | $20,440.00 |
| Mark Berger | Analyst | $300 | 8.7 | $2,610.00 |
| Sean Hough | Analyst | $300 | 3.4 | $1,020.00 |
| | | | 320.0 | $184,535.00 |
| | | *Average Billing Rate* | | $576.67 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**DIP Financing**                    Assist the Debtors with entering into a DIP financing agreement, cash collateral
                                     agreement, associated reporting under these agreements, and communication
                                     of the terms of such agreements to various constituents.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 0.6 | $390.00 |
| Tom Hill | Managing Director | $700 | 15.7 | $10,990.00 |
|  |  |  | 16.3 | $11,380.00 |
|  | *Average Billing Rate* |  |  | $698.16 |

*Exhibit C*

### *Tribune Company, et al.,*
### *Summary of Time Detail by Professional*
### *December 8, 2008 through January 31, 2009*

**Employee**                          **Assist the Debtors with employee communications, development of severance and retention plans, and related matters.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 4.0 | $2,600.00 |
| Tom Hill | Managing Director | $700 | 3.6 | $2,520.00 |
| Richard Stone | Senior Associate | $400 | 10.6 | $4,240.00 |
| | | | 18.2 | $9,360.00 |
| | | *Average Billing Rate* | | $514.29 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Fee Application**                    **Preparation of monthly and interim fee applications in accordance with court guidelines.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Mary Napoliello | Paraprofessional | $185 | 4.5 | $832.50 |
| | | | 4.5 | $832.50 |
| | *Average Billing Rate* | | | $185.00 |

*Exhibit C*

### Tribune Company,  et al.,
### Summary of Time Detail by Professional
### December 8, 2008 through January 31, 2009

**Leases and Real Estate**            **Assist the Debtors with store profitability analysis and determination of potential leases to assume or reject, analysis of cure costs, etc.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 1.5 | $975.00 |
| Tom Hill | Managing Director | $700 | 17.4 | $12,180.00 |
| Matt Frank | Associate | $350 | 4.0 | $1,400.00 |
|  |  |  | 22.9 | $14,555.00 |
|  |  | *Average Billing Rate* |  | $635.59 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Monthly Operating Report**          **Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 26.4 | $17,160.00 |
| Tom Hill | Managing Director | $700 | 8.5 | $5,950.00 |
| Nate Arnett | Senior Director | $550 | 6.2 | $3,410.00 |
| Justin Schmaltz | Director | $450 | 10.9 | $4,905.00 |
| Ernst Pintar | Associate | $350 | 28.0 | $9,800.00 |
| Matt Frank | Associate | $350 | 0.6 | $210.00 |
| Stuart Kaufman | Senior Associate | $400 | 63.9 | $25,560.00 |
| Mark Berger | Analyst | $300 | 27.5 | $8,250.00 |
| | | | 172.0 | $75,245.00 |
| | *Average Billing Rate* | | | $437.47 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Motions**                          Research for and preparation of Motions.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 37.0 | $24,050.00 |
| Michelle Miller | Managing Director | $650 | 12.3 | $7,995.00 |
| Tom Hill | Managing Director | $700 | 17.8 | $12,460.00 |
| Nate Arnett | Senior Director | $550 | 1.8 | $990.00 |
| Justin Schmaltz | Director | $450 | 4.5 | $2,025.00 |
| Ernst Pintar | Associate | $350 | 27.3 | $9,555.00 |
| Matt Frank | Associate | $350 | 38.7 | $13,545.00 |
| Richard Stone | Senior Associate | $400 | 74.5 | $29,800.00 |
| Robert Sallman | Senior Associate | $400 | 3.5 | $1,400.00 |
| Sean Hough | Analyst | $300 | 232.6 | $69,780.00 |
| | | | 450.0 | $171,600.00 |

*Average Billing Rate*                                      $381.33

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Operations**　　　　　　　　　　　　**Assist the Debtors with various matters associated with implementing their business plan.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 2.4 | $1,560.00 |
| Tom Hill | Managing Director | $700 | 15.3 | $10,710.00 |
| Ernst Pintar | Associate | $350 | 0.7 | $245.00 |
| | | | 18.4 | $12,515.00 |
| | *Average Billing Rate* | | | $680.16 |

*Exhibit C*

**Tribune Company,  et al.,**
**Summary of Time Detail by Professional**
**December 8, 2008 through January 31, 2009**

**Retention**                    Prepare documents in compliance with court retention requirements.

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 0.6 | $390.00 |
| Tom Hill | Managing Director | $700 | 15.4 | $10,780.00 |
| Paul Kinealy | Director | $375 | 4.0 | $1,500.00 |
| Sean Hough | Analyst | $300 | 0.4 | $120.00 |
| | | | 20.4 | $12,790.00 |
| | *Average Billing Rate* | | | $626.96 |

*Exhibit C*

> ### Tribune Company, et al.,
> ### Summary of Time Detail by Professional
> ### December 8, 2008 through January 31, 2009

**Statements/Schedules**          **Assist the Debtors with the preparation of statements and schedules.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 5.5 | $3,575.00 |
| Steve Kotarba | Managing Director | $475 | 126.7 | $60,182.50 |
| Tom Hill | Managing Director | $700 | 7.3 | $5,110.00 |
| Nate Arnett | Senior Director | $550 | 1.5 | $825.00 |
| Justin Schmaltz | Director | $450 | 0.5 | $225.00 |
| Mark Zeiss | Director | $350 | 23.8 | $8,330.00 |
| Paul Kinealy | Director | $375 | 203.6 | $76,350.00 |
| Ernst Pintar | Associate | $350 | 17.7 | $6,195.00 |
| Matthew Williams | Consultant | $325 | 48.4 | $15,730.00 |
| Richard Niemerg | Consultant | $300 | 141.9 | $42,570.00 |
| Robert Esposito | Consultant | $300 | 139.6 | $41,880.00 |
| Teresa Christians | Consultant | $275 | 7.7 | $2,117.50 |
| Elizabeth Johnston | Analyst | $250 | 166.1 | $41,525.00 |
| Jamie Strohl | Consultant | $275 | 36.9 | $10,147.50 |
| | | | 927.2 | $314,762.50 |

**Average Billing Rate**          $339.48

*Exhibit C*

### Tribune Company,  et al.,
### Summary of Time Detail by Professional
### December 8, 2008 through January 31, 2009

**Status Meetings**                    **Monday / Thursday status meetings/calls.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 12.5 | $8,125.00 |
| Michelle Miller | Managing Director | $650 | 2.2 | $1,430.00 |
| Tom Hill | Managing Director | $700 | 10.9 | $7,630.00 |
| Nate Arnett | Senior Director | $550 | 2.6 | $1,430.00 |
| Justin Schmaltz | Director | $450 | 1.9 | $855.00 |
| Matt Frank | Associate | $350 | 4.5 | $1,575.00 |
| Richard Stone | Senior Associate | $400 | 0.5 | $200.00 |
| Robert Sallman | Senior Associate | $400 | 0.5 | $200.00 |
| Mark Berger | Analyst | $300 | 2.5 | $750.00 |
| Sean Hough | Analyst | $300 | 2.1 | $630.00 |
| | | | 40.2 | $22,825.00 |
| | *Average Billing Rate* | | | $567.79 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Tax**                              **Assist the Debtors in tax related matters.**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Whittman | Managing Director | $650 | 1.5 | $975.00 |
| George Koutouras | Managing Director | $700 | 8.5 | $5,950.00 |
| Tom Hill | Managing Director | $700 | 3.7 | $2,590.00 |
| Joseph Bruckner | Senior Associate | $370 | 7.5 | $2,775.00 |
|  |  |  | 21.2 | $12,290.00 |
|  | *Average Billing Rate* |  |  | $579.72 |

*Exhibit C*

*Tribune Company,  et al.,*
*Summary of Time Detail by Professional*
*December 8, 2008 through January 31, 2009*

**Travel**                               **Billable travel time (reflects 50% of time incurred).**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michelle Miller | Managing Director | $650 | 3.0 | $1,950.00 |
| Tom Hill | Managing Director | $700 | 12.5 | $8,750.00 |
|  |  |  | 15.5 | $10,700.00 |
|  | *Average Billing Rate* |  |  | $690.32 |