IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Thomas Askounis, Esquire of Askounis & Darcy PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611, to represent Banc of America Leasing & Capital, LLC in this matter.

SEITZ, VAN OGTROP & GREEN, P.A.

/s/ R. Karl Hill
R. KARL HILL (DE2747)
khill@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, Delaware 19899
Telephone (302) 888-0600
Facsimile (302) 888-0606
*Attorneys for Banc of America Leasing & Capital, LLC*

Dated: March 20, 2009

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, this 23RD day of March, that counsel's motion for admission *pro hac vice* is granted.

_____
United States Bankruptcy Judge

68463v1