IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 25, 2009 AT 3:00 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1. Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

    (a)    Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

    (b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 11, 2008) (Docket No. 74)

    (c)    Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No. 126)

    (d)    Order Approving Supplemental Stipulation By and Between Debtors and Official Committee of Unsecured Creditors Extending Time for Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-1(m)(v) (Entered January 27, 2009) (Docket No. 280)

Objection Deadline: December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline is extended to April 2, 2009 at 4:00 p.m. for the Senior Lender Steering Committee and the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status:    On consent of the parties, this matter is adjourned to the April 9, 2009 omnibus hearing. This matter will not be going forward.

2.    Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

    (a)    Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

Objection Deadline: January 27, 2009 at 4:00 p.m.

On consent of the parties, the Objection Deadline was extended to March 4, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received: None.

Status: On consent of the parties, this matter is adjourned to the April 9, 2009 omnibus hearing. This matter will not be going forward.

3. Andrew and Jennifer Faggio's Motion for Relief from Stay (Filed March 5, 2009) (Docket No. 476)

Objection Deadline: March 18, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to April 2, 2009 at 4:00 p.m. for the Debtors.

Responses Received: None.

Status: On consent of the parties, this matter is adjourned to the April 9, 2009 omnibus hearing. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

4. Third Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed March 6, 2009) (Docket No. 483)

Related Document(s):

(a) Certification of No Objection (Filed March 20, 2009) (Docket No. 554)

Objection Deadline: March 18, 2009 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

5. Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed March 6, 2009) (Docket No. 485)

Related Document(s):

(a) Certification of No Objection (Filed March 20, 2009) (Docket No. 555)

Objection Deadline: March 18, 2009 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

6. Motion to Authorize Entry into Stipulation Among Debtor the Hartford Courant Company, the United States of America, and the State of Connecticut and for Relief from the Automatic Stay (Filed March 6, 2009) (Docket No. 486)

 Related Document(s):

 (a) Certification of No Objection (Filed March 20, 2009) (Docket No. 556)

 Objection Deadline: March 18, 2009 at 4:00 p.m.

 Responses Received: None.

 Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

7. Motion for an Order Granting a Further Interim Extension of Time for Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed March 6, 2009) (Docket No. 488)

 Related Document(s):

 (a) Certification of No Objection (Filed March 23, 2009) (Docket No. 564)

 Objection Deadline: March 18, 2009 at 4:00 p.m.

 Responses Received: None.

 Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**UNCONTESTED MATTERS GOING FORWARD**

8. Motion of the Debtors for an Order Pursuant to Sections 501, 502, and 1111(a) of the Bankruptcy Code, Bankruptcy Rules 2002 and 3003(c)(3), and Local Rule 2002-1(e) Establishing Bar Dates for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (Filed March 6, 2009) (Docket No. 489)

 Objection Deadline: March 18, 2009 at 4:00 p.m.

 Responses Received: None.

 Status: The Motion is uncontested; however, certain modifications are being made to the proposed order in response to informal requests made by various parties. The Debtors intend to submit a revised order for the Court's consideration that addresses the informal requests. This matter will be going forward.

4

## **CONTESTED MATTERS GOING FORWARD**

9. Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (Filed March 6, 2009) (Docket No. 484)

    Objection Deadline:  March 18, 2009 at 4:00 p.m.

    Responses Received:

    (a) Limited Objection of Lessor Diablo Investment Co. to Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Property Pursuant to Section 365(d)(4) of the Bankruptcy Code  (1369 S. State College Blvd., Anaheim, Ca 92806) (Filed March 17, 2009) (Docket No. 537)

    Status:  The parties are discussing a possible consensual resolution of this matter; however, no such resolution has been reached at present. This matter will be going forward.

10. Motion of Jon Von Senus, by and through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (Filed March 7, 2009) (Docket No. 490)

    Related Documents:

    (a) Reply to I) Debtors' Preliminary Objection and Reservation of Rights (Docket No. 541) and II) The Response of Zurich American Insurance Company (Docket No. 538) to Motion of Jon Van Senus, by and Through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (Docket No. 490) (Filed March 21, 2009) (Docket No. 562)

    (b) Exhibit A to Reply to: Debtors' Preliminary Objection and Reservation of Rights (Docket No. 541) and II) The Response of Zurich American Insurance Company (Docket No. 538) to Motion of Jon Van Senus, by and Through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (Docket No. 490) (Filed March 23, 2009) (Docket No. 563)

    Objection Deadline:  March 18, 2009 at 4:00 p.m.

46429/0001-5402859v1

Responses Received:

(a) Response of Zurich American Insurance Company to Motion of Jon Van Senus, by and through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement (Filed March 18, 2009) (Docket No. 538)

(b) Debtors' Preliminary Objection and Reservation of Rights with respect to the Motion Of Jon Van Senus, by and through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (Filed March 18, 2009) (Docket No. 541)

Status:   This matter will be going forward.

Dated:  March 23, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Attorneys for Debtors and Debtors in Possession