**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.<br><br>Debtors | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>Hearing Date: March 25, 2009, 3:00 p.m. (ET)<br>Objection Deadline: March 18, 2009, 4:00 p.m. (ET) |

**WITHDRAWAL OF LIMITED OBJECTION OF LESSOR DIABLO INVESTMENT CO. TO MOTION OF DEBTORS FOR AN ORDER EXTENDING THE TIME TO ASSUME OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**
(<u>**1369 S. State College Blvd., Anaheim, CA  92806**</u>)

Diablo Investment Co., a Nevada corporation ("Diablo"), the lessor of premises located at and commonly known as 1369 South State College Boulevard, Anaheim, California ("Anaheim Premises.") leased to Los Angeles Times Communications LLC, a Delaware limited liability company ("LA Times") hereby withdraws its Limited Objection to the Motion Of Debtors For An Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Property ("Extension Motion").

Dated March 23, 2009

McPHARLIN SPRINKLES & THOMAS, LLP

By:  /s/ *Elaine M. Seid*-----
Elaine M. Seid  CA SBN: 72588
10 Almaden Blvd., Suite 1460
San Jose, California  95113
T: (408) 293-1900
F: (408) 293-1999
emseid@mstpartners.com
Attorneys for Creditor Diablo Investment Co