## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 567 – 687 and 689 - 789** |

### AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman and Leonard, P.A., hereby certify that on March 24, 2009, a two-disc set of the pleadings listed on the attached, which were electronically filed with the Court on March 23, 2009, were served by hand delivery on the following party:

> Joseph J. McMahon, Jr., Esquire
> Office of the United States Trustee
> J. Caleb Boggs Federal Building
> 844 King Street, Suite 2207, Lockbox 35
> Wilmington, DE 19801

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:    _Pauline Z. Ratkowiak_

Pauline Z. Ratkowiak
Paralegal
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 652-3131

Subscribed and sworn to before me
this 24th day of March, 2009

_____
Notary Public

**Jeanine Losino**
**Notary Public**
**My Commission Expires**
**8/1/2012**

## LIST OF SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

567        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (435 Production Company, Case No. 08-13142).

568        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (5800 Sunset Production, Inc., Case No. 08-13143).

569        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Baltimore Newspaper Network, Inc., Case No. 08-13144).

570        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (California Community News Corporation, Case No. 08-13145).

571        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Candle Holdings Corporation, Case No. 08-13146)

572        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Channel 20, Inc., Case No. 08-13147)

573        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Channel 39, Inc., Case No. 08-13148)

574        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Channel 40, Inc., Case No. 08-13149)

575        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Chicago Avenue Construction Company, Case No. 08-13150)

576        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Chicago River Production Company, Case No. 08-13151)

577        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Company, Case No. 08-13141)

578        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Chicago Tribune Company, Case No. 08-13152)

579        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Chicago Tribune Newspapers, Inc.

580    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (KTLA Inc., Case No. 08-13183)

581    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Chicago Tribune Press Service, Inc.

582    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. ChicagoLand Microwave Licensee, Inc.

583    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Los Angeles Times Communications LLC, Case No. 08-13185)

584    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Chicagoland Publishing Company

585    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Orlando Sentinel Communications Company, Case No. 08-13198)

586    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Chicagoland Television News, Inc.

587    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Patuxent Publishing Company, Case No. 08-13200)

588    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Courant Specialty Products, Inc.

589    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Sun-Sentinel Company, Case No. 08-13208)

590    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Direct Mail Associates, Inc.

591    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (The Baltimore Sun Company, Case No. 08-13209)

592    Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Distribution Systems of America, Inc.

46429/0001-5438961v1

| 593 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (The Daily Press, Inc., Case No. 08-13210) |
| 594 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Eagle New Media Investments, LLC |
| 595 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (The Hartford Courant Company, Case No. 08-13211) |
| 596 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (The Morning Call, Inc., Case No. 08-13212) |
| 597 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Eagle Publishing Investments, LLC |
| 598 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tower Distribution Company, Case No. 08-13220) |
| 599 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. forsalebyowner.com corp. |
| 600 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Broadcasting Company, Case No. 08-13223) |
| 601 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. ForSaleByOwner.com Referral Services, LLC |
| 602 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Media Net, Inc., Case No. 08-13235) |
| 603 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Fortify Holdings Corporation |
| 604 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Gold Coast Publications, Inc. |
| 605 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Media Services, Inc., Case No. 08-13236) |
| 606 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. GreenCo, Inc. |

46429/0001-5438961v1

| | |
|---|---|
| 607 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Television Company, Case No. 08-13241) |
| 608 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Television Holdings, Inc., Case No. 08-13242) |
| 609 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Heart & Crown Advertising, Inc. |
| 610 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Television New Orleans, Inc., Case No. 08-13244) |
| 611 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Homeowners Realty, Inc. |
| 612 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Tribune Television Northwest, Inc., Case No. 08-13245) |
| 613 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Homestead Publishing Co. |
| 614 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (Virginia Gazette Companies, LLC, Case No. 08-13248) |
| 615 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Hoy, LLC |
| 616 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (WGN Continental Broadcasting Company, Case No. 08-13252) |
| 617 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Hoy Publications, LLC |
| 618 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. (WPIX, Inc., Case No. 08-13254) |
| 619 | Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Company, Case No. 08-13141) |
| 620 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. InsertCo, Inc. |

46429/0001-5438961v1

| | |
|---|---|
| 621 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Internet Foreclosure Service, Inc. |
| 622 | Schedules/Statements filed: Stmt of Financial Affairs,. (435 Production Company, Case No. 08-13142) |
| 623 | Schedules/Statements filed: Stmt of Financial Affairs,. (5800 Sunset Productions Inc., Case No. 08-13143) |
| 624 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. JuliusAir Company, LLC |
| 625 | Schedules/Statements filed: Stmt of Financial Affairs,. (Baltimore Newspaper Networks, Inc., Case No. 08-13144) |
| 626 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. JuliusAir Company II, LLC |
| 627 | Schedules/Statements filed: Stmt of Financial Affairs,. (California Community News Corporation, Case No. 08-13145) |
| 628 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. KIAH, Inc. |
| 629 | Schedules/Statements filed: Stmt of Financial Affairs,. (Candle Holdings Corporation, Case No. 08-13146) |
| 630 | Schedules/Statements filed: Stmt of Financial Affairs,. (Channel 20, Inc., Case No. 08-13147) |
| 631 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. KPLR, Inc. |
| 632 | Schedules/Statements filed: Stmt of Financial Affairs,. (Channel 39, Inc., Case No. 08-13148) |
| 633 | Schedules/Statements filed: Stmt of Financial Affairs,. (Channel 40, Inc., Case No. 08-13149) |
| 634 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. KSWB Inc. |
| 635 | Schedules/Statements filed: Stmt of Financial Affairs,. (Chicago Avenue Construction Company, Case No. 08-13150) |
| 636 | Schedules/Statements filed: Stmt of Financial Affairs,. (Chicago River Production Company, Case No. 08-13151) |
| 637 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. KWGN Inc. |

638            Schedules/Statements filed: Stmt of Financial Affairs,. (Chicago Tribune
               Company, Case No. 08-13152)

639            Schedules/Statements filed: Stmt of Financial Affairs,. (Chicago Tribune
               Newspapers, Inc., Case No. 08-13153)

640            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Los Angeles Times
               International, LTD

641            Schedules/Statements filed: Stmt of Financial Affairs,. (Chicago Tribune
               Press Service, Inc., Case No. 08-13154)

642            Schedules/Statements filed: Stmt of Financial Affairs,. (ChicagoLand
               Microwave Licensee, Inc., Case No. 08-13155)

643            Schedules/Statements filed: Stmt of Financial Affairs,. (ChicagoLand
               Publishing Company, Case No. 08-13156)

644            Schedules/Statements filed: Stmt of Financial Affairs,. (ChicagoLand
               Television News, Inc., Case No. 08-13157)

645            Schedules/Statements filed: Stmt of Financial Affairs,. (Courant Specialty
               Products, Inc., Case No. 08-13159)

646            Schedules/Statements filed: Stmt of Financial Affairs,. (Direct Mail
               Associates, Inc., Case No. 08-13160)

647            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Los Angeles Times
               Newspapers, Inc.

648            Schedules/Statements filed: Stmt of Financial Affairs,. (Distribution Systems
               of America, Inc., Case No. 08-13161)

649            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Magic T Music
               Publishing Company

650            Schedules/Statements filed: Stmt of Financial Affairs,. (Eagle New Media
               Investments, LLC, Case No. 08-13162)

651            Schedules/Statements filed: Stmt of Financial Affairs,. (Eagle Publishing
               Investments, LLC, Case No. 08-13163)

652            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. NBBF, LLC

653            Schedules/Statements filed: Stmt of Financial Affairs,. (forsalebyowner.com
               corp., Case No. 08-13165)

654            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Neocomm, Inc.,
               Case No. 08-13190

| | |
|---|---|
| 655 | Schedules/Statements filed: Stmt of Financial Affairs,. (ForSaleByOwner.com Referral Services, LLC, Case No. 08-13166) |
| 656 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. New Mass. Media, Inc., Case No. 08-13191 |
| 657 | Schedules/Statements filed: Stmt of Financial Affairs,. (Fortify Holdings Corporation, Case No. 08-13167) |
| 658 | Schedules/Statements filed: Stmt of Financial Affairs,. (Forum Publishing Group, Inc., Case No. 08-13168) |
| 659 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. New River Center Maintenance Association, Inc. |
| 660 | Schedules/Statements filed: Stmt of Financial Affairs,. (Gold Coast Publications, Inc., Case No. 08-13169) |
| 661 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Newscom Services, Inc., Case No. 08-13193 |
| 662 | Schedules/Statements filed: Stmt of Financial Affairs,. (GreenCo., Inc., Case No. 08-13170) |
| 663 | Schedules/Statements filed: Stmt of Financial Affairs,. (Heart & Crown Advertising, Inc., Case No. 08-13171) |
| 664 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Newspaper Readers Agency, Inc., Case No. 08-13194 |
| 665 | Schedules/Statements filed: Stmt of Financial Affairs,. (Homeowners Realty, Inc., Case No. 08-13172) |
| 666 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. North Michigan Production Company, Case No. 08-13195 |
| 667 | Schedules/Statements filed: Stmt of Financial Affairs,. (Homestead Publishing Co., Case No. 08-13173) |
| 668 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. North Orange Avenue Properties, Inc., Case No. 08-13196 |
| 669 | Schedules/Statements filed: Stmt of Financial Affairs,. (Hoy, LLC, Case No. 08-13174) |
| 670 | Schedules/Statements filed: Stmt of Financial Affairs,. (Hoy Publications, LLC, Case No. 08-13175) |

46429/0001-5438961v1

| 671 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Oak Brook Productions, Inc., Case 08-13197 |

| 672 | Schedules/Statements filed: Stmt of Financial Affairs,. (InsertCo, Inc., Case No. 08-13176) |

| 673 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Publishers Forest Products Co. of Washington, Case No. 08-13201 |

| 674 | Schedules/Statements filed: Stmt of Financial Affairs,. (Internet Foreclosure Service, Inc., Case No. 08-13177) |

| 675 | Schedules/Statements filed: Stmt of Financial Affairs,. (JuliusAir Company, LLC, Case No. 08-13178) |

| 676 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Sentinel Communications News Ventures, Inc., Case No. 08-13202 |

| 677 | Schedules/Statements filed: Stmt of Financial Affairs,. (JuliusAir Company II, LLC, Case No. 08-13179) |

| 678 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Shepard's Inc., Case No. 08-13203 |

| 679 | Schedules/Statements filed: Stmt of Financial Affairs,. (KIAH Inc., Case No. 08-13180) |

| 680 | Schedules/Statements filed: Stmt of Financial Affairs,. (KPLR, Inc., Case No. 08-13181) |

| 681 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Signs of Distinction, Inc., Case No. 08-13204 |

| 682 | Schedules/Statements filed: Stmt of Financial Affairs,. (KSWB Inc., Case No. 08-13182) |

| 683 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Southern Connecticut Newspapers, Inc., Case No. 08-13205 |

| 684 | Schedules/Statements filed: Stmt of Financial Affairs,. (KTLA Inc., Case No. 08-13183) |

| 685 | Schedules/Statements filed: Stmt of Financial Affairs,. (KWGN Inc., Case No. 08-13184) |

| 686 | Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Star Community Publishing Group, LLC, Case No. 13206 |

687             Schedules/Statements filed: Stmt of Financial Affairs,. (Los Angeles Times
                Communications LLC, Case No. 08-13185)

689             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Stemweb, Inc., Case
                No. 08-13207

690             Schedules/Statements filed: Stmt of Financial Affairs,. (Los Angeles Times
                International, Ltd., Case No. 08-13186)

691             Schedules/Statements filed: Stmt of Financial Affairs,. (Los Angeles Times
                Newspapers, Inc., Case No. 08-13187)

692             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. The Other Company
                LLC, Case No. 13213

693             Schedules/Statements filed: Stmt of Financial Affairs,. (Magic T Music
                Publishing Company, Case No. 08-13188)

694             Schedules/Statements filed: Stmt of Financial Affairs,. (NBBF, LLC, Case
                No. 08-13189)

695             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Times Mirror Land
                and Timber Company, Case No. 08-13214

696             Schedules/Statements filed: Stmt of Financial Affairs,. (Neocomm, Inc., Case
                No. 08-13190)

697             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Times Mirror
                Payroll Processing Company, Inc., Case No. 08-13215

698             Schedules/Statements filed: Stmt of Financial Affairs,. (New Mass. Media,
                Inc., Case No. 08-13191)

699             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Times Mirror
                Services Company, Inc., Case No. 08-13216

700             Schedules/Statements filed: Stmt of Financial Affairs,. (New River Center
                Maintenance Association, Inc., Case No. 08-13192)

701             Schedules/Statements filed: Stmt of Financial Affairs,. (Newscom Services,
                Inc., Case No. 08-13193)

702             Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
                G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. TMLH 2, Inc., Case
                No. 08-13217

703             Schedules/Statements filed: Stmt of Financial Affairs,. (Newspaper Readers
                Agency, Inc., Case No. 08-13194)

704         Schedules/Statements filed: Stmt of Financial Affairs,. (North Michigan
            Production Company, Case No. 08-13195)

705         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. TMLS I, Inc., Case
            No. 08-13218

706         Schedules/Statements filed: Stmt of Financial Affairs,. (North Orange
            Avenue Properties, Inc., Case No. 08-13196)

707         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. TMS Entertainment
            Guides, Inc., Case No. 08-13219

708         Schedules/Statements filed: Stmt of Financial Affairs,. (Oak Brook
            Productions, Inc., Case No. 08-13197)

709         Schedules/Statements filed: Stmt of Financial Affairs,. (Orlando Sentinel
            Communications Company, Case No. 08-13198)

710         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Towering T Music
            Publishing Company, Case No. 08-13221

711         Schedules/Statements filed: Stmt of Financial Affairs,. (Patuxent Publishing
            Company, Case No. 08-13200)

712         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Broadcast
            Holdings, Inc., Case No. 08-13222

713         Schedules/Statements filed: Stmt of Financial Affairs,. (Publishers Forest
            Products Co. of Washington, Case No. 08-13201)

714         Schedules/Statements filed: Stmt of Financial Affairs,. (Sentinel
            Communications News Ventures, Inc., Case No. 08-13202)

715         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune
            Broadcasting Holdco, LLC, Case No. 08-13224

716         Schedules/Statements filed: Stmt of Financial Affairs,. (Shepard's Inc., Case
            No. 08-13203)

717         Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
            G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune
            Broadcasting News Network, Inc., Case No. 08-13225

718         Schedules/Statements filed: Stmt of Financial Affairs,. (Signs of Distinction,
            Inc., Case No. 08-13204)

719         Schedules/Statements filed: Stmt of Financial Affairs,. (Southern
            Connecticut Newspapers, Inc., Case No. 08-13205)

720 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune California Properties, Inc., Case No. 08-13226

721 Schedules/Statements filed: Stmt of Financial Affairs,. (Star Community Publishing Group, LLC, Case No. 08-13206)

722 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Direct Marketing, Inc., Case No. 08-13227

723 Schedules/Statements filed: Stmt of Financial Affairs,. (Stemweb, Inc., Case No. 08-13207)

724 Schedules/Statements filed: Stmt of Financial Affairs,. (Sun-Sentinel Company, Case No. 08-13208)

725 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Entertainment Company, Case No. 08-13228

726 Schedules/Statements filed: Stmt of Financial Affairs,. (The Baltimore Sun Company, Case No. 08-13209)

727 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Entertainment Production Company, Case No. 08-13229

728 Schedules/Statements filed: Stmt of Financial Affairs,. (The Daily Press, Inc., Case No. 08-13210)

729 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Finance, LLC, Case No. 08-13230

730 Schedules/Statements filed: Stmt of Financial Affairs,. (The Hartford Courant Company, Case No. 08-13211)

731 Schedules/Statements filed: Stmt of Financial Affairs,. (The Morning Call, Inc., Case No. 08-13212)

732 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Finance Service Center, Inc., Case No. 08-13231

733 Schedules/Statements filed: Stmt of Financial Affairs,. (The Other Company LLC, Case No. 08-13213)

734 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune License, Inc., Case No. 08-13232

735 Schedules/Statements filed: Stmt of Financial Affairs,. (Times Mirror Land and Timber Company, Case No. 08-13214)

46429/0001-5438961v1

736          Schedules/Statements filed: Stmt of Financial Affairs,. (Times Mirror Payroll
             Processing Company, Inc., Case No. 08-13215)

737          Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
             G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Los
             Angeles, Inc., Case No. 08-13233

738          Schedules/Statements filed: Stmt of Financial Affairs,. (Times Mirror
             Services Company, Inc., Case No. 08-13216)

739          Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
             G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Manhattan
             Newspaper Holdings, Inc., Case No. 08-13234

740          Schedules/Statements filed: Stmt of Financial Affairs,. (TMLH 2, Inc., Case
             No. 08-13217)

741          Schedules/Statements filed: Stmt of Financial Affairs,. (TMLS I, Inc., Case
             No. 08-13218)

742          Schedules/Statements filed: Stmt of Financial Affairs,. (TMS Entertainment
             Guides, Inc., Case No. 08-13219)

743          Schedules/Statements filed: Stmt of Financial Affairs,. (Tower Distribution
             Company, Case No. 08-13220)

744          Schedules/Statements filed: Stmt of Financial Affairs,. (Towering T Music
             Publishing Company, Case No. 08-13221)

745          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Broadcast
             Holdings, Inc., Case No. 08-13222)

746          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune
             Broadcasting Company, Case No. 08-13223)

747          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune
             Broadcasting Holdco, LLC, Case No. 08-13224)

748          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune
             Broadcasting News Network, Inc., Case No. 08-13225)

749          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune California
             Properties, Inc., Case No. 08-13226)

750          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Direct
             Marketing, Inc., Case No. 08-13226)

751          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune
             Entertainment Company, Case No. 08-13228)

752          Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune
             Entertainment Production Company, Case No. 08-13229)

753 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Finance, LLC, Case No. 08-13230)

754 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Finance Service Center, Inc., Case No. 08-13231)

755 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune License, Inc., Case No. 08-13233)

756 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Los Angeles, Inc., Case No. 08-13233)

757 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Network Holdings Company, Case No. 08-13237

758 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Manhattan Newspaper Holdings, Inc., Case No. 08-13234)

759 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Media Net, Inc., Case No. 08-13235)

760 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune New York Newspaper Holdings, LLC, Case No. 08-13238

761 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Media Services, Inc., Case No. 08-13236)

762 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune NM, Inc., Case No. 08-13239

763 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Network Holdings Company, Case No. 08-13237)

764 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Tribune Publishing Company, Case No. 08-13240

765 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune New York Newspaper Holdings, LLC, Case No. 08-13238)

766 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune NM, Inc., Case No. 08-13239)

767 Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. ValuMail, Inc., Case No. 08-13246

768 Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Publishing Company, Case No. 08-13240)

46429/0001-5438961v1

769        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Virginia Community Shoppers, LLC, Case No. 08-13247

770        Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Television Company, Case No. 08-13241)

771        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. WATL, LLC, Case No. 08-13249

772        Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Television Holdings, Inc., Case No. 08-13242)

773        Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Television New Orleans, Inc., Case No. 08-13244)

774        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. WCWN LLC, Case No. 08-13250

775        Schedules/Statements filed: Stmt of Financial Affairs,. (Tribune Television Northwest, Inc., Case No. 08-13245)

776        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. WDCW Broadcasting, Inc., Case No. 08-13251

777        Schedules/Statements filed: Stmt of Financial Affairs,. (ValuMail, Inc., Case No. 08-13246)

778        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. WLVI Inc., Case No. 08-13253

779        Schedules/Statements filed: Stmt of Financial Affairs,. (Virginia Community Shoppers, LLC, Case No. 08-13247)

780        Schedules/Statements filed: Stmt of Financial Affairs,. (Virginia Gazette Companies, LLC, Case No. 08-13248)

781        Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. WTXX Inc., Case No. 08-13255

782        Schedules/Statements filed: Stmt of Financial Affairs,. (WATL, LLC, Case No. 08-13249)

783        Schedules/Statements filed: Stmt of Financial Affairs,. (WCWN LLC, Case No. 08-13250)

784        Schedules/Statements filed: Stmt of Financial Affairs,. (WDCW Broadcasting, Inc., Case No. 08-13251)

46429/0001-5438961v1

785            Schedules/Statements filed: Stmt of Financial Affairs,. (WGN Continental
               Broadcasting Company, Case No. 08-13252)

786            Schedules/Statements filed: Stmt of Financial Affairs,. (WLVI Inc., Case No.
               08-13253)

787            Schedules/Statements filed: Stmt of Financial Affairs,. (WPIX, Inc., Case
               No. 08-13254)

788            Schedules/Statements filed: Stmt of Financial Affairs,. (WTXX Inc., Case
               No. 08-13255)

789            Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch
               G, Sch H, Sum of Schs, Decl Concerning Debtors Schs,. Forum Publishing
               Group, Inc., Case No. 08-13168

46429/0001-5438961v1