**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>                   Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that George R. Mesires is hereby entering his appearance on behalf of KTR South Florida LLC, a party in interest herein, pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedures and Sections 342 and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

George R. Mesires, Esq.
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG LLP
200 West Madison St., Suite 3900
Chicago, IL 60606
Telephone:     312-984-3100
Facsimile:     312-984-3150
Email:  george.mesires@bfkn.com

Dated:  March 24, 2009            Respectfully submitted,

                                             /s/ George R. Mesires
                                      George R. Mesires, Esq. (IL ARDC No. 6276952)
                                      BARACK FERRAZZANO KIRSCHBAUM
                                      & NAGELBERG LLP
                                       200 West Madison St., Suite 3900
                                       Chicago, IL 60606
                                       Telephone:     312-984-3100
                                       Facsimile:     312-984-3150

                                       *Attorney for KTR South Florida LLC*

565687-1

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service was duly served on all parties receiving electronic notification in these cases from the Court ECF system as well as by U.S. Mail, postage prepaid, upon the parties listed below on this 24th day of March, 2009.

United StatesTrustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

                                                /s/ George R. Mesires
                                                  George R. Mesire