Belkin Burden Wenig & Goldman, LLP
Attorneys for Enterprise Garage Corp.
Joshua G. Losardo, Esq. (JGL 2976)
270 Madison Avenue
New York, New York 10016
(212) 867-4466
(212) 867-0709

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re:<br><br>TRIBUNE COMPANY, ET AL.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13141-KJC |
|---|---|

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

JOSHUA G. LOSARDO, being duly sworn, hereby deposes and says:

1. I am not a party to this action, am over eighteen years of age, and work at 270 Madison Avenue, New York, New York.

2. On March 18, 2009, I served a Notice of Appearance by regular first class mail by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the parties set forth below:

To:

| AOL LLC<br>c/o Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43216-1008 | United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Anton/Bauer<br>14 Progress Drive<br>Shelton, CT 06484 |
|---|---|---|
| Broward County Revenue | Comcast Cable | Comcast Spotlight |

| | | |
|---|---|---|
| Collection Division<br>Edward A. Dion, Esq.<br>Government Center<br>115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 | Communications, LLC<br>c/o Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Comcast<br>c/o Furman Gregory LLC,<br>75 Federal Stree<br>Ninth Floor<br>Boston, Ma 02110 |
| Constellation NewEnergy, Inc.<br>Jackson Walker L.L.P.<br>1401 McKinney<br>Suite 1900<br>Houston, TX 77010 | Cop-Hanging Moss, LLC<br>c/o Todd M. Hoepker, P.A.<br>P O Box 3311<br>Orlando, FL 32802-3311 | Corestaff Services, L.P.<br>1775 St. James Place,<br>Suite 300<br>Houston, TX 77036-8243 |
| Mayra Cruz, Esq.<br>1855 Coble Drive<br>Deltona, FL 32738 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Elizabeth Weller<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201 | Iron Mountain Information Management, Inc.<br>c/o Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>Boston, MA 02110 |
| Frank R. Kauders<br>925 Old Metairie Drive<br>Metairie, LA 70001-6306 | Law Offices of Gerald S. Sack, LLC<br>836 Farmington Avenue<br>Suite 109<br>West Hartford, CT 06119 | Microsoft Corporation<br>c/o Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 - 4th Avenue<br>Suite 4500<br>Seattle, WA 98154 |
| Florida Power & Light Co.<br>C/O J.E. Leo<br>9250 W. Flagler Street<br>Miami, FL 33174 | Florida Self-Insurers Guaranty Association, Inc.<br>c/o James E. Sorenson, Esquire<br>Post Office Box 4128<br>Tallahassee, FL 32315-4128 | Allen Francisco<br>120 West Madison<br>Suite 520<br>Chicago, IL 60602 |
| Harris Corporation<br>c/o Anthony Deglomine, III<br>1025 W. NASA Blvd.<br>Mail Stio A-11A<br>Melbourne, FL 32919 | Howard County, Maryland<br>George Howard Building<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | IBM CORPORATION<br>c/o Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 |
| Inernational Association of Machinists Local 126 ("IAM Local 126")<br>120 E. Ogden Avenue<br>Suite 18-A<br>Hinsdale, IL 60521 | Missouri Department of Revenue<br>Sheryl L. Moreau<br>PO Box 475<br>301 W. High Street, Room 670<br>Jefferson City, MO 65105 | Navistar Leasing Company<br>425 N. Martingale Road<br>18th Floor<br>Schaumburg, IL 60173 |
| Oracle USA, Inc. | PA Department of Revenue | Pension Benefit Guaranty |

| | | |
|---|---|---|
| c/o Buchalter Nemer<br>Shawn M. Christianson<br>333 Market St., 25th Floor<br>San Francisco, Ca 94105 | Bureau of Compliance<br>Department 280946<br>Harrisburg, PA 17128-0946 | Corporation<br>Office of the General<br>Counsel<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Personal Plus, Inc.<br>c/o Kelly Singer<br>Squire, Sanders & Dempsey LLP<br>40 N. Central Ave., #2700<br>Phoenix, AZ 85004 | Travelers<br>ATTN: Mike Lynch-Account Resolution<br>One Tower Square<br>MN<br>Hartford, CT 06183 | Tribune Company, et al.<br>435 N. Michigan Avenue<br>Chicago, IL 60611 |
| R.R. Donnelly & Sons Company<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117 | RF Central LLC<br>99 Garden Parkway<br>Carlisle, PA 17013 | Frederick Brian Rosner, Esq.<br>Messana Rosner & Stern, LLP<br>1000 N. West Street<br>Wilmington, DE 19801 |
| Donald L. Gouge, Jr., Esq.<br>Donald L. Gouge, Jr., LLC<br>800 King Street<br>Suite 303<br>P.O. Box 1674<br>Wilmington, DE 19899 | Susan E. Kaufman, Esq.<br>Cooch and Taylor, P.A.<br>1000 West Street<br>10th Floor<br>Wilmington, DE 19801 | Frank F. McGinn, Esq.<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110 |
| Mark D. Collins, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>PO Box 551<br>Wilmington, DE 19899 | Joseph D. Frank, Esq.<br>Frank / Gecker LLP<br>325 North LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | James E. Sorenson, Esq.<br>Williams, Gautier, Gwynn DeLoach & Soren<br>PO Box 4128<br>Tallahassee, FL 32315-4128 |
| Neil Raymond Lapinski, Esq.<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19899 | Fred B. Ringel<br>Robinson Brog Leinward et al.<br>1345 Avenue of the Americas<br>31st Floor<br>New York, NY 10105 | Jeffrey N. Rich, Esq.<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| John P. Dillman, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Ramona Neal, Esq.<br>11311 Chinden Boulevard<br>Mailstop 314<br>Boise, ID 83714-0021 | Angie M. Cowan, Esq.<br>Allison, Slutsky & Kennedy, P.C.<br>230 West Monroe Street, Suite 2600<br>Chicago, IL 60606 |
| Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP | Scott Golden, Esq.<br>Hogan & Hartson LLP<br>875 Third Avenur | C B Blackard, Esq.<br>301 E Dave Ward Drive<br>P.O. Box 2000 |

| | | |
|---|---|---|
| 52 East Gay Street<br>Columbus, OH 43215 | New York, NY 10022 | Conway, AR 72033-2000 |
| Robert W. Mallard, Esq.<br>Dorsey & Whitney LLP<br>1105 North Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Camera Dynamics, Inc.<br>709 Executive Blvd.<br>Valley Cottage, NY 10989 | John D. Demmy, Esq<br>Stevens & Lee, P.C.<br>1105 North Market Street,<br>7th Floor<br>Wilmington, DE 19801 |
| Thomas V. Askounis, Esq.<br>Askounis & Darcy. PC<br>401 North Michigan Ave<br>Suite 550<br>Chicago, IL 60611 | William E. Chipman, Jr., Esq.<br>Landis Rath & Cobb LLC<br>919 North Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Sherry Ruggiero Fallon, Esq.<br>Tybout, Redfearn & Pell<br>300 Delaware Avenue, Ste 1100<br>Wilmington, DE 19801 |
| Joseph H. Huston, Jr., Esq.<br>Stevens & Lee<br>1105 North Market Street,<br>7th Floor<br>Wilmington, DE 19801 | Adolph F. Fellmeth, Esq.<br>The Schmerling Group<br>261 Old York Road<br>Suite 514<br>Jenkintown, PA 19046 | John M. August, Esq.<br>Herrick, Feinstein LLP<br>One Gateway Center<br>22nd Floor<br>Newark, NJ 07102 |
| Jeffrey C. Wisler, Esq.<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207 | Edward J. Tredinnick, Esq.<br>Greene Radovsky Maloney Share & Hennigh<br>Four Embarcadero Center<br>Suite 4000<br>San Francisco, CA 94111-4106 | Heather Marie Fossen Forrest, Esq.<br>Jackson Walker, LLP<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 |
| J. Scott Douglass<br>909 Fannin, Suite 1800<br>Houston, TX 77010 | Curtis S. Miller, Esq.<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market St.<br>Wilmington, DE 19801 | tw telecom inc.<br>10475 Park Meadows Drive #400<br>Littleton, CO 80124 |
| William M. Kelleher, Esq.<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>Wilmington, DE 19801 | Helen Elizabeth Weller, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 | William Douglas White, Esq.<br>McCarthy & White PLLC<br>8180 Greensboro Drive<br>Suite 875<br>McLean, VA 22102 |
| Katharine L. Mayer, Esq.<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | William David Sullivan, Esq.<br>Sullivan Hazeltine Allinson LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE 19801 | R. Karl Hill, Esq.<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue<br>Suite 1500<br>P. O. Box 68<br>Wilmington, DE 19899 |

| | | |
|---|---|---|
| bkm 3128 Redhill, LLC<br>c/o Monzack Mersky<br>McLaughlin & Browder<br>1201 N. Orange Street<br>Suite 400<br>Wilmington, DE 19801 | Wayne M. Smith, Esq.<br>Warner Bros. Entertainment Inc.<br>4000 Warner Blvd.<br>Bldg. 156, Room 5158<br>Burbank, CA 91522 | Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N. Market St.<br>Hercules Plaza<br>6th Floor<br>Wilmington, DE 19801 |
| Maria Ann Milano, Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 | Joseph Emil Shickich, Jr., Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 | The Nielsen Company (US) LLC<br>770 Broadway<br>New York, NY 10003 |
| Sheryl L. Moreau, Esq.<br>Missouri Department of Revenue<br>P.O. Box 475<br>301 W. High Street<br>Room 670<br>Jefferson City, MO 65105 | William Pierce Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>17th Floor<br>Wilmington, DE 19899 | Jami B. Nimeroff, Esq.<br>Brown Stone Nimeroff LLC<br>4 East 8th Street<br>Suite 400<br>Wilmington, DE 19801 |
| John V. Fiorella, Esq.<br>Archer & Greiner<br>300 Delaware Avenue<br>Suite 1370<br>Wilmington, DE 19801 | Jay Teitelbaum, Esq.<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue<br>Third Floor<br>White Plains, NY 10601 | Nucomm, Inc.<br>101 Bilby Road<br>Hackettstown, NJ 07840 |
| Christopher Page Simon, Esq.<br>Cross & Simon, LLC<br>913 North Market Street<br>11th Floor<br>Wilmington, DE 19899 | Adam G. Landis, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Matthew B. McGuire, Esq.<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 |
| Kerri K Mumford, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Mona A. Parikh, Esq.<br>Landis Rath & Cobb LLP<br>919 Market St.<br>Suite 1800<br>Wilmington, DE 19801 | Shawn M. Christianson, Esq.<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2130 |
| Carol E. Momjian, Esq.<br>PA Office of Attorney General<br>21 South 12 Street<br>3rd Floor<br>Philadelphia, PA 19107 | United HealthCare Insurance Company<br>c/o Julie A. Manning<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Leigh-Anne M. Raport, Esq.<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market St, PO Box 1709<br>Wilmington, DE 19899-1709 |
| Frank A. Anderson, Esq. | Seaport Group, LLC | Unisys Corporation |

| | | |
|---|---|---|
| Pension Benefit Guaranty Corporation<br>1200 K Street N.W.<br>Suite 340<br>Washington, DC 20005<br>202-326-4020 | 360 Madison Avenue, 22nd Floor<br>New York, NY 10017 | c/o Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 00<br>Philadelphia, PA 19102 |
| Jennifer R. Hoover, Esq.<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Ave.<br>Suite 801<br>Wilmington, DE 19801 | Edward Patrick O'Brien, Esq.<br>Stempel Bennett Claman & Hochbery, P.C.<br>655 Third Avenue<br>New York, NY 10017 | Pamela K. Webster, Esq.<br>Buchalter Nemer<br>1000 Welshire Blvd.<br>Suite 1500<br>Los Angeles, CA 90017 |
| Robert L Hanley, Jr., Esq.<br>Nolan, Plumhoff & Williams, Chtd<br>Suite 700- Nottingham Centre<br>502 Washington Ave<br>Towson, MD 21204 | Eric R. Wilson, Esq.<br>Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178 | Rachel B. Mersky, Esq.<br>Monzack Mersky McLaughlin & Browder, PA<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 |
| Margaret Fleming England, Esq.<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue<br>Suite 1360<br>Wilmington, DE 19801 | Adam Hiller, Esq.<br>Draper & Goldberg, PLLC<br>1500 North French Street<br>2nd Floor<br>Wilmington, DE | James F. Conlan, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Patrick Theodore Garvey, Esq.<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 | Michael A. Henry, Esq.<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P. O. Box 4060<br>Allentown, PA 18105-4060 | Bryan Krakauer, Esq.<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 |
| Norman L. Pernick, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street,Suite 1200<br>Wilmington, DE 19801 | Patrick J. Reilley, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801 | J. Kate Stickles, Esq.<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 |
| Mark E. Felger, Esq.<br>Cozen O'Connor<br>1201 N. Market Street, Ste 1400<br>Wilmington, DE 19801 | Matthew J. Troy, Esq.<br>U.S. Department of Justice Civil Division<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 | Dana S. Plon, Esq.<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street<br>Suite 600<br>Philadelphia, PA 19102 |

| Julie A. Manning, Esq.<br>Shipman & Goodwin<br>One American Row<br>Hartford, CT 06103 | | |
|---|---|---|

*(signature)*
Joshua G. Losardo

Sworn to before me this
18th day of March 2009.

*(signature)*
Tom Bannon
Notary Public

THOMAS J. BANNON
Notary Public, State of New York
No. 01BA4870695
Qualified in Queens County
Commission Expires September 8, 20 10