UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                        Case No. 08-13141-KJC

TRIBUNE COMPANY,                                              Chapter 11

        Debtor(s).                                         Honorable Kevin J Carey
_____/

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES**

TO:   Clerk of the Court                    Norman L Pernick
        US Bankruptcy Court              Cole, Schotz, Meisel, Forman & Leonard
        824 N. Market St.                   1000 N. West Street, Suite 1200
        Wilmington, DE 19801           Wilmington DE 19801

,

     PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Deborah B Waldmeir, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

     Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                      MICHAEL A. COX
                                      Attorney General

                                      _/s/ Deborah B Waldmeir_ DBW
                                      Deborah B Waldmeir (P60869)
                                      Assistant Attorney General
                                      Cadillac Place, Ste. 10-200
                                      3030 W. Grand Blvd.
                                      Detroit, MI 48202
                                      Telephone: (313) 456-0140
                                      E-Mail: waldmeird@michigan.gov

Dated: March 25, 2009