UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE - WILMINGTON

In Re:                                                    Case No. 08-13141-KJC

TRIBUNE COMPANY,                   Chapter 11

             Debtor(s).                      Honorable Kevin J Carey
_____/

**PROOF OF SERVICE**

The undersigned certifies that on March 25, 2009, a copy of the Notice of Appearance, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Norman L Pernick                            ,
Cole, Schotz, Meisel, Forman & Leonard   ,
1000 N. West Street, Suite 1200
Wilmington DE 19801

                                                  */s/ Michael Holcomb*
                                                  Michael Holcomb
                                                  Legal Secretary
                                                  Deborah B. Waldmeir (P60869)
                                                  Cadillac Place, Ste. 10-200
                                                  3030 W. Grand Blvd.
                                                  Detroit, MI 48202
                                                  Telephone: (313) 456-0140
                                                  E-mail: waldmeird@michigan.gov

Dated: March 25, 2009