IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 227, 544** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on March 24, 2009, I caused a copy of the **Notice of Supplement to Exhibit A to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business (D.I. 544)** to be served by mail on the parties on the attached service list.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _____
      J. Kate Stickles (No. 2917)
      1000 N. West Street, Suite 1200
      Wilmington, DE 19801
      (302) 295-4862
      (302) 652-3117 (fax)

## TRIBUNE COMPANY, *et al.*
### Service List re: Supplemental List of Ordinary Course Professional

Brown, Shultz, Sheridan & Fritz
Attn: James Koontz
210 Grandview Avenue
Camp Hill, PA 17011

BuchalterNemer P.C.
Attn: Thomas Gaynor
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017

D. Park Smith Associates, P.C.
Attn: D. Park Smith
1915 Westridge Drive
Irving, TX 75037

Deloitte
Attn: Gerry Sullivan
111 S. Wacker Drive
Chicago, IL 60606

DuTreil, Lunden & Rackley
Attn: Beth Roe
201 Fletcher Avenue
Sarasota, FL 34237

Ernst & Young
Attn: Ginny McGee
5 Times Square
New York, NY 10036-6530

Grant Thornton LLP
Attn: Carrie Merda
1901 S. Meyers Road, Suite 455
Oakbrook Terrace, IL 60181

Gray Robinson, P.A.
Attn: Steve Stein
201 N. Franklin Street
Tampa, FL 33602

Greer, Burns & Crain, Ltd.
Attn: Gavin O'Keefe
300 S. Wacker Drive, Suite 2500
Chicago, IL 60606

Horwood Marcus & Berk
Attn: Marilyn Wethekam
180 N. LaSalle Street, Suite 3700
Chicago, IL 60601

Hungerford, Aldrin Nichols & Carter, P.C.
Attn: Christopher Harper
2910 Lucerne Drive SE
Grand Rapids, MI 49546

Mayer Brown LLP
Attn: Patricia Rexford
71 S. Wacker Drive
Chicago, IL 60606

Miller, Kaplan, Arase & Co., LLP
Attn: George Rivin
4123 Lankershim Blvd.
North Hollywood, CA 91602

Navigant Consulting
Attn: Robert Remian
30 S. Wacker Drive, Suite 3100
Chicago, IL 60606

Orrick, Herrington & Sutcliffe LLP
Attn: Patricia Zeigler
Columbia Center
1152 15th Street, NW
Washington, DE 20005-1706

Phelps Dunbar LLP
Attn: Dan Pancamo
365 Canal Street, Suite 2000
New Orleans, LA 70130

Seyfarth Shaw
Attn: Camille Olson, Jeremy Sherman
131 S. Dearborn Street, Suite 2400
Chicago, IL 60603

True Partners Consulting LLC
Attn: Susan Alexander
225 W. Wacker Drive, Suite 1600
Chicago, IL 60606

2

Wildman Harrold
Attn: John W. Costello
225 W. Wacker Drive, Suite 3000
Chicago, IL 60606

Wiley Rein LLP
Attn: Floyd Chapman
1776 K Street, NW
Washington, DC 20006

2

46429/0001-5431522v2