# EXHIBIT A

# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### February 1, 2009 through February 28, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 132.50 | $76,659.00 |
| Committee Meetings | 003 | 101.50 | 64,797.00 |
| Creditor Communications | 004 | 17.20 | 12,903.00 |
| DIP Financing | 005 | 149.90 | 82,074.00 |
| Inter-Company Issues/Cash Management | 006 | 27.20 | 16,954.00 |
| Business Operations | 007 | 22.80 | 14,843.00 |
| Asset Disposition/Sale | 008 | 171.50 | 103,391.50 |
| Fee/Retention Applications | 010 | 87.60 | 48,884.50 |
| Plan and Disclosure Statement | 011 | 13.50 | 11,608.50 |
| Executory Contracts | 012 | 6.60 | 2,929.00 |
| Employee Issues | 014 | 2.50 | 2,062.50 |
| Relief from Stay Issues | 015 | 23.70 | 9,212.50 |
| Tax Issues | 016 | 39.50 | 28,042.50 |
| Non-Working Travel* | 018 | 1.00 | 412.50 |
| Review of PrePetition Financings | 019 | 334.10 | 167,960.50 |
| **Total** | | **1,131.10** | **$642,734.00** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through February 28, 2009

Our Matter #19804.002
              BANKRUPTCY GENERAL


| 02/01/09 | D. E. DEUTSCH | Review e-mails and other materials and work on updating action item list (.6). | 0.60 hrs. |
|----------|---------------|---------------------------------------|-----------|
| 02/02/09 | D. E. DEUTSCH | Review request to appoint new members of Creditors' Committee and follow-up on same (.2); review materials and draft memorandum to Committee re: payment of certain senior credit facility fees by non-Debtors (.8); conference with David LeMay re: tomorrow's hearing and various other case matters (.2); telephone conversation with Scott Berson re: follow-up on payment of senior credit facility fees (.1); review various e-mails related to same and respond to same (.2); draft memorandum to committee re: possible appointment of new member of Creditors' Committee (.2); review court docket and case calendar (.2); telephone conversation with Alan Holtz re: various matters (.2). | 2.10 hrs. |
| 02/02/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); add participants to Intralinks (.20); post memorandum to Intralinks re: ordinary course sale of St. Louis parcel of real property (.60). | 1.20 hrs. |
| 02/02/09 | D. M. LeMAY | Review Centerbridge letter seeking to join the Committee (0.2).  T/c w/V. Melwani regarding same (0.1). Work on e-mail to Committee regarding same (0.3). | 0.60 hrs. |
| 02/02/09 | D. M. LeMAY | Review of latest motions filed by debtors and proposed Committee e-mails regarding same (1.2). Final review and signoff on Committee 1102(b) motion (1.1). | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 02/02/09 | J. B. PORTER | Drafted Intralinks posting to the Creditors' Committee re AlixPartners' memorandum (.3); Coordinated with AlixPartners re: modifications to memorandum and circulate final memorandum (.3). | 0.60 hrs. |
| 02/02/09 | J. B. PORTER | Meeting with D. LeMay and D. Deutsch re committee bylaws and other open issues (.3); Reviewed Tribune Docket (.5) | 0.80 hrs. |
| 02/03/09 | J. B. PORTER | Drafted Intralinks posting re Alix Committee weekly report. | 0.40 hrs. |
| 02/03/09 | D. E. DEUTSCH | Follow-up on Intralinks posting matters with David Bava and Jason Porter (.2); follow-up with David LeMay re: response from Committee member re: possible new Committee member (.1) exchange e-mails with David LeMay and Adam Landis re: various matters related to today's hearing (.3); review correspondence from another Committee member re: new member and follow-up on same (.2); telephone conversation with Howard Seife re: status of various matters (.3); revise draft memorandum to Committee re: payment of certain lender obligations and follow-up on same (.4); related e-mails/calls with Damian Schaible (.3). | 1.80 hrs. |
| 02/03/09 | D. E. DEUTSCH | Meeting with Howard Seife re: open case items (.2); review guaranty and discuss open issue related to reimbursement request with Scott Berson (.5); exchange e-mails with AlixPartners re: posting of report and follow-up on same (.2); review daily report, pleadings therein and calendar (.3). | 1.20 hrs. |
| 02/03/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); remove participant from Intralinks (.10); | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | review files re: pleadings scheduled for hearing on February 20, 2009 (.40); organization of hearing materials re: retentions and other motions scheduled to be heard on February 20th (1.0). |  |
| 02/03/09 | H. SEIFE | Review of JPM fee request issues (1.0); email to Committee re same (.3); conference with D.Deutsch (.2). | 1.50 hrs. |
| 02/03/09 | D. M. LeMAY | Prepare for (1.2) and attend (1.3) omnibus hearing in USBC.  Follow up meeting w/Sidley regarding several open items (0.3).  Review and revise e-mail to Committee regarding JPMC legal fee request (0.4). | 3.20 hrs. |
| 02/04/09 | H. SEIFE | Telephone conference Sidley (Bryan) regarding information sharing. | 0.70 hrs. |
| 02/04/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); revise access to Intralinks to include additional workspace managers (.20); telephone conference with V. Patel of Moelis & Co. and J. Porter re: Intralinks overview (.20); revise hearing notebook re: pleadings scheduled for hearing on February 20, 2009 (.30). | 1.10 hrs. |
| 02/04/09 | D. E. DEUTSCH | Exchange e-mails from team re: lenders' request for reimbursement (.2); review background materials and action item list and draft memorandum to Howard Seife and David LeMay re: open items and scheduling team meeting (.3); follow-up with Marc Alpert re: status of review of certain documents (.1); follow-up on Intralinks posting item (.1); exchange e-mails with David Bava re: research request (.2); participate in part of bankruptcy | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE              March 22, 2009
435 N. MICHIGAN AVENUE                                    Invoice ******
CHICAGO, IL 60611                                         Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | team meeting regarding various case matters (.9). |  |
| 02/04/09 | J. B. PORTER | Meeting with C&P bankruptcy team re: general case status (1.1); Reviewed research re liability for certain transactions (2.3); Drafted Tribune task list for Committee professionals (1.1); Call with V. Patel at Moelis re Intralinks access (.2). | 4.70 hrs. |
| 02/04/09 | D. M. LeMAY | Meeting of C&P team to review status and next steps on all open issues (1.1). | 1.10 hrs. |
| 02/05/09 | D. E. DEUTSCH | Conference with Jason Porter re: status of pending project (.1); review inquiry re: research request (.2); review various case-related e-mails (.3); work on action list for today for C&P team (.3); meeting with Howard Seife to discuss follow-up items (.1); review daily reports, pleadings therein and calendar for last two days (.3); follow-up with Jason Porter re: two assignments (.2). | 1.50 hrs. |
| 02/05/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); telephone conference with V. Patel of Moelis & Co. re: Intralinks posting of weekly report (.40); review and analysis of files re: forms of order related to cash management systems (.40). | 1.20 hrs. |
| 02/05/09 | H. SEIFE | Prepare for meetings with Sidley and Committee professionals. | 0.50 hrs. |
| 02/05/09 | D. M. LeMAY | T/c from K. Lantry w/ question about expiration of confidentiality provisions (0.2) and research Committee Bylaws regarding same (0.4). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 02/06/09 | D. M. LeMAY | Analyze JPMC request for fee payments and e-mail to Committee regarding same (1.5). | 1.50 hrs. |
|---|---|---|---|
| 02/06/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review and analysis of files re: forms of fee examiner reports (.90). | 1.30 hrs. |
| 02/06/09 | D. E. DEUTSCH | Exchange e-mails and follow-up with C&P team and JPMorgan's counsel re: lender group request (.5); follow-up calls with Damian Schiable re: specifics related to same (.4); meeting with bankruptcy team to follow-up on various open matters (.2); review various case related e-mails (.3); review daily report, pleadings therein and calendar (.1). | 1.50 hrs. |
| 02/06/09 | D. E. DEUTSCH | Meeting with Jason Porter re: various pending matters (.2); telephone conversation with Madlyn Primoff (Merrill) counsel re: lenders request for reimbursement (.1); additional call with Damian Schiable re: same (.2); follow-up on scheduling Committee professional call (.2). | 0.70 hrs. |
| 02/06/09 | J. B. PORTER | Updated Merrill Lynch Waiver letter (.5). | 0.50 hrs. |
| 02/07/09 | D. E. DEUTSCH | Exchange e-mails with Moelis and AlixPartners re: various pending matters (.3); follow-up on scheduling Committee professional meeting (.1); review various case related e-mails (.2); review daily report, pleadings therein and calendar (.2); review recent news articles on Tribune (.2). | 1.00 hrs. |
| 02/09/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review and | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page     6

|            |                  | analysis of files re: forms of fee examiner reports for committee professionals (.30). |            |
|------------|------------------|------------------------------------------------------------------|------------|
| 02/09/09   | D. E. DEUTSCH    | E-mail Committee professionals re: pending matters/meeting (.2); review materials and draft new action item list (1.3); conference with Howard Seife to discuss action list and upcoming meeting matters (.4); follow-up e-mails to AlixPartners, Moelis and C&P teams re: various outstanding matters (.3). | 2.20 hrs.  |
| 02/10/09   | D. E. DEUTSCH    | Prepare for and participate in weekly meeting with Committee professionals re: status of various matters (1.2); review and revise two memoranda to Committee (.7); discuss follow-up issue with Gilbert Bradshaw on same (.4); exchange e-mails with David Bava re: Intralinks matters (.2); review action item list and follow-up on items therein (.3); draft agenda for tomorrow's meeting with Debtors' professionals and follow-up with our team and Debtors' team on same (.5); follow-up with local counsel on various open matters (.3); meetings with Meghan Towers to review preliminary results of research on senior lender request and follow-up on same (.4); follow-up with Joe Giannini on related corporate analysis (.3); review related draft memo (.4). | 4.70 hrs.  |
| 02/10/09   | M. S. TOWERS     | Researched "enforcement" issue re: D. Deutsch | 2.10 hrs.  |
| 02/10/09   | D. BAVA          | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review Intralinks postings re: memoranda (.30); create resource binder re: memoranda (.30); create confidential group of Intralinks | 2.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


|  |  |  |  |
|---|---|---|---|
|  |  | users re: certain retention issues (.20); post materials regarding the retention of JPMorgan Securities (.20); add certain materials to Intralinks re: matters before the committee's next scheduled meeting(.30); telephone conferences with Y. Kim of AlixPartners re: assist with Intralinks posting of weekly status report (.40). |  |
| 02/11/09 | H. LAMB | Review case docket and prepare and distribute daily report of new pleadings filed (.3); updated and distribute case calendar (.3). | 0.60 hrs. |
| 02/11/09 | M. S. TOWERS | Researched enforcement issue and drafted e-mail and research memo re: same | 7.90 hrs. |
| 02/11/09 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.2); exchange e-mails with JPMorgan's counsel re: senior lender request issue (.1); preliminary review of filed motion and follow-up with Jason Porter re: review and analysis of same (.2); prepare for meeting with Debtors' team re: all outstanding matters (.5); participate in related meeting (1.0); review revised bankruptcy law analysis and related case materials on lenders' request and follow-up meetings with Meghan Towers on same (1.1); conferences with Gilbert Bradshaw re: outstanding matters (.3). | 3.40 hrs. |
| 02/12/09 | D. E. DEUTSCH | Review and research issue on specific senior lender expenses and review and revise analysis for committee related to same (2.3); related conference with Howard Seife (.4); review materials posted by Moelis (.3); review materials posted by AlixPartners (.3); review and revise Intralinks memorandum (.2). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     8


| 02/12/09 | H. SEIFE | Review of merits of JPM expense reimbursement position (.8). | 0.80 hrs. |
|---|---|---|---|
| 02/12/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review files re: pleadings scheduled for hearing on February 20, 2009 (.40); organization of current hearing materials re: motions scheduled to be heard on February 20th (1.0). | 1.80 hrs. |
| 02/13/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post certain sale transaction requests for information to Intralinks (.40). | 0.80 hrs. |
| 02/13/09 | H. SEIFE | Review of merits of JPM expense reimbursement position. | 0.50 hrs. |
| 02/13/09 | D. E. DEUTSCH | Exchange e-mails related to next steps on senior lenders' request (.2); meeting to discuss pending matters with Howard Seife (.2). | 0.40 hrs. |
| 02/13/09 | D. M. LeMAY | Conference w/H. Seife regarding JPMC fee reimbursement issue. | 0.30 hrs. |
| 02/13/09 | J. B. PORTER | Drafted letter to the U.S. Trustee re Centerbridge's request to join the Committee. | 1.30 hrs. |
| 02/14/09 | D. E. DEUTSCH | Review new court filing (.1); review last two daily reports, pleadings therein and calendar (.3); work on action item list items (.3); follow-up with AlixPartners' team on required follow-up for monthly operating report (.2). | 0.90 hrs. |
| 02/16/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post certain | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page   9

| | | | |
|---|---|---|---|
| | | retention material and explanatory memoranda to Intralinks (.40). | |
| 02/16/09 | D. E. DEUTSCH | Review various case related e-mails (.2); telephone conversation with Adam Landis to discuss pending items (.1); conference with David LeMay to discuss status of various matters (.3); telephone conversation with Matt McGuire (Delaware counsel) re: various matters (.2); update on action item list (.3); review materials and draft proposed agenda for tomorrow's Committee professionals meeting (.5); telephone conversation and exchange e-mails with Alan Holtz re: same (.2). | 1.80 hrs. |
| 02/16/09 | D. M. LeMAY | Review, revise and follow up on letter to US Trustee re: Centerbridge (0.6). | 0.60 hrs. |
| 02/16/09 | J. B. PORTER | Research and revise letter to the U.S. Trustee re appointment of Centerbridge to the Committee (.7); | 0.70 hrs. |
| 02/17/09 | D. M. LeMAY | Weekly call of Committee professionals (0.8). Finalize and send letter to US Trustee regarding Centerbridge (0.3). | 1.10 hrs. |
| 02/17/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); Westlaw research, D&B databases, re: corporate status/designation information regarding various non-debtor entities (.50); draft chart (.20). | 1.10 hrs. |
| 02/17/09 | D. E. DEUTSCH | E-mail Bryan Krakauer re: Thursday's meeting (.1); review e-mails from AlixPartners re: due diligence matters (.2); review and revise memorandum to Committee (.2); further research re: senior lender request issues (.6); review posting notes for committee and | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    10

edit same (.3); discuss letter to U.S. Trustee with David LeMay (.1); conference call with Bryan Krakauer and, in part, Howard Seife re: pending matters and scheduling professional meeting on all case matters (.4); follow-up e-mail to C&P team related to same (.2); prepare for and hold telephone conversation with Committee co-chair and counsel re: lender reimbursement request (.5); review court posting (.1).

| | | | |
|---|---|---|---|
| 02/17/09 | D. E. DEUTSCH | Telephone conversation with David LeMay re: various pending matters (.2); review materials from Debtors on January presentation and draft memorandum to Committee regarding same (.5); follow-up on required hard copy distribution of same (.1); review materials and draft agenda for Debtors/Committee professional meeting (.4); edit draft of same and distribute to Debtors' team (.1); review last two pleading reports, pleadings therein and calendar (.3); follow-up on calendar item with David Bava (.1); review research related to disclosure of certain data by non-Debtors and follow-up on same (.6); draft short follow-up memorandum to Howard Seife on same (.3); exchange e-mails with Alan Holtz re: various outstanding matters (.2). | 2.80 hrs. |
| 02/18/09 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.2); follow-up with AlixPartners' re: assets held by non-Debtors related to Senior Lenders' request for reimbursement (.4); prepare for and participate in meeting with Debtors' professionals (.9); research on ownership of certain liquid assets and follow-up with Alan Holtz on same (.6); follow-up on distribution of materials to all Committee members and professionals (.2); exchange calls | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11

| | | | |
|---|---|---|---|
| | | and e-mails with JPMorgan counsel re: Senior Lenders' request (.3); exchange e-mails with AlixPartners' team re: same (.2); exchange additional e-mails with JP Morgan counsel re: revision to request and perform related follow-up (.3). | |
| 02/18/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries and recently filed hearing agenda (.20). | 0.40 hrs. |
| 02/18/09 | D. M. LeMAY | Work on analysis for memo concerning nondebtor fee reimbursement proposal. | 2.40 hrs. |
| 02/18/09 | D. M. LeMAY | Weekly conference call w/Sidley (0.7) and follow up conference w/D. Deutsch (0.4). | 1.10 hrs. |
| 02/18/09 | H. SEIFE | Conference call with Sidley to discuss motions and court hearing. | 0.80 hrs. |
| 02/19/09 | H. SEIFE | Email updates on JPM expense reimbursement. | 0.40 hrs. |
| 02/19/09 | D. M. LeMAY | T/c w/D. Schaible re: fee reimbursement issue (0.5) and follow up w/D. Deutsch re: same (0.2).  T/c w/H. Seife re: same (0.2) and e-mail response (0.2) to M. O'Brien of Merrill Lynch re: same. | 1.10 hrs. |
| 02/19/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); reorganization of legal research re: cases regarding section 548 (.40); revise index (.10); Westlaw and Lexis searches, corporate filings databases, re: corporate status of Tribune ND, Inc. and Tribune Interactive (.40). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


02/19/09    D. E. DEUTSCH          Review revised court agenda and          0.60 hrs.
                                   follow-up on item thereon (.2);
                                   update action item list (.4).

02/19/09    D. E. DEUTSCH          Prepare for and hold telephone           2.60 hrs.
                                   conversation with Senior Lenders'
                                   counsel and David LeMay re:
                                   reimbursement request (.5); draft
                                   follow-up memorandum on same and
                                   review related e-mails (.3);
                                   review materials and follow-up
                                   with Alan Holtz on two open
                                   matters (.3); review news
                                   materials on case and follow-up on
                                   same (.2); review daily report,
                                   pleadings therein and calendar and
                                   follow-up with David Bava re:
                                   calendar item question (.2);
                                   exchange e-mails with tax team and
                                   others re: meeting with Debtors'
                                   next week (.3); follow-up
                                   e-mails/calls related to lenders'
                                   counsel requests (.3); review
                                   various court posting alerts and
                                   related postings(.2); exchange
                                   e-mails with Delaware counsel and
                                   others re: adjourned matter
                                   objection deadline issue (.3).

02/20/09    D. E. DEUTSCH          Follow-up on meeting with Debtors'       2.50 hrs.
                                   counsel (.1); exchange e-mails
                                   with Helen Lamb re: various
                                   outstanding matters (.2); review
                                   materials on senior credit lender
                                   request and research related to
                                   same (.8); related conference with
                                   Robert Gayda (.3); call with David
                                   LeMay and Adam Landis re: outcome
                                   of today's hearing and required
                                   follow-up matters related to same
                                   (.3); review various court
                                   postings (.2); exchange e-mails
                                   with Delaware counsel re: various
                                   matters (.2); review daily report,
                                   pleadings therein and calendar
                                   (.2); telephone conversation with
                                   Alan Holtz re: various case
                                   matters (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   13

| | | | |
|---|---|---|---|
| 02/20/09 | D. M. LeMAY | Further work on legal analysis concerning request for fee reimbursement of senior lenders. | 1.20 hrs. |
| 02/20/09 | D. M. LeMAY | Prepare for (1.3) and attend (1.1) omnibus hearing in USBC. Follow-up call w/Landis and Deutsch (0.3). | 2.70 hrs. |
| 02/20/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 02/22/09 | D. E. DEUTSCH | Draft e-mail to Howard Seife re: status of senior lender request and calls with senior lenders re: same (.2); review draft memorandum on legal issues re: senior lender request and follow-up research re: same (.9); draft detailed memorandum re: follow-up related to same (.5); exchange related e-mails (.2); | 1.80 hrs. |
| 02/23/09 | H. LAMB | Review court docket and prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.3).◄ | 0.60 hrs. |
| 02/23/09 | M. S. TOWERS | Researched issues of costs related to administration and enforcement and drafted memo insert re: same. | 3.30 hrs. |
| 02/23/09 | D. E. DEUTSCH | Review various case related e-mails (.3); exchange multiple e-mails re: today's meeting (.2); review materials and draft agenda for Tuesday's meeting of Committee professionals (.3); call with David LeMay re: pending matters (.2); exchange e-mails with Moelis team re: Tuesday's meeting and background analysis required for same (.4). | 1.40 hrs. |
| 02/24/09 | D. E. DEUTSCH | Follow-up e-mails re: pending document requests (.3); review e-mails from AlixPartners' team re: open matters (.2); review various other case related e-mails | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    14


|            |                |                                                                                                                                                                                                        |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (.3); review materials and draft agenda for next meeting with Debtors' counsel (.3); call with David LeMay re: various pending matters (.2); follow-up e-mails with Jason Porter re: follow-up on various matters (.3). |            |
| 02/24/09   | H. LAMB        | Review court docket and prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.3).                                                                      | 0.60 hrs.  |
| 02/24/09   | G. BRADSHAW    | Reviewed docket for ordinary course filings (.1).                                                                                                                                                       | 0.10 hrs.  |
| 02/25/09   | H. LAMB        | Review court docket and prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.3).                                                                      | 0.60 hrs.  |
| 02/25/09   | D. M. LeMAY    | Review Bylaw provisions regarding member conflict and revise same (0.4).                                                                                                                                | 0.40 hrs.  |
| 02/25/09   | D. E. DEUTSCH  | Exchange e-mails with David LeMay and Jason Porter re: follow-up on various matters (.4); review various case related e-mails (.1); address inquiry from Moelis re: confidentiality of document (.2).     | 0.70 hrs.  |
| 02/25/09   | D. M. LeMAY    | Review and revise memo regarding senior lenders' legal fee entitlement and issues raised thereby.                                                                                                       | 1.80 hrs.  |
| 02/26/09   | D. BAVA        | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review files re: form of alternate dispute resolution motion (.40); review files re: Examiner report (.60); post materials to Intralinks re: minutes of committee meeting and confidential supplement (.50). | 1.90 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                 March 22, 2009
435 N. MICHIGAN AVENUE                                        Invoice ******
CHICAGO, IL 60611                                            Page   15


02/26/09    D. E. DEUTSCH        Review last several days of          4.80 hrs.
                                 pleading reports, pleadings
                                 therein and calendar (.4);
                                 exchange e-mails and follow-up
                                 with AlixPartners on due diligence
                                 request (.3); follow-up with
                                 Moelis re: analysis of certain
                                 Debtor figures (.4); create first
                                 draft memorandum re: funding issue
                                 (1.6); review and edit various
                                 posting notes (.3); discuss action
                                 items with Jason Porter (.2);
                                 telephone conversations with
                                 Damian Schaible (JPMorgan counsel)
                                 re: various open issues (.5);
                                 review and edit revised draft of
                                 e-mail to JPMorgan re: compromise
                                 on Senior Facility lender request
                                 and forward same to JPMorgan
                                 counsel (.5); follow-up on
                                 Intralinks matter (.2); calls and
                                 meeting with David LeMay re:
                                 action items (.4).

02/27/09    D. E. DEUTSCH        Review last two daily reports,       2.60 hrs.
                                 pleadings therein and calendar
                                 (.2); telephone conversation with
                                 Adam Landis re: various open
                                 matters (.2); review Moelis
                                 reports (.4); review and
                                 restructure part of Intralinks
                                 website (.3); conference with
                                 Jason Porter re: various case
                                 matters (.2); review mark-up from
                                 JPMorgan of agreement on Senior
                                 Facility lender request and
                                 follow-up with team on same (.4);
                                 telephone conversation with David
                                 LeMay re: open matters (.3);
                                 e-mail Debtors' counsel re: next
                                 meetings (.1); review and revise
                                 final agreement re: Senior Lender
                                 request and forward same to
                                 JPMorgan (.3); related calls (.2).

02/27/09    D. BAVA             Review and analysis of docket        0.40 hrs.
                                 sheet re: daily case activity
                                 (.20); review, revise and finalize
                                 case calendar based on current
                                 docket entries (.20).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 22, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   16
```

| 02/27/09 | H. SEIFE | Review and revise final proposal regarding fee reimbursement by non-debtors. | 1.30 hrs. |
|---|---|---|---|
| 02/27/09 | D. M. LeMAY | Review, edit and revise e-mail to senior lender counsel regarding fee reimbursement. | 0.80 hrs. |
| 02/28/09 | D. E. DEUTSCH | Review and respond to inquiry from AlixPartners re: employee issues (.2); exchange e-mails with Alan Holtz re: due diligence requests (.2); review certain transcripts to follow-up on pending matter (1.2); review Intralinks and draft list of follow-up items for David Bava and Jason Porter related to same (.5); review materials and update action item list (1.3): | 3.40 hrs. |

**Total Fees for Professional Services.............. $76,659.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 22.80 | 18810.00 |
| H. SEIFE | 955.00 | 6.50 | 6207.50 |
| D. E. DEUTSCH | 625.00 | 59.70 | 37312.50 |
| D. BAVA | 260.00 | 18.70 | 4862.00 |
| J. B. PORTER | 395.00 | 9.00 | 3555.00 |
| M. S. TOWERS | 395.00 | 13.30 | 5253.50 |
| G. BRADSHAW | 345.00 | .10 | 34.50 |
| H. LAMB | 260.00 | 2.40 | 624.00 |
| TOTALS | | 132.50 | 76659.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                            For Services Through February 28, 2009

Our Matter #19804.003
          COMMITTEE MEETINGS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/02/09 | D. M. LeMAY | Edit minutes of January 22, 2009 Committee meeting and mark items for follow-up. | 0.70 hrs. |
| 02/02/09 | D. E. DEUTSCH | Exchange multiple e-mails with committee members re: next committee meeting (.4); review materials and draft memorandum to full committee re: scheduling and various other matters (.4); review and edit preliminary Committee notes and follow-up regarding same (.4); exchange e-mails and talk to Helen Lamb re: various Committee matters (.2). | 1.40 hrs. |
| 02/02/09 | H. SEIFE | Review update on Company meeting in Chicago. | 0.50 hrs. |
| 02/02/09 | J. B. PORTER | Drafted 1/22 Committee meeting minutes. | 1.80 hrs. |
| 02/03/09 | D. E. DEUTSCH | Review and edit part of draft committee minutes re: specific issue (.3). | 0.30 hrs. |
| 02/05/09 | J. B. PORTER | Follow up on item and make final revisions to 1/22 Committee meeting minutes. | 1.50 hrs. |
| 02/05/09 | J. B. PORTER | Drafted and circulated communication to the Creditors' Committee re the 1/22 Committee meeting minutes. | 0.30 hrs. |
| 02/06/09 | D. E. DEUTSCH | Follow-up with AlixPartners and Moelis team re: next week's in-person Committee meeting and presentations for same (.4); draft memorandum to Committee re: next week's meeting and various outstanding issues (.4); draft separate e-mail to JPMorgan team related to same (.2). | 1.00 hrs. |
| 02/09/09 | H. LAMB | Attention to arrangements/logistics for Feb. 12 in-person Committee meeting. | 0.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 02/09/09 | D. E. DEUTSCH | Review materials and draft agenda for Thursday's Committee meeting (.4). | 0.40 hrs. |
| 02/09/09 | H. SEIFE | Preparation for meeting with Committee professionals (1.2); prepare for Committee meeting (1.4); revise meeting agenda (.3); conference D.Deutsch regarding upcoming meetings (.4). | 3.30 hrs. |
| 02/10/09 | H. SEIFE | Preparation for in-person Committee meeting. | 2.10 hrs. |
| 02/10/09 | D. E. DEUTSCH | Exchange e-mails with Committee professionals re: Thursday's Committee meeting issues/matter (.3); revise committee agenda (.2); exchange e-mails with Committee co-chairs re: agenda (.2); e-mails and follow-up call with counsel to JPMorgan re: same (.4). | 1.10 hrs. |
| 02/11/09 | D. E. DEUTSCH | Review and edit notes for presentation to Committee tomorrow on all outstanding pleadings (.5); related follow-up with Jason Porter (.1). | 0.60 hrs. |
| 02/11/09 | H. SEIFE | Preparation for in-person Committee meeting (1.3); emails JPM regarding Committee presentation (.6). | 1.90 hrs. |
| 02/11/09 | H. LAMB | Finalize arrangements for Feb. 12 in-person Committee meeting (.6); conferences with K.Garry and J.Porter regarding organization of hand-out materials for meeting (.5). | 1.10 hrs. |
| 02/11/09 | J. B. PORTER | Finalized Committee Agenda for posting (.5); Coordinated with H. Lamb re UCC meeting materials (.7); Drafted meeting notes for D. Deutsch (1.6). | 2.80 hrs. |
| 02/11/09 | K. GARRY | Organization of materials for 2/12 Committee meeting. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3


| 02/12/09 | S. BERSON | Prepared for and made presentation to Committee re:  lien issues. | 1.30 hrs. |
| 02/12/09 | J. B. PORTER | Addres various matters to prepare for today's Committee meeting (2.4); attend meeting to take minutes for Committee (3.9). | 6.30 hrs. |
| 02/12/09 | D. M. LeMAY | Prepare for (0.3) and participate (4.1) in-person meeting of the Committee and follow up conference w/Committee members.  Calls to Centerbridge (0.1) and Sidley (0.2) regarding same. | 4.70 hrs. |
| 02/12/09 | J. GIANNINI | Attended portion of  Creditors Committee meeting to discuss Receivables Facility (.5 ). | 0.50 hrs. |
| 02/12/09 | H. SEIFE | Preparation for and conduct Committee meeting at C&P. | 4.60 hrs. |
| 02/12/09 | D. E. DEUTSCH | Premeeting with Howard Seife and David LeMay re: today's Committee meeting issues (.4); follow-up on various meeting matters with Jason Porter and Helen Lamb (.2); participate in committee meeting (3.9). | 4.50 hrs. |
| 02/13/09 | D. E. DEUTSCH | Follow-up with Jason Porter and Helen Lamb re: request from Committee member re: next Committee meeting (.2); exchange e-mails with Committee co-chair and counsel (Warner) re: scheduling of emergency committee meeting and perform related follow-up (.3); edit related e-mail notice to Committee (.1); exchange e-mails with Committee members re: committee meeting matters (.2). | 0.80 hrs. |
| 02/13/09 | J. B. PORTER | Drafted and circulated email to the Committee regarding 2/17 Committee call. | 0.40 hrs. |
| 02/16/09 | D. M. LeMAY | Work on agenda for tomorrow's call (0.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| | | | |
|---|---|---|---|
| 02/16/09 | D. E. DEUTSCH | Review materials and draft proposed agenda for tomorrow's Committee professionals meeting (.5); telephone conversation and exchange e-mails with Alan Holtz re: same (.2). | 0.70 hrs. |
| 02/17/09 | D. E. DEUTSCH | Prepare for (.4) and meeting with Committee's professionals re: outstanding case matters and related follow-up (.9). | 1.30 hrs. |
| 02/17/09 | J. B. PORTER | Drafted email to the Committee re special telephonic meeting. | 0.20 hrs. |
| 02/17/09 | J. B. PORTER | Drafted minutes of 2/12 Creditors' Committee Meeting. | 0.60 hrs. |
| 02/17/09 | D. E. DEUTSCH | Telephone conversation with Committee member counsel re: rescheduling special Committee meeting and follow-up on same (.3). | 0.30 hrs. |
| 02/17/09 | H. SEIFE | Conference call with Committee professionals regarding case status and open issues. | 0.80 hrs. |
| 02/18/09 | H. SEIFE | Prepare for and telephonic Creditors' Committee meeting. | 1.70 hrs. |
| 02/18/09 | D. E. DEUTSCH | Prepare materials for team re: Committee call on senior lenders' request for reimbursement (1.4); email Committee re: next Committee meeting and exchange related emails with Committee members (.4). | 1.80 hrs. |
| 02/18/09 | J. B. PORTER | Attend Creditors Committee telephonic call to record minutes (1.3); Drafted 2/12 Committee meeting minutes (2) | 3.30 hrs. |
| 02/18/09 | D. M. LeMAY | Prepare for (0.3) and attend (1.4) conference call meeting of the Committee.  T/c to DPW regarding same (0.3). | 2.00 hrs. |
| 02/18/09 | D. E. DEUTSCH | Follow-up on various items including status of drafting minutes (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


02/19/09   D. E. DEUTSCH      Review minutes on last two special      0.50 hrs.
                              committee meetings and edit same
                              (.5).

02/19/09   J. B. PORTER       Revised 2/12 and 2/18 Creditor          2.80 hrs.
                              Committee meeting minutes.

02/19/09   D. E. DEUTSCH      Edit lengthy minutes from last          0.50 hrs.
                              week's Committee meeting and
                              follow-up with Jason Porter on
                              same (.5).

02/20/09   J. B. PORTER       Revised 2/12 and 2/18 Committee         2.20 hrs.
                              Minutes.

02/20/09   D. E. DEUTSCH      Final review and revisions to           0.50 hrs.
                              Committee minutes (.5).

02/23/09   D. M. LeMAY        Review and follow up on agenda for      0.20 hrs.
                              this week's Committee meeting.

02/23/09   D. E. DEUTSCH      Review materials and draft agenda       0.60 hrs.
                              for Thursday's Committee meeting
                              (.3); exchange multiple related
                              e-mails re: proposed modifications
                              and additions to same (.3).

02/23/09   J. B. PORTER       Revised 2/12 and 2/18 Committee         3.10 hrs.
                              Meeting minutes (2.7); Revised and
                              circulated draft 2/26 Committee
                              meeting agenda (.4).

02/24/09   J. B. PORTER       Revised and circulated the 2/26        0.30 hrs.
                              meeting agenda to the Committee
                              co-chairs.

02/24/09   J. B. PORTER       Updated 2/12 and 2/18 meeting          0.70 hrs.
                              minutes.

02/24/09   D. E. DEUTSCH      Prepare for and participate in         0.90 hrs.
                              meeting of Committee professionals
                              (.9).

02/24/09   D. M. LeMAY        In preparation for upcoming            5.30 hrs.
                              meeting, prepare, review and
                              revise detailed memorandum
                              concerning senior lenders
                              professional fee reimbursement
                              claims (3.5).  T/c w/Schaible
                              (0.3) regarding same.  T/cs with
                              six other Committee members
                              regarding same (1.3); final edits

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


|            |                |                                                      |            |
|------------|----------------|------------------------------------------------------|------------|
|            |                | to meeting agenda (0.2).                             |            |
| 02/24/09   | D. M. LeMAY    | Prepare for (0.3) and participate in (0.6) weekly advisors update call. | 0.90 hrs. |
| 02/25/09   | D. M. LeMAY    | T/cs to Schaible (0.3), Sassover (0.2) regarding tomorrow's meeting. | 0.50 hrs. |
| 02/25/09   | J. B. PORTER   | Updated 2/26 meeting Agenda and circulated to the Committee. | 0.50 hrs. |
| 02/25/09   | H. SEIFE       | Preparation for Committee meeting (.5); review of materials for meeting (.6). | 1.10 hrs. |
| 02/25/09   | J. B. PORTER   | Prepared posting memo and follow up on 2/12 and 2/18 Committee minutes. | 0.50 hrs. |
| 02/26/09   | J. B. PORTER   | Prepare for Committee meeting (1.9); recorded Committee meeting minutes (2); finalized and posted Committee meeting minutes (.9). | 4.80 hrs. |
| 02/26/09   | J. B. PORTER   | Prepared and coordinated posting of the Committee meeting minutes. | 0.90 hrs. |
| 02/26/09   | H. SEIFE       | Prepare for and meeting with Creditors' Committee. | 2.40 hrs. |
| 02/26/09   | D. E. DEUTSCH  | Review materials for today's Committee meeting (1.3); telephone conversation with Larry Kwon re: Moelis follow-up for Committee meeting (.2); hold pre-meeting with C&P team and participate in Committee meeting (2.3). | 3.80 hrs. |
| 02/26/09   | D. M. LeMAY    | Prepare for today's committee meeting, including preparing materials and planning conference w/H. Seife and D. Deutsch (1.5). Review caselaw regarding expense reimbursement issue (0.7).  Attend telephonic meeting of the Committee (2.1).  Prepare follow up e-mail to senior lenders' agent's counsel regarding expense reimbursement issue (1.1).  T/c D. Schaible (0.2) and B. Krakauer (0.3) regarding same. Review and | 7.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 22, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    7
```

                         revise minutes of three prior
                         meetings (1.8).

02/27/09   J. B. PORTER      Drafted 2/26 Committee meeting          1.70 hrs.
                         minutes.


**Total Fees for Professional Services.............. $64,797.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 22.30 | 18397.50 |
| H. SEIFE | 955.00 | 18.40 | 17572.00 |
| D. E. DEUTSCH | 625.00 | 21.20 | 13250.00 |
| S. BERSON | 675.00 | 1.30 | 877.50 |
| K. GARRY | 190.00 | 1.50 | 285.00 |
| J. GIANNINI | 585.00 | .50 | 292.50 |
| J. B. PORTER | 395.00 | 34.70 | 13706.50 |
| H. LAMB | 260.00 | 1.60 | 416.00 |
| TOTALS | | 101.50 | 64797.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                              For Services Through February 28, 2009

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


02/02/09   D. E. DEUTSCH        Telephone conversation with          0.20 hrs.
                                counsel to JPMorgan re: status of
                                various matters (.2).

02/02/09   D. E. DEUTSCH        Follow-up on request from           0.40 hrs.
                                committee member (.2); telephone
                                conversation with JPMorgan counsel
                                re: addition to committee (.2).

02/02/09   H. SEIFE             Telephone conferences Committee     0.60 hrs.
                                members regarding update/status.

02/03/09   D. E. DEUTSCH        Exchange e-mails withe Deutsche     0.30 hrs.
                                Bank re: scheduling and other
                                matters (.2); exchange e-mails
                                with Warner Brothers re: same (.1).

02/03/09   D. E. DEUTSCH        Review and finalize memorandum to   0.50 hrs.
                                committee on scheduling meetings
                                (.2) review and finalize
                                memorandum to committee re: bank
                                lender request (.3).

02/04/09   D. E. DEUTSCH        Review e-mail from Niese counsel    0.70 hrs.
                                re: lender reimbursement request
                                (.1); follow-up call re: same
                                (.3); call with committee member
                                re: reimbursement request (.2);
                                review e-mail from Niese counsel
                                re: lender reimbursement request
                                and other matters (.1).

02/05/09   D. E. DEUTSCH        Review letter from Committee        0.40 hrs.
                                member counsel (David Adler) and
                                respond and follow-up on same
                                (.2); review and respond to
                                Deutsche Bank related to
                                reimbursement request (.2).

02/05/09   H. SEIFE             Telephone conference M.Kulnis       0.40 hrs.
                                regarding presentation materials.

02/06/09   H. SEIFE             Telephone conferences Committee     0.70 hrs.
                                members regarding case
                                developments.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 22, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


| | | | |
|---|---|---|---|
| 02/06/09 | D. E. DEUTSCH | Review and respond to e-mail from Deutsche Bank (.2); exchange e-mails with counsel to William Niese re: various matters (.2); review memo from claimant group to Debtors and exchange e-mails related to same (.3). | 0.70 hrs. |
| 02/06/09 | D. E. DEUTSCH | Draft e-mail to Committee re: lender's request and next week's Committee meeting (.4). | 0.40 hrs. |
| 02/06/09 | D. E. DEUTSCH | Review and follow-up on status of drafting of various memoranda to Committee re: pending motions and other matters (.8). | 0.80 hrs. |
| 02/09/09 | D. E. DEUTSCH | Review and follow-up on request from committee members' counsel (Bob Paul) (.3). | 0.30 hrs. |
| 02/10/09 | D. E. DEUTSCH | Exchange e-mails with Pat Healy re: Thursday meeting (.1); exchange e-mails and call with PBGC re: lender request (.3); address request from Vertis for certain case documents (.2); call with Cassandra Burton (PBGC) re: senior lender request (.2). | 0.80 hrs. |
| 02/10/09 | H. SEIFE | Emails with M.Kulnis (Committee Chair) regarding information flow. | 0.40 hrs. |
| 02/11/09 | D. E. DEUTSCH | Telephone conversation with Robert Paul (Guild) re: request to Creditors' Committee (.2); related research on same (.2). | 0.40 hrs. |
| 02/11/09 | J. B. PORTER | Drafted and circulated email to the Committee re the Agenda. | 0.70 hrs. |
| 02/12/09 | J. B. PORTER | Final revisions to and follow-up on circulation of memorandum to the Committee re Barclay liens. | 0.70 hrs. |
| 02/12/09 | D. E. DEUTSCH | Respond to request from co-chair re: future Committee meetings (.1). | 0.10 hrs. |
| 02/12/09 | H. SEIFE | Telephone conference Committee chair M. Kulnis. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      March 22, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3


| 02/13/09 | H. SEIFE | Telephone conferences Merrill and counsel. | 0.80 hrs. |
|---|---|---|---|
| 02/13/09 | D. E. DEUTSCH | Telephone conversation with counsel to Guild re: status of matter raised with Committee (.2). | 0.20 hrs. |
| 02/14/09 | D. E. DEUTSCH | Exchange e-mails with Committee co-chair (Wayne Smith) (.1). | 0.10 hrs. |
| 02/16/09 | D. E. DEUTSCH | Address request from Jay Teitlebaum re: request (.2). | 0.20 hrs. |
| 02/17/09 | H. SEIFE | Telephone conferences counsel for Merrill regarding open issues. | 1.30 hrs. |
| 02/17/09 | D. E. DEUTSCH | Exchange e-mails with Guild re: outstanding issue (.2); telephone conversation with Pat Healy (Wilmington) re: various matters (.2); telephone conversation with counsel to Merrill Lynch re: various case matters (.1). | 0.50 hrs. |
| 02/19/09 | D. E. DEUTSCH | Review and respond to inquiry from counsel (Richard Corbi) to general unsecured creditor (.2); telephone conversation with Senior Lenders' counsel re: various case items (.2); telephone conversation with Committee creditor counsel (Bob Stark) (.1). | 0.50 hrs. |
| 02/20/09 | D. E. DEUTSCH | Exchange e-mails with Committee member (Guild) re: status of motion (.2); telephone conversation with counsel to senior lenders and exchange related follow-up e-mails (.3). | 0.50 hrs. |
| 02/23/09 | D. E. DEUTSCH | Review and respond to inquiry from Jason Porter re: creditor request for materials (.2). | 0.20 hrs. |
| 02/24/09 | H. SEIFE | Prepare for conference call with AlixPartners and Moelis. | 0.80 hrs. |
| 02/24/09 | H. SEIFE | Emails JPM regarding expense reimbursement proposal. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    4

| 02/25/09 | D. E. DEUTSCH | Follow-up on request from Committee member (.1). | 0.10 hrs. |
| 02/26/09 | H. SEIFE | Telephone conference Kevin Kelly (JPM). | 0.30 hrs. |
| 02/27/09 | H. SEIFE | Telephone conferences and emails JPM and other Committee members regarding open issues/comments. | 1.20 hrs. |

**Total Fees for Professional Services.............   $12,903.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 7.50 | 7162.50 |
| D. E. DEUTSCH | 625.00 | 8.30 | 5187.50 |
| J. B. PORTER | 395.00 | 1.40 | 553.00 |
| TOTALS | | 17.20 | 12903.00 |