```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through February 28, 2009

Our Matter #19804.005
            DIP FINANCING

| 02/02/09 | K. GARRY | UCC check to ensure that all proper filings were requested from NCR. | 1.00 hrs. |
|---|---|---|---|
| 02/02/09 | S. BERSON | Met and spoke with J. Giannini re: memorandum on lien perfection (0.4 hrs); spoke with D. Deutsch and J. Giannini re: payment of professional fees by non-debtors and correspondence re: same (0.8 hrs). | 1.20 hrs. |
| 02/02/09 | J. GIANNINI | Review of expense reimbursement provisions of Senior Credit Agreement and draft summary email correspondence re: same (.5). Various office meetings and email correspondence with S Berson re: Tribune receivables facility true sale/sub con analysis (1.2); continued review of documentation and preparation of summary memo re: Tribune receivables facility true sale/sub con analysis (4.8). | 6.50 hrs. |
| 02/03/09 | J. GIANNINI | Call with J.Langdon re: security documents (.2); various office meetings and email correspondence with S Berson re: Tribune receivables facility true sale/sub con analysis (.8); continued review of documentation and preparation of summary memo re: Tribune receivables facility true sale/subcon analysis (3.1). | 4.10 hrs. |
| 02/03/09 | D. E. DEUTSCH | Participate in part of call on DIP/cash flow issues (.3). | 0.30 hrs. |
| 02/03/09 | K. GARRY | Sorted UCCs and reviewed against document sent to NCR (1.2). Created Binder for distribution (.8). | 2.00 hrs. |
| 02/03/09 | S. BERSON | Reviewed guaranty and spoke with D. Deutsch re: same (0.6 hrs); met and spoke with J. Giannini re: memorandum on perfection issues (0.5 hrs). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    2

| 02/04/09 | S. BERSON | Spoke with D. Deutsch (0.3 hrs); met and spoke with J. Giannini: memorandum on lien perfection (0.4 hrs). | 0.70 hrs. |
|---|---|---|---|
| 02/04/09 | K. GARRY | Review, organize and follow up on UCCs. | 2.00 hrs. |
| 02/04/09 | D. E. DEUTSCH | Follow-up on status of lien search and review related materials (.2); follow-up with Alan Holtz and Moelis team on status of new DIP financing (.2); review related responses (.2). | 0.60 hrs. |
| 02/04/09 | H. SEIFE | Telephone conference advisors regarding status of DIP search. | 0.50 hrs. |
| 02/04/09 | J. GIANNINI | Call with C Klien re: outstanding documents (.3). Call with T Zink re: substantive consolidation analysis (.2). Various office meetings with S Berson and V Dunn re: true sale/sub con analysis (.6) Continued review of documentation and preparation of summary memo re: Tribune receivables facility true sale/sub con analysis (6.4). | 7.50 hrs. |
| 02/04/09 | D. E. DEUTSCH | Follow-up on bridge financing related issue (.3); telephone conversation with Scott Berson re: same (.1). | 0.40 hrs. |
| 02/05/09 | J. GIANNINI | Review of (i) lien search results of Tribune, Tribune Receivables and the Sub-Originators under the Receivables Facility and (ii) deposit account control agreements and preparation of summary table re: same (1.2); review of UCC requirements for various security related matters (.4). | 1.60 hrs. |
| 02/05/09 | D. M. LeMAY | Investigate status and debtors progress toward replacement longer term DIP financing. | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 02/05/09 | K. GARRY | Review and organize UCCs for distribution. | 1.50 hrs. |
|---|---|---|---|
| 02/05/09 | S. BERSON | Reviewed memorandum re: lien perfection and met and spoke with J. Giannini re: same. | 2.20 hrs. |
| 02/06/09 | S. BERSON | Reviewed memorandum re: lien perfection and met and spoke with J. Giannini re: same (1.4); review of correspondence from D. Deutsch and met and spoke with V. Dunn and J. Giannini re: same (1.2). | 2.60 hrs. |
| 02/06/09 | J. GIANNINI | Various email correspondence re: review of collateral perfection issues (.4 ). Review of related deposit account perfection matters (.2). Office meetings and email correspondence with S Berson re: Tribune receivables facility true sale/sub con analysis (.7); continued review of documentation and preparation of summary memo re: Tribune receivables facility true sale/sub con analysis (7.3). | 8.60 hrs. |
| 02/06/09 | D. E. DEUTSCH | Review materials and draft research request to Scott Berson and Joe Giannini on loan facility question (.4). | 0.40 hrs. |
| 02/07/09 | S. BERSON | Revised memorandum to unsecured creditors' committee re:  lien perfection issues (2.3); reviewed and commented on memorandum re: non-debtors' payment of fees and expenses (0.6); prepared internal correspondence (0.3). | 3.20 hrs. |
| 02/08/09 | V. DUNN | Reviewing true sale and perfection memo relating to Barclays receivable facility and send comments to Berson and Giannini. | 1.30 hrs. |
| 02/08/09 | J. GIANNINI | Various email correspondence to/from V Dunn and S Berson re: true sale/sub con memo (.6); revise and circulate draft memo (.9). | 1.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| 02/09/09 | J. GIANNINI | Revisions to JPM expenses memo; various office meetings with V Dunn re: same. (1.2 hours) | 1.20 hrs. |
|---|---|---|---|
| 02/09/09 | J. GIANNINI | Call and office meetings with D Deutsch, V Dunn and S Berson re: expense memorandum (.5); preparation of revisions to memo (.7). Calls with Y Yoo re: research of meaning of certain terms (.2). Preparation of summary of principal terms of JPM Senior Facility (2.2). | 3.60 hrs. |
| 02/09/09 | Y. YOO | Researching on Lexis-Nexis, Internet, law periodicals for issue of scope of enforceability and associated fee recovery (3.8). | 3.80 hrs. |
| 02/09/09 | V. DUNN | Reviewed and revised memo to committee re JPM reimbursement of expenses (1.2); calls with Yoo, Berson and Giannini re certain terms in JPM Credit Agmt for expense reimbursement (.5). | 1.70 hrs. |
| 02/09/09 | S. BERSON | Spoke with D. Deutsch, V. Dunn and J. Giannini re:  expense reimbursement by non-debtors under JPM credit facility. | 0.50 hrs. |
| 02/10/09 | V. DUNN | Numerous calls and e-mails with Berson, Deutsch and Giannini re expense reimbursement provisions in JPM Credit Agmt (.8); reviewing and revising memo relating to same (1.1). | 1.90 hrs. |
| 02/10/09 | S. BERSON | Met and spoke with D. LeMay and J. Giannini re: lien memorandum (0.8); met and spoke with J. Giannini re:  memorandum revisions (1); spoke with V. Dunn, D. Deutsch and J. Giannini re: expense reimbursement memorandum (0.5). | 2.30 hrs. |
| 02/10/09 | K. GARRY | Receiving and cataloging received UCCs. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| | | | |
|---|---|---|---|
| 02/10/09 | H. SEIFE | Telephone conference Moelis and AlixPartners regarding status of new DIP. | 0.60 hrs. |
| 02/10/09 | D. M. LeMAY | Revise and edit memo on Barclays perfection, true sale, and sub con issues. | 2.20 hrs. |
| 02/10/09 | Y. YOO | Researching on Lexis-Nexis, Internet, law periodicals for issue of scope of certain terms in Credit Agreement and associated fee recovery. | 15.20 hrs. |
| 02/10/09 | Y. YOO | Researching on Lexis-Nexis, Internet and periodicals for issue re whether UCC 9-203(a)'s requirement for value is distinguishable with respect to sales of account receivables (.9); meeting with Joseph Giannini re same (.3). | 1.20 hrs. |
| 02/10/09 | D. E. DEUTSCH | Review draft memorandum re: pre-petition lien analysis and hold follow-up meeting with Scott Berson et al. on same (1.1). | 1.10 hrs. |
| 02/10/09 | J. GIANNINI | Various office meetings with S Berson and D LeMay re: memo summarizing true sale/sub con analysis (.9); continued revisions and recirculation of summary memo (7.4). | 8.30 hrs. |
| 02/11/09 | J. GIANNINI | Various office meetings with S Berson and D LeMay re: memo summarizing true sale/sub con analysis (.9); continued revisions and recirculation of summary memo (2.2). Review of local jurisdiction lien search results (.9); preparation of summary of results of lien search review (2.3); various follow up meetings with S Berson re: same (.7). | 7.00 hrs. |
| 02/11/09 | J. GIANNINI | Call with Y Young re: research on certain terms in credit agreement (.3). Prepare initial draft of memorandum re: Merrill Lynch enforcement expense analysis (.5). | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| 02/11/09 | H. SEIFE | Telephone conference Sidley regarding status of DIP (.6); telephone conference Moelis regarding report on DIP (.7). | 1.30 hrs. |
|---|---|---|---|
| 02/11/09 | S. BERSON | Reviewed revised memorandum re: lien perfection issues and met and spoke with D. Deutsch and J. Giannini re:  same (1.1 hrs); prepared presentation re:  lien perfection issues (0.7 hrs). | 1.80 hrs. |
| 02/11/09 | V. DUNN | Reviewing and commenting on true sale and lien perfection memo. | 1.30 hrs. |
| 02/12/09 | D. E. DEUTSCH | Exchange e-mails with Scott Berson re: questions on prepetition facility analysis (.2). | 0.20 hrs. |
| 02/12/09 | D. M. LeMAY | Finalize memo on Barclays Pre-Petition Facility. | 1.30 hrs. |
| 02/12/09 | J. GIANNINI | Final revisions to memorandum re: Receivables Facility (2). | 2.20 hrs. |
| 02/13/09 | J. GIANNINI | Calls with J Langdon and C Kline re: Receivables Facility perfection follow up (.1). Call with A Hickock re: UCC termination statements filed in connection with Sub-Originators (.2). | 0.30 hrs. |
| 02/14/09 | D. E. DEUTSCH | Draft memorandum to Joseph Giannini re: status of document requests and required follow-up on same (.3). | 0.30 hrs. |
| 02/17/09 | S. BERSON | Spoke with J. Giannini and V. Dunn re: pre-petition liens. | 0.40 hrs. |
| 02/17/09 | D. E. DEUTSCH | Telephone conversation with Joe Giannini re: missing pre-petition financing related materials and next steps related to same (.3); exchange e-mails with AlixPartners team re: current report on DIP facility loan matter (.2); call with Alan Holtz and Joe Giannini re: status of required analysis on DIP facility (.2). | 0.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    7
```

| | | | |
|---|---|---|---|
| 02/17/09 | Y. YOO | Reviewing Memoranda re Expense Requests by Administrative Agents under Credit Agreements. | 0.60 hrs. |
| 02/17/09 | H. SEIFE | Update from AlixPartners on DIP. | 0.30 hrs. |
| 02/17/09 | J. GIANNINI | Various calls with D Deutsch re: Alix Partners review of intercompany ledgers and outstanding Receivables Facility issues (.4). Various office meetings with V Dunn and S Berson re: lien search results from Originators in Receivables Facility (.4). | 0.80 hrs. |
| 02/18/09 | R. J. GAYDA | Discuss memorandum re payment of costs and expenses w D. Deutsch (.4); review folder re same (.7). | 1.10 hrs. |
| 02/18/09 | Y. YOO | Drafting Summary List of Liens/Judgments/UCC Searches (5.4); meeting with Joseph Giannini re same (.3). | 5.70 hrs. |
| 02/19/09 | R. J. GAYDA | Research re certain terms in credit agreement (1.1); research re section 105 injunction (.8); review research on related issue (1.7); prepare initial draft memorandum regarding payment of certain non-debtor lender expenses (3.7). | 7.30 hrs. |
| 02/20/09 | R. J. GAYDA | Discuss expense memo with D. Deutsch (.3); review and revise expense memo based on same (3.4). | 3.70 hrs. |
| 02/22/09 | R. J. GAYDA | Email correspondence w D. Deutsch re status of JP Morgan expenses memo. | 0.40 hrs. |
| 02/23/09 | R. J. GAYDA | Further research regarding certain terms in credit agreement (1.5); detailed review of leading case re major issue with credit agreement; (1.1); coordinate and discuss research issues with M. Towers (.8); review and revise memorandum regarding payment of costs and expenses of Administrative Agent to Debtor's Senior Credit Facility | 9.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    8

| | | | |
|---|---|---|---|
| | | (5.2); discuss same w D. Deutsch and D. LeMay (.6). | |
| 02/23/09 | D. M. LeMAY | Review Debtors Rating Agency Presentation for longer-term DIP. | 0.80 hrs. |
| 02/24/09 | H. SEIFE | Telephone conference AlixPartners regarding DIP borrowing base. | 0.40 hrs. |
| 02/24/09 | R. J. GAYDA | Review and revise memorandum re Administrative Agent expenses as per comments of D. LeMay (.9); detailed review of memorandum (1.9); circulate same to full team (.4). | 3.20 hrs. |
| 02/24/09 | B. DYE | Review memo to the Creditor's Committee on JPM expenses. | 0.80 hrs. |
| 02/26/09 | H. SEIFE | Update from Moelis on DIP financing. | 0.40 hrs. |
| 02/26/09 | R. J. GAYDA | Email correspondence w D. LeMay re status of memo and leading case related to same and discuss same w D. LeMay. | 0.40 hrs. |

**Total Fees for Professional Services.............**   **$82,074.00**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 5.90 | 4867.50 |
| H. SEIFE | 955.00 | 3.50 | 3342.50 |
| D. E. DEUTSCH | 625.00 | 4.00 | 2500.00 |
| S. BERSON | 675.00 | 16.00 | 10800.00 |
| V. DUNN | 735.00 | 6.20 | 4557.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     9


K. GARRY                      190.00     7.70          1463.00
J. GIANNINI                   585.00    54.00         31590.00
R. J. GAYDA                   535.00    25.30         13535.50
B. DYE                        345.00      .80           276.00
Y. YOO                        345.00    26.50          9142.50
                    TOTALS              149.90        82074.00
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    1

For Services Through February 28, 2009

Our Matter #19804.006
INTER COMPANY ISSUES/CASH MANAGEMENT

| | | | |
|---|---|---|---|
| 02/02/09 | S. BERSON | Reviewed materials sent by Alix Partners re: cash management (0.6 hrs). | 0.60 hrs. |
| 02/03/09 | S. BERSON | Conf call with Alix Partners re: cash management (0.6). | 0.60 hrs. |
| 02/03/09 | J. GIANNINI | Call with Alix Partners, S Berson and D Deutsch re: cash management system (.8). | 0.80 hrs. |
| 02/04/09 | D. E. DEUTSCH | Review motion and materials on cash management process (1.2); follow-up e-mails with AlixPartners re: same (.1); conference with David LeMay to discuss cash management issue (.1). | 1.40 hrs. |
| 02/05/09 | D. E. DEUTSCH | Review materials on cash management outstanding issues (.1); draft memorandum to AlixPartners on follow-up matters related to same (.2); exchange related additional e-mails (.3); telephone conversation with Brad Hall re: materials received from Debtors on cash management (.1); review and revise motion on Section 345 requirements and draft follow-up list (.4); conference with David LeMay re: cash management (.3). | 1.40 hrs. |
| 02/05/09 | H. SEIFE | Review of status of cash management review. | 0.70 hrs. |
| 02/09/09 | D. E. DEUTSCH | Telephone conversation with Alan Holtz re: cash management issue (.1): review e-mails re: cash management motion matter (.1); e-mail Debtors' counsel and others re: proposed adjournment of hearing on same (.1); exchange related e-mails (.2): telephone conversation with Brad Hall re: cash management motion next steps (.2); e-mails with Debtors related to same (.1). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| | | | |
|---|---|---|---|
| 02/10/09 | H. SEIFE | Telephone conference AlixPartners regarding review of cash management system and pending motion. | 1.10 hrs. |
| 02/11/09 | D. E. DEUTSCH | Preliminary review of AlixPartners' cash management analysis (.3); exchange e-mails with Alan Holtz re: next steps related to same (.2); follow-up with senior lenders and Debtors' counsel re: adjournment of cash management hearing (.2). | 0.70 hrs. |
| 02/17/09 | D. M. LeMAY | Work on language for cash management order regarding transfers between debtors and non-debtors. | 1.10 hrs. |
| 02/19/09 | D. E. DEUTSCH | Review mark-up of cash collateral order from senior lenders (.3); research and review other case materials related to cash management language (1.7); discuss questions on comments to draft cash collateral order with counsel to senior lenders (.3). | 2.30 hrs. |
| 02/20/09 | D. E. DEUTSCH | Continue research and draft detailed insert for cash management order (1.4); review materials and hold call with AlixPartners team and Jason Porter regarding cash management and related AlixPartner's memo (.9); related follow-up (.2); draft legal analysis memorandum on cash management order and discuss follow-up items for same with Jason Porter (1.1). | 3.60 hrs. |
| 02/20/09 | D. M. LeMAY | Review AlixPartners analysis regarding intercompany balances and implications. | 0.40 hrs. |
| 02/20/09 | J. B. PORTER | Updated cash management memorandum and revised comments to the proposed cash management order. | 2.50 hrs. |
| 02/24/09 | H. SEIFE | Conference call with AlixPartners regarding cash management issues. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    3

| 02/24/09 | J. B. PORTER | Revised memorandum re cash management (3). | 3.00 hrs. |
|---|---|---|---|
| 02/25/09 | J. B. PORTER | Circulated cash management memorandum and presentation to the Committee. | 0.20 hrs. |
| 02/25/09 | J. B. PORTER | Revised cash management memorandum and the AlixPartners' presentation. | 1.60 hrs. |
| 02/25/09 | D. M. LeMAY | Review and comment on revised AP memo regarding cash management system (0.6).  Prepare C&P memo regarding same (0.5).  Revise cash management order and prepare detailed rider regarding same (1.3). | 2.40 hrs. |
| 02/26/09 | D. E. DEUTSCH | Review materials and exchange e-mails with Debtors' counsel re: Section 345 issue and proposed resolution of same (.3); follow-up call with counsel (Jessica Boelter) re: same (.3). | 0.60 hrs. |
| 02/26/09 | H. SEIFE | Review of AlixPartners presentation on intercompany cash management. | 0.40 hrs. |
| 02/27/09 | D. E. DEUTSCH | Exchange multiple e-mails and calls with JPMorgan re: status of cash management order (.4); follow-up with Debtors' team re: same and extension of hearing deadline thereon (.3). | 0.70 hrs. |

**Total Fees for Professional Services.............** **$16,954.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 3.90 | 3217.50 |
| H. SEIFE | 955.00 | 2.50 | 2387.50 |
| D. E. DEUTSCH | 625.00 | 11.50 | 7187.50 |
| S. BERSON | 675.00 | 1.20 | 810.00 |
| J. GIANNINI | 585.00 | .80 | 468.00 |
| J. B. PORTER | 395.00 | 7.30 | 2883.50 |
| TOTALS | | 27.20 | 16954.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through February 28, 2009

Our Matter #19804.007
           BUSINESS OPERATIONS

| | | | |
|---|---|---|---|
| 02/10/09 | H. SEIFE | Telephone conference regarding operations (.4); review of AlixPartners report on financial performance (.3). | 0.70 hrs. |
| 02/11/09 | J. B. PORTER | Reviewed 2015.3 motions and drafted summary email (1.3). | 1.30 hrs. |
| 02/14/09 | D. E. DEUTSCH | Follow-up with Jason Porter re: drafting memorandum on rule 2015 motion (.2). | 0.20 hrs. |
| 02/15/09 | J. B. PORTER | Continue research and drafting on memorandum re supplemental 2015.3 motion. | 1.10 hrs. |
| 02/16/09 | D. E. DEUTSCH | Review draft memorandum to Committee on supplement to 2015.3 motion and discuss proposed edits to same with Jason Porter (.3). | 0.30 hrs. |
| 02/16/09 | J. B. PORTER | Further research/revisons and follow-up on Supplemental 2015.3 Motion memo (3.5). | 3.50 hrs. |
| 02/18/09 | H. SEIFE | Review of Rule 2015.3 issues and cash accounts. | 0.80 hrs. |
| 02/23/09 | M. A. ALPERT | Confs. w/Sidley re: miscellaneous issues (1.0); prepared for same (.5). | 1.50 hrs. |
| 02/24/09 | M. A. ALPERT | Reviewed documents re: ESOP and buy-out re: fraudulent conveyance analysis. | 2.70 hrs. |
| 02/24/09 | H. SEIFE | Review of AlixPartners weekly financial update report. | 0.40 hrs. |
| 02/24/09 | B. G. CARSON | Review leveraged ESOP transaction documents in connection with review of 10-K filing. | 1.90 hrs. |
| 02/25/09 | M. A. ALPERT | Reviewed documents re: ESOP and buy-out re: fraudulent conveyance analysis. | 2.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    March 22, 2009
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page    2


| 02/26/09 | D. E. DEUTSCH | Call with Kevin Lantry re: global options relating to addressing personal injury and other litigations and related follow-up (.4); draft note to file on same (.1) hold related call with David LeMay (.1). | 0.60 hrs. |

| 02/26/09 | M. A. ALPERT | Reviewed documents re: ESOP and buy-out re: fraudulent conveyance analysis. | 2.50 hrs. |

| 02/27/09 | M. A. ALPERT | Reviewed documents re: ESOP and buy-out re: fraudulent conveyance analysis. | 2.30 hrs. |

| 02/27/09 | B. G. CARSON | Review and prepare summary of leveraged ESOP transaction documents in connection with review of 10-K filing. | 0.70 hrs. |


**Total Fees for Professional Services.............. $14,843.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 1.90 | 1814.50 |
| M. A. ALPERT | 795.00 | 11.30 | 8983.50 |
| B. G. CARSON | 395.00 | 2.60 | 1027.00 |
| D. E. DEUTSCH | 625.00 | 1.10 | 687.50 |
| J. B. PORTER | 395.00 | 5.90 | 2330.50 |
| TOTALS | | 22.80 | 14843.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   1
```

For Services Through February 28, 2009

Our Matter #19804.008
   ASSET DISPOSITION

| | | | |
|---|---|---|---|
| 02/01/09 | D. E. DEUTSCH | Review additional e-mails from Debtors re: possible disposition of real estate and draft follow-up memorandum related to same (.3). | 0.30 hrs. |
| 02/02/09 | D. E. DEUTSCH | Telephone conversation with Janet Henderson re: disposition of St. Louis property and ordinary course disposition procedures (.2); follow-up on same (.1); follow-up on request from Debtors' investment banker re: Cubs transaction (.2); telephone conversation with AlixPartners re: disposition of St. Louis property (.2); review materials and draft memorandum to Committee re: same (.7); exchange additional related e-mails (.3); hold related calls with Brad Hall (.2); telephone conversation with Alan Holtz re: transaction issues and other items (.2). | 2.10 hrs. |
| 02/02/09 | K. SMITH | TC's D. Deutsch re: corporate review of Cubs transaction (.2). | 0.20 hrs. |
| 02/02/09 | E. S. MARKSON | Emails regarding scheduling of conference call re Cubs transaction. | 0.20 hrs. |
| 02/03/09 | E. S. MARKSON | Review electronic data room materials regarding Cubs transaction. | 0.50 hrs. |
| 02/03/09 | H. SEIFE | Review issues regarding Cubs transaction and request for information (.8); telephone conference with Moelis regarding same (.5). | 1.30 hrs. |
| 02/03/09 | J. B. PORTER | Reviewed Debtors' motion to extend letter agreement with JPM investment banking and to transfer the agreement to a non-debtor entity (1.3);  Meeting with D Deutsch to receive assignment re memorandum (.2) | 1.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2
```

| 02/03/09 | K. SMITH | Review data site index re: due diligence (.4); TC's D. Deutsch and M. Alpert (.3). | 0.70 hrs. |
|---|---|---|---|
| 02/03/09 | B. DYE | Review certain documents filed in Project Fastball for Doug Deutsch. | 5.60 hrs. |
| 02/03/09 | D. E. DEUTSCH | Review materials posted in website re: background materials on Cubs (1.4); related call with Ashish Ajmera (Moelis) re: next steps on Cubs transaction (.3); follow-up calls with Kevin Smith on corporate review of certain documents (.2); meeting with Bonnie Dye re: review and summarizing of certain materials therein (.3); follow-up with corporate paralegal re: index of documents (.1); review motion re: assignment of engagement letter with JPMorgan Securities and hold follow-up meeting with Jason Porter re: drafting memo to Committee and follow-up related to same (.3); exchange e-mails on disposition of St. Louis property with AlixPartners (.1); follow-up with tax team re: Cubs matters (.3). | 3.00 hrs. |
| 02/03/09 | S. CHAN | Reviewed materials on Project Fastball project and prepare follow up on same for attorneys.. | 10.50 hrs. |
| 02/04/09 | S. CHAN | Reviewed materials on Fastball project and prepare follow-up notes on same for attorneys. | 6.20 hrs. |
| 02/04/09 | K. SMITH | Review Cubs advisor engagement letter and follow up re: same (.5); review data site updates and TC S. Chan (.4). | 0.90 hrs. |
| 02/04/09 | R. M. LEDER | Conference call re Cubs structure with Blake Rubin, et.al.(1.3); emails re Willens, etc. (0.5). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3


| 02/04/09 | J. B. PORTER | Drafted memo re Debtors' motion authorizing amendment and assignment of the Engagement Letter with JPM Securities Inc (1.9). | 1.90 hrs. |

| 02/04/09 | D. E. DEUTSCH | Review lengthy draft index of received Cubs related materials and edit same (.5); review certain new documents posted to Cubs dataroom (.4); e-mail C&P Cubs team regarding index (.1); follow-up on Moelis request to involve new tax advisor on transacation (.2); follow-up with Moelis team re: scheduling meeting (.1); telephone conversation with Larry Kwon and Ashish Ajmera re: various matters (.2); follow-up on same (.1); exchange e-mails with tax team re: transaction (.2); participate in part of call with Moelis and FTI (.4); review e-mail from Debtors re: Cubs transaction matters (.1); second call with Moelis team and Howard Seife re: Cubs transaction (.4). | 2.70 hrs. |

| 02/04/09 | B. DYE | Review certain documents filed in Project Fastball | 0.90 hrs. |

| 02/04/09 | D. M. LeMAY | Participation in portion of conference call w/FTI and Moelis regarding Cubs due diligence status and need for more and faster information (0.6).  Follow up w/Moelis regarding same (0.3). Review latest due diligence materials posted to data room (1.5). | 2.40 hrs. |

| 02/04/09 | B. BETHEIL | Conf. call w/ Chadbourne tax attorneys, McDermott, and other professionals re: form of guaranty and use of remedial allocation in Cubs transaction (1.2); Discuss among Chadbourne tax attorneys research questions raised by guaranty and remedial allocations (0.4) | 1.60 hrs. |

| 02/04/09 | H. SEIFE | Telephone conference Moelis regarding Cubs transaction status/info. | 0.50 hrs. |
|---|---|---|---|
| 02/04/09 | E. S. MARKSON | Email exchange D. Deutsch regarding data room and administrative issues (0.2). Conference call with R. Leder, B. Betheil, B. Rubin of McDermott Will, C. Nicholls and S. Jaffe of FTI, A. Ajmera of Moelis, S. Dimon and R. Kleinberg of Davis Polk, and others regarding tax issues in Cubs transaction (1.3).  Email exchange with C&P team regarding Moelis proposal to involve third-party advisor in transaction and related research (0.4). Phone conversation with Ajmera regarding implications of issues discussed on conference call (0.4). | 2.30 hrs. |
| 02/05/09 | B. BETHEIL | Draft, edit, and revise memo summarizing 2/4/09 call w/ McDermott re: form of guaranty in Cubs transaction (0.7); Research regulations re: treatment of remedial allocations (2.2). | 2.90 hrs. |
| 02/05/09 | M. A. ALPERT | Reviewed certain documents in data room related to global deal analysis. | 2.30 hrs. |
| 02/05/09 | D. E. DEUTSCH | Review memorandum on JPMorgan investment banker terms and draft e-mail on same (.2). | 0.20 hrs. |
| 02/05/09 | D. E. DEUTSCH | Telephone conversation with Edouard Markson re: meeting yesterday and follow-up tax analysis and required next steps (.3); follow-up with Moelis re: status of Cubs transaction matter (.1); telephone conversation with Amish Ajmera re: status of Moelis requests to Debtors re: Cubs transaction (.2); e-mail to team re: follow-up items on Cubs transaction (.2): review draft memorandum on motion re: investment banker and revise same (.4); discuss multiple follow-up | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


|            |              | matters related to same with Gilbert Bradshaw (.4). | |
|------------|--------------|-----------------------------------------------------|-----------|
| 02/06/09 | D. E. DEUTSCH | Review materials and follow-up with Moelis re: status of requests (.2); exchange multiple related e-mails (.2); follow-up with Marc Alpert re: required research on new data (.4); related calls (.1); review parts of new data download (.5); review and obtain requested additional background materials per Marc Alpert request (.4). | 1.80 hrs. |
| 02/06/09 | M. A. ALPERT | Reviewed certain documents re: bids. | 3.30 hrs. |
| 02/09/09 | M. A. ALPERT | Reviewed documents in Fastball data room (2.8); worked on memo re: same (.7). | 3.50 hrs. |
| 02/09/09 | S. CHAN | Reviewed and organized materials on Fastball project. | 0.50 hrs. |
| 02/09/09 | J. B. PORTER | Updated and revised memorandum re: retention by Debtors of JP Morgan Securities. | 1.30 hrs. |
| 02/09/09 | D. E. DEUTSCH | Review e-mails re: Cubs transaction issues and follow-up with team on same (.2); review and revise draft memorandum re: retention of JPMorgan as investment banker in connection with Cubs transaction (.4); telephone conversation with Marc Alpert re: preliminary review of certain Cubs documents and follow-up on same (.2); review certain posted materials (1.1); review related e-mails from Moelis team (.2). | 2.10 hrs. |
| 02/10/09 | D. E. DEUTSCH | Meeting with Lenders and Committee professionals re: next steps re: Fastball issues (.7); follow-up related to same (.2); review Cubs transaction materials (.4). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| 02/10/09 | H. SEIFE | Telephone conference Moelis regarding update on status of Cubs transaction. | 0.70 hrs. |
|---|---|---|---|
| 02/10/09 | J. B. PORTER | Revised memorandum re J.P. Morgan Securities engagement. | 2.40 hrs. |
| 02/10/09 | D. M. LeMAY | Coordination call of Committee professionals regarding Cubs transaction and other pending matters. | 1.30 hrs. |
| 02/10/09 | M. A. ALPERT | Reviewed certain documents in Fastball data room (1.3); continue work on memo re: same (.6); conf. w/Moelis and C&P (0.8). | 2.70 hrs. |
| 02/11/09 | R. M. LEDER | Review new draft agreement in connection with Cubs transaction. | 1.30 hrs. |
| 02/11/09 | S. CHAN | Reviewed and organized materials in Fastball dataroom, distributed documents. | 3.40 hrs. |
| 02/11/09 | M. A. ALPERT | Reviewed certain documents in Fastball data room and work on parts of related memorandum (2.0); worked on memo re: same (.8); conferences w/Moelis, FTI & DPW re: Cubs transaction (1.5). | 4.30 hrs. |
| 02/11/09 | H. SEIFE | Prepare for and telephone conference Sidley regarding status of Cubs transaction and process (1.6); telephone conference Moelis regarding Cubs transaction and information flow (.5); conference call with Blackstone, FTI, Moelis and DPW regarding Cubs transaction and information sharing (.8). | 2.90 hrs. |
| 02/11/09 | D. E. DEUTSCH | Exchange e-mails re: Fastball matters (.3); exchange e-mails with tax team re: next Cubs transaction steps (.2); meeting with Cubs professional teams re: document request (.5); follow-up meeting with C&P team re: same (.3); review new Fastball materials (.8); draft letter to Sidley/Debtors re: document request issues and next steps on | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 22, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    7

|            |                 | same (.7).                                                                                                                                                                                                                                                                                                                                                                                |           |
|------------|-----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 02/11/09   | E. S. MARKSON   | Conference call with financial advisors and related internal discussion regarding availability of information (0.8).  Review document list and coordinate with D. Deutsch (0.2).                                                                                                                                                                                                            | 1.00 hrs. |
| 02/12/09   | M. A. ALPERT    | Reviewed certain documents in Fastball data room (3.7); worked on memo re: same (.8); conferences w/Moelis, FTI & DPW (.6).                                                                                                                                                                                                                                                                | 5.10 hrs. |
| 02/12/09   | D. E. DEUTSCH   | Exchange e-mails with senior lenders' professionals re: various Cubs matters (.2); review of new materials (.9); follow-up with Marc Alpert related to same (.1); participate in call with lenders' professionals and Committee professionals re: next steps on Cubs (.5); review materials and revise draft letter to Debtors/Debtors' counsel based on call and meeting with Committee and circulate same (1.2); incorporate initial changes to letter (.4); exchange multiple related e-mails (.3). | 3.60 hrs. |
| 02/12/09   | H. SEIFE        | Conference call with FTI, Moelis, Blackstone regarding information flow regarding Cubs transation (.5); review and revise letter to Tribune regarding information sharing (1.0); review and revise schedule of requested information (.8).                                                                                                                                                     | 2.30 hrs. |
| 02/12/09   | S. CHAN         | Reviewed certain documents in Fastball data room.                                                                                                                                                                                                                                                                                                                                         | 0.50 hrs. |
| 02/13/09   | S. CHAN         | Reviewed certain documents in Fastball data room and worked on rider and distributed documents.                                                                                                                                                                                                                                                                                           | 1.00 hrs. |
| 02/13/09   | H. SEIFE        | Emails with professionals regarding comments to letter and schedule (.8); review and revise same (1.2); telephone conference Sidley regarding information                                                                                                                                                                                                                                    | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 22, 2009
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page    8


                              sharing issues (.5).

02/13/09   M. A. ALPERT       Continue review of documents in        5.90 hrs.
                              Fastball data room and work on
                              related issues outline (5.3);
                              reviewed memo and diligence list
                              (.6).

02/13/09   D. E. DEUTSCH      Review various e-mails on request      2.70 hrs.
                              to Debtors re: Cubs transaction
                              (.2); follow-up and draft e-mails
                              related to same (.2); review
                              e-mail from Larry Kwon on Visa/MC
                              settlement issue and respond to
                              same (.2): exchange e-mails on
                              open Cubs issue with Marc Alpert
                              and Moelis (.1); review various
                              e-mails re: draft letter to
                              Debtors re: Cubs information
                              requests and related exhibits and
                              update materials to reflect same
                              (1.1); exchanged e-mails and calls
                              with Committee's and senior
                              lenders' professionals re:
                              follow-up on various pending Cubs
                              transaction matters (.5); exchange
                              e-mails and calls re: formation
                              agreement issues (.3); follow-up
                              on posting Cubs-related letter to
                              Intralinks (.1).

02/14/09   D. E. DEUTSCH      Exchange e-mails with Larry Kwon       2.10 hrs.
                              and Alan Holtz re: potential
                              Visa/MC settlement purchase
                              proposal (.3); review of
                              additional posted Fastball
                              materials (1.4); exchange e-mails
                              with Marc Alpert re: follow-up
                              item (.1); follow-up with Bonnie
                              Dye re: updating index and list of
                              missing Fastball materials (.3).

02/16/09   S. CHAN            Reviewed documents in Project          0.50 hrs.
                              Fastball data room.

02/16/09   D. E. DEUTSCH      Review e-mails re: Cubs                0.20 hrs.
                              disposition (.1); follow-up with
                              Bonnie Dye re: follow-up related
                              to same (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9

| 02/16/09 | B. DYE | Review some of materials and begin updating Project Fastball spreadsheet of uploaded documents and assorted analysis. | 1.10 hrs. |
|---|---|---|---|
| 02/17/09 | B. DYE | Continue work on Project Fastball spreadsheet/analysis. | 5.30 hrs. |
| 02/17/09 | B. G. CARSON | Review and prepare summary of draft formation agreement. | 2.10 hrs. |
| 02/17/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 02/17/09 | D. E. DEUTSCH | Review materials from Debtors re: status of Cubs information requests and follow-up with Moelis on same (.2); review materials and follow-up with Bonnie Dye re: research request (.3). | 0.50 hrs. |
| 02/18/09 | D. E. DEUTSCH | Brief review of new Cubs transaction materials posted to website and follow-up exchange with Bonnie Dye on same (.7); follow-up with Marc Alpert regarding same (.1); exchange e-mails with tax team re: related next steps (.3). | 1.10 hrs. |
| 02/18/09 | M. A. ALPERT | Reviewed new documents in data room and confs with D.Deutsch. re: same. | 3.50 hrs. |
| 02/18/09 | H. SEIFE | Review of emails regarding Cubs transaction update. | 0.50 hrs. |
| 02/18/09 | S. CHAN | Reviewed documents in Project Fastball data room and distributed new documents (1.6), conf. M. Alpert (.2). | 1.80 hrs. |
| 02/19/09 | S. CHAN | Reviewed documents in Project Fastball data room and prepare follow-up materials on same for attorneys. | 0.70 hrs. |
| 02/19/09 | H. SEIFE | Review of Moelis email regarding repurchase and Cubs transaction (.4); emails regarding obtaining necessary disclosure regarding Cubs transaction (1.0). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   10


| 02/19/09 | B. G. CARSON | Work on summary of the draft formation agreement. | 2.40 hrs. |
| 02/19/09 | M. A. ALPERT | Reviewed new documents in data room and continued work on memo re: formation agreement. | 4.20 hrs. |
| 02/19/09 | D. E. DEUTSCH | Telephone conversation with Ashish Ajmera re: Cubs transaction (.3); draft memorandum to Committee team re: status of transaction matters and proposed next steps (.4). | 0.70 hrs. |
| 02/20/09 | D. E. DEUTSCH | Follow-up with Moelis re: status of matter (.1); additional follow-up re: Cubs transaction (.1). | 0.20 hrs. |
| 02/20/09 | M. A. ALPERT | Reviewed documents in data room; continue work on draft memo re: same. | 3.90 hrs. |
| 02/20/09 | S. CHAN | Reviewed documents in Project Fastball data room, attention to tax documents per team request. | 1.20 hrs. |
| 02/23/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.70 hrs. |
| 02/23/09 | M. A. ALPERT | Reviewed new documents in data room and continue work on draft memo. | 2.80 hrs. |
| 02/23/09 | D. E. DEUTSCH | Review e-mails from Moelis re: new documents posted by Debtors and follow-up with team on review of same (.4). | 0.40 hrs. |
| 02/23/09 | H. SEIFE | Telephone conference B.Kraukauer regarding documents for Cubs transaction (.4); emails Moelis regarding document production (.4). | 0.80 hrs. |
| 02/24/09 | B. G. CARSON | Review and prepare summary of draft formation agreement. | 2.60 hrs. |
| 02/24/09 | M. A. ALPERT | Reviewed certain financial documents from data room and follow up email re: same. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   11

| 02/24/09 | S. CHAN | Reviewed documents in Project Fastball data room and distributed relevant materials for team. | 1.00 hrs. |
| 02/25/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 02/25/09 | M. A. ALPERT | Continue review of certain financial data from data room. | 2.20 hrs. |
| 02/26/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 02/26/09 | H. SEIFE | Email from AlixPartners regarding status of due diligence and Debtor response (.6); review memo from Moelis on Cubs transaction (.5). | 1.10 hrs. |
| 02/26/09 | M. A. ALPERT | Work on updating memo re: formation agreement and other materials from data room. | 1.30 hrs. |
| 02/27/09 | M. A. ALPERT | Reviewed documents in data room and confs. re: same. | 0.80 hrs. |
| 02/27/09 | A. A. GIACCIA | Email to Alpert re: draft transaction agreement (.2); review environmental provisions of agreement (.6). | 0.80 hrs. |
| 02/27/09 | W. G. HANCHUK | Review IP related sections of Fastball formation agreement. | 1.00 hrs. |
| 02/27/09 | H. SEIFE | Review of email updates on Cubs transaction. | 0.40 hrs. |
| 02/27/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 02/27/09 | K. A. GIULIANO | Review Fastball Formation Agreement and comment on certain provisions therein. | 1.20 hrs. |
| 02/28/09 | M.M. GLOVER | Attention to and reviewed and commented on employment sections of formation agreement. | 2.60 hrs. |

**Total Fees for Professional Services.............. $103,391.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. A. GIACCIA | 755.00 | .80 | 604.00 |
| D. M. LeMAY | 825.00 | 3.70 | 3052.50 |
| E. S. MARKSON | 735.00 | 4.00 | 2940.00 |
| H. SEIFE | 955.00 | 14.40 | 13752.00 |
| M. A. ALPERT | 795.00 | 47.90 | 38080.50 |
| R. M. LEDER | 955.00 | 3.10 | 2960.50 |
| W. G. HANCHUK | 755.00 | 1.00 | 755.00 |
| M.M. GLOVER | 755.00 | 2.60 | 1963.00 |
| B. G. CARSON | 395.00 | 7.10 | 2804.50 |
| D. E. DEUTSCH | 625.00 | 29.40 | 18375.00 |
| K. SMITH | 725.00 | 1.80 | 1305.00 |
| K. A. GIULIANO | 535.00 | 1.20 | 642.00 |
| S. CHAN | 245.00 | 30.00 | 7350.00 |
| J. B. PORTER | 395.00 | 7.10 | 2804.50 |
| B. BETHEIL | 345.00 | 4.50 | 1552.50 |
| B. DYE | 345.00 | 12.90 | 4450.50 |
| TOTALS | | 171.50 | 103391.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through February 28, 2009

Our Matter #19804.010
             FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 02/01/09 | D. E. DEUTSCH | Exchange multiple e-mails with Adam Landis, David LeMay and, in part, Joseph McMahon re: request for adjournment of hearing (.3). | 0.30 hrs. |
| 02/01/09 | H. LAMB | Review of fee procedures order, DE Local Rules and sample fee applications (1.2), and begin preparation of first monthly fee statement (4.5). | 5.70 hrs. |
| 02/02/09 | D. E. DEUTSCH | E-mails re: Moelis retention (.1); telephone conversation with Kevin Smith re: concerns with new PwC final retention letters (.2); related follow-up (.1); telephone conversation with Adam Landis re: meeting with U.S. Trustee re: retention issues and tomorrow's hearing (.2); exchange additional e-mails re: retention matters related to various professionals (.2); follow-up e-mail on PwC retention (.1). | 0.90 hrs. |
| 02/02/09 | D. M. LeMAY | Final review and signoff on Debtors retention motions for tomorrow's hearing (0.6). | 0.60 hrs. |
| 02/02/09 | D. M. LeMAY | Work on JPMC waiver letter as requested by K. Kelly (0.4). E-mail and t/c w/J. McMahon regarding objection deadline extension (0.1) and e-mail D. Deutsch (0.1) regarding same. | 0.60 hrs. |
| 02/02/09 | K. SMITH | Review issues re: engagement letter (.5). | 0.50 hrs. |
| 02/03/09 | K. SMITH | Review and comment on engagement letters (.6). | 0.60 hrs. |
| 02/03/09 | D. M. LeMAY | Preparation for meeting with US Trustee regarding Committee retention issues (1.3). Attend UST meeting regarding professional retention (1.2). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| | | | |
|---|---|---|---|
| 02/03/09 | D. E. DEUTSCH | Review proposed revised language in PwC retention application order and follow-up with Kevin Smith re: concerns with same (.1); follow-up with Adam Landis re: same (.1); telephone conversation with Kevin Smith re: PwC further modification issue (.1); exchange e-mails with Adam Landis re: open matters related to today's scheduled retention hearings (.3). | 0.60 hrs. |
| 02/03/09 | H. SEIFE | Review of US Trustee retention issues (.6); telephone conference D.LeMay regarding conference (.4). | 1.00 hrs. |
| 02/04/09 | D. E. DEUTSCH | Follow-up with Kevin Smith re: review of investment banker retention letter (.1); related follow-up (.1); exchange e-mails with Moelis counsel re: next steps with Debtors on Moelis retention agreement comments (.2). | 0.40 hrs. |
| 02/04/09 | D. M. LeMAY | E-mails to JPMC and Merrill regarding waiver letter. | 0.30 hrs. |
| 02/05/09 | G. BRADSHAW | Conf w/J. Porter re assignment re: ordinary course (.2); | 0.20 hrs. |
| 02/05/09 | J. B. PORTER | Follow up on Chadbourne retention issues for D. LeMay. | 0.20 hrs. |
| 02/05/09 | J. B. PORTER | Meeting with D. Deutsch re Committee memorandum (.3); Reviewed Ordinary course process and affidavit (.9); Meeting with G. Bradshaw re: ordinary course spreadsheet assignment (.2). | 1.40 hrs. |
| 02/05/09 | D. M. LeMAY | Revise waiver letter to reflect latest comments from Merrill Lynch (0.8).  E-mail M. Primoff to respond to questions regarding same (0.3). | 1.10 hrs. |
| 02/05/09 | H. LAMB | Final review of billing proformas/daily time and cost detail in preparation of first monthy fee application. | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 22, 2009
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page    3


| 02/06/09 | D. M. LeMAY | Revise and recirculate (2 times) Merrill Lynch waiver letter to reflect ML's comments. | 1.20 hrs. |
|---|---|---|---|
| 02/06/09 | D. E. DEUTSCH | Follow-up with Moelis' counsel re: status of revisions to retention application (.2). | 0.20 hrs. |
| 02/06/09 | G. BRADSHAW | Reviewed ordinary course professional affidavits to ensure qualifications are met (1); researched bankruptcy code provisions re: ordinary course (.6). | 1.60 hrs. |
| 02/07/09 | D. E. DEUTSCH | Exchange multiple e-mails with Moelis counsel re: outstanding retention issues and next steps with respect to same (.3); begin review of December/January fee application (2.9). | 3.20 hrs. |
| 02/08/09 | D. E. DEUTSCH | Complete first review of December/January fee application (3.2). | 3.20 hrs. |
| 02/09/09 | D. E. DEUTSCH | Review e-mail from Moelis' counsel re: revised retention letter (.1); draft related follow-up memorandum to Debtors' counsel on outstanding issues on next steps related to same (.2); two calls with Adam Landis to discuss retention application issues (.2); review follow-up items on fee application and discuss issues on same with various lawyers (.7); conference with Helen Lamb to discuss global and specific modifications to fee application (.4). | 1.60 hrs. |
| 02/10/09 | D. E. DEUTSCH | Follow-up with Helen Lamb re: specific inquiry on Delaware practice with respect to matter summaries (.2). | 0.20 hrs. |
| 02/10/09 | H. SEIFE | Telephone conference AlixPartners and Moelis regarding pending retention applications. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| | | | |
|---|---|---|---|
| 02/10/09 | G. BRADSHAW | Reviewed ordinary course affidavits and amounts requested by Debtors (1.0); researched ordinary course law and drafted email to D. Deutsch (.4). | 1.40 hrs. |
| 02/11/09 | G. BRADSHAW | Researched ordinary course law in light of filed ordinary course affidavits (.5). | 0.50 hrs. |
| 02/11/09 | H. SEIFE | Telephone conference with Sidley regarding status of retention applications of Debtor professionals. | 0.60 hrs. |
| 02/11/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel and Moelis' counsel re: next steps with Moelis application (.4). | 0.40 hrs. |
| 02/11/09 | D. M. LeMAY | E-mail J. McMahon with waiver letters. | 0.30 hrs. |
| 02/13/09 | D. M. LeMAY | T/c w/J. McMahon re: UST request for supplemental affidavit (0.3). Discuss same w/H. Seife (0.3). Research, draft and revise proposed supplemental affidavit (7.1) and send to UST. | 7.70 hrs. |
| 02/13/09 | J. B. PORTER | Revised Moelis retention application (2) ; Drafted LeMay Supplemental Affidavit (1.3). | 3.30 hrs. |
| 02/13/09 | D. E. DEUTSCH | Exchange e-mails re: Debtors signoff of revised Moelis letter (.2); conference with Jason Porter to discuss next steps re: same (.2); review ordinary course filings and follow-up meeting with Jason Porter to discuss proposed review process related to same (.4): follow-up on revising retention letter and distributing same to Committee co-chairs for signoff (.2); review inquiry from U.S. Trustee on Moelis retention and follow-up with Moelis counsel on same (.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 02/13/09 | H. SEIFE | Conference D.LeMay regarding US Trustee's additional retention issues (.3); review and revise supplemental affidavit (1.0). | 1.30 hrs. |
|---|---|---|---|
| 02/14/09 | D. E. DEUTSCH | Review memorandum from U.S. Trustee on retention matter and follow-up with local counsel and Moelis counsel to provide appropriate background information and other materials related to same (.4); exchange e-mails with Moelis counsel re: same (.3). | 0.70 hrs. |
| 02/15/09 | H. LAMB | Further preparation of first monthly fee application and prepare exhibits to same. | 3.20 hrs. |
| 02/16/09 | H. LAMB | Emails with Committee members regarding expense reimbursement. | 0.20 hrs. |
| 02/16/09 | D. E. DEUTSCH | Review revised fee application (.8); follow-up discussion with Helen Lamb re: same (.2); telephone conversation with Matt McGuire re: retention matter (.2); review materials and draft proposed process for certain Committee reimbursement (.5); review objection to Lazard retention agreement and follow-up with Moelis' counsel re: same (.3); follow-up with Alan Holtz re: AlixPartners' retention matters (.2); exchange e-mails with Moelis counsel re: proposed modifications to retention requested by U.S. Trustee and Committee's response to same (.3); e-mail Committee's Delaware's counsel re: follow-up on fee procedures (.3). | 2.80 hrs. |
| 02/16/09 | G. BRADSHAW | Reviewed ordinary course affidavits for adequacy filed between 2/11-2/16, 2009 (1.1). | 1.10 hrs. |
| 02/16/09 | D. M. LeMAY | Prepare Supplemental Affidavit to reflect disclosures requested by US Trustee (1.6). Prepare memo to Committee re: JPMC and Merrill waiver letters (0.3). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6

| | | | |
|---|---|---|---|
| 02/17/09 | G. BRADSHAW | Reviewed ordinary course affidavits (.2). | 0.20 hrs. |
| 02/17/09 | H. SEIFE | Conference D.LeMay regarding UST objections and status of retentions (.4); telephone conference Sidley regarding same (.3); review and revise supplemental disclosure affidavit (.8). | 1.50 hrs. |
| 02/17/09 | H. LAMB | Review Committee expenses and begin preparation of Committee expense reimbursement request (1.2); emails/calls with Committee members regarding expense reimbursement (.3). | 1.50 hrs. |
| 02/17/09 | D. E. DEUTSCH | Draft e-mails to Delaware counsel and Moelis' counsel re: retention matters (.3); follow-up re: possible compromise of outstanding issues (.2); call with Bryan Krakauer re: fee application issue (.2); review e-mail and attached materials on McDermott Will retention application and U.S. Trustee follow-up on same (.3); follow-up with Gilbert Bradshaw re: ordinary course professional review (.2); review detailed memorandum from Moelis counsel re: outstanding issues and request for Committee's permission to adjourn matter and follow-up and respond to same (.4); review Chadbourne expense details and follow-up with Helen Lamb re: same (.4). | 2.00 hrs. |
| 02/18/09 | D. E. DEUTSCH | Discuss supplemental affidavit request with Alan Holtz and follow-up with form on same (.3). | 0.30 hrs. |
| 02/18/09 | H. SEIFE | Review and revised C&P supplemental disclosure. | 1.00 hrs. |
| 02/18/09 | J. B. PORTER | Reviewed Ordinary Course Professional's chart. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     7


| 02/19/09 | J. B. PORTER | Updated Moelis engagement letter (1.1); Coordinated the receipt of engagement letter signature pages. (.2) | 1.30 hrs. |

02/19/09   J. B. PORTER      Updated Moelis engagement letter        1.30 hrs.
                             (1.1); Coordinated the receipt of
                             engagement letter signature pages.
                             (.2)

02/19/09   H. LAMB           Review and revise Committee             1.90 hrs.
                             expense reimbursement submission
                             in accordance with Delaware
                             guidelines and prepare Committee
                             expense summaries.

02/19/09   G. BRADSHAW       Tracked ordinary course affidavits      0.30 hrs.
                             to monitor spending and monthly
                             caps (.3).

02/19/09   D. M. LeMAY       Review UST Objection to Lazard          0.90 hrs.
                             Retention (0.7) and t/c w/Sidley
                             regarding Debtors position on same
                             (0.2).

02/19/09   D. E. DEUTSCH     Review and edit fee application         2.00 hrs.
                             narrative/introduction and discuss
                             modifications to same with Helen
                             Lamb (.6); follow-up with Debtors
                             re: billing procedures issue (.2);
                             review e-mails related to
                             tomorrow's retention hearing
                             matters (.2); exchange e-mails
                             with Matt McGuire re: Moelis
                             counsel inquiry on retention (.1);
                             review revised Moelis' retention
                             agreement, comment on same and
                             follow-up with Moelis' counsel,
                             Delaware counsel and Jason Porter
                             re: action tasks (.4); review
                             affidavits posted by Debtors'
                             professionals (.2): review and
                             edit application to pay Committee
                             member expenses (.3).

02/20/09   D. E. DEUTSCH     Review ordinary course spreadsheet      0.50 hrs.
                             (.1); discuss follow-up steps on
                             same with Gilbert Bradshaw (.2);
                             review materials and e-mail Lazard
                             counsel re: attending U.S. Trustee
                             deposition (.2).

02/20/09   D. M. LeMAY       Review and comment on draft first       1.80 hrs.
                             monthly fee application (1.5).
                             Conferences w/Deutsch and Moelis
                             counsel regarding Moelis retention
                             open issues (0.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| | | | |
|---|---|---|---|
| 02/20/09 | G. BRADSHAW | Conf. w/D. Deutsch (.4); revised and updated ordinary course chart (.2); reviewed other ordinary course motions (.3). | 0.90 hrs. |
| 02/23/09 | D. E. DEUTSCH | Follow-up with Moelis counsel re: status of retention (.2); follow-up with Debtors' counsel re: billing question (.2); exchange e-mails with AlixPartners re: submission of billing statement (.2); review various e-mails from Adam Landis and others re: filing of monthly fee applications (.1); exchange e-mails and hold call with Ken Kansa re: fee application issue (.3). | 1.00 hrs. |
| 02/23/09 | H. SEIFE | Telephone conference Sidley regarding status of retention motions (.4); emails Sidley regarding fee application disclosure issues (.2). | 0.60 hrs. |
| 02/24/09 | S. BUZAGLO | Review of expense detail in preparation of first monthly fee application. | 3.00 hrs. |
| 02/24/09 | D. E. DEUTSCH | Exchange e-mails with Moelis re: status of retention (.2); review fee applications and follow-up calls with Helen Lamb re: modifications to confidential descriptions based on discussions with Debtors' counsel (.7); follow-up e-mail to AlixPartners, Moelis and Adam Landis re: same (.2). | 1.10 hrs. |
| 02/24/09 | H. LAMB | Finalize fee application and exhibits and prepare for e-filing. | 2.30 hrs. |
| 02/25/09 | D. E. DEUTSCH | Follow-up with Committee professionals re: status of fee applications (.2). | 0.20 hrs. |
| 02/26/09 | G. BRADSHAW | Reviewed Debtors' ordinary course affidavits for expense tracking purposes (.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     March 22, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    9

| 02/26/09 | J. B. PORTER | Reviewed the provisions of the Lazard engagement letter re reimbursement for fees and expenses. | 0.70 hrs. |
|---|---|---|---|
| 02/27/09 | J. B. PORTER | Meeting with G. Bradshaw re revision of the Ordinary Course Professionals chart. | 0.30 hrs. |
| 02/27/09 | H. LAMB | Draft email to Committee members regarding process for monthly submission of expenses for reimbursement (.9); conferences with D.Deutsch regarding same (.2). | 1.10 hrs. |
| 02/27/09 | G. BRADSHAW | Monitored ordinary course affidavits for tracking of expenditures (.3); conf. w/J. Porter re: ordinary course affidavits (.2). | 0.50 hrs. |
| 02/27/09 | D. E. DEUTSCH | Follow-up on Committee member request for reimbursement of expenses (.2); review updated ordinary course summary and e-mail Gil Bradshaw on additional follow-up item needed for further analysis (.3); review relevant order and draft outline of memorandum to Committee re: members reimbursement procedures (.4); exchange related e-mails with Helen Lamb (.1). | 1.00 hrs. |
| 02/28/09 | D. E. DEUTSCH | Follow-up with Moelis re: retention (.1); follow-up with AlixPartners re: billing inquiry (.1). | 0.20 hrs. |

**Total Fees for Professional Services.............. $48,884.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   10


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 18.90 | 15592.50 |
| H. SEIFE | 955.00 | 6.60 | 6303.00 |
| D. E. DEUTSCH | 625.00 | 24.00 | 15000.00 |
| K. SMITH | 725.00 | 1.10 | 797.50 |
| S. BUZAGLO | 240.00 | 3.00 | 720.00 |
| J. B. PORTER | 395.00 | 7.30 | 2883.50 |
| G. BRADSHAW | 345.00 | 7.60 | 2622.00 |
| H. LAMB | 260.00 | 19.10 | 4966.00 |
| TOTALS | | 87.60 | 48884.50 |