```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through February 28, 2009
    Our Matter #19804.011
              PLAN AND DISCLOSURE STATEMENT


| | | | |
|---|---|---|---|
| 02/02/09 | H. SEIFE | Review of plan structure - ESOP/S-Corp issues. | 2.40 hrs. |
| 02/09/09 | H. SEIFE | Review of potential structure for plan of reorganization. | 0.90 hrs. |
| 02/12/09 | H. SEIFE | Consideration of plan structure and ESOP issues. | 1.20 hrs. |
| 02/23/09 | D. M. LeMAY | Teleconference w/Sidley regarding preliminary plan discussion (1.2); follow up conference w/H Seife (0.3). | 1.50 hrs. |
| 02/23/09 | D. E. DEUTSCH | Review Debtors materials on general background structure (.3); participate in video/telephonic meeting with Debtors' counsel re: plan considerations and other matters and related follow-up meeting with Committee team (1.4). | 1.70 hrs. |
| 02/23/09 | H. SEIFE | Conference call with Sidley regarding plan structure. | 1.30 hrs. |
| 02/23/09 | E. S. MARKSON | Review debtors' presentation slides (0.3). Videoconference with H. Seife, D. LeMay, M. Alpert, B. Krakower (Sidley) and others regarding preliminary structuring considerations for plan of reorganization (1.6). Discussion with Chadbourne working group regarding issues and next steps (0.5). | 2.40 hrs. |
| 02/24/09 | H. SEIFE | Telephone conference Moelis and AlixPartners regarding plan discussions. | 0.40 hrs. |
| 02/26/09 | H. SEIFE | Review of plan structure issues (ESOP; S-Corp). | 1.70 hrs. |


          **Total Fees for Professional Services..............   $11,608.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.50 | 1237.50 |
| E. S. MARKSON | 735.00 | 2.40 | 1764.00 |
| H. SEIFE | 955.00 | 7.90 | 7544.50 |
| D. E. DEUTSCH | 625.00 | 1.70 | 1062.50 |
| TOTALS | | 13.50 | 11608.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                              For Services Through February 28, 2009

Our Matter #19804.012
              EXECUTORY CONTRACTS


| | | | |
|---|---|---|---|
| 02/03/09 | J. B. PORTER | Reviewed Debtors' Motion to reject certain leases and subleases (.9); Drafted memorandum re same (1.1). | 2.00 hrs. |
| 02/03/09 | D. E. DEUTSCH | Review motion on rejection of certain leases and follow-up with Jason Porter on same (.2); call regarding lease rejection motions with Alan Holtz (.2). | 0.40 hrs. |
| 02/04/09 | J. B. PORTER | Finalized draft of lease rejection motion memo (.2). | 0.20 hrs. |
| 02/05/09 | D. E. DEUTSCH | Review draft memorandum re: rejection of certain leases, edit same and draft follow-up list for Jason Porter (.4). | 0.40 hrs. |
| 02/06/09 | J. B. PORTER | Reviewed revised motion to reject certain leases (.8) | 0.80 hrs. |
| 02/09/09 | D. E. DEUTSCH | Review and edit memorandum on motions to reject certain leases and investment guidelines and research matter related to same (.6). | 0.60 hrs. |
| 02/10/09 | J. B. PORTER | Revised memorandum on rejection of certain leases and 365 motion. | 2.20 hrs. |


          **Total Fees for Professional Services.............     $2,929.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 625.00 | 1.40 | 875.00 |
| J. B. PORTER | 395.00 | 5.20 | 2054.00 |
| TOTALS | | 6.60 | 2929.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                    For Services Through February 28, 2009
Our Matter #19804.014
            EMPLOYEE ISSUES


02/10/09    D. M. LeMAY          T/cs (2x) w/K. Lantry regarding          1.20 hrs.
                                 severance and health plan
                                 continuation issues (0.4).
                                 Research regarding possible
                                 priority issue (0.8).

02/19/09    D. M. LeMAY          Review Draft Motion to continue          1.30 hrs.
                                 medical benefits (0.8) and e-mail
                                 K. Lantry w/comments on same
                                 (0.3).  T/c Lantry regarding same
                                 (0.2).


            **Total Fees for Professional Services.............    $2,062.50**




                         TIMEKEEPER SUMMARY

Timekeeper's Name               Rate      Hours          Amount

D. M. LeMAY                     825.00    2.50           2062.50
                      TOTALS               2.50           2062.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through February 28, 2009

Our Matter #19804.015
              RELIEF FROM STAY ISSUES


| | | | |
|---|---|---|---|
| 02/03/09 | G. BRADSHAW | Conf. w/D. Deutsch (.2); researched caselaw and drafted response memoranda re: Intelsat motions with recommendations for committee actions (2.2). | 2.40 hrs. |
| 02/03/09 | D. E. DEUTSCH | Review two motions re: Intelsat (.3); meeting with Gilbert Bradshaw re: required follow-up on same (.2); review Comcast lift stay motion and follow-up with AlixPartners re: follow-up on same (.3); review Alix report on operations (.3). | 1.10 hrs. |
| 02/04/09 | G. BRADSHAW | Conf. w/J. Porter (.3); Researched and wrote memorandum to committee re: Intelstat Motions for Adequate Assurance and Right to Setoff (2.8). | 3.10 hrs. |
| 02/05/09 | G. BRADSHAW | Conf. w/D. Deutsch (.4); drafted committee memoranda advising certain payments on motions (2.3). | 2.70 hrs. |
| 02/06/09 | G. BRADSHAW | Reviewed bankruptcy code re: Intelsat motion (.6); Conf. w/D. Deutsch(.2); drafted memorandum (.3); conf. w/D. Deutsch (.4). | 1.50 hrs. |
| 02/07/09 | G. BRADSHAW | Research re: lift stay issue (3.2). | 3.20 hrs. |
| 02/09/09 | G. BRADSHAW | Performed follow-up research on Intelsat memorandum (1.4); researched issues related to Comcast motions (1.5); drafted memo related to Comcast motions (2.5); conf. w/D. Deutsch re: Comcast Motions (.3); follow-up drafting re: Intelsat memo and Comcast memo (.6). | 6.30 hrs. |
| 02/09/09 | D. E. DEUTSCH | Follow-up e-mails to Sidley team re: update on various motions (.1); review and edit draft memorandum re: motion to lift stay (.3); telephone conversation with Janet Henderson (Sidley) re: Intelsat and Comcast motions to | 1.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

|            |                |                                                                                                                                                                                                                                                                  |           |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | lift stay (.2); conference with Gilbert Bradshaw re: drafting new memorandum on Comcast and updates on issues related to both lift stay motions (.3); address inquiries on lift stay memorandum (.1); research issue on lift stay motion and follow-up on same (.5); related discussion (.2). |           |
| 02/10/09   | G. BRADSHAW     | Further research and follow-up on response to lift stay motions (.8).                                                                                                                                                                                             | 0.80 hrs. |
| 02/11/09   | D. E. DEUTSCH   | Review draft memo on lift stay motions and edit same (.4).                                                                                                                                                                                                        | 0.40 hrs. |
| 02/26/09   | D. E. DEUTSCH   | Review motion to lift stay and follow-up with Debtors' counsel re: next steps on same (.3).                                                                                                                                                                       | 0.30 hrs. |
| 02/28/09   | D. E. DEUTSCH   | E-mail David LeMay re: options with respect to lift stay motion (.2).                                                                                                                                                                                             | 0.20 hrs. |

**Total Fees for Professional Services..............    $9,212.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name |        | Rate   | Hours | Amount  |
|-------------------|--------|--------|-------|---------|
| D. E. DEUTSCH     |        | 625.00 | 3.70  | 2312.50 |
| G. BRADSHAW       |        | 345.00 | 20.00 | 6900.00 |
|                   | TOTALS |        | 23.70 | 9212.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   1
```

For Services Through February 28, 2009

Our Matter #19804.016
        TAX ISSUES

| | | | |
|---|---|---|---|
| 02/04/09 | R. M. LEDER | Conference Betheil re tax research assignment (0.5). | 0.50 hrs. |
| 02/05/09 | R. M. LEDER | Conference Betheil and engaged re tax analysis re Cubs transaction (1.6); review Subordinated Loan Agreement (0.2). | 1.80 hrs. |
| 02/05/09 | D. E. DEUTSCH | Review materials and draft memorandum to tax team re: background and proposed next steps re: ESOP analysis and various other matters (.7); follow-up on missing document request (.2); exchange e-mails re: ESOP/transaction issues (.2). | 1.10 hrs. |
| 02/05/09 | E. S. MARKSON | Discuss tax issues with D. Deutsch. | 0.30 hrs. |
| 02/06/09 | D. E. DEUTSCH | Prepare for and meeting with tax team re: current status and action plan (1.3). | 1.20 hrs. |
| 02/06/09 | H. SEIFE | Meeting at C&P to discuss status of Cubs transaction and structure/tax issues. | 1.40 hrs. |
| 02/06/09 | D. M. LeMAY | Prepare for (0.3) and attend (0.7) portions of meeting regarding tax planning for possible Cubs transaction. | 1.00 hrs. |
| 02/06/09 | E. S. MARKSON | Meeting with tax team and bankruptcy team regarding open tax issues and next steps. | 1.40 hrs. |
| 02/06/09 | B. BETHEIL | Research regulations re: treatment of income under certain allocation methods (4.6); research treatment of certain sales tax issues (1.7); review agreements filed with SEC related to ESOP structure and Tribune debt (1.5). | 7.80 hrs. |
| 02/06/09 | R. M. LEDER | Engaged re tax issues in connection with Cubs structure (3.2); conference Seife, Markson, et.al. re current tax issues, particularly with respect to Cubs | 4.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| | | transaction (1.2). | |
| 02/10/09 | R. M. LEDER | Review Cablevision news story. | 0.20 hrs. |
| 02/10/09 | E. S. MARKSON | Review materials on related transaction. | 0.50 hrs. |
| 02/11/09 | H. SEIFE | Conference with T.Markson regarding tax issues. | 0.30 hrs. |
| 02/19/09 | R. M. LEDER | Review changes to Tax Matters Agreement. | 1.00 hrs. |
| 02/19/09 | D. E. DEUTSCH | Review materials from Debtors on tax matters and draft memorandum to tax team re: same (.3); follow-up with tax team re: conversation with financial advisor on tax agreement (.2). | 0.50 hrs. |
| 02/20/09 | D. E. DEUTSCH | Follow-up with tax team re: additional Debtor tax documents (.2). | 0.20 hrs. |
| 02/20/09 | R. M. LEDER | Research certain tax issues relating to Project Fastball (4); conference with T.Markson (.3). | 4.30 hrs. |
| 02/20/09 | B. BETHEIL | Collect and review agreements posted on Merrill data site relevant to tax issues (0.8); Call Ashish Ajmera at Moelis re: tax matters agreement on Merrill data site (0.1); Discuss potential treatment of certain allocations w/ R. Leder (0.3). | 1.20 hrs. |
| 02/20/09 | E. S. MARKSON | Work on tax issues regarding formation agreement and discuss same with R. Leder (0.9). Review document list and discuss review of tax-related documents with B. Betheil and D. Deutsch (0.3). | 1.20 hrs. |
| 02/23/09 | E. S. MARKSON | Work on tax issues related to decision whether to retain ESOP/S-corp structure, including allocation issue (1.5). Discussion with R. Leder regarding same (1.3). Discussion with Leder and S. Dimon of Davis Polk regarding same (0.8). | 3.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

| | | | |
|---|---|---|---|
| 02/23/09 | R. M. LEDER | Review debtor's slides and TCs Markson and later with Dimon re tax planning for emergence. | 2.80 hrs. |
| 02/25/09 | R. M. LEDER | Consider tax issues relating to Cub transaction. | 0.20 hrs. |
| 02/25/09 | B. BETHEIL | Review Tribune plans on Merrill data site re: effect on S Corp ESOP structure (1.7); Discuss w/ E. Markson re: Tribune plans and issues w/ maintaining S Corp ESOP structure in reorganization (0.7). | 2.40 hrs. |
| 02/26/09 | D. E. DEUTSCH | Follow-up with tax team on pending matters (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............  $28,042.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.00 | 825.00 |
| E. S. MARKSON | 735.00 | 7.00 | 5145.00 |
| H. SEIFE | 955.00 | 1.70 | 1623.50 |
| R. M. LEDER | 955.00 | 15.20 | 14516.00 |
| D. E. DEUTSCH | 625.00 | 3.20 | 2000.00 |
| B. BETHEIL | 345.00 | 11.40 | 3933.00 |
| TOTALS | | 39.50 | 28042.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through February 28, 2009

Our Matter #19804.018
        TRAVEL

02/03/09   D. M. LeMAY        Non-working return travel from        1.00 hrs.
                              Wilmington to New York.


**Total Fees for Professional Services.............    $825.00**


TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. M. LeMAY | 825.00 | 1.00 | 825.00 |
| TOTALS | | 1.00 | 825.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through February 28, 2009

Our Matter #19804.019
      REVIEW OF PREPETITION FINANCINGS

| | | | |
|---|---|---|---|
| 02/02/09 | Y. YOO | Meeting with Joseph Giannini (.6); Reviewing capital structure documentation (1.0). | 1.60 hrs. |
| 02/02/09 | H. SEIFE | Review legal basis for fraudulent conveyance action regarding bank debt. | 1.10 hrs. |
| 02/02/09 | J. GIANNINI | Various office meetings and email correspondence with Y Yoo re: prepetition debt summary (.8). | 0.80 hrs. |
| 02/02/09 | B. SCHUBECK | Finish search for Y. Yoo on Tribune filings - specifically Guaranty connected w Credit Agreement. | 0.30 hrs. |
| 02/03/09 | H. SEIFE | Review legal basis for fraudulent conveyance action regarding bank debt. | 1.70 hrs. |
| 02/04/09 | D. M. LeMAY | Legal review regarding standard of liability for advisors to LBO. | 1.80 hrs. |
| 02/04/09 | J. GIANNINI | Calls/email correspondence with D Deutsch re: outstanding prepetition debt documentation (.2); review of prepetition debt documentation provided by Sidley (1.3 hours). | 1.50 hrs. |
| 02/05/09 | J. GIANNINI | Review of Collateral documentation and prepetition financing structure and preparation of summary of enforcement expense obligations (1.6). Various email correspondence to D.Deutsch re: same (.1). | 1.70 hrs. |
| 02/05/09 | Y. YOO | Reviewing and transmitting copies of Tribune pre-petition financing documents to Doug Deutsch and Joe Giannini. | 0.30 hrs. |
| 02/05/09 | H. SEIFE | Consideration of fraudulent conveyance legal basis. | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    2

| 02/05/09 | F. VAZQUEZ | Conference with Zink regarding fraudulent transfer LBO (.3); review memorandum regarding fraudulent transfer and LBO and related caselaw (6.0). | 6.30 hrs. |
|---|---|---|---|
| 02/05/09 | D. E. DEUTSCH | Follow-up e-mails with Joe Giannini re: status of obtaining certain loan documents (.2). | 0.20 hrs. |
| 02/06/09 | D. M. LeMAY | Work on legal memo to the Committee concerning Barclays lien review issues. | 2.80 hrs. |
| 02/06/09 | F. VAZQUEZ | Reviewed case-law regarding LBO/fraudulent conveyance. | 2.50 hrs. |
| 02/06/09 | Y. YOO | Reviewing Indenture Agreement, dated 1/30/95 (1.0); meeting with Joe Giannini re various matters (.1); discussing financing structure for tax purposes with Blake Betheil (.6). | 1.70 hrs. |
| 02/06/09 | J. GIANNINI | Meeting with S Berson, V Dunn and T Zink re: prepetition debt review and summary (.5). Follow up meeting with Y Yoo re: review summary (.2). Review of JPM and ML Guaranty agreements (.7); various calls/email correspondence with S Berson and D Deutsch re: same (.3); preparation of memorandum summarizing enforcement expense obligation under JPM and ML facilities (.8). | 2.50 hrs. |
| 02/06/09 | V. DUNN | Meeting with Berson, Zink and Giannini regarding review of existing credit facilities (.5); began reviewing subordinated debt documents and other facilities (2.1). | 2.60 hrs. |
| 02/07/09 | N. T. ZINK | Outline research and factual investigation necessary to provide fraudulent transfer analysis (1.0). | 1.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| 02/09/09 | G. BRADSHAW | Meeting w/T. Zink and F.Vazquez (.8); researched general fraudulent conveyance law and LBO/ESOP transfers (1.6); researched choice of law provisions wrt fraudulent conveyances (3.7); researched news articles re: Tribune Co. (.5). | 6.60 hrs. |
|---|---|---|---|
| 02/09/09 | Y. YOO | Reviewing Indenture Agreement, dated 1/30/95, First Supplemental Indenture, dated 6/12/00, Specimen Notes and Tripartite Agreement, dated 8/1/08 (4.6); meeting with Joe Giannini re Indenture Agreement provisions (.5); reviewing sample finance document review summaries in connection with same (.3). | 5.40 hrs. |
| 02/09/09 | F. VAZQUEZ | Conference with Bradshaw and Zink regarding fraudulent conveyance order (0.8); follow up conference w/Bradshaw regarding Tribune (0.3); review Tribune news reports regarding LBO (0.5); e-mail to Bradshaw re: news and research (0.1). | 1.70 hrs. |
| 02/09/09 | H. SEIFE | Review of case law on fraudulent conveyance issues. | 2.10 hrs. |
| 02/09/09 | N. T. ZINK | Conference with F. Vazquez and G. Bradshaw re fraudulent transfer investigation, research topics, timeline and report requirements (.8). | 0.80 hrs. |
| 02/09/09 | B. SCHUBECK | Compile company profile of Tribune Co. with news articles from 3/07 to 12/07. | 3.90 hrs. |
| 02/09/09 | A. LEDERER | Retrieved numerous articles related to leveraged buyouts from Hein Online and the Internet for G.Bradshaw . | 0.80 hrs. |
| 02/10/09 | B. SCHUBECK | Continue search for G. Bradshaw for articles re Sam Zell/Tribune and ESOP plan. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE             March 22, 2009
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    4


02/10/09    J. GIANNINI          Continue preparation of summary of      2.00 hrs.
                                 prepetition debt documents (2).

02/10/09    F. VAZQUEZ           Conference with Bradshaw regarding       2.00 hrs.
                                 choice of law issues (0.3); review
                                 treatises and articles regarding
                                 choice of law (1.2); follow up
                                 conference w/Bradshaw regarding
                                 choice of law issues (0.5).

02/10/09    G. BRADSHAW          Researched fraudulent transfer law       8.60 hrs.
                                 (4.8); conf. w/F. Vazquez (.2);
                                 continued researching section 544
                                 state-law fraudulent transfer law
                                 (3.6).

02/11/09    G. BRADSHAW          Continued researching Choice of         13.70 hrs.
                                 Law issues in fraudulent transfers
                                 (4.5); conf. w/T.Zink and F.
                                 Vazquez (.8); research of choice
                                 of law in Delaware courts (5.5);
                                 Tribune News search re: ESOP
                                 transaction (2.9)

02/11/09    D. M. LeMAY          Review, revise and edit draft memo       5.50 hrs.
                                 on Barclays perfection, true sale
                                 and sub con issues, including
                                 several rounds of comments on same.

02/11/09    F. VAZQUEZ           Conference with Zink and Bradshaw        3.40 hrs.
                                 regarding fraudulent conveyance
                                 analysis (0.8); review articles
                                 regarding fraudulent conveyance in
                                 LBO context and choice of law
                                 issues (2.3); e-mail to and from
                                 Bradshaw re: research (0.3).

02/11/09    Y. YOO               Reviewing Indenture Agreement,           2.80 hrs.
                                 dated 1/30/95, First Supplemental
                                 Indenture, dated 6/12/00, Specimen
                                 Notes and Tripartite Agreement,
                                 dated 8/1/08.

02/11/09    H. SEIFE             Review of memo on Barclays review.       0.50 hrs.

02/11/09    B. SCHUBECK          Continue research for G. Bradshaw        0.70 hrs.
                                 re Sam Zell/Tribune auction/ESOP
                                 plan.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            March 22, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    5


| 02/11/09 | A. LEDERER | Retrieved articles related to leveraged buyouts from Hein Online for G.Bradshaw. | 0.40 hrs. |
|---|---|---|---|
| 02/12/09 | H. SEIFE | Review of recent case law regarding fraudulent conveyance and applicability to LBO. | 1.40 hrs. |
| 02/12/09 | F. VAZQUEZ | Review case law regarding choice of law in fraudulent conveyance context; (3.5); e-mail to and from Bradshaw re: research (.3). | 3.80 hrs. |
| 02/12/09 | G. BRADSHAW | Researched fraudulent conveyance actions under section 544 (3.5); conf. w/F. Vazquez (.2); Follow-up research on fraudulent conveyance research (.8). | 4.50 hrs. |
| 02/13/09 | G. BRADSHAW | Researched state laws and UFTA for fraudulent conveyance (1.8). | 1.80 hrs. |
| 02/13/09 | F. VAZQUEZ | E-mail from Bradshaw regarding research (.1); new fraudulent conveyance cases (1.2) | 1.30 hrs. |
| 02/13/09 | Y. YOO | Drafting Summary of Debentures issued under Indenture dated: 1/30/95. | 1.60 hrs. |
| 02/13/09 | D. E. DEUTSCH | Exchange e-mails with Joseph Giannini re: obtaining certain loan documents (.2). | 0.20 hrs. |
| 02/13/09 | H. SEIFE | Review of recent case law regarding fraudulent conveyance and applicability to LBO. | 1.60 hrs. |
| 02/13/09 | J. GIANNINI | Review and preparation of summary of prepetition debt documents (1.4); preparation of summary memorandum re: same. (1.1). | 2.50 hrs. |
| 02/14/09 | N. T. ZINK | Conference with F. Vazquez re fraudulent transfer choice of law issues (.4); review deal documentation re LBO/Leveraged ESOP (0.8); outline report to creditors' committee re transaction and vulnerability to fraudulent transfer avoidance (2.8). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    March 22, 2009
435 N. MICHIGAN AVENUE    Invoice ******
CHICAGO, IL 60611    Page   6

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/14/09 | F. VAZQUEZ | Conference with Zink regarding choice of law (0.5); review choice of law case and date memo summarizing same (4.5); conference with Zink regarding fraudulent conveyance in LBO context (0.3); e-mail to Bradshaw re: research (0.1). | 5.40 hrs. |
| 02/14/09 | G. BRADSHAW | Researched fraudulent conveyance claims and LBOs, specifically choice of law (1.9). | 1.90 hrs. |
| 02/16/09 | F. VAZQUEZ | Conference with Bradshaw re: choice of law cases (0.3); review 10k re: LBO transaction (0.5); follow up conference with Bradshaw re: choice of law issues (0.2); conference with Zink re: fraudulent conveyance issues to be explored (0.7); email to and from Bradshaw re: research (0.1). | 1.80 hrs. |
| 02/16/09 | N. T. ZINK | Phone conference with J. Giannini re narratives of LBO financing (.2); conference with F. Vazquez and G. Bradshaw re necessary fraudulent transfer research (.4). | 0.60 hrs. |
| 02/16/09 | G. BRADSHAW | Researched fraudulent transfers and state law claims (4.6); conf. w/F. Vazquez (.2); continued researching on transfers law (2.2); conf. w/T. Zink (.8). | 7.80 hrs. |
| 02/16/09 | Y. YOO | Revising Document Review Index and incorporating specific party information and schedules/exhibits. | 3.10 hrs. |
| 02/16/09 | A. LEDERER | Research and retrieved numerous articles related to leveraged buyouts from Hein Online for G.Bradshaw. | 1.00 hrs. |
| 02/16/09 | J. GIANNINI | Various calls with Y Yoo re: updating index of prepetition debt documents. (.6). Review and update of prepetition debt index (.5). Various email correspondence to D Deutsch re: outstanding prepetition debt documents (.1). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 22, 2009
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                               Page     7

|  |  |  |  |
|---|---|---|---|
|  |  | Call with T Zink re: prepetition debt summary (.2). |  |
| 02/17/09 | J. GIANNINI | Preparation of summary of Senior Credit Facility and related collateral documents and public note documents. (4.2). Office meetings with Y Yoo re: prepetition debt summary. (.4 ). Various office meetings with V Dunn re: Senior and Interim Credit Facilities (.3). Various calls with D Deutsch re: Sidley document requests (.2). Review of termination of KPLR and WPIX Receivables sales obligations (.5). | 5.60 hrs. |
| 02/17/09 | Y. YOO | Revising Summary of Debentures issued under Indenture dated: 1/30/95 (3.1); Reviewing Schedules/Exhibits to Credit Agreement and Senior Unsecured Interim Loan Agreement documentation respectively (2.0). | 5.10 hrs. |
| 02/17/09 | G. BRADSHAW | Researched LBOs and fraudulent transfers generally and bankruptcy court treatment of same (secondary sources) (4.5); confs. w/F. Vazquez (.4); Researched UFCA and UFTA and 548 tests for insolvency (3.1) | 8.00 hrs. |
| 02/17/09 | H. SEIFE | Conference T.Zink on status of fraudulent conveyance review. | 0.30 hrs. |
| 02/17/09 | V. DUNN | Reviewing pre-petition debt documents and calls with J. Giannini re same. | 3.80 hrs. |
| 02/17/09 | D. E. DEUTSCH | Telephone conversation with Joe Giannini re: revised loan agreement index (.2); draft memorandum to Bryan Krakauer re: same (.3); review and revise memorandum and discuss issues in same with Joe Giannini (.3). | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

| | | | |
|---|---|---|---|
| 02/17/09 | F. VAZQUEZ | Conference with Zink re: insolvency in fraudulent conveyance context (0.3); conferences with Bradshaw re: insolvency research (0.5); review treatise re: definition of insolvency (1.0); e-mail to and from Bradshaw re: settlement payment (0.2). | 2.00 hrs. |
| 02/18/09 | D. BAVA | Organization of legal research re: cases regarding fraudulent conveyances (.20); draft indicies (.80). | 1.00 hrs. |
| 02/18/09 | V. DUNN | Worked on summary of pre-petition indebtedness. | 3.00 hrs. |
| 02/18/09 | F. VAZQUEZ | Conference with Zink regarding fraudulent conveyance issues (0.2); conferences with Bradshaw regarding fraudulent conveyance issues (0.2); review cases regarding insolvency (2.5). | 2.90 hrs. |
| 02/18/09 | G. BRADSHAW | Researched choice of law in fraudulent transfers secondary sources (3.2); researched choice of law caselaw (1.8); conf. w/F. Vazquez (.1); researched guarantor liability in transfers (.8); researched 546(e) caselaw (1.2). | 7.10 hrs. |
| 02/18/09 | Y. YOO | Meeting with Joseph Giannini re Summary of Debentures issued under Indenture dated: 1/30/95 (.5); meeting with Joseph Giannini re entire Pre-Petition Financing Structure (1.5). | 2.00 hrs. |
| 02/18/09 | J. GIANNINI | Various office meetings with Y Yoo re: review and summary of indenture and notes, debt structure review (1.6). Continued review and summary of Senior CA and related collateral documents (1.9). Review of indentures and preparation of summary of various series of outstanding notes (2.3). Review of Sec filings re: debt structure and preparation of summary re: same (2). | 7.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page    9

| | | | |
|---|---|---|---|
| 02/19/09 | J. GIANNINI | Office meeting with V Dunn re Zell Note and Tribune debt structure (.5). Continued review and summary of Tribune debt structure and various office meetings with Y Yoo re: same (3.3). | 3.80 hrs. |
| 02/19/09 | A. LEDERER | Research and retreive articles related to leveraged buyouts from Hein Online. | 0.80 hrs. |
| 02/19/09 | Y. YOO | Revising draft Summary (2.2); reviewing Pricing Supplements (1.2); Reviewing Medium Term Notes, Series D documentation (1.6). | 5.00 hrs. |
| 02/19/09 | G. BRADSHAW | Follow-up research on secondary sources in the context of fraudulent transfers (1.5); follow-up in case law research with choice-of-law in state law fraudulent transfers (3.2); follow-up research in secondary sources in choice-of-law in fraudulent transfer litigation (3.8). | 8.50 hrs. |
| 02/19/09 | F. VAZQUEZ | Conferences with Bradshaw regarding fraudulent conveyance issues (0.4); review insolvency cases and draft memo summarizing same (3.7). | 4.10 hrs. |
| 02/19/09 | V. DUNN | Worked on summaries of pre-petition debt facilities (2.7) and met with Joe G. re same (.5). | 3.20 hrs. |
| 02/19/09 | B. SCHUBECK | Research for Y. Yoo for SEC filings re Tribune Co. | 1.80 hrs. |
| 02/20/09 | B. SCHUBECK | Search for Y. Yoo to find Tribune Co. SEC filing with Indenture from 3/1/1992 | 1.80 hrs. |
| 02/20/09 | N. T. ZINK | Review relevant case law regarding the solvency prong of the prima facie case for fraudulent transfer under section 548 of the Bankruptcy Code. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   10


| 02/20/09 | F. VAZQUEZ | Conference with Zink regarding insolvency under Section 548 (0.2); review insolvency cases (3.0); conference with Bradshaw regarding insolvency research (0.2); review and revise memo regarding insolvency (1.5). | 4.90 hrs. |
|---|---|---|---|
| 02/20/09 | G. BRADSHAW | Researched re: insolvency definition issues, settlement defense payments and certain other matters (5.9). | 5.90 hrs. |
| 02/20/09 | Y. YOO | Reviewing $1.6B Credit Agreement for Interim Loan Pledge Agreement delivery covenant/provisions (1.9); Meeting with Joe Giannini re same (.2); Retrieving and reviewing Medium-Term Notes - Series D documents (.5). | 2.60 hrs. |
| 02/21/09 | G. BRADSHAW | Follow-up research on insolvency definition issue (3.3); researched other code provision issue (1.4); follow-up research re: UFCA and UFTA tests related to same (2). | 6.70 hrs. |
| 02/23/09 | G. BRADSHAW | Follow-up conference w/F. Vazquez (.3); follow-up research on settlement payment defense in fraudulent transfers (2.2); follow-up research on fraudulent transfer research (3.0); conf. w/F. Vazquez (.2). | 5.70 hrs. |
| 02/23/09 | D. M. LeMAY | Meeting w/H. Seife and T. Zink to review possible areas of investigation and prepare action plan for full review of 2007 LBO (1.2). Review proxy statement and 10k regarding 2007 LBO (1.6). | 2.80 hrs. |
| 02/23/09 | V. DUNN | Met w/Joe G. re pre-petition debt summaries. | 0.70 hrs. |
| 02/23/09 | H. SEIFE | Telephone conference Sidley regarding fraudulent conveyance issues and document request (.4); conference T.Zink regarding investigation status and strategy (1.2). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                    March 22, 2009
435 N. MICHIGAN AVENUE                                          Invoice ******
CHICAGO, IL 60611                                              Page   11


| 02/23/09 | N. T. ZINK | Prepare for and conference with H. Seife and D. LeMay re investigation (1.2); outline report of investigation (.8); review relevant fraudulent transfer law under code and UFTA (2.1). | 4.10 hrs. |

| 02/23/09 | T. HALL | Confer H. Seife and T. Zink re fraudulent conveyance investigation. | 0.20 hrs. |

| 02/23/09 | Y. YOO | Retrieving and reviewing Zell-related Tribune Pre-Petition Finance documents. | 2.20 hrs. |

| 02/23/09 | F. VAZQUEZ | Conference w/Bradshaw re: small capital and insolvency (0.2); review fraudulent conveyance cases. (3.0); conference w/Zink re: fraudulent conveyance analysis (0.2); e-mail to Zink re: questions for financial advisors (0.2). | 3.60 hrs. |

| 02/23/09 | J. GIANNINI | Various email correspondence to/from C Kline re outstanding Tribune closing documentation (.5). Call with T Zink re: Tribune debt summary and LBO narrative (.2 ). Various email correspondence to/from Y Yoo re: closing set documentation (.3); conference with V Dunn re: debt summaries (.6); continued revision to debt summary documentation (2). | 3.60 hrs. |

| 02/23/09 | D. E. DEUTSCH | Exchange e-mails with Joseph Giannini re: document request issues (.2). | 0.20 hrs. |

| 02/24/09 | D. E. DEUTSCH | E-mails and calls with Joseph Giannini re: follow-up on corporate document requests (.2). | 0.20 hrs. |

| 02/24/09 | J. GIANNINI | Various calls/email correspondence with C Kline re: outstanding documentation and factual questions with respect to Tribune debt structure (.5). Continued revisions to Tribune debt summary and LBO narrative (1.7); various | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12

|  |  |  |  |
|---|---|---|---|
|  |  | office meetings with V Dunn re: same (.4); circulation of the same to T Zink for review (.3). |  |
| 02/24/09 | Y. YOO | Reviewing Zell-related Tribune Pre-Petition Finance documents (.3); Reviewing Tribune Debt Summary and Timeline Memorandums (.3). | 0.60 hrs. |
| 02/24/09 | N. T. ZINK | Conference with F. Vazquez re information and data requirements for fraudulent transfer investigation (.4); prepare outline of information and date requirements (.2); phone conference with E. Przybylko re information and data requirements and possible discovery (.1); phone conference with M. Alpert re due diligence confirmation of leveraged buyout steps and related corporate transactions (.2). | 0.90 hrs. |
| 02/24/09 | E. PRZYBYLKO | TC with T. Zink re fraudulent conveyance issues and collect materials re same. | 0.30 hrs. |
| 02/24/09 | H. SEIFE | Telephone conference AlixPartners regarding preference issues and solvency analysis. | 0.80 hrs. |
| 02/24/09 | F. VAZQUEZ | Conference with Zink regarding fraudulent conveyance analysis (1.0): review fraudulent transfer case law re: solvency standards (2.5); draft summary of capital cases (0.8). | 4.30 hrs. |
| 02/24/09 | V. DUNN | Reviewing pre-petition debt summaries (1.0) and meetings w/J.Giannini re same (.5). | 1.50 hrs. |
| 02/24/09 | D. M. LeMAY | Review definitive proxy statement for Tribune 2007 LBO w/v/t possible fraudulent transfer issues to be investigated. | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          March 22, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


| 02/24/09 | M. J. KLEIN | Review document requests and compose email to E. Przybylko re: fraudulent conveyance-related document requests. | 1.30 hrs. |
|---|---|---|---|
| 02/24/09 | G. BRADSHAW | Researched certain defenses to potential causes of action (5.7); conf. w/F. Vazquez re: same (.3); performed follow-up research on certain fraudulent transfer claims (1.6). | 7.60 hrs. |
| 02/24/09 | B. SCHUBECK | Research for T. Hall and T. Zink for SEC filing re Tribune Co - 10K of March 2008. | 0.50 hrs. |
| 02/25/09 | G. BRADSHAW | Researched caselaw regarding various fraudulent conveyance issues (6.2); related discussion with F.Vazquez (.2). | 6.40 hrs. |
| 02/25/09 | T. DANIELSON | Research and retrieve materials for G.Bradshaw. | 0.50 hrs. |
| 02/25/09 | F. VAZQUEZ | Conference with Gilbert regarding fraudulent conveyance cases (0.3); conference with Zink regarding fraudulent conveyance research (0.4); review memorandum describing LBO transaction (0.4); review cases regarding fraudulent conveyances and insolvency requirement (2.7); e-mail to Bradshaw regarding research question (0.1). | 3.90 hrs. |
| 02/25/09 | N. T. ZINK | Further drafting of legal section of report on investigation of possible fraudulent transfers in connection with Tribune LBO (.8). | 0.80 hrs. |
| 02/26/09 | F. VAZQUEZ | Conference with Bradshaw regarding fraudulent conveyance research (0.3); conference with Zink regarding fraudulent conveyance research (0.3); review case regarding fraudulent conveyance, insolvency and unreasonably small capital requirement and revise summary thereof (3.4). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        March 22, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   14


| 02/26/09 | G. BRADSHAW | Follow-up research re: choice of law (1.7); researched various theories of fraudulent transfer (4.3) conf. w/F. Vazquez (.2); continued research on issues (1.6). | 7.80 hrs. |
|---|---|---|---|
| 02/27/09 | G. BRADSHAW | Follow-up Conf. w/F. Vazquez re: research (.3); follow-up research re: various fraudulent conveyance issues, including UFTA research (5.2). | 5.50 hrs. |
| 02/27/09 | N. T. ZINK | Review summaries of leveraged ESOP transaction (.4); and phone conference with J. Giannini and D. Deutsch re document requests and information requirements (.4); further preparation of draft report (1.3). | 2.10 hrs. |
| 02/27/09 | H. SEIFE | Review of caselaw on fraudulent conveyance issues regarding investigation. | 1.30 hrs. |
| 02/27/09 | J. GIANNINI | Call with T Zink and D Deutsch re: outstanding loan documentation (.3); follow-up call with C Kline re: same (.3). | 0.60 hrs. |
| 02/27/09 | D. E. DEUTSCH | Review materials and call with Joseph Giannini and, in part, Ted Zink re: status of document requests and required follow-up needed for same (.7). | 0.70 hrs. |
| 02/27/09 | F. VAZQUEZ | Conference with Zink regarding fraudulent conveyance analysis and documents needed and unlawful dividend claim (0.6); conference with Bradshaw regarding fraudulent conveyance issues (0.2); review and summarize Delaware law re: unlawful dividends (3.4); conference w/Bradshaw re: issues to be reviewed next week (0.2); draft letter to Sidley requesting information re: leveraged ESOP transaction (1.0); conference w/Zink, Giannini and Deutsch re: document request and fraudulent conveyance analysis (0.5). | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       March 22, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    15


02/28/09   F. VAZQUEZ      Review and revise information       3.20 hrs.
                           request (3.0); conference with
                           Zink regarding document request
                           (0.2).

02/28/09   G. BRADSHAW     Continue researched on             1.70 hrs.
                           applicability of certain
                           fraudulent transfer caselaw (1.7).

02/28/09   N. T. ZINK      Further review of deal documents   3.20 hrs.
                           in preparation for fraudulent
                           transfer investigation (.6);
                           review relevant case law on
                           element of fraudulent transfer
                           prima facie case (1.6); continue
                           to prepare written report (1.0).


        **Total Fees for Professional Services..............  $167,960.50**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 15.10 | 12457.50 |
| H. SEIFE | 955.00 | 13.80 | 13179.00 |
| N. T. ZINK | 765.00 | 18.50 | 14152.50 |
| T. HALL | 795.00 | .20 | 159.00 |
| D. E. DEUTSCH | 625.00 | 2.30 | 1437.50 |
| E. PRZYBYLKO | 595.00 | .30 | 178.50 |
| F. VAZQUEZ | 595.00 | 67.00 | 39865.00 |
| V. DUNN | 735.00 | 14.80 | 10878.00 |
| D. BAVA | 260.00 | 1.00 | 260.00 |
| J. GIANNINI | 585.00 | 36.70 | 21469.50 |
| M. J. KLEIN | 465.00 | 1.30 | 604.50 |
| A. LEDERER | 125.00 | 3.00 | 375.00 |
| B. SCHUBECK | 120.00 | 9.80 | 1176.00 |
| G. BRADSHAW | 345.00 | 115.80 | 39951.00 |
| T. DANIELSON | 175.00 | .50 | 87.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

March 22, 2009
Invoice ******
Page   16

| Y. YOO | | 345.00 | 34.00 | 11730.00 |
| | TOTALS | | 334.10 | 167960.50 |