# EXHIBIT A

**Tribune Company, et al. Exhibit A – Summary Sheet**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| JPMorgan Chase Bank, N.A. | $785.33 |
| Deutsche Bank Trust Company Americas | $791.33 |
| Deutsche Bank Trust Company Americas (Counsel) | $992.33 |
| Wilmington Trust Company (Counsel) | $759.80 |
| Washington- Baltimore Newspaper Guild | $399.90 |
| **TOTAL** | **$3,728.69** |

2

## EXHIBIT A

## SCHEDULE OF EXPENSES

Miriam Kulnis
**JPMORGAN CHASE BANK, N.A.**
277 Park Avenue
8th Floor
New York, NY  10172

| Type of Expense | January 28, 2009 Meeting |
|---|---|
| Airfare | $519.03 |
| Travel Agent Fee | 41.25 |
| Transportation | 225.05 |
| | |
| Totals: | $785.33 |

## TOTAL ALLOWED AMOUNT:  $785.33

Expense Report TRIBUNE                                          Page 1 of 2

## EXPENSE REPORT  ER01864664 · TRIBUNE

| | | | |
|---|---|---|---|
| Employee Name | MIRIAM T KULNIS | Employee Title | Executive Director |
| Employee ID | U106938 | Cost Center | 2830 |
| Submit Date | Feb 4, 2009 | Purpose | Other Employee Business/Travel Expenses |
| From Date | Jan 22, 2009 | To Date | Jan 30, 2009 |
| Financial Approver | ANN C KURINSKAS | Employee ID | U065121 |
| Event/Trip Date | Jan 28, 2009 | | |

### FINANCIAL OVERVIEW

| | |
|---|---|
| Total Expenses | $785.33 |
| Personal Expenses | $0.00 |
| Authorized Expenses | $785.33 |
| Company Paid Expenses | $725.33 |
| Amount Due Employee | $60.00 |

### ACCOUNT DISTRIBUTION

| Account | Amount |
|---|---|
| 7805000013-8475-IB-0037801208 | $124.40 |
| 7805000051-8475-IB-0037801208 | $100.65 |
| 7805550001-8475-IB-0037801208 | $41.25 |
| 7805600004-8475-IB-0037801208 | $519.03 |

### EXPENSE SUMMARY

| Expense Category | Amount |
|---|---|
| Travel | $785.33 |

### EXPENSE DETAILS

| | Date of Expense | Type | | Transaction Amount | Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 1 | Jan 22, 2009 | Airfare | | $519.03 | $519.03 | Other Employee Business/Travel Expenses | Corporate MasterCard | CONTINEN |

Ticket Number: 00575280998983
Booking Agent: CARLSON WAGONLIT TRAVEL
Origination Airport: EWR
Destination Airport: ORD
Location: DOWNERS GRO/IL/United States
Airline Class of Service: M
Traveler: KULNIS/MIRIAM T
Route: US Domestic
Allocations: | $519.03 | $519.03 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - |

*RT airfare EWR to O'HARE*

| | Date of Expense | Type | | Transaction Amount | Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 2 | Jan 22, 2009 | Travel Related Incidentals/Fee | | $41.25 | $41.25 | Other Employee Business/Travel Expenses | Corporate MasterCard | CARLSON W |

Description: Travel Agent Fee
Allocations: | $41.25 | $41.25 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - |

| | Date of Expense | Type | | Transaction Amount | Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 3 | Jan 28, 2009 | Car Service | | $41.85 | $41.85 | Other Employee Business/Travel Expenses | Corporate MasterCard | Yellow Cab |

Business Justification: Car service to meeting.
Allocations: | $41.85 | $41.85 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - |

| | Date of Expense | Type | | Transaction Amount | Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 4 | Jan 28, 2009 | Taxi/Subway/Ferry | | $40.65 | $40.65 | Other Employee Business/Travel Expenses | Corporate MasterCard | SUN TAXI ASSOCIATION |

*TO O'HARE*

Location: Chicago/Illinois/United States
Allocations: | $40.65 | $40.65 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - |

| | Date of Expense | Type | | Transaction Amount | Amount | Purpose | Payment Method | Vendor |
|---|---|---|---|---|---|---|---|---|
| 5 | Jan 28, 2009 | Taxi/Subway/Ferry | | $60.00 | $60.00 | Other Employee Business/Travel Expenses | Cash | |

*Cab Home From Airport*

Location: Westfield/New Jersey/United States
Allocations: |

Expense Report TRIBUNE

| | | | | $60.00 | $60.00 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6 | Jan 30, 2009 | Car Service | | $82.55 | $82.55 | Other Employee Business/Travel Expenses | | Corporate MasterCard | HFR/ALL STAR LIMO | *Car to Airport* |
| | Business Justification: | Newark Airport | | | | | | | | |
| | Allocations: | | | $82.55 | $82.55 | 8475 - CLIENT CREDIT MGT TMT | IB-0037801208 - | | | |

### DOCUMENT EXCEPTIONS
No data to display

### ITEM EXCEPTIONS
No data to display

### DOCUMENT NOTES
No data to display

### ITEM NOTES
No data to display

### LINKED DOCUMENTS
No documents to display

### SIGNATURES

| Signed Date | User | | OBO User |
|---|---|---|---|
| Wednesday, February 4, 2009   11:17 AM | MIRIAM T KULNIS | U106938 | |
| Tuesday, February 10, 2009   1:45 PM | ANN C KURINSKAS | U065121 | |
| Wednesday, February 11, 2009   2:12 AM | ZOHER MOHAMMED ADENWALA | U468330 | |



**UNIVERSAL CAR SERVICE CHARGE FORM**

5478 9900 0031 0189

Customer Account Number
07/08    07/11
MIRIAM T KULNIS

Date of Charge

ALL CAB LIMO
METRO LIMO SVC
MFR EAEC TRAN    APPROVAL CODE

| AMEX | D.C. | DISC. | MC | VISA | OTHER |

X  M Kulnis

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

Invoice Number
367563

| DATE | TIME | CALLFARE/VCR NO. | CAR NO. | BASIC FARE $ |
|---|---|---|---|---|
| 1-28-09 | 65.95 | 3081725 | | 82 55 |

PICKUP POINT    ZONE/ZIP    W.T.
IN · FIELD

FINAL DESTINATION
EWR

R.P.

O.T.

PHONE

SPEC ROUTE

PACKAGE

JESUS    82 55

MISC. $

TOLLS/PARKING $

STOPS $

WAIT TIME $

**PASSENGER COPY**

---

**CUSTOMER COPY**

5478 9900 0031 0189

07/08    06/11
MIRIAM T KULNIS

YELLOW CAB
MANAGEMENT, INC.

PURCHASER SIGN HERE
X

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with issuer.

**SALES SLIP**

| DATE | SERVER/CASHIER |
| AUTHORIZATION NO. | REFERENCE NO. |
| CHECK NO./FOLIO NO. | |

5052971

| | PURCHASE |
| | TAX |
| | SERVICE |
| | OTHER |
| 41 85 | TOTAL |

**CUSTOMER COPY**

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS.**



---

🚕  **NEWARK CAB ASSOCIATION**
*Taxi Cash Receipt*
Newark, NJ

Cab No. _____    Date 1/28/09

Pick-Up From Newark Airport
To  WESTFIELD

Amount $  60

☐ Includes Tolls    ☐ Luggage    ☐ Several Stops    ☐ Tips

$1 For Luggage 24" Size          *Thank you!*

**Rodney Gaughan**
**DEUTSCHE BANK TRUST COMPANY AMERICAS**
**MS NYC60-2720**
**60 Wall Street**
**New York, NY  10005-2858**

| Type of Expense | February 12, 2009 Meeting |
|---|---|
| Airfare | $455.33 |
| Hotel | 281.00 |
| Transportation | 55.00 |
| Totals: | $791.33 |

**TOTAL ALLOWED AMOUNT:  $791.33**



# Continental Airlines

Confirmation: **AHCTWZ**

Print your boarding pass at continental.com within 24 hours of your flight

Issue Date: January 21, 2009

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| GAUGHAN/RODNEY | 0057399972694 | CO-JF202491 | 22A/22F |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Tue, 27JAN09 | CO1185 | M | NEWARK EWR (EWR) **4:45PM** | CHICAGO OHARE (ORD) **6:41PM** | 737-700 | Snack |
| Wed, 28JAN09 | CO1162 | Q | CHICAGO OHARE (ORD) **7:26PM** | NEWARK EWR (EWR) **10:59PM** | 737-700 | |

## FARE INFORMATION

**Fare Breakdown**

| | | |
|---|---|---|
| Airfare: | 403.84 USD | |
| U.S. Flight Segment Tax: | 7.20 | |
| U.S. Security Service Fee: | 5.00 | |
| Tax: | 30.29 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 455.33 USD | |

**eTicket Total:** **455.33 USD**

**Form of Payment:**
AMERICAN EXPRESS
Last Four Digits 1003

The airfare you paid on this itinerary totals: 403.84 USD

**The taxes you paid on this itinerary total: 51.49 USD**

Fare Rules:    Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Important Baggage Information

For information regarding baggage fees, allowances, weight/size restrictions and embargoes, go to continental.com. If your flight originates with one of our codeshare partners or another airline you will need to check the operating carrier for baggage policies.

### Check In Online the Day Before You Fly

With continental.com Check-in, you can print your own boarding pass within 24 hours of your flight. You can review or change your seats, confirm Elite upgrades, plus get everything you need to go straight to the gate. For more information go to continental.com.



## THE RITZ-CARLTON
*Chicago*
A FOUR SEASONS HOTEL

160 East Pearson Street
Chicago, Illinois 60611-2124
(312) 266-1000  (800) 332-3442 For Reservations

**Mr. Rodney Gaughan**

**USA**

| | |
|---|---|
| **Arrival** : | 01/27/09 |
| **Departure** : | 01/28/09 |
| **Room No.** : | 2322 |

*INVOICE 67029*

*Ritz Carlton Chicago, 01/28/09     Cashier: 104 / W=1*                                        *Page: 1*

| Date | Description | Charges / Credits | Payments |
|---|---|---|---|
| 01/27/09 | Room Charge | 225.00 | |
| 01/27/09 | Room Tax | 34.63 | |
| 01/28/09 | In-Room Dining Breakfast     #2322 : CHECK #2875 | 21.37 | |
| 01/28/09 | American Express XXXXXXXXXXX1003 XX/XX | | 281.00 |

Balance Due:                $ 0.00

*I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, association or company fails to pay for any part or the full amount of these charges. Please leave your room key at the reception upon departure. This folio also serves as a receipt of a payment for services rendered.*

# NJ TRANSIT
The Way To Go.
## RECEIPT

01/27/2009    14:22

NJ TRANSIT Rail
01 ADULT        ONE WAY
NYP NYP         **EWR**
FARE        :   $15.00

TOTAL       :   $15.00

PAYMENT     :   Credit - AE
AMOUNT      :   $15.00
MERCHANT    :   1022 000260000156 005
ACCT NO     :   XXXXXXXXXXX1003
NAME        :   GAUGHAN/R
AUTH NO     :   574890

_____

GAUGHAN/R (Signature)

5095  NYP NYP

---

DATE 1-27-09 TIME 7:00pm
PICK UP LOCATION O'Hare
DROP OFF LOCATION Ritz-Carlton
CAB NO. _____ DRIVER Ramzi Rihani
CAB FARE 40.00

**FLASH** RECEIPT

**773·561·4444**
www.flashcab.com
www.taxiwithus.com

David J. Adler
**Deutsche Bank Trust Company Americas (Counsel)**
**McCARTER & ENGLISH LLP**
**245 Park Avenue**
**27th Floor**
**New York, NY 10167**

| Type of Expense | February 12, 2009 Meeting |
|---|---|
| Airfare | $464.20 |
| Hotel | 418.13 |
| Transportation | 83.00 |
| Parking | 27.00 |
| | |
| Totals: | $992.33 |

**TOTAL ALLOWED AMOUNT:  $992.33**

 AMERICAN EXPRESS® **BUSINESS TRAVEL**

Page 1 of 3
Generated: January 21, 2009 6:57 PM

## Travel Arrangements for  DAVID ADLER

| | | |
|---|---|---|
| Record Locator | KSORDR | |
| Trip ID | 11257507999 | |
| | MCCARTER AND ENGLISH LLP | |

Agent ID: CJ

1 Parklane Blvd  Suite 1614 East - Dearborn, MI  48126
Phone: (888) 762-8728 / Fax: (313) 203-3822

### Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 005 | Ticket Date | 1/21/2009 |
| Ticket Number | 7399890158 | Invoice | 0331499 |
| Check Digit | 2 | Electronic | Yes |
| Billing Code | 116950-00013-00 | | |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 412.09 |
| Ticket Tax Fare | 52.11 |
| Total (USD) Ticket Amount | 464.20 |

Airfare charged to American Express
Billing Account:               AX XXXXXXXXXXX1011

| | |
|---|---|
| **Total** | 464.20 |

### Travel Details
Tuesday  January 27, 2009

*THIS FARE IS NONREFUNDABLE*SEE REMARKS BELOW FOR IMPORTANT INFORMATION

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | CONTINENTAL AIR | Estimated time | 2 hours 53 minutes |
| Flight | 1237 | Distance | 719 Miles |
| | OPERATED BY  EXPRESSJET AIRLINES INC DBA CO EXPRESS | | |
| Origin | Newark, NJ | Meal Service | No Meal Service |
| Destination | Chicago O'Hare, IL | Plane | Embraer 145 Jet |
| Departing | 8:15 PM | | |
| Arriving | 10:08 PM | | |
| Departure Terminal | TERMINAL A | | |
| Arrival Terminal | TERMINAL 2 | | |
| Seat | 16A | | |
| Class | Economy | | |

YOUR PREFERED SEAT PREFERENCE HAS BEEN OBTAINED

**Hotel Information**

| | |
|---|---|
| Hotel | INTER-CONTINENTAL |
| | INTERCONTINENTAL CHICAGO |
| Hotel Address | 505 N MICHIGAN AVE |
| | CHICAGO IL 60611 |
| Confirmation Number | 6861921 |
| Check In Date | 1/27/2009 |
| Check out Date | 1/28/2009 |
| Hotel Rate | 259.00 USD per night |
| Phone Number | 1-312-944-4100 |
| Fax Number | 1-312-944-1320 |
| | Late Arrival Guarantee - Credit Card |

CANCEL 01 DAYS BEFORE ARRIVAL

### Travel Details
Wednesday  January 28, 2009

ONLINE | OFFLINE : ALL AROUND THE WORLD | EXPERIENCE MATTERS™   

## Flight Information

| | | | |
|---|---|---|---|
| Airline | CONTINENTAL AIR | Estimated time | 2 hours 33 minutes |
| Flight | 1162 | Distance | 719 Miles |
| Origin | Chicago O'Hare, IL | Meal Service | No Meal Service |
| Destination | Newark, NJ | Plane | Boeing 737-700 |
| Departing | 7:26 PM | | |
| Arriving | 10:59 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL 2 |
| Arrival Terminal | TERMINAL C |
| Seat | 21A |
| Class | Coach |

## Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| AGDRBK | CONTINENTAL AIR |

## Additional Messages

PER OUR AGREEMENT WITH YOUR COMPANY AT TIME OF INVOICING YOU WILL
BE CHARGED A NON REFUNDABLE SERVICE FEE FOR THE FOLLOWINGSERVICES
22.00 TRAVEL SERVICE FEE WITH AIR/RAIL
FOR CHANGES AND CANCELLATIONS CONTACT 888-762-8728
IF CALLING OUTSIDE US/CANADA CALL 1-336-291-0098
GIVE ACCESS CODE S-4PVA
  PLEASE REVIEW THIS ITINERARY/INVOICE. CHANGES OR
CANCELLATIONS MUST BE REPORTED TO AMERICAN EXPRESS
WITHIN 24 HOURS TO MINIMIZE/AVOID PENALTIES.
A VALID GOVERNMENT ISSUED PHOTO ID IS REQUIRED.
PLEASE CHECK IN 90 MINUTES PRIOR TO DEPARTURE.
BE NON-REFUNDABLE, NON-ENDORSABLE, NON-CHANGEABLE
AND ONLY VALID ON THE SAME CARRIERS.
CHANGES OR CANCELLATIONS MAY RESULT IN PENALTIES AND
ADDITIONAL FEES. SOME FARE RESTRICTIONS REQUIRE
CHANGES BE MADE PRIOR TO DEPARTURE DATE AND TIME
OR THE TICKET WILL HAVE NO FUTURE EXCHANGE VALUE.
CONTACT THE ABOVE NUMBER FOR COMPLETE
TICKET RESTRICTIONS.
HOTEL CANCELLATION, NO-SHOW AND EARLY CHECK-OUT
FEES MAY APPLY. PLEASE CONTACT AMERICAN EXPRESS
FOR DETAILS.

**Liability Statement.** American Express Travel Related Services Company, Inc. and its parent, subsidiaries, affiliates and representatives (collectively, "Amex") act as an agent for travel suppliers and you understand and agree that Amex shall not be liable for any loss, injury, expense or damage to persons or property resulting, directly or indirectly, from (1) the acts of omissions of travel suppliers, including but not limited to delays, overbookings, cancellation of services, cessation of operations, accidents or failures of equipment, or changes in fares, itineraries or schedules; or (2) acts of God, fires, earthquakes, floods, climatic aberrations, acts of governmental authorities, civil unrest, strikes, riots, theft, disease, accidents or failures related to the public internet, telecommunications lines or facilities, or third party technology systems, or any other cause beyond the control of Amex.

For customers purchasing travel from within the state of California:  Our California State Seller of Travel Registration Number is: 1022318-10. Upon cancellation of the transportation or travel services, where you, the customer, are not at fault and have not canceled in violation of the terms and conditions, if any, of the contract for transportation or travel services, all sums paid to American Express for services not received by you will be promptly refunded to you unless you otherwise advise American Express in writing, after cancellation.  American Express is a participant in the California Travel Consumer Restitution Fund (the "Fund"). If you, the passenger, were located in California at the time of your purchase, you may request reimbursement from the Fund if you are owed a refund of more than $50 for transportation or travel services which was not refunded in a timely manner by the seller of travel who was registered and participating in the Fund at the time of sale. The maximum amount which may be paid by the Fund to any one passenger is the total amount paid on behalf of the passenger to the seller of travel, not to exceed $15,000. A claim must be submitted within six months after the scheduled completion date of the travel. A claim must include sufficient information and documentation to prove your claim and a $35 processing fee. You must agree to waive your right to other civil remedies against a registered participating seller of travel for matters arising out of a sale for which you file a claim against the Fund. You may request a claim form by writing to: Travel Consumer Restitution Corporation, P.O. Box 6001, Larkspur, CA 94977-6001; or by faxing a request to: (415) 927-7698.  Note: Sales transactions with customers located outside of California are not covered by the Fund and such customers are not eligible to file a claim against the Fund.

For customers purchasing travel in the state of Oregon:  Transportation, lodging, meals, entertainment and all other services are sold to you to you either on a refundable or non-refundable basis. If all or part of the transportation or services are canceled by any person, we shall, within 2 working days of learning of the cancellation, request on your behalf that the service suppliers or wholesalers provide a refund of all sums sent them on your behalf. We shall send any refund received from the service suppliers or wholesalers to you within 2 working days after the refund received by us has cleared the bank.

For customers purchasing travel in the state of Washington:  Our Washington State Seller of Travel Registration Number is: UBI#600469694.  If transportation or other services are canceled by the seller of travel, all sums paid to the seller of travel for services not performed in accordance with the contract between the seller of travel and the purchaser will be refunded within thirty days of receiving the funds from the vendor with whom the services were arranged, or if the funds were not sent to the vendor, the funds shall be returned within fourteen days after cancellation by the seller of travel to the purchaser unless the purchaser requests the seller of travel to apply the money to another travel product and/or date.

Cancellation and change penalties may apply to these arrangements.  Details will be provided upon request.

**Intermediary Disclosure.**  Amex helps manage your company's travel expenses and assists you in finding travel suppliers and making arrangements that meet your individual needs. We consider various factors in identifying travel suppliers and recommending specific itineraries. In this role, we are acting as an independent third party and not as a fiduciary.  We want you to be aware that certain suppliers pay us commissions as well as incentives for reaching sales targets or other goals, and from time to time may also provide incentives to our travel counselors.  Certain suppliers may also provide compensation to us for various marketing and administrative services that we perform for them, such as granting them access to our marketing channels, participating in marketing programs and supporting technology initiatives.  In addition, we receive compensation from suppliers when customers use the American Express® Card or other American Express products to pay for supplier products and services. From time to time we may enter into other business relationships with suppliers and these arrangements, including levels and types of compensation and incentives we receive, are subject to change.   In identifying suppliers and recommending itineraries, we may consider a number of factors, including supplier availability, your preferences, and any agreements we have to book travel in accordance with your company's travel policy. The relationships we have with suppliers may also influence the suppliers we identify and the itineraries we recommend.

Rhode Island Registration Number: ML#1192; Nevada Seller of Travel Registration No.: NV#2001-0126; Iowa: TA# 002 Registered Iowa Travel Agency



# INTERCONTINENTAL.
### HOTELS & RESORTS

01/28/09

| | | | |
|---|---|---|---|
| **David Adler** | Folio No.        : **998418**    Cashier No.  : **110** | Room No.  : | **0913** |
| | A/R Number    : | Arrival      : | **01/27/09** |
| | Group Code    : | Departure  : | **01/28/09** |
| | Company       : **Amex Us Point Of Sale** | Conf. No.  : | **68619212** |
| | Membership No. : | Rate Code  : | **ILXPA** |
| | Invoice No.     : | Page No.   : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01/27/09 | Telephone Long Distance | 22:48 00:01:00 | 9.44 | |
| 01/27/00 | Telephone Tax | | 1.37 | |
| 01/27/09 | Telephone Long Distance | 22:49 00:01:00 | 9.44 | |
| 01/27/09 | Telephone Tax | | 1.37 | |
| 01/27/09 | High Speed Internet | Line# 913 : CHECK# 1 | 12.95 | |
| 01/27/09 | Room Service Others | Line# 913 : CHECK# 0503551 | 46.23 | |
| 01/27/09 | Room Charge | | 259.00 | |
| 01/27/09 | Room Tax | | 30.82 | |
| 01/27/09 | City Tax | | 9.07 | |
| 01/28/09 | Room Service Breakfast | Line# 913 : CHECK# 0503583 | 38.44 | |
| 01/28/09 | Visa Card | XXXXXXXXXXXX2681 | | 418.13 |

| | | |
|---|---|---|
| **Total** | **418.13** | **418.13** |
| **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Chicago
505 North Michigan Avenue
Chicago, IL 60611-3807, USA
Telephone: (312) 944-4100  Fax: (312) 944-1320

# CHICAGO CARRIAGE CAB CO.

*1/27/2009*
DATE

TIME

*Heathrow*
FROM

*Intercontinental*
TO

DRIVER

PASSENGER

CAB NO.

*42.00 — Incl. tip*
FARE AMOUNT.

C A B 1                    8 2 8 4

**PHONE: 312-326-2221    TOLL FREE: 866-440-TAXI**

ONLINE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE:    www.chicagocarriagecab.com

---

*Parking at Newark*

Newark Liberty International
Airport

Wed Jan 28 2009 19:45

```
Entry:        01/27/2009 19:01:58 Ln 402
Exit:         01/28/2009 19:44:41 Ln 408
Cashier:                          tbryant

License Plate:             NJ:REM76L
Class:               1 - Public Parker
ID Type:                     Ticket
ID:                     040200330382
```

```
Parking Fee.......................$27.00
Total Fee.........................$27.00

CC Payment Amount:          $27.00
Card Type:              MASTERCARD
Acct:          XXXXXXXXXXXX6766
Approval:                  058698
Txn ID:      20090128194528SL0408
```

TAXES INCLUDED

Newark Liberty International
Airport
Newark, NJ 07114

---

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**

www.yellowcabchicago.com

*41.00 — Incl. Tip*
$            Time        Date

*1/28/2008*

Received from:
*Tribune*
Cab fare from:
*Heathrow*
To:

Driver:

Cab #:

Account #:

*Thank you for*
*riding with us!*

 

**312-243-2537    312-829-4222**

**Daniel J. Saval**
**Wilmington Trust Company (Counsel)**
**BROWN RUDNICK, LLP**
**Seven Times Square**
**New York, NY  10036**

| Type of Expense | January 28, 2009 Meeting |
|---|---|
| Airfare | $661.20 |
| Transportation | 98.60 |
| Totals: | $759.80 |

**TOTAL ALLOWED AMOUNT:  $759.80**



**INVOICE / RECEIPT**
Please retain for your records



RE: Tickets 7389-147-470, 7389-147-471

```
4208-Brown Rudnick                     Customer Number: 0454 19345
c/o GARBER TRAVEL SERVICE               Invoice Number: 1009674_4YDA
One Financial Center - 17th FL            Invoice Date: 27JAN09
Boston, MA  02111                       Record Locator: CWTVMH

BROWN RUDNICK                          BROWN RUDNICK
ONE FINANCIAL CTR                      ONE FINANCIAL CTR
BOSTON MA 02111                        BOSTON MA 02111
```

PLEASE CAREFULLY REVIEW YOUR ITINERARY
AND REPORT ANY DISCREPANCIES WITHIN 24 HOURS

January 27, 2009 - Tuesday
SAVAL/DANIEL J [00000000272130008,C]

January 28, 2009 - Wednesday
```
AIR     UNITED AIRLINES       FLT-669    CLASS-U  SEAT-16D EQUIP-320
        DEPART [LGA] NEW YORK/LA GUARDIA, NY    8:05AM   UA LOCATOR: VJ6THU
        ARRIVE [ORD] CHICAGO/O'HARE, IL         9:47AM


AIR     AMERICAN AIRLINES     FLT-354    CLASS-V  SEAT-17D EQUIP-S80
        DEPART [ORD] CHICAGO/O'HARE, IL         4:45PM
        ARRIVE [LGA] NEW YORK/LA GUARDIA, NY    8:00PM
```

```
Documents / Sales Issued
  Air Ticket AA 7389-147-471 SAVAL/DANIEL J                    $314.60
  Air Ticket UA 7389-147-470 SAVAL/DANIEL J                    $314.60
  Service Fee XD 8141-803-680 SAVAL/DANIEL J                    $32.00
-------------------------------------------------------------- -----------
                                    Total Invoice Amount        $661.20


Net Amount Charged To AX XXXXXXXXXX1009                        $661.20


-------------------------------------------------------------- -----------
                                          AMOUNT DUE             $0.00
```

```
        TRAVEL ASSISTANCE INFORMATION -
        - 617-856-8500 MON - FRI 8.30AM - 5.00PM
        - 800-508-7445 AFTER HOURS EMERGENCY TRAVEL CENTER
        - 4YDA - IS YOUR EXECUTIVE TRAVELER CODE
        - THERE IS AN ADDITIONAL FEE TO USE THIS SERVICE

        THIS INVOICE TOTAL DOES *INCLUDE* OUR PER PERSON,
        NON REFUNDABLE SERVICE FEE OF 32.00
        ----------------------------------------------------
        -VALID GOVERNMENT ISSUED PHOTO ID REQUIRED FOR TRAVEL.

        WE SUGGEST YOU TRAVEL WITH A COPY OF YOUR ITINERARY.
```

```
HTTP.//WWW.VIRTUALLYTHERE.COM OR YOUR E-INVOICE

RECOMMENDED MINIMUM CHECK IN TIMES -
-DOMESTIC FLIGHTS/ 1-2 HOURS
-INTERNATIONAL FLIGHTS/ 3 HOURS
-FLIGHT INFO   HTTP.//WWW.FAA.GOV
-TSA WEB SITE  HTTP.//WWW.TSA.GOV
-WAIT TIME     HTTP.//WAITTIME.TSA.DHS.GOV/INDEX.HTML
-TRAVEL TOOLS  HTTP.//GARBER.FCM.TRAVEL/CLIENT.ASP

-SOME AIRLINES ARE CHARGING FOR CHECKED LUGGAGE.
-LUGGAGE TAGS ARE RECOMMENDED ON THE INSIDE/OUTSIDE.
------------------------------------------------------
------------------------------------------------------
FARE RESTRICTIONS AS FOLLOWS -
THIS TICKET IS NON REFUNDABLE.
TICKET MUST BE CANCELED PRIOR TO SCHEDULED
DEPARTURE DATE AND TIME. FAILURE TO CANCEL
WILL CONSTITUTE A NO SHOW AND RESULT IN YOUR
TICKET HAVING NO VALUE. YOUR TICKET MUST BE
USED WITHIN ONE YEAR FROM DATE OF ORIGINAL ISSUE.
CHANGES WILL RESULT IN AN AIRLINE FEE, PLUS ANY
FARE DIFFERENCE. SOME SPECIAL FARES MAY BE EXCLUDED.
CHECK WITH YOUR TRAVEL AGENT FOR COMPLETE DETAILS.
NO CAR REQUESTED FOR CHICAGO
```

# EXPENSE & PROMOTIONAL REIMBURSEMENT FORM

**PAYMENT WILL NOT BE MADE IF PROPER RECEIPTS ARE NOT ATTACHED**

| Attorney Name | Check Payee (if different from attorney) | Attorney Number | Date Prepared | Office |
|---|---|---|---|---|
| Daniel J. Saval | | 2051 | 1/29/09 | New York |

| Expense Date | (Required if Mandatory) Current/Potential Client Benefited | (Project if Bankruptcy Matter) Purpose | Budge Account # or Client/Matter # | Annual Associate Amount# | Associate Tri-Ennial Amount | Specify Chargeable Option | | | Firm Amt. | Client/ Matter Amount | $ Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Expense Account | Mandatory | Discretionary | | | |
| 1/28/09 | Cab fare in Chicago | | 27713/0008 | | | | | | | 40.00 | $ 40.00 |
| 1/28/09 | Taxi fare | | 27713/0008 | | | | | | | 26.75 | $ 26.75 |
| 1/28/09 | Taxi fare | | 27713/0008 | | | | | | | 31.85 | $ 31.85 |
| | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | $ 0.00 |
| | | | | | | | | | | | $ 0.00 |

| | | |
|---|---|---|
| Expense Account Amount | $ | 0.00 |
| Non-Expense Account Amount | $ | 98.60 |
| TOTAL | $ | 98.60 |

Do you want the Accounting Department to mail check?  Yes ☐  No ☐   If yes print address clearly:

_____

_____

_____

Approved By: _Danielle Walsh, Accounting Manager_



I ♡ NEW YORK

```
MED #            9L49
DATE: 01/28/2009
START TIME  23:13
END TIME    23:22
TRIP #      18741
RATE No.        1
STAND. CITY RATE
MILES R1     9.68
FARE1 $     20.10
SURCHARGE    0.50
TOTAL $     22.60
   Mid-Tun   4.15
GR. TOT.    26.75

Contact TLC Dial
          3-1-1
```



# CHICAGO CARRIAGE CAB CO.

DATE _____

TIME _____

FROM _____

TO _____

DRIVER _____

PASSENGER _____

CAB NO. _____

FARE AMOUNT $40

CHICAGO CARRIAGE CAB CO.

CAB #
PHONE: 312-326-2221    TOLL FREE: 866-440-TAXI
ONLINE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE: www.chicagocarriagecab.com

**William Salganik**
**WASHINGTON-BALTIMORE NEWSPAPER GUILD,**
**LOCAL 32035**
**10386 Eclipse Way**
**Columbia, MD  21044**

| Type of Expense | February 12, 2009 Meeting |
|-----------------|---------------------------|
| Train Fare | $360.00 |
| Parking | 9.00 |
| Mileage | 20.90 |
| Transportation | 10.00 |
| | |
| | |
| Totals: | $399.90 |

**TOTAL ALLOWED AMOUNT:  $399.90**

Creditors' committee expenses -- Bill Salganik

|  | miles | dollars |
|---|---|---|
| 2/12/09 - committee meeting in New York | | |
| mileage - home to BWI airport and back | 38 | $ 20.90 |
| parking | | $ 9.00 |
| Acela to New York | | $ 148.00 |
| Acela home | | $ 212.00 |
| taxi in New York | | $ 10.00 |

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Batch# 531.05
02/12/009 15:26    TERMINAL V    Inv# 22333
02/12/009 CREDIT ...  02/12/009 01:26 OUT
SALE ... 37 UNL
Visa Card      $ 9.00
XXXXXXXXXXX5692 01111
Merchant No:  463164
Reference No:  00206574




ALGANIK/MARC  MR
7016729670
BWI AIRPORT STA,MD
NEW YORK PENN,NY
2V 2104  12FEB09
KC
EXPRSS BSNESS
.00
$148.00          $148.00
SO2RP070016  01 01
FEB09            19RA91

ALGANIK/MARC
NEW YORK PENN,NY
BWI AIRPORT STA,MD
2V 2167  12FEB09
K
EXPRSS BSNESS
$212.00          $.00
$212.00
OAE
$212.00          01 01