# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Pia N. Thompson | Partner. Joined Firm in 2006. Member of IL Bar since 1994; N.D. IL 1995; E.D. MI 2005. | $630.00 | 10.20 | $6,426.00 |
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987; N.D. IL 1988; C.D. IL 1992; E.D. WI 1993; W.D. MI 2001; 5th Cir. Court of Appeals 1995 & 7th Ct. of Appeals 2005. | $515.00 | 99.30 | $51,139.50 |
| P.R. Walker-Bright | Partner. Joined Firm 2008. Member of IL Bar since 1994; N.D. IL 1994; 7th Cir. Ct. of Appeals 1997; 5th Cir. Ct. of Appeals 2005. | $495.00 | 48.80 | $24,156.00 |
| T.P. Law | Partner. Joined Firm 2008. Member of PA bar since 1995; NJ Bar since 1996. | $430.00 | 1.20 | $516.00 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | 36.90 | $11,070.00 |
| M. Todd | Paralegal for 27 years. Joined Firm in 2008. | $130.00 | 3.40 | $442.00 |
| S. Somoza | Paralegal since 2007.  Joined Firm in 2007. | $125.00 | 24.90 | $3,112.50 |
| L. Hamilton | Case Assistant. Joined Firm in 2007. | $100.00 | 14.00 | $1,400.00 |
| Grand Total: | | | 238.70 | $98,262.00 |
| Blended Rate: | | | | $411.65 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $475.09 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Crime Claim – 00001 | 149.00 | $55,108.50 |
| Shannon Claim – 00003 | .70 | $198.50 |
| Reliance/Times Mirror – 00004 | 6.80 | $1,662.00 |
| Insurance Counseling – 00005 | 78.80 | $40,623.00 |
| Marsh – 00008 | 3.40 | $670.00 |
| **TOTAL:** | **238.70** | **$98,262.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1827105
Invoice Date: March 25, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through February 28, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Crime Claim 503842.00001 | $55,108.50 | $2,527.69 | $57,636.19 |
| RE: | Shannon Claim 503842.00003 | $198.50 | $0.00 | $198.50 |
| RE: | Reliance/Times Mirror 503842.00004 | $1,662.00 | $1.90 | $1,663.90 |
| RE: | Insurance Counseling 503842.00005 | $40,623.00 | $5.62 | $40,628.62 |
| RE: | Marsh 503842.00008 | $670.00 | $0.10 | $670.10 |
|  | **Current Invoice Total:** | **$98,262.00** | **$2,535.31** | **$100,797.31** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 0260-0959-3
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1827105)

March 25, 2009                                          Invoice: 1827105
RE: Crime Claim                                              Page 2
   (503842.00001)


**RE: Crime Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.60 |
| 12/09/08 | JDS | Analyzed emails from client regarding scheduling sworn statements demanded by Chubb. | 0.20 |
| 12/10/08 | JDS | Analyzed, exchanged, organized emails regarding AIG settlement, schedule for sworn statements requested by Chubb, further agreement with Chubb regarding extension of suit limitations period. | 0.50 |
| 12/11/08 | SS | Per P.Walker-Bright analyzed and organized case file and document production in preparation for EUOs being taken next month. | 3.60 |
| 12/11/08 | PRW | Met with J. Shugrue regarding gathering information and legal analysis to prepare client for sworn statements (0.2); met with S. Somoza regarding documents needed to prepare client for sworn statements (0.3); conducted legal research regarding objections during examination under oath and standard for complying with EUOs (2.0). | 2.50 |
| 12/11/08 | JDS | Analyzed claim status and necessary preparations for sworn statements of client requested by Chubb and conferred with P. Walker-Bright regarding same. | 0.50 |
| 12/12/08 | SS | Continued to analyze and organize documents for use in preparing for EUOs. | 3.10 |
| 12/12/08 | PRW | Reviewed Federal's fifth amendment to extension agreement (0.2); analyzed documents to use for preparing client for examinations under oath (1.3). | 1.50 |
| 12/12/08 | JDS | Analyzed and exchanged emails, telephone conference with client regarding extension agreement with Chubb, sworn statements requested by Chubb (.5); analyzed and organized claim correspondence and extension agreements (.5). | 1.00 |
| 12/15/08 | SS | Analyzed and organized case files. | 1.80 |
| 12/15/08 | PRW | Analyzed documents for summary of material facts learned in the course of investigation into Newsday and Hoy circulation scheme | 3.00 |
| 12/16/08 | DR | Met with P. Walker-Bright regarding need to review client-related documents in effort to compile and summarize key documents in preparation for sworn statements to be given to Chubb (.50); reviewed documents regarding same (.50). | 1.00 |

March 25, 2009                                                      Invoice: 1827105
RE: Crime Claim                                                     Page 3
    (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/16/08 | PRW | Met with D. Rosenfield to discuss reviewing and analyzing key documents for use in preparing for examinations under oath (.50); analyzed documents regarding investigation into Newsday and Hoy circulation and distribution (2.0). | 2.50 |
| 12/17/08 | SS | Catalogued correspondence (.8); organized deposition transcripts and personnel files of former employees who plead guilty in circulation investigation (.8). | 1.60 |
| 12/17/08 | PRW | Analyzed documents to use in preparing client for examinations under oath. | 1.50 |
| 12/18/08 | DR | Reviewed client files with P. Walker-Bright in effort to identify key documents in preparation for sworn statements to be taken by Chubb of client personnel and flagged key documents accordingly. | 2.80 |
| 12/18/08 | PRW | Analyzed documents to prepare summaries of significant facts to use in preparing client for examinations under oath. | 3.00 |
| 12/19/08 | DR | Continued reviewing client files in preparation for compiling and summarizing key documents in anticipation of sworn statements to be taken by Chubb (2.0); met with P. Walker-Bright to discuss logistics of document collection and analysis and corresponded with J. Shugrue regarding same (.70). | 2.70 |
| 12/19/08 | PRW | Reviewed and analyzed document to use in preparing client for examinations under oath (2.0). | 2.00 |
| 12/21/08 | DR | Reviewed and compiled previously identified documents in connection with preparing client for sworn statements to be taken by Chubb. | 2.00 |
| 12/21/08 | JDS | Analyzed and exchanged emails regarding preparation for client sworn statements for Chubb. | 0.20 |
| 12/22/08 | DR | Finished reviewing and compiling documents in connection with the preparation of client for sworn statements to be taken by Chubb (5.10); drafted document summarizing information related to same (2.00). | 7.10 |
| 12/23/08 | DR | Finished summarizing information related to EUOs and proofread summary of additional key documents (2.00); drafted index to key documents contained within binder, briefly summarizing same (2.00); corresponded with P. Walker-Bright and J. Shugrue regarding key document binder, index to same, and summary of additional key documents (.10). | 4.10 |
| 12/26/08 | JDS | Analyzed and exchanged emails regarding preparation for sworn statements requested by Chubb. | 0.20 |

March 25, 2009                                                                              Invoice: 1827105
RE: Crime Claim                                                                           Page 4
   (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/30/08 | PRW | Telephone conference with J. Shugrue regarding preparing documents and outline of key issues for meeting with client to prepare for examinations under oath. | 0.20 |
| 12/30/08 | JDS | Telephone conference with P. Walker-Bright regarding preparation of client for sworn statements to Chubb. | 0.20 |
| 01/02/09 | PRW | Prepared memorandum of key issues for Examinations Under Oath and Tribune's responses to same. | 4.50 |
| 01/05/09 | PRW | Analyzed documents to use to prepare client for examinations under oath (0.6); conducted legal research regarding scope of examinations under oath and participation of insured's attorneys in examinations (1.0). | 1.60 |
| 01/05/09 | JDS | Analyzed and organized documents and legal research memoranda pertinent to preparation for EUOs of client requested by Chubb. | 2.20 |
| 01/06/09 | SS | Organized and prepared spreadsheet of productions of underlying claim documents for attorney review. | 1.60 |
| 01/06/09 | PRW | Analyzed documents for meeting with client regarding preparation for examinations under oath and conferred with J. Shugrue regarding same (2.0); met with client and J. Shugrue regarding preparation for examinations under oath (3.6). | 5.60 |
| 01/06/09 | JDS | Met with client, P. Walker-Bright regarding preparation for EUOs requested by Chubb(3.6); analyzed and exchanged emails and conferred with P. Walker-Bright regarding process, protocols, logistics regarding EUOs (.8). | 4.40 |
| 01/07/09 | SS | Organized and catalogued correspondence(.6); met with D.Rosenfield regarding upcoming projects and organized case files per D.Rosenfield specifications(.5). | 1.10 |
| 01/07/09 | DR | Analyzed memorandum drafted by P. Walker-Bright identifying key issues in claim for coverage and potential response (.20); analyzed potential questions to be asked at impending examinations under oath prepared by P. Walker-Bright (.30); met with P. Walker-Bright regarding additional tasks to be completed prior to examinations (.40); compiled and prepared for copying documents in preparation for examinations (.80); corresponded with client regarding circulation claim (.20); met with S. Somoza to discuss need to create correspondence and key document files in anticipation of possible litigation (.30). | 2.20 |

March 25, 2009                                                      Invoice: 1827105
RE: Crime Claim                                                    Page 5
   (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/07/09 | PRW | Prepared e-mail to S. Schmookler regarding start times and location for examinations under oath of client(0.2); met with D. Rosenfield regarding preparing detailed summaries of facts (0.4); prepared memorandum regarding potential questions at examinations under oath (2.5). | 3.10 |
| 01/07/09 | JDS | Analyzed issues regarding EUO protocol and procedures, worked on logistics of EUOs requested by Chubb and conferred with P Walker-Bright regarding same. | 0.70 |
| 01/08/09 | SS | Redacted audit committee documents for production to Chubb. | 1.30 |
| 01/08/09 | DR | Researched mechanics of examinations under oath (1.30); analyzed and highlighted certain treatise materials and accompanying case law and corresponded with J. Shugrue and P. Walker-Bright regarding same (1.20); analyzed previous summary of key documents and extracted into stand-alone document (1.00); began further summarizing key documents in preparation for distribution to client(.80); compiled time lines of circulation claim for distribution to team (.30). | 4.60 |
| 01/08/09 | PRW | Met with client and J. Shugrue regarding preparations for examinations under oath (4.5); prepared redacted copies of audit committee reports for production to Federal (1.0). | 5.50 |
| 01/08/09 | JDS | Met with client, P. Walker-Bright regarding preparation for EUOs requested by Chubb (4.5); followed up with Chubb counsel S. Schmookler regarding EUOs (.2). | 4.70 |
| 01/09/09 | DR | Finished summarizing key documents in preparation for sworn statements to be taken by Chubb (2.20); analyzed and compiled SEC order and press releases and US Attorney General Press Releases from May 2006 time period (1.00); further reviewed specifics of waste removal process (.60); reviewed public record (e.g., press releases) in conjunction with preparation for EUOs (1.40); further reviewed key documents and revised summary of same (.90). | 6.10 |
| 01/09/09 | PRW | Telephone conference with client, T. Souther, R. Hirth and J. Shugrue regarding information that can be disclosed to Federal at examinations under oath (1.0); analyzed memorandum summarizing factual information (0.5); telephone conference with S. Schmookler regarding scheduling of examinations under oath (0.2); prepared e-mail to S. Schmookler confirming schedule for same (0.1); met with J. Shugrue regarding summary of reports and redacted versions of internal audit reports (0.5). | 2.20 |

March 25, 2009                                              Invoice: 1827105
RE: Crime Claim                                                  Page 6
     (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/09/09 | JDS | Worked on logistics and preparation regarding EUOs of client (.5); analyzed and revised draft summary of reports and analyzed and further redacted Audit reports prior to producing to Chubb with P. Walker-Bright (1.1); telephone conference with T. Souther, B. Hirth, client and P. Walker-Bright regarding issues related to providing summary info regarding reports to Chubb in connection with EUOs (1.0). | 2.50 |
| 01/12/09 | SS | Reviewed case files to determine last bates number used and continued bates labeling additional reports per P.Walker Bright(.9); met with D.Rosenfield to discuss organization of files(.5). | 1.40 |
| 01/12/09 | DR | Analyzed report in connection with EUOs (.30); revised summary accordingly and corresponded with P. Walker-Bright regarding same (.30); met with S. Somoza to discuss organization of client files in anticipation of possible litigation (.50); reviewed government export report and court's report and recommendation as to proposed "restitution" to Tribune advertisers and corresponded with P. Walker-Bright regarding same (.90). | 2.00 |
| 01/12/09 | PRW | Analyzed magistrate judge's report and recommendation and expert report concerning adequacy of compensation for advertisers' loss (0.5); prepared and exchanged e-mails regarding same (0.2); telephone conference with J. Shugrue regarding topics for examinations under oath (0.2); prepared e-mail to Tribune and outside counsel regarding production of additional documents prior to examinations under oath and meeting to discuss same (0.2). | 1.10 |
| 01/12/09 | JDS | Analyzed and exchanged emails regarding summary of reports for use in EUO requested by Chubb (.4); analyzed documents regarding methodology of advertiser settlements, evaluation of same by government expert and Magistrate Judge Gold (.5); conferred with P. Walker-Bright and prepared regarding EUOs of client requested by Chubb (.5). | 1.40 |
| 01/13/09 | DR | Analyzed materials provided to carrier in anticipation of sworn statements and for filing purposes (.50); corresponded with P. Walker-Bright regarding summary of examinations and strategy going forward (.20). | 0.70 |
| 01/13/09 | PRW | Telephone conference with J. Shugrue regarding documents to bring to examinations under oath (0.2); met with client regarding examination under oath (1.5); attended examination under oath of client (3.5); met with client regarding first part of client's examination (0.5). | 5.70 |

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 01/13/09 | JDS | Prepared for and participated in Examination Under Oath of client and conferred with client and P. Walker-Bright regarding outcome of same (5.3); conferred with P. Walker-Bright regarding logistics of and preparation for same (.4). | 5.70 |
| 01/14/09 | JDS | Prepared for and participated in completion of Examination Under Oath of client (3.0); prepared for and participated in EUO of client (3.0); conferred with client regarding results of EUOs (.5); exchanged emails regarding logistics and timing of EUOs (.2). | 6.70 |
| 01/15/09 | DR | Corresponded with P. Walker-Bright and J. Shugrue regarding 5/30/06 SEC Cease and Desist Order. | 0.20 |
| 01/15/09 | PRW | Prepared draft amendment to settlement agreement with AIG to allow Tribune to disclose amount of settlement payment to Chubb. | 0.70 |
| 01/15/09 | JDS | Analyzed draft amendment to settlement with AIG regarding disclosure to Chubb and conferred with P. Walker-Bright regarding same (.3); exchanged emails, telephone conference with client regarding providing SEC Order to Chubb (.4). | 0.70 |
| 01/20/09 | JDS | Analyzed and organized documents, exhibits, notes from EUOs of client (.7); worked on amendment to settlement agreement with AIG to permit disclosure of settlement amount to Chubb (.2). | 0.90 |
| 01/22/09 | JDS | Analyzed emails regarding communications regarding disclosure to Chubb of AIG settlement payment amount. | 0.10 |
| 01/30/09 | JDS | Telephone conference with client regarding status of claim resolution discussions with Chubb. | 0.10 |
| 02/02/09 | JDS | Analyzed client EUO transcript and forwarded to P. Walker-Bright for follow up with same regarding reviewing/correcting same. | 0.20 |
| 02/03/09 | PRW | Conferred with J. Shugrue regarding Chubb settlement agreement. | 0.10 |
| 02/03/09 | JDS | Telephone conference with client regarding settlement with Chubb (.1); conferred with P. Walker-Bright regarding preparing settlement agreement with Chubb (.1). | 0.20 |
| 02/04/09 | PRW | Prepared settlement agreement with Federal. | 0.20 |
| 02/04/09 | JDS | Analyzed emails regarding preparation of draft settlement agreement with Chubb. | 0.20 |
| 02/05/09 | JDS | Analyzed email from client to D. Pardini (Chubb) regarding settlement agreement. | 0.10 |
| 02/09/09 | LH | Indexed documents for off site storage. | 5.50 |

March 25, 2009                                                    Invoice: 1827105
RE: Crime Claim                                                   Page 8
    (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/09/09 | JDS | Analyzed exchange of emails between client and D. Pardini (Chubb) regarding settlement agreement (.1); exchanged emails with client regarding EUO transcripts (.1); organized claim and settlement documents for inclusion in case files (.3). | 0.50 |
| 02/10/09 | LH | Organized and indexed documents for off site storage. | 5.00 |
| 02/10/09 | SS | Reviewed and catalogued correspondence for case file. | 0.70 |
| 02/10/09 | JDS | Analyzed emails regarding Chubb's proposed revisions to draft settlement agreement. | 0.30 |
| 02/11/09 | LH | Organized and indexed documents for off site storage. | 2.00 |
| 02/12/09 | LH | Organized and indexed documents for off site storage. | 1.50 |
| 02/18/09 | SS | Organized P.Walker-Bright working files and prepared to send off site. | 1.20 |
| 02/26/09 | SS | Reviewed and catalogued correspondence and additional J.Shugrue working files. | 0.60 |

TOTAL FEES:                          $55,108.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 02/05/2009 | Transcript Expense - - VENDOR: MCCORKLE COURT REPORTERS INC. - COPY OF T. CAPUTO TRANSCRIPT | 337.85 |
| 02/16/2009 | Transcript Expense - - VENDOR: MCCORKLE COURT REPORTERS INC. - DEPOSITION COPES - J. RODDEN AND T. CAPUTO | 441.40 |
| 02/28/2009 | Telecopy Expense | 1.25 |
| 02/28/2009 | Duplicating/Printing/Scanning | 447.70 |
| 02/28/2009 | Lexis | 247.64 |
| 02/28/2009 | Westlaw | 917.06 |
| 02/28/2009 | Express Mail Service | 61.64 |
| 02/28/2009 | Courier Service | 24.35 |
| 02/28/2009 | Taxi Expense | 48.80 |

Total Disbursements        2,527.69

Fees & Disbursements        $57,636.19

March 25, 2009
RE: Crime Claim
   (503842.00001)

Invoice: 1827105
Page 9

## Fee Summary: Crime Claim

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 34.40 | 515.00 | 17,716.00 |
| PRW | P.R. Walker-Bright | 46.50 | 495.00 | 23,017.50 |
| DR | D. Rosenfield | 35.50 | 300.00 | 10,650.00 |
| SS | S. Somoza | 18.60 | 125.00 | 2,325.00 |
| LH | L. Hamilton | 14.00 | 100.00 | 1,400.00 |
| | | 149.00 | | 55,108.50 |

March 25, 2009                                                      Invoice: 1827105
RE: Shannon Claim                                                  Page 10
    (503842.00003)


**RE: Shannon Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/11/09 | SS | Reviewed and catalogued correspondence files. | 0.40 |
| 02/18/09 | PRW | Reviewed and analyzed OneBeacon policy regarding coverage for Elite's duty to defend Tribune companies (0.2); prepared e-mail to J. Shugrue regarding same (0.1) | 0.30 |

TOTAL FEES:           $198.50


Fees & Disbursements         $198.50


**Fee Summary: Shannon Claim**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| PRW | P.R. Walker-Bright | 0.30 | 495.00 | 148.50 |
| SS | S. Somoza | 0.40 | 125.00 | 50.00 |
| | | 0.70 | | 198.50 |

March 25, 2009                                                    Invoice: 1827105
RE: Reliance/Times Mirror                                        Page 11
   (503842.00004)

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.40 |
| 12/09/08 | TPL | Telephone call with Reliance counsel (.20); e-mail to J. Shugrue and P. Walker-Bright (.10). | 0.30 |
| 12/09/08 | JDS | Analyzed email from T. Law regarding appointment of referee regarding denial of LPT claims. | 0.10 |
| 12/21/08 | JDS | Analyzed and exchanged emails with client regarding claim in Liquidation regarding LPT losses. | 0.20 |
| 12/22/08 | TPL | Reviewed recent Reliance orders. | 0.70 |
| 12/29/08 | SS | Catalogued and update correspondence file. | 0.70 |
| 01/06/09 | JDS | Conferred with client regarding status, options regarding resolving Objections to NODs denying LPT claims. | 0.20 |
| 01/09/09 | MT | Drafted entry of appearance for T. Law and M. Rosso and reviewed IOLTA rules for pro hac vice admission of J. Shugrue. | 0.40 |
| 01/12/09 | MT | Reviewed IOLTA pro hac vice admission procedures. | 0.60 |
| 01/14/09 | MT | Revisions, preparation for filing of Entry of Appearances. | 0.30 |
| 01/27/09 | MT | Preparation, filing of Entry of Appearances. | 0.40 |
| 01/29/09 | MT | Drafted motion for admission pro hac vice of P. Walker-Bright. | 0.60 |
| 01/30/09 | MT | Drafted motion for admission pro hac vice of P. Walker-Bright. | 0.60 |
| 02/02/09 | MT | Revisions to motion for admission pro hac vice. | 0.50 |
| 02/03/09 | TPL | E-mail exchange with P. Walker-Bright and Reliance attorney regarding possibility of settlement. | 0.20 |
| 02/11/09 | JDS | Analyzed and exchanged emails with client regarding CTIGA claim issues. | 0.20 |
| 02/24/09 | JDS | Analyzed and exchanged e-mails with I. Long (Pepper Hamilton) regarding further proceedings on denial of LPT claims (.20); telephone conference with client regarding same (.20). | 0.40 |

TOTAL FEES:        $1,662.00

**CURRENT DISBURSEMENTS**

02/28/2009  Duplicating/Printing/Scanning                        1.90

March 25, 2009                                           Invoice: 1827105
  RE: Reliance/Times Mirror                                  Page 12
      (503842.00004)


                                        Total Disbursements          1.90

                                        Fees & Disbursements    $1,663.90


**Fee Summary: Reliance/Times Mirror**

| ID  | Names        | Hours | Rate   | Amount   |
|-----|--------------|-------|--------|----------|
| JDS | J.D. Shugrue | 1.10  | 515.00 | 566.50   |
| TPL | T.P. Law     | 1.20  | 430.00 | 516.00   |
| SS  | S. Somoza    | 1.10  | 125.00 | 137.50   |
| MT  | M. Todd      | 3.40  | 130.00 | 442.00   |
|     |              | 6.80  |        | 1,662.00 |

**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/08/08 | JDS | Analyzed and exchanged emails with client regarding notice to insurers (.2); telephone conferences with and exchanged emails with client regarding D&O, FLI renewals (.5). | 0.70 |
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.20 |
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.80 |
| 12/09/08 | JDS | Analyzed Aon email regarding D&O, FLI renewal options and prepared email to and telephone conference with client regarding same (.6); telephone conference with client regarding notice to insurers D&O/FLI renewal issues (.3). | 0.90 |
| 12/10/08 | JDS | Telephone conference with client regarding D&O, FLI renewal issues (.2); analyzed impact of BK filing on Tribune insurance coverage program (.3). | 0.50 |
| 12/11/08 | PNT | Worked on issues regarding 327(e) retention in Tribune BK. | 1.30 |
| 12/12/08 | JDS | Analyzed D&O and FLI policies with respect to available coverage (1.8); telephone conference with client regarding same (.8). | 2.60 |
| 12/15/08 | SS | Analyzed and catalogued correspondence. | 0.30 |
| 12/15/08 | JDS | Telephone conferences with client regarding scope of D&O and FLI coverages and renewal issues and options regarding same (.8); analyzed chart concerning same (.2). | 1.00 |
| 12/16/08 | JDS | Telephone conferences and exchanged emails with client regarding scope of D&O and FLI coverages and possible amendments to policies (.6); analyzed policies and worked on drafting proposed policy endorsements (2.0). | 2.60 |
| 12/17/08 | PNT | Prepared J. Shugrue affidavit and 327(e) retention application. | 3.10 |
| 12/17/08 | JDS | Worked on proposed endorsement language for D&O and FLI policies and exchanged emails with client regarding same (1.9); telephone conference with client regarding D&O and FLI renewal issues and options (.3); analyzed and exchanged emails with L. Conrath (Aon) regarding ACE, AIG endorsement proposals regarding D&O and FLI renewals (.3); telephone conference with client regarding FLI renewal bid and options (.3); worked on application and declaration regarding approval to act as special counsel regarding insurance coverage matters (1.2). | 4.00 |
| 12/18/08 | PNT | Attention to 327(e) application issues. | 1.20 |

March 25, 2009                                                      Invoice: 1827105
RE: Insurance Counseling                                           Page 14
   (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/18/08 | JDS | Analyzed and exchanged emails, telephone conferences with client, Aon team (A. Adams, J. Fahey, L. Conrath etc.) regarding D&O and FLI renewal  (2.2); drafted notice language and sent same to client(.3). | 2.50 |
| 12/19/08 | PNT | Attention to 327(e) retention application and J. Shugrue application. | 2.90 |
| 12/19/08 | PRW | Conducted legal research regarding issues associated with captive insurers  (1.8); telephone conference with J. Shugrue regarding same (0.2). | 2.00 |
| 12/19/08 | JDS | Analyzed issues, options and proposed endorsement language for D&O and FLI renewals, and telephone conferences with client regarding same. | 3.60 |
| 12/21/08 | JDS | Analyzed and exchanged emails with client regarding status of renewal of D&O and FLI coverages. | 0.20 |
| 12/29/08 | SS | Catalogued and updated correspondence file. | 0.30 |
| 12/29/08 | SS | Catalogued and updated correspondence file. | 0.50 |
| 01/06/09 | JDS | Worked on renewal policy endorsements and conferred with client regarding same. | 0.40 |
| 01/08/09 | JDS | Telephone conference with client regarding open issues regarding D&O and FLI renewals. | 0.10 |
| 01/09/09 | JDS | Analyzed language for FLI policy and provided comments regarding same (.2); analyzed language for DIC policy and provided comments regarding same (.3); telephone conference with client regarding coverage for third-party suit (.3). | 0.80 |
| 01/11/09 | JDS | Analyzed AIG reservation of rights letter regarding third-party lawsuit. | 1.50 |
| 01/12/09 | JDS | Continued analysis of AIG reservation of right letter regarding third-party suit (1.2); analyzed and revised proposed policy endorsements (.5); analyzed and exchanged emails regarding policy endorsements (.4). | 2.10 |
| 01/14/09 | JDS | Conferred with client regarding insurance coverage issues regarding third-party suit. | 0.50 |
| 01/15/09 | JDS | Exchanged emails, telephone conference with client regarding issues regarding FLI policies (.6); telephone conference with A. Adams (Aon) regarding endorsement language (.2). | 0.80 |
| 01/16/09 | JDS | Prepared draft notice letter to insurers and telephone conference with client regarding same (.5); analyzed and exchanged emails with client regarding endorsements under FLI policies (.6); prepared email to client regarding BK-related issues involving D&O indemnity/coverage (.2). | 1.30 |

March 25, 2009
RE: Insurance Counseling
   (503842.00005)

Invoice: 1827105
Page 15

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 01/20/09 | PNT | Correspondence with K. Kansa regarding US Trustee questions (.2); call to US Trustee regarding same (.2). | 0.40 |
| 01/21/09 | PNT | Attention to RS retention (.2); teleconference with J. McMahon regarding same (.3). | 0.50 |
| 01/21/09 | JDS | Analyzed and organized documents regarding endorsements for D&O and FLI policies (.2); met with S. Somoza regarding file organization (.3). | 0.50 |
| 01/22/09 | JDS | Telephone conference and exchanged emails with client regarding endorsements for D&O and FLI policies. | 0.20 |
| 01/23/09 | JDS | Prepared for and telephone conferences with Chubb underwriters and counsel, client regarding endorsements for D&O and FLI policies, including preparatory call with client (1.4); analyzed revised endorsements and provided comment on same (.3); analyzed and exchanged emails with L. Conrath (Aon), client regarding FLI policies (.2). | 1.90 |
| 01/26/09 | JDS | Analyzed and exchanged emails, telephone conference with client regarding FLI policies. | 0.40 |
| 01/27/09 | PNT | Attention to retention application and teleconferences with counsel for committee regarding same. | 0.50 |
| 01/29/09 | JDS | Telephone conference with client regarding FLI endorsements (.2); analyzed and exchanged emails with client regarding same (1.0). | 1.20 |
| 01/30/09 | PNT | Correspondence with K. Kansa regarding RS retention. | 0.30 |
| 01/30/09 | JDS | Telephone conference with client regarding FLI policy endorsement (.3); telephone conference with client and exchanged emails with same regarding same (.8). | 1.10 |
| 01/31/09 | JDS | Prepared timeline FLI coverage. | 4.40 |
| 02/01/09 | JDS | Analyzed and exchanged emails with client regarding FLI endorsements. | 0.20 |
| 02/02/09 | JDS | Analyzed and exchanged emails and telephone conferences with client regarding endorsements to FLI policies (1.8); analyzed Aon email to AIG regarding same and telephone conference with client regarding same (.7); telephone conference with A. Adams and J. Urban (Aon), client regarding same (.7). | 3.20 |
| 02/03/09 | JDS | Analyzed issues related to requested corrections to FLI policies and exchanged emails and telephone conferences with client regarding same (.9); telephone conference with A. Adams and J. Urban (Aon), client regarding same (.7). | 1.60 |

March 25, 2009
RE: Insurance Counseling
   (503842.00005)

Invoice: 1827105
Page 16

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/04/09 | JDS | Analyzed coverage for third-party suit and prepared memo to client regarding same (1.5); analyzed and exchanged emails with client regarding endorsements to FLI policy (.2). | 1.70 |
| 02/05/09 | JDS | Analyzed and exchanged emails with client regarding evaluation of coverage for third-party suit (.3); analyzed and exchanged emails with client and telephone conference with client regarding endorsements on FLI policy (.5). | 0.80 |
| 02/06/09 | JDS | Analyzed issues regarding endorsements for FLI coverage and exchanged emails with client regarding same (.9); telephone conference with client regarding coverage analysis regarding third-party suit and preparatory telephone conference with client regarding same (.7). | 1.60 |
| 02/10/09 | SS | Reviewed, analyzed and created files for claims and subject matters. | 0.40 |
| 02/10/09 | JDS | Prepared for and telephone conference with client, B. Krakauer (Sidley) regarding D&O and FLI policies (1.5); follow up telephone conferences with client and B. Krakauer regarding same (.4); analyzed insurance summary chart prepared by client and telephone conferences with same regarding same (.3); worked with S. Somoza regarding file organization approach and needs (.3). | 2.50 |
| 02/11/09 | SS | Reviewed documents relating to Tribune insurance counseling matters in preparation for organizing into case files. | 0.30 |
| 02/11/09 | JDS | Analyzed insurer proposal regarding language for excess D&O policy (.6); prepared for, pre-call regarding, telephone conference with L. Fine and J. Lermond (AIG), B. Krakauer (Sidley), client regarding third-party suit (1.5); analyzed FLI policies regarding third-party suit (.6); exchanged emails with client regarding FLI policy provisions (.3). | 3.00 |
| 02/12/09 | JDS | Analyzed FLI policies regarding possible response to third-party claim. | 0.70 |
| 02/13/09 | JDS | Exchanged emails, messages with client regarding follow up regarding FLI coverage for third-party suit. | 0.10 |
| 02/16/09 | JDS | Analyzed voicemail message from, exchanged emails with client regarding preparing letter regarding coverage for third-party suit. | 0.20 |
| 02/17/09 | JDS | Analyzed revised reservation/denial letter under FLI coverage for third-party suit(.9); exchanged emails with client and telephone conference with client regarding same (.4). | 1.30 |

March 25, 2009
RE: Insurance Counseling
   (503842.00005)

Invoice: 1827105
Page 17

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 02/19/09 | JDS | Analyzed message from, telephone conference with client regarding latest AIG FLI coverage position letter, issues related to coverage for thid-party suit (.6); telephone conference with client regarding AIG FLI coverage position letter. | 0.80 |
| 02/20/09 | JDS | Prepared draft response letter to AIG regarding reservation of rights/denial of coverage under FLI policies regarding third-party suit (1.50); analyzed and exchanged e-mails with D. Bradford (Jenner), client regarding D&O, FLI policies (.40). | 1.90 |
| 02/23/09 | JDS | Worked on letter to AIG in response to reservation of rights/denial under FLI policies regarding third-party suit (1.0); analyzed copies of primary D&O and FLI policies and exchanged emails, telephone conference with client regarding same (1.2). | 2.20 |
| 02/24/09 | JDS | Analyzed and exchanged e-mails regarding AIG reservation/denial letter regarding third-party suit under FLI policies and telephone conference with client regarding same. | 0.50 |
| 02/25/09 | JDS | Analyzed and exchanged e-mails regarding response to AIG reservation/denial letter regarding third-party suit under FLI policies. | 0.50 |
| 02/26/09 | JDS | Telephone conference with client regarding insurer information request in connection with coverage renewals (.20); analyzed media liability insurance renewal package, including endorsements, and analyzed and exchanged e-mails with client regarding same (1.20). | 1.40 |
| 02/26/09 | JDS | Worked on auditor request response letter regarding Tribune Company. | 0.50 |
| 02/27/09 | JDS | Analyzed D&O policies and telephone conference with client regarding same. | 0.50 |
| 02/28/09 | JDS | Analyzed correspondence and documents regarding FLI and D&O policy renewal issues, and analyzed status and necessary follow-up regarding endorsements. | 2.80 |

TOTAL FEES:    $40,623.00

### CURRENT DISBURSEMENTS

| 02/28/2009 | Duplicating/Printing/Scanning | 2.60 |
|------------|-------------------------------|------|
| 02/28/2009 | Telephone - Outside | 3.02 |
| | Total Disbursements | 5.62 |

March 25, 2009
RE: Insurance Counseling
   (503842.00005)

Invoice: 1827105<br>Page 18

Fees & Disbursements    $40,628.62

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 63.80 | 515.00 | 32,857.00 |
| PNT | P.N. Thompson | 10.20 | 630.00 | 6,426.00 |
| PRW | P.R. Walker-Bright | 2.00 | 495.00 | 990.00 |
| SS | S. Somoza | 2.80 | 125.00 | 350.00 |
| | | 78.80 | | 40,623.00 |

March 25, 2009                                      Invoice: 1827105
RE: Marsh                                           Page 19
    (503842.00008)

**RE: Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.30 |
| 12/11/08 | DR | Drafted reimbursement request letter for November 2008 Reliance invoices (1.00); updated year-end totals chart to reflect inclusion of same (.20); correspondence with J. Shugrue regarding both (.20). | 1.40 |
| 12/18/08 | SS | Catalogued correspondence and other case related documents. | 0.60 |
| 12/29/08 | SS | Catalogued and updated correspondence file. | 0.70 |
| 01/20/09 | SS | Analyzed,reviewed and catalogued correspondence files. | 0.40 |

TOTAL FEES:                    $670.00

**CURRENT DISBURSEMENTS**

| 02/28/2009 | Duplicating/Printing/Scanning | | 0.10 |
|------------|-------------------------------|--|------|
| | | Total Disbursements | 0.10 |
| | | Fees & Disbursements | $670.10 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| DR | D. Rosenfield | 1.40 | 300.00 | 420.00 |
| SS | S. Somoza | 2.00 | 125.00 | 250.00 |
| | | 3.40 | | 670.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1827105
Invoice Date: March 25, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through February 28, 2009

|      |                                          | Current Fees | Current Costs | Total for Matter |
|------|------------------------------------------|--------------|---------------|------------------|
| RE:  | Crime Claim<br>503842.00001              | $55,108.50   | $2,527.69     | $57,636.19       |
| RE:  | Shannon Claim<br>503842.00003            | $198.50      | $0.00         | $198.50          |
| RE:  | Reliance/Times Mirror<br>503842.00004    | $1,662.00    | $1.90         | $1,663.90        |
| RE:  | Insurance Counseling<br>503842.00005     | $40,623.00   | $5.62         | $40,628.62       |
| RE:  | Marsh<br>503842.00008                    | $670.00      | $0.10         | $670.10          |
|      | **Current Invoice Total:**               | **$98,262.00** | **$2,535.31** | **$100,797.31** |

**INVOICE IS PAYABLE UPON RECEIPT**