# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| Legal Research | Westlaw | $1,164.70 |
| In-House Duplicating/Printing/Scanning | | $453.35 |
| Courier/Overnight Mail | UPS/FedEx/USPS/Parcels | $85.99 |
| Telephone - Outside | Chorus Call/SoundPath | $3.02 |
| Taxi Expense | | $48.80 |
| **TOTAL** | | **$2,535.31** |

March 25, 2009     Invoice: 1827105
RE: Crime Claim     Page 8
   (503842.00001)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/09/09 | JDS | Analyzed exchange of emails between client and D. Pardini (Chubb) regarding settlement agreement (.1); exchanged emails with client regarding EUO transcripts (.1); organized claim and settlement documents for inclusion in case files (.3). | 0.50 |
| 02/10/09 | LH | Organized and indexed documents for off site storage. | 5.00 |
| 02/10/09 | SS | Reviewed and catalogued correspondence for case file. | 0.70 |
| 02/10/09 | JDS | Analyzed emails regarding Chubb's proposed revisions to draft settlement agreement. | 0.30 |
| 02/11/09 | LH | Organized and indexed documents for off site storage. | 2.00 |
| 02/12/09 | LH | Organized and indexed documents for off site storage. | 1.50 |
| 02/18/09 | SS | Organized P.Walker-Bright working files and prepared to send off site. | 1.20 |
| 02/26/09 | SS | Reviewed and catalogued correspondence and additional J.Shugrue working files. | 0.60 |

                                 TOTAL FEES:      $55,108.50

### CURRENT DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 02/05/2009 | Transcript Expense - - VENDOR: MCCORKLE COURT REPORTERS INC. - COPY OF T. CAPUTO TRANSCRIPT | 337.85 |
| 02/16/2009 | Transcript Expense - - VENDOR: MCCORKLE COURT REPORTERS INC. - DEPOSITION COPES - J. RODDEN AND T. CAPUTO | 441.40 |
| 02/28/2009 | Telecopy Expense | 1.25 |
| 02/28/2009 | Duplicating/Printing/Scanning | 447.70 |
| 02/28/2009 | Lexis | 247.64 |
| 02/28/2009 | Westlaw | 917.06 |
| 02/28/2009 | Express Mail Service | 61.64 |
| 02/28/2009 | Courier Service | 24.35 |
| 02/28/2009 | Taxi Expense | 48.80 |
| | Total Disbursements | 2,527.69 |
| | Fees & Disbursements | $57,636.19 |

March 25, 2009  Invoice: 1827105
RE: Shannon Claim  Page 10
   (503842.00003)

**RE: Shannon Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/11/09 | SS | Reviewed and catalogued correspondence files. | 0.40 |
| 02/18/09 | PRW | Reviewed and analyzed OneBeacon policy regarding coverage for Elite's duty to defend Tribune companies (0.2); prepared e-mail to J. Shugrue regarding same (0.1) | 0.30 |

                      TOTAL FEES:      $198.50

                      Fees & Disbursements    $198.50

**Fee Summary: Shannon Claim**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| PRW | P.R. Walker-Bright | 0.30 | 495.00 | 148.50 |
| SS | S. Somoza | 0.40 | 125.00 | 50.00 |
|  |  | 0.70 |  | 198.50 |

March 25, 2009                                                                Invoice: 1827105
RE: Reliance/Times Mirror                                                     Page 11
    (503842.00004)

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.40 |
| 12/09/08 | TPL | Telephone call with Reliance counsel (.20); e-mail to J. Shugrue and P. Walker-Bright (.10). | 0.30 |
| 12/09/08 | JDS | Analyzed email from T. Law regarding appointment of referee regarding denial of LPT claims. | 0.10 |
| 12/21/08 | JDS | Analyzed and exchanged emails with client regarding claim in Liquidation regarding LPT losses. | 0.20 |
| 12/22/08 | TPL | Reviewed recent Reliance orders. | 0.70 |
| 12/29/08 | SS | Catalogued and update correspondence file. | 0.70 |
| 01/06/09 | JDS | Conferred with client regarding status, options regarding resolving Objections to NODs denying LPT claims. | 0.20 |
| 01/09/09 | MT | Drafted entry of appearance for T. Law and M. Rosso and reviewed IOLTA rules for pro hac vice admission of J. Shugrue. | 0.40 |
| 01/12/09 | MT | Reviewed IOLTA pro hac vice admission procedures. | 0.60 |
| 01/14/09 | MT | Revisions, preparation for filing of Entry of Appearances. | 0.30 |
| 01/27/09 | MT | Preparation, filing of Entry of Appearances. | 0.40 |
| 01/29/09 | MT | Drafted motion for admission pro hac vice of P. Walker-Bright. | 0.60 |
| 01/30/09 | MT | Drafted motion for admission pro hac vice of P. Walker-Bright. | 0.60 |
| 02/02/09 | MT | Revisions to motion for admission pro hac vice. | 0.50 |
| 02/03/09 | TPL | E-mail exchange with P. Walker-Bright and Reliance attorney regarding possibility of settlement. | 0.20 |
| 02/11/09 | JDS | Analyzed and exchanged emails with client regarding CTIGA claim issues. | 0.20 |
| 02/24/09 | JDS | Analyzed and exchanged e-mails with I. Long (Pepper Hamilton) regarding further proceedings on denial of LPT claims (.20); telephone conference with client regarding same (.20). | 0.40 |

                                       TOTAL FEES:                <u>$1,662.00</u>

                            **CURRENT DISBURSEMENTS**

02/28/2009 Duplicating/Printing/Scanning                                          1.90

March 25, 2009  
RE: Insurance Counseling  
   (503842.00005)

Invoice: 1827105  
Page 17

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 02/19/09 | JDS | Analyzed message from, telephone conference with client regarding latest AIG FLI coverage position letter, issues related to coverage for thid-party suit (.6); telephone conference with client regarding AIG FLI coverage position letter. | 0.80 |
| 02/20/09 | JDS | Prepared draft response letter to AIG regarding reservation of rights/denial of coverage under FLI policies regarding third-party suit (1.50); analyzed and exchanged e-mails with D. Bradford (Jenner), client regarding D&O, FLI policies (.40). | 1.90 |
| 02/23/09 | JDS | Worked on letter to AIG in response to reservation of rights/denial under FLI policies regarding third-party suit (1.0); analyzed copies of primary D&O and FLI policies and exchanged emails, telephone conference with client regarding same (1.2). | 2.20 |
| 02/24/09 | JDS | Analyzed and exchanged e-mails regarding AIG reservation/denial letter regarding third-party suit under FLI policies and telephone conference with client regarding same. | 0.50 |
| 02/25/09 | JDS | Analyzed and exchanged e-mails regarding response to AIG reservation/denial letter regarding third-party suit under FLI policies. | 0.50 |
| 02/26/09 | JDS | Telephone conference with client regarding insurer information request in connection with coverage renewals (.20); analyzed media liability insurance renewal package, including endorsements, and analyzed and exchanged e-mails with client regarding same (1.20). | 1.40 |
| 02/26/09 | JDS | Worked on auditor request response letter regarding Tribune Company. | 0.50 |
| 02/27/09 | JDS | Analyzed D&O policies and telephone conference with client regarding same. | 0.50 |
| 02/28/09 | JDS | Analyzed correspondence and documents regarding FLI and D&O policy renewal issues, and analyzed status and necessary follow-up regarding endorsements. | 2.80 |

                                    TOTAL FEES:            $40,623.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 02/28/2009 | Duplicating/Printing/Scanning | 2.60 |
| 02/28/2009 | Telephone - Outside | 3.02 |
| | Total Disbursements | 5.62 |

March 25, 2009  Invoice: 1827105
RE: Marsh  Page 19
    (503842.00008)

**RE: Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 12/09/08 | SS | Reviewed and catalogued correspondence. | 0.30 |
| 12/11/08 | DR | Drafted reimbursement request letter for November 2008 Reliance invoices (1.00); updated year-end totals chart to reflect inclusion of same (.20); correspondence with J. Shugrue regarding both (.20). | 1.40 |
| 12/18/08 | SS | Catalogued correspondence and other case related documents. | 0.60 |
| 12/29/08 | SS | Catalogued and updated correspondence file. | 0.70 |
| 01/20/09 | SS | Analyzed, reviewed and catalogued correspondence files. | 0.40 |

                    TOTAL FEES:        $670.00

## CURRENT DISBURSEMENTS

| 02/28/2009 | Duplicating/Printing/Scanning | | 0.10 |
|---|---|---|---|
| | | Total Disbursements | 0.10 |
| | | Fees & Disbursements | $670.10 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| DR | D. Rosenfield | 1.40 | 300.00 | 420.00 |
| SS | S. Somoza | 2.00 | 125.00 | 250.00 |
| | | 3.40 | | 670.00 |