# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2009 through and including February 28, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 28.40 | $16,898.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | .40 | $210.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 28.90 | $10,693.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 11.80 | $3,245.00 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | .50 | $100.00 |
| Michele M. Dero | Paralegal | N/A | $200.00 | 7.00 | $1,400.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 30.90 | $6,180.00 |
| | | | Total | 107.90 | $38,726.00 |

**Blended Rate: $358.90**

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

March 25, 2009
Account No: 698-001
Statement No: 9092

## Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adam G. Landis | 28.40 | $595.00 | $16,898.00 |
| Daniel B. Rath | 0.40 | 525.00 | 210.00 |
| Michelle M. Dero | 7.00 | 200.00 | 1,400.00 |
| Matthew B. McGuire | 28.90 | 370.00 | 10,693.00 |
| Michael V. Girello, Jr. | 0.50 | 200.00 | 100.00 |
| Mona A. Parikh | 11.80 | 275.00 | 3,245.00 |
| Frances A. Panchak | 30.90 | 200.00 | 6,180.00 |
| **TOTAL** | **107.90** | | **$38,726.00** |