# EXHIBIT "B"

698.001-25200

Landis Rath & Cobb LLP
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors                                     March 25, 2009
                                                                         Account No: 698-001
                                                                         Statement No:  9092
Tribune Company, et al. bankruptcy

### Fees through 02/28/2009

|            |     |      |      |                                                                                                                              | Hours |        |
|------------|-----|------|------|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 02/05/2009 | MBM | B114 | A101 | review debtors motion to reject executory contracts (.4); review committee memo re: same (.1)                                | 0.50  | 185.00 |
| 02/11/2009 | MBM | B114 | A101 | review of Alix memo re: Debtors' rejection of executory contracts                                                            | 0.40  | 148.00 |
|            |     |      |      | **B114 - Assum/Rej of Lease/Cont**                                                                                           | 0.90  | 333.00 |
| 02/11/2009 | AGL | B120 | A101 | call with debtors re: status of outstanding business and case issues                                                         | 1.00  | 595.00 |
| 02/23/2009 | AGL | B120 | A101 | review and analyze weekly status update from alix partners                                                                   | 0.60  | 357.00 |
|            |     |      |      | **B120 - Business Operations**                                                                                               | 1.60  | 952.00 |
| 02/02/2009 | FAP | B122 | A101 | Calendar hearing and objection deadlines for Moelis' Retention Application                                                   | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review notice and motion of debtors' for authority to amend and assign J.P. Morgan Securities' engagement letter (.1); calendar hearing and objection deadlines (.1) | 0.20  | 40.00  |
|            | FAP | B122 | A101 | Email to/from M. McGuire re: preparation of critical dates memo                                                              | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review certification of counsel regarding debtors' motion to enter into marketing agreement with Community Television of Missouri | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review certification of counsel re: Cole Schotz retention application                                   | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review supplemental affidavit of R. Chelsey in support of Paul, Hastings Janofsky & Walker retention app | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review UST response to Motion for non-insider incentive program                                         | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Begin to prepare critical dates memo                                                                                         | 0.40  | 80.00  |
| 02/03/2009 | FAP | B122 | A101 | Retrieve and review notice and second omnibus lease rejection; calendar objection and hearing deadlines                      | 0.10  | 20.00  |
|            | FAP | B122 | A101 | Continue draft of critical dates memo and distribute to M. McGuire                                                           | 0.30  | 60.00  |
|            | FAP | B122 | A101 | Retrieve and briefly review Booth Mitchel OCP affidavit                                                                      | 0.10  | 20.00  |

```
                                                                Page:    2
Official Committee of Unsecured Creditors                  March 25, 2009
                                                        Account No:   698-001
                                                        Statement No:    9092
Tribune Company, et al. bankruptcy
```

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  | FAP | B122 A101 | Retrieve and briefly review Paul Hastings retention order | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve and briefly review Reed Smith retention order | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve and briefly review order authorizing payment under non-insider incentive program | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve and review order approving 1102(b)(3) motion | 0.10 | 20.00 |
|  | FAP | B122 A101 | Coordinate service of order granting 1102(b)(3) motion | 0.20 | 40.00 |
|  | FAP | B122 A101 | Retrieve and briefly review order approving Cole Schotz retention | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve, review and update 2002 service list with St. John Properties notice of appearance | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve, review and update 2002 service list with Unisys' notice of appearance | 0.10 | 20.00 |
|  | FAP | B122 A101 | Prepare affidavit of service for order approving 1102(b)(3) motion (.1); file same (.2) | 0.30 | 60.00 |
|  | FAP | B122 A101 | File maintenance and organization of pleadings | 0.20 | 40.00 |
|  | AGL | B122 A101 | review and analyze revised severance order, cert and emails to and from debtors re: same | 0.70 | 416.50 |
| 02/04/2009 | FAP | B122 A101 | Retrieve and review Comcast notice of motion for relief from stay (.1); update critical dates calendar with objection and hearing deadlines (.1) | 0.20 | 40.00 |
|  | FAP | B122 A101 | Briefly review Certification of Counsel re: implementation of severance policy for non-union employees | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review order authorizing debtors to implement severance policy | 0.10 | 20.00 |
|  | FAP | B122 A101 | Retrieve, review and update 2002 service list with United Healthcare notice of appearance | 0.10 | 20.00 |
| 02/09/2009 | FAP | B122 A101 | Review Comcast's notice of service for motion for relief from stay | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review Welborn Sullivan's ordinary course affidavit | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review Elliott Greenleaf's notice of firm change of address; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Update critical dates memo and distribute | 0.20 | 40.00 |
|  | FAP | B122 A101 | Review updated docket | 0.10 | 20.00 |
| 02/10/2009 | FAP | B122 A101 | Briefly review Haight Brown OCP affidavit | 0.10 | 20.00 |
|  | AGL | B122 A101 | call with deutsch re: meeting with debtors (.1); review agenda for same (.1) | 0.20 | 119.00 |
| 02/11/2009 | FAP | B122 A101 | Review Microsoft notice of appearance and update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review debtors' supplement to motion for additional time to file financial reports | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of filing executed assignment agreement with JP Morgan Securities | 0.10 | 20.00 |

```
                                                                    Page:   3
Official Committee of Unsecured Creditors                      March 25, 2009
                                                            Account No:   698-001
                                                          Statement No:      9092
Tribune Company, et al. bankruptcy
```

|            |     |      |      |                                                                                                 | Hours |       |
|------------|-----|------|------|-------------------------------------------------------------------------------------------------|-------|-------|
| 02/12/2009 | FAP | B122 | A101 | Review Fisher Printing Notice of Appearance and update 2002 service list                        | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review initial operating report                                                         | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Review notice of filing 2/3/09 hearing transcript                                               | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Review Gross McKinley OCP affidavit                                                             | 0.10  | 20.00 |
| 02/13/2009 | FAP | B122 | A101 | Review updated docket                                                                           | 0.10  | 20.00 |
| 02/17/2009 | FAP | B122 | A101 | Briefly review multiple affidavits of ordinary course professionals                             | 0.20  | 40.00 |
|            | FAP | B122 | A101 | Briefly review debtors' objection to Intelsat motion for adequate protection                    | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review UST objection to Lazard & Feres retention application                            | 0.10  | 20.00 |
| 02/18/2009 | FAP | B122 | A101 | update critical dates calendar per notice of rescheduled                                        | 0.10  | 20.00 |
| 02/19/2009 | FAP | B122 | A101 | Update calendar with weekly committee calls                                                     | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Review updated docket and email A. Landis and M. McGuire re: same                               | 0.10  | 20.00 |
|            | FAP | B122 | A101 | review order granting further interim extension to comply with 345 requirements; update critical dates | 0.10 | 20.00 |
|            | FAP | B122 | A101 | Briefly review and distribute Moelis' weekly report                                             | 0.10  | 20.00 |
| 02/20/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire re: recent filings                     | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review multiple ordinary course affidavits                                              | 0.30  | 60.00 |
|            | FAP | B122 | A101 | Review motion to authorize medical benefits to terminate employees and motion to shorten same (.1); update critical dates (.1) | 0.20 | 40.00 |
|            | FAP | B122 | A101 | Briefly review Millstein supplemental declaration                                               | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review Conlan second supplemental affidavit                                             | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review order granting second omni lease rejection motion                                | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Review order granting AlixPartners retention application                                        | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review order granting Sidley Austin's retention application                             | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review order granting Jenner Block's retention application                              | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Briefly review order approving assignment of JP Morgan Securities engagement letter             | 0.10  | 20.00 |
| 02/23/2009 | FAP | B122 | A101 | Review Francisco Motion for Relief from Stay and calendar dates                                 | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Review Notice of Motion to provide medical benefits to terminated employees                     | 0.10  | 20.00 |
|            | FAP | B122 | A101 | Update critical dates memo and distribute                                                       | 0.30  | 60.00 |

```
                                                                      Page:    4
Official Committee of Unsecured Creditors                       March 25, 2009
                                                               Account No:   698-001
                                                               Statement No:    9092
Tribune Company, et al. bankruptcy

                                                                Hours
          FAP   B122 A101  Review 2/20/09 hearing minute entry    0.10       20.00
          FAP   B122 A101  Briefly review Bigelow affidavit in support of
                           motion to provide medical benefits to
                           terminated employees                   0.10       20.00
          FAP   B122 A101  Review amended notice of appointment of
                           committee                              0.10       20.00
          FAP   B122 A101  Review docket to ensure monthly operating
                           report filed in preparation of revising
                           committee members' first expense application
                                                                  0.10       20.00
          AGL   B122 A101  review and analyze critical dates memo 0.10       59.50

02/24/2009 FAP  B122 A101  Review updated docket; email to A. Landis and
                           M. McGuire                             0.10       20.00
          FAP   B122 A101  Review Howard County notice of appearance;
                           update 2002 service list               0.10       20.00
          FAP   B122 A101  Briefly review AlixPartners' weekly report
                                                                  0.10       20.00

02/25/2009 FAP  B122 A101  Review update docket; email to A. Landis and M.
                           McGuire re: recent filings             0.10       20.00
          FAP   B122 A101  Briefly review Sheppard Mullin OCP affidavit
                                                                  0.10       20.00
          FAP   B122 A101  Update fee application service list    0.10       20.00
          FAP   B122 A101  File maintenance and organize pleadings 0.20      40.00

02/26/2009 FAP  B122 A101  Review updated docket; emails to A. Landis and
                           M. McGuire                             0.10       20.00
          FAP   B122 A101  Briefly review Moelis weekly update and
                           distribute                             0.10       20.00
          FAP   B122 A101  Update critical dates with objection deadlines
                           for fee applications                   0.10       20.00
          FAP   B122 A101  Briefly review 2/3/09 hearing transcript 0.10     20.00

02/27/2009 FAP  B122 A101  Review updated docket; email to A. Landis and
                           M. McGuire                             0.10       20.00
                                                                  -----    --------
                           B122 - Case Administration            10.50    2,495.00

02/01/2009 AGL  B128 A101  Emails to/from and calls with McMahon regarding
                           US Trustee objections/issues with LRC and
                           Chadbourne retentions (.4); Emails to/from
                           Chadbourne group regarding same (.7)   1.10      654.50

02/02/2009 AGL  B128 A101  Telephone calls and emails to/from LeMay
                           regarding meeting with US Trustee regarding LRC
                           and Chadbourne Retention Applications (.5);
                           Emails to/from and calls with US Trustee
                           regarding same (.3)                    0.80      476.00

02/03/2009 AGL  B128 A101  meetings with lemay re: ust objections and
                           meeting with mcmahon re: retention issues (.9);
                           meeting with mcmahon re: ust issues (1.0)
                                                                  1.90    1,130.50
          AGL   B128 A101  emails to and from pernick re: ust issues with
                           committee retentions                   0.20      119.00

02/04/2009 AGL  B128 A101  call with pernick and lantry re: ust
                           professional issues                    0.50      297.50
```

698.001-25324.DOC

Page: 5
Official Committee of Unsecured Creditors                                    March 25, 2009
                                                                   Account No:   698-001
                                                                   Statement No:    9092
Tribune Company, et al. bankruptcy

| Date | Initials | Code | Task | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/09/2009 | AGL | B128 | A101 | calls with deutsch re: fee examiner issues | 0.50 | 297.50 |
| 02/11/2009 | MBM | B128 | A101 | emails with Landis re: LRC retention issues (.2); conference with Landis re: same (.2); draft and revise supplemental Landis affidavit in support of LRC retention (.7) | 1.10 | 407.00 |
| 02/13/2009 | AGL | B128 | A101 | calls with lemay re: ust issues with lrc and chadbourne retentions (.8); emails to and from mcmahon and lemay re: same (.8); emails to and from cobb, mcguire re: supplemental affidavit issues (.8) | 2.40 | 1,428.00 |
| 02/14/2009 | AGL | B128 | A101 | review and revise supplemental affidavit of lrc (1.6); emails to and from cobb, mcguire re: same and revisions to retention order (.2) | 1.80 | 1,071.00 |
| | DBR | B128 | A101 | review and revise Landis Affidavit (.2); communicate with Landis re: same (.2) | 0.40 | 210.00 |
| | MBM | B128 | A101 | numerous emails with Thompson and Deutsch re: Moelis retention issues | 0.60 | 222.00 |
| 02/15/2009 | MBM | B128 | A101 | emails with Landis and Lemay re: supplemental disclosures (.3); review Landis supplemental disclosure (.4) | 0.70 | 259.00 |
| 02/16/2009 | AGL | B128 | A101 | emails to and from deutsch, dla piper, mcguire re: moelis retention issues | 0.80 | 476.00 |
| | AGL | B128 | A101 | emails to and from mcmahon and lemay re: lrc application issues and chadbourne issues, revised affidavits and forms of order | 0.50 | 297.50 |
| | MBM | B128 | A101 | calls to/from Deutsch re: Moelis retention application (.4); calls to/from McMahon re: same (.2); emails with McMahon re: same (.3); call from Thompson re: same (.5); prepare revised Moelis retention order (.5) | 1.90 | 703.00 |
| | MBM | B128 | A101 | review UST objection to Lazard retention | 0.80 | 296.00 |
| 02/17/2009 | FAP | B128 | A101 | Discussion with M. McGuire re: responses to Moelis retention application | 0.10 | 20.00 |
| | FAP | B128 | A101 | Emails from/to M. McGuire re: draft notice of filing for LeMay supplemental affidavit | 0.10 | 20.00 |
| | FAP | B128 | A101 | Draft notice of filing for LeMay supplemental affidavit | 0.20 | 40.00 |
| | FAP | B128 | A101 | File and coordinate service of David M. LeMay's first supplemental affidavit in connection with Chadbourne & Parke's retention | 0.40 | 80.00 |
| | AGL | B128 | A101 | emails to and from mcguire (.2) and call with mcguire (.2) re: status of ust objections to and issues with moelis retention (.2) | 0.60 | 357.00 |
| | MBM | B128 | A101 | emails with Thompson re: Moelis retention application (.3); calls to Thompson re: same (.2); emails to/from McMahon re: same (.1); prepare revised Moelis retention order (.7) | 1.30 | 481.00 |
| | MBM | B128 | A101 | review and file Supplemental LeMay affidavit | | |

```
                                                                           Page:   6
Official Committee of Unsecured Creditors                            March 25, 2009
                                                               Account No:  698-001
                                                               Statement No:   9092
Tribune Company, et al. bankruptcy

                                                                     Hours
                       (.3) emails with Porter re: same (.2)          0.50    185.00

02/18/2009 AGL  B128 A101 review and revise agl supplemental affidavit  0.40    238.00
           FAP  B128 A101 Prepare affidavit of service for LeMay first
                          supplemental affidavit (.1); file same (.2)   0.30     60.00
           FAP  B128 A101 File and coordinate service of Landis First
                          Supplemental Affidavit                        0.40     80.00
           AGL  B128 A101 emails to and from mcmahon re: lrc retention
                          order language (.3); review and revise same
                          (.3); conference with mcguire (.2)            0.80    476.00
           AGL  B128 A101 finalize lrc supplemental affidavit (.3);
                          conferences with mcguire re: same (.2)        0.50    297.50
           MBM  B128 A101 prepare revised Moelis retention order (.8);
                          emails with Thompson re: same (.3); emails with
                          McMahon re: same (.2)                         1.30    481.00
           MBM  B128 A101 emails with landis and Mcmahon re: supplemental
                          disclosure (.3); draft disclsoure (.2)        0.50    185.00

02/19/2009 FAP  B128 A101 Prepare affidavit of service for A. Landis'
                          first supplemental affidavit (.1); file same
                          (.2)                                          0.30     60.00
           FAP  B128 A101 Discussion with M. McGuire filing certification
                          of counsel re: LRC retention application      0.10     20.00
           FAP  B128 A101 File certification of counsel re: LRC retention
                          application                                   0.30     60.00
           FAP  B128 A101 File certification of counsel re: Chadbourne
                          Park retention application                    0.30     60.00
           FAP  B128 A101 Prepare chambers package for LRC retention
                          application                                   0.10     20.00
           FAP  B128 A101 Prepare chambers package for Chadbourne & Parke
                          retention application                         0.10     20.00
           MBM  B128 A101 review of revised Moelis enagegment letter
                          (.8); multiple calls and email with Deutsche
                          and Porter re: same (1.1); conferences with
                          Landis re: same (.4); emails with Thompson re:
                          same (.4); review of supplemental Moelis
                          declaration (.3); emails eith Deutsch and
                          Thompson re: same (.4); emails with McMahon re:
                          Moelis engagement (.2)                        3.60  1,332.00
           MBM  B128 A101 prepare revised LRC and Chadbourne retention
                          order (.8); emails with Landis and Deutsch re:
                          same (.3); emails with McMahon re: same (.2)  1.30    481.00
           MBM  B128 A101 review supplemental Alix affidavit (.3); emails
                          with Deutsch and Holtz re: same (.2)          0.50    185.00
           MBM  B128 A101 research re: 328 retention issues (1.2); email
                          to Thompson re: same (.1)                     1.30    481.00

02/20/2009 FAP  B128 A101 Discussion with M. McGuire re: filing
                          supplemental declarations for AlixPartners and
                          Moelis and Revised Engagement Letter          0.10     20.00
           FAP  B128 A101 File A. Holtz supplemental declaration for
                          AlixPartners                                  0.20     40.00
           FAP  B128 A101 File Carlston supplemental declaration for
                          Moelis retention application                  0.20     40.00


698.001-25324.DOC
```

```
                                                              Page:   7
Official Committee of Unsecured Creditors               March 25, 2009
                                                  Account No:  698-001
                                                  Statement No:   9092
Tribune Company, et al. bankruptcy
                                                          Hours
       FAP  B128 A101 File Notice of Filing Revised Moelis Engagement
                      Letter                               0.20    40.00
       FAP  B128 A101 Review order approving LRC retention 0.10    20.00
       FAP  B128 A101 Review order approving Chadbourne's retention
                                                           0.10    20.00
       FAP  B128 A101 Coordinate service for supplemental
                      declarations for Moelis and AlixPartners,
                      Notice of Filing Revised Engagement Letter and
                      order granting AlixPartners retention
                                                           0.20    40.00
       FAP  B128 A101 Prepare affidavit of service for Moelis
                      supplemental declaration, AlixPartners
                      supplemental declaration, notice of filing
                      revised engagement letter and order granting
                      Alix retention (.1); file same (.2)  0.30    60.00
                                                          ----- ---------
                      B128 - Fee/Empl. Objections         32.70 14,344.00

02/05/2009 AGL  B130 A101 emails to and from committee re: jpmc
                          financing, adequate protection issues
                                                           0.60   357.00
                                                          ----  ------
                      B130 - Financing/Cash Collecti       0.60   357.00

02/02/2009 FAP  B134 A101 Retrieve pleadings for matters going forward at
                          2/3/09 hearing (.4) and prepare hearing binder
                          for A. Landis (.8)               1.20   240.00
       FAP  B134 A101 Review A. Landis and M. McGuire emails
                      regarding orders to be submitted at 2/3/09
                      hearing                              0.10    20.00
       FAP  B134 A101 Discussion with A. Landis re:: amended agenda
                      and hearing binder for 2/3/09        0.10    20.00
       FAP  B134 A101 Retrieve and review amended agenda for 2/3/09
                      hearing                              0.20    40.00
       FAP  B134 A101 Revise AGL 2/3/09 hearing binder     0.60   120.00
       FAP  B134 A101 Review revised 1102(b)(3) order and finalize
                      with exhibits to submit at 2/3/09 hearing
                                                           0.20    40.00
       AGL  B134 A101 prepare for hearing on 1102(b)(3) motion
                                                           1.30   773.50

02/03/2009 FAP  B134 A101 discussion with A. Landis re: further revisions
                          to 1102(b)(3) order (.1); compile revised order
                          with exhibits for 2/3/09 hearing (.2)
                                                           0.30    60.00
       AGL  B134 A101 emails to and from lantry and mcmahon re: ust
                      changes to form of order (.3); review and
                      revise order re: same and prep for hearing (.9)
                                                           1.20   714.00
       AGL  B134 A101 prepare for (.7) and attend (1.0) omnibus
                      hearing                              1.70  1,011.50
       AGL  B134 A101 emails to and from deutsch re: hearing issues
                      (.3)                                 0.30   178.50

02/06/2009 AGL  B134 A101 call with counsel to capital source re: request
                          for committee bylaws             0.40   238.00

02/12/2009 FAP  B134 A101 Discussion with M. McGuire re: 2/3/09 hearing
                          transcript                       0.10    20.00

02/13/2009 FAP  B134 A101 Calls to/from court reporter re: 2/3/09 hearing
                          transcript                       0.10    20.00

698.001-25324.DOC
```

```
                                                                 Page: 8
Official Committee of Unsecured Creditors                 March 25, 2009
                                                       Account No:   698-001
                                                       Statement No:    9092
Tribune Company, et al. bankruptcy
```

|            |     |           |                                                                                                                                              | Hours |          |
|------------|-----|-----------|----------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 02/17/2009 | AGL | B134 A101 | emails to and from stickles, mcguire re: agenda listings re: ust objections to committee retentions                                          | 0.10  | 59.50    |
| 02/18/2009 | FAP | B134 A101 | Review notice of rescheduled hearing                                                                                                         | 0.10  | 20.00    |
| 02/19/2009 | AGL | B134 A101 | emails to and from stickles re: hearing agenda items (committee applications to retain lrc, chadbourne, moelis) status and reporting to court | 0.30  | 178.50   |
|            | FAP | B134 A101 | Review M. McGuire and K. Stickles emails re: status of committee professionals' retention applications for 2/20/09 hearing                   | 0.10  | 20.00    |
|            | FAP | B134 A101 | Review notice of agenda for 2/20/09 hearing                                                                                                  | 0.20  | 40.00    |
|            | FAP | B134 A101 | Discussion with A. Landis re: hearing binder for 2/20/09 hearing for matters going forward                                                   | 0.10  | 20.00    |
|            | FAP | B134 A101 | Prepare 2/20/09 hearing binders for A. Landis                                                                                                | 0.90  | 180.00   |
| 02/20/2009 | AGL | B134 A101 | prepare for (.6) and attend (1.2) omnibus hearing and in connection therewith, assist in negotiations re: moelis retention                   | 1.80  | 1,071.00 |
|            | MBM | B134 A101 | work with Landis to prepare for omnibus hearing                                                                                              | 3.60  | 1,332.00 |
| 02/26/2009 | FAP | B134 A101 | Emails to/from court reporter re: 2/3/09 hearing transcript                                                                                  | 0.10  | 20.00    |
|            |     |           | **B134 - Hearings**                                                                                                                          | **15.10** | **6,436.50** |
| 02/10/2009 | FAP | B136 A101 | Emails from/to M. McGuire re: draft first monthly fee application                                                                            | 0.10  | 20.00    |
| 02/12/2009 | FAP | B136 A101 | Review/revise January prebills                                                                                                               | 1.00  | 200.00   |
| 02/13/2009 | FAP | B136 A101 | Begin draft of LRC's first monthly fee application                                                                                           | 0.80  | 160.00   |
| 02/17/2009 | FAP | B136 A101 | Continue draft of LRC 1st monthly fee application                                                                                            | 0.50  | 100.00   |
| 02/18/2009 | FAP | B136 A101 | Continue draft of LRC's first monthly fee application and notice (.5); emails to/from M. Parikh re: same (.1)                                | 0.60  | 120.00   |
|            | FAP | B136 A101 | Emails to/from M. Parikh re: draft first monthly fee application                                                                             | 0.10  | 20.00    |
| 02/20/2009 | FAP | B136 A101 | Emails to/from M. Parikh re: edits to December and January prebills                                                                          | 0.10  | 20.00    |
|            | FAP | B136 A101 | Coordinate service for order granting LRC retention                                                                                          | 0.10  | 20.00    |
|            | MAP | B136 A101 | Continue revising draft bill for LRC 1st Monthly Fee App                                                                                     | 1.00  | 275.00   |
| 02/23/2009 | MMD | B136 A101 | Discussion with Parikh regarding December/January prebill                                                                                    | 0.10  | 20.00    |

698.001-25324.DOC

```
                                                                    Page:     9
Official Committee of Unsecured Creditors                   March 25, 2009
                                                          Account No:  698-001
                                                          Statement No:    9092
Tribune Company, et al. bankruptcy

                                                              Hours

        MMD   B136 A101  Discussion with Panchak regarding edits
                         December/January prebill                0.10     20.00
        FAP   B136 A101  Discussion with M. Parikh re: status of
                         revisions to Dec./Jan. prebills         0.10     20.00
        MMD   B136 A101  Discussions with Parikh regarding
                         December/January prebill                0.20     40.00
        MMD   B136 A101  Numerous revisions and time entry revisions o
                         December/January prebill                4.00    800.00
        MAP   B136 A101  Continue editing draft bill and correcting time
                         entries for LRC 1st Monthly Fee App (1.4);
                         discussions with Dero (.1) and Panchak (.1) re:
                         status of revisions to draft bill and to LRC
                         1st Monthly Fee App; Continue drafting LRC 1st
                         Monthly Fee App (2.2); Discussions with Dero
                         re: edits to draft bill (.3); review and edit
                         revised draft bill (.8); Continue drafting LRC
                         1st Monthly Fee App (1.1).              6.00  1,650.00

02/24/2009 FAP B136 A101 Discussion with M. Parikh re: status of LRC's
                         finals bills and first fee application 0.10     20.00
        FAP   B136 A101  Revise Notice of LRC's first fee application
                                                                 0.20     40.00
        MMD   B136 A101  Discussion with Parikh regarding prebill for
                         December/January time, costs            0.20     40.00
        MMD   B136 A101  Discussion with Mcateer regarding breakdown of
                         costs for December/January              0.10     20.00
        MMD   B136 A101  Discussion with Mcateer regarding break-down of
                         travel time                             0.10     20.00
        MMD   B136 A101  Further revisions to December/January prebill
                                                                 1.00    200.00
        FAP   B136 A101  Revisions to LRC's first monthly fee
                         application                             0.80    160.00
        MMD   B136 A101  Discussion with Panchak and Mcateer regarding
                         time entry                              0.10     20.00
        MMD   B136 A101  Finalize invoice for LRC First Monthly Fee
                         Application                             1.00    200.00
        MMD   B136 A101  Discussion with Parikh regarding time
                         categories                              0.10     20.00
        MAP   B136 A101  Review multiple emails to/from Landis and
                         McGuire re: timing of filing of LRC 1st Monthly
                         Fee App (.3); discussions with Panchak re:
                         status of LRC 1st Monthly Fee App (.2);
                         discussions with Dero re: edits to draft bill
                         (.2); discussions with McAteer re: client meals
                         and travel expense entries (.1); Continue
                         drafting LRC 1st Monthly Fee App (2.2);
                         discussions and emails with McGuire re: status
                         of same (.2); emails to/from Dero re: status of
                         final bill (.1); Continue preparing draft of
                         LRC 1st Monthly Fee App (.8); review, revise
                         and finalize draft of LRC 1st Monthly Fee App
                         (.3); prepare exhibits for same (.4).  4.80  1,320.00
        MBM   B136 A101  review bill for confidentiality, privilege and
                         adherence to local rules                1.20    444.00


698.001-25324.DOC
```

```
                                                                    Page:    10
Official Committee of Unsecured Creditors                     March 25, 2009
                                                              Account No:    698-001
                                                              Statement No:       9092
Tribune Company, et al. bankruptcy

                                                                    Hours
02/25/2009  AGL  B136 A101  review and revise lrc first monthly fee
                            application (1.4); conferences with mcguire and
                            parikh re: same and related issues (.3)     1.70    1,011.50
            FAP  B136 A101  File and coordinate service of LRC's first
                            monthly fee application                     0.60      120.00
            MBM  B136 A101  review and revise 1st monthly fee application 0.90    333.00
                                                                        -----  ---------
                 B136 - LRC Ret. & Fee Matters                         27.70    7,453.50

02/03/2009  FAP  B138 A101  Review D. Deutsch's email regarding revised
                            committee meeting time; calendar same       0.10       20.00

02/09/2009  FAP  B138 A101  Review D. Deutsch's email re: 2/12/09 committee
                            meeting                                     0.10       20.00

02/11/2009  FAP  B138 A101  Review D. Deutsch's email re: 2/12/09 committee
                            meeting agenda                              0.10       20.00
            MBM  B138 A101  meeting with co-counsel and debtors' counsel
                            re: case status                             1.10      407.00

02/12/2009  MBM  B138 A101  prepare for and attend weekly committee meeting
                            re: case status                             1.60      592.00

02/17/2009  FAP  B138 A101  Review J. Porter's emails re: additional
                            committee mtg. 2/17 and rescheduling of same 0.10      20.00
            MBM  B138 A101  conference call with committee professionals
                            re: case status                             0.90      333.00

02/25/2009  FAP  B138 A101  Briefly review and distribute 2/26/09 committee
                            meeting agenda                              0.10       20.00

02/27/2009  FAP  B138 A101  Briefly review committee meeting minutes of
                            2/12 and 2/18 and distribute same           0.10       20.00
                                                                        ----  ---------
                 B138 - Creditors' Cmte Mtgs                            4.20    1,452.00

02/23/2009  AGL  B140 A101  emails to and from creditor east river energy
                            re: claims trading, distribution and timing
                            issues                                      0.30      178.50
                                                                        ----   --------
                 B140 - Creditor Inquiries                              0.30      178.50

02/20/2009  FAP  B142 A101  Prepare supplemental chambers' package for
                            2/20/09 hearing re: supplemental declarations
                            and revised Moelis engagement letter        0.20       40.00
                                                                        ----   --------
                 B142 - Non-Working Travel                              0.20       40.00

02/02/2009  FAP  B144 A101  Correspondence to Deutsch regarding
                            notification of filing Moelis Retention
                            Application                                 0.10       20.00
            FAP  B144 A101  Prepare affidavit of service for Moelis'
                            retention application (.1); file same (.2)  0.30       60.00

02/11/2009  MBM  B144 A101  review memorandum re: retention of JMPSI     0.30     111.00
```

698.001-25324.DOC

```
                                                                    Page:  11
Official Committee of Unsecured Creditors                     March 25, 2009
                                                         Account No:  698-001
                                                         Statement No:   9092
Tribune Company, et al. bankruptcy

                                                                    Hours
02/17/2009 FAP   B144 A101  Retrieve and distribute Interim Comp. order to
                            M. McGuire                               0.10       20.00

02/18/2009 FAP   B144 A101  Emails to/from A. Landis re: fee examiner
                            orders and protocol for submission of fee apps
                            (.1); review S&W docket and orders appointing
                            fee auditor and order modifying interim
                            compensation procedures (.6)             0.70      140.00
           FAP   B144 A101  Retrieve and distribute examiner report to A.
                            Landis                                   0.10       20.00
           AGL   B144 A101  emails to and from helen lamb re: committee
                            member applications (.3); call with deutsch re:
                            same (.1); review and revise form of
                            application (.7)                         1.10      654.50
           MVG   B144 A101  Conference with Panchak regarding appointment
                            of fee auditor and procedure/protocol followed
                            in other fee auditor cases               0.20       40.00
           MVG   B144 A101  Retrieve & forward to Landis sample Committee
                            Member Expense Application               0.10       20.00

02/19/2009 FAP   B144 A101  Review H. Lamb and A. Landis emails re:
                            committee expense reimbursement (.1); review
                            form application for same (.1)           0.20       40.00
           FAP   B144 A101  Discussion with M. Girello re: application
                            process for committee members expenses   0.10       20.00
           FAP   B144 A101  Telephone call with H. Lamb re: application
                            process for committee members expenses   0.10       20.00
           MVG   B144 A101  Conference with Panchak regarding Committee
                            Member Expense Application               0.10       20.00

02/23/2009 FAP   B144 A101  Emails from/to H. Lamb re: draft committee
                            members' first application for reimbursement of
                            expenses; emails to M. Parikh            0.10       20.00
           FAP   B144 A101  Review draft committee members' first expense
                            reimbursement application and begin revisions
                            thereto (.3); email to/from M. McGuire re: same
                            (.1)                                     0.40       80.00
           FAP   B144 A101  Continue revising committee members' first
                            application for reimbursement of expenses 0.80     160.00
           AGL   B144 A101  emails to and from holtz, deutsch re: timing of
                            fee applications for sidley, alix partners 0.30    178.50
           MVG   B144 A101  Follow-up discussion w/F. Panchak re: Cmte.
                            Members' Expense App.                    0.10       20.00

02/24/2009 FAP   B144 A101  Review multiple emails re: filing date of first
                            fee applications for committee professionals 0.10  20.00
           FAP   B144 A101  Telephone call with H. Lamb re: confirm
                            objection date for first fee applications and
                            process for same                         0.10       20.00
           FAP   B144 A101  Telephone call with A. Leung re: AlixPartners
                            first fee application                    0.10       20.00
           FAP   B144 A101  Draft Notice of Chadbourne & Parke's first fee
                            application                              0.10       20.00
           FAP   B144 A101  Draft Notice of Committee Members first expense
                            reimbursement application                0.10       20.00

698.001-25324.DOC
```

```
                                                                    Page:   12
Official Committee of Unsecured Creditors                      March 25, 2009
                                                           Account No:  698-001
                                                           Statement No:   9092
Tribune Company, et al. bankruptcy

                                                                   Hours
        FAP   B144  A101  Draft Notice of AlixParters' first fee
                          application                               0.20     40.00

02/25/2009 FAP B144 A101  Emails from/to A. Leung and A. Holtz re:
                          certification for fee application and other
                          local requirements                        0.10     20.00
        FAP   B144  A101  Review A. Holtz emails re: timing for filing
                          AlixPartners' first fee application       0.10     20.00
        FAP   B144  A101  Revise Chadbourne & Parke's notice of first fee
                          application                               0.10     20.00
        FAP   B144  A101  Discussion with M. Parikh re: revisions to
                          professionals' notices of fee apps to include
                          fee examiner                              0.10     20.00
        FAP   B144  A101  Discussions with M. Parikh re: fee examiners
                          requirements for detail fees/expenses     0.10     20.00
        FAP   B144  A101  Revise committee members' notice of first
                          application                               0.20     40.00
        FAP   B144  A101  Revise AlixPartners' notice of first fee
                          application                               0.10     20.00
        FAP   B144  A101  Telephone call with H. Lamb re: committee
                          members' supporting vouchers for first
                          application                               0.10     20.00
        AGL   B144  A101  emails to and from deutsch, holtz re:
                          chadbourne fee application and alix partners
                          applications (.3); review and analyze
                          chadbourne application (.4); emails to and from
                          pernick re: fee examiner noticing issues (.1)  0.80    476.00
        FAP   B144  A101  File and coordinate service of committee
                          members' first application                0.60    120.00
        FAP   B144  A101  File and coordinate service of Chadbourne &
                          Parke's first fee application             0.80    160.00
        FAP   B144  A101  Compile committee members' supporting expense
                          vouchers in preparation of filing applications  0.20     40.00
        MBM   B144  A101  multiple correspondence with Holtz and Young
                          re: Alix fee application (.4); call from Young
                          re: same (.2); review of Chadbourne fee
                          application (.5); revise notice and prepare
                          same for filing (.4); review, revise and
                          prepare committee member expense application
                          for filing (.8)                           2.30    851.00
        MBM   B144  A101  review Chadbourne 1st fee app             0.40    148.00
        FAP   B144  A101  Review Chadbourne & Parke's first fee
                          application and prepare for filing same (.2);
                          emails to/from Helen Lamb re: same (.1)   0.30     60.00

02/26/2009 FAP B144 A101  Prepare affidavit of service for LRC,
                          Chadbourne and Committee members' first
                          application (.1); file same (.2)          0.30     60.00
        FAP   B144  A101  Briefly review proposed order appointing fee
                          examiner for fee/expense detail submission 0.20     40.00
        MBM   B144  A101  review committee member reimbursement request 0.30    111.00
                                                                   -----  --------
                          B144 - Non-LRC Ret. & Fee Matt           13.00  4,030.00
```

```
                                                                    Page:  13
Official Committee of Unsecured Creditors                    March 25, 2009
                                                        Account No:  698-001
                                                        Statement No:   9092
Tribune Company, et al. bankruptcy

                                                             Hours

02/23/2009 AGL   B146 A101 Call with debtors' professionals re: plan
                           issues                             1.10    654.50
                                                              ----   ------
                 B146 - Plan & Disclos. Stmt.                 1.10    654.50
                                                            ------ ---------
                 For Current Services Rendered              107.90 38,726.00
```

Official Committee of Unsecured Creditors                                    March 25, 2009
                                                                        Account No:  698-001
                                                                        Statement No:    9092
Tribune Company, et al. bankruptcy

## Task Code Recapitulation

|      |                                                      | **Fees** | **Hours** |
|------|------------------------------------------------------|---------:|----------:|
| B100 | Bankruptcy Task Codes                                |     0.00 |      0.00 |
| B114 | Assumption/Rejection of Leases and Contracts         |   333.00 |      0.90 |
| B120 | Business Operations                                  |   952.00 |      1.60 |
| B122 | Case Administration                                  | 2,495.00 |     10.50 |
| B128 | Fee/Employment Objections                            |14,344.00 |     32.70 |
| B130 | Financing/Cash Collateral                            |   357.00 |      0.60 |
| B134 | Hearings                                             | 6,436.50 |     15.10 |
| B136 | LRC Retention & Fee Matters                          | 7,453.50 |     27.70 |
| B138 | Creditors' Committee Meetings/Communications         | 1,452.00 |      4.20 |
| B140 | Creditor Inquiries                                   |   178.50 |      0.30 |
| B142 | Non-Working Travel                                   |    40.00 |      0.20 |
| B144 | Non-LRC Retention & Fee Matters                      | 4,030.00 |     13.00 |
| B146 | Plan and Disclosure Statement (including Business Plan) | 654.50 |      1.10 |
| **TOTAL** |                                                 |**38,726.00**|**107.90**|