# EXHIBIT "C"

Official Committee of Unsecured Creditors                                    March 25, 2009
                                                                          Account No:   698-001
                                                                          Statement No:     9092
Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Overtime Wages | 21.63 |
| Copying | 91.60 |
| Courier Fees | 861.50 |
| Outside Duplication Services | 2,180.23 |
| US Postage | 792.61 |
| Court Reporter fees | 66.00 |
| Transportation | 40.00 |
| | -------- |
| **Total Expenses Thru 02/28/2009** | **4,053.57** |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Client ID 698.001 Official Committee of Unsecured Creditors** | | | | | | | | |
| 698.001 | 01/05/2009 | AGL | U | B100 | E220 | | 30.00 Client Travel - Amtrak - Fort Washington, PA - AGL | 73 |
| Subtotal for Transaction Date 01/05/2009 | | | | | | Billable | 30.00 | |
| 698.001 | 01/06/2009 | AGL | U | B100 | E220 | | 10.00 Client Travel - WPA - Riverfront Parking, Wilmington, DE - Business Service - AGL | 74 |
| Subtotal for Transaction Date 01/06/2009 | | | | | | Billable | 10.00 | |
| 698.001 | 01/17/2009 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage - 29174 | 48 |
| Subtotal for Transaction Date 01/17/2009 | | | | | | Billable | 6.50 | |
| 698.001 | 01/30/2009 | AGL | U | B100 | E211 | | 750.75 Digital prints - Advance Digital Legal Services, LLC - 47969 | 46 |
| 698.001 | 01/30/2009 | AGL | U | B100 | E210 | | 241.08 US Postage # Digital Legal Services, LLC - 47969 | 47 |
| Subtotal for Transaction Date 01/30/2009 | | | | | | Billable | 991.83 | |
| 698.001 | 02/02/2009 | AGL | U | B100 | E101 | 0.100 | 1.60 Copying | 20 |
| 698.001 | 02/02/2009 | AGL | U | B100 | E101 | 0.100 | 14.50 Copying | 21 |
| 698.001 | 02/02/2009 | AGL | U | B100 | E101 | 0.100 | 9.20 Copying | 22 |
| 698.001 | 02/02/2009 | AGL | U | B100 | E216 | | 169.00 Courier Fee - Advance TriState Courier & Carriage - 29379 | 53 |
| Subtotal for Transaction Date 02/02/2009 | | | | | | Billable | 194.30 | |
| 698.001 | 02/03/2009 | AGL | U | B100 | E101 | 0.100 | 11.10 Copying | 23 |
| 698.001 | 02/03/2009 | AGL | U | B100 | E217 | | 66.00 Court Reporter fee Veritext New York Reporting Co. - Certified Transcript (NY256554) | 52 |
| 698.001 | 02/03/2009 | AGL | U | B100 | E216 | | 6.50 Courier Fee - Advance TriState Courier & Carriage - 29379 | 54 |
| 698.001 | 02/03/2009 | AGL | U | B100 | E216 | | 243.00 Courier Fee - Advance TriState Courier & Carriage - 29379 | 55 |
| 698.001 | 02/03/2009 | AGL | U | B100 | E211 | | 350.63 Outside printing - Advance Digital Legal Services, LLC - 47992 | 63 |
| 698.001 | 02/03/2009 | AGL | U | B100 | E210 | | 125.33 US Postage # Digital Legal Services, LLC - 47992 | 64 |
| Subtotal for Transaction Date 02/03/2009 | | | | | | Billable | 802.56 | |
| 698.001 | 02/12/2009 | AGL | U | B100 | E101 | 0.100 | 2.60 Copying | 24 |
| 698.001 | 02/12/2009 | AGL | U | B100 | E216 | | 5.00 Courier Fee - Advance TriState Courier & Carriage - 29444 | 5 |
| Subtotal for Transaction Date 02/12/2009 | | | | | | Billable | 7.60 | |
| 698.001 | 02/15/2009 | AGL | U | B100 | E209 | | 21.63 Overtime wages | 3 |
| Subtotal for Transaction Date 02/15/2009 | | | | | | Billable | 21.63 | |
| 698.001 | 02/17/2009 | AGL | U | B100 | E216 | | 243.00 Courier Fee - Advance TriState Courier & Carriage - 29513 | 5 |
| 698.001 | 02/17/2009 | AGL | U | B100 | E211 | | 100.04 Outside printing - Advance Digital Legal Services, LLC - 48179 | 6 |
| 698.001 | 02/17/2009 | AGL | U | B100 | E210 | | 90.00 US Postage # Digital Legal Services, LLC - 48179 | 6 |
| Subtotal for Transaction Date 02/17/2009 | | | | | | Billable | 433.04 | |
| 698.001 | 02/18/2009 | AGL | U | B100 | E211 | | 100.04 Outside printing - Advance Digital Legal Services, LLC - 48198 | 6 |
| 698.001 | 02/18/2009 | AGL | U | B100 | E210 | | 90.00 US Postage # Digital Legal Services, LLC - 48198 | 6 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|
| Client ID 698.001 Official Committee of Unsecured Creditors | | | | | | | | |
| Subtotal for Transaction Date 02/18/2009 | | | | | Billable | 190.04 | | |
| 698.001 | 02/19/2009 | AGL | U | B100 E101 | 0.100 | 7.20 | Copying | 36 |
| 698.001 | 02/19/2009 | AGL | U | B100 E216 | | 149.50 | Courier Fee - Advance TriState Courier & Carriage - 29513 | 59 |
| Subtotal for Transaction Date 02/19/2009 | | | | | Billable | 156.70 | | |
| 698.001 | 02/20/2009 | AGL | U | B100 E101 | 0.100 | 24.00 | Copying | 37 |
| 698.001 | 02/20/2009 | AGL | U | B100 E101 | 0.100 | 8.60 | Copying | 38 |
| 698.001 | 02/20/2009 | AGL | U | B100 E101 | 0.100 | 7.40 | Copying | 39 |
| 698.001 | 02/20/2009 | AGL | U | B100 E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 29513 | 60 |
| 698.001 | 02/20/2009 | AGL | U | B100 E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 29513 | 61 |
| 698.001 | 02/20/2009 | AGL | U | B100 E211 | | 650.23 | Outside printing - Advance Digital Legal Services, LLC - 48256 | 69 |
| 698.001 | 02/20/2009 | AGL | U | B100 E210 | | 212.40 | US Postage # Digital Legal Services, LLC - 48256 | 70 |
| Subtotal for Transaction Date 02/20/2009 | | | | | Billable | 915.63 | | |
| 698.001 | 02/24/2009 | AGL | U | B100 E101 | 0.100 | 2.70 | Copying | 44 |
| 698.001 | 02/24/2009 | AGL | U | B100 E101 | 0.100 | 2.70 | Copying | 45 |
| Subtotal for Transaction Date 02/24/2009 | | | | | Billable | 5.40 | | |
| 698.001 | 02/25/2009 | AGL | U | B100 E211 | | 228.54 | Outside printing - Advance Digital Legal Services, LLC - 48298 | 71 |
| 698.001 | 02/25/2009 | AGL | U | B100 E210 | | 33.80 | US Postage # Digital Legal Services, LLC - 48298 | 72 |
| Subtotal for Transaction Date 02/25/2009 | | | | | Billable | 262.34 | | |
| 698.001 | 02/26/2009 | AGL | U | B100 E216 | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 29604 | 62 |
| Subtotal for Transaction Date 02/26/2009 | | | | | Billable | 26.00 | | |
| Total for Client ID 698.001 | | | | | Billable | 4,053.57 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy | |
| | | | | | GRAND TOTALS | | | |
| | | | | | Billable | 4,053.57 | | |