# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 25, 2009  03:00 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matter:*

Omnibus

**R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#1, 2 and 3 - Continued
#4 thru 7 - Orders Entered
#8, 9, 10 - Orders Signed