# SCHEDULE 1

| Landlord Name | Leased Property | Leased Property City, State |
|---|---|---|
| SpectraSite | Charter Comm/STL MXW | Affton, MO |
| Alpine Tower Company | Alpine Tower-Microwave and Back up Trans | Alpine, NJ |
| Sarkes Tarzian | 10205 Highland | Bloomington, IN |
| New Orleans Hearst/Argyle | 221 East Josephine St. | Chalmette, LA |
| WETA | Tower Space Lease | Chambersburg, PA |
| W2007 Golub JHC Realty LLC | John Hancock Center, 875 North Michigan Avenue | Chicago, IL |
| 233 Broadcast LLC | Sears Tower, 233 South Wacker Drive, 98th Floor | Chicago, IL |
| Richland Towers, Inc. | Richland Towers, Inc., Towers/Trans | Cedar Hill, TX |
| Jon Kimmons | 2420 79th Ave | Everett, WA |
| Communications Site Management LLC | WTXX DT12 Rattlesnake Mountain | Farmington, CT |
| 315 Trumball Street Associates, LLC | 315 Trumbull Street | Hartford, CT |
| CMP Merger Co. | 5396 Brummer Lane | York, PA |
| Olympic Resources Management | W Peak of Gold Mountain | Kitsap City, WA |
| U.S. Forest Service | USDA/Forest Service | Los Angeles, CA |
| WFOR-TV | WFOR (CBS TV STATIONS), 1255 N.W. 210th Street | Miami, FL |
| Entercom Portland LLC | 36299 S Dickey Prairie Rd | Molalla, OR |
| Makah Indian Tribe | Doppler Radar Site | Neah Bay, WA |
| SpectraSite | Tower and Building Space | New Orleans, LA |
| Empire State Building Company, LLC | 350 Fifth Avenue | New York, NY |
| American Tower, L.P. | 310 Domino Ln | Philadelphia, PA |
| American Tower Corporation | 329 Domino Ln | Philadelphia, PA |
| Sylvan Tower Co., LLC | Sylvan Tower Co. LLC / Sylvan Tower DTV Transmitte | Portland, OR |
| KKSN Inc. | Entercom Portland / High Camp Tower Space Lease | Molalla, OR |
| Communications Site Management LLC | WTIC-TV Rattlesnake Mtn. NTSC61 | Rattlesnake Mtn., CT |
| Communications Site Management LLC | Rattlesnake Mountain | Farmington, CT |
| McGraw-Hill Broadcasting | McGraw-Hill - Transmitter Site | San Diego, CA |
| Hearing, Speech, and Deafness Center | 1618 18th Ave. | Seattle, WA |
| SpectraSite Broadcast Group, Inc. | SpectraSite/DTV Tower-XMTR, 7555 Mackenzie Rd. | St. Louis, MO |
| Rosa Rio, LLC | 1400 Twin Cities Rd | Walnut Grove, CA |
| The District of Columbia | John Hughes Tower, Parcel 101/55 | Washington, DC |
| Fred A. Smith Company | Roof Space - Fred A. Smith Company | Washington, DC |