# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC
COURTROOM LOCATION: 5
DATE: March 25, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| Jeff Waxman | Morris James | Zurich American Ins. Co. |
| T. Max Riffin | Richards Layton + Finger | JPMorgan |
| John Stroud | Wansh Carlyle | Greatbanc |
| Ken Kansa | Sidney Austin | Debtors |
| Rafael Zahralddin | Elliott Greenleaf | Jon Van Sunay |
| R. Craig Martin | Edwards Angell Palmer & Dodge | Barclay |
| Douglas Deutsch | Chadbourne & Parke | Creditors Committee |
| Matthew McGuire | Landis Rath + Cobb | " " |
| Kate Stickles | Cole Schotz | Debtors |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey

Calendar Date: 03/25/2009
Calendar Time: 03:00 PM

#5

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2727374 | D'Lisia Bergeron | (213) 896-6755 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727260 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727830 | Gary A. Bresee | 415-743-3708 | Barger & Wolen, LLP | Creditor, Travelers Insurance / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727262 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727254 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727252 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727251 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727257 | Nils Larsen | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2727263 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2728693 | David J. Yadegar | (212) 672-4663 | David J. Yadegar-In Pro Per | Interested Party, David Yadegar / LISTEN ONLY |