IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: <br><br> TRIBUNE COMPANY, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF PENNSYLVANIA ) | |
| : | ss.: |
| COUNTY OF PHILADELPHIA ) | |

GAYLE C. SPROUL, being duly sworn, deposes and says:

1. I am a partner in the firm of Levine Sullivan Koch & Schulz, L.L.P. (the "Firm"), which maintains offices at 1050 17th Street, N.W., Suite 800, Washington, DC 20036, 321 West 44th Street, Suite 510, New York, NY 10036, 2112 Walnut Street, Third Floor, Philadelphia, PA 19103, and 1888 Sherman Street, Suite 370, Denver, CO 80203.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); Chicagoland Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4277); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTLX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. I filed on February 17, 2009 on behalf of the Firm an Affidavit of Ordinary Course Professional ("Original Affidavit"). At the time that I executed that Affidavit, I believed that the Firm did not hold a retainer from Tribune and so attested. Original Affidavit, ¶ 10. I have now learned otherwise and therefore submit this Supplemental Affidavit to correct the information regarding the retainer held by the Firm and other relevant prepetition payments made by Tribune to the Firm.

3. On December 5, 2008, the Firm received funds via wire transfer in the amount of $30,000 to be used to pay future Tribune invoices ("the Retainer").

4. As of the date of this Supplemental Affidavit, the Firm has charged invoices in the amounts below against the Retainer:

| | |
|---|---:|
| (1) January Invoices (for December 2008 time): | $4,834.00 |
| (2) February Invoices (for January 2009 time): | 1,667.46 |
| (3) March Invoices (for February 2009 time): | 1,230.50 |
| **TOTAL** | $7,781.96 |

5. As of the date of this Supplemental Affidavit, the amount remaining on the Retainer is $22,218.04.

6. Also on December 5, 2008, the Firm received a payment in the amount of $18,866.00, which was a duplicate payment for invoices already paid. That amount has been refunded to Tribune.

7. Also on December 5, 2008, the Firm received an overpayment in the amount of $1,000 overpayment included in a payment in the amount of $117,543.70 for outstanding invoices and work in progress. However, the correct figure owed for

amounts owed for outstanding invoices and work in progress was $116,543.70. The $1,000 overpayment has been refunded to Tribune.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2009

_____
Gayle C. Sproul

Sworn to and subscribed before me this

26th day of March 2009

_____
Notary Public

> COMMONWEALTH OF PENNSYLVANIA
> NOTARIAL SEAL
> ERNEST J. BUCCINO, Notary Public
> City of Philadelphia, Phila. County
> My Commission Expires March 25, 2013