# EXHIBIT A

## (Fee Statement)

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771940

PHJ&W Tax ID No. 95-2209675

### SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2009 | $12,999.00 |
| Costs incurred and advanced | 27.65 |
| **Current Fees and Costs** | **$13,026.65** |
| **Total Balance Due** | **$13,026.65** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

March 24, 2009

Please refer to
Invoice Number: 1771940

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2009 | $12,999.00 |
| Costs incurred and advanced | 27.65 |
| **Current Fees and Costs Due** | **$13,026.65** |
| **Total Balance Due** | **$13,026.65** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771940

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Post-Petition General Matter**                                          **$12,999.00**

**B110  Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/03/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1); respond to team attorney's request for case documents (0.1) | 0.20 | 320.00 | 64.00 |
| 02/04/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/05/09 | RPR | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |

Tribune Company                                                                                          Page 2
75245-00001
Invoice No. 1771940

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/06/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/09/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/10/09 | DRB5 | Review case docket for recently filed documents regarding parties' service and representation information (3.1) | 3.10 | 60.00 | 186.00 |
| 02/10/09 | RPR | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/11/09 | RPR | Review Tribune Company case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/12/09 | RPR | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/13/09 | RPR | Review Tribune case docket, compile and forward updated list of recent filings to team attorneys (0.1) | 0.10 | 320.00 | 32.00 |
| 02/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 02/20/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |

Tribune Company                                                                                              Page 3

75245-00001

Invoice No. 1771940

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/20/09 | RPR | Finalize Tribune Co audit letter response for submittal to Pricewaterhouse (0.5) | 0.50 | 320.00 | 160.00 |
| 02/23/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 02/24/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 02/25/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 02/26/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 02/27/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| | **Subtotal: B110   Case Administration** | | **5.60** | | **915.50** |

**B120   Asset Analysis and Recovery**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/24/09 | RPR | Review Tribune case docket for any miscellaneous asset sale or related pleadings (0.9); review status with K. Newmarch regarding same (0.1) | 1.00 | 320.00 | 320.00 |
| | **Subtotal: B120   Asset Analysis and Recovery** | | **1.00** | | **320.00** |

**B133   Auction of Assets**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/08/09 | RAC6 | Review research under Ames doctrine regarding leased property clean-up costs (0.4) | 0.40 | 895.00 | 358.00 |
| | **Subtotal: B133   Auction of Assets** | | **0.40** | | **358.00** |

Tribune Company                                                                                          Page 4
75245-00001
Invoice No. 1771940

## B155   Court Hearings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/23/09 | KDN | Discuss information for February 26, 2009 hearing with S. Tybor (0.1) | 0.10 | 635.00 | 63.50 |
| | | **Subtotal: B155   Court Hearings** | **0.10** | | **63.50** |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/01/09 | RAC6 | Review and revise supplemental declaration (0.2) | 0.20 | 895.00 | 179.00 |
| 02/02/09 | KDN | Draft responsive e-mails (x2) to K. Stickles regarding Paul Hastings' supplemental affidavit and revised retention application order (0.1) | 0.10 | 635.00 | 63.50 |
| 02/06/09 | RPR | Work on December billing statement (0.8) | 0.80 | 320.00 | 256.00 |
| 02/09/09 | KDN | Draft responsive e-mail to C. Brich regarding Tribune billing matters (0.1) | 0.10 | 635.00 | 63.50 |
| 02/09/09 | RPR | Work on December billing statement (0.9) | 0.90 | 320.00 | 288.00 |
| 02/12/09 | CMA3 | Revise December fee statement billing narratives (1.2) | 1.20 | 515.00 | 618.00 |
| 02/18/09 | RPR | Work on January billing statements (0.8) | 0.80 | 320.00 | 256.00 |
| 02/19/09 | KDN | Review December and January monthly billing memos (0.2); discuss December and January monthly bills with D. Perlman (0.1) | 0.30 | 635.00 | 190.50 |
| 02/19/09 | RPR | Work on December (0.7) and January (0.9) billing statements | 1.60 | 320.00 | 512.00 |
| 02/20/09 | KDN | Review information regarding January billing statements (0.1) | 0.10 | 635.00 | 63.50 |

Tribune Company                                                                          Page 5
75245-00001
Invoice No. 1771940

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/20/09 | RPR | Work on first monthly fee statement (1.2) | 1.20 | 320.00 | 384.00 |
| 02/23/09 | KDN | Discuss ordinary course retention matters with D. Perlman (0.2); review ordinary course professional documents (0.3); telephone call with R. Chesley regarding ordinary course professional motion (0.1); draft email to R. Chesley regarding open items regarding ordinary course professionals (0.3) | 0.90 | 635.00 | 571.50 |
| 02/23/09 | RPR | Work on first monthly fee statement (1.3) and exhibit charts (1.6) | 2.90 | 320.00 | 928.00 |
| 02/24/09 | KDN | Review January monthly bills (0.1) | 0.10 | 635.00 | 63.50 |
| 02/24/09 | RPR | Work on first monthly fee statement charts (1.4) | 1.40 | 320.00 | 448.00 |
| 02/25/09 | KDN | Discuss ordinary course retention matter with D. Perlman and R. Chesley (0.1) | 0.10 | 635.00 | 63.50 |
| 02/25/09 | RPR | Further work on first monthly fee statement (3.1), charts (1.9) and exhibits (1.3) for same; forward completed document to K. Newmarch (0.1) | 6.40 | 320.00 | 2,048.00 |
| 02/26/09 | CMA3 | Prepare Paul Hastings fee application for filing (2.1); communicate with K. Newmarch regarding same (0.2) | 2.30 | 515.00 | 1,184.50 |
| 02/26/09 | KDN | Discuss fee application with C. Auty (0.1); further discuss monthly fee application information with C. Auty (0.1); review Tribune fee application (0.2); edit monthly fee application (0.5); discuss broker retention matter and monthly fee application with D. Perlman (0.1); discuss monthly fee application with C. Auty (0.1) | 1.10 | 635.00 | 698.50 |

Tribune Company                                                                Page 6

75245-00001
Invoice No. 1771940

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/27/09 | CMA3 | Further revise fee application (0.6); communicate with local counsel regarding same (0.2) | 0.80 | 515.00 | 412.00 |
| | Subtotal: B160   Fee/ Employment Applications | | 23.30 | | 9,291.50 |

## B210   Business Operations

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/24/09 | JSR6 | Work on matters regarding dissolution of a subsidiary (0.5) | 0.50 | 675.00 | 337.50 |
| 02/25/09 | SET2 | Email correspondence with T. Ferrintino and J. Rheeling regarding dissolution of a subsidiary | 0.50 | 300.00 | 150.00 |
| 02/26/09 | SET2 | Finalize dissolution article for a subsidiary | 0.50 | 300.00 | 150.00 |
| | Subtotal: B210   Business Operations | | 1.50 | | 637.50 |

## B220   Employee Benefits/Pensions

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/09 | KDN | Telephone call with R. Eckert, C. Bals and plan advisors regarding PBGC request for pension plan information (0.5) | 0.50 | 635.00 | 317.50 |
| | Subtotal: B220   Employee Benefits/ Pensions | | 0.50 | | 317.50 |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/09 | GES3 | Review docket filings (0.3); correspondence with S. Pater regarding property sales (0.1); conference with J. Rheeling regarding property sale transactions (0.1) | 0.50 | 810.00 | 405.00 |

Tribune Company                                                                          Page 7
75245-00001
Invoice No. 1771940

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/09 | RAC6 | Participate in real estate lease analysis call with S. Pater and Tribune representatives (0.5) | 0.50 | 895.00 | 447.50 |
| 02/05/09 | GES3 | Review materials regarding sale transaction order and encumbrance issues (0.3) | 0.30 | 810.00 | 243.00 |
| | Subtotal: B250   Real Estate | | **1.30** | | **1,095.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.80 | 810.00 | 648.00 |
| RAC6 | Richard A. Chesley | PARTNER | 1.10 | 895.00 | 984.50 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 675.00 | 337.50 |
| CMA3 | Christian M. Auty | ASSOCIATE | 4.30 | 515.00 | 2,214.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 3.40 | 635.00 | 2,159.00 |
| ALE | Allison L. Eissing | PARALEGAL | 0.60 | 260.00 | 156.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 18.60 | 320.00 | 5,952.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 1.00 | 300.00 | 300.00 |
| DRB5 | Daniel R. Breslin | OTHER TIMEKEEPR | 3.10 | 60.00 | 186.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 0.30 | 205.00 | 61.50 |

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 02/20/2009 | DJP2 | Facsimile | 5 | 1.00 | 5.00 |
| 02/28/2009 | PHJW | Cell Phone - 12/12/08 - 1/11/09;USD Cell phone charges RAC6 Richard Chesley;Jan 11, 2009 Cell Phone Expense | | | 21.35 |
| 02/18/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |

Tribune Company                                                             Page 8
75245-00001
Invoice No. 1771940

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 02/20/2009 | PHJW | Long Distance Telephone Charges | | | 1.00 |
| 02/23/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 02/26/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | $27.65 |

**Current Fees and Costs**                                      $13,026.65

**Total Balance Due**                                           $13,026.65

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771941

PHJ&W Tax ID No. 95-2209675

### SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                                    $6,354.50

**Current Fees and Costs Due**                                             $6,354.50

**Total Balance Due**                                                      $6,354.50

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771941

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                                  $6,354.50
         **Current Fees and Costs Due**                                  **$6,354.50**
         **Total Balance Due**                                           **$6,354.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771941

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

<u>34th Street Lease</u>                                                                 $6,354.50

**B185  Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/02/09 | TJC3 | Review correspondence from D. Kazan regarding Insertco lease and address matters regarding same (0.1) | 0.10 | 580.00 | 58.00 |
| 02/19/09 | TJC3 | Work on matters regarding 34th Street sublease (1.4) | 1.40 | 580.00 | 812.00 |
| | Subtotal:  B185   Assumption/ Rejection of Leases and Contracts | | 1.50 | | 870.00 |

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/03/09 | GES3 | Review and draft correspondence regarding Insertco lease (0.2); review Insertco lease terms and materials (0.4) | 0.60 | 810.00 | 486.00 |
| 02/18/09 | DJP2 | Review structure of deal (0.6); correspondence with client regarding structure (0.2) | 0.80 | 790.00 | 632.00 |

Tribune Company                                                                    Page 2
75245-00002
Invoice No. 1771941

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/19/09 | DJP2 | Review formation agreement and structure (1.6); formulate strategy with client (1.2); call with client regarding same (0.6) | 3.40 | 790.00 | 2,686.00 |
| 02/20/09 | DJP2 | Review structure to implement strategy (1.7) | 1.70 | 790.00 | 1,343.00 |
| 02/26/09 | JSR6 | Review Newsday formation agreement regarding 34th Street lease (0.5) | 0.50 | 675.00 | 337.50 |
| | | **Subtotal:  B250   Real Estate** | **7.00** | | **5,484.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 5.90 | 790.00 | 4,661.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 0.60 | 810.00 | 486.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 675.00 | 337.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 1.50 | 580.00 | 870.00 |

**Current Fees and Costs**                              $6,354.50

**Total Balance Due**                                   $6,354.50

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771942

PHJ&W Tax ID No. 95-2209675

### SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $16,571.00 |
| **Current Fees and Costs Due** | **$16,571.00** |
| **Total Balance Due** | **$16,571.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company                                 March 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                          Please refer to
Chicago, IL 60611-4096                          Invoice Number: 1771942

Attn: David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

### REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                    $16,571.00
          **Current Fees and Costs Due**                   **$16,571.00**
          **Total Balance Due**                            **$16,571.00**

**Wiring Instructions:**                  **Remittance Address:**
   Bank of America                           Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                          191 N. Wacker Drive
   CHIPS Address:  0959                       30th Floor
   SWIFT Address:  BOFAUS3N                   Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771942

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Lease Rejections**                                                     $16,571.00

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/06/09 | DJP2 | Review lease issues on CLTV (0.8) | 0.80 | 790.00 | 632.00 |
| 02/06/09 | GES3 | Correspondence and telephone conference with R. Chesley regarding lease and property condition issues (0.5); review research materials regarding lease terms and property condition (0.7); review CL lease documents (0.6); review damage issue materials (0.3) | 2.10 | 810.00 | 1,701.00 |
| 02/07/09 | CMA3 | Research regarding treatment of claims status for damages resulting from leases (2.7); draft email to R. Chesley summarizing same (0.7) | 3.40 | 515.00 | 1,751.00 |
| 02/07/09 | RAC6 | Review WCLT lease (0.6) | 0.60 | 895.00 | 537.00 |
| 02/08/09 | CMA3 | Draft email to R. Chesley regarding claim treatment of damages from leases (0.6) | 0.60 | 515.00 | 309.00 |

Tribune Company                                                                              Page 2
75245-00003
Invoice No. 1771942

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/11/09 | GES3 | Review lease materials regarding property condition (0.2); telephone conference with K. Kansa, J. Samaras, S. Pater, K. Hackett and R. Chesley regarding timing for lease matters, assumptions and premises questions (0.7); review S. Pater and R. Chesley correspondence regarding damage claims (0.2); review and draft correspondence with K. Hackett regarding rent and insurance payments (0.2); review correspondence from landlord regarding same (0.2); correspondence with K. Hackett regarding environmental issues in lease (0.2); review lease document regarding environmental provisions (0.8) | 2.50 | 810.00 | 2,025.00 |
| 02/11/09 | RAC6 | Telephone call with S. Pater, K. Kansa of Sidley and others regarding analysis of lease matters and overview of rejection/assumption timeline (0.6) | 0.60 | 895.00 | 537.00 |
| 02/17/09 | GES3 | Correspondence with R. Chesley regarding lease matters and environmental questions (0.1) | 0.10 | 810.00 | 81.00 |
| 02/22/09 | DMS5 | Legal research regarding alteration of lease rejection period (0.6) | 0.60 | 360.00 | 216.00 |
| **Subtotal:** | | **B185   Assumption/ Rejection of Leases and Contracts** | **11.30** | | **7,789.00** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/09 | DJP2 | Review leases on CLTV and 34th Street (1.6) | 1.60 | 790.00 | 1,264.00 |
| 02/02/09 | GES3 | Correspondence with S. Pater regarding sublease matters (0.1) | 0.10 | 810.00 | 81.00 |

Tribune Company                                                                 Page 3
75245-00003
Invoice No. 1771942

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/09 | TJC3 | Review correspondence from S. Pater regarding Tribune subleases (0.1) | 0.10 | 580.00 | 58.00 |
| 02/04/09 | GES3 | Review co-tenancy lease terms (0.3); telephone conference with S. Pater, K. Hackett, D. Kazan, J. Samars and R. Chesley regarding lease arrangements and issues (0.6); review correspondence and lease materials regarding parking obligations (0.2); draft correspondence with K. Hackett regarding same (0.2); review information regarding KLTV lease (0.3); review original acquisition documents and landlord's consent (0.3) | 1.90 | 810.00 | 1,539.00 |
| 02/05/09 | GES3 | Review correspondence from D. Kazan and D. Perlman regarding landlord consent documents (0.1); review and draft correspondence with S. Pater regarding lease and restoration issues (0.4); conferences with R. Chesley regarding same (0.2) | 0.70 | 810.00 | 567.00 |
| 02/09/09 | GES3 | Correspondence with R. Chesley regarding property turnover issues and conditions (0.2); review case law regarding same (0.4) | 0.60 | 810.00 | 486.00 |
| 02/10/09 | CMA3 | Communicate with G. Spitzer regarding caselaw addressing claim classification of contractual obligation in leases (0.2) | 0.20 | 515.00 | 103.00 |
| 02/10/09 | GES3 | Review lease agreement and amendments regarding turnover obligations (0.3); review additional case law regarding lease obligations, lease turnover and damage claims (0.4); telephone conference with R. Chesley regarding same (0.1) | 0.80 | 810.00 | 648.00 |
| 02/11/09 | DJP2 | Review specific lease provisions (0.7) | 0.70 | 790.00 | 553.00 |

Tribune Company                                                                Page 4
75245-00003
Invoice No. 1771942

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/12/09 | GES3 | Correspondence with S. Pater regarding environmental issues (0.1); review lease agreement regarding environmental provisions (0.4) | 0.50 | 810.00 | 405.00 |
| 02/17/09 | GES3 | Review California lease agreement and amendment regarding environmental matter (1.1); correspondence with S. Pater regarding same (0.4) | 1.50 | 810.00 | 1,215.00 |
| 02/18/09 | GES3 | Review lease and environmental materials (0.8); correspondence with R. Chesley regarding same (0.1); correspondence with S. Pater regarding environmental matters (0.1) | 1.00 | 810.00 | 810.00 |
| 02/19/09 | GES3 | Review summary correspondence regarding lease negotiation and strategy for New York property (0.3); conference with D. Perlman and T. Chandran regarding lease and sublease issues (0.4); review correspondence from S. Pater and D. Eldersveld regarding lease issues and strategy (0.2) | 0.90 | 810.00 | 729.00 |
| 02/20/09 | GES3 | Correspondence with T. Chandran and D. Perlman regarding sublease issues (0.2); correspondence with S. Pater and D. Eldersveld regarding guaranty issues (0.2) | 0.40 | 810.00 | 324.00 |
| **Subtotal: B250   Real Estate** | | | **11.00** | | **8,782.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 3.10 | 790.00 | 2,449.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 13.10 | 810.00 | 10,611.00 |
| RAC6 | Richard A. Chesley | PARTNER | 1.20 | 895.00 | 1,074.00 |
| CMA3 | Christian M. Auty | ASSOCIATE | 4.20 | 515.00 | 2,163.00 |

Tribune Company                                                                Page 5
75245-00003
Invoice No. 1771942

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DMS5 | Daniel M. Simon | ASSOCIATE | 0.60 | 360.00 | 216.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.10 | 580.00 | 58.00 |

**Current Fees and Costs**                                         $16,571.00

**Total Balance Due**                                              $16,571.00

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771944

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### Real Estate Taxation Matters
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $2,193.00 |
| **Current Fees and Costs Due** | **$2,193.00** |
| **Total Balance Due** | **$2,193.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771944

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                    $2,193.00
      **Current Fees and Costs Due**           **$2,193.00**
      **Total Balance Due**              **$2,193.00**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771944

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Real Estate Taxation Matters**                                   $2,193.00

### B240  Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/19/09 | DJP2 | Call with client regarding Cook County taxes (0.6); call with Norman Quinn (0.8) | 1.40 | 790.00 | 1,106.00 |
| 02/19/09 | GES3 | Telephone conference with S. Pater, K. Hackett, N. Quinn and D. Perlman regarding real estate tax payment issues (0.7); follow up conference call with N. Quinn and D. Perlman regarding tax counsel and coordination (0.2) | 0.90 | 810.00 | 729.00 |
| 02/19/09 | RAC6 | Participate in real estate tax call (0.4) | 0.40 | 895.00 | 358.00 |
| | **Subtotal:  B240  Tax Issues** | | **2.70** | | **2,193.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.40 | 790.00 | 1,106.00 |

Tribune Company                                                                    Page 2
75245-00006
Invoice No. 1771944

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.90 | 810.00 | 729.00 |
| RAC6 | Richard A. Chesley | PARTNER | 0.40 | 895.00 | 358.00 |

**Current Fees and Costs**                                    $2,193.00

**Total Balance Due**                                         $2,193.00

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

*PaulHastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771945

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**L.A. Times**
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009             $1,012.50
        **Current Fees and Costs Due**        **$1,012.50**
        **Total Balance Due**        **$1,012.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771945

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

<u>L.A. Times</u>
PHJ&W LLP File# 75245-00008
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009 | $1,012.50
**Current Fees and Costs Due** | **$1,012.50**
**Total Balance Due** | **$1,012.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771945

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**L.A. Times**                                                                $1,012.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/18/09 | JSR6 | Review letter from Los Angeles County Assessor regarding conveyance of Los Angeles Times property (1.0); telephone conference with C. Rantins of Los Angeles County Assessor's office regarding same (0.5) | 1.50 | 675.00 | 1,012.50 |
| | **Subtotal:  B250   Real Estate** | | **1.50** | | **1,012.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.50 | 675.00 | 1,012.50 |

**Current Fees and Costs**                                                    $1,012.50

Tribune Company                                                    Page 2
75245-00008
Invoice No. 1771945


        **Total Balance Due**                           $1,012.50

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
            Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771946

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $4,725.00 |
| **Current Fees and Costs Due** | **$4,725.00** |
| **Total Balance Due** | **$4,725.00** |

Wiring Instructions:
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Remittance Address:
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                   March 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                            Please refer to
Chicago, IL 60611-4096                            Invoice Number: 1771946

Attn: David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

## REMITTANCE COPY

<u>St. Louis</u>
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                        $4,725.00
                     **Current Fees and Costs Due**            **$4,725.00**
                         **Total Balance Due**                **$4,725.00**

**Wiring Instructions:**                  **Remittance Address:**
  Bank of America                         Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                        191 N. Wacker Drive
  CHIPS Address:  0959                     30th Floor
  SWIFT Address:  BOFAUS3N                 Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771946

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

__St. Louis__                                                                    $4,725.00

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/09 | JSR6 | Analyze purchase and sale agreement issues in connection with bankruptcy filing (1.5) | 1.50 | 675.00 | 1,012.50 |
| 02/03/09 | JSR6 | Matters regarding finalizing purchase and sale agreement (1.0) | 1.00 | 675.00 | 675.00 |
| 02/04/09 | JSR6 | Telephone conference with M. DeSantis regarding transaction (0.8); review purchase and sale agreement regarding potential modification (1.2) | 2.00 | 675.00 | 1,350.00 |
| 02/11/09 | JSR6 | Telephone conference with S. Pater, M. DeSantis and D. DeSantis regarding status of transaction (0.4); revise purchase and sale agreement (2.1) | 2.50 | 675.00 | 1,687.50 |
| | Subtotal:  B250   Real Estate | | 7.00 | | 4,725.00 |

Tribune Company                                                      Page 2
75245-00010
Invoice No. 1771946

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 7.00 | 675.00 | 4,725.00 |

|  |  |
|--|--|
| **Current Fees and Costs** | **$4,725.00** |
| **Total Balance Due** | **$4,725.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771947

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $30,429.00 |
| **Current Fees and Costs Due** | **$30,429.00** |
| **Total Balance Due** | **$30,429.00** |

<u>**Wiring Instructions:**</u>
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

<u>**Remittance Address:**</u>
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771947

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

<u>KTLA</u>
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2009 | $30,429.00 |
| **Current Fees and Costs Due** | **$30,429.00** |
| **Total Balance Due** | **$30,429.00** |

<u>**Wiring Instructions:**</u>
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

<u>**Remittance Address:**</u>
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

*Paul Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771947

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

## KTLA                                                                $30,429.00

### B110  Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/09 | RAC6 | Telephone call with K. Kansa, D. Perlman and others regarding KTLA strategy (0.3) | 0.30 | 895.00 | 268.50 |
| | Subtotal: B110 Case Administration | | 0.30 | | 268.50 |

### B185  Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/19/09 | KDN | Discuss lease provisions with J. Bender (0.1); discuss potential lease claims with J. Bender, D. Perlman and G. Spitzer (0.2) | 0.30 | 635.00 | 190.50 |
| | Subtotal: B185 Assumption/ Rejection of Leases and Contracts | | 0.30 | | 190.50 |

### B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

Tribune Company                                                                    Page 2
75245-00013
Invoice No. 1771947

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/02/09 | DJP2 | Call with client (0.4); review lease termination options (0.9) | 1.30 | 790.00 | 1,027.00 |
| 02/04/09 | DJP2 | Call to client regarding strategy for KTLA lease (0.4) | 0.40 | 790.00 | 316.00 |
| 02/12/09 | DJP2 | Review lease (0.4); call with client (0.8) | 1.20 | 790.00 | 948.00 |
| 02/19/09 | DJP2 | Revise memo (1.2); review law regarding prepaid rent (1.6) | 2.80 | 790.00 | 2,212.00 |
| 02/19/09 | GES3 | Conferences with J. Bender regarding lease obligations and rent payments (0.3); research regarding overpayment of rent (0.1); conference with D. Perlman, K. Newmarch and J. Bender regarding security deposit and rent issues (0.2); review lease agreement regarding rent payment terms (0.2); voice message to J. Bender regarding memorandum research and revisions (0.1) | 0.90 | 810.00 | 729.00 |
| 02/19/09 | JPB7 | Review current lease (2.0); draft memorandum regarding lease (4.5) | 6.50 | 515.00 | 3,347.50 |
| 02/20/09 | DJP2 | Review memorandum regarding lease (1.5) | 1.50 | 790.00 | 1,185.00 |
| 02/20/09 | DMS5 | Conferences with J. Bender regarding rent under KTLA lease (0.6); legal research regarding same (5.0); compose emails to J. Bender regarding same (1.1) | 6.70 | 360.00 | 2,412.00 |
| 02/20/09 | GES3 | Review memorandum and lease agreement regarding lease terms (1.2); correspondence with D. Perlman and J. Bender regarding same (0.3); review revised memorandum (0.4); conference with D. Perlman and K. Newmarch (0.3) | 2.20 | 810.00 | 1,782.00 |
| 02/20/09 | JPB7 | Research lease issues (4.8); draft memorandum regarding KTLA lease (4.7) | 9.50 | 515.00 | 4,892.50 |

Tribune Company                                                              Page 3
75245-00013
Invoice No. 1771947

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/21/09 | DJP2 | Review draft memorandum regarding KTLA lease (1.6) | 1.60 | 790.00 | 1,264.00 |
| 02/21/09 | GES3 | Revise memorandum regarding rent issues (1.1); draft correspondence with D. Perlman and J. Bender regarding same (0.3); review case law regarding security deposit and rent issues (1.3); review revisions to memorandum (0.2) | 2.90 | 810.00 | 2,349.00 |
| 02/22/09 | JPB7 | Revise memorandum regarding KTLA lease (1.5) | 1.50 | 515.00 | 772.50 |
| 02/23/09 | DJP2 | Call with client regarding KTLA lease (0.8); call with J. Bender and J. Henderson of Sidley Austin (0.4) | 1.20 | 790.00 | 948.00 |
| 02/23/09 | GES3 | Review revised memorandum and related correspondence (0.3); conference with J. Bender regarding same (0.1) | 0.40 | 810.00 | 324.00 |
| 02/24/09 | DJP2 | Review J. Bender memo regarding KTLA lease issues (0.8); review case law supplied by D. Simon (1.1) | 1.90 | 790.00 | 1,501.00 |
| 02/24/09 | GES3 | Review D. Eldersveld correspondence regarding rent memorandum (0.1); correspondence with D. Perlman regarding same (0.1) | 0.20 | 810.00 | 162.00 |
| 02/24/09 | JPB7 | Telephone conference with title company regarding status of title (0.5) | 0.50 | 515.00 | 257.50 |
| 02/25/09 | DJP2 | Review case law (1.2); call with client to discuss case law findings (1.4); correspondence to S. Pater regarding same (0.9) | 3.50 | 790.00 | 2,765.00 |
| 02/25/09 | DMS5 | Compile cases from KTLA memorandum for D. Perlman and R. Chesley (0.4) | 0.40 | 360.00 | 144.00 |

Tribune Company                                                                    Page 4
75245-00013
Invoice No. 1771947

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/26/09 | DJP2 | Review memos regarding leases (0.2); call to client to discuss memos (0.6) | 0.80 | 790.00 | 632.00 |
| | **Subtotal: B250   Real Estate** | | **47.90** | | **29,970.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|------------------|-----------|-------|--------|-----------|
| DJP2 | Daniel J. Perlman | PARTNER | 16.20 | 790.00 | 12,798.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 6.60 | 810.00 | 5,346.00 |
| RAC6 | Richard A. Chesley | PARTNER | 0.30 | 895.00 | 268.50 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 7.10 | 360.00 | 2,556.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 18.00 | 515.00 | 9,270.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.30 | 635.00 | 190.50 |

**Current Fees and Costs**                                          **$30,429.00**

**Total Balance Due**                                               **$30,429.00**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
           Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771948

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending February 28, 2009 | $5,761.50 |
| **Current Fees and Costs Due** | **$5,761.50** |
| **Total Balance Due** | **$5,761.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771948

PHJ&W Tax ID No. 95-2209675

### REMITTANCE COPY

**Stamford**
PHJ&W LLP File# 75245-00014
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $5,761.50 |
| **Current Fees and Costs Due** | **$5,761.50** |
| **Total Balance Due** | **$5,761.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-5100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771948

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Stamford**                                                                    **$5,761.50**

**B185    Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/06/09 | RAC6 | Attention to lease termination and abandonment matter (0.2) | 0.20 | 895.00 | 179.00 |
| | Subtotal:  B185   Assumption/ Rejection of Leases and Contracts | | **0.20** | | **179.00** |

**B210   Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/04/09 | DJP2 | Review escrow (0.8); call with client regarding same (0.6) | 1.40 | 790.00 | 1,106.00 |
| 02/06/09 | DJP2 | Review escrow (0.3); call to client to discuss escrow terms (0.6); call to attorney to follow up regarding escrow (0.3) | 1.20 | 790.00 | 948.00 |
| 02/12/09 | DJP2 | Review escrow (0.6); call to client regarding same (0.8); call to lawyer for contractor to discuss escrow issues (0.8) | 2.20 | 790.00 | 1,738.00 |

Tribune Company                                                                Page 2
75245-00014
Invoice No. 1771948

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/09 | DJP2 | Review escrow agreement (0.7); correspondence with client regarding escrow terms (0.6) | 1.30 | 790.00 | 1,027.00 |
| 02/17/09 | DJP2 | Review client correspondence (0.4) | 0.40 | 790.00 | 316.00 |
| | **Subtotal: B210   Business Operations** | | **6.50** | | **5,135.00** |

### B240  Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/09 | RAC6 | Analysis of environmental escrow situation (0.3) | 0.30 | 895.00 | 268.50 |
| | **Subtotal: B240   Tax Issues** | | **0.30** | | **268.50** |

### B241  Environmental Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/06/09 | RAC6 | Meeting with D. Perlman regarding Stamford environmental matter (0.2) | 0.20 | 895.00 | 179.00 |
| | **Subtotal: B241   Environmental Issues** | | **0.20** | | **179.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 6.50 | 790.00 | 5,135.00 |
| RAC6 | Richard A. Chesley | PARTNER | 0.70 | 895.00 | 626.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | $5,761.50 |
| **Total Balance Due** | | $5,761.50 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771949

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### New York State R.E. Transfer Tax
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $20,835.50 |
| **Current Fees and Costs Due** | $20,835.50 |
| **Total Balance Due** | $20,835.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771949

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

__New York State R.E. Transfer Tax__
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $20,835.50 |
| **Current Fees and Costs Due** | $20,835.50 |
| **Total Balance Due** | $20,835.50 |

__Wiring Instructions:__
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

__Remittance Address:__
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771949

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

## New York State R.E. Transfer Tax                                      $20,835.50

### B140   Relief from Stay/Adequate Protection Proceedings

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/24/09 | KDN | Review letter to NY tax department regarding prepetition taxes (0.1) | 0.10 | 635.00 | 63.50 |
| 02/25/09 | KDN | Meeting with J. Bender regarding letter to New York taxing authority (0.1); draft revised letter to New York taxing authority regarding automatic stay (0.1) | 0.20 | 635.00 | 127.00 |
| 02/26/09 | KDN | Review revised letter regarding New York tax claim (0.1); draft responsive email to J. Bender and J. Rheeling regarding same (0.1) | 0.20 | 635.00 | 127.00 |
| | Subtotal:  B140   Relief from Stay/ Adequate Protection Proceedings | | 0.50 | | 317.50 |

### B240   Tax Issues

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

Tribune Company                                                                                     Page 2
75245-00015
Invoice No. 1771949

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/05/09 | JSR6 | Review issues regarding New York transfer tax (1.5) | 1.50 | 675.00 | 1,012.50 |
| 02/06/09 | JSR6 | Review, analyze letter from New York Department of Taxation and Finance regarding transfer taxes in New York (4.5) | 4.50 | 675.00 | 3,037.50 |
| 02/09/09 | JSR6 | Analyze issues regarding transfer tax in New York (2.0) | 2.00 | 675.00 | 1,350.00 |
| 02/10/09 | JSR6 | Review issues regarding New York State transfer tax (2.0) | 2.00 | 675.00 | 1,350.00 |
| 02/10/09 | KDN | Telephone call with J. Rheeling regarding New York real estate tax matters (0.2) | 0.20 | 635.00 | 127.00 |
| 02/13/09 | JSR6 | Review issues regarding potential New York transfer tax obligations (1.5) | 1.50 | 675.00 | 1,012.50 |
| 02/13/09 | MGB3 | Research regarding NY real estate transfer tax (1.5) | 1.30 | 445.00 | 578.50 |
| 02/17/09 | JSR6 | Research when real estate transfer taxes become a lien against real estate in New York (1.7); review issues regarding real estate transfer taxes in New York (0.8) | 2.50 | 675.00 | 1,687.50 |
| 02/17/09 | MGB3 | Research NY transfer tax and tax liens (0.4); confer with J. Opich regarding same (0.2) | 0.60 | 445.00 | 267.00 |
| 02/18/09 | MGB3 | Research regarding NY transfer tax, options and leases (0.9); research regarding NY transfer tax liens (0.8); confer with J. Rheeling regarding same (0.7) | 2.40 | 445.00 | 1,068.00 |
| 02/19/09 | JSR6 | Telephone conference with J. Opich and M. Brigham regarding tax issues (0.4); analyze potential impact regarding same (1.6) | 2.00 | 675.00 | 1,350.00 |
| 02/19/09 | MGB3 | Confer with J. Rheeling and J. Opich regarding NY transfer taxes (0.4); research regarding same (1.1) | 1.50 | 445.00 | 667.50 |

Tribune Company                                                                 Page 3
75245-00015
Invoice No. 1771949

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/20/09 | MGB3 | Research regarding NY real property transfer tax (0.6) | 0.60 | 445.00 | 267.00 |
| 02/23/09 | MGB3 | Research regarding NY real property transfer tax (1.2) | 1.20 | 445.00 | 534.00 |
| 02/24/09 | GES3 | Conference with J. Rheeling regarding property tax appeals and filings (0.2) | 0.20 | 810.00 | 162.00 |
| 02/24/09 | JPB7 | Draft letter regarding enforcement of transfer tax claim (1.0) | 1.00 | 515.00 | 515.00 |
| 02/24/09 | JPO2 | Conference with M. Brigham regarding transfer tax (0.8) | 0.80 | 895.00 | 716.00 |
| 02/24/09 | JSR6 | Analyze issues regarding transfer tax obligations (2.5) | 2.50 | 675.00 | 1,687.50 |
| 02/24/09 | KDN | Discuss letter to NY taxing authority regarding prepetition transfer taxes with J. Bender (0.1) | 0.10 | 635.00 | 63.50 |
| 02/24/09 | MGB3 | Research regarding procedures for NY real property transfer tax (0.2); confer with J. Rheeling and J. Opich regarding same (0.8) | 1.00 | 445.00 | 445.00 |
| 02/25/09 | JPB7 | Revise letter regarding enforcement of transfer taxes (0.5) | 0.50 | 515.00 | 257.50 |
| 02/26/09 | JSR6 | Work on finalizing letter to State of New York Department of Taxation and Finance regarding real estate transfer taxes (1.0) | 1.00 | 675.00 | 675.00 |
| | | **Subtotal:  B240   Tax Issues** | **30.90** | | **18,830.50** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/18/09 | JSR6 | Telephone conference with M. Brigham regarding New York real estate transfer taxes (0.7); review impact on Tribune Company regarding same (1.8) | 2.50 | 675.00 | 1,687.50 |

Tribune Company                                                                 Page 4
75245-00015
Invoice No. 1771949

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Subtotal:  B250   Real Estate** | | **2.50** | | **1,687.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.20 | 810.00 | 162.00 |
| JPO2 | Joseph P. Opich | PARTNER | 0.80 | 895.00 | 716.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 22.00 | 675.00 | 14,850.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 1.50 | 515.00 | 772.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.80 | 635.00 | 508.00 |
| MGB3 | Matthew G. Brigham | ASSOCIATE | 8.60 | 445.00 | 3,827.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | $20,835.50 |
| **Total Balance Due** | $20,835.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company                                         March 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                  Please refer to
Chicago, IL  60611-4096                                 Invoice Number: 1771950

Attn:  David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

### SUMMARY SHEET

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $6,075.00 |
| **Current Fees and Costs Due** | **$6,075.00** |
| **Total Balance Due** | **$6,075.00** |

**Wiring Instructions:**                        **Remittance Address:**
  Bank of America                                 Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                               191 N. Wacker Drive
  CHIPS Address:  0959                            30th Floor
  SWIFT Address:  BOFAUS3N                        Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771950

PHJ&W Tax ID No. 95-2209675

### REMITTANCE COPY

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009             $6,075.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$6,075.00** |
| **Total Balance Due** | **$6,075.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

*Paul Hastings*

---

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771950

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Construction Contract**                                             **$6,075.00**

**B250  Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/09 | JSR6 | Review general contract with Clune regarding WGN/CLTV consolidation (5.0) | 5.00 | 675.00 | 3,375.00 |
| 02/26/09 | JSR6 | Review general contract with Clune regarding WGN/CLTV consolidation (4.0) | 4.00 | 675.00 | 2,700.00 |
| | **Subtotal:  B250   Real Estate** | | **9.00** | | **6,075.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 9.00 | 675.00 | 6,075.00 |

**Current Fees and Costs**                                             **$6,075.00**

Tribune Company                                                                    Page 2
75245-00016
Invoice No. 1771950


Total Balance Due                                          $6,075.00

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771951

PHJ&W Tax ID No. 95-2209675

### SUMMARY SHEET

**Existing Contracts**
PHJ&W LLP File# 75245-00017
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending February 28, 2009 | $13,813.50 |
| **Current Fees and Costs Due** | **$13,813.50** |
| **Total Balance Due** | **$13,813.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company                                    March 24, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1771951

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

### REMITTANCE COPY

**Existing Contracts**
PHJ&W LLP File# 75245-00017
Daniel J. Perlman

Legal fees for professional services
for the period ending February 28, 2009                          $13,813.50
    **Current Fees and Costs Due**                           **$13,813.50**
    **Total Balance Due**                                    **$13,813.50**

**Wiring Instructions:**                           **Remittance Address:**
  Bank of America                                  Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                                191 N. Wacker Drive
  CHIPS Address:  0959                             30th Floor
  SWIFT Address:  BOFAUS3N                         Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

March 24, 2009

Please refer to
Invoice Number: 1771951

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 28, 2009

**Existing Contracts**                                                          $13,813.50

**B160   Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/16/09 | KDN | Draft responsive e-mail to R. Chesley regarding real estate broker retention (0.1); draft e-mail to J. McMahon regarding broker retention matter (0.1) | 0.20 | 635.00 | 127.00 |
| 02/17/09 | KDN | Draft responsive email to R. Chesley regarding retention of broker (0.1) | 0.10 | 635.00 | 63.50 |
| 02/18/09 | KDN | Telephone call with J. McMahon regarding broker agreement (0.1); draft responsive email to R. Chesley regarding broker retention (0.1); telephone call with J. Rheeling regarding broker retention for property sale (0.1) | 0.30 | 635.00 | 190.50 |

Tribune Company                                                                        Page 2
75245-00017
Invoice No. 1771951

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/20/09 | KDN | Draft email to J. Rheeling regarding broker retention agreement (0.1); review broker agreement (0.1); telephone call with J. Rheeling regarding broker retention agreement (0.1); telephone call with S. Pater and J. Rheeling regarding broker agreements (0.1); discuss broker matter with R. Chesley (0.1) | 0.50 | 635.00 | 317.50 |
| 02/23/09 | KDN | Draft responsive email to J. Rheeling regarding retention of broker (0.1); discuss broker retention matter with R. Chesley and D. Perlman (0.2); discuss broker retention matter with J. Rheeling (0.2); telephone call with R. Chesley regarding broker retention; telephone call with K. Stickles regarding same (0.1); draft email to D. Perlman and J. Rheeling regarding broker retention matter (0.1); discussed lease negotiations and broker agreements with J. Rheeling (0.2) | 0.90 | 635.00 | 571.50 |
| 02/23/09 | KDN | Review broker information from S. Pater (0.1); telephone call with K. Stickles regarding broker retention matters (0.3) | 0.40 | 635.00 | 254.00 |
| 02/23/09 | RAC6 | Meet with D. Perlman and K. Newmarch regarding real estate broker retention matters (0.4) | 0.40 | 895.00 | 358.00 |
| 02/24/09 | RAC6 | Review materials regarding broker retention matters (0.3) | 0.30 | 895.00 | 268.50 |
| 02/25/09 | RAC6 | Participate in telephone call with K. Kansa, D. Perlman, S. Pater and others regarding broker compensation (0.9) | 0.90 | 895.00 | 805.50 |
| | **Subtotal: B160   Fee/ Employment Applications** | | **4.00** | | **2,956.00** |

Tribune Company                                                                                    Page 3
75245-00017
Invoice No. 1771951

## B210   Business Operations

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/25/09 | DJP2 | Review contracts (1.9); call with client to discuss same (0.9) | 2.80 | 790.00 | 2,212.00 |
| 02/26/09 | DJP2 | Review broker issues related to contracts (1.1) | 1.10 | 790.00 | 869.00 |
| 02/26/09 | RAC6 | Telephone call with broker and S. Pater regarding agreement modifications (0.4) | 0.40 | 895.00 | 358.00 |
| 02/27/09 | DJP2 | Review language in contracts (0.6); send correspondence to client with analysis of contracts (0.8) | 1.40 | 790.00 | 1,106.00 |
| | **Subtotal:  B210   Business Operations** | | **5.70** | | **4,545.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 02/13/09 | JSR6 | Review issues regarding extension of broker commission agreement (1.0) | 1.00 | 675.00 | 675.00 |
| 02/17/09 | JSR6 | Review issues regarding broker commission agreement (1.0) | 1.00 | 675.00 | 675.00 |
| 02/19/09 | JSR6 | Work on matters regarding extension of broker commission agreement (0.6); telephone conference with S. Pater regarding same (0.4) | 1.00 | 675.00 | 675.00 |
| 02/23/09 | DJP2 | Call with R. Chesley regarding contracts that need bankruptcy court approval (3.2) | 3.20 | 790.00 | 2,528.00 |
| 02/23/09 | JSR6 | Review issues regarding status of broker as an ordinary course professional (0.5) | 0.50 | 675.00 | 337.50 |
| 02/24/09 | DJP2 | Review existing contracts supplied by client (1.8) | 1.80 | 790.00 | 1,422.00 |
| | **Subtotal:  B250   Real Estate** | | **8.50** | | **6,312.50** |

Tribune Company                                                                 Page 4
75245-00017
Invoice No. 1771951

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 10.30 | 790.00 | 8,137.00 |
| RAC6 | Richard A. Chesley | PARTNER | 2.00 | 895.00 | 1,790.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.50 | 675.00 | 2,362.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 2.40 | 635.00 | 1,524.00 |

| | |
|---|---|
| Current Fees and Costs | $13,813.50 |
| Total Balance Due | $13,813.50 |

# EXHIBIT B

## (Expenses Statement)

EXPENSE SUMMARY
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $0.00 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage | | $0.00 |
| Long Distance/Telephone Charges | | $22.65 |
| Photocopying Charges ($0.10 per page) | | $0.00 |
| Facsimile | | $5.00 |
| TOTAL | | $27.65 |

Tribune Company
75245-00001
Invoice No. 1771940

---

Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 02/20/2009 | DJP2 | Facsimile | 5 | 1.00 | 5.00 |
| 02/28/2009 | PHJW | Cell Phone - 12/12/08 - 1/11/09; Cell phone charges RAC6 Richard Chesley; Jan 11, 2009 Cell Phone Expense | | | 21.35 |
| 02/18/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 02/20/2009 | PHJW | Long Distance Telephone Charges | | | 1.00 |
| 02/23/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 02/26/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | $27.65 |