# EXHIBIT "B"

## Schedule B

This information is being provided in connection with the Affidavit of Jeff Olin, a partner of Grant Thornton LLP, in support the APPLICATION OF DEBTORS PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE BANKRUPTCY RULES FOR AUTHORIZATION TO EMPLOY AND RETAIN GRANT THORNTON AS TAX ADVISORS TO THE DEBTORS. Grant Thornton LLP currently performs (or has previously performed) accounting, tax advisory or consulting services in matters unrelated to this Chapter 11 case for the following entities, or has connections or relationships (lending, etc.) with the following entities:

ABN AMRO Bank N.V.

ABN AMRO, N.A.

AIG Global Investment Corp.

AIG LIFE (IRELAND) OLD MUTUAL CORP BOND

AIG LIFE OLD MUTUAL CORP BOND LIFE

AIG LIFE OLD MUTUAL CORP BOND PENS

AIG Lincoln International, LLC

AIGLI/INVESCO Perpetual Corporate Bond

Allianz Variable Insurance Products Trust AZL Van Kampen Comstock Fund; Class 2 Shares

Allianz Variable Insurance Products Trust AZL Van Kampen Equity & Income Fund; Class 2 Shares

Allianz Variable Insurance Products Trust AZL Van Kampen Global Franchise Fund; Class 2 Shares

Allianz Variable Insurance Products Trust AZL Van Kampen Global Real Estate Fund

Allianz Variable Insurance Products Trust AZL Van Kampen Growth & Income Fund; Class 2 Shares

Allianz Variable Insurance Products Trust AZL Van Kampen Mid Cap Growth Fund; Class 2 Shares

American Capital Funds (affiliates of Van Kampen American Capital unit investment trusts)

American Express

American International Group, Inc. (AIG)

American International Group, Inc. and its affiliates Illinois National Insurance Company, New Hampshire Insurance Company and National Union Fire Insurance Company

Angelo Gordon & Co. LP (parent of AG Asset Management LLC)

AT&T Inc. (formerly SBC Communications, Inc.; successor to BellSouth and to Cingular Wireless; parent of SBC Datacomm Inc.)

Babson Capital Management LLC

Banif INVESCO RV Europa, FI

Banc of America Securities LLC

Bank of America

Bank of America Corporation (parent of LaSalle Leasing and LaSalle Bank)

Bank of America Corporation*, parent of LaSalle Bank N.A. and U.S. Trust, Bank of America Private Wealth

Bank of America/Burdale Capital Finance

Bank of Montreal/BMO Financial Group (parent of Harris Bancorp and Harris Investment Management)

Bank of New York ((parent of Mellon Financial Corporation) (all Bank of New York mutual funds and closed-end funds, including all BNY Hamilton Funds))

BANK OF NEW YORK MELLON CORP

BANK OF NEW YORK MUN CTFS TR V DEP RCPTS

BARCLAYS GBL INV ISHARES MSCI JAPAN FUND

Barclays/Regions Bank

Blackstone Group (parent of the Global Tower Partners, LLC)

BNY- Unit Investment Trusts

CARLYLE CAPITAL CORP LIMITED

Carlyle Group

Carlyle Group System Selection

Carlyle Investment Management LLC(registered investment advisor, investee of The Carlyle Group, and affiliate of UCI Holdco, Inc. and United Components, Inc.)

Carlyle Terwin Fund LLC

CBS Personnel

CBS TECHNOLOGY BERHAD

Citigroup Global Markets Inc.

Citigroup Inc., including Citibank and its affiliates and Diners Club credit card program

Citigroup North America, Inc.

CLAYMORE/GUGGENHEIM STR OPP FD

CLI INVESCO PERPETUAL Global Dynamic Theme

CLI INVESCO PERPETUAL High Income

CLI INVESCO PERPETUAL International Equity

Coca-Cola Bottler's Sales & Svc. Co.

Col Master ADF - INVESCO International PST

Colonial IS - INVESCO Wsale Aust'n Share Fund

Comcast Corp

CORTS TR II GOLDMAN SACHS CAP Generic Bond

COUNTRYWIDE FINANCIAL CORPORATION

Credit Suisse Alternative Investment Gro

DaimlerChrysler Bank INVESCO Stabil 04/2009

DaimlerChrysler Bank INVESCO Zuwachs

Dell Solutions Inc

Deutsche Bank

DEUTSCHE PENTOSIN-WERKE GMBH

DLIBJ Mizuho BNY US Bank Loan Fund

Domino's Pizza PMC, Inc.

Domino's Pizza, Inc.

Drinker Biddle & Reath

Duke Realty Corporation

Eaton Vance

Eaton Vance System Selection

Edelman PR Worldwide

Elliot Associates, L.P.

Elliott Management Corporation

Enron Canada Corporation

EPIQ Bankruptcy Solutions, LLC

EQ Advisors Trust - EQ/Van Kampen Emerging Markets Equity Portfolio; Class IA Shares

EQ Advisors Trust EQ/Van Kampen Comstock Portfolio; Class IA Shares

EQ Advisors Trust EQ/Van Kampen Comstock Portfolio; Class IB Shares

EQ Advisors Trust EQ/Van Kampen Emerging Markets Equity Portfolio; Class IA Shares

EQ Advisors Trust EQ/Van Kampen Emerging Markets Equity Portfolio; Class IB Shares

EQ Advisors Trust EQ/Van Kampen Mid Cap Growth Portfolio; Class IA Shares

EQ Advisors Trust EQ/Van Kampen Mid Cap Growth Portfolio; Class IB Shares

EQ Advisors Trust EQ/Van Kampen Real Estate Portfolio; Class IA Shares

EQ Advisors Trust EQ/Van Kampen Real Estate Portfolio; Class IB Shares

Faegre & Benson LLP

FDP Series Inc Van Kampen Value FDP Fund; Institutional Class Shares

FDP Series Inc Van Kampen Value FDP Fund; Investor A Class Shares

FDP Series Inc Van Kampen Value FDP Fund; Investor B Class Shares

FDP Series Inc Van Kampen Value FDP Fund; Investor C Class Shares

Fidelity Investments

First Quest AP INVESCO June Protected Growth Fund

First Quest Sup INVESCO W Protected Growth PST

Fonds fuer Stiftungen INVESCO

Ford Motor Company

FORD MOTOR COMPANY BRASIL LTDA

FPI Invesco Capital Shield 90 EUR

FPI Morgan Stanley European Property EUR

FPIL INVESCO Bond

Franklin Mutual Series Funds (investor in Esmark, Inc. (Franklin Mutual Recovery and Mutual Shares, Mutual Recovery Ltd, Qualified, Beacon, Beacon (Canada), Discovery, Discovery (Canada), Discovery Securities, Mutual Shares, and Mutual Shares Securities)

FTI Consulting Inc.

Geico Insurance Company

General Electric Co. (parent of GE Capital) (investor with Thomas Publishing in a joint venture-NY; limited partner of MV Partners, LP – Wichita, investor in Ovonic Media LLC - Detroit, investor in Eagle Family Foods)

General Electric Company

General Motors Acceptance Corp (GMAC) (parent of Residential Funding Corp. investor in Sebring Capital Partners, LP)

General Motors Corporation (parent of GMAC and investor New United Motor Manufacturing, Inc. (NUMMI))

Goldentree Asset Management LP

Goldman Sachs

GOLDMAN SACHS ASSET MGT CBO II Generic Bond

GOLDMAN SACHS DYNAMIC OPPORTUNITIES

Goldman Sachs GIR Strategy Assistance

GOLDMAN SACHS GROUP INC

GOLDMAN SACHS INTERNATIONAL Generic Bond

GOLDMAN SACHS INTERNATIONAL

Goldman Sachs Quantum Verification Project

GOLDMAN SACHS SP LNDNG CLO LTD Generic Bond

GOLDMAN SACHS SP LNDNG CLO LTD

Gruss&Co

Hansard EU INVESCO GT Bond

Hanse-Merkur Rentenfonds INVESCO

Harbert Management Corporation

Highland Consumer Funds

HIGHLAND INC

Hyundai Motor Manufacturing Alabama, LLC

Hyundai Motor Manufacturing Alabama, LLC 401(k) Plan

ING Investors Trust ING Julius Baer Foreign Portfolio; Adviser Class Shares

ING Investors Trust ING Van Kampen Capital Growth Portfolio; Institutional Class Shares

ING Investors Trust ING Van Kampen Capital Growth Portfolio; Service 2 Class Shares

ING Investors Trust ING Van Kampen Capital Growth Portfolio; Service Class Shares

ING Investors Trust ING Van Kampen Global Franchise Portfolio; Institutional Class Shares

ING Investors Trust ING Van Kampen Global Franchise Portfolio; Service 2 Class Shares

ING Investors Trust ING Van Kampen Global Franchise Portfolio; Service Class Shares

ING Investors Trust ING Van Kampen Growth & Income Portfolio; Adviser Class Shares

ING Investors Trust ING Van Kampen Growth & Income Portfolio; Institutional Class Shares

ING Investors Trust ING Van Kampen Growth & Income Portfolio; Service 2 Class Shares

ING Investors Trust ING Van Kampen Growth & Income Portfolio; Service Class Shares

ING Investors Trust ING Van Kampen Large Cap Growth Portfolio; Adviser Class Shares

ING Investors Trust ING Van Kampen Large Cap Growth Portfolio; Institutional Class Shares

ING Investors Trust ING Van Kampen Large Cap Growth Portfolio; Service Class Shares

ING Investors Trust ING Van Kampen Real Estate Portfolio; Adviser Class Shares

ING Investors Trust ING Van Kampen Real Estate Portfolio; Institutional Class Shares

ING Investors Trust ING Van Kampen Real Estate Portfolio; Service 2 Class Shares

ING Investors Trust ING Van Kampen Real Estate Portfolio; Service Class Shares

ING Partners, Inc ING Van Kampen Comstock Portfolio; Adviser Class Shares

ING Partners, Inc ING Van Kampen Comstock Portfolio; Initial Class Shares

ING Partners, Inc ING Van Kampen Comstock Portfolio; Service Class Shares

ING Partners, Inc ING Van Kampen Equity & Income Portfolio; Adviser Class Shares

ING Partners, Inc ING Van Kampen Equity & Income Portfolio; Initial Class Shares

ING Partners, Inc ING Van Kampen Equity & Income Portfolio; Service Class Shares

INVESCO

Invesco Agency Securities, Inc

INVESCO ASIA TRUST

INVESCO INC GTH

Invesco Perpetual UK Smaller Companies Equity Acc

INVESCO Real Estate

Investa Property Group (Subsidiary of Morgan Stanley Real Estate and affiliate of Van Kampen)

J.P. Morgan Securities Inc.

Jana Capital Partners LLC

Jefferson Pilot Financial Insurance Company

JP Morgan Chase & Co. * (parent of Banc One)(investor in two JV's Banc One Payment Services, LLC and Paymentech Canada) *

JP Morgan Securities, Inc.

JPMorgan Chase & Co.* and its subsidiary Chase Bank Card Services, Inc.

Kinder Morgan Energy Partners LP (investee of The Carlyle Group, and affiliate of UCI Holdco, Inc. and United Components, Inc.)

Korea Prv Plc INVESCO Derivatives 1

KRAFT GENERAL FOODS

Lazard, Ltd. (parent of Lazard Capital Partners (investor in Container & Pallet Services))

LEHMAN BROTHERS HOLDINGS INC.

LifeCare Holdings, Inc. (issuer of public debt, investee of The Carlyle Group, and affiliate of UCI Holdco, Inc. and United Components, Inc.)

Lind, Jensen, Sullivan & Peterson

Littlejohn Fund III LP (investor in LJ Switch Holdings 1 LLC)

Longmont Toyota

Loomis Sayles & Company LP

Marathon Asset Management

Marathon Banking Corporation

Marathon Fund V, LP

Marathon National Bank of New York (subsidiary of Marathon Banking Corporation, a subsidiary of Piraeus Bank S.A.)

MARATHON RESOURCES LIMITED

McDermott, Will & Emery LLP

McDonald's Licensee Health & Welfare Plan

MediaNews Group, Inc

Merrill Lynch & Co.

Met Investors Series Trust Van Kampen Comstock Portfolio; Class A Shares

Met Investors Series Trust Van Kampen Comstock Portfolio; Class B Shares

Met Investors Series Trust Van Kampen Mid-Cap Growth Portfolio; Class A Shares

Met Investors Series Trust Van Kampen Mid-Cap Growth Portfolio; Class B Shares

MetLife, Inc., parent of Hyatt Legal Plans, Inc. and Metropolitan Life Insurance Company

Metropolitan Life Insurance Company

Metropolitan Series Fund, Inc - Morgan Stanley EAFE Index Portfolio; Class A Shares

MFC INVESCO

Microsoft Corporation

Moore Capital Management LLC

Morgan Lewis & Bockius

Morgan Stanley

Morgan Stanley Bank (affiliate of Van Kampen funds)

Morgan Stanley Dean Witter UITs (various series) including separate Morgan Stanley UITs, and Dean Witter UITs (affiliates of Van Kampen)

Morgan Stanley Dean Witter, Inc. (parent of Van Kampen)

Morgan Stanley Principal Investments

MSCI, Inc. (MSCI Barra)(subsidiary of Morgan Stanley and affiliate of Van Kampen)

National City Corporation

Nationwide Variable Insurance Trust Van Kampen NVIT Comstock Value Fund; Class I Shares

Nationwide Variable Insurance Trust Van Kampen NVIT Comstock Value Fund; Class II Shares

Nationwide Variable Insurance Trust Van Kampen NVIT Comstock Value Fund; Class IV Shares

Nationwide Variable Insurance Trust Van Kampen NVIT Multi Sector Bond Fund; Class I Shares

Navigant Consulting Inc Benefit Plan

Navigant Consulting, Inc.

Navigant Consulting, Inc. 401(k) Savings Plan

NBC Universal, Inc.

New York Life (investor in NY Credit Real Estate Fund I, LP)

Nomura Foreign Equity MSCI-Kokusai DC

Norwich INVESCO GT Asia Enterprise

Norwich Morgan Stanley US Equity Growth S2

Oak Hill Partners (investor in Broadcast Media Group)

Oppenheimer & Co. Inc.

Oppenheimer Category X

Oppenheimer Baton Associates

Oppenheimer Chattanooga Associates

Oppenheimer Cobb Associates

Oppenheimer Holdings

OPPENHEIMER HOLDINGS INC.

OZ Management LP

Pangaea Asset Management LLC

Paramount Pictures

Patriarch Partners (investor in American LaFrance)

PHOENIX INVESTMENT CO LTD

PIA Ser A INVESCO PERPETUAL Managed

PricewaterhouseCoopers LLP

PricewaterhouseCoopers LLP, Profit Sharing Plan for Partners of

PricewaterhouseCoopers LLP, Retirement Benefit Accumulation Plan for Employees of

PricewaterhouseCoopers LLP, Retirement Plan for Employees of

PricewaterhouseCoopers LLP, Savings Plan for Employees and Partners of

Procter & Gamble

Prudential Invesco Perpetual Managed Trust

Prulink Invesco Asia Infrastructure

Quadrangle Capital Partners LP and its private equity funds (majority investors in Viziqor Holdings, Inc.)

RABOBANK DEUTSCHLAND AG

RABOBANK NEDERLAND

Royal Skandia EUR INVESCO PERPETUAL Balanced Mgd

Safeco Insurance Company

Santa Monica Holdings Limited Partnerships

SATURNS GOLDMAN SACHS CAP I Generic Bond

SATURNS GOLDMAN SACHS GP 03-11 Generic Bond

Scottish Equitable (Dub) INVESCO Balanced Managed

Seneca

Seneca Capital

Seneca Capital Management LLC

Seyfarth Shaw

SIX FLAGS, INC. & SUBSIDIARIES

SJPI/INVESCO PERPETUAL GBP Mgd

Skandia GIS - INVESCO European Growth Fund

SONY CORPORATION

SPDR Series Trust Morgan Stanley Technology ETF

Sprint/Nextel Corporation

SS&C Technologies Holdings, Inc. (investee of The Carlyle Group, and affiliate of UCI Holdco,

Inc. and United Components, Inc.)

Stallion Oilfield Services, Inc. (investee of The Carlyle Group, and affiliate of UCI Holdco, Inc. and United Components, Inc.)

Strategic Value Partners, LLC

Sumitomo

Sumitomo Mitsui Financial Group (parent of Manufacturers Bank)

Swiss Re

TCW Asset Management Co.

The Carlyle Group (ultimate parent of UCI Holdco, Inc. and United Components, Inc.)

The Chubb Corporation, parent of Federal Insurance Company.

The Hartford Financial Services Group, Inc., parent of Hartford Life Insurance Company

The Highland Group

Time Warner, Inc. (Icahn affiliate)

TKG Internet Holdings (Topix.net)

Topix LLC

Toyota Material Handling

Toyota Motor Corporation (investor in New United Motor Manufacturing, Inc. (NUMMI))

TOYOTA TSUSHO AUSTRALIA PTY LTD

Transamerica Series Trust Van Kampen Active International Allocation VP; Initial Class Shares

Transamerica Series Trust Van Kampen Active International Allocation VP; Service Class Shares

Transamerica Series Trust Van Kampen Large Cap Core VP; Initial Class Shares

Transamerica Series Trust Van Kampen Large Cap Core VP; Service Class Shares

Transamerica Series Trust Van Kampen Mid-Cap Growth Fund VP; Initial Class Shares

Tristar Management General Agency (MGA)

Tristar Managing General Agency, Inc.

U.S. Bank

UBS Resolution Fixed Interest

UBS Resolution Income

UBS Securities LLC

US Bank Corporate Trust Services

US Bank National Association

US Bank, N.A.

VAN KAMPEM MERRITT MONEY MKT

Van Kampen

VAN KAMPEN ADVANTAGE MUN II

VAN KAMPEN ADVANTAGE MUNICIPAL INCOME TRUST

VAN KAMPEN ADVANTAGE PA MUN TR

VAN KAMPEN ADVANTAGE PENNSYLVANIA MUNICIPAL INCOME TRUST

VAN KAMPEN AMER CAP LIFE INV

VAN KAMPEN AMER CP

VAN KAMPEN AMERICAN CAP NAVIGATOR

VAN KAMPEN AMERICAN CAPITAL MUTUAL AND CLOSED-END FUNDS

VAN KAMPEN AMERICAN CAPITAL UNIT INVESTMENT TRUSTS

VAN KAMPEN BD FD

VAN KAMPEN CALIFORNIA MUNICIPAL TRUST

VAN KAMPEN CALIFORNIA QUALITY MUNICIPAL

Van Kampen Capital Growth Fund

VAN KAMPEN COMSTOCK FUND

Van Kampen Corporate Bond Fund

VAN KAMPEN DYNAMIC CR OPPORTUN

Van Kampen Enterprise Fund

Van Kampen Equity & Income Fund

VAN KAMPEN EQUITY INCOME FUND

Van Kampen Equity Trust

Van Kampen Equity Trust II

Van Kampen Exchange Fund

VAN KAMPEN FLORIDA QUALITY MUNICIPAL TRUST

Van Kampen Funds (UIT)

Van Kampen Funds Inc

Van Kampen Funds, Inc. and Van Kampen Merritt and Van Kampen American Capital (affiliates of Van Kampen Unit Investment Trusts)

Van Kampen Growth & Income Fund

Van Kampen Harbor Fund

VAN KAMPEN HIGH INCOME TR

VAN KAMPEN HIGH INCOME TR II

VAN KAMPEN HIGH INCOME TRUST

Van Kampen High Yield Fund

VAN KAMPEN INCOME TR

VAN KAMPEN INVESTMENT GRADE MUNICIPAL TRUST

Van Kampen Life Investment Trust

Van Kampen Limited Duration Fund

VAN KAMPEN MASS VALUE MUN INCM

VAN KAMPEN MERRITT CALIFORNIA VALUE MUNICIPAL INCOME TRUST

VAN KAMPEN MERRITT GROWTH*INCM

VAN KAMPEN MERRITT NEW YORK VALUE MUNICIPAL INCOME TRUST

VAN KAMPEN MERRITT OHIO VALUE MUNUCIPAL INCOME TRUST

VAN KAMPEN MERRITT SR INCOMEFD

VAN KAMPEN MUN OPPORTUNITY TR

VAN KAMPEN MUN TR

VAN KAMPEN MUNICIPAL INCOME TRUST

VAN KAMPEN MUNICIPAL OPPORTUNITY TRUST II

VAN KAMPEN NEW YORK VALUE MUNICIPAL INCOME TRUST

VAN KAMPEN OHIO VALUE MUN INCM

VAN KAMPEN OHIO VALUE MUNICIPAL INCOME TRUST

VAN KAMPEN PA TAX FREE INCM FD

VAN KAMPEN PA VALUE MUN INCOME

VAN KAMPEN PENNSYLVANIA QUALITY MUNICIPAL TRUST

Van Kampen Pennsylvania Tax Free Income Fund

Van Kampen Real Estate Securities Fund

VAN KAMPEN SELECT SECTOR MUN

VAN KAMPEN SENIOR INCOME TR

VAN KAMPEN SENIOR LOAN FUND

Van Kampen Series Fund, Inc

VAN KAMPEN SR FLTG RATE FD

Van Kampen Strategic Growth Fund

VAN KAMPEN STRATEGIC SECTOR MUNICIPAL TRUST

VAN KAMPEN TAX FREE INCOME FD

Van Kampen Tax Free Money Fund

Van Kampen Tax Free Trust

Van Kampen Tax-Exempt Trust

VAN KAMPEN TR INSD MUNS

VAN KAMPEN TR INVT FLA MUNS

VAN KAMPEN TR INVT GRADE N J

VAN KAMPEN TR INVT GRADE N Y

VAN KAMPEN TRUST

VAN KAMPEN TRUST INVESTMENT GRADE CALIFORNIA

VAN KAMPEN TRUST INVESTMENT GRADE PENNSYLVANIA MUNICIPALS

VAN KAMPEN U S GOVT FD

VAN KAMPEN UNIT TRUST EAFE SELECT 20 PORTFOLIO 2006-1

Van Kampen US Government Trust

VAN KAMPEN VALUE MUN INCOME TR

VAN KAMPEN VALUE MUNICIPAL INCOME TRUST

Van Kampen, Van Kampen Merritt, and Van Kampen American Capital mutual and closed—end funds

Van Kampen, Van Kampen Merritt, and Van Kampen American Capital Unit Investment Trusts

Verizon Investment Management Corp.

Vought Aircraft Industries, Inc. (issuer of public debt, investee of The Carlyle Group, and affiliate of UCI Holdco, Inc. and United Components, Inc.) (investor in Global Aeronautica LLC)

W.L. Ross & Co. LLC (affiliate of Invesco Agency Services, Inc.)

W2007/ACEP Holdings LLC (formerly American Casino & Entertainment Properties LLC) (affiliate of Whitehall Street Real Estate Funds, a series of real estate investment funds affiliated with Goldman, Sachs & Co.)

Wachovia Bank/Monthly Recons

Wachovia/TBA and Pension

Walt Disney Company (investor of Thomas Publishing Co.)

Washington Mutual Bank

Washington Mutual, Inc.

Wells Fargo Bank

Wells Fargo Bank NA-Lan Adj Grp

Wells Fargo Brokerage Services, LLC

Wilmington Trust Company

Zurich Insurance

ZyStor Therapeutics, Inc.