# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

February 1, 2009 through and including February 28, 2009

| Name | Title | Hours | Amount |
|---|---|---|---|
| Holtz, Alan | Managing Director | 22.4 | $17,696.00 |
| Murphy, Michael | Managing Director | 42.0 | 33,180.00 |
| Hall, Brad | Director | 200.0 | 119,000.00 |
| Lee, Harold Y. | Director | 176.8 | 90,168.00 |
| Chiu, Kevin | Director | 30.5 | 15,555.00 |
| Leung, Albert | Vice President | 175.7 | 79,065.00 |
| Kim, Young | Vice President | 138.8 | 62,460.00 |
| Total Fees | | 786.2 | 417,124.00 |
| Adjustment for Non-working Travel Time | | | (5,206.25) |
| Total Net Fees | | | 411,917.75 |
| Total Disbursements | | | 12,482.08 |
| **Total Amount Due** | | | **$424,399.83** |