# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Cost Code | Cost Description | Amount |
|---|---|---|
| AIRFARE | Airfare and related expenses | $6,521.12 |
| GROUND | Cabfare and other ground transportation expenses | 2,627.04 |
| LODG | Hotel and overnight accommodation costs | 1,593.67 |
| MEALS | Meals | 1,429.91 |
| OTHR | Other | 310.34 |
| Total | | $12,482.08 |

**Detailed Disbursement Report**

| Date | Name | Code | Amount | Description |
|---|---|---|---:|---|
| 12/29/2008 | Hall, Brad | OTHR | 35.19 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls Brad Hall |
| 12/29/2008 | Lee, Harold Y. | OTHR | 23.31 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls Harold Lee |
| 1/4/2009 | Murphy, Michael | AIRFARE | 899.00 | Airfare - - VENDOR: Michael Murphy Coach-SFO-JFK 1/04/2009 |
| 1/4/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Michael Murphy Coach-SFO-JFK 1/04/2009, serv. fee |
| 1/4/2009 | Hall, Brad | CABFARE | 80.58 | Cab Fare/Ground Transportation - - VENDOR: Vital Transportation Inc. B Hall |
| 1/4/2009 | Murphy, Michael | CABFARE | 170.85 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. M. Murphy |
| 1/5/2009 | Murphy, Michael | MEAL | 7.00 | Meals & Tips |
| 1/6/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/11/2009-1/6/2009 |
| 1/6/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/11/2009-1/6/2009 |
| 1/6/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/7/2009-1/6/2009 |
| 1/6/2009 | Murphy, Michael | MEAL | 20.84 | Meals & Tips |
| 1/7/2009 | Hall, Brad | CABFARE | 80.58 | Cab Fare/Ground Transportation - - VENDOR: Vital Transportation Inc. B Hall |
| 1/8/2009 | Murphy, Michael | MEAL | 6.50 | Meals & Tips |
| 1/11/2009 | Murphy, Michael | AIRFARE | 728.70 | Airfare Michael Murphy-1/12/2009-sfo-ord-economy-1/11/20 09 |
| 1/13/2009 | Murphy, Michael | AIRFARE | 150.00 | Airfare Michael Murphy-1/12/2009-ord-sfo-economy-1/13/20 09 |
| 1/13/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/12/2009-1/13/2009 |
| 1/13/2009 | Murphy, Michael | CABFARE | 154.80 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Mr. Murphy & Mr. Lee |
| 1/13/2009 | Hall, Brad | CABFARE | 85.96 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall |
| 1/13/2009 | Murphy, Michael | LODG | 345.05 | Lodging Michael Murphy-Sheraton-chicago-1/13/2009 - 1/13 /2009 |
| 1/13/2009 | Murphy, Michael | MEAL | 37.12 | Meals & Tips |
| 1/14/2009 | Murphy, Michael | MEAL | 104.37 | Meals & Tips |
| 1/14/2009 | Holtz, Alan | OTHR | 24.48 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls A. Holtz |
| 1/16/2009 | Kim, Young | MEAL | 23.33 | Meals & Tips - - VENDOR: Young Kim |
| 1/16/2009 | Kim, Young | MEAL | 23.33 | Meals & Tips - - VENDOR: Young Kim B. Hall, H. Lee, A. Leung & YK |
| 1/19/2009 | Kim, Young | CABFARE | 30.00 | Cab Fare/Ground Transportation - - VENDOR: Young Kim |
| 1/21/2009 | Hall, Brad | AIRFARE | 406.33 | Airfare - - VENDOR: Brad Hall Coach-SF-NY-SF 1/21/09 |
| 1/21/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-SF-NY-SF 1/21/09, serv. fee |
| 1/21/2009 | Hall, Brad | CABFARE | 101.20 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Brad Hall |
| 1/21/2009 | Hall, Brad | LODG | 274.47 | Lodging - - VENDOR: Brad Hall NY 1/21-22/2009 |
| 1/21/2009 | Hall, Brad | MEAL | 12.45 | Meals & Tips - - VENDOR: Brad Hall |
| 1/21/2009 | Hall, Brad | MEAL | 48.43 | Meals & Tips - - VENDOR: Brad Hall |
| 1/21/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 1/22/2009 | Hall, Brad | CABFARE | 101.20 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall |
| 1/22/2009 | Kim, Young | CABFARE | 30.00 | Cab Fare/Ground Transportation - - VENDOR: Young Kim |
| 1/22/2009 | Hall, Brad | MEAL | 47.91 | Meals & Tips - - VENDOR: Brad Hall |
| 1/26/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/27/2009-1/26/2009 |
| 1/26/2009 | Kim, Young | MEAL | 58.46 | Meals & Tips - - VENDOR: Young Kim A. Leung & YK |
| 1/26/2009 | Kim, Young | PARK | 18.00 | Parking & Tolls - - VENDOR: Young Kim |
| 1/27/2009 | Murphy, Michael | AIRFARE | 732.56 | Airfare Michael Murphy-1/27/2009-sfo-ord-economy-1/27/20 09 |
| 1/27/2009 | Hall, Brad | AIRFARE | 664.39 | Airfare - - VENDOR: Brad Hall Coach-SF-ORD-SF 1/27/09 |
| 1/27/2009 | Murphy, Michael | AIRSC | 40.00 | Airfare Service Charge Michael Murphy-1/27/2009-1/27/2009 |
| 1/27/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-SF-ORD-SF 1/27/09, serv. fee |
| 1/27/2009 | Murphy, Michael | CABFARE | 148.80 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur M Murphy, B Hall, Mr. Lee |
| 1/27/2009 | Hall, Brad | CABFARE | 97.75 | Cab Fare/Ground Transportation - - VENDOR: My Chauffeur B. Hall |
| 1/27/2009 | Hall, Brad | LODG | 264.27 | Lodging - - VENDOR: Brad Hall Chicago 1/27-28/2009 |
| 1/27/2009 | Hall, Brad | MEAL | 61.89 | Meals & Tips - - VENDOR: Brad Hall |
| 1/27/2009 | Hall, Brad | OVER | 11.00 | Overnight Mail Charges - - VENDOR: Velocity Courier, Inc. APLLP - Hotel Intercontinet |
| 1/27/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 1/27/2009 | Murphy, Michael | TMMEAL | 45.78 | Meals - Engagement Team |
| 1/28/2009 | Hall, Brad | CABFARE | 97.75 | Cab Fare/Ground Transportation - - VENDOR: My Chauffeur B. Hall |
| 1/28/2009 | Holtz, Alan | CABFARE | 34.00 | Cab Fare/Ground Transportation - - VENDOR: Alan Holtz |
| 1/28/2009 | Murphy, Michael | MEAL | 11.14 | Meals & Tips |
| 1/28/2009 | Holtz, Alan | MEAL | 8.91 | Meals & Tips - - VENDOR: Alan Holtz |
| 1/28/2009 | Hall, Brad | MEAL | 62.88 | Meals & Tips - - VENDOR: Brad Hall |
| 1/28/2009 | Hall, Brad | MEAL | 26.49 | Meals & Tips - - VENDOR: Brad Hall |
| 1/28/2009 | Kim, Young | MEAL | 25.18 | Meals & Tips - - VENDOR: Young Kim |
| 1/28/2009 | Holtz, Alan | MILE | 8.80 | Mileage - - VENDOR: Alan Holtz |
| 1/28/2009 | Holtz, Alan | PARK | 36.00 | Parking & Tolls - - VENDOR: Alan Holtz EWR Airport |
| 1/28/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 1/30/2009 | Leung, Albert | CABFARE | 12.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| 1/30/2009 | Leung, Albert | MEAL | 23.00 | Meals & Tips - - VENDOR: Albert Leung |
| 1/31/2009 | Leung, Albert | MEAL | 12.00 | Meals & Tips - - VENDOR: Albert Leung |
| 1/31/2009 | Leung, Albert | MEAL | 21.00 | Meals & Tips - - VENDOR: Albert Leung |
| 1/31/2009 | Hall, Brad | OTHR | 52.65 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 1/09  B Hall |
| 1/31/2009 | Lee, Harold Y. | OTHR | 30.51 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 1/09  H Lee |
| 1/31/2009 | Kim, Young | OTHR | 6.93 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 1/09  Y Kim |
| 1/31/2009 | Leung, Albert | PARK | 33.00 | Parking & Tolls - - VENDOR: Albert Leung |
| 1/31/2009 | Lee, Harold Y. | PARK | 36.00 | Parking & Tolls - - VENDOR: Harold Lee |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 2/1/2009 | Leung, Albert | MEAL | 12.50 | Meals & Tips - - VENDOR: Albert Leung |
| 2/2/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| 2/2/2009 | Kim, Young | CABFARE | 30.00 | Cab Fare/Ground Transportation - - VENDOR: Young Kim |
| 2/2/2009 | Lee, Harold Y. | MEAL | 27.55 | Meals & Tips - - VENDOR: Harold Lee AL, YK, BH & HL |
| 2/4/2009 | Lee, Harold Y. | MEAL | 31.73 | Meals & Tips - - VENDOR: Harold Lee AL, YK, BH & HL |
| 2/5/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| 2/5/2009 | Kim, Young | MEAL | 22.19 | Meals & Tips - - VENDOR: Young Kim |
| 2/5/2009 | Kim, Young | MEAL | 10.50 | Meals & Tips - - VENDOR: Young Kim |
| 2/5/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/6/2009 | Lee, Harold Y. | MEAL | 27.41 | Meals & Tips - - VENDOR: Harold Lee AL, YK, BH & HL |
| 2/8/2009 | Kim, Young | PARK | 18.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/9/2009 | Hall, Brad | AIRFARE | 796.08 | Airfare - - VENDOR: Brad Hall Coach-Reno-ORD-NY 2/9/2009 |
| 2/9/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall BCD travel fee |
| 2/9/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-Reno-ORD-NY 2/9/2009, serv. fee |
| 2/9/2009 | Hall, Brad | CABFARE | 64.86 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall |
| 2/9/2009 | Hall, Brad | CABFARE | 154.70 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall |
| 2/9/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| 2/9/2009 | Hall, Brad | LODG | 195.03 | Lodging - - VENDOR: Brad Hall Chicago 2/9-11/2009 |
| 2/9/2009 | Leung, Albert | MEAL | 6.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/9/2009 | Hall, Brad | MEAL | 57.23 | Meals & Tips - - VENDOR: Brad Hall |
| 2/9/2009 | Kim, Young | MEAL | 24.00 | Meals & Tips - - VENDOR: Young Kim |
| 2/9/2009 | Kim, Young | MEAL | 66.79 | Meals & Tips - - VENDOR: Young Kim A. Leung, H. Lee & YK |
| 2/9/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls - - VENDOR: Harold Lee |
| 2/9/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/10/2009 | Hall, Brad | CABFARE | 30.00 | Cab Fare/Ground Transportation - - VENDOR: Brad Hall |
| 2/10/2009 | Hall, Brad | LODG | 195.03 | Lodging - - VENDOR: Brad Hall Chicago 2/9-11/2009 |
| 2/10/2009 | Hall, Brad | MEAL | 59.31 | Meals & Tips - - VENDOR: Brad Hall |
| 2/10/2009 | Kim, Young | MEAL | 39.85 | Meals & Tips - - VENDOR: Young Kim A. Leung, H. Lee & YK |
| 2/10/2009 | Leung, Albert | PARK | 36.00 | Parking & Tolls - - VENDOR: Albert Leung |
| 2/10/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls - - VENDOR: Harold Lee |
| 2/10/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/11/2009 | Hall, Brad | CABFARE | 74.16 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall |
| 2/11/2009 | Hall, Brad | LODG | 319.82 | Lodging - - VENDOR: Brad Hall San Francisco 2/11-12/2009 |
| 2/11/2009 | Leung, Albert | MEAL | 11.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/11/2009 | Hall, Brad | MEAL | 22.91 | Meals & Tips - - VENDOR: Brad Hall |
| 2/11/2009 | Kim, Young | MEAL | 22.24 | Meals & Tips - - VENDOR: Young Kim |
| 2/11/2009 | Kim, Young | MEAL | 51.49 | Meals & Tips - - VENDOR: Young Kim A. Leung, H. Lee & YK |
| 2/11/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls - - VENDOR: Albert Leung |
| 2/11/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls - - VENDOR: Harold Lee |
| 2/11/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/12/2009 | Hall, Brad | AIRFARE | 1,194.26 | Airfare - - VENDOR: Brad Hall Coach-Newark-SF-Reno 2/12/09 |
| 2/12/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-Neward-SF-Reno 2/12/09, serv. fee |
| 2/12/2009 | Leung, Albert | MEAL | 6.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/12/2009 | Hall, Brad | MEAL | 35.69 | Meals & Tips - - VENDOR: Brad Hall |
| 2/12/2009 | Kim, Young | MEAL | 47.66 | Meals & Tips - - VENDOR: Young Kim A. Leung, H. Lee & YK |
| 2/12/2009 | Leung, Albert | PARK | 36.00 | Parking & Tolls - - VENDOR: Albert Leung |
| 2/12/2009 | Kim, Young | PARK | 32.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/13/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall BCD travel fee |
| 2/13/2009 | Hall, Brad | CABFARE | 238.05 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall |
| 2/13/2009 | Hall, Brad | CABFARE | 40.00 | Cab Fare/Ground Transportation - - VENDOR: Brad Hall |
| 2/13/2009 | Hall, Brad | CABFARE | 45.00 | Cab Fare/Ground Transportation - - VENDOR: Brad Hall |
| 2/13/2009 | Hall, Brad | MEAL | 4.93 | Meals & Tips - - VENDOR: Brad Hall |
| 2/13/2009 | Kim, Young | PARK | 18.00 | Parking & Tolls - - VENDOR: Young Kim |
| 2/16/2009 | Leung, Albert | MEAL | 15.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/16/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls - - VENDOR: Albert Leung |
| 2/16/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls - - VENDOR: Harold Lee |
| 2/20/2009 | Leung, Albert | MEAL | 20.62 | Meals & Tips - - VENDOR: Albert Leung Leung, Lee, Hall |
| 2/23/2009 | Hall, Brad | AIRFARE | 224.20 | Airfare - - VENDOR: Brad Hall Coach-Reno-LA-SF 2/23/2009 |
| 2/23/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-Reno-LA-SF 2/23/2009, serv. fee |
| 2/24/2009 | Leung, Albert | MEAL | 11.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/25/2009 | Leung, Albert | MEAL | 16.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/25/2009 | Leung, Albert | MEAL | 11.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/27/2009 | Hall, Brad | AIRFARE | 125.60 | Airfare - - VENDOR: Brad Hall Coach-Oakland-Reno 2/27/2009 |
| 2/27/2009 | Hall, Brad | AIRSC | 40.00 | Airfare Service Charge - - VENDOR: Brad Hall Coach-Oakland-Reno 2/27/2009, serv. fee |
| 2/27/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation - - VENDOR: Albert Leung |
| 2/27/2009 | Leung, Albert | MEAL | 12.00 | Meals & Tips - - VENDOR: Albert Leung |
| 2/28/2009 | Leung, Albert | OTHR | 8.55 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 2/28/2009 A Leung |
| 2/28/2009 | Hall, Brad | OTHR | 37.44 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 2/28/2009 B Hall |
| 2/28/2009 | Lee, Harold Y. | OTHR | 41.76 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 2/28/2009 H Lee |
| 2/28/2009 | Murphy, Michael | OTHR | 38.52 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 2/28/2009 M Murphy |
| 3/2/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls Albert Leung-3/2/2009 |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 3/2/2009 | Lee, Harold Y. | TMMEAL | 15.00 | Meals - Engagement Team Harold Lee-lunch-tribune-3/2/2009 |
| 3/3/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls Albert Leung-3/3/2009 |
| 3/4/2009 | Leung, Albert | CABFARE | 12.00 | Cab Fare/Ground Transportation Albert Leung-3/4/2009 |
| 3/4/2009 | Leung, Albert | MEAL | 18.55 | Meals & Tips Albert Leung-dinner-3/4/2009 |
| 3/5/2009 | Leung, Albert | MEAL | 9.35 | Meals & Tips Albert Leung-dinner-3/5/2009 |
| 3/5/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls Albert Leung-3/5/2009 |
| 3/5/2009 | Lee, Harold Y. | TMMEAL | 26.40 | Meals - Engagement Team Harold Lee-lunch-tribune-3/5/2009 |
| 3/6/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation Albert Leung-3/6/2009 |
| | | | **12,482.08** | |