**EXHIBIT 1**

46429/0001-5436543v1

Quarterly Summary by Firm

# Tribune Company

Ordinary Course Professional Fees
Quarterly Summary by Firm
For the Three Months Ended Feb-09

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Quarterly Summary by Firm
## Feb-09

| Firm | Service Provided | Dec-08 | Jan-09 | Feb-09 | Quarterly Total | Rolling Periods | Rolling Total | Stipulated Cap Limit | Rolling Calculated Limit | Excess |
|---|---|---|---|---|---|---|---|---|---|---|
| Thomas & Locicero Pl | Primary media law and First Amendment counsel for publishing and broadcasting operations in Florida | 4,685 | 8,171 | 5,766 | 18,622 | 2 | 13,937 | 50,000 | 6,969 | - |
| Volk, Phyllis | Real estate law | 5,480 | 5,220 | 6,760 | 17,460 | 3 | 17,460 | 10,000 | 5,820 | - |
| Sonnenschein Nath & Rosenthal | First Amendment counsel / general litigation counsel/ Outsourcing counsel (drafting and negotiation) | 884 | 14,643 | - | 15,527 | 2 | 14,643 | 50,000 | 7,321 | - |
| Levy, Ram & Olson Rossi LLP | First Amendment and contract counsel | 1,056 | - | - | 1,056 | 3 | 1,056 | 10,000 | 352 | - |

The firms listed above do not hold retainer balances.

*Note:*

*Tribune Company has implemented a revised professional fee payment process to adhere to the criteria defined in the Delaware Bankruptcy Court Ordinary Course Professional (OCP) order. As a requirement of payment processing, an affidavit needs to be filed, confirmed balances need to agree to Tribune records, or be reconciled, and invoices must be approved by Tribune. We expect to have a significant increase in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.*

*While adhering to the established order, we intend pay 100% of the invoiced (post-petition) fees, up to the monthly cap established for each OCP over a three-month rolling average. Any OCP with a $50,000 monthly fee cap is subject to a two-month rolling average. On a monthly basis we will short pay any invoiced amount in excess of the established limit. This amount will be carried over and paid in the subsequent month if the rolling cap was not exceeded in that period.*

*Calculated Rolling Cap Total is defined by dividing the sum of the trailing two (or three) months of invoices by the number of trailing months, i.e. a monthly average. The trailing period is determined by the established cap limit. For OCPs with a $50,000 limit, the amount is calculated using a two-month period and for OCPs with a limit of less than $50,000, the amount is calculated using a three-month period.*