## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On March 27, 2009, I supervised the mailing of:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\365(d)(4) Docs_Aff 3-27-09.doc

A. "Notice of Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 6, 2009, to which is attached the "Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 6, 2009 [Docket No. 484],

B. "Order Granting the Debtors Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 25, 2009 [Docket No. 815], and

C. Notice of Entry of Interim Order and Notice of Final Hearing Regarding Order Granting the Debtors Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code," dated March 27, 2009 [Docket No. 821],

by causing true and correct copies enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
30th day of March, 2009

/s/ Time Darden

Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires 01-05-2013

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 233 BROADCAST LLC | 233 SOUTH WACKER DR., SUITE 3530, CHICAGO, IL 60606 |
| 315 TRUMBALL STREET ASSOCIATES, LLC | ATTN: GENERAL MANAGER, 315 TRUMBALL STREET, HARTFORD, CT 06103 |
| ALPINE TOWER COMPANY | P.O. BOX 516, ALPINE, NJ 07620-0516 |
| AMERICAN TOWER CORPORATION | NE REGIONAL OFFICE, ATTN: LEASE ADMINISTRATION, 116 HUNTINGTON AVENUE, BOSTON, MA 02116 |
| AMERICAN TOWER, L.P. | ATTN: LEASE ADMINISTRATION, 116 HUNTINGTON AVENUE, BOSTON, MA 02116 |
| CMP MERGER CO. | 83 EDISON DR., AUGUSTA, ME 04336 |
| COMMUNICATIONS SITE MANAGEMENT LLC | C/O CHASE ENTERPRISES, 225 ASYLUM ST., 29TH FLOOR, HARTFORD, CT 06103 |
| COMMUNICATIONS SITE MANAGEMENT LLC | ATTN: CHERYL CHASE, C/O OF CHASE ENTERPRISES, 225 ASYLUM STREET, 29TH FLOOR, HARTFORD, CT 06103 |
| COMMUNICATIONS SITE MANAGEMENT LLC | ATTN: CHERYL CHASE, EXECUTIVE VICE PRES, C/O CHASE ENTERPRISES, 225 ASYLUM STREET, 29TH FLOOR, HARTFORD, CT 06103 |
| EMPIRE STATE BUILDING COMPANY, LLC | GENERAL MANAGER, C/O HELMSLEY-SPEAR, INC., 350 FIFTH AVENUE, ROOM 3210, NEW YORK, NY 10118 |
| ENTERCOM PORTLAND LLC | 0700 SW BANCROFT ST., PORTLAND, OR 97239-4226 |
| FRED A. SMITH COMPANY | 730 24TH ST. NW, WASHINGTON, DC 20037 |
| HEARING, SPEECH, AND DEAFNESS CENTER | ATTN: MATT PRATT, CHIEF FINANCIAL OFFICER, 1620 18TH AVENUE, SEATTLE, WA 98122-2798 |
| JON KIMMONS | 2420 79TH AVE, EVERETT, WA 98205 |
| KKSN INC. | ATTN: GENERAL MANAGER, 888 NORTHWEST 5TH AVENUE; SUITE 790, PORTLAND, OR 97204 |
| MAKAH INDIAN TRIBE | P.O. BOX 115, NEAH BAY, WA 98357 |
| MCGRAW-HILL BROADCASTING | 47TH AND FREEWAY 94, SAN DIEGO, CA 92116 |
| NEW ORLEANS HEARST/ARGYLE | 300 WEST 57TH ST., NEW YORK, NY 10019-3789 |
| OLYMPIC RESOURCES MANAGEMENT | 19245 TENTH AVE. NE, POULSBO, WA 98370 |
| RICHLAND TOWERS, INC. | ATTN: DALE WEST, VICE PRESIDENT-FINANCE, ONE URBAN CENTRE, 4830 WEST KENNEDY BOULEVARD, SUITE 740, TAMPA, FL 33609-2532 |
| ROSA RIO, LLC | ATTN: KADEE HOOVER, PO BOX 849, RIO VISTA, CA 94571 |
| SARKES TARZIAN | 205 N. COLLEGE AVE., BLOOMINGTON, IN 47404 |
| SPECTRASITE | ATTN: LEASE ADMINISTRATION, 116 HUNTINGTON AVENUE, 11TH FLOOR, BOSTON, MA 02116 |
| SPECTRASITE BROADCAST GROUP, INC. | ATTN: DIRECTOR OF LEGAL AFFAIRS, 5601 N. MACARTHUR BLVD., SUITE 100, IRVING, TX 75038 |
| SYLVAN TOWER CO., LLC | ATTN: GENERAL MANAGER, 222 SW COLUMBIA STREET, PORTLAND, OR 97201 |
| THE DISTRICT OF COLUMBIA | CHIEF PROPERTY MANAGEMENT OFFICER, OFFICE OF PROPERTY MANAGEMENT, 441 FOURTH STREET, N.W., SUITE 721N, WASHINGTON, DC 20001 |
| U.S. FOREST SERVICE | 1400 INDEPENDENCE AVE. SW, WASHINGTON, DC 20250-0003 |
| W2007 GOLUB JHC REALTY LLC | 875 N. MICHIGAN AVE., CHICAGO, IL 60611 |
| WETA | 2775 S. QUINCY ST., ARLINGTON, VA 22206 |
| WFOR-TV | ATTN: DIRECTOR OF PLANNING AND ADMIN, 8900 N.W. 18TH TERRACE, MIAMI, FL 33172 |

**Total Creditor Count 30**