**BROWN SCHULTZ SHERIDAN FRITZ**

November 18, 2008

Mr. Tim Koller
Comptroller
WPMT-TV
2005 South Queen Street
York, PA 17403

Dear Tim:

RE: Financial Survey for WHTM, WHP, WPMT, WLYH and WGAL-TV

This letter is to confirm our understanding of the terms and objectives of our engagement for the television stations listed above as well as the nature and limitations of the services we will provide for 2009.

We will perform a financial survey for the above stations on a quarterly basis beginning with January to March 2009. We will design the survey form, mail the survey form to each station, summarize the data received from each station, prepare a report listing the grand total of each item on the survey form for the month and quarter being surveyed and have an additional column for quarter-to-date and year-to-date totals. The same survey form will be used for the months of January through September 2009. Each station will be asked to fax or e-mail their results to James A. Koontz, CPA or his administrative assistant, Jeannette Yingst at our fax number: 717-737-6655 or at the following e-mail addresses: JimKoontz@bssf.com and JeannetteYingst@bssf.com within ten business days after the end of the quarter being surveyed.

With the July through September survey results, we will fax a separate survey form for the months of October through December for each station which will contain the three additional items that are normally surveyed during the fourth quarter which consists of net revenues from national/regional, local and political time sales; value of tradeouts and barter transactions; and total network time sales. The enclosed fourth quarter/year-to-date survey form should be faxed or e-mailed to us within ten business days after the end of the fourth quarter.

The quarterly survey results that we prepare will be faxed to each station once we have received each station's information.

CERTIFIED PUBLIC ACCOUNTANTS
AND
BUSINESS ADVISORS

A PROFESSIONAL CORPORATION

210 GRANDVIEW AVENUE
CAMP HILL, PA 17011

PO BOX 67865
HARRISBURG, PA 17106-7865
717-761-7171
800-294-7360
FAX: 717-737-6655

1725B OREGON PIKE, SUITE 205
LANCASTER, PA 17601
717-560-8375
800-294-7360
FAX: 717-560-8712

WWW.BSSF.COM

Mr. Tim Koller  -2-  November 18, 2008

All information obtained by us will be strictly confidential and the only information we will distribute to the participating stations will be the summarized report. To insure the confidentiality of each station's information, we have implemented the following procedures:

A.  Each survey will not contain the station's name, only a code.

B.  The code will be changed once a year and filed in a confidential manner.

C.  The survey forms for each station will be destroyed after we have summarized the data for all of 2009.

D.  Your files will be maintained in Jim Koontz's office and not in the general file room. All correspondence and worksheets will be maintained on the hard drive of Jim Koontz and his administrative assistant, Jeannette Yingst.

The fee to prepare the quarterly surveys will be $800 per quarter. We will bill each station on a quarterly basis for one-fourth of our fee. The quarterly bills will be $200 to WHTM, $200 to WHP, $200 to WPMT and $200 to WGAL-TV. All invoices are due and payable within 30 days. Amounts not paid within 30 days from the invoice date will be subject to a late payment charge of 1.5% per month (18% per year).

Should services other than those covered by this letter be required or requested, the extent of these services and the basis for additional fees will be discussed before performing the work.

In the unlikely event that differences concerning our services, fees or other terms of the engagement should arise that are not resolved by mutual agreement, both parties agree to submit the disagreement to mediation. A competent and impartial third-party, acceptable to both parties, shall be selected to mediate the dispute. Each party in mediation shall pay an equal percentage of the mediator's fee and expenses. No suit or arbitration proceedings shall be commenced under this agreement until at least 60 days after the mediator's first meeting with the involved parties. If the disagreement requires litigation, the court shall be authorized to impose all defense costs against any nonprevailing party found not to have participated in the mediation process in good faith.

Based on our discussions with representatives of each station, it is our understanding that the results of this survey are strictly confidential and are for the limited internal use of your station personnel, station ownership and representative firms only.

Mr. Tim Koller -3- November 18, 2008

If these arrangements and survey form format meet with your approval, please sign at the bottom of this letter in the space provided and return a copy of this letter to us.

Thank you for this opportunity to serve you.

Very truly yours,

*James A. Koontz*

James A. Koontz, CPA
Principal

APPROVED:

_____
Signature

_____VP/GM_____
Title

_____12/10/08_____
Date

JAK/jly
Enclosures

K:\WPDOCS\EL\12 Month-end\Koontz\40497-3 finl survey eng ltr 2009.docx