# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 227** |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on April 2, 2009, I caused a copy of the **Affidavit of Ordinary Course Professional James A. Koontz of Brown Schultz Sheridan & Fritz** to be served on the parties on the attached service list in the manner indicated.

                        COLE, SCHOTZ, MEISEL,
                        FORMAN & LEONARD, P.A.

By: _/s/ J. Kate Stickles_
      J. Kate Stickles (No. 2917)
      1000 N. West Street, Suite 1200
      Wilmington, DE 19801
      (302) 295-4862
      (302) 652-3117 (fax)

## TRIBUNE COMPANY, *et al.*
### Service List re: Ordinary Course Professional

**Via First Class Mail**
Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

James A. Koontz, CPA
Brown Schultz Sheridan & Fritz
210 Grandview Avenue
Camp Hill, PA 17011