# Notice Recipients

District/Off: 0311−1      User: Brandon          Date Created: 4/3/2009
Case: 08−13141−KJC        Form ID: ntcBK         Total: 10

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee       USTPREGION03.WL.ECF@USDOJ.GOV
aty     Bryan Krakauer              bkrakauer@sidley.com
aty     J. Kate Stickles            kstickles@saul.com, saulbankruptcy@saul.com
aty     Michael A. Henry            mhenry@grossmcginley.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Tribune Company         435 N. Michigan Avenue       Chicago, IL 60611
aty     J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,       1000 N. West Street, Suite 1200       Wilmington, DE 19801
aty     James F. Conlan         Sidley Austin LLP       One South Dearborn Street       Chicago, IL 60603
aty     Norman L. Pernick       Cole, Schotz, Meisel, Forman &Leonard,       1000 N. West Street,Suite 1200       Wilmington, DE 19801
aty     Patrick J. Reilley      Cole, Schotz, Meisel, Forman &Leonard,       1000 N. West Street       Suite 1200       Wilmington, DE 19801
aty     Patrick Theodore Garvey        Johnson &Bell, Ltd       33 W. Monroe, Suite 2700       Chicago, IL 60603

TOTAL: 6