**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al. ) | |
| ) | Case No. 08-13141 KJC |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |
| ) | [No Hearing Required] |
| ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY AND CORRECTION TO MATRIX**

**TO THE CLERK OF THE COURT AND INTERESTED PARTIES:**

Pursuant to Section 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Jeffer, Mangels, Butler & Marmaro LLP, attorneys for LIT Finance, LP ("LIT"), a creditor herein, hereby enters their appearance in this bankruptcy case and requests that copies of all notices given or required in this case and copies of all notices, pleadings or papers served or required to be served in this case be given to and served upon the following:

Keith D. Elkins
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067
Telephone :  (310) 203-8080
Facsimile:  (310) 203-0567
E-mail Address:  kelkins@jmbm.com

6053748v1

**PLEASE TAKE FURTHER NOTICE** that LIT hereby requests that the creditor matrix be corrected to reflect the following address for LIT:

LIT Finance, LP
2650 Cedar Springs Road
Suite 850
Dallas, TX 75201
Attn: Stacey Magee

and the following addresses be removed from the creditor matrix:

LIT FINANCE LP
PO BOX 301114
LOS ANGELES CA 90030-1114

LIT FINANCE LP
3141 HOOD STREET NO.700
DALLAS TX 75219

LIT FINANCE, LP
RE: IRWINDALE 5091 4TH STREET
P.O. BOX 301114
LOS ANGELES CA 90030-1114

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before the Bankruptcy Court with respect to these proceedings, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, e-mail, or otherwise.

DATED: April 3, 2009      JEFFER, MANGELS, BUTLER & MARMARO LLP


By: /s/ Caroline R. Djang
    KEITH D. ELKINS (CA SBN 130118)
    CAROLINE R. DJANG (CA SBN 216313)
    1900 Avenue of the Stars, Seventh Floor
    Los Angeles, California 90067
    Telephone: (310) 203-8080
    Facsimile : (310) 203-0567
    Email:    kelkins@jmbm.com
              cdjang@jmbm.com

3

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On April 3, 2009 I served the document(s) described as <u>Notice of Appearance, Request for Service of Papers, and Request for Matrix Entry and Correction to Matrix</u> in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| **Debtor's Counsel**<br>Sidley Austin LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Attn: Kenneth P. Kansa Esq. | **Debtor's Delaware Counsel**<br>Cole, Schotz, Meisel, Forman & Leonard, PA<br>1000N. West Street, Suite 1200<br>Wilmington, DE 19801<br>Attn: Norman L. Pernick, Esq.<br>J. Kate Stickles, Esq. |
| **Counsel to Unsecured Creditors' Committee**<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801<br>Attn: Adam G. Landis<br>Matthew B. McGuire | The Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207 - Lockbox # 35<br>Wilmington, DE 19899-0035 |

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At          , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on April 3, 2009 at Los Angeles, California.

☐ (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

4

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ria Young

6053748v1