# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue     **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36−1880355
Times Mirror Corporation

*Case No*.: 08−13141−KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

   A transcript of the proceeding held on 3/25/2009 was filed on 4/3/2009 . The following deadlines apply:

   The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 4/24/2009 .

   If a request for redaction is filed, the redacted transcript is due 5/4/2009 .

   If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 7/2/2009 unless extended by court order.

   To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

Clerk of Court

Date: 4/3/09

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Brandon             Page 1 of 1            Date Rcvd: Apr 03, 2009
Case: 08-13141                Form ID: ntcBK            Total Served: 6

The following entities were served by first class mail on Apr 05, 2009.
db           +Tribune Company,   435 N. Michigan Avenue,   Chicago, IL 60611-4024
aty          +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   1000 N. West Street, Suite 1200,
               Wilmington, DE 19801-1058
aty          +James F. Conlan,   Sidley Austin LLP,   One South Dearborn Street,   Chicago, IL 60603-2323
aty          +Norman L. Pernick,   Cole, Schotz, Meisel, Forman & Leonard,,   1000 N. West Street,Suite 1200,
               Wilmington, DE 19801-1058
aty          +Patrick J. Reilley,   Cole, Schotz, Meisel, Forman & Leonard,,   1000 N. West Street,
               Suite 1200,   Wilmington, DE 19801-1058
aty          +Patrick Theodore Garvey,   Johnson & Bell, Ltd,   33 W. Monroe, Suite 2700,
               Chicago, IL 60603-5404

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 05, 2009**               **Signature:**   *Joseph Speetjens*