# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 9, 2009 AT 10:00 A.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1.  Motion of the Debtors for an Order (I) Approving Cash Management Systems,
    (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the
    Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting
    Administrative Expense Status to Postpetition Intercompany Transactions (Filed
    December 8, 2008) (Docket No. 10)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

> (a)    Order (I) Approving Cash Management Systems, (II) Authorizing Use of
> Prepetition Bank Accounts and Business Forms, (III) Waiving the
> Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and
> (IV) Granting Administrative Expense Status to Postpetition Intercompany
> Transactions (Entered December 10, 2008) (Docket No. 56)

> (b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding
> Motion of the Debtors for an Order (I) Approving Cash Management
> Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business
> Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an
> Interim Basis, and (IV) Granting Administrative Expense Status to
> Postpetition Intercompany Transactions (Filed December 11, 2008)
> (Docket No. 74)

> (c)    Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No.
> 126)

> (d)    Order Approving Supplemental Stipulation By and Between Debtors and
> Official Committee of Unsecured Creditors Extending Time for
> Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-
> 1(m)(v) (Entered January 27, 2009) (Docket No. 280)

Objection Deadline:  December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline was extended to April 2, 2009 at 4:00
p.m. for the Senior Lender Steering Committee and the Official Committee of Unsecured
Creditors, and to April 6, 2009 at 4:00 p.m. for the United States Trustee.

Responses Received:  None at this time.

Status:   On consent of the parties, this matter is adjourned to the April 30, 2009 omnibus
hearing.  This matter will not be going forward.

2.    Motion for an Order Granting Debtors Additional Time to File Reports of Financial
Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a
Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy
Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

> (a)    Supplement to Motion for an Order Granting Debtors Additional Time to
> File Reports of Financial Information Pursuant to Federal Rule of
> Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such
> Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure
> 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

(b)    Second Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed March 23, 2009) (Docket No. 790)

Objection Deadline: January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to April 6, 2009 at 4:00 p.m. for the United States Trustee.

Responses Received: None.

Status:    At the request of the United States Trustee, this matter is adjourned to the April 30, 2009 omnibus hearing. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

3.    Motion of the Debtors for an Order (A) Approving Amendments to Securitization Facility and (B) Modifying the Final Order Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code (1) Authorizing the Debtors to Guarantee an Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables and Related Rights Pursuant Thereto, (2) Authorizing the Debtors to Enter Into a Letter of Credit Facility, (3) Modifying the Automatic Stay, and (4) Granting Other Related Relief (Filed March 20, 2009) (Docket No. 559)

Related Document(s):

(a)    Notice of Filing Documents Related to Motion of the Debtors for an Order (A) Approving Amendments to Securitization Facility and (B) Modifying the Final Order Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code (1) Authorizing the Debtors to Guarantee an Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables and Related Rights Pursuant Thereto, (2) Authorizing the Debtors to Enter Into a Letter of Credit Facility, (3) Modifying the Automatic Stay, and (4) Granting Other Related Relief (Filed March 28, 2009) (Docket No. 823)

(b)    Notice of Filing Revised Proposed Order (a) Approving Amendments to Securitization Facility and Letter of Credit Facility and (B) Modifying the Final Order Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364)(d), 364(e) and 365 of the Bankruptcy Code (1) Authorizing the Debtors to Guarantee an Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables and Related Rights Pursuant Thereto, (2) Authorizing the Debtors to Enter Into a Letter of Credit Facility, (3) Modifying the

Automatic Stay, and (4) Granting Other Related Relief (Filed March 28, 2009) (Docket No. 824)

(c)     Notice of Filing (A) Further Revised Proposed Order and (B) Revision to Document Related to Financing Amendment Motion (Filed April 3, 2009) (Docket No. 859)

(d)     Certification of Counsel Regarding Motion of the Debtors for an Order (A) Approving Amendments to Securitization Facility and (B) Modifying the Final Order Pursuant to Sections 105, 362(d), 363(b)(1), 363(f), 363(m), 364(c)(1), 364(c)(2), 364(c)(3), 364(d), 364(e) and 365 of the Bankruptcy Code (1) Authorizing the Debtors to Guarantee an Amended Securitization Facility and for Certain Debtors to Continue Selling Receivables and Related Rights Pursuant Thereto, (2) Authorizing the Debtors to Enter Into a Letter of Credit Facility, (3) Modifying the Automatic Stay, and (4) Granting Other Related Relief (Filed April 7, 2009) (Docket No. 867)

Objection Deadline:  April 2, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to April 3, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received:  None.

Status:    A Certification of Counsel, together with a proposed form of order, was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

4.    Joint Motion of the Debtors and Barclays Bank PLC for Entry of an Order Authorizing to File Under Seal Certain Fee Letters (Filed March 20, 2009) (Docket No. 560)

Related Document(s):

(a)     Certification of No Objection Regarding Joint Motion of the Debtors and Barclays Bank PLC for Entry of an Order Authorizing to File Under Seal Certain Fee Letters (Filed April 7, 2009) (Docket No. 864)

Objection Deadline:  April 2, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to April 3, 2009 at 12:00 a.m. (midnight) for the United States Trustee.

Responses Received:  None.

Status:    A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.

5.    Second Motion to Authorize the Continuation of Medical Benefits for Employees
      Terminated Prior to the Approval of the Postpetition Severance Plan (Filed March 24,
      2009) (Docket No. 796)

      Related Document(s):

      (a)    Order Shortening Notice With Respect to the Debtors' Motion for an
             Order Authorizing the Continuation of Medical Benefits for Employees
             Terminated Prior to the Approval of the Postpetition Severance Plan
             (Entered March 25, 2009) (Docket No. 805)

      (b)    Certification of No Objection Regarding Second Motion to Authorize the
             Continuation of Medical Benefits for Employees Terminated Prior to the
             Approval of the Postpetition Severance Plan (Filed April 7, 2009) (Docket
             No. 866)

      Objection Deadline:  April 6, 2009 at 4:00 p.m.

      Responses Received:  None.

      Status:    A Certification of No Objection was filed with the Court.  This matter will not
                 be going forward unless otherwise directed by the Court.

## UNCONTESTED MATTERS NOT GOING FORWARD

6.    Andrew and Jennifer Faggio's Motion for Relief from Stay (Filed March 5, 2009)
      (Docket No. 476)

      Objection Deadline:  March 18, 2009 at 4:00 p.m.
      On consent of the parties, the Objection Deadline is extended to April 2, 2009 at 4:00
      p.m. for the Debtors.

      Responses Received:  None.

      Status:    The parties have reached a settlement and intend to submit a stipulation under
                 certification of counsel.  This matter will not be going forward unless otherwise
                 directed by the Court.

7.    Motion of Debtor Tribune Company for an Order Pursuant to Sections 105(a), 363(b) and
      363(f) of the Bankruptcy Code Authorizing (I) Entry into a Direct Lease with Mosby,
      Inc. of Certain Real Property Located in Maryland Heights, Missouri and (II) the Sale of
      the Property to Summit Westline Investors, LLC (Filed March 20, 2009) (Docket No.
      557)

Related Document(s):

    (a)    Certification of No Objection Regarding Motion of Debtor Tribune Company for an Order Pursuant to Sections 105(a), 363(b) and 363(f) of the Bankruptcy Code Authorizing (I) Entry into a Direct Lease with Mosby, Inc. of Certain Real Property Located in Maryland Heights, Missouri and (II) the Sale of the Property to Summit Westline Investors, LLC (Filed April 6, 2009) (Docket No. 863)

    (b)    Notice of Withdrawal of Certification of No Objection Regarding Motion of Debtor Tribune Company for an Order Pursuant to Sections 105(a), 363(b) and 363(f) of the Bankruptcy Code Authorizing (I) Entry into a Direct Lease with Mosby, Inc. of Certain Real Property Located in Maryland Heights, Missouri and (II) the Sale of the Property to Summit Westline Investors, LLC (Filed April 6, 2009) (Docket No. 865)

Objection Deadline:  April 2, 2009 at 4:00 p.m.

Responses Received:  None.

Status:    No objections were filed to the Motion; however, the Debtor is addressing certain issues with the Purchaser.  The Debtor anticipates resolving the issues and submitting an order under certification of counsel.  This matter will not be going forward.

Dated:  April 7, 2009

                    SIDLEY AUSTIN LLP
                    James F. Conlan
                    Bryan Krakauer
                    Janet E. Henderson
                    Kevin T. Lantry
                    Kenneth P. Kansa
                    One South Dearborn Street
                    Chicago, IL  60603
                    Telephone:  (312) 853-7000
                    Facsimile:  (312) 853-7036

                          -and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

Attorneys for Debtors and Debtors in Possession

7