IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
TRIBUNE COMPANY, et al.                         :     Case No. 08-13141 (KJC)
                                                :
           Debtors.                             :     (Jointly Administered)
                                                :
                                                :     [No Hearing Required]
------------------------------------------------------------x

## NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that K ASSOCIATES, a California general partnership, and CRENSHAW 3840 PARTNERS, LLC, a California limited liability company, d/b/a ARKA/VALENCIA I (collectively, "Landlord"), creditors of the Debtor, by and through its counsel, Ervin Cohen & Jessup LLP, hereby requests pursuant to Bankruptcy Code §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 4001, and 9007 that notice of all matters which may come before the Court be given as follows:

> **KENNETH MILLER, ESQ.**
> **ERVIN COHEN & JESSUP LLP**
> **9401 WILSHIRE BLVD., 9TH FLOOR**
> **BEVERLY HILLS, CALIFORNIA 90212**

PLEASE TAKE FURTHER NOTICE that Landlord hereby requests that it be included on the official mailing matrix and all limited notice or service lists authorized by the Court in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, complaints, demands, replies, answers, hearings, motions, petitions, requests, operating reports, plans of reorganization, disclosure statements, including all amendments of any of the foregoing and any other documents brought before the Court in this case, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, email, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance, Request for Special Notice, and Demand For Service of Papers nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Landlord's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding to triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Landlord is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED:  April 6, 2009          By: _____
                                KENNETH MILLER, SBN 126083
                                ERVIN COHEN & JESSUP LLP
                                9401 Wilshire Blvd., 9th Floor
                                Beverly Hills, California 90212
                                Tel: 310/281-6321
                                Fax: 310/273-6683
                                E: kmiller@ecjlaw.com
                                **Attorneys for Creditors, K Associates, a California general partnership, Crenshaw 3840 Partners, a California limited liability company, d/b/a ARKA/Valencia I**

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and am not a party to the within action. My business address is: 9401 Wilshire Blvd., 9th Floor, Beverly Hills, CA 90212-2974.

On **April 6, 2009**, I served a copy of the document(s) described as **NOTICE OF APPEARANCE, REQUEST FOR SPECIAL NOTICE, AND DEMAND FOR SERVICE OF PAPERS** on the interested parties in said action by enclosing the document(s) in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

☒ **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

☐ **BY FEDERAL EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express Mail for next business day delivery.

☐ **BY E-MAIL:** I caused said document(s) to be sent via electronic mail.

☐ **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

☐ **BY PERSONAL SERVICE:** I caused said document(s) to be served at Court to Opposing Counsel

☐ **[State]** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **[Federal]** I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **April 6, 2009**, at Los Angeles, California.

*Richard Fraire*

### *U.S. Trustee*
United States Trustee
844 King Street, Rm. 2207
Lockbox #35
Wilmington, DE  19899-0035
T:  302/573-6491


### *Debtor*
Tribune Company
435 North Michigan Avenue
Chicago, Illinois  60611


### *Attorneys for Debtor*
James F. Conlan, Esq.
Bridget J. Hauserman, Esq.
Sidley & Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Norman L. Pernick, Esq.
Cold, Schotz, Meisel, Forman &
        Leonard, P.A.
1000 North West Street, Suite 1200
Wilmington, Delaware 19801