# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: April 27, 2009 @ 4:00 p.m.
Hearing Date TBD

## FIRST MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 8, 2008 THROUGH JANUARY 31, 2009

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 *nunc pro tunc* December 8, 2008** |
| Period for which compensation and/or reimbursement is sought: | **December 8, 2008 through January 31, 2009** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$354,839.00**[1] |
| Amount of Expenses sought as actual, reasonable, and necessary | **$6,227.35** |
| Total Compensation and Expense Reimbursement Requested: | **$361,066.35** |
| Less: Amounts Paid to Date: | **($154,839.00)**[2] |
| Net Amount of Compensation Requested: | **$206,227.35** |

This is a: __X__ monthly ____ interim ____ final application
The total time expended for fee application preparation was approximately 8 hours.

---

[1] Lazard's retention was approved at a rate of $200,000.00 per month pursuant to the terms of the Engagement Letter dated December 1, 2008 (the 'Engagement Letter'). This amount reflects a pro-rated professional fee for the 24-day period from December 8, 2008 through December 31, 2008 plus $200,000 for the monthly of January 2009 [$200,000/31*24 + $200,000 = $354,839.00].

[2] Prior to the petition date the Debtors paid Lazard professional fees totaling $200,000 for services to be rendered for he period from December 1, 2008 through December 31, 2008 pursuant to its Engagement Letter. $154,839 reflects a pro-rated professional fee for the 24-day period from December 8, 2008 through December 31, 2008 [$200,000 / 31* 24 = $154,839].

The total time expended for fee application preparation was approximately 8 hours.

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Current | 12/08/08-01/31/09 | $354,839.00 | $6,227.35 | $154,839.00 | $0.00 |
|---------|-------------------|-------------|-----------|-------------|-------|

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: April 27, 2009 @ 4:00 p.m.
Hearing Date TBD

**FIRST MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC,
INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD DECEMBER 8, 2008 THROUGH JANUARY 31, 2009**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 *nunc pro tunc* December 8, 2008** |
| Period for which compensation and/or reimbursement is sought: | **December 8, 2008 through January 31, 2009** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$354,839.00[1]** |
| Amount of Expenses sought as actual, reasonable, and necessary | **$6,227.35** |
| Total Compensation and Expense Reimbursement Requested: | **$361,066.35** |
| Less: Amounts Paid to Date: | **($154,839.00)[2]** |
| Net Amount of Compensation Requested: | **$206,227.35** |

This is a:  __X__ monthly  ____ interim  ____ final application
The total time expended for fee application preparation was approximately 8 hours.

---

[1] Lazard's retention was approved at a rate of $200,000.00 per month pursuant to the terms of the Engagement Letter dated December 1, 2008 (the 'Engagement Letter'). This amount reflects a pro-rated professional fee for the 24-day period from December 8, 2008 through December 31, 2008 plus $200,000 for the monthly of January 2009 [$200,000/31*24 + $200,000 = $354,839.00].

[2] Prior to the petition date the Debtors paid Lazard professional fees totaling $200,000 for services to be rendered for he period from December 1, 2008 through December 31, 2008 pursuant to its Engagement Letter. $154,839 reflects a pro-rated professional fee for the 24-day period from December 8, 2008 through December 31, 2008 [$200,000 / 31* 24 = $154,839].

Summary of Monthly Fee and Expense Invoices for the Compensation Period:

| Date Filed | Period Covered | Requested | | Paid | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Current | 12/08/08-01/31/09 | $354,839.00 | $6,227.35 | $154,839.00 | $0.00 |

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: April 27, 2009 @ 4:00 p.m.
Hearing Date TBD

**FIRST MONTHLY APPLICATION OF LAZARD FRERES & CO. LLC,
INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD DECEMBER 8, 2008 THROUGH JANUARY 31, 2009**

TO THE HONORABLE KEVIN J. CAREY,
UNITED STATES BANKRUPTCY JUDGE:

Lazard Frères & Co. LLC, ("Lazard"), Investment Banker and Financial

Advisor to the Tribune Company ("Tribune"), and certain of its subsidiaries and affiliates

(collectively, the 'Debtors") hereby submits its First Monthly Fee Application (the

"Application") pursuant to sections 327(a) and 3238(a) of title 11 of the United States Code

(the "Bankruptcy Code) and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for an

allowance of compensation for professional services rendered and for reimbursement of actual

and necessary expenses incurred in connection with such services from December 8, 2008

through and including January 31, 2009 (the "Compensation Period") as set forth in their

engagement letter (the "Engagement Letter"), attached hereto as **Exhibit A**.  Pursuant to the

Administrative Order of this Court dated January 15, 2009 [Docket No. 225] approving

procedures for interim compensation and reimbursement of professionals (the 'Compensation

Order"), Lazard seeks interim allowance in aggregate amount of **$361,066.35** for financial

advisory services provided to the debtors.  Of this amount, $154,839.00 has already been paid, resulting in a net amount requested of $206,227.35.  In support of this Application, Lazard respectfully represents as follows:

## BACKGROUND

1.   On December 8, 2008 (the "Petition Date"), the debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code.  Pursuant to sections 1107 and 1108 the Bankruptcy Code, the debtors have continued to operate their businesses and manage their properties as debtors in possession since the Petition Date.

2.   This Application is submitted pursuant to the terms of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses dated January 15, 2009 (the "Administrative Order").

3.   On March 13, 2009, this Court entered certain Order Pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the retention and employment of Lazard Freres & Co. LLC as financial advisor to the Debtors nunc pro tunc to the petition date.(the "Retention Order"), attached hereto as **Exhibit B.**

## COMPENSATION REQUEST

4.   Lazard seeks allowance of compensation for professional services rendered to the Debtor during the Compensation Period in the aggregate amount of $354,839.00 and for reimbursement of expenses incurred in connection with the rendition of such services in the

aggregate amount of $6,227.35, for a total award $361,066.35 (the "Total Compensation Amount"

5.    For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary setting forth the name of each professional for whose work on these reorganization cases compensation is sought.

## SUMMARY OF SERVICES

6.    The Managing Directors, Directors, Associate and Analysts of Lazard who have rendered professional services during the Compensation Period in these cases are as follows: David Kurtz (Managing Director); John Chachas (Managing Director); Eli Fink (Managing Director); Suneel Mandava (Director); Ricardo Llanos (Director); Ray Sturm (Associate); Amit Gaind (Financial Analyst) and Jacob Chase (Financial Analyst).

7.    During the Compensation Period, the Debtors relied heavily on the experience and expertise of the above-named persons in dealing with matters described in Paragraph 8.  As a result, Lazard's highly skilled restructuring professionals devoted significant time and effort to perform properly and expeditiously the required professional services.

8.    A summary of some of the services rendered by Lazard during the Compensation Period are as follows:

> *a)* <u>Bankruptcy Process</u> – Lazard devoted time and resources during the month of December assisting in the preparation and execution of the Company's Bankruptcy filing.  Lazard fielded inquiries from potential lenders and assisted in the evaluation of the Debtors' $225 million Debtor-in-Possession financing (the "DIP Financing").  Lazard evaluated market comparables, assisted in the review of financing documentation and related court filings and assisted the Debtors counsel and management with respect to first day hearings.

b) <u>Sale Process</u> – During the course of the Application Period, Lazard reviewed the mergers and acquisition transactions under consideration by the Debtors and provided advice with respect to the bankruptcy aspects. As well, Lazard responded to numerous inquiries and maintains a log of parties expressing potential interest in purchasing the Debtors' assets.

c) <u>Tax Analysis</u> – Lazard spent significant time with the Debtors to research, and evaluate the tax aspects of various reorganization alternatives.

d) <u>Presentation Preparation</u> – Lazard assisted the Debtors' management in preparing various presentations and analyses related to the financial projections, business plan and cash flow forecasts for both the Company's Board, Creditors and their legal and financial advisors.

e) <u>Meetings/Calls with Company Management</u> - During the course of the month, Lazard participated in calls and meetings with Company management to discuss the Chapter 11 process and strategy. Lazard also participated in calls and meetings with the management team to review the Company's operations.

f) <u>Meetings/Calls with Creditors</u> - Throughout the Application Period, Lazard actively participated in calls with the Steering Committee, the Unsecured Creditors Committee, and their respective financial advisors. Conversations primarily related to the 2009 operating plan and operating visibility.

## **<u>CONCLUSION</u>**

11.    It is respectfully submitted that the amount requested by Lazard is fair and reasonable given (a) the complexity of the issues presented, (b) the time and labor required, (c) the skill necessary to perform the financial advisory services, (d) the preclusion of other employment, and (e) the customary fees charged to clients in bankruptcy and non-bankruptcy situations.

WHEREFORE Lazard respectfully requests (i) an interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $206,227.35.

| | |
|---|---|
| Total Amount of Compensation Requested: | **$361,066.35** |
| Less: Amounts Paid to Date: | **($154,839.00)** |
| Net Amount of Compensation Requested: | **$206,227.35** |

Dated:      April 6, 2009
            New York, New York

                    LAZARD FRÈRES & CO. LLC

                    Suneel Mandava
                    Director
                    Lazard Frères & Co. LLC
                    30 Rockefeller Plaza, 61st Floor
                    New York, NY  10020
                    (212/632-6000)
                    Investment Banker and Financial Advisor
                    to the Debtors