UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 559 |

# DOCUMENT TO BE KEPT UNDER SEAL

### Certain Fee Letters

    Respectfully submitted,

    SIDLEY AUSTIN LLP
    Bryan Krakauer
    James F. Conlan
    Candice L. Kline
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036

    -and-

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117

    ATTORNEYS FOR DEBTORS AND
    DEBTORS IN POSSESSION



46429/0001-543486v1