IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

**TRIBUNE COMPANY, et al.**

Debtors.

Chapter 11
Case No.:  08-13141
(Jointly Administered)

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

Sodexo, Inc. ("Sodexo"), a creditor and party-in-interest in the above-referenced case, hereby gives notice of its appearance in this case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

**Judy D. Thompson, Esq.**
POYNER SPRUILL LLP
301 South College Street, Suite 2300
Charlotte, North Carolina  28202
jdthompson@poynerspruill.com

Sodexo respectfully requests that it be served with copies of all notices issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Trustee, Bankruptcy Administrator or any other interested parties in this case, including all adversary proceedings, in accordance with Bankruptcy Rule 2002.

Further, Sodexo requests that Debtor forward to it, through its attorney of record, copies of all applications, motions, complaints and other pleadings filed by Debtor in the above-referenced case.

This Notice of Appearance does not give express or implied consent by the undersigned or Poyner Spruill LLP to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted, this 8th day of April, 2009.

POYNER SPRUILL LLP

By:   /s/ Judy D. Thompson
Judy D. Thompson
State Bar No. 15617
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
(704) 342-5250; Fax  (704) 342-5264

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the parties listed below, by mailing a copy of the same to them by regular mail, on this the 8th day of April, 2009.

| | |
|---|---|
| Bryan Krakauer<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | Normal L. Pernick<br>Patrick J. Reilley<br>Cole, Schotz, Meisel, Forman & Leonard,<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 |
| J. Kate Stickles<br>Saul Ewing LLP<br>222 Delaware Avenue<br>PO Box 1266<br>Wilmington, DE 19899-1266 | James F. Conlan<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P. O. Box 4060<br>Allentown, PA 18105-4060 | Patrick Theodore Garvey<br>Johnson & Bell, Ltd<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | Adam G. Landis, Cynthia E. Moh<br>Kerri K. Mumford, Matthew B. McGuire,<br>Mona A. Parikh<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |

                                                                /s/ Judy D. Thompson
                                                                Judy D. Thompson