# EXHIBIT 1

## Tribune Second Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| AzulaySeiden Law Group<br>205 N. Michigan Ave.<br>Chicago, IL 60601<br>Contact: Sara E. Herbek<br>sherbek@azulayseiden.com | Immigration Law | $5,000 |
| BKD CPA & Advisors<br>201 N. Illinois Street, Suite 700<br>Indianapolis, IN 46244-0998<br>Contact: William S. Falkner<br>wfaulkner@bkd.com | Tax advisors | $8,000 |
| D. Park Smith Associates, P.C. [‡]<br>1915 Westridge Drive<br>Irving, TX 75037<br>Contact: D. Park Smith<br>park@nacmsw.com | Collections Counsel for WPIX, KDAF, WGNO and KHCW | 15% contingency fee agreement on any collections obtained |
| Husch Blackwell Sanders LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>Contacts: Maury B. Poscover; Jennifer Schwendemann<br>maury.poscover@huschblackwell.com;<br>jennifer.schwendemann@huschblackwell.com | Corporate law local counsel (Missouri) | $10,000 |
| Maria L. Hampton<br>Canton Village<br>220 Albany Turnpike, Building One<br>Canton, CT 06019<br>Contact: Maria Hampton<br>attymariahampton@snet.com | Collection counsel for The Hartford Courant | 25% Contingency fee agreement on any collections obtained |
| Morrison & Head LLP<br>4210 Spicewood Springs Rd.<br>Austin, TX 78759<br>Contact: John Woolard<br>john@morrisonandhead.com | Tax consultants | $15,000 |
| Neal Gerber & Eisenberg [§]<br>2 North LaSalle St., Suite 2200<br>Chicago, IL<br>Contact: Diana McKenzie<br>dmckenzie@ngelaw.com | Information Technology / Litigation | $45,000 |

[‡]  D. Park Smith Associates was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $1,000.

[§]  Neal Gerber & Eisenberg was previously retained by the Debtors as an Ordinary Course Professional on a contingency fee basis.

46429/0001-5508663v1

| | | |
|---|---|---|
| Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Contact: Robert L. Symonds, Jr.; Joseph H. Huston, Jr.<br>rls@stevenslee.com; jhh@stevenslee.com | Corporate law local counsel (Pennsylvania) | $30,000 |
| Wai & Connor LLP<br>2566 Overland Ave., Suite 570<br>Los Angeles, CA 90064<br>Contact: Greg Connor<br>gregconnor@waiconnor.com | Worker's compensation matters | $5,000 |
| Whiteford, Taylor & Preston L.L.P.<br>7 St. Paul Street<br>Baltimore, MD 21202<br>Contacts: Joseph N. Schaller; Jack Evans<br>jschaller@wtplaw.com;<br>jevans@wtplaw.com | Corporate law local counsel (Maryland) | $15,000 |

46429/0001-5508663v1