IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 877** |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on April 8, 2009, I caused a copy of the **Notice of Supplement to Exhibit A to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business** to be served on the parties on the attached service list in the manner indicated.

                              COLE, SCHOTZ, MEISEL,
                              FORMAN & LEONARD, P.A.

By: _/s/ J. Kate Stickles_
      J. Kate Stickles (No. 2917)
      500 Delaware Avenue, Suite 1410
      Wilmington, DE 19801
      (302) 652-3131
      (302) 652-3117 (fax)

## TRIBUNE COMPANY, *et al.*
### Service List re: Ordinary Course Professionals

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

AzulaySeiden Law Group
Attn: Sara E. Herbek
205 N. Michigan Ave.
Chicago, IL 60601

BKD CPA & Advisors
Attn: William S. Falkner
201 N. Illinois Street, Suite 700
Indianapolis, IN 46244-0998

D. Park Smith Associates, P.C.
Attn: D. Park Smith
1915 Westridge Drive
Irving, TX 75037

Husch Blackwell Sanders LLP
Attn: Maury B. Poscover/Jennifer Schwendemann
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Maria L. Hampton
Canton Village
220 Albany Turnpike, Building One
Canton, CT 06019

Morrison & Head LLP
Attn: John Woolard
4210 Spicewood Springs Rd.
Austin, TX 78759

Neal Gerber & Eisenberg
Contact: Diana McKenzie
2 North LaSalle St., Suite 2200
Chicago, IL 60602

46460/0001-5431522v3

Stevens & Lee
Attn: Robert L. Symonds, Jr./Joseph H. Huston, Jr.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Wai & Connor LLP
Attn: Greg Connor
2566 Overland Ave., Suite 570
Los Angeles, CA 90064

Whiteford, Taylor & Preston L.L.P.
Attn: Joseph N. Schaller/Jack Evans
7 St. Paul Street
Baltimore, MD 21202