# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

E. MICHAEL GUTMAN, M.D., MIKE
GUTMAN, M.D.(MPAC), P.A.
and GUTMAN PAIN/ACCIDENT CENTER,
INC., a/k/a and or d/b/a BACK PAIN
INSTITUTE OF ORLANDO,

    Plaintiffs,
v.

ORLANDO SENTINEL
COMMUNICATIONS COMPANY,
TRIBUNE COMPANY OF CHICAGO a/k/a
TRIBUNE COMPANY,
TRIBUNE PUBLISHING COMPANY,
SENTINEL COMMUNICATIONS NEWS
VENTURES, INC.,
RENE STUTZMAN, individually, and
FRED SCHULTE, individually,

    Defendants.
_____/

CASE NO.: 2005-CA-4071

JURY TRIAL DEMAND

## SECOND AMENDED COMPLAINT

Plaintiffs, E. MICHAEL GUTMAN, M.D., MIKE GUTMAN, M.D. (MPAC), P.A. and GUTMAN PAIN/ACCIDENT CENTER, INC. a/k/a and or d/b/a BACK PAIN INSTITUTE OF ORLANDO, sue Defendants, ORLANDO SENTINEL COMMUNICATIONS COMPANY, TRIBUNE COMPANY OF CHICAGO a/k/a TRIBUNE COMPANY, TRIBUNE PUBLISHING COMPANY, SENTINEL COMMUNICATIONS NEWS VENTURES, INC., RENE STUTZMAN, individually, and FRED SCHULTE, individually, and allege:

### GENERAL ALLEGATIONS

1.     This is an action for damages that exceed $15,000.00.

2. At all times material, Plaintiff, E. MICHAEL GUTMAN, M.D. (hereinafter "GUTMAN"), was a licensed physician to practice medicine in the State of Florida residing in Orange County, Florida.

3. At all times material, Plaintiff, MIKE GUTMAN, M.D. (MPAC), P.A. (hereinafter "Gutman's PA"), was a Florida corporation authorized to do business in the State of Florida, with its principal place of business at 711 West Colonial Drive, Orlando, Orange County, Florida. At all relevant times, Dr. Gutman was the Director of Gutman's PA.

4. At all times material, Plaintiff, GUTMAN PAIN/ACCIDENT CENTER, INC., a/k/a and or d/b/a BACK PAIN INSTITUTE OF ORLANDO (hereinafter "Dr. Gutman's Pain Center"), was a corporation organized and existing under the laws of the State of Florida, with its principal place of business in Orange County, Florida. At all times material, Dr. Gutman was the Director of Dr. Gutman's Pain Center.

5. At all times material, Defendant, ORLANDO SENTINEL COMMUNICATIONS COMPANY, was a foreign corporation authorized to do business in the State of Florida, with its principal place of business at 633 N. Orange Avenue, Orlando, Orange County, Florida. Defendant owns and operates a daily newspaper of general circulation known as the *Orlando Sentinel*, which is published at 633 N. Orange Avenue, Orlando, Orange County, Florida and circulates through a list of subscribers and by means of direct sales throughout the City of Orlando, Florida, and the United States and by broadcast over the internet throughout the world. The average daily circulation of defendant's newspaper is approximately three hundred and twenty five thousand, nine hundred and nine one (325,991).

6. At all times material, Defendant, TRIBUNE COMPANY OF CHICAGO a/k/a TRIBUNE COMPANY, was a foreign corporation authorized to do business in the State of Florida with a principal place of business at 435 N. Michigan Avenue, Chicago, Cook County, Illinois. Defendant owns and operates Orlando Sentinel Communications Company.

7. At all times material, Defendant, TRIBUNE PUBLISHING COMPANY, was a foreign corporation authorized to do business in the State of Florida with a principal place of business at 435 N. Michigan Avenue, Chicago, Cook County, Illinois. Defendant owns and operates Orlando Sentinel Communications Company.

8. At all times material, Defendant, SENTINEL COMMUNICATIONS NEWS VENTURES, INC., was a foreign corporation authorized to do business in the State of Florida, with its principal place of business at 633 N. Orange Avenue, Orlando, Orange County, Florida. Defendant owns and operates Orlando Sentinel Communications Company.

9. At all times material, Defendant, RENE STUTZMAN, was a resident of Orange County, Florida. Ms. Stutzman was employed as a writer for the Orlando Sentinel and authored a certain article described below.

10. At all times material, Defendant, FRED SCHULTE, was a resident of Broward County, Florida. Mr. Schulte was employed as a writer for the Sun-Sentinel and authored a certain article described below.

11. Venue is proper in Orlando, Orange County, Florida.

## FACTUAL BACKGROUND

12. In and around 2003, the *Orlando Sentinel* knew prescription drug abuse was a hot topic and could be used as bait to catch the attention of the public and lead to increased paper sales.

3

As a result, from 2003 through 2004, *Orlando Sentinel* and its sister company, *Sun-Sentinel* of Ft. Lauderdale, published several series of articles on the alleged abuse of oxycodone, the active ingredient in OxyContin and other prescription painkillers. In those articles, the *Orlando Sentinel* portrayed itself to the public as providing reliable investigative news reporting. Instead of providing accurate facts, however, the *Orlando Sentinel* published false, misleading and defamatory statements that hurt a lot of people. In particular, *Orlando Sentinel's* false, misleading and defamatory statements damaged the personal and professional reputation of GUTMAN and his businesses, Gutman's P.A. and Dr. Gutman's Pain Center.

13.    Concerned with increasing its subscription base and its profitability, the *Orlando Sentinel* slanted critical facts and published false data regarding the statistical deaths caused solely by OxyContin without reasonable care whether the defamatory material was true or false.

14.    For an example, in October 2003, the *Orlando Sentinel* published a series of articles featuring David Rokisky, an ex police officer, who had been allegedly made an "accidental addict" of OxyContin by a doctor. The *Orlando Sentinel* characterized Mr. Rokisky as a model citizen and a victim of a doctor. However, the *Orlando Sentinel* failed to report that Mr. Rokisky was previously convicted on drug charges in New Mexico.

15.    Also, in those series of articles, the *Orlando Sentinel* cited Florida Department of Law Enforcement reports that oxycodone caused 573 overdose deaths in 2001 and 2002. In fact, only about one-quarter of those deaths were caused solely by oxycodone.

16.    In the editorial article "Orlando failed pain-drug test," which focused on just how far off the mark the *Orlando Sentinel's* reporting was, author and *Orlando Sentinel's* Public Editor, Manning Pynn, stated, "[w]hen the *Sentinel* devotes space on its front page, along with multiple

4

pages inside, to a single topic for five consecutive days, it makes a profound statement not only about the worth of the subject but also about the newspaper's confidence in the information it is presenting." Furthermore, Pynn concluded his editorial stating there "is no excuse for the *Sentinel's* inaccurate reporting."

17. The series of articles on David Rokisky created the backdrop for another series of articles that focused on doctors allegedly over-prescribing OxyContin. In particular, on November 30, 2003, the *Orlando Sentinel*, published two news articles titled: 1) MANY DIE WHILE DOCTORS EXPLOIT MEDICAID - OVERPRESCRIBING BY SMALL GROUP FUELS BLACK MARKET (attached as Exhibit "1") and; 2) 11 DIE FROM PILLS LOCAL DOCTOR PRESCRIBED - CENTRAL FLORIDA'S DR. E. MICHAEL GUTMAN IS UNDER INVESTIGATION BY THREE STATE ENTITIES (attached as Exhibit "2"), which contained statements concerning GUTMAN and his businesses, Gutman's P.A. and Dr. Gutman's Pain Center. These articles also were published in simultaneous, subsequent, and continuing internet transmissions.

18. In and around February 2004, well over a year from the first published article on OxyContin, the *Orlando Sentinel* published a correction article acknowledging the inexcusable flaws in the way it characterized the abuse of OxyContin.

19. In and around August 2004, the *Orlando Sentinel* published another correction article again acknowledging the inexcusable flaws in the way it characterized the abuse of OxyContin; specifically, the overstatement of death related to OxyContin. However, neither of the *Orlando Sentinel's* correction letters attempted to retract any statements published about GUTMAN, Gutman's P.A. and Dr. Gutman's Pain Center.

20. All conditions to the filing of this action have occurred or have been waived.

## COUNT I -
### E. MICHAEL GUTMAN, M.D., MIKE GUTMAN, M.D.(MPAC), P.A. and GUTMAN PAIN/ACCIDENT CENTER, INC., a/k/a and or d/b/a BACK PAIN INSTITUTE OF ORLANDO 'S DEFAMATION CLAIM

Plaintiffs adopt by reference the allegations contained in paragraphs 1 through 20 above.

21. Up until November 30, 2003, Plaintiffs, GUTMAN, Gutman's PA and Dr. Gutman's Pain Center, enjoyed an excellent reputation.

22. On November 30, 2003, the Defendants, without reasonable care whether the defamatory material was true or false, published in its newspaper, the *Orlando Sentinel*, an article under the caption "Many Die While Doctors Exploit Medicaid - Overprescribing by Small Group Fuels Black Market" (attached as Exhibit "1") which reported the following false and defamatory statements concerning GUTMAN, Gutman's P.A. and Dr. Gutman's Pain Center:

Many Die As Doctors Exploit Medicaid.

Overprescribing By Small Group Fuels Black Market.

A small group of Florida doctors is drugging the poor at tax payer's expense.

The doctors are exploiting the Medicaid system by prescribing hundreds of millions of dollars worth of dangerous drugs that are feeding a booming black market and adding to a torrent of fatal over-doses.

Even as the state faces a budget crisis in which Medicaid cost figure prominently, abuse of the health-care system for the poor by doctors - and by willing pharmacists and patients - has gone largely unpunished, according to an eight month investigation by South Florida Sun-Sentinel.

Regulators, for the most part, have failed to curb wild excesses in billing as pain-relief patches, sleeping pills, tranquilizers and other highly abused drugs have been prescribed during the past three years, frequently in staggering doses.

6

"This is crime in plain sight," said David Moye, director of economic crime and health-care fraud for the Florida Attorney General's Office.

A separate investigation by the Orlando Sentinel found that at least 11 people in Central Florida died in the past three years on prescription linked to Orlando psychiatrist and pain specialist E. Michael Gutman.

Nobody keeps track of doctors who are drugging the poor.

This article was republished in simultaneous, subsequent, and continuing internet transmissions.

23.     On November 30, 2003, the defendants, without reasonable care whether the defamatory material was true or false, published in its newspaper, the *Orlando Sentinel*, an article under the caption "11 Die from Pills Local Doctor Prescribed - Central Florida's Dr. E. Michael Gutman Is under Investigation by Three State Entities" (attached as Exhibit "2") which reported the following false and defamatory statements concerning GUTMAN, Gutman's P.A. and Dr. Gutman's Pain Center:

11 Die from Doctor's Prescriptions

Central Florida's Dr. Michael Gutman is under investigation by three state entities.

At least 11 - people - including two young brothers from Winter Springs - overdosed and died from drugs prescribed by one of the most prominent psychiatrists in Central Florida, according to the Orlando Sentinel examination of more than three years of medical records.

Ten of those who died were patients of Dr. E. Michael Gutman and all had taken drugs he had prescribed for the treatment of pain or mental disorders, according to medical examiner's records.

Gutman, a licensed psychiatrist who also operates two Orlando-area pain-management clinics, is under investigation by the Florida Department of Law Enforcement, the Florida Attorney General's Office and the Florida Board of Medicine, which licenses doctors.

However, state records show that a few months after Medicaid fraud investigators with the Attorney General's Office began their inquiry in 2001, Gutman surrendered his Medicaid certificate, meaning he would no longer accept payments from the government

7

program that provides medical care to the needy.

Indeed, at least eight of the people who died under Gutman's care had a history of drug abuse or addiction, according to police and medical-examiners records.

Among his patients were Brenda Adair and her older son, Jerry, 15. They were being treated by Gutman for a variety of pain and emotional disorders when, on July 5, 2002, Adair's younger son, Terry 10, died after taking several of their pills.

One week later, the older boy overdosed and died from a combination of his own and his mother's medicine.

Pharmacy records show Gutman had prescribed six medicines for the older boy and six for his mother.

The boys' uncle, Stephen Sweat of Oviedo, defends his sister and says Gutman should be held responsible.

"For me, that's the one to blame," he said.

Nine of the 11 overdose deaths linked to Gutman involved pain medicine, including morphine, methadone and oxycodone.

The victims also included people who overdosed on a combination of drugs, including those used to treat mental disorders, such as anti-anxiety drug alprazolam, more commonly known as Xanax.

Diane McIntire, 50, of Orlando, a former hotel maid, died May 24, 2003, of methadone poisoning, according to the Orange-Osceola Medical Examiner's office.

Gutman had McIntire on several medicines and was treating her for a variety of emotional and physical problems. including a degenerative back disorder.

The day before she died, Gutman told her to increase the amount of the methadone she took, from six to nine pills a day, according to McIntire's medical records.

Although McIntire was not a known drug abuser, Gutman had patients who were and some became dependent on the medicine he gave them, according to medical-examiner records.

Manual Angel Ruiz, 45, a baker disabled by a back injury, died Sept. 30, 2001, of an overdose of oxycodone, a pain medicine prescribed by Gutman.

> According to case notes from the Orange-Osceola County medical examiner, Ruiz had become addicted to pain medication while under Gutman's care, and the doctor had just put him through a detoxification program in a local hospital.
>
> The day Ruiz got out of the hospital, he was given more. He overdosed that night and died.

This article was republished in simultaneous, subsequent, and continuing internet transmissions.

24. The above referenced defamatory statements constitute defamation *per se* because on their face they ascribe to GUTMAN, Gutman's P.A. and Dr. Gutman's Pain Center illegal conduct, unethical conduct, and conduct and characteristics incompatible with the proper exercise of their lawful business and they were intended to convey such meaning and were so understood by Defendants' readers. The statements alternatively constitute defamation *pro quod* because as explained by additional facts, the statements ascribe to GUTMAN, Gutman's P.A. and Dr. Gutman's Pain Center illegal conduct, unethical conduct and, conduct and characteristics incompatible with the proper exercise of their lawful business, and they were intended to convey such meaning and were so understood by Defendants' readers.

25. The Defendants published the defamatory statements with knowledge of their falsity or reckless disregard thereof, and with ill will and the intent of injuring Plaintiffs.

26. A direct and proximate result, of the published defamatory statements plaintiffs' professional and business reputation has been greatly injured. Plaintiffs have lost patients, employment opportunities, and have been deprived of profits that would have otherwise been obtainable.

27. As a direct and proximate result of the published defamatory statements, Plaintiffs have suffered general damages. GUTMAN personally also has and continues to suffer embarrassment, humiliation, emotional distress, and mental anguish.

9

28. On January 26, 2005, Plaintiffs served on defendants, Orlando Sentinel Communications Company, Tribune Company of Chicago a/k/a Tribune Company, Tribune Publishing Company, and reporters, Rene Stutzman and Fred Schulte, a written notice pursuant to Section 770.01 of the Florida Statutes, specifying the statements that were false and defamatory and demanding correction and retraction of the above-described articles. However, Defendants have failed and refused to publish a correction and retraction as of the date of the filing of the original complaint.

29. On May 11, 2005, Plaintiffs filed a complaint against Defendants Orlando Sentinel Communications Company, Tribune Company of Chicago a/k/a Tribune Company, Tribune Publishing Company, and reporters Rene Stutzman and Fred Schulte, individually.

30. On May 16, 2005, Plaintiffs served Defendant, Sentinel Communications News Ventures, Inc., a written notice pursuant to Section 770.01 of the Florida Statutes, specifying the statements that were false and defamatory and demanding correction and retraction of the above described articles. However, Defendant has failed and refused to publish a correction and retraction as of the date of the filing of this second amended complaint.

31. On June 6, 2005, Plaintiffs filed an amended complaint against Defendants Orlando Sentinel Communications Company, Tribune Company of Chicago a/k/a Tribune Company, Tribune Publishing Company, Sentinel Communications News Ventures, Inc., and reporters Rene Stutzman and Fred Schulte, individually.

WHEREFORE, Plaintiffs request judgment for general and specific damages according to proof, for cost of suit, and for such other and further relief as may be just, including punitive damages for all statements that constitute defamation per se. Plaintiffs further request leave of court

to amend this pleading to add a claim for punitive damages to this prayer for relief.

## COUNT II
### E. MICHAEL GUTMAN, M.D.'S FALSE LIGHT INVASION OF PRIVACY CLAIM

Plaintiffs adopt by reference the allegations contained in paragraphs 1 through 20 above.

32. Each of the November 30, 2003 newspaper articles attached as Exhibit "1" and Exhibit "2," as well as the simultaneous, subsequent, and continuing internet transmissions of those articles, manipulated and juxtaposed statements, captions and quotes such that each article, and both articles considered together, portrayed GUTMAN in a false light that:

   a. Dr. Gutman is one of the Florida doctors who caused needless deaths by exploiting Medicaid and overprescribing to the point of fueling a black market;

   b. Dr. Gutman is drugging the poor and exploiting the Medicaid system;

   c. Dr. Gutman abused the healthcare system for the poor;

   d. Dr. Gutman is involved in "wild excesses in billing"

   e. Dr. Gutman was dishonest and engaged in illegal activities, including physically endangering others to succeed in his profession;

   f. Dr. Gutman maliciously exploited Medicaid by over-prescribing unreasonably dangerous drugs to his patients for money;

   g. Dr. Gutman had a greater incidence of drug overdoses than reasonably would be expected in the nature of his practice;

   h. Dr. Gutman is a substandard physician that endangers his patients and has needlessly caused the death of at least 11 patients; and

   i. Dr. Gutman is dishonest, greedy, dangerous and unethical.

33. The Defendants published the above newspaper articles with knowledge or reckless disregard of the false light in which GUTMAN was cast and with ill will and the intent to injure GUTMAN.

34.     The aforementioned false light is offensive to a reasonable person.

35.     As a direct and proximate result of the false light in which GUTMAN was portrayed in the above news articles, GUTMAN has suffered damage to his reputation. Furthermore, as a direct and proximate result of said false light, GUTMAN has lost income, patients, business opportunity, profits, and also has suffered mental and emotional distress, humiliation, embarrassment, and mental anguish.

WHEREFORE, GUTMAN request judgment against Defendants for general and specific damages according to proof, for cost of suit, prejudgment interest, and for such other and further relief as may be just. GUTMAN further request leave of court to amend this pleading to add a claim for punitive damages to this prayer for relief.

### DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues.

Dated this 3d day of April, 2006.

Manuel Socias
Fla. Bar No. 344028
GARY, WILLIAMS,
PARENTI, FINNEY,
LEWIS, McMANUS, WATSON &
SPERANDO, P. L.
111 North Orange Avenue, Suite 775
Orlando, Florida 32801
Ph: (407) 649-7171
Fax: (407) 649-7755
Willie E. Gary
Fla. Bar No. 187843
Charles Emmanuel
Fla. Bar No. 0913391

GARY, WILLIAMS, PARENTI, FINNEY,
LEWIS, McMANUS, WATSON &
SPERANDO, P. L.
221 E. Osceola Street
Stuart, Florida 34994
Ph: (772) 283-8260
Fax: (772) 463-4319
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this document has been sent via U.S. First Class Mail to: **Gregg D. Thomas, James B. Lake,** and **Rachel E. Fugate**, THOMAS & LoCICERO, 100 W. Kennedy Blvd., Suite 500, Tampa, Florida 33602, this 30 day of April 2006.

_____
MANUEL SOCIAS

# Many die as doctors exploit Medicaid

## Overprescribing by small group fuels black market

By FRED SCHULTE
SOUTH FLORIDA SUN-SENTINEL

A small group of Florida doctors is drugging the poor at taxpayer expense.

The doctors are exploiting the Medicaid system by prescribing hundreds of millions of dollars' worth of dangerous drugs that are feeding a booming black market and adding to a torrent of fatal overdoses.

Even as the state faces a budget crisis in which Medicaid costs figure prominently, abuse of the health-care system for the poor by doctors — and by willing pharmacists and patients — has gone largely unpunished, according to an eight-month investigation by the *South Florida Sun-Sentinel*.

Regulators, for the most part, have failed to curb wild excesses in billing as pain-relief patches, sleeping pills, tranquilizers and other highly abused drugs have been prescribed during the past three years, frequently in staggering doses.

"This is a crime in plain sight," said David Moye, director of economic crimes and health-care fraud for the Florida Attorney General's Office.

In a hand search of more than 2,000 reports of prescription-drug deaths and a computer analysis of millions of pharmacy billing records the state has never made public before, the newspaper found that:

• Medicaid, which serves about

PLEASE SEE PILLS, A20

### INSIDE



At least 11 people — including two young brothers from Winter Springs — overdosed and died from drugs prescribed by one of the most prominent psychiatrists in Central Florida, according to an *Orlando Sentinel* examination of more than three years of medical records. Story, A20



Grief: Mary Richmond of Vero Beach cries recently over a photo of daughter Bettiea Moody, 39, dead of an accidental fentanyl overdose.

EXHIBIT "1"

# Crist vows reforms, proposals for tougher enforcement

**PILLS** FROM A1

...million disabled and low-income Floridians, more than half of them children, paid pharmacies $346.6 million for narcotics and other potent drugs during the past three years. Frequently, the Medicaid prescriptions were for the maximum doses.

• Less than 3 percent of the state's medical professionals issued the vast majority of these prescriptions. Sixteen doctors each ordered more than $1 million worth of dangerous drugs. By comparison, only 574 of the state's 56,926 medical professionals topped even $100,000 in pharmacy billings. Most prescribed less than a tenth that amount. Thousands of others wrote far less.

• Many doctors who handed out the most prescriptions also are linked to multiple drug-related deaths. At least 40 doctors each had four or more patients die of overdoses in the past two years. Sixteen of the physicians had eight or more such deaths. How many of the dead were also Medicaid participants cannot be determined from available records.

A separate investigation by the Orlando Sentinel found that at least 11 people in Central Florida died in the past three years on prescriptions linked to Orlando psychiatrist and pain specialist E. Michael Gutman. Gutman said he did nothing wrong.

As doctors have switched patients from OxyContin, which has been linked to deaths and is highly addictive, three other painkillers have grown in popularity and are killing Floridians with alarming frequency, though state health regulators who could alert physicians about such dangers did not identify the trends.

Medicaid purchases of methadone, morphine and fentanyl have nearly doubled since 2000, and deaths that can be traced to those narcotics have skyrocketed.

"We've got to get our hands around this and do everything we can," State Attorney General Charlie Crist said. He promised immediate reforms and legislative proposals for tougher enforcement. "Unfortunately, too many lives have been lost."

James R. McDonough, director of the governor's advisory Office of Drug Control, agreed: "This is truly an epidemic with tragic consequences. There are many holes in the system."

Florida, state regulators admit, is paying dearly in human life and tax dollars for failing to set up a warning system that identifies abuse-prone medicines and monitors doctors who habitually prescribe them — doctors such as Freeland Williams II, a general practitioner in Vero Beach.

In 1993, Williams paid a $5,000 fine and accepted three years of probation to settle a Florida Board of Medicine civil complaint that he overprescribed pain pills for three patients, including one without "any objective evidence" of chronic pain, state records show.

Still, during the past three years, Williams prescribed $474,763 worth of controlled drugs for state-supported patients. Only 66 of all the medical professionals in the state had bigger billings, records show.

In 2002, when five of his patients fatally overdosed, Williams wrote prescriptions for $237,784 worth of these drugs nearly triple what he had written two years earlier. That included pain patches for 73 Medicaid patients. Only 15 other doctors wrote more, according to the Sun-Sentinel's analysis.

One of his patients was Bette L. Moody, a restaurant cook on Medicaid, who came to him in pain after she was burned in a kitchen fire.

Williams prescribed a bandagelike patch that oozed the superstrong narcotic fentanyl. On Nov. 23, 2002, the 39-year-old Fort Pierce mother died of poisoning from fentanyl and a muscle relaxant Williams also had prescribed, her autopsy showed. She was found in bed the patch stuck to her lower back.

Moody was the second of the doctor's pain-patch patients who died that month.

PLEASE SEE PILLS, A2

# Drug firms keep pain-pill records but don't share that information

**PILLS** FROM A20

Moody's mother, Mary Richmond of Vero Beach, concedes her daughter abused medications but blames the doctor, too.

Williams declined to discuss patients who died, except to say: "If people take them as directed, these drugs are safe."

## Prescribing habits

Nobody keeps track of doctors who are drugging the poor.

Drug companies do keep careful records on controlled drugs that doctors order for Medicaid and for the privately insured, but they don't share that information with state regulators, law enforcement or the public.

The *Sun-Sentinel* identified Florida's top Medicaid drug prescribers by analyzing 8.8 million pharmacy billings from the state. Medicaid officials have never done this type of analysis because the records are used mainly to ensure accurate payment to doctors and pharmacies that participate in the program.

The Medicaid bills offer rare insight into the prescribing habits of doctors when it comes to painkillers, tranquilizers, sleeping pills, steroids that build body mass in people wasting from AIDS and medicines that calm hyperactive children.

Between 2000 and the end of last year, Medicaid in Florida, a program larger than all other states except New York, California, Texas and Pennsylvania, purchased about 800 types of controlled drugs. Some were costly brands such as OxyContin 80 milligram, which costs more than $7 a pill, and some were generics that cost less than one-hundredth that.

Aside from the sheer size of the health program, abuse is easy, according to state fraud officials, because any doctor can order controlled drugs. There are no requirements that they have training in managing pain or in specialties such as AIDS care that require costly drugs.

Also, Florida law requires that doctors treat pain aggressively, in the belief that a patient should not suffer because of a doctor's fear of retribution from state regulators, or that a patient might become addicted.

State officials concede they are struggling to differentiate legitimate patients from drug-seekers who have learned to tap Medicaid to get narcotics, to get high or sell. They also are having a tough time distinguishing bona fide pain practitioners from unscrupulous doctors.

"Some of these doctors get deceived. Word gets out on the street that they are easy touches, and they [Medicaid patients] take advantage of them," said Jerry Wells, Medicaid pharmacy manager for the Florida Agency for Health Care Administration. "As soon as we clamp down on one of these doctors, there is another one."

Medical groups long have argued that the vast majority of doctors order these drugs sparingly. The billing data support that, showing that about 3 percent of the state's doctors prescribed roughly two-thirds of all Medicaid controlled drugs. Many of those doctors are generalists, whose need for high doses of such medicine as painkillers for hundreds of patients is dubious.

There is little doubt they are making money from the practice. Medicaid pays for both doctor visits and prescriptions.

Two doctors in 2000 and 2001, for example, each got more than $1 million for seeing patients. Then Medicaid also paid in excess of $3 million more for narcotics prescriptions that the two prescribed.

On the flip side, some doctors take hardly any money from Medicaid, or drop out of the bureaucratic health program — though their patients continue to run up huge narcotics bills.

These doctors opt to get paid directly from their state-supported patients, sometimes $100 or more per office visit, which the doctors require before handing out new narcotics prescriptions.

State officials say they want the Florida Legislature to require that prescriptions come only from doctors enrolled in Medicaid.

Pharmacists, too, get a transaction fee from Medicaid for every prescription they handle for the program. They also make money on drug markups.

By far, the narcotic Medicaid has paid out the most for has been OxyContin.

The state spent $82 million in the past three years on that painkiller alone. The pills can cost $600 to $800 a month per patient, and the drug has been linked to scores of overdose deaths in Florida.

Seven doctors in Florida each prescribed more than $1 million worth of OxyContin in three years. Only two have formal training in pain management, and state officials suspect that many of these prescriptions were excessive.

The top Medicaid prescriber of dangerous drugs in the state was Miami-Dade ophthalmologist Ronald Lubetsky, who wrote orders worth $2,527,453.

Medicaid paid more than $2.3 million of that for OxyContin, for which Lubetsky was also Florida's top Medicaid prescriber, the billing analysis showed.

The doctor said in an inter-

Case 08-13141-BLS    Doc 883-1    Filed 04/09/09    Page 18 of 20



ANGEL VALENTIN/SOUTH FLORIDA SUN-SENTINEL

**Repentant prescriber:** Miami-Dade ophthalmologist Ronald Lubetsky was the state's top Medicaid prescriber of dangerous drugs. 'I was naive. I didn't see where there could be anything wrong,' he said.

view that he has drastically cut back, mainly because he realized that some patients were selling or abusing the drug.

"I was naive. I didn't see where there could be anything wrong," Lubetsky said. "When I started to see what was going on, I didn't want to be part of this equation."

### Patient overdoses

Patient deaths are not concrete evidence of poor care, though regulators acknowledge that when there is a pattern of these deaths over years, questions should be raised about a doctor's competence or ethics.

In each area of the state, overdoses can be traced to a small number of doctors — many of them the same ones prescribing narcotics liberally for Medicaid clients.

In Brevard County, for example, two doctors stood out after the newspaper examined 138 overdose deaths.

Nine patients of Dr. David Wang's, who practices at the Cocoa Walk-In Clinic, died of overdoses in 2001 and 2002, four of them within a month last year. At least four had mixed medications with cocaine or heroin, autopsy reports show. Wang declined comment.

Eleven of Melbourne pain specialist Sarfraz "Sam" Mirza's patients died of overdoses, most of them last year, according to autopsy reports.

Mirza was arrested earlier this year on drug-trafficking charges for allegedly writing excessive numbers of OxyContin prescriptions. He was not charged in connection with any deaths.

### New drug dangers

Florida's drug-death epidemic is not fading as use of OxyContin diminishes.

The newspaper traced abuse of fentanyl to 127 deaths, most since the second half of last year. Many of the victims died with fentanyl-laced pain patches called Duragesic affixed to their bodies.

More than 530 fatal overdoses have resulted from misuse of methadone and morphine pills — painkillers many doctors had hoped would be cheaper and less likely to be abused than OxyContin.

Methadone since the late 1960s has been a favored treatment for heroin addiction, and in many cities addicts line up to receive oral doses.

In recent years, many pain clinics have been dispensing large numbers of methadone pills, partly because of growing concern about the safety of OxyContin.

Florida Medicaid paid for slightly more than 1 million doses of 10-milligram methadone pills in 2000; in 2002 that figure swelled to 2.8 million doses, according to the newspaper's analysis.

Abuse of the drug, which costs Medicaid about 15 cents a pill, has multiplied, too.

Drug czar McDonough said he was dismayed to hear a new round of drugs is killing Floridians.

"Every time you think that you've got your arms around this problem of drug abuse, we always see a new wave," he said. "We're now entering into the most fatal era in history with medically approved drugs being abused."

---

Fred Schultz is a reporter for the South Florida Sun-Sentinel, a Tribune Publishing newspaper.

# 11 died from pills

Central Florida's Dr. E. Michael Gutman is under investigation by three state entities.

By RENE STUTZMAN
SENTINEL STAFF WRITER

At least 11 people — including two young brothers from Winter Springs — overdosed and died from drugs prescribed by one of the most prominent psychiatrists in Central Florida, according to an *Orlando Sentinel* examination of more than three years of medical records.

Ten of those who died were patients of Dr. E. Michael Gutman, and all had taken drugs he had prescribed for the treatment of pain or mental disorders, according to medical examiners' records.

## local doctor prescribed

Gutman, a licensed psychiatrist who also operates two Orlando-area pain-management clinics, is under investigation by the Florida Department of Law Enforcement, the Florida Attorney General's Office and the Florida Board of Medicine, which licenses doctors.

None of those agencies would provide details.

However, state records show that a few months after Medicaid fraud investigators with the Attorney General's Office began their inquiry in 2001, Gutman surrendered his Medicaid certificate, meaning he would no longer accept payments from the government program that provides medical care to the needy.

Gutman, 68, says he is not to blame for the deaths. He says he is conscientious about the prescriptions he writes.

"I am lily-white in this whole thing, and it's sickening to have this happen when you've done nothing wrong," he said.

Seven years ago, Gutman opened his first pain-management clinic. He now has two offices, one on West Colonial Drive in Orlando and another in Winter Park.

"It's the kind of practice that draws drug abusers, he says, because some of the medicine he prescribes are the same ones sold by drug dealers.

Indeed, at least eight of the people who died under Gutman's care had a history of drug abuse or addiction, according to police and medical-examiner records.

"I'm in probably the dirtiest business that anybody would ever want to belong to," he said. "We're dealing with ... drug addicts that come in. No one has a neon sign that says, 'I'm a drug addict.' They come in and have physical infirmities that justify prescription pain medication."

Among his patients were Brenda Adair and her older son, Jerry, 15. They were being treated by Gutman for a variety of pain and emotional disorders when, on July 5, 2002, Adair's younger son, Terry, 10, died after taking several of their pills.

One week later, the older boy overdosed and died from a combination of his own and his mother's medicine.

Pharmacy records show Gutman had prescribed six medicines for the older boy and six for his mother.

Prosecutors contend that Brenda Adair, who told the *Sentinel* that she had a history of drug abuse, was negligent in the way she stored her medication. She is awaiting trial in Seminole County on aggravated-manslaughter charges in the death of Jerry.

The boys' uncle, Stephen Sweat of Oviedo, defends his sister and says Gutman should be held responsible.

"For me, that's the one to blame," he said.

Seminole County Assistant State Attorney Chris White said his office has no plans to prosecute Gutman in the boys' deaths.

Gutman said he grieves for every patient who dies but is not responsible for their



COURTESY OF THE ADAIR FAMILY

In 2000, Dr. E. Michael Gutman treated Jerry Adair (right), who in July 2002 overdosed a week after sibling Terry (left) died of pills prescribed to Jerry and their mother, Brenda. Their father, Gary, is at center.

Rene Stutzman can be reached at rstutzman@orlandosentinel.com or 407-324-7294.

EXHIBIT "2"


McINTIRE

deaths.
"I never spoon-feed these people medicine or drugs. I don't put them into their systems," he said. "I prescribe them for a legitimate reason and, unfortunately, these people, for whatever reason, may take an overdose."

### 9 deaths from painkillers

Nine of the 11 overdose deaths linked to Gutman involved pain medicine, including morphine, methadone and oxycodone.

The victims also included people who overdosed on a combination of drugs, including those used to treat mental disorders, such as the anti-anxiety drug alprazolam, more commonly known as Xanax.

While most of the victims had a history of drug abuse, at least one adult did not.

Diane McIntire, 50, of Orlando, a former hotel maid, died May 24, 2002, of methadone poisoning, according to the Orange-Osceola Medical Examiner's Office.

Gutman had McIntire on several medicines and was treating her for a variety of emotional and physical problems, including a degenerative back disorder.

The day before she died, Gutman told her to increase the amount of methadone she took, from six to nine pills a day, according to McIntire's medical records.

Gutman said the amount he advised her to take was within accepted norms. That jibes with information from her autopsy. A toxicology report shows the methadone in her blood was within the accepted therapeutic range but notes that people new to methadone can die from those amounts.

Although McIntire was not a known drug abuser, Gutman had patients who were and some who became dependent on the medicine he gave them, according to medical-examiner records.

Manuel Angel Ruiz, 45, a baker disabled by a back injury, died Sept. 30, 2001, of an overdose of oxycodone, a pain medicine prescribed by Gutman.

According to case notes from the Orange-Osceola County medical examiner, Ruiz had become addicted to pain medication while under Gutman's care, and the doctor had just put him through a drug-detoxification program in a local hospital.

The day Ruiz got out of the hospital, he was given more. He overdosed that night and died.

Gutman said Ruiz needed the medication.

"He still had the pain," the doctor said.

### Some patients laud doctor

Gutman predicted the Florida Board of Medicine would exonerate him. It could do that, write him a letter of "guidance," impose a fine or strip him of his right to practice in Florida.

Bill Allen, a professor of medical ethics at the University of Florida College of Medicine, said doctors should not prescribe drugs to patients who obviously abuse them, but it's sometimes difficult to identify them.

"I recommend to some extent that physicians not try to do the job of the Drug Enforcement Administration," Allen said. "It's better to err in the direction that pain is being take care of."

Gutman said he has controls in place, designed to prevent abuse. He makes patients sign a contract, agreeing not to abuse their medicine, and if he suspects they are, he sometimes orders urine tests. He said he stopped treating about 70 patients whom he suspected of abuse.

Some of Gutman's patients are effusive in their praise of him. He is extraordinarily kind, they say, and often gives out his home and cell-phone numbers so that they can reach him at any hour.

Donna Kirkland, 53, a disabled kindergarten teacher from Longwood, credits him with saving her life. Although other doctors acted as if her pain was not serious, Gutman sat down and really listened, she said, then put together a treatment plan.

"I really don't have enough good to say about him," she said.

### Life of 'helping people'

While much of Gutman's focus is now on pain management, he built his reputation on psychiatry. He founded the predecessor to one of the oldest drug-treatment facilities in Orlando, the Center for Drug-Free Living.

He is a past-president of the Florida Psychiatric Society and served as medical director of Mental Health Services of Orange County Inc., now called Lakeside Alternatives, the government-funded mental-health hospital.

"My entire life is based on helping people," he said.

He has appeared in court scores of times, testifying about the mental condition of defendants. Among the criminals he has evaluated is Richard Adams, who was convicted of beating to death his daughter, 6-year-old Kayla McKean, in his Clermont home Thanksgiving Day five years ago.

One of his best-known patients is Orlando Magic standout guard Tracy McGrady, whom he successfully treated last year for a back injury.

Gutman said the criticism he's facing now is much like his experience in Vietnam, where he served as a psychiatrist to U.S. troops in the mid-1960s.

"Pain medicines are highly explosive and combustible and very dangerous, and some people are going to die, unfortunately, not because of purposeful actions but sometimes because of just the exposure to a wartime situation, and that is how I look at myself," he said.