IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Hearing Date: April 28, 2009 at 10:00 a.m. |
| Debtors. | ) | Objection Deadline: April 21, 2009 by 4:00 p.m. |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion for Relief from Automatic Stay With Respect to of Plaintiff E. Michael Gutman, M.D. ("Dr. Gutman"), Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. a/k/a and/or d/b/a Back Pain Institute of Orlando (collectively "Plaintiff" or "Gutman") (the "Motion"), as more fully set forth in the Motion; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the automatic stay is LIFTED so as to allow trial to proceed in E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. a/k/a and/or d/b/a Back Pain Institute of Orlando v. Orlando Sentinel Communications Company, Tribune Company of Chicago a/k/a Tribune Company, Tribune Publishing Company, Sentinel Communications News Ventures, Inc., Rene Stutzman, and Fred Schulte, Case No. 2005-CA-4071, pending in the Circuit Court of the Ninth Judicial Circuit In and For Orange County, Florida; and it is further

10

ORDERED that nothing contained in this Order prejudices, precludes and/or disposes of the claims of Plaintiff against the Debtor; and it is further

ORDERED that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or in relation to the implementation of this Order; and it is therefore

SO ORDERED this _____ day of _____, 2009.

_____
United States Bankruptcy Judge