IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Hearing Date: April 28, 2009 at 10:00 a.m. |
| Debtors. | ) | Objection Deadline: April 21, 2009 by 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 9, 2009, Plaintiff filed a Motion for Relief from Automatic Stay With Respect to Plaintiff E. Michael Gutman, M.D. ("Dr. Gutman"), Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. a/k/a and/or d/b/a Back Pain Institute of Orlando in the above-captioned bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on or before April 21, 2009 by 4:00 p.m. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice or a hearing.

                        FOX ROTHSCHILD LLP

                        /s/ L. JASON CORNELL, ESQUIRE
                        L. Jason Cornell, Esquire (No. 3821)
                        Citizens Bank Center
                        919 N. Market Street, Suite 1300
                        P.O. Box 2323
                        Wilmington, DE 19899-2323
                        (302) 654-7444

Dated: April 9, 2009

2