

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

BEIJING | LOS ANGELES
BRUSSELS | NEW YORK
CHICAGO | SAN FRANCISCO
DALLAS | SHANGHAI
FRANKFURT | SINGAPORE
GENEVA | SYDNEY
HONG KONG | TOKYO
LONDON | WASHINGTON, DC

**FOUNDED 1866**

FEDERAL ID 36-4474078

April 9, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois 60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29016665
Client Matter 90795-30590

For professional services rendered and expenses incurred through
February 28, 2009 re Employee Issues

Fees                                                                    $ 215,807.50

**Total Due This Bill**                                        **$ 215,807.50**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA Number: 071000013
Swift Code: CHASUS33XXX

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/01/09 | B Krakauer | Obtain information re: pending motion for employee bonuses | .80 |
| 02/01/09 | A Thal Simonds | Review filings and letter re deferred compensation claims (.2); research case law re same (.7) | .90 |
| 02/02/09 | BJ Gold | Conference with D. Liebentritt re: executive comp (0.3 ); review compensation draft motion and review summary for J. Dempsey (0.5); review and revise communication re MIP (0.5) | 1.30 |
| 02/02/09 | WC Gray | Communications with client, J. Weiss and K. Lantry re: WARN Act | .10 |
| 02/02/09 | JE Henderson | Tc w/B. Healey re: independent contractor issue (.30); conf w/K. Mills re: authority under employee order (.20) | .50 |
| 02/02/09 | JE Henderson | Several tcs w/K. Lantry re: UST response to local bonus motion (.50); review response (.30); review motion (.40); conf w/B. Krakauer/tc w/client re: same (.50); confs w/C. Kline re: prep of declaration and revised order (.40); tc w/J. McMahon re: same (.10); review email proposal from J. McMahon and email exchange w/client re: same (.30); tc w/K. Stickles and email exchange w/K. Stickles re: revised order (.40) | 2.90 |
| 02/02/09 | CL Kline | Participate in client conference call concerning UST's response to incentive bonus program motion (0.5); Participate in client/UST call regarding incentive motion (0.5); Discuss declaration and order revision requirements (0.4); Prepare declaration draft (0.4); Prepare revised order drafts, clean and blackline (1.3); Distribute revised orders to Sidley and local counsel (0.2); Review final order revision (0.2) | 3.50 |
| 02/02/09 | B Krakauer | Address UST objection to Employee bonus plan w/ client | 1.30 |
| 02/02/09 | KT Lantry | Numerous e-mails and telephone calls with J. McMahon, B. Krakauer, J. Henderson, and clients re: UST's issue involving incentive bonuses (2.8); review UST's pleading and discuss alternative strategies and preparation of additional declaration (.5); arrange for and participate in conference call with J. McMahon, C. Bigelow, H. Amsden and J. Poelking re: incentive bonus plans (.7); follow-up e-mails and telephone calls re: resolution of UST's issues (.4); telephone call with J. Teitelbaum re: issue involving terminated employee (.3); e-mails with K. Stickles and B. Cecoti re: revised order approving severance motion (.4); e-mails with J. McMahon scheduling Wednesday meeting (.1); e-mails with J. Weiss and W. Gray re: information on employee benefit-related claims (.2) | 5.40 |
| 02/02/09 | JD Weiss | Review B. Gray communication re: WARN liability (.20); | .50 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | emails to K. Lantry and B. Gray re: same (.30) | |
| 02/03/09 | BJ Gold | Conference with D. Liebentritt re: comp issues (.10); conference with J. Lotsoff re same (.10 ); conference with J. Dempsey re: same (.20); email to and from N. Sachs re same (.10); conference with A. Miller re same (.10) | .60 |
| 02/03/09 | WC Gray | Review e-mails from J. Weiss and K. Lantry re: WARN Act (0.1); quick reseach re: same (0.2) | .30 |
| 02/03/09 | KT Lantry | Revise form of order re: severance motion (0.3); emails with K. Stickles re: distribution of same ( 0.1) | .40 |
| 02/03/09 | KT Lantry | E-mails and discussions with J. Teitelbaum re: employee issues (.3); telephone call and e-mails with A. Lipson: employee issues and review and edit contract re: same (.4); e-mail re: WARN act (.1) | .80 |
| 02/04/09 | BJ Gold | Telephone call w/ J. Lotsoff re: comp issues (.20); telephone call w/ Mercer (.10 ); review MIP motion and review write-up for Mercer (.20 ); conference with A. Miller re same (.20); email and telephone call with K. Lantry re: MIP (.40) | 1.10 |
| 02/04/09 | CL Kline | Forwarded Independent Contractor payment inquiry to A&M | .10 |
| 02/04/09 | KT Lantry | E-mails with B. Whitman re: language for certification of business unit re: local bonuses (.2); e-mails and telephone call with B. Gold re: 2008 MIP (.4); e-mail to M. Bourgon re: avoidability of transfers to insiders (.2); e-mails with A. Lipson, K. Stickles and B. Cecotti re: severance order (.3); e-mails with K. McCabe and T. Fair re: application of terms of severance order (.3); e-mails re: deferred compensation and other retiree claims (.2); telephone call and follow-up e-mail with J. Osick re: payment in lieu of notice (.3); e-mail with J. Teitelbaum re: Coapstick claim, and draft summary of issues for client (.5); review documents re: non-qualified retirement programs (.6) | 3.00 |
| 02/04/09 | JD Lotsoff | Telephone call with B. Gold re: management compensation analysis and hearing (.20); review compensation analysis issues re: same (1.10) | 1.30 |
| 02/04/09 | AL Miller | Prepare materials for meeting | .90 |
| 02/05/09 | BJ Gold | Conference call with company executives re comp issues (2.0); telephone calls with K. Lantry re: same (0.4); review emails from K Lantry re same (0.3); conference with Mercer (0.3); review MIP motion (1.0); telephone calls with J. Lotsoff re: same (0.1) | 4.10 |
| 02/05/09 | JE Henderson | Review deferred comp documents (.70); 2 tcs w/K. Lantry re: same and re: call (.60); c/c w/client re: same (1.0); conf w/M. Johnson re: benefits assistance (.20) | 2.50 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/05/09 | B Krakauer | Review severance and bonus issues with Debtor management | 1.30 |
| 02/05/09 | KT Lantry | Telephone call with D. Kazan re: local bonus program and insiders involved in same (.3); numerous telephone calls and e-mails with B. Gold and B. Krakauer re: 2008 and 2009 MIP and alternative incentive plan structure for executives involved in chapter 11 proceedings (.9); review information re: Denver employee's termination and e-mail re: same to J. Henderson (.3); review documents and spreadsheets re: liabilities owed to prior employees under various benefit programs, and conference call with clients and J. Henderson re: same (1.5); review additional documents re: liabilities relating to prior employees circulated by M. Bourgon (.6) | 3.60 |
| 02/05/09 | JD Lotsoff | Meeting re: executive compensation issues with D. Liebentritt, C. Bigelow, M. Bourgon, S. O'Connor, J. Dempsey, N. Sachs (2.50); conference call with B. Gold, A. MIller, J. Dempsey and Tribune re same (2.0); telephone call with B. Gold re: executive compensation motion issues (.10); review documents from S. O'Connor re: MIP levels and history (.80) | 5.40 |
| 02/05/09 | AL Miller | Telephone call with B. Gold, J. Lotsoff, J. Dempsey and Tribune re: incentive plans (2.0); prepare for same (0.4) | 2.40 |
| 02/05/09 | A Thal Simonds | Research case law re deferred compensation plans | 4.70 |
| 02/06/09 | BM Clark | Researched treatment of pension plans in bankruptcy | 1.80 |
| 02/06/09 | BJ Gold | Conference with K. Lantry re MIP (0.3); Conference with J. Henderson re: comp (0.4); conference with B. Krakauer and K. Lantry re comp issues (0.4); conference with M. Johnson re unfunded pension issues and review documents and email from J. Henderson re same (0.4); conference with C. Bigelow concerning comp issues (0.2); conference with J. Lotsoff re comp strategy and issues (0.1); conference with Mercer concerning comp issues (0.1); review draft Mercer summary re restructuring goals (0.2); review emails from N. Sachs re comp issues (0.1) | 2.20 |
| 02/06/09 | JE Henderson | Tc w/B. Gold re: deferred compensation issues (.40); voice mails to M. Johnson re: document review (.20); tc w/D. Kazan re: same (.30); forward documents to B. Gold and M. Johnson (.20) | 1.10 |
| 02/06/09 | B Krakauer | Review studies of chapter 11 MIP plans | 1.10 |
| 02/06/09 | B Krakauer | Review compensation issues with client | .50 |
| 02/06/09 | KT Lantry | Review certification language for local bonuses and e-mails re: same (.3); telephone calls, e-mails and conference call with B. Gold, J. Lotsoff and B. Krakauer re: MIPS (.7); e-mails re: background information involving 24 insiders in local bonus | 3.70 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | program and relief for same (.4); discuss research re: non-qualified pension priority with A. Simonds and forward related documents (.3); e-mails and telephone call with M. Bourgon re: L. Coapstick and review contract with Erburu re: same (.5); telephone call and e-mails with J. Teitelbam re: Coapstick claims, with follow-up e-mail re: same to clients (.9); telephone call with B. Merten re: ESOP issues (.4); telephone call with J. Osick re: severance issues in Europe (.2) | |
| 02/06/09 | JD Lotsoff | Conference call with K. Lantry and B. Gold re: incentive plan motion (.10); meeting with S. O'Connor, M. Bourgon, J. Dempsey, M. Long and A. Miller re: incentive plan issues and background (2.50); conference call with N. Sachs, J. Dempsey and A. Miller re: incentive plan payout background issues (.30); review and analyze documents and materials from S. O'Connor, M. Bourgon and N. Sachs re: incentive plan analysis and history of MIP payouts (4.20) | 7.10 |
| 02/06/09 | AL Miller | Office conference with J. Lotsoff, M. Bourgon, S. O'Connor and Mercer re: incentive plans (2.5); telephone call with J. Lotsoff, N. Sachs and Mercer re: same (.30); review documents re: same (2.0); office conference with J. Lotsoff re: same (0.1) | 4.90 |
| 02/06/09 | A Thal Simonds | Research case law re deferred compensation plans | .70 |
| 02/07/09 | BJ Gold | Review J. Henderson memo re insider issues and respond to same; review K. Lantry email and review J. Dempsey email concerning compensation issues; email to J. Lotsoff re: same | .50 |
| 02/07/09 | KT Lantry | E-mails with B. Whittman re: bonuses earned by severed employees and terms of New Severance Plan (.3); numerous e-mails with client re: Coapstick issues (.3) | .60 |
| 02/07/09 | JD Lotsoff | Review case law and pleadings in Dana case re: approval of incentive payments, approval of "ordinary course" payments in context of discretionary bonus payments | 1.00 |
| 02/07/09 | AL Miller | Review e-mails and documents from B. Gold re: local bonus programs | .80 |
| 02/08/09 | BJ Gold | Review SERP memo and documents and email to M. Johnson re same | .50 |
| 02/08/09 | JE Henderson | Review emails re: employee severance | .30 |
| 02/08/09 | KT Lantry | Emails with M. Bourgon re: issues involving Coapstick | .30 |
| 02/08/09 | JD Lotsoff | Review and analyze documents and materials from S. O'Connor, M. Bourgon and N. Sachs re: incentive plan analysis and history of MIP payouts and review SEC filings in preparation for motion to approve incentive payments | 5.90 |
| 02/09/09 | BM Clark | Researched treatment of pension plans in bankruptcy | 1.80 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/09/09 | BM Clark | Prepared list of individual employment agreements in which Tribune entities owe retirement benefits (1.7); office conference w/ M. Johnson and B. Rosemergy re same (0.3) | 2.00 |
| 02/09/09 | MC Fischer | {LA Times} Tc w/K. Lantry re: California severance issues | .40 |
| 02/09/09 | BJ Gold | Conference with client re comp issues and telephone conference with J. Dempsey and review e-mails | 2.80 |
| 02/09/09 | JE Henderson | Review emails re: employee termination/payment issue (.20); tc w/K. Lantry re: same and re: deferred compensation issues (.30) | .50 |
| 02/09/09 | ME Johnson | Office conference w/ B. Rosemergy and B. Clark regarding summary of nonqualified pension and deferred compensation obligations | .30 |
| 02/09/09 | KT Lantry | Telephone call with R. Paul re: continued health care benefits | .30 |
| 02/09/09 | KT Lantry | Review documents re: multi-employer pension issues, and e-mails and conference call with P. Ryan and J. Osick re: same (1.4); e-mail with T. Fair re: payment of contribution to union pensions (.2) | 1.60 |
| 02/09/09 | JD Lotsoff | Meeting with G. Spector, C. Bigelow, D. Liebentritt, B. Gold, N. Sachs, M. Bourgon, S. O'Connor re: executive compensation plans and issues and prepare for meeting (3.0); office conference w/ A. Miller and telephone call with K. Lantry re: meeting and issues re: filing of motion to approve compensation programs (.50); office conference with A. Miller re: backup financial information for executive compensation performance analysis (.80); telephone call with J. Dempsey and M. Long re: executive compensation analysis and presentation (.50); review Mercer compensation analysis (1.00) | 5.80 |
| 02/09/09 | AL Miller | Office conference with J. Lotsoff and K. Lantry re: status and plan for incentive compensation motion (.50); office conference with J. Lotsoff re: motion for incentive compensation (.80); review 10-Qs for factual information re: 2008 financial performance and compile chart per J. Lotsoff re: same (1.20); revise incentive compensation motion (1.40) | 3.90 |
| 02/09/09 | BA Rosemergy | Meet with M. Johnson and B. Clark re: nonqualified deferred compensation obligations (0.3); begin reviewing individual agreements (3.5) | 3.80 |
| 02/09/09 | A Thal Simonds | Research case law re deferred compensation plans | .70 |
| 02/10/09 | BM Clark | Prepared list of individual employment agreements in which Tribune entities owe retirement benefits | 2.90 |
| 02/10/09 | BJ Gold | Review Mercer report and revise same and conference with J. Lotsoff re same | 1.50 |

SIDLEY AUSTIN LLP

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/10/09 | ME Johnson | Review and revise schedule of deferred compensation and supplemental pension agreements | .50 |
| 02/10/09 | KT Lantry | E-mail to J. Teitelbaum re: Coapstick | .10 |
| 02/10/09 | JD Lotsoff | Review board packet presentations (1.50); meeting with G. Spector, J. Poekling, H. Amsden and A. Miller re: executive compensation, business initiative and incentive plan determination issues (3.1); review executive compensation analysis (.70) | 5.30 |
| 02/10/09 | AL Miller | Telephone call with Mercer re: report (.20); meeting with Tribune executives re: factual background for plan motion (3.10) | 3.30 |
| 02/10/09 | BA Rosemergy | Draft and revise chart of employment agreements and nonqualified deferred compensation obligations and discuss same with M. Johnson and B. Clark | 5.70 |
| 02/11/09 | BM Clark | Prepared list of individual employment agreements in which Tribune entities owe retirement benefits | 3.10 |
| 02/11/09 | BJ Gold | Telephone call with J. Lotsoff re: comp issues (.50); review draft motion and conference with J. Dempsey (.40); review new draft (.50); review e-mails re insiders (.20) | 1.60 |
| 02/11/09 | ME Johnson | Review and revise summaries of deferred compensation and supplemental pension agreements (.3); email to J. Henderson re: same (.2) | .50 |
| 02/11/09 | KT Lantry | E-mails with C. Bigelow re: local bonus program (.2); telephone call with J. Teitelbaum re: Coapstick issues (.4); e-mails re: insider issue and discuss research re: same with A. Simonds (.4) | 1.00 |
| 02/11/09 | KT Lantry | Telephone calls and e-mails with B. Healey, S. Shepherd and R. Peters re: Caremark issues and forward related documents | 1.30 |
| 02/11/09 | JD Lotsoff | Telephone call with B. Gold re: executive compensation analysis | .50 |
| 02/11/09 | AL Miller | Draft incentive plan motion (6.20); office conference with A. Rodriguez re: same (.20) | 6.40 |
| 02/11/09 | RT Peters | A.M. meeting with K. Lantry re case background, overall status, and factual background of Caremark issues (.40); emails (multiple) from K. Lantry re documents and communications related to Caremark issues (.6); review and analysis of letter/notice of termination, Caremark response, additional Caremark response to B. Healey, brief review of ERISA provisions and e-memo re same, and PID (2.40); p.m. meeting with K. Lantry re preliminary analysis of contract termination issues and related damages issue (detailed) (.40); prepare e- | 4.90 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | memo summary to K. Lantry re preliminary analysis of contract termination and damages issues (.50); email reply from K. Lantry and respond to same (.30); telephone conference with K. Lantry and follow-up telephone conference with B. Healey re preliminary analysis of contract termination and damages issues (.30) | |
| 02/11/09 | AJ Rodriguez | Meeting with A. Miller to discuss excel spreadsheet data to be analysed (Management Compensation) (.20); examination of statistical data re: Bonus Payout (.60) | .80 |
| 02/11/09 | BA Rosemergy | Finalize deferred compensation obligation chart and discuss same with M. Johnson and B. Clark | 3.00 |
| 02/11/09 | SR Shepherd | Telephone conference and correspondence with K. Lantry re: ERISA authorities in connection with CVS Caremark contract issue | .30 |
| 02/11/09 | A Thal Simonds | Conference with K. Lantry re deferred compensation plans | .10 |
| 02/12/09 | BJ Gold | Review compensation deck | .50 |
| 02/12/09 | KT Lantry | Discuss insider issues and research with J. Henderson, A. Simonds and R. Stone, and review related documents (1.2); telephone call with A. Miller re: MIP motion and related issues (.3); e-mails with J. Teitelbaum re: Coapstick (.2); telephone call with D. LeMay re: Creditors' Committee proposal re: severance and continued health care (.3) | 2.00 |
| 02/12/09 | JD Lotsoff | Telephone call with A. Miller re: "insider" local bonus issues and addendum to motion for approval, review documents re: same | .50 |
| 02/12/09 | AL Miller | Draft incentive plan motion (3.60); office conference with A. Rodriguez re: same (1.0); telephone call with J. Lotsoff re: same (.50); e-mails to J. Lotsoff re: same (.30) | 5.40 |
| 02/12/09 | SS Neely | Conference with A. Simonds re issue re compensation and gather and provide materials re section 503(c) | .40 |
| 02/12/09 | RT Peters | Telephone conference with B. Healey re Caremark matter, and related preparation for client call, including review of termination notice, Caremark responses (2x), and select provisions of contract (1.7); brief meeting with K. Lantry re outcome of call with B. Healey (.20); meeting with A. Simonds re research project for Caremark dispute (.30); p.m. meeting with K. Lantry re overall status of Caremark matter, outcome of call with B. Healey, and scope of legal research assignment (.40) | 2.60 |
| 02/12/09 | AJ Rodriguez | Meeting with A. Miller to discuss metrics of MIP payout bonus re: Tribune Publishing (1.0); assist A. Miller with preparing excel spreadsheets containing bonus payout data for Non | 8.00 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Debtors, Debtors and Newspapers Units (6.0); examination of Tribune Publishing statistical data (1.0) | |
| 02/12/09 | A Thal Simonds | Research re "insider" status (5.1); conference with K. Lantry re same (.5); research re implications of terminating Caremark contracts (.7); conference with R. Peters re same (.1) | 6.40 |
| 02/13/09 | MD Dickerson | Conversation with K. Lantry re: severance motion (.4); research re: severance motion (3.8); draft severance motion (2.6) | 6.80 |
| 02/13/09 | BJ Gold | E-mail D. Liebentritt re: compensation motion (.10); e-mail to and from J. Dempsey re: same (.20); review draft comp. motion (.20) | .50 |
| 02/13/09 | KT Lantry | Discuss preparation of motion re: payment of certain pre-petition employee claims with M. Dickerson and forward related documents (.8); e-mails and telephone calls with B. Whitman, R. Stone and M. Bourgon re: information for motion re: pre-petition claims (.5); e-mails re: local bonus program (.2); discuss issues involving insider research with A. Simonds and e-mails re: same with B. Whitman (.3) | 1.80 |
| 02/13/09 | KT Lantry | Discuss Caremark approach with R. Peters | .30 |
| 02/13/09 | JD Lotsoff | Review e-mails from A. Miller re: local bonus motion issues (0.1); telephone call with A. Miller re: same (0.2) | .30 |
| 02/13/09 | AL Miller | Office conference with A. Rodriguez re: incentive plan motion; (.30); telephone call with J. Lotsoff re: same (.20) | .50 |
| 02/13/09 | RT Peters | Email from B. Healey re Caremark response, and related follow-up with K. Lantry re status, including brief review of background documents | .70 |
| 02/13/09 | AJ Rodriguez | Meeting with A. Miller to discuss Broadcasting statistical data (.30); examination of data (.70) | 1.00 |
| 02/13/09 | A Thal Simonds | Conference with K. Lantry re "insider" status (.3); research case law re same (6.9); draft memo re same (1.6); research case law re implications of terminating Caremark contracts (1.5) | 10.30 |
| 02/14/09 | KT Lantry | Numerous e-mails with D. Liebentritt, D. Kazan, M. Bourgon and D. Eldersveld re: procedures and facts involving UCC's suggested action involving continued health care benefits and remaining severance payments | 1.20 |
| 02/14/09 | AL Miller | Draft motion to approve incentive plan | 1.90 |
| 02/14/09 | A Thal Simonds | Analyze and summarize case law re "insider" status | 6.80 |
| 02/15/09 | HM Bruce | Telephone conference with Sidley Labor Bankruptcy team regarding next steps | .40 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/15/09 | MD Dickerson | Emails re: severance motion (.3); draft severance motion (1.8) | 2.10 |
| 02/15/09 | BJ Gold | Conference with J. Lotsoff concerning incentive plan issues (0.4); review documents concerning SERP (0.2) | .60 |
| 02/15/09 | JE Henderson | Review emails re: severance issues | .30 |
| 02/15/09 | KT Lantry | Review and edit memo re: insider status and e-mails with A. Simonds re: changes to same and further research (1.1); e-mails with J. McClelland and J. Henderson forwarding revised memo on insider status and timing of reviewing client documents re: same (.3); e-mails with M. Bourgon and M. Dickerson re: information for motion to continue health care benefits and severance payments (.3) | 1.70 |
| 02/15/09 | JD Lotsoff | Meeting with B. Gold re: executive compensation issues and motion to approve bonus payments (.40); conference call with B. Gold and A. Miller re: status of compensation consultant review and re: local bonus motion preparation (.50); review documents from H. Amsden re: bonus determinations (.30) | 1.20 |
| 02/15/09 | AL Miller | Telephone call with B. Gold and J. Lotsoff re: status of case | .50 |
| 02/15/09 | A Thal Simonds | Revise analysis re "insider" status (1.0); research case law re same (.9) | 1.90 |
| 02/16/09 | HM Bruce | Review and suggest edits to Mercer agreement | .70 |
| 02/16/09 | MD Dickerson | Draft severance motion | 5.80 |
| 02/16/09 | BJ Gold | Conference with D. Liebentritt re: compensation issues (.20); conference with Mercer re: same (.10); review email re background financial information (.20); review SERP issues (.10) | .60 |
| 02/16/09 | JE Henderson | Review emails re: severance, deferred compensation issues | .30 |
| 02/16/09 | KT Lantry | Numerous e-mails and telephone calls with A. Simonds, J. McClelland, J. Henderson and B. Krakauer re: insider issues and further research (.9); e-mails with K. McCabe and J. Osick re: application of insider case law (.2); review underlying documents and e-mails with M. Bourgon and M. Dickerson re: information for motion involving continued health care (.7) | 1.80 |
| 02/16/09 | JD Lotsoff | Review materials from S. O'Connor, H. Amsden and C. Bigelow to prepare severance motion (2.40); prepare for meeting with C. Bigelow re: executive compensation issues (.80) | 3.20 |
| 02/16/09 | AL Miller | Office conference with A. Rodriguez re: incentive plan motion (.30); review documents still needed for motion (.20) | .50 |
| 02/16/09 | RT Peters | (Caremark) Brief conference with A. Simonds re status of research assignment | .20 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/16/09 | AJ Rodriguez | Examination of bonus pay out metrics for Publishing and Broadcasting units (.50); meeting with A. Miller (.30); prepare statistical data as per Allison Miller's request (.50) | 1.30 |
| 02/16/09 | A Thal Simonds | Follow-up research of case law re "insider" status and email correspondence with J. McClelland re same (1.4); research case law re implications of terminating Caremark contracts (1.8) | 3.20 |
| 02/17/09 | HM Bruce | Office conference with B. Gold regarding draft Mercer agreement (0.10); revise draft Mercer agreement (1.00) | 1.10 |
| 02/17/09 | MD Dickerson | Conversations with K. Lantry re: severance motion (.8); revise severance motion (3.6); run numbers on insurance costs (1.4) | 5.80 |
| 02/17/09 | BJ Gold | Conference with H. Bruce re Mercer contract (.10) and review same (.10 ); call to J. Dempsey re: same (.10); review C. Bigelow and J. Lotsoff emails and review email from M. Johnson re SERP (.40) | .70 |
| 02/17/09 | KT Lantry | E-mails with D. Liebentritt re: order approving severance program (.2); numerous e-mails and conference call re: insider issue with J. Henderson, B. Krakauer and J. McClelland, and discuss with A. Simonds and J. Osick (.9); review and edit successive versions of motion to approve continued health care benefits and discuss changes to same with M. Dickerson (3.2); telephone calls and e-mails with D. Kazan, M. Bourgon and B. Krakauer re: severance payments and continued health care and review related documents (.7); e-mails re: ESOP loan issue (.3); e-mails with J. Teitelbaum and R. Paul and telephone call with D. Deutsch re: severance and continued health care issues (.3) | 5.60 |
| 02/17/09 | JD Lotsoff | Prepare for meeting with C. Bigelow re: severance program | .30 |
| 02/17/09 | JK McClelland | Telephone call with J. Manning regarding United Healthcare employee healthcare accounts and email regarding same to K. Lantry and D. Bergeron (0.1) | .10 |
| 02/17/09 | AL Miller | Office conference with A. Rodriguez re: incentive plan motion | .30 |
| 02/17/09 | A Thal Simonds | Research case law re implications of terminating Caremark contracts | 2.10 |
| 02/18/09 | MD Dickerson | Conversations with K. Lantry re: severance motions (.9); revise severance motion (4.7); draft and revise motion to shorten time (3.4); draft and revise affidavit (1.0) | 10.00 |
| 02/18/09 | JE Henderson | Review deferred compensation analysis (.50); tc w/M. Johnson and associate re: same (.60); email exchange w/D. Kazan re: same (.20); tc w/K. Lantry re: deferred companies (.50); review emails re: deferred comp call (.10) | 1.90 |
| 02/18/09 | ME Johnson | Office conference with J. Henderson and B. Rosemergy re: | 1.30 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | deferred compensation and supplemental pension obligations (.7); review plan documents (.6) | |
| 02/18/09 | KT Lantry | Edit and revise successive versions of motion to continue health care benefits and discuss changes to same with M. Dickerson and draft inserts (3.1); conference call with clients re: employee-related issues (.3); e-mails with M. Bourgon re: information for motion to continue health care (.3); e-mails with J. Lotsoff re: insider issues (.2); telephone call with D. Schaible re: motion to continue health care (.2); e-mails scheduling call next week re: employee-related claims (.2) | 4.30 |
| 02/18/09 | JD Lotsoff | Meeting with C. Bigelow and A. Miller re: executive compensation issues and motion to approve compensation plans, prepare for meeting (2.30); office conference with A. Miller and conference call with A. Miller and K. Lantry re: same and re: insider issues (1.40); office conference with B. Gold re: status of executive compensation planning issues and review issues re: same (.60) | 4.30 |
| 02/18/09 | AL Miller | Office conference with J. Lotsoff and C. Bigelow re: incentive compensation motion (2.30); office conference with J. Lotsoff re: same (1.40); review A. Rodriguez calculations for motion (.10) | 3.80 |
| 02/18/09 | RT Peters | (Caremark) Review and analysis of A. Simonds research memorandum, and related follow-up with A. Simonds | .40 |
| 02/18/09 | AJ Rodriguez | Meeting with Allison Miller (0.1); revise Broadcast metrics data (0.4) | .50 |
| 02/18/09 | BA Rosemergy | Phone call with J. Henderson and M. Johnson re: deferred compensation obligations under individual agreements and begin reviewing nonqualified deferred compensation plans | 1.00 |
| 02/19/09 | MD Dickerson | Conversations with K. Lantry re: severance motions (.4); revise severance motion, motion to shorten time and affidavit (2.3); emails with clients (.3); prepare and coordinate filing with local counsel (.5) | 3.50 |
| 02/19/09 | BJ Gold | Review D. Liebentritt email re: compensation issues (.10); conference call with J. Lotsoff and J. Dempsey re: same (.40); conference with D. Leibentritt re comp issues and email to J. Dempsey re same (.30); conference with Mercer counsel and review proposed engagement language (.30); email to H. Bruce re same (.10) | 1.20 |
| 02/19/09 | JE Henderson | Tc and email exchanges w/M. Johnson and client re: deferred compensation issues (.30); review various deferred compensation plans and spreadsheet (.60); c/c w/D. Kazan and M. Johnson re: same and additional information/analysis (.70); review subsequent email exchanges re: same (.10) | 1.70 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/19/09 | ME Johnson | Telephone conference with D. Kazan and J. Henderson re: deferred compensation and supplemental pension obligations (.7); review list of union plans from B. Rosemergy (.6) | 1.30 |
| 02/19/09 | B Krakauer | Review bonus and incentive plan proposal materials | 1.40 |
| 02/19/09 | KT Lantry | E-mails with client, local counsel and Creditors Committee counsel re: motion to continue medical benefits (.4); discuss changes to motion with C. Bigelow, B. Bourgon and D. LeMay and M. Dickerson and review same (1.0); discuss mechanics of filing motion and affidavit with local counsel and e-mails re: same with M. Dickerson (.4); e-mails with J. Osick and K. McCabe re: severance, and review documents re: same (.7); analyze case law re: insider issue (.4) | 2.90 |
| 02/19/09 | JD Lotsoff | Review e-mail from D. Liebentritt re: executive compensation and scheduling issues (.20), office conference with B. Gold (.20) and conference call with B. Gold, J. Dempsey and M. Long re: same (.40) | .80 |
| 02/19/09 | AL Miller | Review information for local bonus motion (1.3); revise compensation motion (4.0) | 5.30 |
| 02/19/09 | BA Rosemergy | Update spreadsheet for nonqualified plans and outstanding obligations (4.2); discuss same with M. Johnson (.50) | 4.70 |
| 02/19/09 | A Thal Simonds | Research case law re implications of terminating Caremark contracts | 3.80 |
| 02/20/09 | DE Bergeron | Telephone conference with K. Lantry regarding severance issues | .40 |
| 02/20/09 | HM Bruce | Office conference with B. Gold regarding revisions to Mercer agreement (0.20); revise Mercer agreement and do final review of same (0.70) | .90 |
| 02/20/09 | MD Dickerson | Emails with clients and local counsel re: affidavit notarization (.4); prepare and coordinate filing of substituted affidavit with local counsel (.4) | .80 |
| 02/20/09 | BJ Gold | Conference with Tribune team and J. Dempsey on compensation issues and review deck for same (.90); conference concerning draft motion with J. Lotsoff and email to same (.30) | 1.20 |
| 02/20/09 | ME Johnson | Review and revise schedule of deferred compensation and supplemental pension obligations (.5); o/c B. Rosemergy re: same (.3) | .80 |
| 02/20/09 | B Krakauer | Review proposed bonus and incentive plans and severance plan with client | .90 |
| 02/20/09 | KT Lantry | Emails with M. Dickerson re: affidavit in support of motion to | .30 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | continue medical benefits | |
| 02/20/09 | JD Lotsoff | Telephone call with and e-mail to B. Gold re: insider issues and status of motion re: executive compensation issues | .30 |
| 02/20/09 | AL Miller | Revise motion to approve incentive payments (3.80); telephone call with R. Stone re: local bonuses (.20) | 4.00 |
| 02/20/09 | RT Peters | (Caremark) Email exchanges with A. Simonds re results of legal research assignments | .20 |
| 02/20/09 | BA Rosemergy | Review deferred compensation plans and letter agreements and revise spreadsheet (3.9); discuss same with M. Johnson (.30) | 4.20 |
| 02/20/09 | A Thal Simonds | Research case law re implications of terminating Caremark contracts | 4.10 |
| 02/21/09 | BJ Gold | Review Mercer engagement and email to D. Liebentritt re same (.30); email to J. Henderson re SERP issues and review documents related to same (.30) | .60 |
| 02/21/09 | BA Rosemergy | Revise deferred compensation obligation spreadsheet and provide comments to M. Johnson | .80 |
| 02/22/09 | DE Bergeron | Research employee severance issues | 4.50 |
| 02/22/09 | KT Lantry | E-mails with J. Teitelbaum re: employee claims (.2); e-mails with K. Stickles re: submission of notarized signature page to declaration (.2) | .40 |
| 02/23/09 | DE Bergeron | Emails to/from K. Lantry regarding severance | .20 |
| 02/23/09 | MD Dickerson | Conversation with K. Lantry re: benefits motions | .30 |
| 02/23/09 | JE Henderson | Several tcs w/M. Johnson re: deferred compensation issues (.60); review drafts of deferred compensation chart (.50); review/respond to K. Lantry email re: pension issues (.20); review final version of chart (.30); c/c w/client and K. Lantry re: pension plan liabilities (1.0); review email re: ESOP (.20); initial review backup documents (.20) | 3.00 |
| 02/23/09 | ME Johnson | Office conference with J. Henderson re: deferred compensation and supplemental pension obligations (.6); rvw. and rvs. summary (1.0); conf. call w/ Tribune re: same (.7) | 2.30 |
| 02/23/09 | KT Lantry | Telephone call with K. McCabe re: severance at Morning Call, prepare related explanatory documents and draft cover e-mail re: notice of insider severance payment (.9); e-mails with D. Bergeron re: research involving 503(c)(2) (.3); review spreadsheet re: individual contract and non-qualified pension plan liabilities and e-mails re: changes to same with J. Henderson (.4); preparatory calls re: employee-related liabilities with M. Bourgon, D. Kazan and J. Osick, and participate in conference call re: same with C. Bigelow and J. | 3.40 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Henderson (1.0); telephone call with J. Teitelbaum re: Coapstick and other employee claims (.3); telephone call with M. Dickerson re: motion to continue medical benefits (.3); telephone call with A. Miller re: motion to approve MIP and related issues (.2) | |
| 02/23/09 | JD Lotsoff | Review and analyze bonus data and related metrics and cash flow initiative documents (3.30); telephone call with and e-mails to A. Miller re: information needed for severance motion (1.1) | 4.40 |
| 02/23/09 | AL Miller | Telephone call with J. Lotsoff re: outstanding factual items (1.10); telephone call with K. Lantry re: local bonus motion (.20); review outstanding items for motion (.50); telephone call with R. Stone re: local bonus motion (.20) | 2.00 |
| 02/23/09 | BA Rosemergy | Revise deferred compensation obligations spreadsheet and phone call with client re: same | 2.70 |
| 02/23/09 | A Thal Simonds | Analyze and summarize case law re implications of terminating Caremark contracts | 3.70 |
| 02/24/09 | BJ Gold | Conference with D. Liebentritt re comp issues and Mercer contract (.30); email to J. Lotsoff re: same (.20); emails to and from financial advisers re: same (.30) | .80 |
| 02/24/09 | KT Lantry | Emails with client re: employee-related claims | .20 |
| 02/24/09 | JD Lotsoff | Office conference with A. Miller re: bonus payout data and information needed for bonus approval motion (.30); review financial information from C. Bigelow for bonus motion (.20); review memo re: definition of insider (.20) | .70 |
| 02/24/09 | AL Miller | Office conference with J. Lotsoff re: MIP motion (.30); telephone call with S. O'Connor re: same (.30); telephone call with G. Mazzaferri re: same (.30); telephone call with B. Litman re: same.(.30); revise MIP motion (3.10) | 4.30 |
| 02/24/09 | RT Peters | (Caremark) Review A. Simonds research/analysis memorandum re rejection issues, and follow-up email to A. Simonds re same | .60 |
| 02/24/09 | A Thal Simonds | Compile cases re implications of terminating Caremark contracts (.3); research secondary sources and case law re KERP (5.9) | 6.20 |
| 02/25/09 | BJ Gold | Review emails and comp issues (0.2); conference with K. Lantry and B. Krakauer re: same (0.2) | .40 |
| 02/25/09 | KT Lantry | Discuss meeting re: MIPS with B. Krakauer and B. Gold (.2); e-mails and telephone call with M. Bourgon re: procedure for addressing medical benefits continuation (.3); review PBGC information request (.3); telephone call with J. Lotsoff re: MIP | 1.10 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | motion (.3) | |
| 02/25/09 | JD Lotsoff | Conference call with J. Dempsey, M. Bourgon, S. O'Connor re: incentive plan design issues (.30); conference call with J. Dempsey, G. Spector, C. Bigelow, M. Bourgon, S. O'Connor re: incentive plan design issues and e-mails to B. Gold re: same (1.20); telephone calls with J. Dempsey re: incentive plan design issues (.80); office conference with A. Miller re: fact gathering for motion to approve incentive plans (2.40); review documents from Tribune re: cash flow targets and historical incentive plan determinations (1.1); telephone call with K. Lantry re: incentive plan motion (0.3) | 6.10 |
| 02/25/09 | AL Miller | Review sales incentive plan information and telephone call with S. O'Connor re: same (.30); office conference with J. Lotsoff re: bonus motions (2.40); review additional factual information for motion (.60) | 3.30 |
| 02/25/09 | RT Peters | (Caremark) Email from B. Healey with draft response letter, and reply to R/ Healey (.3); initial review of draft letter (.4) | .70 |
| 02/25/09 | A Thal Simonds | Research secondary sources (2.4) and case law (2.5) re KERP | 4.90 |
| 02/26/09 | BJ Gold | Conference with J. Lotsoff and D. Liebentritt re: comp issues (0.3); call to J. Dempsey re: same (0.3) | .60 |
| 02/26/09 | JE Henderson | Review additional responses re: supp/non-qualified plan, deferred compensation matters | .40 |
| 02/26/09 | KT Lantry | Draft cover e-mail to client re: PBGC information request and related follow-up e-mails (.2); arrange for meeting re: MIPS (.1); telephone call with P. Compernolle re: pension issues with follow-up e-mails re: same (.3) telephone call with R. Peters re: Caremark issues (0.3) | .90 |
| 02/26/09 | JD Lotsoff | Telephone call with K. Lantry re: incentive plan motion and related issues, e-mail to B. Gold and A. Miller re: same and re: strategy (.80); conference call with B. Gold and D. Liebentritt re: compensation study issues (.30); telephone call with J. Dempsey re: same (.30); review local bonus and broadcasting group incentive compensation data from S. O'Connor and A. Miller (.50) | 1.90 |
| 02/26/09 | AL Miller | Review calculations behind MIP plan for motion (.40); office conference with and review same with A. Rodriguez (.80) | 1.20 |
| 02/26/09 | RT Peters | (Caremark) Detailed review, comment and edit re B. Healey draft of response letter, and concurrent preparation of mark-up of same (1.80); related brief legal research and associated document review (.60); telephone conference with K. Lantry re financial reporting requirements (.30); distribute mark-up of response letter and reply from B. Healey (.2) | 2.90 |

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/26/09 | AJ Rodriguez | Meeting with Allison Miller to discuss Broadcasting data (.80); examination of Broadcasting data (1.5); prepare worksheets as per Allison Miller's request (1.7) | 4.00 |
| 02/27/09 | BJ Gold | Review emails re compensation issues (.10); conference with P. Ryan re pension issues, email re meeting (.30) | .40 |
| 02/27/09 | JE Henderson | Review additional emails/responses re: benefits analysis | .40 |
| 02/27/09 | JE Henderson | Email exchanges w/client re: employee consolidation issues | .40 |
| 02/27/09 | KT Lantry | E-mails with J. Lotsoff re: motion to approve MIPS (.2); telephone calls and e-mails arranging for Wednesday meeting re: MIPS and related issues (.4); e-mails re: PBGC information request (.2) | .80 |
| 02/27/09 | JD Lotsoff | Review data from Tribune personnel for motion to approve incentive compensation payments and programs, draft and revise motion | 5.60 |
| 02/27/09 | AL Miller | Revise incentive motion and telephone call with J. Lotsoff re: same | .60 |
| 02/27/09 | RT Peters | (Caremark) Reply from K. Lantry re comments to proposed response letter, and forward to B. Healey | .30 |
| 02/28/09 | JE Henderson | Email exchange w/client re: employee consolidation | .20 |
| | | **Total Hours** | **400.00** |

SIDLEY AUSTIN LLP

Invoice Number: 29016665
Tribune Company

RE: Employee Issues

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| B Krakauer | 7.30 | $ 900.00 | $ 6,570.00 |
| JE Henderson | 16.40 | 825.00 | 13,530.00 |
| KT Lantry | 50.80 | 825.00 | 41,910.00 |
| SS Neely | .40 | 800.00 | 320.00 |
| RT Peters | 13.50 | 800.00 | 10,800.00 |
| SR Shepherd | .30 | 735.00 | 220.50 |
| ME Johnson | 7.00 | 685.00 | 4,795.00 |
| BJ Gold | 24.30 | 660.00 | 16,038.00 |
| JD Lotsoff | 61.90 | 605.00 | 37,449.50 |
| MC Fischer | .40 | 600.00 | 240.00 |
| JD Weiss | .50 | 575.00 | 287.50 |
| DE Bergeron | 5.10 | 475.00 | 2,422.50 |
| BA Rosemergy | 25.90 | 465.00 | 12,043.50 |
| MD Dickerson | 35.10 | 425.00 | 14,917.50 |
| JK McClelland | .10 | 425.00 | 42.50 |
| AL Miller | 56.20 | 395.00 | 22,199.00 |
| HM Bruce | 3.10 | 395.00 | 1,224.50 |
| CL Kline | 3.60 | 375.00 | 1,350.00 |
| A Thal Simonds | 60.50 | 375.00 | 22,687.50 |
| WC Gray | .40 | 355.00 | 142.00 |
| BM Clark | 11.60 | 315.00 | 3,654.00 |
| AJ Rodriguez | 15.60 | 190.00 | 2,964.00 |
| **Total Hours and Fees** | **400.00** | | **$ 215,807.50** |



**SIDLEY AUSTIN LLP**
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | LOS ANGELES |
| BRUSSELS | NEW YORK |
| CHICAGO | SAN FRANCISCO |
| DALLAS | SHANGHAI |
| FRANKFURT | SINGAPORE |
| GENEVA | SYDNEY |
| HONG KONG | TOKYO |
| LONDON | WASHINGTON, DC |

**FOUNDED 1866**

FEDERAL ID 36-4474078

April 9, 2009

Tribune Company
435 N. Michigan Ave.
Chicago, Illinois  60611

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 29016666
Client Matter 90795-30600

For professional services rendered and expenses incurred through
February 28, 2009 re Asset Disposition

Fees                                                                     $ 54,960.00

**Total Due This Bill**                                                  **$ 54,960.00**

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Wire Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA Number:  071000013
Swift Code:  CHASUS33XXX

Invoice Number: 29016666
Tribune Company

RE: Asset Disposition

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/09 | KP Kansa | Review formation agreement and email B. Krakauer with comments on same (3.5); t/c B. Krakauer re: same (.2); review B. Krakauer email on formation agreement and email B. Krakauer re: same (.1); provide comments on Formation Agreement to R. Harris (.5) | 4.30 |
| 02/02/09 | KP Kansa | Email A. Whiteway re: Cubs contacts | .10 |
| 02/02/09 | B Krakauer | Call with M. Small re: Cubs issues | .50 |
| 02/02/09 | B Krakauer | Review Cubs fee letter | .30 |
| 02/03/09 | KP Kansa | Email D. Fuchs re: Cubs documents (.1); participate in conference call with B. Krakauer, N. Larsen, D. Eldersveld, D. Liebentritt re: Cubs (.9); email R. Harris re: Cubs structure and documents (.2); review Cubs documents (.4) | 1.60 |
| 02/03/09 | B Krakauer | Conference call with D. Liebentritt, N. Larsen and D. Eldersveld re: pending matters for transaction | .90 |
| 02/04/09 | KP Kansa | Meet at Foley with B. Krakauer, D. Liebentritt and D. Eldersveld re: Cubs disposition issues (2.9); participate in call with PBGC and C. Bigelow re: Cubs disposition (1.0); participate in tax working group call re: Cubs disposition (1.0); review materials re: Cubs disposition (.7) | 5.60 |
| 02/04/09 | B Krakauer | Prepare for and attend meeting with M. Small, D. Eldersveld, D. Liebentritt and K. Kansa re: Cubs transaction | 2.90 |
| 02/05/09 | JE Henderson | Conf w/K. Kansa re: Cubs issues | .50 |
| 02/05/09 | KP Kansa | Email working group re: outcome of PBGC call re: Cubs disposition (.2); review second draft of Formation Agreement and email MWE with comments on same (1.2); prepare timeline of Cubs-related disposition points and necessary court approvals (.6); t/c B. Krakauer re: same (.1); forward same with revisions to D. Eldersveld (.2); o/c with J. Henderson re: Cubs issues (.5) | 2.80 |
| 02/06/09 | KP Kansa | Review and revise Formation Agreement (1.4); review D. Eldersveld emails on Formation Agreement (.4) | 1.80 |
| 02/07/09 | KP Kansa | Prepare transaction timeline (.5); research re: Cubs disposition (.4); email K. Stickles re: JPM final engagement letter (.2) | 1.10 |
| 02/08/09 | KP Kansa | Email B. Gruemmer re: comments on Cubs formation agreement | .50 |
| 02/09/09 | KP Kansa | T/c B. Krakauer re: Cubs issues (.1); review revised Formation Agreement provisions (.1) | .20 |

Invoice Number: 29016666
Tribune Company

RE: Asset Disposition

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/10/09 | KP Kansa | Email K. Stickles re: JPM engagement letter and review covering pleading for same (.2); office conference with A. Ross re: Cubs transaction (.2); review materials for same (.5) | .90 |
| 02/10/09 | B Krakauer | Develop time line and proposed process re: Cubs transaction | 2.30 |
| 02/10/09 | B Krakauer | Review draft formation agreement | 1.10 |
| 02/10/09 | KT Lantry | Emails re: Cubs transaction | .30 |
| 02/10/09 | AE Ross | Research Cubs disposition issues | .40 |
| 02/11/09 | KP Kansa | Email A. Ross re: formation agreement (.1); office conference with A. Ross re: same (.2); draft and revise transaction timeline and email D. Eldersveld re: same (1.8) | 2.10 |
| 02/11/09 | KT Lantry | Emails re: Cubs transaction | .20 |
| 02/11/09 | AE Ross | Research regarding Cubs disposition | 3.30 |
| 02/12/09 | KP Kansa | Email D. Schaible re: JPM engagement letter (.2); office conference A. Ross re: Cubs transaction and emails to A. Ross re: same (.3) | .50 |
| 02/12/09 | AE Ross | Research and summarize case law regarding Cubs disposition | 7.80 |
| 02/13/09 | AE Ross | Research motions and orders for similar asset dispositions | 1.00 |
| 02/16/09 | KP Kansa | Conference call with B. Krakauer and Tribune working group re: Cubs disposition (1.1); review D. Schaible email re: JPM engagement (.1) | 1.20 |
| 02/16/09 | B Krakauer | Conference call with client and K. Kansa re: Cubs issues | 1.10 |
| 02/16/09 | AE Ross | Research case law regarding similar asset dispositions | 1.70 |
| 02/17/09 | KP Kansa | Email D. Eldersveld re: Cubs process memo (.1); revise Cubs process memo and circulate same to B. Krakauer (.9) | 1.00 |
| 02/17/09 | KT Lantry | E-mails re: Committee's access to documents involving Cubs transaction | .30 |
| 02/17/09 | AE Ross | Research case law regarding similar asset dispositions | 2.00 |
| 02/18/09 | KP Kansa | Revise Cubs milestones timeline and circulate same to working group | .80 |
| 02/18/09 | B Krakauer | Review Cubs transaction documents | 1.10 |
| 02/18/09 | AE Ross | Research and summarize case law regarding similar asset dispositions | 5.20 |
| 02/19/09 | KP Kansa | Email C. Bigelow and B. Krakauer re: inquiry from PBGC on Cubs disposition (.1); revise timeline for Cubs disposition and email B. Krakauer re: same (1.4); circulate same to Company and B. Krakauer (.5); forward marked version of timeline to N. | 2.20 |

Invoice Number: 29016666
Tribune Company

RE: Asset Disposition

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| | | Larsen (.2) | |
| 02/19/09 | KT Lantry | Telephone call with B. Krakauer re: transfer of rights involving JP Morgan's financial advisor commitment | .20 |
| 02/19/09 | AE Ross | Search for precedents re: Cubs disposition | .20 |
| 02/20/09 | CM Craige | Review and respond to email from K. Kansa re contract issue re asset dispositions; assemble research re same | .90 |
| 02/20/09 | KP Kansa | Revise transaction timeline and email D. Eldersveld, D. Liebentritt, N. Larsen, C. Bigelow and B. Krakauer re: same (.9); office conference w/B. Krakauer re: same (.1); research Cubs disposition issues (.5); email C. Craige re: Cubs disposition issues (.1) | 1.60 |
| 02/20/09 | B Krakauer | Draft transaction documents | .80 |
| 02/23/09 | KP Kansa | Email D. Eldersveld re: JPM engagement letter/motion/order (.2); t/c D. Deutsch re: Cubs issues (.1); email W. Harp re: data site (.1); review transaction materials (.4) | .80 |
| 02/23/09 | B Krakauer | Review and revise proposed process timeline | .70 |
| 02/24/09 | KP Kansa | Review Cubs disclosure schedules and prepare notes on same (1.7); email R. Harris re: same (.1) | 1.80 |
| 02/24/09 | B Krakauer | Call with N. Larsen re: Cubs transaction issues | .40 |
| 02/24/09 | AE Ross | Draft transaction pleadings (1.50); review motions re same (.50) | 2.00 |
| 02/25/09 | AE Ross | Research transactio motions (.60) draft transaction motion (.60) | 1.20 |
| 02/26/09 | KP Kansa | Prepare for (.8) and attend (2.5) meeting with M. Small, D. Eldersveld, B. Gruemmer, R. Harris, B. Krakauer and Barclays rep re: Cubs transaction | 3.30 |
| 02/26/09 | B Krakauer | Prepare for (.3) and attend (2.5) meeting with D. Eldersveld, B. Gruemmer, R. Harris, K. Kansa and M. Small re: Cubs transaction and proposed transaction process | 2.80 |
| 02/26/09 | AE Ross | Draft transaction motion (3.20); draft additional transaction motion (3.30) | 6.50 |
| 02/27/09 | KP Kansa | T/c B. Krakauer re: Cubs issues and review B. Krakauer email re: same | .20 |
| 02/27/09 | B Krakauer | Address structure issues regarding transaction | .90 |
| 02/27/09 | AE Ross | Draft and revise transaction motions | 3.50 |
| 02/28/09 | KP Kansa | Review and revise transaction timeline and circulate same to D. Eldersveld and B. Krakauer (1.6); revise same based on comments received from D. Eldersveld and B. Krakauer and forward same to M. Small and Cubs working group (1.1) | 2.70 |

SIDLEY AUSTIN LLP

Invoice Number: 29016666
Tribune Company

RE: Asset Disposition

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/28/09 | B Krakauer | Review and revise transaction timeline memo for Committees | .80 |
| 02/28/09 | AE Ross | Revise transaction motion | .70 |
| | | **Total Hours** | **91.60** |

**SIDLEY AUSTIN** LLP

Invoice Number: 29016666
Tribune Company

RE: Asset Disposition

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| B Krakauer | 16.60 | $ 900.00 | $ 14,940.00 |
| KT Lantry | 1.00 | 825.00 | 825.00 |
| JE Henderson | .50 | 825.00 | 412.50 |
| KP Kansa | 37.10 | 675.00 | 25,042.50 |
| CM Craige | .90 | 475.00 | 427.50 |
| AE Ross | 35.50 | 375.00 | 13,312.50 |
| **Total Hours and Fees** | **91.60** | | **$ 54,960.00** |