# **EXHIBIT A**

46429/0001-5516712V1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL DECLARATION OF DAVID J. BRADFORD IN SUPPORT OF APPLICATION FOR AN ORDER FOR AN ORDER EXPANDING THE SCOPE OF THE RETENTION OF JENNER & BLOCK LLP AS SPECIAL COUNSEL FOR CERTAIN LITIGATION MATTERS PURSUANT TO 11 U.S.C. §§ 327(e) AND 1107, *NUNC PRO TUNC* TO MARCH 5, 2009

David J. Bradford declares as follows:

1. I am a partner in the firm of Jenner & Block LLP ("Jenner") which maintains offices for the practice of law at 330 N. Wabash, Chicago, Illinois 60611. I am duly licensed in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

and am a member in good standing of the bar for the State of Illinois and am admitted to practice before the United States District Court for the Northern District of Illinois.

2. I submit this Supplemental Declaration in support of the application (the "Application") for entry of an order expanding the retention of Jenner as attorneys for the above-captioned debtors and debtors-in-possession (the "Debtors") in these chapter 11 cases, pursuant to sections 327(e) and 1107 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), effective as of March 5, 2009, and to comply with sections 328, 329 and 504 of the Bankruptcy Code, Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

## SERVICES TO BE RENDERED

3. On March 2, 2009, the DOL issued a subpoena requiring that the Debtors produce an extensive range of documents in relation to an investigation under ERISA by March 16, 2009 (the "DOL Subpoena"). The DOL subsequently agreed to extend the deadline to produce the documents until March 31, 2009. The requested documents specifically relate to the Tribune ESOP.

4. The Debtors requested that Jenner advise and assist them in connection with responding to the DOL Subpoena. The requested documents specifically relate to the Tribune ESOP. Accordingly, on March 31, 2009, Jenner produced documents on behalf of the Debtors that Jenner believes substantially complied with the DOL Subpoena.

5. The Debtors' engagement of Jenner with regard to the DOL Matters is consistent with the measured scope of the Debtors' engagement of Jenner prior to the date hereof and prior to the Petition Date. The partners, counsel, and associates of Jenner, through Jenner's prior

representation of the Debtors, are very familiar with the Debtors and certain of their litigation matters, specifically ERISA and ESOP related matters such as the DOL Matters. Accordingly, Jenner has been handling the DOL Matters since Jenner's receipt of the DOL Subpoena on March 5, 2009 and is currently in the process of assisting and advising the Debtors in their collection of the documents requested in the DOL Subpoena.

## STATEMENT OF CONNECTIONS

6. My prior Declaration filed on December 26, 2008 [Doc. No. 142] is expressly incorporated herein by reference.

7. On March 30, 2009, the United States Trustee requested certain additional information from me regarding Jenner's representation of Sam Zell in connection with an ongoing investigation of a former Illinois governor. As set forth in my letter in response to that inquiry and as set forth in my prior Declaration, Jenner currently represents Mr. Zell, Equity Group Investments, L.L.C. ("EGI"), and entities affiliated with them in a number of matters unrelated to the Debtor.

8. Other specific matters in which Jenner has performed legal services for the benefit of EGI or Mr. Zell since September 2008 include: (a) advice on a lawsuit that formerly named an entity in which EGI had an alleged indirect interest; (b) advice on several transactions unrelated to the Debtor; (c) advice on a construction dispute regarding a personal residence; and (d) general advice on legal matters, unrelated to a specific transaction or lawsuit. Additionally, we are aware that Mr. Zell or an affiliate may have a business relationship with, an ownership interest in, and/or representatives among the officers and directors of a number of entities for whom we have performed legal services since September 2008. To our knowledge, none of these matters relate to or pertain to the Tribune or its business.

9. I have read the application of the Debtors for an order expanding the retention of Jenner as attorneys for the Debtors that accompanies this Declaration and, to the best of my knowledge, information and belief, the contents of said application and this Supplemental Declaration are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of April, 2009.

_____
David J. Bradford

Subscribed and sworn to before me
this 9th day of April, 2009

_____

"OFFICIAL SEAL"
Francine M. Sattelmayer
Notary Public, State of Illinois
My Commission Expires July 9, 2010