# EXHIBIT A

## AMENDED COMPENSATION ENGAGEMENT LETTER

PRICEWATERHOUSECOOPERS

PricewaterhouseCoopers LLP
One North Wacker
Chicago, IL 60606
Telephone (312) 298-3157
Facsimile (813) 637-3888
www.pwc.com

January 29, 2009

Ms. Mary A. Wilderotter
Chairman, Compensation Committee
Tribune Company
C/o Frontier Communications
3 High Ridge Park
Stamford, CT 06905

Dear Ms. Wilderotter,

This letter serves as an Addendum to the services governed under the Engagement Letter (the "Agreement") dated December 19, 2008 between Tribune Company ("Tribune") and PricewaterhoueseCoopers LLP, ("PwC"). This letter will be governed by the terms and conditions set forth in the December 19, 2008 Engagement Letter

As requested by the Compensation Committee of the Board, Tribune has engaged us to provide compensation advisory services which include but are not limited to the following:

- Provide advice on the design of annual and long-term incentive programs and other compensation arrangements;
- Preparing cost estimates for implementing any arrangements; and
- Advising on participant target levels for the incentive programs.

These services include as appropriate, attending meetings, telephone calls and providing oral or written reports or communications of our analyses, findings, and observations.

We will report directly to you, as Chairman of the Committee. You, in turn, may delegate certain activities and request us to work with other members of the committee and / or with members of Tribune staff as necessary to provide the services described above.

If the scope of the engagement changes, or you request additional services that are not within the scope of this agreement, we will notify you that those services are out-of-scope and additional fees will be incurred at our hourly rates. Finally, if the scope of the work is unrelated to this engagement, or there is a significant departure from the existing engagement, we will provide you with a scope of services description which will incorporate the terms of this agreement for your approval and signature.

PwC agrees to keep all information, documentation and data received from Tribune in connection with the Services, or developed during the course of the Services, confidential; provided, however, that if such information, documentation or data is publicly available, was already in PwC's possession or known to it on a non-confidential basis prior to the signing of this agreement, was rightfully obtained from a third party, PwC shall bear no responsibility for disclosure of such information, documentation or data.



Ms. Mary Wilderotter
January 29, 2009

## I. PARTIES' RESPONSIBILITIES

**PwC will provide the following services:**

| Activity |
|---|
| **A. Benchmarking Services** |
| • Tier 1 executive group<br>• Tier 2 executive group |
| **B. Plan Design** |
| • Provide advice and aid in the development of the 2008 & 2009 MIP and the Restructuring Bonus Plan |
| **C. Ad hoc services or additional meetings / presentations** |

## II. RESOURCES ASSIGNED

The PwC personnel assigned to provide services and deliverables under this SOW are as follows:

Paul Perry, Partner, Human Resource Services
Paul will be the primary liaison between PwC and Tribune, and will be responsible for the quality of all services provided under this engagement.

Scott N. Olsen, Principal, Human Resource Services
Scott will assist Paul in this engagement, particularly with regard to the design of annual and long-term incentive plans.

Anne Goodyear, Director Human Resource Services
Anne will assist Scott and Paul in all aspects of the work completed.

Our project team will be assisted by Partners and staff from our Human Resource Services practices.

## III. PAYMENT; EXPENSES; AND INVOICES

Fees will be based on time required by our professionals to complete the services. Individual hourly rates vary according to the experience and skill required. Our fees for these services will be based on the following hourly rates:

| Staff | Rate |
|---|---|
| Partner/Principal | $750 |
| Director | $550 |
| Manager | $375 |
| Senior Associate | $275 |
| Associate | $215 |

PRICEWATERHOUSECOOPERS

Ms. Mary Wilderotter
January 29, 2009

Hourly rates may be revised from time to time, and we will notify you of any such adjustments that will be reflected in billings.

We also will bill Tribune for our reasonable out-of-pocket expenses and our internal per ticket charges for booking travel. Our internal per ticket travel charge is an allocation of estimated costs of running our travel department in a manner to maximize cost savings.

**Payment Schedule**

Fees for services provided in the engagement letter will be based on our hourly rates. We will provide invoices detailing tasks, staff and hours and rates to complete the tasks. Should fees invoiced under this letter exceed $200,000 we will prepare a separate engagement letter.

All invoices will be rendered and are payable in a manner that coincides with the performance of services. If for any reason the scope of our engagement changes or we determine that our fees will significantly exceed our estimates, we will notify you before proceeding.

**IN WITNESS WHEREOF,** the parties to the above reference Agreement have caused this agreement to be executed by their authorized representatives.

**PwC**

| Signature | Printed Name | Title | Date |
|---|---|---|---|
| [signature] | Paul Perry | Partner | 1/29/2009 |

**Tribune Company**

| Authorized Signature | Printed Name | Title | Date |
|---|---|---|---|
| [signature] | | | |

cc: Scott Olsen, PwC
Anne Goodyear, PwC