# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| Debtors. | : | |
| | : | |

## <u>AFFIDAVIT OF NORMAN L. PERNICK</u>

STATE OF DELAWARE    )
                        )   SS.
NEW CASTLE COUNTY    )

BE IT REMEMBERED, that on this 14th day of April, A.D. 2009, personally appeared before me, the Subscriber, a Notary Public for the State and County aforesaid, Norman L. Pernick, and being duly sworn according to law, deposes and says as follows:

1.      I am a member in the firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("<u>Cole Schotz</u>"), which serves as co-counsel to the Debtors and Debtors in Possession in the above-captioned chapter 11 cases.

2.      I have read the foregoing Application of Cole Schotz for allowance of compensation and reimbursement of expenses and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L. R. 2016-2, and the Application complies with Del. Bankr. L. R. 2016-2, to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Cole Schotz and any other person for a division of compensation as co-counsel to the Debtors and Debtors in Possession.

5.   No division prohibited by the Bankruptcy Code will be made by Cole Schotz.

_____
Norman L. Pernick


SWORN TO AND SUBSCRIBED before me the day and year first above written.

_____
NOTARY PUBLIC

PATRICK J. REILLEY, Esquire
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act

2