# EXHIBIT "D"

46429/0001-5303222v1

**EXHIBIT "D"**

**TRIBUNE COMPANY, *et al.***

**EXPENSE SUMMARY**
**DECEMBER 8, 2008 THROUGH JANUARY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (17,150 pages @ $0.10/page) | | $1,715.00 |
| Telephone | | $30.46 |
| Postage | | $24.95 |
| Filing Fees (*Pro Hac Admissions*) | *U.S. District Court* | $150.00 |
| Travel Expenses (taxi, parking, mileage) | *Eagle Transportation Services; City Wide Transportation;* | $956.53 |
| Travel Expenses – Trainfare | *Amtrak* | $427.67 |
| Working Meals | *Washington Street Ale House; Healy's; Cavanaugh's; Purebread* | $1,043.59 |
| Document Retrieval/Court Documents | *PACER Service Center* | $64.40 |
| Transcripts | *Laws Transcription Service* | $495.95 |
| Meeting Room – Formation Meeting | *Hotel DuPont* | $3,412.24 |
| Outside Photocopying | *Parcels, Inc.* | $11,076.25 |
| Messenger Service | *Parcels, Inc.* | $1,446.10 |
| Outside Postage | *Parcels, Inc.* | $389.07 |
| Outside Telecopier | *Parcels, Inc.* | $265.25 |
| Overnight Delivery | *Federal Express* | $85.33 |
| Legal Research | *Westlaw* | $245.08 |
| **TOTAL** | | **$21,827.87** |

COSTS ADVANCED

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08/08 | WESTLAW | 48.53 |
| 12/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/08/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 12/08/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/08/08 | PHOTOCOPYING Qty: 103 | 20.60 |
| 12/08/08 | TRAVEL - PUBLIC TRANSPORTATION -  TAXI FOR MARY VAN DERMARK RE WORKING LATE | 55.00 |
| 12/08/08 | WORKING MEALS - DINNER FOR 6 PEOPLE FROM WASHINGTON STREET ALE HOUSE ON 12/8/08 | 65.00 |
| 12/09/08 | PHOTOCOPYING Qty: 298 | 59.60 |
| 12/09/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/09/08 | PHOTOCOPYING Qty: 8 | 1.60 |
| 12/09/08 | PHOTOCOPYING Qty: 60 | 12.00 |
| 12/09/08 | PHOTOCOPYING Qty: 24 | 4.80 |
| 12/09/08 | PHOTOCOPYING Qty: 15 | 3.00 |
| 12/09/08 | PHOTOCOPYING Qty: 9 | 1.80 |
| 12/09/08 | MESSENGER SERVICE -  PARCELS, INC | 47.70 |
| 12/09/08 | WORKING MEALS - BREAKFAST FOR 10 PEOPLE FROM PUREBREAD ON 12/9/08 | 43.45 |
| 12/09/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/09/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/09/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/09/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/09/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/09/08 | WORKING MEALS - LUNCH FOR 15 PEOPLE FROM CAVANAUGH'S ON 12/8/08 | 200.25 |
| 12/09/08 | WORKING MEALS - BREAKFAST FOR 10 PEOPLE FROM HEALY'S ON 12/8/08 | 30.00 |
| 12/09/08 | PHOTOCOPYING -  PARCELS, INC | 1,923.12 |
| 12/09/08 | PHOTOCOPYING -  PARCELS, INC | 766.40 |
| 12/10/08 | PHOTOCOPYING Qty: 1 | 0.20 |
| 12/10/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 12/10/08 | PHOTOCOPYING Qty: 14 | 2.80 |
| 12/10/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 12/10/08 | PHOTOCOPYING Qty: 395 | 79.00 |
| 12/10/08 | TRAVEL - MILEAGE TO AND FROM NEWARK TRAIN STATION - WARREN A. USATINE | 21.06 |
| 12/10/08 | TRAVEL - PARKING AT NEWARK TRAIN STATION -  WARREN A. USATINE | 16.00 |
| 12/10/08 | TRAVEL - RAIL -  WARREN A. USATINE | 285.00 |
| 12/10/08 | FILING FEES -  USDC - PRO HAC MOTION | 25.00 |
| 12/10/08 | WORKING MEALS - BREAKFAST FOR 20 PEOPLE FROM PUREBREAD | 59.20 |

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | ON 12/10/08 | |
| 12/1008 | WORKING MEALS - LUNCH FOR 15 PEOPLE FROM CAVANAUGH'S ON 12/9/08 | 200.25 |
| 12/10/08 | PHOTOCOPYING -  PARCELS, INC | 1,430.72 |
| 12/10/08 | PHOTOCOPYING -  PARCELS, INC | 1,697.90 |
| 12/11/08 | PHOTOCOPYING Qty: 94 | 18.80 |
| 12/11/08 | PHOTOCOPYING Qty: 93 | 18.60 |
| 12/11/08 | PHOTOCOPYING Qty: 49 | 9.80 |
| 12/11/08 | PHOTOCOPYING Qty: 65 | 13.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 18.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 125.25 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 21.60 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 15.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 25.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 25.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 130.10 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 50.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 87.00 |
| 12/11/08 | MESSENGER SERVICE -  PARCELS, INC | 399.20 |
| 12/11/08 | PHOTOCOPYING -  PARCELS, INC | 120.00 |
| 12/12/08 | PHOTOCOPYING Qty: 8 | 1.60 |
| 12/12/08 | WORKING MEALS - LUNCH FOR 10 PEOPLE FROM CAVANAUGH'S ON 12/10/08 | 126.50 |
| 12/12/08 | PHOTOCOPYING -  PARCELS, INC | 52.00 |
| 12/12/08 | PHOTOCOPYING -  PARCELS, INC | 526.80 |
| 12/12/08 | PHOTOCOPYING -  PARCELS, INC | 330.00 |
| 12/12/08 | PHOTOCOPYING -  PARCELS, INC | 72.80 |
| 12/15/08 | TRAVEL - PUBLIC TRANSPORTATION -  CITY WIDE TRANSPORTATION FOR 3 PEOPLE TO AIRPORT ON 12/10/08 | 76.00 |
| 12/15/08 | TRAVEL - PUBLIC TRANSPORTATION -  CITY WIDE TRANSPORTATION FOR 2 PEOPLE TO AIRPORT ON 12/10/08 | 76.00 |
| 12/15/08 | TRAVEL - PUBLIC TRANSPORTATION -  CITY WIDE TRANSPORTATION FOR 3 PEOPLE TO PHILA AIRPORT ON 12/10/08 | 76.00 |
| 12/15/08 | TRAVEL - PUBLIC TRANSPORTATION -  EAGLE TRANSPORATION SERVICES FOR 2 PEOPLE TO NEWARK AIRPORT ON 12/10/08 | 271.20 |
| 12/17/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/18/08 | MEETING ROOM - HOTEL DUPONT - FORMATION MEETING | 3,412.24 |
| 12/19/08 | PHOTOCOPYING Qty: 31 | 6.20 |
| 12/19/08 | PHOTOCOPYING Qty: 199 | 39.80 |
| 12/19/08 | MESSENGER SERVICE - FEDERAL EXPRESS - 966012644589 | 59.29 |
| 12/19/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/19/08 | WORKING MEALS - BREAKFAST FOR 12 PEOPLE FROM PUREBREAD ON 12/18/08 | 57.84 |

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 12/22/08 | PHOTOCOPYING Qty: 2 | 0.40 |
| 12/22/08 | PHOTOCOPYING Qty: 130 | 26.00 |
| 12/22/08 | TRAVEL - PUBLIC TRANSPORTATION -  CITY WIDE TRANSPORTATION CANCELLATION/WAIT FEE ON 12/18/08 | 30.00 |
| 12/22/08 | TRAVEL - PUBLIC TRANSPORTATION -  CITY WIDE TRANSPORTATION CANCELLATION/WAIT FEE ON 12/18/08 | 30.00 |
| 12/22/08 | TRAVEL - PUBLIC TRANSPORTATION -  EAGLE TRANSPORTATION SERVICES FOR K. LANTRY TO AIRPORT ON 12/18/08 | 97.77 |
| 12/22/08 | TRAVEL - PUBLIC TRANSPORTATION -  EAGLE TRANSPORTATION SERVICES FOR J. CONLAN TO AIRPORT ON 12/18/08 (INCLUDES WAIT TIME) | 207.50 |
| 12/22/08 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 12/22/08 | PHOTOCOPYING -  PARCELS, INC | 1,715.30 |
| 12/23/08 | PHOTOCOPYING Qty: 185 | 37.00 |
| 12/23/08 | PHOTOCOPYING Qty: 18 | 3.60 |
| 12/23/08 | POSTAGE | 0.42 |
| 12/24/08 | PHOTOCOPYING Qty: 71 | 14.20 |
| 12/24/08 | MESSENGER SERVICE -  PARCELS, INC | 18.00 |
| 12/26/08 | PHOTOCOPYING Qty: 10 | 2.00 |
| 12/26/08 | PHOTOCOPYING Qty: 5 | 1.00 |
| 12/26/08 | PHOTOCOPYING Qty: 3 | 0.60 |
| 12/26/08 | PHOTOCOPYING Qty: 527 | 105.40 |
| 12/26/08 | PHOTOCOPYING Qty: 23 | 4.60 |
| 12/26/08 | POSTAGE -  PARCELS, INC | 107.64 |
| 12/28/08 | MESSENGER SERVICE -  PARCELS, INC | 25.00 |
| 12/28/08 | MESSENGER SERVICE -  PARCELS, INC | 65.00 |
| 12/28/08 | MESSENGER SERVICE -  PARCELS, INC | 70.00 |
| 12/29/08 | PHOTOCOPYING -  PARCELS, INC | 1,081.08 |

TOTAL COSTS ADVANCED:                                                                                    $    17,188.81

COSTS ADVANCED

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|
| 12/02/08 | WESTLAW | 88.77 |
| 12/08/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 12/09/08 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 12/10/08 | COPY OF OFFICIAL DOCUMENTS | 1.76 |
| 12/11/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 12/11/08 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 12/22/08 | TRAVEL - PUBLIC TRANSPORTATION -  TD CARD SERVICES | 142.67 |
| 12/23/08 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/06/09 | TRANSCRIPT OF TESTIMONY -  LAWS TRANSCRIPTION SERVICE | 506.00 |
| 01/06/09 | Reversal from Void Check Number: 162011 Bank ID: 01 Voucher ID: 198798 Vendor: LAWS TRANSCRIPTION SERVICE | (506.00) |
| 01/06/09 | PHOTOCOPYING -  LAWS TRANSCRIPTION SERVICE | 400.40 |
| 01/08/09 | PHOTOCOPYING Qty: 413 | 82.60 |
| 01/09/09 | WESTLAW | 21.99 |
| 01/09/09 | PHOTOCOPYING Qty: 1384 | 276.80 |
| 01/09/09 | PHOTOCOPYING Qty: 111 | 22.20 |
| 01/09/09 | PHOTOCOPYING Qty: 215 | 43.00 |
| 01/09/09 | PHOTOCOPYING Qty: 39 | 7.80 |
| 01/09/09 | PHOTOCOPYING Qty: 307 | 61.40 |
| 01/09/09 | TELEPHONE TOLL CHARGE - 80695707 | 30.46 |
| 01/10/09 | WESTLAW | 58.96 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 1.44 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 2.32 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 1.28 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 0.24 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 01/10/09 | COPY OF OFFICIAL DOCUMENTS | 0.72 |
| 01/12/09 | WESTLAW | 26.83 |
| 01/12/09 | PHOTOCOPYING Qty: 27 | 5.40 |
| 01/12/09 | PHOTOCOPYING Qty: 28 | 5.60 |
| 01/12/09 | PHOTOCOPYING -  PARCELS, INC | 577.29 |
| 01/13/09 | PHOTOCOPYING Qty: 113 | 22.60 |
| 01/13/09 | PHOTOCOPYING Qty: 299 | 59.80 |
| 01/13/09 | PHOTOCOPYING Qty: 78 | 15.60 |
| 01/13/09 | POSTAGE -  PARCELS, INC | 119.43 |
| 01/13/09 | TELECOPIER -  PARCELS, INC | 127.00 |
| 01/14/09 | PHOTOCOPYING Qty: 12 | 2.40 |
| 01/14/09 | PHOTOCOPYING Qty: 6 | 1.20 |
| 01/14/09 | PHOTOCOPYING Qty: 313 | 62.60 |
| 01/14/09 | PHOTOCOPYING Qty: 3 | 0.60 |
| 01/14/09 | PHOTOCOPYING Qty: 336 | 67.20 |
| 01/14/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/15/09 | PHOTOCOPYING Qty: 77 | 15.40 |
| 01/15/09 | PHOTOCOPYING Qty: 75 | 15.00 |
| 01/15/09 | PHOTOCOPYING Qty: 992 | 198.40 |
| 01/15/09 | PHOTOCOPYING Qty: 61 | 12.20 |
| 01/15/09 | PHOTOCOPYING Qty: 44 | 8.80 |
| 01/15/09 | PHOTOCOPYING Qty: 2 | 0.40 |
| 01/15/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/15/09 | COPY OF OFFICIAL DOCUMENTS | 1.60 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 12.50 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 15.00 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 25.00 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 110.00 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 29.25 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 12.50 |
| 01/15/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/15/09 | TELECOPIER -  PARCELS, INC | 138.25 |
| 01/16/09 | PHOTOCOPYING Qty: 96 | 19.20 |
| 01/16/09 | PHOTOCOPYING Qty: 127 | 25.40 |
| 01/16/09 | PHOTOCOPYING Qty: 2 | 0.40 |
| 01/16/09 | PHOTOCOPYING Qty: 42 | 8.40 |
| 01/16/09 | PHOTOCOPYING Qty: 26 | 5.20 |
| 01/16/09 | PHOTOCOPYING Qty: 5 | 1.00 |
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 01/16/09 | COPY OF OFFICIAL DOCUMENTS | 0.32 |
| 01/16/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/16/09 | LUNCHEON / DINNER CONFERENCE -  TD CARD SERVICES | 49.10 |
| 01/16/09 | LUNCHEON / DINNER CONFERENCE -  TD CARD SERVICES | 212.00 |
| 01/19/09 | PHOTOCOPYING | 2.60 |
| 01/20/09 | PHOTOCOPYING Qty: 14 | 2.80 |
| 01/20/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/21/09 | PHOTOCOPYING Qty: 7 | 1.40 |
| 01/21/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/21/09 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 01/21/09 | COPY OF OFFICIAL DOCUMENTS | 2.08 |
| 01/21/09 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 01/21/09 | COPY OF OFFICIAL DOCUMENTS | 0.48 |
| 01/21/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/22/09 | PHOTOCOPYING Qty: 2 | 0.40 |
| 01/23/09 | PHOTOCOPYING Qty: 5 | 1.00 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 1.12 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 0.88 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/23/09 | COPY OF OFFICIAL DOCUMENTS | 1.68 |
| 01/26/09 | PHOTOCOPYING Qty: 2 | 0.40 |
| 01/26/09 | PHOTOCOPYING Qty: 1 | 0.20 |
| 01/26/09 | PHOTOCOPYING Qty: 51 | 10.20 |
| 01/26/09 | PHOTOCOPYING Qty: 4 | 0.80 |
| 01/26/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/26/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/26/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/26/09 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 01/26/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/27/09 | COPY OF OFFICIAL DOCUMENTS | 1.36 |
| 01/27/09 | Reversal from Void Check Number: 162011 Bank ID: 01 Voucher ID: 199517 Vendor: LAWS TRANSCRIPTION SERVICE | (120.75) |
| 01/27/09 | TRANSCRIPT OF TESTIMONY -  LAWS TRANSCRIPTION SERVICE | 120.75 |
| 01/27/09 | PHOTOCOPYING -  LAWS TRANSCRIPTION SERVICE | 95.55 |
| 01/28/09 | POSTAGE | 3.36 |
| 01/28/09 | COPY OF OFFICIAL DOCUMENTS | 0.40 |
| 01/29/09 | PHOTOCOPYING Qty: 323 | 64.60 |
| 01/29/09 | PHOTOCOPYING Qty: 12 | 2.40 |
| 01/29/09 | PHOTOCOPYING Qty: 2 | 0.40 |
| 01/29/09 | PHOTOCOPYING Qty: 44 | 8.80 |
| 01/29/09 | PHOTOCOPYING Qty: 22 | 4.40 |

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 01/29/09 | PHOTOCOPYING Qty: 185 | 37.00 |
| 01/29/09 | POSTAGE | 20.00 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.16 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 1.20 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.80 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 2.40 |
| 01/29/09 | COPY OF OFFICIAL DOCUMENTS | 0.56 |
| 01/29/09 | PHOTOCOPYING -  PARCELS, INC | 782.84 |
| 01/30/09 | PHOTOCOPYING Qty: 60 | 12.00 |
| 01/30/09 | PHOTOCOPYING Qty: 6 | 1.20 |
| 01/30/09 | PHOTOCOPYING Qty: 21 | 4.20 |
| 01/30/09 | PHOTOCOPYING Qty: 3 | 0.60 |
| 01/30/09 | PHOTOCOPYING Qty: 84 | 16.80 |
| 01/30/09 | POSTAGE | 1.17 |
| 01/30/09 | COPY OF OFFICIAL DOCUMENTS | 0.08 |
| 01/30/09 | MESSENGER SERVICE - FEDERAL EXPRESS - 966012644707 | 26.04 |
| 01/30/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/30/09 | MESSENGER SERVICE -  PARCELS, INC | 7.50 |
| 01/30/09 | POSTAGE -  PARCELS, INC | 162.00 |

TOTAL COSTS ADVANCED:                                        $      4,639.06