# **EXHIBIT B**

435 Production Company

ABN AMRO Holding

Ace American Insurance Company

Aegon USA Investment Management

AIG Global Investment

Airlie Opportunity Capital Management

Allied World Insurance Company, Ltd (AWAC)

Alvarez & Marsal North America LLC

American Express Co

Anheuser Busch

AP&J

Arby's Restaurants Ltd.

Arco Gas Station

AT&T

Axis Reinsurance Company

Babson Capital Management LLC

BANC OF AMERICA SECURITIES LLC

Bank of America

BANK OF AMERICA, N.A.

BANK OF MONTREAL TRUST COMPANY

BANK OF NEW YORK

Barclays Capital

Bear Stearns & Co., Inc

Bonnie Cronin

Bowater Inc.

Cablevision

California Community News Corporation

Capitalsource Finance LLC

Carmax

Catellus Development Corporation

Cbs Broadcasting Inc.

Channel 39, Inc.

Channel 40, Inc.

Chicago River Production Company

Chicago Tribune Company

Chicago Tribune Newspapers, Inc.

Chicago Tribune Press Service, Inc.

ChicagoLand Microwave Licensee, Inc.

Chicagoland Television News, Inc.

Chubb Atlantic Indemnity Ltd.

Circuit City

CIT Group

Citadel

CITIBANK, N.A.

CITICORP NORTH AMERICA, INC.

Citigroup

CITIGROUP GLOBAL MARKETS, INC.

City of New Haven

CLASSIFIED VENTURES, LLC

Clinton Group

Comcast

Countrywide Financial

David Williams

Davis Partners LLC

Davis Polk & Wardwell

Deerfield Capital Management

Dell

Deloitte & Touche LLP

Deutsche Bank National Trust

Deutsche Bank National Trust Company

Dinesh Shah

Direct Mail Associates, Inc.

Distribution Systems of America, Inc.

Duke Realty Limited Partnership

Dunkin Donuts

Edelman

Empire Home Services

EQUITY GROUP INVESTMENTS LLC

Executive Risk Indemnity Inc.

Federal Insurance Company

Fidelity Investments

First United Bank; Illinois Banking Corporate

FM Global

Ford

Forest Lawn Cemetery Association

FREEDOM COMMUNICATIONS, INC.

FTI Consulting

GANNETT CO., INC.

GEICO

General Electric Capital Corporation

General Mills

General Motors

Glaxo Smith Kline Beecham Welcome

Global Aerospace

GOLDMAN SACHS & CO.

Goldman Sachs Group Inc.

Halcyon Structured Asset Management

Hartford Investment Management Company

HEARST CORPORATION

Homestead Publishing Co.

Honda Acura Factory

Honda Dealer Associations

Illinois National Insurance Company

Indian Harbor Insurance

ING Investment Management

James Allen

Jefferson Pilot Financial Insurance

Jeffrey Berg

Jenner & Block LLP

Jerome Martin

Jesse Jackson

John Hancock Financial Services Inc.

John Zelenka

Johnson & Johnson

Joseph McMahon

JP Morgan Chase Bank

JPMORGAN CHASE BANK, N.A.

JPMORGAN SECURITIES, INC.

Kia Factory Motors

Kraft General Foods

KSWB Inc.

KTLA Inc.

KWGN Inc.

L&L Holding Company, LLC

LEGACY.COM

Lehman Brothers Holdings Inc.

Lexington Insurance Company

Liberty Travel

Lloyd's

Loews Corporation

Los Angeles Times Communications LLC

Maximum Coverage Media - Euro RSCG

Merrill Lynch & Co.

Merrill Lynch Capital

MERRILL LYNCH CAPITAL CORPORATION

Metropolitan Life Insurance

Michael W. Owens

Michael Weiner

MICROSOFT CORPORATION

Morgan Stanley

National City Corporation

Navigant Consulting

Neuberger Berman

New Mass. Media, Inc.

New York Life Insurance Company

News America Publg FSI

News Corp

Newscom Services, Inc.

Nielsen Media Research

Nissan Dealer Associations

Nissan Infiniti Factory

North Michigan Production Company

Oak Brook Productions, Inc.

Octagon Credit Investors LLC

Orlando Sentinel Communications Company

Paramount Pictures

Patriarch Partners LLC

Patuxent Publishing Company

Pepsi - Pepsi Cola Various

Perry Corporation

Pfizer

Phoenix Investment Counsel

PricewaterhouseCoopers LLP

Procter & Gamble - P&G

Progressive Insurance

Quest Personals

Qwest Communications

R. L. Wilson

Reckitt Benckiser

Roger Williams

Samuel Zell

Sandelman

Seneca Capital Management

Sentinel Communications News Ventures, Inc.

SHOPLOCAL, LLC

Sidley Austin LLP

Six Flags Great America Parks

Societe Generale

Sony Entertainment - Pictures - Columbia Tristar

Southern Connecticut Newspapers, Inc.

Sprint/Nextel

St. Paul Fire & Marine Insurance Company

Subway

Sun-Sentinel Company

Symphony Asset Management LLC

Talon Asset Management Inc.

Target Stores

TELEVISION FOOD NETWORK, G.P.

The Baltimore Sun Company

The Daily Press, Inc.

The Hartford Courant Company

The Hartford Insurance Group

THE MCCLATCHY CO., INC.

The Morning Call, Inc.

Times Mirror Land and Timber Company

Times Mirror Services Company, Inc.

Timothy Thomas

T-Mobile

Toyota Dealer Associations

Tribune Broadcast Holdings, Inc.

Tribune Broadcasting Company

Tribune Company

Tribune Direct Marketing, Inc.

Tribune Entertainment Company

Tribune Media Services, Inc.

Tribune New York Newspaper Holdings, LLC

Tribune Publishing Company

Tribune Television Company

Tribune Television Holdings, Inc.

TW New Line Cinema -

TW Time Warner

TW Warner Brothers

Tweeter Home Entertainment Group

U.S. Bank National Association

U.S. Cellular

UBS AG

Valassis

Verizon Wireless

Viacom - Paramount

Virginia Gazette Companies, LLC

Volkswagen Factory

Wachovia Bank

Wachovia Bank National Association

Warner Brothers Television

Washington Mutual

Wells Capital Management Incorporated

Wells Fargo Bank, N.A.

Wells Fargo Foothill Inc.

WestLB AG

WGN Continental Broadcasting Company

William K. Harrington

WILMINGTON TRUST COMPANY

WLVI Inc.

WPIX, Inc.

XL Insurance Bermuda

Yum Brands - Kentucky Fried Chicken

Yum Brands - Pizza Hut

Yum Brands - Taco Bell

Zurich American Insurance Company