# EXHIBIT B

## CERTIFICATION

WASHINGTON D.C.        )
                       ) ss:
DISTRICT OF COLUMBIA   )

Blake Rubin, being duly sworn according to law, deposes and says:

(a) I am a member of the applicant firm, McDermott Will & Emery LLP, and have been admitted to the bar of the District of Columbia since 1987.

(b) I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

(c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such order.

_____
Blake Rubin

Sworn to before me this 13 day
of April, 2009

_____
Notary Public

Edith E. Brown
Notary Public, District of Columbia
My Commission Expires May 1, 2009

- 11 -

NYK 1203943-5.020336.0515