**Exhibit A**

**(Summaries and Detailed Statements of Fees)**

## SUMMARY OF PROFESSIONAL SERVICES - ESOP/STAY ISSUES

| Timekeeper | Hours | Rate | Fees |
|---|---|---|---|
| DAVID J. BRADFORD | 28.20 | 875.00 | 24,675.00 |
| DAVID J. BRADFORD | 8.10 | 800.00 | 6,480.00 |
| CRAIG C. MARTIN | 3.50 | 850.00 | 2,975.00 |
| CRAIG C. MARTIN | 0.50 | 775.00 | 387.50 |
| CATHERINE STEEGE | 8.60 | 725.00 | 6,235.00 |
| BARRY LEVENSTAM | 2.90 | 700.00 | 2,030.00 |
| BARRY LEVENSTAM | 4.20 | 675.00 | 2,835.00 |
| DAVID M. GREENWALD | 1.00 | 600.00 | 600.00 |
| DOUGLAS A. SONDGEROTH | 17.30 | 525.00 | 9,082.50 |
| DOUGLAS A. SONDGEROTH | 14.40 | 470.00 | 6,768.00 |
| MELISSA M. HINDS | 12.60 | 495.00 | 6,237.00 |
| REENA R.  BAJOWALA | 10.30 | 435.00 | 4,480.50 |
| DAVID H. HIXSON | 12.80 | 400.00 | 5,120.00 |
| DAVID H. HIXSON | 11.30 | 350.00 | 3,955.00 |
| SPIRIDOULA MAVROTHALASITIS | 0.30 | 410.00 | 123.00 |
| MICHAEL H. MATLOCK | 0.40 | 260.00 | 104.00 |
| SHAWN K. MCGEE | 4.00 | 270.00 | 1,080.00 |
| DANIEL K. MORGAN | 10.60 | 230.00 | 2,438.00 |
| DANIEL K. MORGAN | 10.30 | 220.00 | 2,266.00 |
| PANAGIOTA RAMOS | 4.00 | 170.00 | 680.00 |
| PANAGIOTA RAMOS | 0.50 | 160.00 | 80.00 |
| **Total** | 165.80 | | 88,631.50 |

## SUMMARY OF PROFESSIONAL SERVICES - RETENTION

| Timekeeper | Hours | Rate | Fees |
|---|---|---|---|
| CATHERINE STEEGE | 6.40 | 725.00 | 4,640.00 |
| DAVID H. HIXSON | 10.50 | 350.00 | 3,675.00 |
| **Total** | 16.90 | | 8,315.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 12/8/08 | MHM | 0.4 | { L210 } {A104} Reviewed Tribune list of debtors (.2); drafted, proofread and revised notice of bankruptcy and suggestion of automatic stay in Neil v. Zell, et al. (.2). | 104.00 |
| 12/8/08 | DAS | 0.5 | { L210 } {A111} Reviewed Tribune's filing for bankruptcy in Delaware to analyze possible impact on case. | 235.00 |
| 12/8/08 | BL | 0.7 | { L190 } {A105} Conferred with D. Bradford and D. Sondgeroth re effect of bankruptcy filing on litigation. | 472.50 |
| 12/8/08 | DJB | 1.0 | { L120 } {A104} Analyzed bankruptcy filings and notice of automatic stay. | 800.00 |
| 12/9/08 | PXR | 0.5 | { L140 } {A110} Updated correspondence, email correspondence and court files. | 80.00 |
| 12/9/08 | DAS | 0.2 | { L210 } {A103} Reviewed draft of notice re suggestion of stay and edited same. | 94.00 |
| 12/10/08 | DKM | 1.0 | { L140 } {A110} Ran ocr conversion on pdf's (.3); uploaded pdf's to court file section of SharePoint site (.3); entered data into SharePoint site (.2); updated hard copy court file binder (.2). | 220.00 |
| 12/10/08 | DAS | 0.1 | { L210 } {A105} Telephone conference with D. Bradford re notice of bankruptcy and filing of same. | 47.00 |
| 12/10/08 | DAS | 0.7 | { L210 } {A103} Edited draft notice re bankruptcy and prepared same for filing (.5); coordinated filing of same (.2). | 329.00 |
| 12/10/08 | BL | 0.4 | { L190 } {A105} Conferred with D. Bradford and C. Steege re schedule issued by Judge Pallmeyer and motion to put automatic stay in place. | 270.00 |
| 12/10/08 | DJB | 0.1 | { L120 } {A107} Telephone conference with C. Jackson. | 80.00 |
| 12/10/08 | DJB | 0.2 | { L120 } {A106} Telephone conference with J. Paolucci. | 160.00 |
| 12/10/08 | DJB | 0.3 | { L190 } {A104} Reviewed court order (.2); telephone conference with D. Sondgeroth re vacating dates (.1). | 240.00 |
| 12/11/08 | DKM | 1.5 | { L140 } {A110} Uploaded documents to SharePoint site (.5); entered data into SharePoint site (.5); updated Concordance case file index and file re same (.3); updated correspondence file (.2). | 330.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 12/12/08 | DAS | 0.4 | { L210 } {A105} Communicated with D. Bradford re document preservation issues and re bankruptcy filing of Tribune. | 188.00 |
| 12/14/08 | DJB | 0.4 | { L120 } {A104} Reviewed memorandum re impact of bankruptcy on stay of case. | 320.00 |
| 12/14/08 | DJB | 0.1 | { L120 } {A105} E-mail to C. Steege re impact of bankruptcy on stay of case. | 80.00 |
| 12/15/08 | DAS | 0.4 | { L210 } {A105} Communicated with D. Bradford re filing motion to vacate schedule in Tribune (.1); sent draft motion to D. Bradford and C. Martin (.3). | 188.00 |
| 12/15/08 | DAS | 1.5 | { L210 } {A103} Drafted motion to vacate schedule and notice re same. | 705.00 |
| 12/15/08 | DAS | 0.5 | { L210 } {A101} Contacted court clerk re vacating schedule in light of automatic stay (.2); coordinated filing of motion (.3). | 235.00 |
| 12/15/08 | BL | 0.7 | { L190 } {A104} Reviewed e-mails re motion to vacate dates and D. Sondgeroth draft motion re same. | 472.50 |
| 12/15/08 | DJB | 0.2 | { L190 } {A103} Edited motion to vacate dates. | 160.00 |
| 12/15/08 | DJB | 0.1 | { L120 } {A105} Telephone conference with D. Sondgeroth re motion to vacate dates. | 80.00 |
| 12/15/08 | DJB | 0.1 | { L190 } {A103} Prepared response to Fitzsimons' counsel's letter. | 80.00 |
| 12/16/08 | DHH | 8.8 | { L190 } {A102} Researched applicability of automatic stay to non-debtor defendants and prepared memorandum summarizing same (8.3); multiple office conferences with C. Steege re same (.5). | 3,080.00 |
| 12/16/08 | DAS | 0.4 | { L210 } {A103} Edited motion to vacate and notice re same. | 188.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 12/16/08 | DAS | 0.3 | { L210 } {A105} Circulated to co-counsel motion and notice filed in Tribune case (.1); reviewed communications re same (.2). | 141.00 |
| 12/16/08 | DAS | 0.1 | { L210 } {A111} Coordinated filing of motion to vacate. | 47.00 |
| 12/16/08 | BL | 0.4 | { L190 } {A105} Conferred with D. Bradford re status of case before Judge Pallmeyer in light of Tribune bankruptcy and re status of draft motion for appeal. | 270.00 |
| 12/16/08 | CCM | 0.5 | { L120 } {A104} Reviewed draft motions. | 387.50 |
| 12/16/08 | DJB | 0.5 | { L210 } {A103} Finalized motion to vacate. | 400.00 |
| 12/16/08 | DJB | 0.3 | { L190 } {A107} E-mail to C. Jackson re issues (.1); telephone conference with bankruptcy counsel re stay issues (.2). | 240.00 |
| 12/18/08 | SM | 0.3 | { L240 } {A105} Read motion filed by defendants. | 123.00 |
| 12/17/08 | DAS | 0.4 | { L110 } {A104} Reviewed terms of applicable agreements related to indemnification to develop arguments that Tribune is an indispensible party. | 188.00 |
| 12/17/08 | DKM | 2.5 | { L140 } {A110} Converted correspondence to searchable pdf (.4); uploaded documents into SharePoint site (1.0); entered data into SharePoint site (.3); updated court file binders (.5); updated correspondence and case files (.3). | 550.00 |
| 12/17/08 | DHH | 2.5 | { L190 } {A102} Researched procedure for obtaining stay of proceedings in district court. | 875.00 |
| 12/17/08 | DAS | 0.5 | { L110 } {A105} Reviewed communications related to application of section 362 of bankruptcy code as to non-debtor defendants and Tribune as indispensable party (.2); prepared and sent communication re same (.2); reviewed summary prepared by D. Bradford of call with plaintiffs' counsel related to hearing on December 18 and future schedule (.1). | 235.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 12/17/08 | BL | 0.5 | { L190 } {A105} Conferred with D. Bradford, C. Martin, C. Steege re impact of bankruptcy on suit against Tribune co-defendants (.2); received and reviewed e-mail from D. Bradford re his conversation with opposing counsel concerning their intention to refile new amended complaint (.3). | 337.50 |
| 12/17/08 | CS | 1.0 | { L190 } {A105} Various emails explaining § 362 and alternatives for hearing on ESOP suit and § 362. | 725.00 |
| 12/17/08 | CS | 0.2 | { L190 } {A105} Office conference with D. Bradford re court hearing and explanation of stay. | 145.00 |
| 12/17/08 | CS | 0.8 | { L190 } {A105} Revised memorandum and reviewed cases re stay. | 580.00 |
| 12/17/08 | DJB | 0.4 | { L120 } {A107} Telephone conference with C. Jackson (.2); telephone conference with opposing counsel (.2). | 320.00 |
| 12/17/08 | DJB | 1.0 | { L190 } {A101} Prepared for court appearance. | 800.00 |
| 12/17/08 | DJB | 0.1 | { L120 } {A106} E-mail to client re developments. | 80.00 |
| 12/17/08 | DJB | 0.3 | { L120 } {A104} Analyzed bankruptcy issues and interplay. | 240.00 |
| 12/18/08 | DKM | 1.5 | { L140 } {A110} Downloaded documents from Pacer (.4); uploaded documents to SharePoint site (.4); entered data for documents into SharePoint site (.2); updated court file index binder (.5). | 330.00 |
| 12/18/08 | BL | 0.7 | { L190 } {A103} Provided D. Bradford with report on hearing before Judge Pallmeyer (.4); participated in strategic e-mail discussion re next steps (.3). | 472.50 |
| 12/18/08 | DJB | 1.5 | { L190 } {A109} Appeared in court on motion and e-mails re same. | 1,200.00 |
| 12/18/08 | DJB | 1.0 | { L120 } {A104} Reviewed analysis of stay and bankruptcy issues and e-mails re same. | 800.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|------------|-------|-------------|------|
| 12/19/08 | DAS | 2.5 | { L110 } {A103} Edited draft motion to withdraw for Latham attorneys and notice re same. | 1,175.00 |
| 12/19/08 | DAS | 0.7 | { L110 } {A105} Communicated with team re production of insurance policies, departure of J. Paolucci from EGI, preservation of materials relevant to lawsuit and motion to withdraw. | 329.00 |
| 12/19/08 | DAS | 0.4 | { L110 } {A106} Communicated with client re document preservation follow-up and motion to withdraw. | 188.00 |
| 12/19/08 | DJB | 0.4 | { L120 } {A106} Telephone conference with D. Liebentritt re strategy (.2); telephone conference with M. Hauser re document retention issues (.2). | 320.00 |
| 12/19/08 | DJB | 0.1 | { L190 } {A105} Telephone conference with D. Sondgeroth re document retention. | 80.00 |
| 12/22/08 | DKM | 2.3 | { L140 } {A110} Uploaded documents from Pacer (.4); ran ocr text recognition software on pdf's (.3); uploaded documents to SharePoint site (.4); entered data into SharePoint site (.6); updated correspondence file (.2); updated court file index and binder (.4). | 506.00 |
| 12/22/08 | DAS | 0.3 | { L210 } {A108} Communicated with plaintiff's counsel re hearing on December 23 (.2); communicated with local counsel re same and granting of leave to withdraw (.1). | 141.00 |
| 12/30/08 | DAS | 2.8 | { L210 } {A104} Reviewed and analyzed amended complaint in Neil case. | 1,316.00 |
| 12/30/08 | DAS | 1.0 | { L210 } {A105} Communicated with team related to amended complaint in Neil case (.5); office conference with D. Greenwald re issues related to applicable insurance policies and grounds for stay due to Tribune bankruptcy (.5). | 470.00 |
| 12/30/08 | DAS | 0.3 | { L210 } {A106} Communicated with client re amended complaint in Neil case and provided brief overview of same. | 141.00 |
| 12/30/08 | DAS | 0.2 | { L210 } {A107} Communicated with co-counsel re amended complaint and provided brief overview of same. | 94.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 12/30/08 | BL | 0.8 | { L210 } {A105} Conferred with D. Sondgeroth re amended complaint filed today by plaintiffs (.2); began review of same (.6). | 540.00 |
| 12/31/08 | DKM | 1.5 | { L140 } {A110} Downloaded documents from Pacer (.2); uploaded documents to SharePoint (.2); entered data into SharePoint; ran ocr text recognition on pdf documents (.3); updated court file binder (.3); updated Concordance case file index (.1); updated case file hard copy files (.3); updated correspondence file (.1). | 330.00 |
| 12/31/08 | DAS | 0.2 | { L210 } {A105} Reviewed letter from opposing counsel and summarized and advised D. Bradford and C. Martin re same (.1); communicated with D. Greenwald re applicable D&O policies and excess coverage and reviewed policies re same (.1). | 94.00 |
| 1/2/09 | MMH | 2.8 | { L120 } {A105} Exchanged e-mails with working group re bankruptcy research and additional research within the Third Circuit on Section 105 injunction issues and insurance proceeds. | 1,386.00 |
| 1/4/09 | BL | 0.5 | { L190 } {A105} Conferred via e-mail with D. Bradford, D. Sondgeroth, C. Steege re issues pertaining how to proceed with Neil action in light of pending bankruptcy (.3); summarized for D. Bradford and C. Steege the nature of the new complaint (.2). | 350.00 |
| 1/4/09 | DJB | 0.5 | { L120 } {A104} E-mails re analysis of amended complaint and bankruptcy stay issues (.3); reviewed analysis of same (.2). | 437.50 |
| 1/5/09 | MMH | 3.4 | { L120 } {A105} Conferred with C. Steege re bankruptcy issues and reviewed emails re same (.5); conducted additional research specifically in Delaware (1.3); drafted and circulated memorandum re corporate governance/bankruptcy issues (1.6). | 1,683.00 |
| 1/5/09 | BL | 0.5 | { L190 } {A105} Conferred re relative merits of proceeding with motion to dismiss versus motion to stay in bankruptcy court. | 350.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/5/09 | CS | 0.3 | { L190 } {A105} Conferred with D. Bradford re stay strategy. | 217.50 |
| 1/5/09 | CS | 0.5 | { L190 } {A104} Reviewed emails to prepare for meeting re stay. | 362.50 |
| 1/5/09 | CCM | 1.0 | { L120 } {A104} Worked on strategy (.7); office conference with D. Bradford re same (.1); telephone conference with L. Fine, J. Lamond re status, strategy (.2). | 850.00 |
| 1/5/09 | DJB | 0.5 | { L190 } {A106} Telephone conference with D. Liebentritt re ESOP issues. | 437.50 |
| 1/5/09 | DJB | 0.3 | { L190 } {A105} Telephone conference with C. Steege re ESOP issues. | 262.50 |
| 1/5/09 | DJB | 0.2 | { L190 } {A104} Reviewed stay analysis. | 175.00 |
| 1/6/09 | DKM | 1.5 | { L140 } {A110} Ran ocr text recognition on pdf documents and uploaded same into SharePoint site (.5); entered data into SharePoint site (.3); updated case files (.2); updated correspondence hard copy file and court file (.5). | 345.00 |
| 1/6/09 | MMH | 1.3 | { L120 } {A102} Researched stay issue and conferred with C. Steege re same (.5); reviewed outlines and summary material prepared by D. Sondgeroth (.8). | 643.50 |
| 1/6/09 | DAS | 1.0 | { L210 } {A105} Attended team meeting re issues related to status of case in light of bankruptcy and possible grounds to stay (.7); discussed issues related to possible stay and motion to dismiss with C. Martin (.3). | 525.00 |
| 1/6/09 | DAS | 0.2 | { L210 } {A107} Sent materials in Neil case to attorneys at Sidley Austin. | 105.00 |
| 1/6/09 | BL | 0.7 | { L210 } {A105} Met with D. Bradford, C. Steege, D. Greenwald, and D. Sondgeroth re strategy re whether to seek stay or dismissal and to discuss newest complaint. | 490.00 |
| 1/6/09 | CS | 1.0 | { L190 } {A105} Attended meeting re stay issues. | 725.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/6/09 | CS | 1.0 | { L190 } {A101} Prepared for meeting re stay. | 725.00 |
| 1/6/09 | DJB | 0.7 | { L190 } {A106} Telephone conference with D. Liebentritt re strategy. | 612.50 |
| 1/6/09 | DJB | 0.7 | { L190 } {A107} Office conference with bankruptcy counsel re potential for stay of lawsuit. | 612.50 |
| 1/7/09 | DHH | 4.9 | { L110 } {A103} Researched standing to assert breach of fiduciary duty claims under state law and ERISA, and drafted memorandum summarizing same. | 1,960.00 |
| 1/7/09 | MMH | 3.6 | { L120 } {A105} Conferred with D. Hixson re research and supplement certain research areas (.2); drafted email memorandum re findings (3.2); conferred with C. Steege re same (.2). | 1,782.00 |
| 1/8/09 | RRB | 4.8 | { L120 } {A102} Researched scope of automatic bankruptcy stay, indispensable parties under Rule 19, ERISA plan sponsors as indispensable parties, inherent power of court to stay case, and re-filing action against non-debtor co-defendants. | 2,088.00 |
| 1/8/09 | CS | 1.5 | { L190 } {A109} Attended meeting re stay issues. | 1,087.50 |
| 1/8/09 | DJB | 3.0 | { L120 } {A106} Office conference with S. Zell and EGI representatives re strategy on amended complaint (1.5); office conference with bankruptcy counsel and D. Liebentritt re same (1.5). | 2,625.00 |
| 1/8/09 | DJB | 0.7 | { L190 } {A101} Prepared for meetings and reviewed analyses. | 612.50 |
| 1/9/09 | RRB | 2.0 | { L120 } {A104} Reviewed research on stay or dismissal motions for amended complaint filed, in advance of court status hearing. | 870.00 |
| 1/10/09 | RRB | 1.5 | { L120 } {A104} Reviewed research on stay or dismissal motions for amended complaint filed, in advance of court status hearing. | 652.50 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/10/09 | RRB | 2.0 | { L120 } {A103} Drafted research memorandum outlining options under automatic bankruptcy stay, Rule 19 and inherent power of the court to stay or dismiss pending action, in advance of court status hearing. | 870.00 |
| 1/12/09 | DAS | 1.0 | { L210 } {A105} Attended team meeting re strategies re stay and arguments to raise re same and communicated with D. Bradford re issues related to document preservation. | 525.00 |
| 1/12/09 | BL | 1.0 | { L210 } {A105} Prepared for team meeting and met with D. Bradford, C. Martin, C. Steege and D. Sondgeroth to discuss strategy with Tribune ESOP litigation and decision whether to proceed with stay or dismissal motion. | 700.00 |
| 1/12/09 | CS | 1.0 | { L190 } {A105} Attended team meeting re stay issues. | 725.00 |
| 1/12/09 | CCM | 1.0 | { L120 } {A104} Office conference with D. Bradford re stay and related issues. | 850.00 |
| 1/12/09 | DJB | 1.9 | { L190 } {A104} Conducted further analysis of amended complaint (.5); telephone conference with opposing counsel (.2); office conference with team re strategy in dismissing or staying complaint (1.0); e-mails re document retention issues (.2). | 1,662.50 |
| 1/13/09 | DJB | 0.5 | { L120 } {A106} Office conference with J. Wasserman re case and strategy. | 437.50 |
| 1/14/09 | DKM | 0.5 | { L140 } {A110} Uploaded documents to SharePoint site and entered data into same (.4); updated correspondence file (.1). | 115.00 |
| 1/14/09 | DAS | 0.3 | { L210 } {A105} Reviewed communications from D. Bradford re status of case and telephone conference with plaintiff's counsel (.2); reviewed materials related to issues for possible stay arguments (.1). | 157.50 |
| 1/14/09 | DAS | 0.4 | { L210 } {A108} Telephone conference with plaintiff's counsel re status of case and issues re stay of Neil case. | 210.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/14/09 | DAS | 0.4 | { L210 } {A106} Telephone conference with L. McAfee at GreatBanc re document issues and reviewed materials re same. | 210.00 |
| 1/14/09 | DJB | 0.9 | { L120 } {A106} Telephone conference with D. Liebentritt re bankruptcy issues (.3); telephone conference with separate EGI counsel re same (.3); e-mail to clients re ESOP issues (.3). | 787.50 |
| 1/14/09 | DJB | 0.8 | { L120 } {A105} Telephone conference with B. Krakauer and C. Steege re stay (.6); e-mail to C. Steege re ESOP issues (.2). | 700.00 |
| 1/14/09 | DJB | 0.5 | { L190 } {A107} Telephone conference with opposing counsel re stay issues. | 437.50 |
| 1/14/09 | DJB | 0.4 | { L190 } {A101} Prepared for court appearance re stay. | 350.00 |
| 1/15/09 | DAS | 0.2 | { L210 } {A105} Reviewed communications from D. Bradford re status hearing before Judge Pallmeyer and issues in Neil case (.1); reviewed communications re stay issues from D. Greenwald (.1). | 105.00 |
| 1/15/09 | DJB | 1.5 | { L190 } {A109} Prepared for and attended court re stay issues. | 1,312.50 |
| 1/15/09 | DJB | 0.3 | { L190 } {A107} Followed up with opposing counsel. | 262.50 |
| 1/15/09 | DJB | 0.3 | { L190 } {A106} E-mail to clients and bankruptcy counsel re court appearance on stay issues. | 262.50 |
| 1/17/09 | DHH | 0.3 | { L190 } {A105} Emailed W. Thompson re effect of automatic stay on state court lawsuit. | 120.00 |
| 1/18/09 | DKM | 0.8 | { L140 } {A110} Downloaded recent filings from Pacer (.2); uploaded court file and correspondence documents to SharePoint (.1); updated data in SharePoint (.2); updated hard copy court and correspondence files (.3). | 184.00 |
| 1/19/09 | BL | 0.2 | { L210 } {A104} Reviewed e-mail report from D. Bradford re status of bankruptcy stay matters and motion to dismiss. | 140.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/19/09 | CCM | 1.5 | { L120 } {A104} Reviewed various documents re stay, bankruptcy, insurance proceeds and motions to dismiss. | 1,275.00 |
| 1/19/09 | DJB | 0.5 | { L190 } {A107} Telephone conference with B. Krakauer re stay issues; drafted e-mail re same. | 437.50 |
| 1/21/09 | DJB | 0.3 | { L190 } {A106} Telephone conference with D. Liebentritt re stay issues. | 262.50 |
| 1/21/09 | DJB | 0.2 | { L190 } {A107} Drafted e-mail to plaintiff's counsel re stay issues. | 175.00 |
| 1/22/09 | DKM | 0.3 | { L140 } {A110} Uploaded correspondence to SharePoint site and entered data into SharePoint site (.2); added correspondence to file (.1). | 69.00 |
| 1/22/09 | DJB | 0.3 | { L190 } {A103} Responded to U.S. Trustee's letter. | 262.50 |
| 1/22/09 | DJB | 0.2 | { L190 } {A107} Telephone conference with opposing counsel re scheduling stay discussion. | 175.00 |
| 1/23/09 | DKM | 0.8 | { L140 } {A110} Uploaded documents to SharePoint site and entered document data into SharePoint site (.6); added documents to hard copy correspondence file (.2). | 184.00 |
| 1/23/09 | DJB | 0.3 | { L190 } {A107} Various e-mails and telephone conference with plaintiffs' counsel re stay discussion. | 262.50 |
| 1/24/09 | DJB | 0.2 | { L190 } {A106} Telephone conference with D. Liebentritt re stay issues. | 175.00 |
| 1/25/09 | DJB | 0.5 | { L190 } {A103} Drafted response to creditors' committee questions. | 437.50 |
| 1/26/09 | DAS | 0.6 | { L210 } {A105} Prepared summary of Tribune case and current status of same; sent same to D. Bradford and C. Martin. | 315.00 |
| 1/26/09 | DJB | 0.2 | { L120 } {A106} Telephone conference with D. Liebentritt re strategy issues. | 175.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 1/27/09 | DKM | 1.0 | { L140 } {A110} Uploaded documents to SharePoint site and entered data for documents uploaded to SharePoint site (.8); updated correspondence hard copy file (.1); ran ocr text recognition on pdf documents (.1). | 230.00 |
| 1/27/09 | DHH | 4.6 | { L110 } {A103} Researched Third Circuit case law re lifting automatic stay if claimants limit recovery to insurance proceeds and related issues, and drafted memorandum re same. | 1,840.00 |
| 1/27/09 | CS | 0.3 | { L190 } {A104} Reviewed research re stay relief issues for ERISA case. | 217.50 |
| 1/28/09 | DKM | 0.3 | { L140 } {A110} Scanned correspondence. | 69.00 |
| 1/28/09 | DHH | 3.0 | { L110 } {A102} Researched whether indemnification obligations serve as a basis for staying third party suits against directors and officers, and drafted multiple emails to D. Bradford and C. Steege re same. | 1,200.00 |
| 1/29/09 | DKM | 0.3 | { L140 } {A110} Uploaded documents to SharePoint site and entered data for same (.2); added documents to case files (.1). | 69.00 |
| 1/29/09 | DJB | 0.3 | { L120 } {A104} Reviewed memorandum re stays based on indemnity liability. | 262.50 |
| 1/30/09 | DJB | 0.3 | { L120 } {A104} Reviewed cases on stay. | 262.50 |
| 2/3/09 | DKM | 0.8 | { L140 } {A110} Saved electronic copies of court files and correspondence to L-drive folders and uploaded same to SharePoint site (.5); entered data into SharePoint site (.2); added documents to case files (.1). | 184.00 |
| 2/9/09 | DJB | 0.2 | { L190 } {A107} Telephone conference with opposing counsel. | 175.00 |
| 2/9/09 | DJB | 0.3 | { L190 } {A106} E-mail to client (.1); office conference with D. Liebentritt re issues (.2). | 262.50 |
| 2/10/09 | DJB | 1.0 | { L190 } {A107} Telephone conference with J. Shugrue, D. Liebentritt and B. Krakauer re insurance issues. | 875.00 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 2/10/09 | DKM | 1.2 | { L140 } {A110} Reviewed SharePoint, files and record for key correspondence (.4); reviewed hard copy correspondence received from attorneys against documents already uploaded to SharePoint site (.3); scanned and ran ocr text recognition on court file document (.1); uploaded documents to SharePoint site (.2); entered data into SharePoint site (.2). | 276.00 |
| 2/10/09 | DAS | 1.4 | { L210 } {A105} Reviewed materials related to status of case and proceedings in Bankruptcy Court to prepare summary of same. | 735.00 |
| 2/13/09 | DAS | 0.1 | { L210 } {A105} Communicated with C. Martin re status of case and communications with office of U.S. Trustee. | 52.50 |
| 2/16/09 | DAS | 0.2 | { L210 } {A108} Edited and sent communication re case to L. Fine and J. Lermond at AIG. | 105.00 |
| 2/16/09 | DJB | 0.5 | { L190 } {A107} Telephone conference with B. Krakauer re preparation for call with opposing counsel. | 437.50 |
| 2/16/09 | DJB | 0.3 | { L190 } {A105} Telephone conference with C. Steege re call with B. Krakauer. | 262.50 |
| 2/16/09 | DJB | 0.2 | { L190 } {A106} Telephone conference with D. Liebentritt re call with B. Krakauer. | 175.00 |
| 2/17/09 | DKM | 0.5 | { L140 } {A110} Ran ocr text recognition on pdf documents and uploaded same to SharePoint site (.2); entered data into SharePoint site (.2); updated correspondence files (.1). | 115.00 |
| 2/17/09 | DAS | 1.5 | { L210 } {A108} Attended telephone conference with D. Bradford and C. Steege with plaintiffs' counsel (1.0); telephone conference with B. Krakauer, D. Bradford and D. Liebentritt re same (.5). | 787.50 |
| 2/17/09 | CS | 0.5 | { L190 } {A108} Telephone conference with U.S. Trustee. | 362.50 |
| 2/17/09 | CS | 0.5 | { L190 } {A107} Telephone conference with ERISA plaintiff lawyers. | 362.50 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 2/17/09 | DJB | 1.0 | { L190 } {A107} Prepared for and participated in conference call with plaintiffs' counsel re stay issues. | 875.00 |
| 2/17/09 | DJB | 0.5 | { L120 } {A106} Telephone conference with D. Liebentritt and B. Krakauer re call with plaintiff's counsel. | 437.50 |
| 2/18/09 | DKM | 0.3 | { L140 } {A110} Uploaded documents to SharePoint site and entered data into same (.2); updated court file binder (.1). | 69.00 |
| 2/18/09 | DJB | 0.5 | { L190 } {A106} Telephone conference with J. Wasserman re developments and strategy. | 437.50 |
| 2/19/09 | DAS | 1.0 | { L210 } {A105} Prepared summary of case and status of same for D. Bradford and sent same to D. Bradford. | 525.00 |
| 2/19/09 | DJB | 0.4 | { L190 } {A106} Telephone conference with D. Liebentritt re plaintiffs' demands for insurance policies re stay issues. | 350.00 |
| 2/20/09 | DJB | 0.5 | { L190 } {A106} Various telephone conferences with D. Liebentritt re potential stay arguments and provision of information to plaintiffs' counsel re same. | 437.50 |
| 2/20/09 | DJB | 0.1 | { L190 } {A107} E-mail to J. Shugrue re provision of information. | 87.50 |
| 2/23/09 | PXR | 1.0 | { L140 } {A110} Gathered, organized and assembled Tribune Insurance policies per S. McGee request. | 170.00 |
| 2/23/09 | SKM | 4.0 | { L140 } {A104} Reviewed and organized insurance policies; reviewed and edited chart re insurance policies. | 1,080.00 |
| 2/23/09 | DAS | 0.4 | { L120 } {A105} Reviewed communications re insurance coverage and applicable excess policies and discussed same with D. Bradford and D. Greenwald. | 210.00 |
| 2/23/09 | DAS | 0.5 | { L120 } {A104} Reviewed Tribune policies to determine completeness of same and to prepare same to provide to plaintiffs. | 262.50 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 2/23/09 | DMG | 1.0 | { L120 } {A104} Worked on Tribune insurance matter (.3); office conference with D. Sondgeroth (.1); reviewed AIG revised ROR letter (.2); drafted analysis for D. Bradford (.4). | 600.00 |
| 2/24/09 | DKM | 0.3 | { L140 } {A110} Reviewed and organized correspondence and added to case file. | 69.00 |
| 2/24/09 | DAS | 0.8 | { L120 } {A104} Reviewed available Tribune insurance policies to determine additional policies to obtain. | 420.00 |
| 2/24/09 | DAS | 0.6 | { L120 } {A105} Office conference with D. Bradford re insurance policies (.3); drafted communication to Tribune re collection of same (.3). | 315.00 |
| 2/24/09 | DJB | 0.2 | { L190 } {A106} Office conference with J. Wasserman re stay issues. | 175.00 |
| 2/24/09 | DJB | 0.3 | { L190 } {A101} Outlined points for telephone conference with plaintiffs' counsel. | 262.50 |
| 2/24/09 | DJB | 0.3 | { L190 } {A105} Various e-mails and office conferences with D. Sondgeroth re collecting appropriate policies for plaintiffs. | 262.50 |
| 2/25/09 | DAS | 0.9 | { L120 } {A108} Attended telephone conference call with D. Bradford and plaintiffs' counsel. | 472.50 |
| 2/25/09 | DAS | 1.4 | { L120 } {A106} Prepared communication to client to obtain remaining Tribune insurance policies (.7); reviewed communications and policies from C. Leeman re same (.4); communicated with D. Bradford re same (.3). | 735.00 |
| 2/25/09 | DJB | 1.7 | { L190 } {A107} Telephone conference with B. Krakauer re preparation for call with plaintiffs' counsel (.3); participated in call with plaintiffs' counsel (.9); telephone conference with B. Krakauer following call with plaintiffs' counsel (.2); follow up telephone conference with plaintiffs' counsel and e-mails re same (.3). | 1,487.50 |
| 2/25/09 | DJB | 0.3 | { L190 } {A105} E-mails and telephone conferences with D. Sondgeroth re insurance policy issues. | 262.50 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|---|---|---|---|---|
| 2/26/09 | PXR | 3.0 | { L140 } {A110} Tabbed and indexed Tribune Fiduciary and D&O Insurance Policies (2.5); updated Tribune Fiduciary and D&O Insurance Policies control sheet with data obtained from insurance policies per S. McGee request (.5). | 510.00 |
| 2/26/09 | DKM | 0.5 | { L140 } {A110} Uploaded documents to SharePoint site; entered data into SharePoint site; scanned correspondence. | 115.00 |
| 2/26/09 | DAS | 0.3 | { L210 } {A105} Communicated with D. Bradford re document preservation issues. | 157.50 |
| 2/26/09 | DAS | 2.0 | { L120 } {A108} Edited letter to plaintiffs' counsel re insurance policies and coordinated collection of policies (1.1.); reviewed policies to prepare shipment of same to plaintiffs and sent same to D. Feinberg (.9). | 1,050.00 |
| 2/26/09 | DJB | 0.3 | { L190 } {A106} Telephone conference with J. Wasserman re stay issues. | 262.50 |
| 2/27/09 | DKM | 1.5 | { L140 } {A110} Updated correspondence and case files (.4); converted email communications to searchable pdf and uploaded to SharePoint site (.3); entered data into SharePoint site (.3); uploaded court file documents to SharePoint site (.2); updated court file index binders (.3). | 345.00 |
| 2/27/09 | DAS | 0.3 | { L210 } {A105} Reviewed communications related to plaintiffs' motion for leave to amend and motion re case. | 157.50 |
| 2/27/09 | DAS | 0.5 | { L120 } {A105} Communicated re delivery of insurance policies to plaintiffs and coordinated same. | 262.50 |
| 2/27/09 | DJB | 1.0 | { L190 } {A104} Reviewed second amended complaint and related stay papers filed by plaintiffs. | 875.00 |
| 2/27/09 | DJB | 0.3 | { L190 } {A107} Various e-mails with plaintiffs' counsel re second amended complaint. | 262.50 |
| 2/28/09 | MMH | 1.5 | { L120 } {A102} Researched stay jurisdictional issue. | 742.50 |
| 2/28/09 | DAS | 0.3 | { L210 } {A104} Reviewed proposed second amended complaint in Neil litigation. | 157.50 |

ESOP/STAY ISSUES

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 2/28/09 | DAS | 0.3 | { L210 } {A105} Communicated with D. Bradford re document preservation and re amended complaint. | 157.50 |
| 2/28/09 | DAS | 0.4 | { L120 } {A105} Communicated with D. Bradford re notice to AIG re second amended complaint. | 210.00 |
| 2/28/09 | DAS | 0.3 | { L120 } {A104} Reviewed decision by Judge Carey in Touch America case. | 157.50 |
| 2/28/09 | DJB | 1.0 | { L190 } {A104} Analyzed stay motion and amended complaint. | 875.00 |
| 2/28/09 | DJB | 0.3 | { L190 } {A106} Various e-mails to clients and B. Krakauer re stay motion and amended complaint. | 262.50 |
| | | 165.8 | **Total** | 88,631.50 |

**RETENTION ISSUES**

| Date | Timekeeper | Hours | Description | Fees |
|------|-----------|-------|-------------|------|
| 12/18/08 | DHH | 4.5 | { L190 } {A103} Worked on affidavit for application to be retained in Tribune bankruptcy cases, including email correspondence with D. Berman and C. Martin re conflicts check. | 1,575.00 |
| 12/19/08 | DHH | 2.5 | { L190 } {A104} Reviewed conflicts reports re application to be retained in Tribune bankruptcy cases. | 875.00 |
| 12/20/08 | DHH | 2.0 | { L190 } {A103} Worked on affidavit for application to be retained in Tribune bankruptcy cases and reviewed conflicts reports. | 700.00 |
| 12/22/08 | DHH | 1.0 | { L190 } {A104} Reviewed conflicts reports re application to be retained in Tribune bankruptcy cases. | 350.00 |
| 12/23/08 | CS | 4.0 | { L190 } {A103} Prepared affidavit for retention motion. | 2,900.00 |
| 12/23/08 | DHH | 0.5 | { L190 } {A105} Email correspondence with C. Steege re application to be retained in Tribune bankruptcy case. | 175.00 |
| 12/24/08 | CS | 1.0 | { L190 } {A103} Various emails and changes to retention documents. | 725.00 |
| 2/5/09 | CS | 0.5 | { L190 } {A108} Telephone conference with U.S. Trustee re Jenner representation. | 362.50 |
| 2/12/09 | CS | 0.3 | { L190 } {A108} Telephone conference with U.S. Trustee re retention. | 217.50 |
| 2/13/09 | CS | 0.3 | { L190 } {A108} Telephone conference with B. Krakauer re retention issues. | 217.50 |
| 2/19/09 | CS | 0.3 | { L210 } {A103} Revised order re retention. | 217.50 |
| | | 16.9 | **Total** | 8,315.00 |

**<u>Exhibit B</u>**

**(Summaries and Detailed Listing of Disbursements)**

DISBURSEMENTS

| Description | Amount |
| --- | --- |
| In City Transportation | 24.00 |
| Outside Professional Servs.; Abe-Carvens Detective Agency | 52.00 |
| Pacer Charges | 62.96 |
| Photocopy and Related Expenses | 350.00 |
| Westlaw Research | 1897.89 |
| | 2,386.85 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 12/31/2008 | Westlaw Research | 497.78 |
| 12/31/2008 | Pacer Charges | 0.32 |
| 12/31/2008 | Westlaw Research | 97.96 |
| 1/5/2009 | Photocopy | 24.48 |
| 1/6/2009 | Pacer Charges | 32.72 |
| 1/6/2009 | Pacer Charges | 1.44 |
| 1/6/2009 | Pacer Charges | 4.00 |
| 1/6/2009 | Pacer Charges | 24.48 |
| 1/6/2009 | Photocopy | 0.26 |
| 1/6/2009 | Photocopy | 16.74 |
| 1/7/2009 | Photocopy | 7.74 |
| 1/8/2009 | Photocopy | 76.05 |
| 1/8/2009 | In-City Transp. - D. Bradford, roundtrip to client EFI | 12.00 |
| 1/9/2009 | Photocopy | 21.24 |
| 1/9/2009 | Outside Professional Servs.; Abe-Carvens Detective Agency | 52.00 |
| 1/10/2009 | Photocopy | 2.79 |
| 1/13/2009 | Photocopy | 22.50 |
| 1/13/2009 | Photocopy | 10.08 |
| 1/13/2009 | Photocopy | 6.75 |
| 1/14/2009 | Photocopy | 24.57 |
| 1/15/2009 | Photocopy | 24.57 |
| 1/15/2009 | In-City Transp. - D. Bradford, roundtrip to Court | 12.00 |
| 1/27/2009 | Photocopy | 2.07 |
| 1/31/2009 | Westlaw Research | 1281.33 |
| 2/16/2009 | Photocopy | 4.86 |
| 2/23/2009 | Photocopy | 24.21 |
| 2/24/2009 | Photocopy | 1.80 |
| 2/27/2009 | Photocopy | 10.53 |
| 2/27/2009 | Photocopy | 68.76 |
| 2/28/2009 | Westlaw Research | 20.82 |
| | **TOTAL** | 2,386.85 |