# <u>Attachment A</u>

## FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
## DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 51.90 | $39,385.00 |
| Richard W. Astle | Partner/ Corporate/ 29 years. Admitted 1980. | $700 | 6.20 | $4,546.50 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 95.20 | $75,250.00 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $725 | 3.20 | $2,330.00 |
| Donald E. Bingham | Partner/ Banking/ 11 years. Admitted 1998. | $575 | 8.50 | $4,887.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $700 | 5.00 | $3,500.00 |

---

[1] The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Sidley attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Sidley's next Firm-wide rate adjustment will be $925 per hour.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Walter C. Carlson | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 2.60 | $2,080.00 |
| Paul S. Caruso | Partner/ Bankruptcy/ 13 years. Admitted 1996. | $700 | 11.20 | $7,620.00 |
| Patrick S. Casey | Partner/ Employment/ 25 years. Admitted 1984. | $600 | .30 | $180.00 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 127.10 | $112,317.50 |
| Stephen G. Contopulos | Partner/ Litigation/ 37 years. Admitted 1972. | $725 | 13.60 | $9,807.50 |
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 39.60 | $27,126.00 |
| Gary Feinerman | Partner/ Litigation/ 18 years. Admitted 1991. | $695 | 1.90 | $1,320.50 |
| Robert A. Ferencz | Partner/ Employee Benefits/ 36 years. Admitted 1973. | $700 | .80 | $560.00 |

2

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Max C. Fischer | Partner/ Employment/ 14 years. Admitted 1995. | $600 | 3.20 | $1,850.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 14.30 | $11,047.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 10.50 | $8,400.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 82.80 | $54,021.50 |
| David F. Graham | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | .20 | $160.00 |
| Craig A. Griffith | Partner/ Banking/ 19 years. Admitted 1990. | $650 | 1.00 | $650.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 511.00 | $406,962.50 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 23.70 | $16,307.50 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 43.60 | $35,020.00 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 23.50 | $20,317.50 |
| Michael Hyatte | Partner/ Regulatory/ 30 years. Admitted 1979. | $850 | 3.40 | $2,745.00 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 35.10 | $24,370.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 29.20 | $19,655.50 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 329.40 | $216,515.00 |
| Mark L. Kaufmann | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 1.40 | $882.00 |
| John P. Kelsh | Partner/ Corporate/ 13 years. Admitted 1996. | $600 | .30 | $180.00 |

4

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Shalom L. Kohn | Partner/ Bankruptcy/ 34 years. Admitted 1975. | $900 | 2.70 | $2,390.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 396.90 | $336,647.50 |
| Moshe J. Kupietzky | Partner/ Corporate/ 39 years. Admitted 1970. | $825 | .30 | $247.50 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 561.10 | $434,578.75 |
| Scott R. Lassar | Partner/ Litigation/ 34 years. Admitted 1975. | $850 | 54.10 | $44,210.00 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 40.70 | $24,770.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 70.30 | $42,411.50 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 29 years. Admitted 1980. | $925 | .50 | $462.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Robert P. O'Keefe | Partner/ Insurance and Financial Services/ 9 years. Admitted 2000. | $650 | 4.80 | $3,120.00 |
| Bridget R. O'Neill | Partner/ Tax/ 21 years. Admitted 1988. | $800 | 5.80 | $4,500.00 |
| Ellen P. Pesch | Partner/ Insurance and Financial Services/ 20 years. Admitted 1989. | $800 | 9.80 | $7,685.00 |
| Carter G. Phillips | Partner/ Litigation/ 32 years. Admitted 1977. | $925 | 1.00 | $925.00 |
| Kevin R. Pryor | Partner/ Tax/ 12 years. Admitted 1997. | $605 | 1.40 | $814.00 |
| Jeffrey S. Rothstein | Partner/ Corporate/ 27 years. Admitted 1982. | $650 | 1.00 | $650.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 80.80 | $59,388.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott E. Saef | Partner/ Real Estate/ 17 years. Admitted 1992. | $630 | 15.30 | $9,546.00 |
| T. Robert Scarborough | Partner/ Litigation/ 16 years. Admitted 1993. | $675 | 20.10 | $13,567.50 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 51.40 | $32,125.00 |
| Eugene A. Schoon | Partner/ Litigation/ 27 years. Admitted 1982. | $685 | .50 | $342.50 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 33 years. Admitted 1976. | $735 | 4.70 | $3,339.00 |
| Thomas McC. Souther | Partner/ Litigation/ 24 years. Admitted 1985. | $800 | 15.50 | $12,375.00 |
| Jeffrey C. Steen | Partner/ Bankruptcy/ 25 years. Admitted 1984. | $775 | 5.00 | $3,875.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[f] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David E. Teitelbaum | Partner/ Financial Institution Regulation/ 18 years. Admitted 1991. | $775 | .50 | $387.50 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 251.40 | $150,840.00 |
| Robert R. Wootton | Retired Partner/ Tax/ 30 years. Admitted 1979. | $665 | 9.90 | $6,583.50 |
| Ami N. Wynne | Partner/ Employment/ 9 years. Admitted 2000. | $575 | .50 | $287.50 |
| Thomas H. Yancey | Partner/ Tax/ 29 years. Admitted 1980. | $700 | 23.60 | $16,520.00 |
| James P. Young | Partner/ Litigation/ 16 years. Admitted 1993. | $605 | 25.50 | $15,022.50 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 5.20 | $4,340.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Sally S. Neely | Senior Counsel/ Bankruptcy/ 32 years. Admitted 1977. | $800 | 1.50 | $1,200.00 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 37 years. Admitted 1972. | $800 | 14.00 | $11,175.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 56.40 | $38,747.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $635 | 1.00 | $635.00 |
| Jeffrey W. Stewart | Counsel/ Securitization/ 16 years. Admitted 1993. | $650 | 24.60 | $15,990.00 |
| James D. Weiss | Counsel/ Employment/ 16 years. Admitted 1993. | $575 | 1.50 | $862.50 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 132.70 | $49,190.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Baird S. Allis | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 43.70 | $16,967.50 |
| Margaret C. Barker | Associate/ Employee Benefits/ 3 years. Admitted 2006. | $395 | 13.60 | $4,754.00 |
| James R. Benjamin | Associate/ Banking/ 1 year. Admitted 2008. | $295 | 1.20 | $354.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 147.40 | $64,482.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 162.20 | $94,562.50 |
| Brendan M. Bowes | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 7.60 | $2,242.00 |
| Heather M. Bruce | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 25.80 | $10,191.00 |
| Teresa H. Chan | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $600 | 1.10 | $660.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brenna M. Clark | Associate/ Employee Benefits/ 1 year. Admitted 2008. | $315 | 20.40 | $6,426.00 |
| Jay C. Coppoletta | Associate/ Corporate/ 6 years. Admitted 2003. | $495 | 32.30 | $14,338.50 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $295 | 22.30 | $6,578.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $475 | 3.80 | $1,587.50 |
| Patrick E. Croke | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 4.00 | $1,260.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 135.60 | $49,662.50 |
| Matthew D. Dickerson | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 76.80 | $32,640.00 |
| William A. Evanoff | Associate/ Bankruptcy/ 9 years. Admitted 2000. | $625 | .10 | $62.50 |

11

| Name of Professional/<br>Individual | Position, Area of<br>Expertise, Number<br>of Years in Position,<br>Year of Obtaining<br>License to Practice | Hourly<br>Billing<br>Rate[1] | Total<br>Hours<br>Billed | Total<br>Compensation |
|---|---|---|---|---|
| Thomas E. Gaynor | Associate/<br>Corporate/<br>8 years.<br>Admitted 2001. | $535 | 4.00 | $2,140.00 |
| William C. Gray | Associate/<br>Employment/<br>2 years/<br>Admitted 2007. | $355 | 11.10 | $3,940.50 |
| Matthew T. Gunnison | Associate/<br>Corporate/<br>2 years.<br>Admitted 2007. | $295 | 21.50 | $6,342.50 |
| Christopher R. Hale | Associate/<br>Corporate/<br>1 year.<br>Admitted 2008. | $295 | 20.30 | $5,988.50 |
| Wendell M. Harp | Associate/<br>Bankruptcy/<br>2 years.<br>Admitted 2007. | $425 | 5.30 | $2,252.50 |
| Bridget J. Hauserman | Associate/<br>Bankruptcy/<br>1 year.<br>Admitted 2008. | $425 | 190.70 | $70,860.00 |
| Eric G. Hoffman | Associate/<br>Litigation/<br>5 years.<br>Admitted 2004. | $625 | 56.20 | $34,955.00 |
| Matthew R. Howes | Associate/<br>Tax/<br>3 years.<br>Admitted 2006. | $335 | 7.80 | $2,613.00 |

12

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 2.20 | $1,097.00 |
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 343.50 | $125,807.50 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 8.10 | $2,389.50 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 71.20 | $24,806.00 |
| David H. Lee | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $400 | 18.80 | $7,520.00 |
| Brian J. Lohan | Associate/ Bankruptcy/ 5 years. Admitted 2004. | $560 | 5.50 | $2,774.00 |
| Bradley C. Martinson | Associate/ Tax/ 6 years. Admitted 2003. | $495 | 5.20 | $2,557.50 |
| Jillian K. McClelland | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 377.40 | $148,615.00 |

13

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison L. Miller | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 154.30 | $60,636.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 352.00 | $171,097.50 |
| Sophia Park Mullen | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $425 | 3.80 | $1,525.00 |
| James C. Owens | Associate/ Litigation/ 5 years. Admitted 2004. | $505 | .30 | $151.50 |
| Neil S. Pai | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 43.70 | $12,891.50 |
| Lisa C. Park | Associate/ Employee Benefits/ 3 years. Admitted 2006. | $335 | 15.70 | $5,259.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | 5.50 | $2,887.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 44.50 | $19,669.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 97.20 | $35,666.00 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 61.10 | $19,188.50 |
| Sumitha K. Solai | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 6.50 | $1,917.50 |
| Michael T. Sterling | Associate/ Litigation/ 2 years. Admitted 2007. | $355 | 65.30 | $21,045.50 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 69.50 | $36,477.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 155.90 | $57,167.50 |
| Kendra N. Thompson | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | .20 | $63.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William Tran | Associate/ Employment/ 3 years. Admitted 2006. | $365 | .80 | $292.00 |
| Carla A. Varner | Associate/ Banking/ 7 years. Admitted 2002. | $530 | 26.80 | $13,808.50 |
| Shruti R. Voruganti | Associate/ Banking/ 2 years. Admitted 2007. | $355 | 3.80 | $1,349.00 |
| Lior Ziv | Associate/ Employment/ 4 years. Admitted 2005. | $470 | 3.40 | $1,502.00 |
| Mark J. Meyers | Staff Attorney/ Insurance/ 13 years. Admitted 1996. | $500 | 6.60 | $3,300.00 |
| Catherine G. Ampil | Legal Assistant/ Insurance and Financial Services/ 6 years. | $170 | .80 | $136.00 |
| Barbara L. Block | Senior Legal Assistant/ Product Liability and Mass Tort Litigation/ 18 years. | $220 | .50 | $110.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Eileen M. Boyle | Legal Assistant/ Real Estate/ 2 years. | $255 | .50 | $127.50 |
| Richard Bryan | Legal Assistant/ Litigation/ < 1 year. | $190 | 48.20 | $8,886.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 64.10 | $14,718.00 |
| Sally K. Jordan | Legal Assistant/ Banking/ 13 years. | $245 | 26.90 | $6,423.50 |
| William M. Lemon | Legal Assistant/ Securitization/ 1 year. | $220 | .60 | $132.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 69.60 | $15,443.00 |
| David J. Lutes | Legal Assistant/ Bankruptcy/ 23 years. | $285 | 77.60 | $22,024.50 |
| Eileen A. McDonnell-O'Driscoll | Legal Assistant/ Bankruptcy/ 8 years. | $290 | 1.70 | $493.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $215 | 4.80 | $1,032.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Rebecca A. Reitz | Senior Legal Assistant/ Banking/ 22 years. | $255 | 21.40 | $5,457.00 |
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 15.60 | $2,964.00 |
| Mandie Smolich | Legal Assistant/ Corporate/ 5 years. | $195 | 25.80 | $5,031.00 |
| Ludwell Strickler | Legal Assistant/ Corporate/ 20 years. | $240 | 16.80 | $4,032.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 194.80 | $36,288.00 |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 369.00 | $96,093.00 |
| Isela P. Bermudez | Project Assistant/ 5 years. | $110 | 4.50 | $495.00 |
| Eva M. Huber | Librarian Assistant/ 17 years. | $100 | .90 | $90.00 |
| **Grand Total** | | | 7,279.40 | $3,897,043.25 |
| **Blended Rate** | | | | $535.35 |

[remainder of page intentionally left blank]

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
### FROM DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 813.00 | $345,815.50 |
| Fee Applications (30390) | 200.50 | $53,990.50 |
| Intellectual Property Issues (30400) | 12.90 | $7,197.50 |
| Executory Contracts and Leases (30410) | 311.10 | $158,168.00 |
| Vendor Issues (30420) | 269.80 | $137,100.00 |
| Use/Sale/Lease of Assets (30430) | 376.60 | $200,190.00 |
| DIP Financing/Cash Collateral (30440) | 407.40 | $220,560.00 |
| Insurance Matters (30450) | 25.70 | $18,016.50 |
| Committee-Related Matters (30460) | 304.80 | $225,035.00 |
| Litigated Matters (30470) | 669.90 | $387,453.00 |
| Travel Time (30480) (with 50% discount) | 123.30 | $46,651.25 |
| Labor Issues (30490) | 253.50 | $143,683.00 |
| Plan and Disclosure Statement (30500) | 132.70 | $107,281.50 |
| Professional Retention (30510) | 408.00 | $228,228.50 |
| Tax Issues (30520) | 211.80 | $118,919.00 |
| Claims Processing (30530) | 64.20 | $28,451.00 |
| First Day Motions (30540) | 565.20 | $289,870.50 |
| Business Operations (30550) | 374.20 | $223,034.00 |
| Case Administration (30560) | 348.50 | $223,000.00 |
| Creditor Communications (30570) | 41.10 | $29,115.00 |
| Bankruptcy Schedules (30580) | 232.00 | $79,357.50 |
| Employee Issues (30590) | 985.00 | $527,874.00 |
| Asset Disposition (30600) | 148.20 | $98,052.00 |
| **TOTAL** | **7,279.40** | **$3,897,043.25** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $16,734.52 |
| Duplicating Charges[1] | | $11,535.40 |
| Court Costs | | $115.00 |
| Document Delivery Services | | $1,046.71 |
| Document Services | | $449.47 |
| Facsimile Charges [1] | | $6.00 |
| Filing Fees | | $39,891.00 |
| Ground Transportation | | $4,252.71 |
| Lexis Research Service | Lexis | $16,007.16 |
| Meals Out-of-Town | | $998.76 |
| Meals | | $525.00 |
| Messenger Services | | $2,258.47 |
| Overtime Services | | $1,579.59 |
| Document Production | | $800.00 |
| Professional Services/Specialists | | $220.00 |
| Search Services | | $12,531.27 |
| Telephone Tolls | | $2,082.82 |
| Travel/Lodging | | $12,550.68 |
| Westlaw Research Service | Westlaw | $41,776.15 |
| | | |
| **Total** | | **$165,360.71** |

---

[1] Sidley's rate for copying and facsimile transmission is $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

46429/0001-5532041V1
LA1 1520054v.2