# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, et al.,**[1] | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

DIANE STREANY, being duly sworn, deposes and says:

1.   I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On April 7, 2009, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on April 9, 2009 at 10:00 a.m. before the Honorable Kevin J. Carey," dated April 7, 2009, [Docket No. 868], by causing true and correct copies, enclosed securely in separate postage pre-paid envelopes to be delivered via fist class mail to those parties listed on the annexed Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Agenda_Aff 4-7-09.doc

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Diane Streany<br>Diane Streany

Sworn to before me this
15th day of April, 2009

/s/ Time Darden
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
My Commission Expires January 5, 2013

**EXHIBIT A**

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | GERARD A MCHUGH,CTP/RAJU N PATEL,SHARON SADILEK,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF AMERICA | ATTN: MARCIA RICHARDSON/CHERYL SWINFORD,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF AMERICA | ATTN: CHRIS SCHUER, INVESTMENT SALES,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF BAGHDAD | (HEAD OFFICE/BAGHDAD PROVINCE),ATTN: HENRY SEGAL,PO 3192 ALWEYE, BAGHDAD, IRAQ |
| BANK OF CHINA | 1 FUXINGMENT NEI DAJIE, BEIJING,   100818 CHINA |
| BARCLAYS BANK PLC | ATTN: ALEX BIRD,1 CHURCHILL PLACE, LONDON,   E14 5HP UNITED KINGDOM |
| CREDIT SUISSE GROUP | COLUMN FINANCIAL INC.,227 WEST MONROE ST, FRANKLIN CENTER, CHICAGO, IL 60606-5016 |
| DWS INVESTMENTS | ATTN: LEGAL DEPT,PO BOX 219151, KANSAS CITY, MO 64121-9151 |
| FIDELITY INVESTMENTS INSTITUTIONAL | SERVICES COMPANY, INC.,ATTN: PAT LABRIOLA,500 SALEM STREET OS1N2, SMITHFIELD, RI 02917 |
| JPMORGAN CHASE BANK | ATTN: VIC NIGRO, VP - TREASURY SVCES,ONE CHASE PLAZA, FL 7, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK | ATTN: DAVID MALLETT, MANAGING DIR - IB,ONE CHASE PLAZA, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK | ATTN: FARNAZ MOHAMMADI,10 SOUTH DEARBORN ST, CHICAGO, IL 60603 |
| JPMORGAN CHASE BANK | ATTN: KEVIN JOHNSON, CUSTOMER SVC CONSUL,420 WEST VAN BUREN STREET,SUITE I|1-0239, CHICAGO, IL 60606 |
| KEY BANK | ATTN: DAVID BLESSING,154 QUAKER RD, QUEENSBURY, NY 12804 |
| LEHMAN BROTHERS HOLDINGS INC. | 745 SEVENTH AVE, NEW YORK, NY 10019 |
| MANUFACTURERS & TRADERS TRUST COMPANY | (M&T BANK),ATTN: LYNN S MANTHY,25 S CHARLES ST, BALTIMORE, MD 21201 |
| MERRILL LYNCH & CO, INC. | 4 WORLD FINANCIAL CENTER,250 VESEY STREET, NEW YORK, NY 10080 |
| MORGAN STANLEY | 1585 BRAODWAY, NEW YORK, NY 10036 |
| NATIONAL WESTMINSTER BANK | ATTN: ROBIN MULVANEY,PO BOX 158 GB - 214 HIGH HOLBORN, LONDON,   WC1V 7BW ENGLAND |
| NORTHERN TRUST | ATTN: FRAN WAWRZYNIAK/ANN MARIE STUMPF,50 S LASALLE STREET, CHICAGO, IL 60675 |
| OXFORD BANK AND TRUST | ATTN: GINA FREWERT,PO BOX 129, ADDISON, IL 60101 |
| SUNTRUST | ATTN: PAT KNUFFKE,PO BOX 622227, ORLANDO, FL 32862-2227 |
| THE CITIZEN'S STATE BANK OF CLARA CITY | (FSMC) ATTN: PATTIE WITTMAN,55 1ST ST NW,PO BOX 430, CLARA CITY, MN 56222 |
| THE PRIVATEBANK AND TRUST COMPANY | ATTN: KAREN PETERSEN,70 W MADISON AVE, SUITE 200, CHICAGO, IL 60602 |
| TORONTO DOMINION | ATTN: PATTY PFANZELT/LIZ VITTORIA,TORONTO-DOMINION CENTRE,PO BOX 193, TORONTO, ON   CANADA |
| VTB BANK OJSC | ATTN: HENRY SEGAL,29 UL.BOLSHAYA MORSKAYA ST, PETERSBURG,    RUSSIA |
| ZAO UNICREDIT BANK | PRECHISTENSKAYA NAB., 9, MOSCOW,   119034 RUSSIAN FEDERATION |

**Total Creditor Count 27**