IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: May 5, 2009 at 4:00 p.m. |
| | Hearing Date: *Only if Objections are filed* |

**FIRST MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009 *nunc pro tunc* to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **February 1, 2009 through February 28, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$84,867** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$3,674.21** |
| This is a: | **Second Monthly Application** |

The time expended for the preparation of the Applicant's first and second monthly fee applications will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | *pending* |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | *pending* |

**TRIBUNE COMPANY,** *et al.*

**SUMMARY OF BILLING BY ATTORNEY**
**FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 39.1 | $25,415.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 1.6 | $840.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 95.6 | $45,888.00 |
| Mark J. Politan | 1998 | Member (since 2008) | $365.00 | 0.6 | $219.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 0.9 | $297.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 2.6 | $819.00 |
| G. David Dean | 2002 | Associate (since 2008) | $300.00 | 1.8 | $540.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 57.1 | $10,849.00 |
| **TOTALS** | | | | **199.30** | **$84,867.00** |

**Blended Rate: $425.83**

\*   This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

TRIBUNE COMPANY, *et al.*

COMPENSATION BY PROJECT CATEGORY
FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 3.7 | $1,588.00 |
| Automatic Stay Matters/Litigation | 11.7 | $5,924.00 |
| Bank Claims and Litigation Matters | 1.0 | $558.00 |
| Case Administration | 23.3 | $7,704.00 |
| Cash Collateral and DIP Financing | 2.3 | $1,080.00 |
| Committee Matters and Creditor Meetings | 2.4 | $1,509.00 |
| Creditor Inquiries | 0.4 | $209.00 |
| Employee Matters | 12.9 | $4,856.00 |
| Executory Contracts | 0.3 | $195.00 |
| Fee Application Matters/Objections | 4.5 | $1,622.00 |
| Leases (Personal Property and Financing) | 2.0 | $409.00 |
| Leases (Real Property) | 4.0 | $1,688.00 |
| Preparation for and Attendance at Hearings | 46.1 | $18,756.00 |
| Reports; Statements and Schedules | 23.7 | $11,089.00 |
| Retention Matters | 41.9 | $19,136.00 |
| Tax/General | 0.2 | $38.00 |
| U.S. Trustee Matters and Meetings | 3.4 | $1,904.00 |
| Utilities/Sec. 366 Issues | 13.8 | $5,714.00 |
| Vendor Matters | 0.1 | $48.00 |
| General Corporate Advice | 1.6 | $840.00 |
| **TOTAL** | **199.30** | **$84,867.00** |

# TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (15,980 pages @ $0.10/page) | | $1,598.00 |
| Postage | | $56.04 |
| Document Retrieval/Court Documents | *PACER Service Center* | $19.92 |
| Outside Photocopying | *Parcels, Inc.; Diaz Data Services* | $300.80 |
| Telephonic Appearance Fee | *CourtCall* | $44.50 |
| Travel Expenses (Car Service) | *Buker Limousine Car Service; City Limo* | $168.00 |
| Messenger Service | *Parcels, Inc.* | $78.00 |
| Overtime (Secretarial) | | $156.63 |
| Overnight Delivery | *Federal Express* | $86.95 |
| Outside Postage | *Parcels, Inc.* | $528.36 |
| Outside Telecopier | *Parcels, Inc.* | $500.00 |
| Legal Research | *Westlaw* | $137.01 |
| **TOTAL** | | **$3,674.21** |

46429/0001-5527432v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | **Objection Date: May 5, 2009 at 4:00 p.m.** |
|  | **Hearing Date:** *Only if Objections are filed* |

**SECOND MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $84,867, and reimbursement of expenses in the amount of $3,674.21 for the period from February 1, 2009 through February 28, 2009 (the "Application"), and respectfully represents as follows:

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

46429/0001-5527432v1

5.     On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on January 6, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. By this procedure, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees requested and 100% of the disbursements requested. Pursuant to the Fee Order, Applicant submits this Application for the period from February 1, 2009 through February 28, 2009.

6.     Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

7.     Attached hereto as Exhibit "B" is an itemization by billing professional covering all the services performed by Applicant with respect to these matters from February 1, 2009 through February 28, 2009.

8.     Attached hereto as Exhibit "C" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from February 1, 2009 through February 28, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries

2

are presented chronologically in categories, and all meetings or hearings are individually identified.

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "C".

1) <u>Automatic Stay Matters/Litigation</u> (11.7 hours; $5,924.00). This category includes time related to review, analysis and negotiation regarding motions for relief from stay by Comast Cable Communications, LLC, Andrew and Jennifer Faggio, Jon Van Senus, Intelsat Corporation and Allen Francisco.

2) <u>Case Administration</u> (23.3 hours; $7,704.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, time spent conferring with the Committee regarding action items, division of labor and strategies, maintaining a document depository, as well as other miscellaneous tasks not otherwise separately classifiable.

3) <u>Preparation for and Attendance at Hearings</u> (46.1 hours; $18,756.00). This category includes time related to attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

        4)     <u>Reports; Statements and Schedules</u> (23.7 hours; $11,089.00). This category includes time related to preparation and filing of schedules, statements, operating reports and supplement to 2015.3 motion.

        5)     <u>Retention Matters</u> (41.9 hours; $19,136.00). This category includes time related to obtaining approval of the retention of counsel and other professionals for the Debtors, including various professionals retained in the ordinary course of business, and filing supplemental disclosures.

        6)     <u>Utilities/Sec. 336 Issues</u> (13.8 hours; $5,714.00). This category includes time related to negotiating adequate assurance payments and related utility issues and preparing letter regarding compliance with Court order.

    10.    Attached hereto as Exhibit "D" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $3,674.21. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service, document retrieval charges, travel expenses, overnight delivery, telephonic court appearance charge, overtime, and legal research. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

    WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $84,867 for professional services rendered, and $3,674.21 for

reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: April 15, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

*Attorneys for Debtors and
Debtors in Possession*

5

46429/0001-5527432v1