IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: May 5, 2009 at 4:00 p.m. |
| | Hearing Date: TBD |
| | Related to Docket Nos. 1022 and 1033 |

**FIRST INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE <u>INTERIM PERIOD FROM DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009</u>**

| | |
|---|---|
| Name of Applicant: | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009** *nunc pro tunc* **to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **December 8, 2008 through February 28, 2009** |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | $318,780.00 |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | $25,502.08 |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | $0.00* |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | $0.00* |
| Total Amount of Holdback Fees Sought for applicable period ** | $63,756 (includes 20% holdback attributable to first and second fee applications) |

\*     If no objections are received by May 4 and 5, 2009 to the first and second monthly fee applications, respectively, Cole, Schotz, Meisel, Forman & Leonard, P.A. anticipates receipt of $255,024 in fees and $25,502.08 in expenses in connection with the first and second monthly fee applications.

\*\*    Applicant seeks allowance of the 20% holdback for the first and second monthly fee applications.

46429/0001-5532213v1

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
## DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 128.1 | $83,265.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 9.4 | $4,935.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 348.2 | $167,136.00 |
| Warren Usatine [1] | 1995 | Member (since 2002) | $475.00 | 10.6 | $4,370.00 |
| Mark J. Politan | 1998 | Member (since 2008) | $365.00 | 0.6 | $219.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 45.8 | $15,114.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 2.6 | $819.00 |
| G. David Dean | 2002 | Associate (since 2008) | $300.00 | 1.8 | $540.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 217.0 | $41,230.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 7.2 | $1,152.00 |
| TOTALS | | | | 771.30 | $318,780.00 |

**Blended Rate: $413.30**

[1] This amount reflects a voluntary reduction of $665 (50%) related to non-working travel.

\* This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

46429/0001-5532213v1

## TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
### DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 41.2 | $16,958.00 |
| Automatic Stay Matters/Litigation | 13.7 | $6,810.00 |
| Bank Claims and Litigation Matters | 1.0 | $558.00 |
| Case Administration | 159.0 | $54,830.00 |
| Cash Collateral and DIP Financing | 31.4 | $12,217.00 |
| Claims Analysis, Administration and Objections | 0.1 | $19.00 |
| Committee Matters and Creditor Meetings | 5.5 | $3,079.00 |
| Creditor Inquiries | 4.1 | $1,835.00 |
| Employee Matters | 32.4 | $11,403.00 |
| Executory Contracts | 14.0 | $5,758.00 |
| Fee Application Matters/Objections | 22.8 | $8,733.00 |
| Leases (Personal Property and Financing) | 2.0 | $409.00 |
| Leases (Real Property) | 9.5 | $3,572.00 |
| Litigation/General (Except Automatic Stay Relief) | 2.2 | $1,155.00 |
| Non-Working Travel | 2.8 | $665.00 |
| Preparation for and Attendance at Hearings | 139.6 | $59,349.00 |
| Press/Public Affairs | 0.2 | $130.00 |
| Reports; Statements and Schedules | 35.7 | $16,567.00 |
| Retention Matters | 109.1 | $47,907.00 |
| Tax/General | 0.3 | $86.00 |
| U.S. Trustee Matters and Meetings | 39.5 | $21,399.00 |
| Utilities/Sec. 366 Issues | 90.4 | $38,578.00 |
| Vendor Matters | 7.4 | $2,917.00 |
| General Corporate Advice | 7.4 | $3,846.00 |
| **TOTAL** | **771.30** | **$318,780.00** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (33,130 pages @ $0.10/page) | | $3,313.00 |
| Telephone | | $30.46 |
| Postage | | $80.99 |
| Filing Fees (*Pro Hac Admissions*) | *U.S. District Court* | $150.00 |
| Document Retrieval/Court Documents | *PACER Service Center* | $84.32 |
| Telephonic Appearance Fee | *CourtCall* | $44.50 |
| Overtime (Secretarial) | | $156.63 |
| Travel Expenses (taxi, parking, mileage, car service) | *Eagle Transportation Services; City Wide Transportation; Buker Limousine Car Service; City Limo* | $1,124.53 |
| Travel Expenses – Trainfare | *Amtrak* | $427.67 |
| Working Meals | *Washington Street Ale House; Healy's; Cavanaugh's; Purebread* | $1,043.59 |
| Transcripts | *Laws Transcription Service* | $495.95 |
| Meeting Room – Formation Meeting | *Hotel DuPont* | $3,412.24 |
| Outside Photocopying | *Parcels, Inc.; Diaz Data Services* | $11,377.05 |
| Messenger Service | *Parcels, Inc.* | $1,524.10 |
| Outside Postage | *Parcels, Inc.* | $917.43 |
| Outside Telecopier | *Parcels, Inc.* | $765.25 |
| Overnight Delivery | *Federal Express* | $172.28 |
| Legal Research | *Westlaw* | $382.09 |
| **TOTAL** | | **$25,502.08** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: May 5, 2009 at 4:00 p.m. |
|  | Hearing Date: TBD |
|  | Related to Docket Nos. 1022 and 1033 |

**FIRST INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its first interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from December 8, 2008 through February 28, 2009, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

46429/0001-5532213v1

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5. On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on January 6, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $318,780.00 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $25,502.08, during the interim period from December 8, 2008 through February 28, 2009, as detailed in the chart below.

| Application Docket No. Date Filed | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| First Monthly D.I. 1022 Filed: 4/14/09 | Obj. due 5/4/09 | 12/8/08 – 1/31/09 | $233,913 | $21,827.87 | *pending* | *pending* | *pending* |
| Second Monthly D.I. 1033 Filed: 4/15/09 | Obj. due 5/5/09 | 2/1/09-2/28/09 | $84,867 | $3,674.21 | *pending* | *pending* | *pending* |
| Totals | | | $318,780.00 | $25,502.08 | *pending* | *pending* | *pending* |

6. Notice of this Interim Fee Application has been provided in accordance with the Fee Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the

46429/0001-5532213v1

Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; and (vi) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $318,780 for professional services rendered and $25,502.08 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: April 15, 2009

                                  **COLE, SCHOTZ, MEISEL,**
                                  **FORMAN & LEONARD, P.A.**

                     By: _____
                         Norman L. Pernick (No. 2290)
                         J. Kate Stickles (No. 2917)
                         500 Delaware Avenue, Suite 1410
                         Wilmington, DE 19801
                         Telephone: 302-652-3131
                         Facsimile: 302-652-3117

                         *Attorneys for the Debtors and*
                         *Debtors in Possession*

46429/0001-5532213v1