# EXHIBIT A

**Tribune Co.**                                                     M O E L I S & C O M P A N Y

Time Log

**Moelis & Company**
**Summary of Hours Worked by Professional**
**January 6, 2009 - January 31, 2009**

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 16.5 |
| Bill Derrough | Managing Director, Restructuring Group | 1.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 32.5 |
| John Momtazee | Managing Director, Media | 13.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 33.0 |
| Larry Kwon | Vice President, Restructuring Group | 42.5 |
| Ashish Ajmera | Vice President, Media | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| | **Total Moelis Team Hours** | **366.5** |

Highly Confidential

**Tribune Co.**                                                                              M O E L I S & C O M P A N Y

Time Log - January 2009

## I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 16.5 |
| Bill Derrough | Managing Director | 1.5 |
| Navid Mahmoodzadegan | Managing Director | 32.5 |
| John Momtazee | Managing Director | 13.5 |
| Zul Jamal | Sr. Vice President | 33.0 |
| Larry Kwon | Vice President | 42.5 |
| Ashish Ajmera | Vice President | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| **Total** | | **366.5** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Larry Kwon | 01/06/09 | 3.0 | Review of documents and due diligence |
| Larry Kwon | 01/06/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 01/06/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 01/06/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/07/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 01/07/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 01/07/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 01/07/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 01/07/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 01/07/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 01/08/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/08/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 01/08/09 | 2.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 01/08/09 | 2.0 | Review of documents and due diligence |
| Larry Kwon | 01/08/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 01/08/09 | 6.0 | Review of documents and due diligence |
| Vishal Patel | 01/08/09 | 3.0 | Review of documents and due diligence |
| John Momtazee | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 01/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/09/09 | 5.0 | Financial analysis and presentation development |
| Evan Glucoft | 01/09/09 | 4.0 | Financial analysis and presentation development |

Highly Confidential

**Tribune Co.**                                             M O E L I S & C O M P A N Y

Time Log - January 2009

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 16.5 |
| Bill Derrough | Managing Director | 1.5 |
| Navid Mahmoodzadegan | Managing Director | 32.5 |
| John Momtazee | Managing Director | 13.5 |
| Zul Jamal | Sr. Vice President | 33.0 |
| Larry Kwon | Vice President | 42.5 |
| Ashish Ajmera | Vice President | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| **Total** | | **366.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Navid Mahmoodzadegan | 01/09/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 01/09/09 | 2.0 | Review of documents and due diligence |
| Larry Kwon | 01/10/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/10/09 | 3.0 | Financial analysis and presentation development |
| Zul Jamal | 01/11/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 01/11/09 | 2.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 01/12/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 01/12/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 01/12/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 01/13/09 | 6.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/13/09 | 6.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 01/13/09 | 6.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 01/13/09 | 0.5 | Review of documents and due diligence |
| Zul Jamal | 01/13/09 | 1.0 | Review of documents and due diligence |
| Larry Kwon | 01/13/09 | 2.0 | Review of documents and due diligence |
| John Momtazee | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Ashish Ajmera | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Larry Kwon | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Evan Glucoft | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Vishal Patel | 01/14/09 | 0.5 | Internal Discussions / Calls |
| Larry Kwon | 01/14/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/14/09 | 0.5 | Meetings/Calls w Steering Committee Professionals |
| Ashish Ajmera | 01/14/09 | 0.5 | Meetings/Calls w Steering Committee Professionals |
| Larry Kwon | 01/14/09 | 0.5 | Meetings/Calls w Steering Committee Professionals |
| Evan Glucoft | 01/14/09 | 0.5 | Meetings/Calls w Steering Committee Professionals |
| Vishal Patel | 01/14/09 | 0.5 | Meetings/Calls w Steering Committee Professionals |
| Ashish Ajmera | 01/14/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Evan Glucoft | 01/14/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Vishal Patel | 01/14/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Navid Mahmoodzadegan | 01/14/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 01/14/09 | 5.0 | Review of documents and due diligence |
| Evan Glucoft | 01/14/09 | 3.0 | Review of documents and due diligence |
| Evan Glucoft | 01/14/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 01/14/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 01/14/09 | 5.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/15/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 01/15/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 01/15/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/15/09 | 5.0 | Review of documents and due diligence |
| Evan Glucoft | 01/15/09 | 8.0 | Financial analysis and presentation development |

Highly Confidential

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - January 2009

<u>I. Summary</u>

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 16.5 |
| Bill Derrough | Managing Director | 1.5 |
| Navid Mahmoodzadegan | Managing Director | 32.5 |
| John Momtazee | Managing Director | 13.5 |
| Zul Jamal | Sr. Vice President | 33.0 |
| Larry Kwon | Vice President | 42.5 |
| Ashish Ajmera | Vice President | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| **Total** | | **366.5** |

<u>II. Details</u>

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 01/15/09 | 8.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/16/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 01/16/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/16/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 01/16/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 01/17/09 | 3.0 | Financial analysis and presentation development |
| Bill Derrough | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Thane Carlston | 01/18/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Larry Kwon | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Ashish Ajmera | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Evan Glucoft | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Vishal Patel | 01/18/09 | 1.5 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/19/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/19/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 01/19/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 01/19/09 | 10.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| John Momtazee | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/20/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/20/09 | 4.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Zul Jamal | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Larry Kwon | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Ashish Ajmera | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Evan Glucoft | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Vishal Patel | 01/20/09 | 1.0 | Meetings/Calls w Steering Committee & UCC Professionals |
| Zul Jamal | 01/20/09 | 2.0 | Financial analysis and presentation development |

Highly Confidential

**Tribune Co.**                                                                M O E L I S & C O M P A N Y

Time Log - January 2009

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 16.5 |
| Bill Derrough | Managing Director | 1.5 |
| Navid Mahmoodzadegan | Managing Director | 32.5 |
| John Momtazee | Managing Director | 13.5 |
| Zul Jamal | Sr. Vice President | 33.0 |
| Larry Kwon | Vice President | 42.5 |
| Ashish Ajmera | Vice President | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| **Total** | | **366.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Navid Mahmoodzadegan | 01/20/09 | 2.0 | Financial analysis and presentation development |
| John Momtazee | 01/20/09 | 2.0 | Financial analysis and presentation development |
| Larry Kwon | 01/20/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/20/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 01/20/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 01/20/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 01/20/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 01/20/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 01/20/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 01/20/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 01/20/09 | 8.0 | Financial analysis and presentation development |
| Vishal Patel | 01/20/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/20/09 | 0.5 | Review of documents and due diligence |
| John Momtazee | 01/21/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 01/21/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/21/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/21/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 01/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 01/21/09 | 1.0 | Financial analysis and presentation development |
| Larry Kwon | 01/21/09 | 3.0 | Financial analysis and presentation development |
| Evan Glucoft | 01/21/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 01/21/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 01/21/09 | 5.0 | Financial analysis and presentation development |
| Vishal Patel | 01/21/09 | 9.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/22/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 01/22/09 | 3.0 | UCC Committee Meeting |
| Thane Carlston | 01/22/09 | 3.0 | UCC Committee Meeting |
| John Momtazee | 01/22/09 | 3.0 | UCC Committee Meeting |
| Zul Jamal | 01/22/09 | 1.0 | UCC Committee Meeting |
| Larry Kwon | 01/22/09 | 3.0 | UCC Committee Meeting |
| Ashish Ajmera | 01/22/09 | 3.0 | UCC Committee Meeting |
| Evan Glucoft | 01/22/09 | 3.0 | UCC Committee Meeting |
| Vishal Patel | 01/22/09 | 3.0 | UCC Committee Meeting |
| Ashish Ajmera | 01/22/09 | 2.0 | Financial analysis and presentation development |

Highly Confidential

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - January 2009

**I. Summary**

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 16.5 |
| Bill Derrough | Managing Director | 1.5 |
| Navid Mahmoodzadegan | Managing Director | 32.5 |
| John Momtazee | Managing Director | 13.5 |
| Zul Jamal | Sr. Vice President | 33.0 |
| Larry Kwon | Vice President | 42.5 |
| Ashish Ajmera | Vice President | 65.0 |
| Evan Glucoft | Associate | 73.5 |
| Vishal Patel | Analyst | 88.5 |
| **Total** | | **366.5** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Evan Glucoft | 01/22/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 01/22/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/23/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 01/23/09 | 1.0 | Financial analysis and presentation development |
| Ashish Ajmera | 01/26/09 | 1.0 | Financial analysis and presentation development |
| Evan Glucoft | 01/26/09 | 1.0 | Financial analysis and presentation development |
| Larry Kwon | 01/26/09 | 4.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/26/09 | 3.0 | Financial analysis and presentation development |
| Ashish Ajmera | 01/27/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 01/27/08 | 3.0 | Financial analysis and presentation development |
| Zul Jamal | 01/27/08 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 01/28/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 01/28/09 | 5.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 01/28/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 01/28/09 | 5.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 01/28/09 | 5.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 01/28/09 | 3.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 01/28/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 01/28/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 01/30/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 01/30/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 01/31/09 | 4.0 | Review of documents and due diligence |
| | **Total** | **366.5** | |

Highly Confidential