# EXHIBIT B

# Tribune Co.

Moelis & Company - January 2009 Expense Summary

|  | January 2009 |
|---|---:|
| Airfare | $ 4,889.56 |
| Lodging | 2,375.14 |
| Travel / Overtime / Weekend meals | 1,250.37 |
| Taxi / Transportation / Parking | 1,395.29 |
| Telephone | 95.79 |
| Presentations | 625.05 |
| Other | 40.99 |
| **Total** | **$ 10,672.19** |

**Tribune Co.**
Moelis & Company - January 2009 Expense Summary

## AIRFARE

| | | | | | |
|---|---|---|---|---|---:|
| Airfare | 1/12/2009 Airfare | New reservation fee | | Ashish Ajmera | 47.78 |
| Airfare | 1/12/2009 Airfare | United #122 LAX ORD Economy Class | | Ashish Ajmera | 356.60 |
| Airfare | 1/12/2009 Airfare | Service Fee - Airline Segment - United Airlines | | Evan Glucoft | 2.78 |
| Airfare | 1/12/2009 Airfare | Airline Service Fee - United Airlines | | Evan Glucoft | 45.00 |
| Airfare | 1/12/2009 Airfare | United Airlines - LA to Chicago - economy class - one-way | | Evan Glucoft | 356.60 |
| Airfare | 1/12/2009 Airfare | Protravel Service Fee American Airlines Segment Fee Invoice # 24094 | | Zul Jamal | 47.78 |
| Airfare | 1/12/2009 Airfare | American Airlines Flights 305/350 1/13/2009 New York - Chicago - New York Mtg with Chandler Bigelow Invoice #24094 | | Zul Jamal | 629.20 |
| Airfare | 1/13/2009 Airfare | Change fee | | Ashish Ajmera | 47.78 |
| Airfare | 1/13/2009 Airfare | Change fee | | Ashish Ajmera | 47.78 |
| Airfare | 1/13/2009 Airfare | United #943 ORD LAX Economy Class | | Ashish Ajmera | 356.60 |
| Airfare | 1/14/2009 Airfare | Service Fee Airline Segment Charge | | Evan Glucoft | 2.78 |
| Airfare | 1/14/2009 Airfare | Airline Service Fee Ticket Exchange | | Evan Glucoft | 45.00 |
| Airfare | 1/14/2009 Airfare | United Airlines - Chicago to LA - Economy Class - One-way | | Evan Glucoft | 356.60 |
| Airfare | 1/15/2009 Airfare | Service Fee Segment Fee Charge | | Evan Glucoft | 2.78 |
| Airfare | 1/15/2009 Airfare | Service Fee Exchange Charge | | Evan Glucoft | 45.00 |
| Airfare | 1/27/2009 Airfare | New reservation fee | | Ashish Ajmera | 47.78 |
| Airfare | 1/27/2009 Airfare | United #124 LAX ORD Economy Class | | Ashish Ajmera | 356.60 |
| Airfare | 1/27/2009 Airfare | American Airlines Fl. 309 Segment Fee  Protravel Service Fee New York - Chicago- New York | | Lawrence Kwon | 47.78 |
| Airfare | 1/28/2009 Airfare | Changed reservation fee | | Ashish Ajmera | 47.78 |
| Airfare | 1/28/2009 Airfare | United # 907 ORD SFO Economy Class | | Ashish Ajmera | 405.60 |
| Airfare | 1/28/2009 Airfare | Invoice # 24507 American Flight 309 New York to Chicago; American Flight 352 Chicago to New York | | Lawrence Kwon | 629.20 |
| Airfare | 1/28/2009 Airline transaction fee | Airline transaction fee | | Thane Carlston | 2.78 |
| Airfare | 1/28/2009 Airline transaction fee | Protravel agency fee | | Thane Carlston | 2.78 |
| Airfare | 1/28/2009 Agency processing fee | Airline transaction fee | | Thane Carlston | 45.00 |
| Airfare | 1/28/2009 Agency processing fee | Protravel agency processing fee | | Thane Carlston | 45.00 |
| Airfare | 1/28/2009 NY Chicago R/T | R/T NY - Chicago for Tribune meeting | | Thane Carlston | 869.20 |
| | | | **Total** | **$** | **4,889.56** |

## LODGING

| | | | | | |
|---|---|---|---|---|---:|
| Lodging | 1/7/2009 Lodging | Benjamin Hotel 1 night 262+ tax | | Ashish Ajmera | 302.54 |
| Lodging | 1/8/2009 Lodging | Benjamin Hotel 1 night 262+tax | | Ashish Ajmera | 302.54 |
| Lodging | 1/13/2009 Lodging | Park Hyatt Chicago Hotel - One night, room rate: $310.50 | | Ashish Ajmera | 358.29 |
| Lodging | 1/13/2009 Lodging | Park Hyatt Chicago Hotel - One night, room rate: $310.50 | | Evan Glucoft | 358.29 |
| Lodging | 1/27/2009 Lodging | Park Hyatt Chicago - Room Rate $310.50 | | Evan Glucoft | 356.50 |
| Lodging | 1/27/2009 Lodging | Lodging in Chicago for Tribune meetings | | Navid A. Mahmoodzadegan | 432.71 |
| Lodging | 1/28/2009 Lodging | Intercontinental Chicago 1 night $229 + tax | | Ashish Ajmera | 264.27 |
| | | | **Total** | **$** | **2,375.14** |

## TRAVEL / OVERTIME / WEEKEND MEALS

| | | | | | |
|---|---|---|---|---|---:|
| Meals | 1/7/2009 Meals Travel | Traveling Meal Longwood Gourmet | | Ashish Ajmera | 17.72 |
| Meals | 1/7/2009 Meals Travel | Traveling Meal Patrick Conways | | Ashish Ajmera | 50.00 |
| Meals | 1/7/2009 Meals Travel | | | Navid A. Mahmoodzadegan | 10.00 |
| Meals | 1/7/2009 Meals Travel | Meals traveling to New York on 1/7/09 - The Grove | | Navid A. Mahmoodzadegan | 10.47 |
| Meals | 1/8/2009 Meals Travel | Traveling Meal Longwood Gourmet | | Ashish Ajmera | 9.59 |
| Meals | 1/8/2009 Meals Travel | Traveling Meal Yushi Midtown | | Ashish Ajmera | 10.73 |
| Meals | 1/8/2009 Meals Travel | Traveling Meal Oneals Bar | | Ashish Ajmera | 17.50 |
| Meals | 1/9/2009 Meals Travel | Traveling Meal Minibar Benjamin Hotel | | Ashish Ajmera | 7.59 |
| Meals | 1/12/2009 Meals Travel | Traveling Meal Starbucks | | Ashish Ajmera | 7.69 |
| Meals | 1/12/2009 Meals Travel | Traveling Meal Airport Concessions LAX | | Ashish Ajmera | 8.56 |
| Meals | 1/12/2009 Meals Travel | Traveling Meal Baja Fresh | | Ashish Ajmera | 9.07 |
| Meals | 1/12/2009 Meals Travel | Traveling Meal Baja Fresh | | Evan Glucoft | 17.49 |
| Meals | 1/13/2009 Meals Travel | Traveling Meal Starbucks | | Ashish Ajmera | 9.03 |
| Meals | 1/13/2009 Meals Travel | Traveling Meal NoMi Park Hyatt Chicago - Evan Glucoft and Ashish | | Ashish Ajmera | 62.00 |
| Meals | 1/13/2009 Meals Travel | Traveling Meal Minibar at Park Hyatt Chicago Hotel | | Evan Glucoft | 4.50 |
| Meals | 1/13/2009 Meals Travel | Traveling Meal Berghoff Café | | Evan Glucoft | 18.11 |
| Meals | 1/13/2009 Meals Travel | Traveling Meal O'Hare International Shop | | Evan Glucoft | 20.81 |
| Meals | 1/20/2009 Meals Travel | Traveling Meal | | John C. Momtazee | 70.00 |
| Meals | 1/21/2009 Meals Travel | Traveling Meal | | John C. Momtazee | 70.00 |
| Meals | 1/21/2009 Meals Travel | Traveling Meal at the Ritz | | Navid A. Mahmoodzadegan | 62.27 |
| Meals | 1/22/2009 Meals Travel | Meals traveling for John Momtazee and Navid Mahmoodzadegan for Tribune meetings | | Navid A. Mahmoodzadegan | 51.00 |
| Meals | 1/23/2009 Meals Travel | Breakfast on 1/23/09 for Tribune meetings | | Navid A. Mahmoodzadegan | 15.35 |
| Meals | 1/27/2009 Meals Travel | Traveling Meal Baja Fresh | | Ashish Ajmera | 15.54 |
| Meals | 1/27/2009 Meals Travel | Meals traveling - Argo Tea | | Evan Glucoft | 4.92 |
| Meals | 1/27/2009 Meals Travel | Meals Traveling - Dinner at Devon Seafood Grill | | Evan Glucoft | 21.00 |
| Meals | 1/27/2009 Meals Travel | Meals Traveling - Lunch at Gibson's Steakhouse | | Evan Glucoft | 38.00 |
| Meals | 1/27/2009 Meals Travel | Meals traveling for Tribune meetings | | Navid A. Mahmoodzadegan | 28.00 |
| Meals | 1/28/2009 Meals Travel | Traveling Meal Starbucks | | Ashish Ajmera | 3.74 |
| Meals | 1/28/2009 Meals Travel | Traveling Meal Zoot Cafe | | Ashish Ajmera | 11.38 |
| Meals | 1/28/2009 Meals Travel | Traveling Meal Zest Restaurant | | Ashish Ajmera | 24.50 |
| Meals | 1/28/2009 Meals Travel | Mini Bar Food at The Park Hyatt Chicago | | Evan Glucoft | 15.32 |
| Meals | 1/28/2009 Meals Travel | Meals Traveling - Dinner at Salad Works | | Evan Glucoft | 17.23 |
| Meals | 1/28/2009 Meals Travel | Meals Traveling - Lunch at Nomi Restaurant | | Evan Glucoft | 36.00 |
| Meals | 1/28/2009 Meals Travel | Burrito Beach, Chicago Lunch | | Lawrence Kwon | 8.84 |
| Meals | 1/28/2009 Meals Travel | Snack at Chicago airport | | Lawrence Kwon | 5.57 |
| Meals | 1/28/2009 Meals Travel | Meal traveling for Tribune Meeting with Randy Michaels and Committee in Chicago | | Navid A. Mahmoodzadegan | 4.74 |
| Meals | 1/28/2009 Meals Travel | Meals traveling for Tribune meetings | | Navid A. Mahmoodzadegan | 13.00 |
| Meals | 1/7/2009 Meals Overtime | OT Meal - dinner at Gelson's Market - Client: Tribune, Co. | | Evan Glucoft | 25.00 |
| Meals | 1/7/2009 Meals Overtime | OT Meal - Tacone | | Vishal Patel | 7.03 |
| Meals | 1/8/2009 Meals Overtime | OT Meal - dinner at Gelson's Market - Client: Tribune, Co. | | Evan Glucoft | 25.00 |
| Meals | 1/8/2009 Meals Overtime | OT Meal - Seiki Shi Sushi | | Vishal Patel | 23.77 |
| Meals | 1/10/2009 Meals Overtime | OT Meal - California Crisp | | Vishal Patel | 9.61 |
| Meals | 1/10/2009 Meals Overtime | OT Meal - Akbar Cuisine of India | | Vishal Patel | 25.00 |
| Meals | 1/11/2009 Meals Overtime | OT Weekend Meal - Dinner at Mr. Hana - Client: Tribune, Co. | | Evan Glucoft | 24.61 |
| Meals | 1/11/2009 Meals Overtime | OT Meal - Gulen's Mediterranean | | Vishal Patel | 9.97 |
| Meals | 1/11/2009 Meals Overtime | OT Meal - Seiki Shi Sushi | | Vishal Patel | 25.00 |
| Meals | 1/12/2009 Meals Overtime | OT Meal - Clementine | | Vishal Patel | 20.50 |
| Meals | 1/13/2009 Meals Overtime | OT Meal - Coral Tree Express | | Vishal Patel | 16.72 |
| Meals | 1/14/2009 Meals Overtime | OT Meal - Dinner at Gelson's Market | | Evan Glucoft | 24.17 |
| Meals | 1/14/2009 Meals Overtime | OT Meal - Tacone | | Vishal Patel | 7.03 |
| Meals | 1/15/2009 Meals Overtime | OT Meal - Dinner at Gelson's Market | | Evan Glucoft | 23.40 |
| Meals | 1/15/2009 Meals Overtime | OT Meal - Sunnin Lebanese | | Vishal Patel | 19.49 |

**Tribune Co.**
Moelis & Company - January 2009 Expense Summary

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Meals | 1/16/2009 | Meals Overtime | OT Meal - dinner at Sorabol | Evan Glucoft | 23.60 |
| Meals | 1/17/2009 | Meals Overtime | OT Weekend Meal - Lunch at Sorabol | Evan Glucoft | 13.75 |
| Meals | 1/17/2009 | Meals Overtime | OT Meal - Panda Express | Vishal Patel | 8.92 |
| Meals | 1/19/2009 | Meals Overtime | OT Meal - Habanero Grill | Vishal Patel | 9.69 |
| Meals | 1/20/2009 | Meals Overtime | OT Meal - dinner at Sorabol | Evan Glucoft | 21.11 |
| Meals | 1/20/2009 | Meals Overtime | OT Meal - Tacone | Vishal Patel | 7.03 |
| Meals | 1/21/2009 | Meals Overtime | OT Meal - dinner at Gelson's Market | Evan Glucoft | 24.58 |
| Meals | 1/26/2009 | Meals Overtime | OT Meal - New Hop Li | Vishal Patel | 25.00 |
| Meals | 1/27/2009 | Meals Overtime | OT Meal - Tacone | Vishal Patel | 5.41 |
| Meals | 1/30/2009 | Meals Overtime | OT Meal - Sunnin Lebanese | Vishal Patel | 17.72 |
| | | | | **Total** | **$ 1,250.37** |

### TAXI / TRANSPORTATION/PARKING

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Transportation | 1/13/2009 | Parking | LAX Parking 2 days | Ashish Ajmera | 43.00 |
| Transportation | 1/13/2009 | Parking | LAX Parking Lot P7 - trip to Chicago | Evan Glucoft | 41.00 |
| Transportation | 1/22/2009 | Parking | LAX Parking | John C. Momtazee | 80.79 |
| Transportation | 1/23/2009 | Parking | LAX Parking For Trip To NY for Tribune | Navid A. Mahmoodzadegan | 98.46 |
| Transportation | 1/29/2009 | Parking | LAX Parking | Ashish Ajmera | 32.25 |
| Transportation | 1/29/2009 | Parking | LAX Parking for Tribune Meeting with Randy Michaels and Committee in Chicago | Navid A. Mahmoodzadegan | 73.64 |
| Transportation | 1/30/2009 | Parking | LAX Parking for Tribune meeting on 1/28/09 | John C. Momtazee | 31.20 |
| Transportation | 1/8/2009 | Taxi/Car Service | Taxi LAX to Home | Ashish Ajmera | 35.00 |
| Transportation | 1/8/2009 | Taxi/Car Service | Taxi to JFK | Ashish Ajmera | 54.15 |
| Transportation | 1/8/2009 | Taxi/Car Service | Taxi Med. # 2E87   late night - 22:41-23:06 | Lawrence Kwon | 23.60 |
| Transportation | 1/12/2009 | Taxi/Car Service | Cab from O'Hare Airport, Chicago to Park Hyatt Hotel | Evan Glucoft | 50.00 |
| Transportation | 1/12/2009 | Taxi/Car Service | Med. # 9H22 Late night 22:01-22:32 | Lawrence Kwon | 26.00 |
| Transportation | 1/13/2009 | Taxi/Car Service | Cab in Chicago | Evan Glucoft | 10.00 |
| Transportation | 1/13/2009 | Taxi/Car Service | Cab from Park Hyatt to 1 South Dearhorn, Chicago | Evan Glucoft | 10.00 |
| Transportation | 1/13/2009 | Taxi/Car Service | Taxi Med. # 8L85 Cab from LaGuardia to Home (from trip in Chicago) | Zul Jamal | 26.82 |
| Transportation | 1/13/2009 | Taxi/Car Service | City Service, Cab No. 1799 Chicago, car from airport to mtg with Tribune | Zul Jamal | 42.00 |
| Transportation | 1/13/2009 | Taxi/Car Service | Taxi Affiliation, Chicago; Car from mtg. w/ Tribune to Airport | Zul Jamal | 46.00 |
| Transportation | 1/15/2009 | Taxi/Car Service | Taxi Med. # 6L33 Late night - 21:05-21:28 | Lawrence Kwon | 25.60 |
| Transportation | 1/22/2009 | Taxi/Car Service | Taxi Med. # 4C44 late night - 21:50 - 22:08 | Lawrence Kwon | 24.40 |
| Transportation | 1/22/2009 | Taxi/Car Service | Taxi Med. # 7G10 late night 1:01-1:19AM | Lawrence Kwon | 24.80 |
| Transportation | 1/26/2009 | Taxi/Car Service | Big Apple Voucher 110898 1/13/2009 car from home to EWR | Zul Jamal | 62.73 |
| Transportation | 1/28/2009 | Taxi/Car Service | Chicago taxi from ORD | Ashish Ajmera | 41.05 |
| Transportation | 1/28/2009 | Taxi/Car Service | Flash Taxi - Park Hyatt Chicago to Tribune offices | Evan Glucoft | 5.00 |
| Transportation | 1/28/2009 | Taxi/Car Service | Itoa Cab - LAX to Home | Evan Glucoft | 45.00 |
| Transportation | 1/28/2009 | Taxi/Car Service | Chicago Carriage Cab Co. - Park Haytt to O'Hare Airport | Evan Glucoft | 50.00 |
| Transportation | 1/28/2009 | Taxi/Car Service | Taxi Med. # 8M26 1/28/2009 Airport to home New York - DC - New York | Lawrence Kwon | 30.40 |
| Transportation | 1/28/2009 | Taxi/Car Service | Chicago Carriage Cab Co. Taxi from airport to client meeting | Lawrence Kwon | 40.00 |
| Transportation | 1/28/2009 | Taxi back to Ohare airport | Taxi from downtown Chicago area to Chicago O'hare airport | Thane Carlston | 45.00 |
| Transportation | 1/28/2009 | Taxi to downtown Chicago | Taxi from Chicago O'hare airport to downtown Chicago for meeting | Thane Carlston | 45.00 |
| Transportation | 1/28/2009 | Car to home from LGA | Taxi from airport with Navid. Thane and Navid went to dinner. Thane then went home and the car took Navid to the Four Seasons. | Thane Carlston | 67.70 |
| Transportation | 1/28/2009 | Car to airport | Car to airport for Tribune meeting in Chicago | Thane Carlston | 67.70 |
| Transportation | 1/29/2009 | Taxi/Car Service | Chicago Taxi to Meeting | Ashish Ajmera | 15.00 |
| Transportation | 1/29/2009 | Taxi/Car Service | Chicago Taxi To ORD | Ashish Ajmera | 42.00 |
| Transportation | 1/29/2009 | Taxi/Car Service | 1/29/09 - Taxi from Hotel to Meeting for Tribune | Navid A. Mahmoodzadegan | 40.00 |
| | | | | **Total** | **$ 1,395.29** |

### TELEPHONE

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Phone/Communications | 1/10/2009 | Internet Service | In-Room Internet Service at the St. Regis hotel in San Francisco, CA - Client: Tribune, Co. | Evan Glucoft | 14.95 |
| Phone/Communications | 1/21/2009 | Phone/Communications | In-Room Telephone / Internet Service | John C. Momtazee | 14.86 |
| Phone/Communications | 1/22/2009 | Phone/Communications | In-Room Telephone / Internet Service | John C. Momtazee | 12.95 |
| Phone/Communications | 1/27/2009 | Phone Service | Blackberry Charge for January | John C. Momtazee | 31.86 |
| Phone/Communications | 1/28/2009 | Phone Service | ATT Wireless | Zul Jamal | 21.17 |
| | | | | **Total** | **$ 95.79** |

### PRESENTATIONS

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Presentations Services | | Presentations Services | Various presentations services, including printing management presentations | Various | 625.05 |
| | | | | **Total** | **$ 625.05** |

### OTHER

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Other | 1/13/2009 | Mileage | Mileage - Office - LAX | Ashish Ajmera | 14.04 |
| Other | 1/13/2009 | Mileage | Mileage - Office - LAX | Evan Glucoft | 13.75 |
| Other | 1/29/2009 | Mileage | Mileage - Office - LAX | Ashish Ajmera | 13.20 |
| | | | | **Total** | **$ 40.99** |
| | | | | **Month Total** | **$ 10,672.19** |