# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked by Professional
### February 1, 2009 - February 28, 2009

| Name | Position | Hours Worked |
| --- | --- | ---: |
| Thane Carlston | Managing Director, Restructuring Group | 11.0 |
| Bill Derrough | Managing Director, Restructuring Group | 8.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 27.0 |
| John Momtazee | Managing Director, Media | 10.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 15.0 |
| Larry Kwon | Vice President, Restructuring Group | 34.5 |
| Ashish Ajmera | Vice President, Media | 56.5 |
| Evan Glucoft | Associate | 36.5 |
| Vishal Patel | Analyst | 51.5 |
| | **Total Moelis Team Hours** | **251.0** |

## I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 11.0 |
| Bill Derrough | Managing Director | 8.5 |
| Navid Mahmoodzadegan | Managing Director | 27.0 |
| John Momtazee | Managing Director | 10.5 |
| Zul Jamal | Sr. Vice President | 15.0 |
| Larry Kwon | Vice President | 34.5 |
| Ashish Ajmera | Vice President | 56.5 |
| Evan Glucoft | Associate | 36.5 |
| Vishal Patel | Analyst | 51.5 |
| **Total** | | **251.0** |

## II. Details

| Name | Date | Total Hours | Category | Description |
|---|---|---|---|---|
| Vishal Patel | 02/02/09 | 2.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/03/09 | 5.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/04/09 | 2.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/04/09 | 6.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/04/09 | 3.0 | 2 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Navid Mahmoodzadegan | 02/04/09 | 1.0 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/04/09 | 1.0 | 5 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Ashish Ajmera | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Larry Kwon | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Evan Glucoft | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Vishal Patel | 02/04/09 | 1.0 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Ashish Ajmera | 02/04/09 | 1.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 02/04/09 | 1.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 02/04/09 | 1.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 02/04/09 | 1.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/04/09 | 0.5 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 02/04/09 | 0.5 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 02/04/09 | 0.5 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 02/05/09 | 3.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/05/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 02/06/09 | 2.0 | 2 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 02/07/09 | 2.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 02/07/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/07/09 | 2.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/09/09 | 1.0 | 5 | Internal Discussions / Calls |
| John Momtazee | 02/09/09 | 1.0 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/09/09 | 1.0 | 5 | Internal Discussions / Calls |
| Vishal Patel | 02/09/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 02/09/09 | 2.0 | 2 | Review of documents and due diligence |
| John Momtazee | 02/10/09 | 4.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/10/09 | 4.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 02/10/09 | 4.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/10/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 02/10/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 02/10/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| John Momtazee | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| Thane Carlston | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| Larry Kwon | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/10/09 | 2.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/10/09 | 2.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/10/09 | 1.0 | 2 | Review of documents and due diligence |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 11.0 |
| Bill Derrough | Managing Director | 8.5 |
| Navid Mahmoodzadegan | Managing Director | 27.0 |
| John Momtazee | Managing Director | 10.5 |
| Zul Jamal | Sr. Vice President | 15.0 |
| Larry Kwon | Vice President | 34.5 |
| Ashish Ajmera | Vice President | 56.5 |
| Evan Glucoft | Associate | 36.5 |
| Vishal Patel | Analyst | 51.5 |
| **Total** | | **251.0** |

## II. Details

| Name | Date | Total Hours | Category | Description |
|---|---|---|---|---|
| Evan Glucoft | 02/10/09 | 1.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/10/09 | 2.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/10/09 | 2.0 | 1 | Financial analysis and presentation development |
| Evan Glucoft | 02/10/09 | 3.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/10/09 | 3.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/11/09 | 2.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/11/09 | 1.0 | 1 | Financial analysis and presentation development |
| Zul Jamal | 02/11/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 02/11/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/11/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals & Internally |
| Zul Jamal | 02/11/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals & Internally |
| Larry Kwon | 02/11/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals & Internally |
| Ashish Ajmera | 02/11/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals & Internally |
| Evan Glucoft | 02/11/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals & Internally |
| Navid Mahmoodzadegan | 02/11/09 | 1.5 | 5 | Internal Discussions / Calls |
| John Momtazee | 02/11/09 | 1.5 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/11/09 | 1.5 | 5 | Internal Discussions / Calls |
| Larry Kwon | 02/11/09 | 3.0 | 5 | Internal Discussions / Calls |
| Evan Glucoft | 02/11/09 | 1.5 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/12/09 | 0.5 | 2 | Review of documents and due diligence |
| Larry Kwon | 02/12/09 | 2.0 | 2 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Thane Carlston | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Zul Jamal | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Ashish Ajmera | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Evan Glucoft | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Vishal Patel | 02/12/09 | 3.0 | 6 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 02/12/09 | 2.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 02/12/09 | 2.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 02/12/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 02/12/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 02/12/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 02/12/09 | 3.0 | 1 | Financial analysis and presentation development |
| Ashish Ajmera | 02/12/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 02/12/09 | 3.0 | 1 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 02/12/09 | 0.5 | 1 | Financial analysis and presentation development |
| Ashish Ajmera | 02/13/09 | 1.0 | 1 | Financial analysis and presentation development |
| Evan Glucoft | 02/13/09 | 1.0 | 1 | Financial analysis and presentation development |
| Vishal Patel | 02/13/09 | 1.0 | 1 | Financial analysis and presentation development |
| Thane Carlston | 02/13/09 | 1.0 | 2 | Review of documents and due diligence |
| Larry Kwon | 02/13/09 | 2.0 | 2 | Review of documents and due diligence |
| Larry Kwon | 02/15/09 | 2.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/15/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| John Momtazee | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |

### I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 11.0 |
| Bill Derrough | Managing Director | 8.5 |
| Navid Mahmoodzadegan | Managing Director | 27.0 |
| John Momtazee | Managing Director | 10.5 |
| Zul Jamal | Sr. Vice President | 15.0 |
| Larry Kwon | Vice President | 34.5 |
| Ashish Ajmera | Vice President | 56.5 |
| Evan Glucoft | Associate | 36.5 |
| Vishal Patel | Analyst | 51.5 |
| **Total** | | **251.0** |

### II. Details

| Name | Date | Total Hours | Category | Description |
|---|---|---:|---:|---|
| Thane Carlston | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Larry Kwon | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Evan Glucoft | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Vishal Patel | 02/16/09 | 1.0 | 5 | Internal Discussions / Calls |
| Larry Kwon | 02/17/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 02/17/09 | 4.0 | 1 | Financial analysis and presentation development |
| Evan Glucoft | 02/17/09 | 4.0 | 1 | Financial analysis and presentation development |
| Larry Kwon | 02/18/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 02/18/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 02/18/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 02/19/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Bill Derrough | 02/19/09 | 0.5 | 7 | Court Hearing Preparation |
| Bill Derrough | 02/20/09 | 8.0 | 7 | Court Hearing |
| Larry Kwon | 02/20/09 | 2.0 | 7 | Court Hearing |
| Ashish Ajmera | 02/19/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/20/09 | 2.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/20/09 | 3.0 | 2 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 02/23/09 | 1.0 | 5 | Internal Discussions / Calls |
| Zul Jamal | 02/23/09 | 1.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/23/09 | 1.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/24/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 02/24/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 02/24/09 | 1.0 | 4 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| Thane Carlston | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| John Momtazee | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| Larry Kwon | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| Evan Glucoft | 02/25/09 | 1.0 | 5 | Internal Discussions / Calls |
| Ashish Ajmera | 02/25/09 | 4.5 | 1 | Financial analysis and presentation development |
| Larry Kwon | 02/25/09 | 3.0 | 1 | Financial analysis and presentation development |
| Evan Glucoft | 02/25/09 | 4.5 | 1 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Thane Carlston | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Zul Jamal | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Ashish Ajmera | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Larry Kwon | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Evan Glucoft | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Vishal Patel | 02/26/09 | 2.0 | 6 | UCC Committee Meeting |
| Zul Jamal | 02/20/09 | 0.5 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Ashish Ajmera | 02/20/09 | 0.5 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Evan Glucoft | 02/20/09 | 0.5 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |
| Vishal Patel | 02/20/09 | 0.5 | 4 | Meetings/Calls w Steering Committee & UCC Professionals |

### I. Summary

| Name | Title | Hours |
|---|---|---:|
| Thane Carlston | Managing Director | 11.0 |
| Bill Derrough | Managing Director | 8.5 |
| Navid Mahmoodzadegan | Managing Director | 27.0 |
| John Momtazee | Managing Director | 10.5 |
| Zul Jamal | Sr. Vice President | 15.0 |
| Larry Kwon | Vice President | 34.5 |
| Ashish Ajmera | Vice President | 56.5 |
| Evan Glucoft | Associate | 36.5 |
| Vishal Patel | Analyst | 51.5 |
| **Total** | | **251.0** |

### II. Details

| Name | Date | Total Hours | Category | Description |
|---|---|---:|---|---|
| Larry Kwon | 02/24/09 | 0.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/24/09 | 0.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 02/24/09 | 0.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 02/24/09 | 0.5 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/25/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 02/25/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/25/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 02/25/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 02/25/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 02/26/09 | 1.0 | 3 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 02/27/09 | 2.0 | 2 | Review of documents and due diligence |
| Ashish Ajmera | 02/27/09 | 3.0 | 2 | Review of documents and due diligence |
| Evan Glucoft | 02/27/09 | 3.0 | 2 | Review of documents and due diligence |
| Vishal Patel | 02/27/09 | 3.0 | 2 | Review of documents and due diligence |
| | **Total** | **251.0** | | |