# EXHIBIT B

# Tribune Co.

Moelis & Company - February 2009 Expense Summary

|  | February 2009 |
|---|---:|
| Airfare | $ 5,155.92 |
| Lodging | 1,416.05 |
| Travel / Overtime / Weekend meals | 483.23 |
| Taxi / Transportation / Parking | 1,004.36 |
| Telephone | 220.26 |
| Presentations | 798.30 |
| Other | 71.40 |
| **Total** | **$ 9,149.52** |

**Tribune Co.**
Moelis & Company - February 2009 Expense Summary

## AIRFARE

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Airfare | 2/9/2009 | Airfare | New Reservation Fee | Ashish Ajmera | 47.78 |
| Airfare | 2/9/2009 | Airfare | United #122 LAX ORD; United #121 ORD LAX (Economy Class) | Ashish Ajmera | 713.20 |
| Airfare | 2/9/2009 | Airfare | Airline Segment Fee | Evan Glucoft | 2.78 |
| Airfare | 2/9/2009 | Airfare | Airline Segment Fee | Evan Glucoft | 45.00 |
| Airfare | 2/9/2009 | Airfare | Airline Shuttle Service Fee | Evan Glucoft | 50.00 |
| Airfare | 2/9/2009 | Airfare | United Airlines - LA to Chicago; Chicago to Boston; NY to LA - Economy Class (Allocation of total flight) | Evan Glucoft | 1,728.80 |
| Airfare | 2/9/2009 | Airfare | Agent Fees for Airfare for Tribune Meetings in Chicago (Cubs) | John C. Momtazee | 92.78 |
| Airfare | 2/9/2009 | Airfare | Airfare for Tribune Meetings in Chicago (Cubs) | John C. Momtazee | 1,208.60 |
| Airfare | 2/11/2009 | Airfare | New reservation fee | Ashish Ajmera | 47.78 |
| Airfare | 2/11/2009 | Airfare | AA #22 LAX JFK / AA #21 JFK LAX / Economy Class | Ashish Ajmera | 1,219.20 |
| | | | | **Total** | **$ 5,155.92** |

## LODGING

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Lodging | 2/9/2009 | Lodging | The Westin Chicago - Room Rate: $169.00 | Evan Glucoft | 195.03 |
| Lodging | 2/9/2009 | Lodging | Lodging for Meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 375.02 |
| Lodging | 2/10/2009 | Lodging | Westin Chicago 1 night $169+tax | Ashish Ajmera | 195.03 |
| Lodging | 2/11/2009 | Lodging | W hotel in NY - 1 night stay - room rate : $299.00 | Evan Glucoft | 342.49 |
| Lodging | 2/12/2009 | Lodging | W New York 1 night; $269+tax | Ashish Ajmera | 308.48 |
| | | | | **Total** | **$ 1,416.05** |

## TRAVEL / OVERTIME / WEEKEND MEALS

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Meals | 2/9/2009 | Meals Travel | Traveling Meal LAX Baja Fresh | Ashish Ajmera | 17.07 |
| Meals | 2/9/2009 | Meals Travel | Meals Traveling - Dinner At Wolfgang Puck Express | Evan Glucoft | 22.62 |
| Meals | 2/9/2009 | Meals Travel | Meals Traveling for Meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 13.15 |
| Meals | 2/9/2009 | Meals Travel | Meals Traveling for Meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 56.85 |
| Meals | 2/10/2009 | Meals Travel | Traveling Meal ORD - Zoot Cafe | Ashish Ajmera | 13.46 |
| Meals | 2/10/2009 | Meals Travel | Traveling Meal Ritz Carlton Chicago The Greenhouse | Ashish Ajmera | 32.20 |
| Meals | 2/10/2009 | Meals Travel | Meals Traveling - Drink At Rocky Mountain Chocolate | Evan Glucoft | 4.12 |
| Meals | 2/10/2009 | Meals Travel | Meals Traveling - Refreshment Center At The Westin In Chicago | Evan Glucoft | 12.65 |
| Meals | 2/10/2009 | Meals Travel | Meals Traveling - Lunch At Chili's - Chicago | Evan Glucoft | 13.02 |
| Meals | 2/10/2009 | Meals Travel | Meals Traveling - Room Service At The Westin In Chicago | Evan Glucoft | 29.35 |
| Meals | 2/10/2009 | Meals Travel | Meals traveling for meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 15.00 |
| Meals | 2/10/2009 | Meals Travel | Meals traveling for meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 42.20 |
| Meals | 2/11/2009 | Meals Travel | Traveling Meal American Air | Ashish Ajmera | 4.00 |
| Meals | 2/11/2009 | Meals Travel | Traveling Meal American Air | Ashish Ajmera | 12.00 |
| Meals | 2/11/2009 | Meals Travel | Traveling Meal LAX Starbucks | Ashish Ajmera | 17.05 |
| Meals | 2/11/2009 | Meals Travel | Meals Traveling - Dinner At The Oyster Bar | Evan Glucoft | 8.15 |
| Meals | 2/11/2009 | Meals Travel | Meals Traveling - Dinner At Eata Pita | Evan Glucoft | 10.50 |
| Meals | 2/12/2009 | Meals Travel | Traveling meal American Air | Ashish Ajmera | 4.00 |
| Meals | 2/12/2009 | Meals Travel | Traveling Meal American Air | Ashish Ajmera | 6.00 |
| Meals | 2/12/2009 | Meals Travel | Minibar At The W Hotel | Evan Glucoft | 6.23 |
| Meals | 2/12/2009 | Meals Travel | Meals Traveling - Lunch At Cipriani Le Specialita | Evan Glucoft | 25.05 |
| Meals | 2/12/2009 | Meals Travel | Meals Traveling - Dinner At European Bakery | Evan Glucoft | 25.68 |
| Meals | 2/20/2009 | Meals Travel | Zaro's Bread Basket; Penn Station; Traveling to Delaware | Lawrence Kwon | 4.70 |
| Meals | 2/20/2009 | Meals Travel | Primo Cappuccino; Amtrak Station, Delaware; Lunch | Lawrence Kwon | 7.44 |
| Meals | 2/1/2009 | Meals Overtime | Weekend Lunch California Crisp | Ashish Ajmera | 12.85 |
| Meals | 2/2/2009 | Meals Overtime | OT Meal - Tacone | Vishal Patel | 10.38 |
| Meals | 2/20/2009 | Meals Overtime | OT Meal - Gelson's | Evan Glucoft | 25.00 |
| Meals | 2/26/2009 | Meals-Entertain | Four Seasons Restaurant / Meeting with Viv Melwani/Centerbridge-Tribune | Zul Jamal | 32.51 |
| | | | | **Total** | **$ 483.23** |

## TAXI / TRANSPORTATION / PARKING

| Category | Date | Type | Description | Person | Amount |
|---|---|---|---|---|---|
| Transportation | 2/9/2009 | Parking | LAX Parking for mtgs with Tribune in Chicago | John C. Momtazee | 95.59 |
| Transportation | 2/10/2009 | Parking | LAX Parking | Ashish Ajmera | 33.00 |
| Transportation | 2/12/2009 | Parking | LAX Parking | Ashish Ajmera | 60.00 |
| Transportation | 2/19/2009 | Train | Invoice # 25269 / Protravel Service Fee / 2/20/09 Amtrak / New York - DE - New York | Lawrence Kwon | 45.00 |
| Transportation | 2/19/2009 | Train | Invoice # 25269 / 2/20/09 Amtrak / New York - Wilmington - New York | Lawrence Kwon | 167.00 |
| Transportation | 2/9/2009 | Taxi/Car Service | Beverly Hills Cab - Home To Lax | Evan Glucoft | 48.00 |
| Transportation | 2/9/2009 | Taxi/Car Service | Big Apple Voucher # 12393 Car from Home to LaGuardia (Flight to Chicago 1/28/2009) | Lawrence Kwon | 57.63 |
| Transportation | 2/10/2009 | Taxi/Car Service | Chicago Carriage Cab - Westin Hotel To Wrigley Field | Evan Glucoft | 12.00 |
| Transportation | 2/10/2009 | Taxi/Car Service | Taxi Affiliation Services - Wrigley Field To O'hare | Evan Glucoft | 45.00 |
| Transportation | 2/10/2009 | Taxi/Car Service | Taxi Affiliation Services - O'hare To Westin Chicago | Evan Glucoft | 46.00 |
| Transportation | 2/11/2009 | Taxi/Car Service | Ny Taxi From JFK | Ashish Ajmera | 55.15 |
| Transportation | 2/11/2009 | Taxi/Car Service | Medallion Cab Company | Evan Glucoft | 37.60 |
| Transportation | 2/12/2009 | Taxi/Car Service | NY Taxi to JFK | Ashish Ajmera | 60.00 |
| Transportation | 2/12/2009 | Taxi/Car Service | I Heart New York Cab | Evan Glucoft | 54.00 |
| Transportation | 2/12/2009 | Taxi/Car Service | Taxi Med. # 9m28 / 12/12/09 Late Night Taxi From Office To Home / 21:04 - 21:32 | Lawrence Kwon | 26.80 |
| Transportation | 2/16/2009 | Taxi/Car Service | Taxi Med. # 3p22 / 2/16 President's Day / 18:25 - 18:52 / Car From Office To Bklyn Home | Lawrence Kwon | 26.70 |
| Transportation | 2/18/2009 | Taxi/Car Service | Taxi Med. # 5h50 / 2/17 Late Night From Office To Home / 21:38 - 22:02 | Lawrence Kwon | 25.10 |
| Transportation | 2/19/2009 | Taxi/Car Service | Taxi Med. # 2l76 / Late Night Car From Office To Home / 21:08 - 21:23 | Lawrence Kwon | 11.80 |
| Transportation | 2/20/2009 | Taxi/Car Service | Eagle Taxi Cab / 2/20/09 car from DE Train Station to Court House | Lawrence Kwon | 10.00 |
| Transportation | 2/20/2009 | Taxi/Car Service | Big Apple Voucher # 66169 / 2/20/09 - NY-DE-NY / Car from home to Penn Station / 6:30AM | Lawrence Kwon | 62.99 |
| Transportation | 2/21/2009 | Taxi/Car Service | Arecibo Car Service / Saturday 2/21/09 / Car from home to office | Lawrence Kwon | 25.00 |
| | | | | **Total** | **$ 1,004.36** |

**Tribune Co.**
Moelis & Company - February 2009 Expense Summary

## TELEPHONE

| | | | | |
|---|---|---|---|---|
| Phone/Communications | 2/6/2009 Phone/Communications | Jan/Feb - Cell Phone | Navid A. Mahmoodzadegan | 33.23 |
| Phone/Communications | 2/10/2009 Phone/Communications | Westin Chicago - 25 page fax received - ($11.40 fax revenue; 1.60 phone tax) | Ashish Ajmera | 13.00 |
| Phone/Communications | 2/10/2009 Phone/Communications | Telephone City and State Tax at The Westin in Chicago | Evan Glucoft | 1.59 |
| Phone/Communications | 2/10/2009 Phone/Communications | Internet Service In Room At The Westin | Evan Glucoft | 11.36 |
| Phone/Communications | 2/11/2009 Phone/Communications | W Hotel Internet Connection $16.95 + tax | Ashish Ajmera | 17.87 |
| Phone/Communications | 2/11/2009 Phone/Communications | Telephone State Tax | Evan Glucoft | 0.92 |
| Phone/Communications | 2/11/2009 Phone/Communications | Internet Service In Room At The W Hotel In NY | Evan Glucoft | 16.95 |
| Phone/Communications | 2/12/2009 Phone/Communications | Airplane Internet Connection; American Air | Ashish Ajmera | 9.71 |
| Phone/Communications | 2/13/2009 Phone/Communications | AT&T Blackberry | Zul Jamal | 43.59 |
| Phone/Communications | 2/25/2009 Phone/Communications | Phone service for Tribune meeting in NY | John C. Momtazee | 13.55 |
| Phone/Communications | 2/27/2009 Phone/Communications | AT&T Blackberry | John C. Momtazee | 28.26 |
| Phone/Communications | 2/28/2009 Phone/Communications | AT&T Blackberry | Zul Jamal | 30.23 |
| | | | **Total** | **$ 220.26** |

## PRESENTATIONS

| | | | | |
|---|---|---|---|---|
| Presentations Services | | Various presentations services, including printing management and presentations | | 798.30 |
| | | | **Total** | **$ 798.30** |

## OTHER

| | | | | |
|---|---|---|---|---|
| Other | 2/10/2009 Mileage | Mileage | Ashish Ajmera | 13.20 |
| Other | 2/12/2009 Misc Expenses | Laundry Services at the W Hotel | Evan Glucoft | 45.00 |
| Other | 2/12/2009 Mileage | Mileage | Ashish Ajmera | 13.20 |
| | | | **Total** | **$ 71.40** |
| | | | **Month Total** | **$ 9,149.52** |