UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY., et al., | ) | Case No. 08-13431 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Zachary J. Bancroft, Esquire, of Lowndes, Drosdick, Doster, Kantor and Reed, P.A. hereby appears as counsel of record on behalf of Orlando Magic, Ltd. (the "Orlando Magic"), a creditor of the Debtor Orlando Sentinel Communications Company in the above-styled jointly administered case. Such counsel hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, <u>inter alia</u>, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned at the following address, email address, facsimile address and telephone number:

        Zachary J. Bancroft, Esq.
        Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
        450 S. Orange Avenue, Suite 800 (32801)
        Post Office Box 2809
        Orlando, Florida 32802
        Telephone: (407)418-6214
        Facsimile:  (407)843-4444
        Email: zachary.bancroft@lowndes-law.com

PLEASE TAKE FURTHER notice that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

This Notice of Appearance of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of the Orlando Magic's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceedings related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

/s/ Zachary J. Bancroft
Zachary J. Bancroft, Esquire
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
& Reed, Professional Association
450 S. Orange Avenue, Suite 800 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 418-6214
Facsimile: (407) 843-4444
Attorneys for Orlando Magic, Ltd.

Case 08-13141-BLS    Doc 1041    Filed 04/16/09    Page 3 of 4

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PAPERS has been filed via the CM/ECF systems and served by U.S. Mail, this 16th day of April, 2009 to the persons on the attached Service List.

                                                    */s/ Zachary J. Bancroft*
                                                  Zachary J. Bancroft, Esquire

0099998\010901\1224397\1

3

## SERVICE LIST

**Tribune Company, et al**
435 N. Michigan Avenue
Chicago, IL  60611

**Bryan Krakauer, Esquire**
**James F. Conlan, Esquire**
Sidley, Austin, Brown & Wood, LLP
One S. Dearborn Street
Chicago, IL  60603

**J. Kate Stickles, Esquire**
**Norman L. Bernick, Esquire**
Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE  19801

**J. Kate Stickles, Esquire**
Saul Ewing, LLP
222 Delaware Avenue
Wilmington, DE  19899

**Michael A. Henry, Esquire**
Gross, McGinley, Labarre & Eaton, LLP
PO Box 4060
Allentown, PA  18105

**Patrick Theodore Garvey, Esquire**
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL  60603

**United States Trustee**
844 King Street
Lockbox #35
Wilmington, DE 19899