IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered <br> **Related to Docket Nos. 894 - 957** |

### AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on April 16, 2009, a CD of the pleadings listed on the attached, which were electronically filed with the Court on April 13, 2009, was served by hand delivery on the following party:

    Joseph J. McMahon, Jr., Esquire
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207, Lockbox 35
    Wilmington, DE 19801

                      COLE, SCHOTZ, MEISEL,
                      FORMAN & LEONARD, P.A.

By: _____
                      Pauline Z. Ratkowiak
                      Paralegal
                      1000 N. West Street, Suite 1200
                      Wilmington, DE 19801
                      (302) 652-3131

Subscribed and sworn to before me
this 16th day of April, 2009

_____
Notary Public

PATRICK J. REILLEY, Esquire
Attorney at Law - State of Delaware
Notarial Officer Pursuant to
29 Del. C. §4323(a)(3) Notarial Act

46429/0001-5438961v3

## LIST OF AMENDED SCHEDULES

| | |
|---|---|
| 894 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (5800 Sunset Production, Inc. Case No. 08-13143) |
| 895 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Baltimore Newspaper Networks, Inc. Case No. 08-13144) |
| 896 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (California Community News Corporation Case No. 08-13145) |
| 897 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Candle Holdings Corporation Case No. 08-13146) |
| 898 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Channel 39, Inc. Case No. 08-13148) |
| 899 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Channel 40, Inc. Case No. 08-13149 |
| 900 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Chicago Tribune Company Case No. 08-13152) |
| 901 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Chicago Tribune Newspapers, Inc. Case No. 08-13153) |
| 902 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Chicago Tribune Press Service, Inc. Case No. 08-13154) |
| 903 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Chicagoland Publishing Company Case No. 08-13156) |
| 904 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Chicagoland Television News, Inc. Case No. 08-13157) |
| 905 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Direct Mail Associates, Inc. Case No. 08-13160) |
| 906 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Eagle New Media Investments, LLC Case No. 08-13162) |
| 907 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H, Stmt of Financial Affairs,. (Eagle Publishing Investments, LLC Case No. 08-13163) |
| 908 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Forsalebyowner.com Corp. Case No. 08-13165) |
| 909 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Fortify Holdings Corporation Case No. 08-13167) |
| 910 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Forum Publishing Group, Inc. Case No. 08-13168) |

| | |
|---|---|
| 911 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Gold Coast Publications, Inc. Case No. 08-13169) |
| 912 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Homestead Publishing Company Case No. 08-13173) |
| 913 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Hoy, LLC Case No. 08-13174) |
| 914 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Hoy Publications, LLC Case No. 08-13175) |
| 915 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,.(KIAH Inc. Case No. 08-13180) |
| 916 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (KPLR, Inc. Case No. 08-13181) |
| 917 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (KSWB Inc. Case No. 08-13182) |
| 918 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (KTLA Inc. Case No. 08-13183) |
| 919 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (KWGN, Inc. Case No. 08-13184) |
| 920 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Los Angeles Times Communications LLC Case No. 08-13185) |
| 921 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (NBBF, LLC Case No. 08-13189) |
| 922 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (New Mass. Media, Inc. Case No. 08-13191) |
| 923 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Orlando Sentinel Communications Company Case No. 08-13198) |
| 924 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Patuxent Publishing Company Case No. 08-13200) |
| 925 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Southern Connecticut Newspapers, Inc. Case No. 08-13205) |
| 926 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Star Community Publishing Group, LLC CASE NO. 08-13206) |
| 927 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Sun-Sentinel Company CASE NO. 08-13208) |
| 928 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (The Baltimore Sun Company CASE NO. 08-13209) |

46429/0001-5438961v3

| | |
|---|---|
| 929 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (The Daily Press, Inc. CASE NO. 08-13210) |
| 930 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (The Hartford Courant Company CASE NO. 08-13211 |
| 931 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (The Morning Call, Inc. CASE NO. 08-13212) |
| 932 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Times Mirror Land and Timber Company CASE NO. 08-13214) |
| 933 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (TMLS I, Inc. CASE NO. 08-13218) |
| 934 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tower Distribution Company CASE NO. 08-13220) |
| 935 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Broadcast Holdings, Inc. CASE NO. 08-13222) |
| 936 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Broadcasting Company CASE NO. 08-13223) |
| 937 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Broadcasting News Network, Inc. CASE NO. 08-13225) |
| 938 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Company CASE NO. 08-13141) |
| 939 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Direct Marketing, Inc. CASE NO. 08-13227) |
| 940 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Entertainment Company CASE NO. 08-13228) |
| 941 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Finance Service Center, Inc. CASE NO. 08-13230) |
| 942 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Media Net, Inc. CASE NO. 08-13235) |
| 943 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Media Services, Inc. CASE NO. 08-13236) |
| 944 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune New York Newspaper Holdings, LLC CASE NO. 08-13238) |
| 945 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Publishing Company CASE NO. 08-13240) |
| 946 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Television Company CASE NO. 08-13241) |

46429/0001-5438961v3

| | |
|---|---|
| 947 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,.(Tribune Television Holdings, Inc. CASE NO. 08-13242) |
| 948 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Television New Orleans, Inc. CASE NO. 08-13244) |
| 949 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Tribune Television Northwest, Inc. CASE NO. 08-13245) |
| 950 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (ValuMail, Inc. CASE NO. 08-13246) |
| 951 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (Virginia Gazette Companies, LLC CASE NO. 08-13248) |
| 952 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WATL, LLC CASE NO. 08-13249) |
| 953 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WCWN LLC CASE NO. 08-13250) |
| 954 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WDCW Broadcasting, Inc. CASE NO. 08-13251) |
| 955 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WGN Continental Broadcasting Company CASE NO. 08-13252) |
| 956 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WLVI Inc. CASE NO. 08-13253) |
| 957 | Amended Schedules/Statements filed: Sch A, Sch B, Sch C, Sch D, Sch E, Sch F, Sch G, Sch H,. (WPIX, Inc. CASE NO. 08-13254) |

46429/0001-5438961v3