UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                  Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**Objection Deadline: May 5, 2009 @ 4:00 pm**<br>**Hearing Date: May 12, 2009 @ 10:00 am** |

### NOTICE OF MOTION OF NAVISTAR LEASING COMPANY FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF THE UNEXPIRED LEASE AND FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM

TO: (I) COUNSEL FOR THE DEBTORS; (II) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (III) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

PLEASE TAKE NOTICE that Navistar Leasing Company ("Navistar") has filed the **Motion for Relief from the Automatic Stay, or in the Alternative, to Compel Immediate Assumption or Rejection of the Unexpired Lease and for Allowance and Immediate Payment of Administrative Claim**, (the "Motion").

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel, on or before **May 5, 2009 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801  At the same time, you must also serve a copy of the response upon counsel for Navistar listed below so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that if an objection is timely filed, a hearing on the Application will be held on **May 12, 2009, at 10:00 a.m.** before the Honorable Kevin J. Carey, United State Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that if no objection is filed timely and in accordance with the procedures set forth above, the Bankruptcy Court may enter an order without further notice or hearing.

| | |
|---|---|
| Dated: April 16, 2009 | By: /s/ John V. Fiorella<br>John V. Fiorella (#4330)<br>ARCHER & GREINER<br>A Professional Corporation<br>300 Delaware Ave., Suite 1370<br>Wilmington, DE 19801<br>(302) 777-4350<br>(302) 777-4352 (fax)<br>jfiorella@archerlaw.com<br>*Attorneys for Navistar Leasing Co.* |

3964887v1