IN THE UNITED STATES BANKRUTPCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al., <br><br>　　　　　　　　　　Debtors. | Case No. 08-13141 (KJC) <br> (Jointly Administered) <br><br> Chapter 11 <br><br> Objection Deadline: May 5, 2009 @ 4:00 pm <br> Hearing Date: May 12, 2009 @ 10:00 am |

**CERTIFICATION OF PAUL BRADSHAW IN SUPPORT OF NAVISTAR LEASING COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF THE UNEXPIRED LEASE AND FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM**

Paul Bradshaw, of full age, certifies as follows:

1.　　I am a Retail Collections Supervisor of Navistar Leasing Company ("Navistar"), and I am authorized by Navistar to make this certification on Navistar's behalf in support of Navistar's motion for stay relief (the "Motion").

2.　　On or about December 8, 2008 (the "Petition Date"), Tribune Company, and numerous affiliated entities (the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), Case No. 08-13141 (the "Bankruptcy Case"). The cases if these entities are being jointly administered under Case No. 08-13141.

3.　　Navistar is a secured creditor of the Debtors having leased to the Debtors certain vehicles, namely four (4) 2005 International Tractor Model 9200; one (1) 2005 International Tractor Model 8600; and one (1) 2007 International Tractor Model 9200 ( hereinafter "the Collateral"), and by this Motion seeks relief from the automatic stay with respect to the Collateral.

4. On or about April 1, 2004, Sun Sentinel Company, ("Debtor") executed in favor of Navistar a Master Lease Agreement (the "Lease") which permitted Debtor to lease various vehicles through subsequent lease schedules. The Debtor then executed four (4) Lease Schedules to the Lease covering a total of seven vehicles (the Master Lease and the Lease Schedules collectively referred to as the "Lease").

5. Lease Schedule One was entered into on April 1, 2004 covering one 2005 International Tractor Model 9200, VIN# 3 HSCEAHR35N036729, for a term of 72 months and a monthly lease payment of $961.08 commencing on April 1, 2004.

6. The Debtor has failed to make the following post-petition payments to Navistar under the Lease:

| **Payment Date:** | **Payment Amount:** |
|---|---|
| January 22, 2009 | $961.08 |
| February 22, 2009 | $961.08 |
| March 22, 2009 | $961.08 |
| April 22, 2009 | $961.08 |

7. The total amount of post-petition payments owed to Navistar under the Lease is $3,844.32

8. The Debtors are presently in possession of the Collateral.

9. Lease Schedule Two was entered into on October 22, 2004 covering four (4) 2005 International Tractor Model 9200 units, bearing VIN Numbers: 2HSCEAHR05C08178, 2HSCEAHR95C038177, 2HSCEAHR75C038178, and 2HSCEAHR55C038175, for a term of 72 months and monthly lease payments of $981.08, per vehicle, commencing on October 22, 2004.

10. The Debtor has failed to make the following pre-petition payments to Navistar under the Lease:

| **Payment Date:** | **Payment Amount:** |
|---|---|
| December 22, 2008 | $1039.95 |

December 22, 2008     $1039.95
December 22, 2008     $721.91

11.     The total amount of pre-petition payments owed to Navistar under the Lease is $2,801.81

12.     The Debtor has failed to make the following post-petition payments to Navistar under the Lease:

| Payment Date: | Payment Amount: |
|---|---|
| January 22, 2009 | $3,924.32 |
| February 22, 2009 | $3,924.32 |
| March 22, 2009 | $3,924.32 |
| April 22, 2009 | $3,924.32 |

13.     The total amount of post-petition payments owed to Navistar under the Lease is $15,697.28.

14.     Lease Schedule Three was entered into on March 25, 2005 covering one 2005 International Tractor Model 8600, VIN# 1HSHXAHR35J184463, for a term of 72 months and monthly lease payments of $1,026.59 commencing on March 25, 2005.

15.     The Debtor has failed to make the following pre-petition payments to Navistar under the Lease:

| Payment Date: | Payment Amount: |
|---|---|
| December 25, 2008 | $19.27 |

16.     The total amount of pre-petition payments owed to Navistar under the Lease is $19.27

17.     The Debtor has failed to make the following post-petition payments to Navistar under the Lease:

| Payment Date: | Payment Amount: |
|---|---|
| January 24, 2009 | $1,026.59 |
| February 25, 2009 | $1,026.59 |

      March 25, 2009             $1,026.59
      April 25, 2009              $1,026.59

18. The total amount of post-petition payments owed to Navistar under the Lease is $4,124.36

19. Lease Schedule Four was entered into on February 24, 2006 covering one 2007 International Tractor Model 9200, VIN# 2HSCEAHR57C372869, for a term of 72 months and a monthly lease payment of $1,230.04.

20. Debtors have failed to make the following pre-petition payments to Navistar under the Lease:

| Payment Date: | Payment Amount: |
|---|---|
| September 24, 2008 | $263.90 |
| October 24, 2008 | $1303.85 |
| November 24, 2008 | $1303.85 |
| December 24, 2008 | $1303.85 |

21. The total amount of pre-petition payments owed to Navistar under the Lease is $4,967.15

22. Debtors have failed to make the following post-petition payments to Navistar under the Lease:

| Payment Date: | Payment Amount: |
|---|---|
| January 24, 2009 | $1,230.04 |
| February 24, 2009 | $1,230.04 |
| March 24, 2009 | $1,230.04 |
| April 24, 2009 | $1,230.04 |

23. The total amount of post-petition payments owed to Navistar under the Lease is $4,920.16.

24. Unpaid payments due under the Lease since the Petition Date total $28,568.12.

25. The Debtors have failed to notify Navistar as to whether they intend to assume or reject the Lease or any of the Lease Schedules.

26.  Navistar intends to, and hereby reserves its right to file a deficiency claim for any unsecured portion of its claims.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: April 16, 2009

PAUL BRADSHAW

3966502v1