# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>            Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**Docket Reference No.** _____ |

## ORDER GRANTING NAVISTAR LEASING COMPANY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF THE UNEXPIRED LEASE AND FOR ALLOWANCE AND IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM

Upon the Motion (the "Motion") of Navistar Leasing Company ("Navistar"), for entry of an order granting Navistar relief from the automatic stay, or in the alternative, to compel immediate assumption or rejection of the unexpired lease and for allowance and immediate payment of administrative claim; and this Court having jurisdiction to consider the Motion and it appearing that notice has been given to those parties identified in the Motion and that under the circumstances such notice is adequate; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Motion is GRANTED.

2. The Debtor shall make adequate protection payments to Navistar, to begin immediately, at the rate specified under the Agreement in the amount of $7,142.03 per month.

3. In the event that the Debtor fails to make the adequate protection payments provided for herein, Navistar, upon notice to the Court and Debtor's counsel, shall be and hereby is granted relief from the automatic stay afforded by 11 U.S.C. § 362 without further Order of this Court or application, with respect to the Agreement, with specific reference to the four (4)

2

2005 International Tractor Model 9200; one (1) 2005 International Tractor Model 8600; and one (1) 2007 International Tractor Model 9200 financed thereby.

    4.    Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

Dated: May ____, 2009  
       Wilmington, Delaware

_____  
Honorable Kevin J. Carey  
United States Bankruptcy Judge

3981538v1