**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, John V. Fiorella, hereby certify that on April 16, 2009, I caused copies of the Motion for Relief from the Automatic Stay, or in the Alternative, to Compel Immediate Assumption or Rejection of the Unexpired Lease and for Allowance and Immediate Payment of Administrative Claim following to be served upon all parties on the attached service list by United States First Class Mail.

Dated: April 16, 2009
Wilmington, Delaware

By: /s/ John V. Fiorella .

John V. Fiorella (No. 4330)
ARCHER & GREINER
A Professional Corporation
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 777-4350
Facsimile: (302) 777-4352
Email: jfiorella@archerlaw.com
Attorneys for Navistar Leasing Company

**TRIBUNE COMPANY, et al., DEBTORS**
**BANKRUPTCY CASE NO. 08-13141 (KJC)**
**SERVICE LIST**

Frank A. Anderson, Esquire
Pension Benefit Guaranty Corporation
1200 K Street N.W., Suite 340
Washington, DC 20005
202-326-4020
202-326-4112 (fax)
anderson.frank@pbgc.gov

Thomas V. Askounis, Esquire
Askounis & Darcy. PC
401 North Michigan Ave., Suite 550
Chicago, IL 60611
312/784-2400
312/784-2410 (fax)
taskounis@askounisdarcy.com

John M. August, Esquire
Herrick, Feinstein LLP
One Gateway Center, 22nd Floor
Newark, NJ 07102
973-274-2000
973-274-2500 (fax)
jaugust@herrick.com

Zachary J. Bancroft, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed
450 South Orange Ave., Suite 250
Orlando, FL 32801
407-843-4600
407-843-4444 (fax)
zachary.bancroft@lowndes-law.com

Ian Connor Bifferato, Esquire
Bifferato Gentilotti LLC
800 N. King Street
Plaza Level
Wilmington, DE 19801
302 429-1900
302-429-8600 (fax)
cbifferato@bglawde.com

C B Blackard, Esquire
301 E Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000
501-342-1955
cbblac@acxiom.com

Corey smith Bott, Esquire
Abato Rubenstein and Abato, PA
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
410-321-0990

William Pierce Bowden, Esquire
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899
302 654-1888
302-654-2067 (fax)
wbowden@ashby-geddes.com

Gary A Bresee, Esquire
Barger & Wolen LLP
650 California Street, 9th floor
San Francisco, CA 94108
415-434-2800
415-434-2533 (fax)
gbresee@bargerwolen.com

William R. Brodzinski, Esquire
Mulherin, Rehfeldt & Varchello, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL 60187
630-653-9300
630-653-9316 (fax)
wbrodzinski@mrvlaw.com

Ronald K. Brown, Esquire
Law Office of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660
949-250-3322
949-250-3387 (fax)
rkbgwhw@aol.com

Paul J. Catanese, Esuqire
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
312-750-3536
312-920-3697 (fax)
pcatanese@mcguirewoods.com

William E. Chipman, Jr., Esquire
Landis Rath & Cobb LLC
919 North Market Street, Suite 1800
Wilmington, DE 19801
302-467-4437
302-467-4450 (fax)
chipman@lrclaw.com

Shawn M. Christianson, Esquire
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130
(415)227-0900
(415)227-0770 (fax)
schristianson@buchalter.com

Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215
614-464-8322
614-719-4663 (fax)
tscobb@vorys.com

Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899
302 651-7700
302-651-7701 (fax)
collins@RLF.com

James F. Conlan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
jconlan@sidley.com

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
302-654-7444
302-656-8920 (fax)
jcornell@foxrothschild.com

Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, IL 60606
312-364-9400
312-364-9410 (fax)
cowan@ask-attorneys.com

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
302-425-3309
610-371-8515 (fax)
jdd@stevenslee.com

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
713-844-3478
713-844-3503 (fax)
houston_bankruptcy@publicans.com

Caroline R. Djang, Esquire
Jeffers,Mangels,Butler & Marmaro LLP
1900 Avenue of the Stars 7th floor
Los Angles, CA 90067
310-785-5348
310-712-3322 (fax)
crd@jmbm.com

Margaret Fleming England, Esquire
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue, Suite 1360
Wilmington, DE 19801
302-425-0430
302-425-0432 (fax)
mengland@eckertseamans.com

Brian G. Esders, Esquire
Abato Rubenstein and Abato P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
410-321-0990

Justin Cory Falgowski, Esquire
Reed Smith LLP
1201 North Market Street, Suite 1500
Wilmington, DE 19801
302-778-7500
302-778-7575 (fax)
jfalgowski@reedsmith.com

Sherry Ruggiero Fallon, Esquire
Tybout, Redfearn & Pell
300 Delaware Avenue, Ste 1100
Wilmington, DE 19801
302-658-6901
302-658-4018 (fax)
sfallon@trplaw.com

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Ste 1400
Wilmington, DE 19801
302-295-2087
302-295-2013 (fax)
mfelger@cozen.com

Adolph F. Fellmeth, Esquire
The Schmerling Group
261 Old York Road, Suite 514
Jenkintown, PA 19046
215-407-5212
fred.fellmeth@vitecgroup.com

Heather Marie Fossen Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
214-953-6000
214-953-5822 (fax)
hforrest@jw.com

Joseph D. Frank, Esquire
Frank / Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
312-276-1400
312-276-0035 (fax)
jfrank@fgllp.com

Patrick Theodore Garvey, Esquire
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-372-0770
312-372-9818 (fax)
garveyp@jbltd.com

Scott Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
212-918-8425
212-918-3100 (fax)
sagolden@hhlaw.com

Donald L. Gouge, Jr., Esquire
Donald L. Gouge, Jr., LLC
800 King Street, Suite 303
P.O. Box 1674
Wilmington, DE 19899
302 658-1800
302-658-1473 (fax)
dgouge@gougelaw.com

Robert L Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chtd
Suite 700- Nottingham Centre
502 Washington Ave
Towson, MD 21204

Michael A. Henry, Esquire
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060
610-820-5450
610-820-6006 (fax)
mhenry@grossmcginley.com

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
302 888-0600
302-888-0606 (fax)
khill@svglaw.com

Adam Hiller, Esquire
Draper & Goldberg, PLLC
1500 North French Street, 2nd Floor
Wilmington, DE
302-339-8776
302-213-0043 (fax)
adamh@drapgold.com

Jennifer R. Hoover, Esquire
Benesch Friedlander Coplan & Aronoff LLP
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010
302-442-7012 (fax)
jhoover@beneschlaw.com

Joseph H. Huston, Jr., Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801
302-425-3310
610-371-7972 (fax)
jhh@stevenslee.com

Ericka Fredricks Johnson, Esquire
Morris James LLP
500 Delaware Ave, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
302-888-5209
302-571-1750 (fax)
ejohnson@morrisjames.com

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801
302-984-3800
302-984-3939 (fax)
skaufman@coochtaylor.com

William M. Kelleher, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
Wilmington, DE 19801
302-384-9400
302-384-9399 (fax)
wmk@elliottgreenleaf.com

Bryan Krakauer, Esquire
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
312-853-7036 (fax)
bkrakauer@sidley.com

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
302-467-4400
302-467-4450 (fax)
landis@lrclaw.com

Neil Raymond Lapinski, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19899
302-384-9400
302-384-9399 (fax)
nrl@elliottgreenleaf.com

Joshua G. Losardo, Esquire
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016
212-867-4466
212-867-0709 (fax)
jlosardo@bbwg.com

Robert W. Mallard, Esquire
Dorsey & Whitney LLP
1105 North Market Street, Suite 1600
Wilmington, DE 19801
302-425-7171
302-425-7177 (fax)
mallard.robert@dorsey.com

Julie A. Manning, Esquire
Shipman & Goodwin
One American Row
Hartford, CT 06103
860-251-5613
860-251-5600 (fax)
bankruptcy@goodwin.com

Katharine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
302-984-6300
302-984-6399 (fax)
kmayer@mccarter.com

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617-422-0200
617-422-0383 (fax)
ffm@bostonbusinesslaw.com

Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
P.O. Box 2087
919 Market Street, Suite 1800
Wilmington, DE 19899
302-467-4400
302-467-4450 (fax)
mcguire@lrclaw.com

Michelle McMahon, Esquire
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
212-541-2000
212-541-1439 (fax)
michelle.mcmahon@bryancave.com

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
302 656-8162
302-656-2769 (fax)
rmersky@monlaw.com

George R. Mesires, Esquire
Barack Ferrazzano Kirschbaum & Negelberg
200 West Madison Street, Suite 3900
Chicago, IL 60606
312-984-3100
312-984-3150 (fax)
george.mesires@bfkn.com

Maria Ann Milano, Esquire
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
206-624-3600
206-389-1708 (fax)
mmilano@riddellwilliams.com

Curtis S. Miller, Esquire
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801
302-575-7412
302-425-3080 (fax)
cmiller@mnat.com

Kenneth Miller, Esquire
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212
310-281-6321
kmiller@ecjlaw.com

Cynthia E. Moh, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 1800
Wilmington, DE 19801
302-467-4423
302-467-4450 (fax)
moh@lrclaw.com

Carol E. Momjian, Esquire
PA Office of Attorney General
21 South 12 Street, 3rd Floor
Philadelphia, PA 19107
215-560-2128
215-560-2202 (fax)
cmomjian@attorneygeneral.gov

Sheryl L. Moreau, Esquire
Missouri Department of Revenue
P.O. Box 475
301 W. High Street, Room 670
Jefferson City, MO 65105
573-751-5531
573-751-7232 (fax)
deecf@dor.mo.gov

Adam Scott Moskowitz, Esquire
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797
516-364-0300
516-364-5024 (fax)
asmcapital@aol.com

Kerri K Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
302-467-4400
302-467-4450 (fax)
mumford@lrclaw.com

Ramona Neal, Esquire
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
302-428-8142
302-351-2744 (fax)
jnimeroff@bsnlawyers.com

Edward Patrick O'Brien, Esquire
Stempel Bennett Claman & Hochbery, P.C.
655 Third Avenue
New York, NY 10017
212-681-6500
212-681-4041 (fax)
eobrien@sbchlaw.com

Mona A. Parikh, Esquire
Landis Rath & Cobb LLP
919 Market St., Suite 1800
Wilmington, DE 19801
302-467-4400
302-467-4450 (fax)
parikh@lrclaw.com

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street,Suite 1200
Wilmington, DE 19801
302-295-4829
302-652-3117 (fax)
bankruptcy@coleschotz.com

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102
215-864-9700
215-864-9669 (fax)
dplon@sirlinlaw.com

Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St, PO Box 1709
Wilmington, DE 19899-1709
302-777-6500
302-421-8390 (fax)
raportl@pepperlaw.com

Patrick J. Reilley, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-295-4888
302-652-3117 (fax)
preilley@coleschotz.com

Jeffrey N. Rich, Esquire
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022
212-536-3900
212-536-3901 (fax)
jeff.rich@klgates.com

Fred B. Ringel, Esquire
Robinson Brog Leinward et al.
1345 Avenue of the Americas, 31st Floor
New York, NY 10105
212-586-4050
212-956-2164 (fax)
fbr@robinsonbrog.com

Frederick Brian Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street
Wilmington, DE 19801
302-777-1111
frosner@mrs-law.com

Sommer Leigh Ross, Esquire
Duane Morris, LLP
One Liberty Place
Philadelphia, PA 19103
215-979-1546
215-979-1020 (fax)
slross@duanemorris.com

Elaine M Seid, Esquire
McPharlin Sprinkles &Thomas, LLP
10 Almaden Blvd., Ste 1460
San Jose, CA 95113
408-293-1900
408-293-1999 (fax)
emseid@mstpartners.com

Joseph Emil Shickich, Jr., Esquire
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
206-624-3600
206-389-1708 (fax)
jshickich@riddellwilliams.com

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza, 6th Floor
Wilmington, DE 19801
302 984-6000
302-658-1192 (fax)
lsilverstein@potteranderson.com

Christopher Page Simon, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19899
302-777-4200
302-777-4224 (fax)
csimon@crosslaw.com

Wayne M. Smith, Esquire
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522
818-954-6007
818-954-5434 (fax)
wayne.smith@warnerbros.com

Patricia K. Smoots, Esquire
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
312-750-2759
312-920-6169 (fax)
psmoots@mcguirewoods.com

James E. Sorenson, Esquire
Williams, Gautier, Gwynn DeLoach & Soren
PO Box 4128
Tallahassee, FL 32315-4128
850-386-3300
850-205-4755 (fax)
jsorenson@wggdlaw.com

J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-295-4862
302-652-3117 (fax)
kstickles@coleschotz.com

J. Kate Stickles, Esquire
Saul Ewing LLP
222 Delaware Avenue
PO Box 1266
Wilmington, DE 19899-1266
302-421-6873
302-421-5879 (fax)
kstickles@saul.com

William David Sullivan, Esquire
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
302-428-8191
302-428-8195 (fax)
bsullivan@sha-llc.com

Jay Teitelbaum, Esquire
Teitelbaum & Baskin LLP
3 Barker Avenue, Third Floor
White Plains, NY 10601
914 437 7670
914 437 7672 (fax)
jteitelbaum@tblawllp.com

Judy D. Thompson, Esquire
Poyner & Spruill LLP
301 S. College Street, Suite 2300
Charlotte, NC 28202
704-342-5301
704-342-5264 (fax)
jdthompson@poynerspruill.com

Edward J. Tredinnick, Esquire
Greene Radovsky Maloney Share & Hennigh
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111-4106
(415) 981-1400
(415) 777-4961 (fax)
etredinnick@greeneradovsky.com

Matthew J. Troy, Esquire
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875
202-514-9038
202-307-0494 (fax)
matthew.troy@usdoj.gov

Deborah Waldmeir, Esquire
State of Michigan Dept of Attorney Gener
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
313-456-0140
313-456-0141 (fax)
waldmeird@michigan.gov

Pamela K. Webster, Esquire
Buchalter Nemer
1000 Welshire Blvd., Suite 1500
Los Angeles, CA 90017
213-891-5069
213-896-0400 (fax)
pwebster@buchalter.com

Helen Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
469-221-5075
469-221-5002 (fax)
dallas.bankruptcy@publicans.com

William Douglas White, Esquire
McCarthy & White PLLC
8180 Greensboro Drive, Suite 875
McLean, VA 22102
703-770-9265
703-770-9266 (fax)
wdw@mccarthywhite.com

Eric R. Wilson, Esquire
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178
212-808-7800
212-808-7897 (fax)
ewilson@kelleydrye.com

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
302 658-9141
302-658-0380 (fax)
jwisler@cblh.com

Etta Rena Wolfe, Esquire
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899
302-652-8400
302-652-8405 (fax)
erw@skfdelaware.com

Rafael Xavier Zahralddin-Aravena, Esquire
Elliott Greenleaf
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801
302-384-9400
302-384-9399 (fax)
rxza@elliottgreenleaf.com