EXHIBIT 2

## CONFLICTS LIST- TRIBUNE COMPANY, et al.

CURRENT CLIENTS

### DEBTORS AND NON-DEBTOR AFFILIATES

Tribune Company
Chicago Tribune Company
Neocomm, Inc.
Orlando Sentinel Communications Company
Sun-Sentinel Company
Tribune Media Services, Inc.
Tribune Publishing Company

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Barclays Capital
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation

### PREPETITION LENDERS TO THE DEBTORS

Bank of America N.A.
Barclays Bank plc
Bear Stearns & Co., Inc
Capitalsource Finance LLC
Citicorp North America Inc.
Citigroup Financial Products Inc.
Credit Suisse Group AG
Farallon Capital Management LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
GE Asset Management Inc.
General Electric Capital Corporation
Goldman Sachs Group Inc.
GSO Capital Partners LP
Invesco Inst NA Inc.
JP Morgan BK Branch – 0802
JP Morgan Chase Bank, N.A.
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Morgan Stanley
New York Life Insurance Company
Prudential Investment Management Inc
Societe Generale
UBS AG
Wachovia Bank National Association

Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
WestLB AG
Wilmington Trust Company – Delaware

### COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

### INSURANCE CARRIERS

Global Aerospace
The Hartford Insurance Group
Lloyd's
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

### OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Navigant Consulting
PricewaterhouseCoopers LLP
Sidley Austin LLP

### MAJOR CUSTOMERS OF THE DEBTORS

AT&T
Bank of America
Cablevision
Carnival Corp.
Circuit City
Citigroup
Dell
GE – Vivendi Universal
GEICO
General Motors
Glaxo Smith Kline Beecham Welcome
Kraft General Foods
Lowe's – Home Improvement
McDonalds – McDonald's
News Corp
News Corp – 20th Century Fox – Home – Theatrical

Pfizer
Political Advertiser[1]
Program Buy-Miscellaneous[1]
Subway
Target Stores
T-Mobile
Toyota Local Dealers[1]
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Verizon Wireless
Verizon Wireless – Cellular
Viacom – Paramount
Wachovia Bank
Washington Mutual

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Cbs Broadcasting Inc.
Cbs Radio Inc.
Eastern Financial Florida Credit Union
The Authors Guild, Inc.
U.S. Bank National Association

## SIGNIFICANT LANDLORDS OF THE DEBTORS

Catellus Development Corporation
L&L Holding Company, LLC
Lauderdale River, Inc.
Wells Fargo Bank, N.A.

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

GOLDMAN SACHS & CO.

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

GANNETT CO., INC.
HEARST CORPORATION

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
MICROSOFT CORPORATION

## FORMER INDENTURE TRUSTEES

BANK OF NEW YORK
CITIBANK, N.A.
WELLS FARGO BANK, N.A.
WILMINGTON TRUST COMPANY

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

---

[1] The information provided is insufficient for the Firm to determine if the listed entity is a current client.