## EXHIBIT 3

## CONFLICTS LIST- TRIBUNE COMPANY, et al

## FORMER CLIENTS WITHIN 5 YEARS

### DEBTORS AND NON-DEBTOR AFFILIATES

forsalebyowner.com Corp.
Los Angeles Times Communications LLC
North Orange Avenue Properties, Inc.
The Baltimore Sun Company
The Hartford Courant Company
WGN Continental Broadcasting Company

### CURRENT AND FORMER DIRECTORS AND OFFICERS OF TRIBUNE COMPANY AND OTHER DEBTORS

Charlotte H. Hall
Donald J. Liebentritt

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Paramount Pictures Corporation

### PREPETITION LENDERS TO THE DEBTORS

Deutsche Investment Management Americas Inc.
Harbert Management Corporation
Lehman Brothers Holdings Inc.
Royal Bank of Scotland plc
Satellite Asset Management LP
UBS O'Connor LLC

### INSURANCE CARRIERS

Lexington Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)

### OTHER PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Deloitte & Touche LLP

Edelman[1]
Jenner & Block LLP
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP

### MAJOR CUSTOMERS OF THE DEBTORS

Carmax
Pepsi – Pepsi Cola Various
Political Advertiser[1]
Procter & Gamble – P&G
Program Buy-Miscellaneous[1]
Sprint/Nextel
Toyota Local Dealers[1]

### PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Andy Martin[1]

### MAJOR HOLDERS OF PHONES

Citadel[1]

### COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION

### OTHER

EQUITY GROUP INVESTMENTS LLC

### FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY

---

[1] The information provided is insufficient for the Firm to determine if the listed entity is a former client.