Spurlock, Dawn C (ORL - X25228)
___

| | |
|---|---|
| From: | Melton, Howell W (NYC - X73544) |
| Sent: | Thursday, October 09, 2008 4:38 PM |
| To: | dbralow@tribune.com |
| Cc: | Spurlock, Dawn C (ORL - X25228) |
| Subject: | 2008/2009 Rates |
| Attachments: | 5682410_1.XLS |

David:

Attached is a schedule listing the 2008/2009 hourly rates for timekeepers who have worked on Tribune Company matters during the last year. These rates are effective October 1, 2008. An 11% discount will be applied to the rates at the time of billing. Please let us know if you have any questions.

I have not spoken with you for a couple of months and trust you and your family are well.

Best regards,

Howell



5682410_1.XLS (20 KB)

# Holland + Knight

**Howell W. Melton, Jr.**
Partner
Holland & Knight LLP

PO Box 1526
Orlando, FL 32802-1526

195 Broadway
New York, NY 10007-3189

Direct (ORL) 407 244 5186
Direct (NYC) 212 513 3544

Email  howell.melton@hklaw.com

www.hklaw.com

**NOTICE:** This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

051512  Orlando Sentinel
056231  Sun Sentinel
044210  Tribune Company
091451  Tribune Media Svcs.

| TKPR # | TIMEKEEPER | TITLE | RATE EFF 10/1/08 |
|---|---|---|---|
| 08300 | Melton, Howell | Partner | 435 |
| 08450 | Albritton, Brian | Partner | 410 |
| 75036 | Henderson, Victor | Partner | 500 |
| 08330 | Park, James | Partner | 435 |
| 06310 | Rhodes, Robert | Partner | 565 |
| 20051 | Stein, Stefan | Partner | 500 |
| 77052 | Tobin, Charles | Partner | 515 |
| 08490 | Barton, Bernard | Partner | 475 |
| 71410 | Rydzewski, Leo | Partner | 445 |
| 06180 | Ervin, Jr., James | Partner | 415 |
| 08710 | DeMeza, William | Partner | 425 |
| 80139 | Kilmer, Paul | Partner | 430 |
| 80834 | Ross, Robert | Consultant | 245 |
| 20398 | Pollack, Woodrow | Associate | 250 |
| 80321 | Bonilla, Judith | Associate | 330 |
| 20007 | Guard, John | Associate | 295 |
| 50045 | Suzanne Clevens | Paralegal | 210* |

*The rate effective 10/01/08 for Ms. Clevens was inadvertently omitted from the original transmittal on 10/09/08.