**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No.:  08-13141 (KJC) <br><br> (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Agfa Corporation ("Agfa"), by its undersigned counsel, hereby withdraws its appearance in the above-captioned case, and requests that Agfa and its counsel at the following service addresses be removed from the CM/ECF and any other service list in the above captioned case:

| | |
|---|---|
| Christopher M. Santomassimo <br> Agfa Corporation <br> 100 Challenger Road <br> Ridgefield Park, NJ  07660 <br> (201) 373-4008 <br> Christopher.Santomassimo@Agfa.com <br><br> Anthony J. Davis, Esq. <br> Dorsey & Whitney LLP <br> 97 Route 17 South <br> Paramus, NJ 07652 <br> Tel.  (201) 291-8904 <br> Fax (201) 712-9444) <br> E-mail: davis.anthony@dorsey.com | Eric Lopez Schnabel, Esq. <br> Robert W. Mallard, Esq. <br> Dorsey & Whitney (Delaware) LLP <br> 1105 North Market Street (16th Floor) <br> Wilmington, Delaware 19801 <br> Telephone:  (302) 425-7171 <br> Facsimile:  (302) 261-7352 <br> E-mail:  schnabel.eric@dorsey.com <br> E-mail:  mallard.robert@dorsey.com |

Dated:  April 22, 2009

Respectfully submitted,

By: /s/ Robert W. Mallard
Eric Lopez Schnabel, Esq.
Robert Mallard, Esq.
DORSEY & WHITNEY (DELAWARE) LLP
1105 N. Market Street, Suite 1600
Wilmington, DE 19801
Tel: (302) 425-7171
Fax: (302) 425-7177

-and-

Anthony J. Davis
Dorsey & Whitney LLP
95 Route 17 South
Paramus, NJ 07652

Counsel for Agfa Corporation