**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Robert W. Mallard, Esq., hereby certify that on the 22nd of April, 2009, the following document was served upon the parties on the attached service list via first class mail.

- Notice of Withdrawal of Notice of Appearance and Demand for Service of Papers for Agfa Corporation.

Dated:  April 22, 2009        DORSEY & WHITNEY (DELAWARE) LLP

  /s/ Robert W. Mallard
Robert W. Mallard (DE Bar No. 4279)
1105 North Market Street (16th Floor)
Wilmington, Delaware 19801

Counsel for Agfa Corporation

Service List

**BY FIRST CLASS U.S. MAIL**

Norman L. Pernick, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801

Mark D. Collins, Esq.
Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

William E. Chipman, Jr., Esq.
Edwards Angell Palmer & Dodge LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19899

Amit K. Trehan, Esq.
Brian Trust, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Margot B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022