## EXHIBIT D

## MERCER (U.S.), INC.'S REPORT REGARDING
## 2008 MANAGEMENT INCENTIVE PROGRAM PAYMENTS

### *DOCUMENT FILED UNDER SEAL*

46429/0001-5544633v1