UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY, et al., ) | Case No. 08-13141-KJC |
| ) | |
| Debtors. ) | |
| Tax ID: XX-XXX0355 ) | |

## APPEARANCE AND REQUEST TO RECEIVE NOTICES

To: The Clerk of the Above Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors in the above named action. This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be mailed or electronically delivered to creditors under Bankruptcy Rule 2002 be mailed to the following address:

> Andrew S. Conway, Esq.
> 200 East Long Lake Road, Suite 300
> Bloomfield Hills, Michigan 48304
> Email address: Aconway@taubman.com

Dated: April 22, 2009

Andrew S. Conway
Attorney for the Taubman Landlords

By:     /s/ Andrew S. Conway
Andrew S. Conway
(248) 258-7427

---

[1] The Taubman Landlords, including Woodfield Mall LLC, are the owners of certain regional retail shopping centers, which include Woodfield, located in Schaumburg, Illinois.

Doc ID: 5586.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
) Chapter 11
TRIBUNE COMPANY, et al., ) Case No. 08-13141-KJC
)
Debtors. )
Tax ID: XX-XXX0355 )

**NOTICE OF FILING OF GENERAL POWER OF ATTORNEY**

To: Clerk of the Above Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtor in the above-entitled case; to vote for a trustee of the estate of the debtor and for a committee of creditors to execute in the name of the Taubman Landlords[2] (the "Claimants"), and on its behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated February 27, 2009 (a copy of which is attached hereto as Exhibit A).

Dated: April 3, 2009

Andrew S. Conway
Attorney for the Taubman Landlords

By: _____/s/ Andrew S. Conway_____
Andrew S. Conway
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427

---

[2] The Taubman Landlords, including Woodfield Mall LLC, are the owners of certain regional retail shopping centers, which include Woodfield, located in Schaumburg, Illinois.