# EXHIBIT A

Case 08-13141-BLS Doc 1062-1 Filed 04/22/09 Page 1 of 5

## GENERAL POWER OF ATTORNEY

To: Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, Michigan 48304

The undersigned, on behalf of The Taubman Company LLC, d/b/a The Taubman Company, the managing agent for the "Taubman Landlords" (see attached list), hereby authorizes you as attorney in fact for the Taubman Landlords and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in any bankruptcy action in which any of the Taubman Landlords are creditors; to vote for a trustee of the estate of the debtor and for a committee of creditors; to execute in the name of the Taubman Landlords and on each of their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any act for any of the Taubman Landlords in any bankruptcy action in which any of the Taubman Landlords are creditors.

Dated: February 27, 2009

The Taubman Company LLC,
a Delaware limited liability company

Managing Agents for the Taubman Landlords

By: _____
Chris B. Heaphy
Its:    General Counsel

Doc ID: 4494.1

## ACKNOWLEDGMENT

Acknowledged before me on February 27, 2009, by Chris B. Heaphy, who says that he is the General Counsel of The Taubman Company LLC, d/b/a The Taubman Company, the Managing Agent for the Taubman Landlords, and is authorized to execute this power of attorney on behalf of the Taubman Landlords.

*Teresa L. Dreer*
Notary Public, Oakland County, Michigan
My commission expires:
Acting in Oakland County, Michigan

TERESA L. DREER
Notary Public, Macomb County, MI
Acting in Oakland County, MI
My Commission Expires 05-15-2012

Doc ID: 4494.1

## TAUBMAN LANDLORDS

| **Landlord** | **Center Name** |
| --- | --- |
| La Cienega Partners Limited Partnership, a Delaware limited partnership | Beverly Center<br>Los Angeles, California |
| Charleston Center L.L.C., a Delaware limited liability company | Charleston Place<br>Charleston, South Carolina |
| Taubman-Cherry Creek Shopping Center L.L.C., a Delaware limited liability company | Cherry Creek<br>Denver, Colorado |
| Dolphin Mall Associates LLC, a Delaware limited liability company | Dolphin Mall<br>Miami, Florida |
| Fairlane Town Center LLC, a Michigan limited liability company | Fairlane Town Center<br>Dearborn, Michigan |
| Fairfax Company of Virginia L.L.C., a Virginia limited liability company | Fair Oaks<br>Fairfax, Virginia |
| Taubman Auburn Hills Associates Limited Partnership, a Delaware limited partnership | Great Lakes Crossing<br>Auburn Hills, Michigan |
| Tampa Westshore Associates Limited Partnership, a Delaware limited partnership | International Plaza<br>Tampa, Florida |
| MacArthur Shopping Center LLC, a Delaware limited liability company | MacArthur Center<br>Norfolk, Virginia |
| TRG Charlotte LLC, a Delaware limited liability company | Northlake Village<br>Charlotte, North Carolina |
| Oyster Bay Associates Limited Partnership, a Delaware limited partnership | The Mall at Oyster Bay<br>Oyster Bay, New York |
| Partridge Creek Fashion Park LLC, a Delaware limited liability company | The Mall at Partridge Creek<br>Clinton Township, Michigan |
| Atlantic Pier Associates, LLC, a Delaware limited liability company | The Pier Shops at Caesars<br>Atlantic City, New Jersey |
| Taubman Regency Square Associates, LLC, a Delaware limited liability company | Regency Square<br>Richmond, Virginia |

| Landlord | Center Name |
|---|---|
| Short Hills Associates, L.L.C., a Delaware limited liability company | The Mall at Short Hills Millburn, New Jersey |
| Rich-Taubman Associates, a Connecticut general partnership | Stamford Town Center Stamford, Connecticut |
| Stony Point Fashion Park Associates, L.L.C., a Delaware limited liability company | Stony Point Fashion Park Richmond, Virginia |
| SunValley Shopping Center LLC, a Delaware limited liability company | SunValley Concord, California |
| Twelve Oaks Mall, LLC, a Michigan limited liability company | Twelve Oaks Mall Novi, Michigan |
| TJ Palm Beach Associates Limited Partnership, a Delaware limited partnership | The Mall at Wellington Green West Palm Beach, Florida |
| West Farms Mall, LLC, a Delaware limited liability company | Westfarms Mall West Hartford/Farmington, Connecticut |
| Willow Bend Shopping Center Limited Partnership, a Delaware limited partnership | The Shops at Willow Bend Plano, Texas |
| Woodfield Mall LLC, a Delaware limited liability company | Woodfield Schaumburg, Illinois |