UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                )
                                      )
TRIBUNE COMPANY, et al.,              )        Chapter 11
                                      )        Case No.  08-13141-KJC
                      Debtors.        )
Tax ID:  XX-XXX0355                   )

## CERTIFICATE OF SERVICE

Susan K. Link, being first duly sworn, deposes and says that she is an employee of The

Taubman Company, and that on April 22, 2009, she served a copy of an **Appearance and**

**Request to Receive Notices, Notice of Filing of General Power of Attorney, and this**

**Certificate of Service**, via Notice of Electronic Filing and/or by enclosing the papers in sealed

envelopes with first-class postage fully prepaid and depositing the envelopes and their contents

in the United States mail, addressed as follows:

| | |
|---|---|
| Bryan Krakauer, Esq.<br>James F. Conlan, Esq.<br>Sidley Austin Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | U.S. Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| J. Kate Stickles, Esq.<br>Norman L. Pernick, Esq.<br>Cole Schotz Meisel Forman & Leonard<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801 | Michael A. Henry, Esq.<br>Gross McGinley Labarre & Eaton LLP<br>33 S. 7th Street<br>P.O. Box 4060<br>Allentown, PA  18105-4060 |
| Patrick T. Garvey, Esq.<br>Johnson & Bell Ltd.<br>33 W. Monroe, Suite 2700<br>Chicago, IL 60603 | Adam G. Landis, Esq.<br>Cynthia E. Moh, Esq.<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 |

                                      _____/s/ Susan K. Link_____
                                      Susan K. Link

Subscribed and sworn to before me,
on this 22nd day of April, 2009
_____/s/ Wendy L. Paul_____
Wendy L. Paul, Notary Public
Oakland County, Michigan
My commission expires:  10/4/10
Acting in Oakland County, MI