IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Debtors and Debtors in Possession, moved offices and requests that copies of all pleadings and other papers filed in the above-captioned matter, as well as notices given or required to be given, be given and served upon the undersigned at the address listed below:

    Cole, Schotz, Meisel, Forman & Leonard P.A.
    500 Delaware Avenue, Suite 1410
    Wilmington, Delaware 19801
    Telephone: (302) 652-3131
    Fax: (302) 652-3117

Dated: Wilmington, Delaware
       April 22, 2009

                            **COLE, SCHOTZ, MEISEL,**
                            **FORMAN & LEONARD, P.A.**

                By: _/s/ Norman L. Pernick_
                     Norman L. Pernick, Esquire (2290)
                     J. Kate Stickles, Esquire (2917)
                     Patrick J. Reilley, Esquire (4451)
                     Karen M. McKinley, Esquire (4372)
                     500 Delaware Avenue, Suite 1410
                     Wilmington, Delaware 19801
                     (302) 652-3131 / (302) 652-3117 (fax)
                     NPernick@coleschotz.com
                     KStickles@coleschotz.com
                     PReilley@coleschotz.com
                     KMcKinley@coleschotz.com