IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | Hearing Date: April 30, 2009 at 2:30 p.m. |
| Debtors. | ) | Objection Deadline: April 23, 2009 by 4:00 p.m. |

### RE-NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 9, 2009, Plaintiff E. Michael Gutman, M.D. ("Dr. Gutman"), filed a Motion for Relief from the Automatic Stay in the above-captioned bankruptcy proceeding.

**PLEASE TAKE FURTHER NOTICE** that the original Notice of Motion stated that the hearing date was April 28, 2009 at 10:00 a.m. **Please note the April 28th hearing has been rescheduled to April 30, 2009 at 2:30 p.m.**

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on or before April 23, 2009 by 4:00 p.m. At the same time, you must also serve a copy of the objection upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice or a hearing.

FOX ROTHSCHILD LLP

/s/ L. JASON CORNELL, ESQUIRE
L. Jason Cornell, Esquire (No. 3821)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
(302) 654-7444

Dated: April 23, 2009

2

WMIA 924025v1 04/23/09