## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the attached pleading was served this 23rd day of April, 2009 upon the following individuals by First Class mail, postage prepaid:

        Norman L. Pernick, Esquire
        J. Kate Stickles, Esquire
        Cole, Schotz, Meisel, Forman and Leonard, P.A.
        1000 N. West Street, Suite 1200
        Wilmington, DE 19801

        Joseph J. McMahon, Jr., Esquire
        Office of the United States Trustee
        J. Caleb Boggs Federal Building
        844 King Street, Suite 2207, Lockbox 35
        Wilmington, DE 19801

        Adam G. Landis, Esquire
        Matthew B. McGuire, Esquire
        Landis Rath & Cobb, LLP
        919 Market Street, Ste. 1800
        Wilmington, DE 19801

        Ellen W. Slights, Esquire
        U. S. Attorney's Office
        1201 Market Street, Suite 1100
        P.O. Box 2046
        Wilmington, DE 19899-2046

        Stuart M. Brown, Esquire
        William E. Chipman, Jr., Esquire
        Edwards Angell Palmer & Dodge
        919 North Market Street, Suite 1500
        Wilmington, DE 19801

        Laurie Silverstein, Esquire
        Potter Anderson & Corroon LLP
        Hercules Plaza
        1313 N. Market Street, PO Box 951
        Wilmington, DE 19899-0951

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

**FOX ROTHSCHILD LLP**

/s/ L. JASON CORNELL, ESQUIRE
L. Jason Cornell, Esquire (No. 3821)

4