# EXHIBIT 1

## Tribune Third Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Brady, Connolly & Masuda<br>One N. LaSalle St., Suite 1000<br>Chicago, IL 60602<br>(312) 425-3136<br>Contacts: Frank Brady; Valerie Peiler<br>Email: fmbrady@bcm-law.com; vpeiler@bcm-law.com | Worker's Compensation Counsel | $5,000 |
| Foley, Smit, O'Boyle & Weisman<br>175 Fulton Ave., Suite 307<br>Hempstead, NY 11550<br>(516) 485-4204<br>Contacts: Lisa Tortora; Warren Feckett<br>Email: ltortora@fsow.com | Worker's Compensation Counsel | $5,000 |
| Hinshaw & Culbertson LLP<br>One E. Broward Blvd., Suite 1010<br>Ft. Lauderdale, FL 33301<br>(954) 467-7900<br>Contact: Cheryl Wilke, ext. 6005<br>Email: cwilke@hinshawlaw.com | Worker's Compensation Counsel | $5,000 |
| Littler Mendelson<br>200 North LaSalle St., Suite 2900<br>Chicago, IL 60601-1014<br>(312) 795-3281<br>Contact: Jeffrey Kauffman<br>Email: jkauffman@littler.com | Labor Litigation Counsel | $5,000 |
| Miller, Kaplan, Arase & Co., LLP[‡]<br>4123 Lankershim Blvd.<br>North Hollywood, CA 91602<br>Contact: George Rivin<br>Email: grivin@millerkaplan.com | Accounting Consultant | $10,000 |
| Montstream & May<br>655 Winding Brook Dr.<br>Glastonbury, CT 06033-6087<br>(860) 659-1341<br>Contacts: Frank May; Karen Acquarulo<br>Email: fmay@montmaylaw.com; kacquarulo@montmaylaw.com | Worker's Compensation Counsel | $5,000 |

---

[‡] Miller, Kaplan was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $1,000

46429/0001-5559072v1

| | | |
|---|---|---|
| Post & Schell<br>1245 S. Cedarcrest Blvd., Suite 300<br>Allentown, PA  18103<br>(610) 774-0321<br>Contact: Jim Burkhardt<br>Email: jburkhardt@postschell.com | Worker's Compensation Counsel | $5,000 |
| Semmes, Bowen & Semmes<br>250 W. Pratt St., 15th Floor<br>Baltimore, MD  21201<br>(410) 576-4828<br>Contact: Phil Levin<br>Email: plevin@semmes.com | Worker's Compensation Counsel | $5,000 |