# EXHIBIT A

# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**March 1, 2009 through March 31, 2009**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 90.70 | 50,609.00 |
| Committee Meetings | 003 | 64.70 | 40,336.00 |
| Creditor Communications | 004 | 16.70 | 12,699.50 |
| DIP Financing | 005 | 74.70 | 51,752.00 |
| Inter-Company Issues/Cash Management | 006 | 22.20 | 15,007.00 |
| Business Operations | 007 | 12.20 | 10,500.00 |
| Asset Disposition/Sale | 008 | 164.60 | 107,816.00 |
| Claims Administration/Bar Date | 009 | 11.30 | 5,709.50 |
| Fee/Retention Applications | 010 | 58.50 | 23,037.00 |
| Plan and Disclosure Statement | 011 | 9.30 | 8,815.50 |
| Executory Contracts | 012 | 3.10 | 1,370.50 |
| Employee Issues | 014 | 50.40 | 33,409.00 |
| Relief from Stay Issues | 015 | 43.30 | 18,443.50 |
| Tax Issues | 016 | 135.10 | 89,385.50 |
| General Litigation | 017 | 26.60 | 11,205.50 |
| Non-Working Travel* | 018 | 4.40 | 1,375.00 |
| Review of PrePetition Financings | 019 | 306.90 | 182,099.00 |
| **Total** | | **1,094.70** | **$663,569.50** |

\* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    1

For Services Through March 31, 2009

Our Matter #19804.002
         BANKRUPTCY GENERAL

| | | | |
|---|---|---|---|
| 03/02/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners' team re: corporate due diligence follow-up (.3); exchange e-mails with Joe Giannini on corporate analysis issue (.2); telephone conversation with Bryan Krakauer re: various open matters (.2); draft posting memorandum to Committee re: settlement of issue with Senior Lenders (.3); review daily report, pleadings therein and calendar (.2); telephone conversation with Debtors' counsel re: response to creditors' (Canon) request (.2); telephone conversation with Adam Landis re: various pending motions (.1). | 1.50 hrs. |
| 03/02/09 | H. LAMB | Review court docket and prepare and distribute daily report of new pleadings filed (.3); update and distribute case calendar (.2). | 0.50 hrs. |
| 03/03/09 | D. E. DEUTSCH | Review daily report, pleadings therein and calendar (.3); telephone conversation with Adam Landis re: various open matters (.1); review update from David Bava re: various Intralinks tasks (.2); review materials and work on updating action items list (.4). | 1.00 hrs. |
| 03/03/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); revise postings to Intralinks re: better descriptions (.30). | 0.70 hrs. |
| 03/04/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post specific memoranda regarding motion to lift stay to Intralinks (.20). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

| | | | |
|---|---|---|---|
| 03/04/09 | D. E. DEUTSCH | Review various case-related e-mails (.3); review and edit memorandum to Committee (.2); review materials and draft agenda for tomorrow's meeting with Debtors' counsel (.4); review court posting and follow-up with David Bava re: updating materials related to same (.2); call with Kevin Lantry (Debtor's counsel) re: various matters (.3); review daily report, pleadings therein and calendar (.2); follow-up on additional item for agenda per Debtors' counsel request and distribute same (.4). | 2.00 hrs. |
| 03/04/09 | H. SEIFE | Review and revise agenda regarding meeting with Sidley. | 0.30 hrs. |
| 03/05/09 | D. M. LeMAY | Weekly coordination call w/Sidley. | 1.10 hrs. |
| 03/05/09 | D. E. DEUTSCH | Review daily pleading report and calendar (.1); follow-up on next week's hearing matters (.3); calls with Adam Landis re: various open matters (.2); call with Alan Holtz re: various matters (.4); review court filings (.2); review various case materials and attachments forwarded by Debtors (.5). | 1.70 hrs. |
| 03/05/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post draft and then final meeting minutes to Intralinks (.50). | 0.90 hrs. |
| 03/06/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20). | 0.40 hrs. |
| 03/06/09 | D. M. LeMAY | Review Sidley memo re: nondebtors' liability for Senior Lenders and Agents fees and expenses. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 03/06/09 | D. E. DEUTSCH | Review and respond to various case-related e-mails (.2); review materials and work on updating action item list (.4); follow-up with Adam Landis re: status of various matters including website and review materials related to same (.4); edit memorandum to committee (.3); follow-up on pending matters with Debtors' counsel (.2). | 1.50 hrs. |
| 03/06/09 | H. SEIFE | Review of Sidley memo to U.S. Trustee re expense reimbursement. | 0.60 hrs. |
| 03/07/09 | D. E. DEUTSCH | Review various e-mails from Debtors' counsel (.2). | 0.20 hrs. |
| 03/09/09 | D. E. DEUTSCH | Exchange various case-related e-mails (.2); call with Alan Holtz re: various open matters (.2); follow-up with Sidley team re: status of matters scheduled for tomorrow's hearing (.3); exchange related e-mails (.1); follow-up on scheduling Delaware meeting (.2); review certain filed motions and follow-up with Gil Bradshaw and Jason Porter on research and drafting analysis of same (.5). | 1.50 hrs. |
| 03/09/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.30); | 0.50 hrs. |
| 03/09/09 | J. B. PORTER | Reviewed Tribune new docket entries. | 0.20 hrs. |
| 03/09/09 | J. B. PORTER | Drafted memorandum re multiple Debtors' motions. | 1.60 hrs. |
| 03/10/09 | J. B. PORTER | Coordinated posting of Moelis weekly report (.2). | 0.20 hrs. |
| 03/10/09 | J. B. PORTER | Updated and revised memoranda re certain of the Debtors' motions. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| | | | |
|---|---|---|---|
| 03/10/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post Moelis media update to Intralinks (.20). | 0.60 hrs. |
| 03/10/09 | D. E. DEUTSCH | Prepare for court hearing and meetings in Delaware (1.3); review various court pleadings (.4); meeting with Delaware counsel and follow-up on various action items related to same (.5); detailed review of AlixPartners' (weekly and January) reports and follow-up with Alan Holtz re: two issues therein (.9); review and respond to numerous case related e-mails (.4); calls with Debtors' counsel and C&P team re: various open matters (.3); review materials and prepare agenda for meeting with Debtors' professionals (.3); exchange e-mails with Alan Holtz re: open matters (.2); preliminary review of draft omnibus memorandum on five motions and certain related motions and determine action items for same (.7). | 5.00 hrs. |
| 03/10/09 | D. M. LeMAY | E-mail Lantry regarding information confidentiality issues (0.2). | 0.20 hrs. |
| 03/11/09 | D. M. LeMAY | Participate in weekly update call w/Debtors advisors (0.5). | 0.50 hrs. |
| 03/11/09 | D. E. DEUTSCH | Review and follow-up on pending projects (.2). | 0.20 hrs. |
| 03/11/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: today's meeting and various open matters (.2); prepare for and participate in call with Debtors' counsel regarding case matters (.6); conference with Howard Seife to discuss pending matters (.2); review second draft of memorandum on various pleadings filed by Debtors and follow-up on issues therein (.6); exchange e-mails with Delaware counsel re: | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page      5

|            |                |                                                                                                                                                                                      |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | multiple pending matters (.3); review daily report and calendar (.1).                                                                                                                |            |
| 03/11/09   | D. BAVA        | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post Committee Meeting Agenda to Intralinks (.20). | 0.60 hrs. |
| 03/11/09   | J. B. PORTER   | Finalized various memorandum filed by the Debtors and reflected changes made by D. LeMay and D. Deutsch.                                                                              | 2.10 hrs. |
| 03/12/09   | D. BAVA        | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); review files re: form of cash management motion and orders (.40). | 0.80 hrs. |
| 03/12/09   | D. E. DEUTSCH  | Review and respond to various case-related e-mails (.3); follow-up on pending action items with AlixPartners' team and C&P team (.2); exchange e-mails with Debtors' team re: various open matters (.2). | 0.70 hrs. |
| 03/13/09   | D. E. DEUTSCH  | Review various case-related e-mails (.1); follow-up with Bryan Krakauer re: possible bondholder issue (.2); multiple e-mails re: Debtors' proposed document protocol (.5); meeting with David LeMay to address various open matters (.2); exchange calls and e-mails with A&M team and Sidley team re: planning and participation in next week's meeting with all professionals (.8); discuss two case projects with Jason Porter (.3); follow-up on confidentiality letter issue per Committee member request (.3). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page     6

| | | | |
|---|---|---|---|
| 03/13/09 | D. M. LeMAY | Review and comment on three memos to the Committee re: pending motions and C&Ps recommendations. | 2.20 hrs. |
| 03/13/09 | D. M. LeMAY | Participate in Debtor and Committee Advisors call re: resolution of open issues concerning confidential treatment of certain information in Cubs transaction and in the case generally. | 0.70 hrs. |
| 03/13/09 | D. BAVA | Review and analysis of docket sheet re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.20); post DIP Term sheet to Intralinks (.20). | 0.60 hrs. |
| 03/14/09 | D. E. DEUTSCH | Review Tribune daily report, pleadings therein and calendar (.3); exchange e-mails with David LeMay re: next week's meetings with Debtors (.2); work on updating action items list (.6); review AlixPartners' report on company operations (.3); review two proposed forms on sharing of confidential information with certain lenders, review and provide analysis on same (.6); draft related e-mail to David LeMay (.2); update memorandum on various case matters (.4); review valuation report (.3). | 3.10 hrs. |
| 03/16/09 | D. BAVA | Review and analysis of docket sheets, included Neil district court litigation and adversary proceeding re: daily case activity (.60); review, revise and finalize case calendar based on current docket entries (.30); create ESOP working group for Intralinks (.40). | 1.30 hrs. |
| 03/16/09 | D. M. LeMAY | Review all latest court filings. | 1.10 hrs. |
| 03/16/09 | D. E. DEUTSCH | Exchange e-mails with Moelis team re: various matters (.1); follow-up with Committee's professionals re: topics for professional call (.3). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 24, 2009
435 N. MICHIGAN AVENUE      Invoice ******
CHICAGO, IL 60611      Page   7

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/17/09 | D. E. DEUTSCH | Telephone conversation with Senior Lenders' counsel re: various open matters (.6); calls with Levin Lantry (Debtors' counsel) re: several open matters (.2); review daily report, pleadings therein and calendar (.3); exchange various case-related e-mails (.2). | 1.30 hrs. |
| 03/17/09 | D. BAVA | Review and analysis of docket sheets, included Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.30). | 0.70 hrs. |
| 03/18/09 | D. BAVA | Review and analysis of docket sheets, included Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 03/18/09 | D. E. DEUTSCH | Review various case related e-mails (.2); telephone conversation with counsel to Senior Lenders re: various matters (.8); review daily report, pleadings therein and calendar (.2). | 1.20 hrs. |
| 03/18/09 | H. SEIFE | Conference call with Sidley regarding case issues. | 0.50 hrs. |
| 03/19/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 03/19/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: various matters (.2); review materials and draft agenda for today's meeting with Debtors' counsel (.4); meeting with David LeMay to discuss various matters (.2); review materials and work on | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    8

| | | | |
|---|---|---|---|
| | | action item list (.6); participate in call with Debtors' counsel re: outstanding matters (1.2); related follow-up discussion with David LeMay and Howard Seife (.5); exchange e-mails re: funds held by non-debtors and provide action steps related to same (.5); update memorandum on case events (.4). | |
| 03/19/09 | D. M. LeMAY | Weekly call w/Sidley re: pending matters (1.2). Post meeting follow up w/C&P team (0.4). | 1.60 hrs. |
| 03/20/09 | D. E. DEUTSCH | Exchange numerous case related e-mails (.3); telephone conversation with Matt McGuire re: various open matters (.2); follow-up on Intralinks issues with David Bava (.1); discuss follow-up research with Jason Porter (.2); follow-up with Bryan Krakauer re: status of various matters (.2). | 1.00 hrs. |
| 03/20/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); post draft meeting minutes to Intralinks (.20). | 0.70 hrs. |
| 03/21/09 | D. E. DEUTSCH | Review various e-mails (.2); review daily pleading report, pleadings therein and calendar (.3); follow-up with Jason Porter re: required follow-up on Debtors' schedules (.1); e-mail to Debtors' counsel re: pending items (.2); conference with Jason Porter re: drafting memoranda on various motions and related follow-up discussion (.3); follow-up with David Bava re: required updates to court calendar (.2); follow-up with Jason Porter and David Bava re: Intralinks issue (.3). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    9


03/23/09    D. BAVA          Review and analysis of docket         0.50 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.30); review, revise and finalize
                             case calendar based on current
                             docket entries (.20).

03/23/09    D. E. DEUTSCH    Review various case-related           0.90 hrs.
                             e-mails (.2); draft agenda for
                             tomorrow's meeting with Committee
                             professionals (.3); review agenda
                             for Thursday's court hearing and
                             follow-up on matter therein (.2);
                             exchange e-mails with
                             AlixPartners' team on action items
                             (.2).

03/23/09    D. M. LeMAY      Review of all latest court filings    1.80 hrs.
                             (1.4). Review draft memo to the
                             Committee (0.4).

03/23/09    J. B. PORTER     Review of Tribune docket (.3);        0.80 hrs.
                             Meeting with D. Deutsch re various
                             case projects (.5).

03/24/09    D. M. LeMAY      Participate in weekly call            1.30 hrs.
                             w/AlixPartners and Moelis to
                             review all pending issues and
                             prepare for Thursday Committee
                             meeting.

03/24/09    D. E. DEUTSCH    Follow-up on tomorrow's hearing       2.00 hrs.
                             (.1); follow-up on Thursday
                             hearing matter (.1); review
                             spreadsheet from AlixPartners' re:
                             identification of confidential
                             materials (.3); exchange follow-up
                             e-mails on same with David LeMay
                             (.2); e-mail AlixPartners re: next
                             steps on same (.1); review
                             materials and draft agenda for
                             meeting with Debtors' counsel
                             tomorrow (.3); review and edit
                             memoranda to Committee on new
                             motions (.4); review and edit
                             posting note (.2); calls with Matt
                             McGuire and Debtors' team re:
                             tomorrow's hearing matters (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    10

| | | | |
|---|---|---|---|
| 03/24/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); download all debtors' schedules and statements of financial affairs (2.60); organization of materials re: March 25th hearing (.40). | 3.50 hrs. |
| 03/25/09 | D. E. DEUTSCH | Review materials and notify AlixPartners and C&P team re: new reported Tribune venture (.2); exchange various case related e-mails (.2); prepare for (.5); and participate in meeting with Debtors' and Committee lawyers re: various matters (.6); review and edit draft posting memorandum (.2); review materials for today's hearing and various other filed motions (.7); hold conferences related to hearing with Delaware counsel and Debtors and participate in omnibus hearing (.9). | 3.30 hrs. |
| 03/25/09 | D. M. LeMAY | Review all most recent court filings. | 0.60 hrs. |
| 03/25/09 | D. M. LeMAY | Weekly update call w/Debtors counsel (0.8). Review two memos for Committee (0.9). | 1.70 hrs. |
| 03/25/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post certain memoranda to Intralinks (.30); prepare CD-ROMs of schedules and statements for financial advisors (.70). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   11


03/26/09    D. BAVA          Review and analysis of docket        0.50 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.30); review, revise and finalize
                             case calendar based on current
                             docket entries (.20).

03/26/09    J. B. PORTER     Updated documents to Intralinks      1.80 hrs.
                             (.4); drafted letter to Debtors'
                             counsel re various Committee
                             concerns (1.4).

03/26/09    D. E. DEUTSCH    Review various case related          1.20 hrs.
                             e-mails (.2); review Tribune
                             pleading report, pleadings therein
                             and calendar (.3); follow-up with
                             AlixPartners on billed item and
                             exchange related e-mails (.2);
                             review case materials and meeting
                             with Jason Porter to discuss
                             various new assignments (.5).

03/27/09    D. E. DEUTSCH    Review, research and revise letter   1.50 hrs.
                             to Debtors re: various due
                             diligence items (.5); respond to
                             inquiry from Kevin Lantry re:
                             pending matters (.1); follow-up
                             with Jason Porter re: new
                             assignment (.1); review, research
                             issue therein and revise letter on
                             Debtors sharing of certain
                             information (.6); follow-up on
                             posting certain materials for
                             Committee review (.2).

03/27/09    D. M. LeMAY      Review and revise draft letter to    0.50 hrs.
                             Sidley.

03/27/09    J. B. PORTER     Research and draft letter to the     4.30 hrs.
                             Debtors' counsel re status of
                             various bankruptcy case issues and
                             second letter on other open
                             matters.

03/27/09    D. BAVA          Review and analysis of docket        0.70 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.20); review, revise and finalize
                             case calendar based on current
                             docket entries (.10); post certain

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page   12

|  |  |  |  |
|---|---|---|---|
|  |  | memoranda and discovery requests to Intralinks (.40). |  |
| 03/28/09 | D. E. DEUTSCH | Review Friday pleading report, pleadings therein and calendar (.2); follow-up with David LeMay and Howard Seife re: issue raised by recent pleading (.1). | 0.30 hrs. |
| 03/30/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); post letter to Debtors' counsel to Intralinks re: Employee Incentive Program (.20). | 0.50 hrs. |
| 03/30/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: various open matters (.2); various other case-related e-mails (.2); follow-up with Jason Porter re: edits to Debtors' counsel re: due diligence issues (.3); follow-up with David Bava re: Intralinks posting problem (.1); review materials and update action item list (.8); conference with Jason Porter to discuss drafting two agendas (.1); exchange e-mails with Alan Holtz re: topics for tomorrow's professional meeting (.2). | 1.90 hrs. |
| 03/31/09 | D. E. DEUTSCH | Follow-up with Debtors' team re: agenda items for tomorrow's meeting (.1); follow-up on calendaring of pleading deadlines (.1); draft agenda for tomorrow's meeting (.2); calls with Alan Holtz re: various open matters (.2); review motion to compel and follow-up with Debtors and AlixPartners re: analysis on same (.4). | 1.00 hrs. |
| 03/31/09 | D. M. LeMAY | Draft letter to B. Krakauer re confidential issue. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   13


03/31/09   D. BAVA          Review and analysis of docket          0.70 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.40); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); add N.
                            Thomas of Kirkland & Ellis to
                            Intralinks (.20).


          **Total Fees for Professional Services.............  $50,609.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 14.30 | 11797.50 |
| H. SEIFE | 955.00 | 1.40 | 1337.00 |
| D. E. DEUTSCH | 625.00 | 44.40 | 27750.00 |
| D. BAVA | 260.00 | 17.00 | 4420.00 |
| J. B. PORTER | 395.00 | 13.10 | 5174.50 |
| H. LAMB | 260.00 | .50 | 130.00 |
| TOTALS | | 90.70 | 50609.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2009

Our Matter #19804.003
            COMMITTEE MEETINGS


| 03/02/09 | D. E. DEUTSCH | Review materials and draft agenda for tomorrow's committee professional meeting (.4). | 0.40 hrs. |
| 03/02/09 | J. B. PORTER | Finalized Tribune Creditor Committee minutes for posting and redacted documents to exclude certain committee members from certain portions of the minutes. | 1.40 hrs. |
| 03/02/09 | D. E. DEUTSCH | Review materials and draft outline of issues for Thursday's Committee meeting (.3). | 0.30 hrs. |
| 03/02/09 | H. SEIFE | Review and revised agenda for professionals meeting. | 0.40 hrs. |
| 03/03/09 | D. E. DEUTSCH | Exchange e-mails with Committee co-chairs re: cancellation of Committee meeting (.2); follow-up with Jason Porter re: follow-up with rest of Committee on same (.1). | 0.30 hrs. |
| 03/03/09 | J. B. PORTER | Drafted and circulated email communication to the Creditors' Committee re the cancellation of the weekly Committee meeting. | 0.50 hrs. |
| 03/03/09 | J. B. PORTER | Updated portions of the Creditor Committee minutes (.3); Organized documents from previous meetings for the files (.8). | 1.10 hrs. |
| 03/03/09 | D. E. DEUTSCH | Prepare for and participate in meeting with Committee professionals regarding various outstanding matters (1.1). | 1.10 hrs. |
| 03/04/09 | J. B. PORTER | Finalized Committee meeting minutes. | 0.10 hrs. |
| 03/05/09 | J. B. PORTER | Coordinated posting of Creditor Committee minutes to ensure that certain information was not available to certain Committee Members (.4); Updated prior minutes to reflect that they were in final form (.3). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2

| | | | |
|---|---|---|---|
| 03/09/09 | D. E. DEUTSCH | Review materials and draft agenda for hearing with Committee professionals (.4); follow-up on same (.1). | 0.50 hrs. |
| 03/10/09 | D. M. LeMAY | Participate in weekly update call of Committee advisors (0.8). Follow up call w/HS regarding next Chadbourne steps (0.4). | 1.20 hrs. |
| 03/10/09 | D. E. DEUTSCH | Participate in weekly Committee professionals meeting (1.0). | 1.00 hrs. |
| 03/10/09 | J. B. PORTER | Participated in part of professional call to determine Agenda items for 3/12 Committee Meeting (.4); researched and drafted Committee Agenda (.5). | 0.90 hrs. |
| 03/10/09 | J. B. PORTER | Drafted and circulated email to Co-Chairs re Committee meeting agenda. | 0.30 hrs. |
| 03/10/09 | J. B. PORTER | Drafted Committee meeting agenda. | 0.20 hrs. |
| 03/10/09 | D. E. DEUTSCH | Call with Jason Porter re Committee meeting matters and various related matters (.2); review and edit draft committee agenda (.2); exchange e-mails with Committee co-chairs re: agenda (.1);. | 0.50 hrs. |
| 03/10/09 | M. A. ALPERT | Attended part of meeting with financial advisors (.4). | 0.40 hrs. |
| 03/11/09 | D. M. LeMAY | Review agenda (0.2) and conference call w/Warner Television as unconflicted chair, re: investigation of prepetition financing (0.4). | 0.60 hrs. |
| 03/11/09 | D. E. DEUTSCH | Follow-up on agenda for tomorrow's Committee meeting (.1): telephone conversation with Brad Holtz re: mistake in summary analysis and follow-up on same (.2). | 0.30 hrs. |
| 03/11/09 | J. B. PORTER | Finalized and circulated Committee meeting agenda. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 03/11/09 | H. SEIFE | Prepare for Committee meeting presentation. | 1.00 hrs. |
| 03/11/09 | R. M. LEDER | Consider additions to agenda for Committee conference call. | 0.20 hrs. |
| 03/12/09 | H. SEIFE | Prepare for and conduct Committee meeting. | 3.00 hrs. |
| 03/12/09 | J. B. PORTER | Drafted alert and circulated documents to the Creditors' Committee for discussion at the 3/13 Committee meeting. | 0.60 hrs. |
| 03/12/09 | J. B. PORTER | Updated Committee meeting calendar and circulated update to the Committee re the schedule. | 0.90 hrs. |
| 03/12/09 | J. B. PORTER | Prepared for Creditors Committee meeting and circulated meeting documents (1.8); Call with Committee member to provide conference dial-in information (.1); recorded Creditors' Committee Meeting Minutes (1.3). | 3.20 hrs. |
| 03/12/09 | D. E. DEUTSCH | Call with Moelis re: today's presentation to Committee (.4); meeting with Howard Seife re: various matters scheduled for today's meeting (.2); participate in Committee meeting call (1.1); follow-up meeting with Howard Seife on action items (.3); review and edit draft memorandum to Committee re: next meeting (.1); exchange e-mails with Committee and Debtors' professionals re: protocol meeting and discussion points for same (.4). | 2.50 hrs. |
| 03/16/09 | J. B. PORTER | Drafted Creditor Committee meeting minutes. | 2.90 hrs. |
| 03/17/09 | D. E. DEUTSCH | Meeting with C&P team re: necessity of Committee meeting and follow-up calls with other Committee professionals on same (.3); related calls and e-mails with Committee chairs (.2); follow-up on related administrative matters (.1). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 03/20/09 | J. B. PORTER | Finalized Committee meeting minutes and coordinated circulation of the minutes to the Creditors' Committee. | 1.10 hrs. |
|---|---|---|---|
| 03/23/09 | D. E. DEUTSCH | Review materials and draft agenda for Thursday's in-person Committee meeting (.4); telephone conversation with Warner Brothers (co-chair) re: Thursday meeting (.1); exchange related e-mails with counsel to Warner (.1); follow-up with PBGC on same (.1); review and revise memo to Committee re: Thrusday's meeting and issue to be addressed (.3). | 1.00 hrs. |
| 03/23/09 | J. B. PORTER | Updated Committee meeting agenda (.1); Revised Committee meeting minutes. | 0.30 hrs. |
| 03/23/09 | H. SEIFE | Review and revised meeting agenda. | 0.30 hrs. |
| 03/23/09 | H. LAMB | Attention to arrangements for March 26 in-person Committee meeting. | 0.70 hrs. |
| 03/24/09 | D. E. DEUTSCH | Prepare for (.3); and participate in meeting with Committee professionals regarding all outstanding matters (1.1). | 1.40 hrs. |
| 03/24/09 | J. B. PORTER | Finalized Committee meeting agenda (.1); Compiled materials for the 3/26 Committee meeting (.7). | 0.80 hrs. |
| 03/24/09 | D. E. DEUTSCH | Exchange e-mails with Committee chair re: Thursday's meeting (.2); calls with Vertis, Guild and Wilmington Trust re: Thursday's meeting matters (.2); review materials from AlixPartners re: Thursday meeting and follow-up with Jason Porter on same (.2); | 0.60 hrs. |
| 03/25/09 | D. E. DEUTSCH | Exchange e-mails with Committee members re: tomorrow's meeting (.3); exchange e-mails with Alan Holtz and Jason Porter re: distributing materials for tomorrow' meeting (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| | | | |
|---|---|---|---|
| 03/25/09 | J. B. PORTER | Organized materials for Committee meeting. | 0.70 hrs. |
| 03/25/09 | H. SEIFE | Preparation for Committee meeting. | 1.60 hrs. |
| 03/25/09 | D. M. LeMAY | Planning of presentations for tomorrow's in person Committee meeting. | 1.60 hrs. |
| 03/25/09 | H. LAMB | Finalized details for and organization of hand-out materials for 3/26 in-person Committee meeting. | 1.30 hrs. |
| 03/26/09 | D. M. LeMAY | Prepare for (0.7) and attend in person meeting of the Creditors Committee and related post-meeting follow up discussions w/Committee members (2.8). E-mails re: scheduling of next meeting (0.2). | 3.70 hrs. |
| 03/26/09 | V. DUNN | Attended portion of committee meeting to address certain corporate matters (.8). | 0.80 hrs. |
| 03/26/09 | J. GIANNINI | Attend part of unsecured Creditors Committee meeting to discuss DIP Term Sheet summary. | 0.70 hrs. |
| 03/26/09 | D. BAVA | Assist with preparing materials for Creditors Committee meeting (1.30). | 1.30 hrs. |
| 03/26/09 | H. SEIFE | Preparation for and in-person Committee meeting at C&P. | 5.30 hrs. |
| 03/26/09 | J. B. PORTER | Meeting Preparation and recorded minutes of the Committee meeting. | 5.70 hrs. |
| 03/26/09 | D. E. DEUTSCH | Review materials and prepare outline for presentation on pending motions for today's Committee meeting (.7); follow-up with corporate team re: presentation at today's meeting (.2); participate in today's Committee meeting and post-discussions with Committee members (2.8); follow-up on next Committee meeting issues (.2). | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    6

| 03/30/09 | H. SEIFE | Review of agenda and prepare for Committee meeting. | 0.80 hrs. |
| 03/30/09 | J. B. PORTER | Drafted and circulated draft Committee agenda. | 0.50 hrs. |
| 03/31/09 | D. E. DEUTSCH | Prepare for (.2); and participate in meeting with Committee professionals re: status of various matters (.7). | 0.90 hrs. |
| 03/31/09 | H. SEIFE | Prepare for Committee meeting and presentation on investigation. | 1.10 hrs. |
| 03/31/09 | D. M. LeMAY | Attend weekly conf. call of Committee advisors. | 0.70 hrs. |

**Total Fees for Professional Services.............. $40,336.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 7.80 | 6435.00 |
| H. SEIFE | 955.00 | 13.50 | 12892.50 |
| M. A. ALPERT | 795.00 | .40 | 318.00 |
| R. M. LEDER | 955.00 | .20 | 191.00 |
| D. E. DEUTSCH | 625.00 | 15.80 | 9875.00 |
| V. DUNN | 735.00 | .80 | 588.00 |
| D. BAVA | 260.00 | 1.30 | 338.00 |
| J. GIANNINI | 585.00 | .70 | 409.50 |
| J. B. PORTER | 395.00 | 22.20 | 8769.00 |
| H. LAMB | 260.00 | 2.00 | 520.00 |
| TOTALS | | 64.70 | 40336.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2009

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 03/02/09 | J. B. PORTER | Drafted posting and circulated documents on Intralinks (.6); Revised and posted the updated bi-monthly Committee Calendar to include all upcoming important dates (1.2). | 1.80 hrs. |
| 03/02/09 | H. SEIFE | Telephone conferences Committee members (.8); telephone conferences general creditors (1.1). | 1.90 hrs. |
| 03/03/09 | H. SEIFE | Emails with Committee regarding meeting schedule. | 0.40 hrs. |
| 03/05/09 | H. SEIFE | Telephone conferences Committee chair regarding meeting/committee issues. | 0.80 hrs. |
| 03/06/09 | H. SEIFE | Telephone conferences various creditors regarding case status. | 1.20 hrs. |
| 03/06/09 | D. E. DEUTSCH | Review first draft of website created for creditors and draft comments to Delaware counsel re: same (.6). | 0.60 hrs. |
| 03/06/09 | D. M. LeMAY | T/cs w/Lantry (0.3) and J. Grudus (0.2) re: proposed contract w/AT&T. | 0.50 hrs. |
| 03/09/09 | D. E. DEUTSCH | Discussions with David LeMay, research and follow-up with Moelis and others re: Debtors' proposed document protocol process (.7); telephone conversation with Matt McGuire re: information website and various other matters (.2). | 0.90 hrs. |
| 03/09/09 | H. SEIFE | Telephone conferences committee members regarding status. | 0.40 hrs. |
| 03/09/09 | D. M. LeMAY | Review terms of proposed AT&T contract and t/c w/J. Grudus re: same. | 0.40 hrs. |
| 03/11/09 | D. E. DEUTSCH | Exchange e-mails with co-chair and David LeMay re: meeting and discussion topics for same (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 03/12/09 | D. E. DEUTSCH | Exchange e-mails with Miriam Kulnis re: various requests (.2). | 0.20 hrs. |
| 03/12/09 | H. SEIFE | Telephone conferences creditors regarding case inquiries. | 1.10 hrs. |
| 03/12/09 | D. E. DEUTSCH | Review revised public Committee website and discuss certain edits related to same with Matt McGuire (.5); additional follow-up on same per Committee request (.2). | 0.70 hrs. |
| 03/13/09 | D. E. DEUTSCH | Follow-up on inquiry from Jay Teitelbaum and exchange e-mails on same (.3). | 0.30 hrs. |
| 03/17/09 | D. E. DEUTSCH | Review memorandum from employee counsel to Debtors and follow-up on same (.3). | 0.30 hrs. |
| 03/17/09 | H. SEIFE | Review correspondence from J.Teitelbaum regarding claims. | 0.40 hrs. |
| 03/19/09 | H. SEIFE | Conferences with M.Kulnis (JPM) (.5); conference Angelo Gordon (.3). | 0.80 hrs. |
| 03/23/09 | D. E. DEUTSCH | Telephone conversation with Jay Teitelbaum re: various outstanding matters (.1). | 0.10 hrs. |
| 03/23/09 | J. B. PORTER | Phone call with former employee/ unsecured creditor (.5). | 0.50 hrs. |
| 03/24/09 | H. SEIFE | Telephone conferences creditors regarding case status and developments. | 0.80 hrs. |
| 03/25/09 | J. B. PORTER | Circulated memoranda and other documents to the Committee. | 0.50 hrs. |
| 03/26/09 | D. E. DEUTSCH | Exchange e-mails with counsel to Guild (.2); exchange e-mails and calls with counsel to JPMorgan (.2). | 0.40 hrs. |
| 03/26/09 | G. BRADSHAW | Reviewed letters to Debtors re: communication of information to Committee (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     April 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   3

| 03/27/09 | D. E. DEUTSCH | Review, research and respond to inquiry from counsel to JPMorgan (.2). | 0.20 hrs. |
| 03/27/09 | H. SEIFE | Telephone conferences Committee members regarding pending issues. | 0.60 hrs. |
| 03/30/09 | H. SEIFE | Telephone conference JPM. | 0.20 hrs. |

**Total Fees for Professional Services.............. $12,699.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .90 | 742.50 |
| H. SEIFE | 955.00 | 8.60 | 8213.00 |
| D. E. DEUTSCH | 625.00 | 4.00 | 2500.00 |
| J. B. PORTER | 395.00 | 2.80 | 1106.00 |
| G. BRADSHAW | 345.00 | .40 | 138.00 |
| TOTALS | | 16.70 | 12699.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   1
```

For Services Through March 31, 2009

Our Matter #19804.005
       DIP FINANCING


| | | | |
|---|---|---|---|
| 03/04/09 | D. M. LeMAY | Review rating agency presentation and draft syndication materials (1.2).  Review current final DIP order for possible changes required (1.4). | 2.60 hrs. |
| 03/05/09 | H. SEIFE | Review of initial Barclay's DIP summary document. | 1.60 hrs. |
| 03/06/09 | H. SEIFE | Review of Barclays proposed DIP. | 0.40 hrs. |
| 03/08/09 | J. GIANNINI | Review and preparation of notes re: new DIP facility (1). | 1.00 hrs. |
| 03/10/09 | H. SEIFE | Review of Barclays DIP summary filing (.6); telephone conference with Moelis regarding DIP (.5). | 1.10 hrs. |
| 03/10/09 | D. E. DEUTSCH | Brief review of DIP materials/draft syndication materials and work on action item list for same (.9). | 0.90 hrs. |
| 03/10/09 | V. DUNN | Reviewed summary of terms for new DIP facility and met with J.Giannini re same. | 1.20 hrs. |
| 03/10/09 | D. M. LeMAY | Review memo from Debtors regarding DIP issues. | 0.80 hrs. |
| 03/10/09 | J. B. PORTER | Circulated email to the Committee's Professionals regarding the DIP financing (.2). | 0.20 hrs. |
| 03/11/09 | V. DUNN | Reviewed Amendment to LC Facility and sent comments to Joe Gianinni (1.2); met with Joe Giannini re permanent DIP (.3). | 1.50 hrs. |
| 03/11/09 | J. GIANNINI | Review of LOC Facility amendment and preparation of summary correspondence re: same. (.4 ); review of bank book re: new DIP facility and preparation of summary correspondence re: same (.8); various office meetings with V Dunn re: same (.4). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 24, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page    2


| | | | |
|---|---|---|---|
| 03/12/09 | J. GIANNINI | Review updated DIP materials and prepare summary email re: same (1). | 1.00 hrs. |
| 03/12/09 | H. SEIFE | Review of additional info regarding proposed DIP. | 0.50 hrs. |
| 03/12/09 | D. E. DEUTSCH | Review DIP syndicate materials and follow up with corporate team re: same (1.2); related e-mails with Moelis team (.1); exchange e-mails with Bryan Krakauer re: pending DIP issue (.2). | 1.50 hrs. |
| 03/12/09 | D. M. LeMAY | Review Barclays syndication materials (0.8). | 0.80 hrs. |
| 03/13/09 | D. M. LeMAY | Review DIP term sheet received from Debtors and comment on related cover note to the Committee. | 1.40 hrs. |
| 03/13/09 | D. E. DEUTSCH | Calls and e-mails with Debtors' counsel (Bryan Krakauer) re: status of term sheet (.2); follow-up with Moelis on related matter (.1); initial review of term sheet and follow-up with corporate team re: analysis of same (.3); additional follow-up with Moelis re: obtaining certain DIP documents (.2); draft short posting memorandum to Committee re: DIP term sheet (.3). | 1.10 hrs. |
| 03/13/09 | H. SEIFE | Review of Barclays proposal. | 0.40 hrs. |
| 03/16/09 | V. DUNN | Reviewing summary of terms of permanent DIP. | 0.30 hrs. |
| 03/16/09 | J. GIANNINI | Review and preparation of summary of DIP term sheet (.6); prepared notes comparing new DIP term sheet with existing DIP facility (.4). | 1.00 hrs. |
| 03/18/09 | J. GIANNINI | Review and preparation of summary memorandum re: DIP Term Sheet (2.3); various correspondence with V Dunn re: same (.4). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 03/18/09 | D. E. DEUTSCH | Review memorandum on DIP term sheet and follow-up on various items related to same (.5); exchange related e-mails with Joe Giannini (.2). | 0.70 hrs. |
| 03/18/09 | Y. YOO | Reviewing DIP financing documentation. | 0.20 hrs. |
| 03/18/09 | H. SEIFE | Telephone conference Sidley regarding update on DIP financing. | 0.40 hrs. |
| 03/18/09 | D. BAVA | Conference with V. Dunn re: obtaining receivable loan agreement (.10); review files re: receivable loan agreement (.20); correspondence with J. Giannini re: obtaining guaranty entered into with respect to DIP (.10); review files re: Barclays guaranty (.10). | 0.50 hrs. |
| 03/19/09 | D. M. LeMAY | Review Debtors DIP Term Sheet (1.1) and proposed summary of issues (0.3) on same.  T/c from B. Trust (Barclay's counsel) re: timing, process and confidentiality issues (0.3). | 1.70 hrs. |
| 03/19/09 | H. SEIFE | Meeting with Sidley regarding DIP issues/status. | 0.80 hrs. |
| 03/19/09 | D. E. DEUTSCH | Exchange e-mails with Debtors' counsel re: status of DIP matters (.1); follow-up call with Kevin Lantry on same (.1); review materials on DIP and draft outline for corporate team on Committee memorandum on same (.5). | 0.70 hrs. |
| 03/20/09 | H. SEIFE | Review of proposed DIP. | 0.40 hrs. |
| 03/20/09 | J. B. PORTER | Drafted email to the Committee re confidentiality provisions for receipt of the Barclay's fee letter. | 0.20 hrs. |
| 03/20/09 | D. M. LeMAY | Work on confidentiality issues regarding proposed Barclays DIP. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 03/21/09 | D. E. DEUTSCH | Follow-up with corporate team re: next steps on DIP analysis (.2). | 0.20 hrs. |
| 03/23/09 | D. E. DEUTSCH | Exchange e-mails with corporate team re: DIP review (.1); follow-up related to requested additional information on same (.1). | 0.20 hrs. |
| 03/23/09 | J. B. PORTER | Reviewed and edited Barclay's proposed confidentiality agreement. | 1.20 hrs. |
| 03/23/09 | V. DUNN | Reviewing term sheet and draft memo on DIP. | 1.90 hrs. |
| 03/23/09 | J. GIANNINI | Review of updated versions of proposed DIP Term Sheet and related Court Order (1); various office meetings with V Dunn re: summary of DIP Term Sheet (.6); revise and circulate final draft of same (2.7). | 4.30 hrs. |
| 03/24/09 | J. GIANNINI | Various office meetings with V Dunn re: final revisions to DIP Term Sheet memo (.2). Revise and circulate final draft for circulation to Unsecured Creditors Committee (.3). | 0.40 hrs. |
| 03/24/09 | V. DUNN | Worked on DIP memo for committee. | 2.90 hrs. |
| 03/24/09 | D. E. DEUTSCH | Review DIP materials (.2); follow-up with corporate team on same (.2); telephone conversation with Vincent Dunn re: next steps related to same (.1); review and respond to inquiry from corporate team on DIP matter (.2); e-mail David LeMay on DIP issue (.1); review corporate analysis on part of new DIP facility and research and draft e-mail comments on same (.4); | 1.20 hrs. |
| 03/24/09 | D. M. LeMAY | Review DIP documentation (3.8); C&P draft summary of same (1.4). Work on completing confidentiality issues w/Barclays (0.8). | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    5

| | | | |
|---|---|---|---|
| 03/25/09 | D. M. LeMAY | Review and revise Permitted Disposition side letter (0.2) and draft DIP summary (0.7). | 0.90 hrs. |
| 03/25/09 | J. B. PORTER | Spoke with Barclay's counsel re the status of the fee letters. | 0.50 hrs. |
| 03/25/09 | J. GIANNINI | Review of D LeMay comments to DIP Term Sheet memo (.3); various office meetings with V Dunn re: revisions to DIP Term Sheet memo (.2); revise and circulate final version of DIP Term Sheet memo for circulation to Unsecured Creditors Committee (1). | 1.50 hrs. |
| 03/25/09 | H. SEIFE | Telephone conference Sidley regarding DIP. | 0.80 hrs. |
| 03/26/09 | J. GIANNINI | Review of initial drafts of new DIP operative documents and preparation of notes/comments re: same. | 1.20 hrs. |
| 03/26/09 | V. DUNN | Call with Deutsch re memo on DIP term sheet and committee meeting (.3); call with LeMay re DIP memo (.3). | 0.60 hrs. |
| 03/26/09 | D. M. LeMAY | Review DIP summary memo, revise same and t/c w/J. Giannini re: changes. | 1.30 hrs. |
| 03/26/09 | D. E. DEUTSCH | Brief review of revised materials on new DIP and follow-up on next action steps related to same (.5). | 0.50 hrs. |
| 03/27/09 | D. M. LeMAY | Review Memo re: DIP Summary and revise (0.8). Review draft DIP order (1.2). | 2.00 hrs. |
| 03/27/09 | J. B. PORTER | Reviewed revised DIP financing order (1.4) and meeting with D. Deutsch re same (.2). | 1.60 hrs. |
| 03/29/09 | J. B. PORTER | Updated Letter to Debtors' counsel to reflect comments received from the Committee co-chair. | 0.70 hrs. |
| 03/30/09 | J. B. PORTER | Reviewed debtors' proposed order authorizing the new DIP facility. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 03/30/09 | J. GIANNINI | Office meeting with J Porter re: revisions to DIP Final Order (.1); review of materials re: same (.4). | 0.50 hrs. |
| 03/31/09 | J. GIANNINI | Various office meetings with V Dunn re: DIP proposed operative documents (1.1); review of DIP proposed operative documents to confirm consistency with Term Sheet and Omnibus Amendment (2.4); preparation of comments/questions re: same (1.2). | 4.70 hrs. |
| 03/31/09 | H. SEIFE | Telephone conference Moelis/AlixPartners regarding DIP. | 0.70 hrs. |
| 03/31/09 | J. B. PORTER | Coordinated with Mayer Brown re receipt of the Barclays' fee letters and reviewed terms of the Barclays' fee letters. | 1.10 hrs. |
| 03/31/09 | V. DUNN | Reviewing "final" DIP documents (2); e-mail to team re Trigger Event, Termination Events and changes to Carve-Out (1); meetings and calls with Joe Giannini re DIP documents (1.2). | 4.20 hrs. |
| 03/31/09 | D. E. DEUTSCH | Review various e-mails from Debtors and C&P team on DIP matters (.4); follow-up on fee letters issue (.1). | 0.50 hrs. |
| 03/31/09 | D. M. LeMAY | Review and revise e-mails re: Barclays confidentiality issue (0.4). Review V. Dunn memo re: DIP and l/c revisions and reply (0.8). | 1.20 hrs. |

Total Fees for Professional Services.............  $51,752.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page     7

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 19.90 | 16417.50 |
| H. SEIFE | 955.00 | 7.10 | 6780.50 |
| D. E. DEUTSCH | 625.00 | 7.50 | 4687.50 |
| V. DUNN | 735.00 | 12.60 | 9261.00 |
| D. BAVA | 260.00 | .50 | 130.00 |
| J. GIANNINI | 585.00 | 19.90 | 11641.50 |
| J. B. PORTER | 395.00 | 7.00 | 2765.00 |
| Y. YOO | 345.00 | .20 | 69.00 |
| TOTALS | | 74.70 | 51752.00 |