TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through March 31, 2009

Our Matter #19804.006
            INTER COMPANY ISSUES/CASH MANAGEMENT


03/02/09   D. M. LeMAY        Work on revisions to cash          1.50 hrs.
                              management order.

03/02/09   D. E. DEUTSCH      Review revised cash management     2.60 hrs.
                              order and drafted two inserts for
                              same (1.2); e-mails on open items
                              with David LeMay (.2); call with
                              Administrative Agent re: open
                              matters related to cash management
                              order (.2); telephone conversation
                              with AlixPartners (Alan Holtz) re:
                              required follow-up on cash
                              management issue (.2): exchange
                              e-mails with Davis Polk team and
                              Debtors' counsel re: motion to
                              extend objection deadline (.1);
                              follow-up on proposed disposal of
                              certain issues with David LeMay
                              (.3); review new mark-up from
                              JPMorgan's counsel and follow-up
                              with Debtors on same and other
                              open cash management issues (.4).

03/03/09   D. E. DEUTSCH      Telephone conversations with Davis 1.60 hrs.
                              Polk team re: cash management
                              order issues (.3); related
                              follow-up research and e-mails
                              (.6); telephone conversations with
                              Alan Holtz and Brad Hall re:
                              intercompany cash management issue
                              (.4); review and revise order
                              (.2); e-mail David Polk team with
                              same (.1).

03/04/09   D. E. DEUTSCH      Exchange e-mails on revised cash   0.80 hrs.
                              management order with
                              Administrative Agent's counsel
                              (.3); follow-up and edit order
                              rider (.1); draft detailed e-mails
                              to Debtors re: cash management and
                              next steps on same (.2); follow-up
                              with AlixPartners on draw issue
                              (.2).

03/04/09   D. M. LeMAY        Review DPW propose changes to cash 1.10 hrs.
                              management order and e-mail D.
                              Smith with comments.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 03/04/09 | H. SEIFE | Review of remaining cash management issues. | 0.60 hrs. |
| 03/05/09 | D. M. LeMAY | Analysis re: post-petition funding between Debtors and nondebtors and revise order language to reflect same. | 1.10 hrs. |
| 03/05/09 | D. E. DEUTSCH | Review mark-up on cash management order from steering committee and begin analysis of same (.6); follow-up on related issues with AlixPartners (.2); discuss various cash management issues with David LeMay (.3): review materials from AlixPartners on cash management (.3); draft related memorandum to Alan Holtz and team on pending cash management issues (.3); exchange additional related e-mails (.2). | 1.90 hrs. |
| 03/05/09 | H. SEIFE | Email AlixPartners regarding cash issue regarding non-debtor deposits. | 0.40 hrs. |
| 03/06/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners' team re: cash management issues (.3); follow-up with Adam Landis re: request related to 345 motion and review related materials (.4); exchange related e-mails with Debtors' counsel (.3); review materials on cash management issue (.6); participate in call with AlixPartners' team and David LeMay re: same and perform related follow-up (.8); exchange additional e-mails with Debtors re: 345 issue (.2). | 2.60 hrs. |
| 03/09/09 | G. BRADSHAW | Drafted preliminary committee memoranda re: Debtor's extension for compliance with Cash Management motion (1.9). | 1.90 hrs. |
| 03/09/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: cash management issues (.2); review materials related to same (.4). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page     3


| | | | |
|---|---|---|---|
| 03/10/09 | H. SEIFE | Telephone conference AlixPartners regarding remaining cash management issues and interest accrual. | 0.50 hrs. |
| 03/17/09 | D. E. DEUTSCH | Review materials and exchange e-mails with Debtors and senior lenders' counsel re: open cash management order issues and next steps related thereto (.5). | 0.50 hrs. |
| 03/19/09 | D. E. DEUTSCH | Review materials and draft follow-up e-mails to AlixPartners re: document review for protocol and return of certain funds (.5); review materials and follow-up on status of certain funds that were transferred to non-debtors (.4). | 0.90 hrs. |
| 03/21/09 | D. E. DEUTSCH | Follow-up with Brad Hall on status of retained cash issue (.2). | 0.20 hrs. |
| 03/23/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz (AlixPartners) re: status of certain funds held by non-debtors (.2). | 0.20 hrs. |
| 03/24/09 | D. E. DEUTSCH | Review 2015.3 materials (.1); review e-mails and materials re: revised cash management order (.2). | 0.30 hrs. |
| 03/24/09 | D. E. DEUTSCH | Review Debtors' motion to extend 2015.3 filings (.1); review various case related e-mails (.1). | 0.20 hrs. |
| 03/25/09 | D. E. DEUTSCH | Follow-up with AlixPartners on certain funds held by non-debtors (.2). | 0.20 hrs. |
| 03/27/09 | H. SEIFE | Review of issue regarding non-debtor cash. | 0.40 hrs. |
| 03/30/09 | D. E. DEUTSCH | Review and analysis of revised cash management order (.6); follow-up with Sidley (Kevin Lantry) re: follow-up on same (.1). | 0.70 hrs. |
| 03/31/09 | D. E. DEUTSCH | Exchange e-mails with Sidley re: cash management order issues (.2); review materials and draft request to Sidley re: list of matters for follow-up on non-debtor cash issue | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

                                    (.3).

03/31/09   H. SEIFE       Telephone conference AlixPartners        0.90 hrs.
                          regarding cash balances at
                          non-debtors (.5); review of B.Hall
                          memo on non-debtor cash balances
                          (.4).


        **Total Fees for Professional Services.............  $15,007.00**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 3.70 | 3052.50 |
| H. SEIFE | 955.00 | 2.80 | 2674.00 |
| D. E. DEUTSCH | 625.00 | 13.80 | 8625.00 |
| G. BRADSHAW | 345.00 | 1.90 | 655.50 |
| TOTALS | | 22.20 | 15007.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                              For Services Through March 31, 2009
    Our Matter #19804.007
              BUSINESS OPERATIONS


03/02/09    H. SEIFE          Emails regarding due diligence        0.40 hrs.
                              meetings.

03/04/09    H. SEIFE          Review of AP report on operations.    0.50 hrs.

03/06/09    H. SEIFE          Review of reports on operations.      0.40 hrs.

03/09/09    H. SEIFE          Review of AlixPartners report on      0.60 hrs.
                              financial operations.

03/12/09    H. SEIFE          Review of financial reports on        1.00 hrs.
                              operations.

03/14/09    D. E. DEUTSCH     Review materials on Debtors'          1.30 hrs.
                              financial/operating plan and draft
                              memorandum to Alan Holtz on
                              follow-up items (1.3).

03/16/09    H. SEIFE          Review of draft operating plan.       1.00 hrs.

03/17/09    H. SEIFE          Review of draft operating plan.       1.70 hrs.

03/18/09    H. SEIFE          Review of AlixPartners weekly         0.40 hrs.
                              report.

03/19/09    H. SEIFE          Review of Debtors draft operating     1.30 hrs.
                              plan.

03/24/09    H. SEIFE          Review of AlixPartners report on      1.20 hrs.
                              operations (.8); review of Moelis
                              weekly report (.4).

03/30/09    H. SEIFE          Review of reports on operations.      0.70 hrs.

03/30/09    J. B. PORTER      Reviewed articles re merger of        0.70 hrs.
                              Connecticut publishing and TV
                              stations and follow-up on same.

03/30/09    D. E. DEUTSCH     Review Debtors' draft press           0.30 hrs.
                              release and follow-up e-mails with
                              AlixPartners on same (.2);
                              follow-up on posting same (.1).

03/31/09    D. E. DEUTSCH     Review materials on Sun Times         0.70 hrs.
                              bankruptcy filing (.2); draft
                              memorandum to AlixPartners re:
                              information request to Debtors re:
                              Sun Times contracts and related
                              issues (.2); brief review and

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice *****
Page    2

follow-up with AlixPartners on
analysis of monthly operating
reports (.3).


**Total Fees for Professional Services.............. $10,500.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 9.20 | 8786.00 |
| D. E. DEUTSCH | 625.00 | 2.30 | 1437.50 |
| J. B. PORTER | 395.00 | .70 | 276.50 |
| TOTALS | | 12.20 | 10500.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1

                              For Services Through March 31, 2009

Our Matter #19804.008
          ASSET DISPOSITION


03/02/09   S. CHAN          Reviewed documents in Project        0.50 hrs.
                            Fastball data room.

03/02/09   M. A. ALPERT     Reviewed documents in Fastball       0.40 hrs.
                            data room.

03/02/09   D. E. DEUTSCH    Review materials from Moelis team    0.80 hrs.
                            re: Fastball (.4); follow-up
                            e-mails with Marc Alpert on open
                            items (.1); related call with Marc
                            Alpert (.1); draft e-mail re:
                            Bryan Krakauer request for
                            Committee counsel access to
                            certain Fastball documents (.2).

03/02/09   B. G. CARSON     Review and revise summary of draft   2.90 hrs.
                            formation agreement.

03/03/09   B. G. CARSON     Review and revise summary of draft   1.60 hrs.
                            formation agreement.

03/03/09   H. SEIFE         Review of additional information     1.80 hrs.
                            on Cubs transaction.

03/03/09   D. E. DEUTSCH    Review new Cubs materials and        1.10 hrs.
                            follow-up on same (1.1).

03/03/09   D. M. LeMAY      Work on attempting to gain C&P       1.70 hrs.
                            access to Project Fastball
                            financial statements.

03/03/09   M. A. ALPERT     Reviewed documents in data room.     0.40 hrs.

03/03/09   S. CHAN          Reviewed documents in Project        0.50 hrs.
                            Fastball data room.

03/04/09   S. CHAN          Reviewed documents in Project        0.50 hrs.
                            Fastball data room.

03/04/09   D. M. LeMAY      T/c Moelis regarding Project         0.90 hrs.
                            Fastball update and status.

03/04/09   D. E. DEUTSCH    Exchange e-mails with Moelis re:     2.40 hrs.
                            Cubs transaction issues and
                            follow-up on same (.5); review
                            schedule memorandum related to new
                            posted materials (.3); review
                            related materials (1.2); calls
                            with C&P team re: next steps on

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

|  |  |  |  |
|---|---|---|---|
|  |  | Cubs transaction (.3); e-mail team re: scheduling Cubs transaction meeting (.1). |  |
| 03/05/09 | D. E. DEUTSCH | Participate in part of meeting with Cubs team re: various action items related to same (.9); review various e-mails related to Cubs transaction (.3); review materials and draft memorandum to Debtors' counsel re: needed missing Cubs transaction materials (1.1); e-mail to Howard Seife re: possible additional follow-up (.1). | 1.90 hrs. |
| 03/05/09 | D. M. LeMAY | C&P Project Fastball team meeting re: deal progress and tax structure. | 0.90 hrs. |
| 03/05/09 | R. M. LEDER | Participate in conference call between Chadbourne group and Moelis group (1.1). | 1.10 hrs. |
| 03/05/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/05/09 | M. A. ALPERT | Conf. w/Moelis re: current developments (.9); internal conference w/team (.3); correspondence re: due diligence matters (.3). | 1.50 hrs. |
| 03/05/09 | H. SEIFE | Conference call regarding update on Cubs transaction (.9); email to Sidley regarding document request (.3). | 1.20 hrs. |
| 03/05/09 | E. S. MARKSON | Conference call with Chadbourne and Moelis (1.1).  Followup calls with A. Ajmera and E. Glucoft of Moelis (1.2). | 2.30 hrs. |
| 03/06/09 | E. S. MARKSON | Phone call with A. Ajmera of Moelis regarding tax considerations in financial model. | 0.50 hrs. |
| 03/06/09 | H. SEIFE | Review of Cubs transaction structure and tax issues. | 0.80 hrs. |
| 03/06/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 24, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    3


| 03/06/09 | M. A. ALPERT | Reviewed misc. documents in Fastball data room. | 0.80 hrs. |
|----------|--------------|--------------------------------------------------|-----------|
| 03/09/09 | H. SEIFE | Telephone conference M.Alpert regarding Cubs transaction/break-up fee issue. | 0.30 hrs. |
| 03/09/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement. | 3.70 hrs. |
| 03/09/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/09/09 | D. E. DEUTSCH | Follow-up on status of Cubs matters with C&P team (.2); related calls with Moelis (.2); exchange e-mails with Marc Alpert re: various Cubs transaction matters (.1). | 0.50 hrs. |
| 03/10/09 | D. E. DEUTSCH | Follow-up on pending Cubs matter (.1); follow-up on issue raised by motion to reject certain leases (.2). | 0.30 hrs. |
| 03/10/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/10/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (3.0). | 3.00 hrs. |
| 03/10/09 | H. SEIFE | Telephone conference Moelis regarding status of Cubs transaction. | 0.50 hrs. |
| 03/11/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement. | 1.20 hrs. |
| 03/11/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/12/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/12/09 | H. SEIFE | Participate in meeting on Cubs transaction (.7); follow up with Moelis regarding Cubs transaction (.3). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

| 03/12/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (1.3); confs. w/team re: structure issues (.7). | 2.00 hrs. |
| 03/12/09 | R. M. LEDER | Internal conferences with bankruptcy and corporate Cubs teams (.6) and then separately with Markson (.2). | 0.80 hrs. |
| 03/12/09 | D. E. DEUTSCH | Call and exchange e-mails with Moelis re: various Cubs transaction matters (.4); follow-up with team re: status of outstanding matters (.4); prepare for and participate in meeting with team re: Cubs transaction (.8); research related to sale issues (2.2); follow-up with Bryan Krakauer re: various pending matters (.2). | 4.00 hrs. |
| 03/12/09 | E. S. MARKSON | Email exchanges with D. Deutsch and E. Glucoft of Moelis regarding Cubs transaction (0.2). Meeting with R. Leder, H. Seife, M. Alpert regarding same (0.8). | 1.00 hrs. |
| 03/13/09 | D. E. DEUTSCH | Review materials and follow-up with team re: list for access to certain Cubs documents (.3); follow-up with Debtors and team re: next turn of certain deal documents (.2); exchange e-mails with Marc Alpert re: various Cubs transaction matters (.2); exchange e-mail Bryan Krakauer re: financial documents (.4). | 1.10 hrs. |
| 03/13/09 | B. G. CARSON | Revise draft of summary of formation agreement. | 2.10 hrs. |
| 03/13/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement. | 0.90 hrs. |
| 03/13/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/14/09 | D. E. DEUTSCH | Review e-mails and attached materials on Cubs transaction and follow-up with Moelis team re: action items related to same (.6). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 03/15/09 | D. E. DEUTSCH | Review, research and follow-up on Fastball research request per Howard Seife (.9). | 0.90 hrs. |
| 03/16/09 | D. E. DEUTSCH | Research and follow-up on Cubs transaction structure issue (2.9); follow-up call with Ted Markson regarding same (.2); review various e-mails re: Cubs transaction structure (.2); exchange e-mails with Moelis team and Alan Holtz re: follow-up and scheduling meeting (.4). | 3.70 hrs. |
| 03/16/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.70 hrs. |
| 03/16/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (1.8). | 1.80 hrs. |
| 03/16/09 | B. G. CARSON | Revise draft of summary of formation agreement. | 1.60 hrs. |
| 03/17/09 | D. M. LeMAY | Prepare for (0.2) and participate in (1.1) meeting w/C&P, Moelis and Alix re: issues in Project Fastball. | 1.30 hrs. |
| 03/17/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (.7); t/c with the group re: Cubs transaction (.9). | 1.50 hrs. |
| 03/17/09 | S. CHAN | Reviewed documents in Project Fastball data room, distributed documents. | 0.80 hrs. |
| 03/17/09 | H. SEIFE | Review Cubs transaction issues/structure (1.5); conference call with Moelis and AlixPartners regarding Cubs transaction and issues regarding tax structure (.9). | 2.40 hrs. |
| 03/17/09 | R. M. LEDER | Conference call among Chadbourne and Moelis personnel to discuss Cubs transaction and exit strategies and preparatory conference in connection therewith (2.8). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    6

| | | | |
|---|---|---|---|
| 03/17/09 | E. S. MARKSON | Discussion of Cubs transaction structure and related tax issues with Chadbourne team, Moelis and Alix Partners. | 1.00 hrs. |
| 03/18/09 | D. E. DEUTSCH | Follow-up on status of Fastball tasks with Moelis (.2). | 0.20 hrs. |
| 03/18/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/18/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement. | 3.70 hrs. |
| 03/18/09 | B. G. CARSON | Review schedules to formation agreement. | 1.20 hrs. |
| 03/19/09 | B. G. CARSON | Review restated broadcast rights agreement. | 3.20 hrs. |
| 03/19/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (3.0); reviewed schedules to Formation Agreement (.9). | 3.90 hrs. |
| 03/19/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/19/09 | H. SEIFE | Meeting with Sidley regarding status of transaction/issues with Cubs (.8); emails regarding "put" proposal and Cubs (.5). | 1.30 hrs. |
| 03/20/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/20/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (3.4); reviewed exhibits to Formation Agreement (1.1). | 4.50 hrs. |
| 03/20/09 | B. G. CARSON | Revise draft of summary of formation agreement. | 2.40 hrs. |
| 03/21/09 | J. B. PORTER | Drafted memorandum re Debtors' proposed disposition of certain real property (2.5). | 2.50 hrs. |
| 03/22/09 | H. SEIFE | Conference call with Moelis on Cubs transaction status/issues. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    7


| 03/22/09 | J. B. PORTER | Revised memorandum re Debtors' proposed sale of certain real property. | 0.70 hrs. |

| 03/23/09 | E. S. MARKSON | Review draft of due diligence request list (.3).  Review M. Alpert comments on draft and discuss comments with D. Deutsch (.3); email exchange Deutsch, Alpert, R. Leder, H. Seife regarding same (.2).  Phone call with A. Ajmera of Moelis regarding draft (.2). | 1.00 hrs. |

| 03/23/09 | B. G. CARSON | Review and revise draft summary of formation agreement. | 1.40 hrs. |

| 03/23/09 | H. SEIFE | Conference call with M.Kulnis (Committee Chair) and Moelis with Cubs update (.8); review and revise Moelis agenda for Ricketts meeting (.6). | 1.40 hrs. |

| 03/23/09 | J. B. PORTER | Revised memo re sale of certain real property (.8) | 0.80 hrs. |

| 03/23/09 | M. A. ALPERT | Worked on summary and analysis of Formation Agreement (2.8); reviewed exhibits and schedules to Formation Agreement (2.2); reviewed financials (1.1); correspondence re: due diligence (.3). | 6.40 hrs. |

| 03/23/09 | D. E. DEUTSCH | Exchange e-mails and calls with JPMorgan and team re: Cubs sale matter (.3); schedule meeting thereon (.2); review e-mail from Bryan Krakauer re: certain Cubs financial information, exchange related e-mails and hold call with Marc Alpert re: same (.4); prepare for and meeting with JPMorgan, Moelis and Howard Seife re: Cubs matters (.6); exchange e-mails with Moelis team re: questions for parties to transaction (.2); review proposed questions/agenda for buyer and edit and distribute same (.4); related calls with C&P team (.1); review historic financial materials from Debtors | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    8

|            |              |                                                                                                                                                                                                                                                                                                                                                                |            |
|------------|--------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |              | and follow-up with Bryan Krakauer re: missing data (.7).                                                                                                                                                                                                                                                                                                        |            |
| 03/23/09   | D. E. DEUTSCH | Telephone conversation with Ashish Ajmera re: analysis of specific buyer issue (.2); review memorandum from AlixPartners re: analysis of proposed real estate sale (.3); e-mails to AlixPartners team (.1) and Jason Porter re: next steps regarding same (.1); exchange e-mails with Bryan Krakauer re: obtaining additional deal documents and process steps related to same (.3); e-mail Moelis on open document request (.1). | 1.10 hrs. |
| 03/23/09   | S. CHAN       | Reviewed documents in Project Fastball data room.                                                                                                                                                                                                                                                                                                              | 0.50 hrs. |
| 03/24/09   | S. CHAN       | Reviewed documents in Project Fastball data room.                                                                                                                                                                                                                                                                                                              | 0.70 hrs. |
| 03/24/09   | D. E. DEUTSCH | Review memorandum on analysis of tax issues related to Cubs sale (.3); conference with Ted Markson discussing changes on same (.3); circulate related e-mail on status of Cubs/tax matters (.1); review and revise draft memorandum on disposition of real estate (.4); discuss follow-up on same with Jason Porter (.1); exchange e-mails on Cubs/tax analysis (.2); review materials from Bryan Krakauer on certain Cubs historic information and follow-up with Marc Alpert with same (.3). | 1.70 hrs. |
| 03/24/09   | M. A. ALPERT  | Reviewed exhibits and schedules to Formation Agreement (2.4); reviewed financials (.5).                                                                                                                                                                                                                                                                         | 2.90 hrs. |
| 03/24/09   | B. G. CARSON  | Review financial statements for Cubs entity in connection with review of summary of formation agreement.                                                                                                                                                                                                                                                        | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| 03/24/09 | J. B. PORTER | Revised memoranda re Debtors' proposed sale of certain real property and adversary proceeding filed by the Debtors to reflect comments received on drafts | 4.70 hrs. |
| 03/25/09 | H. SEIFE | Telephone conference Sidley regarding Cubs transaction (.4); review of document analysis of Cub transaction (1.3). | 1.70 hrs. |
| 03/25/09 | M. A. ALPERT | Reviewed exhibits and schedules to Formation Agreement (2.3); reviewed financials (.7). | 3.00 hrs. |
| 03/25/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.80 hrs. |
| 03/26/09 | S. CHAN | Reviewed documents in Project Fastball data room, distributed documents. | 0.80 hrs. |
| 03/26/09 | M. A. ALPERT | Reviewed exhibits and schedules to Formation Agreement. | 3.30 hrs. |
| 03/26/09 | D. E. DEUTSCH | Exchange e-mails with Marc Alpert re: update on Cubs issue (.2); work on action steps related to follow-up with McDermott Will (.2); update team regarding same (.1); review new posted materials and follow-up with Bonnie Dye on updating related spreadsheet (.5). | 1.00 hrs. |
| 03/26/09 | B. G. CARSON | Review and prepare summary of restated radio broadcast rights agreement. | 3.10 hrs. |
| 03/26/09 | B. DYE | Review and update Project Fastball spreadsheet with newly posted documents. | 0.80 hrs. |
| 03/27/09 | B. DYE | Review and update Project Fastball spreadsheet. | 0.50 hrs. |
| 03/27/09 | M. A. ALPERT | Reviewed exhibits and schedules to Formation Agreement. | 2.70 hrs. |
| 03/27/09 | H. SEIFE | Review of Moelis update on Cubs transaction. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   10


| | | | |
|---|---|---|---|
| 03/27/09 | D. E. DEUTSCH | Telephone conversation with Marc Alpert re: status of Cubs transaction matters (.1); exchange e-mails related to new Cubs materials (.1). | 0.20 hrs. |
| 03/27/09 | S. CHAN | Reviewed documents in Project Fastball data room, distributed documents. | 0.50 hrs. |
| 03/30/09 | H. SEIFE | Prepare for call with Ricketts and deal questions. | 0.60 hrs. |
| 03/30/09 | M. A. ALPERT | Reviewed exhibits and schedules to Formation Agreement and broadcasting agreements. | 2.50 hrs. |
| 03/30/09 | D. E. DEUTSCH | Review various e-mails re: status of Cubs transaction materials that were to be posted to website (.2); call with Marc Alpert re: various outstanding Cubs matters (.1). | 0.30 hrs. |
| 03/30/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 03/31/09 | S. CHAN | Reviewed documents in Project Fastball data room, distributed documents. | 1.20 hrs. |
| 03/31/09 | B. G. CARSON | Review updated draft of the formation agreement. | 1.80 hrs. |
| 03/31/09 | E. S. MARKSON | Conference call with R. Leder, D. Deutsch, M. Alpert, and representatives of Tribune, Moelis, Blackstone, Ricketts group, Foley & Lardner, and others (0.9); follow-up discussion with Deutsch (0.6). | 1.50 hrs. |
| 03/31/09 | D. E. DEUTSCH | Exchange calls with Marc Alpert re: various open Fastball matters (.2); review materials distributed by Debtors related to today's call (.4); participate in conference call with Ricketts and Debtors' teams re: Fastball (1.0); review new materials posted to website and follow-up related to same (.9); meeting with Jason Porter re: drafting outline of call (.2); | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page   11

|  |  |  |  |
|---|---|---|---|
|  |  | conference call with Moelis team re: various matters raised during call (.4); review outline and edit same (.3); draft analysis and action item memorandum related to Fastball matters (1.1). |  |
| 03/31/09 | J. B. PORTER | Prepared detailed summary for Committee/professionals on call with proposed Cubs buyer (2). | 2.00 hrs. |
| 03/31/09 | R. M. LEDER | Attend conference call with Ricketts group re financing structure. | 0.90 hrs. |
| 03/31/09 | H. SEIFE | Telephone conference Moelis regarding Cubs transaction update (.4); review of schematic on Cubs transaction (.6). | 1.00 hrs. |
| 03/31/09 | M. A. ALPERT | Reviewed exhibits and schedules to Formation Agreement (2.7); reviewed documents in preparation for Cubs diligence call (.8); participated in Cubs diligence call (1.0); participated in part of professionals meeting (.3). | 4.80 hrs. |

**Total Fees for Professional Services.............. $107,816.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 4.80 | 3960.00 |
| E. S. MARKSON | 735.00 | 7.30 | 5365.50 |
| H. SEIFE | 955.00 | 15.10 | 14420.50 |
| M. A. ALPERT | 795.00 | 54.90 | 43645.50 |
| R. M. LEDER | 955.00 | 5.60 | 5348.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page   12

| | | | |
|---|---|---|---|
| B. G. CARSON | 395.00 | 22.70 | 8966.50 |
| D. E. DEUTSCH | 625.00 | 29.20 | 18250.00 |
| S. CHAN | 245.00 | 13.00 | 3185.00 |
| J. B. PORTER | 395.00 | 10.70 | 4226.50 |
| B. DYE | 345.00 | 1.30 | 448.50 |
| TOTALS | | 164.60 | 107816.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                April 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    1


                                    For Services Through March 31, 2009

   Our Matter #19804.009
          CLAIMS ADMINISTRATION/BAR DATE


03/04/09   J. B. PORTER        Reviewed the Debtors' proposed bar      2.00 hrs.
                               date order and researched and
                               compared to certain provisions to
                               bar date orders entered in other
                               comparable bankruptcy cases.

03/04/09   D. E. DEUTSCH       Initial review of drafts of bar        2.10 hrs.
                               date motion, order and related
                               documents (.8); review related
                               memo (.1); exchange related
                               e-mails with Debtors' counsel
                               (.3); follow-up calls to
                               Wilmington Trust and Deutsche Bank
                               re: possible issues of concern
                               with same (.5); exchange
                               additional e-mails with Debtors'
                               counsel on open issue (.1); calls
                               regarding same (.3).

03/04/09   H. SEIFE            Review of issues regarding bar         0.50 hrs.
                               date motion.

03/05/09   J. B. PORTER        Continued review and analysis of      0.80 hrs.
                               the proposed bar date order as
                               well as the accompanying exhibits.

03/06/09   D. E. DEUTSCH       Telephone conversation and e-mails     1.00 hrs.
                               with Debtors' counsel re: draft
                               bar date motion and slight edits
                               to same (.4); follow-up with
                               Deutsche Bank and Wilmington Trust
                               re: bar date issues (.3); exchange
                               related e-mails with Deutsche Bank
                               (.2); draft e-mail to Debtors'
                               counsel re: same (.1).

03/09/09   J. B. PORTER        Drafted memorandum which outlined     2.50 hrs.
                               the proposed provisions of the
                               Debtors' Bar Date Order.

03/11/09   J. B. PORTER        Finalized memorandum outlining        1.30 hrs.
                               the Debtors' Bar Date Motion and
                               proposed order.

03/23/09   D. E. DEUTSCH       Review comments to Bar Date Order     0.70 hrs.
                               from U.S. Trustee and from third
                               parties (.4); review revised Bar
                               Date Order and attachments and
                               discuss issues on same with Kevin

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      April 24, 2009
435 N. MICHIGAN AVENUE      Invoice \*\*\*\*\*\*
CHICAGO, IL 60611      Page    2

Lantry (.3).

| 03/24/09 | D. E. DEUTSCH | Review revised bar date order revisions (.2); exchange e-mails with Matt McGuire re: final revisions and next steps on bar date motion (.2). | 0.40 hrs. |

**Total Fees for Professional Services.............. $5,709.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | .50 | 477.50 |
| D. E. DEUTSCH | 625.00 | 4.20 | 2625.00 |
| J. B. PORTER | 395.00 | 6.60 | 2607.00 |
| TOTALS | | 11.30 | 5709.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through March 31, 2009

Our Matter #19804.010
            FEE/RETENTION APPLICATIONS


| 03/02/09 | G. BRADSHAW | Reviewed ordinary course affidavits for expense tracking and conflicts (.4). | 0.40 hrs. |
|---|---|---|---|
| 03/02/09 | H. LAMB | Review of billing proformas in preparation of February fee application. | 2.60 hrs. |
| 03/03/09 | D. M. LeMAY | Work on resolution of open UST issues re: Moelis and Lazard. | 0.70 hrs. |
| 03/03/09 | G. BRADSHAW | Reviewed filings for ordinary course motions (.1). | 0.10 hrs. |
| 03/03/09 | D. E. DEUTSCH | Review e-mails on deposition of Lazard (.2); follow-up on Committee counsel attendance at deposition (.1). | 0.30 hrs. |
| 03/04/09 | D. E. DEUTSCH | Research on fee reimbursement issue (.2); telephone conversation with committee member regarding same (.1). | 0.30 hrs. |
| 03/04/09 | G. BRADSHAW | Reviewed Debtors' ordinary course affidavits for conflicts and expense tracking purposes (1). | 1.00 hrs. |
| 03/04/09 | D. M. LeMAY | Review documents produced by Lazard re: retention issues. | 2.40 hrs. |
| 03/04/09 | J. B. PORTER | Per D.LeMay, review certain discovery documents produced by Lazard for the U.S. Trustee. | 2.20 hrs. |
| 03/05/09 | H. LAMB | Further detail review of biling proformas/fee and costs detail in preparation of monthly fee application. | 3.00 hrs. |
| 03/05/09 | G. BRADSHAW | Reviewed ordinary course affidavits for retainer amounts and conflicts (1.8). | 1.80 hrs. |
| 03/05/09 | D. E. DEUTSCH | Exchange e-mails on ordinary course professional issue (.2); telephone conversation with McDermott Will counsel re: possible settlement of retention | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

|  |  | issues (.2); follow-up note to file on same (.2). |  |
|---|---|---|---|
| 03/05/09 | F. VAZQUEZ | Conference with Deutsch re: McDermott retention. | 0.10 hrs. |
| 03/06/09 | D. E. DEUTSCH | Review various e-mails re: next steps with retention of certain Debtor professionals (.2); follow-up on status of Moelis retention (.1); exchange e-mails with Matt McGuire and Moelis counsel re: required next steps on same (.2); exchange e-mails re: process issue re: Committee signoff and follow-up on same (.2). | 0.70 hrs. |
| 03/06/09 | G. BRADSHAW | Reviewed ordinary course affidavits for conflicts (.8); prepared conflicts report re: ord. course motions (.5). | 1.30 hrs. |
| 03/06/09 | H. SEIFE | Review of Moelis issues of retention. | 0.40 hrs. |
| 03/06/09 | J. B. PORTER | Drafted email to the Committee explaining certain revisions to the Moelis retention order which were requested by the U.S. Trustee. | 0.80 hrs. |
| 03/06/09 | D. M. LeMAY | Review and revise e-mail to Committee re: engagement issues and settlement. | 0.30 hrs. |
| 03/07/09 | D. E. DEUTSCH | Review e-mails from Moelis and others re: retention matters status (.2). | 0.20 hrs. |
| 03/09/09 | G. BRADSHAW | Reviewed Ordinary Course affidavits filed bu Debtors' counsel (.2). | 0.20 hrs. |
| 03/09/09 | D. E. DEUTSCH | Review proposed stipulation re: Moelis and draft edits to same (.2); e-mail Landis team re: follow-up on same (.1); review revised order and other materials from McDermott Will re: their retention and follow-up on same (.4); review retention materials re: other Debtors' professionals (.2). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    3

| 03/11/09 | H. LAMB | Begin preparation of second monthly fee application. | 3.40 hrs. |
|---|---|---|---|
| 03/13/09 | H. LAMB | Further preparation of second montly fee application. | 1.70 hrs. |
| 03/13/09 | D. E. DEUTSCH | Draft e-mail to team re: billing matter procedure change (.2). | 0.20 hrs. |
| 03/13/09 | G. BRADSHAW | Reviewed ordinary course affidavits (.4); conf. w/D. Deutsch re: ordinary course affidavits (.1); reviewed special counsel application (.3). | 0.80 hrs. |
| 03/16/09 | G. BRADSHAW | Reviewed Sayfarth Shaw discrepancies in ordinary course affidavits (.7). | 0.70 hrs. |
| 03/18/09 | D. E. DEUTSCH | Review proposed fee examiner order and discuss various items related to same with Matt McGuire (.5). | 0.50 hrs. |
| 03/18/09 | F. VAZQUEZ | Review and revise narrative in fee application. | 0.20 hrs. |
| 03/18/09 | H. LAMB | Detailed review of costs incurred during second monthly fee period (1); preparation of exhibits to second monthly fee application (1.8). | 2.80 hrs. |
| 03/19/09 | D. E. DEUTSCH | Review memo and other materials on ordinary course professionals and follow-up on issue on same with Gilbert Bradshaw (.3). | 0.30 hrs. |
| 03/19/09 | G. BRADSHAW | Ordinary course monitoring for expense tracking purposes (.1). | 0.10 hrs. |
| 03/20/09 | G. BRADSHAW | Researched ordinary course procedure issue (2.7); conf. w/D. Deutsch  re: same (.2). | 2.90 hrs. |
| 03/20/09 | J. B. PORTER | Reviewed Fee Examiner order re procedure for providing fee applications to the Fee Examiner adn establish related procedures memo (.9); follow up on reformatting Committee member expenses in Excel per Examiner | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

requirement (.4).

| | | | |
|---|---|---|---|
| 03/20/09 | D. E. DEUTSCH | Follow-up with Kevin Lantry re: issue on payment of Committee member reimbursement (.2); obtain related materials and forward to Debtors' counsel (.2). | 0.40 hrs. |
| 03/20/09 | H. LAMB | Review Committee expense receipts and prepare second monthly expense submission (1.6); review Order appointing fee examiner (.3) and conferences with D.Deutsch, J.Porter and F.Panchak regarding same (.4); begin preparations for submitting fee and expense detail to examiner in accordance with order (.6). | 2.90 hrs. |
| 03/21/09 | D. E. DEUTSCH | Review fee application motion/descriptions and edit same (1.4). | 1.40 hrs. |
| 03/24/09 | G. BRADSHAW | Reviewed ordinary course affidavits filed (.4). | 0.40 hrs. |
| 03/24/09 | H. LAMB | Finalize monthly fee application and exhibits and prepare for e-filing. | 1.30 hrs. |
| 03/25/09 | H. SEIFE | Review and revised February fee application. | 0.50 hrs. |
| 03/25/09 | D. E. DEUTSCH | E-mails and calls with Debtors' counsel and financial advisor re: fee application issue (.3). | 0.30 hrs. |
| 03/26/09 | G. BRADSHAW | Reviewed ordinary course filings by Debtors (.4). | 0.40 hrs. |
| 03/27/09 | G. BRADSHAW | Reviewed ordinary course retention order and related filings of monthly statements to verify Debtors compliance with order (2); email to D. Deutsch re: same (.3). | 2.30 hrs. |
| 03/27/09 | H. LAMB | Prepare email to Fee Examiner attaching fee and expense detail in requested format for first monthly fee application and Committee's first expense request. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


| 03/28/09 | G. BRADSHAW | Reviewed and summarized compensation procedures motions and related exhibits. | 2.20 hrs. |

03/28/09   D. E. DEUTSCH      Review ordinary course retention        1.10 hrs.
                             materials and follow-up with
                             AlixPartners re: status of report
                             on same (.5); draft related e-mail
                             to Debtors (.1); review Debtors'
                             fee application matter and
                             follow-up with Gilbert Bradshaw
                             re: requested research on same
                             (.3); review updated ordinary
                             course professional spreadsheet
                             (.2).

03/29/09   D. E. DEUTSCH      Review response from AlixPartners       0.30 hrs.
                             re: ordinary course professionals
                             (.1); draft follow-up memorandum
                             to Debtors' counsel (.2).

03/29/09   H. LAMB            Begin preparation of First Interim      2.70 hrs.
                             Fee Application (for the period
                             Dec. 18, 2008 through Feb. 28,
                             2009).

03/30/09   D. E. DEUTSCH      Review Bradshaw memorandum on           0.60 hrs.
                             professional fee application
                             issues for follow-up (.3);
                             exchange e-mails with Alan Holtz
                             on same (.1); request additional
                             research on billing issue (.1);
                             exchange e-mails with Debtors'
                             counsel on ordinary course
                             professionals (.1).

03/30/09   G. BRADSHAW        Communication with Sidley re:          1.80 hrs.
                             monthly application of ordinary
                             course professionals (.3);
                             verified 80/20 compensation scheme
                             (1); reviewed docket for ordinary
                             course filings (.5).

03/31/09   G. BRADSHAW        Researched Bankruptcy Code and         2.50 hrs.
                             Local Rules for information re:
                             certain holdback issues (1.5);
                             reviewed ordinary course filings
                             and updated table (1).

03/31/09   D. E. DEUTSCH      E-mail Adam Landis re: request         0.10 hrs.
                             related to fee examiner (.1).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6
```

| | | | |
|---|---|---|---|
| 03/31/09 | H. LAMB | Prepare Committee expense detail in Excel format and gather second monthly fee application fee/expense detail for submission to Examiner. | 1.30 hrs. |

**Total Fees for Professional Services.............. $23,037.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 3.40 | 2805.00 |
| H. SEIFE | 955.00 | .90 | 859.50 |
| D. E. DEUTSCH | 625.00 | 8.20 | 5125.00 |
| F. VAZQUEZ | 595.00 | .30 | 178.50 |
| J. B. PORTER | 395.00 | 4.30 | 1698.50 |
| G. BRADSHAW | 345.00 | 18.90 | 6520.50 |
| H. LAMB | 260.00 | 22.50 | 5850.00 |
| TOTALS | | 58.50 | 23037.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     1
```

For Services Through March 31, 2009

Our Matter #19804.011
        PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 03/04/09 | H. SEIFE | Review of issues regarding ESOP/Sub-S structure and plan. | 1.80 hrs. |
| 03/06/09 | H. SEIFE | Review of plan structure regarding ESOP/tax issues. | 1.40 hrs. |
| 03/10/09 | H. SEIFE | Telephone conference Moelis (Thane) regarding plan structure proposed by Debtor (.4); review of proposed structure (.6). | 1.00 hrs. |
| 03/12/09 | H. SEIFE | Consideration of ESOP structure benefits/risk. | 1.20 hrs. |
| 03/13/09 | H. SEIFE | Review of proposed structure for plan. | 1.40 hrs. |
| 03/16/09 | D. E. DEUTSCH | Follow-up with AlixPartners re: status of financial plan review (.2). | 0.20 hrs. |
| 03/17/09 | H. SEIFE | Conference call with Moelis and AlixPartners regarding potential plan issues. | 0.80 hrs. |
| 03/20/09 | H. SEIFE | Consideration to revised potential plan structure. | 1.50 hrs. |

**Total Fees for Professional Services.............     $8,815.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 9.10 | 8690.50 |
| D. E. DEUTSCH | 625.00 | .20 | 125.00 |
| TOTALS | | 9.30 | 8815.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through March 31, 2009

Our Matter #19804.012
            EXECUTORY CONTRACTS

| | | | |
|---|---|---|---|
| 03/06/09 | G. BRADSHAW | Researched issue related to motion to reject executory leases (.3). | 0.30 hrs. |
| 03/06/09 | J. B. PORTER | Drafted memoranda re certain motions filed by the debtors to reject leases and extend time limits. | 2.10 hrs. |
| 03/11/09 | D. E. DEUTSCH | Follow-up on issues related to lease rejection and 365(d)(4) motion (.4). | 0.40 hrs. |
| 03/12/09 | D. E. DEUTSCH | Review data from AlixPartners on motion to reject lease and follow-up on posting of related memorandum (.3). | 0.30 hrs. |

          **Total Fees for Professional Services.............   $1,370.50**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 625.00 | .70 | 437.50 |
| J. B. PORTER | 395.00 | 2.10 | 829.50 |
| G. BRADSHAW | 345.00 | .30 | 103.50 |
| TOTALS | | 3.10 | 1370.50 |