TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                                    For Services Through March 31, 2009

    Our Matter #19804.014
              EMPLOYEE ISSUES


03/13/09   D. GALLAI          Conf. w/ D. Deutsch re: status of      0.10 hrs.
                              matter and upcoming conf. calls.

03/13/09   D. E. DEUTSCH      Review detailed outline of            0.30 hrs.
                              Debtors' agenda for meeting on
                              employee issues and follow-up with
                              David Gallai on same (.3).

03/14/09   D. E. DEUTSCH      Review materials and follow-up        0.80 hrs.
                              with AlixPartners re: retirement
                              plan issues (.3); review letter
                              from ex-employees on retirement
                              benefits and follow-up with David
                              Gallai re: review and research
                              related to same (.5).

03/16/09   D. GALLAI          Reviewed documents and letter re:     0.60 hrs.
                              deferred compensation agreements.

03/16/09   D. E. DEUTSCH      Initial review of materials           0.40 hrs.
                              distributed by Debtors on employee
                              issues and follow-up with David
                              Gallai on same (.4).

03/17/09   D. E. DEUTSCH      Review materials from Debtors on      2.70 hrs.
                              incentive plan and pension issues
                              (1.2); related calls with David
                              Gallai (.2); attend large part of
                              related call with Debtors,
                              Debtors' professionals and
                              Committee professionals (1.3).

03/17/09   D. GALLAI          Conf. call re: incentive             2.50 hrs.
                              compensation arrangements (1.6);
                              reviewed related materials (.9).

03/18/09   D. GALLAI          Conf. call w/ Debtors re:            0.70 hrs.
                              nonqualified deferred compensation
                              plans.

03/18/09   D. E. DEUTSCH      Review materials on benefit          2.20 hrs.
                              funding issues and participate in
                              call with Debtors on same (.8);
                              further review of materials on
                              incentive plan and create action
                              list related to same (1.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 03/18/09 | H. SEIFE | Review of proposed retention program. | 1.40 hrs. |
| 03/18/09 | R. KURTH | Conference call with Debtors on non-qualified deferred compensation plans. | 0.70 hrs. |
| 03/19/09 | H. SEIFE | Meeting with Sidley regarding proposed retention program. | 0.80 hrs. |
| 03/19/09 | J. B. PORTER | Reviewed Debtors' KEIP materials and research issues related to same (1.9); Meeting with D. Deutsch re KEIP materials (.2). | 2.10 hrs. |
| 03/19/09 | D. E. DEUTSCH | Exchange e-mails with Moelis, AlixPartners and David Gallai re: incentive program issues (.4); e-mails with Debtors' counsel re: same (.1); telephone conversation with Kevin Lantry re: same (.1); additional follow-up with C&P team re: incentive program and related matters (.2); further review of compensation materials to prepare for meeting with AlixPartners' re: same (1.8); participate in meeting with AlixPartners on same (.5); exchange multiple additional e-mails related to incentive compensation program with Moelis and AlixPartners' teams (.3). | 3.40 hrs. |
| 03/19/09 | D. M. LeMAY | Review of Debtors Proposed MIP. | 1.50 hrs. |
| 03/20/09 | D. GALLAI | Reviewed materials in preparation for today's call re: incentive compensation (.8) and participated in conf. call (.9). | 1.70 hrs. |
| 03/20/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: status of incentive issues (.2); call with Kevin Lantry re: same (.3); call with Moelis and AlixPartners team re: incentive compensation plan and related follow-up meeting with David Gallai (.8); related follow-up review (.2). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 03/20/09 | J. B. PORTER | Discuss research issue with D.Deutsch and hold call with Committee Professionals re the KEIP. | 1.00 hrs. |
| 03/21/09 | D. E. DEUTSCH | Review materials from Debtors on payment of certain prepetition medical and severance benefits (.3); e-mail AlixPartners and David Gallai re: follow-up on same (.2); review e-mail and attachments from AlixPartners re: pension matters and follow-up with David Gallai on same (.3); exchange e-mails with Jay Teitlebaum re: outstanding employee issue (.1). | 0.90 hrs. |
| 03/22/09 | D. GALLAI | Reviewed correspondence and spreadsheets re: pension plans and severance benefits. | 0.80 hrs. |
| 03/23/09 | H. SEIFE | Conference call with M.Kulnis regarding employee incentive plan (1.0); review of proposed incentive plans (1.4). | 2.40 hrs. |
| 03/24/09 | D. GALLAI | Reviewed compensation-related correspondence and documents received from D. Deutsch (1.2); correspondence w/ D. Deutsch and Alix re: same (.4). | 1.60 hrs. |
| 03/24/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners' team re: employee incentive plan (.2); review related materials (.4); follow-up on same with David Gallai (.1); research inquiry on employee incentive issue and draft memorandum to relevant AlixPartners and C&P teams on same (.2). | 0.90 hrs. |
| 03/25/09 | H. SEIFE | Telephone conference with Sidley regarding retention plan. | 0.30 hrs. |
| 03/25/09 | D. M. LeMAY | Review and analysis of Debtors proposed MIP and develop possible Committee responses. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 03/26/09 | G. BRADSHAW | Researched prior bankruptcy court treatment of certain issues in management incentive programs (2.1). | 2.10 hrs. |
| 03/27/09 | G. BRADSHAW | Reviewed letters to Debtors counsel re: KEIP plan (.2). | 0.20 hrs. |
| 03/27/09 | D. E. DEUTSCH | E-mail AlixPartners' team re: next steps on proposed severance/medical benefits payments (.2); initial review of new materials from Debtor on employee incentive plan (1.1); exchange numerous e-mails with AlixPartners regarding same (.5); telephone conversation with Miriam Kulnis and David LeMay re: next steps with Debtors on incentive plan (.3); telephone conversation with Kevin Lantry re: same (.2); review comments on proposed letter to Debtors re: incentive plan and follow-up on issue related thereto (.8). | 3.10 hrs. |
| 03/27/09 | D. M. LeMAY | Work on letter to Krakauer re: MIP issues (1.2).  T/c w/M. Kulnis re: same (0.2). | 1.40 hrs. |
| 03/27/09 | H. SEIFE | Email from M.Kulnis regarding comp issues (.3); review and revised letter to Sidley regarding same (1.0). | 1.30 hrs. |
| 03/28/09 | H. SEIFE | Review of JPM mark-up of letter to Sidley (.5); review of comments to letter from AlixPartners (.5). | 1.00 hrs. |
| 03/28/09 | D. E. DEUTSCH | Review mark-up on letter from Committee co-counsel re: Debtors' incentive program and follow-up on same (.3); exchange related e-mails with Alan Holtz and Jason Porter (.2); review new source materials from Debtors on incentive program and follow-up with David Gallai re: review of same (.4); exchange e-mails with AlixPartners re: missing document related to same (.1). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5


| 03/29/09 | D. E. DEUTSCH | Review materials and exchange e-mails with David Gallai and Alan Holtz re: review of incentive plan and follow-up issues (.4); | 0.40 hrs. |
|---|---|---|---|
| 03/29/09 | D. GALLAI | Reviewed materials re: incentive compensation payments (1.3); correspondence w/ D. Deutsch and Alix re: same (.4). | 1.70 hrs. |
| 03/30/09 | H. SEIFE | Revised and sent letter to Sidley regarding employee program. | 1.20 hrs. |
| 03/30/09 | D. E. DEUTSCH | Exchange e-mail on next steps re: incentive compensation program with David LeMay (.2); revise related letter (.2); exchange e-mails with AlixPartners team and David Gallai re: incentive compensation program issues (.4); draft posting note related to communication with Debtors' counsel on incentive compensation program (.1); review other newspaper bankruptcy case materials regarding management incentive program (.6); follow-up calls re: same with Alan Holtz and, in part, financial advisor in other bankruptcy case (.2). | 1.70 hrs. |
| 03/30/09 | D. GALLAI | Conf. w/ D. Deutsch and correspondence w/ Alix re: 2008 incentive compensation payments. | 0.40 hrs. |
| 03/30/09 | G. BRADSHAW | Follow-up research re court treatment of incentive plans. | 0.30 hrs. |
| 03/30/09 | J. B. PORTER | Revised letter re Debtors' proposed KEIP. | 0.90 hrs. |
| 03/31/09 | D. E. DEUTSCH | Review materials on comparative incentive plan and follow-up e-mail to AlixPartners and C&P incentive plan teams on same (.4); multiple calls with Alan Holtz re: incentive plan matters (.5). | 0.90 hrs. |


Total Fees for Professional Services.............    $33,409.00

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    6

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 4.40 | 3630.00 |
| H. SEIFE | | 955.00 | 8.40 | 8022.00 |
| D. E. DEUTSCH | | 625.00 | 20.20 | 12625.00 |
| D. GALLAI | | 635.00 | 10.10 | 6413.50 |
| J. B. PORTER | | 395.00 | 4.00 | 1580.00 |
| G. BRADSHAW | | 345.00 | 2.60 | 897.00 |
| R. KURTH | | 345.00 | .70 | 241.50 |
| | TOTALS | | 50.40 | 33409.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                  For Services Through March 31, 2009
Our Matter #19804.015
          RELIEF FROM STAY ISSUES


03/02/09   G. BRADSHAW          Conf. w/D. Deutsch (.3);          4.20 hrs.
                                researched relief from stay in
                                personal injury cases (1.4);
                                reviewed Allen Francisco Personal
                                Injury filings (.5); reviewed
                                Debtors' Objection to Francisco
                                relief-stay motion (.5); drafted
                                memorandum to committee (1.5).

03/02/09   D. E. DEUTSCH        Telephone conversation with Kevin  0.50 hrs.
                                Lantry re: Francisco motion to
                                lift stay response (.2):
                                conference with Gil Bradshaw to
                                discuss drafting memorandum
                                related to same (.3).

03/03/09   D. E. DEUTSCH        Review objection to motion to lift  1.40 hrs.
                                stay and follow-up with Debtors'
                                counsel re: proposed edit to same
                                (.4); research related issue (.3);
                                review drafts of memorandum to
                                Committee re: joinder to Debtors'
                                objection and discuss same with
                                Gilbert Bradshaw (.5); follow-up
                                call with Adam Landis re: drafting
                                joinder and follow-up on obtaining
                                examples of additional ADR
                                procedure motions (.2).

03/03/09   G. BRADSHAW          Follow-up research and writing on  4.80 hrs.
                                memorandum to Committee re:
                                Francisco Relief from stay (4.2);
                                confs. w/D. Deutsch re same (.6).

03/04/09   G. BRADSHAW          Conf. w/D. LeMay (.1); revised     4.00 hrs.
                                Committee Memorandum (2.5); edited
                                Joinder Motion (.5); emailed
                                Landis re: Joinder revision (.4);
                                confs. w/D. Deutsch (.5).

03/04/09   D. E. DEUTSCH        Follow-up on ADR procedures issue  0.70 hrs.
                                (.2); draft related posting note
                                and follow-up with David Bava on
                                same (.2); review draft joinder
                                and discuss same with Gilbert
                                Bradshaw (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 03/04/09 | J. B. PORTER | Finalized and posted to Intralinks memorandum re certain relief from stay motion. | 0.10 hrs. |
| 03/05/09 | D. E. DEUTSCH | Review materials on ADR procedures (1.1); telephone conversation with Kevin Lantry to discuss same (.2). | 1.30 hrs. |
| 03/05/09 | G. BRADSHAW | Coordinated b/w D. Deutsch and Landis on filing of Joinder of Debtors' Objection to Francisco Lift-Stay Motion (.5). | 0.50 hrs. |
| 03/06/09 | G. BRADSHAW | Reviewed Faggio's lift-stay motion in preparation for committee recommendation (.2); | 0.20 hrs. |
| 03/06/09 | D. E. DEUTSCH | Review memorandum from Debtors' counsel re: proposal to lift stay (.3); exchange related e-mails (.1). | 0.40 hrs. |
| 03/09/09 | G. BRADSHAW | Drafted preliminary Committee memoranda analyzing to Hartford Courant Lift-Stay Motion (2.5); drafted preliminary Committee memoranda analyzing Faggios Lift-Stay Motion (2.4); drafted preliminary Committee memoranda on Van Senus lift-stay motion (1.5). | 6.40 hrs. |
| 03/10/09 | G. BRADSHAW | Continue drafting of various memoranda to the committee re: lift-stay motions (3.5); conf. w/D. Deutsch (.2); revised lift-stay memos (1.9). | 5.60 hrs. |
| 03/10/09 | D. E. DEUTSCH | Preliminary review of memorandum and one of lift stay motions and note follow-up items for same (.3). | 0.30 hrs. |
| 03/11/09 | D. E. DEUTSCH | Review draft of part of memoranda on two lift stay motions, related pleadings and perform follow-up research related to same (1.7); telephone conversation with Debtors' counsel re: same (.4): edit memoranda and follow-up on additional related action items (.7); review and draft of same (.2). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                        April 24, 2009
435 N. MICHIGAN AVENUE                                              Invoice ******
CHICAGO, IL 60611                                                   Page    3

| 03/11/09 | G. BRADSHAW | Conf. w/D. Deutsch re: lift-stay motions (.3); follow-up work re: lift-stay motions (2.5); follow-up work re: committee memoranda (1.7). | 4.50 hrs. |

| 03/13/09 | D. E. DEUTSCH | Exchange call and e-mails with Kevin Lantry re: possible ADR process and addressing lift stay motions (.4); draft memorandum to Committee re: relief from stay and ADR procedure update (.8). | 1.20 hrs. |

| 03/16/09 | D. E. DEUTSCH | Follow-up with Kevin Lantry re: responses to lift stay motion and status of ADR procedure review (.2); exchange multiple related e-mails (.2). | 0.40 hrs. |

| 03/18/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: status of pending lift stay motions (.2). | 0.20 hrs. |

| 03/19/09 | G. BRADSHAW | Follow-up work re: lift stay motions and global personal injury procedures (.5). | 0.50 hrs. |

| 03/20/09 | D. E. DEUTSCH | Begin review of materials from Debtors on possible ADR procedure (.9); follow-up research related to same (.7). | 1.60 hrs. |

| 03/20/09 | D. E. DEUTSCH | Review response to motion to lift stay (.2); discuss pending lift stay issues with Kevin Lantry (.2). | 0.40 hrs. |

| 03/23/09 | D. E. DEUTSCH | Exchange e-mails and calls with Debtors' counsel re: Von Senus motion to lift stay (.3); review related pleadings and follow-up on questions related to same (.6). | 0.90 hrs. |

| 03/24/09 | D. E. DEUTSCH | Telephone conversation with Ken Kansa re: status of lift stay motion settlement (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............    $18,443.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 625.00 | 12.50 | 7812.50 |
| J. B. PORTER | 395.00 | .10 | 39.50 |
| G. BRADSHAW | 345.00 | 30.70 | 10591.50 |
| TOTALS | | 43.30 | 18443.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through March 31, 2009

    Our Matter #19804.016
          TAX ISSUES


| 03/03/09 | D. E. DEUTSCH | Call with Ted Markson re: tax matters and required follow-up on same (.6); follow-up related to same (.1). | 0.70 hrs. |
| 03/03/09 | E. S. MARKSON | Phone call with D. Deutsch regarding tax issues. | 0.60 hrs. |
| 03/05/09 | E. S. MARKSON | Consider issues relating to preservation of ESOP structure on exit and discuss same with R. Leder. | 2.50 hrs. |
| 03/05/09 | R. M. LEDER | Conference Markson and engaged re consideration of use of ESOP structure on exit (0.8). | 0.80 hrs. |
| 03/06/09 | R. M. LEDER | Review specific tax issue application to S corps. | 0.30 hrs. |
| 03/09/09 | D. E. DEUTSCH | Review materials and follow-up with Ted Markson on status of pending tax analysis (.3). | 0.30 hrs. |
| 03/10/09 | R. M. LEDER | Conference Markson re exit structure. | 0.70 hrs. |
| 03/10/09 | E. S. MARKSON | Work on issues related to preservation of ESOP structure on exit from bankruptcy (2.8); discuss same with R. Leder (.7). | 3.50 hrs. |
| 03/12/09 | E. S. MARKSON | Conference call with R. Leder and B. Rubin of McDermott regarding structure on bankruptcy exit (2.3).  Consider issues raised by Rubin; research regarding same (2.2). | 4.50 hrs. |
| 03/12/09 | R. M. LEDER | TC with Blake Rubin and T.Markson re exit issues. | 2.30 hrs. |
| 03/12/09 | D. E. DEUTSCH | Follow-up with Ted Markson re: required tax analysis (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 03/13/09 | D. E. DEUTSCH | Follow-up with tax team re: status of inquiries (.1); obtain and review materials for tax team (.3); schedule meeting with tax and bankruptcy team (.2); review detailed outline of Debtors' agenda and follow-up with Ted Markson on tax issues (.2). | 0.80 hrs. |
| 03/13/09 | R. M. LEDER | Engaged re consideration of exit strategies, including research, conference with Markson and Betheil (3.4); conference call with McDermott (1.3) and email memorandum to bankruptcy group (.8). | 5.50 hrs. |
| 03/13/09 | H. SEIFE | Reviewed of proposed transaction and tax risk. | 0.70 hrs. |
| 03/13/09 | B. BETHEIL | Receive assignment from E. Markson re: researching history of Treasury Regulation (0.2); Research saem (0.3); Discuss and research w/ R. Leder & E. Markson tax consequences of reorganization involving Tribune and creditors receiving interests in a new partnership (2.3). | 2.80 hrs. |
| 03/13/09 | E. S. MARKSON | Work on partnership exit strategy issues, including research, review of cases cited by McDermott, and discussions and email exchange with R. Leder and B. Betheil regarding same (4.6).  Discuss implications of exit strategy with H. Seife (0.7). | 5.30 hrs. |
| 03/16/09 | E. S. MARKSON | Discuss tax issues regarding exit strategy with D. Deutsch (0.2). Consider issues and discuss with R. Leder and B. Betheil (1.5). Meeting with Leder, H. Seife, M. Alpert, and D. LeMay regarding interaction between exit strategy and Cubs sale structure and tax implications of same (1.0).  Phone call with Leder and S. Dimon of Davis Polk regarding structure of Tribune post-bankruptcy and related tax issues (1.8). | 4.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page     3

| | | | |
|---|---|---|---|
| 03/16/09 | B. BETHEIL | Research basis reduction special rules for S corporations and corporations that sell all of their assets and follow-up on same (2.5); Meet w/ R. Leder and E. Markson re: presentation to creditors' committee of tax analysis and recommendations as to structuring creditors' receipt of value (1.1); Conf. call w/ R. Leder, E. Markson & S. Dimon re: tax analysis of Cubs transaction and methods for creditors to take value in reorganization (1.6); Discuss w/ E. Markson additions to summary presentation to creditors' committee (0.2); Research tax liabilities issue (0.3). | 5.70 hrs. |
| 03/16/09 | D. M. LeMAY | Participate in tax strategy discussion to develop optimal tax position regarding Project Fastball. | 1.10 hrs. |
| 03/16/09 | R. M. LEDER | Engaged re consideration of exit strategies: conference with Messrs. Seife, LeMay, Alpert and Markson re tax positions with respect to structure of fastball and exit proposals (1.1) and additional separate conference re same with Messrs. Markson and Betheil (1.3); long TC with Dimon and Messrs. Markson and Betheil re Fastball and exit proposal (1.6); review spreadsheets on tax basis (2.1). | 6.10 hrs. |
| 03/16/09 | M. A. ALPERT | Meeting with group re: Cubs transaction (.9). | 0.90 hrs. |
| 03/16/09 | D. E. DEUTSCH | Review materials from strategic plan and follow-up with tax team re: same (.4). | 0.40 hrs. |
| 03/16/09 | H. SEIFE | Group meeting on Cubs transaction and tax issues. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 03/16/09 | H. SEIFE | Email R.Leder regarding basis of assets (.4); consideration of plan structure regarding transaction and tax loss (1.3). | 1.70 hrs. |
| 03/17/09 | D. E. DEUTSCH | Research and follow-up on tax/ESOP transaction issue (1.6); exchange related e-mails with tax team (.2); attend part of related call with C&P tax and bankruptcy team (.5). | 2.30 hrs. |
| 03/17/09 | B. BETHEIL | Research treatment of income tax liability timing issue (3.4); Draft and edit flowchart explaining tax analysis of reorganization structure possibilities (1.8). | 5.20 hrs. |
| 03/17/09 | R. M. LEDER | Conference Betheil re preparation of chart outlining exit strategies (.4). | 0.40 hrs. |
| 03/17/09 | E. S. MARKSON | Consider issues regarding triggering of tax loss on bankruptcy exit and research related issues (2.5). Discussions with bankruptcy/tax teams regarding exit structure (1.8). | 4.30 hrs. |
| 03/18/09 | E. S. MARKSON | Conference call with representatives of Tribune (including P. Shanahan, tax director) and outside advisors regarding actual and potential tax liabilities (1.5); discuss same with B. Betheil (.3). Discussions with Betheil regarding presentation to committee and timing of tax liabilities for year of bankruptcy filing (1.2). Discussion with R. Leder regarding Tribune tax presentation and related implications (0.7). Meeting with Leder and Betheil regarding presentation and tax issues related to post-bankruptcy structure of Tribune (1.0). Discussion with Betheil and A. Watts regarding format of presentation (0.2). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                       Page    5


03/18/09   R. M. LEDER      TC Markson re conference call on        1.90 hrs.
                            reserved tax items (0.8);
                            conference with Messrs. Markson
                            and Betheil re exit strategies
                            (1.1).

03/18/09   B. BETHEIL       Conf. call w/ Pat Shanahan et al       12.30 hrs.
                            re: Tribune tax accruals and
                            reserves (1.5); Discuss Tribune
                            tax reserves treatment w/ E.
                            Markson & R. Leder (0.9); research
                            and edit draft presentation of tax
                            analysis re: reorganization
                            structure and Fastball structure
                            (5.8); Discuss graphic design
                            layout of presentation of tax
                            analysis w/ E. Markson & A. Watts
                            (0.2); Research treatment of tax
                            claim for income earned
                            prepetition (3.9).

03/18/09   D. E. DEUTSCH    Review materials for (.5) and           2.10 hrs.
                            participate in conference calls
                            with Debtors, financial advisors
                            and others re: tax accrual and
                            reserve issues (1.6).

03/19/09   B. BETHEIL       Research treatment of tax claim         8.40 hrs.
                            for income earned prepetition
                            (8.2); Discuss w/ E. Markson
                            change format of presentation of
                            tax analysis of Cubs transaction
                            (0.2).

03/19/09   R. M. LEDER      TC Seife, et.al. (.3); and email        0.80 hrs.
                            to Markson and Betheil re
                            preparation of slides of pros and
                            cons on Fastball transaction (.5).

03/19/09   E. S. MARKSON    Consider issues regarding               0.60 hrs.
                            presentation to creditors (.3).
                            Email exchange with R. Leder and
                            conversation with B. Betheil
                            regarding same (.3)

03/20/09   E. S. MARKSON    Discussions with R. Leder              4.20 hrs.
                            regarding tax issues in connection
                            with leveraged partnership
                            structure and presentation of same
                            to Committee (2.1). Phone call
                            with Leder and B. Rubin of
                            McDermott regarding put option and

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | other issues with structure (0.5). Discussions with B. Betheil regarding bankruptcy treatment of certain tax liabilities and follow-up on same (2.3). |  |
| 03/20/09 | B. BETHEIL | Discuss w/ R. Leder treatment of tax claim for income earned prepetition in year petition filed (0.1); Create and edit chart re: tax analysis of Cubs transaction (1.2); Conference w/ E. Markson re: research results on treatment of certain tax claim liabilities and work through related issues (2.3). | 3.60 hrs. |
| 03/20/09 | R. M. LEDER | Telephone conversation Blake Rubin suggesting possible new structure option (0.5); internal conferences re preparation of pros and cons of various structures (2.2). | 2.70 hrs. |
| 03/22/09 | R. M. LEDER | Review draft of slides on pros and cons. | 0.30 hrs. |
| 03/23/09 | R. M. LEDER | Attention to pros and cons slides re Fastball, including conference Betheil. | 2.00 hrs. |
| 03/23/09 | B. BETHEIL | Discuss w/ R. Leder tax analysis of Cubs transaction (0.3); Edit presentation of tax analysis of Cubs transaction (0.4); Discuss w/ E. Markson presentation of tax analysis of Cubs transaction (0.3); Discuss w/ M. Alpert presentation of tax analysis of Cubs transaction (0.1). | 1.10 hrs. |
| 03/24/09 | B. BETHEIL | Research certain tax issues re: consolidated returns (0.4); Meet w/ R. Leder & E. Markson re: optionality provided by sale to subsidiary and applicability of certain Tax Code provisions (0.8); Research applicability of consolidated return prohibition in certain instances (3.7). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     April 24, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    7

| | | | |
|---|---|---|---|
| 03/24/09 | R. M. LEDER | TCs Rubin (1.4); conference Markson and Betheil and separate conference with Markson (2.7), emails to bankruptcy group (1), all relating to Fastball structure. | 5.10 hrs. |
| 03/24/09 | E. S. MARKSON | Review email from R. Leder regarding discussion with B. Rubin of McDermott and consider issues related to structure option and timing of gain recognition (0.5). Discussions with Leder and B. Betheil regarding option, transaction structure, and reconsolidation of Tribune group after bankruptcy exit (.9); consider recommendations to committee (1.5).  Review and comment on revised draft of summary of options and tax considerations for committee and discuss with Betheil and D. Deutsch (0.4). Discuss deconsolidation issues with Betheil; research and review authorities (0.8). | 4.10 hrs. |
| 03/24/09 | H. SEIFE | Review of R.Leder memos on Cubs tax issues. | 0.80 hrs. |
| 03/25/09 | E. S. MARKSON | Review materials regarding reconsolidation of Tribune group after bankruptcy exit; discuss same with B. Betheil (.3). Phone call with D. Deutsch regarding Cubs summary and other open issues (0.2).  Work on reconsolidation issues; email exchange R. Leder regarding same (0.5). | 1.00 hrs. |
| 03/25/09 | R. M. LEDER | Review rulings and conference Betheil re consolidated return issue (1.6); prepare internal memorandum in connection therewith (1.5). | 3.10 hrs. |
| 03/25/09 | B. BETHEIL | Edit presentation of tax analysis of proposed Cubs transaction (0.3); Research return issue (1.1); Discuss w/ R. Leder consolidated return prohibition issue (1.0). | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    8


03/26/09    R. M. LEDER        Emails with T.Markson re           0.20 hrs.
                               consolidated return issue.

03/27/09    R. M. LEDER        Review of LLC and Tax Matters      3.50 hrs.
                               Agreements.


            **Total Fees for Professional Services**.............. **$89,385.50**



                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.10 | 907.50 |
| E. S. MARKSON | 735.00 | 40.00 | 29400.00 |
| H. SEIFE | 955.00 | 4.20 | 4011.00 |
| M. A. ALPERT | 795.00 | .90 | 715.50 |
| R. M. LEDER | 955.00 | 35.70 | 34093.50 |
| D. E. DEUTSCH | 625.00 | 6.80 | 4250.00 |
| B. BETHEIL | 345.00 | 46.40 | 16008.00 |
| TOTALS | | 135.10 | 89385.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    1

For Services Through March 31, 2009

Our Matter #19804.017
          GENERAL LITIGATION

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 03/13/09 | D. BAVA | Review and analysis of district court docket sheets re: possible filing in Neil action (.30). | 0.30 hrs. |
| 03/14/09 | D. E. DEUTSCH | Review Neil lawsuit against Debtors and others and follow-up on research re: same (.9). | 0.70 hrs. |
| 03/16/09 | H. SEIFE | Review of Neil stay motion. | 0.80 hrs. |
| 03/16/09 | D. E. DEUTSCH | Preliminary review of materials from Neil Illinois litigation (.6); review materials from new adversary case with respect to Neil action (.5); draft memorandum to team re: update on same (.2); meeting with Bonnie Dye to discuss research and drafting of related memorandum to Committee (.3); follow-up with David Bava re: monitoring of cases and updating calendar to reflect same (.2). | 1.80 hrs. |
| 03/16/09 | B. DYE | Researching pending litigation in the Tribune case for memo. | 6.50 hrs. |
| 03/17/09 | B. DYE | Drafting Memo on Neil litigation. | 3.70 hrs. |
| 03/18/09 | B. DYE | Drafting Neil Litigation memo. | 1.90 hrs. |
| 03/19/09 | B. DYE | Follow-up research and revising Creditors Committee Memo regarding Neil litigation. | 3.40 hrs. |
| 03/19/09 | D. E. DEUTSCH | Telephone conversation with counsel to California tort claimant re: status of case and Committee's position on prosecuting action in state court (.4). | 0.40 hrs. |
| 03/19/09 | D. E. DEUTSCH | Review preliminary draft of memorandum on Neil litigation (.2); discuss structure changes to memorandum with Bonnie Dye (.2). | 0.40 hrs. |
| 03/20/09 | B. DYE | Reviewing outstanding Neil action issues. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 03/21/09 | J. B. PORTER | Drafted memorandum re Warren Beatty adversary proceeding filed by the Debtors (2.2). | 2.20 hrs. |
| 03/23/09 | D. E. DEUTSCH | Review filed Illinois court materials on Neils' litigation and revise memoranda to reflect edits to same (1.2). | 1.20 hrs. |
| 03/23/09 | B. DYE | Additional research related to Neil action. | 1.80 hrs. |
| 03/24/09 | B. DYE | Final revisions to Neil action memo for Doug Deutsch. | 0.50 hrs. |
| 03/24/09 | D. E. DEUTSCH | Review first draft of memorandum on Warren Beatty adversary proceeding and provide initial comments on same (.4); final review and edits to Neil memorandum (.3). | 0.70 hrs. |

**Total Fees for Professional Services.............   $11,205.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 955.00 | .80 | 764.00 |
| D. E. DEUTSCH | | 625.00 | 5.20 | 3250.00 |
| D. BAVA | | 260.00 | .30 | 78.00 |
| J. B. PORTER | | 395.00 | 2.20 | 869.00 |
| B. DYE | | 345.00 | 18.10 | 6244.50 |
| | TOTALS | | 26.60 | 11205.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1


                              For Services Through March 31, 2009
Our Matter #19804.018
          TRAVEL


03/10/09   D. E. DEUTSCH      Non-working travel time to        2.10 hrs.
                             Delaware (2.1).

03/25/09   D. E. DEUTSCH      Non-working travel to/from        2.30 hrs.
                             Delaware (2.3).


          Total Fees for Professional Services.............   $2,750.00
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 625.00 | 4.40 | 2750.00 |
| TOTALS | | 4.40 | 2750.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1


                                For Services Through March 31, 2009
    Our Matter #19804.019
              REVIEW OF PREPETITION FINANCINGS


03/02/09   M. A. ALPERT      Reviewed documents re: ESOP and        2.80 hrs.
                             buy-out re: fraudulent conveyance
                             analysis.

03/02/09   Y. YOO            Reviewing Zell Note documentation      2.40 hrs.
                             (1); Updating Tribune Pre-Petition
                             Financing Document Review
                             Schedules (1.4).

03/02/09   G. BRADSHAW       Conf. w/F. Vazquez (.1);              3.80 hrs.
                             researched choice of law in
                             fraudulent transfers (2.2);
                             reviewed choice of law memorandum
                             and incorporated research (1.5).

03/02/09   F. VAZQUEZ        Review and revise document request    4.70 hrs.
                             (2.5); review case law re:
                             insolvency (2.0); conference
                             w/Zink re: research. (0.2)

03/02/09   H. SEIFE          Review of fraudulent conveyance       1.80 hrs.
                             issues/factual background.

03/02/09   B. SCHUBECK       Search for G. Bradshaw to find        1.20 hrs.
                             certain requested law journal
                             articles.

03/03/09   B. SCHUBECK       Complete article searches for G.      0.50 hrs.
                             Bradshaw

03/03/09   H. SEIFE          Work on investigation/report.         1.30 hrs.

03/03/09   J. GIANNINI       Call with D Deutsch re: closing       0.40 hrs.
                             sets and related document review.
                             (.4).

03/03/09   F. VAZQUEZ        Conference with Zink re: status       0.30 hrs.
                             (0.1); conference with Bradshaw
                             re: fraudulent conveyance research
                             (0.2).

03/03/09   G. BRADSHAW       Researched caselaw re: fraudulent     2.20 hrs.
                             transfer analysis issues.

03/03/09   Y. YOO            Reviewing Tribune Pre-Petition        0.30 hrs.
                             Financing Document Review Binders.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           April 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

| 03/03/09 | M. A. ALPERT | Reviewed documents re: ESOP and buy-out re: fraudulent conveyance analysis. | 0.80 hrs. |
|---|---|---|---|
| 03/03/09 | D. M. LeMAY | Review of certain valuation reports in connection with 2007 LBO. | 3.20 hrs. |
| 03/03/09 | D. BAVA | Review files re: similar detailed analyses of fraudulent conveyances (.80). | 0.80 hrs. |
| 03/03/09 | D. E. DEUTSCH | Two calls with Joe Giannini re: status of document request and next steps related to same (.4); review related e-mail (.1); review certain corporate documents forwarded by Joe Giannini (.8). | 1.30 hrs. |
| 03/04/09 | D. BAVA | Review and prepare materials for prepetition transaction analysis team. | 0.60 hrs. |
| 03/04/09 | D. M. LeMAY | Develop work plan for Friday's meeting. | 1.70 hrs. |
| 03/04/09 | G. BRADSHAW | Conf. w/F. Vazquez (.2); continued research on certain defenses to fraudulent transfers (4.9). | 5.10 hrs. |
| 03/04/09 | F. VAZQUEZ | Conference with Zink re: fraudulent conveyance research (1.0); draft work plan for financial advisors (3.0); conference with Zink re: work plan (0.7); review outline of analysis (1.0); review cases re: capital issues (1.0); review and revise document request (0.5). | 7.20 hrs. |
| 03/04/09 | J. GIANNINI | Call with C Kline re: closing documents (.2); follow-up call with Y Yoo re: outstanding issues re: same (.2); call with D Deutsch re: same (.2). | 0.60 hrs. |
| 03/04/09 | H. SEIFE | Review of fraudulent conveyance case law and application to LBO/ESOP. | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 03/05/09 | H. SEIFE | Meeting with T.Hall, T.Zink regarding investigation/discovery. | 0.60 hrs. |
| 03/05/09 | J. GIANNINI | Call with T Zink re: Noteholder consent issue (.2); review of closing sets to Senior Credit Facility and Interim Credit Facility from Sidley (.8). | 1.00 hrs. |
| 03/05/09 | F. VAZQUEZ | Conference with Zink re: analysis and workplan (1.0); review and revise financial advisor workplan (1.5); conference with Zink re: workplan (0.4); review of C&P workplan (0.3); review SEC filings re: Chandler trust (1.0); conference with Deutsch re: Chandler trust (0.1); conference with Bradshaw re: guarantee issue (0.3); conference with Giannini re: Chandler trusts (0.1). | 4.70 hrs. |
| 03/05/09 | T. HALL | Work on document demand (0.5); meeting H. Seife and T.Zink (1.0). | 1.50 hrs. |
| 03/05/09 | N. T. ZINK | Prepare working instructions for Moelis in regard to financial analysis portion of fraudulent transfer investigation (.4); | 0.40 hrs. |
| 03/05/09 | G. BRADSHAW | Researched guarantee transaction issues (5.1); follow-up research on certain fraudulent tranfer defenses (1.1). | 6.20 hrs. |
| 03/05/09 | D. M. LeMAY | Work on preparation of analysis for report on LBO transaction (3.3); t/c w/E. Sassover re: same (0.1). | 3.40 hrs. |
| 03/05/09 | D. BAVA | Internet research re: debtors' stock prices on specific dates (.30). | 0.30 hrs. |
| 03/06/09 | D. BAVA | Complete Internet research re: debtors' stock prices on specific dates (.30); verify corporate status of entities listed on corporate organizational chart (.40). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4

| | | | |
|---|---|---|---|
| 03/06/09 | B. SCHUBECK | Search for G. Bradshaw to obtain specific article re Fraudulent Transfer Laws. | 1.90 hrs. |
| 03/06/09 | A. LEDERER | Retrieved law review articles for G.Bradshaw. | 0.50 hrs. |
| 03/06/09 | D. M. LeMAY | Work on LBO analysis, including review of key documents. | 3.60 hrs. |
| 03/06/09 | Y. YOO | Update Tribune Pre-Petition Financing Document Review schedules. | 0.30 hrs. |
| 03/06/09 | G. BRADSHAW | Researched secondary sources re: fraudulent transfer liability in certain transactions (5.9). | 5.90 hrs. |
| 03/06/09 | F. VAZQUEZ | Conference with Zink re: status of analysis and next steps (0.5); conference with Bradshaw re: guarantee issues (0.2); review C&P work list and attention thereto (0.4); attention to C&P workplan (0.5); review case law re: solvency issues (1.0). | 2.60 hrs. |
| 03/06/09 | J. GIANNINI | Call with D Deutsch re: documentation requests. (.1). | 0.10 hrs. |
| 03/06/09 | H. SEIFE | Review of Y.Young memo on debt financing analysis. | 0.80 hrs. |
| 03/07/09 | T. HALL | Work on document request. | 1.30 hrs. |
| 03/07/09 | F. VAZQUEZ | Conference with Zink re: next steps with analysis (0.5); review SEC filings re: Chandler trust (1.0); attention to C&P task list (1.0). | 2.50 hrs. |
| 03/08/09 | T. HALL | Work on document request. | 2.20 hrs. |
| 03/09/09 | F. VAZQUEZ | Attention to C&P workplan (0.3); review document production requests (1.0); conference w/Zink re: document production (0.3); conference w/Bradshaw re: document production (0.2). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

| | | | |
|---|---|---|---|
| 03/09/09 | H. SEIFE | Telephone conference B.Kraukauer regarding discovery. | 0.40 hrs. |
| 03/09/09 | Y. YOO | Reviewing the Senior Interim Loan Agreement and Zell-related Note documents and follow up on same with Francisco Vazquez and Gilbert Bradshaw (.9); Meeting with Gilbert Bradshaw re Senior Interim Loan Agreement and Zell-related Notes (.3); retrieving and reviewing Form of $200M Exchangeable Promissory Note (.3). | 1.50 hrs. |
| 03/09/09 | G. BRADSHAW | Reviewed previous loan agreements leading up to ESOP transaction (3.9). | 3.90 hrs. |
| 03/09/09 | D. E. DEUTSCH | Follow-up on document issue and review related materials (1.4); follow-up on solvency matter (.2). | 1.60 hrs. |
| 03/09/09 | D. M. LeMAY | Review of legal issues re: payment of improper dividend (3.8); legal analysis regarding attribution of "insider" status (2.6). | 6.40 hrs. |
| 03/09/09 | B. SCHUBECK | Search for G. Bradshaw for specific articles on fraudulent transfer laws. | 3.20 hrs. |
| 03/10/09 | D. BAVA | Conferences/correspondence with reference librarian re: historical financial data regarding stock price, volume traded and outstanding shares (.20). | 0.20 hrs. |
| 03/10/09 | F. VAZQUEZ | Conference with Bradshaw re: document request (0.3); conference with Giannini re: document request (0.2); review and revise document request (0.8). | 1.30 hrs. |
| 03/10/09 | J. GIANNINI | Review of discovery request prepared by G Bradshaw and F Vazquez (.5); office meetings with Y Yoo re: same (.6); various calls with G Bradshaw and F Vazquez re: same (.3) | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    April 24, 2009
435 N. MICHIGAN AVENUE    Invoice ******
CHICAGO, IL 60611    Page    6

| Date | Person | Description | Hours |
|---|---|---|---|
| 03/10/09 | G. BRADSHAW | Reviewed ESOP transaction documents (6). | 6.00 hrs. |
| 03/10/09 | Y. YOO | Meeting with Gilbert Bradshaw re $250M promissory note puchased by ESOP (.2); Reviewing Schedule of Information Request (1); meetings with Joseph Giannini re same (.6); Revising Schedule of Information Request (.2). | 2.00 hrs. |
| 03/10/09 | H. SEIFE | Conference D.LeMay regarding investigation (.4); revise discovery request and analyze transaction issues (1.7). | 2.10 hrs. |
| 03/10/09 | M. RICHMOND | Search for historical stock prices for Tribune Company. | 0.50 hrs. |
| 03/10/09 | J. B. PORTER | Case research re insider status and drafted outline re same. | 4.40 hrs. |
| 03/10/09 | M. A. ALPERT | Confs. w/Ted Zink and Ben Carson re: redemption issues under Delaware law (.3); reviewed treatises re: same (.6). | 0.90 hrs. |
| 03/10/09 | D. BAVA | Research re: form of motion and circulate same (.7). | 0.70 hrs. |
| 03/11/09 | J. B. PORTER | Research re insider status and began draft memorandum. | 5.90 hrs. |
| 03/11/09 | M. A. ALPERT | Reviewed documents re: redemption issues under Delaware law. | 2.40 hrs. |
| 03/11/09 | H. SEIFE | Preparation and conference with co-chair W. Smith regarding investigation. | 1.30 hrs. |
| 03/11/09 | D. M. LeMAY | Prepare for (0.7) and attend (1.6) meeting of C&P investigation team to finalize document request and review progress and next steps re: investigation. | 2.30 hrs. |
| 03/11/09 | Y. YOO | Reviewing execution versions of documents related to $1.6B Senior Unsecured Interim Loan Agreement and $8.028B Senior Secured Credit Agreement. | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page      7

| 03/11/09 | G. BRADSHAW | Reviewed ESOP loan Agreements (1.5). | 1.50 hrs. |
| 03/11/09 | J. GIANNINI | Review of prepetition debt summary (.3); various calls with F Vazquez re: same and discovery request (.2). | 0.50 hrs. |
| 03/11/09 | D. E. DEUTSCH | Follow-up research on post-petition financing related issue (1.4); discuss same with Howard Seife (.2). | 1.60 hrs. |
| 03/11/09 | F. VAZQUEZ | Conference w/Zink re: document request (0.3); conference w/Bradshaw re: document request (0.1); review and revise document request (1.5); follow up conference w/Zink re: document request (0.2); conference w/Porter re: statutory insiders (0.3). | 2.40 hrs. |
| 03/11/09 | B. G. CARSON | Research and prepare summary of Delaware corporate law relating to share repurchases in connection with May 2007 tender offer. | 3.60 hrs. |
| 03/11/09 | T. HALL | Meeting H. Seife, D. LeMay, T. Zink. | 1.20 hrs. |
| 03/11/09 | T. DANIELSON | For David Bava: Retrieve information from Bloomberg regarding the number of outstanding shares that the Tribune Co. had on 4/2/07 and 4/23/07. | 1.50 hrs. |
| 03/11/09 | B. SCHUBECK | Search on Bloomberg for Tribune Co. outstanding shares of April 2007 dates. | 0.90 hrs. |
| 03/11/09 | N. T. ZINK | Prepare for and conference with H. Seife, D. LeMay and T. Hall re discovery phase of fraudulent transfer investigation (1.5). | 1.50 hrs. |
| 03/12/09 | T. HALL | Emails re discovery. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     8


| 03/12/09 | B. G. CARSON | Research and revise summary of Delaware corporate law relating to share repurchases in connection with May 2007 tender offer. | 1.10 hrs. |

| 03/12/09 | F. VAZQUEZ | Conference with Zink re: possible discovery (0.2); draft list of potential discovery service list (0.7) conference w/H. Seife re: discovery (0.1). | 1.00 hrs. |

| 03/12/09 | J. GIANNINI | Call with F Vazquez re: discovery request and prepetition debt documents (.3); review of updated DIP materials and preparation of summary email correspondence re: same (.6). | 0.90 hrs. |

| 03/12/09 | G. BRADSHAW | Reviewed ESOP agreement schedules (.3). | 0.30 hrs. |

| 03/12/09 | Y. YOO | Reviewing $8.0B Credit Agreement and Schedules (.3); Reviewing Subordination Agreement and $225M Subordinated Promissory Note (.2). | 0.50 hrs. |

| 03/12/09 | H. SEIFE | Review and revised discovery request (1.4); review of transaction and fraudulent conveyance issues (1.5). | 2.90 hrs. |

| 03/12/09 | N. T. ZINK | Conference with H. Seife re possible targets of fraudulent transfer actions (.1); conference with F. Vazquez re director issue (2). | 0.30 hrs. |

| 03/12/09 | J. B. PORTER | Drafted memorandum re insider status and research re 347 preferences. | 3.50 hrs. |

| 03/12/09 | M. A. ALPERT | Reviewed documents re: redemption issues under Delaware law (3.2); worked on memo re: same (.6). | 3.80 hrs. |

| 03/13/09 | H. SEIFE | Review and revised letter to B.Kraukauer (.4); review of additional discovery options (.8); review of L.A. complaint on merger (1.0). | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 03/13/09 | D. E. DEUTSCH | Follow-up on litigation issue and distribute results of same to investigation team (.4); exchange related e-mails (.1); review discovery request to Debtors and distribute same to Moelis and AlixPartners' team with summary on same (.3). | 0.80 hrs. |

03/13/09   P. INGERMAN      Tel. conf. with M. Alpert re:          0.30 hrs.
                            share repurchases.

03/13/09   F. VAZQUEZ       E-mail to and from Hall re: 2004       0.20 hrs.
                            exam (0.1); conference w/Bradshaw
                            re: defenses (0.1).

03/13/09   B. G. CARSON     Research Delaware corporate law        1.50 hrs.
                            relating to share repurchases
                            (.8); revise draft of summary re:
                            same (.7).

03/13/09   T. HALL          Work on document demand (1.6);         2.10 hrs.
                            related letter to counsel (.5).

03/13/09   M. A. ALPERT     Reviewed documents re: redemption      2.80 hrs.
                            issues under Delaware law (1.3);
                            confs. re: same (.4); worked on
                            memo re: same (1.1).

03/16/09   T. HALL          Confer H. Seife re potential           0.30 hrs.
                            claims and emails re same.

03/16/09   F. VAZQUEZ       Conference w/D. Deutsch regarding      0.20 hrs.
                            ESOP investigation.

03/16/09   F. VAZQUEZ       Review cases re: solvency.             1.00 hrs.

03/16/09   G. BRADSHAW      Researched ESOP lawsuit in             0.30 hrs.
                            Delaware (.3).

03/16/09   H. SEIFE         Review of Neil class action            1.80 hrs.
                            complaint (.8); prepare memo on
                            potential additional courses of
                            action (1.0).

03/16/09   D. E. DEUTSCH    E-mail prepetition lender              0.50 hrs.
                            investigative team on potential
                            issue (.2); exchange additional
                            e-mails related to issue from
                            strategic plan (.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    10

| | | | |
|---|---|---|---|
| 03/17/09 | H. SEIFE | Review of discovery requests (1.0); review of potential targets/causes of action (1.2); review of underlying transactions (1.7). | 3.90 hrs. |
| 03/17/09 | G. BRADSHAW | Reviewed ESOP transaction Documents (.8). | 0.80 hrs. |
| 03/17/09 | F. VAZQUEZ | Review solvency case law (0.5). | 0.50 hrs. |
| 03/18/09 | G. BRADSHAW | Researched secondary sources of leveraged ESOP transactions (6.5); researched leveraged ESOP structure and agreements (1.8). | 8.30 hrs. |
| 03/18/09 | H. SEIFE | Review of discovery outline (.6); conference T.Zink regarding status of investigation (.4). | 1.00 hrs. |
| 03/19/09 | H. SEIFE | Review of underlying transaction structure and potential actions. | 2.40 hrs. |
| 03/19/09 | F. VAZQUEZ | Conference w/Zink regarding fraudulent transfer analysis. | 0.10 hrs. |
| 03/19/09 | G. BRADSHAW | Continued researching leveraged ESOP transaction treatment issues (7.5). | 7.50 hrs. |
| 03/19/09 | T. HALL | Review ERISA complaint. | 1.00 hrs. |
| 03/20/09 | T. HALL | Confer T. Zink re fraudulent conveyance investigation (.3); work on document requests to third parties (0.4); emails re discovery (0.3). | 1.00 hrs. |
| 03/20/09 | N. T. ZINK | Review solvency opinion (1.0); phone conference with T. Hall re discovery of certain parties (.2); review Tribune Company 10k re leveraged ESOP transaction steps and draw diagrams for inclusion in report (1.0); further phone conference with T. Hall re meeting with Alix Partners (.1); prepare for and conference with H. Seife re discovery and investigation issues (.4); further review of leveraged ESOP transaction and preparation of diagrams for | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11

                            inclusion in report (.4).

03/20/09   G. BRADSHAW      Continued researching leveraged      1.80 hrs.
                            ESOP transactions issues.

03/20/09   H. SEIFE         Conference T.Zink regarding          0.40 hrs.
                            investigation status.

03/20/09   J. B. PORTER     Drafted presentation of the          2.10 hrs.
                            ESOP/LBO transaction for T. Zink.

03/21/09   D. E. DEUTSCH    Follow-up on request for documents   0.60 hrs.
                            (.4); exchange related e-mails
                            with Ted Zink (.2).

03/21/09   N. T. ZINK       Review proxy statements relating     5.50 hrs.
                            to the leveraged ESOP transaction
                            (1.8); review relevant 8K's, 10Q's
                            and 10K's (2.5); prepare summary
                            of Leveraged ESOP transaction
                            steps for report (1.0); emails
                            with A. Holtz of AlixPartners
                            regarding financial analyses needs
                            for investigation (.2).

03/21/09   T. HALL          Emails re fraudulent conveyance      0.50 hrs.
                            investigation.

03/22/09   T. HALL          Work on document demands to          3.20 hrs.
                            various parties.

03/22/09   N. T. ZINK       Prepare timeline of Leveraged ESOP   4.20 hrs.
                            transaction steps and events (4.2);

03/23/09   N. T. ZINK       Review descriptions of component     3.60 hrs.
                            parts of the Leveraged ESOP
                            transaction and prepare diagrams
                            of Purchase Agreement (1.0);
                            conference with F. Vazquez and D.
                            Bava re discovery from lenders and
                            other transaction parties (.2);
                            further review of transaction
                            steps and creation of diagrams for
                            report (.5); prepare for and phone
                            conference with M. Sweeney and
                            Janet Henderson of Sidley & Austin
                            re debtors follow-up related to
                            fraudulent conveyance analysis
                            debtors (.6); conference with H.
                            Seife and T. Hall re discovery
                            issues (.3); review and revise
                            chart of sources and uses of

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   12


                             merger consideration (1.0).

03/23/09   F. VAZQUEZ        Conference with Zink re: discovery      4.70 hrs.
                             (0.2); review 2004 process and
                             draft summary re: same (1.5);
                             e-mail to and from Zink re:
                             potential targets (0.2); e-mails
                             re: share price (0.4); review and
                             update C&P task list (0.3); e-mail
                             to Bava re: list of potential
                             targets (0.1); review and revise
                             list of potential targets and
                             discovery (1.5); follow up
                             conferences with Zink re: list of
                             potential targets (0.2);
                             conference with Zink re: next
                             steps (0.2); review and revise
                             choice of law discussion (0.1).

03/23/09   T. HALL           Review and revise document            2.00 hrs.
                             requests (1.2); call Sidley re
                             document request (0.5); confer H.
                             Seife and T. Zink re discovery
                             (0.3).

03/23/09   M. RICHMOND       Search for historical stock prices    1.00 hrs.
                             and outstanding shares for Tribune
                             Company for various dates.

03/23/09   H. SEIFE          Review of draft discovery request     2.70 hrs.
                             (1.0); conference call with Sidley
                             regarding response to document
                             request (.8); conference with
                             T.Hall regarding strategy (.5);
                             conference T.Zink regarding status
                             of investigation (.4).

03/23/09   J. B. PORTER      Drafted ESOP/LBO transaction          1.90 hrs.
                             slides.

03/23/09   D. BAVA           Conference with T. Zink re:           1.30 hrs.
                             discovery targets (.10); review
                             docket sheet re: counsel appearing
                             on behalf of discovery targets
                             (.50); draft chart listing target
                             entity and counsel (.70).

03/24/09   F. VAZQUEZ        Conference w/T. Zink re: discovery    5.80 hrs.
                             (0.5); conference with T. Zink re:
                             fraudulent conveyance roadmap
                             (0.3).  Attention to and review
                             and revise proposed discovery

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | (1.5); review and revise letters to recipients of discovery requests (0.4); attention to choice of law discussion (0.1); draft solvency workplan (3.0). |  |
| 03/24/09 | H. SEIFE | Review and revise discovery requests (.7); review of certain solvency opinion (.8). | 1.50 hrs. |
| 03/24/09 | D. BAVA | Continue review docket sheet re: counsel appearing on behalf of possible discovery targets (.40). | 0.40 hrs. |
| 03/24/09 | N. T. ZINK | Conference with F. Vazquez and D. Bava re discovery requests (.3); further review of transaction steps and timeline and preparation of diagrams for report (.8); prepare instructions for financial analysts and conference with F. Vazquez re same (.5); attention to and review of document production requests (.5). | 2.10 hrs. |
| 03/24/09 | G. BRADSHAW | Researched comprehensive reorganization defense to LBO (3.5); researched solvency opinion criteria in LBOs (2.1); conf w/F. Vazquez (.5); follow-up research re: choice of law (.5) | 6.60 hrs. |
| 03/25/09 | G. BRADSHAW | Follow-up Research re: ESOP Transaction (1.3). | 1.30 hrs. |
| 03/25/09 | T. HALL | Confer T. Zink re document requests (0.2); email Sidley re document production issues (0.2); confer J. Cross re electronic discovery issues (0.2). | 0.60 hrs. |
| 03/25/09 | N. T. ZINK | Review and revise discovery requests to certain discovery targets (.4); review and revise Leveraged ESOP transaction timeline (.6); review and revise list of instructions to Alix Partners for the conduct of their financial investigation (.3). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   14


| | | | |
|---|---|---|---|
| 03/25/09 | H. SEIFE | Review and revised draft letters to certain discovery targets. | 0.80 hrs. |
| 03/25/09 | F. VAZQUEZ | Review and revise discovery (0.5); review and revise workplan (1.7); finalize letters to certain discovery targets (0.5); conference w/T. Zink re: discovery (0.3); followup conference w/T. Zink re: next steps (0.3). | 3.30 hrs. |
| 03/26/09 | F. VAZQUEZ | Conference w/T. Zink re: fraudulent conveyance discovery (0.3); conference w/T. Zink re: meeting with Alix (0.2); review discovery requests (0.4); conference w/Hall re: discovery requests (0.1); finalize and circulate discovery requests (1.0). | 2.00 hrs. |
| 03/26/09 | T. HALL | Confer T. Zink (0.3); review list of tasks for Alix (1.0); meeting Alix (1.0); finalize document requests (0.4). | 2.70 hrs. |
| 03/26/09 | D. E. DEUTSCH | Review document discovery requests (.3); exchange e-mails with litigation team re: Committee review process related to same (.3). | 0.60 hrs. |
| 03/26/09 | H. SEIFE | Prepare for and meeting with AlixPartners regarding investigation and insolvency analysis (1.3); conference Merrill counsel regarding document request (.4). | 1.70 hrs. |
| 03/26/09 | N. T. ZINK | Review solvency analysis instructions for Alix Partners (.6); prepare for and conference with H. Seife, T. Hall, B. Hall and A. Holtz re financial analysis steps re fraudulent transfer investigation (1.2); prepare discovery requests to certain discovery targets (.2). | 2.00 hrs. |
| 03/26/09 | G. BRADSHAW | Researched fraudulent transfer defenses (1.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          April 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    15


| 03/27/09 | G. BRADSHAW | Researched third circuit cases re: certain fraudulent transfer liability issues (2.6). | 2.60 hrs. |
| 03/27/09 | H. SEIFE | Telephone conferences counsel regarding scope of document request/response (.8); preparation of progress report to Committee (1.3).◄ | 2.10 hrs. |
| 03/27/09 | D. E. DEUTSCH | Follow-up on posting certain diligence materials for Committee (.2). | 0.20 hrs. |
| 03/27/09 | T. HALL | Emails re posting document requests. | 0.20 hrs. |
| 03/27/09 | F. VAZQUEZ | Conference w/Zink re: fraudulent conveyance analysis. | 0.20 hrs. |
| 03/28/09 | F. VAZQUEZ | Review and revise task list (0.5). | 0.50 hrs. |
| 03/29/09 | H. SEIFE | Review of draft work plan from AlixPartners regarding solvency. | 0.50 hrs. |
| 03/29/09 | N. T. ZINK | Review transaction documents (.4); correspondence with Alix Partners re insolvency investigation work plan (.4); review and revise timeline of events relevant to Leveraged ESOP transaction (.6); further drafting report re facts and relevant law (1.1). | 2.50 hrs. |
| 03/30/09 | H. SEIFE | Review of additional discovery options (.8); telephone conference with discovery recipient regarding discovery scope (.6). | 1.40 hrs. |
| 03/30/09 | M. RICHMOND | Search for historical stock prices for Tribune Company. | 0.50 hrs. |
| 03/30/09 | T. HALL | Call Sidley (.3); confer T. Zink (.2); review draft status report and emails re same (.5). | 1.00 hrs. |
| 03/30/09 | N. T. ZINK | Prepare memorandum to H. Seife re investigation progress report for presentation at April 2 committee meeting (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        April 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   16

| | | | |
|---|---|---|---|
| 03/30/09 | F. VAZQUEZ | Review recent opinion re: issue with potential litigation claims (0.5); conference w/Zink re: fraudulent conveyance analysis (0.2); review certain solvency cases (2.8); conference w/Bradshaw re: collapsing issue (0.2). | 3.70 hrs. |
| 03/30/09 | G. BRADSHAW | Researched collapsing transactions in fraudulent transfers (2.6). | 2.60 hrs. |
| 03/31/09 | G. BRADSHAW | Reviewed schedules for fraudulent transfer research. | 0.30 hrs. |
| 03/31/09 | F. VAZQUEZ | Review and revise fraudulent conveyance outline (1.0); review solvency cases (2.5). | 3.50 hrs. |
| 03/31/09 | D. M. LeMAY | Review two solvency opinions. | 1.70 hrs. |
| 03/31/09 | N. T. ZINK | Prepare and conference with H. Seife re discovery issues with certain discovery recipients. | 0.70 hrs. |
| 03/31/09 | H. SEIFE | Telephone conference with counsel to discovery recipient regarding discovery scope (.6); conference T.Zink regarding further discovery (.3). | 0.90 hrs. |

**Total Fees for Professional Services............. $182,099.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

April 24, 2009
Invoice ******
Page    17


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 22.30 | 18397.50 |
| H. SEIFE | 955.00 | 37.80 | 36099.00 |
| M. A. ALPERT | 795.00 | 13.50 | 10732.50 |
| N. T. ZINK | 765.00 | 27.60 | 21114.00 |
| P. INGERMAN | 795.00 | .30 | 238.50 |
| T. HALL | 795.00 | 21.50 | 17092.50 |
| B. G. CARSON | 395.00 | 6.20 | 2449.00 |
| D. E. DEUTSCH | 625.00 | 7.20 | 4500.00 |
| F. VAZQUEZ | 595.00 | 54.20 | 32249.00 |
| D. BAVA | 260.00 | 5.00 | 1300.00 |
| J. GIANNINI | 585.00 | 4.90 | 2866.50 |
| J. B. PORTER | 395.00 | 17.80 | 7031.00 |
| A. LEDERER | 125.00 | .50 | 62.50 |
| B. SCHUBECK | 120.00 | 7.70 | 924.00 |
| G. BRADSHAW | 345.00 | 68.20 | 23529.00 |
| M. RICHMOND | 125.00 | 2.00 | 250.00 |
| T. DANIELSON | 175.00 | 1.50 | 262.50 |
| Y. YOO | 345.00 | 8.70 | 3001.50 |
| TOTALS | | 306.90 | 182099.00 |