# EXHIBIT A

**Tribune Company, et al. Exhibit A – Summary Sheet**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Washington- Baltimore Newspaper Guild, Local 32035 | $590.09 |
| Washington-Baltimore Newspaper Guild, Local 32035 (Counsel) | $652.02 |
| **TOTAL** | **$1,242.11** |

2

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SCHEDULE OF EXPENSES**

William Salganik
Washington-Baltimore Newspaper Guild, Local 32035
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | March 26, 2009 Meeting |
|---|---|
| Mileage | $  20.90 |
| Parking | 13.00 |
| Train Fare | 245.40 |
| Cab Fare | 24.00 |
| Meals | 93.07 |
| Hotel | 193.72 |
| Total: | $590.09 |

**TOTAL ALLOWED AMOUNT:  $590.09**

Creditors' committee expenses -- Bill Salganik

|  | miles | dollars |
|---|---|---|
| 3/26/09 - committee meeting in New York | | |
| mileage - home to BWI airport and back | 38 | $ 20.90 |
| parking | | $ 13.00 |
| train to New York | | $ 54.40 |
| Acela home | | $ 191.00 |
| taxi in New York | | $ 11.00 |
| taxi in New York | | $ 13.00 |
| dinner | | $ 38.78 |
| note: had dinner with friend; am billing for half of receipted amount | | |
| breakfast | | $ 54.29 |
| note: includes breakfast for Bob Paul | | |
| hotel | | $ 193.72 |
| | | |
| TOTAL for March | | $ 590.09 |

Amtrak - Reservations - Confirmation

https://tickets.amtrak.com/itd/amtrak



| Español | Deutsch | | Home | Help | Contact Us | Search |

| Reservations | Schedules | Routes | Stations | Hot Deals | Traveling With Amtrak | Earn Rewards |



**AMTRAK.COM OPTIONS**
**Marc Salganik**
My User Profile
My Reservations
My Saved Plans
My Profile
Help          Log Out

### Confirmation

**Thank you for choosing Amtrak. Your reservation is complete.**

**Your entire reservation will be cancelled** if you do not pick up your ticket(s) before your first departure. Follow the ticketing information instructions below to pick up your tickets. All Amtrak trains except the Auto Train are non-smoking.

**<THIS IS NOT A TICKET. You must obtain your ticket(s) before boarding any train; this confirmation will not be accepted onboard.>**

RESERVATION NUMBER: **0ABB46**
Use this number to pick up tickets from a station agent.





SCAN AT QUIK-TRAK

1. Print this confirmation page.
2. Scan the barcode under the scanner below the keypad.
3. Touch the "Print Tickets" button.

No credit card is needed.

Amtrak Guest Rewards Number: 7016729670

---

**Departing:** Baltimore - BWI Thurgood Marshall Airport, MD (BWI) **To** New York - Penn Station, NY (NYP)

| Service | Departs | Arrives | Duration | Amenities | Seats/Rooms |
|---|---|---|---|---|---|
| 186 Northeast Regional | **Baltimore, MD** - BWI Thurgood Marshall Airport (BWI) **1:32 pm** 25-MAR-09 | **New York, NY** - Penn Station (NYP) **4:26 pm** 25-MAR-09 | 2h 54m | Snack car | 1 Reserved Coach Seat |

---

#### TICKET INFORMATION

Pick up your tickets at any Amtrak Quik-Trak self-service ticketing kiosk, or at any Amtrak ticket window. Check station operating hours before you go; ticket window and Quik-Trak kiosk hours vary from station to station. Your entire reservation (all segments) will be cancelled if you do not pick up your tickets before your first departure or if you no-show for any segment in your reservation. If your reservation cancels, you will need to make a new reservation, which may be at a higher fare.

#### FARE

1 Passenger
Passenger 1 Marc Salganik (Senior)

| | |
|---|---|
| Rail Fare | $54.40 |
| Accommodations Price | $0.00 |
| Total | $54.40 |

#### BILLING INFORMATION

**Billed to:**
Marc Salganik
10386 Eclipse Way
Columbia, MD 21044
United States

**Total Price: $54.40**

**Credit Card:** Visa
***********2309

#### E-MAIL CONFIRMATION

**We have sent an e-mail confirmation to the following address(es):**
billsalganik@yahoo.com





```
     MED # 7M47
Date    03/25/09
20:46  TO  20:58
TRIP #   16296
Stand. City Rate
DIST    2.13 mi
Rate 1   $ 8.50
Eve Surcharge
EXTRAS   $ 0.50
TOTAL    $ 9.00
   CONTACT TLC
   DIAL 311-1
```

MURALS ON 54

65 WEST 54TH ST. NY. NY. 10019
(212) 314-7700
CHECK:       414
TABLE:       44 / 1
SERVER:      708 Adam
DATE:        MAR26'09  8:48AM
CARD TYPE:   Visa
ACCT         XXXXXXXXXXXX2309
DATE:        XX/XX
AUTH CODE:   07061C
RESEARCH:    000000000000
        MARC SALGANIK

SUBTOTAL:         54.29

TIP _____

TOTAL $_____

X_____
        Signature
THANK YOU FOR DINING WITH US
        MURALS ON 54
T:(212) 314-7700
First Copy-Restaurant
Second Copy-Customer

ZEYTIN
519 COLUMBUS AVE
NEW YORK NY 10024
212-579-1145

Terminal #:          00000003
MAR 25, 09          20:31:26

Server ID: 9

VISA
*************2309
SALE              REF#:013
BATCH #: 261      AUTH #: 07080C

AMOUNT            $65.56

TIP          $    12

TOTAL        $    77.56

APPROVED

CUSTOMER COPY

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 12423
03/26/09 16:28  L#19 A# 1  Txn# 20968
03/25/09 12:58 In  03/26/09 16:28 Out
Tkt# 312289
4            $ 13.00-
XXXXXXXXXXXX2309 04/12
Approval No.: 05068C
Reference No.: 00000024



# WARWICK
## NEW YORK HOTEL

Mr. Marc William Salganik
10386 Eclipse Way
Columbia, MD 21044
US

INFORMATION INVOICE

| | |
|---|---|
| Arrival | 03-25-09 |
| Departure | 03-26-09 |
| Room No. | 2621 |
| Folio No. | 199825 |
| Cashier | 42 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-25-09 | Room Charge | 166.50 | |
| 03-25-09 | Tax-Room Sales 8.375% | 13.94 | |
| 03-25-09 | Tax-City Occupancy 5.875% | 9.78 | |
| 03-25-09 | Tax-City Tax $2/Room | 2.00 | |
| 03-25-09 | Tax-State Occupancy $1.50 | 1.50 | |
| 03-26-09 | Visa | | 193.72 |
| | Balance | | 0.00 |

### Guest Signature

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



WARWICK
*International hotels*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
*Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099*



HISTORIC HOTELS
of AMERICA
NATIONAL TRUST
HISTORIC PRESERVATION

**Robert E. Paul, Esq.**
**Counsel to Washington-Baltimore Newspaper Guild,**
**Local 32035**
**1025 Connecticut Avenue, N.W.**
**Suite 712**
**Washington, DC  20036**

| Type of Expense | March 26, 2009 Meeting |
|---|---|
| Train Fare | $420.00 |
| Hotel | 193.72 |
| Parking | 31.00 |
| Taxi | 7.30 |
| | |
| Total: | $652.02 |

**TOTAL ALLOWED AMOUNT:  $652.02**



# WARWICK
### NEW YORK HOTEL

| | | |
|---|---|---|
| Mr. Robert Paul | Arrival | 03-25-09 |
| 14 Franklin Street | Departure | 03-26-09 |
| Alexandria, VA 22314 | Room No. | 2522 |
| US | Folio No. | 199855 |
| | Cashier | 42 |
| **INFORMATION INVOICE** | Page No. | 1 of 1 |
| | Invoice No. | |
| | Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 03-25-09 | Room Charge | 166.50 | |
| 03-25-09 | Tax-Room Sales 8.375% | 13.94 | |
| 03-25-09 | Tax-City Occupancy 5.875% | 9.78 | |
| 03-25-09 | Tax-City Tax $2/Room | 2.00 | |
| 03-25-09 | Tax-State Occupancy $1.50 | 1.50 | |
| 03-26-09 | American Express | | 193.72 |

| | | |
|---|---|---|
| | **Balance** | 0.00 |

*Guest Signature*

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



WARWICK
*International Hotels*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
*Telephone 212 247-2700  Facsimile 212 247-2725  The Reservation Call 800 223-4099*



HISTORIC HOTELS
of AMERICA

NATIONAL TRUST
for HISTORIC PRESERVATION





```
              USPG
     UNION STATION GARAGE
         202-898-1950
---------------------------------
Terminal#:2 Cashier#:46
03/25/2009 2:25 PM
03/26/2009 4:52 PM - 1 02:28
644757309 / #598492
DAILY      : $        31.00
TOTAL      : $        31.00
    CASH   : $        40.00
CHANGE     : $         9.00
---------------------------------
        THANK YOU FOR
        PARKING WITH US
        DRIVE CAREFULLY
```

Contact TLC Dial
3-1-1

I ♡ NEW YORK

MED #                1J75
DATE: 03/26/2009
START TIME  13:28
END TIME    13:40
TRIP #      20385
RATE No.        1
STAND. CITY RATE
MILES RI     1.14
FARE1 $      7.30