# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

March 1, 2009 through and including March 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 7.70 | $4,581.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | .20 | $105.00 |
| William E. Chipman, Jr. | Partner; admitted DE 1999 | May, 1999 | $500.00 | .80 | $400.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 35.00 | $12,950.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 8.00 | $2,200.00 |
| Cynthia E. Moh | Associate; admitted DE 2007 | May, 2007 | $250.00 | 3.10 | $775.00 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | .20 | $40.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 33.40 | $6,680.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 2.00 | $250.00 |
| | | | Total | 90.40 | $27,981.50 |

**Blended Rate: $309.53**

Official Committee of Unsecured Creditors

April 27, 2009
Account No: 698-001
Statement No: 9257

Tribune Company, et al. bankruptcy

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adam G. Landis | 7.70 | $595.00 | $4,581.50 |
| Daniel B. Rath | 0.20 | 525.00 | 105.00 |
| Matthew B. McGuire | 35.00 | 370.00 | 12,950.00 |
| Michael V. Girello, Jr. | 0.20 | 200.00 | 40.00 |
| Cassandra Lewicki | 2.00 | 125.00 | 250.00 |
| Mona A. Parikh | 8.00 | 275.00 | 2,200.00 |
| Frances A. Panchak | 33.40 | 200.00 | 6,680.00 |
| William E. Chipman, Jr. | 0.80 | 500.00 | 400.00 |
| Cynthia E. Moh | 3.10 | 250.00 | 775.00 |
| **TOTAL** | **90.40** | | **27,981.50** |