# EXHIBIT "B"

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200


Official Committee of Unsecured Creditors

April 27, 2009
Account No:  698-001
Statement No:      9257

Tribune Company, et al. bankruptcy


### Fees through 03/31/2009

|            |     |      |      |                                                                                                |  Hours |         |
|------------|-----|------|------|------------------------------------------------------------------------------------------------|--------|---------|
| 03/12/2009 | DBR | B110 | A101 | consult with Landis re: LBO discovery                                                          | 0.20   | 105.00  |
|            | AGL | B110 | A101 | emails to and from lemay re: lbo investigation issues (.4); quick research re: timing of discovery issues (.3) | 0.70   | 416.50  |
|            |     |      |      | **B110 - Asset Analysis/Recovery**                                                             | **0.90** | **521.50** |
|            |     |      |      |                                                                                                |        |         |
| 03/25/2009 | MBM | B120 | A101 | review of Alix weekly update (.4); review of Moelis update (.3)                                | 0.70   | 259.00  |
|            |     |      |      | **B120 - Business Operations**                                                                 | **0.70** | **259.00** |
|            |     |      |      |                                                                                                |        |         |
| 03/02/2009 | FAP | B122 | A101 | Review notice of AlixPartners first fee application                                            | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Review notice of Paul Hastings first fee application; update critical dates                     | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Review certification of counsel for omnibus hearing dates; update critical dates                | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Emails from/to M. McGuire re: claims agent                                                      | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire                                       | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Update critical dates memo and distribute                                                      | 0.30   | 60.00   |
|            | AGL | B122 | A101 | call with deutsch re: objection deadlines for cash management motion                           | 0.30   | 178.50  |
|            |     |      |      |                                                                                                |        |         |
| 03/03/2009 | FAP | B122 | A101 | emails from/to A. Landis re: WR Grace 345 order; review docket for same; coordinate retrieval of same with service provider | 0.20   | 40.00   |
|            | FAP | B122 | A101 | Briefly review certification of counsel for PWC retention                                       | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Briefly review supplemental declaration of England for PWC retention                           | 0.10   | 20.00   |
|            | FAP | B122 | A101 | File maintenance and organize pleadings                                                        | 0.40   | 80.00   |
|            | FAP | B122 | A101 | Review J. Porter's email re: cancellation of 3/5 committee mtg; update calendar                 | 0.10   | 20.00   |
|            |     |      |      |                                                                                                |        |         |
| 03/04/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire                                       | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Review Northlake Property, et al. notice of appearance; update 2002 service list               | 0.10   | 20.00   |
|            | FAP | B122 | A101 | Briefly review debtors' objection to Francisco motion for relief from stay                     | 0.10   | 20.00   |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  | FAP | B122 A101 | Briefly review Monthly Operating Report for 12/29/08 to 2/1/09 | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review D. Deutsch memo regarding joinder to debtors' objection to Francisco motion for relief from stay | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review order authorizing PWC retention | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review order scheduling future omnibus hearings | 0.10 | 20.00 |
| 03/05/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review AlixPartners weekly update and distribute | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review Galleria Operating Company notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review Faggio notice of motion for relief from stay and update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review order authorizing debtors to provide medical benefits to terminated employees | 0.10 | 20.00 |
| 03/06/2009 | FAP | B122 A101 | Briefly review 2/26/09 committee mtg. minutes and supplemental minutes and distribute | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review 3/10/09 agenda | 0.10 | 20.00 |
|  | FAP | B122 A101 | Update critical dates calendar | 0.10 | 20.00 |
| 03/09/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of third omnibus motion to reject leases; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion to extend time to reject leases; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion to extend time for removal period; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion for authority to enter into stipulation with Hartford Courant Company for relief from stay; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion for further extension of time to comply with 345 requirements; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion establishing bar dates; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Van Senus motion for relief from stay; update critical dates calendar | 0.10 | 20.00 |
|  | FAP | B122 A101 | Update critical dates memo and distribute | 0.30 | 60.00 |
|  | FAP | B122 A101 | File maintenance and organize pleadings | 0.20 | 40.00 |
|  | FAP | B122 A101 | Review notice of rescheduled 4/28/09 hearing; update critical dates calendar | 0.10 | 20.00 |
| 03/10/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of cancelled hearing scheduled for 3/12/09 | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 A101 | Review Notices of Appearance for the Nielsen Company and update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Review R. Edwards and M. McGuire multiple emails re: live website and filed pleadings (.1); research docket and forward all pleadings and related orders filed to date by committee including debtors' monthly operating reports (.5) | 0.60 | 120.00 |
| 03/11/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| 03/12/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and K. Mumford | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review and distribute Chadbourne's memos re: motions for relief from stay, bar date motion and motions on for 3/25 hearing | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review McDermott Will Retention order | 0.10 | 20.00 |
| | FAP | B122 A101 | Retrieve and distribute committee meeting 3/12/09 agenda materials to A. Landis and M. McGuire | 0.10 | 20.00 |
| 03/13/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review Jon Van Senus notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Review CWA/ITV Negotiated Pension Plan notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Review CRP Holdings C, L.P. notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Review J. Porter email re: 3/26 committee meeting; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review Moelis retention consent order | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review order authorizing Lazard Freres retention | 0.10 | 20.00 |
| | FAP | B122 A101 | Review Enterprise Garage Corp. notice of appearance and update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | File maintenance and organize pleadings | 0.20 | 40.00 |
| 03/16/2009 | FAP | B122 A101 | Briefly review 3/11/09 term sheet and distribute | 0.10 | 20.00 |
| | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Update critical dates memo and distribute | 0.20 | 40.00 |
| | MBM | B122 A101 | review of critical dates calendar | 0.20 | 74.00 |
| 03/17/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review Dan Neil, et al. Notice of Appearance and update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review complaint re: Neil adversary action | 0.10 | 20.00 |
| | FAP | B122 A101 | Review D. Deutsch's email cancelling 3/19 committee mtg; update critical dates | 0.10 | 20.00 |

Page: 4
Official Committee of Unsecured Creditors                                    April 27, 2009
                                                                      Account No:  698-001
                                                                      Statement No:    9257

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 03/18/2009 | FAP | B122 | A101 | Briefly review Diablo Investment's Limited Objection to Motion to Reject/Assume Leases | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review updated docket; emails to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review Local 355 Health, Welfare and Pension Fund's notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 03/19/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review certification of counsel for order appointing Stuart Maue as fee examiner | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review Affidavit of Linda K. Cooper in support of order appointing fee examiner | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review Debtors' preliminary objection to Van Senus Motion for Relief from Stay | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review Travelers Insurance Company's notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review supplemental list of ordinary course professionals | 0.10 | 20.00 |
| 03/20/2009 | FAP | B122 | A101 | Review updated docket; emails to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review order appointing fee examiner | 0.20 | 40.00 |
|  | FAP | B122 | A101 | Update 2002 service list to include fee examiner | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review adversary complaint against Warren Beatty | 0.10 | 20.00 |
|  | FAP | B122 | A101 | File maintenance and organization of pleadings | 0.30 | 60.00 |
| 03/23/2009 | FAP | B122 | A101 | Briefly review draft minutes and supplement for 3/12/09 committee meeting and distribute | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of motion to enter into lease with Mosby and sale to Summit; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of motion to amend DIP order; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Alvarez & Marsal first monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of joint motion to file under seal certain fee letters; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review debtors' reply to Zurich's response to Van Senus motion | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review Exhibit A to debtors' preliminary objection and Zurich's response to Van Senus motion | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Update critical dates memo and distribute | 0.20 | 40.00 |
|  | FAP | B122 | A101 | Review notice of agenda for 3/25/09 hearing | 0.20 | 40.00 |
|  | FAP | B122 | A101 | Retrieve and briefly review schedules and sofas for various debtors | 2.50 | 500.00 |
|  | MBM | B122 | A101 | review of critical dates memorandum | 0.20 | 74.00 |
| 03/24/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |

Page: 5
Official Committee of Unsecured Creditors                          April 27, 2009
                                                         Account No:  698-001
                                                         Statement No:    9257

     Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
| | FAP | B122 A101 | Briefly review order authorizing third omnibus motion to reject leases | 0.10 | 20.00 |
| | FAP | B122 A101 | Review order extending time to file notices of removal; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review order further extending time to comply with section 345; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Retrieve and briefly review various schedules and sofas | 0.60 | 120.00 |
| 03/25/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review amended agenda for 3/25/09 hearing (.1) supplement for 3/25/09 hearing binder (.1) | 0.20 | 40.00 |
| | FAP | B122 A101 | Review KTR South Florida LLC notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | Review order shortening notice for debtors' second motion to continue medical benefits; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review Michigan Dept. of Treasury notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 A101 | File maintenance and organization of pleadings | 0.20 | 40.00 |
| | FAP | B122 A101 | Retrieve and review various schedules and sofas | 0.40 | 80.00 |
| 03/26/2009 | FAP | B122 A101 | Review updated docket; email A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review notice of Reed Smith's first monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review order establishing bar date; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Retrieve and review various schedules and sofas | 0.40 | 80.00 |
| | FAP | B122 A101 | Review order extending deadline to assume/reject leases; update critical dates | 0.10 | 20.00 |
| 03/27/2009 | FAP | B122 A101 | Review notice of Sidley Austin's first monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review Paul Hastings' notice of second monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Update critical dates memo and distribute | 0.30 | 60.00 |
| 03/30/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 A101 | Review notice of final hearing re: motion to extend time to assume/reject leases for certain landlords; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Telephone call with debtors' paralegal to confirm additional hearing dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review notice of motion to extend exclusivity; update critical dates | 0.10 | 20.00 |
| | FAP | B122 A101 | Review notice of filing amended DIP documents | 0.10 | 20.00 |
| | FAP | B122 A101 | Review notice of filing proposed amended DIP order | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review and distribute revised DIP memo | 0.10 | 20.00 |
| | FAP | B122 A101 | Briefly review 3/11/09 hearing transcript | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 | A101 | Monitor Intralinks and distribute recent memos | 0.10 | 20.00 |
| 03/31/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A101 | Review Sony Pictures Television notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 | A101 | Review notice of Sony Picture's motion for allowance and payment of admin claim; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A101 | Review amended notice of Sony Picture's motion for admin claim; update critical dates | 0.10 | 20.00 |
| | | | | **B122 - Case Administration** | **18.80** | **3,946.50** |
| 03/23/2009 | MAP | B124 | A101 | Emails to/from Porter re: service of Claims Registry, schedules & exhibits (.2); discussion with McGuire re: same (.1). | 0.30 | 82.50 |
| 03/25/2009 | MBM | B124 | A101 | review of revised bar date order (.4); emails with Deutsch and Stickles re: same (.2) | 0.60 | 222.00 |
| 03/26/2009 | CEM | B124 | A101 | Call and email with S. Dimassa regarding bar date. | 0.20 | 50.00 |
| | | | | **B124 - Claims Adm. & Objection** | **1.10** | **354.50** |
| 03/05/2009 | AGL | B134 | A101 | emails to and from deutsch re: hearing prep for 3/10 hearing | 0.20 | 119.00 |
| 03/09/2009 | FAP | B134 | A101 | Discussion with A. Landis re: matters going forward on 3/10/09 hearing | 0.10 | 20.00 |
| 03/10/2009 | FAP | B134 | A101 | Review amended agenda for 3/10/09 hearing | 0.10 | 20.00 |
| | AGL | B134 | A101 | review revised agenda to prepare for hearing, including status of moelis stipulated order and outline presentation to judge carey (.5); emails to and from debtors' cousnel re: cancellation of hearing (.2); emails to and from deutsch re: same (.2) | 0.90 | 535.50 |
| 03/24/2009 | FAP | B134 | A101 | Prepare 3/25/09 hearing binder for MBM | 0.40 | 80.00 |
| 03/25/2009 | MBM | B134 | A101 | prepare for and attend omnibus hearing | 0.80 | 296.00 |
| | | | | **B134 - Hearings** | **2.50** | **1,070.50** |
| 03/06/2009 | FAP | B136 | A101 | Discussion with S. Lewicki re: February prebills with Dec. and Jan. time | 0.10 | 20.00 |
| 03/09/2009 | FAP | B136 | A101 | Review/revise February prebills | 0.70 | 140.00 |
| 03/16/2009 | MAP | B136 | A101 | Review prebill for LRC 2nd Monthly Fee App (.6). | 0.60 | 165.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | **Hours** | |
|---|---|---|---|---|---|---|
| 03/17/2009 | FAP | B136 | A101 | Conference with M. Parikh re: draft LRC's second monthly fee application | 0.10 | 20.00 |
| 03/18/2009 | FAP | B136 | A101 | Discussion with M. McGuire re: draft LRC's second monthly fee application | 0.10 | 20.00 |
| | FAP | B136 | A101 | Draft certificate of no objection to LRC's first monthly fee application | 0.20 | 40.00 |
| | FAP | B136 | A101 | Begin draft of LRC's second monthly fee application (.6); emails to/from M. Parikh re: same (.1) | 0.70 | 140.00 |
| | AGL | B136 | A101 | emails to and from panchak re: informal responses to lrc fee application | 0.10 | 59.50 |
| 03/19/2009 | FAP | B136 | A101 | Discussion with S. Lewicki re: searchable electronic format for monthly fee and expense detail for examiner | 0.10 | 20.00 |
| | FAP | B136 | A101 | File and serve Certificate of No Objection to LRC's first monthly fee application | 0.20 | 40.00 |
| | MBM | B136 | A101 | review February bill | 0.40 | 148.00 |
| 03/20/2009 | FAP | B136 | A101 | Discussion with M. Parikh re: appointment of fee examiner and draft LRC's second monthly fee application | 0.10 | 20.00 |
| 03/23/2009 | FAP | B136 | A101 | Emails to/from M. Parikh and M. McGuire re: status of LRC's second fee application | 0.10 | 20.00 |
| | FAP | B136 | A101 | Discussions with M. McGuire and M. Parikh re: revisions to February prebills | 0.10 | 20.00 |
| | CL | B136 | A101 | Edits re: LRC February 2009 invoice | 1.00 | 125.00 |
| | CL | B136 | A101 | Edits re: LRC February 2009 invoice. | 0.50 | 62.50 |
| | FAP | B136 | A101 | Review/revise draft of LRC's second monthly fee application | 0.20 | 40.00 |
| | MAP | B136 | A101 | Emails and discussions w/ Panchak re: status of LRC 2nd Monthly Fee App (.2); review and revise draft bill for same (2.2); draft LRC 2nd Monthly Fee App (2.1); discussions with McGuire re: edits to draft bill (.1). | 4.60 | 1,265.00 |
| 03/25/2009 | FAP | B136 | A101 | Draft Notice of LRC's second monthly fee application | 0.10 | 20.00 |
| | FAP | B136 | A101 | Discussions with M. Parikh re: revisions to LRC's second notice and fee application (.1); revise notice (.1) | 0.20 | 40.00 |
| | CL | B136 | A101 | Revisions to LRC February 2009 invoice (.1); finalize same (.4) | 0.50 | 62.50 |
| | FAP | B136 | A101 | Finalize for filing, file and coordinate service of LRC's second monthly fee application | 0.70 | 140.00 |
| | WEC | B136 | A101 | Review and finalize LRC second monthly fee application | 0.80 | 400.00 |
| | MBM | B136 | A101 | review February bill for local rule compliance and privilege (.6); review and revise February fee application (.4); conference with Parikh re: same (.1) | 1.10 | 407.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| | MAP | B136 A101 | Discussion w/ McGuire re: draft of LRC 2nd Monthly Fee App (.1); revise and review same per edits from McGuire (1.1); discussion with McGuire re: edits to bill (.2); discussions with Lewicki re: edits to draft bill (.2); review revised bill (.1); make further edits to fee app per additional revisions from McGuire (.4); emails to/from McGuire re: finalizing bill (.1); discussions with Panchak re: finalizing LRC 2nd Monthly Fee App and notice (.2); discussion w Chipman re: review of same (.1). | 2.50 | 687.50 |
| 03/27/2009 | FAP | B136 A101 | Discussions with M. McGuire re: submission of fee/expense detail to examiner | 0.10 | 20.00 |
| 03/31/2009 | FAP | B136 A101 | Email exchanges with H. Lamb and M. McAteer re: payment for Dec./Jan. fee application | 0.10 | 20.00 |
| | | | **B136 - LRC Ret. & Fee Matters** | **16.00** | **4,162.00** |
| 03/03/2009 | AGL | B138 A101 | prepare for (.2) and attend (.5) weekly professionals meeting re: status of issues and assignments going forward | 0.70 | 416.50 |
| | MBM | B138 A101 | prepare for and participate in weekly professionals call | 1.10 | 407.00 |
| 03/10/2009 | AGL | B138 A101 | Prepare for (.3) and attend (.6) weekly committee professionals conference call re: update of open issues | 0.90 | 535.50 |
| | MBM | B138 A101 | Coordinate with KCC to prepare creditor information website | 2.50 | 925.00 |
| | MBM | B138 A101 | Attend weekly committee pmts. conference call re: update of open issues | 0.60 | 222.00 |
| 03/11/2009 | AGL | B138 A101 | attend call with debtors professionals re: information requests, status of open matters | 0.50 | 297.50 |
| 03/12/2009 | MBM | B138 A101 | review committee presentation materials (.6); participate in weekly committee meeting (1.2) | 1.80 | 666.00 |
| 03/13/2009 | MBM | B138 A101 | emails with Deutsch re: confidentiality agreement (.3); review of confi agreement (.2) | 0.50 | 185.00 |
| 03/17/2009 | AGL | B138 A101 | emails to and from professionals' group re: cancellation of 3/19 committee meeting | 0.10 | 59.50 |
| | MBM | B138 A101 | emails with Landis and Deutsch re: committee professional status call | 0.20 | 74.00 |
| 03/19/2009 | MBM | B138 A101 | status call with Debtors professionals | 0.80 | 296.00 |
| 03/24/2009 | FAP | B138 A101 | Telephone call to H. Lamb re: coverage for 3/26/09 committee meeting | 0.10 | 20.00 |
| | MBM | B138 A101 | attend weekly committee professionals status call | 1.00 | 370.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 03/25/2009 | MBM | B138 | A101 | conference call with Debtors' professionals re: case status | 0.50 | 185.00 |
| | FAP | B138 | A101 | Briefly review agenda for 3/26 committee mtg. and distribute | 0.10 | 20.00 |
| 03/26/2009 | FAP | B138 | A101 | Retrieve additional reports for 3/26 committee mtg. and distribute | 0.10 | 20.00 |
| | MBM | B138 | A101 | prepare for (.7) and participate in committee meeting (3.0) | 3.70 | 1,369.00 |
| 03/30/2009 | AGL | B138 | A101 | review agenda for professionals' meeting and related documents | 0.20 | 119.00 |
| 03/31/2009 | AGL | B138 | A101 | attend professionals' call with chadbourne, moelis, alix re: updates and agenda for thursday committee meeting | 0.50 | 297.50 |
| | MBM | B138 | A101 | conference call with Committee professionals re: case status | 0.50 | 185.00 |
| | | | | | ----- | -------- |
| | | | | **B138 - Creditors' Cmte Mtgs** | **16.40** | **6,669.50** |
| 03/02/2009 | MBM | B140 | A101 | conference with Landis re: committee information website (.1); emails to/from Blaustein and Landis re: same (.3); call from Frischberg and Edwards re: same (.4) | 0.80 | 296.00 |
| 03/03/2009 | FAP | B140 | A101 | email from/to McGuire re: Moelis contact information for KCC website | 0.10 | 20.00 |
| | FAP | B140 | A101 | Several telephone calls from/to individual creditors | 0.20 | 40.00 |
| | AGL | B140 | A101 | emails to and from kcc re: creditor inquiry website (.5); review and revise same (.2) | 0.70 | 416.50 |
| | MBM | B140 | A101 | review draft of creditor information website (.7); several emails with Edwards re: same (.4) | 1.10 | 407.00 |
| 03/06/2009 | AGL | B140 | A101 | conferences with mcguire re: creditor website issues (.4); calls and emails to and from deutsch re: same (.2) | 0.60 | 357.00 |
| | MBM | B140 | A101 | work with KCC to prepare creditor information website (1.6); emails with Deutsch and Landis re: same (.2) | 1.80 | 666.00 |
| 03/11/2009 | MBM | B140 | A101 | emails to/from Deutsch re: creditor information website (.2); emails and call to R. Edwards re: same (.4); review draft of website and revisions thereto (1.2) | 1.80 | 666.00 |
| 03/12/2009 | MBM | B140 | A101 | Coordinate with KCC to prepare creditor information website | 2.60 | 962.00 |
| | AGL | B140 | A101 | emails to and from kcc re: website changes | 0.40 | 238.00 |
| | MBM | B140 | A101 | emails and telephone calls with Porter and Deutsch re: creditor committee information website and revisions thereto | 0.60 | 222.00 |
| | | | | | ----- | -------- |
| | | | | **B140 - Creditor Inquiries** | **10.70** | **4,290.50** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | | Hours |  |
|---|---|---|---|---|---|---|
| 03/02/2009 | FAP | B144 A101 | Review H. Lamb's memo re: process for committee members' expense reimbursement | | 0.10 | 20.00 |
| | FAP | B144 A101 | Review M. McGuire and A. Holz's emails re: AlixPartners' fee application | | 0.10 | 20.00 |
| | FAP | B144 A101 | Review and distribute memo re: senior lender's reimbursement request | | 0.10 | 20.00 |
| | FAP | B144 A101 | Discussion with M. McGuire re: finalizing AlixPartner's first monthly fee application for filing | | 0.10 | 20.00 |
| | FAP | B144 A101 | Review, revise and compile AlixPartners' first monthly fee application in preparation of filing | | 0.40 | 80.00 |
| | FAP | B144 A101 | File and coordinate service of AlixPartners first monthly fee application | | 0.60 | 120.00 |
| | FAP | B144 A101 | Correspondence to A. Holtz and A. Leung re: notification of filing first fee application | | 0.10 | 20.00 |
| | MBM | B144 A101 | review, revise and prepare to file Alix 1st fee application (.8); emails to/from Holtz and Yeung re: same (.4) | | 1.20 | 444.00 |
| 03/03/2009 | FAP | B144 A101 | Prepare affidavit of service for AlixPartners first monthly fee application (.1); file same (.2) | | 0.30 | 60.00 |
| | AGL | B144 A101 | calls and emails to and from ust re: millstein (lazard) deposition location and time at lrc | | 0.20 | 119.00 |
| 03/06/2009 | FAP | B144 A101 | Review J. Porter's email re: status of Moelis' retention | | 0.10 | 20.00 |
| | MBM | B144 A101 | emails with Deutsch and Thompson re: Moelis retention order (.3); review revised order (.2) | | 0.50 | 185.00 |
| 03/09/2009 | MBM | B144 A101 | review and revise agreed order approving Moelis retention (.9); draft order approving same (.3); emails with Thompson and mcMahon re: same (.4); call from McMahon re: same (.1); call to Stickles re: same (.2); conferences with Landis re: same (.3) | | 2.20 | 814.00 |
| 03/10/2009 | MBM | B144 A101 | emails with Johnson and Deutsch re: status of Moelis engagement | | 0.50 | 185.00 |
| 03/12/2009 | FAP | B144 A101 | Review and revise certification of counsel re: Moelis retention | | 0.10 | 20.00 |
| | FAP | B144 A101 | File and coordinate service of Certification of Counsel re: Moelis retention (.4); prepare chambers package (.1) | | 0.50 | 100.00 |
| | FAP | B144 A101 | Prepare affidavit of service for Moelis retention and file same | | 0.20 | 40.00 |
| | MBM | B144 A101 | emails with Johnston re: Moelis consent order (.2); draft certification of counsel re: same (.7) | | 0.90 | 333.00 |
| 03/13/2009 | FAP | B144 A101 | Coordinate service of Moelis retention order (.1); prepare affidavit of service (.1) file same (.1) | | 0.30 | 60.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 03/17/2009 AGL | B144 A101 | emails to and from stickles re: certificate of no objection re: fee examiner order | | 0.20 | 119.00 |
| 03/18/2009 FAP | B144 A101 | Emails to/from M. McGuire, D. Deutsch and H. Lamb re: informal responses to first fee applications | | 0.10 | 20.00 |
| FAP | B144 A101 | Draft certificate of no objection to Chadbourne's first monthly fee application | | 0.20 | 40.00 |
| FAP | B144 A101 | Draft certificate of no objection to Committee Members' first monthly application | | 0.20 | 40.00 |
| MBM | B144 A101 | review proposed fee examiner order (.3); emails with Stickles re: same (.2); emails with Deutsch re: same (.3); conference with Landis re: same (.1) | | 0.90 | 333.00 |
| MBM | B144 A101 | emails with Lemay and Deutsch re: responses to Chadbourne January fee application | | 0.20 | 74.00 |
| 03/19/2009 FAP | B144 A101 | Prepare affidavit of service for Certificate of No Objection to professionals' first monthly fee application | | 0.10 | 20.00 |
| FAP | B144 A101 | File and serve Certificate of No Objection to Chadbourne's first monthly fee application | | 0.20 | 40.00 |
| FAP | B144 A101 | File and serve Certificate of No Objection to committee members' first monthly application | | 0.20 | 40.00 |
| FAP | B144 A101 | Correspondence to Chadbourne re: notification of filing certificates of no objection to first fee applications | | 0.10 | 20.00 |
| FAP | B136 A101 | Discussion with M. McGuire re: Debtors' contact for payment of fees/expenses | | 0.10 | 20.00 |
| FAP | B144 A101 | File affidavit of service for Certificate of No Objection for committee professionals' first fee/expense applications | | 0.10 | 20.00 |
| MVG | B144 A101 | Confer w/F. Panchak re: timing for filing Certificates of No Objection re: Cmte. Professionals' Fee Apps. | | 0.10 | 20.00 |
| MBM | B144 A101 | emails with Alix re: February fee application | | 0.20 | 74.00 |
| 03/20/2009 FAP | B144 A101 | Telephone call with H. Lamb re: confirm interim filing date, fee examiner requirements and committee members' applications | | 0.20 | 40.00 |
| FAP | B144 A101 | Correspondence to/from H. Lamb re: form of interim fee application | | 0.10 | 20.00 |
| FAP | B144 A101 | Begin draft of Committee Members' second monthly application for reimbursement of expenses | | 0.30 | 60.00 |
| 03/23/2009 FAP | B144 A101 | Emails from/to H. Lamb re: committee members' expense summary and receipts for second application | | 0.10 | 20.00 |
| FAP | B144 A101 | Finalize draft of committee members' second application for reimbursement of expenses | | 0.40 | 80.00 |
| FAP | B144 A101 | Draft notice of committee members' second application | | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 03/24/2009 | FAP | B144 | A101 | Emails to/from A. Leung and M. McGuire re: responses to AlixPartners' first monthly fee application | 0.10 | 20.00 |
|  | MBM | B144 | A101 | review and execute Certificate of No Objection for 1st Alix Fee Application | 0.10 | 37.00 |
| 03/25/2009 | FAP | B144 | A101 | Telephone call from/to H. Lamb re: Moelis first monthly fee application and draft notice for same | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Draft certificate of no objection to AlixPartners first monthly fee application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Briefly review Chadbourne's second monthly fee application in preparation of filing | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft Notice of Chadbourne's second monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Revise Notice of Committee Members' second application for reimbursement of expenses | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Revise Committee Members' second application for reimbursement of expenses | 0.20 | 40.00 |
|  | FAP | B144 | A101 | File and coordinate service of Certificate of No Objection to AlixPartners first monthly fee application (.2); email to/from A. Leung re: same (.1) | 0.30 | 60.00 |
|  | FAP | B144 | A101 | File and coordinate service of committee members' second application for reimbursement of expenses | 0.40 | 80.00 |
|  | FAP | B144 | A101 | File and coordinate service of Chadbourne's second monthly fee application | 0.60 | 120.00 |
|  | FAP | B144 | A101 | Emails to/from A. Leung re: status of second fee application | 0.10 | 20.00 |
|  | MBM | B144 | A101 | review and prepare Alix February Fee Application for filing (.5); review Chadbourne February Fee Application for filing (.3) | 0.80 | 296.00 |
|  | MVG | B144 | A101 | Confer w/F. Panchak re: Cmte. Members' Expense App. | 0.10 | 20.00 |
| 03/26/2009 | FAP | B144 | A101 | Prepare affidavit of service for committee professional's second fee/expense applications (.1); file same (.1) | 0.20 | 40.00 |
| 03/30/2009 | AGL | B144 | A101 | emails to/from deutsch re: fee application objection procedures and timing | 0.20 | 119.00 |
|  | FAP | B144 | A101 | Emails to/from with A. Leung re: AlixPartners' second monthly fee application (.1); review, revise and prepare same for filing (.2) | 0.30 | 60.00 |
|  | FAP | B144 | A101 | Draft notice of AlixPartners' second monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Prepare affidavit of service for AlixPartners' second monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | File and coordinate service of AlixPartners' second monthly fee application (.4); correspondence to A. Leung re: notification of filing (.1) | 0.50 | 100.00 |
|  | MBM | B144 | A101 | review 2nd Alix fee application | 0.40 | 148.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| 03/31/2009 | FAP | B144 | A101 | Telephone call with V. Patel re: Moelis' monthly and interim fee applications (.1); discussion with M. McGuire and follow-up email to V. Patel re: same (.1) | 0.20 | 40.00 |
| | | | | **B144 - Non-LRC Ret. & Fee Matt** | **18.00** | **5,180.00** |
| 03/03/2009 | AGL | B150 | A101 | call with deutsch re: fransciso lift stay motion and adr procedures in delaware (.2); emails to and from mcguire, moh re: joinder in debtors' objection and research needed (.1) | 0.30 | 178.50 |
| 03/04/2009 | CEM | B150 | A101 | Draft Joinder to Debtor's Objection to Francisco Motion to Lift Stay. | 1.90 | 475.00 |
| | CEM | B150 | A101 | Review docket for issues regarding alternative dispute resolution procedures. | 0.70 | 175.00 |
| | MBM | B150 | A101 | review draft joinder to Debtor objection to Fransisco stay relief motion (.2); review email from Moh re: same (.1) | 0.30 | 111.00 |
| 03/05/2009 | FAP | B150 | A101 | Discussion with C. Moh re: filing and service of joinder to debtors' objection to Francisco motion for relief from stay (.1); file and serve same (.6) | 0.70 | 140.00 |
| | FAP | B150 | A101 | Prepare affidavit of service for joinder to debtors' objection to Francisco Motion for relief from stay (.1); file same (.1) | 0.20 | 40.00 |
| | CEM | B150 | A101 | Follow up with co-counsel regarding creditor committee's objection to Francisco stay motion. | 0.10 | 25.00 |
| | CEM | B150 | A101 | Review Committee's Joinder to Francisco Stay Motion and prepare for filing. | 0.20 | 50.00 |
| | MBM | B150 | A101 | review of revised committee joinder (.2); conference with Moh re: same (.1) | 0.30 | 111.00 |
| 03/08/2009 | MBM | B150 | A101 | review Van Senus stay relief motion | 0.60 | 222.00 |
| | | | | **B150 - Relief from Stay** | **5.30** | **1,527.50** |
| | | | | **For Current Services Rendered** | **90.40** | **27,981.50** |

Official Committee of Unsecured Creditors

April 27, 2009
Account No:   698-001
Statement No:      9257

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|      |                                                      | Fees      | Hours  |
|------|------------------------------------------------------|-----------|--------|
| B100 | Bankruptcy Task Codes                                | 0.00      | 0.00   |
| B110 | Asset Analysis and Recovery                          | 521.50    | 0.90   |
| B120 | Business Operations                                  | 259.00    | 0.70   |
| B122 | Case Administration                                  | 3,946.50  | 18.80  |
| B124 | Claims Administration & Objections                   | 354.50    | 1.10   |
| B134 | Hearings                                             | 1,070.50  | 2.50   |
| B136 | LRC Retention & Fee Matters                          | 4,182.00  | 16.00  |
| B138 | Creditors' Committee Meetings/Communications         | 6,669.50  | 16.40  |
| B140 | Creditor Inquiries                                   | 4,290.50  | 10.70  |
| B144 | Non-LRC Retention & Fee Matters                      | 5,160.00  | 18.00  |
| B150 | Relief from Stay/Adequate Protection Proceedings     | 1,527.50  | 5.30   |
| **TOTAL** |                                                 | **27,981.50** | **90.40** |