# EXHIBIT "C"

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper AGL Adam G. Landis**

| Client | Trans Date | Tmkr | H/P | C/T | Tcode | Task | Rate | Amount | Description |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 02/03/2009 | AGL | P | 0 | B100 | E218 | | 32.00 | Client meals Sugarfoot Fine Food - Lunch  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 02/03/2009 — Billable 32.00

| 698.001 | 03/02/2009 | AGL | P | 3 | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 29674  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/02/2009 — Billable 36.00

| 698.001 | 03/03/2009 | AGL | P | 0 | B100 | E211 | | 45.24 | Outside printing - Advance Digital Legal Services, LLC - 48334  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/03/2009 | AGL | P | 0 | B100 | E210 | | 10.12 | US Postage # Digital Legal Services, LLC - 48334  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/03/2009 | AGL | P | 0 | B100 | E102 | | 15.00 | Outside printing TriState Courier & Carriage - Bankruptcy Document Service Charge  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/03/2009 — Billable 70.36

| 698.001 | 03/05/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 2.40 | Copying  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/05/2009 | AGL | P | 4 | B100 | E108 | | 3.00 | Postage  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/05/2009 | AGL | P | 3 | B100 | E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 29674  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/05/2009 | AGL | P | 3 | B100 | E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 29674  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/05/2009 | AGL | P | 3 | B100 | E216 | | 13.00 | Courier Fee - Advance TriState Courier & Carriage - 29674  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/05/2009 — Billable 31.40

| 698.001 | 03/09/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 4.30 | Copying  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/09/2009 — Billable 4.30

| 698.001 | 03/12/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 2.00 | Copying  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/12/2009 | AGL | P | 0 | B100 | E211 | | 156.47 | Outside printing - Advance Digital Legal Services, LLC - 48500  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/12/2009 | AGL | P | 0 | B100 | E210 | | 109.98 | US Postage # Digital Legal Services, LLC - 48500  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/12/2009 | AGL | P | 3 | B100 | E216 | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 29810  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |
| 698.001 | 03/12/2009 | AGL | P | 3 | B100 | E216 | | 243.00 | Courier Fee - Advance TriState Courier & Carriage - 29810  Official Committee of Unsecured Creditors  Tribune Company, et al. bankruptcy |

Date: 04/27/2009    Case 08-13141-BLS    Doc 1039-4    Filed 04/27/09    Page 3 of 5    Page:
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|

**Timekeeper AGL Adam G. Landis**

Subtotal for Transaction Date 03/12/2009
Billable        517.95

| 698.001 | 03/13/2009 | AGL | P | 0 | B100 | E211 | | 88.35 | Outside printing - Advance Digital Legal Services, LLC - 48518<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/13/2009 | AGL | P | 0 | B100 | E210 | | 97.00 | US Postage # Digital Legal Services, LLC - 48518<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/13/2009 | AGL | P | 3 | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 29810<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/13/2009 | AGL | P | 3 | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 29810<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/13/2009 | AGL | P | 3 | B100 | E216 | | 243.00 | Courier Fee - Advance TriState Courier & Carriage - 29810<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/13/2009
Billable        463.15

| 698.001 | 03/16/2009 | AGL | P | 3 | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 29875<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/16/2009
Billable        17.40

| 698.001 | 03/17/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 2.80 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/17/2009
Billable        2.80

| 698.001 | 03/19/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 13.20 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/19/2009 | AGL | P | 4 | B100 | E108 | | 3.80 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/19/2009 | AGL | P | 3 | B100 | E216 | | 19.50 | Courier Fee - Advance TriState Courier & Carriage - 29875<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/19/2009
Billable        36.50

| 698.001 | 03/25/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 49.80 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/25/2009 | AGL | P | 3 | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 29941<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/25/2009 | AGL | P | 0 | B100 | E211 | | 200.46 | Outside printing - Advance Digital Legal Services, LLC - 48639<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/25/2009 | AGL | P | 0 | B100 | E210 | | 29.10 | US Postage # Digital Legal Services, LLC - 48639<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

Subtotal for Transaction Date 03/25/2009
Billable        315.36

| 698.001 | 03/30/2009 | AGL | P | 2 | B100 | E101 | 0.100 | 10.20 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/30/2009 | AGL | P | 0 | B100 | E211 | | 39.78 | Outside printing - Advance Digital Legal Services, LLC - 48743 |

Detail Cost Transaction File List
Landis Rath & Cobb LLP

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|

**Timekeeper AGL Adam G. Landis**

| | 698.001 | 03/30/2009 | AGL | P | 0 | B100 | E210 | | 8.76 | US Postage # Digital Legal Services, LLC - 48743 |

Official Committee of Unsecured Creditors
Tribune Company, et al. bankruptcy
Official Committee of Unsecured Creditors
Tribune Company, et al. bankruptcy

Subtotal for Transaction Date 03/30/2009
Billable    58.74

**Total for Timekeeper AG**    Billable    1,585.96    Adam G. Landis

**GRAND TOTALS**
Billable    1,585.96

Official Committee of Unsecured Creditors

April 27, 2009
Account No:   698-001
Statement No:      9257

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 6.80 |
| Copying | 84.70 |
| Courier Fees | 662.20 |
| Outside Duplication Services | 545.30 |
| US Postage | 254.96 |
| Client meals | 32.00 |
| **Total Expenses Thru 03/31/2009** | **1,585.96** |