# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987; N.D. IL 1988; C.D. IL 1992; E.D. WI 1993; W.D. MI 2001; 5th Cir. Court of Appeals 1995 & 7th Ct. of Appeals 2005. | $515.00 | 19.00 | $9,785.00 |
| P.R. Walker-Bright | Partner. Joined Firm 2008. Member of IL Bar since 1994; N.D. IL 1994; 7th Cir. Ct. of Appeals 1997; 5th Cir. Ct. of Appeals 2005. | $495.00 | 1.50 | $742.50 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | .20 | $60.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.00 | $375.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $100.00 | 9.00 | $1,305.00 |
| Grand Total: | | | 32.70 | $12,267.50 |
| Blended Rate: | | | | $375.15 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $511.47 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Crime Claim – 00001 | 1.50 | $222.50 |
| Shannon Claim – 00003 | 1.00 | $392.00 |
| Insurance Counseling – 00005 | 19.90 | $9,678.50 |
| Fee Applications – 00009 | 10.30 | $1,974.50 |
| **TOTAL:** | **32.70** | **$12,267.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1844267
Invoice Date: April 21, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Crime Claim 503842.00001 | $222.50 | $0.00 | $222.50 |
| RE: | Shannon Claim 503842.00003 | $392.00 | $0.00 | $392.00 |
| RE: | Insurance Counseling 503842.00005 | $9,678.50 | $3.00 | $9,681.50 |
| RE: | Fee Applications 503842.00009 | $1,974.50 | $114.35 | $2,088.85 |
| | **Current Invoice Total:** | **$12,267.50** | **$117.35** | **$12,384.85** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 0260-0959-3
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1844267)

April 21, 2009
RE: Crime Claim
   (503842.00001)

Invoice: 1844267
Page 2

## RE: Crime Claim

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/02/09 | DR | Corresponded with S. Somoza regarding filing of Crime Claim documents for later access in event needed. | 0.20 |
| 03/03/09 | SS | Reviewed case file and compiled settlement agreements for J. Shugrue. | 0.10 |
| 03/05/09 | SS | Organized and prepared D. Rosenfield working files to send to off site storage. | 0.70 |
| 03/23/09 | SS | Reviewed and prepared additional documents received from J.Shugrue for correspondence file. | 0.50 |

TOTAL FEES:      $222.50

Fees & Disbursements     $222.50

## Fee Summary: Crime Claim

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| DR | D. Rosenfield | 0.20 | 300.00 | 60.00 |
| SS | S. Somoza | 1.30 | 125.00 | 162.50 |
| | | 1.50 | | 222.50 |

April 21, 2009                                                    Invoice: 1844267
RE: Shannon Claim                                                Page 3
   (503842.00003)

**RE: Shannon Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/02/09 | JDS | Analyzed exchange of emails regarding scope of coverage under Employers Fire policy various Tribune entities. | 0.20 |
| 03/03/09 | PRW | Prepared e-mail to client, defense counsel regarding coverage for Tribune's defense costs under OneBeacon's coverage. | 0.30 |
| 03/03/09 | JDS | Analyzed memo from P. Walker-Bright regarding evaluation of scope of coverage available under Employers Fire policy to Tribune parties and conferred with same regarding follow up on same. | 0.20 |
| 03/06/09 | SS | Organized and catalogued correspondence files. | 0.30 |

TOTAL FEES:          $392.00

Fees & Disbursements          $392.00

**Fee Summary: Shannon Claim**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.40 | 515.00 | 206.00 |
| PRW | P.R. Walker-Bright | 0.30 | 495.00 | 148.50 |
| SS | S. Somoza | 0.30 | 125.00 | 37.50 |
| | | 1.00 | | 392.00 |

## RE: Insurance Counseling

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 03/02/09 | JDS | Analyzed, telephone conferences with client regarding D&O and FLI coverages (.9); analyzed email from defense counsel regarding underlying third-party suit and exchanged emails with client regarding same (.2); analyzed bankruptcy counsel email regarding correspondence with insurer (.2). | 1.30 |
| 03/03/09 | SS | Reviewed, analyzed and prepared sub files for various claims and projects per J. Shugrue. | 0.60 |
| 03/03/09 | JDS | Analyzed proposed revisions to correspondence with insurer, worked on revising draft letter to incorporate same, and analyzed underlying case pleadings in connection with same. | 1.00 |
| 03/04/09 | JDS | Analyzed and provided comments on policy endorsements (.8); analyzed and exchanged messages with client regarding possible coverage for new suit (.2); analyzed email from defense counsel regarding results of hearing in underlying suit (.2). | 1.20 |
| 03/09/09 | PRW | Analyzed complaint in underlying lawsuit regarding potential insurance coverage (0.3); telephone conference with client regarding same (0.1); conferred with J. Shugrue regarding same (.1). | 0.50 |
| 03/09/09 | JDS | Analyzed and exchanged emails regarding coverage issues (.3); analyzed third-party suit regarding possible insurance coverage and conferred with P. Walker-Bright regarding same (.3). | 0.60 |
| 03/10/09 | SS | Organized and catalogued correspondence. | 0.20 |
| 03/10/09 | JDS | Telephone conference with client regarding insurer coverage position regarding third-party suit (.3); analyzed draft memo regarding motion to stay third-party suit and exchanged emails with bankruptcy counsel regarding same (.6). | 0.90 |
| 03/11/09 | SS | Organized and catalogued and prepared sub files per J. Shugrue. | 0.60 |
| 03/11/09 | JDS | Analyzed proposed policy endorsement and provided comment on same (.2); analyzed and exchanged emails with client regarding communications with insurers regarding third-party suit (.3); telephone conference regarding motion to stay third-party suit and prepared email regarding same (.5). | 1.00 |
| 03/12/09 | JDS | Analyzed pleadings regarding motion to stay third-party suit (1.0); analyzed insurer reservation of rights/denial letter regarding coverage for third-party suit (.7); telephone conference with client regarding same (.5). | 2.20 |

April 21, 2009                                                                        Invoice: 1844267
RE:  Insurance Counseling                                                  Page 5
     (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/13/09 | JDS | Worked on letter to insurer regarding coverage for third-party claim (.6); worked on letter to insurers regarding third-party claim (.5); telephone conference with client regarding communication with insurers regarding underlying suit (.1); analyzed proposed endorsement for policy and provided comments on same (.2). | 1.40 |
| 03/16/09 | JDS | Worked on correspondence to insurer regarding coverage for third-party claim and telephone conference with client regarding same. | 0.80 |
| 03/17/09 | JDS | Drafted letters to insurers regarding coverage for third-party suit (.9); analyzed and exchanged emails with client regarding same (.3); telephone conference with client regarding underlying cases and plaintiff motions to lift stay regarding same (.6); telephone conference with client and bankruptcy counsel regarding same (.3). | 2.10 |
| 03/18/09 | JDS | Worked on finalizing letters to insurers regarding coverage for third-party suit (.6); exchanged emails, telephone conference with client regarding insurance issues related to underlying case (.2). | 0.80 |
| 03/19/09 | JDS | Analyzed and exchanged emails with client regarding insurance issues related to underlying third-party suit (.4); telephone conference with insurer representatives, client and bankruptcy counsel regarding same (.8). | 1.20 |
| 03/20/09 | JDS | Analyzed emails regarding insurer position regarding underlying third-party suit. | 0.20 |
| 03/23/09 | JDS | Analyzed and commented on letter to insurers regarding third-party claim (.2); exchanged emails, telephone conference with client regarding endorsement for insurance policy (.2). | 0.40 |
| 03/24/09 | JDS | Telephone conference with defense and bankruptcy counsel regarding insurance issues related to third-party action (.3); telephone conference with bankruptcy counsel regarding insurance issues related to third-party case (.2). | 0.50 |
| 03/25/09 | JDS | Telephone conferences with insurer claims representative, bankruptcy counsel, client regarding underlying plaintiff's efforts to lift stay to proceed to mediation. | 0.90 |
| 03/26/09 | JDS | Analyzed briefs in third-party case and exchanged emails with defense counsel, client regarding same. | 0.60 |
| 03/27/09 | PRW | Analyzed general insurance liability policy regarding coverage for third-party lawsuit (0.5); prepared e-mail to client and J. Shugrue regarding same (0.2) | 0.70 |
| 03/27/09 | JDS | Analyzed emails from broker regarding various endorsements regarding insurance policy renewals. | 0.20 |

TOTAL FEES:                    $9,678.50

## CURRENT DISBURSEMENTS

03/31/2009  Duplicating/Printing/Scanning                                        3.00

                                              Total Disbursements                3.00

                                              Fees & Disbursements        $9,681.50

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 17.30 | 515.00 | 8,909.50 |
| PRW | P.R. Walker-Bright | 1.20 | 495.00 | 594.00 |
| SS | S. Somoza | 1.40 | 125.00 | 175.00 |
|    |  | 19.90 |  | 9,678.50 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/10/09 | LL | Conferred with J. Sullivan regarding drafting fee applications (.1); conferred with J. Gross regarding same (.1); researched docket regarding interim fee order and e-mails regarding same (.2). | 0.40 | 58.00 |
| 03/11/09 | LL | Worked on preparing Fee Application. | 3.00 | 435.00 |
| 03/12/09 | LL | Revisions to RS's First Monthly Fee Application (.9); e-mail correspondence regarding same (.1). | 1.20 | 174.00 |
| 03/20/09 | JDS | Analyzed and revised draft fee petition and prepared summary entries regarding work performed in period covered by petition. | 0.80 | 412.00 |
| 03/23/09 | JDS | Worked on preparation of fee application regarding Tribune insurance matters. | 0.50 | 257.50 |
| 03/24/09 | LL | E-mail correspondence regarding RS's 1st fee application (.3); reviewed and revised RS's 1st fee application (.80). | 1.10 | 159.50 |
| 03/25/09 | LL | Worked on finalizing RS Fee Application. | 3.30 | 478.50 |

TOTAL FEES:            $1,974.50

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 03/26/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 114.35 |
| | Total Disbursements | 114.35 |
| | Fees & Disbursements | $2,088.85 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1844267
Invoice Date: April 21, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through March 31, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Crime Claim 503842.00001 | $222.50 | $0.00 | $222.50 |
| RE: | Shannon Claim 503842.00003 | $392.00 | $0.00 | $392.00 |
| RE: | Insurance Counseling 503842.00005 | $9,678.50 | $3.00 | $9,681.50 |
| RE: | Fee Applications 503842.00009 | $1,974.50 | $114.35 | $2,088.85 |
| | **Current Invoice Total:** | **$12,267.50** | **$117.35** | **$12,384.85** |

US_ACTIVE-101535947.1

**INVOICE IS PAYABLE UPON RECEIPT**