# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $3.00 |
| Telephone – Outside | Chorus Call/SoundPath | $114.35 |
| **TOTAL** | | **$117.35** |

US_ACTIVE-101459448.4-LALANKFO

April 21, 2009                                                      Invoice: 1844267
RE: Insurance Counseling                              Page 6
    (503842.00005)

                                       TOTAL FEES:                 $9,678.50

### CURRENT DISBURSEMENTS

| Date | Description | | Amount |
|---|---|---|---:|
| 03/31/2009 | Duplicating/Printing/Scanning | | 3.00 |
| | | Total Disbursements | 3.00 |
| | | Fees & Disbursements | $9,681.50 |

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| JDS | J.D. Shugrue | 17.30 | 515.00 | 8,909.50 |
| PRW | P.R. Walker-Bright | 1.20 | 495.00 | 594.00 |
| SS | S. Somoza | 1.40 | 125.00 | 175.00 |
| | | 19.90 | | 9,678.50 |

Case 08-13141-BLS   Doc 1095-4   Filed 04/28/09   Page 4 of 4

April 21, 2009
RE: Fee Applications
(503842.00009)

Invoice: 1844267
Page 7

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 03/10/09 | LL | Conferred with J. Sullivan regarding drafting fee applications (.1); conferred with J. Gross regarding same (.1); researched docket regarding interim fee order and e-mails regarding same (.2). | 0.40 | 58.00 |
| 03/11/09 | LL | Worked on preparing Fee Application. | 3.00 | 435.00 |
| 03/12/09 | LL | Revisions to RS's First Monthly Fee Application (.9); e-mail correspondence regarding same (.1). | 1.20 | 174.00 |
| 03/20/09 | JDS | Analyzed and revised draft fee petition and prepared summary entries regarding work performed in period covered by petition. | 0.80 | 412.00 |
| 03/23/09 | JDS | Worked on preparation of fee application regarding Tribune insurance matters. | 0.50 | 257.50 |
| 03/24/09 | LL | E-mail correspondence regarding RS's 1st fee application (.3); reviewed and revised RS's 1st fee application (.80). | 1.10 | 159.50 |
| 03/25/09 | LL | Worked on finalizing RS Fee Application. | 3.30 | 478.50 |
| | | TOTAL FEES: | | $1,974.50 |

## CURRENT DISBURSEMENTS

| 03/26/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/ | 114.35 |
|------------|---------------------------------------------------------------|--------|
| | Total Disbursements | 114.35 |
| | Fees & Disbursements | $2,088.85 |