## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Objection Date: May 18, 2009 at 4:00 p.m.**<br>**Hearing Date:** *Only if Objections are filed* |

## THIRD MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD OF MARCH 1, 2009 THROUGH MARCH 31, 2009

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide<br>Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

464291/0001-5560909v1

Period for Which Compensation          **March 1, 2009 through March 31, 2009**
and Reimbursement is Sought:

Amount of compensation sought as actual,          **$1,699,809.50**
reasonable and necessary:

Amount of Expense Reimbursement sought as     **$30,501.15**
actual, reasonable and necessary

This is a(n):    _ X _ monthly          _____ interim          _____ final application

Requested Payment Amount:

Fees at 80%                    **$1,359,847.60**

Expenses at 100%               **$30,501.15**

## FEE SUMMARY FOR THE PERIOD FROM
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 7.50 | $6,000.00 |
| Richard W. Astle | Partner/ Corporate/ 29 years. Admitted 1980. | $735 | 0.80 | $588.00 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 30.50 | $25,162.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 1.10 | $852.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $735 | 6.50 | $4,777.50 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 1.00 | $925.00 |

---

[1]The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Sidley attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Sidley's next Firm-wide rate adjustment will be $925 per hour.

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 27.50 | $18,837.50 |
| James W. Ducayet | Partner/ Litigation/ 13 years. Admitted 1996. | $685 | 1.50 | $1,027.50 |
| Max C. Fischer | Partner/ Employment/ 14 years. Admitted 1995. | $600 | 7.60 | $4,560.00 |
| Ronald S. Flagg | Partner/ Litigation/ 28 years. Admitted 1981. | $650 | 2.20 | $1,430.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 0.70 | $542.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 3.90 | $3,120.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 28.20 | $18,612.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 143.90 | $118,717.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 6.50 | $4,712.50 |
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 89.30 | $73,672.50 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 4.60 | $4,025.00 |
| Kevin J. Hochberg | Partner/ Banking and Financial Transactions/ 25 years. Admitted 1984. | $775 | 1.30 | $1,007.50 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 1.40 | $980.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 18.00 | $12,330.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 206.70 | $138,982.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian M. Kaplowitz | Partner/ Pooled Investment Entities/ 27 years. Admitted 1982. | $875 | 0.50 | $437.50 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 172.60 | $154,350.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 219.20 | $177,127.50 |
| Scott R. Lassar | Partner/ Litigation/ 34 years. Admitted 1975. | $850 | 1.90 | $1,615.00 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 24.90 | $16,185.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 122.20 | $73,931.00 |
| Ellen P. Pesch | Partner/ Insurance and Financial Services/ 20 years. Admitted 1989. | $800 | 0.50 | $400.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kevin R. Pryor | Partner/ Tax/ 12 years. Admitted 1997. | $605 | 0.30 | $181.50 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 6.60 | $4,851.00 |
| Scott E. Saef | Partner/ Real Estate/ 17 years. Admitted 1992. | $630 | 1.80 | $1,134.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 11.20 | $7,000.00 |
| Eugene A. Schoon | Partner/ Litigation/ 27 years. Admitted 1982. | $685 | 1.70 | $1,164.50 |
| Stewart R. Shepherd | Partner/ Employee Benefits/ 33 years. Admitted 1976. | $735 | 2.20 | $1,617.00 |
| Thomas McC. Souther | Partner/ Litigation/ 24 years. Admitted 1985. | $800 | 1.50 | $1,200.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael J. Sweeney | Partner/ Litigation/ 33 years. Admitted 1976. | $685 | 22.10 | $15,138.50 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 53.20 | $31,920.00 |
| Robert R. Wootton | Retired Partner/ Tax/ 30 years. Admitted 1979. | $665 | 9.10 | $6,051.50 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 9.50 | $8,075.00 |
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 37 years. Admitted 1972. | $800 | 15.50 | $12,400.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 22.10 | $17,127.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $635 | 8.90 | 6,007.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jeffrey W. Stewart | Counsel/ Securitization/ 16 years. Admitted 1993. | $650 | 5.20 | $3,380.00 |
| James D. Weiss | Counsel/ Employment/ 16 years. Admitted 1993. | $575 | 1.00 | $575.00 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 78.40 | $29,400.00 |
| Baird S. Allis | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 3.50 | $1,382.50 |
| Keith Patrick Banner | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $330 | 24.00 | $7,920.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 39.90 | $18,952.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 55.10 | $34,437.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Peter K. Booth | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 20.20 | $7,575.00 |
| Heather M. Bruce | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 2.30 | $908.50 |
| Brenna M. Clark | Associate/ Employee Benefits/ 1 year. Admitted 2008. | $315 | 3.70 | $1,165.50 |
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 4.90 | $1,837.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 12.00 | $5,700.00 |
| Reepal S. Dalal | Associate/ Employee Benefits/ 3 years. Admitted 2006. | $395 | 15.60 | $6,162.00 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 30.90 | $11,587.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Gregory E. Durkin | Associate/ Corporate/ 2 years. Admitted 2007. | $355 | 9.70 | $3,443.50 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 2 years. Admitted 2007. | $355 | 15.60 | $5,538.00 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 5.00 | $1,575.00 |
| Wendell M. Harp | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 26.00 | $11,050.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 2 years. Admitted 2008. | $425 | 47.80 | $20,315.00 |
| James R.M. Hemmings | Associate/ Product Liability and Mass Torts Litigation/ 6 years. Admitted 2003. | $495 | 11.80 | $5,841.00 |
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 1.70 | $1,062.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 26.90 | $13,853.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 196.70 | $73,762.50 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year/ Admitted 2008. | $315 | 43.60 | $13,734.00 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 38.20 | $15,089.00 |
| Jillian K. McClelland | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 181.30 | $77,052.50 |
| Allison L. Miller | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 58.50 | $23,107.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 181.60 | $95,340.00 |
| Neil S. Pai | Associate/ Corporate/ 1 year/ Admitted 2008. | $315 | 29.90 | $9,418.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tom A. Paskowitz | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | 1.80 | $945.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 37.60 | $17,484.00 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 44.70 | $16,762.50 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 0.50 | $177.50 |
| Stuart Z. Stahl | Associate/ Securitization/ 5 years. Admitted 2004. | $600 | 82.10 | $49,260.00 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 13.00 | $7,020.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 41.40 | $15,525.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William Tran | Associate/ Employment/ 3 years/ Admitted 2006. | $365 | 13.00 | $5,525.00 |
| Praju Tuladhar | Associate/ Banking and Financial Transactions/ 1 year. Admitted 2008. | $315 | 1.20 | $378.00 |
| Carla A. Varner | Associate/ Banking/ 7 years. Admitted 2002. | $530 | 6.10 | $3,233.00 |
| Richard Bryan | Legal Assistant/ Litigation/ < 1 year. | $190 | 11.80 | $2,242.00 |
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 30.70 | $7,061.00 |
| Sally K. Jordan | Legal Assistant/ Banking/ 13 years. | $245 | 5.10 | $1,249.50 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 1.40 | $322.00 |
| David J. Lutes | Legal Assistant/ Bankruptcy/ 24 years. | $285 | 81.70 | $23,284.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Branka V. Nastasic | Legal Assistant/ Corporate/ 8 years. | $225 | 52.10 | $11,722.50 |
| Jason E. Navia | Legal Assistant/ Litigation/ 2 years. | $220 | 2.20 | $484.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 5.00 | $1,225.00 |
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 2.00 | $380.00 |
| Mandie Smolich | Legal Assistant/ Corporate/ 5 years. | $195 | 18.30 | $3,568.50 |
| Maud Such | Legal Assistant/ Product Liability and Mass Torts Litigation 21 years. | $220 | 7.20 | $1,584.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 58.90 | $11,191.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products and Derivatives/ 30 years. | $245 | 8.40 | $2,058.00 |
|  |  |  |  |  |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 132.20 | $35,033.00 |
| Jenny Y. Borrelli | Project Assistant Coordinator/ 8 years. | $110 | 5.00 | $550.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 5.00 | $550.00 |
| Joanne Romanovich | Project Assistant/ 25 years. | $85 | 7.20 | $612.00 |
| Crystal Wu | Project Assistant/ 1 year. | $110 | 4.00 | $440.00 |
| | | | | |
| | | | | |
| **Grand Total** | | | **3,148.80** | **$1,699,809.50** |
| **Blended Rate** | | **$539.83** | | |

[remainder of page intentionally left blank]

16

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Matters (20100) | 224.70 | $86,931.00 |
| Fee Applications (30390) | 234.20 | $74,227.50 |
| Executory Contracts and Leases (30410) | 67.40 | $31,470.50 |
| Vendor Issues (30420) | 84.00 | $48,825.00 |
| Use/Sale/Lease of Assets (30430) | 18.20 | $9,020.00 |
| DIP Financing/Cash Collateral (30440) | 458.90 | $239,054.00 |
| Insurance Issues (30450) | 27.70 | $15,873.00 |
| Committee-Related Matters (30460) | 86.00 | $57,554.00 |
| Litigated Matters (30470) | 301.90 | $173,588.50 |
| Travel Time (30480) (with 50% discount) | 12.80 | $5,242.50 |
| Labor Issues (30490) | 23.40 | $12,003.00 |
| Plan and Disclosure Statement (30500) | 341.20 | $218,314.50 |
| Professional Retention (30510) | 79.50 | $41,455.00 |
| Tax Issues (30520) | 39.30 | $30,899.50 |
| Claims Processing (30530) | 59.20 | $34,060.50 |
| Business Operations (30550) | 76.60 | $45,788.50 |
| Case Administration (30560) | 115.60 | $53,580.00 |
| Creditor Communications (30570) | 4.70 | $2,397.50 |
| Bankruptcy Schedules (30580) | 171.10 | $95,923.50 |
| Employee Issues (30590) | 408.90 | $232,467.00 |
| Asset Disposition (30600) | 313.50 | $191,134.50 |
| **TOTAL** | **3,148.80** | **$1,699,809.50** |

**EXPENSE SUMMARY FOR THE PERIOD FROM
MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | Various | $3,771.65 |
| Duplicating Charges[2] | | $3,940.09 |
| Court Costs | | $44.50 |
| Document Delivery Services | | $325.49 |
| Document Services | | $259.84 |
| Filing Fees | | $5,585.00 |
| Ground Transportation | | $883.70 |
| Lexis Research Service | Lexis | $3,671.61 |
| Meals Out-of-Town | | $269.60 |
| Meals | | $111.00 |
| Messenger Services | | $53.65 |
| Overtime Services | | $682.16 |
| Document Production | | $287.50 |
| Search Services | | $641.00 |
| Telephone Tolls | | $327.91 |
| Travel/Lodging | | $1,236.42 |
| Westlaw Research Service | Westlaw | $8,410.03 |
| | | |
| **Total** | | **$30,501.15** |

---

[2] Sidley's rate for copying and facsimile transmission is $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

LA1 1531259v.1