## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u> [1] | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

## Monthly Operating Report
## For the Period March 2, 2009 through March 29, 2009

| Required Documents | Form No. | Documents Complete | Explanation Attached | Debtors' Statement |
|---|---|---|---|---|
| Schedule of Operating Cash Flow | MOR-1 | X | | |
| Schedule of Disbursements by Legal Entity | MOR- 1a | X | | |
| Schedule of Professional Fees and Expenses Paid | MOR- 1b | X | | |
| Bank Account Reconciliations, Bank Statements and Cash Disbursements Journal | | | | X |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Post Petition Taxes | | | | X |
| Summary of Unpaid Post Petition Accounts Payable | MOR-4 | X | | |
| Trade Accounts Receivable and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-6 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the information contained in this monthly operating report (including attached schedules) is true and correct to the best of my knowledge, information and belief.

_____

Chandler Bigelow III
Senior Vice President & Chief Financial Officer
Tribune Company

_April 27, 2009_

Date

Notes:
1.    Refer to Appendix A for a full listing of the Debtors.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. The financial statements provided here do not include consolidated results for Tribune Company (the "Company") as the Company has several non-debtor subsidiaries. All information contained herein is unaudited and subject to future adjustment. The Company maintains its books and records on a business unit reporting level and those units do not in all cases correspond to legal entities. Certain assumptions have been made as noted herein. In addition, the Company maintains certain liabilities on its balance sheet (such as benefits and tax related liabilities) that may relate to one or more of the Company's subsidiaries and no conclusion as to the legal obligation is made by the presentation herein.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

### General Notes

***Condensed Combined Debtor-in-Possession Financial Statements*** – The condensed combined financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. In addition, the financial statements and supplemental information contained herein represent the condensed combined financial information for the Company and its 110 debtor subsidiaries listed in Appendix A (collectively the "Debtors") only.  The Company's non-debtor subsidiaries are not included in the condensed combined income statement or condensed combined balance sheet.

American Institute of Certified Public Accountants Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code" ("SOP 90-7"), which is applicable to companies in chapter 11, generally does not change the manner in which financial statements are prepared. It does require, however, that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The Debtors' condensed combined financial statements contained herein have been prepared in accordance with the guidance in SOP 90-7. The unaudited condensed combined financial statements have been derived from the books and records of the Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the combined results of operations, financial position, and cash flows of the Debtors in the future.

***Intercompany Transactions*** – Receivables and payables between the Debtors have been eliminated; however, intercompany transactions between the Debtors and non-debtor affiliates have not been eliminated in the financial statements contained herein.  No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

***Liabilities Subject to Compromise*** – As a result of the chapter 11 filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled and treated cannot be made until the Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time.  SOP 90-7 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise are preliminary and may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

Monthly Operating Report
March 2, 2009 through March 29, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1**

**Debtors Combined Schedule of Operating Cash Flow**

**For the Period March 2, 2009 through March 29, 2009**

**(In thousands of dollars)**

| | |
|---|---|
| **Beginning Cash Balance** [1] | $ 811,740 |
| | |
| Cash Receipts | |
| Operating receipts | 248,094 |
| Other | - |
| Total Cash Receipts | 248,094 |
| | |
| Cash Disbursements [2] | |
| Compensation and benefits | 78,730 |
| General disbursements | 255,494 |
| Reorganization, interest and bank fees | 296 |
| Total Disbursements | 334,520 |
| | |
| **Debtors Net Cash Flow** | (86,426) |
| | |
| **From/(To) Non-Debtors** [3] | (542) |
| | |
| **Net Cash Flow** | (86,967) |
| | |
| **Other** [4] | (13,831) |
| | |
| **Ending Available Cash Balance** [1] | $ 710,942 |

Notes:

1. Cash balances reflect available funds and activity in primary concentration and investment accounts;
   excludes minimal balances in local accounts. Cash balances are not the same per the balance sheet,
   as they do not include certain local bank accounts, unavailable funds, outstanding checks and other timing differences.
2. Disbursements reflect when the relevant disbursement accounts are funded rather than when clearing the bank.
3. Net cash flow from non-debtor subsidiaries, offset by interest, fees and principal payments on the receivables financing
   facility at Tribune Receivables LLC (a non-debtor subsidiary of Tribune Company).
4. Includes $13.7 million of cash transferred to the letters of credit collateral account.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, <u>et al.</u> | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1a**
**Schedule of Disbursements by Legal Entity [1]**
**For the Period March 2, 2009 through March 29, 2009**

| | Filing Entities: | Case # | Total Disbursements |
|---|---|---|---|
| 1 | Tribune Company | 08-13141 | $  124,116,131 |
| 2 | 435 Production Company | 08-13142 | - |
| 3 | 5800 Sunset Production, Inc. | 08-13143 | - |
| 4 | Baltimore Newspaper Networks, Inc. | 08-13144 | 117,240 |
| 5 | California Community News Corporation | 08-13145 | 3,856,499 |
| 6 | Candle Holdings Corporation | 08-13146 | - |
| 7 | Channel 20, Inc. | 08-13147 | - |
| 8 | Channel 39, Inc. | 08-13148 | 1,308,743 |
| 9 | Channel 40, Inc. | 08-13149 | 2,553,769 |
| 10 | Chicago Avenue Construction Company | 08-13150 | 142 |
| 11 | Chicago River Production Company | 08-13151 | - |
| 12 | Chicago Tribune Company | 08-13152 | 21,475,373 |
| 13 | Chicago Tribune Newspapers, Inc. | 08-13153 | - |
| 14 | Chicago Tribune Press Service, Inc. | 08-13154 | 178,850 |
| 15 | ChicagoLand Microwave Licensee, Inc. | 08-13155 | - |
| 16 | Chicagoland Publishing Company | 08-13156 | 850,481 |
| 17 | Chicagoland Television News, Inc. | 08-13157 | 533,318 |
| 18 | Courant Speciality Products, Inc. | 08-13159 | - |
| 19 | Direct Mail Associates, Inc. | 08-13160 | 249,318 |
| 20 | Distribution Systems of America, Inc. | 08-13161 | - |
| 21 | Eagle New Media Investments, LLC | 08-13162 | 912,843 |
| 22 | Eagle Publishing Investments, LLC | 08-13163 | - |
| 23 | Forsalebyowner.com Corp. | 08-13165 | 188,845 |
| 24 | Forsalebyowner.com Referral Services, LLC | 08-13166 | - |
| 25 | Fortify Holdings Corporation | 08-13167 | - |
| 26 | Forum Publishing Group, Inc. | 08-13168 | 667,887 |
| 27 | Gold Coast Publications, Inc. | 08-13169 | 787,274 |
| 28 | GreenCo, Inc. | 08-13170 | - |
| 29 | Heart & Crown Advertising, Inc. | 08-13171 | - |
| 30 | Homeowners Realty, Inc. | 08-13172 | - |

<u>Notes</u>

1.  Most of the Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made.  All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1a**
**Schedule of Disbursements by Legal Entity (continued)** [1]
**For the Period March 2, 2009 through March 29, 2009**

| Filing Entities: | Case # | Total Disbursements |
|---|---|---|
| 31 Homestead Publishing Company | 08-13173 | $ 645,108 |
| 32 Hoy Publications, LLC | 08-13174 | 606,695 |
| 33 Hoy, LLC | 08-13175 | - |
| 34 InsertCo, Inc. | 08-13176 | (106,363) |
| 35 Internet Foreclosure Service, Inc. | 08-13177 | - |
| 36 JuliusAir Company II, LLC | 08-13178 | - |
| 37 JuliusAir Company, LLC | 08-13179 | - |
| 38 KIAH Inc. | 08-13180 | 813,860 |
| 39 KPLR, Inc. | 08-13181 | 117,207 |
| 40 KSWB Inc. | 08-13182 | 1,126,124 |
| 41 KTLA Inc. | 08-13183 | 4,823,766 |
| 42 KWGN, Inc. | 08-13184 | 708,491 |
| 43 Los Angeles Times Communications LLC | 08-13185 | 31,565,164 |
| 44 Los Angeles Times International, Ltd | 08-13186 | 81,920 |
| 45 Los Angeles Times Newspapers, Inc. | 08-13187 | 114,106 |
| 46 Magic T Music Publishing Company | 08-13188 | - |
| 47 NBBF, LLC | 08-13189 | - |
| 48 Neocomm, Inc. | 08-13190 | - |
| 49 New Mass. Media, Inc. | 08-13191 | 271,375 |
| 50 New River Center Maintenance Association, Inc. | 08-13192 | - |
| 51 Newscom Services, Inc. | 08-13193 | - |
| 52 Newspaper Readers Agency, Inc. | 08-13194 | - |
| 53 North Michigan Production Company | 08-13195 | - |
| 54 North Orange Avenue Properties, Inc. | 08-13196 | - |
| 55 Oak Brook Productions, Inc. | 08-13197 | 50,092 |
| 56 Orlando Sentinel Communications Company | 08-13198 | 7,281,451 |
| 57 Patuxent Publishing Company | 08-13200 | 1,540,937 |
| 58 Publishers Forest Products Co. of Washington | 08-13201 | - |
| 59 Sentinel Communications News Ventures, Inc. | 08-13202 | - |
| 60 Shepard's Inc. | 08-13203 | - |

Notes

1. Most of the Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

Monthly Operating Report
March 2, 2009 through March 29, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1a**
**Schedule of Disbursements by Legal Entity (continued)** [1]
**For the Period March 2, 2009 through March 29, 2009**

| Filing Entities: | Case # | Total Disbursements |
|---|---|---|
| 61 Signs of Distinction, Inc. | 08-13204 | $ - |
| 62 Southern Connecticut Newspapers, Inc. | 08-13205 | - |
| 63 Star Community Publishing Group, LLC | 08-13206 | - |
| 64 Stemweb, Inc. | 08-13207 | - |
| 65 Sun-Sentinel Company | 08-13208 | 11,129,187 |
| 66 The Baltimore Sun Company | 08-13209 | 8,499,175 |
| 67 The Daily Press, Inc. | 08-13210 | 1,919,645 |
| 68 The Hartford Courant Company | 08-13211 | 5,552,224 |
| 69 The Morning Call, Inc. | 08-13212 | 3,314,768 |
| 70 The Other Company LLC | 08-13213 | - |
| 71 Times Mirror Land and Timber Company | 08-13214 | - |
| 72 Times Mirror Payroll Processing Company, Inc. | 08-13215 | - |
| 73 Times Mirror Services Company, Inc. | 08-13216 | - |
| 74 TMLH 2, Inc. | 08-13217 | - |
| 75 TMLS I, Inc. | 08-13218 | - |
| 76 TMS Entertainment Guides, Inc. | 08-13219 | 13,715 |
| 77 Tower Distribution Company | 08-13220 | 415,074 |
| 78 Towering T Music Publishing Company | 08-13221 | - |
| 79 Tribune Broadcast Holdings, Inc. | 08-13222 | 944,537 |
| 80 Tribune Broadcasting Company | 08-13223 | 4,335,270 |
| 81 Tribune Broadcasting Holdco, LLC | 08-13224 | - |
| 82 Tribune Broadcasting News Network, Inc. | 08-13225 | 831,377 |
| 83 Tribune California Properties, Inc. | 08-13226 | - |
| 84 Tribune Direct Marketing, Inc. | 08-13227 | 9,531,657 |
| 85 Tribune Entertainment Company | 08-13228 | 58,944 |
| 86 Tribune Entertainment Production Company | 08-13229 | - |
| 87 Tribune Finance Service Center, Inc. | 08-13230 | 2,692,450 |
| 88 Tribune Finance, LLC | 08-13231 | - |
| 89 Tribune License, Inc. | 08-13232 | - |
| 90 Tribune Los Angeles, Inc. | 08-13233 | - |

Notes

1.  Most of the Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made. All allocations are subject to certain assumptions and uncertainties.

Monthly Operating Report
March 2, 2009 through March 29, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1a**

**Schedule of Disbursements by Legal Entity (continued)** [1]

**For the Period March 2, 2009 through March 29, 2009**

| Filing Entities: | Case # | Total Disbursements |
|---|---|---|
| 91 Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | $                - |
| 92 Tribune Media Net, Inc. | 08-13235 | 876,591 |
| 93 Tribune Media Services, Inc. | 08-13236 | 6,006,126 |
| 94 Tribune Network Holdings Company | 08-13237 | - |
| 95 Tribune New York Newspaper Holdings, LLC | 08-13238 | - |
| 96 Tribune NM, Inc. | 08-13239 | - |
| 97 Tribune Publishing Company | 08-13240 | 37,390,354 |
| 98 Tribune Television Company | 08-13241 | 8,749,066 |
| 99 Tribune Television Holdings, Inc. | 08-13242 | 671,458 |
| 100 Tribune Television New Orleans, Inc. | 08-13244 | 898,789 |
| 101 Tribune Television Northwest, Inc. | 08-13245 | 3,010,761 |
| 102 ValuMail, Inc. | 08-13246 | 416,706 |
| 103 Virginia Community Shoppers, LLC | 08-13247 | - |
| 104 Virginia Gazette Companies, LLC | 08-13248 | 223,270 |
| 105 WATL, LLC | 08-13249 | - |
| 106 WCWN LLC | 08-13250 | - |
| 107 WDCW Broadcasting, Inc. | 08-13251 | 969,638 |
| 108 WGN Continental Broadcasting Company | 08-13252 | 9,723,689 |
| 109 WLVI Inc. | 08-13253 | - |
| 110 WPIX, Inc. | 08-13254 | 6,413,653 |
| 111 WTXX Inc. | 08-13255 | - |
| | Total Disbursements | $     332,024,771 |

Notes

1.  Most of the Debtors' disbursements are made through centralized cash management accounts; however, the Debtors have estimated the allocation of disbursements based on the legal entity on whose behalf a disbursement was made.  All allocations are subject to certain assumptions and uncertainties.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-1b**
**Schedule of Professional Fees and Expenses Paid** [1]
**For the Period March 2, 2009 through March 29, 2009**

| | Amount Paid This Period | | | Cumulative Amount Paid | | |
|---|---|---|---|---|---|---|
| Professional | Fees | Expenses | Total | Fees | Expenses | Total |
| | | | | | | |
| Total | $     - | $     - | $     - | $     - | $     - | $     - |

| Professional | Role |
|---|---|
| AlixPartners, LLP | Unsecured Creditors Committee Financial Advisors |
| Alvarez and Marsal North America, LLC | Debtors' Restructuring Advisor |
| Chadbourne & Parke LLP | Unsecured Creditors Committee Legal Counsel |
| Cole, Schotz, Meisel, Forman & Leonard, P.A. | Debtors' Co-Counsel |
| Daniel J Edelman, Inc. | Corporate Communications Advisors |
| Epiq Bankruptcy Solutions, LLC | Noticing / Claims Agent |
| Jenner & Block LLP | Debtors' Special Counsel for Litigation Matters |
| Jones Day | Debtors' Counsel |
| Landis Rath & Cobb LLP | Unsecured Creditors Committee Legal Counsel |
| Lazard Freres & Co. LLC | Debtors' Financial Advisor & Investment Banker |
| McDermott Will & Emery | Debtors' Special Counsel for General Domestic Legal Matters |
| Mercer (US) Inc. | Debtor's Compensation Consultant |
| Moelis & Company LLC | Unsecured Creditors Committee Investment Banker |
| Paul, Hastings, Janofsky & Walker LLP | Debtors' Special Counsel for Real Estate Matters |
| PricewaterhouseCoopers LLP | Debtors' Independent Auditors and Tax Advisors |
| Reed Smith LLP | Debtors' Special Counsel for Certain Litigation Matters |
| Sidley Austin LLP | Debtors' Co-Counsel |
| Stuart Maue | Court Appointed Fee Examiner |

Notes:

1.  No disbursements have been made from the petition date through March 29, 2009.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Debtors Statement with respect to Bank Account Reconciliations, Bank Statements
and Cash Disbursements Journal
For the Period March 2, 2009 through March 29, 2009**

Bank Account Reconciliations & Cash Disbursements Journals

The Debtors affirm that bank reconciliations are prepared for all open and active bank accounts on a monthly basis. The Debtors affirm that within its financial accounting systems, check registers and/or disbursements journals are maintained for each disbursement account.

Bank statements

The Debtors affirm that bank statements for all open and active bank accounts are retained by the Debtors. The Debtors affirm that the following bank accounts were closed during the current reporting period:

| Debtor | Bank/Institution | Final Balance | Date of Closing |
|---|---|---|---|
| Tribune Company | The Northern Trust Company | - | 3/2/2009 |
| Tribune Company | The Northern Trust Company | $48,000 | 3/6/2009 |
| Chicago Tribune Company | The Northern Trust Company | - | 3/13/2009 |
| The Baltimore Sun Company | M&T Bank | - | 3/18/2009 |
| Tribune Direct Marketing, Inc. | Oxford Bank | $13,106 | 3/18/2009 |
| Tribune Direct Marketing, Inc. | Oxford Bank | - | 3/18/2009 |
| Eagle New Media Investments, LLC | Bank of America | - | 3/26/2009 |

The Debtors affirm that the following bank accounts were opened during the current reporting period:

| Debtor | Bank/Institution | Description | Date Opened |
|---|---|---|---|
| Tribune Company | Barclays Capital, Inc. | Investment/Collateral | 3/5/2009 |
| The Hartford Courant Company | Bank of America | Postage | 3/27/2009 |
| Tribune Media Services, Inc. | Bank of America | Postage | 3/27/2009 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-2**

**Debtors Condensed Combined Statement of Operations [1, 2]**

**For the Periods March 2, 2009 through March 29, 2009, and**

**December 8, 2008 through March 29, 2009**

**(In thousands of dollars)**

**(Unaudited)**

| | Mar. 2, 2009 through Mar. 29, 2009 | Dec. 8, 2008 through Mar. 29, 2009 |
|---|---|---|
| Total Revenue | $      237,848 | $      976,807 |
| Operating Expenses | | |
| Cost of sales | 134,923 | 563,647 |
| Selling, general and administrative | 87,768 | 358,247 |
| Depreciation | 12,829 | 60,156 |
| Amortization of intangible assets | 1,499 | 6,055 |
| Total operating expenses | 237,019 | 988,105 |
| Operating Profit (Loss) | 829 | (11,298) |
| Net loss on equity investments | (218) | (17,812) |
| Interest income, net | 1,087 | 5,551 |
| Management fee | (1,687) | (5,831) |
| Non-operating loss, net | (8,100) | (32,322) |
| Loss Before Income Taxes & Reorganization Costs | (8,089) | (61,712) |
| Reorganization Costs [4] | (6,239) | (959,286) |
| Loss Before Income Taxes | (14,328) | (1,020,998) |
| Income Taxes | 124 | 9,199 |
| Net Loss | $      (14,204) | $   (1,011,799) |

Notes:

1. The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information contained herein is unaudited and subject to future adjustment.

2. The Debtors Condensed Combined Statement of Operations includes the financial results for the Debtors. The statement does not eliminate intercompany revenues, costs or management fees, but rather adds all of the amounts from each of the 111 entities that comprise the Debtors. As noted, these statements do not include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated

3. For March 2, 2009 through March 29, 2009, includes $7 million of professional and other fees associated with the chapter 11 process, partially offset by interest income. For December 8, 2008 through March 29, 2009, includes a $621 million loss related to the write up of PHONES debt to par value for the unexchanged shares and to exchange value for those shares put to the Company through December 8, 2008, $318 million in losses to write off debt issuance costs and debt discounts, and $19 million for professional and other fees associated with the chapter 11 process.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-3**

**Debtors Condensed Combined Balance Sheet** [1, 2]

**As of the Petition Date and March 29, 2009**

**(In thousands of dollars)**

**(Unaudited)**

| | Mar. 29, 2009 | Dec. 7, 2008 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 717,516 | $ 316,869 |
| Accounts receivable, net | 67,245 | 99,497 |
| Inventories | 35,807 | 52,709 |
| Broadcast rights | 219,836 | 235,879 |
| Prepaid expenses and other | 91,195 | 225,544 |
| Total current assets | 1,131,599 | 930,498 |
| **Property, plant and equipment, net** | 1,348,319 | 1,385,016 |
| **Other Assets** | | |
| Broadcast rights | 177,383 | 214,468 |
| Goodwill and other intangible assets, net | 3,161,872 | 3,167,931 |
| Prepaid pension costs [3] | 989 | 407,704 |
| Investments in non-debtor subsidiaries | 1,125,528 | 1,192,279 |
| Other investments | 22,342 | 33,338 |
| Intercompany receivables from non-debtors | 4,706,588 | 4,948,937 |
| Other | 104,370 | 237,195 |
| **Total Assets** | $ 11,778,990 | $ 12,517,366 |
| **Liabilities and Shareholders' Equity (Deficit)** | | |
| **Current Liabilities** | | |
| Contracts payable for broadcast rights | $ 5,123 | $ - |
| Current portion of long-term debt | 2,584 | - |
| Accounts payable, accrued expenses, and other | 226,084 | 198,944 |
| Total current liabilities | 233,791 | 198,944 |
| Pension obligations [3] | 197,289 | - |
| Long-term debt | 11,621 | - |
| Other obligations | 264,983 | 215,153 |
| **Total Liabilities** | 707,684 | 414,097 |
| **Liabilities Subject to Compromise** | | |
| Intercompany payables to non-debtors | 4,457,910 | 4,583,275 |
| Obligations to third parties [4] | 13,844,273 | 13,196,179 |
| **Total Liabilities Subject to Compromise** | 18,302,183 | 17,779,454 |
| **Shareholders' Equity (Deficit)** | (7,230,877) | (5,676,185) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 11,778,990 | $ 12,517,366 |

Notes:

1.  The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee.  All information contained
    herein is unaudited and subject to future adjustment.

2.  The Debtors Condensed Combined Balance Sheet includes the financial results for the Debtors.  The statement does not eliminate intercompany
    revenues or costs, but rather adds all of the amounts from each of the 111 entities that comprise the Debtors.  As noted, these statements do not
    include non-debtor entities controlled by the Debtors and therefore do not represent the consolidated financial results of the Company and each
    of its subsidiaries.  Intercompany investments and intercompany receivables and payables between the Debtors have been eliminated.

3.  The funded status of the Company-sponsored pension plans was re-measured at December 28, 2008, in accordance with FAS No. 158, based upon
    updated actuarial assumptions and the fair value of pension plan assets as of that date.  The prepaid pension costs and pension obligations at
    December 7, 2008 were based upon a valuation as of December 2007.

4.  Change in obligations to third parties is primarily the result of a $621 million loss related to the write up of PHONES debt to par value for the
    unexchanged shares and to the exchange value for those shares put to the Company through December 8, 2008 and a $191 million write off of
    debt discounts.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re:<br>TRIBUNE COMPANY, <u>et al.</u><br>Debtors | Chapter 11<br>Case Number: 08-13141 (KJC)<br>Jointly Administered<br>Hon. Kevin J. Carey |

**Declaration Regarding the Status of Post Petition Taxes of the Debtors**
**As of March 29, 2009**

STATE OF ILLINOIS,

COOK COUNTY

Patrick Shanahan hereby declares and states:

1. I am Vice President Tax for Tribune Company, a corporation organized under the laws of the State of Delaware and the Debtor in the above-captioned chapter 11 cases (the "Debtors"). I am familiar with the Debtors' day-to-day operations, business affairs and books and records.

2. All statements in this Declaration are based on my personal knowledge, my review of the relevant documents, my discussions with other employees of the Debtors, or my opinion based upon my experience and knowledge of the Debtors' operations and financial condition. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on such personal knowledge, review of documents or opinion. I am authorized to submit this Declaration on behalf of the Debtors.

3. To the best of my knowledge, the Debtors have filed all necessary federal, state and local tax returns and made all required post petition tax payments in connection therewith on a timely basis or have promptly remediated any late filings or payments that may have occurred due to unintentional oversights. [1]

Dated: _____4/27_____, 2009
Chicago, Illinois

Respectfully submitted,

Patrick Shanahan
Vice President, Tax

[1] The Debtors use ADP for the remittance of all payroll taxes.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-4**
**Combined Debtors Summary of Unpaid Post Petition Accounts Payable [1]**
**March 29, 2009**

| | Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 1-30 | 31-60 | 61-90 | >91 | Total |
| Combined Debtors | $ 37,634,021 | $ 1,242,081 | $ 1,016,657 | $ 1,165,527 | $ 159,185 | $ 41,217,471 |
| | 91% | 3% | 2% | 3% | 0% | 100% |

Notes:

1. The post petition accounts payable reported represent open and outstanding trade vendor invoices that have been entered into the Debtors' accounts payable system and prepetition amounts that the Debtors intend to pay in accordance with various orders of the Bankruptcy Court. This summary does not include accruals for invoices not yet received or approved.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-5**

**Combined Debtors Trade Accounts Receivable and Aging**

**March 29, 2009**

| | Days Aged [1] | | | | | Total |
|---|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | 91-120 | >120 | |
| Trade [2] | $   33,936,272 | $   11,858,644 | $   4,572,565 | $   2,877,315 | $   4,452,633 | $   57,697,430 |
| Other [3] | | | | | | 30,258,054 |
| Employee Advances [4] | | | | | | 1,625,674 |
| Un-aged Circulation [4] | | | | | | 6,094,850 |
| **Accounts Receivable [5]** | $   33,936,272 | $   11,858,644 | $   4,572,565 | $   2,877,315 | $   4,452,633 | $   95,676,008 [6] |
| | 59% | 21% | 8% | 5% | 8% | 100% |

**Notes:**

1. Aged from date of invoice.

2. Represents consolidated accounts receivable for the Debtors and does not include accounts receivable sold by the Debtors to Tribune Receivables LLC (a non-debtor subsidiary of Tribune Company) for the purposes of securing the post petition receivables financing facility.

3. Rents, accrued interest, refunds, and other one-time receivables that are not aged.

4. These balances are not aged by the Debtors.

5. Before any provisions for bad debt and write-offs.  Aging percentages are calculated based on total trade accounts receivable.

6. Excludes $28.4 million allowance for doubtful accounts.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**MOR-6**

**Debtor Questionnaire**

**For the Period March 2, 2009 through March 29, 2009**

| | | Yes | No |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | **X** |
| 2. | Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation. | | **X** |
| 3. | Have all post petition tax returns been timely filed?   If no, provide an explanation. [1] | **X** | |
| 4. | Are workers compensation, general liability and other necessary insurance coverage's in effect?  If no, provide an explanation. | **X** | |
| 5. | Have any bank accounts been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3 [2] | **X** | |

Notes:

1. The Debtors are aware of certain tax payments that were inadvertently paid late, partially due to the implementation of a new process of approving the allocation of pre and post petition tax payments in the months following the petition date.

2. Refer to Debtors Statement with respect to Bank Account Reconciliations, Bank Statements and Cash Disbursements Journal for a  full listing of bank accounts opened during the reporting period.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Appendix A**
**Debtors Listing**

| Company Legal Name | Case No. |
|---|---|
| Tribune Company | 08-13141 |
| 435 Production Company | 08-13142 |
| 5800 Sunset Production, Inc. | 08-13143 |
| Baltimore Newspaper Networks, Inc. | 08-13144 |
| California Community News Corporation | 08-13145 |
| Candle Holdings Corporation | 08-13146 |
| Channel 20, Inc. | 08-13147 |
| Channel 39, Inc. | 08-13148 |
| Channel 40, Inc. | 08-13149 |
| Chicago Avenue Construction Company | 08-13150 |
| Chicago River Production Company | 08-13151 |
| Chicago Tribune Company | 08-13152 |
| Chicago Tribune Newspapers, Inc. | 08-13153 |
| Chicago Tribune Press Service, Inc. | 08-13154 |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 |
| Chicagoland Publishing Company | 08-13156 |
| Chicagoland Television News, Inc. | 08-13157 |
| Courant Specialty Products, Inc. | 08-13159 |
| Direct Mail Associates, Inc. | 08-13160 |
| Distribution Systems of America, Inc. | 08-13161 |
| Eagle New Media Investments, LLC | 08-13162 |
| Eagle Publishing Investments, LLC | 08-13163 |
| Forsalebyowner.com Corp. | 08-13165 |
| Forsalebyowner.com Referral Services, LLC | 08-13166 |
| Fortify Holdings Corporation | 08-13167 |
| Forum Publishing Group, Inc. | 08-13168 |
| Gold Coast Publications, Inc. | 08-13169 |
| GreenCo, Inc. | 08-13170 |
| Heart & Crown Advertising, Inc. | 08-13171 |
| Homeowners Realty, Inc. | 08-13172 |
| Homestead Publishing Company | 08-13173 |
| Hoy Publications, LLC | 08-13174 |
| Hoy, LLC | 08-13175 |
| InsertCo, Inc. | 08-13176 |
| Internet Foreclosure Service, Inc. | 08-13177 |
| JuliusAir Company II, LLC | 08-13178 |
| JuliusAir Company, LLC | 08-13179 |
| KIAH Inc. | 08-13180 |
| KPLR, Inc. | 08-13181 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Appendix A**
**Debtors Listing**

| Company Legal Name | Case No. |
|---|---|
| KSWB Inc. | 08-13182 |
| KTLA Inc. | 08-13183 |
| KWGN, Inc. | 08-13184 |
| Los Angeles Times Communications LLC | 08-13185 |
| Los Angeles Times International, Ltd | 08-13186 |
| Los Angeles Times Newspapers, Inc. | 08-13187 |
| Magic T Music Publishing Company | 08-13188 |
| NBBF, LLC | 08-13189 |
| Neocomm, Inc. | 08-13190 |
| New Mass. Media, Inc. | 08-13191 |
| New River Center Maintenance Association, Inc. | 08-13192 |
| Newscom Services, Inc. | 08-13193 |
| Newspaper Readers Agency, Inc. | 08-13194 |
| North Michigan Production Company | 08-13195 |
| North Orange Avenue Properties, Inc. | 08-13196 |
| Oak Brook Productions, Inc. | 08-13197 |
| Orlando Sentinel Communications Company | 08-13198 |
| Patuxent Publishing Company | 08-13200 |
| Publishers Forest Products Co. of Washington | 08-13201 |
| Sentinel Communications News Ventures, Inc. | 08-13202 |
| Shepard's Inc. | 08-13203 |
| Signs of Distinction, Inc. | 08-13204 |
| Southern Connecticut Newspapers, Inc. | 08-13205 |
| Star Community Publishing Group, LLC | 08-13206 |
| Stemweb, Inc. | 08-13207 |
| Sun-Sentinel Company | 08-13208 |
| The Baltimore Sun Company | 08-13209 |
| The Daily Press, Inc. | 08-13210 |
| The Hartford Courant Company | 08-13211 |
| The Morning Call, Inc. | 08-13212 |
| The Other Company LLC | 08-13213 |
| Times Mirror Land and Timber Company | 08-13214 |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 |
| Times Mirror Services Company, Inc. | 08-13216 |
| TMLH 2, Inc. | 08-13217 |
| TMLS I, Inc. | 08-13218 |
| TMS Entertainment Guides, Inc. | 08-13219 |
| Tower Distribution Company | 08-13220 |
| Towering T Music Publishing Company | 08-13221 |
| Tribune Broadcast Holdings, Inc. | 08-13222 |
| Tribune Broadcasting Company | 08-13223 |

Monthly Operating Report
March 2, 2009 through March 29, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In Re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al. | Case Number: 08-13141 (KJC) |
| Debtors | Jointly Administered |
| | Hon. Kevin J. Carey |

**Appendix A**
**Debtors Listing**

| Company Legal Name | Case No. |
|---|---|
| Tribune Broadcasting Holdco, LLC | 08-13224 |
| Tribune Broadcasting News Network, Inc. | 08-13225 |
| Tribune California Properties, Inc. | 08-13226 |
| Tribune Direct Marketing, Inc. | 08-13227 |
| Tribune Entertainment Company | 08-13228 |
| Tribune Entertainment Production Company | 08-13229 |
| Tribune Finance Service Center, Inc. | 08-13230 |
| Tribune Finance, LLC | 08-13231 |
| Tribune License, Inc. | 08-13232 |
| Tribune Los Angeles, Inc. | 08-13233 |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 |
| Tribune Media Net, Inc. | 08-13235 |
| Tribune Media Services, Inc. | 08-13236 |
| Tribune Network Holdings Company | 08-13237 |
| Tribune New York Newspaper Holdings, LLC | 08-13238 |
| Tribune NM, Inc. | 08-13239 |
| Tribune Publishing Company | 08-13240 |
| Tribune Television Company | 08-13241 |
| Tribune Television Holdings, Inc. | 08-13242 |
| Tribune Television New Orleans, Inc. | 08-13244 |
| Tribune Television Northwest, Inc. | 08-13245 |
| ValuMail, Inc. | 08-13246 |
| Virginia Community Shoppers, LLC | 08-13247 |
| Virginia Gazette Companies, LLC | 08-13248 |
| WATL, LLC | 08-13249 |
| WCWN LLC | 08-13250 |
| WDCW Broadcasting, Inc. | 08-13251 |
| WGN Continental Broadcasting Company | 08-13252 |
| WLVI Inc. | 08-13253 |
| WPIX, Inc. | 08-13254 |
| WTXX Inc. | 08-13255 |

Monthly Operating Report
March 2, 2009 through March 29, 2009