# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
### Summary of Hours Worked by Professional
### March 1, 2009 - March 31, 2009

| Name | Position | Hours Worked |
|---|---|---:|
| Thane Carlston | Managing Director, Restructuring Group | 16.5 |
| Navid Mahmoodzadegan | Managing Director, Media | 20.5 |
| John Momtazee | Managing Director, Media | 8.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 13.0 |
| Larry Kwon | Vice President, Restructuring Group | 30.0 |
| Ashish Ajmera | Vice President, Media | 56.0 |
| Evan Glucoft | Associate | 84.5 |
| Vishal Patel | Analyst | 98.5 |
| | **Total Moelis Team Hours** | **327.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 16.5 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| John Momtazee | Managing Director | 8.0 |
| Zul Jamal | Sr. Vice President | 13.0 |
| Larry Kwon | Vice President | 30.0 |
| Ashish Ajmera | Vice President | 56.0 |
| Evan Glucoft | Associate | 84.5 |
| Vishal Patel | Analyst | 98.5 |
| **Total** | | **327.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 03/02/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/02/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/02/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 03/03/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/03/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/03/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/03/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/03/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 03/03/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 03/03/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 03/03/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 03/05/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 03/05/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/05/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/05/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 03/05/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/05/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/05/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/05/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/05/09 | 4.0 | Review of documents and due diligence |
| Vishal Patel | 03/05/09 | 4.0 | Review of documents and due diligence |
| Vishal Patel | 03/05/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/06/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 03/06/09 | 0.5 | Financial analysis and presentation development |
| Zul Jamal | 03/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/07/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 03/07/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 03/08/09 | 4.0 | Review of documents and due diligence |
| John Momtazee | 03/10/09 | 3.0 | Review of documents and due diligence |
| Ashish Ajmera | 03/10/09 | 3.0 | Review of documents and due diligence |
| Evan Glucoft | 03/10/09 | 3.0 | Review of documents and due diligence |
| Larry Kwon | 03/10/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/10/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 03/11/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 03/10/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 03/11/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 03/11/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 03/11/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 03/11/09 | 1.0 | Internal Discussions / Calls |

**I. Summary**

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 16.5 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| John Momtazee | Managing Director | 8.0 |
| Zul Jamal | Sr. Vice President | 13.0 |
| Larry Kwon | Vice President | 30.0 |
| Ashish Ajmera | Vice President | 56.0 |
| Evan Glucoft | Associate | 84.5 |
| Vishal Patel | Analyst | 98.5 |
| **Total** | | **327.0** |

**II. Details**

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 03/11/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 03/11/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 03/11/09 | 4.0 | Review of documents and due diligence |
| Evan Glucoft | 03/11/09 | 4.0 | Review of documents and due diligence |
| Vishal Patel | 03/11/09 | 4.0 | Review of documents and due diligence |
| Thane Carlston | 03/12/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 03/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 03/12/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 03/12/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 03/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 03/12/09 | 1.0 | UCC Committee Meeting |
| Thane Carlston | 03/12/09 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 03/12/09 | 1.0 | UCC Committee Meeting |
| Evan Glucoft | 03/12/09 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 03/12/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/12/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/12/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/13/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/13/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/15/09 | 8.0 | Financial analysis and presentation development |
| Vishal Patel | 03/15/09 | 8.0 | Financial analysis and presentation development |
| Ashish Ajmera | 03/16/09 | 0.5 | Financial analysis and presentation development |
| Evan Glucoft | 03/16/09 | 0.5 | Financial analysis and presentation development |
| Vishal Patel | 03/16/09 | 0.5 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/17/09 | 1.0 | Review of documents and due diligence |
| Thane Carlston | 03/17/09 | 8.0 | Debtor's Diligence Session |
| Larry Kwon | 03/17/09 | 8.0 | Debtor's Diligence Session |
| Evan Glucoft | 03/17/09 | 8.0 | Debtor's Diligence Session |
| Larry Kwon | 03/18/09 | 4.0 | Debtor's Diligence Session |
| Evan Glucoft | 03/18/09 | 4.0 | Debtor's Diligence Session |
| Navid Mahmoodzadegan | 03/17/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 03/17/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 03/17/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 03/17/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/17/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/17/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/17/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/19/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/20/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/20/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 03/20/09 | 2.0 | Internal Discussions / Calls |
| John Momtazee | 03/20/09 | 2.0 | Internal Discussions / Calls |

**Tribune Co.** — MOELIS & COMPANY
Time Log - March 2009

## I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 16.5 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| John Momtazee | Managing Director | 8.0 |
| Zul Jamal | Sr. Vice President | 13.0 |
| Larry Kwon | Vice President | 30.0 |
| Ashish Ajmera | Vice President | 56.0 |
| Evan Glucoft | Associate | 84.5 |
| Vishal Patel | Analyst | 98.5 |
| **Total** | | **327.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 03/20/09 | 2.0 | Internal Discussions / Calls |
| Evan Glucoft | 03/20/09 | 2.0 | Internal Discussions / Calls |
| Vishal Patel | 03/20/09 | 2.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 03/20/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 03/20/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/20/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 03/20/09 | 6.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/20/09 | 2.0 | Internal Discussions / Calls |
| Ashish Ajmera | 03/21/09 | 8.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/21/09 | 12.0 | Financial analysis and presentation development |
| Vishal Patel | 03/21/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 03/21/09 | 12.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/22/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/22/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/22/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/22/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/22/09 | 10.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/22/09 | 12.0 | Financial analysis and presentation development |
| Vishal Patel | 03/22/09 | 16.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/23/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/23/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 03/23/09 | 2.0 | Financial analysis and presentation development |
| Larry Kwon | 03/23/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 03/23/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/23/09 | 5.0 | Financial analysis and presentation development |
| Vishal Patel | 03/23/09 | 8.0 | Financial analysis and presentation development |
| Vishal Patel | 03/23/09 | 0.5 | Review of documents and due diligence |
| Thane Carlston | 03/24/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 03/24/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/24/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/24/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/24/09 | 1.0 | Financial analysis and presentation development |
| Larry Kwon | 03/25/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 03/25/09 | 1.0 | Review of documents and due diligence |
| John Momtazee | 03/25/09 | 1.0 | Review of documents and due diligence |
| Thane Carlston | 03/25/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 03/25/09 | 0.5 | Review of documents and due diligence |
| Larry Kwon | 03/25/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 03/25/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 03/25/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 03/25/09 | 4.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/25/09 | 2.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 16.5 |
| Navid Mahmoodzadegan | Managing Director | 20.5 |
| John Momtazee | Managing Director | 8.0 |
| Zul Jamal | Sr. Vice President | 13.0 |
| Larry Kwon | Vice President | 30.0 |
| Ashish Ajmera | Vice President | 56.0 |
| Evan Glucoft | Associate | 84.5 |
| Vishal Patel | Analyst | 98.5 |
| **Total** | | **327.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 03/25/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 03/25/09 | 3.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/25/09 | 3.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 03/25/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/25/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/26/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 03/26/09 | 0.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 03/26/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 03/26/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/26/09 | 4.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/27/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 03/29/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 03/30/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 03/30/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 03/30/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 03/30/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 03/30/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 03/30/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 03/31/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 03/31/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 03/31/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 03/31/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 03/31/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 03/31/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 03/31/09 | 1.0 | Review of documents and due diligence |
| John Momtazee | 03/31/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 03/31/09 | 1.0 | Review of documents and due diligence |
| **Total** | | **327.0** | |