# EXHIBIT B

# Tribune Co.

Moelis & Company - March 2009 Expense Summary

| | March 2009 |
|---|---|
| Airfare | $ 4,542.41 |
| Lodging | 1,225.58 |
| Travel / Overtime / Weekend meals | 410.52 |
| Taxi / Transportation / Parking | 2,165.33 |
| Telephone | 250.34 |
| Presentations | 2,444.10 |
| Other | 13.75 |
| **Total** | **$ 11,052.03** |

**Tribune Co.**

Moelis & Company - March 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement[1] |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 2/19/2009 | Airfare | Flew on American Airlines Chicago to Philly to attend Tribune hearing in Wilmington, Delaware | William Derrough | 405.49 | 405.49 |
| Airfare | 3/9/2009 | Airfare | Airline fees for flight to NY for Tribune mtgs | Navid A. Mahmoodzadegan | 2.78 | 2.78 |
| Airfare | 3/13/2009 | Airfare | Cancelled air reservation | Ashish Ajmera | 45.00 | 45.00 |
| Airfare | 3/13/2009 | Airfare | Airline Segment Fee - United Airline | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 3/13/2009 | Airfare | Airline Fee - United Airlines | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 3/13/2009 | Airfare | United Airlines - Roundtrip - Economy Class - LAX To ORD | Evan Glucoft | 713.20 | 713.20 |
| Airfare | 3/16/2009 | Airfare | 3/16/09 - Protravel fee for 3/16 flight AA 371 to Chicago later exchanged for next day departure $45.00 + 2.78 airline transaction fee $47.78 | Thane Carlston | 47.78 | 47.78 |
| Airfare | 3/16/2009 | Airfare | 3/17/09 - Changed to 3/17/09 CO 11576:45 flight. Protravel fee $45.00 & airline segment fee $2.78 = $47.78 - not refunded as made another change after CO flight was ticketed. | Thane Carlston | 47.78 | 47.78 |
| Airfare | 3/16/2009 | Airfare | 3/16/09 - changed to AA flight 301 departing 6:00am economy class  Protravel fee $45.00 non ref airline segment fee $2.78 = $47.78 | Thane Carlston | 47.78 | 47.78 |
| Airfare | 3/16/2009 | Airfare | Airline Segment Fee - Change Of Flight Charge | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 3/16/2009 | Airfare | Airline Fee - Change Of Flight Charge | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 3/16/2009 | Airfare | Invoice # 25898 Protravel Service Fee Original flight plans cancelled | Lawrence Kwon | 45.00 | 45.00 |
| Airfare | 3/16/2009 | Airfare | 3/16 United flight 695 New York to Chicago (Service Fee) Invoice # 25915 Protravel Service Fee | Lawrence Kwon | 47.78 | 47.78 |
| Airfare | 3/16/2009 | Airfare | American Flight 301 Segment Fee 3/17/09 New York to Chicago Invoice # 25915 3/17/2009 | Lawrence Kwon | 314.60 | 314.60 |
| Airfare | 3/17/2009 | Airfare | American Airlines Flight 301 New York to Chicago 3/17/09 - AA 301 one way LGA to Chicago O'Hare $790.60 + airline segment fee $2.78 = $793.38 | Thane Carlston | 793.38 | 793.38 |
| Airfare | 3/17/2009 | Airfare | 3/17/09 - Airline segment fee associated with Chicago travel - United ticket that was refunded but the airline segment fee of $2.78 was not. | Thane Carlston | 2.78 | 2.78 |
| Airfare | 3/17/2009 | Airfare | 3/17/09 - Two airline segment fees associated with Air Canada - Continental ticket exchanges $2.78 + 2.78 = $5.56 (applied to Tribune) | Thane Carlston | 5.56 | 5.56 |
| Airfare | 3/18/2009 | Airfare | Airline Segment Fee - Change Of Flight Charge | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 3/18/2009 | Airfare | Airline Fee - Change Of Flight Charge | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 3/18/2009 | Airfare | Invoice #25978 3/18 American Flight 366 Segment Fee Chicago to New York | Lawrence Kwon | 2.78 | 2.78 |
| Airfare | 3/18/2009 | Airfare | Invoice # 25978 Protravel Service Fee 3/18/09 American #366 Chicago to New York | Lawrence Kwon | 45.00 | 45.00 |
| Airfare | 3/18/2009 | Airfare | Invoice # 25694 3/9/2009 ticket exchange non-refundable/responsible for $150 fee Cincinnati to Charlotte | Lawrence Kwon | 150.00 | 150.00 |
| Airfare | 3/18/2009 | Airfare | Invoice # 25978 3/18/2009 Return flight Chicago to New York American Flight 366 | Lawrence Kwon | 434.60 | 434.60 |
| Airfare | 3/26/2009 | Airfare | Airfare from NY to LAX for Tribune mtgs | Navid A. Mahmoodzadegan | 1,905.60 | 1,200.00 |
| Airfare | 3/26/2009 | Airfare | Agent fees for Airfare from NY to LAX for Tribune mtgs | Navid A. Mahmoodzadegan | 47.78 | 47.78 |
| | | | | **Total Requested** | **$** | **4,542.41** |
| **LODGING** | | | | | | |
| Lodging | 3/17/2009 | Lodging | Late cxl fee Intercontinental Chicago $199+tax | Ashish Ajmera | 229.65 | 229.65 |
| Lodging | 3/17/2009 | Lodging | Intercontinental Hotel Chicago One night stay 3/17/09 | Lawrence Kwon | 242.60 | 242.60 |
| Lodging | 3/17/2009 | Lodging | W Hotel Lakeshore - Room Rate: $229.00 - One Night - Chicago | Evan Glucoft | 264.27 | 264.27 |
| Lodging | 3/25/2009 | Lodging | Lodging in NY for Tribune mtgs | Navid A. Mahmoodzadegan | 489.06 | 489.06 |
| | | | | **Total Requested** | **$** | **1,225.58** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 2/21/2009 | Meals Overtime | Weekend Lunch Coral Tree | Ashish Ajmera | 15.00 | 15.00 |
| Meals | 2/22/2009 | Meals Overtime | Weekend Lunch Coral Tree | Ashish Ajmera | 15.00 | 15.00 |
| Meals | 2/23/2009 | Meals Overtime | OT Meal Seiki-shi Sushi | Ashish Ajmera | 25.00 | 25.00 |
| Meals | 2/24/2009 | Meals Overtime | OT Meal New India Grill | Ashish Ajmera | 21.65 | 21.65 |
| Meals | 2/28/2009 | Meals Overtime | Weekend Dinner Coral Tree | Ashish Ajmera | 18.54 | 18.54 |
| Meals | 3/16/2009 | Meals Overtime | OT Meal - Dinner At Umma Grill | Evan Glucoft | 22.27 | 22.27 |
| Meals | 3/19/2009 | Meals Overtime | OT Meal - Dinner At Gelson's Market | Evan Glucoft | 23.58 | 23.58 |
| Meals | 3/20/2009 | Meals Overtime | OT Meal - Dinner At Gelson's Market | Evan Glucoft | 23.06 | 23.06 |
| Meals | 3/21/2009 | Meals Overtime | OT Weekend Meal - Lunch At Panda Express | Evan Glucoft | 12.44 | 12.44 |
| Meals | 3/22/2009 | Meals Overtime | OT Weekend Meal - Lunch At Coral Tree Express | Evan Glucoft | 15.00 | 15.00 |
| Meals | 3/22/2009 | Meals Overtime | OT Weekend Meal - Dinner At Gelson's Market | Evan Glucoft | 25.00 | 25.00 |
| Meals | 3/16/2009 | Meals Travel | Meals Traveling - Hudson News | Evan Glucoft | 8.09 | 8.09 |
| Meals | 3/17/2009 | Meals Travel | Meals Traveling - Room Service At The W Hotel Lakeshore | Evan Glucoft | 37.63 | 37.63 |
| Meals | 3/18/2009 | Meals Travel | Meals Traveling - Room Service At The W Hotel Lakeshore | Evan Glucoft | 45.68 | 45.68 |
| Meals | 3/18/2009 | Meals Travel | Meals Traveling - O'hare Ventrue Salad Works | Evan Glucoft | 17.50 | 17.50 |
| Meals | 3/18/2009 | Meals Travel | Meals Traveling - Starbucks | Evan Glucoft | 6.24 | 6.24 |
| Meals | 3/18/2009 | Meals Travel | Burrito Beach - 3/18/09 Chicago Airport | Larry Kwon | 8.84 | 8.84 |
| Meals | 3/19/2009 | Meals Travel | Intercontinental Hotel - 3/17/09 Dinner in room total: $117.44 | Larry Kwon | 70.00 | 70.00 |
| | | | | **Total Requested** | **$** | **410.52** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transportation | 3/18/2009 | Parking | LAXAirport Lot P7 - Chicago Trip For Tribune | Evan Glucoft | 60.00 | 60.00 |
| Transportation | 3/27/2009 | Parking | Lax Parking For Trip To NY For Tribune Mtgs | John C. Momtazee | 66.03 | 66.03 |
| Transportation | 3/27/2009 | Parking | Lax Parking For Trip To NY For Tribune Mtgs | Navid A. Mahmoodzadegan | 51.00 | 51.00 |
| Transportation | 2/20/2009 | Train | From Wilmington Delaware for Tribune Hearing | William Derrough | 104.00 | 104.00 |
| Transportation | 1/7/2009 | Taxi/Car Service | Car Service from NY to Aiport for departure to LAX - 1/7/09 | Navid A. Mahmoodzadegan | 140.00 | 140.00 |
| Transportation | 1/21/2009 | Taxi/Car Service | 1/21/09 - Ground transportation from JFK to Manhattan hotels for Navid and John | Navid A. Mahmoodzadegan | 170.60 | 170.60 |
| Transportation | 1/22/2009 | Taxi/Car Service | Ground transportation | John C. Momtazee | 140.00 | 140.00 |
| Transportation | 1/23/2009 | Taxi/Car Service | Ground transportation from Hotel to Aiport for return trip to LAX | Navid A. Mahmoodzadegan | 127.20 | 127.20 |
| Transportation | 1/27/2009 | Taxi/Car Service | Ground transportation from Aiport to Hotel for Tribune Meeting with Randy Michaels and Committee in Chicago | Navid A. Mahmoodzadegan | 138.00 | 138.00 |
| Transportation | 1/28/2009 | Taxi/Car Service | Ground transportation for return trip from LaGuadia Airport to Hotel for Meeting with Randy Michaels and Committee in Chicago | Navid A. Mahmoodzadegan | 132.20 | 132.20 |
| Transportation | 1/28/2009 | Taxi/Car Service | Ground transportation for Navid and John from meeting to meeting on 1/28/09. | Navid A. Mahmoodzadegan | 204.80 | 204.80 |
| Transportation | 2/9/2009 | Taxi/Car Service | Transportation for Meeting re: Tribune in Chicago 2/10/09 | John C. Momtazee | 160.44 | 160.44 |
| Transportation | 2/20/2009 | Taxi/Car Service | Eagle Transportation from Philly airport to Bankruptcy Court in Wilmington, Delaware | William Derrough | 149.45 | 149.45 |
| Transportation | 3/3/2009 | Taxi/Car Service | Taxi Med. # 3B52 3/3/09 early morning meeting/car from home to mtg, 7:28am - 7:55am | Lawrence Kwon | 24.70 | 24.70 |
| Transportation | 3/3/2009 | Taxi/Car Service | Taxi Med. # 1J73 3/3/09 (3/2) late night car from office 1:06AM - 1:30AM | Lawrence Kwon | 25.60 | 25.60 |
| Transportation | 3/6/2009 | Taxi/Car Service | Taxi Med. # 2V88 3/5/09 late night car from office 23:03 - 23:34 | Lawrence Kwon | 30.00 | 30.00 |
| Transportation | 3/16/2009 | Taxi/Car Service | Carlos Cabera Taxi Med. # 6E65 3/16/09 late night car from office 22:03 -22:24 | Lawrence Kwon | 25.60 | 25.60 |
| Transportation | 3/17/2009 | Taxi/Car Service | Taxi Affiliation - Cab In Chicago - W Hotel To Tribune Offices | Evan Glucoft | 6.00 | 6.00 |

**Tribune Co.**

Moelis & Company - March 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement[1] |
|---|---|---|---|---|---|---|
| Transportation | 3/17/2009 | Taxi/Car Service | Globe Cab In Chicago - O'hare Airport To W Hotel | Evan Glucoft | 42.00 | 42.00 |
| Transportation | 3/17/2009 | Taxi/Car Service | 3/17/09 - Car service to airport for Chicago Tribune mtg $67.70 | Thane Carlston | 67.70 | 67.70 |
| Transportation | 3/17/2009 | Taxi/Car Service | 3/17/09 - Taxi to Chicago airport to Tribune meeting $48.00 | Thane Carlston | 48.00 | 48.00 |
| Transportation | 3/17/2009 | Taxi/Car Service | 3/17/09 - Taxi from Tribune meeting to Chicago airport for departure $43.00 | Thane Carlston | 43.00 | 43.00 |
| Transportation | 3/17/2009 | Taxi/Car Service | Chicago Carriage Cab Co. 3/17/2009 Airport to Intercontinental Hotel | Lawrence Kwon | 40.00 | 40.00 |
| Transportation | 3/18/2009 | Taxi/Car Service | Chicago Carriage Cab - Tribune Office To W Hotel | Evan Glucoft | 5.00 | 5.00 |
| Transportation | 3/18/2009 | Taxi/Car Service | Choice Cab - Chicago - W Hotel To O'hare Airport | Evan Glucoft | 43.00 | 43.00 |
| Transportation | 3/18/2009 | Taxi/Car Service | Taxi 3/18/09 Chicago Intercontinental Hotel to Airport | Lawrence Kwon | 40.00 | 40.00 |
| Transportation | 3/23/2009 | Taxi/Car Service | Big Apple Car Voucher # 113182 3/17/09 car from home to LaGuardia Airport | Lawrence Kwon | 59.31 | 59.31 |
| Transportation | 3/24/2009 | Taxi/Car Service | Taxi Med. # 8D25 late night 3/24/09; 22:59 - 23:08 | Zul Jamal | 10.00 | 10.00 |
| Transportation | 3/25/2009 | Taxi/Car Service | Taxi Med. # 8G53 late night 3/25/09; 21:24 - 21:46 | Zul Jamal | 11.70 | 11.70 |
| | | | | **Total Requested** | **$** | **2,165.33** |
| **TELEPHONE** | | | | | | |
| Phone/Communications | 2/5/2009 | Phone/Comm. | AT&T Blackberry | Ashish Ajmera | 101.24 | 101.24 |
| Phone/Communications | 3/6/2009 | Phone/Comm. | Cell phone service usage | Navid A. Mahmoodzadegan | 33.79 | 33.79 |
| Phone/Communications | 3/13/2009 | Phone/Comm. | ATT Blackberry 2/14/09 - 3/13/09 | Zul Jamal | 31.45 | 31.45 |
| Phone/Communications | 3/16/2009 | Phone/Comm. | Phone service for deal | John C. Momtazee | 35.76 | 35.76 |
| Phone/Communications | 3/17/2009 | Phone/Comm. | Internet: $14.95 - 3/17/09 Internet: $14.95 - 3/18/09 Phone Call: $3.30 - 3/18/09 W Hotel Lakeshore In Chicago For Tribune | Evan Glucoft | 33.20 | 33.20 |
| Phone/Communications | 3/18/2009 | Phone/Comm. | Boingo Wireless At The Airport - Chicago For Tribune | Evan Glucoft | 6.95 | 6.95 |
| Phone/Communications | 3/24/2009 | Phone/Comm. | Internet Service On Plane For Trip To NY For Tribune Mtgs | John C. Momtazee | 7.95 | 7.95 |
| | | | | **Total Requested** | **$** | **250.34** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | 2,444.10 | 2,444.10 |
| | | | | **Total Requested** | **$** | **2,444.10** |
| **OTHER** | | | | | | |
| Other | 3/18/2009 | Mileage | Mileage - Roundtrip From Office To Airport - Chicago Trip For Tribune | Evan Glucoft | 13.75 | 13.75 |
| | | | | **Total Requested** | **$** | **13.75** |
| | | | | **Month Total** | **$** | **11,052.03** |

Note:
1   Moelis has implemented the following adjustments to certain costs:

- First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City