# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

March 1, 2009 through and including March 31, 2009

| Name | Title | Hours | Amount |
|---|---|---|---|
| Den Uyl, R. Bruce | Managing Director | 8.2 | $6,847.00 |
| Holtz, Alan | Managing Director | 34.2 | 27,018.00 |
| Murphy, Michael | Managing Director | 40.2 | 31,758.00 |
| Hall, Brad | Director | 170.5 | 101,447.50 |
| Haftl, Michael | Director | 2.0 | 1,190.00 |
| Lee, Harold Y. | Director | 188.3 | 96,033.00 |
| Chiu, Kevin | Director | 103.2 | 52,632.00 |
| Brown, Marc J. | Director | 6.0 | 3,570.00 |
| Leung, Albert | Vice President | 212.5 | 95,625.00 |
| Kim, Young | Vice President | 12.9 | 5,805.00 |
| Tymowski, Adam | Associate | 6.7 | 2,445.50 |
| Bednarek, Catherine M | Paraprofessional | 3.0 | 510.00 |
| Green, Erin | Paraprofessional | 2.5 | 425.00 |
| Total Fees | | 790.2 | 425,306.00 |
| Adjustment for Non-working Travel Time | | | (12,351.75) |
| Total Net Fees | | | 412,954.25 |
| Total Disbursements | | | 3,978.64 |
| **Total Amount Due** | | | **$416,932.89** |

AlixPartners Monthly Fee Application 3-09