# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Cost Code | Cost Description | Amount |
|---|---|---:|
| AIRFARE | Coach airfare and related expenses | $1,418.40 |
| COMP | Computer Supplies / Support | 39.95 |
| GROUND | Cabfare and other ground transportation expenses | 646.70 |
| INTRNET | Phone - Internet Access | 15.95 |
| LODG | Hotel and overnight accommodation costs | 944.50 |
| MEALS | Meals | 913.14 |
| Total | | $3,978.64 |

**Detailed Disbursement Report**

| Date | Name | Code | Amount | Description |
|---|---|---|---:|---|
| 1/6/2009 | Murphy, Michael | CABFARE | $8.70 | Cab Fare/Ground Transportation |
| 1/22/2009 | Firm | CABFARE | 76.50 | Cab Fare/Ground Transportation |
| 2/10/2009 | Murphy, Michael | TMMEAL | 102.22 | Meals - Engagement Team |
| 2/11/2009 | Firm | CABFARE | 56.10 | Cab Fare/Ground Transportation |
| 2/15/2009 | Kim, Young | MEAL | 23.79 | Meals & Tips |
| 2/16/2009 | Kim, Young | PARK | 27.00 | Parking & Tolls |
| 2/17/2009 | Kim, Young | CABFARE | 35.00 | Cab Fare/Ground Transportation |
| 2/17/2009 | Kim, Young | MEAL | 9.71 | Meals & Tips |
| 2/17/2009 | Kim, Young | MEAL | 23.58 | Meals & Tips |
| 2/21/2009 | Murphy, Michael | TMMEAL | 41.72 | Meals - Engagement Team |
| 3/9/2009 | Leung, Albert | TMMEAL | 17.25 | Meals - Engagement Team |
| 3/10/2009 | Lee, Harold Y. | TMMEAL | 13.58 | Meals - Engagement Team |
| 3/12/2009 | Lee, Harold Y. | AIRFARE | 721.20 | Coach Airfare |
| 3/12/2009 | Lee, Harold Y. | MEAL | 6.00 | Meals & Tips |
| 3/13/2009 | Leung, Albert | AIRFARE | 671.20 | Coach Airfare |
| 3/13/2009 | Leung, Albert | AIRFARE | 13.00 | Airfare fee |
| 3/13/2009 | Leung, Albert | AIRFARE | 13.00 | Airfare fee |
| 3/16/2009 | Lee, Harold Y. | CABFARE | 33.05 | Cab Fare/Ground Transportation |
| 3/16/2009 | Lee, Harold Y. | LODG | 229.65 | Lodging |
| 3/16/2009 | Leung, Albert | LODG | 199.00 | Lodging |
| 3/16/2009 | Leung, Albert | LODG | 43.60 | Lodging |
| 3/16/2009 | Lee, Harold Y. | MILES | 8.25 | Mileage |
| 3/16/2009 | Lee, Harold Y. | PARK | 5.00 | Parking & Tolls |
| 3/16/2009 | Lee, Harold Y. | TMMEAL | 25.28 | Meals - Engagement Team |
| 3/16/2009 | Leung, Albert | TMMEAL | 192.78 | Meals - Engagement Team |
| 3/17/2009 | Lee, Harold Y. | LODG | 229.65 | Lodging |
| 3/17/2009 | Leung, Albert | LODG | 199.00 | Lodging |
| 3/17/2009 | Leung, Albert | LODG | 43.60 | Lodging |
| 3/18/2009 | Lee, Harold Y. | CABFARE | 32.85 | Cab Fare/Ground Transportation |
| 3/18/2009 | Lee, Harold Y. | MEAL | 8.00 | Meals & Tips |
| 3/18/2009 | Lee, Harold Y. | MEAL | 19.00 | Meals & Tips |
| 3/18/2009 | Lee, Harold Y. | MEAL | 6.82 | Meals & Tips |
| 3/18/2009 | Lee, Harold Y. | MILES | 8.25 | Mileage |
| 3/18/2009 | Lee, Harold Y. | PARK | 99.00 | Parking & Tolls |
| 3/19/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls |
| 3/19/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls |
| 3/19/2009 | Lee, Harold Y. | TMMEAL | 93.23 | Meals - Engagement Team |
| 3/19/2009 | Lee, Harold Y. | TMMEAL | 24.14 | Meals - Engagement Team |
| 3/20/2009 | Leung, Albert | COMP | 39.95 | Computer Supplies / Support |
| 3/20/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls |
| 3/20/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls |
| 3/20/2009 | Lee, Harold Y. | TMMEAL | 23.55 | Meals - Engagement Team |
| 3/21/2009 | Leung, Albert | MEAL | 15.00 | Meals & Tips |
| 3/23/2009 | Lee, Harold Y. | PARK | 36.00 | Parking & Tolls |
| 3/23/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls |
| 3/23/2009 | Lee, Harold Y. | TMMEAL | 24.66 | Meals - Engagement Team |
| 3/23/2009 | Chiu, Kevin | TMMEAL | 91.80 | Meals - Engagement Team |

| Date | Name | Code | Amount | Description |
|---|---|---|---|---|
| 3/24/2009 | Leung, Albert | MEAL | 18.50 | Meals & Tips |
| 3/24/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls |
| 3/24/2009 | Lee, Harold Y. | PARK | 18.00 | Parking & Tolls |
| 3/24/2009 | Lee, Harold Y. | TMMEAL | 24.14 | Meals - Engagement Team |
| 3/25/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation |
| 3/26/2009 | Leung, Albert | CABFARE | 12.00 | Cab Fare/Ground Transportation |
| 3/26/2009 | Leung, Albert | TMMEAL | 22.79 | Meals - Engagement Team |
| 3/27/2009 | Leung, Albert | MEAL | 17.50 | Meals & Tips |
| 3/27/2009 | Leung, Albert | PARK | 32.00 | Parking & Tolls |
| 3/28/2009 | Leung, Albert | INTRNET | 15.95 | Phone - Internet Access |
| 3/29/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation |
| 3/29/2009 | Leung, Albert | MEAL | 42.14 | Meals & Tips |
| 3/30/2009 | Leung, Albert | PARK | 18.00 | Parking & Tolls |
| 3/30/2009 | Leung, Albert | TMMEAL | 25.96 | Meals - Engagement Team |
| 3/31/2009 | Leung, Albert | CABFARE | 11.00 | Cab Fare/Ground Transportation |

**$3,978.64**