UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Hearing Date: May 12, 2009 at 10:00 a.m. EDT**<br>**Objection Deadline: May __, 2009 at 4 p.m. EDT** |

### DECLARATION OF JOHN D. MAATTA IN SUPPORT OF JOINT MOTION OF DEBTOR TRIBUNE BROADCASTING COMPANY AND THE CW NETWORK LLC TO SHORTEN THE NOTICE PERIOD FOR THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING ENTRY INTO POSTPETITION STATION AFFILIATION AGREEMENTS WITH THE CW NETWORK LLC

I, John D. Maatta, hereby declare under penalty of perjury as follows:

1. I am the Chief Operating Officer of the CW Networks LLC ("the CW") and am duly authorized to make this Declaration. Except as otherwise indicated, the facts set out

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

2. I submit this Declaration in support of the Joint Motion of Debtor Tribune Broadcasting Company and the CW Network LLC to Shorten the Notice Period for the Debtors' Motion for an Order Authoritzing Entry into Postpetition Station Affiliation Agreements with the CW Networks LLC ("the Motion").

3. The CW is a major television network which broadcasts on television stations throughout the United States, including thirteen television stations owned by the Debtors ("the Tribune/CW Stations"). Approximately one-third of the CW Television Network's total prime time audience watches the CW Television Network exclusively on the Tribune/CW Stations. Likewise, most of the prime time programming for the Tribune/CW Stations is delivered by the CW Television Network.

4. The majority of the CW's revenue comes from money committed by advertisers at an annual event known as "the Upfront Presentation" which takes place in May of each year. At the Upfront Presentation, the CW unveils its network programming for the following television season (which for the CW Television Network runs from September through August) and advertisers make commitments to purchase advertising on those programs from the CW.

5. This year, the CW's Upfront Presentation takes place on May 21, 2009.

6. In order to have its network program schedule for the 2009/2010 season in place by the date of the Upfront Presentation, the CW must commit to the acquisition programming several weeks prior to the Upfront Presentation. Consequently, the CW must be able to estimate its potential revenue before it commits to its programming purchases in early

May, 2009. Similarly, I believe that Tribune needs the certainty of knowing the programming that will be provided under its network relationship as it plans to move into the fall Season. Tribune and the CW have committed to move forward with their long-standing network/affiliate relationship. For these reasons, the CW and Tribune need to have their agreement approved as soon as this matter may be heard by the Court in advance of the Upfront Presentation. Accordingly, the relief requested in the Motion should be approved.

7. Tribune and the CW were actively negotiating the postpetition Station Affiliation Agreements (for which the Motion seeks approval) until very shortly before the Motion was filed.

8. There are no prepetition defaults on any of the existing station affiliation agreements between the CW and Tribune's affiliate Debtors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on: April 28, 2008
Burbank, California

*/s/ John D. Maatta*
John D. Maatta