## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., [1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1094** |

### NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON APRIL 30, 2009 AT 2:30 P.M.
### BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## WITHDRAWN MATTERS

1.   Sony Pictures Television's Motion for Order Allowing and Compelling Immediate Payment of Administrative Claim (Filed March 30, 2009) (Docket No. 831)

      Related Document(s):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

      (a)     Declaration of Linda Bershad in Support of Motion for Order Allowing and Compelling Immediate Payment of Administrative Claim (March 30, 2009) (Docket No. 832)

      (b)     Amended Notice of Hearing on Motion for Order Allowing and Compelling Immediate Payment of Administrative Claim (Filed March 31, 2009) (Docket No. 836)

      (c)     Notice of Withdrawal Without Prejudice of the Motion of Sony Pictures Television Inc. for Order Allowing and Compelling Immediate Payment of Administrative Claim (Filed April 3, 2009) (Docket No. 856)

Objection Deadline:  April 23, 2009 at 4:00 p.m.

Responses Received:  None.

Status:     The Motion was withdrawn.  This matter will not be going forward.

## CONTINUED MATTERS

2.     Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

      (a)     Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

      (b)     Second Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed March 23, 2009) (Docket No. 790)

      (c)     Third Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed April 9, 2009) (Docket No. 887)

Objection Deadline:  January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to April 23, 2009 at 4:00 p.m. for the United States Trustee.

2

46429/0001-5514363v2

Responses Received:  None.

Status:      On consent of the parties, this matter is adjourned to the May 28, 2009
             omnibus hearing.  This matter will not be going forward.

**CERTIFICATION OF COUNSEL/ADJOURNED IN PART**

3.     Motion of the Debtors for an Order (I) Approving Cash Management Systems,
       (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the
       Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting
       Administrative Expense Status to Postpetition Intercompany Transactions (Filed
       December 8, 2008) (Docket No. 10)

       Related Document(s):

       (a)     Order (I) Approving Cash Management Systems, (II) Authorizing Use of
               Prepetition Bank Accounts and Business Forms, (III) Waiving the
               Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and
               (IV) Granting Administrative Expense Status to Postpetition Intercompany
               Transactions (Entered December 10, 2008) (Docket No. 56)

       (b)     Notice of Entry of Interim Order and Notice of Final Hearing Regarding
               Motion of the Debtors for an Order (I) Approving Cash Management
               Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business
               Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an
               Interim Basis, and (IV) Granting Administrative Expense Status to
               Postpetition Intercompany Transactions (Filed December 11, 2008)
               (Docket No. 74)

       (c)     Notice of Rescheduled Hearing (Filed December 23, 2008) (Docket No.
               126)

       (d)     Order Approving Supplemental Stipulation By and Between Debtors and
               Official Committee of Unsecured Creditors Extending Time for
               Reconsideration of First Day Orders Pursuant to Del. Bankr. L. R. 9013-
               1(m)(v) (Entered January 27, 2009) (Docket No. 280)

       (e)     **Certification of Counsel Regarding Motion of the Debtors for an
               Order (I) Approving Cash Management Systems, (II) Authorizing Use
               of Prepetition Bank Accounts and Business Forms, (III) Waiving the
               Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV)
               Granting Administrative Expense Status to Postpetition
               Intercompany Transactions (Filed April 29, 2009) (Docket No. 1102)**

Objection Deadline:  December 29, 2008 at 5:00 p.m.

On consent of the parties, the Objection Deadline was extended to April 27, 2009 at 4:00 p.m. for the Senior Lender Steering Committee, the Official Committee of Unsecured Creditors and the United States Trustee.

Responses Received:  None at this time.

Status:    The Debtors and the U.S. Trustee continue to discuss the Debtors' requested relief for certain accounts and practices relating to section 345(b) of the Bankruptcy Code and have agreed to adjourn this specific issue to the hearing scheduled for May 28, 2009 at 1:00 p.m. **As to all other relief sought in the Motion, a Certification of Counsel, together with a proposed final order, was filed with the Court.** This matter will not be going forward unless otherwise directed by the Court.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

4.    Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (Filed March 6, 2009) (Docket No. 484)

Related Document(s):

(a)    Order Granting the Debtors Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (Entered March 25, 2009) (Docket No. 815)

(b)    Notice of Entry of Interim Order and Notice of Final Hearing Regarding Order Granting the Debtors' Motion to Extend the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code (Filed March 27, 2009) (Docket No. 821)

(c)    Certification of Counsel Regarding Motion of Debtors for an Order Extending the Time to Assume or Reject Unexpired Leases of Nonresidential Real Property Pursuant to Section 365(d)(4) of the Bankruptcy Code [No Order Required] (Filed April 28, 2009) (Docket No. 1092)

Objection Deadline:  April 9, 2009 at 4:00 p.m.

Responses Received:  None.

Status:    The Court entered an Order granting the Motion on a final basis as to all Landlords except the Additional Landlords listed on Schedule 1 to the Order. Following notice, none of the Additional Landlords objected to the Motion and the Order became final as to the Additional Landlords. This matter will not be going forward.

4

5.    Motion for an Order Granting a Further Interim Extension of Time For Debtors to
      Comply with the Requirements of 11 U.S.C. § 345 (Filed April 9, 2009) (Docket No.
      882)

      Related Document(s):

            (a)    Certification of No Objection Regarding Motion for an Order Granting a
                   Further Interim Extension of Time For Debtors to Comply with the
                   Requirements of 11 U.S.C. § 345 (Filed April 27, 2009) (Docket No.
                   1085)

            (b)    **Order Granting A Further Interim Extension of Time for Debtors to
                   Comply with the Requirements of 11 U.S.C. § 345 (Entered April 28,
                   2009) (Docket No. 1096)**

      Objection Deadline:  April 23, 2009 at 4:00 p.m.

      Responses Received:  None.

      **Status:    The Court granted the relief requested in the Motion.  This matter will
                   not be going forward.**

6.    Supplemental Application for an Order Expanding the Scope of the Retention of Jenner
      & Block LLP as Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C.
      §§ 327(e) and 1107, *Nunc Pro* Tunc to March 5, 2009 (Filed April 9, 2009) (Docket No.
      889)

      Related Document(s):

            (a)    Certification of No Objection Regarding Supplemental Application for an
                   Order Expanding the Scope of the Retention of Jenner & Block LLP as
                   Special Counsel for Certain Litigation Matters Pursuant to 11 U.S.C.
                   §§ 327(e) and 1107, *Nunc Pro* Tunc to March 5, 2009 (Filed April 28,
                   2009) (Docket No. 1091)

            (b)    Second Supplemental Declaration of David J. Bradford in Support of
                   Application for an Order Expanding the Scope of the Retention of Jenner
                   & Block LLP as Special Counsel for Certain Litigation Matters Pursuant
                   to 11 U.S.C. §§ 327(e) and 1107 (Filed April 28, 2009) (Docket No. 1092)

            (c)    **Order Authorizing Expanding the Scope of the Retention of Jenner &
                   Block LLP as Special Counsel for Certain Litigation Matters
                   Pursuant to 11 U.S.C. §§ 327(e) and 1107, *Nunc Pro Tunc* to March 5,
                   2009 (Entered April 28, 2009) (Docket No. 1097)**

      Objection Deadline:  April 23, 2009 at 4:00 p.m.
      On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on April 27,
      2009 for the United States Trustee.

                                            5

Responses Received:  None at this time.

**Status:**    **The Court granted the relief requested in the Motion.  This matter will not be going forward.**

## UNCONTESTED MATTERS GOING FORWARD

7.    Application for an Order Authorizing Debtors to Retain and Employ Mercer (US) Inc. as Compensation Consultant to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to January 12, 2009 (Filed April 10, 2009) (Docket No. 893)

Objection Deadline:  April 23, 2009 at 4:00 p.m.

Responses Received:  None.

Status:    The United States Trustee has expressed informal concerns regarding the Application.  This matter will be going forward.

## CONTESTED MATTERS GOING FORWARD

8.    Motion for Relief from Automatic Stay with Respect to E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. (Filed April 9, 2009) (Docket No. 883)

Related Document(s):

(a)    Re-Notice of Motion (Filed April 23, 2009) (Docket No. 1078)

Objection Deadline:  April 23, 2009 at 4:00 p.m.

Responses Received:

(a)    Debtors' Objection to the Motion for Relief from Automatic Stay with Respect to E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. (Filed April 23, 2009) (Docket No. 1079)

(b)    **Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion for Relief from Automatic Stay With Respect to E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. (Filed April 23, 2009) (Docket No. 1080)**

Status:    This matter will be going forward as a status conference only.

## PRE-TRIAL CONFERENCE

9.    Pre-Trial Conference regarding Adversary Complaint for Declaratory Judgment and Injunctive Relief by Tribune Media Services against Warren Beatty (Adv. Proc. No. 09-50486) (Filed March 19, 2009) (Adv. Docket No. 1)

   Related Document(s):

         (a)    Summons and Notice of Pre-Trial Conference (Filed March 19, 2009) (Adv. Docket No. 3)

   Response Deadline:  April 20, 2009 at 4:00 p.m.

   Responses Received:  None.

   Status:    This matter will be going forward.

Dated:  April 29, 2009

                              SIDLEY AUSTIN LLP
                              James F. Conlan
                              Bryan Krakauer
                              Janet E. Henderson
                              Kevin T. Lantry
                              Kenneth P. Kansa
                              One South Dearborn Street
                              Chicago, IL  60603
                              Telephone:  (312) 853-7000
                              Facsimile:  (312) 853-7036

                                   -and-

                              COLE, SCHOTZ, MEISEL,
                              FORMAN & LEONARD, P.A.

                       By:    _____
                              Norman L. Pernick (No. 2290)
                              J. Kate Stickles (No. 2917)
                              500 Delaware Avenue, Suite 1410
                              Wilmington, DE  19801
                              Telephone:  (302) 652-3131
                              Facsimile:  (302) 652-3117

                              Attorneys for Debtors and
                              Debtors in Possession

46429/0001-5514363v2