## **CERTIFICATE OF SERVICE**

       I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the **Joinder Of The CW Network, LLC In Motion Of Debtor Tribune Broadcasting Company For An Order Authorizing Entry Into Postpetition Station Affiliation and Related Agreements With The CW Network, LLC** was caused to be served on April 29, 2009, in the manner indicated on the parties on the attached service list.

Date: April 29, 2009

                                                Curtis S. Miller (No. 4583)

2844952.3