# SERVICE LIST

**VIA HAND DELIVERY**

Attn: Stuart M. Brown, Esq.
Edwards Angell Palmer & Dodge LLP
919 N. Market St
Suite 1500
Wilmington, DE  19801

Joseph J. McMahon, Jr., Esq.
Office Of The United States Trustee
United States Dept Of Justice
844 King Street
Suite 2207
Lockbox #35
Wilmington, DE  19899-0035

Ellen W. Slights, Esq.
Us Attorney's Office
1201 Market St
Suite 1100
PO Box 2046
Wilmington, DE  19899-2046

Attn: Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N Market St
PO Box 951
Wilmington, DE  19899-0951

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard, PA
500 Delaware Avenue
Suite 1410
Wilmington, DE  19801

Attn: R.Karl Hill, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
PO Box 68
Wilmington, DE  19899

Attn: Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 N. Market Street
8th Floor
Wilmington, DE  19801

Attn: Joseph H. Huston, Jr.
Stevens & Lee, P.C.
1105 North Market Street
7th Floor
Wilmington, DE  19801

Attn: Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, PA
920 North King Street
Wilmington, DE  19801

Attn: William M. Kelleher
Elliott Greenleaf
1105 North Market Street
Suite 1700
Wilmington, DE  19801

Attn: Susan E. Kaufman, Esq.
Cooch & Taylor PA
1000 West Street
10th Floor
Wilmington, DE  19801

Attn: Christopher P. Simon, Esq.
Tara M. Dirocco, Esq.
Cross & Simon LLC
919 North Market Street
11th Floor
Wilmington, DE  19801

Attn: Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

Frederick B. Rosner, Esq.
Messana Rosner & Stern, LLP
1000 North West Street
Suite 1200
Wilmington, DE  19801

Attn: Jeffrey C. Wisler, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
PO Box 2207
Wilmington, DE  19899

John V. Fiorella, Esq.
Archer & Greiner, PC
300 Delaware Ave
Suite 1370
Wilmington, DE  19801

Attn: Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street
Suite 400
Wilmington, DE  19801

Attn: David B. Stratton, Esq.
Leigh-Anne M. Raport, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE  19899-1709

Attn: Margaret F. England, Esq.
Eckert, Seamans, Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1210
Wilmington, DE  19801

Attn: Rachel B. Mersky, Esq.
Monzack Mersky Mclaughlin And Browder, PA.
1201 N. Orange Street
Suite  400
Wilmington, DE  19801

Attn: Patrick J. Healy, VP
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Attn: Bradford J. Sandler, Esq.
Jennifer R. Hoover, Esq.
Benesch, Friedlander, Coplan
   & Aronoff, LLP
222 Delaware Avenue
Suite 801
Wilmington, DE  19801

Attn: Adam Hiller
Michelle Berkeley-Ayres
Draper & Goldberg, P.L.L.C
1500 North French Street
2nd Floor
Wilmington, DE  19801

Sherry Ruggiero Fallon, Esq.
Tybout Redfearn & Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE  19899-2092

Rafael X. Zahralddin-Aravena, Esq.
William M. Kelleher, Esq.
Neil R. Lapinski, Esq.
Elliott Greenleaf
1105 North Market Street
17th Floor
Wilmington, DE  19899

Ian Connor Bifferato, Esq.
Kevin Collins, Esq.
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE  19801

Michael R. Lastowski, Esq.
Sommer L. Ross, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE  19801

Internal Revenue Service
PO Box 21126
Philadelphia, PA  19114-0326

Attn: James E. Sorenson
D. Tyler Leuven
Chad D. Heckman
Jared S. Gardner
Mary Linzee Van Leuven
Williams Gautier Gwynn
    Deloach & Sorenson PA
PO Box 4128
Tallahassee, FL  32315-4128

Attn: John P. Dillman
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX  77253-3064

Tood M. Hoepker, Esq.
PO Box 3311
Orlando, FL  32802-3311

Attn: Janet Fitzpatrick, Legal Assistant
Unisys Corporation
Unisys Way
PO Box 500, M/S E8-108
Blue Bell, PA  19424

Office of the Treasurer
United States Treasury
1500 Pennsylvania Avenue, NW
Room 2134
Washington, DC  20220

Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Barbra Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Attn: Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX   75201

Attn: Jeffrey N. Rich, Esq.
K&L Gates LLP
599 Lexington Ave
New York, NY   10022-6030

Charles R. Smith, Esq.
K&L Gates LLP
Henry W. Oliver Building
535 Smithfield St
Pittsburgh, PA   15222-2312

Securities And Exchange Commission (Sec)
100 F Street, NE
Washington, DC   20549

JP Morgan Chase Bank, NA As Agent
1111 Fannin, 10th Floor
Houston, TX   77002

Attn: Sharon Hawkins, Loan Operations
Merrill Lynch Capital Corporation
600 E. Las Colinas Blvd
Suite 1300
Irving, TX   75039

Attn: David Contino, Vice President
Deutsche Bank National Trust Company
25 Deforest Ave
Mail Stop: Sum 01-0105
Summit, NJ   07901

Attn: US Client Valuations Group
Barclays Capital Inc.
200 Park Avenue
New York, NY   10166

Attn: Nils Larsen, Managing Director
Tower JK, LLC
c/o Equity Group Investments
Two North Riverside Plaza
Suite 1700
Chicago, IL   60606

Attn: Nils Larsen, Managing Director
Tower MS, LLC
Two North Riverside Plaza
Suite 1700
Chicago, IL   60606

Attn: Nils Larsen, Managing Director
Tower EH LLC
Two North Riverside Plaza
Suite 1700
Chicago, IL   60606

Attn: Nils Larsen, Managing Director
Tower DC, LLC
Two North Riverside Plaza
Suite 1700
Chicago, IL   60606

Attn: Nils Larsen, Managing Director
Tower PT LLC
Two North Riverside Plaza
Suite 1700
Chicago, IL   60606

Attn: Miriam Kulnis
JPMorgan Chase Bank, NA
One Chase Plaza
New York, NY   10005

Deutsche Bank AG
60 Wall Street
New York, NY   10005

Attn: Micahel O'Brien
Merrill Lynch Capital Corporation
4 World Financial Center
250 Vesey Street
New York, NY   10080

Attn: Tim Dillworth
Citicorp North America, Inc
450 Mamaroneck Avenue
Suite A
Harrison, NY   10528-2402

Lynn D. Simmons, Sr. VP
Banc Of America Bridge LLC
231 South Lasalle Street
Mail Code: Il1-231-11-19
Chicago, IL   60604

Matthew J. Troy, Esq.
Civil Division
United States Department Of Justice
1100 L Street, N.W.
Room 10006
Washington, DC   20530

Attn: Wayne M. Smith, Esq.
Warner Bros. Television
   Distribution, Inc.
4000 Warner Blvd.
Bldg. 156
Room 5158
Burbank, CA  91522

Attn: Room 1150
Internal Revenue Service
31 Hopkins Plaza
Baltimore, MD  21201

Attn: Margo B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Ave
New York, NY  10022

Attn: Kenneth P. Kansa Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603

Securities & Exchange Commission
15th & Pennsylvania Ave, N.W.
Washington, DC  20020

Pamela Kohlman Webster
Buchalter Nemer
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA  90017-2457

Attn: Scott A. Golden, Esq.
Ira S. Greene, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Attn: Carolyn Adler
Morgan Stanley Fixed Income
1585 Broadway
2nd Floor
New York, NY  10036

Attn: Thomas V. Asdounis, Esq.
Askounis & Darcy, PC
401 North Michigan Avenue
Suite 550
Chicago, IL  60611

Attn: David Adler, Esq.
G. Amanda Mallan, Esq.
McCarter & English, LLP
245 Park Ave
27th Floor
New York, NY  10167

Attn: Colleen E. McManus
Much Shelist Denenberg
   Ament & Rubenstein, PC
191 North Wacker Drive
Suite 1800
Chicago, IL  60606

Attn: Kelly Singer, Esq.
Squire, Sanders & Dempsey LLP
Two Renaissance Square
40 North Central Ave
Suite 2700
Phoenix, AZ  85004-4498

Attn: Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Attn: Jan I. Berlage
Gohn Hankey & Stichel LLP
201 North Charles Street
Baltimore, MD  21201

Attn: Paul Rubin, Esq.
Stephen B. Selbst, Esq.
Herrick Feinstein LLP
Two Park Avenue
New York, NY  10016

Attn: Ruth Wienstein
Canon USA, Inc
1 Canon Plaza
New Hyde Park, NY  11042

Attn: Babette A. Ceccoti
Cohen Weiss & Simon LLP
330 West 42nd Street
New York, NY  10036

Attn: Edmond P. O'Brien, Esq.
Stempel Bennett Claman & Hochberg PC
675 Third Avenue
31st Floor
New York, NY  10017

Attn: Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Villa Park, IL  60181

Attn: Tiffany Strelow Cobb
Vorys Sater Seymour & Pease LLP
52 East Gay Street
Columbus, OH  43215

Attn: Robert E. Paul, Esq.
Zwerdlking Paul Kahn & Wolly PC
1025 Connecticut Avenue NW
Suite 712
Washington, DC  20036-5420

Attn: Scott Friedberg
The Seaport Group LLC
360 Madison Avenue
22nd Floor
New York, NY  10017

Attn: Howard Seife
David M. Lemay
Douglas E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Anthony Deglomine, III
Harris Corporation
1025 W. Nasa Blvd
Mail Stop A-11A
Melbourne, FL  32919

Erick R. Wilson, Esq.
Howard S. Steel, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Attn: Frank A. Anderson, Esq.
Cassandra R. Burton, Esq.
Kartar S. Khalsa, Esq.
Office Of The Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005-4026

Attn: Jay Teitelbaum
Teitelbaum & Baskin, LLP
3 Barker Avenue
Third Floor
White Plains, NY  10601

Attn: Joanne Fungaroli, Esq.
Capitalsource Finance LLC
4445 Willard Avenue
12th Floor
Chevy Chase, MD  20815

Navistar Leasing Company
425 N. Martingale Road
18th Floor
Schaumburg, IL  60173

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX  77010

Attn: Ms. Ramona Neal
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID  83714-0021

Attn: Mr. Ken Higman, Sr.
Default & Recovery Analy
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA  92806

Attn: Jodie Rea
Twentieth Television, Inc.
2121 Avenue Of The Stars
Suite 1754
Los Angeles, CA  90067

Attn: Martin S. Zohn, Esq.
Proskauer Rose LLP
2049 Century Park East
32nd Floor
Los Angeles, CA  90067

Attn: Sheryl L. Moreau
Missouri Department Of Revenue
301 W. High Street
Room 670
PO Box 475
Jefferson City, MO  65105-0475

Attn: Susanne M. Mitchell, Esq.
International Union UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

Travelers
National Accounts
1 Tower Square-5MN
Hartford, CT  06183-4044

Attn: Jeffrey J. Newton
Broward County
115 South Andrews Avenue
Fort Lauderdale, FL  33301

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg PC
155 Federal Street
9th Floor
Boston, MA  02110

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional
Corporation
333 Market Street
25th Floor
San Francisco, CA  94105-2126

Donald R. Furman Jr.
Furman Gregory LLC
75 Federal Street
9th Floor
Boston, MA  02110

Edward J. Tredinnick, Esq.
Greene Radovsky Maloney Share
    & Hennigh LLP
Four Embarcarcadero Center
Suite 4000
San Francisco, CA  94111

Angie M. Cowan
Allison, Slutsky & Kennedy, PC
230 W Monroe Street
Suite 2600
Chicago, IL  60606

Attn: Michael V. Blumenthal, Esq.
Crowell & Moring LLP
590 Madison Avenue
19th Floor
New York, NY  10022

Attn: Alan J. Lipkin, Esq.
Jeremy E. Crystal, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

Attn: C.B. Blackard, III
Acxiom Corporation
301 E. Dave Ward Drive
PO Box 2000
Conway, AR  72033-2000

Attn: Mark A. Nitikman, Esq.
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA  92660

Attn: Bruce J. Ruzinsky
D. Elaine Conway
Jackson Walker, LLP
1401 McKinney Street
Suite 1900
Houston, TX  77010

Attn: Heather M. Forrest
Jackson Walker, LLP
901 Main Street
Suite 6000
Dallas, TX  75202

Attn: Robert J. Stark, Esq.
Daniel J. Saval, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

Attn: David M. Neumann, Esq.
Benesch, Friedlander, Coplan
    & Aronoff, LLP
200 Public Square
Suite 2300
Cleveland, OH  44114-2378

Attn: Linda Boyle
TW Telcom Inc.
10475 Park Meadows Drive
#400
Littleton, CO  80124

Attn: Carol E. Momjian
Office of the Attorney General
21 S. 12th Street
3rd Floor
Philadelphia, PA  19107-3603

Attn: Robert L. Hanley, Jr., Esq.
Nolan, Plumhoff & Williams, Chartered
Nottingham Centre, Suite 700
502 Washington Avenue
Towson, MD  21204

Attn: Dana S. Plon, Esq.
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street
Suite 600
Philadelphia, PA  19102

Fred Fellmeth, Esq.
General Counsel
The Vitec Group PLC
Broadcast Systems Division
101 Bilby Road
Hackettstown, NJ  07840

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Joseph E. Shockich, Jr., Esq.
Maria Ann Milano, Esq.
Riddell Williams, P.S.
1001-4th Avenue
Suite 4500
Seattle, WA 98154-1192

Elain M. Seid, Esq.
McPharlin Sprinkles & Thomas, LLP
10 Almaden Boulevard
Suite 1460
San Jose, CA 95113

Jacqueline A. Criswell, Esq.
Tressler Soderstorm Maloney
    & Press, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Attn: Margaret Ann Nolan, County Solicitor &
Camela J. Sandmann, Asst. County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Brian M. Dougherty, Esq.
Goldstine, Skrodzki, Russian,
    Nemec & Hoff, Ltd.
835 McClintock Drive, 2nd Floor
Willowbrook, IL 60527

Fred B. Ringel, Esq.
Robinson Brog Leinwand Green
    Genovese & Gluck PC
1345 Avenue of the Americas
New York, NY 10105

Paul J. Catanese, Esq.
Patricia K. Smoots, Esq.
McGuire Woods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601

Michelle McMahon, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Edward Susolik, Esq.
Callahan & Blaine
3 Hutton Drive, 9th Floor
Santa Ana, CA 92707

William J. Ulrich, Jr., Esq.
William R. Brodzinski, Esq.
Mulherin Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue
Suite 200
Wheaton, IL 60187

Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

Daniel Feinberg, Esq.
Angelica K. Jongco, Esq.
Nina Wasow, Esq.
Lewis, Feinberg, Lee, Renaker
    & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612

Thomas Meites, Esq.
Michael Mulder, Esq.
Meites, Mulder, Mollica & Glink
20 S. Clark Street
Suite 1500
Chicago, IL 60603

Philip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Gary A. Bresee, Esq.
Peter J. Felsenfeld, Esq.
Barger & Wolen LLP
650 California Street
9th Floor
San Francisco, CA 94108

Corey Smith Bott, Esq.
Brian G. Esders, Esq.
Abato, Rubenstein & Abato, P.A.
809 Gleneagles Court
Suite 320
Baltimore, MD 21286

Attn: Linda K. Cooper
Fee Examiner
Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044

George R. Mesires, Esq.
Barack Ferrazzano Kirschbaum
    & Nagelberg LLP
200 West Madison Street
Suite 3900
Chicago, IL  60606

Michael A. Cox, Attorney General
Deborah B. Waldmeir, Asst. Attorney
General
State of Michigan, Dept. of Treasury
Cadillac Place, Suite 10-200
3030 W. Grand Boulevard
Detroit, MI  48202

Kenneth Miller, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard
9th Floor
Beverly Hills, CA  90212

Judy D. Thompson, Esq.
Poyner Spruill LLP
301 South College Street
Suite 2300
Charlotte, NC  28202

Andrew S. Conway, Esq.
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI  48304

Zachary J. Bancroft, Esq.
Lowndes, Drosdick, Doster,
    Kantor & Reed, P.O.
450 S. Orange Avenue
Suite 800 (32801)
P.O. Box 2809
Orlando, FL  32802

2716469