**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,1 | ) | Case No. 08- 13141 (KJC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Objection Deadline: May 19, 2009** |
| | ) | **Hearing Date:  N/A** |
| | ) | |

**THIRD MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009**

Name of Applicant:                           Alvarez & Marsal North America, LLC

Authorized to provide professional
services to:                                          Debtors and Debtors-in-Possession

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404): KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publisher Forests Products Co. of  Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368): The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720): TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232): Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| | |
|---|---|
| Date of Retention: | February 13, 2009 effective as of December 8, 2008 |
| Period for which compensation and reimbursement are sought: | March 1, 2009 through March 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,294,259.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $    10,403.66 |

This is an:   _X_ monthly   ___ interim   ___ final application.

.
Requested Payment Amount:

| | |
|---|---|
| Fees at 80% | $1,035,407.20 |
| Expenses at 100% | 10,403.66 |
| $ Total: | $1,045,810.86 |

| Prior Applications | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Date & Docket No.#** | **Filing Period** | **Requested Fees** | **Requested Expenses** | **CNO Date & Docket No.** | **Approved Fees** | **Approved Expenses** | **Unapproved Holdback** |
| 3/20/09 [558] | 12/8/2008 through 1/31/2009 | $1,750,695.00 | $8,959.29 | 4/15/2009 [1026] | $1,400,556.00 | $8,959.29 | $350,139.00 |
| 4/3/2009 [858] | 1/1/2009 through 2/28/2009 | $1,061,861.00 | $17,085.39 | Obj. due 4/23/2009 | Pending | Pending | Pending |
| | | | | | | | |

3

*MARCH 1, 2009 THROUGH MARCH 31, 2009*

## SUMMARY OF TIME & FEES BY PROFESSIONAL

**A&M STAFF**

| Name of Professional | Position | Rate | Total Hours | Total Fees (Prior to Holdback) |
|---|---|---|---|---|
| *Restructuring* | | | | |
| George Koutouras | Managing Director | $700 | 3.0 | $2,100.00 |
| Tom Hill | Managing Director | $700 | 160.3 | $112,210.00 |
| Brian Whittman | Managing Director | $650 | 188.7 | $122,655.00 |
| Steve Kotarba | Managing Director | $475 | 78.4 | $37,240.00 |
| Griffin Howard | Director | $500 | 109.1 | $54,550.00 |
| William Stotzer | Director | $450 | 216.4 | $97,380.00 |
| Paul Kinealy | Director | $375 | 240.3 | $90,112.50 |
| Mark Zeiss | Director | $350 | 17.2 | $6,020.00 |
| Richard Stone | Sr. Associate | $450 | 214.1 | $85,640.00 |
| Robert Novak | Sr. Associate | $400 | 121.7 | $48,680.00 |
| Robert Sallmann | Sr. Associate | $400 | 155.9 | $62,360.00 |
| Stuart Kaufman | Sr. Associate | $400 | 179.8 | $71,920.00 |
| Matt Frank | Associate | $350 | 193.2 | $67,620.00 |
| Richard Niemerg | Consultant | $300 | 119.1 | $35,730.00 |
| Robert Esposito | Consultant | $300 | 67.7 | $20,310.00 |
| Sara Stutz | Consultant | $250 | 275.2 | $68,800.00 |
| Mark Berger | Analyst | $300 | 225.4 | $67,620.00 |
| Sean Hough | Analyst | $300 | 196.1 | $58,830.00 |
| Jamie Strohl | Consultant | $275 | 3.0 | $825.00 |
| Lauren Hoeflich | Consultant | $275 | 34.3 | $9,432.50 |
| Angela Bergman | Consultant | $250 | 181.7 | $45,425.00 |
| Elisabeth de Roziere | Consultant | $250 | 224.3 | $56,075.00 |
| Elizabeth Johnston | Analyst | $250 | 272.1 | $68,025.00 |
| Mary Napoliello | Paraprofessional | $185 | 25.4 | $4,699.00 |
| **Total** | | | **3,502.4** | **$1,294,259.00** |

## SUMMARY OF TIME & FEES BY MATTER CODE

| Matter Code | Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| Accounting | Assist the Debtors with the bankruptcy related accounting matters. | 207.1 | $71,645.00 |
| Administrative | Address matters related to the engagement including coordinating meetings, conference calls and delivery of information and preparing or reviewing court documents and general case management. | 1.8 | $1,040.00 |
| AP/Vendor Issues | Accounts Payable, Vendor, and Payroll issues other than those related to contracts. | 484.8 | $187,230.00 |
| Business Plan | Assist the Debtors with the preparation of the business plan and performing analysis for potential strategic alternatives. | 556.4 | $234,625.00 |
| Cash Flow | Assist the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. | 25.0 | $15,105.00 |
| Claims | Prepare for the claims bar date and reviewing claims filed against the Debtor. | 2.5 | $1,685.00 |
| Communication | Assist the Debtors with communication of bankruptcy related matters to internal and external constituent and coordinating responses to inbound calls fielded by the Epiq call center. | 4.4 | $2,235.00 |
| Contract | Assist the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. | 240.4 | $110,710.00 |
| Creditor | Preparation for and attendance at meetings or calls with secured or unsecured creditors and their advisors on mattes other than information requests. | 116.3 | $66,765.00 |
| DIP Financing | Assist the Debtors with entering into a DIP financing agreement, cash collateral agreement, associated reporting under these agreements, and communication of the terms of such agreements to various constituents. | 12.2 | $8,395.00 |
| Disposition | Assist the Debtors with non-core asset dispositions. | 54.5 | $22,242.50 |
| Employee | Assist the Debtors with employee communications, development of severance and retention plans, and related matters. | 32.8 | $15,975.00 |
| Fee Application | Preparation of monthly and interim fee applications in accordance with court guidelines. | 27.3 | $5,964.00 |
| Leases and Real Estate | Assist the Debtors with business unit profitability analysis and determination of potential leases to assume or reject, and analysis of cure costs, and analysis of potential rejection claims. | 17.3 | $10,185.00 |
| Monthly Operating Report | Assist the Debtors with the preparation of the Monthly Operating Report and related matters for the US Trustee. | 165.3 | $67,215.00 |
| Motions | Research for and preparation of Motions. | 10.4 | $6,615.00 |
| Operations | Assist the Debtors with various matters associated with implementing their business plan. | 13.8 | $6,570.00 |
| Statements/Schedules | Assist the Debtors with the preparation of statements and schedules. | 1,517.5 | $452,282.50 |
| Status Meetings | Attending weekly status meetings | 5.5 | $3,335.00 |
| Tax | Assist the Debtors in tax related matters. | 7.1 | $4,440.00 |
| | **Total** | **3,502.4** | **$1,294,259.00** |
| | **Blended Rate $369.53** | | |

## SUMMARY OF EXPENSES BY CATEGORY

| Expense Category | Service Provider (if applicable) | Expense Amount |
|---|---|---|
| Airfare | Various | $811.20 |
| Lodging | Various | $1,869.20 |
| Meals | Various | $4,596.97 |
| Miscellaneous | Various | $1,399.74 |
| Transportation | Various | $1,726.55 |
| Total | | **$10,403.66** |

Annexed hereto are the following schedules for total compensation and reimbursement of expenses sought by the Applicant for the Compensation Period:

1. Exhibit A – Summary of Time by Task

2. Exhibit B – Summary of Time Detail by Professional

3. Exhibit C – Summary of Time Detail by Task by Professional

4. Exhibit D – Time Detail by Task Code which includes a daily time log detailing the activities and services performed by the Applicant on behalf of the Debtor

5. Exhibit E – Summary of Expense by Category

6. Exhibit F - Expense Detail by Professional which includes a breakdown of the Applicant's expenses incurred.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| TRIBUNE COMPANY, <u>et al.</u>,1 | ) Case No. 08- 13141 (KJC) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Objection Deadline: May 19, 2009** |
|  | ) **Hearing Date:  N/A** |
|  | ) |

**THIRD MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC IN THEIR CAPACITY AS RESTRUCTURING ADVISORS TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE <u>PERIOD MARCH 1, 2009 THROUGH MARCH 31, 2009</u>**

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Speciality Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404): KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publisher Forests Products Co. of  Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368): The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720): TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232): Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

For its Third Monthly Fee Statement for Compensation and Reimbursement of Expenses (the "Monthly Fee Statement") Alvarez & Marsal North America, LLC (the "Applicant"), restructuring advisors to the Debtors and Debtors-in-Possession (the "Debtors"), respectfully represents as follows:

## A.  BACKGROUND

1. On December 8, 2008 (the "Commencement Date"), each of the Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

2. Pursuant to an order entered on February 13, 2009, the employment of Applicant as restructuring advisors to the Debtors was authorized effective as of December 8, 2008.

3. Applicant has rendered services on behalf of the Debtors from March 1, 2009 through March 31, 2009 (the "Application Period") totaling 3,502.4 hours, and in connection therewith requests allowance of monthly compensation in the amount of $1,294,259.00, and reimbursement of expenses in the amount of $10,403.66.

4. The Debtors to date have not paid Applicant for services rendered and expenses incurred from the commencement of this case through January 31, 2009.  Applicant is holding an unapplied retainer in the amount of $360,116.00, which will be applied against the Applicant's First Monthly Fee Statement when the balance is paid.

5. Applicant maintains contemporaneous records of the time expended for the professional services and expenses related thereto performed in connection with these Chapter 11 cases and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and expenses incurred during the period for which this Application is being made. Applicant's time records in the sum of $1,294,259.00 regarding the Chapter 11 proceedings are annexed hereto as Exhibit D.

### B. DESCRIPTION OF SERVICES AND EXPENSES AND RELIEF REQUESTED

6. Applicant's services on behalf of the Debtors are described in detail in Exhibit D. In general, Applicant assisted the Debtors in routine bankruptcy matters and represented the Debtors in meetings with creditors, advisors, customers and others.

7. To assist the Court in its review of the fees sought by Applicant, Applicant has separated its time entries in Exhibit D into the following categories:

a. Accounting. This category includes time spent by Applicant assisting the Debtors with the bankruptcy related accounting matters. During the Application Period, the Applicant assisted the Debtors with establishing and executing on cut-off procedures for closing their books as of the petition date, identifying and categorizing liabilities subject to compromise, responding to questions for divisional finance staff on bankruptcy matters, and with analyzing intercompany balances and transactions. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $71,645.00 (207.1 hours).

b. Administrative. This category contains time spent by Applicant addressing matters related to the engagement including coordinating meetings, conference calls and delivery of information and preparing or reviewing court documents and general case

3

management. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $1,040.00 (1.8 hours).

     c. <u>AP, Vendor and Payroll Issues</u>. This category includes time spent related to Accounts Payable, Vendor, and Payroll issues other than those related to contracts. The Applicant assisted the Debtors with significant hurdles in addressing the task of identifying and segregating pre vs. post-petition invoices, analyzing invoices for potential payment under various "first day" orders, establishing a system for tracking payments under "first day" orders, and training additional internal audit resources dedicated to the accounts payable function. In addition the Applicant assisted the Debtors in responding to inquiries from vendors, negotiations with vendors to continue the flow of goods and services post-petition, and the assessment of potential payments under the Critical Vendor and 503(b)(9) orders. The Applicant also assisted the Debtors in complying with caps placed on the payment of pre-petition benefits and commissions and addressing questions from employees and benefit providers regarding the bankruptcy filing. The Applicant developed a process for the Debtors to comply with the court ordered payment procedures for ordinary course professionals and assisted with the reconciliation of prepetition retainers. The Applicant also assisted with vendor reconcilation issues to support contract negotiations. Finally, the Applicant assisted the Debtors in responding to shut-off notices from utility providers. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $187,230.00 (484.8 hours).

     d. <u>Business Plan</u>. This category includes time assisting the Debtors with the preparation of the business plan and performing analysis for potential strategic alternatives. During the Application Period, the Applicant spent considerable time reviewing the major operations of the Debtors, assessing key drivers and the variable vs. fixed costs, reviewing

4

the impact of advertising declines and commodity pricing, and analyzing the proposed 2009 budget. The Applicant spent time reviewing historical performance and budget vs. actual to help evaluate and provide input on the 2009 budget. The Applicant also assisted the Debtors in analyzing the results of their 2008 strategic initiatives and the impact on the 2009 budget. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $234,625.00 (556.4 hours).

    e. <u>Cash</u>. This category includes time spent assisting the Debtors with preparation of the cash management motion, preparation of cash flow forecasts and budget vs. actual, reporting on cash results to various constituents, and addressing treasury management issues. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $15,105.00 (25.0 hours).

    f. <u>Claims</u>. This category includes time preparing for the claims bar date and reviewing claims filed against the Debtor. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $1,685.00 (2.5 hours).

    g. <u>Communication</u>. This category includes time spent assisting the Debtors with communication of bankruptcy related matters to internal and external constituent and coordinating responses to inbound calls fielded by the Epiq call center. The total fees for the period March 1, 2009 through March 31, 2009 are $2,235.00 (4.4 hours).

    h. <u>Contracts</u>. This category includes time spent assisting the Debtors with analyzing their executory contracts to determine candidates for assumptions, rejection, and renegotiation, with negotiating key customer and supplier contracts, and with the analysis of contract rejection claims. During the Application Period, the Applicant assisted the Debtors with analysis of key contracts including broadcast rights, initial discussions with several vendors

under contract, with establishing a framework for review of all material contracts, and held discussions with various business units on specific contracts. The Applicant also started a contract abstracting process and developed presentations on key contracts and annual spend. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $110,710.00 (240.4 hours).

      i.    <u>Creditors</u>. This category includes time spent preparing for and attending meetings or calls with the Debtor's lenders and unsecured creditors and their financial and investment banking advisors, responding to frequent information requests, and managing an extensive on-line data room to assist in the efficient dissemination of documents. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $66,765.00 (116.3 hours).

      j.    <u>DIP Financing</u>. This category includes time assisting the Debtors with entering into the DIP financing agreement, associated reporting required under the agreements and communication of the terms of such agreements to various constituents. During the Application Period, the Applicant reviewed various reports to the DIP lender in order to be able to discuss same with other constituents in the case. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $8,395.00 (12.2 hours).

      k.    <u>Disposition</u>. This category includes time assisting the Debtors with the disposition of non-core assets. During the Application Period, the Applicant assisted the Debtors with preparation of supporting documents related to a potential disposition transaction. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $22,242.50 (54.5 hours).

      l. <u>Employee</u>.  This category includes time assisting the Debtors with employee communications, development of severance and retention plans and related matters.  During the Application Period, the Applicant assisted the Debtors with various general human resource questions related to the bankruptcy as well as issues related to severance and bonus programs including implementing controls and tracking as required under the Non-Insider Bonus Order.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $15,975.00 (32.8 hours).

      m. <u>Fee Application.</u>  This category includes time incurred for the preparation of the monthly and interim fee statements in compliance with court guidelines.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009  are $5,964.00 (27.3 hours).

      n. <u>Leases and Real Estate.</u> This category includes time assisting the Debtors with determination of potential leases to assume or reject, analysis of cure costs, and analysis of potential rejection claims.  This category also includes assisting with disposition of non-core real estate.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $10,185.00 (17.3 hours).

      o. <u>Monthly Operating Report.</u>  This category includes time assisting the Debtors with the initial operating report, the monthly operating report and other requests or reporting for the Office of the United States Trustee.  During the Application Period, the Applicant assisted the Debtors in the preparation of the January monthly operating report filed on March 3, 2009 and the February monthly operating report filed on March 31, 2009.  The Applicant also reviewed the requirements under Rule 2015 on non-debtor reporting, worked with the Debtors and counsel to prepare a plan to respond to the requirements, and began drafting the

first report. The Applicant also worked to establish reporting templates to help automate the collection of liabilities subject to compromise on a monthly basis to reduce the effort that will be required on future monthly operating reports. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $67,215.00 (165.3 hours).

        p.    Motions. This category includes time researching and assisting with the preparation of motions and the implementation of certain court orders. During the Application Period, the Applicant assisted with ongoing negotiations and modifications to the proposed final cash management order as well as working with counsel on other pending motions. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $6,615.00 (10.4 hours).

        q.    Operations. This category includes time reviewing the Debtors business performance and assisting the Debtors with matters related to the general operation of their business as well as implementation of their business plan. During this period, the Applicant assisted the Debtors on a wide range of issues including, insurance matters and review of weekly operations performance. The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $6,570.00 (13.8 hours).

        r.    Statements/Schedules. This category includes time assisting the Debtors with the preparation of statements and schedules as well as working with the Debtors and the Claims Agent to insure proper notice of commencement of the case. The Applicant worked closely with the Debtors to assemble a database of information on all aspects of the Debtor's assets, liabilities, and financial transactions required to prepare the Statement of Financial Affairs and the Schedules of Assets and Liabilities (the "Statements and Schedules"). The Applicant worked to appropriately categorize this information among the 111 Debtor

entities and to provide adequate disclosures and footnotes to the Statements and Schedules. Due to the complex and decentralized nature of the Debtors' operations, substantial time was spend reviewing information with business unit CFO's and controllers as well as with corporate level finance staff and Debtors' counsel.  The Statements and Schedules were filed on March 23, 2009 in accordance with the court ordered deadline.  As noted in the filing, an amendment of certain Schedules, primarily to reflect additional prepetition vendor invoices received during March, was also started to be finalized prior to mailing bar date notices in mid-April.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $452,282.50 (1,517.5 hours).

        s.      <u>Status Meetings</u>.  This category includes time attending weekly status meetings.  Due to the complexity and size of the Debtors' operations and the bankruptcy cases, the Debtors' management requested that the Applicant participate in weekly meetings with key members of management and Debtor's counsel to coordinate important deliverables or address issues that required a broad participation of finance, legal, and operational management.  This category also includes periodic attendance on calls with the Debtors' board of directors.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $3,335.00 (5.5 hours).

        t.      <u>Tax</u>.  This category includes time assisting the Debtors with tax related matters.  During this period the Applicant worked with the Debtors to address issues related to the sale of investments, to forecast tax related disbursements, and to address questions from the Debtors' creditors on tax matters.  The total fees sought under this category for the period March 1, 2009 through March 31, 2009 are $4,440.00 (7.1 hours).

9

The foregoing general description of services rendered in specific areas is not intended to be exhaustive of the scope of Applicant's activities on behalf of the Debtors in this case. The time records attached as <u>Exhibit D</u> present more completely the work performed by Applicant in each billing category during the period covered by this Application.

8. Applicant believes that the post-petition services rendered during the period March 1, 2009 through March 31, 2009 on behalf of the Debtors are reasonably worth the sum of $1,294,259.00, and Applicant requests the allowance of such sum. The blended hourly rate for all services post-petition rendered by Applicant is $369.53.

9. Applicant further requests reimbursement of costs expended on behalf of the Debtors for the period March 1, 2009 through March 31, 2009 in connection with these Chapter 11 proceedings in the sum of $10,403.66 as set forth in the summary attached as <u>Exhibit E</u>. The detailed expense items incurred by professional is attached and outlined as <u>Exhibit F</u>.

10. The expenses incurred by Applicant may include wireless and long distance telephone calls, over-night delivery, travel expenses, local messenger service, meals, postage and duplicating charges, all of which Applicant normally bills to its non-bankruptcy clients at rates calculated to compensate Applicant for only the actual cost of the expense. Applicant does not charge for facsimiles.

11. Applicant has reviewed the requirements of Del.Bankr.LR 2016-2 and believes that this Application complies with the requirements of the same.

WHEREFORE, Applicant prays this Court enter an Order allowing Applicant monthly compensation in the sum of $1,294,259.00 and reimbursement of costs expended March 1, 2009 through March 31, 2009 in the sum of $10,403.66, directing prompt payment of the same by the Debtors to the extent not previously paid, and granting such other and further relief as may be just.

Dated: April 29, 2009
Chicago, Illinois

Respectfully submitted,

**ALVAREZ & MARSAL NORTH AMERICA, LLC**

*/s/ Thomas E. Hill*
Thomas E. Hill
55 W. Monroe Street
Suite 4000
Chicago, IL 60603
Telephone: 312.601.4226
Facsimile: 312.803.1875
thill@alvarezandmarsal.com

Restructuring Advisors for the Debtors
*and Debtors-in-Possession*