## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket Nos. 10, 56, 74 and 1116<br>Objection Deadline May 10, 2009 at 4:00 p.m. (ET)<br>Hearing Date: May 12, 2009 at 10:00 a.m. (ET)<br>*Negative Notice – Hearing Only If Objection Filed* |

## NOTICE OF ENTRY OF FINAL ORDER (I) APPROVING CASH MANAGEMENT SYSTEMS, (II) AUTHORIZING USE OF PREPETITION BANK ACCOUNTS AND BUSINESS FORMS, AND (III) GRANTING SUPERPRIORITY EXPENSE STATUS TO POSTPETITION INTERCOMPANY TRANSACTIONS REGARDING MOTION OF THE DEBTORS FOR AN ORDER (I) APPROVING CASH MANAGEMENT SYSTEMS, (II) AUTHORIZING USE OF PREPETITION BANK ACCOUNTS AND BUSINESS FORMS, (III) WAIVING THE REQUIREMENTS OF 11 U.S.C. § 345(b) ON AN INTERIM BASIS, AND (IV) GRANTING ADMINISTRATIVE EXPENSE STATUS TO POSTPETITION INTERCOMPANY TRANSACTIONS

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

TO:  (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (III) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (IV) THE INTERNAL REVENUE SERVICE; (V) COUNSEL FOR THE CREDITORS COMMITTEE; (VI) COUNSEL TO THE ADMINISTRATIVE AGENTS FOR DEBTORS' PREPETITION LOAN FACILITIES; (VII) COUNSEL TO THE ADMINISTRATIVE AGENT FOR DEBTORS' POSTPETITION LOAN FACILITY; (VIII) THE INDENTURE TRUSTEES FOR THE DEBTORS' PREPETITION NOTES; (IX) THE DEBTORS' CASH MANAGEMENT BANKS; AND (X) ALL PARTIES HAVING REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that, on December 8, 2008, the above-captioned debtors and debtors in possession (the "Debtors"), filed the Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (the "Cash Management Motion") [Docket No. 10].

**PLEASE TAKE FURTHER NOTICE** that, on December 10, 2008, the Court entered the Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (the "Interim Order") [Docket No. 56].

**PLEASE TAKE FURTHER NOTICE** that, on December 11, 2008, the Notice of Entry of Interim Order and Notice of Final Hearing Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (the "Notice") [Docket No. 74] was filed with the Court. In accordance with the Notice, a final hearing on the Cash Management Motion was scheduled for January 5, 2009, and objections to the entry of a final order approving the Cash Management Motion with respect to the Intercompany Claims and Intercompany Transactions (as defined in the Cash Management Motion) between and among the Debtors and their non-Debtor affiliates were due to be filed and served on or before December 29, 2008 at 5:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"). No objections were received to the entry of a final order by the Objection Deadline. The Debtors, however, extended the Objection Deadline for the Senior Lender Steering Committee (the "Steering Committee"), the Official Committee of Unsecured Creditors (the "Creditors' Committee") and the Office of the United States Trustee (the "U.S. Trustee"), and also adjourned for several months the final hearing on the Cash Management Motion to allow the parties the opportunity to engage in discussion and resolve issues raised regarding the Cash Management Motion.

**PLEASE TAKE FURTHER NOTICE** that, on April 29, 2009, the Debtors submitted a revised **Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of**

**Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions** for the Court's consideration (the "Proposed Final Order"). The Proposed Final Order was the product of a collaborative process engaged in by the Debtors, the Steering Committee and the Creditors' Committee to address their respective issues regarding the Cash Management Motion.

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2009, the Court approved the Proposed Final Order (the "Final Order") [Docket No. 1116], a copy of which is attached hereto as Exhibit 1. The Final Order provides for certain relief that was not included in the Cash Management Motion. The additional relief in the Final Order includes (i) granting superpriority status to Junior Reimbursement Claims arising from Intercompany Transactions (the "Superpriority Status Relief"), (ii) providing for detailed accounting of all postpetition Intercompany Transactions, (iii) granting administrative priority status to overdraft-related charges and liability, (iv) authorizing the Debtors to maintain certain foreign bank accounts with restrictions, and (v) establishing cash collateral accounts to secure reimbursement obligations in connection with letters of credit.[2]

**PLEASE TAKE FURTHER NOTICE that objections, if any, to the Superpriority Status Relief provided for in the Final Order must be filed with the Clerk, United States Bankruptcy Court for the District of Delaware and served on the following counsel so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on May 10, 2009** (ten days after entry of the Final Order): (a) counsel for the Debtors, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, Attention: Bryan Krakauer, Esq. and Cole, Schotz, Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801, Attention: Norman L. Pernick, Esq.; (b) counsel for the Creditors' Committee, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attention: Douglas E. Deutsch, Esq. and Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attention: Adam G. Landis, Esq.; and (c) counsel for the U.S. Trustee, 844 King Street, Room 2207, Lockbox 35, Attention: Joseph J. McMahon, Jr., Esq. Objections, if any, to the Superpriority Status Relief will be heard on May 12, 2009 at 10:00 a.m. (prevailing Eastern Time) before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE SUPERPRIORITY STATUS RELIEF SHALL BECOME FINAL WITHOUT FURTHER HEARING OR FURTHER ORDER OF THE COURT.**

**PLEASE TAKE FURTHER NOTICE** that the Debtors' requested relief for accounts and practices relating to section 345(b) of the Bankruptcy Code and a final order for such relief is rescheduled for the hearing scheduled for May 28, 2009 at 1:00 p.m. (prevailing Eastern Time).

---

[2] Capitalized terms not defined herein are defined in the Cash Management Motion or the Proposed Final Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings referenced herein may be obtained (i) through the website of the Debtors' noticing agent (http://chapter11.epiqsystems.com/tribune), (ii) from the Office of the Clerk, U.S. Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) through the Court's website at www.deb.uscourts.gov using the CM/ECF service; or (iv) from Parcels, Inc. at irizcolon@parcelsinc.com.

Dated: April 30, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kevin T. Lantry
Candice L. Kline
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

- and -

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION