# EXHIBIT C

**COMMERCIAL INSURANCE**

**COMMON POLICY DECLARATIONS**

Policy Number GLO 5918664-01                                    Renewal of Number GLO 5918664-00

Named Insured and Mailing Address                               Producer and Mailing Address
TRIBUNE COMPANY                                                 MARSH USA
435 North Michigan Avenue                                       500 W MONROE ST STE 2100
Chicago IL 60611                                                CHICAGO IL 60661-3655

                                                                Producer Code 30060-000

Policy Period:   Coverage begins   03-01-07   at 12:01 A.M.;   Coverage ends   03-01-08   at 12:01 A.M.

The named insured is   ☐ Individual   ☐ Partnership   ☒ Corporation
                       ☐ Other:

This Insurance is provided by one or more of the stock Insurance companies which are members of the Zurich-American Insurance Group. The company that provides coverage is designated on each Coverage Part Common Declarations. The company or companies providing this insurance may be referred to in this policy as "The Company", we, us, or our. The address of the companies of the Zurich-American Insurance Group are provided on the next page.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE(S): | | |
|---|---|---|
| GENERAL LIABILITY COVERAGE     PREMIUM | $ | 25,000.00 |
| issued by ZURICH AMERICAN INSURANCE COMPANY | | |
| NJ GUARANTY FUND SURCHARGE | $ | 17.00 |
| FL HURRICANE CAT FUND ASSESSMENT | $ | 11.00 |

| THIS PREMIUM MAY BE SUBJECT TO AUDIT. | TOTAL | $ | 25,000.00 |
| This premium does not include Taxes and Surcharges. | SEE INSTALLMENT SCHEDULE | | |
| **Taxes and Surcharges** | TOTAL | $ | 28.00 |
| | SEE INSTALLMENT SCHEDULE | | |

The Form(s) and Endorsement(s) made a part of this policy at the time of issue are listed on the SCHEDULE of **FORMS and ENDORSEMENTS.**

Countersigned this _____ day of _____                        Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART FORM(S), FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

U-GU-D-310-A (01/93)
Page 1 of 1