## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY. et al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |

### NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO: Office of the United States Trustee, Counsel to the Debtors, Counsel to the official Committee of Unsecured Creditors and parties requesting notice in the Chapter 11 case

Schur Packaging Systems, Inc., creditor, filed on April 30, 2009 a Motion for Relief from the Automatic Stay, which sought the relief from the automatic stay to allow Movant to pursue the a Counterclaim against Debtors for indemnification and/or contribution in the Henderson lawsuit pending before the Circuit Court of Cook County Illinois, to the to the extent of Debtors' available insurance coverage.

**HEARING ON THE MOTION WILL BE HELD: May 26, 2009 at 2:00 p.m.**

You are required to file a responsive pleading to the Motion no later than: **May 19, 2009 by 4:00 p.m.** including providing supporting documents required by Local Rule 4001-1(c)(ii).

In addition, you must serve a copy upon movant's counsel:

George T. Lees III
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1400 (fax)

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for all parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of property, and the extent and validity of any security instrument.

2803697-1

Upon request to the undersigned the entire Motion for Relief and the exhibits will be forwarded.

                              **RAWLE & HENDERSON, LLP**

By: _/s/ George T. Lees III_
      George T. Lees III (#3647)
      300 Delaware Avenue
      Suite 1015
      Wilmington, DE 19801
      (302) 778-1200 telephone
      (302) 778-1400 facsimile
      Counsel for Schur Packaging Systems, Inc.