## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY. et al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April 30, 2009, a true and correct copy of the foregoing Motion of for Relief, Proposed Order and Notice thereof, was served by electronic means pursuant to Local Bankruptcy Rules 2002-1(b), 5005-4, and 9006-1 on: counsel for debtor, counsel for the official committee of unsecured creditors, the Office of the United States Trustee (at the addresses set out below) and parties whose rights are affected.  If the Notice of Motion, was not served upon the persons on those requesting service and requesting notice by electronic means pursuant to Local Bankruptcy Rule 5005-4, then I served a copy of the Notice by first-class, postage prepaid, United States mail to those persons.

| | |
|---|---|
| Office of the United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | J. Kate Stickles<br>Norman L. Pernick<br>Patrick J. Reilley<br>Cole, Schotz, Meisel, Forman & Leonard<br>100 N. West Street<br>Suite 1200<br>Wilmington, DE 19801<br>*Counsel for Debtor* |
| Adam G. Landis<br>Cynthia E. Moh<br>Kerri K. Mumford<br>Matthew B. McGuire<br>Mona A. Parikh<br>Landis Rath & Cobb<br>919 Market St.<br>Suite 1800<br>Wilmington, DE 19801<br>*Counsel for Committee of Unsecured Creditors* | |

8

RAWLE & HENDERSON, LLP

By: */s/ George T. Lees III*

George T. Lees III (#3647)
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1200 telephone
(302) 778-1400 facsimile
Counsel for Schur Packaging Systems, Inc.

Date:

2803697-1