# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY. et al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**THIS CAUSE** coming to be heard, due notice having issued and the Court now being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Schur Packaging Systems, Inc. is hereby granted relief from the automatic stay of 11 USC §362 to pursue a Counterclaim for contribution and indemnification against Debtors and also to file an Additional Counterclaim and Third Party Complaint, in the Lawsuit brought by Penelope Henderson pending in the Circuit Court of Cook County, Illinois, County Department, Law Division, No. 07-L-5677.

Dated:

                                      Kevin J. Carey
                                      United States Bankruptcy Judge

2803697-1