# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 1107, 1108, 1109 and 1118<br>Hearing Date: May 12. 2009 at 10:00 a.m.<br>Objection Deadline: May 7, 2009 at 4:00 p.m. |

## NOTICE OF HEARING ON MOTIONS

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) COUNSEL TO THE COMMITTEE; (III) COUNSEL TO THE ADMINISTRATIVE AGENTS FOR THE DEBTORS' PREPETITION LOAN FACILITIES; (IV) COUNSEL TO THE ADMINISTRATIVE AGENT FOR THE DEBTORS' POSTPETITION LOAN FACILITY; (V) COUNSEL TO THE CW; AND (VI) ALL PARTIES HAVING REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002

PLEASE TAKE NOTICE that, on April 29, 2009, Tribune Broadcasting Company, one of the above-captioned debtors and debtors in possession, filed the **Motion of Debtor Tribune Broadcasting Company for an Order Authorizing Entry into Postpetition Station**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**Affiliation and Related Agreements with The CW Network, LLC ("the CW") (the "SAA Motion")** [Docket No. 1107].

PLEASE TAKE FURTHER NOTICE that, on April 29, 2009, Tribune Broadcasting Company and the CW filed the **Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements** (the "Seal Motion") [Docket No. 1108].

PLEASE TAKE FURTHER NOTICE that, on April 30, 2009, the United States Bankruptcy Court for the District of Delaware entered the **Order Shortening the Notice Periods for (I) Debtor Tribune Broadcasting Company's Motion for an Order Authorizing Entry Into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC and (II) Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements** (the "Order") [Docket No. 1118]. Pursuant to the Order, objections, if any, to the SAA Motion and Seal Motion must be filed with the United States Bankruptcy Court for the District of Delaware, and served on the undersigned, so as to be received by **4:00 p.m. on May 7, 2009**.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTIONS WILL BE HELD ON **MAY 12, 2009 AT 10:00 A.M.** BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

Date: April 30, 2009

                                              SIDLEY AUSTIN LLP
                                              Bryan Krakauer
                                              James F. Conlan
                                              Janet E. Henderson
                                              Kerriann S. Mills
                                              Jillian K. McClelland
                                              One South Dearborn Street
                                              Chicago, IL  60603
                                              Telephone:  (312) 853-7000
                                              Facsimile:  (312) 853-7036

                                                        -and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ *illegible signature*
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

46429/0001-5569330v1