# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 30, 2009 02:30 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

### Matters:

1) Omnibus  (Time Changed by Court from 11 a.m to 2:30 p.m.)
   **R / M #:**   0 / 0

2) **ADV: 1-09-50445**
   **Motion for Preliminary Injunction**
   **R / M #:**   0 / 0

### Appearances:

See Sign in Sheet

### Proceedings:

Agenda Item
#7 - Order Due
#8 - Trial Set for 6/30/09
#9 - Scheduling Order Signed