## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et al.</u>,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## SUPPLEMENTAL
## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1.       I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.       On April 20, 2009, I supervised the mailing of:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

A.  "Notice of Entry of Bar date Order Establishing Deadlines for Filing Proofs of Claim Against the Debtors," dated April 13, 2009, a sample of which is annexed hereto as Exhibit A (the "Bar Date Notice"),

B.  A Personalized Proof of Claim form, a sample of which is annexed hereto as Exhibit B (the "Personalized Proof of Claim"),

C.  A Proof of Claim form, a sample of which is annexed hereto as Exhibit C (the "Proof of Claim"),

D.  Letter from Tribune to Employees dated April 2009, a sample of which is annexed hereto as Exhibit D (the "Employee Letter"), and

E.  Employee Letter dated April 2009, a sample of which is annexed hereto as Exhibit E (the "Letter"),

by causing true and correct copies to be delivered as follows:

i.  the Bar Date Notice and Proof of Claim, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed Exhibit F,

ii.  the Personalized Proof of Claim and Employee Letter and Letter, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed Exhibit G, and

iii.  the Personalized Proof of Claim and Letter, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to the party listed on the annexed Exhibit H.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
1st day of May, 2009

/s/ Time Darden

Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires 01-05-2013

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| Tribune Company | 08-13141 | 36-1880355 |
| 435 Production Company | 08-13142 | 95-4388865 |
| 5800 Sunset Productions Inc. | 08-13143 | 36-3845510 |
| Baltimore Newspaper Networks, Inc. | 08-13144 | 52-1998258 |
| California Community News Corporation | 08-13145 | 95-4425306 |
| Candle Holdings Corporation | 08-13146 | 95-4645626 |
| Channel 20, Inc. | 08-13147 | 06-1057399 |
| Channel 39, Inc. | 08-13148 | 65-0085256 |
| Channel 40, Inc. | 08-13149 | 68-0183844 |
| Chicago Avenue Construction Company | 08-13150 | 36-4328634 |
| Chicago River Production Company | 08-13151 | 36-3845434 |
| Chicago Tribune Company | 08-13152 | 36-2643437 |
| Chicago Tribune Newspapers, Inc. | 08-13153 | 36-6100439 |
| Chicago Tribune Press Service, Inc. | 08-13154 | 36-2273167 |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | 36-3721579 |
| Chicagoland Publishing Company | 08-13156 | 36-3993237 |
| Chicagoland Television News, Inc. | 08-13157 | 36-3801352 |
| Courant Specialty Products, Inc. | 08-13159 | 06-1529221 |
| Direct Mail Associates, Inc. | 08-13160 | 23-2536121 |
| Distribution Systems Of America, Inc. | 08-13161 | 11-3033811 |
| Eagle New Media Investments, LLC | 08-13162 | 14-1871168 |
| Eagle Publishing Investments, LLC | 08-13163 | 14-1871171 |
| forsalebyowner.com Corp. | 08-13165 | 13-4120219 |
| ForSaleByOwner.com Referral Services, LLC | 08-13166 | 26-2909205 |
| Fortify Holdings Corporation | 08-13167 | 95-4645628 |
| Forum Publishing Group, Inc. | 08-13168 | 65-0612940 |
| Gold Coast Publications, Inc. | 08-13169 | 59-2145505 |
| Greenco, Inc. | 08-13170 | 95-2067416 |
| Heart & Crown Advertising, Inc. | 08-13171 | 06-1099808 |
| Homeowners Realty, Inc. | 08-13172 | 84-1641507 |
| Homestead Publishing Co. | 08-13173 | 52-0704903 |
| Hoy Publications, LLC | 08-13175 | 35-2212352 |
| Hoy, LLC | 08-13174 | 22-3608033 |
| Insertco, Inc. | 08-13176 | 11-3522663 |
| Internet Foreclosure Service, Inc. | 08-13177 | 06-1656550 |
| JuliusAir Company II, LLC | 08-13179 | N/A |
| JuliusAir Company, LLC | 08-13178 | 36-4449479 |
| Kiah Inc. | 08-13180 | 76-0484014 |
| KPLR, Inc. | 08-13181 | 43-0737943 |
| KSWB Inc. | 08-13182 | 94-2457035 |

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| KTLA Inc. | 08-13183 | 95-1743404 |
| KWGN Inc. | 08-13184 | 84-0565347 |
| Los Angeles Times Communications LLC | 08-13185 | 36-4371324 |
| Los Angeles Times International, Ltd. | 08-13186 | 95-4456079 |
| Los Angeles Times Newspapers, Inc. | 08-13187 | 36-4370416 |
| Magic T Music Publishing Company | 08-13188 | 36-3716522 |
| NBBF, LLC | 08-13189 | 26-2990893 |
| Neocomm, Inc. | 08-13190 | 59-3227208 |
| New Mass. Media, Inc. | 08-13191 | 04-2529553 |
| New River Center Maintenance Association, Inc. | 08-13192 | 65-0245621 |
| Newscom Services, Inc. | 08-13193 | 65-0574817 |
| Newspaper Readers Agency, Inc. | 08-13194 | 36-1547335 |
| North Michigan Production Company | 08-13195 | 36-3845466 |
| North Orange Avenue Properties, Inc. | 08-13196 | 59-3564056 |
| Oak Brook Productions, Inc. | 08-13197 | 36-4012598 |
| Orlando Sentinel Communications Company | 08-13198 | 59-1103775 |
| Patuxent Publishing Company | 08-13200 | 52-2064223 |
| Publishers Forest Products Co. of Washington | 08-13201 | 91-0844750 |
| Sentinel Communications News Ventures, Inc. | 08-13202 | 36-4132027 |
| Shepard's Inc. | 08-13203 | 13-3337931 |
| Signs of Distinction, Inc. | 08-13204 | 52-2073603 |
| Southern Connecticut Newspapers, Inc. | 08-13205 | 06-0971455 |
| Star Community Publishing Group, LLC | 08-13206 | 11-3475612 |
| Stemweb, Inc. | 08-13207 | 11-3634276 |
| Sun-Sentinel Company | 08-13208 | 59-1022684 |
| The Baltimore Sun Company | 08-13209 | 95-4066880 |
| The Daily Press, Inc. | 08-13210 | 54-1399368 |
| The Hartford Courant Company | 08-13211 | 06-0383490 |
| The Morning Call, Inc. | 08-13212 | 23-0337560 |
| The Other Company LLC | 08-13213 | 26-2455337 |
| Times Mirror Land And Timber Company | 08-13214 | 95-4017088 |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 | 95-4684227 |
| Times Mirror Services Company, Inc. | 08-13216 | 84-1301326 |
| TMLH 2, Inc. | 08-13217 | 95-4640720 |
| TMLS I, Inc. | 08-13218 | 95-4640719 |
| TMS Entertainment Guides, Inc. | 08-13219 | 36-4386325 |
| Tower Distribution Company | 08-13220 | 73-1539066 |
| Towering T Music Publishing Company | 08-13221 | 36-4202470 |
| Tribune Broadcast Holdings, Inc. | 08-13222 | 94-2444438 |
| Tribune Broadcasting Company | 08-13223 | 36-3082569 |
| Tribune Broadcasting Holdco, LLC | 08-13224 | 71-1032534 |
| Tribune Broadcasting News Network, Inc. | 08-13225 | 36-3731088 |
| Tribune California Properties, Inc. | 08-13226 | 36-3491629 |
| Tribune Direct Marketing, Inc. | 08-13227 | 36-3751479 |
| Tribune Entertainment Company | 08-13228 | 36-2596232 |
| Tribune Entertainment Production Company | 08-13229 | 36-3845393 |
| Tribune Finance Service Center, Inc. | 08-13231 | 36-4407844 |
| Tribune Finance, LLC | 08-13230 | 71-1032537 |
| Tribune License, Inc. | 08-13232 | 95-4401035 |
| Tribune Los Angeles, Inc. | 08-13233 | 04-3724522 |

| DEBTOR | CASE NO. | EID NO. |
|---|---|---|
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | 43-2027279 |
| Tribune Media Net, Inc. | 08-13235 | 36-4407847 |
| Tribune Media Services, Inc. | 08-13236 | 13-0571080 |
| Tribune Network Holdings Company | 08-13237 | 36-4039936 |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | 43-2027278 |
| Tribune Nm, Inc. | 08-13239 | 95-4579939 |
| Tribune Publishing Company | 08-13240 | 36-3779720 |
| Tribune Television Company | 08-13241 | 06-1251634 |
| Tribune Television Holdings, Inc. | 08-13242 | 36-3491630 |
| Tribune Television New Orleans, Inc. | 08-13244 | 36-3234055 |
| Tribune Television Northwest, Inc. | 08-13245 | 62-1172975 |
| Valumail, Inc. | 08-13246 | 06-1539512 |
| Virginia Community Shoppers, LLC | 08-13247 | 43-1994025 |
| Virginia Gazette Companies, LLC | 08-13248 | 36-4419587 |
| WATL, LLC | 08-13249 | 95-4527384 |
| WCWN LLC | 08-13250 | 04-3465982 |
| WDCW Broadcasting, Inc. | 08-13251 | 36-4308300 |
| WGN Continental Broadcasting Company | 08-13252 | 36-1919530 |
| WLVI Inc. | 08-13253 | 36-3918074 |
| WPIX, Inc. | 08-13254 | 36-3110191 |
| WTXX, Inc. | 08-13255 | 06-1501268 |

## NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING
## DEADLINES FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS

**PLEASE TAKE NOTICE THAT:**

The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order (the "Bar Date Order") establishing deadlines to file proofs of claim for all claims (as defined below) against the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") that arose prior to December 8, 2008 (the "Petition Date").

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust, or governmental unit) that holds or asserts a claim against any of the Debtors must file a proof of claim with original signature, substantially conforming to the proof of claim form attached hereto, so that it is **actually received** by Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases, on or before the Bar Dates set forth below.  Proofs of claim sent by **first-class mail** must be sent to the following address:

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station
P.O. Box 5069
New York, NY 10150-5069

Proofs of claim sent by **messenger** or **overnight courier** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 757 Third Avenue, Third Floor
> New York, NY 10017

The Debtors will enclose a Proof of Claim form to this Bar Date Notice for each person or entity scheduled on the Debtors' Schedules.  When sent to a creditor whose claim is scheduled, the Proof of Claim form will be customized to specify (a) the identity of the Debtor against which the person or entity's claim is scheduled; (b) the amount of the scheduled claim, if any; (c) whether the claim is listed as disputed, contingent, or unliquidated; and (d) whether the claim is listed as a secured, unsecured priority, or unsecured nonpriority claim.  If you have enclosed herewith a customized proof of claim form, then you are listed on the Debtors' Schedules.  To the extent that you disagree with the information provided on the customized proof of claim form, you should substitute the pre-printed information with the information that you believe is correct.

If you have not received a pre-printed proof of claim form, you are not listed on the Debtors' Schedules.  If you believe that you have a claim against the Debtor(s), you may download a form from Epiq's website (http://chapter11.epiqsystems.com/tribune).

To be properly filed, a proof of claim must be filed in the bankruptcy case of the specific Debtor against which the claimant holds or asserts a claim.  For example, if a claimant holds or asserts a claim against 435 Production Company, the proof of claim must be filed against 435 Production Company in case number 08-13142.  If a claimant wishes to assert a claim against more than one Debtor, separate proof of claim forms must be filed against each applicable Debtor.  A complete list of Debtors with corresponding case numbers is set forth above.

Proofs of claim will be deemed timely filed only if underlined actually received by Epiq on or before the bar date associated with such claim.  Further, Epiq will not accept Proofs of Claim sent by facsimile, telecopy, e-mail or other electronic submission.

General Bar Date.  Except as otherwise provided herein, each person or entity (including any governmental unit), holding or asserting a claim against one or more of the Debtors that arose prior to the Petition Date must file a proof of claim so that it is actually received by Epiq on or before **June 12, 2009 at 4:00 p.m. (prevailing Eastern Time)**.

Amended Schedules Bar Date.  If, on or after the date on which the Debtors serve this Notice, the Debtors amend or supplement their schedules of assets and liabilities, list of equity holders, and statements of financial affairs (collectively, the "Schedules") (i) to reduce the undisputed, noncontingent and liquidated amount of a claim, (ii) to change the nature or characterization of a claim, or (iii) to add a new claim to the Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim so that the proof of claim is actually received by Epiq on or before the later of (x) the General Bar Date or (y) thirty (30) days after the claimant is served with notice of the applicable amendment or supplement to the Schedules.

Rejection Bar Date.  A proof of claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered prior to the applicable Debtor's plan of reorganization must be filed so that it is actually received by Epiq on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

For the avoidance of doubt, there are certain affiliates of Tribune that have not filed petitions for relief under chapter 11 of the Bankruptcy Code; therefore, claims against such entities will not be administered in these proceedings.[1]  Accordingly, parties holding claims against such entities should not file Proofs of Claim in these chapter 11 cases.

The following persons and entities need **NOT** file proofs of claim on or before the General Bar Date:

a.    any person or entity that has already properly filed a Proof of Claim against the applicable Debtor(s) in these chapter 11 cases with either Epiq or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

b.    any person or entity (i) whose claim is listed in the Debtors' Schedules or any amendments thereto, and (ii) whose claim is not described therein as "disputed," "contingent," or "unliquidated," and (iii) who does not dispute the amount or characterization of its claim (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules) as set forth in the Schedules;

c.    professionals retained by the Debtors or the Committee pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code;

d.    any person or entity that asserts an administrative expense claim against the Debtors pursuant to section 503(b) of the Bankruptcy Code; provided, however, that any person or entity that has a claim on account of prepetition goods received by the Debtors within twenty days of the Petition Date may (i) file a Proof of Claim with Epiq prior to the General

---

[1] The non-debtor subsidiaries are:  Chicago National League Ball Club, LLC; Chicago Cubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Education Publishers International (Africa) Pty Ltd.; TMS Entertainment Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network Holdings, LLC; and Wrigley Field Premium Tickets and Services, LLC.

Bar Date or (ii) file a request for payment of such claim with the Court in accordance with section 503 of the Bankruptcy Code;

e.    current officers and directors[2] of the Debtors who assert claims for indemnification and/or contribution arising as a result of such officers' or directors' prepetition or postpetition services to the Debtors;

f.    current employees of the Debtors, or labor unions authorized by law to represent current employees, in each case with respect to any claim that arose prior to the Petition Date (i) based on the payment of wages, vacation pay, reimbursable expenses, worker's compensation claims, and other benefits, etc. that were previously authorized to be paid by order of the Court, including the Wage Order approved by the Court on December 10, 2008,[3] or (ii) based on the ordinary course of their employment with the Debtors and for which payment has not yet been authorized by order of the Court (e.g. various benefit plans and programs); provided, however, that if the Debtors provide written notice stating that the Debtors do not intend to exercise their authority to pay any such claim, the affected current employee shall have until the later of (i) the Bar Date and (ii) thirty (30) days from the date of service of such written notice to file a Proof of Claim;

g.    customers who subscribe to the Debtors' newspapers with respect to any claim that arose prior to the Petition Date and is based on advance payments for hardcopy or online subscriptions of any of the Debtors' newspapers, for which claims the Debtors were previously authorized to honor by order of the Court, including the Customer Programs Order approved by the Court on December 10, 2008;[4] provided, however, that if the Debtors provide written notice stating that the Debtors do not intend to exercise their authority to honor any such claim, the affected subscriber shall have until the later of (i) the Bar Date and (ii) thirty (30) days from the date of service of such written notice to file a Proof of Claim;

h.    solely in the event that the Administrative Agent under either that certain Credit Agreement, dated as of May 17, 2007 or that certain Senior Unsecured Interim Loan Agreement, dated as of December 20, 2007 (in

---

[2] Current officers and directors shall include the officers and directors of the Debtors as of the date of the Bar Date Order.

[3] "Wage Order" means the Order Granting Debtors' Motion and (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Contractors and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn On the Debtors' Payroll Accounts to Make the Foregoing Payments (Docket No. 53).

[4] "Customer Programs Order" means the Order Authorizing, but not Requiring, the Debtors to Honor Certain Prepetition Obligations to Customers and to Otherwise Continue Prepetition Customer Programs and Practices in the Ordinary Course Of Business (Docket No. 50).

each case with its related security agreements, guarantees, and other documents and collectively, as amended, supplemented or otherwise modified, the "Prepetition Credit Agreements" with claims arising thereon or thereunder referred to herein as "Bank Claims") files a Proof of Claim on account of the applicable Bank Claims, any person or entity (a "Prepetition Lender") whose claim is limited exclusively to a claim for repayment by the applicable Debtor(s) of principal, interest and other applicable fees and charges on or under the applicable Prepetition Credit Agreement; provided, however, that (a) the Administrative Agent under either Prepetition Credit Agreement shall be authorized, but not directed, to file on behalf of itself and all Prepetition Lenders under the applicable Prepetition Credit Agreement a single Proof of Claim on account of the applicable Bank Claims prior to the General Bar Date, (b) such single Proof of Claim shall be deemed to have been filed by such Administrative Agent and by each such Prepetition Lender against all Debtor(s) liable under such Prepetition Credit Agreement and (c) if the Administrative Agent files such Proof of Claim, (i) it shall not be required to file with its Proof of Claim any instruments, agreements, or other documents evidencing the obligations referenced in such Proof of Claim;[5] and (ii) any holder of a Bank Claim under the Prepetition Credit Agreements that asserts a claim against a Debtor arising out of or relating to the Prepetition Credit Agreements other than a Bank Claim shall be required to file a Proof of Claim on account of such claim on or before the General Bar Date, unless another exception in this paragraph applies;

i.      solely in the event that any of the Indenture Trustees under any of the Indentures (in each case with its related documents and collectively, as amended, supplemented, or otherwise modified, the "Indentures" with claims arising thereon or thereunder referred to herein as "Note Claims") files a Proof of Claim on account of the applicable Note Claims, any person or entity (a "Noteholder") whose claim is limited exclusively to a claim for repayment by Tribune of principal, interest, and other applicable fees and charges on or under the applicable Indenture; provided, however, that (a) the Indenture Trustees under any of the Indentures shall be authorized, but not directed, to file on behalf of themselves and all Noteholders under the applicable Indentures a single Proof of Claim on account of the applicable Note Claims prior to the General Bar Date, (b) such single Proof of Claim shall be deemed to have been filed by such Indenture Trustee and by each such Noteholder against Tribune under such Indenture, and (c) if any Indenture Trustee files such Proof of Claim, (i) it shall not be required to file with its Proof of Claim any instruments, agreements, or other documents evidencing the obligations referenced in

---

[5] The filing of a Proof of Claim by the Administrative Agent under either of the Prepetition Credit Agreements should not affect the right of any Prepetition Lender under the respective documents to vote separately the amount of its respective claims with respect to any plan of reorganization.

such Proof of Claim;[6] and (ii) any holder of a Note Claim under the Indentures that asserts a claim against any of the Debtors arising out of or relating to the Indentures other than a Note Claim shall be required to file a Proof of Claim on account of such claim on or before the General Bar Date, unless another exception in this paragraph applies;[7]

j.      any Debtor asserting a claim against another Debtor;

k.      any wholly-owned non-debtor subsidiary of a Debtor asserting a claim against a Debtor; and

l.      any person or entity whose claim against the Debtors has been allowed by an order of the Court entered on or before the Bar Date.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim shall not be treated as a creditor in these chapter 11 proceedings, and therefore, shall not be permitted to (i) vote on any plan of reorganization or plan of liquidation or (ii) receive any distribution under any confirmed plan.**

Acts or omissions of the Debtors, if any, that occurred prior to the Petition Date, including acts or omissions related to any indemnity agreements, guarantees, or services provided to or rendered by the Debtors, may give rise to claims against the Debtors notwithstanding the fact that such claims (or any injuries on which they are based) may be contingent or may not have matured or become fixed or liquidated prior to the Petition Date. Therefore, any person or entity that holds or asserts a claim or a potential claim against the Debtors, no matter how remote or contingent, must file a proof of claim on or before the General Bar Date.

You should not file a Proof of Claim if you do not have a claim against the Debtors. The fact that you received this Notice does not necessarily mean that you have a claim or that either the Debtors or the Bankruptcy Court believe that you have a claim.

---

[6] The filing of a Proof of Claim by any of the Indenture Trustees under any of the Indentures should not affect the right of any Noteholder under the respective documents to vote separately the amount of its respective claims with respect to any plan of reorganization.

[7] Tribune issued Notes pursuant to (i) Indenture, dated as of January 1, 1997 between Tribune Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee; (ii) Indenture, dated as of April 1, 1999 between Tribune Company and Citibank, N.A. (successor to Bank of Montreal Trust Company and Bank of New York), as trustee; (iii) Indenture, dated as of January 30, 1995 between Tribune Company (as successor pursuant to the First Supplemental Indenture to The Times Mirror Company, f/k/a New TMC Inc.) and Citibank, N.A. (successor to Bank of New York, Wells Fargo Bank, N.A. and First Interstate Bank of California), as trustee; (iv) Indenture, dated as of March 19, 1996 between Tribune Company (successor pursuant to the Second Supplemental Indenture to The Times Mirror Company) and Citibank, N.A., as trustee; (v) Indenture, dated as of March 1, 1992 between Tribune Company and Citibank, N.A. (successor to Continental Bank, National Association, Bank of Montreal Trust Company and Bank of New York), as trustee; and (vi) Indenture, dated as of April 13, 1999 between Tribune Company and Wilmington Trust Company (successor to Bank of Montreal Trust Company), as trustee.

You may be listed as the holder of a claim against the Debtors in the Schedules.  If you hold or assert a claim that is not listed in the Schedules or if you disagree with the amount or priority of your claim as listed in the Schedules, or your claim is listed in the Schedules as "contingent," "unliquidated," or "disputed," you **must** file a proof of claim.  Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.   In addition, copies of the Debtors' Schedules and Bar Date Order may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website (http://www.deb.uscourts.gov/) by following the directions for accessing the ECF system on such website.  Information relating to the Debtors' restructuring, including all documents referenced in this notice can also be viewed and downloaded free of charge on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Questions concerning the contents of this Bar Date Notice and requests for proofs of claim should be directed to Epiq at (800) 622-1125 between the hours of 9 a.m. and 5 p.m. (Prevailing Eastern Time), Monday through Friday.  Please note that Epiq's staff is not permitted to give legal advice.  You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a proof of claim.

Dated: Wilmington, Delaware
April 13, 2009

BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Kerriann S. Mills
D'Lisia E. Bergeron
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile:  (312) 853-7036

Cole, Schotz, Meisel, Forman & Leonard, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Counsel to the Debtors and Debtors-in-Possession

**EXHIBIT B**

**PROOF OF CLAIM**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| TRIBUNE TELEVISION COMPANY | 08-13241 (KJC) |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 241000030*****
20 CHURCH ST LLC
C/O HAMPSHIRE COMPANY
PO BOX 3101
HICKSVILLE, NY 11802

Telephone number:                 Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Your claim is scheduled by the Debtor as:

$2,008.60 UNSECURED

Name and address where payment should be sent (if different from above)

Telephone number:                 Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $_____.

2. **Basis for Claim:** _____
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(____).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. The full list of debtors is provided under the general information section on the Claims Agent's website http://chapter11.epiqsystems.com/tribune.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim. Also, check the appropriate box if all or a portion of your claim qualifies as an Administrative Expense priority under 11 U.S.C. § 503(b)(9) and provide the amount that is related to such priority.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

    **3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## _____ D E F I N I T I O N S _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at one of the following addresses:

*If by first-class mail:*
**Tribune Company Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5069**
**New York, NY 10150-5069**

*If by hand delivery or overnight mail:*
**Epiq Bankruptcy Solutions, LLC**
**Attn: Tribune Company Claims Processing Center**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials

of a minor's name and only the year of any person's date of birth.

## _____ I N F O R M A T I O N _____

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website: (http://chapter11.epiqsystems.com/tribune) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

# PROOF OF CLAIM

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

## THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
*(If known)*

Filed on: _____

Telephone number: _____ Email Address: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number: _____ Email Address: _____

**1. Amount of Claim as of Date Case Filed:** $ _____

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $_____.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe: _____

Value of Property: $_____ Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$_____ Basis for perfection: _____

**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. The full list of debtors is provided under the general information section on the Claims Agent's website http://chapter11.epiqsystems.com/tribune.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim. Also, check the appropriate box if all or a portion of your claim qualifies as an Administrative Expense priority under 11 U.S.C. § 503(b)(9) and provide the amount that is related to such priority.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.  If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.  You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

___DEFINITIONS___

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at one of the following addresses:

*If by first-class mail:*
**Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069**

*If by hand delivery or overnight mail:*
**Epiq Bankruptcy Solutions, LLC
Attn: Tribune Company Claims Processing Center
757 Third Avenue, 3rd Floor
New York, NY 10017**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials

___INFORMATION___

of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website: (http://chapter11.epiqsystems.com/tribune) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

**EXHIBIT D**

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

April 2009

Dear Tribune Employee:

As you know, Tribune Company and many of its subsidiaries (Tribune) filed for bankruptcy protection on December 8, 2008.  As part of the bankruptcy process, we are required to give creditors the opportunity to file claims for damages they believe are owed them by Tribune as of December 8, 2008.  These claims must be filed by June 12, 2009, which is called the "bar date".

Enclosed is a copy of the "bar date" notice, a claim form and instructions for filing a claim.  As an existing employee of Tribune, bankruptcy law requires that you receive this notice.

In most instances, you don't need to take any action.  The bankruptcy court has exempted existing employees from having to file employee-related claims, except in certain situations as described below.

Employees do **not** need to file claims for:

- Wages and benefits for which Tribune already received approval to pay, including claims for wages, reimbursable expenses, health care benefits, vacation time, disability and workers compensation.

- Other employee benefit programs for which the court has not yet authorized the company to fully pay or perform, such as incentive compensation and rights relating to the ESOP.  Likewise, employees do not need to file for various "contingent" claims that may arise in the future based on employee benefit programs existing prior to the petition date, such as retirement programs.  If an employee has an individual contract, he/she does not need to file a claim for those contractual rights.

If, at any time during the Chapter 11 proceedings, Tribune will not be able to fully honor any of the foregoing employee benefits or will not perform under a contract with an individual employee, all impacted employees will receive notice and be given 30 days to file a claim.

If you feel you have been adversely impacted in some way by Tribune for actions that occurred prior to December 8, 2008, you should file a claim for the damages you believe you sustained.  If you want to assert rights under any benefit program that was in place prior to December 8, 2008, but was subsequently modified (e.g. the severance program), you should file a claim.  Claims must be filed by June 12, 2009.

If you have questions, contact the claims agent, Epiq, at 888/287-7568.  You should consider consulting your own legal counsel if you feel you have a claim to file against Tribune.

Sincerely,

Gerry Spector
Executive Vice President/Chief Administrative Officer

**EXHIBIT E**

April 2009

Dear Current or Former Tribune Employee:

Earlier this week, Tribune Company and its subsidiaries that filed for bankruptcy protection began mailing "bar date notices" to all potential creditors and current employees. Unfortunately, there was an error with the mailing which resulted in a small group of people inadvertently receiving materials intended for another individual. You were included in this group.

Enclosed are corrected materials. Please discard the incorrect information you received. We apologize for any inconvenience this may have caused.

If you have questions, please contact the claims agent, Epiq, at 888/287-7568.

**EXHIBIT F**

| Claim Name | Address Information |
|---|---|
| AIRE CABLE | AV. DEGOLLADO NO, 909 ATTN: LEGAL COUNSEL TAMAULIPAS  NUEVO LAREDO 88000 MEXICO |
| AIRWAVE NETWORK – COPPER BEECH TOWNHOMES | 111 INDIAN LANE ATTN: LEGAL COUNSEL  ANAPOLIS MD 21403 |
| AIRWAVE NETWORK – ORCHARD TRAILS ORONO | 111 INDIAN LANE ATTN: LEGAL COUNSEL  ANNAPOLIS MD 21403 |
| AIRWAVE NETWORK SOUTH VIEW APT HARRISON | 111 INDIAN LANE ATTN: LEGAL COUNSEL  ANNAPOLIS MD 21403 |
| AIRWAVE NETWORK STADIUM PARK APTS | 111 INDIAN LANE ATTN: LEGAL COUNSEL  ANNAPOLIS MD 21403 |
| AIRWAVE NETWORK STONE GATE APT HARRISONB | 111 INDIAN LANE ATTN: LEGAL COUNSEL  ANNAPOLIS MD 21403 |
| ALGONA MUNICIPAL UTILITIES | 104 WEST CALL STREET ATTN: LEGAL COUNSEL  ALGONA IA 50511 |
| ALLIED TELESIS CAPITAL CORPORATION | 3200 N FIRST ST ATTN: LEGAL COUNSEL  SAN JOSE CA 95134 |
| ALTIMAX NETWORK SVCS – NORTHWOOD MANOR | 90 VICTORIA RD ATTN: LEGAL COUNSEL  DARTMOUTH NS B2Y 3Y5 CANADA |
| AMERICAN BRDBND  CMNCTN – STEEL GARDENS | 311-D UNIONVILLE, INDIAN TRAIL RD. ATTN: LEGAL COUNSEL  INDIAN TRAIL NC 28079 |
| AMERICAN BRDBND CMNCTN – BONTENA VILLAGE | 311-D UNIONVILLE ATTN: LEGAL COUNSEL  INDIAN TRAIL NC 28079 |
| AMNET SAN JOSE | C/O AMZAK INTERNATIONAL, 11555 HERON BAY BLVD. ATTN: LEGAL COUNSEL  CORAL SPRINGS FL 33076 |
| ARC ONE KALAMAZOO COLLEGE PARK | PO BOX ATTN: LEGAL COUNSEL  FARMINGTON HILLS MI 48333 |
| ARC ONE STERLING UNIVERSITY | P.O. BOX 2353 ATTN: LEGAL COUNSEL  FARMINGTON MI 48333 |
| ARIZONA GOLF RESORT & CONFERENCE CENTER | 425 S. POWER ROAD ATTN: LEGAL COUNSEL  MESA AZ 85206 |
| ARLEDGE ELECTRONICS – CEDAR CREST | 1 CEDAR CREST DRIVE ATTN: LEGAL COUNSEL  POMPTON PLAINS NJ 07444 |
| ATOP COMMUNICATIONS SCARBOROUGH | 36 A WILLOWRIDGE RD. ATTN: LEGAL COUNSEL  ETOBICOKE ON M9R 4B4 CANADA |
| BEYOND COMM – BRENTWOOD LAKES | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – CAROLINA COLOURS | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – CASA BELLA | 111 CORNIING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – FORDS COLONY | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – GRAND OAKS | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – HERITAGE AT NEW RIVERSIDE | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – HERON LANDING | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – HISTORIC WESTSIDE VILLAGES | 5625 DILLARD DRIVE ATTN: LEGAL COUNSEL  CARY NC 27511 |
| BEYOND COMM – LAKE WASHINGTON | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – LAS OLAS | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – MIAMI APOGEE | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – OLD FIELDS | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – PARK VILLAGE | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – PORT WENTWORTH | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – WESTSIDE CARIBE COVE | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM – WILLOW RIDGE | 111 CORNING RD. SUITE 250 ATTN: LEGAL COUNSEL  CARY NC 27518 |
| BEYOND COMM BARRINGTON COVE | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM BOYNTON BEACH RENAISSANCE | 282 PARK TERRACE ATTN: LEGAL COUNSEL  BOYNTON BEACH FL 33426 |
| BEYOND COMM BRIGHTS CREEK | 222 PALMER RD. ATTN: LEGAL COUNSEL  MILL SPRING NC 28756 |
| BEYOND COMM EAGLE BAY | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM FL SUNNY ISLES BEACH OCEAN 4 | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM HARBOUR HOUSE | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM HERON ISLE | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM KELLSWATER BRIDE | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM KISSIMMEE TURNBERRY RESER | 3750 WALKABOUT WAY ATTN: LEGAL COUNSEL  MIMS FL 32754 |
| BEYOND COMM NEO VERTIKA | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |

| Claim Name | Address Information |
|---|---|
| BEYOND COMM OCEAN TOWERS @ HAMMOCK BEACH | 5625 DILLARD DRIVE ATTN: LEGAL COUNSEL  PALM COAST FL 32135 |
| BEYOND COMM OSPREY | 3247 SUNBEAM RD. ATTN: LEGAL COUNSEL  JACKSONVILLE FL 32256 |
| BEYOND COMM POWELL PLACE | 204 POWELL PLACE ATTN: LEGAL COUNSEL  PITTSBORO NC 27312 |
| BEYOND COMM SOMERBY AT MOUNT PLEASANT | 8220 WHITE FALLS BLVD. ATTN: LEGAL COUNSEL  JACKSONVILLE FL 32256 |
| BEYOND COMM SUNNY ISLES BEACH SAYAN | 16275 COLLINS AVE. ATTN: LEGAL COUNSEL  SUNNY ISLE BEACH FL 33160 |
| BEYOND COMM TIMOTHY'S LANDING | 7950 MELVIN RD. ATTN: LEGAL COUNSEL  JACKSONVILLE FL 32210 |
| BEYOND COMM VISTAS ON THE JAMES | 5625 DILLARD DRIVE ATTN: LEGAL COUNSEL  CARY NC 27511 |
| BEYOND COMM VL OF AVALON | 15 ANDERSON SHOW DR. ATTN: LEGAL COUNSEL  SPRING HILL FL 34609 |
| BEYOND COMM W. SIDE CALABRIA | 2920 WESTSIDE BLVD. ATTN: LEGAL COUNSEL  KISSIMMEE FL 34747 |
| BEYOND COMM WALKABOUT | 3750 WALKABOUT WAY ATTN: LEGAL COUNSEL  MIMS FL 32754 |
| BEYOND COMM WILLOW SPRINGS | SMART RESORT C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| BEYOND COMM YACHT HARBOUR | 2222 PALMER ROAD ATTN: LEGAL COUNSEL  PALM COAST FL 32135 |
| BOCA ISLES SOUTH | 19951 OCEAN KEY DR. ATTN: LEGAL COUNSEL  BOCA RATON FL 33498 |
| BOSTON UNIVERSITY OFFICE OF TELECOMM. | TELECOMMUNICATIONS, 25 BUICK ST. ATTN: LEGAL COUNSEL  BOSTON MA 02215 |
| BRIGHT HOUSE ORANGE LAKE | 8505 WEST IRIO BRONSON, MEMORIAL HWY. ATTN: LEGAL COUNSEL  KISSIMMEE FL 34747-8201 |
| BROADBAND CTI - SANCTUARY COVE | 1021 OAK STREET  JACKSONVILLE FL 32204 |
| BROADBAND CTI HAMPTON PARK (3NH) | 1021 OAK STREET  JACKSONVILLE FL 32204 |
| BROADBAND CTI LIGHTHOUSE COURT | 1021 OAK STREET  JACKSONVILLE FL 32204 |
| BROADBAND CTI NORTH HAMPTON | 1021 OAK STREET  JACKSONVILLE FL 32204 |
| BROADBAND CTI SNDS AT ORCHID | 1021 OAK STREET  JACKSONVILLE FL 32204 |
| BUFFALO NARROWS BROADCASTING CORP. | 300 LOWE STREET ATTN: LEGAL COUNSEL  BUFFALO NARROWS SK S0M 0J0 CANADA |
| CABLE BAHAMAS LTD. BAHAMAS NASSAU | ROBINSON ROAD @ MARATHON ATTN: LEGAL COUNSEL  NASSAU 13050 |
| CABLE TV OF SLAVE LAKE | 800 MAIN STREET ATTN: LEGAL COUNSEL  SLAVE LAKE AB T0G 2A0 CANADA |
| CANADIAN CABLE SYSTEMS ALLIANCE | 1 GONDOLA POINT RD. ATTN: LEGAL COUNSEL  ROTHESAY NB E3E 5J6 CANADA |
| CARNEGIE MELLON UNIVERSITY OAKLAND | CYERT HALL, 5000 FORBES AVE. ATTN: LEGAL COUNSEL  PITTSBURGH PA 15213 |
| CAYOOSH COMMUNICATIONS LILLOOET | 180 BRIAR AVE. ATTN: LEGAL COUNSEL  KAMLOOPS BC V2B 1C1 CANADA |
| CMB SYSTEMS TUCKASEGEE-BEAR LAKE RESERVE | P.O. BOX 2484 ATTN: LEGAL COUNSEL  CASHIERS NC 28717 |
| COASTAL CABLE CORP. | 981-3 HWY 98 E. #292 ATTN: LEGAL COUNSEL  DESTIN FL 32541 |
| COAXIAL CABLE TV | 105 WALKER DRIVE ATTN: LEGAL COUNSEL  EDINBORO PA 16412 |
| COGECO CABLE FENBROOK | C/O COGECO CABLE CANADA 5 PLACE VILLE MARIE, STE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COGECO CABLE GRAVENHURST | C/O COGECO CABLE CANADA 5 PLACE VILLE MARIE, STE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COGECO CABLE HUNTSVILLE | C/O COGECO CABLE CANADA 5 PLACE VILLE MARIE, STE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COGECO CABLE LINDSAY | C/O COGECO CABLE CANADA 5 PLACE VILLE MARIE, STE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COGECO CABLE MONTREAL | 5 PLACE VILLE-MARIE, SUITE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COGECO CABLE PARRY SOUND | C/O COGECO CABLE CANADA 5 PLACE VILLE MARIE, STE 915 ATTN: LEGAL COUNSEL  MONTREAL QC H3B 2G2 CANADA |
| COLLEGE OF SAINT ELIZABETH | 2 CONVENT RD. ATTN: LEGAL COUNSEL  MORRISTOWN NJ 07960 |
| COMCAST CABLE - COVINGTON | 6555 QUINCE RD. ATTN: LEGAL COUNSEL  MEMPHIS TN 38119 |
| COMCAST CABLE MEMPHIS | 6555 QUINCE, STE. 400 ATTN: LEGAL COUNSEL  MEMPHIS TN 38119 |
| CUSTOM CABLE | 6467 SW 10TH TERRACE ATTN: LEGAL COUNSEL  MIAMI FL 33144 |
| DALHOUSIE UNIVERSITY | 6299 SOUTH ST. ATTN: LEGAL COUNSEL  HALIFAX NS B3H 4H6 CANADA |
| DAVIDSON COLLEGE-LAMONT CAMPUS TELEVIDO | 209 RIDGE RD. ATTN: LEGAL COUNSEL  DAVIDSON NC 28036 |
| DCM CABLE | 8447 SW 99TH ST. RD. ATTN: LEGAL COUNSEL  OCALA FL 34481 |

| Claim Name | Address Information |
|---|---|
| DE BEERS CANADA SNAP LAKE MINE | 5102 50TH AVE., SUITE 300 ATTN: LEGAL COUNSEL   YELLOWKNIFE NT X1A 3S8 CANADA |
| DIAVIK DIAMOND MINES | BOX 2498 5007 – 50TH AVE. ATTN: LEGAL COUNSEL   YELLOWKNIFE NT X1A 2P8 CANADA |
| DUNCAN CABLE TV | 48 SUNNY KNOLL DRIVE ATTN: LEGAL COUNSEL   WILMINGTON VT 05363 |
| EAST TEXAS CABLE | 24285 STATE HWY 64 ATTN: LEGAL COUNSEL   CANTON TX 75103 |
| ELLICOTT CITY CABLE TAYLOR VILLAGE | P.O. BOX 396 ATTN: LEGAL COUNSEL   ELLICOTT CITY MD 21043 |
| ELLICOTT CITY CABLE WAVERLY | 10801 ENFIELD DRIVE ATTN: LEGAL COUNSEL   WOODSTOCK MD 21163 |
| EMORY UNIVERSITY | 555 ASBURY CIRCLE ATTN: LEGAL COUNSEL   ATLANTA GA 30322 |
| FALLS EARTH STATION – THORNTON OAKS | P.O. BOX 128 ATTN: LEGAL COUNSEL   MADISON NY 13402 |
| FALLS EARTH STATION FITCHBURG STATE | P.O. BOX 128 ATTN: LEGAL COUNSEL   MADISON NY 13402 |
| FALLS EARTH STATION WASHINGTON UNIVERSTY | P.O. BOX 128 ATTN: LEGAL COUNSEL   MADISON NY 13402 |
| FORESITE MANAGEMENT INC. | 28W144 INDUSTRIAL, AVE. #200 ATTN: LEGAL COUNSEL   BARRINGTON IL 60010 |
| GEORGIA BROADBAND – ZEBULON | 401 WILLIAMSON ZEBULON ROAD ATTN: LEGAL COUNSEL   WILLIAMSON GA 30292 |
| H CONTROL/FL PORT ST LUCIE EAST LAKE VIL | 5000 SW 75TH AVE., SUITE 103 ATTN: LEGAL COUNSEL   MIAMI FL 33155 |
| HARGRAY CATV HARDEEVILLE (EPG) | PO BOX 5986 ATTN: LEGAL COUNSEL   HILTON HEAD SC 29938 |
| HIGH LEVEL CABLE | 10511 – 103 STREET ATTN: LEGAL COUNSEL   HIGH LEVEL AB T0H 1Z0 CANADA |
| HIGHLANDS CABLE GROUP | P.O. BOX 160 ATTN: LEGAL COUNSEL   HIGHLANDS NC 28741 |
| HILTON HEAD IS BEACH & TENNIS RESORT | 40 FOLLY FIELD RD. ATTN: LEGAL COUNSEL   HILTON HEAD ISLAND SC 29928 |
| HORIZON CABLE NOVATO | 227 S. OAKWOOD DR. #5 ATTN: LEGAL COUNSEL   NOVATO CA 94949 |
| HOSPITAL TELEVISION NETWORK | C/O ALLEN TECHNOLOGIES, INC., 2600 LONGHORN BLVD. ATTN: LEGAL COUNSEL   AUSTIN TX 78758 |
| INNCOM CABLE THORNBERRY WOODS | 126 OLD BARN RD. ATTN: LEGAL COUNSEL   LAKE BARRINGTON IL 60010 |
| ISLAND CABLE TELEVISION | FRENCH HARBOUR, ROATAN ATTN: LEGAL COUNSEL   ISLAS DE LA BAHIA |
| KENNA HOMES COOPERATIVE CORP | P.O. BOX 8157 ATTN: LEGAL COUNSEL   SOUTH CHARLESTON WV 25303 |
| L&D CABLE | BOX 497 ATTN: LEGAL COUNSEL   KILLARNEY MB R0K 1G0 CANADA |
| LAFAYETTE CITY-PARISH CONSOLIDATED GVMNT | D/B/A LAFAYETTE UTILITIES SYSTEM 1314 WALKER ROAD ATTN: LEGAL COUNSEL   LAFAYETTE LA 70506 |
| LINDSEY COMM GREENS MARION | P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM GREENS MEMPHIS | P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM GREENS SPRINGFIELD | P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM LINKS AT LINCOLN | 3402 LARKIN LANE ATTN: LEGAL COUNSEL   ROWLETT TX 75089 |
| LINDSEY COMM LINKS AT STILLWATER | P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM LINKS COLUMBIA | 1115 SHEPHERD LANE, P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM LINKS GULF SHORES | 1115 SHEPHERD LANE, P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LINDSEY COMM LINKS TUSCALOO | 1115 SHEPHERD LANE, P.O. BOX 13000 ATTN: LEGAL COUNSEL   FAYETTEVILLE AR 72703 |
| LODGENET ENTERTAINMENT | 3900 WEST INNOVATION STREET ATTN: LEGAL COUNSEL   SIOUX FALLS SD 57107-7002 |
| MASTER VISION | P.O. BOX 203 ATTN: LEGAL COUNSEL   CAMBRIDGE SPRINGS PA 16403 |
| MAYARO CABLE | MAYARO CABLE, NEW LANDS GUAYAGUAYARE ATTN: LEGAL COUNSEL   MAYARO |
| MDU COMM – BREAKERS CONDO | 710 N OCEAN BLVD ATTN: LEGAL COUNSEL   POMPANO FL 33062 |
| MDU COMM 2500 OCEAN DRIVE | 2500 S OCEAN BLVD ATTN: LEGAL COUNSEL   PALM BEACH FL 33480 |
| MDU COMM 3360 OCEAN CONDOS | 3360 S OCEAN BLVD ATTN: LEGAL COUNSEL   PALM BEACH FL 33480 |
| MDU COMM 400 N. LA SALLE | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM AMBASSADOR EAST | 3215 S OCEAN BLVD ATTN: LEGAL COUNSEL   HIGHLAND BEACH FL 33487 |
| MDU COMM AMBASSADOR ONE | 4511 S OCEAN BLVD ATTN: LEGAL COUNSEL   HIGHLAND BEACH FL 33487 |
| MDU COMM BALDWIN APTS | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL   TOTOWA NJ 07512 |
| MDU COMM BRONX BRADY COURT | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL   TOTOWA NJ 07512 |
| MDU COMM CENTURY PLAZA | 1012 N OCEAN BLVD ATTN: LEGAL COUNSEL   PAMPANO FL 33062 |
| MDU COMM CHRISTOPHER HOUSE | 401 BRINY AVE ATTN: LEGAL COUNSEL   PAMPANO BEACH FL 33062 |
| MDU COMM COCONUT CREEK POND APPLE IV | 2275 SW 66TH TERRACE ATTN: LEGAL COUNSEL   FORT LAUDERDALE FL 33317 |

| Claim Name | Address Information |
|---|---|
| MDU COMM COLLEGE PARK | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM CYPRESS LAKE | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM E. RUTHERFORD LIBERTY TERR APTS | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM ENVIRON | 7200 RADICE COURT ATTN: LEGAL COUNSEL  LAUDERHILL FL 33319 |
| MDU COMM FARLAWN COMMONS | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM FORT PIERCE TIARA | 3120 N A1A BLVD ATTN: LEGAL COUNSEL  FORT PIERCE FL 34949 |
| MDU COMM GALT MILE | 3233 NE 34TH ST ATTN: LEGAL COUNSEL  FT LAUDERDALE FL 33308 |
| MDU COMM GATES OF MCLEAN | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM GRAND PLAZA | 400 N MAY STREET ATTN: LEGAL COUNSEL  CHICAGO IL 60622 |
| MDU COMM HAMPTON BEACH CLUB | 3200 NORTH HIGHWAY ATTN: LEGAL COUNSEL  FORT PIERCE FL 34949 |
| MDU COMM ISELIN-HYDE PARK VILLAGE | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM JEFFERSON TOWERS | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM JERSEY CITY WHITLOCK MILLS | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM LAKE HOUSE CONDOS | 875 EAST CAMINO REAL ATTN: LEGAL COUNSEL  BOCA RATON FL 33432 |
| MDU COMM LAS BRISAS | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM MARINERS CAY | 50 SCOTIA DRIVE ATTN: LEGAL COUNSEL  HYPOLUXO FL 33462 |
| MDU COMM MARTHA WASHINGTON | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM N. MIAMI BEACH REEF CLUB | 60 COMMERCE WAY, UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM ONE MIAMI | 335 SOUTH BISCAYNE BLVD. ATTN: LEGAL COUNSEL  MIAMI FL 33131 |
| MDU COMM PALM BEACH ATRIUMS | 3400 S OCEAN BLVD ATTN: LEGAL COUNSEL  PALM BEACH FL 33480 |
| MDU COMM PARK TERRACE RATHWAY | 60 COMMERCE WAY UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMM RADIUS | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM RENAISSANCE PLACE AT HYDE PARK | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM SLADE CONDOMINIUM | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM TRUMP PLAZA | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMM W. PALM BEACH TRADITIONS | 4696 N HAVERHILL RD ATTN: LEGAL COUNSEL  WEST PALM BEACH FL 33417 |
| MDU COMM WILTON STATION | 1335 NE 26TH STREET ATTN: LEGAL COUNSEL  WILTON MANORS FL 33305 |
| MDU COMM WOODLAND PARK | 60 COMMERCE WAY, UNIT D  TOTOWA NJ 07512 |
| MDU COMMUNICATIONS - MAIN | 60 COMMERCE WAY, UNIT D ATTN: LEGAL COUNSEL  TOTOWA NJ 07512 |
| MDU COMMUNICATIONS PARC DULLES | 5535 WILKINS COURT ATTN: LEGAL COUNSEL  ROCKVILLE MD 20852 |
| MICHIGAN TECHNICAL UNIVERSITY(MTU CABLE) | 1400 TOWNSEND DRIVE ATTN: LEGAL COUNSEL  HOUGHTON MI 49931-1295 |
| MORRIS HOSPITAL | 150 W HIGH ST ATTN: LEGAL COUNSEL  MORRIS IL 60450 |
| MULLAN CABLE TV INC. | P.O. BOX 615, 202 N SECOND ST. ATTN: LEGAL COUNSEL  MULLAN ID 83846 |
| MULTIMEDIOS DE REYNOSA | PARITUTIN 550, COL. NUEVO REPUEBLO, MONTEREY N.L., C.P. 64700 ATTN: LEGAL COUNSEL  TAMAULIPAS |
| MURRAY ELECTRONICS PLANTATION ESTATES | 733 PLANTATION ESTATES DR. ATTN: LEGAL COUNSEL  MATTHEWS NC 28105 |
| NATIONAL CABLE TELEVISION COOP | 11200 CORPORATE AVE. ATTN: LEGAL COUNSEL  LENEXA KS 66219 |
| NDSCHDS CABLE & TEL KIWANIS VILLAGE | 123 KIWANIS VILLAGE ATTN: LEGAL COUNSEL  NANAIMO BC V9S 5Y1 CANADA |
| NEX3 LLC | PO BOX 1082 ATTN: LEGAL COUNSEL  FLAT ROCK MI 48134 |
| NORTHLAND CABLE SEATTLE | 101 STEWART STREET, SUITE 700 ATTN: LEGAL COUNSEL  SEATTLE WA 98101 |
| NORTHWESTEL CABLE WHITEHORSE | 203-4103 4TH AVE. ATTN: LEGAL COUNSEL  WHITEHORSE YT Y1A 1H6 CANADA |
| NTC COMMUNICATIONS HARRIS COVE APTS | SHENTEL CONVERGED SERVICES PO BOX 549  EDINBURG VA 22824 |
| NTC COMMUNICATIONS MADISON MANOR | 7400 HOGAN RD ATTN: LEGAL COUNSEL  JACKSONVILLE FL 32216 |
| NTC COMMUNICATIONS RIVER MILL | SHENTEL CONVERGED SERVICES PO BOX 549  EDINBURG VA 22824 |
| NTC COMMUNICATIONS TOWNE PARC | SHENTEL CONVERGED SERVICES PO BOX 549  EDINBURG VA 22824 |
| NTC COMMUNICATIONS WOLF CREEK | SHENTEL CONVERGED SERVICES PO BOX 549  EDINBURG VA 22824 |
| PAPAKEA AOAO | 3543 L. HONOAPIILANI ROAD ATTN: LEGAL COUNSEL  LAHAINA HI 96761 |
| PEGASUS COMMUNICATIONS | P.O. BOX 806 ATTN: LEGAL COUNSEL  CLEAR CREEK IN 47426 |

| Claim Name | Address Information |
|---|---|
| PRIMECAST MIAMI BLUE | 3800 PARK CENTRAL BLVD. ATTN: LEGAL COUNSEL  N. POMPANO BEACH FL 33064 |
| PRIMECAST ONYX ON THE BAY | BROADSTAR HOLDINGS C/O CONNEXION TECH, ACCELERA  CARY NC 27518 |
| QUARK COMMUNICATIONS INC DBA MOVIESTAR | 58 CANJE STREET ATTN: LEGAL COUNSEL  GEORGETOWN |
| REINBECK MUNICIPAL UTILITY | 414 MAIN ST. ATTN: LEGAL COUNSEL  REINBECK IA 50669 |
| RUTGERS UNIVERSITY | 65 DAVIDSON ROAD, ROOM 302 ATTN: LEGAL COUNSEL  PISCATAWAY NJ 08854-8062 |
| SALINAS VALLEY MEMORIAL | HEALTHCARE SYSTEM 450 EAST ROMIE LANE ATTN: LEGAL COUNSEL  SALINAS CA 93901 |
| SATELLITE COMMUNICATIONS ARROYO GRANDE | PO BOX 807  SAN LUIS OBISPO CA 93406 |
| SCOTT TELECOM & ELECTRONICS, INC. | BILLS TO 210546 ATTN: LEGAL COUNSEL |
| SHAW CABLESYSTEMS LUMBY | 2350 HUNTER ROAD ATTN: LEGAL COUNSEL  KELOWNA BC V1X 7H6 CANADA |
| SHAW CABLESYSTEMS PENDER ISLAND | REGIONAL MANAGER, 861 CLOVERDALE AVENUE ATTN: LEGAL COUNSEL  VICTORIA BC V8X 4S7 CANADA |
| SHAW CABLESYSTEMS RED LAKE | 1635 PAQUETTE ROAD ATTN: LEGAL COUNSEL  THUNDER BAY ON P0X 1C0 CANADA |
| SHAW CABLESYSTEMS SIOUX LOOKOUT | 1635 PAQUETTE ROAD ATTN: LEGAL COUNSEL  THUNDER BAY ON P0X 1C0 CANADA |
| SHENTEL CONVERGED SERVICES - MAIN | 500 SHENTEL WAY ATTN: LEGAL COUNSEL  EDINBURG VA 22824 |
| SMARTRESORT/BEYOND COMM - MAIN RECORD | C/O CONNEXION TECHNOLOGIES, 111 CORNING RD. ATTN: LEGAL COUNSEL  CARY NC 27518 |
| SOUTH KOUNTRY CABLE | PO BOX 97 ATTN: LEGAL COUNSEL  FERNIE BC V0B 1M0 CANADA |
| STAR CHOICE | 50 BURNHAMTHORPE ROAD WES ATTN: LEGAL COUNSEL  MISSISSAUGA ON L5B 3C2 CANADA |
| STAR CHOICE WINDERMERE HOUSE RESORT | 2924 11TH ST. NE ATTN: LEGAL COUNSEL  CALGARY AB T2E 7L7 CANADA |
| THE CITY OF MANCHESTER | PO BOX 366 ATTN: LEGAL COUNSEL  MANCHESTER GA 31816 |
| THOMASVILLE UTILITIES - COMMUNITY NET S | 111 VICTORIA PLACE, P.O. BOX 1397 ATTN: LEGAL COUNSEL  THOMASVILLE GA 31799 |
| TV CABLE | BOLONIA DE PLAZA ATTN: LEGAL COUNSEL  MANAGUA |
| UNIVERSITY CABLEVISION OF UGA | LAMONT DIGITAL SYSTEMS, 35 MASON ST., 3RD FL ATTN: LEGAL COUNSEL  GREENWICH CT 06830-5433 |
| UNIVERSITY OF MAINE | MARKETING & COMMUNICATIONS AUXILIARY SERVICES ATTN: LEGAL COUNSEL  ORONO ME 04469-5734 |
| VANDERBILT UNIVERSITY | BOX 1810 STATION B ATTN: LEGAL COUNSEL  NASHVILLE TN 37235 |
| VETERAN TELEVISION SOCIETY (0008433) | 210 LUCKNOW ST. ATTN: LEGAL COUNSEL  VETERAN AB T0C 2S0 CANADA |
| VICTORIA PALMS RESORT - DONNA | 602 NORTH VICTORIA RD., RV OFFICE ATTN: LEGAL COUNSEL  DONNA TX 78537 |
| VICTORIA PALMS RESORT ALAMO | 1341 W. BUSINESS HWY. 83 ATTN: LEGAL COUNSEL  ALAMO TX 78516 |
| VICTORIA PALMS RESORT MERCEDES | 489 YOLANDA ST. ATTN: LEGAL COUNSEL  MERCEDES TX 78570 |
| WASHINGTON COUNTY RURAL TELEPHONE COOP | 105 E. RAILROAD ST., P.O. BOX 9 ATTN: LEGAL COUNSEL  PEKIN IN 47165 |
| WAVE BROADBAND AUBURN | 4120 CITRUS AVENUE ATTN: LEGAL COUNSEL  ROCKLIN CA 95677 |
| WILKES TELEPHONE & ELECTRIC COMPANY | 11 COURT ST., P.O. BOX 277 ATTN: LEGAL COUNSEL  WASHINGTON GA 30673 |
| Y&M IMPORT AND EXPORT | JAMAICA CABLEVISION, P.O. BOX 692 ATTN: LEGAL COUNSEL  KINGSTON 8 |
| YRT2 MORGAN LAKES - POOLER | 6401 CARMEL RD., SUITE 203 ATTN: LEGAL COUNSEL  CHARLOTTE NC 28226 |

**Total Creditor Count 210**

**EXHIBIT G**

| Claim Name | Address Information |
|---|---|
| ADESZKO, LANCE | 452 EAST ADAMS STREET  ELMHURST IL 60126 |
| AMSDEN, HARRY | 72 ROSE PLACE  CLARENDON HILLS IL 60514 |
| BELLACK, BOB | 820 S. OAKLAND AVE  PASADENA CA 91106 |
| BERLAMINO, BETTYELLEN | 87 JOYCE ROAD  TENAFLY NJ 07670 |
| BOARDMAN, JOHN | 3611 MAGNOLIA BLVD W  SEATTLE WA 98199 |
| BOE, MARK | 6752 214TH AVE. NE  REDMOND WA 98053 |
| BROWN, MICHAEL | 21918 CLYDE AVE  SAUK VILLAGE IL 60411 |
| CARVER, STEPHEN | 49 UPLANDS ROAD  WEST HARTFORD CT 06107 |
| CASANOVA, VINCENT | 503 SHAWN LANE  PROSPECT HEIGHTS IL 60070 |
| COCHRAN, STEVEN | 3620 MONARCH CIRCLE  NAPERVILLE IL 60564 |
| COHEN, SHELDON | 430 173RD PL NE  BELLEVUE WA 98008 |
| CRAWFORD, WILLIAM | 161 E. ORANGETHORPE UNIT  #160 PLACENTIA CA 92870 |
| CUNNINGHAM, JAMES | 12 JOCARDA DR.  MIDDLETOWN NJ 07748 |
| CURRENT, AMY | 4720 N. CAMPBELL AVE  CHICAGO IL 60625 |
| DALEY, RAYMOND | 920 SE 4TH AVE  POMPANO BEACH FL 33060 |
| DELIA, LAWRENCE | 2005 S. QUEEN ST  YORK PA 17403 |
| DIEDERICH, DAVID | 6690 VISTA DEL MAR UNIT G  PLAYA DEL REY CA 90293 |
| DITTOE, GREGG | 11754 GOLD PARKE LANE  GOLD RIVER CA 95670 |
| DUARTE, STEVE | 416 CORNELL DRIVE  BURBANK CA 91504 |
| DUSBABEK, ASHA | 11452 DONA DOROTEA DRIVE  STUDIO CITY CA 91604 |
| DUVOISIN, MARC | 1135 FAIRVIEW DRIVE  LA CANADA FLINT CA 91011 |
| FILLIPITCH, JOHN | 602 N. WAIOLA  LA GRANGE IL 60526 |
| GIANNINI, VINCENT | 369 ARBOR CIRCLE  MEDIA PA 19063 |
| GILPATRIC, CHRISTOPHER | 46 E. 91ST STREET 7B  NEW YORK NY 10128 |
| GRAZIANO, RICHARD | 17 TYLER COURT  AVON CT 06001 |
| GREENBERG, HOWARD | 2615 AURELIA PLACE  FORT LAUDERDALE FL 33301 |
| GREMILLION, ROBERT | 200 S. VICTORIA PARK ROAD  FORT LAUDERDALE FL 33301 |
| GRUBB, VINCENT | 460 ARIZONA AVE  ROCKVILLE CENTRE NY 11570 |
| GUERRA, NICOLA | 6514 SHAGBARK DRIVE  TROY MI 48098 |
| HALL, CHARLOTTE | 1851 FORREST ROAD  WINTER PARK FL 32789 |
| HEMBERGER, ALAN | 2211 CEDAR FALLS  KINGWOOD TX 77339 |
| HENDRICKS, JOHN | 718 FRANKLIN AVENUE  RIVER FOREST IL 60305 |
| HENDRY, JAMES | 1060 W ADDISON ST  CHICAGO IL 60613 |
| HUGHES, VERGIL | 13 FOX TRAIL  LINCOLNSHIRE IL 60069 |
| HUNTER, TONY | 16049 HIDDEN VALLEY CIRCLE  HOMER GLEN IL 60491 |
| JAOUDI, JULIANA | 814 WOODLAWN AVENUE  VENICE CA 90291 |
| JOHNSON, EDWARD | 7107 PLYMOUTH RD  BALTIMORE MD 21208 |
| KENNEDY, TIMOTHY | 2075 CHARLES DRIVE  HELLERTOWN PA 18055 |
| KENNEY,  CRANE | 1220 LINDENWOOD  WINNETKA IL 60093 |
| KENNEY, CRANE | 1220 LINDENWOOD  WINNETKA IL 60093 |
| KLUNDER, JACK | 15735 BIRCHWOOD STREET  LA MIRADA CA 90638 |
| LANGMYER, THOMAS | 1829 CULVER LANE  GLENVIEW IL 60025 |
| LOPEZ, STEVEN | 2641 LAKEVIEW TERRACE W  LOS ANGELES CA 90039 |
| MAEIR, ABBYPOLONSKY | 3515 GROVE STREET  EVANSTON IL 60203 |
| MANNING, CHRISTOPHER | 4 OLD WELL ROAD  PURCHASE NY 10577 |
| MARRA, ROBERT | 170 BEAR RIDGE ROAD  PLEASANTVILLE NY 10570 |
| MARTIN, JEROME | 1110 LAURELWOOD  CARMEL IN 46032 |
| MCCLEARYLAFRANCE, KIM | 1540 11TH ST.  MANHATTAN BEACH CA 90266 |
| MCGOVERN, TERENCE | 5008 ELKRIDGE DRIVE  RANCHO PALOS VERDES CA 90275 |

| Claim Name | Address Information |
|---|---|
| MCGUIRE,MARK | 519 ORCHARD LANE  WINNETKA IL 60093 |
| MCNAMARA,TIMOTHY | 12555 PEMBROOKE CIRCLE  CARMEL IN 46032 |
| MEYROWITZ,ERIC | 6016 WOODACRES DR.  BETHESDA MD 20816 |
| MOONEY,RICHARD | 130 EAST 67TH ST 5A  NEW YORK NY 10021 |
| NEWTON,RUSSELL | 3563 PHEASANT STREET  GLENDALE CA 912064810 |
| O'LOUGHLIN,JOHN | 1234 WILSHIRE APT# 436  LOS ANGELES CA 90017 |
| O'MALLEY,KATHLEEN | 531 WEST MELROSE APT 2E  CHICAGO IL 60657 |
| PAPE,PATRICIA | 56 MAPLEWOOD DRIVE  CLINTON CT 06413 |
| PEARSON,PAMELA | 2801 FIRST AVENUE #306  SEATTLE WA 98121 |
| PEPPARS,GORDON | 10304 GLEN BARR AVE.  LOS ANGELES CA 90064 |
| PERRY,GERALD | 1348 WATERFORD GREEN CLOSE  MARIETTA GA 30068 |
| PIPER,JEFFREY | 3723 HIGHKNOB CIRCLE  NAPERVILLE IL 60564 |
| PLASCHKE,WILLIAM | 1133 N. MAR VISTA AVE  PASADENA CA 91104 |
| PRESSER,DEBORAH | 2910 LONNI LANE  MERRICK NY 11566 |
| RAMSEY,ROBERT | 1818 22ND STREET APT # 119  SACRAMENTO CA 95816 |
| RYAN,TIMOTHY | 715 ROBINHOOD ROAD  ANNAPOLIS MD 21405 |
| SANTO,RONALD | 1721 MEADOW LANE  BANNOCKBURN IL 60015 |
| SCOTT,KAREN | 215 EAST 68TH STREET APT 18X  NEW YORK NY 10065 |
| SEGALL,LYNNE | 8436 HAROLD WAY  LOS ANGELES CA 90069 |
| SHANAHAN,PATRICK | 2732 CHEYENNE DRIVE  NAPERVILLE IL 60565 |
| SHEEHAN,SHAUN | 609 SOUTH FAIRFAX ST.  ALEXANDRIA VA 22314 |
| THOMAS,DOUGLAS | 2144 CHESTNUT AVENUE  WILMETTE IL 60091 |
| TOLSTRUP,KATHLEEN | 1854 SANFORD RIDGE  QUEENSBURY NY 12804 |
| WILKE,MARTHA | 900 N. KINGSBURY UNIT 1106  CHICAGO IL 60610 |
| WILLIAMS,DAVID | 415 S. GARFIELD  HINSDALE IL 60521 |
| YOUNG,JOSEPH | 1510 BYRON NELSON PKWY.  SOUTHLAKE TX 76092 |
| YUNG,CAMERON | 635 N. DEARBORN #805  CHICAGO IL 60610 |
| ZISKIND,EDWARD | 81 COLUMBIA HEIGHTS APT. 46  BROOKLYN NY 11201 |

**Total Creditor Count 77**

**EXHIBIT H**

TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLEN, CRAIG | 30 NANCY DRIVE   MONROE CT 06468 |
| ARMSTRONG, MICHAELC. | 1683 GALLEON DRIVE   NAPLES FL 34102 |
| AUTRY, JACQUELINE | 328 W. MOUNTAIN VIEW PLACE   PALM SPRINGS CA 92262 |
| BANKSON, JACK | 15687 LAKE FOREST DRIVE   SUN CITY AZ 85351 |
| BARNHILL, FREDRICK | PO BOX 190929   DALLAS TX 75219 |
| BATES, RANDY | 20 WEST LUCERNE CIR. APT. 608   ORLANDO FL 32801 |
| BECKER, TODD | 1539 CREST DR   ALTADENA CA 91001 |
| BENTON, JOSEPH | 6124 STONEHAM LANE   MCLEAN VA 22101 |
| BERGMANN, HORSTA. | 4261 PRESERVE PARKWAY SOUTH   GREENWOOD VILLAGE CO 80121 |
| BING, PETER | 9700 WEST PICO BLVD   LOS ANGELES CA 90035 |
| BJORKMAN, ERNEST | PO BOX 227   SOUTH FORK CO 81154 |
| BLACK, GILLIAN D | 22 TEN BROECK STREET   ALBANY NY 12210 |
| BOLTON, PERRY | P.O. BOX 136   BROOKLANDVILL MD 21022 |
| BOWEN, SHARONM | 15 NIGHTINGALE WAY APT. C11   LUTHERVILLE MD 21093 |
| BOWINGS, ROBERTL. | 2806 SUMMIT AVE   BALTIMORE MD 21234 |
| BRALOW, DAVID | 21 WEST 86TH STREET APT. #608   NEW YORK NY 10019 |
| BRENNAN, LEO | 31291 OLD SAN JUAN RD   SAN JUAN CAPISTRANO CA 92675-2408 |
| BRIEF, KENNETH | 4 KENNEBEC LANE   BRUNSWICK ME 04011 |
| BRINK, JENNYL. | STONERIDGE RETIREMENT CENTER 186 JERRY BROWNE ROAD, UNIT # 5406   MYSTIC CT 06355 |
| BRUMBACK, CHARLES | C/O LINDSEY N ALLEN 501 E CENTER AVENUE   LAKE BLUFF IL 60044 |
| BRYSON, JOHNE. | SOUTHERN CALIFORNIA EDISON CO. 2244 WALNUT GROVE AVE, RM. 428   ROSEMEAD CA 91770 |
| BURKE, MICHAELP | 4510 CALVERT AVE.   ORLANDO FL 32833 |
| CALIANESE, ANTHONYJ. | 824 ELLIS PL   ORADELL NJ 07649-1918 |
| CALLENDER, HELENC | 624 MORNING GLORY DR   HANOVER PA 17331 |
| CAMACHO, JOSEA | 5942 S SAWYER   CHICAGO IL 60629 |
| CAPOLI, GUS | 30 BELLMERE AVENUE   STAMFORD CT 06906 |
| CARPENTER, DIAN | P.O. BOX 810   INVERNESS CA 94937 |
| CASTELLUZZO, RENEE | 409 CUMBERLAND   PARK RIDGE IL 60068 |
| CASTELLUZZO, RENEEE | 409 CUMBERLAND   PARK RIDGE IL 60068 |
| CHANDLER, BETTINAW. | 1013 SHOKAT DRIVE   OJAI CA 93023 |
| CHANNON, MARKP | 112 MEADOWVIEW DRIVE   TORRINGTON CT 06790 |
| CHAPPELL, TERRI | 4304 FOREST BEND ROAD   DALLAS TX 75244 |
| CHIDSEY, MARY | 2200 PASEO DEL MAR   PALOS VERDES ESTATES CA 90274 |
| CLARK, MARYELLEN | 27 STANCLIFF RD   GLASTONBURY CT 06033-3642 |
| CLAYTON, JANET | 655 S. RIMPAU BLVD.   LOS ANGELES CA 90005 |
| CLENDENIN, MICHAEL | 328 CAROLINA MEADOWS VILLA   CHAPEL HILL NC 27517 |
| CLIFFORD, PATRICKA. | 1185 PARK AVENUE APT 3E   NEW YORK NY 10128 |
| COAPSTICK, LOUISE | 22809 W ACACIA COURT   SAUGUS CA 91350 |
| COLOSIMO, ANTHONYC. | 561 FOREST HILL   LAKE FOREST IL 60045 |
| COLSTON, JWILLARD | 61 THOMAS STREET   PORTLAND ME 04102 |
| COOK, STANTON | 222 RALEIGH ROAD   KENILWORTH IL 60043 |
| CROWDERJR, JESSET | 2840 ELMWOOD LANE   MOUNT DORA FL 32757 |
| DALE, ANJELAJ | 310 CALLE DE LA MESA   NOVATO CA 94949 |
| DARNALL, JOHN | 6378 LADA AVE.   CAMARILLO CA 93012 |
| DAVIS, KENNETH | 400 PLUMB RIDGE CT. UNIT 101   TIMONIUM MD 21093 |
| DE CRISTOFARO, MARIA | VIA DEL COLOSSEO 71   00184 ROME ITALY |
| DELFINO, FRED | 13 SPRUCEBROOK TRAIL   MONROE CT 06468 |

| Claim Name | Address Information |
|---|---|
| DEPAOLA, KENNETH | 21313 S. BOSCHOME CIRCLE  KILDEER IL 600477805 |
| DEPURY, JAMESE | 437 DARTHA DR.  DALLASTOWN PA 17313 |
| DESOUSA, JOHNB | 155 GRAHAM STREET  STRATFORD CT 06615 |
| DEYOUNG, BARBARA | 4 STONEY CLOVER LANE  PITTSFORD NY 14534-4601 |
| DEYOUNG, BRUCE | 2424 DURAND AVENUE  RACINE WI 53403 |
| DISCH, JAMES | 1406 S. HICKORY DR  MT PROSPECT IL 60056 |
| DOWNES, MARY | 96505 SHORE DR MAISON SUR MER #2202  MYRTLE BEACH SC 29572 |
| DOWNEY, MICHAEL | 32 OAKMONT DR.  RANCHO MIRAGE CA 92270 |
| DOWNING, KATHRYNM. | 121 VIA ALICIA  SANTA BARBARA CA 93108 |
| DYER, JOHN | 100 SILVER MIST CIRCLE  ALPHARETTA GA 30022 |
| EHLMANN, TOM | 1920 RIDGEWOOD LANE EAST  GLENVIEW IL 60025 |
| ENGELMANN, THOMASJ | 1706 WILSON POINT RD.  BALTIMORE MD 21220 |
| ERBURU, ROBERT | 1518 BLUE JAY WAY  LOS ANGELES CA 90069 |
| ERBURU, ROBERTF. | 1518 BLUE JAY WAY  LOS ANGELES CA 90069 |
| FLICK, JOHNE. | 31 SEAVIEW DR  SANTA BARBARA CA 93108 |
| FOARDIII, EDWINM | 2309 DALIB ROAD  FINKSBURG MD 21048 |
| FORGIONE, MICHAEL | 185 CAMBRIDGE DRIVE  COPIAQUE NY 11726 |
| FOWLER, RUTHH | 264 PORT DELMARVA  REHOBOTH BE DE 19971 |
| FRANKLIN, TIMOTHY | 3709 PARK OVERLOOK COURT  ELLICOTT CITY MD 21042 |
| FROST, FDANIEL | PO BOX 7285  KENNEWICK WA 99336-0617 |
| FURGURSON, ERNEST | 4812 TILDEN ST NW  WASHINGTON DC 20016 |
| FURUKAWA, VANCE | 5 MEADOW RIDGE CIRCLE  POMONA CA 91766 |
| GALAUSKAS, JAMES | 14 N ORCHARD  ROUND LAKE IL 60073 |
| GELLENE, DENISE | 402A CALIFORNIA ST.  ARCADIA CA 91006 |
| GILLIS, SHEANA | 7950 CITADEL DRIVE  SEVERN MD 21144 |
| GILMARTIN, JOHN | 293 MURRAY HILL TERR APT 318  BERGENFIELD NJ 07621 |
| GOLD, LOUIS | 13801 YORK ROAD APT R3  COCKEYSVILLE MD 21030 |
| GOLDBERG, JEFFD | 85 CANDLEWOOD DRIVE  SOUTH WINDSOR CT 06074 |
| GOLDENBERG, BARRY | 923 FEARRINGTON POST  PITTSBORO NC 27312 |
| GOLDENBERG, MARIE | 923 FEARRINGTON POST  PITTSBORO NC 27312 |
| GOTTSMAN, EDWARD | 235 EAST 22ND STREET,APARTMENT 3A  NEW YORK NY 10010 |
| GRAHAM, KENNETH | 3242 SAN AMADEO #1A  LAGUNA WOODS CA 92637 |
| GREEN, THOMAS | 7855 TANGLE OAK LANE  CASTLE ROCK CO 80108 |
| GUERRERO, RICHARD | 46 SAINT MICHAEL  DANA POINT CA 92629 |
| GUITTAR, LEE | 93 EDGARTOWN BAY RD PO BOX 3016  EDGARTOWN MA 02539 |
| GUTTRY, DELYNN | 1135 SCENIC WAY  LOS OSOS CA 93402 |
| HASELDEN, WILLIAMB | 411 S. OLD WOODWARD AVE #825  BIRMINGHAM MI 48009-6649 |
| HAYES, DANA | 520 ASH STREET  WINNETKA IL 60093 |
| HELTSLEY, MARK | 10 ONTARE ROAD  ARCADIA CA 91006 |
| HENDERSON, KATHY | 38 STANDISH ROAD APT. 1  STAMFORD CT 06902 |
| HILLER, DAVIDDEAN | 1448 N. LAKESHORE DRIVE APT. 12C  CHICAGO IL 60610 |
| HOLDEN, BETSY | 325 WOODLEY AVE.  WINNETKA IL 60093 |
| HOLTON, RAYMOND | 1021 STONE STACK DRIVE  BETHLEHEM PA 18015 |
| HORN, KAREN | 50 RIDGECREST COURT  LAFAYETTE CA 94549 |
| HOSLER, KARENA | 12 CONSTITUTION AVE  ANNAPOLIS MD 21401 |
| HOWARD, LESLIE | 2737 GRANDVIEW PLACE  ENDICOTT NY 13760 |
| HOWE, MARK | 8 PINEVIEW LANE  EAST GREENBUSH NY 12061 |
| INBORNONE, JOSEPH | 208 HOLDERNESS DRIVE  LONGWOOD FL 32779 |
| JAMES, WINFIELDH. | 27 ATLANTIC DR  L COMPTON RI 02837-1404 |

| Claim Name | Address Information |
|---|---|
| JANSENJR,RAYMONDA. | 24 DOCKSIDE LANE BOX 422  KEY LARGO FL 33037 |
| JENKINS,ALLIEL | P.O. BOX 550504  ORLANDO FL 328550504 |
| JOHNSONJR,WYATTT. | 3280 RILMAN ROAD  ATLANTA GA 30327-1551 |
| JONES,GORDON | 77 LUKES WOOD RD  NEW CANAAN CT 06840-2202 |
| JUNCK,MARYE. | 11 DEER HILL ROAD  PLEASANT VALLEY IA 52767 |
| KAMMERAAD-DECKER,SHARON | PO BOX 413005  NAPLES FL 34101 |
| KARCH,HELEN | BENEFICIARY FOR KARCH, CHARLES P.O.BOX 1214  WESTWOOD CA 96137 |
| KELLER,JULIAE | P.O. BOX 164  WEST CAMP NY 12490 |
| KELLER,WILLIAM | 7916 W. HILLSIDE ROAD ROUTE 3  CRYSTAL LAKE IL 60012 |
| KELLERMANN,DONALD | 2750 UNICORN LANE  WASHINGTON DC 20015 |
| KELLEY,GERALDE | 4900 SOUTH ULSTER STREET #13-102  DENVER CO 80237 |
| KENNEY,BRIGID | 4920 RIEDY PLACE  LISLE IL 60532 |
| KING,VICTORIA | 515 EAST 14TH STREET,#3B  NEW YORK NY 10009 |
| KLEINER,ARNOLD | 7575 MULLHOLLAND DRIVE  LOS ANGELES CA 90046 |
| KLEINSCHMIDT,DON | 4915 W GRACE  CHICAGO IL 60641 |
| KLUTNICK,SUSAN | 17582 BERLARK CIRCLE  HUNTINGTON BCH CA 92649 |
| KRAFT,PETERR | 98 NILAN STREET  HARTFORD CT 06106 |
| KUEKES,SALLY | BENEFICIARY FOR KUEKES, GEORGE 10671 E SAN SALVADOR  SCOTTSDALE AZ 85258 |
| LANESEY,WILLIAM | 5737 KUGLER MILL ROAD  CINCINNATI OH 45236 |
| LEADER,FRANCIE | 180 TURN OF RIVER RD #14A  STAMFORD CT 06905 |
| LESORAVAGE,ALICEJ | 2345 CENTER STREET  BETHLEHEM PA 18017 |
| LEVIN,MARTIN | 221 KIRBY LANE  RYE NY 10580 |
| LICHTMAN,RONALD | 16-28 RADBURN ROAD  FAIR LAWN NJ 07410 |
| LIPINSKI,ANNMARIE | 4919 S. WOODLAWN AVE.  CHICAGO IL 60615 |
| LIPINSKI,ANNMARIE | 4919 S. WOODLAWN AVE.  CHICAGO IL 60615 |
| LOBDELL,NANCY | 2439 SHARON OAKS DRIVE  MENLO PARK CA 94025 |
| LOCHRIDGE,MICHAELW | 782 SWAYING PALM DRIVE  APOPKA FL 32712 |
| LOFTUS,PATRICK | 4048 HOWELLS ROAD  MALVERN PA 19355 |
| MACE,LAURAL | 809 N KIOWA STREET  ALLENTOWN PA 18109 |
| MANZI,JOHN | 3216 NW CHAPIN DR  PORTLAND OR 97229 |
| MANZI,JOHN | 3216 NW CHAPIN DR  PORTLAND OR 97229 |
| MARTIN,ROBERTA | 3605 PEMBROOK DR.  ORLANDO FL 32810 |
| MCCRORY,JOHN | 187 DOLPHIN COVE QUAY  STAMFORD CT 06902 |
| MCGUINNESS,KATHLEEN | 246A NORTH ALBANY AVENUE  MASSAPEQUA NY 11758 |
| MCGUINNESS,KATHLEEN | 246A NORTH ALBANY AVENUE  MASSAPEQUA NY 11758 |
| MILES,DANIELL | 45 EASY STREET  RINGGOLD GA 30736 |
| MOLVAR,ROGERH. | 13113 S. ECHO LAKE ROAD  SNOHOMISH WA 98296 |
| MORAGO,GREGORYP | 909 TEXAS AVENUE APARTMENT 905  HOUSTON TX 77002 |
| MOREHOUSEIII,LCLARK | 1 OXFORD ROAD  LARCHMONT NY 10538 |
| MURPHY,KEVIN | 411 GARDENS DR # 201  POMPANO BEACH FL 33069 |
| MURPHY,REG | PO BOX 30927  SEA ISLAND GA 31561 |
| NASH,JOHN | 356 MT. SHASTA DRIVE  SAN RAFAEL CA 94903 |
| NEELY,JACKW | 7200 THIRD AVE C-048  SYKESVILLE MD 21784 |
| NOLAN,JOEC | 5611 SANFORD  HOUSTON TX 77096 |
| NORMAN,PEGGYL | 1638 N. ABINGDON ST.  ARLINGTON VA 22207 |
| NORRIS,JAMES | 121 TAFT CRESCENT  CENTERPORT NY 11721 |
| NUCKOLS,JAMES | 149 NORTH SPOEDE ROAD  ST LOUIS MO 63141 |
| O'DELL,WILLIAM | 1050 ISAAC FRANKLIN DRIVE  GALLATIN TN 37066 |
| O'NEILL,MICHAEL | 5718 N. RICHMOND  CHICAGO IL 60659 |

| Claim Name | Address Information |
|---|---|
| O'NEILL,NANCY | 185 RANCHO DRIVE  TIBURON CA 94920 |
| O'SULLIVAN,ROBERT | 605 THORTON COURT  EDGEWATER NJ 07020 |
| PALERMINI,ROBERT | 265 ARROYO PARKWAY #304  PASADENA CA 91105 |
| PALERMINI,ROBERT | 265 ARROYO PARKWAY #304  PASADENA CA 91105 |
| PATTON,DONALD | 27601 HIGH VISTA  ESCONDIDO CA 92026 |
| PEREZ,JUANJ | 1473 W RASCHER IST FL  CHICAGO IL 60640 |
| POOLE,ANDREWL | 7349 S WOODWORD AVE H 301  WOODRIDGE IL 60517 |
| QUINN,KATHLEENM | 330 SPRING LAKE TERRACE  ROSWELL GA 30076 |
| RANDALL,CAROLS | 6909 DIGBY RD  BALTIMORE MD 21207 |
| REID,WALTON | 3400 CROSSINGS GLEN  BIRMINGHAM AL 35242 |
| RETZLAFF, CHRISTIAN | BEHAIMSTRASSE 20  10585 BERLIN GERMANY |
| RHEIN,ESTHER | 1 BEACH DR #2211  ST PETERSBURG FL 33701 |
| RIGGLE,JOHNA | 81 CHURCHILL DR.  YORK PA 17403 |
| RITCH,JONATHAN | 35 ORCHARD STREET  COS COB CT 06807 |
| ROHRBACH,JEANNE | 203 WELLINGTON RD  GARDEN CITY NY 11530 |
| ROLLERI,WILLIAM | 189 MALCOLM FOREST ROAD  NEW CASTLE DE 19720-8740 |
| ROONEY,DONALD | 7637 SOUTH ONEIDA COURT  CENTENNIAL CO 80112 |
| ROSE,MICHAEL | 21 OAK RIDGE DR  CROMWELL CT 06416 |
| RUBIN,JEROMES. | 15 WEST 53RD ST. APT #29B  NEW YORK NY 10019 |
| SAVINO,RICHARD | 4900 SOUTH ULSTER STREET #13-102  DENVER CO 80237 |
| SCHLOSBERGIII,RICHARDT. | 164 SENDERO VERDE DR.  SAN ANTONIO TX 78261 |
| SCHNALL,HERBERTK. | P.O. BOX 9457 15102 CAMINITO MARIA  RANCHO SANTA FE CA 92067 |
| SCHNEIDER,CHARLES | 522 NORTH BEVERLY DRIVE  BEVERLY HILLS CA 90210 |
| SCHOLLY,ALISONR | 2137 W. HOMER  CHICAGO IL 60647 |
| SEGAL,RICHARD | 3754 MOUND VIEW AVE.  STUDIO CITY CA 91604 |
| SELZER,CAROLYN | 1047 BANGOR LANE  VENTURA CA 93003 |
| SHAW,JACQUELINE | 105 BROOKSIDE DRIVE  SAN ANSELMO CA 94960 |
| SHAW,WILLIAM | 15 HERON ROAD  NORWALK CT 06855 |
| SHAW,WILLIAM | 15 HERON ROAD  NORWALK CT 06855 |
| SHELDON,EDWARD | 3 REVERE ROAD  DARIEN CT 06820 |
| SHELLENBERGER,JANICEMARIE | 1461 MAIN STREET  BETHLEHEM PA 18018 |
| SICAKYUZ, ACHRENE | 217 AVENUE JEAN-JAURES 93320 LES PAVILLONS SOUS BOIS  PARIS FRANCE |
| SIMPSON,JAMESR. | 5 CRESTWOOD DRIVE  NEWPORT BEACH CA 92660 |
| SMITH,SCOTT | 1361 HACKBERRY LANE  WINNETKA IL 60093 |
| SPENCER,GILMAN | 11 W 30TH ST APT 12F  NEW YORK NY 10001-4419 |
| SPONSELLER,MYRA | 1173 GARRIDO DRIVE  CAMARILLO CA 93010 |
| STANCZAK,DIANEA | 3721 TIMBERLANE DRIVE  EASTON PA 18045 |
| STERNE,JOSEPH | PO BOX 599  SPARKS MD 21152 |
| TABER,FRANKLINR | 13413 FOREST RIVER  LOWELL MI 49331 |
| THOMSON,JEAN | 2902 FERNAN COURT  COEUR D'ALENE ID 83814 |
| TOEDTMAN,JAMES | 2604 GENEVA HILL CT  OAKTON VA 22124 |
| TOLAND,JAMES | PO BOX 1521 (THE ESTATE OF)  WRIGHTWOOD CA 92397 |
| TWITCHELL,THOMASD | 158 SKYVIEW DRIVE  CROMWELL CT 06416 |
| UNTERMAN,ETHOMAS | 1451 AMALFI DR  PACIFIC PALISADES CA 90272 |
| VALENTI,MICHAEL | 400 TAMARAC DR  PASADENA CA 91105 |
| VIDA,HERBERT | 1303 W 214TH  TORRANCE CA 90501 |
| VITANOVEC,JOHN | 1256 FOREST GLEN N.  WINNETKA IL 60093 |
| WALD,JEFFREY | 1940 COLBY AVE  LOS ANGELES CA 90025 |
| WALLACE,JAMESW. | 5822 BRIARTREE DR  LA CANADA FLINT CA 91011 |

| Claim Name | Address Information |
|---|---|
| WALLER,MICHAELE. | 5 FULL SWEEP  HILTON HEAD ISLAND SC 29928 |
| WHISLER,JACK | 645 LINCOLN STREET  GLENVIEW IL 60025 |
| WHITMORE,DONALDE | 6032 LAKEVILLE ROAD  ORLANDO FL 32818 |
| WIEGAND,WILLIAM | PO BOX 655  COUPEVILLE WA 98239 |
| WILLES,MARK | 4343 SHEFFIELD DRIVE  PROVO UT 84604 |
| WILLES,MARK | 4343 SHEFFIELD DRIVE  PROVO UT 84604 |
| WILLES,MARKH. | 4343 SHEFFIELD DRIVE  PROVO UT 84604 |
| WILLIAMS,PHILLIPL | 1156 AMALFI DR  PACIFIC PALISADES CA 90272 |
| WILLS,JOHN | 1743 BROOKWOOD DR.  DOWNERS GROVE IL 60516 |
| WILSON-SPENCER,PAMELA | 8030 SOLLEY ROAD  GLEN BURNIE MD 21060 |
| WITTMAN,JOHNW | 8800 WALTHER BLVD. APT. 3312  BALTIMORE MD 21234 |
| WOLLNEY,JOHN | 318 50TH PLACE  WESTERN SPRINGS IL 60558 |
| WRIGHT,DONALDF. | PO BOX 842  TESUQUE NM 87574-0842 |
| YOUNGMAN,OWEN | 40 KENMORE AVE.  DEERFIELD IL 60015 |
| YOUNGMAN,OWEN | 40 KENMORE AVE.  DEERFIELD IL 60015 |
| ZAKARIAN,JOHN | 656 RIDGE ROAD  WETHERSFIELD CT 06109 |
| ZEPPETELLO,MICHELLE | 103 WOODLAND AVE  VERONA CA 7044 |
| ZERWEKH,JAMESD | 4580 FOXTAIL CIRCLE  GREENWOOD VILLAGE CO 801213942 |

**Total Creditor Count 212**