**SIGN-IN-SHEET**

CASE NAME:  **Tribune Company**
CASE NO. 08-13141-KJC

COURTROOM LOCATION:  **5**
DATE: 4/30/09 @ 2:30 pm

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Doss | Sidley Austin LLP | Tribune Media Services Debtor |
| Kevin Lantry | " | Debtors |
| Kate Stickles | Cole Schotz | " |
| Gregg Galardi | Skadden Arps | Warren Beatty |
| Tom Frederiks | " | " |
| Thomas W. Hazen | Womble Carlyle | Great Banc Trust Co. |
| Joseph J. McMahon | USDOJ | U.S. Trustee |
| David Lemay | Chadbourne & Parke | Committee |
| Daniel Rath | Landis Rath & Cobb | Committee |
| Jason Cornell | Fox Rothschild | Estate of Michael Cottman |
| | | |
| | | |
| | | |

Peggy Drasal

# Court Conference

Calendar Date: **04/30/2009**
Calendar Time: **02:30 PM**

## U.S. Bankruptcy Court-Delaware

## Confirmed Telephonic Appearance Schedule

### Honorable Kevin J. Carey

#5

Amended Calendar 04/30/2009 07:13 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2797488 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 09-13141 | Hearing | 2797890 | Kevin Collins | 302-254-5392 | Bifferato LLC | Creditor, - / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2797475 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2799623 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2797495 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2795124 | Kerriann Mills | 312-853-0036 | Sidley Austin, LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2796967 | Damian Schaible | (212) 450-4680 | Davis Polk & Wardwell | Interested Party, Davis Polk & Wardwell / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2798051 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2798069 | Joshua Trump | 203-862-8299 | Contrarian Capital Management | Creditor, Contrarian Capital Management / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2798327 | David J. Yadegar | (212) 672-4663 | David J. Yadegar-In Pro Per | Interested Party, David Yadegar / LISTEN ONLY |