UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. **08-13141 (KJC)** |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that LeClairRyan, A Professional Corporation, hereby appears as counsel for De Lage Landen Financial Services, Inc. in the above-captioned jointly administered cases pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010(b) and hereby requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Federal Rule of Bankruptcy Procedure 2002, 3017(a), and 9007, that copies of any and all notices given or required to be given and pleadings filed in the above-captioned jointly administered cases be given and served upon counsel at the following addresses:

William E. Callahan, Jr.
LECLAIRRYAN, A Professional Corp.
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006-1200
Telephone:  (540) 510-3000
Facsimile:  (540) 510-3050
Email: william.callahan@leclairryan.com

David W. Phillips
LECLAIRRYAN, A Professional Corp.
Two Penn Plaza East
Newark, NJ 07105
Telephone:  (973) 491-3530
Facsimile:  (973) 491-3491
Email:  david.phillips@leclairryan.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy and United States Code sections specified above, but also includes, without limitation, any and all notices, applications, complaints, demands, motions,

petitions, pleadings, requests, reports, orders, operating statements, plans, or disclosure statements, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail, or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim, suit, other writing, or conduct is intended or shall be deemed to waive or constitute a waiver of De Lage Landen Financial Services, Inc.'s (a) right to have final orders in non-core matters entered only after *de novo* review by a higher court, (b) right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto, (c) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (d) other rights, claims, actions, defenses, setoffs, or recoupments to which De Lage Landen Financial Services, Inc. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  May 5, 2009                    LECLAIRRYAN, A Professional Corp.


By:     /s/ William E. Callahan, Jr.
        William E. Callahan, Jr.
        1800 Wachovia Tower, Drawer 1200
        Roanoke, VA 24006-1200
        Telephone:  (540) 510-3000
        Facsimile:  (540) 510-3050
        Email: william.callahan@leclairryan.com