# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1086** |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on April 27, 2009, I caused a copy of the **Notice of Supplement to Exhibit A to Order Authorizing the Debtors to Retain, Employ, and Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business** to be served on the parties on the attached service list in the manner indicated.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _/s/ J. Kate Stickles_
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    (302) 652-3131
    (302) 652-3117 (fax)

**TRIBUNE COMPANY,** *et al.*
**Service List re: Ordinary Course Professionals**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brady, Connolly & Masuda
Contacts: Frank Brady; Valerie Peiler
One N. LaSalle St., Suite 1000
Chicago, IL 60602

Foley, Smit, O'Boyle & Weisman
Contacts: Lisa Tortora; Warren Feckett
175 Fulton Ave., Suite 307
Hempstead, NY 11550

Hinshaw & Culbertson LLP
Contact: Cheryl Wilke
One E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301

Littler Mendelson
Contact: Jeffrey Kauffman
200 North LaSalle St., Suite 2900
Chicago, IL 60601-1014

Miller, Kaplan, Arase & Co., LLP
Contact: George Rivin
4123 Lankershim Blvd.
North Hollywood, CA 91602

Montstream & May
Contacts: Frank May; Karen Acquarulo
655 Winding Brook Dr.
Glastonbury, CT 06033-6087

Post & Schell
Contact: Jim Burkhardt
1245 S. Cedarcrest Blvd., Suite 300
Allentown, PA 18103

46460/0001-5431522v4

2

Semmes, Bowen & Semmes
Contact: Phil Levin
250 W. Pratt St., 15th Floor
Baltimore, MD  21201