# UNITED STATES BANKRUPTCY COURT
## DELAWARE DISTRICT BANKRUPTCY COURT FILED

2009 MAY -1  AM 9: 03

**IN RE: TRIBUNE COMPANY, ET AL.**

Parcel No.: 140-041-24.00 & 140-041-40.00

Tc Ref No.:0623818, 0545417,0519760, 0510847

Bk No.: 0900275

Case Number: 08-13141 KJC

Chapter: 11

U.S. BANKRUPTCY COURT

**REQUEST  FOR PAYMENT OF DELAWARE**

**EXPENSES OF ADMINISTRATION**

**Estimated Tax Year 2009/2010**

1. The undersigned makes this claim in the above-entitled bankruptcy as a priority tax claim for expenses of administration under 11 U.S.C., 503(b)(1)(B)(I), and 503(b)(1)(C) in the sum of **$ 891,563.33**of, _____ per month will accrue and continue to attach to the claim until paid in full.  Government Code Section 43001.

   Itemization of penalties and fees are attached.

2. This claim is for taxes due under the Revenue and Taxation code of the State of California Sections 2191.3, 2191.4 & 2193.

3. The amount of all payments, if any, on this claim has been credited and deducted for the purpose of making this proof of claim.

---

☒     **Interest attaches pursuant to California Revenue and Taxation Code Sections 2704, 2705, 2706, 4103, 4103(b) or 2922.**

☒     **The amount of the claim may be subject to amendment after mandatory audit by the County Assessor pursuant to California Revenue & Taxation Code, Section 469.**

---

Executed under penalty of perjury at Orange County, California, April 27, 2009,

Orange County Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438
714/834-3411 FAX: 714/834-6229

Chriss W.  Street

By: <u>Ratna D Butani</u>  ,
      Deputy



DEBTOR: Tribune Company, Et Al.

| | |
|---|---|
| CASE NO.: 08-13141 KJC | PETITION DATE: 12/8/2008 |
| CHAPTER: 11 | BANKRUPTCY NO.: 0900275 |

## Secured Post-Petition Tax Liability

| BILL YEAR | PARCEL NO. PROPERTY LOCATION | TOTAL BASE TAX | 10% LATE PENALTY | MONTHLY PENALTIES | FEES | AMOUNT PAID | ARREARAGE | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|
| 2009 Est. | 140-041-24.00 1375 Sunflower Ave. Costa Mesa | $240,388.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $240,388.00 |
| 2009 Est. | 140-041-40.00 1376 South Coast Dr Costa Mesa | $646,732.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $646,732.84 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | $887,120.84 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $887,120.84 |

**Note: This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.**

I certify the above to be a true and correct copy of the original entry of the secured property tax roll.

ORANGE COUNTY TAX COLLECTOR

By

Ratna D Butani
Deputy Tax Collector
4/24/2009





| DEBTOR: | Tribune Company et al. | |
|---|---|---|
| CASE NO.: | 08-13141 KJC | PETITION DATE: 12/8/2008 |
| CHAPTER: | 11 | BANKRUPTCY NO.: 0900275 |

## Post-Petition Priority Tax Liability

| YEAR | PROPERTY TYPE ASSESSMENT NO. | NET VALUE | TOTAL BASE TAX | Basic 10% PENALTY | ADDL PENALTY | INTEREST | FEES | AMOUNT PAID | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 2009 Est. | BUSINESS ASSESSMENTS 09 441893 | 1,578 | $19.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.67 |
| 2009 Est. | POSSESSORY INTEREST(REAL 09 446105 | 6,060 | 77.38 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $77.38 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402732 | 5,747 | $69.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $69.26 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402733 | 5,239 | 65.12 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $65.12 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402726 | 27,743 | 360.34 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $360.34 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402727 | 268,074 | 3,423.02 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $3,423.02 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402728 | 8,109 | 99.20 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $99.20 |
| 2009 Est. | BUSINESS ASSESSMENTS 09 402729 | 17,763 | 219.79 | $0.00 | $0.00 | 0.00 | $0.00 | $0.00 | $219.79 |
| **TOTALS:** | | $340,313 | $4,333.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,333.78 |

Page 1

**Note:This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.**

I certify the above to be a true and correct copy of the original entry of the unsecured property tax roll.

ORANGE COUNTY TAX COLLECTOR

By



Ratna D Butani
Deputy Tax Collector

4/24/2009



| DEBTOR: | Tribune Company et al. | |
|---|---|---|
| CASE NO.: | 08-13141 KJC | PETITION DATE:  12/8/2008 |
| CHAPTER: | 11 | BANKRUPTCY NO.: 0900275 |

## Post-Petition Priority Tax Liability

| YEAR | PROPERTY TYPE ASSESSMENT NO. | NET VALUE | TOTAL BASE TAX | Basic 10% PENALTY | ADDL. PENALTY | INTEREST | FEES | AMOUNT PAID | CLAIM TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | Total Page 1 | 340,313 | $4,333.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,333.78 |
| 2009 | BUSINESS ASSESSMENTS 09 402730 | 2,838 | 35.80 | $0.00 | $0.00 | 0.00 | $0.00 | 0.00 | $35.80 |
| 2009 | BUSINESS ASSESSMENTS 09 402731 | 5,747 | $72.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.91 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | **TOTALS:** | $348,898 | $4,442.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,442.49 |

Note:This Claim is subject to amendment or modification in the event of an audit assessment, if the debtor has failed to
file a Business Property Statement, or if the debtor has acquisitions or dispositions of assets subject to assessment.

Page 2

I certify the above to be a true and correct copy of the original entry of the unsecured property tax roll.

ORANGE COUNTY TAX COLLECTOR

By

Ratna D Butani
Deputy Tax Collector

4/24/2009

## PROOF OF SERVICE BY MAIL

## (CCP SEC. 1013A, 2015.5)

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is Orange County Treasurer-Tax Collector, 12 Civic Center Plaza, Room G40 Santa Ana, CA 92702.

DOCUMENT(S) SERVED:     Proof of Claim

On  April 24, 2009  ,served the documents named above on the parties in this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

**X**     (BY MAIL) I caused each such envelope, with postage fully prepaid, to be placed in the United States mail at Santa Ana, California. I am readily familiar with this office's practice for collecting and processing correspondence for mailing, said practice for collecting and processing correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is place for.

**X**     (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this  April 24, 2009

at Santa Ana, California by

Roselyn Prasad
Deputy Tax Collector

NAME AND ADDRESS OF PERSON(S) SERVED:

*Attorney for the Debtor*
**Norman L. Pernick**
Cole, Schotz, Meisel, Forman & Leonard,
1000 N. West Street,Suite 1200
Wilmington, DE 19801

*Tribune Company Claims Processing Center*
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

-1-