# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: JudyF | Date Created: 5/6/2009 |
| Case: 08−13141−KJC | Form ID: van439 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr        Orange County Treasurer − Tax Collector        P.O. Box 1438        Santa Ana, CA 92702−1438

TOTAL: 1