IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |
| | ) | |

ENTRY OF APPEARANCE AND CERTIFICATION BY GOVERNMENT COUNSEL

Please enter my appearance as lead counsel on behalf of the United States, Internal Revenue Service, and Department of the Treasury in the above captioned case. Pursuant to Del. Bankr. R. 9010-1(e)(i), I certify that I am admitted to practice in the following courts:

Supreme Court of California

United States District Court for the Southern District of California

United States District Court for the Eastern District of Texas

I further certify that I am in good standing in all jurisdictions in which I have been admitted.

/ /

/ /

/ /

/ /

/ /

/ /

4240080.1

I agree to be bound by the Rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

Date: May 7, 2009

/s/ Yonatan Gelblum
Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 305-3136
Facsimile: (202) 514-6866
Yonatan.Gelblum@usdoj.gov
Cal Bar. #254297
Street Address for Overnight Delivery:
555 4th St. NW Room 6110
Washington, DC 20001

CERTIFICATE OF SERVICE

I certify that the foregoing entry of appearance and certification by government counsel was caused to be served this 7th day of May, 2009 by the Court's ECF system on parties receiving electronic service.

/s/ Yonatan Gelblum
Yonatan Gelblum