IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MAY 12, 2009 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1. Motion of Navistar Leasing Company for Relief from the Automatic Stay, or in the Alternative, to Compel Immediate Assumption or Rejection of the Unexpired Leases and for Allowance and Immediate Payment of Administrative Claim (Filed April 16, 2009) (Docket No. 1049)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5545686v2

Objection Deadline: May 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline is extended to May 21, 2009 at 4:00 p.m. for the Debtors.

Responses Received: None at this time.

Status: On consent of the parties, this matter is continued to the May 28, 2009 hearing at 1:00 p.m. This matter will not be going forward.

## UNCONTESTED MATTERS GOING FORWARD

2. Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 8, 2008) (Docket No. 10)

    Related Document(s):

    (a) Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

    (b) Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions (Entered April 30, 2009) (Docket No. 1116)

    (c) Notice of Entry of Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed April 30, 2009) (Docket No. 1117)

    Objection Deadline: May 10, 2009 at 4:00 p.m.
    (Objection Deadline relating to Superpriority Status Relief only)

    Responses Received: None at this time.

Status: The Court entered the Final Order (Docket No. 1116) which grants superpriority status to Junior Reimbursement Claims arising from Intercompany Transactions (the "Superpriority Status Relief") on negative notice. This matter will be going forward only if an objection is filed to the Superpriority Status Relief.

3. Motion of Debtor Tribune Broadcasting Company for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC (Filed April 29, 2009) (Docket No. 1107)

   Related Document(s):

   (a) Joinder of The CW Network, LLC in Motion of Debtor Tribune Broadcasting Company for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC [Re: D.I. 1107] (Filed April 29, 2009) (Docket No. 1114)

   (b) Order Shortening the Notice Periods for (I) Debtor Tribune Broadcasting Company's Motion for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC and (II) Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements (Entered April 30, 2009) (Docket No. 1118)

   (c) Notice of Hearing on Motions (Filed April 30, 2009) (Docket No. 1120)

   Objection Deadline: May 7, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was extended to May 8, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

   Responses Received: None at this time.

   Status: This matter will be going forward.

4. Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements (Filed April 29, 2009) (Docket No. 1108)

   Related Document(s):

   (a) Order Shortening the Notice Periods for (I) Debtor Tribune Broadcasting Company's Motion for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC and (II) Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements (Entered April 30, 2009) (Docket No. 1118)

3

(b)    Notice of Hearing on Motions (Filed April 30, 2009) (Docket No. 1120)

Objection Deadline: May 7, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to May 8, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status:   This matter will be going forward.

**CONTESTED MATTERS GOING FORWARD**

5.    Motion of the Debtors for an Order Authorizing the Debtors to Make Certain Payments for 2008 Pursuant to Pre-Petition Incentive Plans and Certain Other Obligations (Filed April 22, 2009) (Docket No. 1061)

Objection Deadline: May 5, 2009 at 4:00 p.m.
On consent of the parties, the objection deadline was extended until May 6, 2009 at midnight for the United States Trustee.

Responses Received:

(a)    Objection of the United States Trustee to (I) the Debtors' Motion for an Order Authorizing the Debtors to Make Certain Payments for 2008 Pursuant to Pre-Petition Incentive Plans and Certain Other Obligations and (II) the Related Motion to Seal the Mercer Report (Docket Entry #s 1061, 1063) (Filed May 7, 2009) (Docket No. 1159)

Status:   This matter will be going forward.

6.    Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Make Certain Payments for 2008 Pursuant to Pre-Petition Incentive Plans and Certain Other Obligations (Filed April 22, 2009) (Docket No. 1063)

Objection Deadline: May 5, 2009 at 4:00 p.m.
On consent of the parties, the objection deadline was extended until May 6, 2009 at midnight for the United States Trustee.

Responses Received:

(a)    Objection of the United States Trustee to (I) the Debtors' Motion for an Order Authorizing the Debtors to Make Certain Payments for 2008 Pursuant to Pre-Petition Incentive Plans and Certain Other Obligations and (II) the Related Motion to Seal the Mercer Report (Docket Entry #s 1061, 1063) (Filed May 7, 2009) (Docket No. 1159)

Status:   This matter will be going forward.

7.  Motion for an Order Authorizing the Debtors (I) to Pay Severance Compensation to Employees Terminated Prior to the Implementation of the Postpetition Severance Plan and (II) to Refund Certain Benefits Fees to Terminated Union Employees (Filed April 22, 2009) (Docket No. 1064)

    Objection Deadline: May 5, 2009 at 4:00 p.m.
    On consent of the parties, the objection deadline was extended until May 6, 2009 at midnight for the United States Trustee.

    Responses Received:

    (a)  Objection of the United States Trustee to the Debtors' Motion for an Order Authorizing the Debtors to Pay Severance Compensation to Employees Terminated Prior to the Implementation of the PostPetition Severance Plan (Docket Entry # 1064) (Filed May 7, 2009) (Docket No. 1057)

    Status: This matter will be going forward.

Dated: May 8, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Attorneys for Debtors and Debtors in Possession

5