IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No.  08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: May 28, 2009 at** |
| | ) | **1 p.m.** |
| | ) | |
| | ) | **Obj. Deadline: May 22, 2009** |
| | ) | **at 4:00 p.m.** |
| | ) | |

NOTICE OF MOTION

To:

(I) The U.S. Trustee, (II) Debtors (III) Counsel for the Committee, (IV) Counsel to Debtors and (VII) All parties having requested notice pursuant to Fed. R. Bankr. P. 2002.

The United States, Internal Revenue Service, has filed a Motion To Extend its Time to File Proofs of Claim which seeks the following relief:

That the Court permit the Internal Revenue Service to file proof of claims in this proceeding on or before December 12, 2009 at 4 p.m..

You are required to file a response on or before **May 22, 2009**.  At the same time, you must also serve a copy of the response upon movant's attorney:

4240630.1

Yonatan Gelblum
U.S. Department of Justice - Tax Division
P.O. Box 787
Washington, DC 20044
yonatan.gelblum@usdoj.gov
(202) 305-3136 (v) / (202) 514-6866 (f)


IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE,
THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION
WITHOUT FURTHER NOTICE OR HEARING.

Date: May 8, 2009

By:    /s/ Yonatan Gelblum
       Yonatan Gelblum
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Post Office Box 227
       Washington, D.C. 20044
       Telephone: (202) 305-3136
       Facsimile: (202) 514-6866
       Yonatan.Gelblum@usdoj.gov
       Cal Bar. #254297
       Street Address for Overnight
       Delivery:
       555 4th St. NW Room 6110
       Washington, DC 20001

4240630.1