IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: May 28, 2009 at** |
| | ) | **1:00 p.m.** |
| | ) | |
| | ) | **Obj. Deadline: May 22, 2009** |
| | ) | **at 4:00 p.m.** |

ORDER ON THE MOTION OF THE INTERNAL REVENUE SERVICE MOTION TO
EXTEND ITS TIME TO FILE PROOFS OF CLAIM

And now, this ___ day of _____, 2009, upon consideration of

the Internal Revenue Service's Motion to Extend its Time to File Proofs of Claim it is

ORDERED that the Internal Revenue Service shall have until December 12, 2009 to file

proofs of claim in this proceeding.

_____
UNITED STATES BANKRUPTCY JUDGE

4241416.1