CERTIFICATE OF SERVICE

   I certify that I caused the foregoing Notice of Motion, Motion of the Internal Revenue Service to Extend its Time to File Proofs of Claim, Declaration of Jerry M. Stephan, Declaration of Curt Weiskirch, and Proposed Order to be served this 8th day of May, 2009 as follows:


By First Class Mail on:

Tribune Company, et al.
435 N. Michigan Avenue
Chicago, IL 60611

Bryan Krakauer
James F. Conlan
Kevin T. Lantry
Kerriann S. Mills
D'Lisia E. Bergeron
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

Norman L. Pernick
J. Kate Stickles
Cole Schotz Meisel Forman & leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, De 19801

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

4240630.1

Howard Seife
David M. LeMay
Dougless E. Deutsch
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Adam G. Landis
Matthew B. McGuire
Landis Rath & Cobb LLP
919 Market St., Suite 1800
Wilmington, DE 19801

C. B. Blackard
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

Broward County Revenue Collection Division
Edward A. Dion, Esq.
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

Cop-Hanging Moss, LLC
c/o Todd M. Hoepker, P.A.
P O Box 3311
Orlando, FL 32802-3311

J. Scott Douglass
909 Fannin
Suite 1800
Houston, TX 77010

Robert L Hanley on behalf of Creditor St. John Properties, Inc.
Nolan, Plumhoff & Williams, Chtd
Suite 700- Nottingham Centre
502 Washington Ave
Towson, MD 21204

Jacqueline A. Criswell
Tressler Soderstrom Maloney & Preiss LLP
Sears Tower 22d Floor
233 S. Wacker Dr.
Chicago, IL 60606

Harris Corporation
c/o Anthony Deglomine, III
1025 W. NASA Blvd.
Mail Stio A-11A
Melbourne, FL 32919

Howard County, Maryland
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

IBM CORPORATION
c/o Beverly H. Shideler
Two Lincoln Centre
Oakbrook Terrace, IL 60181

Joshua G. Losardo on behalf of Creditor Enterprise Garage Corp.
Belkin Burden Wenig & Goldman, LLP
270 Madison Avenue
New York, NY 10016

Kenneth Miller on behalf of Creditor K Associates, Crenshaw 3840, d/b/a ARKA/Valencia I
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

4240630.1

Navistar Leasing Company
425 N. Martingale Road
18th Floor
Schaumburg, IL 60173

Ramona Neal on behalf of Interested Party Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

By Facsimile on:

Ronald K. Brown on Behalf of Gateway Pacific Properties, Inc.
No. 949 250 3387

Furman Gregory LLC on behalf of Comcast Spotlight/Comcast
No. 207 282 2657

Personal Plus, Inc. c/o Kelly Singer, Squire Sanders & Dempsey LLP
No. 602 253-8129

Seaport Group LLC, attn: Scott Fried
No. 212 616 7722

Linda Boyle, tw telecome Inc.
No. 303 566 1010

Through the Court's ECF system on:

Frank A. Anderson on behalf of Creditor Pension Benefit Guaranty Corporation
anderson.frank@pbgc.gov, efile@pbgc.gov

Thomas V. Askounis on behalf of Creditor Banc of America Leasing & Capital, LLC
taskounis@askounisdarcy.com

John M. August on behalf of Creditor Canon U.S.A., Inc.
jaugust@herrick.com, courtnotices@herrick.com

Zachary J. Bancroft on behalf of Creditor Orlando Magic Ltd
zachary.bancroft@lowndes-law.com

Ian Connor Bifferato on behalf of Defendant Corie Brown
cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com

William Pierce Bowden on behalf of Creditor Morgan Stanley Capital Services Inc.
wbowden@ashby-geddes.com

Gary A Bresee on behalf of Interested Party Travelers
gbresee@bargerwolen.com, jrogers@bargerwolen.com

William R. Brodzinski on behalf of Creditor CRP Holdings C, L.P., a Delaware limited liability company
wbrodzinski@mrvlaw.com

William E. Callahan, Jr. on behalf of Creditor De Lage Landen Financial Services, Inc.
william.callahan@leclairryan.com, kim.doss-knicely@leclairryan.com

Paul J. Catanese on behalf of Creditor The Nielsen Company (US) LLC
pcatanese@mcguirewoods.com

William E. Chipman on behalf of Interested Party Barclays Bank PLC
chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, cdfricke@vorys.com

Kevin G. Collins on behalf of Attorney Bifferato LLC
kcollins@bifferato.com

Mark D. Collins on behalf of Interested Party JPMorgan Chase Bank, N.A.
collins@RLF.com, rbgroup@rlf.com

Andrew S. Conway on behalf of Creditor Taubman Landlords
Aconway@taubman.com

L. Jason Cornell on behalf of Creditor E. Michael Gutman, MD
jcornell@foxrothschild.com, dkemp@foxrothschild.com;vfrew@foxrothschild.com

Angie M. Cowan on behalf of Interested Party Inernational Association of Machinists Local 126 ("IAM Local 126")
cowan@ask-attorneys.com

John D. Demmy on behalf of Creditor The Connecticut Light and Power Company
jdd@stevenslee.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Caroline R. Djang on behalf of Creditor LIT Finance, LP
crd@jmbm.com

Margaret Fleming England on behalf of Creditor The Nielsen Company (US) LLC
mengland@eckertseamans.com

Brian G. Esders on behalf of Creditor Truck Drivers & Helpers Local 355 and Health & Welfare Fund & Truck Drivers and Helpers Local 355 Pension Fund
besders@abato.com

Justin Cory Falgowski on behalf of Attorney Reed Smith LLP
jfalgowski@reedsmith.com, jfalgowski@reedsmith.com

Sherry Ruggiero Fallon on behalf of Interested Party Bedford Motor Service, Inc.
sfallon@trplaw.com

Mark E. Felger on behalf of Creditor Twentieth Television, Inc.
mfelger@cozen.com, mmillis@cozen.com

Adolph F. Fellmeth on behalf of Creditor Anton/Bauer
fred.fellmeth@vitecgroup.com

John V. Fiorella on behalf of Creditor Navistar Financial Corp
jfiorella@archerlaw.com

Heather Marie Fossen Forrest on behalf of Creditor Constellation NewEnergy, Inc.
hforrest@jw.com

Joseph D. Frank on behalf of Creditor Jones Lang LaSalle Americas (Illinois), L.P.
jfrank@fgllp.com,
ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com

Patrick Theodore Garvey on behalf of Debtor Tribune Company
garveyp@jbltd.com, danelskis@jbltd.com

Yonatan Gelblum on behalf of Creditor Internal Revenue Service
yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov

Scott Golden on behalf of Interested Party Abitibi Bowater, Inc.
sagolden@hhlaw.com

Donald L. Gouge on behalf of Interested Party International Brotherhood of Electrical Workers AFL-CIO Local 4
dgouge@gougelaw.com, lmartin@gougelaw.com

Michael A. Henry on behalf of Debtor Tribune Company
mhenry@grossmcginley.com

R. Karl Hill on behalf of Creditor Banc of America Leasing & Capital, LLC
khill@svglaw.com, cday@svglaw.com

Adam Hiller on behalf of Interested Party The Retirement Claimants
adamh@drapgold.com

Jennifer R. Hoover on behalf of Creditor Wilmington Trust Company

jhoover@beneschlaw.com,
bankruptcy@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;svandyk@

Joseph H. Huston on behalf of Interested Party CF 4242 Bryn Mawr LLC
jhh@stevenslee.com

Ericka Fredricks Johnson on behalf of Interested Party Zurich American Insurance Company
erjohnson@wcsr.com

Susan E. Kaufman on behalf of Interested Party International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW")
skaufman@coochtaylor.com

William M. Kelleher on behalf of Interested Party Corestaff Services, L.P.
wkelleher@gfmlaw.com

Bryan Krakauer on behalf of Debtor Tribune Company
bkrakauer@sidley.com

Adam G. Landis on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
landis@lrclaw.com,
girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com

Neil Raymond Lapinski on behalf of Interested Party Allen Francisco
nrl@elliottgreenleaf.com

George T. Lees, III on behalf of Creditor Schur Packaging Systems, Inc.
glees@rawle.com

Robert W. Mallard on behalf of Creditor Agfa Corporation
mallard.robert@dorsey.com

Julie A. Manning on behalf of Creditor United HealthCare Insurance Company
bankruptcy@goodwin.com

Katharine L. Mayer on behalf of Creditor Deutsche Bank Trust Company Americas
kmayer@mccarter.com

Frank F. McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Matthew B. McGuire on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com

Michelle McMahon on behalf of Creditor CWA/ITV Negotiated Pension Plan
michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Rachel B. Mersky on behalf of Interested Party bkm 3128 Redhill, LLC
rmersky@monlaw.com

George R. Mesires on behalf of Interested Party KTR South Florida LLC
george.mesires@bfkn.com

Maria Ann Milano on behalf of Creditor Microsoft Corporation
mmilano@riddellwilliams.com

Curtis S. Miller on behalf of Creditor Comcast Cable Communications, LLC
cmiller@mnat.com

Cynthia E. Moh on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
moh@lrclaw.com, girello@lrclaw.com

Carol E. Momjian on behalf of Creditor PA Department of Revenue
cmomjian@attorneygeneral.gov

Sheryl L. Moreau on behalf of Creditor Missouri Department of Revenue
deecf@dor.mo.gov

Adam Scott Moskowitz on behalf of Creditor ASM Capital III, L.P.
asmcapital@aol.com

Kerri K Mumford on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com

Jami B. Nimeroff on behalf of Interested Party NBC Universal, Inc.
jnimeroff@bsnlawyers.com

Edward Patrick O'Brien on behalf of Creditor SLG 200 News Owner LLC
eobrien@sbchlaw.com

Mona A. Parikh on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
parikh@lrclaw.com, dero@lrclaw.com

Norman L. Pernick on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com

Dana S. Plon on behalf of Creditor Unisys Corporation
dplon@sirlinlaw.com

Leigh-Anne M. Raport on behalf of Interested Party PPF OFF Two Park Avenue Owner, LLC
raportl@pepperlaw.com, lanoc@pepperlaw.com

Patrick J. Reilley on behalf of Debtor Tribune Company
preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

Jeffrey N. Rich on behalf of Interested Party GreatBanc Trust Company
jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com

Fred B. Ringel on behalf of Creditor Galleria Operating Co LLC
fbr@robinsonbrog.com

Frederick Brian Rosner on behalf of Interested Party Intelsat Corporation
frosner@mrs-law.com, frosner@mrs-law.com

Sommer Leigh Ross on behalf of Creditor Sony Pictures Television
slross@duanemorris.com

Elaine M Seid on behalf of Creditor Diablo Investment Co.
emseid@mstpartners.com

Joseph Emil Shickich on behalf of Creditor Microsoft Corporation
jshickich@riddellwilliams.com

Laurie Selber Silverstein on behalf of Creditor Merrill Lynch Capital Corporation, as Administrative Agent
bankruptcy@potteranderson.com

Christopher Page Simon on behalf of Interested Party Washington-Baltimore Newspaper Guild, Local 32035, TNG-CWA
csimon@crosslaw.com

Wayne M. Smith on behalf of Interested Party Warner Bros. Television Distribution, Inc.
wayne.smith@warnerbros.com

Patricia K. Smoots on behalf of Creditor The Nielsen Company (US) LLC
psmoots@mcguirewoods.com

James E. Sorenson on behalf of Creditor Florida Self-Insurers Guaranty Association, Inc.
jsorenson@wggdlaw.com, bk@wggdlaw.com

J. Kate Stickles on behalf of Attorney Cole, Schotz, Meisel, Forman & Leonard, P.A.
kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com

J. Kate Stickles on behalf of Debtor Tribune Company
kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com

William David Sullivan on behalf of Creditor Diablo Investment Co.

bsullivan@sha-llc.com,
ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com

Jay Teitelbaum on behalf of Creditor Mark Willes
jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
jdthompson@poynerspruill.com

Edward J. Tredinnick on behalf of Creditor Catellus Development Corporation
etredinnick@greeneradovsky.com

Matthew J. Troy on behalf of Creditor UNITED STATES OF AMERICA
matthew.troy@usdoj.gov

United States Trustee
USTPREGION03.WL.ECF@USDOJ.GOV

Deborah Waldmeir on behalf of Creditor State of Michigan, Department of Treasury
waldmeird@michigan.gov, gamep@michigan.gov

Pamela K. Webster on behalf of Creditor Sony Pictures Television
pwebster@buchalter.com

Helen Elizabeth Weller on behalf of Creditor Dallas County
dallas.bankruptcy@publicans.com

William Douglas White on behalf of Creditor Delmarva Power & Light Company
wdw@mccarthywhite.com

Eric R. Wilson on behalf of Creditor TeleRep, LLC
KDWBankruptcyDepartment@kelleydrye.com

Jeffrey C. Wisler on behalf of Creditor CapitalSource Finance LLC and DMD Special Situations Funding LLC
jwisler@cblh.com

Etta Rena Wolfe on behalf of Creditor Faggio, Andrew and Jennifer Faggio, his wife
erw@skfdelaware.com

Rafael Xavier Zahralddin-Aravena on behalf of Interested Party Jon Van Senus, by and through his guardian ad litem, Neala Olson
rxza@elliottgreenleaf.com

/s/ Yonatan Gelblum<br>Yonatan Gelblum