# EXHIBIT A

| | |
|---|---|
| 1 | **CALLAHAN & BLAINE** |
| | A Professional Law Corporation |
| 2 | Daniel J. Callahan (Bar No. 91490) |
| | Sarah C. Serpa (Bar No. 196127) |
| 3 | 3 Hutton Centre Drive, Suite 900 |
| | Santa Ana, California 92707 |
| 4 | Ph:  (714) 241-4444 |
| | Fax: (714) 241-4445 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | JON ROBERT VAN SENUS by and through his guardian ad litem NEALA OLSON |

**FILED**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

**APR 0 5 2007**

ALAN SLATER, Clerk of the Court

BY:___G. GALON___, DEPUTY

7

**SUPERIOR COURT OF CALIFORNIA**

8

**COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

9

| | | |
|---|---|---|
| 10 | JON ROBERT VAN SENUS by and through his guardian ad litem, NEALA OLSON, | ) ) **CASE NO. 07CC04639** |
| 11 | | ) |
| 12 | Plaintiff, | ) **JUDGE JAMOA MOBERLY** ) **DEPT. C7** |
| 13 | v. | ) **COMPLAINT FOR :** ) |
| 14 | LOS ANGELES TIMES | ) 1.   **NEGLIGENCE;** |
| | COMMUNICATIONS LLC, dba LOS | ) 2.   **NEGLIGENCE-RESPONDEAT** |
| 15 | ANGELES TIMES, a limited liability | ) **SUPERIOR;** |
| | company; TAI VO, individually and dba as DM | ) 3.   **NEGLIGENT HIRING/RETENTION** |
| 16 | DISTRIBUTION; THOMAS TRONG NGO, | ) |
| | an individual; and DOES 1 through 50, | ) |
| 17 | inclusive, | ) |
| | | ) **DEMAND FOR JURY TRIAL** |
| 18 | Defendants. | ) |
| 19 | | |

20

    **COMES NOW**, Plaintiff, JON ROBERT VAN SENUS, by and through his guardian

21

ad litem, NEALA OLSON, and complains against Defendants, LOS ANGELES TIMES

22

COMMUNICATIONS LLC, dba LOS ANGELES TIMES; TAI VO, individually, and dba as DM

23

DISTRIBUTION; THOMAS TRONG NGO, an individual; and DOES 1 through 50, inclusive, as

24

follows:

25

26

27

28

COMPLAINT

1

## GENERAL ALLEGATIONS

2

3    1.    Plaintiff, JON ROBERT VAN SENUS, is an incompetent adult hospitalized

4  in the City of Santa Ana, County of Orange, State of California.

5

6    2.    Guardian ad litem for Plaintiff, JON ROBERT VAN SENUS, is his mother,

7  NEALA OLSON, an individual residing in the City of Port Charlotte, County of Charlotte, State of

8  Florida.

9

10    3.    Plaintiff is informed and believes and based thereon alleges that Defendant,

11  LOS ANGELES TIMES COMMUNICATIONS LLC dba LOS ANGELES TIMES (hereinafter

12  "L.A. TIMES"), is a limited liability company authorized to do business in the County of Orange,

13  State of California.

14

15    4.    Plaintiff is informed and believes and based thereon alleges that Defendant,

16  TAI VO (hereinafter "VO"), is an individual, dba as DM DISTRIBUTION, doing business in the

17  County of Orange, State of California.

18

19    5.    Plaintiff is informed and believes and based thereon alleges that Defendant,

20  THOMAS TRONG NGO (hereinafter, "NGO"), is an individual whose residence is in the City of

21  Santa Ana, County of Orange, State of California.

22

23    6.    Plaintiff is informed and believes and based thereon alleges that at all times

24  mentioned  herein, Defendant, VO, was an employee and/or agent of the L.A. TIMES.

25

26    7.    Plaintiff is informed and believes and based thereon alleges that at all times

27  mentioned herein, Defendant, NGO, was an employee and/or agent of VO and of the L.A. TIMES.

28

2                                                    COMPLAINT

1    8.    Plaintiff is informed and believes and based thereon alleges that at all times

2  herein, Defendant, NGO, was the lawful registered owner of a 1991 Toyota Previa Van, VIN No.

3  JT3AC12RXM0063968, bearing California license number 5PMU366.

4

5    9.    Plaintiff is ignorant of the true names and capacities of Defendants sued in

6  this Complaint as DOES 1 through 50, inclusive, and therefore Plaintiff sues these Defendants by

7  these fictitious names.  Plaintiff is informed and believes and thereon alleges that each of the

8  Defendants designated herein as a DOE are negligently, carelessly and tortuously responsible in

9  some manner for the events and happenings herein referred to and proximately caused injury and

10  damages to Plaintiff as herein alleged. Plaintiff will amend this Complaint to allege their true names

11  and capacities when ascertained.

12

13    10.    Plaintiff is informed and believes and upon such information and belief

14  alleges that at all times herein mentioned that each named Defendant, and Defendants DOES 1

15  through 50, inclusive, and each of them, were the agents, servants, employees and assistants of each

16  remaining Defendant, and in doing the things alleged in this Complaint, were acting within the

17  course, scope, purpose and authority of said agency and employment.

18

19    11.    All events relevant to this dispute and all damages suffered as a result thereof

20  occurred in the County of Orange, State of California.

21

22    **FIRST CAUSE OF ACTION**

23    **(Negligence against all Defendants, and DOES 1 through 50, Inclusive, and each of them)**

24

25    12.    Plaintiff realleges, and incorporates by reference herein, the allegations

26  contained in paragraphs 1 through 11 as though fully set forth at length herein.

27

28

3                              COMPLAINT

1      13.    On March 7, 2007, at approximately 5:30 a.m., *Plaintiff*, JON ROBERT VAN

2   SENUS, was riding his bicycle in a legal and careful manner within the Northbound bicycle lane

3   located adjacent to Dover Drive, North of the intersection with Cliff Drive, heading Northbound, in

4   the City of Newport Beach.

5

6      14.    At that time and place, Defendants, L.A. TIMES, VO, NGO and DOES 1

7   through 50, inclusive, and each of them, so negligently and carelessly owned, operated, maintained,

8   entrusted, managed, drove, and controlled the 1991 Toyota Previa Van, VIN No.

9   JT3AC12RXM0063968, bearing California license number 5PMU366, so as to strike Plaintiff, JON

10  ROBERT VAN SENUS, and his bicycle and to legally and proximately cause the personal injuries

11  described in this Complaint.

12

13     15.    At the moment immediately prior to the collision, Defendants, NGO, and

14  DOES 1 through 50, inclusive, and each of them, while acting as an agent and/or employee of

15  Defendants, L.A. TIMES, VO, and DOES 1 through 50, inclusive, and each of them, were traveling

16  Northbound on Dover Drive while delivering L.A. TIMES newspapers upon the driving route

17  usually and customarily personally operated by NGO. As Plaintiff, JON ROBERT VAN SENUS,

18  was traveling Northbound within the bicycle lane adjacent to Dover Drive, Defendant, NGO, and

19  DOES 1 through 50, inclusive, and each of them, veered into the Northbound bicycle lane and struck

20  Plaintiff, JON ROBERT VAN SENUS and his bicycle.

21

22     16.    As a proximate result of the negligence of all the Defendants, and DOES 1

23  through 50, inclusive, and each of them, Defendants, NGO, and DOES 1 through 50, inclusive, and

24  each of them, violently collided into Plaintiff, JON ROBERT VAN SENUS, while riding his bicycle,

25  causing him to sustain severe personal injuries to various parts of his body, and primarily, his head.

26

27

28

4                                                    COMPLAINT

1          17.    As a direct and legal result of the negligence of all the Defendants, and DOES

2   1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS, was hurt and

3   injured in his health, strength, and activity, sustaining injury to his nervous system and person, all of

4   which injuries have caused, and continue to cause, Plaintiff, JON ROBERT VAN SENUS, to be in a

5   coma at this time and to suffer great mental, physical, emotional, and nervous pain and suffering.

6   Plaintiff is informed and believes and based on this information and belief alleges that these injuries

7   will result in permanent disability to Plaintiff, JON ROBERT VAN SENUS. As a result of these

8   injuries, Plaintiff, JON ROBERT VAN SENUS, has suffered general damages in an amount which

9   will be proven according to proof at trial.

10

11          18.    As a further proximate result of the acts of all the Defendants, and DOES 1

12   through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS, has incurred, and

13   will continue to incur, medical and related expenses. The full amount of these expenses is not

14   known at this time. Plaintiff, JON ROBERT VAN SENUS, will move to amend this Complaint to

15   state the amount when it becomes known to him.

16

17          19.    As a further direct and legal result of the negligence of all the Defendants, and

18   DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS', bicycle

19   and other personal property was significantly damaged, all to Plaintiff, JON ROBERT VAN

20   SENUS', damage in an amount as yet unascertained, but which will be established according to

21   proof.

22

23                            **SECOND CAUSE OF ACTION**

24   **(Negligence - Respondeat Superior against Defendants L.A. TIMES, VO, and Does 1 through**

25                           **50, Inclusive, and each of them)**

26

27          20.    Plaintiff realleges, and incorporates by reference herein, the allegations

28   contained in paragraphs 1 through 19 as though fully set forth at length herein.

5

1           21.     At all times herein mentioned, Defendant, NGO, and DOES 1 through

2   50, inclusive, and each of them, were the agent and/or employee of Defendants, L.A. TIMES, VO,

3   and DOES 1 through 50, inclusive, and each of them, and in doing the acts herein, Defendants,

4   NGO, and DOES 1 through 50, inclusive, and each of them, were acting within the course and scope

5   of their authority as agent and/or employee, and in the regular course of business of the agency

6   and/or employment. Defendants, L.A. TIMES, VO, and DOES 1 through 50, inclusive, and each of

7   them, are therefore liable to Plaintiff for the acts of Defendants, NGO, and DOES 1 through 50,

8   inclusive, and each of them.

9

10          22.     At all times herein mentioned, Defendant, VO, and DOES 1 through 50,

11   inclusive, and each of them, were the agent and/or employee of Defendants, L.A. TIMES and DOES

12   1 through 50, inclusive, and each of them, and in doing the acts herein, Defendants, VO and DOES 1

13   through 50, inclusive, and each of them, were acting within the course and scope of their authority as

14   agent and/or employee, and in the regular course of business of the agency and/or employment.

15   Defendants, L.A. TIMES, VO, and DOES 1 through 50, inclusive, and each of them, are therefore

16   liable to Plaintiff for the acts of Defendants, NGO, and DOES 1 through 50, inclusive, and each of

17   them.

18

19          23.     As a proximate result of the negligence of the Defendants, L.A. TIMES, VO,

20   NGO, and DOES 1 through 50, inclusive, and each of them, Defendants, NGO and DOES 1 through

21   50, inclusive, and each of them, violently collided into Plaintiff, JON ROBERT VAN SENUS, while

22   riding his bicycle, causing him to sustain severe personal injuries to various parts of his body, and

23   primarily to his head.

24

25          24.     As a direct and legal result of the negligence of the Defendants, L.A. TIMES,

26   VO, NGO, and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN

27   SENUS, was hurt and injured in his health, strength, and activity, sustaining injury to his nervous

28   system and person, all of which injuries have caused, and continue to cause, Plaintiff, JON ROBERT

COMPLAINT

1 | VAN SENUS, to be in a coma at this time and to suffer great mental, physical, emotional, and

2 | nervous pain and suffering. Plaintiff is informed and believes and based on this information and

3 | belief alleges that these injuries will result in permanent disability to Plaintiff, JON ROBERT VAN

4 | SENUS. *As a result of these injuries, Plaintiff, JON ROBERT VAN SENUS, has suffered general*

5 | *damages in an amount which will be proven according to proof at trial.*

6 |

7 |          25.    As a further proximate result of the acts of Defendants, L.A. TIMES, VO,

8 | NGO, and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS,

9 | has incurred, and will continue to incur, medical and related expenses. The full amount of these

10 | expenses is not known at this time. Plaintiff, JON ROBERT VAN SENUS, will move to amend this

11 | Complaint to state the amount when it becomes known to him.

12 |

13 |          26.    As a further direct and legal result of the negligence of Defendants, L.A.

14 | TIMES, VO, NGO, and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT

15 | VAN SENUS', bicycle and other personal property was significantly damaged, all to Plaintiff, JON

16 | ROBERT VAN SENUS', damage in an amount as yet unascertained, but which will be established

17 | according to proof.

18 |

19 |                              **THIRD CAUSE OF ACTION**

20 |      **(Negligence Hiring/Retention of Unfit Employee against Defendants L.A. TIMES, VO,**

21 |                   **and DOES 1 through 50, Inclusive, and each of them)**

22 |

23 |          27.    Plaintiff realleges, and incorporates by reference herein, the allegations

24 | contained in paragraphs 1 through 26 as though fully set forth at length herein.

25 |

26 |          28.    Plaintiff is informed and believes and upon such information and belief

27 |

28 |

7

COMPLAINT

1  alleges that Defendants L.A. TIMES, VO, and DOES 1 through 50, inclusive, and each of them,

2  negligently hired, trained, instructed, directed and/or retained Defendants, NGO, and Does 1 through

3  50, inclusive, and each of them, as a newspaper carrier.

4

5          29.    Plaintiff is informed and believes and upon such information and belief

6  alleges that at all times mentioned herein, Defendants, NGO, and Does 1 through 50, inclusive, and

7  each of them, exhibited repeated dangerous and reckless driving habits, and that such dangerous and

8  reckless driving habits created a foreseeable risk of injury to persons such as Plaintiff, JON

9  ROBERT VAN SENUS.

10

11          30.    Plaintiff is informed and believes and upon such information and belief

12  alleges that Defendants, L.A. TIMES, VO, and DOES 1 through 50, inclusive, and each of them,

13  knew or should have known of the dangerous and reckless driving habits of Defendants, NGO, and

14  Does 1 through 50, inclusive, and each of them.

15

16          31.    As a proximate result of the negligence of Defendants, L.A. TIMES, VO,

17  and DOES 1 through 50, inclusive, and each of them, Defendants, NGO, and Does 1 through 50,

18  inclusive, and each of them, violently collided into Plaintiff, JON ROBERT VAN SENUS, while

19  riding his bicycle, causing him to sustain severe personal injuries to various parts of his body and

20  primarily his head.

21

22          32.    As a direct and legal result of the negligence of Defendants, L.A. TIMES, VO,

23  and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS, is in a

24  coma and was hurt and injured in his health, strength, and activity, sustaining injury to his nervous

25  system and person, all of which injuries have caused, and continue to cause, Plaintiff, JON ROBERT

26  VAN SENUS, great mental, physical, emotional, and nervous pain and suffering. Plaintiff is

27  informed and believes and based on this information and belief alleges that these injuries will result

28  in permanent disability to Plaintiff, JON ROBERT VAN SENUS. As a result of these injuries,

8

COMPLAINT

1  Plaintiff, JON ROBERT VAN SENUS, has suffered general damages in an amount which will be

2  proven according to proof at trial.

3

4          33.     As a further proximate result of the acts of Defendants, L.A. TIMES, VO,

5  and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN SENUS, has

6  incurred, and will continue to incur, medical and related expenses. The full amount of these

7  expenses is not known at this time. Plaintiff, JON ROBERT VAN SENUS, will move to amend this

8  Complaint to state the amount when it becomes known to him.

9

10         34.     As a further direct and legal result of the negligence of Defendants, L.A.

11  TIMES, VO, and DOES 1 through 50, inclusive, and each of them, Plaintiff, JON ROBERT VAN

12  SENUS', bicycle and other personal property was significantly damaged, all to Plaintiff, JON

13  ROBERT VAN SENUS', damage in an amount as yet unascertained, but which will be established

14  according to proof.

15

16      **WHEREFORE**, Plaintiff, JON ROBERT VAN SENUS, by and through his guardian ad

17  litem, NEALA OLSON, pray for judgment as follows:

18

19                  **ON THE FIRST CAUSE OF ACTION**

20      1.      For general damages in an amount according to proof;

21      2.      For special damages according to proof, including but not limited to all

22  medical and related expenses, and property damage in an amount according to proof;

23

24                  **ON THE SECOND CAUSE OF ACTION**

25      1.      For general damages in an amount according to proof;

26      2.      For special damages according to proof, including but not limited to all

27  medical and related expenses, and property damage in an amount according to proof;

28

9                                        COMPLAINT

1

## ON THE THIRD CAUSE OF ACTION

2        1.     For general damages in an amount according to proof;

3        2.     · For special damages according to proof, including but not limited to all

4 medical and related expenses, and property damage in an amount according to proof;

5

## ON ALL CAUSES OF ACTION

7        1.     For all costs of suit incurred herein;

8        2.     For such other and further relief as this Court may deem just and proper.

9

10 Dated: April 4, 2007            **CALLAHAN & BLAINE**

11

12                 By:

13                     Sarah C. Serpa

14                 Attorneys for Plaintiff,
JON ROBERT VAN SENUS by and through his
guardian ad litem, NEALA OLSON

15

16

## DEMAND FOR JURY TRIAL

17

18        Plaintiff, JON ROBERT VAN SENUS, by and through his guardian ad litem,

19 NEALA OLSON, hereby demand a jury trial in the above-captioned matter.

20

21 Dated: April 4, 2007            **CALLAHAN & BLAINE**

22

23                 By:

24                     Sarah C. Serpa

25                 Attorneys for Plaintiff,
JON ROBERT VAN SENUS by and through his
guardian ad litem, NEALA OLSON

26

27

28 G:\2793\2793-02\Pleadings\Complaint.wpd

                 COMPLAINT

GG

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 0 5 2007

ALAN SLATER, Clerk of the Court
G. Dylan
BY G. GALON

**CALLAHAN & BLAINE**
A Professional Law Corporation
Daniel J. Callahan (Bar No. 91490)
Sarah C. Serpa (Bar No. 196127)
3 Hutton Centre Drive, Suite 900
Santa Ana, California 92707
Ph:   (714) 241-4444
Fax: (714) 241-4445

Attorneys for Plaintiff
JON ROBERT VAN SENUS by and through his guardian ad litem NEALA OLSON

GG

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

| | |
|---|---|
| JON ROBERT VAN SENUS by and through his guardian ad litem, NEALA OLSON,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES TIMES COMMUNICATIONS LLC, dba LOS ANGELES TIMES, a limited liability company; TAI VO, individually and dba as DM DISTRIBUTION; THOMAS TRONG NGO, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.  **07CC04639**<br><br>**JUDGE JAMOA MOBERLY**<br>**DEPT. C7**<br><br>COMPLAINT FOR :<br><br>1.   **NEGLIGENCE;**<br>2.   **NEGLIGENCE-RESPONDEAT**<br>      **SUPERIOR;**<br>3.   **NEGLIGENT HIRING/RETENTION**<br><br>**DEMAND FOR JURY TRIAL** |

        COMES NOW, Plaintiff, JON ROBERT VAN SENUS, by and through his guardian

ad litem, NEALA OLSON, and complains against Defendants, LOS ANGELES TIMES

COMMUNICATIONS LLC, dba LOS ANGELES TIMES; TAI VO, individually, and dba as DM

DISTRIBUTION; THOMAS TRONG NGO, an individual; and DOES 1 through 50, inclusive, as

follows:

01070025639          SENUS
07CC04639            LOS ANGELES TIMES

UF  UNLIMITED CVL FILING; D          320.00
GB  45A01 04/05/2007 14:27 PAID CHK/

Summons Not Issued, Pending G.A.L.

1                                                    COMPLAINT