# Exhibit F

1 counsel for Van Senus in just a moment, but wanted to provide

2 just a brief background for the Court about this motion and the

3 debtors' agreement with respect to entering into an agreed

4 order with respect to the motion.

5 　　　　　THE COURT:  All right.

6 　　　　　MR. KANSA:  The motion -- this particular motion to

7 lift the stay is unusual in that this relates to a prepetition

8 settlement that is fully liquidated, and where two of the

9 debtors' insurers have agreed already to pay certain amounts to

10 settle the underlying claim.

11 　　　　　The debtors and Zurich had initially objected to the

12 relief requested on -- for a number of reasons, and were really

13 looking to extend the time in which the parties could try and

14 resolve and work out an agreed order.  We have been able to do

15 that.  And the key element of being able to do that from the

16 perspective of the debtors has been that our understanding is

17 that this results in no net immediate economic impact on the

18 debtors' estates.

19 　　　　　Pursuant to the form of proposed order, Zurich will

20 make a payment to the claimant of $2.4 million.  The insurer

21 sitting above them, Travelers, will make a payment to the

22 claimant of $3 million.

23 　　　　　The issues relating to the remaining 600,000 of the

24 settlement amount, which relates to the unexhausted deductible

25 amount relating to this claim, those will be put essentially in

1  this is a different and -- and -- significantly different lift

2  stay motion than the others that were filed.  And we will work

3  with the debtors to move forward with respect to the other lift

4  stay motions and the -- a global approach, if you will, to any

5  other personal injury or other claimants that file lift stay

6  motions and other claims against the estates.

7          THE COURT:  Thank you.  Does anyone else care to be

8  heard?

9          MR. WAXMAN:  Good afternoon, Your Honor.  Jeff Waxman

10  of Morris James on behalf of Zurich.

11          Your Honor, the order that's been presented is the

12  subject of significant negotiations between the parties, and

13  Zurich consents to the entry of the order.

14          THE COURT:  All right.  Thank you.

15          MR. WAXMAN:  Thank you.

16          THE COURT:  Anyone else care to be heard?

17          MR. BRESEE:  Your Honor?

18          THE COURT:  Yes.

19          MR. BRESEE:  This is Gary Bresee representing

20  Travelers.

21          THE COURT:  Yes.

22          MR. BRESEE:  And the latest version of the order as

23  worded was fine with us, as well.

24          THE COURT:  All right.  Thank you.

25          Anyone else care to be heard?