# Exhibit G

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: TRIBUNE COMPANY, et al., <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO. 08-13141 (KJC) <br><br> (Jointly Administered) |

### AFFIDAVIT

I, Neala Olson, being duly sworn according to law, hereby depose and say:

1. My name is Neala Olson, and I am over 21 years of age and otherwise competent to testify.

2. I am the mother of, conservator for, and *guardian ad litem* for Jon Van Senus and I have personal knowledge of the facts contained in this Affidavit.

3. Jon Van Senus has a severe brain injury which requires that he receive medical care and supervision twenty-four hours a day. The room and board expense for Mr. Van Senus is $12,000 per month, not including doctor visits, psychiatric care, dental care, vision care, and personal expenses. Mr. Van Senus visits me at my home which is good for his general morale. When he visits, I must pay for all of his expenditures. The monthly medical costs for Mr. Van Senus, including dental care, physical therapies, general check-ups and several emergency room visits after falls are currently approximately $1,000 per month. The monthly incidental expenses for Mr. Van Senus, including food, clothing, transportation, and toiletries are currently approximately $1,600 per month. These figures do not include larger expected costs for hospitalizations. These figures also do not include costs should Mr. Van Senus' condition deteriorate. If he begins to deteriorate, all of the above figures would have to be adjusted upward.

4. Mr. Van Senus currently receives a monthly income from annuities purchased

purchased through Hartford Comprehensive Employee Benefit Service Company, Met Life Tower Resources Group, Inc., and John Hancock Assignment Company. These annuities provide $10,420 per month.

5. A special needs trust has been established to aid in funding the care of Mr. Van Senus. Currently the trust is owed $600,000 under the terms of the settlement. The monthly expenses of $14,600 and the monthly income of $10,420 leaves a shortfall of $4,180, which is rapidly depleting the funds that are supposed to provide for Mr. Van Senus' care for the rest of his life.

6. The regulations regarding special needs trusts provide that the funds from the trust can be used for items and services that will enhance the life of Mr. Van Senus. Such things include computer equipment, other electronics, vacations and visits to relatives who live out-of-state. Without the $600,000, Mr. Van Senus is denied the full extent of benefits he would otherwise be entitled to from the funds within the special needs trust.

7. For the foregoing reasons I am in need of the remaining $600,000 that is still unpaid to fund the current and ongoing financial needs of Mr. Van Senus that are not covered by the monthly annuity payments.

_Neala Olson_ -Guardian ad Litem
Neala Olson
*Guardian ad Litem for Jon Van Senus*

Sworn to and subscribed before me
this 7th day of May, 2009
_____
(Notary Public)
See Attached.

JENNA C. CAREY
Notary Public - State of Florida
My Commission Expires Jun 2, 2012
Commission # DD 794077
Bonded Through National Notary Assn.

**FLORIDA JURAT**                                                                FS 117.05

State of Florida
County of Charlotte

Sworn to (or affirmed) and subscribed before me this 7th day of May, 2009,
by Neala Olson
*Name of Person Swearing or Affirming*

*Signature of Notary Public*
Notary Public – State of Florida

Jenna Carey
*Name of Notary Typed, Printed or Stamped*

☐ Personally Known
☒ Produced Identification

Type of Identification Produced: Florida Drivers License
Serial No. 0425-631-38-598-0
Date of Issuance/Expiration 3.26.04 / 3.18.2011

*[Notary seal: JENNA C. CAREY, Notary Public - State of Florida, My Commission Expires Jun 2, 2012, Commission # DD 794077, Bonded Through National Notary Assn.]*

──────── OPTIONAL ────────

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Affidavit
Document Date: May 7th, 2009           Number of Pages: 3 (Including this form)
Signer(s) Other Than Named Above: None

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2000 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5188    Reorder: Call Toll-Free 1-800-876-6827