# Exhibit H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: TRIBUNE COMPANY, et al., <br><br> Debtors. | CHAPTER 11 <br><br> CASE NO. 08-13141 (KJC) <br><br> (Jointly Administered) |

## AFFIDAVIT

I, Dr. Sharon K. Kawai, being duly sworn according to law, hereby depose and say:

1. My name is Dr. Sharon K. Kawai, and I am over 21 years of age and otherwise competent to testify.

2. I am the Medical Director of Rehabilitation Services of St. Jude Medical Center in Fullerton, California. I have been in this position since 1987.

3. I graduated with a Bachelor of Science Degree, Cum Laude, and a Masters Degree in Psychology of Exceptional Children from Ohio State University. I graduated with Doctor of Medicine degree from the Medical College of Pennsylvania.

4. I am licensed to practice medicine in California, and am Board Certified by the American Board of Physical Medicine and Rehabilitation. I have received numerous commendations for work related to those with disabilities including the Governor's Hall of Fame for People with Disabilities Award, the Governor's Trophy award by the California Governor's Committee for Employment of the Disabled, and the National Rehabilitation Awareness Celebration Award. I have given lectures on life care planning on a national and international level.

5. Jon Van Senus was examined at St. Jude Medical Center on May 8, 2007, the day following Mr. Van Senus' injuries. I subsequently examined Mr. Van Senus in my

office on April 16, 2008.

6. I prepared a life care plan (the "Plan") for Mr. Van Senus in July of 2008, a true and correct copy of which is attached hereto as <u>Exhibit A</u>.

7. As the plan states, there is no reduction in life expectancy for Mr. Van Senus and there are significant, ongoing expenses associated with the care Mr. Van Senus requires. These expenses include: medical care (including necessary medical scans and laboratory work) of physiatrists, orthopedists, neuropsychiatrists, neurologists, gastroenteroligists, and urologists, wheelchair expenses, including maintenance and accessories, a specially equipped van to provide transportation, physical therapy, occupational therapy, speech therapy, medications, nursing care, and housing expenses.

8. Based on the Plan, the lifetime costs for Mr. Van Senus are projected to be $11,304,328.05. This equates to an annual cost of $376,810.94 and a monthly cost of $31,400.92.


_____
Dr. Sharon K. Kawai, M.D.


Sworn to and subscribed before me
this ___7th___ day of May, 2009


_____
Notary Public

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Orange

On May 7, 2009 before me, Melissa A. Tritz,
personally appeared Dr. Sharon K. Kawai

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: Melissa A. [signature]

[Notary Seal: MELISSA A. TRITZ, Commission # 1825577, Notary Public - California, Orange County, My Comm. Expires Dec 31, 2012]

Place Notary Seal Above   Signature of Notary Public

──────── OPTIONAL ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Affidavit

Document Date: May 7, 2009    Number of Pages: 2

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: Dr. Sharon Kawai
- [X] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here
[thumbprint]

Signer's Name: _____
- [ ] Individual
- [ ] Corporate Officer — Title(s): _____
- [ ] Partner — [ ] Limited [ ] General
- [ ] Attorney in Fact
- [ ] Trustee
- [ ] Guardian or Conservator
- [ ] Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# Exhibit A

JVS004808

# LIFE CARE PLAN for VAN SEMUS, JON

Date of Birth: February 28, 1963
Date of Injury: March 7, 2007
Date of Exam at St. Jude Medical Center: May 8, 2007
Follow-up exam at my Fullerton office: April 16, 2008
Date of Completion of Life Care Plan: July 2008

Life Expectancy: No reduction

Prepared by Sharon K. Kawai, M.D.

Bicycle v. truck    March 7, 2007
Left basal ganglia hemorrhage
Significant basal subarachnoid hemorrhage
Intraventricular hemorrhage
Fracture of the second and eight ribs on the right
Metacarpal base fracture on the right
Blunt chest trauma
S/P Tracheostomy and ventilator
SIP gastrostomy tube
Right third nerve palsy
Traumatic brain injury has resulted in severe and permanent cognitive impairment
Frequent episodes of fecal and urinary incontinence
Inappropriate behavior
Severe short term memory impairment with frequent confabulation
Right hemiparesis – mild
Jon requires minimal to moderate cues for his self-care needs and his orientation

SHARON KAWAI MD

Life Care Plan for Van Serus, Jon

## Outpatient Medical Care

| Provider | Purpose | Frequency | Average |
|---|---|---|---|
| Physiatrist | Prescribe DME<br>**Rehab** conferences with PT, OT, and Nursing<br>Prescribe therapies<br>Continued management of **neurocognitive** rehab | Three visits per year *over life expectancy* | **$124 per** visit |
| Orthopedist | Prevention of orthopedic complications<br>Manage **post-traumatic arthritis** | Twenty visits *over life expectancy* | $106 per visit |
| Neuropsychiatrist | Monitor Jan for cognitive dysfunction and behavioral **prn meds** | Three **visits** per year *over life expectancy* | $150 per visit |
| Neuropsychologist | **Perform serial** psychometric tests to evaluate effectiveness of **neurocognitive** rehab | One evaluation every year for three years now **and again** at age 65 | $3,150 per eval |
| Neurologist | Manage breakthrough **seizures** | Two visits per year over life expectancy | $160 per visit |
| Gastroenterologist | Manage **neurogenic** bowel | One visit per year over life expectancy | $150 per visit |
| Urologist | **Manage neurogenic bladder and urinary incontinence** | Two **visits per year** *over life expectancy* | $150 per visit |

JVS004809

07/24/2008  16:54  9494945445  SHARON KAWAI MD  PAGE  03/11

JV004810

## Durable Medical Equipment

Life Care Plan for Van Senus, Jon

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Wheelchair | For safe community mobility and proper positioning/body alignment | Lightweight manual: One every six years until life<br>Power chair: Begin in 10 years<br>Begin now | $2,800 per manual chair<br>$5,800 per power chair |
| W/C maintenance and accessories | Maintain a safe wheelchair | Once per year for each wheelchair (manual power) until life | $400 per year for manual chair<br>$600 per year for power chair |
| Roho cushion | Prevent pressure sores | One cushion per year for each wheelchair | $500 per cushion |
| Single point cane | For safe therapeutic ambulation | One every swm years over life expectancy Begin now | $95 per cane |
| TENS unit | To decrease pain from post-traumatic arthritis | One unit every five years over life Begin in 5 years | $580 per device |
| Stationary Recumbent Bike | For cardiopulmonary wellness | One unit every six years over life Start now | $475 per device |
| Personal digital assistant | To compensate for memory deficits | One unit every four years over life Start now | $450 per device |

Page 3

Life Care Plan for Van Serus, Jon

## Diagnostic Testing

| Test | Purpose | Frequency | Cost per test |
|---|---|---|---|
| Routine blood chemistries | Evaluate and maintain nutritional status/ electrolyte balance / **medication levels** | Three **times** per year until life expectancy | Comprehensive **metabolic panel:** $250 |
| EEG | **To** diagnose breakthrough **seizure activity** | One EEG every six years **until** life expectancy | $575 per EEG |
| Radiological testing of spine | Monitoring **post-traumatic** arthritic changes | **Once every five years** until life expectancy | $380 per film set |
| CT of spine | Monitor post-traumatic arthritic changes | **Three CT's until life expectancy** | $390 per CT |
| Radiological testing of extremities | Evaluate anticipated injuries from falls | One set of films every five years **until life expectancy** | $500 per set |
| EMG/NCS | Diagnose pain **from anticipated arthritis** | Three **procedures** until life expectancy | $900 to $1,000 per procedure |
| Renal ultrasound | Evaluate urinary incontinence | One study every year over life | **$900 per study** |

Page 4

JVS004811

07/24/2008  16:54  9494945448  SHARON KAWAI MD  PAGE  05/11

JVS004812

Life Care Plan for Van Senus, Jon

## Diagnostic Testing (Cont'd)

| Test | Purpose | Frequency | Cost per test |
|---|---|---|---|
| Urodynamic studies | Evaluate urinary incontinence | Three studies over life | $2,000 per study |
| CT / MRI of brain | Evaluate changes from falls or neurologic changes | Three of each over life | each CT: $1,990 each MRI: $2,500 |

Page 5

Life Care Plan for Van Serus, Jon

## Hospitalizations

| Description | Purpose | Frequency | ELOS | Cost |
|---|---|---|---|---|
| Acute hospitalization for treatment of infections | i.e. respiratory, GI or urologic infections | Expect one episode every three years until life expectancy | 7 to 10 days each episode | $3,500 per hospital day, plus $125 physician/day |
| ER Visits | For emergency care of injuries from falls | Start in ten years<br><br>Six episodes until life expectancy | | $3,500 per ER visit |
| EMS | For one-way transport to ER | Six episodes until life expectancy | | $638 per trip |

JVS004813

07/24/2008 16:54  9494945448  SHARON KAWAIMD  PAGE 07/11

Life Care Plan for Van Senus, Jon

## Therapies

| Therapy | Purpose | Frequency/Date | Cost |
|---|---|---|---|
| **Physical Therapy** | For transition to a home environment | Three visits per week for m e year | $200 per visit |
| Occupational Therapy | For transition to home | Three visits per week for one year | $200 per visit |
| **Speech Therapy** | For transition to home | Three visits per week for one year | $200 per visit |
| Physical Therapy | Re-evaluations | One visit per month until life expectancy Begin in year 2 | $200 per visit |
| Occupational Therapy | Re-evaluations | One visit per month until life expectancy Begin in year 2 | $200 per visit |
| Speech Therapy | Re-evaluations | One visit per month until life expectancy Begin in year 2 | $200 per visit |

Page 7

JVS004814

07/24/2008 16:54   9494945448   SHARON KAWAIMD   PAGE 08/11

Plan for Van Senus

Other Services

| Service | Purpose | Frequency | Dates | Cost |
|---|---|---|---|---|
| LPN | Provide supervision with gait and self-care<br>Provide verbal cues for patient's self-care<br>Provide transportation<br>Provide assistance with home exercise program<br>Administer medications<br>Monitor for seizures<br>Provide safe environment | 24 hours per session | Seven days per week | From now over life expectancy | $30 per hour |
| Homemaker | Provide meals<br>Perform housekeeping | Eight hours per day | Seven days per week | From now over life expectancy | $25 per hour |
| RN visits | Supervise LPN | | | One visit every two weeks now over life | $76 per visit |

Page 8

JVS004815

07/24/2008 16:54 9494945448 SHARON KAWAIMD PAGE 09/11

Life Care Plan for Van Senus, Jon

## Other Equipments

| Description | Purpose | Frequency | Cost per item |
|---|---|---|---|
| Van with wheelchair conversion | For transportation in his wheelchair | Once every six years until life expectancy Start now | $29,000 for conversion |
| Hospital bed with air mattress | | Replace every six years over life expectancy Replace mattress every two years until le Start now | $5,000 per bed $3,000 per mattress |
| Home modification | For wheelchair access | One time cost | $75,000 - $90,000 |

Page 9

JVS004816

07/24/2008 16:54  9494945448  SHARON KAWAIMD  PAGE 10/11

**Medications**

Psychometric meds
Stool softener
Bladder meds — $3,000 - $4,000 per year now over life

Resources:

Medtronics
Abilities Expo 2008 in Anaheim, California
Physician Fee Schedule
Access Options – Van Conversion
Apria Healthcare
Sammons Preston
Drugstore.com
Maxim Home Health – Saratoga, Florida – Krista – 941-359-0106

Sharon K. Kawai, M.D.
Medical Director
Rehabilitation Services
St. Jude Medical Center
Fullerton, California