IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRIBUNE COMPANIES, et al. | CHAPTER 11 |
| Debtors. | CASE NO. 08-13141 (KJC) |
| | (Jointly Administered) |
| | Re: Docket No. |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, counsel to Jon Van Senus, hereby certify that I caused a copy of the Second Motion of Jon Van Senus, By and Through His Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (without exhibits) to be served on May 8, 2009 on all parties listed on the attached service list. A copy of the Motion with all Exhibits was served on (I) the Debtors; (II) Counsel to the Debtors; (III) the United States Trustee for the District of Delaware; (IV) Counsel to the Official Committee of Unsecured Creditors; (V) Counsel to Zurich Insurance; and (VI) Counsel to Travelers Insurance on May 8, 2009. The 2002 service list was served all Exhibits electronically. Copies of the Exhibits are available upon request.

Dated: May 8, 2009          ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski, Esquire (No. 3645)
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Telephone: 302-384-9400
Facsimile: 302-384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
*Counsel to Jon Van Senus, by and through his guardian ad litem Neala Olson*

| | |
|---|---|
| Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE 19801 | Ellen W. Slights, Esquire<br>U. S. Attorney's Office<br>1201 Market Street, Suite 1100<br>P.O. Box 2046<br>Wilmington, DE 19899-2046 |
| Stuart M. Brown, Esquire<br>William E. Chipman, Jr., Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 | Laurie Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street, PO Box 951<br>Wilmington, DE 19899-0951 |
| Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0511 | R. Karl Hill, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE 19899 |
| Katherine L. Mayer, Esquire<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. Market St., 8th Floor<br>Wilmington, DE 19801 | Joseph H. Huston, Jr., Esquire<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Fl.<br>Wilmington, DE 19801 |

Frederick B. Rosner, Esquire
Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

William E. Callahan, Jr.
Leclairryan, A Professional Corp.
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006-1200

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Internal Revenue Service
844 King Street
Wilmington, DE 19801

James F. Conlan, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Internal Revenue Service
31 Hopkins Plaza
ATTN: Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC  20020

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Brian Trust, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Jeffrey N. Rich, Esquire
Charles R. Smith, Esquire
K & L Gates LLP
599 Lexington Avenue
New York, NY  10022-6030

Charles R. Smith, Esquire
K & L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

| | |
|---|---|
| Matthew J. Troy, Esquire<br>United States Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 | Wayne M. Smith, Esquire<br>Warner Bros. Television Distribution, Inc.<br>4000 Warner Boulevard<br>Building 156, Room 5158<br>Burbank, CA 91522 |
| Pamela Kohlman Webster, Esquire<br>Buchalter Nemer<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017-2457 | Ms. Carolyn Adler<br>Morgan Stanley, Fixed Income<br>1585 Broadway, 2nd Floor<br>New York, NY 10036 |
| Scott A. Golden, Esquire<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 | Thomas V. Askounis, Esquire<br>Askounis & Darcy, PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL 60611 |
| David Adler, Esquire<br>G. Amanda Mallan, Esquire<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 | Colleen E. McManus, Esquire<br>Much Shelist Denenberg Ament & Rubenstein, P.C.<br>191 North Wacker Drive, Ste. 1800<br>Chicago, IL 60606 |
| Kelly Singer, Esquire<br>Squire, Sanders & Dempsey L.L.P.<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, AZ 85004-4498 | Gary A. Bresee<br>Peter J. Felsenfeld<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, CA 94108 |

Paul Rubin, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Ruth Weinstein
Canon U.S.A., Inc.
One Canon Plaza
Lake Success, NY 11042

Stephen B. Selbst, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Babette A. Ceccotti, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY 10017

Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420

Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL 60181

James E. Sorenson, Esquire
D. Tyler Van Leuven, Esquire
Williams, Gautier, Gwynn,
DeLoach & Sorenson, P.A.
PO Box 4128
Tallahassee, FL 32315-4128

Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Fl.
New York, NY 10017

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Anthony Deglomine, III, Vice President
Harris Corporation
1025 W. NASA Boulevard
Mail Stop A-11A
Melbourne, FL 32919

Eric R. Wilson, Esquire
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Frank A. Anderson, Esquire
Cassandra R. Burton, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
Three Barker Avenue, Third Floor
White Plains, NY 10601

Joanne Fungaroli, Esquire
Capital Source Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

David W. Phillips
Leclairryan, A Professional Corp.
Two Penn Plaza East
Newark, NJ 07105

Kathleen N. Reed
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

J. Scott Douglass, Esquire
909 Fannin, Suite 1800
Houston, TX 77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Ms. Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA 90067

Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA 90067

Ira S. Greene, Esquire
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Missouri Department of Revenue
Sheryl L. Moreau, Esquire
PO Box 475
Jefferson City, MO 65105-0475

Susanne M. Mitchell, Esquire
International Union UAW
8000 E. Jefferson Avenue
Detroit, MI 48214

Todd M. Hoepker, Esquire
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL 32802-3311

Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Assistant County Attorney
Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

| | |
|---|---|
| Mike Lynch, Account Resolution<br>Travelers<br>National Accounts<br>One Tower Square, 5MN<br>Hartford, CT 06183-4044 | Frank F. McGinn, Esquire<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| Shawn M. Christianson, Esquire<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Donald R. Furman, Jr., Esquire<br>Furman Gregory LLC<br>75 Federal Street, Ninth Floor<br>Boston, MA 02110 |
| Edward J. Tredinnick, Esquire<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111 | Angie M. Cowan, Esquire<br>Allison, Slutsky & Kennedy, P.C.<br>230 W. Monroe Street, Suite 2600<br>Chicago, IL 60606 |
| Fred Fellmeth, Esquire<br>General Counsel<br>Broadcast Systems Division<br>The Vitec Group plc<br>101 Bilby Road<br>Hackettstown, NJ 07840 | C. B. Blackard, III, Esquire<br>Corporate Counsel<br>Acxiom Corporation<br>301 E. Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033-2000 |
| Mark A. Nitikman, Esquire<br>Virginia P. Croudace, Esquire<br>Croudace & Dietrich LLP<br>4750 Von Karman Avenue<br>Newport Beach, CA 92660 | Michael V. Blumenthal, Esquire<br>Crowell & Moring LLP<br>590 Madison Avenue, 19th Floor<br>New York, NY 10022 |

Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6609

New York, NY 10019
Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive #400
Littleton, CO 80124

Bruce J. Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010

Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Brown Rudnick LLP
Attn: Robert J. Stark, Esquire
Attn: Daniel J. Staval, Esquire
Seven Times Square
New York, NY 10036

David M. Neumann, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Robert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Julie A. Manning, Esquire
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

Joseph E. Shickich, Jr
Maria Ann Milano
Riddell Williams P.S.
1001 – 4th Avenue Suite 4500
Seattle WA 98154-1192

Jacqueiine A. Criswell
Tressler Soderstrom Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 6060-6314

Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland 21043

Sherry Ruggiero Fallon
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899

Brian M. Dougherty
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Fred B. Ringel, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
Attorneys for Galleria Operating Company, LLC
1345 Avenue of the Americas
New York, New York 10105

Paul J. Catanese
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Bryan Cave LLP
Michelle McMahon, Esq.
1290 Avenue of the Americas
New York, New York 10104

Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

CRP Holding C, L.P., A Delaware LLC
c/p Mulherin Rehfeldt & Varchetto, PC
William J. Ulrich, Jr.
William R. Brodzinski
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187

Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLp
Attorneys for Enterprise Garage Corp.
270 Madison Avenue
New York, NY 10016

Ian Connor Bifferato, Esq.
Kevin Collins, Edq.
Bifferato LLC
800 N. King Street Plaza Level
Wilmington, DE 19801

Daniel Feinberg, Esq.
Angelica K. Jongco, Esq.
Nina Wasow, Esq.
Lewis, Feinberg, Lee, Renake Jackson, P. C.
1330 Broadway, Suite 1800
Oakland, CA 94612

Thomas R. Meites, Esq.
Michael M. Mulder, Esq.
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, IL 60603

Phillip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcom Road, Suite 200
Burlingame, CA 94010

Corey Smith Bott
Brian G. Esders
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Balitmore, Maryland 21286

Keith D. Elkins
Caroline R. Djang
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Kenneth Miller, Esquire
Ervin Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Judy D. Thompson, Esquire
Poyner Spruill LLP
301 South College Street, Suite 2300
Charlotte, NC 28202

Zachary J. Bancroft, Esquire
Lowndes, Drosdick, Doster, Kantor and Reed, P.A.
450 S. Orange Avenue, Suite 800 (32801)
P.O. Box 2809
Orlando, FL 32802