# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>**Related to Docket Nos. 1107, 1114, 1120 and 1164**<br>**Hearing Date: May 12, 2009 at 10:00 a.m.** |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTOR TRIBUNE BROADCASTING COMPANY FOR AN ORDER AUTHORIZING ENTRY INTO POSTPETITION STATION AFFILIATION AND RELATED AGREEMENTS WITH THE CW NETWORK, LLC

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

1. On April 29, 2009, the Notice of Motion and Motion of Debtor Tribune Broadcasting Company for an Order Authorizing Entry into Postpetition Station Affiliation and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Agreements with The CW Network, LLC ("the CW") (Docket No. 1107) were filed with the Court.

2. On April 29, 2009, the Joinder of The CW Network, LLC in Motion of Debtor Tribune Broadcasting Company for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC [Re: D.I. 1107] (Docket No. 1114) was filed with the Court.

3. On April 30, 2009, the Debtors filed a Notice of Hearing on Motions (Docket No. 1120) (the "Notice").[2] Pursuant to the Notice, objections, if any, to the Motion were required to have been filed with the Court and served no later than 4:00 p.m. on May 7, 2009 (the "Objection Deadline"). On consent of the parties, the Objection Deadline was extended to May 8, 2009 at 4:00 p.m. for the Official Committee of Unsecured Creditors (the "Committee"). The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned counsel.

4. As a result of discussions with the Committee, the Debtors and the CW made certain revisions to the form of station affiliation agreement and side letter agreement which were attached to the Motion as Exhibit A. The Debtors filed the revisions to Exhibit A with the Court on May 8, 2009 (Docket No. 1164). No revisions were made to the proposed form of order which was attached to the Motion as Exhibit B.

---

[2] On April 30, 2009, the Court entered an Order Shortening the Notice Periods for (I) Debtor Tribune Broadcasting Company's Motion for an Order Authorizing Entry into Postpetition Station Affiliation and Related Agreements with The CW Network, LLC and (II) Joint Motion of Debtor Tribune Broadcasting Company and The CW Network, LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Station Affiliation and Related Agreements [Docket No. 1118].

3

5.   It is hereby respectfully requested that the Court enter the proposed order attached to the Motion was Exhibit B.

Dated: May 11, 2009

                            SIDLEY AUSTIN LLP
                            James F. Conlan
                            Bryan Krakauer
                            Janet E. Henderson
                            Kerriann S. Mills
                            Jillian K. McClelland
                            One South Dearborn Street
                            Chicago, IL 60603
                            Telephone: (312) 853-7000
                            Facsimile: (312) 853-7036

                            -and-

                            COLE, SCHOTZ, MEISEL,
                            FORMAN & LEONARD, P.A.

                            By: /s/ *illegible signature*
                            Norman L. Pernick (No. 2290)
                            J. Kate Stickles (No. 2917)
                            500 Delaware Avenue, Suite 1410
                            Wilmington, DE 19801
                            Telephone: (302) 652-3131
                            Facsimile: (302) 652-3117

                            ATTORNEYS FOR DEBTORS AND
                            DEBTORS IN POSSESSION

46429/0001-5594353v1