**EXHIBIT A**

**(Fee Statement)**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777710

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $29,274.00 |
| Costs incurred and advanced | 172.50 |
| **Current Fees and Costs** | **$29,446.50** |
| **Total Balance Due** | **$29,446.50** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777710

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $29,274.00 |
| Costs incurred and advanced | 172.50 |
| **Current Fees and Costs Due** | **$29,446.50** |
| **Total Balance Due** | **$29,446.50** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address:  0959
    SWIFT Address:  BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777710

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Post-Petition General Matter**　　　　　　　　　　　　　　**$29,274.00**

**B110　Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/05/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/09/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                                    Page 2
75245-00001
Invoice No. 1777710

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 03/12/09 | JBB3 | Supplemental conflict check (.4); review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.50 | 205.00 | 102.50 |
| 03/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1); retrieve and distribute court documents to attorneys (.1) | 0.20 | 205.00 | 41.00 |
| 03/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/25/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |

Tribune Company                                                              Page 3
75245-00001
Invoice No. 1777710

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/26/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/27/09 | ALE | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 260.00 | 26.00 |
| 03/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| 03/31/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (.1) | 0.10 | 205.00 | 20.50 |
| | **Subtotal:  B110   Case Administration** | | **2.70** | | **559.00** |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | RPR | Work on January billing statement (0.6) | 0.60 | 320.00 | 192.00 |
| 03/03/09 | RPR | Review January billing statement (0.9) | 0.90 | 320.00 | 288.00 |
| 03/11/09 | JBB3 | Supplemental conflict check (2.6) | 2.60 | 205.00 | 533.00 |
| 03/11/09 | RPR | Work on February billing statement (1.2) | 1.20 | 320.00 | 384.00 |
| 03/12/09 | CMA3 | Review fee application billing statements for privilege (0.7) | 0.70 | 515.00 | 360.50 |
| 03/12/09 | KDN | Draft responsive email to J. Brown regarding supplemental conflict check information (0.1) | 0.10 | 635.00 | 63.50 |
| 03/13/09 | RPR | Work on February billing statement (0.7) | 0.70 | 320.00 | 224.00 |
| 03/18/09 | RPR | Work on second monthly fee statement (0.9) | 0.90 | 320.00 | 288.00 |

Tribune Company                                                      Page 4
75245-00001
Invoice No. 1777710

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/19/09 | KDN | Telephone call with accounting regarding status of January monthly fee application (0.1); draft email to accounting regarding fee auditor appointment and necessary information (0.1) | 0.20 | 635.00 | 127.00 |
| 03/23/09 | CMA3 | Review February billing statements for privilege and submit to L. Natividad (.2); communicate with K. Steffy regarding same (.2) | 0.40 | 515.00 | 206.00 |
| 03/23/09 | KDN | Draft responsive email to D. Perlman regarding February monthly fee application (0.1) | 0.10 | 635.00 | 63.50 |
| 03/23/09 | KLS3 | Review billing statement report for attorney client privilege (0.8) | 0.80 | 475.00 | 380.00 |
| 03/23/09 | RPR | Work on second monthly fee statement (0.9) | 0.90 | 320.00 | 288.00 |
| 03/24/09 | CMA3 | Review revised monthly fee application (.2); communicate with R. Rosen regarding same (.1); communicate with D. Perlman and K. Newmarch regarding same (.1) | 0.40 | 515.00 | 206.00 |
| 03/24/09 | KDN | Discuss monthly fee application information with C. Auty (0.1) | 0.10 | 635.00 | 63.50 |
| 03/24/09 | RPR | Review February billing statements (2.7) | 2.70 | 320.00 | 864.00 |
| 03/25/09 | CMA3 | Multiple emails with accounting regarding revisions to fee application (.4); communicate with K. Newmarch and R. Rosen regarding same (.2) | 0.60 | 515.00 | 309.00 |
| 03/25/09 | KDN | Discuss monthly fee application information with C. Auty and R. Rosen (0.1) | 0.10 | 635.00 | 63.50 |

Tribune Company                                                    Page 5
75245-00001
Invoice No. 1777710

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/25/09 | RPR | Complete review of February billing statements (1.5); work on second monthly fee application (2.3) and exhibits (1.8); compile and forward same to K. Newmarch for review (0.1) | 5.70 | 320.00 | 1,824.00 |
| 03/26/09 | JBB3 | Supplemental conflict check (.7) | 0.70 | 205.00 | 143.50 |
| 03/26/09 | KDN | Draft responsive e-mail to J. Brown regarding supplemental conflict information (0.1); edit February monthly fee application (0.2); draft e-mail to K. Stickles regarding February monthly fee application (0.1) | 0.40 | 635.00 | 254.00 |
| 03/27/09 | CMA3 | Email to R. Rosen regarding fee application preparation (0.1) | 0.10 | 515.00 | 51.50 |
| 03/27/09 | KDN | Review information from Debtors' counsel regarding fee application; draft e-mail to R. Rosen and C. Auty regarding same (0.1); discuss monthly fee application with R. Rosen (0.1); draft e-mail to Debtors counsel regarding February monthly fee application information (0.1); draft responsive e-mails (x2) to Debtors' counsel regarding monthly fee application (0.1) | 0.40 | 635.00 | 254.00 |
| 03/27/09 | RPR | Revise second monthly fee statement (0.5); compile and forward second monthly fee statement to K. Newmarch (0.1) | 0.60 | 320.00 | 192.00 |
| 03/30/09 | JBB3 | Supplemental conflict check (.5) | 0.50 | 205.00 | 102.50 |
| **Subtotal:** | **B160   Fee/ Employment Applications** | | **22.40** | | **7,725.00** |

Tribune Company                                                    Page 6
75245-00001
Invoice No. 1777710

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | JPB7 | Identify transmission tower property locations (0.5) | 0.50 | 515.00 | 257.50 |
| 03/02/09 | JSR6 | Begin review of ownership of transmitter towers (0.3) | 0.30 | 675.00 | 202.50 |
| 03/03/09 | JPB7 | Identify transmission tower property locations (0.5) | 0.50 | 515.00 | 257.50 |
| 03/03/09 | JSR6 | Review of ownership of Tribune transmitter towers (3.0) | 3.00 | 675.00 | 2,025.00 |
| 03/04/09 | JPB7 | Compile list of broadcast towers (2.0) | 2.00 | 515.00 | 1,030.00 |
| 03/04/09 | JSR6 | Review of ownership of Tribune transmitter towers (2.5) | 2.50 | 675.00 | 1,687.50 |
| 03/05/09 | JPB7 | Revise broadcast tower summary (1.3) | 1.30 | 515.00 | 669.50 |
| 03/06/09 | JPB7 | Revise list of broadcast tuners (1.0) | 1.00 | 515.00 | 515.00 |
| 03/07/09 | JPB7 | Revise list of broadcast tuners (0.5) | 0.50 | 515.00 | 257.50 |
| 03/09/09 | JPB7 | Revise list of broadcast tuners (0.5) | 0.50 | 515.00 | 257.50 |
| 03/10/09 | JPB7 | Revise list of broadcast tuners (0.5) | 0.50 | 515.00 | 257.50 |
| 03/11/09 | JSR6 | Review ownership of Tribune Transmission Tower (2.5) | 2.50 | 675.00 | 1,687.50 |
| 03/12/09 | GES3 | Review docket filings (0.8) | 0.80 | 810.00 | 648.00 |
| 03/12/09 | JPB7 | Revise list of broadcast tuners (0.7) | 0.70 | 515.00 | 360.50 |
| 03/13/09 | JPB7 | Revise list of broadcast tuners (1.0) | 1.00 | 515.00 | 515.00 |
| 03/16/09 | JSR6 | Work on matters regarding indemnification of ownership of Tribune transmission towers (1.5) | 1.50 | 675.00 | 1,012.50 |
| 03/18/09 | GES3 | Correspondence with K. Hackett regarding landlord claims and payments (0.5); review leases and related correspondence (0.9); voice message to K. Hackett regarding same (0.1); review docket filings (0.7) | 2.20 | 810.00 | 1,782.00 |

Tribune Company                                                                                  Page 7
75245-00001
Invoice No. 1777710

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/20/09 | JPB7 | Revise chart regarding ownership of Tribune broadcast towers (2.8) | 2.80 | 515.00 | 1,442.00 |
| 03/27/09 | JPB7 | Coordinate title and survey of various properties (1.5); revise chart of broadcast towers (1.5) | 3.00 | 515.00 | 1,545.00 |
| 03/27/09 | JSR6 | Review issues regarding ownership of Tribune owned transmission towers (3.0) | 3.00 | 675.00 | 2,025.00 |
| 03/30/09 | DJP2 | Formulate appraisal guidelines (1.2) | 1.20 | 790.00 | 948.00 |
| 03/30/09 | JPB7 | Revise chart regarding broadcast tower ownership (0.5) | 0.50 | 515.00 | 257.50 |
| 03/30/09 | JSR6 | Work on matters regarding title insurance and surveys for properties in Arlington Heights, IL, Franklin Park, IL and Countryside, IL (2.0) | 2.00 | 675.00 | 1,350.00 |
| | | **Subtotal: B250   Real Estate** | **33.80** | | **20,990.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.20 | 790.00 | 948.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 3.00 | 810.00 | 2,430.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 14.80 | 675.00 | 9,990.00 |
| CMA3 | Christian M. Auty | ASSOCIATE | 2.20 | 515.00 | 1,133.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 14.80 | 515.00 | 7,622.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.40 | 635.00 | 889.00 |
| KLS3 | Kate L. Steffy | ASSOCIATE | 0.80 | 475.00 | 380.00 |
| ALE | Allison L. Eissing | PARALEGAL | 0.10 | 260.00 | 26.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 14.20 | 320.00 | 4,544.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 6.40 | 205.00 | 1,312.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777712

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $4,035.00 |
| **Current Fees and Costs Due** | **$4,035.00** |
| **Total Balance Due** | **$4,035.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1777712

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

### REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                          $4,035.00
    **Current Fees and Costs Due**            **$4,035.00**
    **Total Balance Due**                      **$4,035.00**

**Wiring Instructions:**                    **Remittance Address:**
 Bank of America                         Paul, Hastings, Janofsky & Walker LLP
 ABA # 0260-0959-3                        191 N. Wacker Drive
 CHIPS Address:  0959                      30th Floor
 SWIFT Address:  BOFAUS3N                  Chicago, IL 60606
 100 West 33rd Street
 New York, New York  10001
 Account Number: 14599-04796
 Account Name: Paul, Hastings, Janofsky & Walker LLP
 Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

April 22, 2009

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Please refer to
Invoice Number: 1777712

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**34th Street Lease**                                          **$4,035.00**

### B185    Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/09 | DJP2 | Call with client regarding Insertco (0.6); preparation for call (0.3) | 0.90 | 790.00 | 711.00 |
| | | Subtotal:  B185  Assumption/ Rejection of Leases and Contracts | **0.90** | | **711.00** |

### B250    Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/06/09 | DJP2 | Review transfer provisions and guarantee language (1.6) | 1.60 | 790.00 | 1,264.00 |
| 03/09/09 | DJP2 | Correspondence with client regarding existing sublease and issues related thereto (0.8); review lease (0.4) | 1.20 | 790.00 | 948.00 |
| 03/10/09 | DJP2 | Correspondence with client regarding lease and sublease issues (0.4) | 0.40 | 790.00 | 316.00 |
| 03/12/09 | DJP2 | Review structure in response to Bank of New York call (0.7) | 0.70 | 790.00 | 553.00 |
| 03/12/09 | GES3 | Review Insertco lease information (0.2); correspondence with D. Perlman regarding lease status (0.1) | 0.30 | 810.00 | 243.00 |

Tribune Company                                                                          Page 2
75245-00002
Invoice No. 1777712

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | Subtotal: **B250   Real Estate** | | **4.20** | | **3,324.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 4.80 | 790.00 | 3,792.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 0.30 | 810.00 | 243.00 |

| | |
|---|---|
| **Current Fees and Costs** | $4,035.00 |
| **Total Balance Due** | $4,035.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                         April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                  Please refer to
Chicago, IL  60611-4096                                 Invoice Number: 1777713

Attn:  David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                              $4,998.00
           **Current Fees and Costs Due**                         **$4,998.00**
           **Total Balance Due**                                  **$4,998.00**

**Wiring Instructions:**                    **Remittance Address:**
   Bank of America                          Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                        191 N. Wacker Drive
   CHIPS Address: 0959                      30th Floor
   SWIFT Address:  BOFAUS3N                 Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777713

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $4,998.00 |
| **Current Fees and Costs Due** | **$4,998.00** |
| **Total Balance Due** | **$4,998.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777713

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Lease Rejections**                                                    **$4,998.00**

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | DJP2 | Review cases (0.8); call with client to discuss same (0.4) | 1.20 | 790.00 | 948.00 |
| 03/18/09 | GES3 | Correspondence with S. Pater, D. Kazan and R. Chesley regarding lease rejections (0.3); telephone conference with S. Pater, K. Hackett, D. Kazan and D. Perlman regarding status of landlord discussions and rejection timing (0.8) | 1.10 | 810.00 | 891.00 |
| 03/20/09 | GES3 | Correspondence with S. Pater regarding extension of rejection period (0.1); review lease agreement regarding lease issues (0.2); correspondence with K. Kansa, S. Pater and R. Chesley regarding extension mechanics and issues (0.4); correspondence with R. Chesley regarding landlord payments (0.1); review extension petition and filings (0.2) | 1.00 | 810.00 | 810.00 |
| 03/24/09 | GES3 | Correspondence with S. Pater, K. Kansa and R. Chesley regarding rejection extension mechanics (0.2); review docket filings (0.1) | 0.30 | 810.00 | 243.00 |

Tribune Company                                                                Page 2
75245-00003
Invoice No. 1777713

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B185 Assumption/ Rejection of Leases and Contracts** | **3.60** | | **2,892.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/17/09 | GES3 | Review correspondence regarding lease requests (0.3); review amendments and co-tenant lease agreement and documents (0.4); draft correspondence regarding same (0.1); telephone conference regarding lease status (0.2); review court filings (0.4) | 1.40 | 810.00 | 1,134.00 |
| 03/27/09 | GES3 | Correspondence with S. Pater regarding extension letters (0.1); correspondence with K. Kansa, S. Pater and R. Chesley regarding letter agreement (0.1); review docket filings (0.2) | 0.40 | 810.00 | 324.00 |
| 03/30/09 | GES3 | Correspondence with K. Kansa, S. Pater, T. Hill and R. Chesley regarding landlord agreement (0.1); correspondence with S. Pater regarding landlord information (0.1); review docket filings (0.1); review lease agreement for amendment (0.2) | 0.50 | 810.00 | 405.00 |
| 03/31/09 | GES3 | Review correspondence from K. Kansa regarding landlord letter (0.1); draft correspondence to S. Pater regarding landlord terms (0.1); review docket filings (0.1) | 0.30 | 810.00 | 243.00 |
| | | **Subtotal: B250   Real Estate** | **2.60** | | **2,106.00** |

Tribune Company                                                                    Page 3
75245-00003
Invoice No. 1777713

### Timekeeper Summary

| ID   | Timekeeper Name    | Class   | Hours | Rate   | Fee      |
|------|--------------------|---------|-------|--------|----------|
| DJP2 | Daniel J. Perlman  | PARTNER | 1.20  | 790.00 | 948.00   |
| GES3 | Gregory E. Spitzer | PARTNER | 5.00  | 810.00 | 4,050.00 |

|                         |            |
|-------------------------|------------|
| **Current Fees and Costs** | **$4,998.00** |
| **Total Balance Due**      | **$4,998.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
　　　 Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777714

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Real Estate Assumption Matters
PHJ&W LLP File# 75245-00004
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending March 31, 2009 | $7,566.00 |
| **Current Fees and Costs Due** | **$7,566.00** |
| **Total Balance Due** | **$7,566.00** |

**Wiring Instructions:**
　Bank of America
　ABA # 0260-0959-3
　CHIPS Address:  0959
　SWIFT Address:  BOFAUS3N
　100 West 33rd Street
　New York, New York  10001
　Account Number: 14599-04796
　Account Name: Paul, Hastings, Janofsky & Walker LLP
　Comment: Please refer to the invoice number listed above.

**Remittance Address:**
　Paul, Hastings, Janofsky & Walker LLP
　191 N. Wacker Drive
　30th Floor
　Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                               April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL 60611-4096                         Invoice Number: 1777714

Attn:  David Eldersveld, Esq.                  PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Real Estate Assumption Matters**
PHJ&W LLP File# 75245-00004
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                              $7,566.00
            **Current Fees and Costs Due**                        **$7,566.00**
            **Total Balance Due**                                 **$7,566.00**

**Wiring Instructions:**                    **Remittance Address:**
  Bank of America                            Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                          191 N. Wacker Drive
  CHIPS Address:  0959                       30th Floor
  SWIFT Address:  BOFAUS3N                    Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul*Hastings*

Tribune Company                                     April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                              Please refer to
Chicago, IL 60611-4096                              Invoice Number: 1777714

Attn: David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Real Estate Assumption Matters**                              **$7,566.00**

**B185   Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/17/09 | DJP2 | Review TMCT lease (0.8) | 0.80 | 790.00 | 632.00 |
| | Subtotal: | **B185   Assumption/ Rejection of Leases and Contracts** | **0.80** | | **632.00** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/19/09 | JSR6 | Finalize memorandum summarizing leases and subleases for TMCT properties (2.3); forward same to K. Mills at Sidley Austin (0.2) | 2.50 | 675.00 | 1,687.50 |
| 03/26/09 | JSR6 | Work on matters regarding dissolution of 25 Deshon Drive, LLC (0.5); matters regarding ordering of title commitments and surveys for property located in Franklin Park, Illinois, Countryside, Illinois and Arlington Heights, Illinois (1.5) | 2.00 | 675.00 | 1,350.00 |
| 03/26/09 | TJC3 | Address matters regarding recorded deed for transfer from 25 Deshon Drive LLC to Tribune Company (0.3) | 0.30 | 580.00 | 174.00 |

Tribune Company                                              Page 2
75245-00004
Invoice No. 1777714

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/30/09 | JPB7 | Review legal descriptions of various Tribune owned properties | 1.50 | 515.00 | 772.50 |
| 03/31/09 | JPB7 | Coordinate survey and title searches for various Tribune owned properties | 3.50 | 515.00 | 1,802.50 |
| 03/31/09 | JSR6 | Address matters regarding title and survey orders for properties in Franklin Park, IL, Countryside, IL and Arlington Heights, IL (0.9); review issues regarding location of Arlington Heights property (0.8) | 1.70 | 675.00 | 1,147.50 |
| | **Subtotal: B250   Real Estate** | | **11.50** | | **6,934.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.80 | 790.00 | 632.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 6.20 | 675.00 | 4,185.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 5.00 | 515.00 | 2,575.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.30 | 580.00 | 174.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$7,566.00** |
| **Total Balance Due** | **$7,566.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777715

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $135.00 |
| Costs incurred and advanced | 31.30 |
| **Current Fees and Costs** | **$166.30** |
| **Total Balance Due** | **$166.30** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777715

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Real Estate Renewal Matters**
PHJ&W LLP File# 75245-00005
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $135.00 |
| Costs incurred and advanced | 31.30 |
| **Current Fees and Costs Due** | **$166.30** |
| **Total Balance Due** | **$166.30** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

April 22, 2009

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Please refer to
Invoice Number: 1777715

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Real Estate Renewal Matters**                                           **$135.00**

**B250    Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | JSR6 | Telephone conference with S. Pater regarding on-going real estate matters (0.2) | 0.20 | 675.00 | 135.00 |
| | **Subtotal:  B250   Real Estate** | | **0.20** | | **135.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.20 | 675.00 | 135.00 |

**Paul, Hastings, Janofsky & Walker LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777716

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $23,209.00 |
| Costs incurred and advanced | 30.22 |
| **Current Fees and Costs** | **$23,239.22** |
| **Total Balance Due** | **$23,239.22** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777716

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

St. Louis
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                                    $23,209.00
Costs incurred and advanced                                                  30.22

| | |
|---|---|
| **Current Fees and Costs Due** | **$23,239.22** |
| **Total Balance Due** | **$23,239.22** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777716

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

### St. Louis

$23,209.00

### B131   Sale of Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | JSR6 | Revisions to purchase and sale agreement (0.6); analyze issues regarding direct lease with Mosby, Inc. (0.4) | 1.00 | 675.00 | 675.00 |
| 03/03/09 | JSR6 | Revise purchase and sale agreement (0.7); telephone conference with B. Randall regarding direct lease with Mosby, Inc. (0.3) | 1.00 | 675.00 | 675.00 |
| 03/04/09 | DJP2 | Review transaction (1.6) | 1.60 | 790.00 | 1,264.00 |
| 03/04/09 | JSR6 | Review issues regarding necessity of court approval for sale of property and direct lease with Mosby, Inc. (1.5) | 1.50 | 675.00 | 1,012.50 |
| 03/05/09 | JSR6 | Telephone conference with S. Pater and R. Chesley regarding approval of transaction (0.5); telephone conference with S. Pater, M. DeSantis and V. DeSantis regarding purchase agreement (0.7); telephone conference with B. West regarding same (0.2); revise purchase agreement (2.1) | 3.50 | 675.00 | 2,362.50 |

Tribune Company                                                                      Page 2
75245-00010
Invoice No. 1777716

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/05/09 | KDN | Discuss St. Louis sale matters with R. Chesley (0.1) | 0.10 | 635.00 | 63.50 |
| 03/05/09 | RAC6 | Meet with J. Rheeling and telephone call with S. Pater regarding St. Louis property sale matters (0.5); communicate with Mr. Kansa regarding same (0.1) | 0.60 | 895.00 | 537.00 |
| 03/06/09 | JSR6 | Work on purchase and sale agreement (1.3); telephone conference with B. West regarding same (0.3); work on issues regarding direct lease with Mosby, Inc. (1.4) | 3.00 | 675.00 | 2,025.00 |
| 03/06/09 | RAC6 | Communicate with S. Pater and Mr. Kansa regarding St. Louis property (0.2) | 0.20 | 895.00 | 179.00 |
| 03/09/09 | JSR6 | Finalize purchase agreement (4.3); telephone conference with B. West regarding same (0.7); telephone conference with S. Pater regarding same (0.5) | 5.50 | 675.00 | 3,712.50 |
| 03/09/09 | KDN | Telephone call with J. Rheeling regarding information for sale of St. Louis property (0.1) | 0.10 | 635.00 | 63.50 |
| 03/10/09 | JSR6 | Coordinate execution of purchase agreement (0.9); revise direct lease with Mosby, Inc. (1.3); telephone conference with B. Randall (0.3) | 2.50 | 675.00 | 1,687.50 |
| 03/12/09 | DMS5 | Attend conference with J. Rheeling regarding purchase and sale of St. Louis property (.4); gather and review purchase agreement and leases (.4) | 0.80 | 360.00 | 288.00 |
| 03/12/09 | JSR6 | Coordinate matters regarding purchaser's due diligence (1.0) | 1.00 | 675.00 | 675.00 |
| 03/13/09 | DMS5 | Draft estoppel certificate (1.2), closing checklist (0.9) and letter to B. West regarding purchase and sale agreements (0.7) | 2.80 | 360.00 | 1,008.00 |

Tribune Company                                                                    Page 3
75245-00010
Invoice No. 1777716

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/16/09 | DMS5 | Draft letter to S. Pater regarding purchase and sale contract (0.5) | 0.50 | 360.00 | 180.00 |
| 03/16/09 | JSR6 | Matters regarding distribution of executed purchase agreement and earnest money deposit (0.9) | 0.90 | 675.00 | 607.50 |
| 03/17/09 | DMS5 | Revise tenant estoppel certificate (0.7); compose e-mail to K. Hackett and S. Pater regarding same (0.6) | 1.30 | 360.00 | 468.00 |
| 03/17/09 | JSR6 | Preparation of proposed tenant estoppel certificate (1.2) | 1.20 | 675.00 | 810.00 |
| 03/18/09 | JSR6 | Telephone conference with B. West regarding lease and estoppel certificate (0.6); analyze issues raised by purchaser with respect to direct lease with Mosby, Inc. (1.3); review title with respect to liens against the property for which notices should be given (0.9) | 2.50 | 675.00 | 1,687.50 |
| 03/19/09 | JSR6 | Revise tenant estoppel certificate (0.6); review motion requesting approval of bankruptcy court to sale and direct lease (1.2); telephone conferences with J. McClelland regarding same (0.7) | 2.50 | 675.00 | 1,687.50 |
| 03/20/09 | JSR6 | Review revised motion to approve sale of property and the entering into of direct lease with Mosby, Inc. (1.0) | 1.00 | 675.00 | 675.00 |
| 03/23/09 | JSR6 | Telephone conference with S. Pater regarding payment of taxes by tenant (0.3); review issues regarding tenant estoppel letter (0.7) | 1.00 | 675.00 | 675.00 |
| | **Subtotal: B131   Sale of Real Estate** | | **36.10** | | **23,018.50** |

Tribune Company                                                                  Page 4
75245-00010
Invoice No. 1777716

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/03/09 | KDN | Telephone call with counsel for St. Louis subtenant regarding lease documents (0.1); telephone call with J. Rheeling regarding sublease document agreement (0.2) | 0.30 | 635.00 | 190.50 |
| | **Subtotal: B250   Real Estate** | | **0.30** | | **190.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.60 | 790.00 | 1,264.00 |
| RAC6 | Richard A. Chesley | PARTNER | 0.80 | 895.00 | 716.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 28.10 | 675.00 | 18,967.50 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 5.40 | 360.00 | 1,944.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.50 | 635.00 | 317.50 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                     April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                              Please refer to
Chicago, IL  60611-4096                             Invoice Number: 1777718

Attn:  David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $1,687.50 |
| **Current Fees and Costs Due** | **$1,687.50** |
| **Total Balance Due** | **$1,687.50** |

**Wiring Instructions:**                        **Remittance Address:**
   Bank of America                              Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                            191 N. Wacker Drive
   CHIPS Address: 0959                          30th Floor
   SWIFT Address:  BOFAUS3N                      Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

## Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777718

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                          $1,687.50

        **Current Fees and Costs Due**          **$1,687.50**
        **Total Balance Due**                   **$1,687.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777718

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**KTLA**                                                          **$1,687.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/09 | JSR6 | Telephone conference with K. Mills regarding master lease and sublease structure for TMCT properties (0.7); prepare memorandum summarizing lease/sublease structure (1.8) | 2.50 | 675.00 | 1,687.50 |
| | **Subtotal: B250  Real Estate** | | **2.50** | | **1,687.50** |

**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 2.50 | 675.00 | 1,687.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$1,687.50** |
| **Total Balance Due** | | **$1,687.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ Internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777719

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**New York State R.E. Transfer Tax**
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $2,586.50 |
| Costs incurred and advanced | 10.79 |
| **Current Fees and Costs** | **$2,597.29** |
| **Total Balance Due** | **$2,597.29** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company                                         April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                  Please refer to
Chicago, IL  60611-4096                                 Invoice Number: 1777719

Attn:  David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

### REMITTANCE COPY

**New York State R.E. Transfer Tax**
PHJ&W LLP File# 75245-00015
Daniel J. Perlman

Legal fees for professional services
for the period ending March 31, 2009                                    $2,586.50
Costs incurred and advanced                                                 10.79
                                                                        ----------
              **Current Fees and Costs Due**                            **$2,597.29**
              **Total Balance Due**                                     **$2,597.29**

**Wiring Instructions:**                          **Remittance Address:**
  Bank of America                                 Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                               191 N. Wacker Drive
  CHIPS Address:  0959                            30th Floor
  SWIFT Address:  BOFAUS3N                        Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777719

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

### New York State R.E. Transfer Tax                                   $2,586.50

**B240   Tax Issues**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | MGB3 | Confer with J. Opich regarding New York real estate transfer tax and transfers of controlling interests in a corporation and in an S corporation (0.2); research regarding same (0.3) | 0.50 | 445.00 | 222.50 |
| 03/03/09 | DJP2 | Review ownership structure and letter (0.6) | 0.60 | 790.00 | 474.00 |
| 03/03/09 | JSR6 | Finalize and send letter to New York State Department of Taxation and Finance regarding alleged unpaid real estate transfer taxes (0.5) | 0.50 | 675.00 | 337.50 |
| 03/03/09 | MGB3 | Research regarding New York real estate transfer tax, transfers of controlling interests and indirect ownership of real estate (1.0) | 1.00 | 445.00 | 445.00 |
| 03/04/09 | DJP2 | Review memorandum regarding transfer tax issues (0.7) | 0.70 | 790.00 | 553.00 |
| 03/04/09 | KDN | Telephone call with J. Rheeling regarding New York tax letter, finalize letter (0.1) | 0.10 | 635.00 | 63.50 |

Tribune Company                                                                Page 2
75245-00015
Invoice No. 1777719

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/05/09 | JPO2 | Conference with M. Brigham regarding transfer of controlling in Q sub chapter S sub that owns New York property regarding New York transfer tax (0.3) | 0.30 | 895.00 | 268.50 |
| 03/05/09 | MGB3 | Research regarding New York real estate transfer tax and transfers of controlling interests (0.2); confer with J. Opich and J. Rheeling regarding same (0.3) | 0.50 | 445.00 | 222.50 |
| | **Subtotal: B240   Tax Issues** | | **4.20** | | **2,586.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.30 | 790.00 | 1,027.00 |
| JPO2 | Joseph P. Opich | PARTNER | 0.30 | 895.00 | 268.50 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 675.00 | 337.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.10 | 635.00 | 63.50 |
| MGB3 | Matthew G. Brigham | ASSOCIATE | 2.00 | 445.00 | 890.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company                                    April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL 60611-4096                             Invoice Number: 1777720

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

### SUMMARY SHEET

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $27,073.00 |
| Costs incurred and advanced | 7.60 |
| **Current Fees and Costs** | **$27,080.60** |
| **Total Balance Due** | **$27,080.60** |

**Wiring Instructions:**                            **Remittance Address:**
  Bank of America                                  Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                                191 N. Wacker Drive
  CHIPS Address: 0959                              30th Floor
  SWIFT Address: BOFAUS3N                          Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777720

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending March 31, 2009 | $27,073.00 |
| Costs incurred and advanced | 7.60 |
| **Current Fees and Costs Due** | **$27,080.60** |
| **Total Balance Due** | **$27,080.60** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                   April 22, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                            Please refer to
Chicago, IL  60611-4096                           Invoice Number: 1777720

Attn: David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Construction Contract**                                          **$27,073.00**

### B210   Business Operations

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/18/09 | JSR6 | Revise construction contract and general conditions for WGN/CLTV project (3.8) | 3.80 | 675.00 | 2,565.00 |
| 03/19/09 | JSR6 | Work on construction contract for WGN/CLTV consolidation (2.1); review comments to contract from P. Jabor (0.4) | 2.50 | 675.00 | 1,687.50 |
| 03/20/09 | JSR6 | Prepare comments to construction contract and general conditions regarding WGN/CLTV consolidation (5.5) | 5.50 | 675.00 | 3,712.50 |
| 03/23/09 | JSR6 | Telephone conference with S. Pater regarding construction contract for WGN/CLTV consolidation (0.7); prepare comments to construction contract (2.3) | 3.00 | 675.00 | 2,025.00 |
| 03/25/09 | JSR6 | Prepare inserts to construction contract and general conditions regarding WGN/CLTV consolidation (6.0) | 6.00 | 675.00 | 4,050.00 |
| **Subtotal: B210  Business Operations** | | | **20.80** | | **14,040.00** |

Tribune Company                                                           Page 2
75245-00016
Invoice No. 1777720

## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | DJP2 | Review construction contract (1.3) | 1.30 | 790.00 | 1,027.00 |
| 03/02/09 | JSR6 | Review of construction contract with Clune regarding consolidation of WGN and CLTV studios (2.5) | 2.50 | 675.00 | 1,687.50 |
| 03/06/09 | JSR6 | Work on construction contract for WGN/CLTV consolidation (3.5) | 3.50 | 675.00 | 2,362.50 |
| 03/12/09 | JSR6 | Prepare inserts to general conditions to construction contract regarding WGN/CLTV consolidation (1.0) | 1.00 | 675.00 | 675.00 |
| 03/16/09 | JSR6 | Work on comments to contract and general conditions regarding WGN/CLTV consolidation (3.8) | 3.80 | 675.00 | 2,565.00 |
| 03/17/09 | JSR6 | Prepare comments to construction contract and general conditions for WGN/CLTV consolidation (0.3) | 0.30 | 675.00 | 202.50 |
| 03/26/09 | LW9 | Review construction contract and general conditions of contract  (2.1) | 2.10 | 360.00 | 756.00 |
| 03/27/09 | JSR6 | Revise inserts to general conditions to construction contract regarding WGN/CLTV consolidation (2.7) | 2.70 | 675.00 | 1,822.50 |
| 03/27/09 | LW9 | Review construction contract (0.5) | 0.50 | 360.00 | 180.00 |
| 03/31/09 | JSR6 | Revise inserts to construction contract and general conditions regarding WGN/CLTV consolidation (2.6) | 2.60 | 675.00 | 1,755.00 |
| **Subtotal:  B250   Real Estate** | | | **20.30** | | **13,033.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.30 | 790.00 | 1,027.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 37.20 | 675.00 | 25,110.00 |
| LW9 | Leah Weiss | ASSOCIATE | 2.60 | 360.00 | 936.00 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

April 22, 2009

Please refer to
Invoice Number: 1777721

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2009

**Existing Contracts**                                                                 **$2,054.00**

**B210   Business Operations**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/03/09 | DJP2 | Review revised Cushman agreement (1.1) | 1.10 | 790.00 | 869.00 |
| | | **Subtotal:  B210   Business Operations** | **1.10** | | **869.00** |

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 03/02/09 | DJP2 | Review revisions to contracts (0.9); call with client to discuss same (0.6) | 1.50 | 790.00 | 1,185.00 |
| | | **Subtotal:  B250   Real Estate** | **1.50** | | **1,185.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.60 | 790.00 | 2,054.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$2,054.00** |
| **Total Balance Due** | **$2,054.00** |