# EXHIBIT B

**(Expenses Statement)**

## EXPENSE SUMMARY
### MARCH 1, 2009 THROUGH MARCH 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | UPS | $30.71 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage | | $0.00 |
| Long Distance/Telephone Charges | | $1.60 |
| Photocopying Charges ($0.10 per page) | | $220.10 |
| Facsimile | | $0.00 |
| TOTAL | | **$252.41** |

Tribune Company
75245-00001
Invoice No. 1777710

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/31/2009 | JBB3 | Photocopy Charges | 485 | 0.10 | 48.50 |
| 03/31/2009 | DRB5 | Photocopy Charges | 1,240 | 0.10 | 124.00 |
| | | Total Costs | | | $172.50 |

| | |
|---|---|
| **Current Fees and Costs** | $29,446.50 |
| **Total Balance Due** | $29,446.50 |

Tribune Company
75245-00005
Invoice No. 1777715

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/19/2009 | JSR6 | Photocopy Charges | 313 | 0.10 | 31.30 |
| | | **Total Costs** | | | **$31.30** |

| | |
|---|---|
| **Current Fees and Costs** | $166.30 |
| **Total Balance Due** | $166.30 |

Tribune Company
75245-00010
Invoice No. 1777716

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/12/2009 | DMS5 | Photocopy Charges | 38 | 0.10 | 3.80 |
| 03/13/2009 | DMS5 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 03/16/2009 | DMS5 | Photocopy Charges | 42 | 0.10 | 4.20 |
| 03/13/2009 | PHJW | UPS 03/13/09 Bryan West Paster, West & Kraner, P.C. Clayton, MO 63105 | | | 10.89 |
| 03/16/2009 | PHJW | UPS 03/16/09 Stephanie Pater, Tribune Company, Chicago, IL 60611 | | | 9.63 |
| 03/05/2009 | PHJW | Long Distance Telephone Charges | | | 1.20 |
| 03/09/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| 03/10/2009 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 03/12/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | **$30.22** |

| | |
|---|---|
| **Current Fees and Costs** | $23,239.22 |
| **Total Balance Due** | $23,239.22 |

Tribune Company
75245-00015
Invoice No. 1777719

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/04/2009 | JSR6 | Photocopy Charges | 6 | 0.10 | 0.60 |
| 03/04/2009 | PHJW | UPS 03/04/09 Danielle Laraway, NYS Dept. of Taxation and Finance, Albany, NY 12227 | | | 10.19 |
| | | **Total Costs** | | | **$10.79** |

| | |
|---|---|
| **Current Fees and Costs** | **$2,597.29** |
| **Total Balance Due** | **$2,597.29** |

Tribune Company
75245-00016
Invoice No. 1777720

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/26/2009 | LW9 | Photocopy Charges | 76 | 0.10 | 7.60 |
| | | **Total Costs** | | | **$7.60** |

| | |
|---|---|
| **Current Fees and Costs** | $27,080.60 |
| **Total Balance Due** | $27,080.60 |