## VERIFICATION

STATE OF ILLINOIS     )
                      ) SS:
COUNTY OF COOK        )

Kimberly D. Newmarch, after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant firm, Paul, Hastings, Janofsky & Walker LLP and am admitted to appear before this Court.

b) I am familiar with the work performed on behalf of the Debtors by the lawyers in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

*Kimberly D. Newmarch*
Kimberly D. Newmarch (DE 4340)

SWORN AND SUBSCRIBED before me
this 11th day of May, 2009.

*Ann M. Faust*
Notary Public
My Commission Expires: 8-3-2012

```
OFFICIAL SEAL
ANN M. FAUST
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 8-3-2012
```

LEGAL_US_E # 83455892.3