# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

Chapter 11

In re:

Case No. 08-13141 (KJC)

TRIBUNE COMPANY, et al.,[1]

Jointly Administered

Debtors.

Objection Deadline: June 01, 2009

## FIRST MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD DECEMBER 8, 2008 THROUGH JANUARY 31, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Name of Applicant: | PricewaterhouseCoopers LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective December 8, 2008 by Order Entered March, 03, 2009 |
| Period for which Compensation and Reimbursement is Sought: | December 8, 2008 through January 31, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $459,264.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $15,489.89 |

This is a:    $\underline{\text{X}}$ monthly    __ interim

Total time expended for fee application preparation is approximately 8.20 hours and the corresponding compensation requested is approximately $2,727.00[2]

## SUMMARY OF FEE APPLICATIONS

This is the first Monthly Fee Application filed by PricewaterhouseCoopers LLP.

## SUMMARY BY PROJECT

|  | Hours | Total Compensation |
|---|---|---|
| *Fixed Fee Services* | | |
| 2008 Consolidated Audit | 1,386.90 | $320,000.00 |
| **Subtotal - Fixed Fee Services** | **1,386.90** | **$320,000.00** |
| | | |
| *Hourly Services* | | |
| General Compensation Advisory Services | 332.60 | $115,428.00 |
| **Subtotal - Hourly Services** | **332.60** | **$115,428.00** |
| | | |
| *Bankruptcy Requirements and Obligations* | | |
| Employment Applications and Other Court Filings | 34.40 | $13,577.50 |
| Relationship Check and Disinterestedness | 24.00 | $7,532.00 |
| Monthly, Interim and Final Fee Applications | 8.20 | $2,727.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **66.60** | **$23,836.50** |
| | | |
| **Total Hours and Compensation** | **1,786.10** | **$459,264.50** |

---

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## SUMMARY OF PROFESSIONALS - FIXED FEE SERVICES

| Professional | Professional's Position | Hours |
|---|---|---:|
| Cody L Smith | Partner | 1.00 |
| Douglas L Pinney | Partner | 1.00 |
| John A May | Partner | 1.00 |
| JohnTripp Walter Davis | Partner | 10.00 |
| William T England | Partner | 53.00 |
| Timothy M Byrd | Senior Managing Director | 5.00 |
| Christopher J King | Director | 9.50 |
| Gerard A Feil | Director | 0.50 |
| Dan Drobac | Senior Manager | 76.00 |
| Eric M Ingram | Senior Manager | 2.00 |
| Jo Carol Robison | Senior Manager | 0.70 |
| Kenneth J Couls | Senior Manager | 1.00 |
| Daniel C Chavez | Manager | 120.20 |
| Pasqualina P Dobkowski | Manager | 0.30 |
| Sumaira Maryum Akhtar | Manager | 23.00 |
| Adrian A Dunholter | Senior Associate | 1.00 |
| Benjamin Joseph | Senior Associate | 2.00 |
| Justin A Spahn | Senior Associate | 218.50 |
| Sheri L Meyers | Senior Associate | 107.50 |
| Abigail E Sullivan | Associate | 203.50 |
| Andrea Johanns | Associate | 134.00 |
| Bradley D Ebenhoeh | Associate | 34.30 |
| Jennifer L Salmon | Associate | 99.50 |
| Jerrimin S Trinidad | Associate | 5.00 |
| Johnathan E Williams | Associate | 3.40 |
| Meaghan K Sullivan | Associate | 159.50 |
| Meredith A Flittner | Associate | 114.50 |
| **Subtotal - Hours Incurred during January 2009** | | **1,386.90** |
| Total Hours Incurred prior to December 8, 2008 | | 4,514.20 |
| **Total Hours Incurred through January 31, 2009** | | **5,901.10** |
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | $1,200,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | $615,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | **$1,815,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | 1,386.90 | **$320,000.00** |

3

# SUMMARY BY PROJECT AND PROFESSIONAL

| Professional | | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **General Compensation Advisory Services** | | | | |
| Retainer | Retainer | $0 | 0.00 | ($29,019.00) |
| Charles Wheeler | Partner | $750 | 32.80 | $24,600.00 |
| Paul C. Perry | Partner | $750 | 25.00 | $18,750.00 |
| Scott N. Olsen | Partner | $750 | 4.00 | $3,000.00 |
| Anne Goodyear | Director | $550 | 109.10 | $60,005.00 |
| Brandon William Yerre | Director | $550 | 3.90 | $2,145.00 |
| Elizabeth A Kaminski | Manager | $375 | 0.50 | $187.50 |
| Kamal Chakravarti | Senior Associate | $275 | 34.50 | $9,487.50 |
| Lishan Cao | Senior Associate | $275 | 2.00 | $550.00 |
| Ashra Jackson | Associate | $215 | 38.30 | $8,234.50 |
| Carley E Finkenthal | Associate | $215 | 60.60 | $13,029.00 |
| Michael L. Antonelli | Associate | $215 | 5.00 | $1,075.00 |
| Travis Swindle | Associate | $215 | 14.90 | $3,203.50 |
| Patricia Ann Melody | Administrative | $90 | 2.00 | $180.00 |
| **Subtotal - General Compensation Advisory Services** | | | **332.60** | **$115,428.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Dan Drobac | Senior Manager | $425 | 13.00 | $5,525.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 18.50 | $7,400.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 2.90 | $652.50 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **34.40** | **$13,577.50** |
| **Relationship Check and Disinterestedness** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 5.20 | $2,080.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 18.80 | $5,452.00 |
| **Subtotal - Relationship Check and Disinterestedness** | | | **24.00** | **$7,532.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Anne Goodyear | Director | $550 | 0.80 | $440.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 3.60 | $1,440.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 3.00 | $675.00 |
| Carley E Finkenthal | Associate | $215 | 0.80 | $172.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **8.20** | **$2,727.00** |
| **Total Hours and Compensation** | | | **399.20** | **$139,264.50** |

4

## EXPENSE SUMMARY

PwC professionals incurred the following expenditures during the Compensation Period:

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Airfare | $2,007.24 |
| Lodging | $7,968.23 |
| Meals | $2,338.17 |
| Mileage | $102.98 |
| Parking | $293.80 |
| Public/ground transportation | $751.95 |
| Rental Car | $1,277.82 |
| **Subtotal - 2008 Consolidated Audit** | **$14,740.19** |
| | |
| **General Compensation Advisory Services** | |
| Airfare | $414.80 |
| Lodging | $171.95 |
| Meals | $33.45 |
| Parking | $22.00 |
| Public/ground transportation | $96.00 |
| Shipping | $11.50 |
| **Subtotal - General Compensation Advisory Services** | **$749.70** |
| | |
| **Total Expenditures** | **$15,489.89** |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[3] | Case No. 08-13141 (KJC) |
|  | Jointly Administered |
| Debtors. | Objection Deadline: June 01, 2009 |

## SUPPLEMENT TO THE FIRST MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD DECEMBER 8, 2008 THROUGH JANUARY 31, 2009

PricewaterhouseCoopers LLP ("PwC") hereby submits this First Monthly Fee

Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and

Reimbursements of Expenses as Compensation and Tax Advisors and Independent Auditors to

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Debtors and Debtors in Possession for the period December 8, 2008 through January 31,

2009 (the "Monthly Fee Application"), pursuant to sections 327, 328, 329, 330 and 331 of title

11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), the Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals and Committee Members

Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Compensation Order"), and the Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the

Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PwC, as Compensation and Tax Advisors and Independent Auditors for

the Debtors, seeks interim allowance and payment of compensation for tax advising and audit

services performed and expenses incurred during the period commencing December 8, 2008

through January 31, 2009 (the "Compensation Period").  In support hereof, PwC respectfully

represents the following:

## BACKGROUND

1.      On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate

their business and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.   No Trustee or examiner has been appointed.

2.      On December 26, 2008, the Debtors filed the *Application for an Order*

*Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and*

*Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a)*

7

*and 1107, Nunc Pro Tunc to the Petition Date.*

3.      On March 2, 2009, the Supplemental Declaration of William T. England was filed which provided final engagement letters, pre-petition payment information, as well as additional disclosures.

4.      On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors To Retain And Employ PricewaterhouseCoopers LLP As Compensation And Tax Advisors And Independent Auditors To The Debtors Nunc Pro Tunc To The Petition Date* (the "Retention Order").

5.      On April 10, 2009, PwC filed a Second Supplemental Declaration of William T. England which expanded the scope of services for the Compensation Engagement Letter.

## RELIEF REQUESTED

6.      On January 15, 2009, this Court entered the Compensation Order.  Pursuant to the procedures set forth in the Compensation Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Compensation Order) may object to such requests.  If an objection to a professional's request is not filed and served by the Objection Deadline, the Professional shall file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay each Professional the Actual Interim Payment equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Interim Payment") or (ii) 80% of the fees and 100% of the expenses not subject to an objection.

7.      Furthermore, the Compensation Order provides that professionals are to file and serve upon notice parties an interim request (a "Quarterly Fee Application Request") for interim

Court approval and allowance of the monthly fee applications during the interim fee period covered by the Quarterly Fee Application Request.

8.      PwC is filing the attached fee statement (the "Statement") for compensation for professional services rendered and reimbursement of disbursements made in these cases during the Compensation Period. The Statement contains detailed time logs describing the actual and necessary services provided by PwC during the Compensation Period, as well as other detailed information required to be included in fee applications.  The Statement is comprised of several exhibits which are attached hereto as:

- Exhibit A, provides a summary of the hours and fees by project;
- Exhibit B-1, provides a summary of the fixed fee hours and payment information for the 2008 consolidated audit, including hours incurred and the payment associated with fixed fee services;
- Exhibit B-2, provides a breakdown of the fixed fee hours by audit category;
- Exhibit C-1, provides the name and position of each professional, cumulative hours worked, hourly billing rates for the hourly compensation, and the corresponding compensation requested;
- Exhibit C-2, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity;
- Exhibit D-1, provides the expenditures incurred by project by type; and
- Exhibit D-2, provides the details of the expenditures incurred by project and by date.

## DESCRIPTION OF SERVICES RENDERED

9.      PwC professionals categorized their time devoted to this matter on behalf of the Debtors' estates to various project categories as described below:

|  | Hours | Compensation |
| --- | --- | --- |
| *Fixed Fee Services* | 1,386.90 | $320,000.00 |
| *Hourly Services* | 332.60 | $115,428.00 |
| *Bankruptcy Requirements and Obligations* | 66.60 | $23,836.50 |
| **Total Hours and Compensation** | 1,786.10 | $459,264.50 |

9

## Fixed Fee Services - 2008 Consolidated Audit

**2008 Consolidated Audit - 1,386.90 hours - $320,000.00**

10.    For the month of December, PwC professionals performed internal control testing procedures at the Los Angeles Times, Tribune Interactive and Finance Service Center including process walkthroughs, evaluation of the design of key manual and application controls and testing the operating effectiveness of key manual, application and information technology general controls.  PwC professionals met with senior management, Internal Audit and the Audit Committee to discuss the status and progress of the integrated audit.  PwC professionals advised management on the implications of the bankruptcy filing to SEC reporting requirements and the application of accounting standards for companies in reorganization.

11.    For the month of January, PwC professionals reviewed year-end financial information and performed year-end update inquiries of management at each in-scope business unit and the Corporate office, performed substantive analytical procedures at each in-scope business unit and performed substantive testing of accounts receivable balances at each in-scope business unit.  In-scope business units included the Los Angeles Times, Chicago Tribune, Fort Lauderdale Sun-Sentinel, Baltimore Sun, Tribune Interactive, WPIX, KTLA, WGN-TV, WGN Cable, Tribune Broadcasting Company, and Tribune Publishing Company.

12.    The Audit Team has allocated their hours to the following categories during the Compensation Period:

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 275.10 |
| 2900 - Information Technology General Controls | 283.00 |
| 3200 - Treasury and cash management  process | 7.40 |
| 3250 - Investments process | 2.05 |
| 3400 - Property, plant & equipment process | 1.50 |
| 3650 - Benefits process | 41.60 |
| 3700 - Income tax process | 1.30 |
| 3900 - Period-end financial reporting process | 16.60 |

10

| Category | Hours |
|---|---|
| 5500 - Financing process | 0.70 |
| 6000 - Audit of ICFR - Finalization procedures | 8.40 |
| 6500 - Audit of financial statements | 66.50 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 3.30 |
| 8700 - Completion | 2.60 |
| Baltimore Sun Fieldwork | 7.30 |
| CTC Fieldwork | 20.10 |
| FSC-CA Fieldwork | 74.80 |
| Interactive Fieldwork | 101.20 |
| KIAH (KHCW) Fieldwork | 0.50 |
| KTLA Fieldwork | 19.20 |
| LA Times Fieldwork | 343.40 |
| Seattle Fieldwork | 1.50 |
| Sun Sentinel Fieldwork | 34.10 |
| TBC Group Office Fieldwork | 7.30 |
| TPC Group Office Fieldwork | 16.45 |
| WGN-Cable Fieldwork | 14.40 |
| WGN-TV Fieldwork | 11.90 |
| WPIX Fieldwork | 24.70 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **1,386.90** |

13.    The summary exhibits of PwC professionals associated with the 2008

Consolidated Audit are annexed hereto as Exhibits B1 - B2, which provides the cumulative

breakdown of total hours by professional and audit category.

## Hourly Services

**General Compensation Advisory Services - 332.60 - $115,428.00**

14.    During the Compensation Period, PwC professionals performed the following: (i)

prepared the Long Term Incentive Plan Design Report; (ii) prepared the Compensation

Committee Report; (iii) performed benchmarking analysis; (iv) reviewed grant guidelines; and

(v) held meeting with management.

## Bankruptcy Requirements and Obligations

15.    During the Monthly Fee Application Period, PwC bankruptcy retention and

billing professionals supported the compensation and audit teams with the respective

administrative aspects of PwC's post-petition engagement described more fully under each

11

individual work stream under paragraphs 16 through 18 below.

| *Bankruptcy Requirements and Obligations* | | |
|---|---|---|
| Employment Applications and Other Court Filings | 34.40 | $13,577.50 |
| Relationship Check and Disinterestedness | 24.00 | $7,532.00 |
| Monthly, Interim and Final Fee Applications | 8.20 | $2,727.00 |
| **Totals for Bankruptcy Requirements and Obligations** | **66.60** | **$23,836.50** |

16.    <u>Employment Applications and Other Court Filings</u> - PwC bankruptcy retention

and billing professionals undertook the tasks and analysis of reviewing the employment

application and associated court filings submitted to the Court to employ PwC as compensation

and tax advisors and independent auditors, as well as prepared the supporting Declaration.  PwC

worked closely with Debtors' Bankruptcy Counsel, Sidley Austin, to prepare the necessary

retention documents submitted to the Court. Subsequent to the filing of the Employment

Application, PwC prepared additional information as requested through the inquiry from the U.S.

Trustee. These services were performed so PwC could continue to provide services to the

Debtors during the bankruptcy proceedings.

17.    <u>Relationship Check and Disinterestedness</u> - PwC bankruptcy retention and billing

professionals performed various required tasks to provide the necessary and required disclosure

of PwC's relationships with parties-in-interest to the Debtors' case, as attached to the Declaration

in Schedule 2.  The tasks included submitting queries to an internal database containing names of

individuals and entities that are present or recent former clients of PwC to identify potential

relationships, and determine the nature and type of relationship for disclosure to the Court.

These relationship checks and disclosure activities are in excess of the normal requirements

associated with PwC's normal retention to provide services to a client and determine our

disinterestedness within the Court proceedings.

18.    <u>Monthly, Interim and Final Fee Applications</u> - PwC bankruptcy retention and

billing professionals provided templates of U.S. bankruptcy compensation submissions for similar District of Delaware and other fixed and hourly engagements to the client-service teams in anticipation of approval of services to the Debtors and preparation of this and subsequent fee application submissions.  Based upon conversations with the audit team, PwC bankruptcy professionals created a time template for tracking their daily time.

19.      The hourly time records of PwC, annexed hereto as Exhibits C1 - C2, provide a summary and daily breakdown of the time spent by each PwC timekeeper.

## ALLOWANCE FOR COMPENSATION

20.      At this time, PwC is seeking compensation equal to eighty percent (80%) of the $459,264.50 in fees for professional services rendered by PwC during the Compensation Period as compensation and tax advisors and independent auditors to the Debtors in these chapter 11 cases, and one hundred percent (100%) of the $15,489.89 in expenditures incurred by PwC professionals associated with the services provided to the Debtors, for a total of $382,901.49.

21.      PwC charged and now requests those fees that are reasonable and customary in this marketplace for similar Chapter 11 cases.  The billing rates set forth in the various summaries of professionals and paraprofessionals rendering services during the Compensation Period represent customary rates that are routinely billed to PwC's many clients.  The compensation requested in this Monthly Fee Application does not exceed the reasonable value of the services rendered.

22.      Based upon a review of PwC's internal billing records, PwC professionals incurred out-of-pocket expenditures during the Compensation Period.  These expenditures, annexed hereto as Exhibits D1 - D2, provide a summary and daily breakdown of the

expenditures incurred by each PwC timekeeper.[4]

23.     This Monthly Fee Application covers the period from December 8, 2008 through and including January 31, 2009.  Although every effort was made to include all fees and expenses from the Compensation Period in this Monthly Fee Application, some fees and/or expenses from the Compensation Period might not be included in this Monthly Fee Application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period.  Accordingly, PwC reserves the right to make further applications for allowance of fees and expenses not included herein.  This Monthly Fee Application is also made without prejudice to PwC's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Compensation Order.

24.     No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PwC and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PwC share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PwC.

## CERTIFICATE OF COMPLIANCE AND WAIVER

25.     To the best of its knowledge, PwC believes that this Monthly Fee Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Compensation Order, and the applicable

---

[4] PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements incurred during the Compensation Period may still be pending submission and will be requested in future Compensation Periods.

guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PwC respectfully requests approval and payment by the Debtors of (a) interim compensation for professional services rendered as compensation and tax advisors and independent auditors for the Debtors in the sum of $367,411.60 representing eighty percent (80%) of $459,264.50 incurred during the Compensation Period, less a twenty percent (20%) holdback in the amount of $91,852.90 (b) reimbursement of actual and necessary expenses incurred in the sum of $15,489.89; and (c) such other and further relief as is just and proper.

Dated: May _11_, 2009
Chicago, Illinois

_William T. England_

William T. England, Partner
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000
*Compensation and Tax Advisor and Independent Auditor to the Debtors*

15