# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
|  | Jointly Administered |
| Debtors. | **Objection Deadline: June 01, 2009** |

## SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION
## FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

| Name of Applicant: | PricewaterhouseCoopers LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective December 8, 2008 by Order Entered March, 03, 2009 |
| Period for which Compensation and Reimbursement is Sought: | February 1, 2009 through February 28, 2009[2] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $316,813.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |

This is a:    _X_ monthly   __ interim

  Total time expended for fee application preparation is approximately 16.30 hours and the corresponding compensation requested is approximately $4,832.50[2]

## SUMMARY OF FEE APPLICATIONS

  This is the Second Monthly Fee Application filed by PricewaterhouseCoopers LLP. PwC

has previously issued one monthly fee invoices to the Debtors for interim payment.

| App No | App Date [Dkt No] | Filing Period | Fees Requested | Expenses Requested | CNO Date [Dkt No] | Fees Approved | Expenses Approved | Approved Reduction |
|---|---|---|---|---|---|---|---|---|
| **Second Quarterly Fee Application - May 2008 through July 2008** | | | | | | | | |
| 1 | 05/11/2009 | 12/08/2008-01/31/2009 | $459,264.50 | $15,489.89 | | | | |
| Total | | | $459,264.50 | $15,489.89 | | | | |

---

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## SUMMARY BY PROJECT

|  | Hours | Total Compensation |
|---|---|---|
| *Fixed Fee Services* |  |  |
| 2008 Consolidated Audit | 1,182.20 | $285,000.00 |
| **Subtotal - Fixed Fee Services** | **1,182.20** | **$285,000.00** |
|  |  |  |
| *Hourly Services* |  |  |
| General Compensation Advisory Services | 23.10 | $11,596.00 |
| Claims Consulting Services | 24.10 | $9,733.00 |
| **Subtotal - Hourly Services** | **47.20** | **$21,329.00** |
|  |  |  |
| *Bankruptcy Requirements and Obligations* |  |  |
| Employment Applications and Other Court Filings | 13.90 | $5,652.00 |
| Monthly, Interim and Final Fee Applications | 16.30 | $4,832.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **30.20** | **$10,484.50** |
| **Total Hours and Compensation** | **1,259.60** | **$316,813.50** |

## SUMMARY OF PROFESSIONALS - FIXED FEE SERVICES

| Professional | Professional's Position | Hours |
|---|---|---|
| Douglas L Pinney | Partner | 2.00 |
| JohnTripp Walter Davis | Partner | 10.00 |
| William T England | Partner | 24.00 |
| Timothy M Byrd | Senior Managing Director | 2.50 |
| Christopher J King | Director | 12.50 |
| Daniel R Plante | Director | 5.00 |
| Michael W Cetera | Director | 3.00 |
| Dan Drobac | Senior Manager | 75.50 |
| Daniel C Chavez | Manager | 133.80 |
| Kazuko Minagawa Prock | Manager | 9.00 |
| Kenneth A Lindquist | Manager | 3.80 |
| Pasqualina P Dobkowski | Manager | 0.30 |
| Sumaira Maryum Akhtar | Manager | 10.00 |
| Thomas Lee Anders | Manager | 0.50 |
| Adrian A Dunholter | Senior Associate | 2.00 |
| Holly Nicole Weeks | Senior Associate | 1.00 |
| Justin A Spahn | Senior Associate | 221.20 |
| Laura C Truax | Senior Associate | 2.50 |
| Lisa J Gross | Senior Associate | 2.00 |
| Abigail E Sullivan | Associate | 217.20 |
| Andrea Johanns | Associate | 210.00 |
| Anish Arvind Shah | Associate | 6.00 |
| Bradley D Ebenhoeh | Associate | 3.50 |
| Kevin T Fair | Associate | 10.50 |
| Meaghan K Sullivan | Associate | 211.40 |
| Meredith A Flittner | Associate | 2.00 |
| Diane Mathews | Professional Assistant | 1.00 |
| **Subtotal - Hours Incurred during February 2009** |  | **1,182.20** |
| Total Hours Incurred prior to February 1, 2009 |  | 5,901.10 |
| **Total Hours Incurred through February 28, 2009** |  | **7,083.30** |

| | | | |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | | $1,520,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | | $295,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | | **$1,815,000.00** |
| | | | |
| **Requested Payment - 2008 Consolidated Audit** | | **1,182.20** | **$285,000.00** |

## SUMMARY BY PROJECT AND PROFESSIONAL

| Professional | | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **General Compensation Advisory Services** | | | | |
| Paul C. Perry | Partner | $750 | 2.50 | $1,875.00 |
| Scott N. Olsen | Partner | $750 | 1.00 | $750.00 |
| Anne Goodyear | Director | $550 | 14.20 | $7,810.00 |
| Carley E Finkenthal | Associate | $215 | 5.40 | $1,161.00 |
| **Subtotal - General Compensation Advisory Services** | | | **23.10** | **$11,596.00** |
| | | | | |
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 6.00 | $3,600.00 |
| Alex Thacher | Director | $450 | 6.40 | $2,880.00 |
| William Jozaitis | Director | $450 | 3.00 | $1,350.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 6.90 | $1,552.50 |
| Susan E. Miller | Senior Associate | $240 | 0.90 | $216.00 |
| Erez Lavi Gargir | Associate | $155 | 0.40 | $62.00 |
| Cynthia Louise Griffin | Professional Assistant | $145 | 0.50 | $72.50 |
| **Subtotal - Claims Consulting Services** | | | **24.10** | **$9,733.00** |
| | | | | |
| **Employment Applications and Other Court Filings** | | | | |
| Dan Drobac | Senior Manager | $425 | 2.50 | $1,125.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 11.10 | $4,440.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 0.30 | $87.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **13.90** | **$5,652.00** |
| | | | | |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Janet L Krueger | Partner | $625 | 1.00 | $625.00 |
| Dan Drobac | Senior Manager | $425 | 1.00 | $450.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 4.20 | $1,680.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 8.60 | $1,935.00 |
| Ronald J Siwinski | Administrative | $95 | 1.50 | $142.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **16.30** | **$4,832.50** |
| **Total Hours and Compensation** | | | **77.40** | **$31,813.50** |

## EXPENSE SUMMARY

PwC professionals did not incur any expenditures during this Compensation Period.

4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et al.,[3]

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**Objection Deadline: June 01, 2009**

## SUPPLEMENT TO THE SECOND MONTHLY APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS TO THE DEBTORS AND DEBTORS IN POSSESSION <u>FOR THE PERIOD FEBRUARY 1, 2009 THROUGH FEBRUARY 28, 2009</u>

PricewaterhouseCoopers LLP ("PwC") hereby submits this Second Monthly Fee

Application of PricewaterhouseCoopers LLP for Compensation for Services Rendered and

Reimbursements of Expenses as Compensation and Tax Advisors and Independent Auditors to

---

[3] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

the Debtors and Debtors in Possession for the period February 1, 2009 through February 28,

2009 (the "Monthly Fee Application"), pursuant to sections 327, 328, 329, 330 and 331 of title

11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 2016 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-2 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware (the "Local Rules"), the Order Establishing Procedures for Interim

Compensation and Reimbursement of Expenses of Professionals and Committee Members

Pursuant to 11 U.S.C. §§ 105(a) and 331 (the "Compensation Order"), and the Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses promulgated by the

Executive Office of the United States Trustees pursuant to 28 U.S.C. § 586(a)(3)(A).

By this Application, PwC, as Compensation and Tax Advisors and Independent Auditors for

the Debtors, seeks interim allowance and payment of compensation for tax advising and audit

services performed and expenses incurred during the period commencing February 1, 2009 through

February 28, 2009 (the "Compensation Period").  In support hereof, PwC respectfully represents the

following:

## BACKGROUND

1.      On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate

their business and manage their properties as debtors in possession pursuant to sections 1107(a)

and 1108 of the Bankruptcy Code.   No Trustee or examiner has been appointed.

2.      On December 26, 2008, the Debtors filed the *Application for an Order*

*Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and*

*Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. Sections 327(a)*

*and 1107, Nunc Pro Tunc to the Petition Date* (the "Retention Application").

3.      On March 2, 2009, the Supplemental Declaration of William T. England was filed which provided final engagement letters, pre-petition payment information, as well as additional disclosures.

4.      On March 3, 2009, this Court approved the retention of PwC as compensation and tax advisors and independent auditors to the Debtors by entering the *Order Authorizing Debtors To Retain And Employ PricewaterhouseCoopers LLP As Compensation And Tax Advisors And Independent Auditors To The Debtors Nunc Pro Tunc To The Petition Date* (the "Retention Order").

5.      On April 10, 2009, PwC filed a Second Supplemental Declaration of William T. England which expanded the scope of services for the Compensation Engagement Letter.

## **RELIEF REQUESTED**

6.      On January 15, 2009, this Court entered the Compensation Order.  Pursuant to the procedures set forth in the Compensation Order, professionals may request monthly compensation and reimbursement, and the Notice Parties (as defined in the Compensation Order) may object to such requests.  If an objection to a professional's request is not filed and served by the Objection Deadline, the Professional shall file a certificate of no objection with the Court, after which the Debtors shall be authorized to pay each Professional the Actual Interim Payment equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Monthly Fee Application (the "Maximum Interim Payment") or (ii) 80% of the fees and 100% of the expenses not subject to an objection.

a)      On May 11, 2009, PwC submitted its first monthly fee statement for

services and expenditures incurred from December 8, 2008 through

January 31, 2009, requesting $459,264.50 in fees and $15,489.89 in

expenditures ("First Monthly Fee Application")

7.      Furthermore, the Compensation Order provides that professionals are to file and

serve upon notice parties an interim request (a "Quarterly Fee Application Request") for interim

Court approval and allowance of the monthly fee applications during the interim fee period

covered by the Quarterly Fee Application Request.

8.      PwC is filing the attached fee statement (the "Statement") for compensation for

professional services rendered and reimbursement of disbursements made in these cases during

the Compensation Period. The Statement contains detailed time logs describing the actual and

necessary services provided by PwC during the Compensation Period, as well as other detailed

information required to be included in fee applications.  The Statement is comprised of several

exhibits which are attached hereto as:

- Exhibit A, provides a summary of the hours and fees by project;
- Exhibit B-1, provides a summary of the fixed fee hours and payment information for the 2008 consolidated audit, including hours incurred and the payment associated with fixed fee services;
- Exhibit B-2, provides a breakdown of the fixed fee hours by audit category;
- Exhibit C-1, provides the name and position of each professional, cumulative hours worked, hourly billing rates for the hourly compensation, and the corresponding compensation requested; and
- Exhibit C-2, provides the daily activity descriptions for the hourly compensation, including the activity description, time and billing rates associated with each activity.

## DESCRIPTION OF SERVICES RENDERED

9.    PwC professionals categorized their time devoted to this matter on behalf of the

Debtors' estates to various project categories as described below:

|  | Hours | Compensation |
|---|---|---|
| *Fixed Fee Services* | **1,182.20** | **$285,000.00** |
| *Hourly Services* | **47.20** | **$21,329.00** |
| *Bankruptcy Requirements and Obligations* | **30.20** | **$10,484.50** |
| **Grand Total Hours and Compensation** | **1,259.60** | **$316,813.50** |

### Fixed Fee Services - 2008 Consolidated Audit

10.    PwC professionals performed substantive testing of corporate and consolidated

year-end account balances, including: (1) account reconciliations for significant balances, (2)

debt rollforward, (3) derivatives, (4) search for unrecorded liabilities, (5) cash confirmations, (6)

equity investments, (7) fixed assets, (8) severance charges, (9) pension and other post-

employment benefit programs, (10) self-insured medical and workers compensation plans, (11)

journal entries, (12) non-operating items, and (13) reorganization expenses.  PwC professionals

obtained an understanding of management's process for determining liabilities subject to

compromise and performed testing of adjustments to reflect such liabilities at the expected

allowed claims.  PwC professionals advised management on the application of accounting

standards for companies in reorganization and held meetings with management to discuss open

items and other significant audit and accounting matters.

11.    The Audit Team has allocated their hours to the following categories during the

Compensation Period:

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 245.50 |
| 2900 - Information Technology General Controls | 30.80 |
| 3100 - Purchasing and payables process | 28.60 |
| 3200 - Treasury and cash management  process | 29.45 |
| 3250 - Investments process | 70.45 |
| 3400 - Property, plant & equipment process | 7.20 |

| Category | Hours |
|---|---|
| 3600 - Payroll process | 3.80 |
| 3650 - Benefits process | 195.30 |
| 3700 - Income tax process | 12.90 |
| 3900 - Period-end financial reporting process | 69.30 |
| 5500 - Financing process | 88.90 |
| 6000 - Audit of ICFR - Finalization procedures | 21.80 |
| 6500 - Audit of financial statements | 8.20 |
| 8000 - Minutes of board | 1.00 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 24.60 |
| 8450 - Use of the work of other auditors | 0.80 |
| 8700 - Completion | 5.00 |
| Baltimore Sun Fieldwork | 47.40 |
| CTC Fieldwork | 44.40 |
| FSC-CA Fieldwork | 16.50 |
| Hartford Courant Fieldwork | 1.60 |
| Hartford Station Fieldwork | 1.55 |
| Interactive Fieldwork | 0.30 |
| KTLA Fieldwork | 21.40 |
| LA Times Fieldwork | 40.10 |
| Orlando Fieldwork | 18.70 |
| Seattle Fieldwork | 9.05 |
| Sun Sentinel Fieldwork | 15.65 |
| TBC Group Office Fieldwork | 41.40 |
| TPC Group Office Fieldwork | 26.20 |
| WGN-Cable Fieldwork | 10.55 |
| WGN-TV Fieldwork | 21.85 |
| WPIX Fieldwork | 21.95 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **1,182.20** |

12.     The summary exhibits of PwC professionals associated with the 2008

Consolidated Audit are annexed hereto as Exhibits B1 - B2, which provides the cumulative

breakdown of total hours by professional and audit category.

## Hourly Services

13.     During the Compensation Period, PwC tax professionals supported the Debtor at

the hourly rates, as described more fully under each individual work streams below:

*Hourly Services*

| | | |
|---|---|---|
| General Compensation Advisory Services | 23.10 | $11,596.00 |
| Claims Consulting Services | 24.10 | $9,733.00 |
| **Subtotal - Hourly Services** | **47.20** | **$21,329.00** |

14.     <u>General Compensation Advisory Services</u> - During the Compensation Period,

10

PwC professionals performed the following: (i) prepared the Long Term Incentive Plan Design Report; (ii) prepared the Compensation Committee Report; (iii) performed benchmarking analysis; (iv) reviewed grant guidelines; and (v) held meeting with management.  PwC and the Debtors mutually agreed it was appropriate to relinquish our analyses to another professional provider.  PwC has delivered all working papers, research and analyses to this professional to complete the compensation project.

15.    Claims Consulting Services - During the Compensation Period, PwC professionals performed the following: (i) lead various conference calls with management on priority claims process in general, (ii) reviewed Los Angeles license tax claim and followed-up with management; and (iii) reviewed Chicago home-rule excise tax and communicated our findings with management.

## Bankruptcy Requirements and Obligations

16.    During the Compensation Period, PwC bankruptcy retention and billing professionals supported the compensation and audit teams with the respective administrative aspects of PwC's post-petition engagement described more fully under each individual work stream under paragraphs 17 through 18 below.

*Bankruptcy Requirements and Obligations*

| | | |
|---|---|---|
| Employment Applications and Other Court Filings | 13.90 | $5,652.00 |
| Monthly, Interim and Final Fee Applications | 16.30 | $4,832.50 |
| **Totals for Bankruptcy Requirements and Obligations** | **30.20** | **$10,484.50** |

17.    Employment Applications and Other Court Filings - PwC bankruptcy retention and billing professionals continued to finalize the employment Declaration, as well as responding to concerns and inquiry from the United States Trustee and the Creditors Committee Counsel, regarding the Retention Application and services being rendered to the Debtors.  PwC also prepared a supplemental Declaration for submission to the Court addressing the retention

concerns. These services were performed so PwC could continue to provide services to the

Debtors during the bankruptcy proceedings.

18.    <u>Monthly, Interim and Final Fee Applications</u> - PwC bankruptcy retention and

billing professionals provided templates of U.S. bankruptcy compensation submissions for

similar District of Delaware and other fixed and hourly engagements to the client-service teams

in anticipation of approval of services to the Debtors and preparation of this and subsequent fee

application submissions.  PwC began to create the initial template and design for the monthly fee

application exhibits.

19.    The hourly time records of PwC, annexed hereto as Exhibits C1 - C2, provide a

summary and daily breakdown of the time spent by each PwC timekeeper.

## ALLOWANCE FOR COMPENSATION

20.    At this time, PwC is seeking compensation equal to eighty percent (80%) of the

$316,813.50 in fees for professional services rendered by PwC during the Compensation Period

as compensation and tax advisors and independent auditors to the Debtors in these chapter 11

cases, and one hundred percent (100%) of the $0.00 in expenditures incurred by PwC

professionals associated with the services provided to the Debtors, for a total of $253,450.80.

21.    PwC charged and now requests those fees that are reasonable and customary in

this marketplace for similar Chapter 11 cases.  The billing rates set forth in the various

summaries of professionals and paraprofessionals rendering services during the Compensation

Period represent customary rates that are routinely billed to PwC's many clients.  The

compensation requested in this Monthly Fee Application does not exceed the reasonable value of

the services rendered.

22.    This Monthly Fee Application covers the period from February 1, 2009 through

12

and including February 28, 2009.  Although every effort was made to include all fees and expenses from the Compensation Period in this Monthly Fee Application, some fees and/or expenses from the Compensation Period might not be included in this Monthly Fee Application due to delays in processing time and receipt of invoices for expenses and/or for preparation for the instant application subsequent to the covered period.  Accordingly, PwC reserves the right to make further applications for allowance of fees and expenses not included herein.  This Monthly Fee Application is also made without prejudice to PwC's right to seek further interim allowances and/or a final allowance of compensation in the future in accordance with the Retention Order and the Compensation Order.

23.    No agreement or understanding prohibited by section 504 of the Bankruptcy Code exists between PwC and any other person for sharing of compensation received or to be received for services rendered in or in connection with these chapter 11 cases, not shall PwC share or agree to share the compensation paid or allowed for the Debtors' estates for such services with any other person in contravention of section 504 of the Bankruptcy Code. No agreement or understanding prohibited by 18 U.S.C. § 155 had been made by PwC.

### CERTIFICATE OF COMPLIANCE AND WAIVER

24.    To the best of its knowledge, PwC believes that this Monthly Fee Application and the description of services set forth herein of work performed are in compliance with the requirements of Delaware Local Rule 2016-2, the Compensation Order, and the applicable guidelines and requirements of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the Executive Office for the United States Trustees.

WHEREFORE PwC respectfully requests approval and payment by the Debtors of (a) interim compensation for professional services rendered as compensation and tax advisors and

13

independent auditors for the Debtors in the sum of $253,450.80 representing eighty percent

(80%) of $316,813.50 incurred during the Compensation Period, less a twenty percent (20%)

holdback in the amount of $63,362.70 (b) reimbursement of actual and necessary expenses

incurred in the sum of $0.00; and (c) such other and further relief as is just and proper.

Dated: May **11**, 2009
Chicago, Illinois

_William T. England, Partner_
PricewaterhouseCoopers LLP
One North Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 298-2000
*Compensation and Tax Advisor and Independent*
*Auditor to the Debtors*

14