**TRIBUNE COMPANY, et al (Case 08-13141)**                                           **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period February 1, 2009 through February 28, 2009**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 1,182.20 | $285,000.00 |
| **Subtotal - Fixed Fee Services** | **1,182.20** | **$285,000.00** |
| | | |
| **Hourly Services** | | |
| General Compensation Advisory Services | 23.10 | $11,596.00 |
| Claims Consulting Services | 24.10 | $9,733.00 |
| **Subtotal - Hourly Services** | **47.20** | **$21,329.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 13.90 | $5,652.00 |
| Monthly, Interim and Final Fee Applications | 16.30 | $4,832.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **30.20** | **$10,484.50** |
| | | |
| **Total Hours and Compensation** | **1,259.60** | **$316,813.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**February 1, 2009 through February 28, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Douglas L Pinney | Partner | 2.00 |
| JohnTripp Walter Davis | Partner | 10.00 |
| William T England | Partner | 24.00 |
| Timothy M Byrd | Senior Managing Director | 2.50 |
| Christopher J King | Director | 12.50 |
| Daniel R Plante | Director | 5.00 |
| Michael W Cetera | Director | 3.00 |
| Dan Drobac | Senior Manager | 75.50 |
| Daniel C Chavez | Manager | 133.80 |
| Kazuko Minagawa Prock | Manager | 9.00 |
| Kenneth A Lindquist | Manager | 3.80 |
| Pasqualina P Dobkowski | Manager | 0.30 |
| Sumaira Maryum Akhtar | Manager | 10.00 |
| Thomas Lee Anders | Manager | 0.50 |
| Adrian A Dunholter | Senior Associate | 2.00 |
| Holly Nicole Weeks | Senior Associate | 1.00 |
| Justin A Spahn | Senior Associate | 221.20 |
| Laura C Truax | Senior Associate | 2.50 |
| Lisa J Gross | Senior Associate | 2.00 |
| Abigail E Sullivan | Associate | 217.20 |
| Andrea Johanns | Associate | 210.00 |
| Anish Arvind Shah | Associate | 6.00 |
| Bradley D Ebenhoeh | Associate | 3.50 |
| Kevin T Fair | Associate | 10.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**February 1, 2009 through February 28, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Meaghan K Sullivan | Associate | 211.40 |
| Meredith A Flittner | Associate | 2.00 |
| Diane Mathews | Professional Assistant | 1.00 |
| **Total Hours Incurred during Compensation Period** | | **1,182.20** |
| Total Hours Incurred prior to February 1, 2009 | | 5,901.10 |
| **Total Hours Incurred through February 28, 2009** | | **7,083.30** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | $1,520,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | $295,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | **$1,815,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | **1,182.20** | **$285,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                              **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - February 1, 2009 through February 28, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 245.50 |
| 2900 - Information Technology General Controls | 30.80 |
| 3100 - Purchasing and payables process | 28.60 |
| 3200 - Treasury and cash management  process | 29.45 |
| 3250 - Investments process | 70.45 |
| 3400 - Property, plant & equipment process | 7.20 |
| 3600 - Payroll process | 3.80 |
| 3650 - Benefits process | 195.30 |
| 3700 - Income tax process | 12.90 |
| 3900 - Period-end financial reporting process | 69.30 |
| 5500 - Financing process | 88.90 |
| 6000 - Audit of ICFR - Finalization procedures | 21.80 |
| 6500 - Audit of financial statements | 4.00 |
| 8000 - Minutes of board | 1.00 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 24.60 |
| 8450 - Use of the work of other auditors | 0.80 |
| 8700 - Completion | 5.00 |
| Baltimore Sun Fieldwork | 47.40 |
| CTC Fieldwork | 44.40 |
| FSC-CA Fieldwork | 16.50 |
| Hartford Courant Fieldwork | 1.60 |
| Hartford Station Fieldwork | 1.55 |
| Interactive Fieldwork | 0.30 |
| KTLA Fieldwork | 21.40 |
| LA Times Fieldwork - Advertising revenue and receivables process | 24.90 |
| LA Times Fieldwork - General | 12.20 |
| LA Times Fieldwork - Inventory process | 2.00 |
| LA Times Fieldwork - Property, plant & equipment process | 1.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - February 1, 2009 through February 28, 2009**

| Category | Hours |
|---|---|
| Orlando Fieldwork | 18.70 |
| Seattle Fieldwork | 9.05 |
| Sun Sentinel Fieldwork | 15.65 |
| TBC Group Office Fieldwork | 41.40 |
| TPC Group Office Fieldwork | 26.20 |
| Tribune 2008 Bankruptcy Matters_0.0365285.001 | 4.20 |
| WGN-Cable Fieldwork | 10.55 |
| WGN-TV Fieldwork | 21.85 |
| WPIX Fieldwork | 21.95 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **1,182.20** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                       Exhibit C-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by  Professionals - Hourly Professional Services
For the Period February 1, 2009 through February 28, 2009

| Professional by Billing Category | | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **General Compensation Advisory Services** | | | | |
| Paul C. Perry | Partner | $750 | 2.50 | $1,875.00 |
| Scott N. Olsen | Partner | $750 | 1.00 | $750.00 |
| Anne Goodyear | Director | $550 | 14.20 | $7,810.00 |
| Carley E Finkenthal | Associate | $215 | 5.40 | $1,161.00 |
| **Subtotal - General Compensation Advisory Services** | | | **23.10** | **$11,596.00** |
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 6.00 | $3,600.00 |
| Alex Thacher | Director | $450 | 6.40 | $2,880.00 |
| William Jozaitis | Director | $450 | 3.00 | $1,350.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 6.90 | $1,552.50 |
| Susan E. Miller | Senior Associate | $240 | 0.90 | $216.00 |
| Erez Lavi Gargir | Associate | $155 | 0.40 | $62.00 |
| Cynthia Louise Griffin | Professional Assistant | $145 | 0.50 | $72.50 |
| **Subtotal - Claims Consulting Services** | | | **24.10** | **$9,733.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Dan Drobac | Senior Manager | $425 | 2.50 | $1,125.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 11.10 | $4,440.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 0.30 | $87.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **13.90** | **$5,652.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Janet L Krueger | Partner | $625 | 1.00 | $625.00 |
| Dan Drobac | Senior Manager | $425 | 1.00 | $450.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 4.20 | $1,680.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 8.60 | $1,935.00 |
| Ronald J Siwinski | Administrative | $95 | 1.50 | $142.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period February 1, 2009 through February 28, 2009**

| Professional by Billing Category | Rate | Hours | Total Compensation |
|---|---|---|---|
| **Subtotal - Monthly, Interim and Final Fee Applications** | | 16.30 | $4,832.50 |
| **Total Hours and Compensation** | | 77.40 | $31,813.50 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period February 1, 2009 through February 28, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **General Compensation Advisory Services** | | | | | | |
| 2/1/2009 | Anne Goodyear | Director | 0209H0001: Finalize report for the Compensation Committee. | $550.00 | 0.70 | $385.00 |
| 2/2/2009 | Paul C. Perry | Partner | 0209H0002: Review the compensation assessment. | $750.00 | 1.00 | $750.00 |
| 2/2/2009 | Scott N. Olsen | Partner | 0209H0003: Review/revise executive pay report. | $750.00 | 1.00 | $750.00 |
| 2/2/2009 | Anne Goodyear | Director | 0209H0004: Prepare edits to the Compensation Committee Report. | $550.00 | 2.90 | $1,595.00 |
| 2/2/2009 | Carley E Finkenthal | Associate | 0209H0005: Revise the plan design deck per comments provided from A. Goodyear and P. Perry (both PwC). | $215.00 | 1.50 | $322.50 |
| 2/3/2009 | Paul C. Perry | Partner | 0209H0006: Review Tribune final presentation. | $750.00 | 1.50 | $1,125.00 |
| 2/3/2009 | Anne Goodyear | Director | 0209H0007: Prepare edits to the Compensation Committee Report. | $550.00 | 2.30 | $1,265.00 |
| 2/3/2009 | Carley E Finkenthal | Associate | 0209H0008: Prepare edits to the 2009 deck and changed Ed Wilson match. | $215.00 | 1.90 | $408.50 |
| 2/3/2009 | Anne Goodyear | Director | 0209H0009: Discussed Ed Wilson match with Tribune. | $550.00 | 0.40 | $220.00 |
| 2/10/2009 | Anne Goodyear | Director | 0209H0010: Work on Compensation Committee deck and revise benchmarking. | $550.00 | 2.10 | $1,155.00 |
| 2/11/2009 | Anne Goodyear | Director | 0209H0011: Work on the Compensation Committee deck and revise benchmarking. | $550.00 | 2.30 | $1,265.00 |
| 2/11/2009 | Carley E Finkenthal | Associate | 0209H0012: Change spreadsheet and deck based upon Board comments. | $215.00 | 2.00 | $430.00 |
| 2/12/2009 | Anne Goodyear | Director | 0209H0013: Work on Compensation Committee deck and revise benchmarking. | $550.00 | 3.50 | $1,925.00 |
| **Subtotal - Hours and Compensation for General Compensation Advisory Services** | | | | | **23.10** | **$11,596.00** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period February 1, 2009 through February 28, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 1/16/2009 | J. Timothy Winks | Senior Managing Director | 0209H0014: Review priority claim periods for state/local taxes. | $600.00 | 1.20 | $720.00 |
| 1/26/2009 | J. Timothy Winks | Senior Managing Director | 0209H0015: Review the Los Angeles Times license tax and coordination of project. | $600.00 | 1.10 | $660.00 |
| 2/3/2009 | J. Timothy Winks | Senior Managing Director | 0209H0016: Edit guidance to SALT engagement team. | $600.00 | 0.50 | $300.00 |
| 2/10/2009 | J. Timothy Winks | Senior Managing Director | 0209H0017: Review Chicago city tax hearing notice. | $600.00 | 0.30 | $180.00 |
| 2/11/2009 | William Jozaitis | Director | 0209H0018: City of Chicago tax assessments meeting with M. Melgarejo (Tribune) and T. Winks (PwC) regarding settlement strategy. | $450.00 | 0.50 | $225.00 |
| 2/11/2009 | J. Timothy Winks | Senior Managing Director | 0209H0019: City of Chicago tax assessments meeting with M. Melgarejo (Tribune) and W. William Jozaitis (PwC) regarding settlement strategy. | $600.00 | 0.50 | $300.00 |
| 2/11/2009 | William Jozaitis | Director | 0209H0020: Chicago Home - Rule Excise Taxes; Review emails from T. Winks and J. Krueger (both PwC) regarding information needed to assist the Chicago Tribune. | $450.00 | 0.70 | $315.00 |
| 2/11/2009 | William Jozaitis | Director | 0209H0021: Chicago Home-Rule Excise Taxes; Research the City of Chicago website to determine the appropriate appearance form to use for PwC to represent Chicago Tribune in the administrative hearing and preliminary negotiations. | $450.00 | 0.30 | $135.00 |
| 2/11/2009 | Cynthia Louise Griffin | Professional Assistant | 0209H0022: Prepare City of Chicago POA for electricity use tax, employer's expense tax, titled and non-titled use taxes. | $145.00 | 0.50 | $72.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period February 1, 2009 through February 28, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/13/2009 | William Jozaitis | Director | 0209H0023: Chicago Home-Rule Excise Taxes: Review emails from M. Melgarejo (Tribune) and prepare response containing a Chicago Power of Attorney form and signing instructions and a blank appearance form. | $450.00 | 0.40 | $180.00 |
| 2/13/2009 | William Jozaitis | Director | 0209H0024: Chicago Home-Rule Excise Taxes: Review emails from W. Hanscom (Chicago Department of Law) providing guidance regarding filing an Appearance and prepared and sent a response email. | $450.00 | 1.10 | $495.00 |
| 2/18/2009 | J. Timothy Winks | Senior Managing Director | 0209H0025: Discussion with A. Thacher (PwC) regarding Los Angeles License Tax Coordinate Settlement. | $600.00 | 0.40 | $240.00 |
| 2/18/2009 | Alex Thacher | Director | 0209H0026: Discussion with T. Winks (PwC) regarding Los Angeles License Tax Coordinate Settlement. | $450.00 | 0.40 | $180.00 |
| 2/18/2009 | J. Timothy Winks | Senior Managing Director | 0209H0027: Draft settlement template for all taxing authorities. | $600.00 | 2.00 | $1,200.00 |
| 2/18/2009 | Alex Thacher | Director | 0209H0028: Discussions with M. Melgarejo (Tribune) regarding Los Angeles License Tax Coordinate Settlement. | $450.00 | 0.30 | $135.00 |
| 2/18/2009 | Samuel I. Lovitch | Senior Associate | 0209H0029: Discussions with A. Thracher (PwC) regarding claims. | $225.00 | 0.40 | $90.00 |
| 2/18/2009 | Alex Thacher | Director | 0209H0030: Discussions with S. Lovitch (PwC) regarding claims. | $450.00 | 0.40 | $180.00 |
| 2/18/2009 | Alex Thacher | Director | 0209H0031: Review status of audit and scheduling. | $450.00 | 0.90 | $405.00 |
| 2/18/2009 | Alex Thacher | Director | 0209H0032: Scheduling discussions with Michele at LA City. | $450.00 | 0.00 | $0.00 |
| 2/18/2009 | Samuel I. Lovitch | Senior Associate | 0209H0033: Call with M. Melgarejo (Tribune) to regarding claims. | $225.00 | 1.60 | $360.00 |
| 2/20/2009 | Alex Thacher | Director | 0209H0034: Internal review of LA City documents. | $450.00 | 0.50 | $225.00 |
| 2/26/2009 | Erez Lavi Gargir | Associate | 0209H0035: Printing and organizing client correspondence in file. | $155.00 | 0.40 | $62.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period February 1, 2009 through February 28, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/26/2009 | Samuel I. Lovitch | Senior Associate | 0209H0036: Prepare lobbyist letter. | $225.00 | 0.50 | $112.50 |
| 2/27/2009 | Alex Thacher | Director | 0209H0037: Prepare for LA Times meeting. | $450.00 | 1.00 | $450.00 |
| 2/27/2009 | Samuel I. Lovitch | Senior Associate | 0209H0038: Prepare for LA Times meeting. | $225.00 | 1.50 | $337.50 |
| 2/27/2009 | Samuel I. Lovitch | Senior Associate | 0209H0039: LA Times meeting with A. Thacher (PwC). | $225.00 | 2.90 | $652.50 |
| 2/27/2009 | Alex Thacher | Director | 0209H0040: LA Times meeting with S. Lovitch (PwC). | $450.00 | 2.90 | $1,305.00 |
| 2/27/2009 | Susan E. Miller | Senior Associate | 0209H0041: Preparation of Power of Attorney for City of Chicago and preparation of file for client. | $240.00 | 0.90 | $216.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **24.10** | **$9,733.00** |

**Employment Applications and Other Court Filings**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/2/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0042: Review payment information for Tribune Company. | $400.00 | 2.10 | $840.00 |
| 2/2/2009 | Dan Drobac | Senior Manager | 0209H0043: Preparation of the affidavit for court approval of independent auditors. | $425.00 | 1.50 | $675.00 |
| 2/3/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0044: Review draft Order from UST office on Tribune case. Forward to Morgan Lewis and OGC regarding resolution on employment modifications. | $400.00 | 0.30 | $120.00 |
| 2/4/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0209H0045: Review Pacer for court documents. | $290.00 | 0.30 | $87.00 |
| 2/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0046: Consultation regarding Tribune retention. | $400.00 | 0.80 | $320.00 |
| 2/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0047: Review of Tribune Company bankruptcy website. | $400.00 | 0.20 | $80.00 |
| 2/6/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0048: Email communications with J. Franchini (Morgan Lewis) regarding Tribune status. | $400.00 | 0.20 | $80.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period February 1, 2009 through February 28, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 2/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0049: Review the expanded compensation services engagement letter. | $400.00 | 0.20 | $80.00 |
| 2/11/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0050: Conference call with Debtors Counsel regarding retention documents. | $400.00 | 0.50 | $200.00 |
| 2/16/2009 | Dan Drobac | Senior Manager | 0209H0051: Preparation of the affidavit for court approval of independent auditors. | $425.00 | 1.00 | $450.00 |
| 2/17/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0052: Discussion with J. Franchini (Morgan Lewis) regarding Tribune representation. | $400.00 | 0.20 | $80.00 |
| 2/18/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0053: Discussion with K. Thompson (OGC) regarding Tribune. | $400.00 | 0.80 | $320.00 |
| 2/18/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0054: Drafting supplemental declaration for Tribune matter. | $400.00 | 1.20 | $480.00 |
| 2/18/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0055: Discussion with J. Franchini (Morgan Lewis) regarding Tribune. | $400.00 | 0.50 | $200.00 |
| 2/26/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0056: Draft supplemental Tribune declaration with US Trustee edits. | $400.00 | 3.20 | $1,280.00 |
| 2/27/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0056: Distribute supplemental declaration to Debtors Counsel and US Trustee. | $400.00 | 0.60 | $240.00 |
| 2/27/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0057: Email communications with D. Drobac (PwC) regarding supplemental declaration and billing status (Tribune). Communication with B. England (PwC) regarding same. | $400.00 | 0.30 | $120.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **13.90** | **$5,652.00** |

**Monthly, Interim and Final Fee Applications**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2/1/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0058: Update Tribune guidance. | $400.00 | 0.90 | $360.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period February 1, 2009 through February 28, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/2/2009 | Janet L Krueger | Partner | 0209H0059: Meeting with A. Clark Smith (PwC) to discuss time reporting. | $625.00 | 1.00 | $625.00 |
| 2/2/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0060: Meeting with J. Krueger (PwC) to discuss time reporting. | $400.00 | 1.00 | $400.00 |
| 2/2/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0061: Setting up the time sheet template. | $225.00 | 1.20 | $270.00 |
| 2/2/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0062: Troubleshooting and testing the timesheet template. Different descriptions for different codes. | $225.00 | 1.50 | $337.50 |
| 2/2/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0063: Drafting the time tracking guidance. | $225.00 | 0.30 | $67.50 |
| 2/2/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0064: Updating tribune guidance. | $225.00 | 0.40 | $90.00 |
| 2/2/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0065: Review time template guidance. | $400.00 | 1.00 | $400.00 |
| 2/10/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0066: Review the revised time template guidance and submit modifications to D. Drobac (PwC). | $400.00 | 0.60 | $240.00 |
| 2/11/2009 | Dan Drobac | Senior Manager | 0209H0067: Engagement team meeting to discuss the time reporting requirements for the bankruptcy fee application. | $425.00 | 1.00 | $450.00 |
| 2/16/2009 | Ronald J Siwinski | Administrative | 0209H0068: Review correspondence regarding Tribune bankruptcy and time reporting instructions and prepare e-mail communication from W. Jozaitis (PwC) with regard to customized time reporting for Tribune Company and template. | $95.00 | 1.50 | $142.50 |
| 2/26/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0069: Discussion with S. Stendahl (PwC) regarding initial template regarding Tribune services. | $400.00 | 0.20 | $80.00 |
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0070: Discussion with A. Clark Smith (PwC) regarding initial template regarding Tribune services. | $225.00 | 0.20 | $45.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period February 1, 2009 through February 28, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0071: Initial set up of the consolidator; only reconciles for the General Compensation Advisory Services code need to update with remaining data. | $225.00 | 1.20 | $270.00 |
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0072: Begin setting up the Tribune exhibits and testing them. | $225.00 | 0.40 | $90.00 |
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0073: Finish set up of exhibits for initial review. | $225.00 | 0.30 | $67.50 |
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0074: Received feedback regarding initial exhibits from A. Clark Smith (PwC). | $225.00 | 0.10 | $22.50 |
| 2/26/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0075: Updating the consolidator for pre-bankruptcy hours, February hours, and other requested revisions. | $225.00 | 1.00 | $225.00 |
| 2/26/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0209H0076: Review the Tribune initial consolidator. | $400.00 | 0.50 | $200.00 |
| 2/27/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0077: Working on the design of the exhibits. Testing out different report views. | $225.00 | 1.80 | $405.00 |
| 2/27/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0209H0078: Adding signature and combining all exhibits into one deliverable to be sent to counsel. | $225.00 | 0.20 | $45.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **16.30** | **$4,832.50** |
| **Total Hours and Compensation** | | | | | **77.40** | **$31,813.50** |