## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                    CASE NO.:    08-13141 (KJC)

TRIBUNE COMPANY,                                          Chapter 11
et al.,
                                                          Jointly Administered

       Debtors.

_____/

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the law firm of WEISS SEROTA HELFMAN

PASTORIZA COLE & BONISKE, P.L., files this Notice of Appearance as counsel for the

secured creditor, City of Dania Beach, Florida.  Pursuant to Bankruptcy Rule 2002 and § 1109(b)

of the Bankruptcy Code, please provide the undersigned with copies of any and all pleadings,

notices, motions, orders and other documents filed in these proceedings.  All parties are

requested to take notice of this appearance and to serve copies of all documents of any kind or

nature in this proceeding, whether entered by the Court, the Office of the Clerk, the Trustee, or

any other party in interest, upon undersigned counsel.

In addition, it is respectfully requested, pursuant to Rule 2001(g) of the Federal Rules of

Bankruptcy Procedure, that the following be added to the Court's Mailing Matrix for matters of

record: **Douglas R. Gonzales, Esq.**, Weiss Serota Helfman, et al., 200 East Broward Boulevard,

St. 1900, Fort Lauderdale, Florida 33301.

### CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing notice has been

furnished by mail this _11ᵗʰ_ day of May, 2009 to: James F. Conlan, Esq., Sidley Austin LLP,

CASE NO.:    08-13141 (KJC)
Notice of Appearance

One South Dearborn Street, Chicago, IL 60603; and to Norman L. Pernick, Esq., Cole, Schotz,

Meisel, Forman & Leonard, P.A., 500 Delaware Avenue, St. 1410, Wilmington, DE 19801.

Respectfully submitted,

WEISS SEROTA HELFMAN PASTORIZA
COLE & BONISKE, P.L.
Counsel for City of Dania Beach, Florida
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL  33301
Telephone:  (954) 763-4242
Telecopier: (954) 764-7770
Email address:  dgonzales@wsh-law.com

By: /s/  **Douglas R. Gonzales**
      Florida Bar No.:  849030

2