IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: June 1, 2009 @ 4:00 p.m. |
| | | Hearing Date TBD |

**FIRST INTERIM FEE APPLICATION OF LAZARD FRERES & CO. LLC, INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009**

| | |
|---|---|
| Name of Applicant: | **Lazard Frères & Co. LLC** |
| Authorized to Provide Professional Services to: | **Debtors and Debtors-in-Possession** |
| Date of Retention: | **March 13, 2009 nunc pro tunc December 8, 2008** |
| Application Period: | **December 8, 2008 through February 28, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$554,839.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$12,037.41** |
| Less: Amounts Paid to Date: | ($154,839.00)[1] |
| Net Amount of Compensation Requested: | **$412,037.41** |

This is a: ___ monthly   _X_ interim   ___ final application.

---

[1] Amount reflects professional fees paid to Lazard prior to the Debtors petition date pursuant to Lazard's Engagement letter dated as of December 2, 2008.

**Summary of Fee Applications for Compensation Period**

| Date & Docket No. | Period Covered | Requested Fees (A) | Requested Expenses (B) | CNO Date & Docket No. | Approved Fees (B) | Approved Expenses (D) | Amounts Paid (E) | Holdback Amount (A-B) |
|---|---|---|---|---|---|---|---|---|
| 04/07/09 [823] | 12/08/08 through 01/31/09 | $354,839.00 | $6,227.35 | 05/05/09 [1138] | $283,871.20 | $6,227.35 | $154,839.00[2] | $70,967.80 |
| 05/01/09 [1124] | 02/01/09 through 02/28/09 | $200,000.00 | $5,810.06 | Objection Deadline 05/21/09 | $0.00 | $0.00 | $0.00 | $40,000.00 |
| Totals | 12/08/08 through 02/28/09 | $554,839.00 | $12,037.41 | N/a | $283,871.20 | $6,227.35 | $154,839.00 | $110,967.80 |

In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11 Professionals and Committee Members (the "Administrative Order") entered by this Court on January 15, 2009 [Docket No. 225], Lazard Frères & Co. LLC, ("Lazard") hereby submits its first interim (quarterly) fee application (the "Application") seeking (i) interim approval and allowance of the full amount of the fees and expenses requested in the above-referenced monthly fee applications for the period covering December 8, 2008 through February 28, 2009 (collectively, the "Fee Applications")[3], and (ii) authorization for Tribune Company and certain of its subsidiaries and affiliates (collectively, the 'Debtors") to pay the full amounts requested in the Fee Application, including the 20% holdback of fees provided for in the Administrative Order.

WHEREFORE, Lazard respectfully requests that the Court enter the attached order and grant such further relief as is just and proper.

---

[2] Prior to the petition date the Debtors paid Lazard's professional fees for services to be rendered for the month of December 2008, pursuant to its Engagement Letter.

[3] Each of the Fee Applications is incorporated by reference as if set forth herein.

Dated:     May 11, 2009
               New York, New York

LAZARD FRÈRES & CO. LLC

_____
Suneel Mandava
Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
(212/632-6000)
Investment Banker and Financial Advisor
to the Debtors