**S I G N - I N - S H E E T**

**CASE NAME:   Tribune Company**
**CASE NO.   08-13141-KJC**

**COURTROOM LOCATION:  5**
**DATE:** May 12, 2009

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jonathan Lotkoff | Sidley Austin | Tribune Co. |
| Brian Gold | Sidley Austin | Tribune Co. |
| Kevin Lantry | Sidley Aust | Tribune Co |
| David DeMey | Chadbourne & Parke LLP | Creditor's Comm 'ttee |
| Norman Pernick | Cole Schotz | Tribune Co |
| Thomas M. Horan | WBU&SLE CACYLE | GREENT BANC |
| Matthew McGuire | Louvis Rath & Coss | Committee |
| Derek Abbott | Morris Nichols | CW |
| Larry Jacobson | Glicenstein Fielding Jacobson | CW |
| Joe M'Mahon | USDOJ | U.S. Trustee |
| | | |
| | | |
| | | |
| | | |

# Court Conference

Calendar Date: 05/12/2009
Calendar Time: 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Kevin J. Carey
### #5

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|-------------------|-------------------------|-----------|-------------|
| | | Tribune Company | 08-13141 | Hearing | 2821420 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2821424 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2821427 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2821417 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2818973 | Damian Schaible | (212) 450-4580 | Davis Polk & Wardwell | Interested Party, Davis Polk & Wardwell / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2819205 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |