JOHN A. LEIFHEIT
*(1920 - 2008)*
DANIEL L. CLIFFE
*(1919 - 2003)*

KEITH L. FOSTER, P.C.
KEVIN E. BUICK
MARCY L. BUICK
TIMOTHY J. CONKLIN
MELISSA P. IRICK

DOUGLAS R. ENGEL
*Of Counsel*

TCONKLIN@FOSTERBUICK.COM

# THE FOSTER & BUICK LAW GROUP, LLC

ATTORNEYS AT LAW

2040 ABERDEEN COURT
SYCAMORE, ILLINOIS 60178

(815) 758-6616

SHABBONA ILLINOIS
(815) 824-2258

WATERMAN ILLINOIS
(815) 264-3340

HINCKLEY ILLINOIS
(815) 286-3501

FAX
(815) 756-9506

WWW.FOSTERBUICK.COM

May 7, 2009

U. S. Bankruptcy Court
District of Delaware
**Attn: Claims**
824 Market Street
Wilmington, DE 19801

            Re: Tribune Company Newspaper Readers Agency, Inc.
                Case No. 08-13141 (KJC)
                Our File No. 2009-0211

To Whom It May Concern:

      Please be advised that on April 28, 2009, I sent a Proof of Claim with regard to the above-referenced matter to the address listed on the Proof of Claim form (copy attached). This Proof of Claim is on behalf of the creditor, Dietz Park. On May 4, 2009, I was advised by the creditor that the amount stated in the Proof of Claim ($1,282.51) had been paid by the debtor. As a result, please withdraw the Proof of Claim filed by Dietz Park.

      Thank you, and please feel free to contact me at the Sycamore, Illinois number above if you have any questions or need anything further.

                Sincerely,

                THE FOSTER & BUICK LAW GROUP, LLC

                By: _____
                      Timothy J. Conklin, for the firm

TJC/lh
Enclosure

cc: Monica, Mason Properties

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |

| Name of Debtor Against Which Claim is Held | Case No. of Debtor | |
|---|---|---|
| Tribune Company Newspaper Readers Agency, Inc. | 08-13141(KJC) | **COPY** |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

THIS SPACE IS FOR COURT USE ONLY

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

TRB (CREDITOR.DBF,CREDNUM)CREDNUM # 1000018534******
DIETZ PARK
RE: DEKALB 328 DIETZ AVE.
120 N. ANNIE GLIDDEN RD.
DEKALB, IL 60114

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____
037251

**Name and address where payment should be sent** (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 1,282.51

   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
   ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. **Basis for Claim:** Repairs pursuant to Lease (overhead door)
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 11DP
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
   Describe: _____

   Value of Property: $ _____    Annual Interest Rate _____ %

   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____    Basis for perfection: _____

   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   Amount entitled to priority:
   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

Date: 4/28/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Attorney for Creditor - Tim Conklin /s/ Tim Conklin

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.