IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRIBUNE COMPANIES, et al. | CHAPTER 11 |
| Debtors. | CASE NO. 08-13141 (KJC) |
| | (Jointly Administered) |
| | Re: Docket No. 1166 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, counsel to Jon Van Senus, hereby certify that I caused a copy of the Second Motion of Jon Van Senus, By and Through His Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement to be served on May 8, 2009 on the parties listed on the attached service list.

Dated: May 13, 2009        ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski, Esquire (No. 3645)
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Telephone: 302-384-9400
Facsimile: 302-384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
*Counsel to Jon Van Senus, by and through his guardian ad litem Neala Olson*

Brett D. Fallon
Ericka F. Johnson
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19899-2306

Margaret M. Anderson
Fox, Hefter, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606