**IN THE UNITED STATES BANKRUPTCY COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | : | CASE NO.  08-13141 (KJC) |
|  | : |  |
| IN RE: TRIBUNE COMPANIES, et al. | : | CHAPTER 11 |
|  | : |  |
| Debtors. | : | **Re:  Docket Nos. 438, 471, 1044 and 1166** |
|  | : | **Objection Deadline: May 19, 2009 at 4:00 PM** |
|  | : | **Hearing Date: May 28, 2009 at 1:00 PM** |
|  |  | **(Rescheduled from May 26, 2009 at 10:00 AM)** |
|  | : |  |

**<u>RE-NOTICE</u> OF MOTION OF JON VAN SENUS, BY AND THROUGH
HIS GUARDIAN AD LITEM, NEALA OLSON FOR RELIEF FROM THE
AUTOMATIC STAY TO RECEIVE PAYMENT PURSUANT TO
<u>SETTLEMENT AGREEMENT</u>**

TO:    (I) the Debtors; (II) Counsel to the Debtors; (III) the United States Trustee for the District of Delaware; (IV) Counsel to the Official Committee of Unsecured Creditors; (V) Counsel to Zurich Insurance; and (VI) Counsel for Travelers Insurance and (VII) all parties required to receive service under Federal Rule of Bankruptcy Procedure 2002(i) and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE NOTICE** that on May 8, 2009, Jon Van Senus filed the Second Motion of Jon Van Senus, By and Through his Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement (the "Motion") (Docket No. 1166) with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **May 19, 2009 at 4:00 PM (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Kevin J. Carey **has been rescheduled** from its original time and date of May 26, 2007 at 10:00 a.m. to **May 28, 2009 at 1:00 PM (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: May 13, 2009
        Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

and

CALLAHAN & BLAINE
Edward Susolik, Esquire
Sarah C. Serpa, Esquire
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707
(714) 241-4444

*Counsel to Jon Van Senus, by and through his guardian ad litem, Neala Olson*