# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MAY 12, 2009 10:00 AM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### *Matter:*

Omnibus

**R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#3, 4 and 5 - Orders Signed
#6 - Order Due
#7 - Order Due