IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: TRIBUNE COMPANIES, et al. | CHAPTER 11 |
| Debtors. | CASE NO. 08-13141 (KJC) |
| | (Jointly Administered) |
| | Re: Docket No. 1166, 1198 |

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, counsel to Jon Van Senus, hereby certify that I caused a copy of the **Re-Notice** of Second Motion of Jon Van Senus, By and Through His Guardian Ad Litem, Neala Olson, for Relief from the Automatic Stay to Receive Payment Pursuant to Settlement Agreement to be served on May 14, 2009 on the parties listed on the attached service list.

Dated: May 14, 2009          ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski, Esquire (No. 3645)
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Telephone: 302-384-9400
Facsimile: 302-384-9399
E-mail: rxza@elliottgreenleaf.com
E-mail: nrl@elliottgreenleaf.com
*Counsel to Jon Van Senus, by and through his guardian ad litem Neala Olson*

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

R. Karl Hill, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Fl.
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

William E. Callahan, Jr.
Leclairryan, A Professional Corp.
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006-1200

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

| | |
|---|---|
| Rachel B. Mersky, Esquire<br>Monzack Mersky McLaughlin & Browder, P.A.<br>1201 N. Orange Street, Suite 400<br>Wilmington, DE 19801 | Wilmington Trust Company<br>Attn: Patrick J. Healy, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |
| Bradford J. Sandler, Esquire<br>Jennifer R. Hoover, Esquire<br>Benesch, Friedlander, Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 | Adam Hiller, Esquire<br>Michelle Berkeley-Ayres, Esquire<br>Draper & Goldberg, P.L.L.C.<br>1500 North French Street, 2nd Floor<br>Wilmington, DE 19801 |
| Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 | James F. Conlan, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| Bryan Krakauer, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Kevin T. Lantry, Esquire<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Internal Revenue Service<br>31 Hopkins Plaza<br>ATTN: Room 1150<br>Baltimore, MD 21201 |

Securities & Exchange Commission
15th & Pennsylvania Ave., N.W.
Washington, DC 20020

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Jeffrey N. Rich, Esquire
Charles R. Smith, Esquire
K & L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Charles R. Smith, Esquire
K & L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312

Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Wayne M. Smith, Esquire
Warner Bros. Television Distribution, Inc.
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA 91522

Pamela Kohlman Webster, Esquire
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457

Ms. Carolyn Adler
Morgan Stanley, Fixed Income
1585 Broadway, 2nd Floor
New York, NY 10036

Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022

Thomas V. Askounis, Esquire
Askounis & Darcy, PC
401 North Michigan Avenue, Suite 550
Chicago, IL 60611

David Adler, Esquire
G. Amanda Mallan, Esquire
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Colleen E. McManus, Esquire
Much Shelist Denenberg Ament & Rubenstein, P.C.
191 North Wacker Drive, Ste. 1800
Chicago, IL 60606

Kelly Singer, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498

Gary A. Bresee
Peter J. Felsenfeld
Barger & Wolen LLP
650 California Street, 9th Floor
San Francisco, CA 94108

| | |
|---|---|
| Paul Rubin, Esquire<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | Ruth Weinstein<br>Canon U.S.A., Inc.<br>One Canon Plaza<br>Lake Success, NY 11042 |
| Stephen B. Selbst, Esquire<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016 | Babette A. Ceccotti, Esquire<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036 |
| Edmond P. O'Brien, Esquire<br>Stempel Bennett Claman & Hochberg, P.C.<br>675 Third Avenue, 31st Floor<br>New York, NY 10017 | Tiffany Strelow Cobb, Esquire<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH 43215 |
| Robert E. Paul, Esquire<br>Zwerdling, Paul, Kahn & Wolly, P.C.<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C. 20036-5420 | Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 |
| James E. Sorenson, Esquire<br>D. Tyler Van Leuven, Esquire<br>Williams, Gautier, Gwynn,<br>DeLoach & Sorenson, P.A.<br>PO Box 4128<br>Tallahassee, FL 32315-4128 | Scott Friedberg<br>The Seaport Group, LLC<br>360 Madison Avenue, 22nd Fl.<br>New York, NY 10017 |

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Anthony Deglomine, III, Vice President
Harris Corporation
1025 W. NASA Boulevard
Mail Stop A-11A
Melbourne, FL 32919

Eric R. Wilson, Esquire
Howard S. Steel, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Frank A. Anderson, Esquire
Cassandra R. Burton, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

John P. Dillman, Esquire
Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064

Jay Teitelbaum, Esquire
Teitelbaum & Baskin, LLP
Three Barker Avenue, Third Floor
White Plains, NY 10601

Joanne Fungaroli, Esquire
Capital Source Finance LLC
4445 Willard Avenue, 12th Floor
Chevy Chase, MD 20815

Andrew S. Conway, Esquire
200 East Long Lake Road, Suite 300
Bloomfield Hills, MI 48304

David W. Phillips
Leclairryan, A Professional Corp.
Two Penn Plaza East
Newark, NJ 07105

Kathleen N. Reed
Navistar Leasing Company
425 N. Martingale Road, 18th Floor
Schaumburg, IL 60173

| | |
|---|---|
| J. Scott Douglass, Esquire<br>909 Fannin, Suite 1800<br>Houston, TX 77010 | Ramona Neal, Esquire<br>Hewlett-Packard Company<br>11311 Chinden Boulevard<br>Mailstop 314<br>Boise, ID 83714-0021 |
| Mr. Ken Higman<br>Sr. Default & Recovery Analyst<br>Hewlett-Packard Company<br>2125 E. Katella Ave., Suite 400<br>Anaheim, CA 92806 | Ms. Jodie Rea<br>Twentieth Television, Inc.<br>2121 Avenue of the Stars, Suite 1754<br>Los Angeles, CA 90067 |
| Martin S. Zohn, Esquire<br>Proskauer Rose LLP<br>2049 Century Park East, 32nd Fl.<br>Los Angeles, CA 90067 | Ira S. Greene, Esquire<br>Scott A. Golden, Esquire<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 |
| Missouri Department of Revenue<br>Sheryl L. Moreau, Esquire<br>PO Box 475<br>Jefferson City, MO 65105-0475 | Susanne M. Mitchell, Esquire<br>International Union UAW<br>8000 E. Jefferson Avenue<br>Detroit, MI 48214 |
| Todd M. Hoepker, Esquire<br>Todd M. Hoepker, P.A.<br>P.O. Box 3311<br>Orlando, FL 32802-3311 | Jeffrey J. Newton, County Attorney<br>Hollie N. Hawn, Assistant County Attorney<br>Broward County<br>Government Center<br>115 South Andrews Avenue<br>Fort Lauderdale, FL 33301 |

| | |
|---|---|
| Mike Lynch, Account Resolution<br>Travelers<br>National Accounts<br>One Tower Square, 5MN<br>Hartford, CT 06183-4044 | Frank F. McGinn, Esquire<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA 02110 |
| Shawn M. Christianson, Esquire<br>Buchalter Nemer<br>333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 | Donald R. Furman, Jr., Esquire<br>Furman Gregory LLC<br>75 Federal Street, Ninth Floor<br>Boston, MA 02110 |
| Edward J. Tredinnick, Esquire<br>Greene Radovsky Maloney Share & Hennigh LLP<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111 | Angie M. Cowan, Esquire<br>Allison, Slutsky & Kennedy, P.C.<br>230 W. Monroe Street, Suite 2600<br>Chicago, IL 60606 |
| Fred Fellmeth, Esquire<br>General Counsel<br>Broadcast Systems Division<br>The Vitec Group plc<br>101 Bilby Road<br>Hackettstown, NJ 07840 | C. B. Blackard, III, Esquire<br>Corporate Counsel<br>Acxiom Corporation<br>301 E. Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033-2000 |
| Mark A. Nitikman, Esquire<br>Virginia P. Croudace, Esquire<br>Croudace & Dietrich LLP<br>4750 Von Karman Avenue<br>Newport Beach, CA 92660 | Michael V. Blumenthal, Esquire<br>Crowell & Moring LLP<br>590 Madison Avenue, 19th Floor<br>New York, NY 10022 |

Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, New York 10019-6609

~~New York, NY 10019~~
Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive #400
Littleton, CO 80124

Bruce J. Ruzinsky, Esquire
D. Elaine Conway, Esquire
Jackson Walker L.L.P.
1401 McKinney Street, Suite 1900
Houston, TX 77010

Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Brown Rudnick LLP
Attn: Robert J. Stark, Esquire
Attn: Daniel J. Staval, Esquire
Seven Times Square
New York, NY 10036

David M. Neumann, Esquire
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114-2378

Robert L. Hanley, Jr., Esquire
Nolan, Plumhoff & Williams, Chartered
Suite 700, Nottingham Centre
502 Washington Avenue
Towson, MD 21204

Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

Dana S. Plon, Esquire
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street, Suite 600
Philadelphia, PA 19102

Julie A. Manning, Esquire  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, CT 06103-1919  

Joseph D. Frank, Esquire  
Frank/Gecker LLP  
325 North LaSalle Street, Suite 625  
Chicago, IL 60654  

Joseph E. Shickich, Jr  
Maria Ann Milano  
Riddell Williams P.S.  
1001 – 4th Avenue Suite 4500  
Seattle WA 98154-1192  

Jacqueiine A. Criswell  
Tressler Soderstrom Maloney & Priess, LLP  
Sears Tower, 22nd Floor  
233 South Wacker Drive  
Chicago, IL 6060-6314  

Margaret Ann Nolan, County Solicitor  
Camela J. Sandmann, Assistant County Solicitor  
Howard County Office of Law  
George Howard Building  
3430 Courthouse Drive  
Ellicott City, Maryland 21043  

Sherry Ruggiero Fallon  
Tybout Redfearn and Pell  
750 Shipyard Drive, Suite 400  
P.O. Box 2092  
Wilmington, DE 19899  

Brian M. Dougherty  
Goldstine, Skrodzki, Russian, Nemec and Hoff, Ltd.  
835 McClintock Drive, Second Floor  
Burr Ridge, IL 60527  

Fred B. Ringel, Esq.  
Robinson Brog Leinwand Greene  
Genovese & Gluck P.C.  
Attorneys for Galleria Operating Company, LLC  
1345 Avenue of the Americas  
New York, New York 10105  

Paul J. Catanese  
McGuireWoods LLP  
77 W. Wacker Drive, Suite 4100  
Chicago, IL 60601  

Bryan Cave LLP  
Michelle McMahon, Esq.  
1290 Avenue of the Americas  
New York, New York 10104

Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

CRP Holding C, L.P., A Delaware LLC
c/p Mulherin Rehfeldt & Varchetto, PC
William J. Ulrich, Jr.
William R. Brodzinski
211 S. Wheaton Avenue, Suite 200
Wheaton, IL 60187

Joshua G. Losardo, Esq.
Belkin Burden Wenig & Goldman, LLp
Attorneys for Enterprise Garage Corp.
270 Madison Avenue
New York, NY 10016

Ian Connor Bifferato, Esq.
Kevin Collins, Edq.
Bifferato LLC
800 N. King Street Plaza Level
Wilmington, DE 19801

Daniel Feinberg, Esq.
Angelica K. Jongco, Esq.
Nina Wasow, Esq.
Lewis, Feinberg, Lee, Renake Jackson, P. C.
1330 Broadway, Suite 1800
Oakland, CA 94612

Thomas R. Meites, Esq.
Michael M. Mulder, Esq.
Meites, Mulder, Mollica & Glink
20 S. Clark Street, Suite 1500
Chicago, IL 60603

Phillip Gregory, Esq.
Cotchett, Pitre & McCarthy
840 Malcom Road, Suite 200
Burlingame, CA 94010

Corey Smith Bott
Brian G. Esders
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Balitmore, Maryland 21286

Keith D. Elkins
Caroline R. Djang
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

| | |
|---|---|
| Kenneth Miller, Esquire<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 | Judy D. Thompson, Esquire<br>Poyner Spruill LLP<br>301 South College Street, Suite 2300<br>Charlotte, NC 28202 |
| Zachary J. Bancroft, Esquire<br>Lowndes, Drosdick, Doster, Kantor and Reed, P.A.<br>450 S. Orange Avenue, Suite 800 (32801)<br>P.O. Box 2809<br>Orlando, FL 32802 | Brett D. Fallon<br>Ericka F. Johnson<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899-2306 |
| Margaret M. Anderson<br>Fox, Hefter, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, IL 60606 | Douglas R. Gonzales, Esq.<br>Weiss Serota Helfman<br>200 East Broward Boulevard, St. 1900<br>Fort Lauderdale, FL 33301 |