# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue         **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation

*Case No.*:  08–13141–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

  A transcript of the proceeding held on 5/12/2009 was filed on 5/15/2009 . The following deadlines apply:

  The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 6/5/2009 .

  If a request for redaction is filed, the redacted transcript is due 6/15/209 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 8/13/2009 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                          Clerk of Court

Date: 5/15/09

(ntc)