# Notice Recipients

District/Off: 0311−1        User: Brandon           Date Created: 5/15/2009
Case: 08−13141−KJC          Form ID: ntcBK          Total: 10

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee        USTPREGION03.WL.ECF@USDOJ.GOV
aty         Bryan Krakauer               bkrakauer@sidley.com
aty         Michael A. Henry             mhenry@grossmcginley.com

                                                                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Tribune Company         435 N. Michigan Avenue       Chicago, IL 60611
aty         J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410        Wilmington, DE 19801
aty         J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410        Wilmington, DE 19801
aty         James F. Conlan         Sidley Austin LLP        One South Dearborn Street       Chicago, IL 60603
aty         Norman L. Pernick       Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue,Suite 1410         Wilmington, DE 19801
aty         Patrick J. Reilley      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410        Wilmington, DE 19801
aty         Patrick Theodore Garvey        Johnson &Bell, Ltd        33 W. Monroe, Suite 2700       Chicago, IL 60603

                                                                                                                                             TOTAL: 7