**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

    **TRIBUNE COMPANIES, et al.**       Case No. 08-13141-KJC
                                                           (Jointly Administered)
                                                           Chapter 11

                                  Debtors.

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**
**AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the Commissioner of the New York State Department of Taxation and Finance by Robert L. Cook, District Tax Attorney, hereby appears in the above-captioned case for the State of New York, Department of Taxation and Finance (the "Department"), creditor of Newport Media, Inc., one of the Debtors in the above-captioned jointly administered case, and pursuant to Rules 2002, 9007 and 9010(b) of the Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, the Department requests that any and all notices given or required to be given in the above-captioned Chapter 11 case and all papers served or required to be served in the above-captioned Chapter 11 case be given to and served upon the undersigned at the offices, telephone and facsimile numbers set forth herein.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices and papers referred to in the bankruptcy rules specified above, but also includes, without limitation, notices of any disclosure statement, plan, application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, facsimile, e-mail or otherwise.

-2-

DATED: May 19, 2009                New York State
                                   Department of Taxation and Finance
                                   Office of Counsel

                          By:      /s/ Robert L. Cook
                                   Robert L. Cook, Esq. (New York Bar #1877703)
                                   District Tax Attorney
                                   NYS Department of Taxation and Finance
                                   333 East Washington St., 3rd Floor
                                   Syracuse, N.Y.  13202
                                   Phone:  (315) 428-4230
                                   Fax:     (315) 428-4240
                                   Email: Robert_Cook@tax.state.ny.us