**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In Re:

    **TRIBUNE COMPANIES, et al.**       **Case No. 08-13141-KJC**
                                                                                                                          (Jointly Administered)
                                                                                                                        Chapter 11

                            Debtors.

**CERTIFICATION BY GOVERNMENT ATTORNEY FOR APPEARANCE PURSUANT TO LOCAL RULE 9010-1(e)(i)**

Pursuant to Local Rule 9010-1(e)(i), I certify that I am an attorney admitted to practice in the State of New York and in the U.S. District Courts for the Northern and Western Districts of New York; that I am in good standing in all jurisdictions in which I am admitted; that I will be bound by this Court's Local Rules; and that I submit to the jurisdiction of this Court for disciplinary purposes.

This certification is made for purposes of appearing on behalf of the New York State Department of Taxation and Finance in the above-captioned matter.

DATED: May 19, 2009

                                                Respectfully submitted,

                                                /s/ Robert L. Cook
                                                Robert L. Cook, Esq. (New York Bar #1877703)
                                                District Tax Attorney
                                                Office of Counsel
                                                New York State
                                                Department of Taxation and Finance
                                                333 East Washington St., 3rd Floor
                                                Syracuse, N.Y. 13202
                                                Phone: (315) 428-4230
                                                Fax:   (315) 428-4240
                                                Email: Robert_Cook@tax.state.ny.us