**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

In Re:

    **TRIBUNE COMPANIES, et al.**       Case No.  08-13141-KJC
(Jointly Administered)
Chapter 11

Debtors.

**CERTIFICATE OF SERVICE**

    I hereby certify that on, May 19, 2009, I electronically filed the attached Notice of Appearance and Government Attorney Certification with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

Brian Krakauer & James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com

J. Kate Stickles, Norman L. Pernick &
  Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com
bankruptcy@coleschotz.com
preilley@coleschotz.com

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P.O.B. 4060
Allentown, PA 18105-4060
mhenry@grossmcginley.com

Patrick Theodore Garvey
Johnson & Bell, Ltd.
33 W. Monroe, Suire 2700
Chicago, IL 60603
garveyp@jbltd.com

Adam G. Landis, Cynthia E. Moh,
  Kerri K. Mumford, Matthew B. McGuire
  & Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
moh@lrclaw.com
mumford@lrclaw.com
mcguire@lrclaw.com
parikh@lrclaw.com

-2-

And, I hereby certify that I have mailed by the United States Postal Service the documents to each of the above and to the following non-CM/ECF participants:

Tribune Company, et al.  
435 N. Michigan Avenue  
Chicago, IL 60611  

Newport Media, Inc.  
435 N. Michigan Avenue  
Chicago, IL 60611  

U.S. Trustee  
United States Trustee  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899-0035  

/s/*Robert L. Cook*  
Robert L. Cook, Esq. (New York Bar #1877703)  
District Tax Attorney  
Office of Counsel  
New York State Dept. of Taxation & Finance  
333 East Washington St., 3rd Floor  
Syracuse, New York 13202  
Phone:  315-428-4230  
Fax:     315-428-4240  
Email:  Robert_Cook@tax.state.ny.us