IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>               Debtors. | Case No. 08-13141 (KJC)<br>(Jointly Administered)<br><br>Chapter 11 |

**NOTICE OF WITHDRAWL OF DOCKET NO. 1049**

     Archer & Greiner, PC, counsel for Navistar Leasing Company in the above captioned matter hereby withdraws the Motion of Navistar Leasing Company for Relief From the Automatic Stay, or in the Alternative, to Compel Immediate Assumption or Rejection of the Unexpired Lease and for Allowance and Immediate Payment of Administrative Claim [Docket No. 1049] filed on April 16, 2009.

Dated: May 19, 2009
       Wilmington, Delaware

By:   /s/ John V. Fiorella
     John V. Fiorella, Esquire (No. 4330)
     Archer & Greiner, PC
     300 Delaware Ave., Suite 1370
     Wilmington, DE  19801
     Phone:  (302) 777-4350
     Facsimile:  (302) 777-4352
     Email: jfiorella@archerlaw.com
     Attorneys for Navistar Leasing Company

4049870v1