**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re:  TRIBUNE COMPANY, | ) ) ) ) ) ) | Case No. 08-13141 |
| Debtor | | Chapter 11 |
| | | **JUDGE KEVIN J. CAREY** |

*NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO
BANKRUPTCY RULE 2002*

TO:  CLERK OF THE BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned attorneys hereby file their appearances as counsel for Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), a party in interest in these proceedings, pursuant to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1001, *et seq.*

The Secretary requests, in accordance with Bankruptcy Rule 2002 and Local Rule 2002, that copies of all notices, pleadings, reports, and other documents filed in connection with this matter also be sent to the following and that the following names and addresses be added to the Court's master mailing list:

> Christine Z. Heri
> Office of the Solicitor
> United States Department of Labor
> 230 South Dearborn, Room 844
> Chicago, Illinois  60604
> e-mail:  heri.christine@dol.gov

Elizabeth Goldberg
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C.  20013
e-mail:  goldberg.elizabeth@dol.gov

Michael Schloss
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C.  20013
e-mail:  schloss.michael@dol.gov

Dated: May 19, 2009                          Respectfully submitted,

**CAROL A. DEDEO**
Deputy Solicitor for National Operations

**JOAN E. GESTRIN**
Regional Solicitor

**TIMOTHY D. HAUSER**
Associate Solicitor, PBSD

/s/ Michael Schloss
**MICHAEL SCHLOSS**
Senior Trial Attorney

/s/ Christine Z. Heri
**CHRISTINE Z. HERI**
Senior Trial Attorney

**/s/** Elizabeth Goldberg
**ADDRESS:**                                 **ELIZABETH GOLDBERG**
Office of the Solicitor                      Trial Attorney
U.S. Department of Labor
230 S. Dearborn St., Rm. 844
Chicago, IL  60604                           Attorneys for **HILDA L. SOLIS,**
Telephone:  312/353-7836                     Secretary of Labor, United States
Facsimile:  312/353-5698                     Department of Labor
E-mail:  heri.christine@dol.gov

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing *Notice of Appearance and Request for Notice Pursuant to Bankruptcy Rule 2002* was transmitted on this 19th day of May, 2009 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

>Bryan Krakauer
>Sidley, Austin, Brown & Wood LLP
>One S. Dearborn Street
>Chicago, Illinois 60603
>bkrakauer@sidley.com
>Attorney for the Debtor

>Adam G. Landis
>Landis Rath & Cobb LLP
>919 Market Street, Suite 1800
>Wilmington, Delaware 19801
>landis@lrclaw.com
>Attorney for the Creditor Committee

and via regular mail to:

>Tribune Company
>435 N. Michigan Avenue
>Chicago, Illinois 60611
>Debtor

>United States Trustee
>Office of the U.S. Trustee
>844 King Street, Room 2207
>Lockbox #35
>Wilmington, Delaware 19899-0035

/s/ Christine Z. Heri
**CHRISTINE Z. HERI**
Senior Trial Attorney

**ADDRESS:**
Office of the Solicitor
U.S. Department of Labor
230 South Dearborn Street, Room 844
Chicago, Illinois 60604
Telephone: (312) 353-7836
Facsimile: (312) 353-5698
E-mail: heri.christine@dol.gov

One of the Attorneys for **HILDA L. SOLIS**, Secretary of Labor, United States Department of Labor