IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et. al.<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## AFFIDAVIT

STATE OF NEW YORK   )
                    : SS.:
COUNTY OF ALBANY    )

DEAN S. SOMMER, being duly sworn deposes and says:

1. I am a partner in the law firm of Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC, (the "Firm") which maintains offices at 5 Palisades Drive, Suite 300, Albany, New York, 12205. I am fully familiar with the matters recited in this affidavit.

2. The Firm submitted an Affidavit of Ordinary Course of Professional Dean S. Sommer, Esq., of Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC, dated May 12, 2009 in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these Chapter 11 cases.

3. This Affidavit of Ordinary Course of Professional is the only document that the Firm anticipates filing in connection with this Bankruptcy case and therefore is not required to open a Case Management/Electronic Case Filing account with the United States Bankruptcy Court for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 12th, 2009

_____
Dean S. Sommer

Sworn to and subscribed before me
this 12th day of May, 2009

_____
Notary Public

*Angeline L. Morris*
*Notary Public, State of New York*
*Qualified in Erie County*
*Certificate Filed in Schenectady County*
*My Commission Expires 04/26/10*

2