IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et. al.

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered

**CERTIFICATE OF SERVICE**

STATE OF NEW YORK  )
: SS.:
COUNTY OF ALBANY  )

    I hereby certify that a true and correct copy of the **Affidavit of Ordinary Course Professional Dean S. Sommer of Young, Sommer, Ward, Ritzenberg, Baker & Moore, LLC** was served via First Class Mail on May 14, 2009 upon the following:

David D. Bird, Clerk of Court
United States Bankruptcy Court
District of Delaware
824 Market Street, Third Floor
Wilmington, Delaware 19801

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart B. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esq.
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington DE 19899-0951

James F. Conlan, Esq.
Bryan Krakauer, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esq.
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourn & Park LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esq.
Madlyn Gleich Primoff, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Brian Trust, Esq.
Amit K. Trehan, Esq.
Barbara Yan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Cole, Schotz, Meisel, Forman & Leonard, PA
Norman L Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Robert J. Pruitt, Esq.
BKD LLP
201 N. Illinois Street
Suite 700
Indianapolis, IN 46204

YOUNG, SOMMER, WARD, RITZENBERG,
BAKER & MOORE, LLC

*[signature]*

Dean S. Sommer, Esq.
Executive Woods
Five Palisades Drive
Albany, New York 12205
(518) 438-9907
(518) 438-9914 (fax)