# **EXHIBIT A**

Order to Special Stay Calendar

(Rev. 3/18/03) CCL 052

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT-LAW DIVISION

Henderson

v.

The Chicago Tribune Company, et al.

No. 07-L-5677

## ORDER TO SPECIAL STAY CALENDAR

The Court determining that this cause should be placed on an appropriate Law Division Stay Calendar, due notice given, IT IS HEREBY ORDERED:

This matter is placed on the following Law Division Stay Calendar:

- ☐ Appellate Calendar
  4854
- ☑ Bankruptcy Calendar
  4853
- ☐ Insurance /Stay Calendar
  4852
- ☐ Military Calendar
  4851
- ☐ Other: _____
  ( )

All motions to remove a case from a Stay Calendar must be brought in Courtroom 2005 irrespective of the judge who originally transferred the case to the Stay Calendar. The Presiding Judge or a judge sitting in his/her stead in Courtroom 2005 upon removing a case from a Stay Calendar must then have the case renumbered pursuant to Circuit Court General Order 6.2(c).

Atty. No.: 06347
Name: Johnson & Bell, Ltd / PTB
Atty. for: Chicago Tribune Company
Address: 33 W. Monroe, Suite 2700
City/State/Zip: Chicago, IL 60603
Telephone: (312) 372-0770

ENTERED
JUDGE WILLIAM D. MADDUX-1559
JAN 06 2009
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Judge's Stamp

ENTERED:

_____     _____
Judge                        Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS