IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Objection Date: June 10, 2009 at 4:00 p.m. |
| : | Hearing Date: *Only if Objections are filed* |

**THIRD MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>FROM MARCH 1, 2009 THROUGH MARCH 31, 2009</u>**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009** *nunc pro tunc* **to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **March 1, 2009 through March 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$93,216** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$4,754.28** |
| This is a: | **Third Monthly Application** |

The time expended for the preparation of the Applicant's first and second fee applications in March is approximately 7.0 hours, and the corresponding compensation requested is approximately $3,165. The time expended for the preparation of the Applicant's third monthly fee application will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | *pending* |

46429/0001-5655165v1

**TRIBUNE COMPANY,** *et al.*

**SUMMARY OF BILLING BY ATTORNEY**
**MARCH 1, 2009 THROUGH MARCH 31, 2009**

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 9.0 | $5,850.00 |
| Alan Rubin | 1981 | Member (since 1995) | $525.00 | 0.2 | $105.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 3.7 | $1,942.50 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 144.0 | $69,120.00 |
| David M. Bass | 1994 | Member (since 2006) | $425.00 | 0.2 | $85.00 |
| Mark J. Politan | 1998 | Member (since 2008) | $365.00 | 0.7 | $255.50 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 8.0 | $2,640.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 1.4 | $441.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 65.9 | $12,521.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 1.6 | $256.00 |
| **TOTALS** | | | | **234.70** | **$93,216.00** |

**Blended Rate: $397.17**

\*      This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

TRIBUNE COMPANY, *et al.*

COMPENSATION BY PROJECT CATEGORY
MARCH 1, 2009 THROUGH MARCH 31, 2009

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 3.3 | $1,560.00 |
| Automatic Stay Matters/Litigation | 14.7 | $6,254.50 |
| Bank Claims and Litigation Matters | 0.2 | $130.00 |
| Case Administration | 30.4 | $9,903.00 |
| Cash Collateral and DIP Financing | 21.5 | $9,696.00 |
| Claims Analysis, Administration and Objections | 9.8 | $3,885.00 |
| Committee Matters and Creditor Meetings | 2.0 | $1,300.00 |
| Creditor Inquiries | 1.3 | $433.00 |
| Employee Matters | 10.9 | $4,602.00 |
| Fee Application Matters/Objections | 19.0 | $7,591.00 |
| Leases (Personal Property and Financing) | 0.6 | $288.00 |
| Leases (Real Property) | 14.3 | $5,523.00 |
| Litigation/General (Except Automatic Stay Relief) | 26.2 | $10,388.00 |
| Preparation for and Attendance at Hearings | 23.9 | $8,828.00 |
| Reorganization Plan | 7.7 | $3,643.00 |
| Reports; Statements and Schedules | 26.8 | $10,026.50 |
| Retention Matters | 17.9 | $6,999.00 |
| Tax/General | 0.3 | $144.00 |
| Utilities/Sec. 366 Issues | 0.2 | $79.50 |
| General Corporate Advice | 3.7 | $1,942.50 |
| **TOTAL** | **234.70** | **$93,216.00** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## MARCH 1, 2009 THROUGH MARCH 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (6,956 pages @ $0.10/page) | | $695.60 |
| Telephone | | $21.59 |
| Postage | | $97.60 |
| Document Retrieval/Court Documents | *PACER Service Center* | $8.24 |
| Filing Fee (Adversary Complaints) | *USBC* | $500.00 |
| Messenger Service | *Parcels, Inc.* | $347.75 |
| Overtime (Secretarial) | | $343.48 |
| Service Fee for E-Filing | *Parcels, Inc.* | $575.00 |
| Outside Postage | *Parcels, Inc.* | $1,318.77 |
| Outside Telecopier | *Parcels, Inc.* | $508.00 |
| Transcript | *Veritext* | $338.25 |
| **TOTAL** | | **$4,754.28** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: June 10, 2009 at 4:00 p.m. |
| | Hearing Date: *Only if Objections are filed* |

**THIRD MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MARCH 1, 2009 THROUGH MARCH 31, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $93,216, and reimbursement of expenses in the amount of $4,754.28 for the period from March 1, 2009 through March 31, 2009 (the "Application"), and respectfully represents as follows:

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are

authorized to pay 80% of the fees and 100% of the disbursements requested. Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors for the period from March 1, 2009 through March 31, 2009.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

6. Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

7. Attached hereto as Exhibit "B" is an itemization by billing professional covering all the services performed by Applicant with respect to these matters from March 1, 2009 through March 31, 2009.

8. Attached hereto as Exhibit "C" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from March 1, 2009 through March 31, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the

Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "C".

1) <u>Automatic Stay Matters/Litigation</u> (14.7 hours; $6,254.50). This category includes time related to review, analysis and negotiation regarding motions for relief from stay filed by Allen Francisco, Andrew and Jennifer Faggio and Jon Van Senus.

2) <u>Case Administration</u> (30.4 hours; $9,903.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferring with the Committee regarding action items, division of labor and strategies, maintaining a document depository, and other miscellaneous tasks not otherwise separately classifiable.

3) <u>Cash Collateral and DIP Financing</u> (21.5 hours; $9,696.00). This category includes time related to reviewing, analyzing, and filing motion to extend time related to section 345 extension, proposed asset-backed DIP facility and DIP motion.

4) <u>Fee Application Matters/Objections</u> (19.0 hours; $7,591.00). This category includes time expended in connection with preparing and filing Applicant's first and second monthly fee applications and time corresponding with the Debtor's other professionals regarding filing of their fee applications.

5) <u>Litigation/General (Except Automatic Stay Matters)</u> (26.2 hours; $10,388.00). This category includes time spent reviewing, preparing and filing motion to extend

3

removal period, preparing and filing the Neil and Beatty adversary actions and motion for preliminary injunction.

      6)    <u>Preparation for and Attendance at Hearings</u> (23.9 hours; $8,828.00). This category includes time related to attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

      7)    <u>Reports; Statements and Schedules</u> (26.8 hours; $10,026.50). This category includes time related to preparation and filing of schedules, statements, operating reports and second supplement to 2015.3 motion.

      8)    <u>Retention Matters</u> (17.9 hours; $6,999.00). This category includes time spent obtaining approval of the retention of counsel and other professionals for the Debtors, including various professionals retained in the ordinary course of business.

      10.    Attached hereto as Exhibit "D" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $4,754.28. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service, filing fees, document retrieval charges, overtime. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $93,216 for professional services rendered, and $4,754.28 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: May 21, 2009

          COLE, SCHOTZ, MEISEL,
          FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

*Attorneys for Debtors and*
*Debtors in Possession*

5