# EXHIBIT A

## _Nielsen Agreements and Global Amendment_

(i)    Nielsen Station Index Services Agreement by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. dated January 1, 2004 and as subsequently amended;*

    (a)    Nielsen Station Index Service Stellar Agreement by and between Tribune Broadcasting Company and Nielsen Media Research, Inc.;*

    (b)    16 Nielsen Station Index Service Arianna Software License Agreements, by and between Tribune Broadcasting Co. and The Nielsen Company (US), LLC;

(ii)    Nielsen Homevideo Index National Services Agreement by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. for Network Superstation WGN dated July 1, 2006;*

    (a)    Nielsen Homevideo Index NPower Subscription Agreement for Network Superstation WGN, by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. dated January 1, 2007;*

    (b)    Nielsen Homevideo Index MarketBreaks Service Agreement for Network Superstation WGN, by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. dated October 1, 2006;*

    (c)    Nielsen Homevideo Index Average Commercial Minute Ratings Data Subscription Service for Network Superstation WGN by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. dated October 1, 2007;*

    (d)    Nielsen Homevideo Index Focus Service and Software License Agreement, by and between Tribune Broadcasting Company and Nielsen Media Research, Inc. dated November 1, 2007;*

(iii)    Nielsen Homevideo Index Local Services Agreement for Local Cable Origination Channels in Local People Meter Markets by and between ChicagoLand Television News, Inc. and Nielsen Media Research, Inc. dated August 1, 2004;*

    (a)    Nielsen Homevideo Index-Local Monitor-Plus Service Agreement, by and between ChicagoLand Television News, Inc. and Nielsen Media Research, Inc. dated August 1, 2004;*

---

*  Denotes prepetition agreement to be amended and assumed.  Redacted versions of the prepetition Nielsen Agreements itemized at (i), (i)(a), (ii), and (iii) are attached hereto.

       (b)     Nielsen Homevideo Index Local Service Arianna Software License Agreement by and between The Nielsen Company (US), LLC and ChicagoLand Television News, Inc., dated February 1, 2009;

(iv)    Global Amendment to Nielsen Agreements

# NIELSEN STATION INDEX SERVICE AGREEMENT
## COMMERCIAL TELEVISION STATIONS IN DIARY, METERED AND LOCAL PEOPLE METER MARKETS

for

## TRIBUNE BROADCASTING COMPANY



**Nielsen**
Media Research

## Nielsen Station Index Service Agreement
*Commercial Television Stations in Diary, Metered and Local People Meter Markets*

Date of Proposal: <u>6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07</u>

Nielsen Media Research, Inc.
150 North Martingale Road
Schaumburg, IL 60173-2076

<u>**TRIBUNE BROADCASTING COMPANY**</u> ("Client"), a <u>**Delaware**</u>

(check one and client please initial)
- ☒ Corporation
- ☐ Partnership
- ☐ limited liability company/partnership
- ☐ individual d/b/a
- ☐ other

with its principal offices at <u>**435 North Michigan Avenue, Chicago, IL 60611**</u>, on behalf of television station(s) <u>**See Appendix "DD" 1.0**</u> located in or near the city of <u>**See Appendix "DD" 1.0**</u> and its satellites, if any, as listed in Appendix "AA", hereby request(s) a license for Nielsen Station Index Metered Market Service ("NSI Metered Market Service"), Nielsen Station Index Diary Market Service ("NSI Diary Market Service") and/or Nielsen Station Index Local People Meter Market Service ("NSI Local People Meter Service") for the following NSI Market <u>**See Appendix "DD" 1.0**</u> ("Client's Market") and Nielsen Media Research, Inc. ("NielsenTV"), hereby agrees to furnish such service ("Agreement") on the following terms and conditions

### A. SCOPE OF SERVICE

**1. Areas Measured** shall be substantially as defined in Appendix "CC", Local Reference Supplement.

**2. Sampling Methods** shall be substantially as described in Appendix "CC".

**3. Measurement Methods** shall be substantially as described in Appendix "CC".

**4. Sample Sizes.** See Section I. of Appendix "AA". For further details, statistical interpretations, etc., see Appendix "BB-1," and Appendix "BB-2".

**5. Regular Data Analyses Per Year** shall be: (a) <u>**See Appendix "DD" 1.0**</u> Monthly Analyses, averaging approximately four (4) weeks of measurement per Analysis; and (b) not less than three hundred sixty five (365) Daily DMA Ratings Summaries.

**6. Types of Analyses** shall be as follows:

  **(a) Regular Data Analyses**

    1. NSI Monthly Data Analyses, per attached Appendix "BB-1", first Analysis covers survey period ending <u>**See Appendix "DD" 1.0**</u>.

    2. NSI Daily DMA Ratings, per attached Appendix "BB-2." Metered and LPM Markets only

  **(b) Special Data Analyses** which are, generally, retabulations or special cross-analyses of NSI information in forms other than those shown in Regular Data Analyses are available, at Client's request, at extra charges specified on request; provided that NielsenTV shall be obligated to furnish only such Special Analyses as are

deemed, by NielsenTV, to be reasonably accurate and not inconsistent with the divulgence policies of NielsenTV.

**7. Copies of Regular Data Analyses** shall be furnished to Client as follows:

**(a) Master Copy.** One Master Copy of each Regular Data Analysis is supplied without added charge.

**(b) Extra Copies.** Extra copies of Regular Data Analyses for the use by Client's directors, partners, broadcast consultants, officers and employees, whose names and addresses shall be supplied to NielsenTV by Client, are to be paid for by Client as specified in Section C.1.(c).



**8. Information in Each Regular Data Analyses** shall be substantially as shown in Appendices "BB-1" and "BB-2", and is subject to limitations and qualifications set forth therein and Appendix "CC". Stations reported and audience estimates reported shall be substantially in accordance with NielsenTV standards as stated in Appendix "CC".

**9. Delivery.** All Regular Data Analyses will be delivered as rapidly as practicable. NielsenTV reserves the right to discontinue any Data Analyses if the same or similar data is contained in electronic data transmissions furnished to Client.

## B. COMMENCEMENT, DURATION AND TERMINATION

**1. Commencement Date.** This Agreement, and NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service hereunder, shall commence on the first day of **See Appendix "DD" 1.0** ("Commencement Date").

**2. Duration. SUBJECT TO THE PROVISIONS OF SECTIONS B.3. AND B.4., THIS AGREEMENT, AND NSI METERED MARKET SERVICE, NSI DIARY MARKET SERVICE AND/OR NSI LOCAL PEOPLE METER MARKET SERVICE HEREUNDER, SHALL HAVE A "MINIMUM DURATION" OF See Appendix "DD" 1.0 YEARS AND SHALL CONTINUE THEREAFTER UNTIL THIS AGREEMENT IS TERMINATED AS PROVIDED IN SECTIONS B.3. OR B.4.**

**3. Termination by Client.** This Agreement, and NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service hereunder, may be terminated by Client, for all or some of its stations, for any reason, by serving notice in writing on NielsenTV at any time, which notice shall be effective on expiration of the eighth month next following the month during which notice shall have been served or upon such later date as specified by Client, provided, however, that such termination shall not in any case be effective prior to expiration of the period of Minimum Duration specified in Section B.2, except that termination may be effective prior thereto, on the date specified by Client in said notice, in the event of:

**(a)** Client's termination pursuant to paragraph D.12 hereof; or

**(d)** Notwithstanding anything to the contrary herein, Client shall not be required to make any payment for Services not yet rendered as of the effective date of a termination by Client on behalf of one of more station(s) under the conditions set forth in this Section B.3.

Client's rights of termination under this Section B.3 shall be limited to Client's stations in the Markets affected, whether it be some or all of the stations.

**4. Termination by NielsenTV.**  This Agreement, and NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service hereunder, may be terminated by NielsenTV, for any reason, by serving notice on Client at any time, which notice shall be effective not less than ▉▉▉▉▉s after notice shall have been given or upon such later date as NielsenTV may specify in such notice, and by refunding promptly (but in no event later than thirty (30) days after such termination becomes effective) all moneys paid for services not to be rendered.  Such notice shall not become effective prior to the expiration of the period of Minimum Duration specified in B.2., except, however, that termination may be effective on any date specified by NielsenTV in said notice in the event of any of the following:

**(a)** non-performance and/or breach by Client of any one or more of its obligations hereunder ▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ or ▉▉▉▉▉▉▉▉▉▉▉

**(b)** if NielsenTV shall be unable for any cause beyond its control to fulfill its obligations hereunder; or

**(c)** if NielsenTV shall terminate NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service, covering Client's Market, to all stations then subscribing to NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service for the said market; provided, however, that such notice of termination shall be served not less than thirty (30) days prior to the effective date thereof.

**5. Termination of License.**  Upon termination or expiration of this Agreement, the license granted to Client hereunder shall automatically terminate.

## C.  PRICES AND TERMS

**1. Price of Service, etc.**  Client agrees to pay NielsenTV for NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service and the license to use NSI Analyses, as follows:

**(a) For Regular Data Analyses.**  A Monthly Net Charge obtained by applying to the Base Rate, determined (each month) in accordance with Section III. of Appendix "AA" (after any alterations required to reflect conditions then existing) and the discounts, adjustments and surcharges then applicable pursuant to Sections C.2. through C.9.

**(b) For Special Data Analysis,** if ordered by Client: Charges quoted in each case or, in the absence of a quotation, reasonable charges in relation to NielsenTV's costs.

**(c) Extra Copies** of Regular Data Analyses ordered by Client will be furnished at NielsenTV's standard price as announced to clients from time to time.  **See also Section A.7(b) and Appendix "DD" 1.4.**

**(d) Electronic** transmissions of Data Analyses, if applicable, may be subject to additional charges as determined by NielsenTV; provided that NielsenTV shall not charge Client any additional charges for any Monthly Data Analyses agreed to be delivered hereunder if such Monthly Data Analyses are delivered electronically in lieu of a hard copy report.

**(e) Additional Services.**  Client may order additional services as described in Appendix "DD" 1.4.

**2. Satellite Station Surcharge.**  In the event Client includes or adds a satellite station(s) under this Agreement, a ten percent (10%) surcharge will be added to Client's base rate for each satellite station effective the month in which NielsenTV commences providing the satellite service.  **See Appendix "AA" IV.**

**3. Termination of Service.** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**4. Change in Status.** In the event that during the term of this Agreement Client (a) manages, jointly operates, controls or enters into any other similar business relationship pursuant to which Client manages, jointly operates or controls one or more other stations in the Market(s) specified herein, (b) is or was purchased, managed, jointly operated or controlled by an entity owning or otherwise controlling other stations in the Market(s) specified herein, or (c) has purchased or purchases, or its parent company or any of the parent company's subsidiaries had purchased or purchases, at any time, another station in the Market(s) specified herein ████████████████████████████████████████████████████ In the case of an event described in (a) or (c) above, Client agrees that such station(s) shall subscribe to NSI Service as well as any applicable ancillary services at additional charges as the parties shall in good faith determine, effective as of the first day of the month following the date of the occurrence of any such event, whether or not Client notifies NielsenTV thereof, to incorporate into this Agreement service for said station(s).

**5. Special Credits or Rebates.**

(a) **Substandard Sample Alternatives.** In the event that the in-tab sample for a Regular Data Analysis is less than the minimum in-tab household standard as shown in Table 7 of the Regular Data Analysis, such Analysis will be revised to delete Metro Ratings or any data not in compliance with said NSI minimum in-tab household standard. Should such revision not be practicable, such Analysis will not be distributed and Client shall be credited with the entire net billing otherwise due for such Analysis and in such event NielsenTV shall notify Client promptly and NielsenTV may offer to supply (on request from Client within fifteen (15) days after notice from NielsenTV that the Regular Data Analysis will not be distributed) a single copy of a Special Data Analysis (distinctively labeled) for management purposes only and in such event no credit will be provided to Client.

(b) **Non-Reportability Discount. This Section was intentionally deleted from this Agreement.**

(c) **Coverage Discount. This Section was intentionally deleted from this Agreement.**

(d) **Non-Network Affiliated Low Power Discount. This Section was intentionally deleted from this Agreement.**

**6. Surcharge for Taxes.** All net charges hereunder shall be increased to the extent of any sales, use or other tax on NSI Data Analyses or Service, which may be payable or required to be collected by NielsenTV. ████████████████████████████████████████████████████████████████████

**7. Billing and Payment:**

(a) **Regular Data Analyses.** Each Monthly Net Charge is billable on or after the first day of such month.

(b) **Special Analyses and Extra Copies of Regular Data Analyses** are billable on or after shipment.

(c) Client agrees to pay each invoice promptly on presentation but in no event later than thirty (30) days thereafter. All amounts not paid within thirty (30) days after presentation shall be considered in default and shall bear interest at the rate of eighteen percent (18%) per annum (or the highest rate allowed by applicable law, if lower) from the date due until paid, payable on demand.

**8. Default in Payment.** If Client shall remain in default with respect to the payment of any invoices rendered in accordance with the provisions of this Agreement (including any interest due as specified in Section C.7(c)), for a period of more than ten (10) business days following notice from NielsenTV (calling attention to the default and to this Section C.8.), then NielsenTV may, following notice to Client, suspend all services and licenses hereunder without thereby being in default of NielsenTV's obligations, or affecting Client's obligations, under this Agreement.

**9. Billing for Terminal Year.** If NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service is terminated by either Client or NielsenTV, the number of monthly charges* for Regular Data Analyses with respect to the terminal year (which shall begin on the anniversary of the Commencement Date specified in Section B.1.) shall be:

$$\frac{D}{S} \times 12$$

where   D = Number of delivered Regular Data Analyses scheduled for measurement during the terminal year.

S = Number of Regular Data Analyses ordered (pursuant to Section II. of Appendix "AA") with respect to said terminal year.

**10. Costs of Enforcement.** Solely with respect to Client's payment obligations hereunder, if NielsenTV retains a collection agent and/or counsel for the purpose of enforcing its rights under this Agreement, Client agrees to pay on demand, NielsenTV's costs and fees (including court costs, collection agent and attorney's fees and costs of investigation) in connection therewith.

### D.  GENERAL PROVISIONS

**1. Non-Exclusive Service.** NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service is furnished and licensed on a non-exclusive basis, and NielsenTV is not restricted hereunder or otherwise from furnishing, to any other person, corporation or other entity, any type of information, data or service. The sample households for the Metered Market service may also be used in common with other NielsenTV services.

**2. Permissible Uses, Etc.** Client agrees to adhere strictly to the provisions set forth in the attached Appendix "CC" under the caption, "Permissible Uses of NSI Analysis Data", and not use or attempt to use all or any portion of the NSI data or any abstracts or summaries thereof in any legal proceeding (including, but not limited to, any use in litigation and/or use with any governmental investigatory, regulatory or other body or authority), except where such use by Client is compelled by process or is in response to an official governmental demand, in which case Client (a) shall give NielsenTV prompt advance notice of such proposed use and (b) shall first obtain appropriate agreements of confidentiality, protective orders and (where appropriate) evidentiary stipulations in form and substance acceptable to NielsenTV

**3. Client Responsibility.** Client assumes full responsibility to NielsenTV for any violation (whether occurring before or after termination hereof) by any director, partner, officer, employee, consultant, agent or representative of Client or any obligation assumed by Client hereunder and agrees to take all steps necessary to ensure understanding of and compliance with this undertaking by all persons having access to NSI materials licensed or furnished hereunder. Client acknowledges that a violation of any of the provisions contained or referred to in this Section or Sections D.2., D.8. or D.9. hereof will cause irreparable harm to NielsenTV's business, for which there is no adequate remedy at law. Accordingly, in the event of any such violation, Client agrees that NielsenTV shall be entitled, in addition to any other remedies it may have, at law or in equity, to immediate and permanent injunctive relief against Client, its employees, agents and/or other third parties acting through, for or with any of the foregoing. Client is responsible for the confidentiality and security of the ID(s) and password(s) provided by NielsenTV for access to any and all NielsenTV information, data or service(s), and all charges therefrom, whether or not authorized by Client.

**4. Data Regarding Client's Station.** Client consents to NielsenTV's inclusion of, in NSI Analyses or other material furnished to Client and/or any other persons, data pertaining to Client's station as reported by NielsenTV.

**5. Accuracy, Errors, Non-Performance, Etc.**

**(a) NIELSENTV DISCLAIMS AND CLIENT HEREBY WAIVES, ANY AND ALL WARRANTIES, WHETHER EXPRESS OR IMPLIED, TO CLIENT OR TO ANY THIRD PARTY, WITH RESPECT TO ANY REPORTS OR INFORMATION PROVIDED HEREUNDER INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF**

**MERCHANTABILITY OR OF FITNESS THEREOF FOR ANY PARTICULAR PURPOSE.** The foregoing disclaimer shall neither act as nor constitute an admission by NielsenTV that any of the foregoing constitute goods, commodities, or tangible personal property under or for the purposes of any applicable law.

**(b) Effect of Sub-Standard Conditions.** NielsenTV shall not be obligated to furnish any NSI data hereunder when, in NielsenTV's opinion, conditions are such as not to permit NSI techniques to produce such data in accordance with NielsenTV standards, nor shall Client be entitled to any right of
termination or abatement of price hereunder by reason of failure by NielsenTV to publish NSI data for such reasons, except as described in sub-section D.5.(c).

**(c) Limitation of Liability.** Except for the refund or credit specifically provided in this subsection 5.(c), NielsenTV shall not be liable, in contract or tort, for any loss, cost, expense, injury or damage of any kind, including, without limitation, any incidental or consequential damages (including, without limitation, lost profits and loss of or damage to goodwill), even if NielsenTV is advised or has knowledge of the possibility thereof, directly or indirectly resulting from (i) NielsenTV's failure, for any reason, to furnish any NSI Analyses as required by this Agreement; (ii) any errors, inaccuracies or omissions in any NSI Analyses; (iii) any action or inaction, whether or not negligent, of NielsenTV, or any person acting on NielsenTV's behalf, in compiling or publishing any NSI Analyses or in delivering or communicating the same to Client or others, or from the use or publication of the same by Client or others; or (iv) contingencies beyond NielsenTV's control; provided, however, ███████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

██████████████████████████████████████████████ If any errors, inaccuracies or omissions occur, it will be NielsenTV's policy, if feasible, to furnish appropriate correction notices.   If NielsenTV shall fail, for any reason, to furnish any NSI Analyses, NielsenTV shall provide Client with a refund or credit (as appropriate) of any amount paid for the subject NSI Analyses and NielsenTV's liability shall be limited to such refund or credit, Client agreeing that such remedy shall be Client's sole and exclusive remedy, at law or in equity, in the event of the occurrence of any event described in (i) through (iv) above.  The amount paid for a Regular Data Analysis will be computed as the Monthly Net Charge times 3.33% for each Daily DMA Ratings Analysis, and one hundred percent (100%) for each Monthly Data Analysis. The refund or credit shall not be cumulative, i.e. only the larger of such two (2) amounts shall be refunded or credited.

**6. Program Names.**  Client agrees to supply to NielsenTV, at the time requested by NielsenTV, a suitable program name for each quarter hour of telecasting for Client's station or satellites, if any, to be reported by NSI, such listings to indicate major changes, substitutions and/or revisions of normal scheduling that occur during the measured interval.  In the event such records as supplied to NielsenTV may prove to have been inaccurate or inadequate so that in NielsenTV's judgment a correction notice for a published NSI Regular Data Analysis becomes necessary, Client agrees to pay for all reasonable reprocessing, printing and distribution charges incurred by NielsenTV in the issuing of a suitable correction notice.

**7. Encoding and Lineup Information.**  Subject to the limitations described in Appendix "DD" 1.3, Client agrees, at NielsenTV's request, to encode all broadcasting on Client station(s), and satellites if any, in accordance with NielsenTV's then-current coding technology and to comply with all encoding procedures as NielsenTV may determine during the term of this Agreement, including without limitation Client's responsibility for the acquisition, cost, installation, operation and maintenance of all required encoding equipment. In the absence of encoding, NielsenTV may produce ratings data for a limited time, but NielsenTV shall have no liability with respect to the production and/or accuracy thereof. **See Appendix "DD" 1.3.**

**8. Identity of Sample Households.**  Client agrees that it will not, under any circumstances, attempt to ascertain the name, location of, or other particulars with respect to, or contact, any household furnishing television information to NielsenTV, nor shall NielsenTV be under any obligation to provide Client with access to any such household or information relating thereto.  Client also agrees that if it becomes aware of any information regarding any NielsenTV household it will keep such information confidential and not divulge or use such information and it will promptly report to NielsenTV any such information that has come to its attention, including attempts by such households to voluntarily provide Client or others with information concerning any aspect of their participation in a NielsenTV television survey or offers by third parties of such information.  Client also agrees that it will not permit

any of its employees or any member of an employee's household to participate in any such survey or to help any participating family with any activity connected with NielsenTV television data collection.

**9. Title to NSI Material.** Client recognizes that all printed or written material or electronic data transmission supplied hereunder is furnished merely to convey the information therein contained and that such material remains the property of NielsenTV, licensed to Client for confidential use in accordance with the provisions of the Agreement; and Client agrees to return the master copy, all extra copies of NSI Analyses and all summaries and abstracts thereof to NielsenTV on demand at any time more than two (2) years after the date of delivery (except that upon termination of this Agreement return shall be made on demand) at Client's expense, except that if any such analysis has been destroyed prior to such demand, Client shall certify such destruction.

**10. Survival of Terms.** The provisions of paragraphs C.6., C.10., D.2., D.3., D.5., D.8., D.9., and D.11. hereof shall survive termination of this Agreement.

**11. Adjustments of Billings, Etc.** Upon discovery of any error in billing of or payment for NSI Service hereunder, either party hereto may, within twelve (12) months following the making of said error, but not more than three months following delivery of the last NSI Regular Data Analysis due hereunder, serve notice on the other party, requesting adjustment; and any such claim found to be justified shall be settled promptly.

**12. Improvement, Revision of Agreement, Etc.** To facilitate improvements in NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service, and to meet changing conditions and unforeseen circumstances, NielsenTV shall have the following rights:

    **(a)** To make, without notice, any changes in the Regular Data Analysis areas measured, Analysis format, specifications, information and techniques which: (1) in its judgment will tend to create a net improvement in NSI Metered Market Service, NSI Diary Market Service and/or NSI Local People Meter Market Service, or (2) may be requested or recommended by the Media Rating Council or required by government action, or (3) any changes in the Reference Supplement, from time to time.



    **(b)** To serve notice on Client setting forth such other changes of format, schedules, specifications, techniques or information, or of prices excluding Section C.4, as NielsenTV shall deem necessary or desirable and stating the effective date thereof, which shall be not less than thirty (30) days after serving such notice. Such changes shall become effective on the stated date; provided, however, that in the case of price changes excluding Section C.4, Client may notify NielsenTV in writing, within thirty (30) days after service of NielsenTV's notice, of its refusal to accept such changes. Client's notice of refusal shall operate as notice of termination of this Agreement as of the effective date of the price changes and in the event of Client's refusal (as aforesaid), such price changes shall not be applicable to Client: provided, however, that NielsenTV, solely within its own discretion, may at that time elect to forego such changes in price and continue this Agreement.

    **(c)**

**13. Modification/Waiver.** This Agreement shall not be modified except in writing. Only the Chief Executive Officer, President or Coordinating Vice President is authorized to execute any such modification for NielsenTV.

No waiver by either party of any breach of the Agreement by the other shall be deemed to be a waiver of any preceding or subsequent breach thereof.

**14. Assignability.** This Agreement, including both its obligations and benefits, shall pass to and be binding on the respective transferees and successors of the parties and any transferee or successor of all of Client's television stations specified in this Agreement, except that neither this Agreement nor any of Client's rights or obligations shall be assigned, transferred or otherwise encumbered by Client without the prior written consent of NielsenTV, which consent will not be unreasonably withheld. Notwithstanding the foregoing, NielsenTV may accept payment or performance hereunder from any purported transferee or successor without waiving its right to enforce the provisions of this Agreement (including, without limitation, all of Client's payment obligations hereunder) against Client at any time. NielsenTV reserves the right to assign, transfer, set over or sell its rights and obligations hereunder to any successor to NielsenTV or its NSI business, including, without limitation, any corporation or other transferee controlling, controlled by or under common control with NielsenTV, and reserves the right to have all services rendered by such successor upon notice to Client. In the event Client sells or transfers control for one or more of its stations but not all of its stations specified in this Agreement, and NielsenTV consents to assign its NSI Service to Client's buyer or transferee for such station(s) sold or transferred, NielsenTV shall provide a separate standard service agreement for the benefit of Client specific to such station(s) being sold or transferred (i) to continue NSI Service at the Monthly Base Rate(s) provided for under Appendix "AA" III of this Agreement; (ii) to provide any ancillary services currently received by the station(s) at NielsenTV's then applicable rate card; and (iii) other NielsenTV customary terms and conditions. Such separate agreement shall be effective on the closing date of the sale or transfer of such stations to Client's buyer or transferee and the NSI Service shall be assigned using Consent to Assignment documents agreed upon by NielsenTV and Client.

**15. Notice.** Each notice required hereunder shall be in writing, and deposited thereof in the United States mail addressed by registered or certified mail, to Client at:

| | |
|---|---|
| Client Name: | **Tribune Broadcasting Company** |
| Attention/Title: | **John Reardon, President** |
| Address: | **435 North Michigan Avenue** |
| City/State/Zip: | **Chicago, IL 60611** |

or to NielsenTV at Nielsen Media Research, Inc., 150 North Martingale Road, Schaumburg, IL 60173-2076, Attention: Coordinating Vice President, with a copy to Nielsen Media Research, Inc., 770 Broadway, New York, NY 10003-9595, Attention: General Counsel; or to such other address as either party hereunder shall subsequently notify the other. Date of mailing or sending by facsimile shall be deemed the date of serving notice, provided that any notice by facsimile shall also be sent by first class mail, postage prepaid.

**16. Acceptance and Construction.** This Agreement shall be executed by Client within 60 days of the proposal date and, following execution by Client, is subject to acceptance by NielsenTV in Schaumburg, Illinois, and until so accepted shall not constitute a contract. The Agreement shall be construed under the laws of the State of Illinois applicable to agreements to be performed entirely therein, and to resolve any controversy or claim arising under or related to this Agreement. Only the Chief Executive Officer, President or Coordinating Vice President shall have the power of acceptance.

**17. Appendices "AA" (Rate Computation), "BB-1" and "BB-2" (Sample NSI Regular Data Analyses), "CC" (Reference Supplement, as it may be revised by NielsenTV from time to time) and Appendix "DD" (Rider),** as attached hereto and acknowledged as received by Client, are hereby incorporated in this Agreement with the same full force and effect as though specifically set forth herein.

**18. Counterparts.** This Agreement may be executed in two or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

**19. Entire Agreement.**  This Agreement constitutes the entire agreement between the parties with respect to the subject matter hereof, and replaces all prior negotiations and agreements, whether oral or written, with respect to the subject matter.

AGREED AND ACCEPTED:

NIELSEN MEDIA RESEARCH, INC.
SCHAUMBURG, ILLINOIS

Signed: _____

Title:  ___Coordinating Vice President___

Date:  ___11/02/07___

**Tribune Broadcasting Company**
(CLIENT-full legal name)

Signed: _____
        (duly authorized officer or agent)

Name:
(Print/Type)  ___Gina M. Mazzaferri___

Title:  ___VP/Strategy & Administration___

Date:  ___10/19/07___

Appendix "AA"
to
## NIELSEN STATION INDEX SERVICE AGREEMENT
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: 6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

Appendix "AA" Effective Date: **See Appendix "DD" 1.0**
Agreement Effective Date: **See Appendix "DD" 1.0**

Channel Number: **See Appendix "DD" 1.0** Network Affiliation (if any): **See Appendix "DD" 1.0**

I. Target Sample Size
A. Meter

| Station/Market: | WATL | WGN | KDAF | KTLA | WPIX |
|---|---|---|---|---|---|
| | Atlanta | Chicago | Dallas | Los Angeles | New York |
| Effective Date: | 10/1/03-6/30/06 | 1/1/04-9/30/04 | 1/1/-04-12/31/05 | 1/1/04-7/31/04 | 1/1/04-8/31/04 |
| Installed Households: | 400 | 500 | 400 | 500 | 500 |
| Estimated Average Day In-Tab: | 350 | 437 | 350 | 437 | 437 |
| Minimum for Publication: | 180 | 180 | 180 | 180 | 180 |

| Station/Market: | WPHL | WBDC (through 4/30/06) WDCW (effective as of 5/1/06) | KPLR |
|---|---|---|---|
| | Philadelphia | Washington, DC | St. Louis |
| Effective Date: | 1/1/04-6/30/05 | 1/1/04-6/30/05 | 1/1/04 |
| Installed Households: | 500 | 400 | 400 |
| Estimated Average Day In-Tab: | 437 | 350 | 350 |
| Minimum for Publication: | 180 | 180 | 180 |

| Station/Market: | KWGN | WTXX | WTIC | KHWB (through 4/26/06) KHCW (effective as of 4/27/06) | WTTV | WXIN |
|---|---|---|---|---|---|---|
| | Denver | Hartford | Hartford | Houston | Indianapolis | Indianapolis |
| Effective Date: | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 |
| Installed Households: | 400 | 500 | 500 | 400 | 400 | 400 |
| Estimated Average Day In-Tab: | 350 | 437 | 437 | 350 | 350 | 350 |
| Minimum for Publication: | 180 | 180 | 180 | 180 | 180 | 180 |

| Station/Market: | WBZL (through 9/16/06) WSFL (effective as of 9/17/06) | KWBP (through 9/17/06) KRCW (effective as of 9/18/06) | KTXL | KSWB | KCPQ | KTWB (through 7/13/06) KMYQ (effective as of 7/14/06) |
|---|---|---|---|---|---|---|
| | Miami | Portland | Sacramento | San Diego | Seattle | Seattle |
| Effective Date: | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 |
| Installed Households: | 500 | 400 | 400 | 400 | 400 | 400 |
| Estimated Average Day In-Tab: | 437 | 350 | 350 | 350 | 350 | 350 |
| Minimum for Publication: | 180 | 180 | 180 | 180 | 180 | 180 |

Appendix "AA"
to
## NIELSEN STATION INDEX SERVICE AGREEMENT
### (Commercial Television Stations in Diary, Metered and Local People Meter Markets)
Date of Proposal: 6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

| Station/Market: | WGNO & WNOL | | |
|---|---|---|---|
| | New Orleans | | |
| Effective Date: | 1/1/04-8/31/05 | 9/1/05-5/31/07 | 6/1/07 |
| Installed Households: | 400 | Hiatus | 400 |
| Estimated Average Day In-Tab: | 350 | Hiatus | 350 |
| Minimum for Publication: | 180 | Hiatus | 180 |

*Local People Meter*

| Station/Market: | WLVI | WATL | WGN | KDAF | KTLA |
|---|---|---|---|---|---|
| | Boston | Atlanta | Chicago | Dallas | Los Angeles |
| Effective Date: | 2/1/04 | 7/1/06 | 10/1/04 | 1/1/06 | 8/1/04 |
| Installed Households: | 600 | 600 | 800 | 600 | 800 |
| Estimated Average Day In-Tab: | 525 | 525 | 700 | 525 | 700 |
| Minimum for Publication: | 210 | 210 | 210 | 210 | 210 |

| Station/Market: | WPIX | WPHL | WBDC (through 4/30/06) WDCW (effective 5/1/06) |
|---|---|---|---|
| | New York | Philadelphia | Washington, DC |
| Effective Date: | 9/1/04 | 7/1/05 | 7/1/05 |
| Installed Households: | 800 | 800 | 600 |
| Estimated Average Day In-Tab: | 700 | 700 | 525 |
| Minimum for Publication: | 210 | 210 | 210 |

B.
*Diary (Monthly Analysis)*

| Station/Market: | WATL | WGN | KDAF | KTLA |
|---|---|---|---|---|
| | Atlanta | Chicago | Dallas | Los Angeles |
| Effective Date: | 10/1/03-6/30/06 | 1/1/04-9/30/04 | 1/1/-04-12/31/05 | 1/1/04-7/31/04 |
| October | 1095 | 1555 | 1210 | 1955 |
| November | 1095 | 1955 | 1325 | 1955 |
| January | 1095 | 1555 | n/a | 1955 |
| February | 1095 | 1955 | 1325 | 1955 |
| March | 1095 | 1310 | n/a | 1310 |
| May | 1095 | 1955 | 1325 | 1955 |
| July | 1095 | 1955 | 1210 | 1955 |

Appendix "AA"

to

## NIELSEN STATION INDEX SERVICE AGREEMENT

*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*

Date of Proposal: <u>6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07</u>

between

Nielsen Media Research, Inc. and <u>**Tribune Broadcasting Company**</u> for television station <u>See Appendix "DD" 1.0</u> serving Client's Market <u>**See Appendix "DD" 1.0**</u>.

| Station/Market: | WPIX | WPHL | WBDC (through 4/30/06) WDCW (effective (5/1/06) |
|---|---|---|---|
| | New York | Philadelphia | Washington, DC |
| Effective Date: | 1/1/04-8/31/04 | 1/1/04-6/30/05 | 1/1/04-6/30/05 |
| October | 1955 | 1260 | 1180 |
| November | 1955 | 1425 | 1300 |
| January | 1955 | 1260 | 1180 |
| February | 1955 | 1425 | 1300 |
| March | 1310 | 1260 | n/a |
| May | 1955 | 1425 | 1300 |
| July | 1955 | 1425 | 1275 |

| Station/Market: | WEWB (through 5/7/06) WCWN (effective 5/8/06) | KWGN | WXMI | WPMT | WTXX | WTIC | KHWB (through 4/26/06) KHCW (effective 4/27/06) |
|---|---|---|---|---|---|---|---|
| | Albany | Denver | Grand Rapids | Harrisburg | Hartford | Hartford | Houston |
| Effective Date: | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 |
| October | n/a | 1120 | n/a | n/a | 1265 | 1265 | 1210 |
| November | 735 | 1120 | 1150 | 805 | 1265 | 1265 | 1210 |
| January | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| February | 735 | 1120 | 1150 | 805 | 1265 | 1265 | 1210 |
| March | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| May | 735 | 1120 | 1150 | 805 | 1265 | 1265 | 1210 |
| July | 735 | 1120 | 1125 | 805 | 1150 | 1150 | 1210 |

| Station/Market: | WTTV | WXIN | WBZL (through 9/16/06) WSFL (effective 9/17/06) | KWBP (through 9/17/06) KRCW (effective 9/18/06) | KTXL | KSWB | KCPQ |
|---|---|---|---|---|---|---|---|
| | Indianapolis | Indianapolis | Miami | Portland | Sacramento | San Diego | Seattle |
| Effective Date: | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 | 1/1/04 |
| October | 1035 | 1035 | 1340 | n/a | n/a | n/a | 1105 |
| November | 1230 | 1230 | 1340 | 1035 | 1065 | 1115 | 1150 |
| January | n/a | n/a | 1210 | n/a | n/a | n/a | n/a |
| February | 1230 | 1230 | 1340 | 1035 | 1065 | 1115 | 1150 |
| March | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| May | 1230 | 1230 | 1340 | 1035 | 1065 | 1115 | 1150 |
| July | 1035 | 1035 | 1265 | 1035 | 1065 | 1115 | 1150 |

Appendix "AA"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations In Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

| Station/Market: | KTWB (through 7/13/06) KMYQ (effective 7/14/06) Seattle | KPLR St. Louis |
|---|---|---|
| Effective Date: | **1/1/04** | **1/1/04** |
| October | 1105 | 1095 |
| November | 1150 | 1160 |
| January | n/a | 1095 |
| February | 1150 | 1160 |
| March | n/a | n/a |
| May | 1150 | 1160 |
| July | 1150 | 1095 |

| Station/Market: | WGNO & WNOL | | |
|---|---|---|---|
| | New Orleans | | |
| Effective Date: | 1/1/04-8/31/05 | 9/1/05-5/31/07 | 6/1/2007 |
| October | 1495 | Hiatus | n/a |
| November | 1495 | Hiatus | 1495 |
| January | n/a | n/a | n/a |
| February | 1495 | Hiatus | 1495 |
| March | n/a | n/a | n/a |
| May | 1495 | Hiatus | 1495 |
| July | 1495 | Hiatus | 1495 |

*(handwritten notes: 6/30/07 ... 7/1/07 ...)*

II.    Regular Data Analyses Per Year

    a.    **See Appendix "DD" 1.0** Monthly Data Analyses.  Months reported shall be those checked below:
        **Four (4): November, February, May and July**
        **Five (5): October, November, February, May and July**
        **Six (6): October, November, January, February, May and July**
        **Seven (7): October, November, January, February, March, May and July**
        **Twelve (12):  All Calendar Months**
    b.    365 Daily DMA Ratings **for Metered and Local People Meter Markets only**

III.    Base Rate per Month (See Section B.2. and C.1.(a) of the Agreement):

| To | From | WATL Atlanta |
|---|---|---|
| 10/1/2003 | 12/31/2003 | ■■■ |
| 1/1/2004 | 12/31/2004 | ■■■ |
| 1/1/2005 | 12/31/2005 | ■■■ |
| 1/1/2006 | 6/30/2006 | ■■■ |
| 7/1/2006 | 7/31/2006 | ■■■ |
| 8/1/2006 | 8/6/2006 | ■■■ |

| To | From | WLVI Boston |
|---|---|---|
| 2/1/2004 | 1/31/2004 | ■■■ |
| 2/1/2005 | 1/31/2006 | ■■■ |
| 2/1/2006 | 11/30/2006 | ■■■ |
| 12/1/2006 | 12/19/2006 | ■■■ |

| To | From | WGN Chicago |
|---|---|---|
| 1/1/2004 | 9/30/2004 | ■■■ |
| 10/1/2004 | 9/30/2005 | ■■■0 |
| 10/1/2005 | 9/30/2006 | ■■■ |
| 10/1/2006 | 9/30/2007 | ■■■ |
| 10/1/2007 | 9/30/2008 | ■■■ |
| 10/1/2008 | 9/30/2009 | ■■■ |
| 10/1/2009 | 9/30/2010 | ■■■ |
| 10/1/2010 | 9/30/2011 | ■■■ |
| 10/1/2011 | 12/31/2011 | ■■■ |

Appendix "AA"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: <u>6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07</u>
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

| To | From | KDAF |
|---|---|---|
| | | **Dallas** |
| 1/1/2004 | 12/31/2004 | ■ |
| 1/1/2005 | 12/31/2005 | ■ |
| 1/1/2006 | 12/31/2006 | ■ |
| 1/1/2007 | 12/31/2007 | ■ |
| 1/1/2008 | 12/31/2008 | ■ |
| 1/1/2009 | 12/31/2009 | ■ |
| 1/1/2010 | 12/31/2010 | ■ |
| 1/1/2011 | 12/31/2011 | ■ |

| To | From | KTLA |
|---|---|---|
| | | **Los Angeles** |
| 1/1/2004 | 7/31/2004 | ■ |
| 8/1/2004 | 7/31/2005 | ■ |
| 8/1/2005 | 7/31/2006 | ■ |
| 8/1/2006 | 7/31/2007 | ■ |
| 8/1/2007 | 7/31/2008 | ■ |
| 8/1/2008 | 7/31/2009 | ■ |
| 8/1/2009 | 7/31/2010 | ■ |
| 8/1/2010 | 7/31/2011 | ■ |
| 8/1/2011 | 12/31/2011 | ■ |

| To | From | WPIX |
|---|---|---|
| | | **New York** |
| 1/1/2004 | 8/31/2004 | ■ |
| 9/1/2004 | 8/31/2005 | ■ |
| 9/1/2005 | 8/31/2006 | ■ |
| 9/1/2006 | 8/31/2007 | ■ |
| 9/1/2007 | 8/31/2008 | ■ |
| 9/1/2008 | 8/31/2009 | ■ |
| 9/1/2009 | 8/31/2010 | ■ |
| 9/1/2010 | 8/31/2011 | ■ |
| 9/1/2011 | 12/31/2011 | ■ |

| To | From | WPHL |
|---|---|---|
| | | **Philadelphia** |
| 1/1/2004 | 12/31/2004 | ■ |
| 1/1/2005 | 6/30/2005 | ■ |
| 7/1/2005 | 6/30/2006 | ■ |
| 7/1/2006 | 6/30/2007 | ■ |
| 7/1/2007 | 6/30/2008 | ■ |
| 7/1/2008 | 6/30/2009 | ■ |
| 7/1/2009 | 6/30/2010 | ■ |
| 7/1/2010 | 6/30/2011 | ■ |
| 7/1/2011 | 12/31/2011 | ■ |

| To | From | WBDC (through 4/30/06) WDCW (effective 5/1/06) |
|---|---|---|
| | | **Washington, DC** |
| 1/1/2004 | 12/31/2004 | ■ |
| 1/1/2005 | 6/30/2005 | ■ |
| 7/1/2005 | 6/30/2006 | ■ |
| 7/1/2006 | 6/30/2007 | ■ |
| 7/1/2007 | 6/30/2008 | ■ |
| 7/1/2008 | 6/30/2009 | ■ |
| 7/1/2009 | 6/30/2010 | ■ |
| 7/1/2010 | 6/30/2011 | ■ |
| 7/1/2011 | 12/31/2011 | ■ |

| To | From | WEWB (through 5/7/06) WCWN (effective 5/8/06) | KWGN | WXMI | WPMT | WTXX | WTIC |
|---|---|---|---|---|---|---|---|
| | | **Albany** | **Denver** | **Grand Rapids** | **Harrisburg** | **Hartford** | **Hartford** |
| 1/1/2004 | 12/31/2004 | ■ | ■ | ■ | ■ | ■ | ■ |
| 1/1/2005 | 12/31/2005 | | | | | | |
| 1/1/2006 | 12/31/2006 | | | | | | |
| 1/1/2007 | 12/31/2007 | | | | | | |
| 1/1/2008 | 12/31/2008 | | | | | | |
| 1/1/2009 | 12/31/2009 | | | | | | |
| 1/1/2010 | 12/31/2010 | | | | | | |
| 1/1/2011 | 12/31/2011 | | | | | | |

Appendix "AA"

to

## NIELSEN STATION INDEX SERVICE AGREEMENT
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07**

between

Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

| To | From | KHWB (through 4/26/06) KHCW (effective 4/27/06) Houston | WTTV Indianapolis | WXIN Indianapolis | WBZL (through 9/16/06) WSFL (effective 9/17/06) Miami | WGNO^ New Orleans | WNOL^ New Orleans |
|----|------|------|------|------|------|------|------|
| 1/1/2004 | 12/31/2004 | | | | | | |
| 1/1/2005 | 12/31/2005 | | | | | | |
| 1/1/2006 | 12/31/2006 | | | | | | |
| 1/1/2007 | 12/31/2007 | | | | | | |
| 1/1/2008 | 12/31/2008 | | | | | | |
| 1/1/2009 | 12/31/2009 | | | | | | |
| 1/1/2010 | 12/31/2010 | | | | | | |
| 1/1/2011 | 12/31/2011 | | | | | | |

| To | From | KWBP (through 9/17/06) KRCW (effective 9/18/06) Portland | KTXL Sacramento | KSWB San Diego | KCPQ Seattle | KTWB (through 7/13/06) KMYQ (effective 7/14/06) Seattle | KPLR St. Louis |
|----|------|------|------|------|------|------|------|
| 1/1/2004 | 12/31/2004 | | | | | | |
| 1/1/2005 | 12/31/2005 | | | | | | |
| 1/1/2006 | 12/31/2006 | | | | | | |
| 1/1/2007 | 12/31/2007 | | | | | | |
| 1/1/2008 | 12/31/2008 | | | | | | |
| 1/1/2009 | 12/31/2009 | | | | | | |
| 1/1/2010 | 12/31/2010 | | | | | | |
| 1/1/2011 | 12/31/2011 | | | | | | |

^ **For Station WGNO & WNOL/New Orleans:**
The Monthly Base Rate for the period of September 1, 2005 through February 28, 2006 was billed to the Client
and then later credited.
For the period of March 1, 2006 through May 31, 2007, the Monthly Base Rate will not be billed.
Beginning July 1, 2007, the Monthly Base Rate billing shall resume to the rate reflected above.

In each succeeding year following the completion of the Minimum Duration, a new Base Rate shall be established
by applying a                         increase over the prior year's Base Rate

Appendix "AA"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations In Diary, Metered and Local People Meter Markets)*
Date of Proposal: <u>6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07</u>
between
Nielsen Media Research, Inc. and **<u>Tribune Broadcasting Company</u>** for television station **<u>See Appendix "DD" 1.0</u>**
serving Client's Market **<u>See Appendix "DD" 1.0</u>**.

IV.    Satellite(s) to Parent Station:    **WTTV***

    A.  The following satellite stations comply with Appendix "CC," Parent/Satellite Reporting Policy and are subject to Section C.2. of this Agreement.

| Call Letters | City and State | NSI Market |
| --- | --- | --- |
| **WTTK*** | | |
| | | |
| | | |

    B.  In the event that the terms of the NSI Agreement of which this Appendix "AA" is a part are terminated for any reason as to any of the above satellites, each satellite's charges per Section C.2. for the terminal year will be calculated as per Section C.9. of the NSI Agreement.  In such event, the terms of this Agreement will remain in full effect for the Parent Station and remaining satellite(s), if any.

    C.  All terms of this Agreement other than this Section IV. shall apply equally to the parent and satellite stations.

Appendices "BB-1" and "BB-2"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*Commercial Television Stations in Diary, Metered and Local People Meter Markets*

---

**Sample NSI Regular Analyses Following this Page**

Appendix "CC"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*Commercial Television Stations in Diary, Metered and Local People Meter Markets*

---

**Local Reference Supplement Following this Page**

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

Appendix "DD" Effective Date: **See Appendix "DD" 1.0**
Agreement Effective Date: **See Appendix "DD" 1.0**

| 1.0 | Station | Near the City of | Market | Commencement Date | Duration | Monthly Data Analyses per year | First Data Analyses | Channel Number | Network Affiliation |
|---|---|---|---|---|---|---|---|---|---|
| | WEWB (through 5/7/06) WCWN (effective 5/8/06) | Albany | Albany-Schenectady-Troy, NY | January 1, 2004 | 8 years | 4 | 2/27/2004 | 45 | WB (through 8/06) CW (effective 9/06) |
| | WATL | Atlanta | Atlanta, GA | October 1, 2003 | 2 yrs,10 mths & 6 days | 7 (through 6/30/06) 12 (effective 7/1/06) | 10/23/2003 | 36 | WB (through 8/06) MyNetwork (effective 9/06) |
| | WLVI | Boston | Boston, MA | February 1, 2004 | 2 yrs,10 mths & 19 days | 12 | 2/27/2004 | 56 | WB (through 8/06) CW (effective 9/06) |
| | WGN | Chicago | Chicago, IL | January 1, 2004 | 8 years | 7 (through 9/31/04) 12 (effective 10/1/04) | 2/1/2004 | 9 | WB (through 8/06) CW (effective 9/06) |
| | KDAF | Dallas | Dallas-Ft. Worth, TX | January 1, 2004 | 8 years | 5 (through 12/31/05) 12 (effective 1/1/06) | 2/27/2004 | 33 | WB (through 8/06) CW (effective 9/06) |
| | KWGN | Denver | Denver, CO | January 1, 2004 | 8 years | 5 | 2/27/2004 | 2 | WB (through 8/06) CW (effective 9/06) |
| | WXMI | Grand Rapids | Grand Rapids-Kalamazoo-Battle Creek, MI | January 1, 2004 | 8 years | 4 | 2/27/2004 | 17 | FOX |
| | WPMT | Harrisburg | Harrisburg-Lancaster-Lancaster-York, PA | January 1, 2004 | 8 years | 4 | 2/27/2004 | 45 | FOX |
| | WTIC | Hartford | Hartford & New Haven, CT | January 1, 2004 | 8 years | 5 | 2/27/2004 | 61 | FOX |
| | WTXX | Hartford | Hartford & New Haven, CT | January 1, 2004 | 8 years | 5 | 2/27/2004 | 20 | WB (through 8/06) CW (effective 9/06) |
| | KHWB (through 4/26/06) KHCW (effective 4/27/06) | Houston | Houston, TX | January 1, 2004 | 8 years | 5 | 2/27/2004 | 39 | WB (through 8/06) CW (effective 9/06) |
| | WTTV | Indianapolis | Indianapolis, IN | January 1, 2004 | 8 years | 5 | 2/27/2004 | 4 | WB (through 8/06) CW (effective 9/06) |
| | WXIN | Indianapolis | Indianapolis, IN | January 1, 2004 | 8 years | 5 | 2/27/2004 | 59 | FOX |

Appendix "DD"

to

## NIELSEN STATION INDEX SERVICE AGREEMENT
### (Commercial Television Stations in Diary, Metered and Local People Meter Markets)
Date of Proposal: **6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

Appendix "DD" Effective Date: **See Appendix "DD" 1.0**
Agreement Effective Date: **See Appendix "DD" 1.0**

| Station | Near the City of | Market | Commencement Date | Duration | Monthly Data Analyses per year | First Data Analyses | Channel Number | Network Affiliation |
|---|---|---|---|---|---|---|---|---|
| KTLA | Los Angeles | Los Angeles, CA | January 1, 2004 | 8 years | 7 (through 7/31/04) 12 (effective 8/1/04) | 2/1/2004 | 5 | WB (through 8/06) CW (effective 9/06) |
| WBZL (through 9/16/06) WSFL (effective 9/17/06) | Miami | Miami-Ft. Lauderdale, FL | January 1, 2004 | 8 years | 6 | 2/1/2004 | 39 | WB (through 8/06) CW (effective 9/06) |
| WGNO | New Orleans | New Orleans, LA | January 1, 2004 | 8 years | * | 2/27/2004 | 26 | ABC |
| WNOL | New Orleans | New Orleans, LA | January 1, 2004 | 8 years | * | 2/27/2004 | 38 | WB (through 8/06) CW (effective 9/06) |
| WPIX | New York | New York, NY | January 1, 2004 | 8 years | 7 (through 8/31/04) 12 (effective 9/1/04) | 2/1/2004 | 11 | WB (through 8/06) CW (effective 9/06) |
| WPHL | Philadelphia | Philadelphia, PA | January 1, 2004 | 8 years | 7 (through 6/31/05) 12 (effective 7/1/05) | 2/1/2004 | 17 | WB (through 8/06) MyNetwork (effective 9/06) |
| KWBP (through 9/17/06) KRCW (effective 9/18/06) | Portland | Portland, OR | January 1, 2004 | 8 years | 4 | 2/27/2004 | 32 | WB (through 8/06) CW (effective 9/06) |
| KTXL | Sacramento | Sacramento-Stockton-Modesto, CA | January 1, 2004 | 8 years | 4 | 2/27/2004 | 40 | FOX |
| KSWB | San Diego | San Diego, CA | January 1, 2004 | 8 years | 4 | 2/27/2004 | 69 | WB (through 8/06) CW (effective 9/06) |
| KCPQ | Seattle | Seattle-Tacoma, WA | January 1, 2004 | 8 years | 5 | 2/27/2004 | 13 | FOX |
| KTWB (through 7/13/06) KMYQ (effective 7/14/06) | Seattle | Seattle-Tacoma, WA | January 1, 2004 | 8 years | 5 | 2/27/2004 | 22 | WB (through 8/06) MyNetwork (effective 9/06) |
| KPLR | St. Louis | St. Louis, MO | January 1, 2004 | 8 years | 6 | 2/1/2004 | 11 | WB (through 8/06) CW (effective 9/06) |

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

| Station | Near the City of | Market | Commencement Date | Duration | Monthly Data Analyses per year | First Data Analyses | Channel Number | Network Affiliation |
|---|---|---|---|---|---|---|---|---|
| WBDC (through 4/30/06) WDCW (effective 5/1/06) | Washington, DC | Washington DC (Hagerstown, MD) | January 1, 2004 | 8 years | 6 (through 6/31/05) 12 (effective 7/1/05) | 2/1/2004 | 50 | WB (through 8/06) CW (effective 9/06) |

\*For New Orleans - Effective 1/1/04-8/31/05, 5 Monthly Regular Data Analysis; effective 9/1/05-5/31/07, on hiatus, producing no Monthly Regular Data Analysis and effective 6/1/07, 4 Monthly Regular Data Analysis.

*[handwritten: 4/30/07 xmm, 7/1/07 xmm Kjd]*

1.1    NielsenTV currently has plans to introduce LPM service into existing NSI Metered Markets according to the schedule below. The dates listed below are NielsenTV's best estimate of the introduction of LPM service and are subject to change at NielsenTV's sole discretion. NielsenTV may also decide to introduce LPM service to Markets not listed below during the term of the NSI Agreement.

### LPM Rollout Schedule

| Top 10 DMA® Regions | Current schedule for introduction of LPM Service * |
|---|---|
| Boston (Manchester) | May 2002 |
| Los Angeles | July 2004 |
| New York | Jun 2004 |
| Chicago | Aug 2004 |
| San Francisco-Oak-San Jose | Oct 2004 |
| Philadelphia | May 2005 |
| Washington, D.C. (Hagrtwn) | May 2005 |
| Dallas/Ft Worth | Nov 2005 |
| Detroit | Nov 2005 |
| Atlanta | May 2006 |

\* Schedule is NielsenTV's best estimate as of April 2004.

NielsenTV may also introduce LPM Service in additional Markets, in its sole discretion.

NielsenTV has not announced its intent to introduce LPM service in any markets other than the top-10 DMA® regions as noted above.



Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations In Diary, Metered and Local People Meter Markets)*
Date of Proposal: <u>6/21/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07</u>
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

As each Market is converted from Metered Market status to LPM, the station(s) in that Market will no longer receive Metered Market service effective as of the conversion date, but will receive LPM service in lieu thereof. Each Client station in such LPM Market shall be assessed a rate increase ("LPM Premium") upon conversion of such Market as follows:

For Markets 1 through 10, the Monthly Base Rates are specified in Appendix "AA" III.

For Markets 11 through 25, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉ the LPM premiums listed below have been agreed upon by both parties. The new Monthly Base Rate (increased by application of the LPM premium) shall be effective ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉. On the successive anniversary date of the introduction of LPM service in each Market, each station in that Market will be subject to an annual rate increase of ▉▉▉▉▉▉▉▉▉▉▉▉▉. Client acknowledges that the following chart shows the LPM premiums:

| Market | Station(s) | LPM Premium |
|---|---|---|
| Houston | KHWB (through 4/26/06) KHCW (effective 4/27/06) | ▉ |
| Seattle-Tacoma | KCPQ | ▉ |
| Seattle-Tacoma | KTWB (through 7/13/06) KMYQ (effective 7/14/06) | ▉ |
| Miami-Ft. Lauderdale | WBZL (through 9/16/06) WSFL (effective 9/17/06) | ▉ |
| Denver | KWGN | |
| St. Louis | KPLR | |
| Indianapolis | WTTV | |
| Indianapolis | WXIN | |
| Portland | KWBP (through 9/17/06) KRCW (effective 9/18/06) | ▉ |
| Sacramento | KTXL | ▉ |

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

For Diary Markets covered in this Agreement, service provided hereunder shall only be for NSI Diary Market Service. In the event any such Diary Market is converted to a Metered Market or an LPM Market, the Client station(s) in that Market will no longer receive such NSI service effective as of the conversion date unless (a) the Agreement is amended to reflect such change in Market status, or (b) a separate agreement between Client and NielsenTV is entered into for such station(s) in which case the station(s) shall be terminated from this Agreement as of the effective date of such separate agreement.

Notwithstanding the foregoing, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ s▉ KSWB will be subject to a cumulative annual increase to its Monthly Base Rate o▉ ▉▉▉▉▉▉▉▉▉▉▉▉▉ on January 1 of each Contract Year.

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

1.2    NielsenTV shall provide Client with an aggregate research credit bank as specified below for each Contract Year to be shared among Client and all stations listed in this Agreement, provided that NSI service for any station seeking to avail itself of the Research Credit Bank shall not have been terminated.   Credit shall be used, if at all, against NielsenTV's standard charges for NSI Plus, Megabase and Custom Analyses Studies ordered by Client or any covered Client station.   This credit does not apply to any primary research (e.g. Coincidentals, NSI Published Data CDs/DVDs, etc.), any analyses requiring output from outside vendors, license fees paid to a third party, Sports Reports, Local Ratings Suite, or studies done to verify NielsenTV guarantees or evaluate NielsenTV performance.   Any unused portion of each year's credit does not carry over to the next year.   Any charges over the   allotted amounts per year will be billed at regular rates.



1.3    

1.4    At Client's sole option and upon Client's request, NielsenTV shall provide Client and the stations listed in this Agreement with "Additional Services", to be included in this Agreement but not in the Monthly Base Rate therein. Each station shall be entitled to receive from NielsenTV the services or software identified below, provided that NSI Service hereunder for any applicable station(s) shall not have been terminated and in the case of Galaxy Navigator and/or Arianna a properly executed agreement for Galaxy Navigator Software and/or Arianna Software exists. Nothing herein shall obligate Client or the stations listed in this Agreement to request, order, license or otherwise utilize such Additional Services, provided however, that the terms of the aforementioned existing Galaxy Navigator agreement(s) shall govern NielsenTV's provision of the Galaxy Navigator service with respect to the applicable station(s).

        (a)Galaxy Navigator Overnight Software.
        1.    

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations In Diary, Metered and Local People Meter Markets)*
Date of Proposal: <u>6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07</u>
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.


2.  Cable overnight data is available at the rates listed below, with a maximum monthly charge for all Client stations combined not to exceed ▇▇▇▇ for cable overnight data in Year One of this Agreement, to be increased based on the discount schedule listed below.

3.  The rates listed below are monthly per station.

| Year | Client's Galaxy Software Monthly Rate | ▇▇▇ | Total Galaxy Software Monthly Rate |
|------|---------------------------------------|-----|------------------------------------|
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |

The rates listed below are monthly and will be billed to Tribune Corporate.

| Year | Client's Galaxy Cable Data Monthly Rate |
|------|------------------------------------------|
| 2003 | |
| 2004 | |
| 2005 | |
| 2006 | |
| 2007 | |
| 2008 | |
| 2009 | |
| 2010 | |
| 2011 | |

(b) Arianna Software.
1.



2.

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
***(Commercial Television Stations in Diary, Metered and Local People Meter Markets)***
Date of Proposal: **8/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, rev. 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

3.



4.  Additional stations in a Market (e.g. under a joint sales, marketing, time brokerage, management or other similar agreement) shall █████████ off the current rate of the primary Client station in such Market, provided the primary station subscribes to Arianna Service.

(c) County Coverage. The rates listed below are monthly per station.

| Year | Client's County Coverage Monthly Rate | | Total County Coverage Monthly Rate |
|---|---|---|---|
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |

(d) TSMS.  The rates listed below are monthly per station.

| Year | Client's TSMS Monthly Rate | | Total TSMS Monthly Rate |
|---|---|---|---|
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

(e) FOCUS Report. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Year | Focus (per report) | ▮▮▮ | Total Focus Rate (per Report) |
|------|------|------|------|
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |

(f) Extra copies of the Monthly Data Analysis. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Year | Extra Copies (per VIP) | ▮▮▮ | Total Extra Copies Rate (per VIP) |
|------|------|------|------|
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |

(g) NielsenTV will offer Tribune ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for fees related
to Published Data Tape access to third-party processors.

1.5 

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations In Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.



1.6    Effective with the Commencement Date of this Agreement, should the Meter in-tabs for all Meter and Local People Metered Markets fall below ███████ of the applicable target listed in Appendix "AA" I.A. for an average calendar month, except as the result of an Excepted Cause below, then Client shall be entitled to a credit o█████████████████████████████████████████████████████.

Excepted Causes:

(1) Acts of God, including but not limited to power outages, phone line outages, and severe weather conditions.
(2) Third-party interference, including but not limited to sample security breaches, cable system refusals of cooperation, government action, cable system carriage changes and cable system difficulties.
(3) Other conditions beyond NielsenTV's control

1.7    If for any calendar month after the commencement of service, the "DMA Target In-Tab Diary Households" ██████████ for a particular measurement period (as reported in the NSI Regular Data Analyses), except as the result of an Excepted Cause listed below, Client shall be entitled to a credit ████████████████████

Excepted Causes:

(1) Acts of God, including but not limited to power outages, phone line outages, and severe weather conditions.
(2) Third-party interference, including but not limited to sample security breaches, cable system refusals of cooperation, government action, cable system carriage changes and cable system difficulties.
(3) Other conditions beyond NielsenTV's control

1.8    

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: <u>6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07</u>
between
Nielsen Media Research, Inc. and <u>**Tribune Broadcasting Company**</u> for television station <u>**See Appendix "DD" 1.0**</u>
serving Client's Market <u>**See Appendix "DD" 1.0**</u>.

1.9   The following definitions, terms and conditions shall apply to the attached Sample Guarantees
(consisting of Characteristic Tolerances and Credit Specifications), which are hereby incorporated
into this Agreement.

   1.9.1   **CHARACTERISTICS**
   Characteristics used to determine the credits.

   1.9.2   **TOLERANCES**
   The maximum permissible difference between the average day intab sample for a period
   expressed as a percent of the total average day intab sample and the Universe Estimate
   ("UE") percent. Tolerances can vary by characteristic.

   1.9.3   **CREDIT**
   The size of the credit to be paid for exceeding the tolerance. The credit is a function of three
   variables:
   (a)  The size of the difference between the average day intab sample percent for a period and
   the UE percent less the tolerance for a characteristic.
   (b)  The number of consecutive periods the difference between the sample and the UE exceeds
   the tolerance.
   (c)  The number of characteristics with sample and UE differences exceeding their tolerance for
   a period.

   1.9.4   **EFFECTIVE DATE**
   Contract sample guarantees become effective with the start of January 2004.

   1.9.5



   1.9.6   **PERIOD**
   The sample will be measured, and credits will be applied, using calendar months excluding the
   month of January.

   1.9.7   **NEW UNIVERSE ESTIMATE**
   (a)   Cable: Cable UEs are released four (4) times per year (February, May, July and
   November).  Revised Cable UEs will be incorporated into the guarantees for the month
   immediately following their release (e.g., the November Cable UE will be used for the
   guarantee comparisons effective with the month of December, not November).
   (b)   All Other UEs: UEs are as of January 1 of each year. New UEs will be incorporated into
   the guarantees effective with the month of January.

   1.9.8   The total dollar amount of credits due to a station shall not exceed its net Monthly Base Rate
   under this Agreement.

Appendix "DD"
to
**NIELSEN STATION INDEX SERVICE AGREEMENT**
*(Commercial Television Stations in Diary, Metered and Local People Meter Markets)*
Date of Proposal: **6/16/06, rev. 11-21-06, rev. 3/15/07, rev. 4/23/07, rev 8/17/07, 10/5/07, rev. 10/16/07**
between
Nielsen Media Research, Inc. and **Tribune Broadcasting Company** for television station **See Appendix "DD" 1.0**
serving Client's Market **See Appendix "DD" 1.0**.

1.9.9    **EXCEPTED CAUSES**

(a) Acts of God, including but not limited to power outages, telephone line outages, and severe weather conditions.

(b) Third-party interference, including but not limited to sample security breaches, cable system refusals of cooperation, government action, cable system carriage changes and cable system technical difficulties.

(c) Other conditions beyond NielsenTV's control.

**EFFECTIVE OCTOBER 1, 2003 THROUGH AUGUST 6, 2006**

ATLANTA
METERED MARKET
WATL CONTRACT RIDER
CHARACTERISTIC TOLERANCES

| CHARACTERISTIC | TOLERANCE RANGE | UE [1] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | █ | █ | ██ |
| ██ | █ | █ | ██ |
| ███ | █ | █ | ███ |
| ██ | █ | █ | ██ |
| ███ | █ | █ | ██ |
| ███ | █ | █ | ██ |

ATLANTA METER MARKET
WATL CONTRACT RIDER
████████ SPECIFICATIONS

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| 6.1+ | █ | █ | █ | █ | █ | █ |

DISTANCE FROM TOLERANCE BOUNDARY

---

[1] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**EFFECTIVE FEBRUARY 1, 2004 THROUGH DECEMBER 19, 2006**

**BOSTON**
**METERED MARKET**
**WLVI CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[2] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | ██ | █ | ███ |
| █████ | █ | █ | ███ |
| ████ | █ | █ | ████ |
| ████ | █ | █ | ████ |
| ██████ | █ | █ | ████ |

**BOSTON METER MARKET**
**WLVI CONTRACT RIDER**
**████████  SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| **DISTANCE FROM TOLERANCE BOUNDARY** | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| 6.1+ | █ | █ | █ | █ | █ | █ |

█ = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**CHICAGO**
**METERED MARKET**
**WGN CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**CHICAGO METER MARKET**
**WGN CONTRACT RIDER**
**SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | ▮ | ▮ | ▰ | ▰ | ▰ | ▰ |
| | 1.1 – 2.0 | ▮ | ▰ | ▰ | ▰ | ▮ | ▰ |
| | 2.1 – 3.0 | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| | 3.1 – 4.0 | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| | 4.1 – 5.0 | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| | 5.1 – 6.0 | ▰ | ▰ | ▰ | ▰ | ▰ | ▰ |
| | 6.1+ | ▰ | ▰ | | ▰ | ▰ | ▰ |

---

[3] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**DALLAS**
**METERED MARKET**
**KDAF CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**DALLAS METER MARKET**
**KDAF CONTRACT RIDER**
███████████  **SPECIFICATIONS**

---

[4] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**DENVER**
**METERED MARKET**
**KWGN CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



| CHARACTERISTIC | TOLERANCE RANGE | UE[5] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |

**DENVER METER MARKET**
**KWGN CONTRACT RIDER**
**███ SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| | 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| | 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| | 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| | 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| | 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| | 6.1+ | █ | █ | █ | █ | █ | █ |

---

[5] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**HARTFORD**
**METERED MARKET**
**WTIC CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[b] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███████ | ███ | █ | ████ |
| ███████████ | ███ | █ | ████ |
| ██████ | ███ | █ | ████ |
| ████████████ | ███ | █ | ████ |

**HARTFORD METER MARKET**
**WTIC CONTRACT RIDER**
████████████ **SPECIFICATIONS**

| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

---

[b] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**HARTFORD**
**METERED MARKET**
**WTXX CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**HARTFORD METER MARKET**
**WTXX CONTRACT RIDER**
**█████ SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| **DISTANCE FROM TOLERANCE BOUNDARY** | 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| | 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| | 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| | 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| | 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| | 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| | 6.1+ | █ | █ | █ | █ | █ | █ |

---

[7] UE = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**HOUSTON**
**METERED MARKET**
**KHWB (through 4/26/06) KHCW (effective 4/27/06) CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[8] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | █ | █ | ███ |
| ███ | █ | █ | ██ |
| ███ | █ | █ | ███ |
| ████ | █ | █ | ███ |
| █ | █ | █ | ███ |
| ██ | ███ | █ | ███ |

**HOUSTON METER MARKET**
**KHWB (through 4/26/06) KHCW (effective 4/27/06) CONTRACT RIDER**
**███████ SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| | 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| | 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 6.1+ | █ | █ | ██ | ██ | ██ | ██ |

---

[8] UE = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**INDIANAPOLIS**
**METERED MARKET**
**WTTV CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[9] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ██████ | ██ | ██ | ████ |
| ████████ | ██ | ██ | ███ |
| █████ | ██ | ██ | █████ |
| ████ | ██ | ██ | ████ |
| ██████ | ██ | ██ | ███ |

**INDIANAPOLIS METER MARKET**
**WTTV CONTRACT RIDER**
██████ **SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

(Left axis label: DISTANCE FROM TOLERANCE BOUNDARY)

---

[9] UE = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**INDIANAPOLIS**
**METERED MARKET**
**WXIN CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**INDIANAPOLIS METER MARKET**
**WXIN CONTRACT RIDER**
**SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| DISTANCE FROM TOLERANCE BOUNDARY | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | ▮ | ▮ | ▬ | ▬ | ▬ | ▬ |
| 1.1 – 2.0 | ▮ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 2.1 – 3.0 | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 3.1 – 4.0 | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 4.1 – 5.0 | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 5.1 – 6.0 | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |
| 6.1+ | ▬ | ▬ | ▬ | ▬ | ▬ | ▬ |

**LOS ANGELES**
**METERED MARKET**
**KTLA CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



\* Effective August, 2004

**LOS ANGELES METER MARKET**
**KTLA CONTRACT RIDER**
████████████ **SPECIFICATIONS**

| CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| | 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| | 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| | 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| | 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| | 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| | 6.1+ | █ | █ | █ | █ | █ | █ |

---

[11] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**MIAMI**
**METERED MARKET**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE [12] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | █ | █ | ███ |
| ███ | █ | █ | ███ |
| ███ | █ | █ | ███ |
| ███ | █ | █ | ███ |
| ████ | █ | █ | ███ |
| █████ | █ | █ | ███ |

**MIAMI METER MARKET**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
████ **SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

(Row label on left side, rotated: DISTANCE FROM TOLERANCE BOUNDARY)

---

[12] UE = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**NEW ORLEANS**
**METERED MARKET**
**WGNO CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[13] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ██████████ | ██ | ██ | ███ |
| ██████ | ██ | ██ | ███ |
| ████████ | ██ | ██ | █████ |
| ████ | ██ | ██ | ████ |
| ████████ | ██ | ██ | ████ |

**NEW ORLEANS METER MARKET**
**WGNO CONTRACT RIDER**
████████ **SPECIFICATIONS**

| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | ▪ | ▪ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | ▪ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

---

[13] UE = 1/1/2006, except CABLE = November, 2005

**NEW ORLEANS**
**METERED MARKET**
**WNOL CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[14] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ████ | ██ | ██ | ███ |
| ████ | ██ | ██ | ███ |
| █████ | ██ | ██ | ███ |
| ███ | ███ | ██ | ████ |
| ██████ | ███ | ███ | ████ |

**NEW ORLEANS METER MARKET**
**WNOL CONTRACT RIDER**
████████ **SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| **DISTANCE FROM TOLERANCE BOUNDARY** | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

████ = 1/1/2006, except CABLE = November, 2005

Tribune NSI FINAL 2007-10-16.doc

**NEW YORK**
**METERED MARKET**
**WPIX CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**NEW YORK METER MARKET**
**WPIX CONTRACT RIDER**
**SPECIFICATIONS**

**PHILADELPHIA**
**METERED MARKET**
**WPHL CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**PHILADELPHIA METER MARKET**
**WPHL CONTRACT RIDER**
**███████████████ SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 1.1 – 2.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| | 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

---

[16] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**PORTLAND**
**METERED MARKET**
**KWBP (through 9/17/06) KRCW (effective 9/18/06)** CONTRACT RIDER
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[17] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ████ | | █ | ██ |
| ████ | | █ | ██ |
| | █ | █ | ███ |
| ████ | █ | █ | ███ |

**PORTLAND METER MARKET**
**KWBP (through 9/17/06) KRCW (effective 9/18/06)** CONTRACT RIDER
**SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| 6.1+ | █ | █ | █ | █ | █ | █ |

DISTANCE FROM TOLERANCE BOUNDARY

---

[17] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**SACRAMENTO**
**METERED MARKET**
**KTXL CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



| CHARACTERISTIC | TOLERANCE RANGE | UE[18] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | █ | █ | ██ ██ |
| ████ | █ | █ | ██ █ |
| ████ | █ | █ | ███ |
| ████ | █ | █ | ███ |
| ██████ | █ | █ | ██ |

**SACRAMENTO METER MARKET**
**KTXL CONTRACT RIDER**
████████ **SPECIFICATIONS**

|  |  | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 | 6+ |
| **DISTANCE FROM TOLERANCE BOUNDARY** | 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
|  | 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
|  | 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
|  | 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
|  | 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
|  | 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
|  | 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

[18] UE = 1/1/2006, except CABLE = November, 2005

**SAN DIEGO**
**METERED MARKET**
**KSWB CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**SAN DIEGO METER MARKET**
**KSWB CONTRACT RIDER**
**SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| **DISTANCE FROM TOLERANCE BOUNDARY** | 0.1 – 1.0 | ▮ | ▮ | ■ | ■ | ■ | ■ |
| | 1.1 – 2.0 | ▮ | ■ | ■ | ■ | ■ | ■ |
| | 2.1 – 3.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| | 3.1 – 4.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| | 4.1 – 5.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| | 5.1 – 6.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| | 6.1+ | ■ | ■ | ■ | ■ | ■ | ■ |

---

[19] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**SEATTLE**
**METERED MARKET**
**KTWB (through 7/13/06) KMYQ (effective 7/14/06) CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[20] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | ██ | ██ | ████ |
| ████ | ███ | ██ | ████ |
| ███ | ███ | ██ | █████ |
| ███ | ██ | ██ | █████ |
| ███████ | ██ | ██ | █████ |

**SEATTLE METER MARKET**
**KTWB (through 7/13/06) KMYQ (effective 7/14/06) CONTRACT RIDER**
**█████ SPECIFICATIONS**

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | ██ | ██ | ██ | ██ |
| 1.1 – 2.0 | █ | ██ | ██ | ██ | ██ | ██ |
| 2.1 – 3.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 3.1 – 4.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 4.1 – 5.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 5.1 – 6.0 | ██ | ██ | ██ | ██ | ██ | ██ |
| 6.1+ | ██ | ██ | ██ | ██ | ██ | ██ |

DISTANCE FROM TOLERANCE BOUNDARY

---

[20] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**SEATTLE**
**METERED MARKET**
**KMYQ CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**



**SEATTLE METER MARKET**
**KMYQ CONTRACT RIDER**
███████████████ **SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| **DISTANCE FROM TOLERANCE BOUNDARY** | 0.1 – 1.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 1.1 – 2.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 2.1 – 3.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 3.1 – 4.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 4.1 – 5.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 5.1 – 6.0 | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| | 6.1+ | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |

---

[21] UE = 1/1/2006, except CABLE = November, 2005
Tribune NSI FINAL 2007-10-16.doc

**ST. LOUIS**
**METERED MARKET**
**KPLR CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[22] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | █ | █ | ██ |
| ███ | █ | █ | ██ |
| ████ | █ | █ | ███ |
| ██ | █ | █ | ██ |
| ███ | █ | █ | ██ |
| ███ | █ | █ | ██ |

**ST. LOUIS METER MARKET**
**KPLR CONTRACT RIDER**
**███ SPECIFICATIONS**

| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| 1.1 – 2.0 | █ | █ | █ | █ | █ | █ |
| 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| 6.1+ | █ | █ | █ | █ | █ | █ |

[22] UE = 1/1/2006, except CABLE = November, 2005

## WASHINGTON DC
### METERED MARKET
**WBDC (through 4/30/06) WDCW (effective 5/1/06) CONTRACT RIDER**
### CHARACTERISTIC TOLERANCES

| CHARACTERISTIC | TOLERANCE RANGE | UE[23] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| ███ | | ██ | ███ |
| ███ | ██ | | |
| ████ | ██ | ██ | |
| ███ | ██ | ██ | ███ |
| ███ | | | ███ |

## WASHINGTON DC METER MARKET
**WBDC (through 4/30/06) WDCW (effective 5/1/06)CONTRACT RIDER**
### ███ SPECIFICATIONS

| | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | █ | █ | █ | █ | █ | █ |
| 1.1 – 2.0 | / | █ | █ | █ | █ | █ |
| 2.1 – 3.0 | █ | █ | █ | █ | █ | █ |
| 3.1 – 4.0 | █ | █ | █ | █ | █ | █ |
| 4.1 – 5.0 | █ | █ | █ | █ | █ | █ |
| 5.1 – 6.0 | █ | █ | █ | █ | █ | █ |
| 6.1+ | █ | █ | █ | █ | █ | █ |

DISTANCE FROM TOLERANCE BOUNDARY

---

[23] UE = 1/1/2006, except CABLE = November, 2005

### Amendment

Date:

Reference is made to the Nielsen Station Index Service Agreement for Commerical Television Stations in Diary, Metered and Local People Meter Markets between Tribune Broadcasting Company ("Client") and Nielsen Media Research, Inc. ("Nielsen"), effective October 1, 2003 and as amended (the "Agreement"). For good and valuable consideration, receipt of which is acknowledged by the parties, it is hereby mutually agreed that the Agreement is hereby amended, effective as of October 1, 2007 as follows:

Appendix "DD" 1.4 (b) "Arianna Software" subsections 2 and 3 have been deleted in their entirety and replaced with the following:



2

3

Except as expressly set forth in this Amendment, all terms and conditions set forth in the Agreement remain in full force and effect.  As of the effective date hereof, all references to the Agreement shall be references to the Agreement as amended by this Amendment.

IN WITNESS WHEREOF, this Amendment has been executed by the parties hereto through their duly authorized representatives whose signatures are set forth below.

AGREED AND ACCEPTED:

| NIELSEN MEDIA RESEARCH, INC | Tribune Broadcasting Company |
|---|---|
| SCHAUMBURG, ILLINOIS | *(CLIENT-full legal name)* |
| Signed: | Signed: |
| | *(duly authorized officer or agent)* |
| Name:  Kelly A. Heneghan | Name: (Print/Type) |
| Title:  Coordinating Vice-President | Title: |
| Date:  7/3/08 | Date: |

*Amendment*

Date: <u>10/2/08, rev 10/13/08</u>

Reference is made to the Nielsen Station Index Service Agreement for Commerical Television Stations in Diary, Metered and Local People Meter Markets between <u>Tribune Broadcasting Company</u> ("Client") and Nielsen Media Research, Inc. ("Nielsen"), effective <u>October 1, 2003 and as amended</u> (the "Agreement").  For good and valuable consideration, receipt of which is acknowledged by the parties, it is hereby mutually agreed that the Agreement is hereby amended, effective as of <u>October 1, 2008</u> as follows:

1. The name "Nielsen Media Research, Inc.", a Delaware corporation, in the Agreement is changed to "The Nielsen Company (US), LLC", a Delaware limited liability company, and all references to "Nielsen" in said Agreement shall now refer to The Nielsen Company (US), LLC.

2. Appendix "AA" I. A Target Sample Size, Meter, Local People Meter have been modified to reflect the following:

| Station/Market: | KWGN | WBZL (through 9/16/06) WSFL (effective as of 9/17/06) | KPLR | KTXL |
|---|---|---|---|---|
| | Denver | Miami | St. Louis | Sacramento |
| Effective Date: | 1/1/04-9/30/08 | 1/1/04-9/30/08 | 1/1/04-12/31/08 | 1/1/04-12/31/08 |
| Installed Households: | 400 | 500 | 400 | 400 |
| Estimated Average Day In-Tab: | 350 | 437 | 350 | 350 |
| Minimum for Publication: | 180 | 180 | 180 | 180 |

LOCAL PEOPLE METER

| Station/Market: | KWGN | WBZL (through 9/16/06) WSFL (effective as of 9/17/06) | KPLR | KTXL |
|---|---|---|---|---|
| | Denver | Miami | St. Louis | Sacramento |
| Effective Date: | 10/1/08 | 10/1/08 | 1/1/09 | 1/1/09 |
| Installed Households: | 600 | 600 | 600 | 600 |
| Estimated Average Day In-Tab: | 525 | 525 | 525 | 525 |
| Minimum for Publication: | 210 | 210 | 210 | 210 |

3. Appendix "AA" I. B Target Sample Size, Diary (Monthly Analysis) has been modified to reflect the following:

| Station/Market: | KWGN | WBZL (through 9/16/06) WSFL (effective as of 9/17/06) | KPLR | KTXL |
|---|---|---|---|---|
| | Denver | Miami | St. Louis | Sacramento |
| Effective Date | 1/1/04-9/30/08 | 1/1/04-9/30/08 | 1/1/04-12/31/08 | 1/1/04-12/31/08 |
| October | 1120 | 1340 | 1095 | n/a |
| November | 1120 | 1340 | 1160 | 1065 |
| January | n/a | 1210 | 1095 | n/a |
| February | 1120 | 1340 | 1160 | 1065 |
| March | n/a | n/a | n/a | n/a |
| May | 1120 | 1340 | 1160 | 1065 |
| July | 1120 | 1265 | 1095 | 1065 |

4. Appendix "AA" III. Base Rate per Month has been modified to reflect the LPM premium for Stations KWGH/Denver, WSFL/Miami, KPLR/St. Louis and KTXL/Sacramento:

| To | From | KWGN Denver | WBZL (through 9/16/06) WSFL (effective as of 9/17/06) Miami | |
|---|---|---|---|---|
| 1/1/2004 | 12/31/2004 | | | |
| 1/1/2005 | 12/31/2005 | | | |
| 1/1/2006 | 12/31/2006 | | | |
| 1/1/2007 | 12/31/2007 | | | |
| 1/1/2008 | 9/30/2008 | | | |
| 10/1/2008 | 9/30/2009 | | | |
| 10/1/2009 | 9/30/2010 | | | |
| 10/1/2010 | 9/30/2011 | | | |
| 10/1/2011 | 12/31/2011 | | | |

| To | From | KTXL |
|---|---|---|
| | | Sacramento |
| 1/1/2004 | 12/31/2004 | ■ |
| 1/1/2005 | 12/31/2005 | ■ |
| 1/1/2006 | 12/31/2006 | ■ |
| 1/1/2007 | 12/31/2007 | ■ |
| 1/1/2008 | 12/31/2008 | ■ |
| 1/1/2009 | 12/31/2009 | ■ |
| 1/1/2010 | 12/31/2010 | ■ |
| 1/1/2011 | 12/31/2011 | ■ |

| To | From | KPLR |
|---|---|---|
| | | St. Louis |
| 1/1/2004 | 12/31/2004 | ■ |
| 1/1/2005 | 12/31/2005 | ■ |
| 1/1/2006 | 12/31/2006 | ■ |
| 1/1/2007 | 12/31/2007 | ■ |
| 1/1/2008 | 12/31/2008 | ■ |
| 1/1/2009 | 3/31/2009 | ■ |
| 4/1/2009 | 12/31/2009 | ■ |
| 1/1/2010 | 12/31/2010 | ■ |
| 1/1/2011 | 12/31/2011 | ■ |

5. Appendix "DD" 1.0 has been modified to reflect the following:

| Station | Market | Monthly Data Analyses per year |
|---|---|---|
| KWGN | Denver | 5 (through 9/30/08) 12 (effective 10/1/08) |
| WBZL (through 9/16/06) WSFL (effective as of 9/17/06) | Miami | 6 (through 9/30/08) 12 (effective 10/1/08) |
| KPLR | St. Louis | 6 (through 12/31/08) 12 (effective 1/1/09) |
| KTXL | Sacramento | 4 (through 12/31/08) 12 (effective 1/1/09) |

6.  Appendix "DD" 1.1 has been modified to insert the following phrase immediately following the word "discretion" in the second sentence of the second paragraph:

"In the event the LPM conversion dates for any Market changes, the Agreement will be amended to provide for the new date of LPM Service and LPM premiums."

7.  With respect to Appendix "DD" 1.9, the attached Characteristics Tolerances and Penalty Specifications have been modified to reflect changes and additions.

Except as expressly set forth in this Amendment, all terms and conditions set forth in the Agreement remain in full force and effect.  As of the effective date hereof, all references to the Agreement shall be references to the Agreement as amended by this Amendment.

IN WITNESS WHEREOF, this Amendment has been executed by the parties hereto through their duly authorized representatives whose signatures are set forth below.

AGREED AND ACCEPTED:

The Nielsen Company (US), LLC

Signed: _Jane A. Rode_
Name: Jane A. Rode

Title: Coordinating Vice-President
Date: 11-25-08

Tribune Broadcasting Company
(CLIENT-full legal name)

Signed: _Gina M Mazzaferri_
Name:
(Print/Type) Gina M Mazzaferri
(duly authorized officer or agent)
Title: VP/Strategy & Administration
Date: 10-27-08

**EFFECTIVE JANUARY 1, 2004 THROUGH SEPTEMBER 30, 2008**

### DENVER
### METERED MARKET
### KWGN CONTRACT RIDER
### CHARACTERISTIC TOLERANCES

| CHARACTERISTIC | TOLERANCE RANGE | UE[1] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | | | |
| ORIGIN:HISPANIC | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD:<br>    <35<br>    35-54<br>    55+ | | | |
| GEOGRAPHY:<br>    DEN+JEFF+ARAP CTYS<br>    REMAINDER  METRO<br>    REMAINDER DMA | | | |

### DENVER METER MARKET
### KWGN CONTRACT RIDER
### SPECIFICATIONS



|  | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
|  | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | | | | | | |
| 1.1 – 2.0 | | | | | | |
| 2.1 – 3.0 | | | | | | |
| 3.1 – 4.0 | | | | | | |
| 4.1 – 5.0 | | | | | | |
| 5.1 – 6.0 | | | | | | |
| 6.1+ | | | | | | |

DISTANCE FROM TOLERANCE BOUNDARY

---

[1] UE  =  1/1/2006, except CABLE  =  November, 2005

**EFFECTIVE OCTOBER 1, 2008**

**DENVER**
**LOCAL PEOPLE METER**
**KWGN CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE$^2$ | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | ▇ | ▇ | ▇ |
| ORIGIN: HISPANIC | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD: <br> <35 <br> 35-54 <br> 55+ | | | |
| GEOGRAPHY: <br> DEN+JEFF+ARAP CTYS <br> REMAINDER METRO <br> REMAINDER DMA | | | |

**DENVER**
**LOCAL PEOPLE METER**
**KWGN CONTRACT RIDER**
**SPECIFICATIONS**



| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ |
| 1.1 – 2.0 | | | | | | |
| 2.1 – 3.0 | | | | | | |
| 3.1 – 4.0 | | | | | | |
| 4.1 – 5.0 | | | | | | |
| 5.1 – 6.0 | | | | | | |
| 6.1+ | | | | | | |

---

$^2$ UE = 1/1/2006, except CABLE = November, 2005

**EFFECTIVE JANUARY 1, 2004 THROUGH SEPTEMBER 30, 2008**

**MIAMI**
**METERED MARKET**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[3] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | ███ | ███ | ███ |
| RACE:BLACK | | | |
| ORIGIN:HISPANIC | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD:<br>    <35<br>    35-54<br>    55+ | ███ | ███ | ███ |
| GEOGRAPHY:<br>    BROWARD COUNTY<br>    MIAMI-DADE COUNTY | | | |

**MIAMI**
**METER MARKET**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
███ SPECIFICATIONS

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | ███ | ███ | ███ | ███ | ███ | ███ |
| | 1.1 – 2.0 | | | | | | |
| | 2.1 – 3.0 | | | | | | |
| | 3.1 – 4.0 | | | | | | |
| | 4.1 – 5.0 | | | | | | |
| | 5.1 – 6.0 | | | | | | |
| | 6.1+ | | | | | | |

---

[3] UE = 1/1/2006, except CABLE = November, 2005

**EFFECTIVE OCTOBER 1, 2008**

**MIAMI**
**LOCAL PEOPLE METER**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[4] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | | | |
| RACE: BLACK | | | |
| ORIGIN: HISPANIC | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD: <br>    <35 <br>    35-54 <br>    55+ | | | |
| GEOGRAPHY: <br>    BROWARD COUNTY <br>    MIAMI-DADE COUNTY | | | |

**MIAMI**
**LOCAL PEOPLE METER**
**WBZL (through 9/16/06) WSFL (effective 9/17/06)** CONTRACT RIDER
**█████████** SPECIFICATIONS

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| DISTANCE FROM TOLERANCE BOUNDARY | 0.1 – 1.0 | | | | | | |
| | 1.1 – 2.0 | | | | | | |
| | 2.1 – 3.0 | | | | | | |
| | 3.1 – 4.0 | | | | | | |
| | 4.1 – 5.0 | | | | | | |
| | 5.1 – 6.0 | | | | | | |
| | 6.1+ | | | | | | |

---

[4] UE = 1/1/2006, except CABLE = November, 2005

**SACRAMENTO**
**METERED MARKET**
**LOCAL PEOPLE METER EFFECTIVE JANUARY 1, 2009**
**KTXL CONTRACT RIDER**
**CHARACTERISTIC TOLERANCES**

| CHARACTERISTIC | TOLERANCE RANGE | UE[5] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | ■ | ■ | ■ |
| ORIGIN:HISPANIC | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD: <br>     <35 <br>     35-54 <br>     55+ | | | |
| GEOGRAPHY: <br>     SACRAMENTO COUNTY <br>     SAN JOAQUIN COUNTY <br>     STANISLAUS COUNTY <br>     REMAINDER METRO <br>     REMAINDER DMA | ■ | | ■ |

**SACRAMENTO**
**METER MARKET**
**LOCAL PEOPLE METER EFFECTIVE JANUARY 1, 2009**
**KTXL CONTRACT RIDER**
**SPECIFICATIONS**

| | | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 | 6+ |
| **DISTANCE FROM TOLERANCE BOUNDARY** | 0.1 – 1.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| | 1.1 – 2.0 | | | | | | |
| | 2.1 – 3.0 | | | | | | |
| | 3.1 – 4.0 | | | | | | |
| | 4.1 – 5.0 | | | | | | |
| | 5.1 – 6.0 | | | | | | |
| | 6.1+ | | | | | | |

---

[5] UE = 1/1/2006, except CABLE = November, 2005

**EFFECTIVE JANUARY 1, 2004 THROUGH DECEMBER 31, 2008**

### ST. LOUIS
### METERED MARKET
### KPLR CONTRACT RIDER
### CHARACTERISTIC TOLERANCES

| CHARACTERISTIC | TOLERANCE RANGE | UE[4] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | ■ | ■ | ■ |
| RACE: BLACK | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD:<br>    <35<br>    35-54<br>    55+ | | | |
| GEOGRAPHY:<br>    ST. LOUIS COUNTY<br>    ST. LOUIS CITY<br>    REMAINDER METRO<br>    REMAINDER DMA | ■ | | ■ |

### ST. LOUIS
### METER MARKET
### KPLR CONTRACT RIDER
### ■■■■ SPECIFICATIONS



| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| 1.1 – 2.0 | | | | | | |
| 2.1 – 3.0 | | | | | | |
| 3.1 – 4.0 | | | | | | |
| 4.1 – 5.0 | | | | | | |
| 5.1 – 6.0 | | | | | | |
| 6.1+ | | | | | | |

---

[6] UE = 1/1/2006, except CABLE = November, 2005

**EFFECTIVE JANUARY 1, 2009**

### ST. LOUIS
### LOCAL PEOPLE METER
### KPLR CONTRACT RIDER
### CHARACTERISTIC TOLERANCES

| CHARACTERISTIC | TOLERANCE RANGE | UE[7] | TOLERANCE BOUNDARIES |
|---|---|---|---|
| CABLE: YES | ■ | ■ | ■ |
| RACE: BLACK | | | |
| PRES. CHILD: ANY<18 | | | |
| AGE OF HEAD:<br>  <35<br>  35-54<br>  55+ | | | |
| GEOGRAPHY:<br>  ST. LOUIS COUNTY<br>  ST. LOUIS CITY<br>  REMAINDER METRO<br>  REMAINDER DMA | | | |

### ST. LOUIS
### LOCAL PEOPLE METER
### KPLR CONTRACT RIDER
### ■ SPECIFICATIONS



| DISTANCE FROM TOLERANCE BOUNDARY | CONSECUTIVE MONTHS OUT OF TOLERANCE | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6+ |
| 0.1 – 1.0 | ■ | ■ | ■ | ■ | ■ | ■ |
| 1.1 – 2.0 | | | | | | |
| 2.1 – 3.0 | | | | | | |
| 3.1 – 4.0 | | | | | | |
| 4.1 – 5.0 | | | | | | |
| 5.1 – 6.0 | | | | | | |
| 6.1+ | | | | | | |

---

[7] UE = 1/1/2006, except CABLE = November, 2005