# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF THE NIELSEN COMPANY (US), LLC IN SUPPORT OF JOINT MOTION FOR LEAVE TO FILE AGREEMENTS UNDER SEAL

I, David A. Schwartz-Leeper, hereby state as follows:

1. I am a resident of New York and I have personal knowledge of the matters set forth in this Declaration.

2. I was employed by Nielsen Media Research, Inc. ("Nielsen Media") for fourteen (14) as its Vice President and General Counsel and later Senior Vice President and General Counsel, until October of 2008, when Nielsen Media was merged into The Nielsen Company (US), LLC, for which I am now employed as its Senior Vice President and General Counsel. Nielsen Media and The Nielsen Company (US) LLC are referred to collectively as "Nielsen."

3. I am aware of the negotiations between Nielsen, on the one hand, and Debtor Tribune Broadcasting Company and certain of its affiliates, including Debtor Chicagoland Television News, Inc. and Debtor WGN Continental Broadcasting Company, on the other hand (collectively, "Debtors") concerning the amendment and assumption of certain pre-petition contracts between Nielsen Media and the Debtors and

the amendment of certain post-petition contracts, ancillary to the pre-petition contracts. The contracts at issue are referred to collectively as the "Nielsen Media Contracts."

4. The Nielsen Media Contracts and the proposed amendments to them ("Global Amendment") include certain strictly confidential, sensitive, commercial information, such as specific, negotiated prices, rates, discounts and other terms and conditions that are not publicly known or generally available (collectively, "Commercially Sensitive Terms").

5. Nielsen closely guards the Commercially Sensitive Terms of its agreements from disclosure in the marketplace, and Nielsen would likely be harmed, directly or indirectly, through loss of bargaining power in negotiating favorable rates and terms with third parties if the Commercially Sensitive Terms contained in the Nielsen Media Contracts and the Global Amendment were published or otherwise became publicly or generally available.

6. Nielsen wishes to maintain the confidentiality of the Commercially Sensitive Terms in the Nielsen Media Contracts and the Global Amendment, and therefore joins with the Debtors in seeking permission to file only redacted versions of the Nielsen media Contracts and the Global Amendment and to have unredacted versions of them filed under seal.

I declare under penalty of perjury that the foregoing is true and correct.

May 20, 2009

[NAME]