IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |

**SUPPLEMENTAL DECLARATION OF DAVID S. KURTZ IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN LAZARD FRERES & CO. LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), David S. Kurtz, under penalty of perjury, declares as follows:

1. I am over the age of 18 and competent to testify. I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020. I am duly authorized to make and submit this supplemental declaration (the "Second Supplemental Declaration") on behalf of Lazard in accordance with sections 327 and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2014(a) and 5002 in support of the application (the "Application") of the Tribune Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for entry of an order authorizing the Debtors to employ and retain Lazard as their investment banker and financial advisor in connection with their chapter 11 cases. Unless otherwise stated in this Second Supplemental Declaration, I have

personal knowledge of the facts set forth herein, or have been informed of such matters by professionals of Lazard, and, if called as a witness, I would testify thereto.

2. James Millstein submitted an initial declaration with the Application (the "Initial Declaration"). The Initial Declaration was dated December 23, 2008 and was attached as **Exhibit A** to the Application. Thereafter, Mr. Millstein submitted a supplemental declaration on February 19, 2009 (the "First Supplemental Declaration") making additional disclosures.

3. As set forth in the Initial Declaration and the First Supplemental Declaration, Lazard obtained from the Debtors the names of individuals and entities that may be parties-in-interest in these chapter 11 cases and such parties were listed on **Schedule 1** to the Initial Declaration (the "Parties-In-Interest List"). Lazard researched its electronic client files and records to determine its connections with any of the parties on the Parties-In-Interest List. To the extent that Lazard had been retained within the last three years to represent any of the parties on the Parties-In-Interest List, such parties were listed on **Schedule 2** to the Initial Declaration. As noted in the Initial Declaration, however, Lazard's representation of each entity listed on **Schedule 2** was or is only on matters that are unrelated to the Debtors and/or these cases.

4. Subsequent to the filing of the Initial Declaration and First Supplemental Declaration, Lazard was retained by the official committee of unsecured lenders of AbitibiBowater. Abitibi Consolidated and Bowater Inc (predecessor entities of AbitibiBowater) each appear on the Parties-in-Interest List as two of the thirty largest unsecured creditors of the Debtors. Lazard's retention by the official committee of unsecured lenders of AbitibiBowater is on matters unrelated to the Debtors.

5. Also subsequent to the filing of the Initial Declaration and First Supplemental Declaration, Lazard was retained by The McClatchy Company ("McClatchy"). McClatchy

appears on the Parties-in-Interest List as a joint venture partner of the Debtors. McClatchy and the Debtors each have a minority interest in CareerBuilderLLC, an entity controlled by Gannett Company, Inc with a 50.8% interest (the Debtors have a stake of 30.8% and McClatchy has a stake of 14.4%) and each has a minority stake in Classified Ventures, LLC (the Debtors have a stake of 27.8% and McClatchy has a stake of 25.6%). McClatchy and the Debtors also each hold a 33.3% minority stake in HomeFinder LLC, an entity that was previously 100% owned by Classified Ventures, LLC. Lazard's retention by McClatchy is unrelated to the Debtors and is also unrelated to CareerBuilder LLC, Classified Ventures, LLC and HomeFinder LLC.

6. It has also come to my attention that Lazard is retained by Paul, Hastings, Jonfsky & Walker LLP on behalf of Wells Fargo Bank, N.A., as successor administrative agent and collateral agent, pursuant to a credit agreement with BearingPoint, Inc. or its affiliates. Wells Fargo Foothill Inc. and Wells Capital Management Incorporated (apparent affiliates of Wells Fargo Bank, N.A.) appear on the Parties-in-Interest List as pre-petition lenders to the Debtors. Lazard's retention by Wells Fargo Bank, N.A., as administrative agent for the lenders of BearingPoint, Inc. is on matters unrelated to the Debtors.

7. In addition, Lazard had been retained by Latham & Watkins on behalf of Credit Suisse, as administrative agent, pursuant to the First Lien Senior Secured Credit Agreement of the The Star Tribune Company or its affiliates. Credit Suisse Asset Management and Credit Suisse Group AG (apparent affiliates of Credit Suisse) appear on the Parties-in-Interest List as pre-petition lenders of the Debtors. Lazard's retention by the Credit Suisse, as administrative agent for the First Lien lenders of The Star Tribune Company, has expired and was on matters unrelated to the Debtors.

I declare under the penalty of perjury that the foregoing is true and correct.

                          LAZARD FRERES & CO. LLC

                    By: _____
                          Name: David S. Kurtz
                          Title: Managing Director

Executed on May 22, 2009

4