IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: May 28, 2009 at** |
| | ) | **1:00 p.m.** |
| | ) | |
| | ) | **Obj. Deadline: May 22, 2009** |
| | ) | **at 4:00 p.m.** |

CERTIFICATION OF COUNSEL REGARDING AGREED ORDER ON THE MOTION OF THE INTERNAL REVENUE SERVICE TO EXTEND ITS TIME TO FILE PROOFS OF CLAIM

The undersigned hereby certifies as follows:

On May 8, 2009, the Internal Revenue Service (the "Service") filed the *Motion of the Internal Revenue Service to Extend Its Time to File Proofs of Claim* [Docket No. 1165] with the Court. Pursuant to the motion, the Service sought entry of an order extending by six months the bar date for it to file a proof of claim in this proceeding.

Since the filing of the Motion, the Service and Debtors have engaged in discussions that have led to the agreed form of order attached hereto as Exhibit A. The agreed form of order was circulated to and approved by (i) counsel for the Debtors and (ii) Counsel for the Service.

4281929.1

WHEREFORE, the Service respectfully requests the entry of the agreed order, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Court.

Dated: May 22, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE