# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Hearing Date: May 28, 2009 at |
| | ) | 1:00 p.m. |
| | ) | |
| | ) | Obj. Deadline: May 22, 2009 |
| | ) | at 4:00 p.m. |

## CONSENT ORDER ON THE MOTION OF THE INTERNAL REVENUE SERVICE TO EXTEND ITS TIME TO FILE PROOFS OF CLAIM

And now, this _____ day of _____, 2009, upon agreement of the Internal Revenue Service and the Debtors, it is ORDERED that the Internal Revenue Service shall have until August 12, 2009 to file a proof of claim in this proceeding. The Debtors have reviewed the Motion and the supporting materials filed therewith, and dispute the factual allegations made therein and in the supporting declarations. This order is without prejudice to any subsequent motion by the Internal Revenue Service to further extend the bar date, nor to rights of any parties in interest to oppose such motion.

_____
UNITED STATES BANKRUPTCY JUDGE

4273504.1

*Seen and Agreed*

| | |
|---|---|
| /s/ YONATAN GELBLUM | /s/ KENNETH P. KANSA |
| YONATAN GELBLUM | KENNETH P. KANSA |
| U.S. Department of Justice - Tax Division | Sidley Austin LLP |
| P.O. Box 227 | One South Dearborn Street |
| Washington, DC 20044 | Chicago, Illinois 60603 |
| Telephone: (202) 305-3136 | Telephone: (312) 853-7163 |
| Facsimile: (202) 514-6866 | Facsimile: (312) 853-7036 |
| E-mail: Yonatan.Gelblum@usdoj.gov | Email: kkansa@sidley.com |
| *Counsel for the Internal Revenue Service* | *Counsel for the Debtors* |