Case 08-13141-BLS    Doc 1231    Filed 05/22/09    Page 1 of 4

08-13141 Lead KJC
08-13206 Jt

FILED
2009 MAY 22 AM 10:57
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

To: Bridget Gallerie, Epiq Bankruptcy Solutions
Re: My death sentence

. Last Month JP Morgan Chase bank has sent my family a FORECLOSURE NOTICE on our home.

. In April I was unable to file my tax returns.

. I now have five companies attempting judgments on us for various balances due.

. LI power is threatening to cut off our electricity.

. We are five months behind on my wife's car payments for her used nine-year-old car.

. On March 2nd, I joined "the parade of those poor people being swindled by ZELL, CABLEVISION, and THE US GOVT.", by filing a claim for $218,750.25 bankruptcy claim. NOW LAST WEEK I COME HOME AND THESE CORPORATE CROOKS SEND ME THEIR FILING FOR $176,017.37 !!!! THESE PEOPLE ARE SO CORRUPT THEY CAN'T EVEN GET THEIR LIES STRAIGHT!!!

. Tomorrow is our 47th wedding anniversary, and we will spend it at home, hoping more bill collectors don't call us to ruin our night.

How could this ever have happened to us? I am 69 years old, served my country during the Vietnam war, educated myself,(11 years at night school), a 25 year board of Director of LI Special Olympics, a member of 2 soup kitchens serving the needy, a member of "kids with cancer" charities, a continuing 16 year volunteer for Little League Baseball on LI, and on and on, serving and helping all who need help. And now this, a death sentence from people who I don't even know. I am just a

number, left alone, with no help in sight. Where is the help I now need, while I always answered the call for others? This truly is a death sentence for me, and could have a tragic ending.

Now.... As You suggested, and per our most recent conversation, I am writing to You to outline those factors regarding the immoral, and corrupt manner in which the country's latest "robber barons", Sam Zell, and The Dolan family have sent a death sentence to me.

You may recall from our previous conversation, that my 1987 signed contract, and 1987 deferred compensation agreement (copies of which I have attached) have been thrown into the "sham" of a bankruptcy perpetuated by Sam Zell, and The Dolan Family.

In 1987, as I was building the Yankee Trader into a major publishing power on Long Island, Mr. Sutter, the owner of this closely held entity, presented to me a deferred compensation package, wherein monies would be taken from my salary for a period of Ten years, at the rate of $8,800 per year. These monies would fund an annuity, protected by a life insurance policy from Security Mutual life, in Binghamton, NY. After eight years of payment, and continued employment, I would be fully vested, and upon reaching my 65th birthday, would begin to be repaid at the rate of $35,000 per year for a period of ten years.

I would end up working for the Yankee Trader a total of 22 years, 1977 to 1999. As the years passed, and prior to my 65th birthday in 2005, the Yankee Trader would be bought and sold a total of 3 times. Each new owner would contact me, regarding my original signed deferred agreement, and while

acknowledging same, pledged to honor this important document.

In March, 2005, NEWSDAY publications, now the owner of the Yankee Trader (who changed the corp. name to StAR Publications, LLC after a circulation scandal) began to pay me the sum of $2,916.66 per month, per my agreement. As NEWSDAY, and YANKEE TRADER (STAR) continued to be bought and sold, I continued to receive the monies due my family.

In 2008, SAM ZELL, who had taken over The Chicago Tribune, earlier in the year, sold NEWSDAY, and YANKEE TRADER (STAR Publications, LLC) to CABLEVISION, owned by the DOLAN family, for $650 MILLION DOLLARS.  ZELL kept 3% of NEWSDAY, DOLAN not honoring my agreement, gave ZELL my agreement, and put it in the bankruptcy proceedings, hence, now refusing to pay me.

But......where is the life insurance policy that I paid for all those years?  Seems DOLAN kept the asset, which CABLEVISION never paid a penny towards, neither did ZELL, as the policy is fully funded, and alive and well.

The policy is in my name, with STAR the death beneficiary, (not my wife, as I was told,.. have document to prove they said she was).  The policy has a death value of $473,000, IN THEIR NAME, and a cash VALUE OF $218,750.

Now, all I am asking for is the Life Insurance policy that I funded with withdrawals from my pay!!

How can these "robber barons" steal my life like this?  They have no right to hold this policy, they never paid a nickel towards it, and hold my death benefit in their hands of almost $500,000, with a cash value of more than they owe me!!  By all that

is Holy they should either honor my agreement by commencing paying me, or give my family the death benefit, and cash value of my life insurance policy.

Where do I go? Who will help us? I have been everywhere, called everyone, no one will help avoid this tragedy. We should have a SECURED claim on the monies that ZELL has stolen..I have a signed agreement, a policy I paid for, and do not believe that anyone, or Corporation has a right to it. How can this crime be allowed to move forward? Where is the justice here? Why are so many important people in and out the United States Govt. standing by allowing this to happen? I deserve better than all this, my family does also.

In closing..people who work with these matters everyday, can turn their cheek and say well" that's the law". But how can these people stand by and watch this tragedy take place? I have a signed agreement, funded with my pay withdrawals, with a bonefide death benefit, and cash value ABOVE WHAT IS DUE MY FAMILY, and, was being paid for over 3 years. What has happened? How can these "professionals" stand by and watch this tragic thing take place in the United States?

Shame on all who let this tragedy take place.

                            Philip C. Franzese

Cc: Mr. Joseph McMahon, US Trustee
    ✓Hon. Judge Kevin Carey, US Bankruptcy Court
     Hon Charles Schumur, US Senator
     Hon Tim Bishop, US Congress
     Ms  Valerie Tourso, US Dept of Labor

                                        May 5, 2009

516 383 0858
FFLIP1313@aol.com