IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | No.08-13141(KJC) |
| TRIBUNE COMPANY, ET.AL. | JOINTLY ADMINISTERED |
| | No. 08-13185(KJC) |
| Debtor | No. 08-13235(KJC) |

## ORDER

AND NOW, this        day of              , 2009, having considered the Motion of Jayne Clement for Relief from the Automatic Stay and any responses thereto, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Automatic Stay imposed under 11 U.S.C. Section 362(d) is modified as to The Tribune Company, Tribune Media Net, Inc. and Los Angeles Times Communications, LLC permitting Movant, Jayne Clement, to proceed with the litigation of the class action suit filed in the Superior Court of California, county of Los Angeles and to engage is any and all state court actions related to such litigation.

BY THE COURT:

_____
KEVIN J. CAREY, CJ