Exhibit C

1

## ORDER

2    For good cause showing, it is ORDERED that:

3    This action be stayed in its entirety as to all parties until such time that notice is provided

4 to the Court that the automatic stay resulting from the bankruptcy petition filed by Tribune

5 Company, Tribune Media Net, Inc. and Los Angeles Times Communications, LLC has been

6 lifted or until the Bankruptcy Court determines otherwise.

7 *This Case is Continued To October 29, 2009  8:30 Am*

8 *Dept 36 for OSC re Status of Bankruptcy Stay, Appearances are required.*

9 DATED: January *14*, 2009        Gregory W. Alarcon

10                HONORABLE GREGORY ALARCON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION TO STAY ENTIRE ACTION

LA1 6761465.1