## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 28, 2009 AT 1:00 P.M.
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## WITHDRAWN MATTERS

1.      Motion of Navistar Leasing Company for Relief from the Automatic Stay, or in the
        Alternative, to Compel Immediate Assumption or Rejection of the Unexpired Leases and
        for Allowance and Immediate Payment of Administrative Claim (Filed April 16, 2009)
        (Docket No. 1049)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (9479); KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

> (a)     Notice of Withdrawal of Docket No. 1049 (Filed May 19, 2009) (Docket No. 1208)

Objection Deadline:  May 5, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to May 21, 2009 at 4:00 p.m.

Responses Received:  None.

Status:          The Motion has been withdrawn.  This matter will not be going forward.

## CONTINUED MATTERS

2.     Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 8, 2008) (Docket No. 10)

Related Document(s):

> (a)     Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Entered December 10, 2008) (Docket No. 56)

> (b)     Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions (Entered April 30, 2009) (Docket No. 1116)

> (c)     Notice of Entry of Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions Regarding Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed April 30, 2009) (Docket No. 1117)

46429/0001-5576948v1

Objection Deadline:  December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline will be further extended for the United States Trustee to object to the section 345(b) relief.

Responses Received:  None.

Status:          The Debtors and the U.S. Trustee continue to discuss the Debtors' requested relief for certain accounts and practices relating to section 345(b) of the Bankruptcy Code and have agreed to adjourn this specific issue to the July 28, 2009 hearing.  This matter will not be going forward.

3.      Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

(a)      Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

(b)      Second Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed March 23, 2009) (Docket No. 790)

(c)      Third Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed April 9, 2009) (Docket No. 887)

Objection Deadline:  January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline will be further extended for the United States Trustee.

Responses Received:  None.

Status:          This matter is adjourned to the July 28, 2009 hearing.  This matter will not be going forward.

4.      Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy
        Code (Filed February 20, 2009) (Docket No. 438)

        Objection Deadline:  March 5, 2009 at 4:00 p.m.
        On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on
        June 18, 2009 for the Debtors.

        Responses Received:

                (a)     Debtors' Objection to the Motion of Allen Francisco for Relief from Stay
                        Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket
                        No. 465)

                (b)     Joinder of the Official Committee of Unsecured Creditors in the Debtors'
                        Objection to the Motion of Allen Francisco for Relief from Stay Under
                        Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No.
                        475)

        Status:         On consent of the parties, this matter is adjourned to the June 25, 2009
                        hearing.  This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

5.      Motion of Debtor Tribune Company for an Order Pursuant to Sections 105(a), 363(b) and
        363(f) of the Bankruptcy Code Authorizing (I) Entry into a Direct Lease with Mosby,
        Inc. of Certain Real Property Located in Maryland Heights, Missouri and (II) the Sale of
        the Property to Summit Westline Investors, LLC (Filed May 8, 2009) (Docket No. 1161)

        Related Documents:

                (a)     Certification of No Objection Regarding Motion of Debtor Tribune
                        Company for an Order Pursuant to Sections 105(a), 363(b) and 363(f) of
                        the Bankruptcy Code Authorizing (I) Entry into a Direct Lease with
                        Mosby, Inc. of Certain Real Property Located in Maryland Heights,
                        Missouri and (II) the Sale of the Property to Summit Westline Investors,
                        LLC (Filed May 26, 2009) (Docket No. 1235)

        Objection Deadline:  May 21, 2009 at 4:00 p.m.

        Responses Received:  None.

        Status:         A certification of no objection was filed with the Court.  This matter will
                        not be going forward unless otherwise directed by the Court.

46429/0001-5576948v1

6.    Motion of the Internal Revenue Service to Extend Its Time to File Proofs of Claim (Filed
      May 8, 2009) (Docket No. 1165)

      Related Documents:

             (a)    Certification of Counsel Regarding Agreed Order on the Motion of the
                    Internal Revenue Service to Extend Its Time to File Proofs of Claim (Filed
                    May 22, 2009) (Docket No. 1229)

      Objection Deadline:  May 22, 2009 at 4:00 p.m.

      Responses Received:  None.

      Status:      A certification of counsel was filed with the Court.  This matter will not be
                   going forward unless otherwise directed by the Court

7.    Second Motion of Jon Van Senus, by and through his Guardian Ad Litem, Neala Olson,
      for Relief from the Automatic Stay to Receive Payment Pursuant to the Settlement
      Agreement (Filed May 8, 2009) (Docket No. 1166)

      Related Document(s):

             (a)    Re-Notice of Motion of Jon Van Senus, by and through his Guardian Ad
                    Litem, Neala Olson, for Relief from the Automatic Stay to Receive
                    Payment Pursuant to the Settlement Agreement (Filed May 13, 2009)
                    (Docket No. 1198)

             (b)    Certification of Counsel Regarding Second Motion of Jon Van Senus, by
                    and through his Guardian Ad Litem, Neala Olson, for Relief from the
                    Automatic Stay to Receive Payment Pursuant to the Settlement Agreement
                    (Filed May 21, 2009) (Docket No. 1226)

             (c)    Order Modifying the Automatic Stay Authorizing Jon Van Senus, by and
                    through his Guardian Ad Litem, Neala Olson, for Relief from the
                    Automatic Stay to Receive Payment Pursuant to the Settlement Agreement
                    (Entered May 22, 2009) (Docket No. 1230)

      Objection Deadline:  May 19, 2009 at 4:00 p.m.
      On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on May 22,
      2009 for the Debtors and Zurich American Insurance Company.

      Responses Received:  None.

      Status:      The Court entered an Order granting the Motion.  This matter will not be
                   going forward.

5

## CONTESTED MATTERS GOING FORWARD

8.    Motion of Schur Packaging Systems, Inc. for Relief from the Automatic Stay to permit Continuation of Pending Litigation (Filed April 30, 2009) (Docket No. 1119)

Objection Deadline:  May 21, 2009 at 4:00 p.m.

Responses Received:

      (a)    Debtors' Objection to the Motion of Schur Packaging Systems, Inc. for Relief from the Automatic Stay (Filed May 21, 2009) (Docket No. 1220)

Status:        This matter will be going forward.

Dated:  May 26, 2009

                        SIDLEY AUSTIN LLP
                        James F. Conlan
                        Bryan Krakauer
                        Janet E. Henderson
                        Kevin T. Lantry
                        Kenneth P. Kansa
                        One South Dearborn Street
                        Chicago, IL  60603
                        Telephone:  (312) 853-7000
                        Facsimile:  (312) 853-7036

                                -and-

                        COLE, SCHOTZ, MEISEL,
                        FORMAN & LEONARD, P.A.

By:  _____
                        Norman L. Pernick (No. 2290)
                        J. Kate Stickles (No. 2917)
                        500 Delaware Avenue, Suite 1410
                        Wilmington, DE  19801
                        Telephone:  (302) 652-3131
                        Facsimile:  (302) 652-3117

                        ATTORNEYS FOR DEBTORS AND
                        DEBTORS IN POSSESSION

46429/0001-5576948v1