# EXHIBIT A

**EXHIBIT A**

**TRIBUNE COMPANY, et al.**

**SUMMARY OF SERVICES BY PROJECT CATEGORY**

**April 1, 2009 through April 30, 2009**

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 78.90 | $ 43,845.50 |
| Committee Meetings | 003 | 63.40 | 41,566.00 |
| Creditor Communications | 004 | 7.80 | 6,459.00 |
| DIP Financing | 005 | 19.90 | 11,846.50 |
| Inter-Company Issues/Cash Management | 006 | 11.00 | 7,159.00 |
| Business Operations | 007 | 36.00 | 18,075.00 |
| Asset Disposition/Sale | 008 | 233.90 | 162,238.50 |
| Fee/Retention Applications | 010 | 55.30 | 23,340.00 |
| Plan and Disclosure Statement | 011 | 3.40 | 3,247.00 |
| Employee Issues | 014 | 51.60 | 31,510.00 |
| Relief from Stay Issues | 015 | 21.00 | 8,534.00 |
| Tax Issues | 016 | 7.40 | 6,748.00 |
| General Litigation | 017 | 10.10 | 7,521.50 |
| Non-Working Travel* | 018 | 2.00 | 825.00 |
| Review of PrePetition Financings | 019 | 236.40 | 142,949.50 |
| **Total** | | **838.10** | **$515,864.50** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2009

Our Matter #19804.002
           BANKRUPTCY GENERAL

| | | | |
|---|---|---|---|
| 04/01/09 | D. E. DEUTSCH | Review last two daily reports, pleadings therein and calendar (.3); review various case related e-mails (.2); follow-up with Debtors' counsel re: rescheduling meeting (.2); follow-up on Intralinks problem (.2); prepare for and participate in call with Debtors' counsel (.8). | 1.70 hrs. |
| 04/01/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); add B. Denuyl of AlixPartners to Intralinks (.20); post April 2, 2009 agenda to Intralinks (.20). | 0.90 hrs. |
| 04/01/09 | D. M. LeMAY | Weekly call w/Debtors counsel. | 0.60 hrs. |
| 04/02/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); add users to Intralinks (.40). | 0.80 hrs. |
| 04/02/09 | D. E. DEUTSCH | Exchange various e-mails with AlixPartners and C&P team (.3); call with David LeMay re: open matters and today's committee meeting (.1); call with Alan Holtz re: same (.2): exchange e-mails with Jason Porter re: required follow-up and open matters (.3). | 0.90 hrs. |
| 04/03/09 | D. E. DEUTSCH | Exchange numerous case-related e-mails (.2); follow-up on budget issue with AlixPartners (.2); review materials posted for Committee by professionals (.8); | 1.20 hrs. |
| 04/03/09 | J. B. PORTER | Reviewed Tribune docket (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     2

| | | | |
|---|---|---|---|
| 04/03/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 04/03/09 | H. SEIFE | Review of new pleadings and calendar. | 1.00 hrs. |
| 04/03/09 | D. M. LeMAY | Review of all latest court filings. | 1.20 hrs. |
| 04/03/09 | J. B. PORTER | Reviewed revised proposed DIP order for inconsistencies and compared the document to previous versions received from the Debtors. | 2.10 hrs. |
| 04/04/09 | D. E. DEUTSCH | Review last several pleading reports, pleadings therein, adversary matters and calendar (.5); exchange e-mails with JPM counsel re: various matters (.2); follow-up on open item with Delaware counsel (.2); review materials and e-mail AlixPartners' team re: ceasing work on mooted task (.2). | 1.10 hrs. |
| 04/06/09 | D. E. DEUTSCH | Telephone conversation with David LeMay re: various open matters (.2); review draft memorandum and Intralinks posting (.3); review materials for Thursday's hearing and perform follow-up related to same (.6); exchange related e-mails with Adam Landis (.2); review materials and prepare agenda for Committee professional meeting (.4); exchange additional e-mails with Delaware counsel re: matters to be adjourned and additional follow-up related to open matters (.4); e-mail Jason Porter on small research matter (.1) . | 2.20 hrs. |
| 04/06/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | case calendar based on current docket entries (.10); post meeting minutes to Intralinks (.30). |  |
| 04/06/09 | J. B. PORTER | Meeting with D. Deutsch re matters being heard on 4/9/2009 (.2); corresponded with Debtors counsel re motions to be heard at the 4/9 hearing (.3); Reviewed daily docket report (.3); Reviewed case calendar and revised and posted April/May case calendar to Intralinks (.8). | 1.60 hrs. |
| 04/06/09 | D. M. LeMAY | Review of all latest client filings. | 1.30 hrs. |
| 04/07/09 | J. B. PORTER | Reviewed daily case calendar re status of motions scheduled to be heard on 4/9/2009 (.2); Updated case calendar to indicate dates fee information should be received from the Senior lenders (.3); Meetings with D. Deutsch re committee communications and action items (.4) | 0.90 hrs. |
| 04/07/09 | D. E. DEUTSCH | Review various case-related e-mails (.2); review last two daily reports, pleadings therein and related calendar (.3); e-mail Debtors' and Committee professionals re: scheduling matter (.2); exchange e-mails with JPMorgan and Jason Porter re: steps to oversee steering committee fees (.3). | 1.00 hrs. |
| 04/07/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.20 hrs. |
| 04/08/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.10); review, revise and finalize case calendar based on current | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 21, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4

|            |                |                                                                                                                                                                                                                                                      |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | docket entries (.10).                                                                                                                                                                                                                                 |            |
| 04/08/09   | D. E. DEUTSCH  | Exchange e-mails with Damian Schaible re: various open matters (.2); review daily report, pleadings therein and calendar (.3); multiple calls with Debtors' counsel and Delaware counsel re: status of Thursday hearing (.3).                          | 0.80 hrs.  |
| 04/08/09   | J. B. PORTER   | Reviewed Creditors' Committee website (.3); Updated organization of Intralinks site (.4); Revised Committee case calendar (.6); Coordinated attendance at meeting with Debtors' (.3).                                                                  | 1.60 hrs.  |
| 04/09/09   | D. E. DEUTSCH  | Review daily report, pleadings therein and pleading calendar (.3).                                                                                                                                                                                    | 0.30 hrs.  |
| 04/09/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10); add users to Intralinks (.40). | 0.80 hrs.  |
| 04/10/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10).                                | 0.40 hrs.  |
| 04/10/09   | D. M. LeMAY    | Review of all most recent court filings.                                                                                                                                                                                                              | 0.60 hrs.  |
| 04/12/09   | J. B. PORTER   | Drafted posting to the Committee re the proposed Cubs transaction and certain other business matters.                                                                                                                                                 | 1.20 hrs.  |
| 04/12/09   | D. E. DEUTSCH  | Review Friday's daily report, pleadings therein and pleading calendar (.2); follow-up with David Bava re: calendar item update (.1); review articles on DOL investigation and Blagojevich (.3); follow-up with Bill Salganik on inquiry on same (.1); follow-up | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 21, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                  Page    5

|            |                |                                                        |           |
|------------|----------------|--------------------------------------------------------|-----------|
|            |                | with Jason Porter re: new assignments (.2); exchange related e-mails (.2); draft posting note for Committee (.2).           |           |
| 04/13/09   | J. B. PORTER   | Posted documents to Intralinks re the DOL investigation of Tribune (.3); Drafted and circulated agenda for Committee professionals' call (.2); Reviewed Tribune docket (1). | 1.50 hrs. |
| 04/13/09   | D. E. DEUTSCH  | Exchange e-mails with David Bava re: pleading calendar correction (.2); conference with David LeMay to discuss various open matters (.2); review daily report, pleadings therein and pleading calendar (.1); exchange follow-up e-mails with Delaware counsel re: hearing scheduling matter (.2); review materials and work on new action items list (1.4); discuss matter for tomorrow's professional meeting with Jason Porter (.2). | 2.30 hrs. |
| 04/13/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 04/13/09   | D. M. LeMAY    | Review all latest court filings (1.2).  Review and revise two memos to Committee (0.6). | 1.80 hrs. |
| 04/14/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post meeting minutes to Intralinks (.30). | 0.80 hrs. |
| 04/14/09   | J. B. PORTER   | Drafted and circulated agenda for Committee Counsel's call with the Debtors' Counsel (.2); | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6


| 04/14/09 | H. SEIFE | Preparation for weekly call with Sidley. | 0.30 hrs. |
| 04/15/09 | J. B. PORTER | Reviewed daily docket report (.4); Meeting with D. Deutsch re status update on various matters (.2) | 0.60 hrs. |
| 04/15/09 | D. E. DEUTSCH | Review listing of trade creditors and discuss further research re: Committee membership issue with Jason Porter (.4); e-mails AlixPartners' team and Adam Landis re: additional follow-up on same (.4); review various pleadings filed with court (.2); discuss review of certain schedules with Jason Porter (.3); prepare for (.3) and participate in meeting with Debtors' team re: outstanding matters (.7); review materials and work on updating action item list (.5); review summary of materials and court documents and draft memoranda to Adam Landis and Alan Holtz re: follow-up on possible new Committee members (.6); review court calendar and follow-up e-mail to Debtors' team re: consolidation of hearing dates (.2); exchange additional related e-mails (.1). | 3.70 hrs. |
| 04/15/09 | D. E. DEUTSCH | Call and e-mails with Kevin Lantry re: status of various matters (.2); exchange e-mails with Jason Porter and David Bava re: calendar items (.2). | 0.40 hrs. |
| 04/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); download amended schedules (1.10). | 1.40 hrs. |
| 04/15/09 | D. M. LeMAY | Prepare for and attend weekly call w/Sidley to review all pending issues. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    7


| 04/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20) | 0.60 hrs. |
| 04/16/09 | D. E. DEUTSCH | Exchange e-mails with David LeMay re: coverage for upcoming hearings (.2); exchange additional e-mails with Debtors re: consolidation of hearings (.1); exchange e-mails with AlixPartners team re: status of certain payment to claimant (.2); exchange e-mails with Janet Henderson re: hearing and pending matters (.2); draft note to file re: Committee meeting follow-up matters (.3). | 1.00 hrs. |
| 04/16/09 | J. B. PORTER | Reviewed daily docket report. | 0.50 hrs. |
| 04/16/09 | J. B. PORTER | Drafted letters to the U.S. Trustee re Vertis's resignation from the Committee (.4) | 0.40 hrs. |
| 04/17/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 04/19/09 | D. E. DEUTSCH | Review Committee membership materials and follow-up with AlixPartners and Landis team re: outstanding research matter (.2); exchange related e-mails (.1); review materials and update action item list (.3). | 0.60 hrs. |
| 04/20/09 | D. E. DEUTSCH | Follow-up with Gil Bradshaw and Jason Porter on status of projects (.2); follow-up with Jason Porter re: upcoming meeting matters (.2); revise posting note for Committee (.1); exchange e-mails with Brad Hall (AlixPartners) re: Committee member issue (.2); review related materials from AlixPartners (.2); | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


04/20/09   J. B. PORTER      Reviewed Tribune docket (.5);            1.30 hrs.
                             drafted and circulated
                             professionals meeting agenda (.8).

04/20/09   D. BAVA           Review and analysis of docket           0.70 hrs.
                             sheets, including Neil district
                             court litigation and adversary
                             proceeding re: daily case activity
                             (.30); review, revise and finalize
                             case calendar based on current
                             docket entries (.10); post certain
                             memoranda to Intralinks (.30).

04/20/09   D. M. LeMAY       Review of all most recent court         1.80 hrs.
                             filings.

04/21/09   J. B. PORTER      Reviewed Tribune docket (.3);           0.80 hrs.
                             drafted and circulated agenda for
                             meeting meeting with Sidley (.5).

04/21/09   D. E. DEUTSCH     Exchange e-mails with Bryan             0.80 hrs.
                             Krakauer re: open matters (.2);
                             follow-up on research by
                             AlixPartners related to possible
                             replacement Committee members
                             (.2); exchange related calls with
                             Kevin Lantry on same (.2);
                             telephone conversation with Joe
                             McMahon re: Vertis resignation
                             (.2).

04/22/09   D. E. DEUTSCH     Review various case-related             1.80 hrs.
                             e-mails (.2); telephone
                             conversation with Alan Holtz re:
                             pending matter (.1); prepare for
                             meeting with Debtors' team re:
                             outstanding matters (.3); attend
                             related conference call (.6);
                             exchange e-mails/call with Damian
                             Schaible re: open matters (.1);
                             follow-up e-mails and calls with
                             AlixPartners and Debtors' counsel
                             re: information related to
                             replacement Committee member (.3);
                             review Tribune news article (.2).

04/22/09   J. B. PORTER      Reviewed docket report (.3);            1.00 hrs.
                             drafted Vertis resignation letter
                             (.7).

| 04/22/09 | D. M. LeMAY | Prepare for and attend weekly update call w/Sidley (1.2). Review latest court filings (0.7). | 1.90 hrs. |
|---|---|---|---|
| 04/22/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); update Intralinks administrative information re: revised contact list (.10); prepare data CDs re: amended schedules/statements (.40). | 0.80 hrs. |
| 04/23/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 04/23/09 | J. B. PORTER | Coordinated with Debtors' counsel re Vertis resignation. | 0.70 hrs. |
| 04/23/09 | D. E. DEUTSCH | Telephone conversation with Jason Porter re: various outstanding matters (.2); follow-up with C&P team re: status of Vertis resignation (.2); conference with Joe McMahon to discuss Vertis resignation (.2); call with Debtors' counsel re: various open issues (.2); two telephone conversations with Damian Schaible re: status of various outstanding matters (.3); t/c with Kevin Lantry re: Committee membership matters (.5); revise draft posting note for Committee (.2); work on action item list and follow-up on certain matters thereon (.8); exchange e-mails with Gil Bradshaw re: court filing issue (.2). | 2.80 hrs. |
| 04/24/09 | D. E. DEUTSCH | Follow-up with Gil Bradshaw on two pending matters (.2); review and follow-up with Jason Porter on draft Committee posting note (.2). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page    10

| 04/24/09 | J. B. PORTER | Drafted and circulated memo to the Creditors' Committee re Vertis's resignation from the Committee. | 0.70 hrs. |
|---|---|---|---|
| 04/24/09 | J. B. PORTER | Reviewed daily docket report (.4); follow-up related to Vertis's resignation letter to the Committee (.3). | 0.70 hrs. |
| 04/24/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 04/24/09 | H. SEIFE | Review of Vertis resignation and Committee alternatives. | 0.40 hrs. |
| 04/27/09 | D. M. LeMAY | Review of all latest court papers. | 1.20 hrs. |
| 04/27/09 | D. E. DEUTSCH | Follow-up on court scheduling matters (.2); review Tribune Company schedules and highlight certain items therein for follow-up (1.1); telephone conversation with David LeMay re: various open items (.1); follow-up on tomorrow's meeting matters with Alan Holtz (.2); discuss various research/action items with Jason Porter (.3). | 1.90 hrs. |
| 04/27/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.10); review, revise and finalize case calendar based on current docket entries (.10). | 0.20 hrs. |
| 04/27/09 | J. B. PORTER | Reviewed docket (.1); followed up with Committee's advisors re Debtors severance payments (.4); drafted agenda for the weekly Committee professional's call (.7); | 1.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 21, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    11
```

| | | | |
|---|---|---|---|
| 04/28/09 | J. B. PORTER | Drafted and circulated agenda re Creditor's Committee meeting (1.0); drafted and circulated agenda re meeting with Debtors' counsel (.4). | 1.40 hrs. |
| 04/28/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post draft minutes to Intralinks (.10). | 0.70 hrs. |
| 04/28/09 | D. E. DEUTSCH | Review and follow-up on various court postings (.2); prepare for (.3) and participate in call with Debtors' counsel re: outstanding matters (.6); meeting with Jason Porter to discuss various projects (.2); work on updating action list (.2); telephone conversation with Damian Schaible re: open case matters (.5). | 2.00 hrs. |
| 04/29/09 | D. E. DEUTSCH | Prepare for and participate in weekly call with Debtors' team (1.1); meeting with Jason Porter to discuss various action item tasks (.4). | 1.50 hrs. |
| 04/29/09 | D. M. LeMAY | Weekly update call w/Sidley (.8). | 0.80 hrs. |
| 04/29/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20); post meeting agenda to Intralinks (.10). | 0.60 hrs. |
| 04/30/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.30). | 0.80 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   12
```

```
04/30/09   D. M. LeMAY        Prepare for (1.5) and attend (0.9)      2.40 hrs.
                              Omnibus hearing in USBC.
```

**Total Fees for Professional Services.............  $43,845.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 14.80 | 12210.00 |
| H. SEIFE | | 955.00 | 1.70 | 1623.50 |
| D. E. DEUTSCH | | 625.00 | 30.60 | 19125.00 |
| D. BAVA | | 260.00 | 12.40 | 3224.00 |
| J. B. PORTER | | 395.00 | 19.40 | 7663.00 |
| | TOTALS | | 78.90 | 43845.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through April 30, 2009

Our Matter #19804.003
              COMMITTEE MEETINGS


| | | | |
|---|---|---|---|
| 04/01/09 | D. E. DEUTSCH | Follow-up on committee meeting matters with David Bava (.1); exchange e-mails with AlixPartners and David LeMay re: tomorrow's committee meeting (.3). | 0.40 hrs. |
| 04/01/09 | J. B. PORTER | Revised Committee meeting minutes (1); Prepared Committee meeting materials (.4). | 1.40 hrs. |
| 04/01/09 | H. SEIFE | Prepare for Committee meeting. | 1.30 hrs. |
| 04/02/09 | H. SEIFE | Prepare for Committee meeting (review of materials) (1.4); conduct Committee meeting (1.6). | 3.00 hrs. |
| 04/02/09 | J. B. PORTER | Recorded 4/2 Committee meeting minutes (1.4); Meeting preparation (2.6); Revised draft Committee meeting minutes (1.1). | 5.10 hrs. |
| 04/02/09 | D. E. DEUTSCH | Prepare for (.2) and participate in part of Committee call (.6). | 0.80 hrs. |
| 04/02/09 | M. A. ALPERT | Attended part of Committee meeting re: Cubs transaction (.5). | 0.50 hrs. |
| 04/02/09 | D. M. LeMAY | Review minutes of 3/26 meeting and revise (0.3). Prepare for and attend conference call meeting of the Committee (1.8). | 2.10 hrs. |
| 04/03/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners re: committee member issue (.2); | 0.20 hrs. |
| 04/03/09 | J. B. PORTER | Updated Committee meeting minutes. | 0.60 hrs. |
| 04/06/09 | J. B. PORTER | Revised Committee meeting minutes for the 3/26 committee meeting to reflect comments received internally and coordinated posting of minutes to Intralinks. | 1.10 hrs. |
| 04/06/09 | H. SEIFE | Preparation for Committee professional meeting. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 04/07/09 | J. B. PORTER | Drafted and circulated email to the Creditors' Committee re the cancellation of the 4/9 Committee meeting. | 1.10 hrs. |
| 04/07/09 | D. E. DEUTSCH | Follow-up with AlixPartners and Moelis re: cancellation of Thursday's Committee meeting (.2); follow-up and edit memorandum to Committee re: cancellation of meeting and other matters (.3). | 0.50 hrs. |
| 04/07/09 | D. M. LeMAY | Prepare for and weekly update call of Committee professionals (1.1); followup w/D. Deutsch (0.3). | 1.40 hrs. |
| 04/07/09 | D. E. DEUTSCH | Prepare for and participate in meeting with Committee professionals (.8). | 0.80 hrs. |
| 04/13/09 | H. SEIFE | Preparation for meeting with Committee professionals. | 0.30 hrs. |
| 04/14/09 | H. SEIFE | Review and revise agenda for Committee meeting (.3); review of Moelis draft report for Committee meeting (.4). | 0.70 hrs. |
| 04/14/09 | D. E. DEUTSCH | Prepare for (.3) and meeting with Committee professionals (.6); and post-meeting on action items with David LeMay and, in part, Howard Seife (.3); exchange e-mails with Alan Holtz re: outstanding matters (.2). | 1.40 hrs. |
| 04/14/09 | D. E. DEUTSCH | Follow-up on items to add to Committee agenda (.2); review draft note to Committee re: Thursday's meeting (.1); e-mail Wayne Smith re: agenda matter (.1); follow-up with team re: update for Committee on investigation (.2); exchange e-mails with Tom Hall re: presentation for Thursday meeting (.2); exchange e-mails with Edward Sassover and other Committee members re: agenda matters (.3). | 1.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 04/14/09 | J. B. PORTER | Follow-up on circulating 4/2 Committee meeting minutes to the Committee. | 0.20 hrs. |
|----------|--------------|---------------------------------------------------------------------------|-----------|
| 04/14/09 | J. B. PORTER | Work on edits to Committee agenda and follow-up on distribution of same (.6); Updated minutes from 4/2 Committee meeting to reflect various comments received (1.2). | 1.80 hrs. |
| 04/14/09 | D. M. LeMAY | Participate in weekly advisors call regarding all open case issues (0.7). | 0.70 hrs. |
| 04/15/09 | J. B. PORTER | Follow-up on agenda item and distribution of same for Committee meeting. | 0.40 hrs. |
| 04/15/09 | D. E. DEUTSCH | Review certain materials for tomorrow's Committee meeting (.6); work on presentation for tomorrow's Committee meeting (.8). | 1.40 hrs. |
| 04/16/09 | D. E. DEUTSCH | Continue preparing presentation for today's Committee meeting (1.1); review new Committee materials posted by Moelis and AlixPartners (.5); participate in Committee meeting (2.3). | 3.90 hrs. |
| 04/16/09 | D. GALLAI | Reviewed powerpoint presentation in preparation for call w/Committee and participated in portion of today's call re: severance and MIP issues. | 1.80 hrs. |
| 04/16/09 | J. B. PORTER | Preparation for Committee meeting (1); Recorded Committee meeting minutes (2.2). | 3.20 hrs. |
| 04/16/09 | D. M. LeMAY | Prepare for (1.8) and participate in (2.3) conference call meeting of the Committee. Follow up meetings w/H. Seife (0.3). | 4.40 hrs. |
| 04/16/09 | C. E. HORD | Review materials for committee call (1.1); participate in part of committee call (0.8). | 1.90 hrs. |
| 04/16/09 | H. SEIFE | Review report on Committee meeting and open issues. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 04/21/09 | D. E. DEUTSCH | Prepare for today's meeting with Committee professionals (.5); participate in today's call with Committee professionals and related follow-up meeting (.8). | 1.30 hrs. |
| 04/21/09 | D. M. LeMAY | Weekly status update call w/Committee professionals. | 0.80 hrs. |
| 04/21/09 | D. M. LeMAY | Review and edit Committee meeting minutes. | 0.60 hrs. |
| 04/22/09 | H. SEIFE | Review necessity of Committee meeting and open issues. | 0.30 hrs. |
| 04/24/09 | J. B. PORTER | Drafted Committee meeting minutes for 4/16 meeting. | 1.40 hrs. |
| 04/27/09 | D. M. LeMAY | Review and revise Minutes of last meeting. | 0.80 hrs. |
| 04/27/09 | H. SEIFE | Prepare for meeting with Committee professionals. | 0.40 hrs. |
| 04/27/09 | J. B. PORTER | Finalized UCC meeting minutes for 4/16 meeting. | 1.80 hrs. |
| 04/28/09 | J. B. PORTER | Prepare note and follow-up on circulating meeting minutes to the Committee. | 0.30 hrs. |
| 04/29/09 | J. B. PORTER | Final edits and follow-up on circulating Committee meeting agenda to the Committee. | 0.30 hrs. |
| 04/29/09 | J. B. PORTER | Updated UCC meeting minutes attendance sheet | 0.10 hrs. |
| 04/29/09 | H. SEIFE | Preparation for Committee meeting (1.8); telephone conference Committee chair regarding agenda issue (.4). | 1.20 hrs. |
| 04/29/09 | D. M. LeMAY | Preparation session for tomorrow's meeting. | 0.80 hrs. |
| 04/30/09 | H. SEIFE | Preparation for and conduct Committee meeting. | 4.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5
```

| 04/30/09 | D. E. DEUTSCH | Prepare materials and presentation for (.4) and participate in Creditors' Committee meeting (1.7). | 2.10 hrs. |
|---|---|---|---|
| 04/30/09 | J. B. PORTER | Recorded Creditor Committee meeting minutes (1.9); Meeting preparation (.8) | 2.70 hrs. |

**Total Fees for Professional Services.............. $41,566.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| C. E. HORD | 855.00 | 1.90 | 1624.50 |
| D. M. LeMAY | 825.00 | 11.60 | 9570.00 |
| H. SEIFE | 955.00 | 12.20 | 11651.00 |
| M. A. ALPERT | 795.00 | .50 | 397.50 |
| D. E. DEUTSCH | 625.00 | 13.90 | 8687.50 |
| D. GALLAI | 635.00 | 1.80 | 1143.00 |
| J. B. PORTER | 395.00 | 21.50 | 8492.50 |
| TOTALS | | 63.40 | 41566.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through April 30, 2009

Our Matter #19804.004
       CREDITOR COMMUNICATIONS

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 04/01/09 | H. SEIFE | Telephone conferences creditors regarding case inquiries. | 0.70 hrs. |
| 04/07/09 | D. E. DEUTSCH | Telephone conversation with counsel to JPMorgan (.1); telephone conversation with counsel to Warner Brothers (.1); telephone conversation with Miriam Kulnis (.1). | 0.30 hrs. |
| 04/07/09 | H. SEIFE | Telephone conferences creditors regarding inquiries on case status. | 0.40 hrs. |
| 04/09/09 | H. SEIFE | Telephone conference with bondholder regarding inquiry on case developments. | 0.60 hrs. |
| 04/09/09 | D. E. DEUTSCH | Exchange e-mails with Committee member (PBGC) re: pending matter (.1). | 0.10 hrs. |
| 04/13/09 | D. E. DEUTSCH | Exchange e-mails with Jay Teitelbaum (Committee member counsel) re: Tribune news items (.2); review materials and follow-up with creditor Vertis re: claim matter (.2). | 0.40 hrs. |
| 04/14/09 | D. E. DEUTSCH | Exchange e-mails with Edward Sassover (Warner) re: outstanding Committee matters (.2); exchange e-mails with counsel to Guild re: committee matters (.1). | 0.30 hrs. |
| 04/15/09 | H. SEIFE | Telephone conference with bondholders regarding case inquiries. | 0.70 hrs. |
| 04/16/09 | D. E. DEUTSCH | Telephone conversation and follow-up e-mail with Isaac Warren (Vertis) re: status of claim (.3). | 0.30 hrs. |
| 04/20/09 | D. E. DEUTSCH | Telephone conversation with Guild counsel re: Tribune news inquiry and various other matters (.2); draft e-mail related to Tribune news inquiry to Committee professional team (.1). | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
  435 N. MICHIGAN AVENUE                           Invoice ******
  CHICAGO, IL 60611                                Page   2
```

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 04/20/09 | H. SEIFE | Telephone conferences creditors regarding case status. | 0.70 hrs. |
| 04/21/09 | D. E. DEUTSCH | Review and respond to inquiry from Committee member's counsel (Edward Sassower) (.1); calls with Miriam Kulnis, Damian Schaible, Edward Sassower, and Wayne Smith re: Thursday's Committee meeting (.5); telephone conversation with creditor re: general case status and follow-up with Moelis re: related matter (.3). | 0.90 hrs. |
| 04/22/09 | H. SEIFE | Email J. Teitelbaum. | 0.30 hrs. |
| 04/23/09 | H. SEIFE | Telephone conference bondholder regarding case status and review (.4) emails to Teitelbaum regarding clients (.3). | 0.70 hrs. |
| 04/24/09 | D. E. DEUTSCH | Telephone conversation with counsel re: lease rejection claim (.2). | 0.20 hrs. |
| 04/25/09 | D. E. DEUTSCH | Review article on Tribune forwarded by Guild counsel and respond to same (.2). | 0.20 hrs. |
| 04/28/09 | H. SEIFE | Emails B.Salganik regarding Sun layoffs and related matters. | 0.40 hrs. |
| 04/29/09 | H. SEIFE | Emails B.Salganik regarding meeting agenda and business plan issues. | 0.30 hrs. |

**Total Fees for Professional Services.............   $6,459.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     3
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 4.80 | 4584.00 |
| D. E. DEUTSCH | 625.00 | 3.00 | 1875.00 |
| TOTALS | | 7.80 | 6459.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1


                                    For Services Through April 30, 2009

    Our Matter #19804.005
              DIP FINANCING


04/01/09   V. DUNN          Calls with LeMay and Porter re      1.70 hrs.
                            changes to carve-out (.3); met
                            with Joe Giannini re finishing
                            review of DIP and summary (1.4).

04/01/09   D. M. LeMAY      Review Barclays fee letters and     2.20 hrs.
                            Moelis summary chart re: same
                            (1.3).  Attention to
                            confidentiality issues concerning
                            fee letters (0.6).  Review
                            Giannini memo re: latest order
                            changes (0.3).

04/01/09   J. B. PORTER     Coordinated receipt and            1.80 hrs.
                            distribution to the Committee's
                            professionals and the Authorized
                            Committee members the Barclays'
                            fee letters (.7); coordinated with
                            Moelis re review of DIP fees (1.1)

04/01/09   J. GIANNINI      Continued preparation of summary   3.00 hrs.
                            of comments to new DIP operative
                            documents (1.6); various office
                            meetings with V Dunn re: same
                            (1.4).

04/01/09   H. SEIFE         Conference call with Sidley        1.30 hrs.
                            regarding DIP status (.5); review
                            of Barclays fee letters (.8).

04/02/09   J. GIANNINI      Continued review of proposed DIP   0.90 hrs.
                            amendments (.6).; calls/office
                            meetings with J Porter and V Dunn
                            re: same (.3).

04/02/09   J. B. PORTER     Revised letter to Sidley re        0.60 hrs.
                            sharing of information (.4);
                            Circulated DIP fee letters to
                            certain Committee members (.2).

04/03/09   D. M. LeMAY      Review latest changes to proposed  0.60 hrs.
                            DIP order.

04/03/09   J. GIANNINI      Review of proposed order re:       1.70 hrs.
                            amendments to DIP Facility and
                            various calls with J Porter re:
                            same (1.4); various email
                            correspondence re: same (.3).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 04/03/09 | J. B. PORTER | Reviewed revised proposed DIP Amendment order with J. Giannini. | 1.50 hrs. |
|---|---|---|---|
| 04/04/09 | D. E. DEUTSCH | Brief review of memorandum and other materials on revised DIP and confirm related action items addressed related thereto (.4). | 0.40 hrs. |
| 04/06/09 | J. B. PORTER | Reviewed filed DIP financing motion to ensure that no revisions had been made prior to filing (1.1); Call with J. Giannini re same (.2); Coordinated with Debtors' counsel re same (.3). | 1.60 hrs. |
| 04/08/09 | J. GIANNINI | Office meeting with G Bradshaw re: financial advisor questions (.8). | 0.80 hrs. |
| 04/08/09 | H. SEIFE | Review of final DIP order. | 0.30 hrs. |
| 04/08/09 | J. B. PORTER | Reviewed final version of DIP Amendment and compared versus prior versions received. | 1.50 hrs. |

**Total Fees for Professional Services.............    $11,846.50**

<u>TIMEKEEPER SUMMARY</u>

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.80 | 2310.00 |
| H. SEIFE | 955.00 | 1.60 | 1528.00 |
| D. E. DEUTSCH | 625.00 | .40 | 250.00 |
| V. DUNN | 735.00 | 1.70 | 1249.50 |
| J. GIANNINI | 585.00 | 6.40 | 3744.00 |
| J. B. PORTER | 395.00 | 7.00 | 2765.00 |
| TOTALS | | 19.90 | 11846.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

For Services Through April 30, 2009

Our Matter #19804.006
      INTER COMPANY ISSUES/CASH MANAGEMENT

| | | | |
|---|---|---|---|
| 04/01/09 | D. E. DEUTSCH | Review revised mark-up of cash management order (.4); conference with David LeMay re: issue with same (.2); related call with Damian Schaible (.2); exchange related e-mails with Debtors' counsel (.1). | 0.90 hrs. |
| 04/01/09 | H. SEIFE | Conference call with Sidley regarding open cash management issues. | 0.40 hrs. |
| 04/02/09 | H. SEIFE | Review with AlixPartners cash balance at non-debtor issue. | 0.40 hrs. |
| 04/02/09 | D. E. DEUTSCH | Review revised blackline of cash management order (.6); draft memorandum to Alan Holtz re: related items for follow-up (.4); review new proposed changes to cash management order provided by bank counsel and follow-up on same (.4); exchange related e-mails with Alan Holtz and David LeMay (.2); telephone conversation with Alan Holtz re: his follow-up on cash management and related open matters (.4); exchange numerous related e-mails with Debtors and Committee professional teams (.3); analysis of modifications to cash management order and exchange e-mails on same (.7); exchange e-mails with Damian Schaible re: cash management (.2); exchange additional e-mails re: final review of cash management order (.3). | 3.50 hrs. |
| 04/02/09 | J. B. PORTER | Coordinated with AlixPartners re review of revised cash management order (.4). | 0.40 hrs. |
| 04/02/09 | D. M. LeMAY | T/c with D. Deutsch regarding Cash Management Order (0.2) and final review (0.4) of same. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


04/04/09   D. E. DEUTSCH      Review e-mails from Candice Kline      0.30 hrs.
                              re: status of cash management
                              order (.1); e-mail to Kevin Lantry
                              re: process for addressing cash
                              management order issues going
                              forward (.2).

04/07/09   D. E. DEUTSCH      Exchange e-mails with Debtors'         0.20 hrs.
                              counsel re: status of cash
                              management hearing (.1); exchange
                              e-mails with JPMorgan's counsel on
                              same (.1).

04/09/09   D. E. DEUTSCH      Exchange e-mails with Debtors and      0.20 hrs.
                              Gilbert Bradshaw re: 345
                              investment issue (.2).

04/09/09   G. BRADSHAW        Reviewed cash management motion        0.30 hrs.
                              (.3).

04/14/09   D. E. DEUTSCH      Exchange e-mails with Bryan            0.20 hrs.
                              Krakauer re: cash management sweep
                              issue (.2).

04/15/09   G. BRADSHAW        Reviewed cash management filing        0.20 hrs.
                              (.2).

04/17/09   D. E. DEUTSCH      Exchange e-mails re: cash              0.20 hrs.
                              management.

04/20/09   D. E. DEUTSCH      Follow-up with Bryan Krakauer re:      0.20 hrs.
                              status of intercompany cash
                              management issue (.2).

04/21/09   D. E. DEUTSCH      Exchange e-mails with Debtors'         0.30 hrs.
                              counsel re: next steps on cash
                              management (.2); related call with
                              Kevin Lantry (.1).

04/22/09   H. SEIFE           Telephone conference Sidley            0.40 hrs.
                              regarding pending motion and
                              non-debtor cash.

04/23/09   D. E. DEUTSCH      Conference with Joseph McMahon to      1.10 hrs.
                              discuss cash management order
                              issue (.1); exchange related
                              e-mails with Debtors' counsel
                              (.2); review materials and e-mails
                              on revisions and issues with Cash
                              Management order and follow-up on
                              same (.8).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   3
```

| 04/28/09 | D. E. DEUTSCH | Review revised cash management order and compare to prior versions (.6); discuss same with Damian Schaible (.2); follow-up e-mail to Debtors' counsel on same (.1). | 0.90 hrs. |
|---|---|---|---|
| 04/28/09 | D. E. DEUTSCH | Review e-mails and related materials re: next steps on cash management (.2); e-mail Debtors counsel re: same (.1). | 0.30 hrs. |

**Total Fees for Professional Services.............  $7,159.00**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .60 | 495.00 |
| H. SEIFE | 955.00 | 1.20 | 1146.00 |
| D. E. DEUTSCH | 625.00 | 8.30 | 5187.50 |
| J. B. PORTER | 395.00 | .40 | 158.00 |
| G. BRADSHAW | 345.00 | .50 | 172.50 |
| TOTALS | | 11.00 | 7159.00 |