```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                              For Services Through April 30, 2009

  Our Matter #19804.007
            BUSINESS OPERATIONS


04/01/09   H. SEIFE        Review of AlixPartners status      0.70 hrs.
                           update report (.4); review of
                           Moelis report (.3).

04/10/09   H. SEIFE        Review of AlixPartners weekly      0.40 hrs.
                           status report.

04/13/09   D. E. DEUTSCH   Review materials on Tribune        0.40 hrs.
                           layoffs (.2); follow-up with
                           AlixPartners' team re: follow-up
                           on same (.2).

04/14/09   H. SEIFE        Review of reports regarding        0.80 hrs.
                           Tribune layoffs (.4); review of
                           Moelis weekly report on media (.4).

04/15/09   J. B. PORTER    Reviewed Tribune revised Schedules. 1.00 hrs.

04/16/09   H. SEIFE        Review of AlixPartners weekly      0.30 hrs.
                           business status report.

04/21/09   G. BRADSHAW     Reviewed schedules filed (2.9);    3.00 hrs.
                           conf. w/D. Deutsch (.1);

04/21/09   H. SEIFE        Telephone conference with          0.90 hrs.
                           AlixPartners regarding due
                           diligence meetings at Tribune and
                           business plan review (.4); review
                           of Moelis report on media news
                           (.5).

04/22/09   G. BRADSHAW     Further review and anayysis of     2.40 hrs.
                           schedules and statements of
                           financial affairs of the Debtors
                           (2.4).

04/23/09   G. BRADSHAW     Review schedules and statements of 3.70 hrs.
                           financial affairs (3.7).

04/24/09   G. BRADSHAW     Further review of statement of     1.40 hrs.
                           financial affairs (1.4).

04/25/09   G. BRADSHAW     Review statements of financial     5.20 hrs.
                           affairs (5.2).

04/25/09   D. E. DEUTSCH   Review and comment to Alan Holtz   0.30 hrs.
                           on memorandum re: site visits (.3).
```

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    2


| 04/26/09 | J. B. PORTER | Reviewed corporate structure for Tribune re non-Debtor Guarantors issue. | 0.60 hrs. |
|---|---|---|---|
| 04/27/09 | G. BRADSHAW | Further review of statements of financial affairs and discuss analysis with D.Deutsch (4.5). | 4.50 hrs. |
| 04/27/09 | H. SEIFE | Review of AlixPartners business plan report (.4); review of AlixPartners weekly status update report (.4). | 0.80 hrs. |
| 04/28/09 | H. SEIFE | Update from AlixPartners on business plan review. | 0.40 hrs. |
| 04/29/09 | H. SEIFE | Telephone conference with Sidley regarding new programming contract. | 0.40 hrs. |
| 04/29/09 | H. SEIFE | Review of Moelis weekly media update (.3); review of CW contract issues and documents (.5). | 0.80 hrs. |
| 04/29/09 | D. E. DEUTSCH | Follow-up with Marc Alpert and others re: analysis on CW Network proposal (.4); related e-mails and calls with Jason Porter (.2); exchange e-mails with AlixPartners' team re: analysis of CW Network proposal and next steps related to same (.5); follow-up with Janet Henderson re: missing documents from CW Network proposal (.2). | 1.30 hrs. |
| 04/29/09 | D. M. LeMAY | Follow up regarding CW motion (.3). | 0.30 hrs. |
| 04/30/09 | J. B. PORTER | Reviewed CW motion documentation. | 1.20 hrs. |
| 04/30/09 | D. E. DEUTSCH | Brief review of additional materials from Debtors' counsel re: CW Network agreement (.2); follow-up with corporate team on same (.1). | 0.30 hrs. |
| 04/30/09 | B. G. CARSON | Review and prepare comments on CW affiliation agreement and related side letters. | 2.40 hrs. |
| 04/30/09 | D. M. LeMAY | Review Debtors Motion for approval of CW deal. | 2.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

04/30/09   H. SEIFE            Review of AlixPartners monthly and       0.40 hrs.
                               quarterly financial reports.


**Total Fees for Professional Services..............  $18,075.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 2.40 | 1980.00 |
| H. SEIFE | | 955.00 | 5.90 | 5634.50 |
| B. G. CARSON | | 395.00 | 2.40 | 948.00 |
| D. E. DEUTSCH | | 625.00 | 2.30 | 1437.50 |
| J. B. PORTER | | 395.00 | 2.80 | 1106.00 |
| G. BRADSHAW | | 345.00 | 20.20 | 6969.00 |
| | TOTALS | | 36.00 | 18075.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                    For Services Through April 30, 2009

Our Matter #19804.008
        ASSET DISPOSITION


04/01/09   S. CHAN          Reviewed documents in Project        1.30 hrs.
                            Fastball data room, distributed
                            relevant documents.

04/01/09   M. A. ALPERT     Reviewed Formation Agreement         5.40 hrs.
                            (4.3); reviewed Moelis
                            presentation (.6); worked on
                            report of Cubs diligence call (.5).

04/01/09   D. M. LeMAY      Review latest revisions to project   4.70 hrs.
                            Fastball Formation Agreement
                            (2.1).  Review draft e-mail on
                            Committee advisors t/c w/Ricketts
                            (0.3). Research re: previous
                            section 363 sales of MLB team
                            (Orioles) (1.5).  Review and
                            comments on Moelis draft
                            presentation to the Committee
                            (0.8).

04/01/09   B. DYE           Email communications regarding the   0.20 hrs.
                            DataSite

04/01/09   D. E. DEUTSCH    Edit memorandum on Cubs              1.70 hrs.
                            transaction pending issues summary
                            (.8); follow-up with Marc Alpert
                            on open Cubs transaction matters
                            (.2); exchange numerous additional
                            e-mails and calls with C&P team
                            re: Cubs next steps (.3);
                            follow-up with Moelis team on
                            guaranty issue (.2); exchange
                            e-mails on tax analysis of Cubs
                            transaction with Richard Leder
                            (.2).

04/01/09   B. G. CARSON     Review revised draft of Cubs        6.20 hrs.
                            transaction formation agreement
                            (5.1); draft summary of
                            transaction termination fee
                            provisions (1.1).

04/01/09   C. E. HORD       Review materials re Project         5.10 hrs.
                            Fastball from M. Alpert (3.8);
                            conf. w/ M. Alpert (0.2); review
                            B. Carson summary (1.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2

| | | | |
|---|---|---|---|
| 04/01/09 | J. B. PORTER | Meeting with M. Alpert re summary of call with Ricketts (.1); Revised Ricketts call summary (1); Circulated confidentiality agreement between the Committee and the Debtors to T. Hall (.2); Research re prior sales of MLB franchises in Bankruptcy (3.3). | 4.60 hrs. |
| 04/01/09 | H. SEIFE | Review of summary of Ricketts meeting (.4); conference call with Sidley regarding transaction (.6); review of Carson memo on Formation Agt and procedures for approval (.4). | 1.40 hrs. |
| 04/01/09 | E. S. MARKSON | Review draft summary of call with Ricketts group and advisors (0.3). | 0.40 hrs. |
| 04/02/09 | E. S. MARKSON | Review revised draft of formation agreement (.4); email exchange with R. Leder and M. Alpert regarding same (0.7).  Meeting with Leder,  C. Hord, B. Carson and H. Seife regarding open issues on formation agreement and related tax and strategy considerations (1.3). | 2.40 hrs. |
| 04/02/09 | H. SEIFE | Review of issue on Cubs transaction regarding liquidity reserve (.5); conference with M.Alpert, C.Hord to review transaction and open issues (1.4); review of memo on termination fees (.4). | 2.30 hrs. |
| 04/02/09 | B. G. CARSON | Revise draft of summary of Cubs transaction formation agreement (4.4); meeting to discuss revised formation agreement (1.2). | 5.60 hrs. |
| 04/02/09 | D. M. LeMAY | C&P team meeting to analyze new provisions in formation agreement (1.4).  T/c to Sidley re: same (0.1). | 1.50 hrs. |
| 04/02/09 | R. M. LEDER | Prepare for and internal conference with bankruptcy group, corporate group and Markson re: Cubs transaction (1.8); review changes to Formation Agreement | 2.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    3
```

|            |                |                                                                                                                                                                                                                                                                    |            |
| ---------- | -------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------ | ---------- |
|            |                | (.8); conference Markson (0.1).                                                                                                                                                                                                                                     |            |
| 04/02/09   | M. A. ALPERT   | Reviewed Formation Agreement (3.7); reviewed analysis of same (.7); meeting re: termination payments (1.8).                                                                                                                                                         | 6.20 hrs.  |
| 04/02/09   | S. CHAN        | Reviewed documents in Project Fastball data room, distributed documents.                                                                                                                                                                                            | 0.50 hrs.  |
| 04/03/09   | S. CHAN        | Reviewed documents in Project Fastball data room.                                                                                                                                                                                                                   | 0.70 hrs.  |
| 04/03/09   | D. M. LeMAY    | Further review of Formation Agreement bankruptcy-related provisions (1.2) and t/c w/Moelis regarding same (0.5).   T/c w/Krakauer regarding same (0.2).                                                                                                              | 1.90 hrs.  |
| 04/03/09   | B. G. CARSON   | Conference call to discuss termination fees and other provisions of Cubs transaction formation agreement (0.6); prepare presentation slides for presentation to committee re: Cubs transaction (2.2).                                                                | 2.80 hrs.  |
| 04/03/09   | M. A. ALPERT   | Reviewed Formation Agreement (2.8); reviewed analysis of same (.5); meeting with Moelis team re: termination payments (.7).                                                                                                                                          | 4.00 hrs.  |
| 04/03/09   | H. SEIFE       | Review of transaction tax/structure issues.                                                                                                                                                                                                                         | 1.10 hrs.  |
| 04/03/09   | C. E. HORD     | Prepared slide presentation re: termination fees for Moelis conference (2.1); t/cs w/ M. Alpert and D. LeMay re: termination fee issues (0.1); prepared for and participated in conf. call w/ Moelis re: termination fee issues (1.3); follow-up meeting w/ M. Alpert and B. Carson (0.4). | 3.90 hrs.  |
| 04/05/09   | M. A. ALPERT   | Reviewed Formation Agreement (2.7); worked on summary (.8); prepared list of potential issues (1.3).                                                                                                                                                                 | 4.80 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    4


| 04/05/09 | D. E. DEUTSCH | Exchange multiple e-mails with Debtors' counsel and Committee teams re: meeting with full Tribune team re: Cubs transaction and related follow-up items (.5). | 0.50 hrs. |
| 04/06/09 | D. E. DEUTSCH | Telephone conversation with Charles Hord re: Cubs transaction issues and perform related follow-up (.4); e-mails with Debtors' counsel (Bryan Krakauer) re: various Cubs matters (.4); follow-up related to Wednesday Cubs meeting (.1); e-mails with Moelis team re: various open matters (.2); review new Fastball materials (.5); telephone conversation and e-mails with corporate attorneys regarding agenda for meeting with full Tribune team (.5); update Richard Leder on status of Cubs meeting and participation of Debtors' tax team (.2); exchange related e-mails (.2). | 2.50 hrs. |
| 04/06/09 | B. G. CARSON | Continue work on presentation slides for presentation to Committee re: Cubs transaction. | 1.90 hrs. |
| 04/06/09 | H. SEIFE | Prepare for Debtor meeting (1.0); review of list of issues for meeting with Debtor regarding Cubs (.3). | 1.30 hrs. |
| 04/06/09 | C. E. HORD | Started review of formation agreement (4.7); t/cs and e-mails w/ M. Alpert (0.1); t/c w/ D. Deutsch re: Wednesday meeting issues (0.1); compile slide pack w/ issues for discussion at Wednesday advisors meeting and circulated to working group (2.6); t/c w/ D. Deutsch re: 363 and assumption of undisclosed liability issue (0.2). | 7.70 hrs. |
| 04/06/09 | M. A. ALPERT | Worked on issues list re: Formation Agreement. | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 04/06/09 | S. CHAN | Reviewed documents in Project Fastball data room and prepared document sets (1.8), prepared list of missing schedules and exhibits (1.0). | 2.80 hrs. |
| 04/07/09 | S. CHAN | Reviewed documents in Project Fastball data room and distributed documents (1.0), worked on status list of schedules and exhibits (0.8). | 1.80 hrs. |
| 04/07/09 | M. A. ALPERT | Reviewed Formation Agreement (3.7); worked on analysis of same with C.Hord (1.4); meeting with team re: formation Agreement issues (1.0); prepared for meeting with Tribune (2.2). | 8.30 hrs. |
| 04/07/09 | C. E. HORD | Started work on consolidated issues list/meeting agenda (0.6); meeting w/ M. Alpert to discuss formation agreement issues (1.6); meeting w/ H. Seife, M. Alpert, D. Deutsch, and B. Carson (1.0); conf. call w/ Moelis (0.9); revised meeting agenda (0.2); drafted annotated issues list w/ explanatory notes (internal document) (2.3). | 6.60 hrs. |
| 04/07/09 | R. M. LEDER | Participate in TC with Moelis (0.5) and review issues list for Wednesday a.m. meeting (0.7). | 1.20 hrs. |
| 04/07/09 | J. B. PORTER | Follow-up on compiling list of 4/8 meeting attendees (.3); Coordinated with Debtors and their professionals re the 4/8 meeting re the Cubs transaction (1). | 1.30 hrs. |
| 04/07/09 | H. SEIFE | Meeting with team regarding Cubs transaction (1.0); review of item regarding proposed Cubs disposition/leaseback (.3); meeting with Moelis to prepare for Debtor meeting and open Cubs issues (.6). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       May 21, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    6


| 04/07/09 | B. G. CARSON | Participate in team meeting to discuss Cubs transaction formation agreement issues (1.0); conference call to discuss termination fees and other provisions of Cubs transaction formation agreement (0.4). | 1.40 hrs. |

| 04/07/09 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: tomorrow's Cubs meeting and various outstanding issues (.4); follow-up related to same (.3); call with Marc Alpert re: drafting agenda for Cubs meeting (.1); e-mail Moelis re: follow-up matters (.2); participate in C&P team meeting re: Cubs transaction and preparation re: tomorrow's meeting with full Tribune Cubs team (1.1); follow-up related to same (.4); participate in meeting with Moelis re: preparation for tomorrow's meeting with full Tribune Cubs team and related follow-up (.7); exchange e-mails with Bryan Krakauer re: status of inquiry to Court re: Cubs matters (.2). | 3.40 hrs. |

| 04/07/09 | D. M. LeMAY | Preparation work for tomorrow's meeting w/Debtors re: Cubs transaction including final agenda, team meeting, coordination w/Moelis, preparation of outline and related materials. | 1.50 hrs. |

| 04/08/09 | D. M. LeMAY | Prepare for (0.3) and attend by phone (2.2) meeting w/Debtors regarding Cubs process.  Edit e-mail to clients regarding same (0.2). | 2.70 hrs. |

| 04/08/09 | D. E. DEUTSCH | Exchange e-mails with Charles Hord re: matters to be addressed in today's meeting on Cubs sale progress (.4); participate in meeting with Committee professionals and Tribune bankruptcy counsel, tax counsel, corporate counsel, general counsel and other Tribune employees re: status of Cubs sale and related | 4.60 hrs. |

|            |              | follow-up with Committee team (2.4); research and follow-up with Jason Porter re: Moelis request (.4); draft memorandum to Committee on meeting with Tribune et al. re: Cubs sale (1.4). |            |
|------------|--------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 04/08/09   | B. G. CARSON | Participate in conference call with Tribune counsel to discuss Cubs transaction issues. | 2.20 hrs.  |
| 04/08/09   | H. SEIFE     | Preparation for and meeting with Sidley, McDermott and Tribune executives re Cubs transaction (3.1); review and revised report to Committee on status of Cubs transaction (.4). | 3.50 hrs.  |
| 04/08/09   | J. B. PORTER | Researched materials circulated to the Committee re the Cubs financial outlook (.9) | 0.90 hrs.  |
| 04/08/09   | C. E. HORD   | Participated by phone in meeting w/ Tribune advisors, Tribune and Moelis (2.2); meeting w/ MW&E re: formation agreement (1.5); conf. w/ B. Carson and M. Alpert (0.3). | 4.00 hrs.  |
| 04/08/09   | R. M. LEDER  | Prepare for and attend meeting at C&P with Nils, other representatives from Tribune, attorneys from McDermott & Sidley, representatives from Moelis and Messrs. Alpert, Deutsch and Seife (3.5); conference Ted Markson and engaged re LLC issues (0.7). | 4.20 hrs.  |
| 04/08/09   | M. A. ALPERT | Prepared for and participated in meeting w/Tribune team re: Cubs transaction (3.4); reviewed Formation Agreement (1.7); worked on analysis of same (1.3); reviewed exhibits to Formation Agreement (2.3). | 8.70 hrs.  |
| 04/08/09   | S. CHAN      | Reviewed documents in Project Fastball data room and prepared document sets (2.0), updated status list of schedules and exhibits (1.0). | 3.00 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8

| 04/09/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
|---|---|---|---|
| 04/09/09 | H. SEIFE | Review of remaining open Cubs transactions issues and financing. | 0.80 hrs. |
| 04/09/09 | B. G. CARSON | Conference call with McDermott to discuss Cubs transaction formation agreement. | 0.90 hrs. |
| 04/09/09 | M. A. ALPERT | Confs. call w/McDermott re: Formation Agreement (.8); prepared for call (1.5); reviewed Formation Agreement (.9); worked on analysis of same (1.4); reviewed exhibits to Formation Agreement (3.5). | 8.10 hrs. |
| 04/09/09 | C. E. HORD | Conf call with McDermott Will & Emery, M. Alpert and B. Carson re Formation Agreement comments (0.9); confs B. Carson (0.2). | 1.10 hrs. |
| 04/10/09 | C. E. HORD | Respond to e-mails McDermott Will & Emery and TCs re same B. Carson (0.1). | 0.10 hrs. |
| 04/10/09 | M. A. ALPERT | Reviewed exhibits to Formation Agreement (3.7); worked on analysis of same (1.3). | 5.00 hrs. |
| 04/10/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.70 hrs. |
| 04/12/09 | D. E. DEUTSCH | Review news item and follow-up with Moelis group regarding rumor re: possible Cubs transaction option (.2). | 0.20 hrs. |
| 04/13/09 | B. DYE | Review materials and update status chart on Project Fastball documents for Doug Deutsch. | 0.70 hrs. |
| 04/13/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/13/09 | D. E. DEUTSCH | Review e-mail from Marc Alpert re: Cubs matter (.1); exchange e-mails with Bonnie Dye re: status of revised schedule (.1). | 0.20 hrs. |

| | | | |
|---|---|---|---|
| 04/14/09 | D. E. DEUTSCH | Review materials from Moelis re: Cubs transaction and access to same by Committee (.5); related follow-up with C&P Cubs sale team (.2). | 0.70 hrs. |
| 04/14/09 | C. E. HORD | Confs B. Carson re document review (0.2); review for fee agreement (0.5). | 0.70 hrs. |
| 04/14/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/15/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.60 hrs. |
| 04/15/09 | C. E. HORD | Review e-mails and voice mails Moelis re financing costs and review formation agreement provisions re financing costs (0.6); TCs D. Deutsch (0.2); conf call D. Deutsche and Moelis (0.3); review document summary from B. Carson (0.5). | 1.60 hrs. |
| 04/15/09 | B. DYE | Review materials and update status chart on Project Fastball schedule for Doug Deutsch. | 0.60 hrs. |
| 04/15/09 | D. M. LeMAY | Review of all most recently posted Project Fastball documents. | 3.00 hrs. |
| 04/15/09 | D. E. DEUTSCH | Call with Moelis re: Cubs financing issue (.2): follow-up and related call with Charlie Hord and, in part, Ashish Ajmera re: same (.5); telephone conversation with Ken Kansa re: Cubs disposition process issue (.3); follow-up re: same (.1); review e-mails with Charlie Hord and Debtors' attorneys re: Cubs matters (.2); exchange e-mails with Bonnie Dye re: updating schedule and hold related discussion (.1); follow-up with Richard Leder re: status of request for certain material (.1). | 1.50 hrs. |
| 04/16/09 | H. SEIFE | Review of Moelis draft report regarding Cubs disposition. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   10


| 04/16/09 | C. E. HORD | TC McDermott Will & Emery (0.3); TCs and e-mails D. Deutsch and B. Carson (0.2). | 0.50 hrs. |
|---|---|---|---|
| 04/16/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/16/09 | R. M. LEDER | Review presentation slides on Cubs. | 0.30 hrs. |
| 04/17/09 | S. CHAN | Reviewed documents in Project Fastball data room, distributed document. | 0.70 hrs. |
| 04/17/09 | B. DYE | Review materials and update status chart on Project Fastball for Doug Deutsch. | 0.60 hrs. |
| 04/17/09 | D. E. DEUTSCH | Review Cubs transaction timeline and related materials (.5); follow-up on same with Committee Cubs team (.2). | 0.70 hrs. |
| 04/20/09 | S. CHAN | Reviewed documents in Project Fastball data room, prepared document set and distributed documents. | 1.00 hrs. |
| 04/20/09 | M. A. ALPERT | Reviewed Formation Agreement and related documents. | 3.80 hrs. |
| 04/20/09 | C. E. HORD | TC M. Alpert re status of documents and committee call (0.1); review revised documents posted to DataSite (2.8); TC B. Carson re document summaries (0.1). | 3.00 hrs. |
| 04/21/09 | M. A. ALPERT | Reviewed Formation Agreement and related documents. | 2.70 hrs. |
| 04/21/09 | D. E. DEUTSCH | Call with Marc Alpert re: status of Cubs matters and various related matters (.2); review new Cubs deal materials and update action list to reflect open issues related to same (1.9). | 2.10 hrs. |
| 04/21/09 | H. SEIFE | Telephone conference Moelis regarding update on Cubs transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    11


| 04/21/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |

04/21/09    S. CHAN          Reviewed documents in Project          0.50 hrs.
                            Fastball data room.

04/22/09    H. SEIFE         Telephone conference Sidley            1.30 hrs.
                            regarding Cubs transaction update
                            (.4); review of terms of proposed
                            Ricketts preferred stock offering
                            (.9).

04/22/09    M. A. ALPERT     Reviewed Formation Agreement and       2.40 hrs.
                            related documents (2.2); confs.
                            re: same (0.2).

04/22/09    S. CHAN          Reviewed documents in Project          0.50 hrs.
                            Fastball data room.

04/23/09    S. CHAN          Reviewed documents in Project          0.50 hrs.
                            Fastball data room.

04/23/09    B. G. CARSON     Review and revise summary of the       5.20 hrs.
                            Cubs transaction formation
                            agreement (4.1); review and
                            prepare summary of the Cubs
                            transaction fee reimbursement
                            agreement (1.1).

04/23/09    H. SEIFE         Telephone conference Navid M.          0.50 hrs.
                            (Moelis) regarding update on Cubs
                            transaction.

04/23/09    M. A. ALPERT     Continued review of Formation          1.70 hrs.
                            Agreement and related documents.

04/23/09    B. DYE           Updating Project Fastball schedule     0.10 hrs.

04/24/09    M. A. ALPERT     Reviewed Formation Agreement and       3.80 hrs.
                            related documents (2.2); worked on
                            summary (1.6).

04/24/09    B. G. CARSON     Review and prepare summary of Cubs     6.20 hrs.
                            transaction television broadcast
                            agreement (3.9); review and
                            prepare summary of Cubs
                            transaction indemnity escrow
                            agreement (1.2); review and
                            prepare summary of Cubs
                            transaction transition services
                            agreement (1.1).

04/24/09    S. CHAN          Reviewed documents in Project          0.50 hrs.
                            Fastball data room.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   12


| 04/27/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/27/09 | M. A. ALPERT | Reviewed Formation Agreement and related documents (2.8); worked on summary (1.4). | 4.20 hrs. |
| 04/27/09 | C. E. HORD | Review five document summaries from B. Carson. | 1.30 hrs. |
| 04/28/09 | D. E. DEUTSCH | Two calls with Marc Alpert re: status of Cubs matters and next steps re: same (.2). | 0.20 hrs. |
| 04/28/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/28/09 | H. SEIFE | Update from Moelis on Cubs transaction. | 0.30 hrs. |
| 04/28/09 | M. A. ALPERT | Reviewed exhibits to Formation Agreement and related documents (2.0); worked on summaries (0.8). | 2.80 hrs. |
| 04/29/09 | M. A. ALPERT | Reviewed exhibits to Formation Agreement and related documents (1.1); worked on summaries (0.8). | 1.90 hrs. |
| 04/29/09 | H. SEIFE | Update telephone conference with Sidley regarding Cubs transaction. | 0.30 hrs. |
| 04/30/09 | H. SEIFE | Telephone conference Moelis regarding status of Cubs transaction. | 0.30 hrs. |
| 04/30/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 04/30/09 | M. A. ALPERT | Reviewed exhibits to Formation Agreement and related documents. | 1.40 hrs. |


**Total Fees for Professional Services.............. $162,238.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page    13

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| C. E. HORD | 855.00 | 35.60 | 30438.00 |
| D. M. LeMAY | 825.00 | 15.30 | 12622.50 |
| E. S. MARKSON | 735.00 | 2.80 | 2058.00 |
| H. SEIFE | 955.00 | 15.80 | 15089.00 |
| M. A. ALPERT | 795.00 | 77.70 | 61771.50 |
| R. M. LEDER | 955.00 | 8.40 | 8022.00 |
| B. G. CARSON | 395.00 | 32.40 | 12798.00 |
| D. E. DEUTSCH | 625.00 | 18.30 | 11437.50 |
| S. CHAN | 245.00 | 18.60 | 4557.00 |
| J. B. PORTER | 395.00 | 6.80 | 2686.00 |
| B. DYE | 345.00 | 2.20 | 759.00 |
| TOTALS | | 233.90 | 162238.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through April 30, 2009

Our Matter #19804.010
        FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 04/01/09 | H. LAMB | Review of billing reports/fee and expense detail in preparation of monthly fee application for March. | 3.60 hrs. |
| 04/01/09 | G. BRADSHAW | Reviewed ordinary course affidavits (.2); updated spreadsheet (.2). | 0.40 hrs. |
| 04/02/09 | G. BRADSHAW | Docket monitoring for ordinary course affidavits (.1). | 0.10 hrs. |
| 04/02/09 | H. LAMB | Emails with Debtors' financial advisors and Committee members regarding payment process and information needed to facilitate distribution. | 0.90 hrs. |
| 04/02/09 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer on steering committee billing matter (.2). | 0.20 hrs. |
| 04/02/09 | J. B. PORTER | Reviewed prior documents re review of Senior Lenders' professionals' fees (1.1) | 1.10 hrs. |
| 04/03/09 | G. BRADSHAW | Reviewed Ordinary course affidavits (.3); updated spreadsheet (.3). | 0.60 hrs. |
| 04/04/09 | D. E. DEUTSCH | Exchange e-mails with Jason Porter re: bank group fee review (.1); draft e-mail to Damian Schaible re: establishing process re: same (.3); e-mail Bryan Krakauer on same (.1); telephone conversation with Adam Landis re: fee examiner matter (.2); e-mail Howard Seife on same (.1). | 0.80 hrs. |
| 04/05/09 | H. LAMB | Begin preparaton of third monthly fee application (March 2009). | 3.30 hrs. |
| 04/06/09 | G. BRADSHAW | Reviewed docket for ordinary course filings (.2); updated spreadsheet (.1). | 0.30 hrs. |
| 04/07/09 | G. BRADSHAW | Checked docket report for ordinary course filings (.1). | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


04/08/09    G. BRADSHAW       Reviewed docket for ordinary        0.30 hrs.
                              course filing (.2); updated
                              spreadsheet (.1).

04/08/09    D. E. DEUTSCH     Exchange e-mails with Committee     0.30 hrs.
                              professionals re: status of
                              payment inquiry (.3).

04/09/09    D. E. DEUTSCH     Review and revise first interim     0.50 hrs.
                              fee application (.5).

04/09/09    G. BRADSHAW       Update ordinary course spreadsheet. 0.20 hrs.

04/10/09    G. BRADSHAW       Reviewed docket for ordinary        0.10 hrs.
                              course filings (.1).

04/10/09    D. E. DEUTSCH     Brief review of Jenner and Block    0.30 hrs.
                              expansion of retention (.1);
                              exchange related e-mails with
                              Jason Porter re: follow-up on same
                              (.2).

04/10/09    J. B. PORTER      Reviewed motion to expand scope of  0.40 hrs.
                              Jenner's engagement.

04/11/09    D. E. DEUTSCH     Review and edit draft March fee     4.70 hrs.
                              application (4.7).

04/12/09    D. E. DEUTSCH     Continue review and edits of fee    1.10 hrs.
                              application (.8); draft follow-up
                              notes related to same (.3).

04/12/09    J. B. PORTER      Reviewed Debtors' application to    0.30 hrs.
                              employ Mercer (.3).

04/13/09    H. LAMB           Correspondence with various         0.90 hrs.
                              Committee members regarding March
                              expense submission and
                              reimbursement procedures.

04/13/09    G. BRADSHAW       Reviewed docket for ordinary        0.10 hrs.
                              course filings (.1).

04/13/09    D. E. DEUTSCH     Review Jenner retention summary     1.90 hrs.
                              chart and new retention document
                              (.3); conference with Jason Porter
                              to discuss follow-up research
                              related to same (.2); exchange
                              e-mails with Adam Landis re:
                              professional fee issue (.3);
                              exchange e-mails with Alan Holtz
                              and David Gallai re: retention of

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page    3

|  |  |  |  |
|---|---|---|---|
|  |  | PwC to perform analysis of incentive program on behalf of Directors and issues related to same (.4); discuss additional assignments on Mercer and PwC retention with Jason Porter and exchange related e-mails (.4); review and edit memorandum to Debtors re: Mercer/PwC retention (.3). |  |
| 04/13/09 | J. B. PORTER | Reviewed Mercer retention documents and drafted a summary memorandum re the same (2.5); Drafted and circulated email to the Debtors' counsel re the retention of PwC and Mercer as compensation professionals (1.3). | 3.80 hrs. |
| 04/14/09 | G. BRADSHAW | Reviewed docket for ordinary course filings (.1). | 0.10 hrs. |
| 04/14/09 | H. LAMB | Finalize first interim fee application and arrange for filing. | 0.90 hrs. |
| 04/15/09 | G. BRADSHAW | Reviewed docket for ordinary course filings. | 0.10 hrs. |
| 04/15/09 | D. E. DEUTSCH | Exchange e-mails with Delaware counsel re: committee fee issue (.2); review e-mail from Delaware counsel re: fee examiner process (.2); review fee materials and discuss related assignment with Jason Porter re: preparation of summary for Committee (.3). | 0.70 hrs. |
| 04/15/09 | J. B. PORTER | Updated memo re retention of Mercer compensation professionals and the expanded Jenner representation. | 0.30 hrs. |
| 04/16/09 | J. B. PORTER | Meeting with D. Deutsch (.2) re Mercer retention; Reviewed and researched indemnity provisions for comparison to the Mercer fee application (1.2) | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page   4

| | | | |
|---|---|---|---|
| 04/16/09 | D. E. DEUTSCH | Conference with Jason Porter re: memo on new and expanded retentions and related matters (.3). | 0.30 hrs. |
| 04/17/09 | G. BRADSHAW | Reviewed ord. course affidavits (.2); updated spreadsheet (.2). | 0.40 hrs. |
| 04/17/09 | J. B. PORTER | Call with K. Smith re review of Mercer's proposed limitation on liability provisions (.6); Discussion with Debtors' counsel re the same (.6) | 1.20 hrs. |
| 04/17/09 | K. SMITH | Review and comment on Engagement Letter (.5); review issues re: cap on indemnity (.3); TC's J. Porter and D. Deutsch re: same (.5). | 1.30 hrs. |
| 04/18/09 | G. BRADSHAW | Emails to D. Deutsch re: ordinary course professionals' conflicts (.1). | 0.10 hrs. |
| 04/19/09 | H. LAMB | Review of daily expense detail in connection with third monthly fee application (.8); preparation of exhibits to fee application (1.2) and finalize draft of monthly fee application (1.7). | 3.70 hrs. |
| 04/19/09 | D. E. DEUTSCH | Review ordinary course professional schedule update (.2); follow-up with Gil on same (.1); review memorandum on two new Debtor retention applications and edit same (.2); follow-up with Debtor and Jason Porter re: issues with same (.2). | 0.70 hrs. |
| 04/19/09 | J. B. PORTER | Updated employment of compensation professionals chart. | 0.70 hrs. |
| 04/20/09 | J. B. PORTER | Finalized memorandum re Debtors' compensation advisors. | 2.10 hrs. |
| 04/20/09 | D. E. DEUTSCH | Review and edit draft retention motion memorandum (.3); follow-up conference with Jason Porter to discuss same (.1); review AlixPartners comps and related memorandum on proposed Debtor professional fees (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| | | | |
|---|---|---|---|
| 04/20/09 | D. BAVA | Research, download and organize quarterly fee applications filed for attorneys (.70). | 0.70 hrs. |
| 04/21/09 | G. BRADSHAW | Reviewed ordinary course fee applications and filings (.7). | 0.70 hrs. |
| 04/21/09 | J. B. PORTER | Finalized and circulated memorandum re compensation advisors (.4); compiled chart which outlined interim compensation applications to date (.8). | 1.20 hrs. |
| 04/22/09 | G. BRADSHAW | Reviewed and compared quarterly ordinary course report to monthly report, to docket filings (2.2). | 2.20 hrs. |
| 04/22/09 | H. LAMB | Review Committee expense receipts and prepare summary sheets for third application for expense reimbursement. | 1.20 hrs. |
| 04/23/09 | D. E. DEUTSCH | T/c with Kevin Lantry re: fee reimbursement issue (.2). | 0.20 hrs. |
| 04/24/09 | G. BRADSHAW | Reviewed ordinary course professionals monthly and quarterly summary (.7); conf. w/J. McClellan of Sidley re: questions on same (.5). | 1.20 hrs. |
| 04/25/09 | D. E. DEUTSCH | Review and edit monthly fee application (.6). | 0.60 hrs. |
| 04/27/09 | H. SEIFE | Review; revise and sign fee application. | 0.40 hrs. |
| 04/27/09 | D. E. DEUTSCH | Review materials/memo on ordinary course retention issue (.7); discuss status of same and required follow-up with Gilbert Bradshaw (.3); review related e-mails (.1). | 1.10 hrs. |
| 04/27/09 | G. BRADSHAW | Conf. w/D. Deutsch (.2); conf. w/J. McClelland at Sidley re: ordinary course professional reports (.5); reviewed ordinary course professional invoices and monthly billing summaries (1.8). | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

| | | | |
|---|---|---|---|
| 04/27/09 | H. LAMB | Finalize third monthy fee application in accordance with attorney comments (.5); prepare fee application and exhibits for filing (.6). | 1.10 hrs. |
| 04/28/09 | D. E. DEUTSCH | Review e-mails and materials on ordinary course professional issues and follow-up on same (.2); exchange e-mails with Bryan Krakauer re: Jenner/Zell retention issue and related research and follow-up on same (.7). | 0.90 hrs. |
| 04/30/09 | D. E. DEUTSCH | Exchange e-mails with Jason Porter re: Jenner retention matter (.2); review e-mails from Debtors' matter re: same and follow-up with Debtors' on same (.2). | 0.40 hrs. |

**Total Fees for Professional Services.............**    **$23,340.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | .40 | 382.00 |
| D. E. DEUTSCH | 625.00 | 15.30 | 9562.50 |
| K. SMITH | 725.00 | 1.30 | 942.50 |
| D. BAVA | 260.00 | .70 | 182.00 |
| J. B. PORTER | 395.00 | 12.50 | 4937.50 |
| G. BRADSHAW | 345.00 | 9.50 | 3277.50 |
| H. LAMB | 260.00 | 15.60 | 4056.00 |
| TOTALS | | 55.30 | 23340.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                          For Services Through April 30, 2009
Our Matter #19804.011
            PLAN AND DISCLOSURE STATEMENT


04/20/09   H. SEIFE        Review of plan alternatives and      1.60 hrs.
                           debt structure.

04/23/09   H. SEIFE        Consideration of debt structure      1.40 hrs.
                           and plan alternatives.

04/29/09   H. SEIFE        Telephone conference with Sidley     0.40 hrs.
                           regarding plan status.


       Total Fees for Professional Services.............   $3,247.00
```

```
                        TIMEKEEPER SUMMARY

Timekeeper's Name               Rate    Hours         Amount

H. SEIFE                       955.00    3.40         3247.00
                     TOTALS              3.40         3247.00
```