```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through April 30, 2009

Our Matter #19804.014
          EMPLOYEE ISSUES


| 04/01/09 | H. SEIFE | Conference call with Sidley regarding employee incentive plan (.5); conference with AlixPartners regarding open issues (.4). | 0.90 hrs. |

| 04/01/09 | D. E. DEUTSCH | Follow-up on employee incentive plan issue (.5); exchange related e-mails with AlixPartners' team and David Gallai (.3); telephone conversations with Kevin Lantry re: MIP/severance/medical benefits plan issues and related matters (.4); follow-up calls with Alan Holtz re: same (.2). | 1.40 hrs. |

| 04/04/09 | J. B. PORTER | Reviewed employee severance motion. | 0.90 hrs. |

| 04/04/09 | D. E. DEUTSCH | Exchange e-mails with David Gallai re: incentive plan follow-up (.2); e-mail Jason Porter re: Committee memorandum on new medical benefits motion (.2); follow-up with counsel to bank group on incentive plan and other employee related issues (.2); review additional incentive plan materials and follow-up with AlixPartners' team and David Gallai re: scheduling related call (.3). | 0.90 hrs. |

| 04/05/09 | D. E. DEUTSCH | Follow-up e-mails with JPMorgan counsel and Debtors re: severance motions/issues (.5). | 0.50 hrs. |

| 04/06/09 | J. B. PORTER | Reviewed Debtors' motion re payment of prepetition medical benefits and researched and drafted memo re same (2.1). | 2.10 hrs. |

| 04/07/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners re: MIP analysis status (.2); follow-up with AlixPartners and David Gallai re: scheduling related meeting (.1). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 04/08/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners team re: incentive plan issues (.2); telephone conversation with Alan Holtz re: incentive plan and various other open matters (.3). | 0.50 hrs. |
| 04/09/09 | D. E. DEUTSCH | Review e-mails from Committee member re: incentive program next steps (.2); exchange related e-mails with AlixPartners (.1) and David Gallai re: same (.1). | 0.40 hrs. |
| 04/13/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners and David Gallai re: incentive program matters (.2); review materials for meeting with AlixPartners team and David Gallai on incentive plan and attend same (.7). | 0.90 hrs. |
| 04/13/09 | D. GALLAI | Reviewed Debtors' motions re: comp consultants and correspondence re: same (1.1).  Conf. w/ Chadbourne and Alix re: incentive compensation issues (.6). | 1.70 hrs. |
| 04/14/09 | D. GALLAI | Attention to correspondence from client re: severance issues. | 0.40 hrs. |
| 04/14/09 | R. KURTH | Reviewing Employment Agreement between Ernie Bjorkman and KWGN, Inc., Separation Agreement of John Manzi with accompanying Tribune Employee's Involuntary Separation Plan of November 2008, and Settlement Agreement betwen Mat Garcia and KWGN, Inc. (.8), analyze and creating term sheets of major points from each agreement (.5). | 1.30 hrs. |
| 04/14/09 | D. E. DEUTSCH | Review materials from AlixPartners on severance program (.4). | 0.40 hrs. |
| 04/15/09 | D. E. DEUTSCH | Exchange e-mails with AlixPartners team re: incentive plan issues (.3); review first draft of AlixPartners' presentation on severance and incentive plan issue (.3). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3


| 04/15/09 | R. KURTH | Review agreements in preparation for meeting with David Gallai and meeting with David Gallai to review agreements and obligations prior to conference call. | 0.50 hrs. |
|---|---|---|---|
| 04/15/09 | D. GALLAI | Conf. w/ R. Kurth re: review of severance related documents (.6); conf. w/ D. Deutsch re: same and tomorrow's meeting (.2). | 0.80 hrs. |
| 04/16/09 | D. E. DEUTSCH | Exchange multiple e-mails with Debtors' team re: incentive plan/severance plan matters and related meeting (.4); participate in meeting with Debtors' team, David LeMay and AlixPartners team re: incentive plan compromise and next steps on same (.4) and perform related follow-up (.3). | 1.10 hrs. |
| 04/16/09 | H. SEIFE | Review of AlixPartners report of 2008 MIP and severance. | 0.50 hrs. |
| 04/16/09 | D. M. LeMAY | Conference call w/Debtors re: 2008 MIP and Severance Plan issues. | 0.60 hrs. |
| 04/17/09 | D. E. DEUTSCH | Review detailed letter re: spousal surcharge issue (.2); follow-up call with Guild counsel re: same (.1). | 0.30 hrs. |
| 04/19/09 | D. GALLAI | Reviewed documents received from D. Deutsch re: proposed incentive compensation payments for 2008. | 2.00 hrs. |
| 04/19/09 | R. KURTH | Reviewing documents related to local bonus agreements for insiders that were not included in the prior local bonus motion, and fact-checking draft against spreadsheet of 2008 payments. | 1.60 hrs. |
| 04/20/09 | D. GALLAI | Attention to correspondence from D. Deutsch re: potential pension plan issue (.4); attention to prior correspondence re: pension plan (.3); confs. w/ M. Glover, D. Deutsch, and R. Kurth re: same (.6). Confs. w/ D. Deutsch and R. Kurth re: 2008 MIP motion and "local insider" bonus motion (.4). | 1.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    4
```

| 04/20/09 | R. KURTH | Review multiemployer pension plan for Chicago drivers. | 0.30 hrs. |
|---|---|---|---|
| 04/20/09 | R. KURTH | Review local bonus payments to insiders. | 0.20 hrs. |
| 04/20/09 | D. E. DEUTSCH | Draft memorandum to David Gallai on multiemployer pension plan and required follow-up research related to same (.4); call with David Gallai re: incentive program and required follow-up with Debtors on same (.3); review certain incentive program materials, including comps (1.7); telephone conversation with Alan Holtz re: next steps related to incentive program and new employee program (.2); telephone conversation with Kevin Lantry re: new employee program (.2); telephone conversation with David Gallai re: multiemployer pension plan and review related detailed e-mail (.5); telephone conversation with Kevin Lantry re: incentive program matters (.3): review materials and draft memorandum to Alan Holtz re: new employee program (.2); review materials on co-employees (.1). | 3.90 hrs. |
| 04/20/09 | M.M. GLOVER | TCs D. Galla (.2)i; reviewed multiemployer plan issues (1.4); drafted request for additional information and documentation (1.3). | 2.90 hrs. |
| 04/21/09 | D. E. DEUTSCH | Exchange e-mails with Kevin Lantry re: severance motion (.2); related follow-up (.1); call with Alan Holtz re: employee incentive plan/severance matters (.3); review draft severance motion and follow-up with David Gallai on same (.5); review materials on local business incentive program and follow-up calls with Debtors and AlixPartners on same (1.4); draft extensive edits to memorandum to committee local | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE      Invoice ******
CHICAGO, IL 60611      Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | business incentive program (.6); review materials and draft memorandum to Debtors' counsel re: open issue on severance motion that requires clarification (.4); review inquiry, research same and draft memorandum to Committee providing additional information on local business program (.6); telephone conversation with Kevin Lantry re: foreign worker severance (.2). |  |
| 04/21/09 | D. GALLAI | Reviewed severance motion (.6); correspondence re: same (.2); conf. w/ D. Deutsch re: same (.2). | 1.00 hrs. |
| 04/21/09 | D. M. LeMAY | Review and edit memo regarding local incentive bonus payment plan. | 0.80 hrs. |
| 04/21/09 | J. B. PORTER | Reviewed and analyzed Debtors' proposed 2008 MIP motion. | 1.50 hrs. |
| 04/21/09 | R. KURTH | Continued research on multiemployer pension plan for drivers in Chicago including Pension Protection Act requirements and reviewing mandatory PBGC insurance coverage requirements. | 3.80 hrs. |
| 04/21/09 | H. SEIFE | Telephone conference with AlixPartners regarding status of review of severence and MIP program (.5); review of revised plan proposals (1.4). | 1.90 hrs. |
| 04/22/09 | H. SEIFE | Telephone conference Sidley regarding upcoming motions on MIP/severance. | 0.40 hrs. |
| 04/22/09 | D. GALLAI | Confs. w/ R. Kurth and D. Deutsch re: pension plan issues. | 0.30 hrs. |
| 04/22/09 | D. M. LeMAY | Review of Debtors motions regarding 2008 MIP and severance. | 1.80 hrs. |
| 04/22/09 | D. E. DEUTSCH | Exchange e-mails and calls with Kevin Lantry re: severance and incentive motions (.3); review e-mail from Jay Teitelbaum to Debtors re: employee matters and | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    6

|  |  |  |  |
|---|---|---|---|
|  |  | follow-up on same (.2); review redline of draft employee motions (.4); telephone conversation with Kevin Lantry to discuss same (.1); review materials on pension plan and draft related memorandum draft for Alan Holtz's review (.7); follow-up with Debtors on inquiry re: pension plan (.2); review Tribune memo to employees on benefit/severance plans (.2). |  |
| 04/23/09 | D. E. DEUTSCH | Review detailed memorandum, schedules and related materials re: employee issues (.9); follow-up with Alan Holtz (.1) and David Gallai re: same (.1). | 1.10 hrs. |
| 04/24/09 | J. B. PORTER | Reviewed Debtors' request for severance payments to certain "insiders." | 0.60 hrs. |
| 04/24/09 | D. GALLAI | Reviewed documents and correspondence re: retiree benefit issues. | 0.80 hrs. |
| 04/25/09 | D. E. DEUTSCH | Review e-mails from Debtors and David Gallai re: various employee incentive matters and follow-up on same (.4). | 0.40 hrs. |
| 04/28/09 | H. SEIFE | Update from AlixPartners on review of MIP and KEIP. | 0.40 hrs. |
| 04/28/09 | D. E. DEUTSCH | Review e-mails between Debtors and U.S. Trustee re: employee issues (.2); exchange e-mails with AlixPartners and David Gallai re: retiree issues (.2). | 0.40 hrs. |
| 04/29/09 | H. SEIFE | Update from Sidley on employee issues. | 0.40 hrs. |

**Total Fees for Professional Services............. $31,510.00**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     May 21, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   7


**TOTAL DUE FOR THIS MATTER.................................... $31,510.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 3.20 | 2640.00 |
| H. SEIFE | 955.00 | 4.50 | 4297.50 |
| M.M. GLOVER | 755.00 | 2.90 | 2189.50 |
| D. E. DEUTSCH | 625.00 | 19.50 | 12187.50 |
| D. GALLAI | 635.00 | 8.70 | 5524.50 |
| J. B. PORTER | 395.00 | 5.10 | 2014.50 |
| R. KURTH | 345.00 | 7.70 | 2656.50 |
| TOTALS | | 51.60 | 31510.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through April 30, 2009

Our Matter #19804.015
          RELIEF FROM STAY ISSUES


04/06/09   D. E. DEUTSCH        Brief review of proposed lift stay      0.30 hrs.
                                stipulation (.1); follow-up with
                                Jason Porter re: review and update
                                to Committee on same (.2).

04/06/09   J. B. PORTER         Reviewed proposed settlement            0.90 hrs.
                                agreement re lift stay motion
                                filed by certain personal injury
                                claimants (.9).

04/09/09   G. BRADSHAW          Reviewed Michael Gutman lift-stay       1.70 hrs.
                                motion and exhibits (1.5);
                                reviewed Faggio order to lift-stay
                                motion (.2);

04/09/09   D. E. DEUTSCH        Review new motion to lift stay          0.40 hrs.
                                (.2); follow-up with Gilbert
                                Bradshaw re: performing detailed
                                review and drafting Committee
                                summary on same (.2).

04/11/09   G. BRADSHAW          Researched pleadings and wrote          0.40 hrs.
                                email re: lift stay email to
                                D.Deutsch re: M. Gutman (.4).

04/13/09   D. E. DEUTSCH        Exchange e-mails with Gil Bradshaw      0.10 hrs.
                                re: follow-up on defamation
                                lawsuit (.1).

04/15/09   G. BRADSHAW          Prepared lift-stay memorandum for       2.20 hrs.
                                Committee (2.2).

04/17/09   G. BRADSHAW          Follow-up work re: lift stay           1.40 hrs.
                                memorandum (1.4).

04/17/09   D. E. DEUTSCH        Review lift stay motion and e-mail      0.30 hrs.
                                Jason Porter re: required
                                follow-up on same (.3).

04/17/09   J. B. PORTER         Discussion with Debtors' counsel        0.50 hrs.
                                re Navistar lift stay motion.

04/18/09   G. BRADSHAW          Communications w/D. Deutsch re:         0.20 hrs.
                                Gutman lift-stay memorandum (.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

| | | | |
|---|---|---|---|
| 04/19/09 | D. E. DEUTSCH | Review and edit revised memorandum on lift stay motion (.2); follow-up with Kevin Lantry re: filing joinder to objection to lift stay motion (.1); exchange related e-mails with Gil Bradshaw (.1). | 0.40 hrs. |
| 04/20/09 | D. E. DEUTSCH | Review and edit memorandum re: lift stay motion (.4); request follow-up information related to same (.2); brief review of part of lift stay motion (.2). | 0.80 hrs. |
| 04/20/09 | H. SEIFE | Review of lift stay motion. | 0.30 hrs. |
| 04/20/09 | G. BRADSHAW | Follow-up research for and draft revisions to Gutman memorandum (2.4); follow-up and drafting of objection to lift-stay motion (1.1); conference with D.Deutsch re: same (.2). | 3.70 hrs. |
| 04/21/09 | G. BRADSHAW | Emails to M. Mcguire re: Gutman lift-stay motion (.2); follow-up work re: ame (.8). | 1.00 hrs. |
| 04/22/09 | G. BRADSHAW | Researched caselaw re: objection (1.7); finished drafting objection (.4). | 2.10 hrs. |
| 04/23/09 | G. BRADSHAW | Reviewed filings of 43 pre-petition media-related cases (1.4); arranged joinder filing in Delaware (1). | 2.40 hrs. |
| 04/23/09 | D. E. DEUTSCH | Review draft lift stay objection and follow-up on issue therein (.3); multiple e-mails with Gil Bradshaw re: same (.2); exchange e-mails with Kevin Lantry re: status of lift stay matters (.4). | 0.90 hrs. |
| 04/24/09 | G. BRADSHAW | Conf. w/M. Parikh of Landis Rath & Cobb (.2); reviewed objection deadlines for Gutman lift-stay motion (.3). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                May 21, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page     3


04/28/09   D. E. DEUTSCH        Telephone conversation with Kevin        0.50 hrs.
                                Lantry re: lift stay/ADR
                                procedures and various other open
                                matters (.4); follow-up with Jason
                                Porter re: next steps on proposed
                                ADR procedures (.1).


            **Total Fees for Professional Services.............  $8,534.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 955.00 | .30 | 286.50 |
| D. E. DEUTSCH | | 625.00 | 3.70 | 2312.50 |
| J. B. PORTER | | 395.00 | 1.40 | 553.00 |
| G. BRADSHAW | | 345.00 | 15.60 | 5382.00 |
| | TOTALS | | 21.00 | 8534.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    1

                              For Services Through April 30, 2009

Our Matter #19804.016
          TAX ISSUES


04/01/09    R. M. LEDER       Conference Markson re tax/Cubs          1.00 hrs.
                              transaction.

04/01/09    E. S. MARKSON     Discuss tax issues and Committee        1.00 hrs.
                              options with H. Seife (0.2).
                              Followup discussion with R. Leder
                              (0.8).

04/03/09    R. M. LEDER       Review tax issue relating to Cubs       0.80 hrs.
                              escrow.

04/09/09    R. M. LEDER       Review LLC Agreement.                   0.70 hrs.

04/20/09    R. M. LEDER       Begin review of new drafts of          1.80 hrs.
                              documents re Cubs transaction.

04/21/09    R. M. LEDER       Review of new documents, including      0.90 hrs.
                              LLC and Formation Agreements.

04/22/09    R. M. LEDER       Complete review of LLC Agreement.       0.70 hrs.

04/28/09    R. M. LEDER       Review Committee Minutes.               0.20 hrs.

04/30/09    D. E. DEUTSCH     Exchange e-mails with Debtors re:       0.30 hrs.
                              Phones tax issuee (.2); related
                              follow-up with Richard Leder (.1).


          **Total Fees for Professional Services.............    $6,748.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| E.  S.  MARKSON | 735.00 | 1.00 | 735.00 |
| R.  M.  LEDER | 955.00 | 6.10 | 5825.50 |
| D.  E.  DEUTSCH | 625.00 | .30 | 187.50 |
| TOTALS | | 7.40 | 6748.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through April 30, 2009

Our Matter #19804.017
        GENERAL LITIGATION

| | | | |
|---|---|---|---|
| 04/06/09 | D. M. LeMAY | Review of Neil complaint, Debtors response, and recommendation to Committee. | 3.30 hrs. |
| 04/11/09 | H. SEIFE | Review of report of Department of Labor subpoena. | 0.30 hrs. |
| 04/11/09 | D. E. DEUTSCH | Review article on DOL inquiry (.1); exchange related e-mails with AlixPartners team and Howard Seife (.2); exchange e-mails with Bryan Krakauer re; request for information on same (.2). | 0.50 hrs. |
| 04/13/09 | H. SEIFE | Review of DOL subpoena and issues. | 0.40 hrs. |
| 04/13/09 | D. E. DEUTSCH | Review materials on updated status of DOL inquiry (.3); review DOL-related article and draft new posting note for Committee on same (.2); exchange e-mails with JPMorgan's counsel re: concerns with DOL-related issue (.2); review DOL subpoena and related materials and follow-up with Bryan Krakauer re: same (.6); exchange additional e-mail re: same with Tom Hall and Amanda Amert (Jenner Block counsel) (.2); telephone conversation with Damian Schaible re: bank group comments on DOL and related matters (.4). | 1.90 hrs. |
| 04/14/09 | D. E. DEUTSCH | Prepare for and meeting with Debtors' bankruptcy counsel, Debtors' ERISA/litigation counsel and Tom Hall re: Labor Department investigation (.8); related follow-up call with David Gallai (.3). | 1.10 hrs. |
| 04/14/09 | D. GALLAI | Conf. w/ D. Deutsch re: ESOP subpoena (.3); reviewed subpoena (.2). | 0.50 hrs. |
| 04/14/09 | D. M. LeMAY | Review latest filings by Neil plaintiffs (0.8). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


04/14/09   T. HALL          Call re Dept. of Labor subpoena        0.90 hrs.
                            (0.3); review subpoena (0.3);
                            emails re document requests to
                            financial advisers (0.3).

04/15/09   D. E. DEUTSCH    Review additional materials from       0.40 hrs.
                            Debtors on Department of Labor
                            investigation (.4).


        Total Fees for Professional Services............    $7,521.50


                        TIMEKEEPER SUMMARY

Timekeeper's Name              Rate     Hours       Amount

D. M. LeMAY                   825.00     4.10       3382.50
H. SEIFE                      955.00      .70        668.50
T. HALL                       795.00      .90        715.50
D. E. DEUTSCH                 625.00     3.90       2437.50
D. GALLAI                     635.00      .50        317.50
                    TOTALS              10.10       7521.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

                          For Services Through April 30, 2009

Our Matter #19804.018
         TRAVEL


04/30/09   D. M. LeMAY          Return trip to New York City from      2.00 hrs.
                                Wilmington.


           **Total Fees for Professional Services**.............   **$1,650.00**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 2.00 | 1650.00 |
| | TOTALS | | 2.00 | 1650.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page    1
```

For Services Through April 30, 2009

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


| 04/01/09 | T. HALL | Review Sidley emails (0.2); review confidentiality order (0.3); emails (0.3). | 0.80 hrs. |
|---|---|---|---|
| 04/01/09 | D. E. DEUTSCH | Review and follow-up on investigation-related inquiry from Tom Hall (.2). | 0.20 hrs. |
| 04/01/09 | H. SEIFE | Email Sweeney (Sidley) regarding proposed FRE 502(d) order (.3); review of confidentiality issues (.4); review of discovery issues and disclosure (1.4). | 2.10 hrs. |
| 04/01/09 | F. VAZQUEZ | Review and revise analysis re: fraudulent conveyance (2.0); review cases re: solvency, choice of law and other fraudulent conveyance issues (4.0); conference w/Bradshaw re: research (0.2). | 6.20 hrs. |
| 04/01/09 | G. BRADSHAW | Conf. w/F. Vazquez (.3); researched UFTA state laws (1.3); follow-up research re: insolvency under 548 (2.2); follow-up research re: UFTA insolvency (1.6). | 5.40 hrs. |
| 04/02/09 | C. E. HORD | Prep for and attended internal working group meeting re: formation agreement (2.3); conf. w/ M. Alpert and B. Carson re: misc. termination payment issues (0.8); compile issues list to discuss w/ Moelis (1.3). | 4.40 hrs. |
| 04/02/09 | H. SEIFE | Meeting with AlixPartners regarding role in investigation and solvency issues (1.2); review of work plan/timeline for investigation and report (.9). | 2.10 hrs. |
| 04/02/09 | N. T. ZINK | Conference with H. Seife re status of investigation and further discovery anticipated (.1); attention to discovery issues and procedural responses from counsel to the Debtors and lender (.4). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 04/03/09 | H. SEIFE | Conference T.Zink regarding status of review and discovery (.4); review and revise discovery requests (.8). | 1.20 hrs. |
|---|---|---|---|
| 04/03/09 | F. VAZQUEZ | Conference w/T. Zink regarding fraudulent conveyance analysis. | 0.20 hrs. |
| 04/03/09 | G. BRADSHAW | Reviewed indices for definition of insolvency under section 548 (.2). | 0.20 hrs. |
| 04/04/09 | D. E. DEUTSCH | Exchange e-mails with counsel to discovery letter recipient re: process issue (.3). | 0.30 hrs. |
| 04/04/09 | F. VAZQUEZ | Review and revise fraudulent conveyance analysis. | 2.50 hrs. |
| 04/06/09 | G. BRADSHAW | Researched comprehensive reorganization defense to fraudulent transfer under 548 (1.5). | 1.50 hrs. |
| 04/07/09 | G. BRADSHAW | Researched 346(e) settlement payment defense (2.8); conf. w/T. Zink (.3) | 3.10 hrs. |
| 04/07/09 | N. T. ZINK | Prepare for and meeting with H. Seife and T. Hall re investigation discovery and related issues (1.6); prepare draft outline of phase one of report and conference with F. Vazquez re same (1.0); prepare timeline of discovery and steps in the investigation (.4). | 3.00 hrs. |
| 04/07/09 | D. BAVA | Review complaint filed in District Court action re: process issues (.20); conduct Westlaw research and public information databases re: service information certain targets (1.20); review SEC filings re: correct addresses for service of certain demands (.80); create chart (.20). | 2.40 hrs. |
| 04/07/09 | T. HALL | Confer T. Zink re fraudulent conveyance investigation (.2); meeting H. Seife and T. Zink (.9); emails re Delaware counsel involvement (.5) | 1.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| 04/07/09 | F. VAZQUEZ | Conference with Zink re discovery demands (.2); draft letter to valuation entity re discovery (.5); review and revise discovery to board members (1.2); conference with Zink re next steps (.8); draft outline of fraudulent conveyance analysis (1.5). | 4.20 hrs. |
|---|---|---|---|
| 04/07/09 | H. SEIFE | Review of Sidley email regarding privilege issue regarding document production (.4); meeting with T.Hall and T.Zink to coordinate document production and discovery (.9). | 1.30 hrs. |
| 04/08/09 | F. VAZQUEZ | Review and revise outline re: fraudulent conveyance analysis (0.5); review and revise memo to AlixPartners re: settlement payment (0.5); conference w/Bradshaw re: settlement payment (0.3); conference w/Zink re: next steps in the analysis and outline (0.5). | 1.80 hrs. |
| 04/08/09 | T. HALL | Call Delaware counsel re fraudulent conveyance discovery (0.4); confer T. Zink (0.3). | 0.70 hrs. |
| 04/08/09 | D. BAVA | Complete due diligence re: potential directors service (.40). | 0.40 hrs. |
| 04/08/09 | N. T. ZINK | Prepare chart of involved parties, their roles and documents to which they are party (2.8); prepare timeline relating to the delivery of our investigative report (1.2); further preparation of chart of involved parties (1.2); phone conference with T. Hall re discovery relating to investigation (.2). | 5.40 hrs. |
| 04/08/09 | G. BRADSHAW | Follow-up research re: 546(e) settlement payment defense (2.8); draft memorandum to Alix re: same (3.0); conf. w/J. Giannini (.4); conf. w/F. Vazquez (.3); conf. w/T. Zink (.2). | 6.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| 04/09/09 | G. BRADSHAW | Reviewed fraudulent transfer files (1.1); researched unreasonably small capital (2). | 3.10 hrs. |
| 04/09/09 | T. HALL | Work on document demands to valuation entity and other target (0.8). | 0.80 hrs. |
| 04/09/09 | F. VAZQUEZ | Conference with Zink regarding discovery (.3); e-mail to Hall re: valuation entity discovery (0.1); review conflict check issue (0.2). | 0.60 hrs. |
| 04/09/09 | N. T. ZINK | Conference with B. Dye re chart depicting parties and their respective involvements in the Leveraged ESOP Transaction (.4); review and revise broad outline of Phase 1 of our report (.4); review and revise outline first part of report (.6). | 1.40 hrs. |
| 04/09/09 | B. DYE | Meeting with Ted Zink to discuss assignment regarding the ESOP participants and their role as a potential defendant | 0.50 hrs. |
| 04/09/09 | B. DYE | Reviewing documents for participants and roles in the ESOP transaction for Ted Zink | 4.40 hrs. |
| 04/09/09 | H. SEIFE | Email from lender regarding document production status. | 0.30 hrs. |
| 04/10/09 | H. SEIFE | Review of revised valuation entity document request. | 0.40 hrs. |
| 04/10/09 | B. DYE | Reviewing documents regarding ESOP participants for Ted Zink | 2.80 hrs. |
| 04/10/09 | F. VAZQUEZ | Review discovery clawback order (0.2); review Tribune timeline (0.9); review discovery schedule (0.1); review valuation entity discovery (0.2); review and revise director discovery (1.0); e-mail to Hall regarding director discovery (0.1); conference w/Dye re: potential defendant (0.1). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| | | | |
|---|---|---|---|
| 04/10/09 | T. HALL | Work on document request to VRC, including reviewing Alix's suggestions (1.7); review draft clawback order from debtors' counsel and emails re same (0.7); emails Debtors' counsel (0.3). | 2.70 hrs. |
| 04/10/09 | G. BRADSHAW | Researched fraudulent transfer law re: 346(e) (.9). | 0.90 hrs. |
| 04/13/09 | T. HALL | Work on document demand to former directors and emails re same (0.9); finalize document request to valuation entity (0.7); confer D. Deutsch re Dept. of Labor subpoena (0.2). | 1.80 hrs. |
| 04/13/09 | B. DYE | Reviewing documents regarding ESOP Participants for Ted Zink | 4.30 hrs. |
| 04/13/09 | G. BRADSHAW | Follow-up re: 346(e) memorandum (.3). | 0.30 hrs. |
| 04/13/09 | N. T. ZINK | Prepare for and phone conference with B. Den Uyl re status of financial investigation (.3). | 0.30 hrs. |
| 04/13/09 | H. SEIFE | Review of document request on certain individuals. | 0.50 hrs. |
| 04/14/09 | B. DYE | Updating chart of potential defendants for Ted Zink | 3.50 hrs. |
| 04/14/09 | D. M. LeMAY | Work w/T. Hall and A. Landis to allocate responsibility for certain aspects of the investigation among counsel. | 0.70 hrs. |
| 04/14/09 | F. VAZQUEZ | E-mail to Hall regarding discovery. | 0.10 hrs. |
| 04/15/09 | F. VAZQUEZ | Conference w/Dye regarding potential defendants (0.3); review letter to investigating target (0.1); review director discovery (0.5). | 0.90 hrs. |
| 04/15/09 | B. DYE | Updating chart of potential defendants for Ted Zink | 1.10 hrs. |
| 04/15/09 | G. BRADSHAW | Researched the Uniform Fraudulent Transfer Act. | 3.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| | | | |
|---|---|---|---|
| 04/15/09 | T. HALL | Emails Delaware counsel re fraudulent conveyance investigation. | 0.40 hrs. |
| 04/16/09 | D. BAVA | Review and analysis of addresses obtained for directors re: confirm results using Westlaw (.80); assist F. Vazquez with the creation of letters to directors regarding discovery (.50). | 1.30 hrs. |
| 04/16/09 | G. BRADSHAW | Researched general court treatment of ESOP transactions (3.5); researched insolvency under 548 (1.3); researched ESOP secondary sources (.9). | 5.70 hrs. |
| 04/16/09 | H. SEIFE | Review of JPM discovery request/status (.3); call with JPM and DPW regarding document production (.4). | 0.70 hrs. |
| 04/16/09 | B. DYE | Communications with Frank Vazquez regarding list of potential defendants | 0.10 hrs. |
| 04/16/09 | J. B. PORTER | Reviewed Tribune proxy statement re roll of Debtor advisor. | 0.30 hrs. |
| 04/16/09 | F. VAZQUEZ | Conference w/Zink regarding discovery (0.1); conference w/Hall and Seife regarding director discovery (0.2); review and revise director discovery (1.0); e-mail to and from Deutsch re: discovery (0.1). | 1.40 hrs. |
| 04/16/09 | T. HALL | Confer H. Seife re discovery issues (0.3); call lender counsel re same (0.5); confer J. Cross re document management system (0.2); Committee call (0.5). | 1.50 hrs. |
| 04/17/09 | H. SEIFE | Review of lenderl document request (.3); conference call with lender and counsel regarding production (.5). | 0.80 hrs. |

| 04/17/09 | F. VAZQUEZ | Conference with Zink regarding discovery (0.1); e-mail to and from Zink re: Zell article (0.1); e-mail to Seife re: lender (0.1). | 0.30 hrs. |
| 04/17/09 | T. HALL | Call lender counsel (0.3). | 0.70 hrs. |
| 04/17/09 | G. BRADSHAW | Researched fraudulent transfer law. | 1.90 hrs. |
| 04/18/09 | F. VAZQUEZ | Email to Hall re discovery of directors. | 0.10 hrs. |
| 04/20/09 | F. VAZQUEZ | Conference with Deutsch and Sidley regarding director discovery. | 0.20 hrs. |
| 04/20/09 | B. DYE | Updating list of potential defendants regarding litigation involving the ESOP transaction for Ted Zink | 0.20 hrs. |
| 04/20/09 | D. E. DEUTSCH | Participate in telephonic meeting with Frank Vazquez and Kevin Lantry re: next steps re: informal discovery of certain individuals (.2). | 0.20 hrs. |
| 04/21/09 | F. VAZQUEZ | Conference w/Seife regarding director discovery (0.2); conference with Zink regarding director discovery (0.1); attention to director discovery (1.0). | 1.30 hrs. |
| 04/21/09 | B. DYE | Revising ESOP Participant list for Ted Zink | 0.80 hrs. |
| 04/21/09 | T. HALL | Confer T. Zink (0.1); finalize document request to directors (0.8); confer debtor counsel and emails re same (0.4). | 1.30 hrs. |
| 04/21/09 | H. SEIFE | Telephone conference with F.Vazquez regarding status of document request to directors (.3). | 0.30 hrs. |
| 04/22/09 | N. T. ZINK | Attention to Tribune discovery issue in connection with review of pre-petition financings and emails to H. Seife and T. Hall re same (.4); attention to discovery on directors (.1); begin preparation of report on investigation of | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page    8

|  |  | prepetition financings (2.4) |  |
|---|---|---|---|
| 04/22/09 | T. HALL | Emails re Debtors website production. | 0.50 hrs. |
| 04/22/09 | H. SEIFE | Telephone conference Sidley regarding document request to directors (.4); review of documents uploaded to website (.8); review of sent discovery requests (.6). | 1.80 hrs. |
| 04/22/09 | F. VAZQUEZ | E-mail to and from Hall and team regarding discovery (0.2); e-mails to and from Deutsch regarding discovery and status (0.2). | 0.40 hrs. |
| 04/22/09 | D. E. DEUTSCH | Follow-up on request from Debtors re: information requests sent to certain individuals (.3); exchange related e-mails with Bryan Krakauer and C&P team (.2). | 0.50 hrs. |
| 04/23/09 | F. VAZQUEZ | Conference w/D. LeMay regarding liability of professionals. | 0.20 hrs. |
| 04/23/09 | B. DYE | Revising ESOP Participant list for Ted Zink | 0.50 hrs. |
| 04/23/09 | D. M. LeMAY | T/cs w/counsel to lender (0.2); H. Seife (0.2) regarding investigation issue w/lender. Review 341 meeting transcript regarding same (0.4). | 0.80 hrs. |
| 04/23/09 | D. BAVA | Review and analysis of SEC web site re: May 2007 tender offer involving the Chandler Trusts (.80). | 0.80 hrs. |
| 04/24/09 | D. BAVA | Review and analysis of SEC web site re: Underwriting Agreement with Goldman dated June 4, 2007 (.50). | 0.50 hrs. |
| 04/24/09 | D. M. LeMAY | T/c w/A. Landis regarding scope of investigation issue. | 0.40 hrs. |
| 04/24/09 | B. DYE | Final revisions to Tribune ESOP Participant list for Ted Zink | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| | | | |
|---|---|---|---|
| 04/24/09 | F. VAZQUEZ | E-mail to and from Deutsch regarding director (0.1); e-mail to Landis regarding director discovery (0.1); e-mail Landis regarding professional liability (0.1). | 0.30 hrs. |
| 04/24/09 | D. E. DEUTSCH | Follow-up research on Debtors' request re: investigation (.2); forward Bryan Krakauer materials related to same (.2). | 0.40 hrs. |
| 04/24/09 | T. HALL | Emails Delaware counsel re fraudulent conveyance discovery (0.2); meeting H. Seife and T. Zink (0.6); confer D. LeMay (0.1); emails re Chandler (0.2); confer J. Cross re document system (0.2). | 1.30 hrs. |
| 04/24/09 | J. CROSS | Review of materials re potential in-house or hosted data solutions for e-discovery (.9); conversation w/ Moloney re same (.4); outlining thoughts re same (.6). | 1.90 hrs. |
| 04/24/09 | N. T. ZINK | Prepare for and conference with H. Seife and T. Hall re discovery issues (1.0); review SEC filings for information relevant to Leveraged ESOP Transaction (1.8). | 2.80 hrs. |
| 04/24/09 | H. SEIFE | Meeting with T.Zink and T.Hall regarding investigation and report. | 0.60 hrs. |
| 04/25/09 | F. VAZQUEZ | Letter to Debtor regarding discovery from current officer (0.3); conference with Zink regarding discovery and fraudulent conveyance analysis (0.5). | 0.80 hrs. |
| 04/25/09 | N. T. ZINK | Attention to discovery requests, promised discovery and expected dates of receipt of discovery (.4); consider template/protocol for document reviewers to ensure appropriate documents are flagged for more thorough review (.6); review tender offer document re going leveraged ESOP transaction (1.2); research UFTA and UFCA and relevancy to Tribune Company leveraged ESOP transactions (.6); | 7.30 hrs. |

|            |              | consideration; draft fact section of report on investigation of prepetition financings (2.8); read Third Circuit/Delaware cases involving fraudulent transfer allegations (1.7). |            |
| ---------- | ------------ | --- | ---------- |
| 04/26/09   | T. HALL      | Review letter to counsel to officer re document request and emails re same. | 0.40 hrs.  |
| 04/27/09   | T. HALL      | Call valuation entity counsel and emails re same (0.4); work on document demand to director (0.4); confer J. Cross (0.3); finalize letter to director (0.2); work on document demand to Debtor pre-petition professional (0.9). | 2.20 hrs.  |
| 04/27/09   | N. T. ZINK   | Research "unreasonably small capital" cases and scholarly comment (4.2); draft "unreasonably small capital" section of report re investigation into prepetition financings (2.4); | 6.60 hrs.  |
| 04/27/09   | H. SEIFE     | Review of report on valuation entity discovery (.3); review of director discovery request (.4). | 0.70 hrs.  |
| 04/27/09   | F. VAZQUEZ   | Review director discovery (0.2); prepare letter and finalize discovery regarding current officer (0.3); conference with Hall regarding discovery (0.2); conference with Zink regarding fraudulent conveyance analysis (0.2); conference w/J. Porter re: Tribune interactive (0.1); e-mails re: valuation research (0.1); review forms of confidentiaity agreemens (0.3). | 1.40 hrs.  |
| 04/27/09   | D. E. DEUTSCH | Conference with Jason Porter to address non-debtor inquiry related to investigation (.2); review request from Frank Vazquez related to Board of Director matters and follow-up on same (.3); review Tom Hall e-mail related to investigation (.1). | 0.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    11


| 04/27/09 | J. CROSS | Review of L. Moloney data, proposal documents re potential data hosting solutions and outline of options re same. | 1.50 hrs. |

| 04/27/09 | B. DYE | Drafting memo on choice of law in bankruptcy court for Ted Zink | 1.10 hrs. |

| 04/27/09 | J. B. PORTER | Finalized research re Tribune non-Debtor guarantors (.7); coordinated with AlixPartners re ownership of certain non-Debtor guarantors (.3); researched and obtained confidentiality agreement for F. Vazquez (.2). | 1.20 hrs. |

| 04/28/09 | B. DYE | Memo on section 548, Fraudulent transfer law applied to Leveraged ESOP, and standard of proof for 548 for Ted Zink | 6.30 hrs. |

| 04/28/09 | D. E. DEUTSCH | Review e-mails re: various investigation matters (.2). | 0.20 hrs. |

| 04/28/09 | F. VAZQUEZ | Conference with Zink re: fraudulent conveyance analysis (0.2); prepare for meeting with Hall, Seife and Zink re: fraudulent conveyance analysis (0.3); participate on call with CP team and Alix (0.7); conference with Zink and Dye re: fraudulent conveyance analysis and issues needed to be researched and next steps (1.5); review letter from specific director (0.1); review memo of law re: choice of law analysis (0.2). | 3.20 hrs. |

| 04/28/09 | J. CROSS | Conversation w/ Moloney re data hosting options, outlining memo to Hall re same. | 0.70 hrs. |

| 04/28/09 | H. SEIFE | Conference call with AlixPartners regarding solvency and related analysis (.5); conference with T.Zink and T.Hall regarding document production (.4);review of correspondence from director Taft (.2). | 1.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      May 21, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    12
```

| 04/28/09 | N. T. ZINK | Various emails with T. Hall and B. Den Uyl (Alix Partners) re conference call on status of financial investigation (.2); research "inability to pay debts as they mature" element of fraudulent transfer statutes (2.2); write "inability to pay debts as they mature" section of report on investigation of prepetition financings (1.7); conference with H. Seife, F. Vazquez and T. Hall re discovery issues and status of report (.5); phone conference with B. Den Uyl and M. Brown re status of their financial investigation (.3); further drafting of fact sections of report on investigation of prepetition financings (1.4). | 6.30 hrs. |
| --- | --- | --- | --- |
| 04/28/09 | T. HALL | Work on document request to Debtor pre-petition professional target (1.2); letter from specific director and emails re same (0.3); confer H. Seife and T. Zink (0.5); conference call Alix Partners (0.5). | 2.50 hrs. |
| 04/28/09 | J. F. FINNEGAN | Edit pre-hearing brief (4.0); edit reply on motion to compel (4.5). | 8.50 hrs. |
| 04/29/09 | T. HALL | Work on document request to Debtor pre-petition professional target (1.3); emails re document review protocol (0.3); confer T. Zink and F. Vazquez (0.1); finalize document request to large shareholders (0.6). | 2.30 hrs. |
| 04/29/09 | H. SEIFE | Review of advisors and roles (.3); conference call with lender counsel regarding document production (.7); emails lender counsel regarding same (.4); review of discovery request to other target (.3). | 1.70 hrs. |
| 04/29/09 | J. CROSS | Drafting memo to Hall, Seife, Zink re data hosting options. | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        May 21, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   13


04/29/09   F. VAZQUEZ        Attention to shareholder discovery        4.50 hrs.
                             (1.0); draft discovery timeline
                             (2.0); conference with Zink re:
                             timeline (0.5); conference w/Seife
                             re: timeline (0.5); draft letter
                             re: Debtor pre-petition
                             professional target (0.2); e-mail
                             re: valuation entity
                             confidentiality agreement (0.1);
                             revise discovery timetable (0.2).


04/29/09   N. T. ZINK        Prepare list of Leveraged ESOP            7.60 hrs.
                             advisors and their respective
                             advisees for H. Seife (.8);
                             various phone conference with H.
                             Seife re fairness opinions issued
                             in connection with Leveraged ESOP
                             (.2); prepare comprehensive list
                             of all parties involved in
                             Leveraged ESOP through review of
                             all Proxy Statements, 8-K's,
                             10-Q's and 10-K (2.0); further
                             drafting of report on
                             investigation of prepetition
                             financings (2.5); legal research
                             re "unreasonably small capital"
                             (2.1)


04/29/09   B. DYE            Memo on Section 548, fraudulent           6.40 hrs.
                             transfer law and ESOPs, and
                             standard of proof for Ted Zink


04/30/09   B. DYE            Drafting memo on section 548,             5.90 hrs.
                             fraudulent transfer and ESOPs, and
                             standard of proof for Ted Zink


04/30/09   N. T. ZINK        Prepare various fact sections of         10.20 hrs.
                             report on investigation of
                             prepetition financings (2.6);
                             research and write sections on
                             unreasonably small capital (1.8),
                             fair consideration and lack of
                             reasonably equivalent value
                             (3.20); and choice of law in
                             fraudulent transfer litigation
                             (1.8); attention to discovery from
                             transaction participants and
                             conference with H. Seife re same
                             (.8).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          May 21, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    14

| 04/30/09 | F. VAZQUEZ | Conference with Zink and Hall re: discovery; (0.7); e-mail to Seife re: discovery status (0.4); draft revised discovery chart (2.0); e-mail Landis re: discovery (0.2); e-mail to and from Seife re: discovery (0.2); review lender's role (0.1). | 3.60 hrs. |
| 04/30/09 | J. CROSS | Conversations/email exchanges w/ Mooney re data hosting options, editing memo re same. | 0.90 hrs. |
| 04/30/09 | T. HALL | Finalize document request to Debtor pre-petition profesional target (0.9); memo re document storage/review systems (0.5); confer T. Zink and F. Vazquez (0.3); emails re advisor discovery (0.2). | 1.90 hrs. |
| 04/30/09 | H. SEIFE | Conference F.Vazquez and review of status of discovery (.8); review of discovery request (.4). | 1.20 hrs. |
| 04/30/09 | J. B. PORTER | Research re the settlement agreement exception under the Bankruptcy Code. | 1.00 hrs. |
| 04/30/09 | D. BAVA | Review Discovery Status Chart re: correct names of entities served with requests (.30). | 0.30 hrs. |

**Total Fees for Professional Services.............. $142,949.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

May 21, 2009
Invoice ******
Page   15

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| C. E. HORD | 855.00 | 4.40 | 3762.00 |
| D. M. LeMAY | 825.00 | 1.90 | 1567.50 |
| H. SEIFE | 955.00 | 16.70 | 15948.50 |
| J. F. FINNEGAN | 695.00 | 8.50 | 5907.50 |
| N. T. ZINK | 765.00 | 54.30 | 41539.50 |
| T. HALL | 795.00 | 23.40 | 18603.00 |
| D. E. DEUTSCH | 625.00 | 2.40 | 1500.00 |
| F. VAZQUEZ | 595.00 | 36.80 | 21896.00 |
| J. CROSS | 595.00 | 8.90 | 5295.50 |
| D. BAVA | 260.00 | 5.70 | 1482.00 |
| J. B. PORTER | 395.00 | 2.50 | 987.50 |
| B. DYE | 345.00 | 38.50 | 13282.50 |
| G. BRADSHAW | 345.00 | 32.40 | 11178.00 |
| TOTALS | | 236.40 | 142949.50 |