# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

April 1, 2009 through and including April 30, 2009

| Current Charges: | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R. Bruce Den Uyl | Managing Director | 24.90 | 835.00 | $ 20,791.50 |
| Michael Murphy | Managing Director | 37.40 | 790.00 | 29,546.00 |
| Alan Holtz | Managing Director | 39.10 | 790.00 | 30,889.00 |
| Kevin M. Carmody | Managing Director | 92.10 | 685.00 | 63,088.50 |
| Brad Hall | Director | 204.80 | 595.00 | 121,856.00 |
| Mike Haftl | Director | 22.40 | 595.00 | 13,328.00 |
| Marc J. Brown | Director | 52.70 | 595.00 | 31,356.50 |
| Mark F. Rule | Director | 136.45 | 510.00 | 69,589.50 |
| Kevin Chiu | Director | 0.70 | 510.00 | 357.00 |
| Harold Lee | Director | 199.60 | 510.00 | 101,796.00 |
| Albert Leung | Vice President | 211.90 | 450.00 | 95,355.00 |
| Jeffrey W. Kopa | Vice President | 17.20 | 395.00 | 6,794.00 |
| Kali Chowdhury | Associate | 118.90 | 365.00 | 43,398.50 |
| Adam Tymowski | Associate | 10.00 | 365.00 | 3,650.00 |
| Christopher Rubel | Associate | 88.95 | 295.00 | 26,240.25 |
| Deanna J. Postlewait | Analyst | 4.00 | 235.00 | 940.00 |
| Jennifer Braverman | Administrative | 9.75 | 170.00 | 1,657.50 |
| Total Hours & Fees | | 1,270.85 | | 660,633.25 |
| Less 50% Travel Time | | | | (25,295.00) |
| Subtotal | | | | 635,338.25 |
| Expenses | | | | 12,081.96 |
| Total Amount Due | | | USD | $647,420.21 |

APS may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. APS' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by APS to such Independent Contractor. APS did not use Independent Contractors during this Staffing Period.