# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Expenses | Amount |
|---|---:|
| Airfare | 5,198.24 |
| Cab Fare/Ground Transportation | 1,210.77 |
| Lodging | 3,617.67 |
| Meals | 1,422.31 |
| Mileage | 13.75 |
| Other | 68.04 |
| Parking & Tolls | 33.54 |
| Postage/Messenger/Courier | 15.06 |
| Rental Car | 265.22 |
| Research | 237.36 |
| **Total Disbursements** | **$12,081.96** |

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 01/27/09 | Lodging Michael Murphy-W Hotels-Chicago-1/27/2009 - 1/27 /2009 | 318.49 |
| 02/12/09 | Cab Fare/Ground Transportation - - VENDOR: Vital Transportation Inc. B Hall | 74.26 |
| 03/16/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - A Leung | 101.20 |
| 03/18/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall | 74.16 |
| 03/18/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - A Leung, B Hall | 113.10 |
| 03/24/09 | Airfare Brad Hall-3/25/2009 Coach BCD Travel Agency Fee | 40.00 |
| 03/24/09 | Airfare Brad Hall-3/25/2009-SFO-JFK-Economy-3/24/2009 Coach | 416.13 |
| 03/25/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - B Hall | 101.20 |
| 03/25/09 | Lodging Brad Hall-W Hotels-New York-3/25/2009 - 3/25/2009 | 265.13 |
| 03/25/09 | Meals & Tips Brad Hall-dinner | 33.00 |
| 03/26/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - B Hall | 101.20 |
| 03/26/09 | Meals & Tips Brad Hall-dinner | 32.12 |
| 03/26/09 | Meals & Tips Brad Hall-lunch | 24.59 |
| 03/26/09 | Meals & Tips Brad Hall-breakfast | 21.19 |
| 03/27/09 | Meals & Tips Brad Hall-lunch | 18.07 |
| 03/27/09 | Meals & Tips Harold Lee-Lunch-Tribune | 27.91 |
| 03/30/09 | Other - - VENDOR: Raindance Communications, Inc. Conference call 3/09 B Hall | 4.86 |
| 03/30/09 | Other - - VENDOR: Raindance Communications, Inc. Conference call 3/09 H Lee | 18.36 |
| 03/30/09 | Other - - VENDOR: Raindance Communications, Inc. Conference call 3/09 K Chiu | 32.85 |
| 03/31/09 | Meals & Tips Albert Leung-Dinner | 33.50 |
| 03/31/09 | Research - - VENDOR: Pacer Service Center 1/1-3/31/2009 | 237.36 |
| 04/01/09 | Airfare Kali Chowdhury 4/01/09 Coach BCD Travel Agency Fee | 15.00 |
| 04/01/09 | Airfare Kali Chowdhury 4/01/09 Coach BCD Travel Agency Fee | 40.00 |
| 04/01/09 | Airfare Kali Chowdhury-04/01/09-LOS ANGELES-SAN FRANCISCO Coach | 236.80 |
| 04/01/09 | Cab Fare/Ground Transportation Kali Chowdhury | 43.00 |
| 04/01/09 | Cab Fare/Ground Transportation Kali Chowdhury | 38.75 |
| 04/01/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/01/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.00 |
| 04/01/09 | Lodging Kali Chowdhury-W San Francisco 239-San Francisco - 4/1/2009 | 41.92 |
| 04/01/09 | Lodging Kali Chowdhury-W San Francisco 239-San Francisco- 4/1/2009 | 269.00 |
| 04/01/09 | Meals & Tips Kali Chowdhury Tip | 5.00 |
| 04/01/09 | Meals & Tips Kali Chowdhury-Breakfast | 46.36 |

| Date | Disbursement Description | Amount |
|------|-------------------------|--------|
| 04/01/09 | Meals & Tips Kali Chowdhury-Dinner | 38.48 |
| 04/01/09 | Meals & Tips Albert Leung-Dinner | 12.00 |
| 04/01/09 | Meals & Tips Albert Leung-Lunch-Tribune Team | 40.13 |
| 04/02/09 | Airfare Kali Chowdhury 4/02/09 Coach BCD Travel Agency Fee | 15.00 |
| 04/02/09 | Cab Fare/Ground Transportation Kali Chowdhury | 31.45 |
| 04/02/09 | Cab Fare/Ground Transportation Kali Chowdhury | 43.00 |
| 04/02/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.00 |
| 04/02/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/02/09 | Meals & Tips Albert Leung-Lunch-Tribune Team | 19.50 |
| 04/03/09 | Airfare Harold Lee-04/05/09-ORD-SFO-Coach | 951.43 |
| 04/03/09 | Airfare Harold Lee-04/07/09-ORD-SFO Coach BCD Travel Agency Fee | 40.00 |
| 04/03/09 | Airfare Brad Hall-4-5-09-RENO, CHICAGO, SAN FRANCISCO Coach | 725.83 |
| 04/03/09 | Airfare Brad Hall-4-5-79-RENO, CHICAGO, SAN FRANCISCO Coach BCD Travel Agency Fee | 40.00 |
| 04/03/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/03/09 | Meals & Tips Albert Leung-Dinner | 48.10 |
| 04/05/09 | Cab Fare/Ground Transportation Harold Lee | 41.25 |
| 04/05/09 | Meals & Tips Harold Lee-Dinner | 38.38 |
| 04/05/09 | Meals & Tips Harold Lee-Lunch | 13.06 |
| 04/05/09 | Meals & Tips Brad Hall Tip | 10.00 |
| 04/06/09 | Cab Fare/Ground Transportation Harold Lee | 9.00 |
| 04/06/09 | Lodging Brad Hall-Westin Hotels And Resorts-Chicago-4/5/ 2009-4/6/2009 | 413.14 |
| 04/06/09 | Lodging Harold Lee-Westin Hotels And Resorts-Chicago-4/5 /2009-4/6/2009 | 413.14 |
| 04/06/09 | Meals & Tips Brad Hall-Dinner-Tribune-Brad Hall; Harold Lee | 131.76 |
| 04/06/09 | Meals & Tips Harold Lee-Breakfast | 6.00 |
| 04/06/09 | Meals & Tips Brad Hall Tip | 10.00 |
| 04/07/09 | Airfare Harold Lee-04/05/2009-SFO/CHICAGO Coach BCD Travel Agency Fee | 40.00 |
| 04/07/09 | Cab Fare/Ground Transportation Harold Lee | 43.00 |
| 04/07/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/07/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - H Lee | 131.00 |
| 04/07/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur - B Hall | 101.20 |
| 04/07/09 | Meals & Tips Brad Hall-Dinner | 24.15 |
| 04/07/09 | Meals & Tips Harold Lee-Breakfast | 6.00 |
| 04/07/09 | Meals & Tips Harold Lee Tip | 20.00 |
| 04/07/09 | Meals & Tips Albert Leung-Dinner | 10.00 |
| 04/07/09 | Mileage Harold Lee-25 Miles | 13.75 |

| Date | Disbursement Description | Amount |
|------|--------------------------|-------:|
| 04/08/09 | Airfare Brad Hall-4/10/2009 Coach BCD Travel Agency Fee | 40.00 |
| 04/08/09 | Airfare Brad Hall-4/10/2009-OAK-RENO, NV Coach | 125.60 |
| 04/08/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/08/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/08/09 | Meals & Tips Brad Hall-Dinner | 41.80 |
| 04/11/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/11/09 | Meals & Tips Albert Leung-Dinner | 21.00 |
| 04/13/09 | Airfare Mark Rule-4/15/2009-ORD-FLL Coach BCD Travel Agency Fee | 40.00 |
| 04/13/09 | Airfare Mark Rule-4/15/2009-ORD-FLL Coach | 156.62 |
| 04/13/09 | Airfare Mark Rule-4/16/2009-FLL-MDW Coach BCD Travel Agency Fee | 40.00 |
| 04/13/09 | Cab Fare/Ground Transportation Albert Leung | 12.00 |
| 04/13/09 | Meals & Tips Albert Leung-Dinner | 12.55 |
| 04/13/09 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation 1 package from J. Braverman to K. Carmody | 15.06 |
| 04/14/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/14/09 | Meals & Tips Harold Lee-Lunch-Tribune-Harold Lee; Brad Hall; Albert Leung | 14.33 |
| 04/14/09 | Meals & Tips Albert Leung-Dinner | 18.00 |
| 04/15/09 | Airfare Kevin Carmody-4/15/09-ORD-FLL Coach | 90.00 |
| 04/15/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/15/09 | Lodging Mark Rule-Riverside Hotel-Ft Lauderdale-4/15/2009 | 220.89 |
| 04/15/09 | Lodging Kevin Carmody-Riverside Hotel-Ft Lauderdale-4/15 /2009 | 225.24 |
| 04/15/09 | Meals & Tips Kevin Carmody-Breakfast | 4.05 |
| 04/15/09 | Meals & Tips Harold Lee-Lunch-Tribune-Brad Hall; Albert Leung; Harold Lee | 15.08 |
| 04/15/09 | Meals & Tips Albert Leung-Dinner | 12.00 |
| 04/15/09 | Meals & Tips Mark Rule-Breakfast | 24.20 |
| 04/15/09 | Meals & Tips Mark Rule-Dinner-Tribune-Mark Rule;Kevin Carmody | 148.47 |
| 04/15/09 | Parking & Tolls Kevin Carmody | 17.00 |
| 04/16/09 | Airfare Kevin Carmody-4/16/09-ORD FLL Coach | 150.00 |
| 04/16/09 | Airfare Mark Rule-4/16/2009-FLL-MDW Coach BCD Travel Agency Fee | 40.00 |
| 04/16/09 | Airfare Mark Rule-4/16/2009-FLL-ORD Coach | 263.07 |
| 04/16/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/16/09 | Meals & Tips Harold Lee-Lunch-Tribune-Brad Hall; Harold Lee; Albert Leung | 68.95 |
| 04/16/09 | Rental Car Kevin Carmody-1 Days-Ft Lauderdale | 61.07 |
| 04/19/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/20/09 | Airfare Brad Hall-4/21/2009 Coach BCD Travel Agency Fee | 40.00 |
| 04/20/09 | Airfare Brad Hall-4/21/2009-SFO-JFK Coach | 450.62 |
| 04/20/09 | Airfare Brad Hall-4/24/2009  Coach BCD Travel Agency Fee | 40.00 |

| Date | Disbursement Description | Amount |
|------|--------------------------|--------|
| 04/20/09 | Airfare Brad Hall-4/24/2009-JFK-LAX-REN Coach | 460.71 |
| 04/20/09 | Airfare Albert Leung-04/21/2009 Coach BCD Travel Agency Fee | 40.00 |
| 04/20/09 | Airfare Albert Leung-04/21/2009-SAN FRANCISCO/NYC Coach | 646.43 |
| 04/20/09 | Airfare Albert Leung-04/21/2009-SFO/NYC Coach BCD Travel Agency Fee | 15.00 |
| 04/20/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/20/09 | Meals & Tips Albert Leung-Lunch-Tribune Team-Harold Lee; Brad Hall; Albert Leung | 27.01 |
| 04/21/09 | Lodging Albert Leung-Sheraton-New York-4/21/2009 | 403.33 |
| 04/21/09 | Lodging Brad Hall-Sheraton-New York-4/21/2009 | 310.83 |
| 04/21/09 | Meals & Tips Brad Hall-Lunch | 16.39 |
| 04/21/09 | Meals & Tips Albert Leung-Lunch | 19.12 |
| 04/21/09 | Meals & Tips Brad Hall Tip | 10.00 |
| 04/22/09 | Lodging Albert Leung-Marriott Hotels-Hartford-4/22/2009 | 379.28 |
| 04/22/09 | Lodging Brad Hall-Marriott Hotels-Hartford-4/22/2009 | 357.28 |
| 04/23/09 | Meals & Tips Brad Hall-Lunch | 6.21 |
| 04/23/09 | Meals & Tips Brad Hall-Dinner | 28.38 |
| 04/23/09 | Meals & Tips Brad Hall-Dinner | 17.34 |
| 04/23/09 | Meals & Tips Albert Leung-Lunch | 7.84 |
| 04/23/09 | Rental Car Albert Leung-2 Days-New York | 204.15 |
| 04/24/09 | Meals & Tips Albert Leung-Dinner | 37.51 |
| 04/24/09 | Meals & Tips Brad Hall-Dinner-Tribune-BH, MR, KC, HL | 202.78 |
| 04/24/09 | Parking & Tolls Albert Leung | 16.54 |
| 04/30/09 | Other - - VENDOR: Raindance Communications, Inc. Conference Calls 4/30  H Lee | 11.97 |
| | **Total Disbursements** | **12,081.96** |