UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY. et al., | : Jointly Administered |
| | : |
| Debtors. | : |
| | : |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT CONTINUATION OF PENDING LITIGATION FILED BY SCHUR PACKAGING SYSTEMS, INC.

PLEASE TAKE NOTICE that Schur Packaging Systems, Inc. hereby gives notice of withdrawal of its Motion for Relief from the Automatic Stay to Permit Continuation of Pending Litigation [Docket No. 1119].

Date:   May 27, 2009

                                RAWLE & HENDERSON, LLP

                        By:     _____
                                George T. Lees III (#3647)
                                300 Delaware Avenue
                                Suite 1015
                                Wilmington, DE  19801
                                (302) 778-1200 telephone
                                (302) 778-1400 facsimile
                                Counsel for Schur Packaging Systems, Inc.

3010354-1