IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Hearing Date: May 12, 2009**<br>**Related to Docket No. 1061 and 1063** |

## ORDER AUTHORIZING DEBTORS TO FILE UNDER SEAL AN EXHIBIT TO MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO MAKE CERTAIN PAYMENTS FOR 2008 PURSUANT TO PRE-PETITION INCENTIVE PLANS AND CERTAIN OTHER OBLIGATIONS

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors") for entry of an order, pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Debtors to file under seal Mercer (U.S.), Inc.'s review of the 2008 Management Incentive Program ("MIP") payments (the "Mercer Report"), which is Exhibit D to the Motion of the Debtors for an Order Authorizing the Debtors to Make Certain Payments For 2008 Pursuant to Pre-Petition Incentive Plan and Certain Other Obligations (the "Incentive Plan Motion") [Docket No. 1061]; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2); and it appearing that notice of the Motion has been given as set forth in the Motion and that no further notice need be given; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtor, its creditors, and all parties in interest to the extent set forth in this Order; and after due deliberation and sufficient cause appearing therefore, it is hereby

46429/0001-5545638v5

ORDERED that the Motion is approved to the extent set forth in this Order; and it is further

ORDERED that the Debtors are hereby authorized to file under seal the Mercer Report, a copy of which was submitted to the Court in a separate prominently marked envelope in accordance with Rule 9018-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware.

ORDERED that the Debtors shall publicly file a redacted copy of the Mercer Report, a copy of which is attached hereto as Exhibit A, pursuant to Section 107(b) of the Bankruptcy Code and Rule 9018 of the Bankruptcy Rules; and it is further

ORDERED that the attachment of Exhibit A to this Order shall satisfy the Debtors' obligation to publicly file same in these cases; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the interpretation and implementation of this Order.

Dated: Wilmington, Delaware
May __, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge