**EXHIBIT A**

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Consulting. Outsourcing. Investments.

April 17, 2009

# The Tribune Company
## 2008 Management Incentive Plan Payments

John Dempsey     john.dempsey@mercer.com

This report is confidential to Tribune Company restructuring. It may not be used for any other purpose. Receipt of and use of this document in connection with Tribune's restructuring shall serve as acceptance of the confidentiality of the material herein.

www.mercer.com

## Executive Summary

With approval from the Compensation Committee of the Board of Directors, Tribune Company ("Tribune") is seeking Court approval of the following:

| Program | Proposed | Rationale | Total Cost |
|---|---|---|---|
| **2008 Management Incentive Plan Payouts** | ▪ Bonus payments for approximately 670 debtor participants in the Management Incentive Plan ("MIP"), excluding the top 10 senior executives<br>– An additional 39 (non-top 10) employees of non-debtor business units are also entitled to payments under the MIP plan | ▪ Bring compensation closer to competitive levels for critical positions<br>▪ Reward employees for achieving significant income and expense objectives in 2008<br>▪ Honoring commitments to employees will positively impact employee morale and promote ongoing incentives for strong performance and to achieving critical restructuring milestones | ▪ **$Approximately 12.2M (~ 38% of targeted payments)**<br>–Non-Debtor: approximately $1.1M |

Mercer

# Executive Summary

- To provide appropriate context for the proposed payouts, Mercer considered media industry compensation practices and bankruptcy specific practices

    - **Bankruptcy Practices:** provides information on competitive practices for companies involved in restructuring transactions
        - Mercer selected a group of companies that filed in the recent past, with revenues greater than $900 million
        - At the time the research was conducted, and as of the present time, we did not identify any media companies that met this criteria

    - **Industry practices:** provide information on competitive target compensation levels for key positions (from industry specific surveys – as described in the appendix) and recent compensation actions of peer companies (based on a review of available 2009 proxy filings for companies previously used for compensation benchmarking purposes)

- The remainder of this report provides an overview of competitive market practices, background information on historic design and payout practices of Tribune compensation programs, and a summary of key achievements for 2008

# Overview of Market Practices

| Program Element | Market Practice | Comment |
|---|---|---|
| Annual Incentives: Target Opportunities | **Industry** – providing annual incentives for management level employees is common in most media companies (both publishing and broadcasting)<br><br>– Target opportunities range from approximately 10% of base at the low end to up to 110% for CEOs<br><br>**Bankruptcy** – prevalent practice; most companies either continue current incentive plans or adopt new plans to align employee focus with key operating and financial goals | The range of opportunities currently provided under the MIP is reasonable and aligned with market practices |
| Annual Incentives: Payouts | **Industry** – payouts are prevalent; a review of recently released proxy statements of Tribune peers indicates that 8 of 9 of the companies paid bonuses to named executive officers for 2008 performance (see p. 14 in the appendix for details) | The proposed payout as a percent of target is within the range of awards disclosed by the peer companies |
| Long-term incentives | **Industry** – providing long-term incentive opportunities to key management is a competitive practice<br><br>**Bankruptcy** – common to adopt a restructuring related incentive program (such as KEIPs) | Such plans temporarily offset the lost wealth creation opportunity resulting from the absence of equity and further align management with key stakeholder interests<br><br>Tribune is currently contemplating adoption of a milestone driven program and is gathering input from key constituencies prior to seeking court approval |

Mercer                                                                                                                                                                                                          3

# History of the Tribune Compensation Programs

- Consistent with market practice, total compensation for Tribune management has historically been comprised of base, bonus and long-term incentives

- Programs were intended to attract and incentivize top quality talent that could contribute to the long-term success of the company by providing performance based compensation that links rewards to achievement of critical financial and strategic objectives

| | Historical Design & Payout | Current Difficulty |
|---|---|---|
| **Management Incentive Plan ("MIP")** | <ul><li>The objective of Tribune's MIP is to reward and **incentivize employee contribution to recognized business success**</li><li>Funding is based primarily on achievement of predetermined financial goals with additional operating goals for some business units and a discretionary component based on achievement and other case-specific considerations<ul><li>Goals typically established first quarter of the performance period</li><li>2008 company wide goals were based on LBO bank plan<ul><li>Business unit goals were linked to business plan for LBO set forth in the fall of 2007 and were used as the basis for determining appropriate plan funding</li></ul></li></ul></li><li>Target awards (as a percent of base salary) vary by job, level, and employee historical performance</li><li>Individual awards were the result of an iterative process, reflecting manager assessment of performance and contribution</li></ul> | <ul><li>*Regarding the Plan(s):*<ul><li>Actual total cash compensation likely to be well below the market due to below target payouts</li></ul></li><li>*Regarding Employees:*<ul><li>**Plan could be perceived as having no value** if goals are not adjusted to reflect current business performance expectations</li></ul></li><li>*Regarding the Company:*<ul><li>Tribune needs to **continue the practices of rewarding and incentivizing top contributing employees** for strong individual or business unit performance</li></ul></li></ul> |

- Tribune has a long-standing practice of awarding both annual and long-term incentives to MIP participants, however, very few received equity awards in 2008, and the outstanding awards are assumed to have no value

# Background – Historical Tribune Plan Design

**Funding**

- While MIP funding is based primarily on achievement of financial goals, the plan provides for discretionary funding based on attainment of strategic and operational objectives as well as individual goals

- Determination of awards is an iterative process:
  - Preliminary funding is based on achievement of goals at the business unit level and an assumed pool of discretionary awards (40%)
  - Discretionary recommendations based on manager assessment provide a "bottoms up" perspective on appropriate funding
  - Recommendations are reviewed at the business unit and division level and compared with financial and operational results relative to business plan to ensure appropriate spend relative to results achieved and available funding



| Goals Achieved | Bonus Pool Earned |
|---|---|
| Below MIP | Discretionary |
| Minimum | 40% |
| Target | 100% |
| Maximum | 200% |

Target Bonus  ×  [table above]  =  Total Bonus Pool  →  Ind Participant Bonus (Allocation based on goals and discretion)

- The Compensation Committee approved discretionary payouts above funded levels in each of the last 5 years (2003-2007) for business units that fell short of goals to recognize achievement of objectives intended to "maximize revenue opportunities and aggressively manage resources"

## Background – Historical Tribune Plan Design (cont'd)

**2008 Goal Setting**

- Original intention for 2008 was to link MIP goals to LBO Bank Plan

- Goals are typically approved by the Compensation Committee in February of the performance period, but were not finalized in 2008 due to precipitous decline in revenue

- Management relied on the company's prior practice of paying bonuses on a discretionary basis and communicated informally that discretionary bonuses were being accrued and would be allocated on the basis of meeting critical income and expense objectives

**2008 Goals and Performance**

- Management responded by taking significant steps to mitigate large declines in revenues, implementing a broad array of initiatives resulting in considerable cost savings and improved incremental cash flows, including:

    – Strategic initiatives expected to generate approximately $425 million of incremental operating cash flow on an annualized basis

    – Execution of more than $1 billion in transactions and financial initiatives

# 2008 Proposed MIP Payouts

# Overview of Proposed 2008 MIP Awards

## Total Awards

- Proposal is for a bonus pool of approximately $12.2 million to 670 people
    - Median bonus of approximately $9,500
    - 84% of all bonus payouts are less than $30,000
    - The pool of bonuses as a percentage of target for each segment reflects performance relative to LBO Bank Plan and, other applicable objectives

REDACTED

| Segment | Payout* |
|---|---|
| Corporate | 30% |

*Debtors only; excludes Top 10*

## Competitive Position

- Mercer benchmarked a representative sample of MIP eligible positions (86 in all) and found compensation is generally at or below-market median

- Without the proposed payout, total compensation for the benchmark positions falls to 47% of median target market total compensation
    - Even with the payouts, total compensation remains below market, at 59% of market median

Mercer

8

# Appendix

Methodology

## 2009 – Competitive Market Analysis

In order to assess the appropriate level of awards under the plan, Mercer benchmarked compensation for key positions, using the following approach

- The Tribune's benchmark positions were matched to the market on the basis of primary job responsibilities, with consideration given to internal job complexity and reporting relationships, as confirmed with the Tribune

- Survey data was collected from compensation surveys in the media industry
  - Towers Perrin U.S. CDB Media Database 2008 Report (see following page for list of participants)
  - Economic Resource Institute - Executive Comp. Assessor
  - Revenue scope varied depending on business unit

- Towers Perrin Media Database is the industry leading survey for publishing and broadcasting organizations
  - The 2008 study is the 30th annual release of compensation data for media companies, and includes specific cuts of data for publishing and broadcasting roles (television, radio and internet)

- Revenues for participating organizations range from $20 million to over $40 billion, with median reported revenues of approximately $1.1 billion
  - Tribune revenues fall at the 75th percentile of participant revenues (~$4.3 billion)

- Market data was customized to the individual position as follows:
  - Regressed at the appropriate revenue size (e.g. $4.6 billion for newspaper positions and $3 billion for corporate)
    - In most cases, this reflects data for companies reporting revenues of greater than $3 billion
    - In some cases, revenue was combined with other scope measures (e.g. circulation for newspaper positions)
  - Matched to appropriate industry (publishing data was used for newspaper positions and television data was used for broadcast positions)

Mercer                                                                                                              10

Methodology

## 2009 – Competitive Market Analysis

Companies against whom Tribune was compared include the following companies from their peer group

| Company Name | Sub-Industry | 2009 Proj. Sales | 2008 Sales |
|---|---|---|---|
| Gannett Co | Publishing | $4,500 | $6,768 |
| Thomson-Reuters Corp | Publishing | $13,260 | $11,707 |
| Cc Media Holdings Inc | Broadcasting & Cable TV | $5,743 | $6,689 |
| Cablevision Sys Corp | Broadcasting & Cable TV | $6,911 | $7,230 |
| Washington Post | Publishing | $4,623 | $4,462 |
| New York Times Co | Publishing | $2,643 | $2,949 |
| EW Scripps | Publishing | $818 | $1,002 |
| Mcclatchy Co | Publishing | $1,829 | $1,900 |
| Lee Enterprises Inc | Publishing | $944 | $1,029 |
| Meredith Corp | Publishing | $1,459 | $1,587 |

- For a complete list of other survey participants, that may not have met the industry and revenue specific selection criteria specified by Mercer, are listed on the following page

Mercer    11

## 2009 – Competitive Market Analysis
Towers Perrin US CDB Media Database – Survey Participants (102 Participants)

Methodology

| | | | |
|---|---|---|---|
| AAA of Science | Forum Communications - WDAY | Metro-Goldwyn-Mayer | Sony Pictures Entertainment |
| AARP | Fox Networks Group | Moody's | State Farm Insurance |
| ABC | Freedom Communications | Morgan Murphy Stations - WISC | String Letter Publishing |
| Advance Publications | Getty Images | MTV Networks | Sunbeam Television |
| Allbritton Communications - KATV | Google | National CineMedia | - WHDH |
| Allbritton - KTUL | Guideposts | National Geographic Society | Swift Newspapers |
| ALM | Harris Enterprises | NBC Universal | Division Americas |
| American Express Publishing | HBO | | Time |
| Boy Scouts of America | Hearst | Novus Print Media Network | Time Warner |
| Cablevision Systems | Hearst-Argyle Television | Paramount Pictures | Time Warner Cable |
| Capitol Broadcasting - WRAL | Houghton Mifflin | Pearson Education | Tribune |
| Cedar Rapids TV - KCRG | Hubbard Broadcasting | Reader's Digest | Turner Broadcasting |
| Charter Communications | IAC/InterActive | Reed Business Information | Twentieth Century Fox |
| Christian Science Publishing | Idearc Media | Reed Elsevier | Twin Cities Public Television - |
| Society | John Wiley & Sons | Reed Exhibitions | TPT |
| Cox Enterprises | Journal Broadcast Group | R.R. Donnelley | Univision Communications |
| Discovery Communications | KCTS Television | Sarkes Tarzian - KTVN | Viacom |
| Dispatch Broadcast Group - WBNS | Kiplinger | Sarkes Tarzian - WRCB | Voyager Learning Company |
| Dow Jones | Landmark Communications - | Scholastic | Vulcan |
| DreamWorks Animation | WTVF | Schurz - KYTV | Walt Disney |
| Elsevier Science | LexisNexis | Schurz - WAGT | Warner Bros. |
| Evening Post Publishing - KOAA | Lions Gate Entertainment | Showtime | Warner Music Group |
| Farm Progress Companies | McGraw-Hill | Sinclair Broadcast Group | Wolters Kluwer US |
| Fisher Communications | | Sirius Satellite Radio | Wray Edwin - KTBS |
| | | | Yahoo! |
| | | | Young Broadcasting - KRON |

Methodology

## 2009 – Competitive Market Analysis

- Mercer compared Tribune's compensation to market data, as follows:

| Compensation Elements | Tribune | Published Survey Data [1] |
|---|---|---|
| Base Salary | Current Base Salary | Base Salary, Unaged (effective 03/01/2008) |
| Short-term Incentives | Target MIP [2] (100% of current opportunity) | 2008 Annual Incentives (for 2007 performance) |
| Total Cash Compensation | Current Base + Target MIP | Base salary + Annual Incentives |
| Long-term Incentives | --- | Target LTI, discounted by 20% [3] |
| Total Direct Compensation | Current Base + Target MIP | Market TCC + LTI (with 20% discount) |

(1) Survey data is effective as of March, 2008
(2) Target MIP is assumed at 100% of 2008 opportunity; we also compared the proposed total cash to market, based on actual individual bonus recommendations
(3) Derived from Mercer's 2008 Long-term Incentive survey; a 20% discount was applied to the regression LTI values to account for anticipated decreases in LTI awards

Mercer

## 2008 Bonus Payout Analysis
## 2009 proxies

- Eight of nine companies that have released proxies paid 2008 bonuses to at least some named executive officers
  - The CEO of the Washington Post declined his 2008 bonus, however, other executives were awarded bonuses of 20-25% of target
- The Tribune proposed payout of 38% of target overall falls within the range of awards paid by other media companies (ranging from 20% of target opportunity to over 100%)

| Company name | 2009 Proxy filed? | 2008 Bonus | Payout as a % of Target | Comments |
|---|---|---|---|---|
| CC MEDIA HOLDINGS INC | N | | | |
| GANNETT CO | Y | Y | n/a | Targets not disclosed, bonuses were approximately 50% of 2007 levels |
| NEW YORK TIMES CO | Y | Y | 41-65% | |
| WASHINGTON POST | Y | Y | 19-24% | CEO requested not to receive bonus |
| CABLEVISION SYS CORP | Y | Y | 123% | All NEOs received payouts above target |
| MCCLATCHY CO | Y | N | 0% | No targets disclosed, no bonuses paid out |
| EW SCRIPPS | Y | Y | 20-35% | Payouts for executives in the surviving EW Scripps company only |
| THOMSON-REUTERS CORP | Y | Y | 96-102% | Excludes compensation for closing Thomson-Reuters merger |
| LEE ENTERPRISES INC | Y | Y | 20-28% | CEO did not receive a bonus due to missed financial goals |
| MEREDITH CORP | Y | Y | 54-116% | CFO resigned March 13, 2008, and is not considered in this analysis |
| Prevalance | | 8 of 9 * | | |

* Prevalence based on the nine companies that filed proxies as of 4/10/2009

- Bonus Payout Analysis consists of all named executive officers (NEOs) for peer companies with available fiscal year 2008 information

*Source: Proxy Statements for Fiscal Year 2008*

Mercer

14