# EXHIBIT "A"

698.001-26199

## EXHIBIT "A" – SUMMARY SHEET

April 1, 2009 through and including April 30, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 26.50 | $15,767.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 34.60 | $18,165.00 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 35.50 | $13,312.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 42.40 | $15,688.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 15.40 | $4,235.00 |
| Cynthia E. Moh | Associate; admitted DE 2007 | May, 2007 | $250.00 | 8.70 | $2,175.00 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | 2.10 | $420.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 35.40 | $7,080.00 |
| Cathy A. Adams | Paralegal | N/A | $180.00 | .20 | $36.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | .80 | $144.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 1.60 | $200.00 |
| | | | **Total** | 203.20 | $77,223.00 |

**Blended Rate: $380.03**

698.001-26199