# EXHIBIT "B"

698.001-26199

**Landis Rath & Cobb LLP**
**919 Market Street, Suite 1800**
**PO Box 2087**
**Wilmington, DE 19899**
**(302) 467-4400**
**Federal Tax ID 04-3762200**

Official Committee of Unsecured Creditors                        May 28, 2009
                                                    Account No:   698-001
                                                    Statement No:      9442

Tribune Company, et al. bankruptcy

### Fees through 04/30/2009

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 04/29/2009 AGL | B120 | A101 | emails to and from debtors re: motion to shorten and cw motion (.2); review same (.5); emails to and from Rath, Moh, Parikh, Butcher re: hearing and conference call coverage re: same (.2) | 0.90 | 535.50 |
| RLB | B120 | A101 | Begin review of motion to shorten notice re: cw motion | 0.40 | 150.00 |
| 04/30/2009 DBR | B120 | A101 | review motion of debtors to enter into station affiliation agreements and related agreements and motion to shorten notice re: same (.7); confer with M. Parikh re: summary of same (.4); e-mails to/from Landis, Butcher, Parikh & Moh re: same (.2) | 1.30 | 682.50 |
| MVG | B120 | A101 | Multiple discussions w/F. Panchak re: Debtors' scheduled claims & identification as to respective Debtor | 0.20 | 40.00 |
| MAP | B120 | A103 | Review and analyze Debtors' CW Motion, CW's Joinder to same, and Debtors' Motion to Shorten (.6); draft outline and summary of same (.9); brief discussion w Rath re: same (.4) | 1.90 | 522.50 |
| | | | **B120 - Business Operations** | **4.70** | **1,930.50** |
| 04/01/2009 FAP | B122 | A101 | Briefly review February monthly operating report | 0.10 | 20.00 |
| FAP | B122 | A101 | Monitor Intralinks, review and distribute 4/2/09 agenda and Moelis weekly report | 0.10 | 20.00 |
| 04/02/2009 FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| FAP | B122 | A101 | Briefly review AlixPartners' weekly update and Moelis' Cubs' update and distribute | 0.10 | 20.00 |
| 04/03/2009 FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| FAP | B122 | A101 | Monitor Intralinks, review and distribute updated court calendar and contact list | 0.20 | 40.00 |
| FAP | B122 | A101 | Update critical dates memo (.3) and distribute same (.1) | 0.40 | 80.00 |
| FAP | B122 | A101 | Review notice of withdrawal of Sony Picture's motion for payment of admin claim | 0.10 | 20.00 |
| FAP | B122 | A101 | Review notice of Alvarez & Marsal second monthly fee application; update critical dates | 0.10 | 20.00 |
| FAP | B122 | A101 | Review notice of motion to provide remaining medical benefits to terminated employees; update critical dates | 0.10 | 20.00 |

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
|  | FAP | B122 A101 | File maintenance and organization of pleadings | 0.10 | 20.00 |
| 04/06/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review LIT Finance notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review notice of filing further proposed DIP over and revised page to receivables loan agreement | 0.10 | 20.00 |
|  | FAP | B122 A101 | Email exchanges with M. McGuire and correspondence to D. Coleman re: order establishing bar dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of rescheduled hearing time for 4/30/09 hearing; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review 3/26/08 committee mtg. minutes and distribute | 0.10 | 20.00 |
| 04/07/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of agenda for 4/9/09 hearing; update critical dates with continued matters | 0.20 | 40.00 |
|  | FAP | B122 A101 | Briefly review order authorizing to file certain fee letters under seal | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review order granting second motion to continue medical benefits | 0.10 | 20.00 |
|  | FAP | B122 A101 | File maintenance and organization of pleadings | 0.20 | 40.00 |
|  | MVG | B122 A101 | Confer w/F. Panchak re: vacation case coverage | 0.10 | 20.00 |
| 04/08/2009 | MVG | B122 A101 | Review 4/9 Amended Agenda & e-mail attorneys re: hearing cancellation | 0.10 | 20.00 |
|  | MVG | B122 A101 | Review & circulate Order Approving Amendments to Securitization Facility | 0.10 | 20.00 |
| 04/09/2009 | MVG | B122 A101 | Confer w/A. Landis re: cancellation of weekly Committee conference call | 0.10 | 20.00 |
| 04/13/2009 | MVG | B122 A101 | E-mail to Landis, McGuire & Panchak re: recently-filed pleadings | 0.10 | 20.00 |
|  | MVG | B122 A101 | Retrieve Intra Links posting of Dept. of Labor ESOP investigation | 0.10 | 20.00 |
|  | MVG | B122 A101 | Review Debtors' Motion to Extend Deadline to Comply w/Sec. 345 | 0.10 | 20.00 |
|  | MVG | B122 A101 | Retrieve & briefly review Jenner & Block Supplemental Retention App. | 0.10 | 20.00 |
|  | MVG | B122 A101 | Retrieve & briefly review Mercer Retention App. | 0.10 | 20.00 |
| 04/14/2009 | FAP | B122 A101 | Review updated docket for pleadings filed from 4/8/09 through 4/13/09 | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Sidley Austin second monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Lazard Freres first monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of motion for further extension to comply with 345 requirements; update critical dates | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|
|  | FAP | B122 A101 | Review notice of Jenner Block's supplemental retention application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Mercer retention application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review third supplement to motion for additional time to file financial reports; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Gutman motion for relief from stay; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Update critical dates memorandum (.3) and distribute (.1) | 0.40 | 80.00 |
|  | FAP | B122 A101 | Review Sodexo notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review K Associates notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review and distribute 4/2/09 committee meeting minutes and supplement | 0.10 | 20.00 |
|  | FAP | B122 A101 | Briefly review and distribute Moelis' weekly update | 0.10 | 20.00 |
|  | MVG | B122 A101 | Confer w/F. Panchak re: recent case activity | 0.10 | 20.00 |
| 04/15/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Cole Schotz first monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review Intralinks and distribute weekly agenda and financial advisors' report | 0.10 | 20.00 |
| 04/16/2009 | FAP | B122 A101 | Review/respond to  A. Landis, N. Pernick and D. Deutsch email exchanges re: hearing dates and matters going forward (.1); review critical dates and call to debtors' para to confirm rescheduled hearing dates (.1) | 0.20 | 40.00 |
|  | FAP | B122 A101 | Review and distribute reports for 4/16 committee call | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review numerous notices of debtors' professionals' first interim fee applications and update critical dates | 0.30 | 60.00 |
|  | FAP | B122 A101 | Review notice of Cole Schotz second monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Update critical dates with rescheduled 5/26 hearing and matters going forward | 0.10 | 20.00 |
|  | FAP | B122 A101 | File maintenance and organization of pleadings | 0.20 | 40.00 |
|  | FAP | B122 A101 | Review Orlando Magic notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 04/17/2009 | FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review notice of Navistar motion for relief from stay; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 A101 | Review amended schedules for various debtors | 0.80 | 160.00 |
|  | FAP | B122 A101 | Review Intralinks 4/16/09 court calendar | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| LR | B122 A101 | Prepare binder for D. Rath re: Background Documents re: | | 0.50 | 90.00 |
| 04/20/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of Paul Hastings first interim fee application; update critical dates | | 0.10 | 20.00 |
| FAP | B122 A101 | Update critical dates memo (.2) and distribute (.1) | | 0.30 | 60.00 |
| FAP | B122 A101 | Briefly review and distribute memo regarding Gutman Motion for Relief from Stay | | 0.10 | 20.00 |
| FAP | B122 A101 | Update 2002 and fee application service list with Cole Schotz new address | | 0.10 | 20.00 |
| 04/21/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Telephone call with H. Lamb re: critical dates calendar | | 0.10 | 20.00 |
| 04/22/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of agenda for 4/24/09 hearing | | 0.10 | 20.00 |
| FAP | B122 A101 | Review Agfa withdrawal of appearance; update 2002 service list | | 0.10 | 20.00 |
| FAP | B122 A101 | Review Taubman Landlords' notice of appearance; update 2002 service list | | 0.10 | 20.00 |
| 04/23/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of motion to pay certain 2008 incentive plans; update critical dates | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of motion to seal 2008 incentive plan; update critical dates | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of motion to pay certain severance plans and refund benefits; update critical dates | | 0.10 | 20.00 |
| FAP | B122 A101 | File maintenance and organization of pleadings | | 0.20 | 40.00 |
| FAP | B122 A101 | Review amended agenda for 4/24/09 hearing | | 0.10 | 20.00 |
| 04/24/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Review order authorizing medical benefits to terminate employees | | 0.10 | 20.00 |
| FAP | B122 A101 | Review order extending exclusivity; update critical dates | | 0.10 | 20.00 |
| 04/27/2009 FAP | B122 A101 | Review updated docket; email to A. Landis and M. McGuire | | 0.10 | 20.00 |
| FAP | B122 A101 | Review notice of Reed Smith's first interim fee application; update critical dates | | 0.10 | 20.00 |
| FAP | B122 A101 | Briefly review and distribute 4/2/09 committee minute meetings, 4/23 court calendar and updated contact list | | 0.20 | 40.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B122 | A101 | briefly review AlixPartners' and Moelis weekly reports and distribute | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Update critical dates memo (.2) and distribute (.1) | 0.30 | 60.00 |
|  | FAP | B122 | A101 | Retrieve and distribute to C. Moh amended notice of committee appointment and order establish bar date | 0.10 | 20.00 |
| 04/28/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of agenda for 4/30/09 hearing | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Reed Smith's second monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review order further extending time for debtors to comply with 345 requirements; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Jenner Block's monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Sidley Austin's third monthly fee application; update critical dates | 0.10 | 20.00 |
| 04/29/2009 | FAP | B122 | A101 | Briefly review March monthly operating report | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Telephone call with Debtors' counsel para re: revision to 4/30/09 agenda for committee's joinder to debtors' objection to Gutman Stay Motion | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Monitor Intralinks, retrieve and distribute 4/30/09 committee call agenda and related materials | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| 04/30/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review amended agenda for 4/30/09 hearing | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Alvarez & Marsal third monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review final cash management order; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review motion to authorize postpetition station affiliation with The CW Network and related pleadings | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Begin compiling schedules and amended schedules | 2.80 | 560.00 |
|  |  |  |  | **B122 - Case Administration** | ----- 16.00 | -------- 3,190.00 |
| 04/21/2009 | AGL | B126 | A101 | emails to and from chadbourne, committee and individual members re: debtors motion to pay incentive payments to insiders, non-insiders | 0.90 | 535.50 |
|  |  |  |  | **B126 - Employ Benefits/Pension** | ---- 0.90 | ------ 535.50 |
| 04/07/2009 | DBR | B133 | A101 | prepare for and participate in conference call with Chadbourne counsel | 0.90 | 472.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | AGL | B133 | A101 | calls with Lemay (.2) and emails to and from Lemay and Hall re: lbo issues and investigation (.3); conferences with Mcguire and Rath re: same (.2); review and analyze research re: Morgan, Merrill, Citi (1.4) | 2.10 | 1,249.50 |
| | MBM | B133 | A101 | review SEC filings re: LBO transaction (3.6); emails with Landis re: same (.3); prepare memorandum to Landis and Rath re: same (1.9) | 5.80 | 2,146.00 |
| | MBM | B133 | A101 | emails with Landis and Rath re: LBO investigation issues | 0.50 | 185.00 |
| | RLB | B133 | A101 | Review background information re LBO transaction. | 0.80 | 300.00 |
| | DBR | B133 | A101 | Emails to/from Landis and Mcguire re: LBO (.5); begin review and analysis of information re: same and of Merger agreement (1.1) | 1.60 | 840.00 |
| 04/08/2009 | DBR | B133 | A101 | review and analyze summary from McGuire re: LBO (.3); prepare for conference call with Landis and Hall re: same (1.2); conference call with Hall re: LBO investigation (.5); consult with Landis, Butcher and McGuire re: above | 2.50 | 1,312.50 |
| | AGL | B133 | A101 | prepare for (.4) and attend (.5) call with T. Hall re: lbo investigation; discussions with Landis, McGuire and Butcher re: same (.5) | 1.40 | 833.00 |
| | MBM | B133 | A101 | further analyze proxy materials (1.8); prepare further memorandum re: LBO transaction (1.2); discussions with Landis, Rath and Butcher re: LBO (.5) | 3.50 | 1,295.00 |
| | RLB | B133 | A101 | Review and analyze summary of LBO transaction with Tesop (.9)  Discussion of LBO transaction re: informal document requests with Landis, McGuire and Butcher (.5) | 1.40 | 525.00 |
| 04/13/2009 | AGL | B133 | A101 | emails to/from Lemay and Hall re: lbo investigation issues (.4); review and analyze letter to vrc re: discovery (.5); emails to/from McGuire re: LBO (.2) | 1.10 | 654.50 |
| 04/15/2009 | MBM | B133 | A101 | emails to/from Landis re: LBO investigation | 0.20 | 74.00 |
| | RLB | B133 | A101 | Review SEC documents (1.4), timelines (.5) and deal analysis documents (.7) in preparation for LBO investigation | 2.60 | 975.00 |
| | DBR | B133 | A101 | Emails to/from Landis re: LBO background materials (.2); review timeline and related documents re: same (1.2) | 1.40 | 735.00 |
| | AGL | B133 | A101 | Emails to/from Rath re: LBO background | 0.20 | 119.00 |
| 04/16/2009 | AGL | B133 | A101 | conference with mcguire and butcher re: LBO discovery issues | 0.40 | 238.00 |
| | RLB | B133 | A101 | Review and analyze summary memo re: LBO transaction.(1.0)   Review document requests.(.9)   Begin drafting document requests to financial advisors (.4)   Discussions with Landis and McGuire re: document requests (.4) Begin review and analysis of merger agreement/opinion letters (1.0) | 3.70 | 1,387.50 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | MBM | B133 | A101 | review of merger documents (1.9); conferences with Landis and Butcher re: investigation plan (.4) | 2.30 | 851.00 |
| 04/17/2009 | DBR | B133 | A101 | begin review and analysis of deal outline, registration documents, merger agreement and opinion letters (1.1); telephone call with Butcher re: status of assignment (.3) | 1.40 | 735.00 |
|  | RLB | B133 | A101 | Telephone call with Rath re: status of document requests | 0.30 | 112.50 |
| 04/20/2009 | DBR | B133 | A101 | discussions with Butcher, McGuire and Landis re: discovery plan | 0.70 | 367.50 |
|  | AGL | B133 | A101 | review and analyze documents re: Morgan, Merrill involvement in transaction (1.2); conference with Rath, Butcher, Mcguire re: discovery plan (.7) | 1.90 | 1,130.50 |
|  | MBM | B133 | A101 | review and analyze proxy materials re: LBO transaction (1.9); review of transaction timeline (.9); review of discovery material re: investigation (1.1); conference with Butcher re: discovery planning (.5); conference with Landis, Rath and Butcher re: same (.4) | 4.80 | 1,776.00 |
|  | MAP | B133 | A101 | review email from McGuire re: LBO research assignments (.2); emails and telephone calls to/from Moh re: same (.2) | 0.40 | 110.00 |
|  | RLB | B133 | A101 | Discuss informal discovery plan with MBM (.5) prepare for (.3) and meet with DBR, AGL and MBM re: plan for informal discovery and investigation of financial advisors (.7)  Begin drafting instructions and definitions for informal discovery requests (.6)  Review of additional merger documents re: parties to serve with requests (.8) | 2.90 | 1,087.50 |
|  | CEM | B133 | A101 | review email from McGuire re: LBO research (.2); emails and telephone calls to/from Parikh re: same (.2) | 0.40 | 100.00 |
| 04/21/2009 | CEM | B133 | A101 | Review public filings to aid in drafting discovery requests. | 7.50 | 1,875.00 |
|  | MBM | B133 | A101 | review and analysis of LBO transaction (3.6); prepare discovery re: same (2.7) | 6.30 | 2,331.00 |
| 04/22/2009 | MBM | B133 | A101 | review and analyze merger documents (1.9); conference with Buthcer re: Morgan & Merrill document requests (1.0) prepare discovery to Merrill Lynch re: same (3.9); conference with Landis and Butcher re: discovery status (.2) | 7.00 | 2,590.00 |
|  | DBR | B133 | A101 | confer with Butcher re: production requests and contact points for subpoenas (.2); review and analyze background information re: same (1.2) | 1.40 | 735.00 |
|  | AGL | B133 | A101 | conference with butcher, mcguire re: discovery issues, status of requests | 0.20 | 119.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A101 | Review documents and opinion letters re: informal document requests (1.2) Draft document requests to Morgan Stanley as advisor to Special Committee (2.8) Discuss research re: contacts with Moh (.2) Meet with McGuire re: revisions to informal document requests to Morgan Stanley and Merrill Lynch as advisor to Tribune Board (1.0)  Revise and edit Morgan Stanley and Merrill Lynch informal document requests re: ESOP LBO (1.3)  Discuss informal requests and contact issues with Rath (.2) and with Landis and McGuire (.2) | 6.90 | 2,587.50 |
| 04/23/2009 | DBR | B133 | A101 | review and revise document requests (1.5); conference with Butcher re: same (.5); continue review and analysis of background materials (1.5) | 3.50 | 1,837.50 |
|  | RLB | B133 | A101 | Review material re: CitiGroup involvement in LBO for document requests (1.3); Research re: Morgan Stanley and Merrill Lynch contacts for document requests re: ESOP LBO (.9);  Discuss contact issue with AGL (.1) | 2.30 | 862.50 |
|  | AGL | B133 | A101 | Conference with Butcher re: Morgan & Merrill contacts | 0.10 | 59.50 |
| 04/24/2009 | DBR | B133 | A101 | Continue to review and analyze materials related to requests for information (1.2); review memo re: Merrill issues (.3); analyze and evaluate strategy issues for subpoena issuance (.6); conference with Landis re: same (.2) | 2.30 | 1,207.50 |
|  | AGL | B133 | A101 | call with Lemay re: lbo investigation issues (.4); emails to and from rath, butcher re: same and presentation for 4/30 meeting (.3); begin preparation for same (.6); conference with Rath re: subpoena issuance (.2) | 1.50 | 892.50 |
|  | RLB | B133 | A101 | E-mails re: limitation on Merrill investigation (.6); Begin outline of Merrill document requests summary (.4); Review other document requests forwarded to investigation targets for additional subjects (.9);  Draft memo re: determination of service parties for discovery requests (.8); Discuss service issue with Rath (.2) | 2.90 | 1,087.50 |
| 04/27/2009 | RLB | B133 | A101 | Summarize discovery requests in preparation for call with Committee (2.0) Research re: Citigroup role in ESOP LBO (1.2) | 3.20 | 1,200.00 |
|  | DBR | B133 | A101 | Continue reviewing and analyzing materials relating to investigation of advisors | 4.00 | 2,100.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 04/28/2009 | DBR | B133 A101 | review and revise memos relating to LBO investigation (1.2); continue to review and analyze materials relating to investigation and document production (1.1); prepare for and participate on conference call re: investigation status (1.0); confer with Landis and Butcher re: same (.5) | 3.50 | 1,837.50 |
|  | RLB | B133 A101 | Discuss committee call resolutions re: LBO investigation with Rath and Landis (.5)  Review and revise discovery requests (.7)  Research Citi documents for service parties for informal requests (.8) | 2.00 | 750.00 |
| 04/29/2009 | DBR | B133 A101 | Analyze and evaluate issues re: investigation of professional advisors (2.0); preparation for committee conference call re: same (2.3); communications with Landis (.3) and Butcher re: same (.2) | 4.80 | 2,520.00 |
|  | AGL | B133 A101 | prepare for (.7) and attend (.5) call with seife, primoff re: lbo investigation as to professional advisors; post call wrap with seife (.1); conferences with butcher re: discovery to merrill, scope of chadbourne discovery, scope of lrc discovery (.3); review lrc and chadbourne merrill discovery and memos re: same (.9); conference with Rath re: investigation of advisors (.5) | 3.00 | 1,785.00 |
|  | RLB | B133 A101 | Discuss memo re: potential claims against Merrill with DBR (.2); Draft memo summarizing Merrill's role and potential claims (.9); Revise memo re: additional claims (.6); Review Merrill requests for additional information requests, instructions and definitions (.6); and summarize (.9) to expand on prior requests; conference with Landis re: Merrill and Scope of LRC and Chadbourne discovery (.3) | 3.50 | 1,312.50 |
| 04/30/2009 | DBR | B133 A101 | Review and analyze document requests to Merrill (.8); confer with butcher re: same (.3); correspond with co-counsel re: same (.3) | 1.40 | 735.00 |
|  | LR | B133 A101 | Draft letter from D. Rath to Thomas Whayne-Morgan Stanley & Co. Inc. re: request for production of documents | 0.30 | 54.00 |
|  | RLB | B133 A101 | Review discovery directed to alternate targets of investigation (.8); Research re: current officers and alternate service parties (.6); Review and revise draft letters to Morgan Stanley re: document requests (.4); Revise discovery requests (.5); confer with Rath re: Merrill document requests (.3) | 2.60 | 975.00 |
|  |  |  | **B133-LBO & Related Trans** | **115.40** | **49,065.00** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|---|
| 04/06/2009 | FAP | B134 | A101 | Review committee's calendar to confirm matters going forward on 4/9/09 hearing (.1); call to debtors' para and email exchanges with M. McGuire re: same (.1) | | 0.20 | 40.00 |
|  | FAP | B134 | A101 | Retrieve pleadings going forward on 4/9/09 in preparation of compiling hearing binders | | 0.30 | 60.00 |
|  | AGL | B134 | A101 | emails to/from Deutsch and McGuire re: 4/10/09 | | 0.20 | 119.00 |
|  | MBM | B134 | A101 | emails to/from Deutsch and Landis re: 4/10 hearing (.2); review docket re: same (.3); calls to/from Stickles re: same (.3) | | 0.80 | 296.00 |
| 04/08/2009 | AGL | B134 | A101 | emails to/from Stickles re: hearing status (.2); emails to and from Lemay and Deutsch re: same (.2) | | 0.40 | 238.00 |
| 04/13/2009 | CAA | B134 | A101 | Emails to/from M. McGuire re: status of 4/14 hearing (.1); Phone call to paralegal at Cole Schotz re: status of same (.1) | | 0.20 | 36.00 |
| 04/15/2009 | AGL | B134 | A101 | emails to/from Deutsch and Pernick re: upcoming hearings, scheduling matters | | 0.30 | 178.50 |
| 04/17/2009 | FAP | B134 | A101 | Review notice of rescheduled 5/26 hearing | | 0.10 | 20.00 |
| 04/29/2009 | FAP | B134 | A101 | Discussion with A. Landis and M. Parikh re: matters going forward on 4/30/09 hearing (.1); retrieve related pleadings for hearing file (.1) | | 0.20 | 40.00 |
|  | MAP | B134 | A103 | Review emails to/from Landis re: 4/30 hearing coverage (.1); discussion with Panchak re: 4/30/09 hearing (.1) | | 0.20 | 55.00 |
|  | AGL | B134 | A101 | Emails to/from Parikh re: 4/30/09 hearing | | 0.20 | 119.00 |
| 04/30/2009 | DBR | B134 | A101 | prepare for and participate in hearing re: motion to shorten notice re: affiliation agreements (.8); confer with counsel re: same (.6) | | 1.40 | 735.00 |
|  |  |  |  | **B134 - Hearings** | | **4.50** | **1,936.50** |
| 04/02/2009 | FAP | B136 | A101 | Correspondence to L. Cooper re: fee/expense detail for Dec/Jan and Feb. 2009 invoices | | 0.10 | 20.00 |
| 04/03/2009 | FAP | B136 | A101 | Begin draft of LRC's first interim fee application | | 0.50 | 100.00 |
| 04/06/2009 | FAP | B136 | A101 | Continue draft of LRC's first interim fee application | | 0.20 | 40.00 |
| 04/15/2009 | FAP | B136 | A101 | Email exchanges with A. Landis and M. McGuire re: responses to second monthly fee application | | 0.10 | 20.00 |
|  | FAP | B136 | A101 | Draft notice of LRC's first interim application | | 0.20 | 40.00 |
|  | FAP | B136 | A101 | Review/revise March prebills | | 0.50 | 100.00 |
|  | FAP | B136 | A101 | File and coordinate service of LRC's first interim fee application | | 0.40 | 80.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | | Hours | |
|---|---|---|---|---|---|---|
| 04/16/2009 | FAP | B136 A101 | Draft Certificate of No Objection to LRC's second monthly fee application | | 0.10 | 20.00 |
| | FAP | B136 A101 | File and coordinate service of Certificate of No Objection to LRC's second monthly fee application | | 0.20 | 40.00 |
| 04/21/2009 | FAP | B136 A101 | Discussions with M. Parikh and M. McGuire re: March prebills and LRC draft third monthly fee application | | 0.10 | 20.00 |
| 04/26/2009 | MAP | B136 A103 | Review and revise prebill to LRC 3rd Monthly Fee App (.7); begin drafting LRC 3rd Monthly Fee App (2.1) | | 2.80 | 770.00 |
| 04/27/2009 | FAP | B136 A101 | Email exchanges with M. Parikh re: status of LRC's third monthly fee application | | 0.10 | 20.00 |
| | CL | B136 A101 | Edits to LRC march 2009 invoice | | 0.50 | 62.50 |
| | FAP | B136 A101 | Discussions with M. Parikh re: March prebill | | 0.10 | 20.00 |
| | CL | B136 A101 | Finalize LRC March 2009 invoice for filing | | 1.10 | 137.50 |
| | FAP | B136 A101 | Further discussions with M. Parikh re: revisions to LRC's third monthly fee application | | 0.10 | 20.00 |
| | FAP | B136 A101 | Draft notice of LRC's third monthly fee application | | 0.10 | 20.00 |
| | AGL | B136 A101 | review and revise LRC 3rd Monthly Fee Application (.3); conferences with Parikh and Panchak re: same (.1) | | 0.40 | 238.00 |
| | FAP | B136 A101 | Conferences with Landis and Parikh re: filing and edits to LRC 3rd Monthly Fee Application (.1); file and coordinate service of LRC's third monthly fee application (.3) | | 0.40 | 80.00 |
| | FAP | B136 A101 | Email to L. Cooper re: fee/expense detail for LRC's third monthly fee application | | 0.10 | 20.00 |
| | MAP | B136 A103 | Email to Panchak re: status of LRC 3rd Monthly Fee App (.1); discussion w Lewicki re: revisions to prebill (.2); continue revising prebill (.9); continue drafting LRC 3rd monthly fee app (2.4); prepare Exhibits to same (.3); discussion with Landis re: revisions to same (.1); revise LRC 3rd Monthly Fee App per edits from Landis (.4); revisions to same and confer with Panchak re: filing (.1). | | 4.50 | 1,237.50 |
| | | | **B136 - LRC Ret. & Fee Matters** | | **12.60** | **3,105.50** |
| 04/01/2009 | AGL | B138 A101 | conference call with debtors' professionals in advance of committee meeting re: agenda issues and updates from debtors | | 0.40 | 238.00 |
| 04/02/2009 | AGL | B138 A101 | attend committee conference call re: agenda for 4/2 committee meeting | | 1.40 | 833.00 |
| 04/07/2009 | MBM | B138 A101 | participate in weekly status call with Committee professionals | | 0.70 | 259.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| 04/13/2009 | AGL | B138 A101 | review and analyze agenda and documents in preparation for 4.14 professionals' meeting | 0.30 | 178.50 |
| 04/14/2009 | AGL | B138 A101 | attend professionals' call re: agenda item update, prep for committee call | 0.70 | 416.50 |
| 04/15/2009 | AGL | B138 A101 | attend meeting with debtors' and committee attorneys re: agenda items in advance of committee meeting | 0.80 | 476.00 |
|  | MBM | B138 A101 | participate in call with committee and debtor professionals | 0.80 | 296.00 |
|  | MBM | B138 A101 | Review and analyze research re: LBO transaction in preparation for committee meeting (2.3) | 2.30 | 851.00 |
| 04/16/2009 | MBM | B138 A101 | prepare for and attend weekly committee meeting re: case status | 2.50 | 925.00 |
|  | AGL | B138 A101 | prepare for (.2) and attend (2.3) committee conference call re: agenda items listed | 2.50 | 1,487.50 |
| 04/17/2009 | AGL | B138 A101 | research trade creditors for possible replacement of vertis | 0.90 | 535.50 |
| 04/21/2009 | AGL | B138 A101 | emails to/from porter and debtors' counsel re: agenda for weekly meeting | 0.20 | 119.00 |
|  | MBM | B138 A101 | call with committee professionals re: case status | 0.60 | 222.00 |
| 04/22/2009 | AGL | B138 A101 | attend weekly call with debtors' professionals re: agenda items for 4/22 meeting | 0.50 | 297.50 |
| 04/28/2009 | AGL | B138 A101 | prepare for (.1) and attend (.5) professionals call re: agenda items for committee call on 4/29 | 0.60 | 357.00 |
| 04/29/2009 | AGL | B138 A101 | review agenda for committee-debtor professionals' call (.1); attend call re: agenda and additional items listed (.5) | 0.60 | 357.00 |
| 04/30/2009 | DBR | B138 A101 | prepare for (.4) and participate in creditors committee meeting (1.8); confer with Landis re: same (.3) | 2.50 | 1,312.50 |
|  | MAP | B138 A103 | Attend regularly scheduled teleconference of Committee members | 1.80 | 495.00 |
|  | MAP | B138 A103 | Draft summary of issues raised in committee members' teleconference re: CW motion and email same to Landis | 0.70 | 192.50 |
|  |  |  | B138 - Creditors' Cmte Mtgs | 20.80 | 9,848.50 |
| 04/06/2009 | MBM | B140 A101 | call with D. Coleman re: retiree issues | 0.50 | 185.00 |
| 04/07/2009 | FAP | B140 A101 | Telephone call from B. Feyak re: unpaid invoices and proof of claim for same; email to McGuire | 0.10 | 20.00 |
| 04/24/2009 | FAP | B140 A101 | Telephone call re: creditor inquiry | 0.10 | 20.00 |

Page: 13
May 28, 2009
Account No:  698-001
Statement No:     9442

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                              | Hours |          |
|------------|-----|------|------|----------------------------------------------------------------------------------------------|-------|----------|
| 04/28/2009 | FAP | B140 | A101 | Telephone call re: creditor inquiry regarding rescheduled 341 meeting                        | 0.10  | 20.00    |
|            | AGL | B140 | A101 | emails to/from Moh re: response to bondholder inquiry                                         | 0.20  | 119.00   |
| 04/29/2009 | AGL | B140 | A101 | emails to/from Panchak, Mcguire and Moh re: creditor inquiries re: bar date and other matters (specific and general), how to respond and related issues | 0.50  | 297.50   |
|            | FAP | B140 | A101 | Review creditor inquiry email; discussion and email exchanges with A. Landis re: same        | 0.20  | 40.00    |
|            | CEM | B140 | A101 | Emails to/from Landis re: Bondholder inquiry                                                  | 0.20  | 50.00    |
|            | MBM | B140 | A101 | Emails to/from Landis, Panchack, & Moh re: creditor inquiries                                 | 0.50  | 185.00   |
|            | CEM | B140 | A101 | Emails to/from Landis, Panchack, & McGuire re: creditor inquiries                             | 0.50  | 125.00   |
|            | FAP | B140 | A101 | Emails to/from Landis, McGuire & Moh re: creditor inquiries                                   | 0.50  | 100.00   |
| 04/30/2009 | FAP | B140 | A101 | Call with claims agent re: clarification of scheduled claim for R. Scowcroft                  | 0.20  | 40.00    |
|            | FAP | B140 | A101 | Email exchange with C. Moh re: Scowcroft inquiry (.1); review schedules (.1)                  | 0.20  | 40.00    |
|            | CEM | B140 | A101 | Emails to/from Panchak re: Scowcroft inquiry                                                  | 0.10  | 25.00    |
|            |     |      |      | **B140 - Creditor Inquiries**                                                                | 3.90  | 1,266.50 |
| 04/03/2009 | FAP | B144 | A101 | Email exchanges with H. Lamb re: confirm filing date for April fee applications              | 0.10  | 20.00    |
|            | AGL | B144 | A101 | emails to and from deutsch re: fee examiner timing issues                                     | 0.10  | 59.50    |
| 04/04/2009 | AGL | B144 | A101 | emails to and from Deutsch (.2) and call with deutsch (.3) re: fee examiner timing issues     | 0.50  | 297.50   |
| 04/06/2009 | FAP | B144 | A101 | Email exchanges with V. Patel re: Moelis' first monthly fee application                       | 0.10  | 20.00    |
| 04/07/2009 | FAP | B144 | A101 | Email exchanges with V. Patel re: first monthly fee application                              | 0.10  | 20.00    |
|            | MBM | B144 | A101 | calls with Moelis re: fee application issues (.4); emails re: same (.2)                       | 0.60  | 222.00   |
| 04/14/2009 | FAP | B144 | A101 | Email exchanges and calls with H. Lamb re: hearing date and objection deadline for first interim fee applications | 0.10  | 20.00    |
|            | FAP | B144 | A101 | Call with debtors' counsel re: hearing date for first interim fee applications               | 0.10  | 20.00    |
|            | FAP | B144 | A101 | Email exchanges with H. Lamb re: notice provision for interim fee application                | 0.10  | 20.00    |
|            | FAP | B144 | A101 | Review Moelis' group and M. McGuire email exchanges re: draft monthly and interim fee applications | 0.10  | 20.00    |
|            | MBM | B144 | A101 | review of 1st and 2nd Moelis fee applications (.9); emails with Moelis re: same (.4)          | 1.30  | 481.00   |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/15/2009 | FAP | B144 | A101 | Review first and second monthly fee applications and first interim application of Moelis' (.8); discussions with M. McGuire re: revisions to same (.2); email exchanges with E. Glucoft and V. Patel re: same (.2) | 1.20 | 240.00 |
|  | FAP | B144 | A101 | Email exchanges with H. Seife, D. Deutsch and D. LeMay re: second monthly applications of Chadbourne and committee members | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Draft notice of Chadbourne's first interim application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Follow-up telephone call with V. Patel re: monthly and interim applications | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Telephone call with A. Leung re: first interim fee application; email exchanges re: same | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Call with L. Cooper re: fee examiner process | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Telephone call with V. Patel re: fee examiner process | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Draft notice of Moelis' first monthly fee application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft notice of Moelis' second monthly fee application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft notice of Moelis' first interim fee application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft notice of AlixPartners' first interim fee application | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Discussion with A. Landis and M. McGuire re: fee examiner process (.1) follow-up email (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Email to A. Leung re: order appointing fee examiner | 0.10 | 20.00 |
|  | FAP | B144 | A101 | File and coordinate service of Chadbourne's first interim fee application | 0.40 | 80.00 |
|  | FAP | B144 | A101 | File and coordinate service of AlixPartners' first interim fee application | 0.40 | 80.00 |
|  | FAP | B144 | A101 | Further emails and telephone calls with V. Patel re: timing for filing applications | 0.10 | 20.00 |
|  | AGL | B144 | A101 | conferences with Panchak re: fee examiner issues, timing (.2); emails to and from Deutsch re: same (.3 | 0.50 | 297.50 |
| 04/16/2009 | FAP | B144 | A101 | Email exchanges with H. Lamb re: notification of filing Chadbourne's first interim | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Email exchanges with A. Leung re: notification of filing Alix's first interim | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Prepare affidavit of service for committee professionals' interim fee applications (.1); file same (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft Certificate of No Objection to Chadbourne's second monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Draft Certificate of No Objection to committee members' second monthly application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Multiple email exchanges with V. Patel re: Moelis' first, second and interim applications (.2); review and compile same for filing (.3) | 0.50 | 100.00 |
|  | FAP | B144 | A101 | Revise notices for Moelis' monthly and interim applications | 0.20 | 40.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| | FAP | B144 A101 | File and coordinate service of Moelis first and second monthly fee applications | 0.80 | 160.00 |
| | FAP | B144 A101 | File and coordinate service of Moelis' first interim fee application | 0.40 | 80.00 |
| | FAP | B144 A101 | Email exchanges with V. Patel re: notification of filing Moelis applications and fee examiner requirements for fee/expense detail | 0.10 | 20.00 |
| | FAP | B144 A101 | Prepare affidavit of service for Moelis' monthly applications (.1); file same (.1) | 0.20 | 40.00 |
| | FAP | B144 A101 | Prepare affidavit of service for Moelis' first interim application (.1); file same (.1) | 0.20 | 40.00 |
| | FAP | B144 A101 | File and coordinate service of Certificate of No Objection to Chadbourne's second monthly fee application | 0.20 | 40.00 |
| | FAP | B144 A101 | File and coordinate service of Certificate of No Objection to Members' second monthly application | 0.20 | 40.00 |
| | FAP | B144 A101 | Email exchanges with H. Lamb re: notification of filing Certificates of No Objection to second monthly applications | 0.10 | 20.00 |
| | MBM | B144 A101 | review and file Moeils 1st, 2nd and interim fee applications | 0.70 | 259.00 |
| 04/17/2009 | FAP | B144 A101 | Email exchanges with A. Leung re: confirm filing deadlines for monthly and interim fee applications | 0.10 | 20.00 |
| | FAP | B144 A101 | Email exchanges with H. Lamb and J. McClelland re: update debtors' contact for service of fee applications (.1); update service list (.1) | 0.20 | 40.00 |
| | FAP | B144 A101 | Prepare: affidavit of service for Certificate of No Objection for committee professionals' second monthly fee applications (.1); file same (.1) | 0.20 | 40.00 |
| 04/21/2009 | FAP | B144 A101 | Email exchanges with A. Leung, A. Landis and M. McGuire re: informal responses to AlixPartners' second monthly fee application (.1); draft certificate of no objection (.1) | 0.20 | 40.00 |
| | FAP | B144 A101 | Begin draft of committee members' third monthly application | 0.20 | 40.00 |
| | AGL | B144 A101 | emails to and from Panchak, alix re: informal objections to alix fee application | 0.20 | 119.00 |
| 04/22/2009 | FAP | B144 A101 | Prepare affidavit of service for Certificate of No Objection to AlixPartners' second monthly fee application | 0.10 | 20.00 |
| | FAP | B144 A101 | File and serve Certificate of No Objection to AlixPartners' second monthly fee application (.4); correspondence to/from A. Holz and A. Leung re: same (.1) | 0.50 | 100.00 |
| 04/24/2009 | FAP | B144 A101 | Email exchanges with V. Patel re: third monthly fee application | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 04/27/2009 | FAP | B144 | A101 | Email exchanges with V. Patel re: updated exhibits to Moelis' third monthly application and confirmation of filing date | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Email exchanges with A. Leung re: draft third monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Telephone call with H. Lamb re: committee members' and Chadbourne's third monthly applications | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Finalize committee members' third monthly application | 0.60 | 120.00 |
|  | FAP | B144 | A101 | Prepare notice of committee members' third monthly application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Further email exchanges with A. Leung re: Alix Partners' third monthly application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Briefly review and compile Chadbourne's third monthly fee application and finalize for filing | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Draft notice of Chadbourne's third monthly fee application | 0.10 | 20.00 |
|  | AGL | B144 | A101 | review and prepare for filing and service fee applications and related notices for committee members (.2) and chadbourne and parke (.2) | 0.40 | 238.00 |
|  | FAP | B144 | A101 | File and coordinate service of Chadbourne's third monthly fee application | 0.40 | 80.00 |
|  | FAP | B144 | A101 | File and coordinate service of committee members' third monthly application | 0.30 | 60.00 |
|  | FAP | B144 | A101 | Correspondence to H. Lamb re: notification of filing professionals' third monthly fee applications | 0.10 | 20.00 |
|  | MAP | B144 | A101 | Review emails bw Panchak and Patel Re: exhibits to Moelis March fee app | 0.10 | 27.50 |
| 04/28/2009 | FAP | B144 | A101 | Prepare affidavit of service for committee professional's third monthly fee applications (.1); file same (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A101 | Prepare notice of AlixPartners' third monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Prepare notice of Moelis' third monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | email exchanges with A. Leung re: AlixPartners' third monthly fee application | 0.10 | 20.00 |
| 04/29/2009 | FAP | B144 | A101 | Email exchanges with A. Leung AlixPartners' finalized third monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Email exchanges with V. Patel re: Moelis' revised/finalized third monthly fee application and clarification of examiner's requirements | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Revise notice of Moelis' third monthly fee application (.1); download, review and prepare for filing Moelis' third monthly fee application | 0.40 | 80.00 |
|  | FAP | B144 | A101 | Review notice of AlixPartners' third monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A101 | Review, revise and compile AlixPartners' third monthly fee application in preparation of filing | 0.30 | 60.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  | Hours |  |
|---|---|---|---|---|---|
| FAP | B144 | A101 | File and coordinate service of Moelis' third monthly fee application (.4); correspondence to V. Patel re: same (.1) | 0.50 | 100.00 |
| FAP | B144 | A101 | File and coordinate service of AlixPartners' third monthly fee application (.4); correspondence to A. Leung re: same (.1) | 0.50 | 100.00 |
| FAP | B144 | A101 | Prepare: affidavit of service for Moelis' and AlixPartners' third monthly applications (.1); file same (.1) | 0.20 | 40.00 |
|  |  |  | **B144 - Non-LRC Ret. & Fee Matt** | **19.30** | **4,981.00** |
| 04/21/2009 MBM | B150 | A101 | review joinder to Guttman stay relief motion (.3); emails and calls with Bradshaw re: same (.4) | 0.70 | 259.00 |
| MAP | B150 | A101 | review email from Bradshaw re: Committee's joinder to Debtors' Objection to Gutman's Lift Stay Motion (.1); briefly review draft of joinder (.1); discussion and emails with McGuire re: same (.2); review docket and discuss same with McGuire (.1); telephone calls and emails to/from Stickles re: response deadline (.3) | 0.80 | 220.00 |
| 04/22/2009 MAP | B150 | A101 | emails to/from Stickles re: Debtors' draft objection to Gutman's lift stay motion (.2); forward same to Chardbourne (.1) | 0.30 | 82.50 |
| 04/23/2009 MAP | B150 | A101 | emails to/from Bradshaw re: Joinder to Debtors' Objection to Gutman's stay relief motion (.2); discussions w/ Girrello re: filing of same (.4); review Joinder and make minor revisions (.2); email and telephone calls to/from Stickles re: timing of filing same (.2); discussion with DLS re: filing of same (.1); review emails between Girello and DLS re: filing of same (.2); telephone calls from Stickles re: filing of same (.2); telephone call to DLS re: filing Joinder (.1); review filing confirmation and forward same to Chadbourne (.1); emails to/from Bradshaw re: response deadline (.2). | 1.90 | 522.50 |
| MVG | B150 | A101 | Confer w/M. Parikh re: Committee Joinder to Debtors' Objection to Gutman Stay Relief Motion (.4); review & revise draft Joinder (.1); call & e-mails w/Anita at DLS re: filing of Joinder (.1); subsequent e-mail from Anita at DLS re: confirmation of filing (.2) | 0.80 | 160.00 |
| 04/24/2009 FAP | B150 | A101 | Review email exchanges with M.Parikh and M. Girello re: filing of joinder to debtors' objection to Gutman stay motion and follow-up discussion with  M. Girello | 0.20 | 40.00 |

Official Committee of Unsecured Creditors                                                May 28, 2009
                                                                                   Account No:  698-001
                                                                                   Statement No:     9442
Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| FAP | B150 | A101 | Serve joinder to debtors' objection to Gutman stay motion (.1); prepare affidavit of service (.1); file same (.1) | 0.30 | 60.00 |
| MVG | B150 | A101 | Confer w/F. Panchak re: filing/service of Committee Joinder to Debtors' Objection to Gutman Stay Relief Motion | 0.10 | 20.00 |
| | | | **B150 - Relief from Stay** | **5.10** | **1,364.00** |
| | | | **For Current Services Rendered** | **203.20** | **77,223.00** |

Official Committee of Unsecured Creditors

May 28, 2009
Account No:   698-001
Statement No:     9442

Tribune Company, et al. bankruptcy

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Adam G. Landis | 26.50 | $595.00 | $15,767.50 |
| Daniel B. Rath | 34.60 | 525.00 | 18,165.00 |
| Rebecca L. Butcher | 35.50 | 375.00 | 13,312.50 |
| Cathy A. Adams | 0.20 | 180.00 | 36.00 |
| Linda M. Rogers | 0.80 | 180.00 | 144.00 |
| Matthew B. McGuire | 42.40 | 370.00 | 15,688.00 |
| Michael V. Girello, Jr. | 2.10 | 200.00 | 420.00 |
| Cassandra Lewicki | 1.60 | 125.00 | 200.00 |
| Mona A. Parikh | 15.40 | 275.00 | 4,235.00 |
| Frances A. Panchak | 35.40 | 200.00 | 7,080.00 |
| Cynthia E. Moh | 8.70 | 250.00 | 2,175.00 |
| **TOTAL** | **203.20** | | **$77,223.00** |

Official Committee of Unsecured Creditors

May 28, 2009
Account No:   698-001
Statement No:      9442

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

| | | Fees | Hours |
|---|---|---|---|
| B120 | Business Operations | $1,930.50 | 4.70 |
| B122 | Case Administration | 3,190.00 | 16.00 |
| B126 | Employee Benefits/Pensions | 535.50 | 0.90 |
| B133 | LBO and Related Transactions | 49,065.00 | 115.40 |
| B134 | Hearings | 1,936.50 | 4.50 |
| B136 | LRC Retention & Fee Matters | 3,105.50 | 12.60 |
| B138 | Creditors' Committee Meetings/Communications | 9,848.50 | 20.80 |
| B140 | Creditor Inquiries | 1,266.50 | 3.90 |
| B144 | Non-LRC Retention & Fee Matters | 4,981.00 | 19.30 |
| B150 | Relief from Stay/Adequate Protection Proceedings | 1,364.00 | 5.10 |
| **TOTAL** | | **$77,223.00** | **203.20** |

698.001-26622.DOC