# EXHIBIT "C"

698.001-26199

```
Official Committee of Unsecured Creditors                        May 28, 2009
                                                          Account No:  698-001
                                                          Statement No:    9442
Tribune Company, et al. bankruptcy
```

## Expenses

| | |
|---|---:|
| Postage | 27.15 |
| Copying | 250.10 |
| Courier Fees | 654.30 |
| Outside Duplication Services | 1,173.59 |
| Electronic Filing - PACER | 270.40 |
| US Postage | 410.22 |
| Professional Consultant Fees | 2,803.00 |
| **Total Expenses Thru 04/30/2009** | **5,588.76** |

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|

**Entry Date 04/08/2009**
| 698.001 | 04/07/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 3.60 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | | Billable | 3.60 | Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Entry Date 04/08/2009**     Billable     3.60

**Entry Date 04/09/2009**
| 698.001 | 04/09/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 0.90 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | | Billable | 0.90 | Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Entry Date 04/09/2009**     Billable     0.90

**Entry Date 04/17/2009**
| 698.001 | 04/15/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 10.60 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 37.20 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 10.70 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | | Billable | 58.50 | Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Entry Date 04/17/2009**     Billable     58.50

**Entry Date 04/21/2009**
| 698.001 | 04/15/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 10.60 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 37.20 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 10.70 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/17/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 15.10 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | | Billable | 73.60 | Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Entry Date 04/21/2009**     Billable     73.60

**Entry Date 04/24/2009**
| 698.001 | 04/22/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 2.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 04/22/2009 | AGL | U | 2 | B100 | E101 | 0.100 | 4.60 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | | Billable | 6.60 | Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Entry Date 04/24/2009**     Billable     6.60

**Entry Date 04/27/2009**
| 698.001 | 03/30/2009 | AGL | U | 3 | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30070<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/31/2009 | AGL | U | 0 | B100 | E208 | | 2.80 | Electronic Filing PACER-Advance PACER Service Center<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/31/2009 | AGL | U | 0 | B100 | E208 | | 263.36 | Electronic Filing PACER-Advance PACER Service Center<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 03/31/2009 | AGL | U | 0 | B100 | E208 | | 4.24 | Electronic Filing PACER-Advance PACER Service Center |

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Entry Date 04/27/2009** | | | | | | | | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/22/2009 | AGL | U | 4 | B100　E108 | | 4.15 | Postage  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/24/2009 | AGL | U | 2 | B100　E101 | 0.100 | 2.70 | Copying  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/24/2009 | AGL | U | 2 | B100　E101 | 0.100 | 30.80 | Copying  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | Billable | 344.05 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Entry Date 04/27/2009** | | | | | | **Billable** | **344.05** | |
| **Entry Date 04/29/2009** | | | | | | | | |
| 698.001 | 04/15/2009 | AGL | U | 0 | B100　E211 | | 567.53 | Outside printing - Advance Digital Legal Services, LLC - 48973  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/15/2009 | AGL | U | 0 | B100　E210 | | 203.50 | US Postage # Digital Legal Services, LLC - 48973  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 0 | B100　E211 | | 201.14 | Outside printing - Advance Digital Legal Services, LLC - 48978  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 0 | B100　E210 | | 124.02 | US Postage # Digital Legal Services, LLC - 48978  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 0 | B100　E211 | | 88.14 | Outside printing - Advance Digital Legal Services, LLC - 48979  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 0 | B100　E210 | | 19.80 | US Postage # Digital Legal Services, LLC - 48979  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/27/2009 | AGL | U | 2 | B100　E101 | 0.100 | 53.40 | Copying  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/28/2009 | AGL | U | 2 | B100　E101 | 0.100 | 1.20 | Copying  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | Billable | 1,258.73 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Entry Date 04/29/2009** | | | | | | **Billable** | **1,258.73** | |
| **Entry Date 04/30/2009** | | | | | | | | |
| 698.001 | 04/29/2009 | AGL | U | 2 | B100　E101 | 0.100 | 18.80 | Copying  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | Billable | 18.80 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Entry Date 04/30/2009** | | | | | | **Billable** | **18.80** | |
| **Entry Date 05/01/2009** | | | | | | | | |
| 698.001 | 04/30/2009 | AGL | U | 4 | B100　E108 | | 23.00 | Postage  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| | Subtotal for Client ID 698.001 | | | | | Billable | 23.00 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Entry Date 05/01/2009** | | | | | | **Billable** | **23.00** | |
| **Entry Date 05/11/2009** | | | | | | | | |
| 698.001 | 03/31/2009 | AGL | U | 0 | B100　E123 | | 2,803.00 | Other professionals Kurtzman Carson Consultants LLC - consulting services 3/1 - 3/31  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 3 | B100　E216 | | 175.50 | Courier Fee - Advance TriState Courier & Carriage - 30195  Official Committee of Unsecured Creditors |

| Client | Trans Date | Tmkr | H P | C T | Tcode/ Task Code | | Rate | Amount | |
|---|---|---|---|---|---|---|---|---|---|

**Entry Date 05/11/2009**

| | | | | | | | | | Tribune Company, et al. bankruptcy |
|---|---|---|---|---|---|---|---|---|---|
| 698.001 | 04/16/2009 | AGL | U | 3 | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 30195 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 3 | B100 | E216 | | 279.00 | Courier Fee - Advance TriState Courier & Carriage - 30195 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/16/2009 | AGL | U | 3 | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30195 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/17/2009 | AGL | U | 3 | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 30195 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/22/2009 | AGL | U | 3 | B100 | E216 | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30261 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/24/2009 | AGL | U | 3 | B100 | E216 | | 5.00 | Courier Fee - Advance TriState Courier & Carriage - 30261 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/27/2009 | AGL | U | 0 | B100 | E211 | | 234.29 | Outside printing - Advance Digital Legal Services, LLC - 49124 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/27/2009 | AGL | U | 0 | B100 | E210 | | 38.15 | US Postage # Digital Legal Services, LLC - 49124 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/29/2009 | AGL | U | 0 | B100 | E211 | | 82.49 | Outside printing - Advance Digital Legal Services, LLC - 49146 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/29/2009 | AGL | U | 0 | B100 | E210 | | 24.75 | US Postage # Digital Legal Services, LLC - 49146 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |

| Subtotal for Client ID 698.001 | | Billable | 3,738.98 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
|---|---|---|---|---|
| **Total for Entry Date 05/11/2009** | | **Billable** | **3,738.98** | |

**Entry Date 05/27/2009**

| 698.001 | 04/27/2009 | AGL | U | 3 | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30335 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |
| 698.001 | 04/29/2009 | AGL | U | 3 | B100 | E216 | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30335 |
| | | | | | | | | | Official Committee of Unsecured Creditors |
| | | | | | | | | | Tribune Company, et al. bankruptcy |

| Subtotal for Client ID 698.001 | | Billable | 62.00 | Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
|---|---|---|---|---|
| **Total for Entry Date 05/27/2009** | | **Billable** | **62.00** | |

**GRAND TOTALS**

| | Billable | 5,588.76 |
|---|---|---|