**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtor. | ) | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer and Devon J. Eggert of the law firm of Freeborn & Peters LLP appear as counsel to Mercer (US) Inc. ("Mercer") in the above-captioned, procedurally consolidated chapter 11 cases (the "*Bankruptcy Cases*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, and 9010, and section 342 and 1109(b) of the Bankruptcy Code, Mercer hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Cases, and all papers served or required to be served in this bankruptcy

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3 167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (381 1); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (02 19); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times international, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, [,LC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company ( 1634); ValuMail, Inc. (9512); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LU: (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPLX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

proceeding or in any related adversary proceeding be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in these Bankruptcy Cases:

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: 312-360-6000
Facsimile: 312-360-6995
ahammer@freebornpeters.com
deggert@freebornpeters.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that: (a) affect or seek to affect in any way any rights or interests of any unsecured creditor or party-in-interest in these Bankruptcy Cases, with respect to, without limitation Tribune Company, et al. and its affiliated debtor entities (collectively, the "*Debtors*"); (ii) property of the Debtors' estates or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery or any property, payment, or other conduct by unsecured creditors of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that Mercer intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (a) the right of Mercer to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (b) the right of Mercer to trial by jury in any proceedings so triable in these Bankruptcy Cases or any case, controversy, or proceeding related to these Bankruptcy Cases; (c) the right of Mercer to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs, or recoupments to which Mercer is or may be entitled.

Dated: May 29, 2009					Mercer (US) Inc.

             By: <u>/s/ Aaron L. Hammer</u>
                One of Its Attorneys

              Aaron L. Hammer, Esq. (IL No. 6243069)
              Devon J. Eggert, Esq. (IL No. 6289425)
              FREEBORN & PETERS LLP
              311 South Wacker Drive, Suite 3000
              Chicago, Illinois 60606
              Telephone: 312.360.6000
              Facsimile: 312.360.6571

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Friday, May 29, 2009, I served this Notice of Appearance and Request for Service of Documents electronically through the CM/ECF system upon the Parties listed on the attached Electronic Mail Notice List and by U.S. mail to those listed on the attached U.S. Mail Service List.

/s/ Aaron L. Hammer

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Frank A. Anderson   anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis   taskounis@askounisdarcy.com
- John M. August   jaugust@herrick.com, courtnotices@herrick.com
- Zachary J. Bancroft   zachary.bancroft@lowndes-law.com
- Ian Connor Bifferato   cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- William Pierce Bowden   wbowden@ashby-geddes.com
- Gary A Bresee   gbresee@bargerwolen.com, jrogers@bargerwolen.com
- William R. Brodzinski   wbrodzinski@mrvlaw.com
- Glenn A. Brown   glenn.brown@realworldlaw.com
- William E. Callahan, Jr.   william.callahan@leclairryan.com, kim.doss-knicely@leclairryan.com
- Paul J. Catanese   pcatanese@mcguirewoods.com
- William E. Chipman   chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com
- Shawn M. Christianson   schristianson@buchalter.com, cmcintire@buchalter.com
- Tiffany Strelow Cobb   tscobb@vorys.com, cdfricke@vorys.com
- Kevin G. Collins   kcollins@bifferato.com
- Mark D. Collins   collins@RLF.com, rbgroup@rlf.com
- Andrew S. Conway   Aconway@taubman.com
- Robert L. Cook   robert_cook@tax.state.ny.us
- L. Jason Cornell   jcornell@foxrothschild.com, dkemp@foxrothschild.com;vfrew@foxrothschild.com
- Angie M. Cowan   cowan@ask-attorneys.com
- John D. Demmy   jdd@stevenslee.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Caroline R. Djang   crd@jmbm.com
- Thomas F. Driscoll   tdriscoll@bifferato.com
- Michael E. Emrich   notice@regencap.com
- Margaret Fleming England   mengland@eckertseamans.com
- Brian G. Esders   besders@abato.com
- Justin Cory Falgowski   jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Sherry Ruggiero Fallon   sfallon@trplaw.com

- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com
- John V. Fiorella    jfiorella@archerlaw.com
- Heather Marie Fossen Forrest    hforrest@jw.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
- Gregg M. Galardi    debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com
- Patrick Theodore Garvey    garveyp@jbltd.com, danelskis@jbltd.com
- Yonatan Gelblum    yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Scott Golden    sagolden@hhlaw.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- Michael A. Henry    mhenry@grossmcginley.com
- Christine Zuehlke Heri    heri-christine@dol.gov, sol-chi@dol.gov
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    adamh@drapgold.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, bankruptcy@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;svandyk@beneschlaw.com
- Joseph H. Huston    jhh@stevenslee.com
- Ericka Fredricks Johnson    erjohnson@wcsr.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- William M. Kelleher    wkelleher@gfmlaw.com
- Bryan Krakauer    bkrakauer@sidley.com
- Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com
- Neil Raymond Lapinski    nrl@elliottgreenleaf.com
- George T. Lees, III    glees@rawle.com
- Robert W. Mallard    mallard.robert@dorsey.com
- Julie A. Manning    bankruptcy@goodwin.com
- Katharine L. Mayer    kmayer@mccarter.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Rachel B. Mersky    rmersky@monlaw.com
- George R. Mesires    george.mesires@bfkn.com
- Maria Ann Milano    mmilano@riddellwilliams.com
- Curtis S. Miller    cmiller@mnat.com
- Cynthia E. Moh    moh@lrclaw.com, girello@lrclaw.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Sheryl L. Moreau    deecf@dor.mo.gov
- Adam Scott Moskowitz    asmcapital@aol.com
- Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com

- Jami B. Nimeroff    jnimeroff@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    parikh@lrclaw.com, dero@lrclaw.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com
- Dana S. Plon    dplon@sirlinlaw.com
- Leigh-Anne M. Raport    raportl@pepperlaw.com, WLBANK@pepperlaw.com;lanoc@pepperlaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Frederick Brian Rosner    frosner@mrs-law.com, frosner@mrs-law.com
- Sommer Leigh Ross    slross@duanemorris.com
- Elaine M Seid    emseid@mstpartners.com
- Joseph Emil Shickich    jshickich@riddellwilliams.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- Wayne M. Smith    wayne.smith@warnerbros.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- James E. Sorenson    jsorenson@wggdlaw.com, bk@wggdlaw.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- Judy D. Thompson    jdthompson@poynerspruill.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Pamela K. Webster    pwebster@buchalter.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- William Douglas White    wdw@mccarthywhite.com
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
- Jeffrey C. Wisler    jwisler@cblh.com
- Etta Rena Wolfe    erw@skfdelaware.com
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com

## U.S. Mail Service List

Frank A. Anderson
Pension Benefit Guaranty Corporation
1200 K Street N.W.
Suite 340
Washington, DC 20005

Thomas V. Askounis
Askounis & Darcy. PC
401 North Michigan Ave
Suite 550
Chicago, IL

John M. August
Herrick, Feinstein LLP
One Gateway Center
22nd Floor
Newark, NJ 07102

Corey smith Bott
Abato Rubenstein and Abato, PA
809 Gleneagles Court
Suite 320
Baltimore, MD 21286

William Pierce Bowden
Ashby & Geddes
500 Delaware Avenue
8th Floor, P.O. Box 1150
Wilmington, DE 19899

Gary A Bresee
Barger & Wolen LLP
650 California Street
9th floor
San Francisco, CA 94108

Ronald K. Brown
Law Office of Ronald K. Brown, Jr.
901 Dove Street
Suite 120
Newport Beach, CA 92660

Paul J. Catanese
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, DC 20005-4026

Zachary J. Bancroft
Lowndes, Drosdick, Doster, Kantor & Reed
450 South Orange Ave.
Suite 250
Orlando, FL 32801

Ian Connor Bifferato
Bifferato LLC
800 N. King Street
First Floor
Wilmington, DE 19801

C B Blackard
301 E Dave Ward Drive
P.O. Box 2000
Conway, AR 72033-2000

William R. Brodzinski
Mulherin, Rehfeldt & Varchello, P.C.
211 South Wheaton Avenue
Suite 200
Wheaton, IL 60187

Glenn A. Brown
Real World Law, P.C.
6774 Market St.
Upper Darby, PA 19082

William E. Callahan, Jr.
LeClair Ryan, A Professional Corporation
1800 Wachovia Tower
Drawer 1200
Roanoke, VA 24006-1200

William E. Chipman, Jr.
Landis Rath & Cobb LLC
919 North Market Street
Suite 1800

Shawn M. Christianson
Buchalter Nemer, P.C.
333 Market Street, 25th Floor
San Francisco, CA 94105-2130

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Andrew S. Conway
The Taubman Company
Suite 300
200 East Long Lake Road
Bloomfield Hills, MI 48304

Robert L. Cook
Office of Counsel, New York State
333 East Washington St., 3rd floor
Syracuse, NY 13202

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Michael E. Emrich
Reverside Claims LLC
P.O. Box 626
Planetarium Station
New York, NY 10024

Margaret Fleming England
Eckert Seamans Cherin & Mellot, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801

Sherry Ruggiero Fallon
Tybout, Redfearn & Pell

Wilmington, DE 19801

Mark D. Collins
Richards Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

Timothy J. Conklin
Foster & Buick
2040 Aberdeen Court
Sycamore, IL 60178

L. Jason Cornell
Fox Rothschild LLP
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Angie M. Cowan
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, IL 60606

John D. Demmy, Esq
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE

Caroline R. Djang
Jeffers,Mangels,Butler & Marmaro LLP
1900 Avenue of the stars 7th floor
Los Angles, CA 90067

Brian G. Esders
Abato Rubenstein and Abato P.A.
809 Gleneagles Court
Suite 320
Baltimore, MD 21286

Justin Cory Falgowski
Reed Smith LLP
1201 North Market Street
Suite 1500
Wilmington, DE 19801

Mark E. Felger
Cozen O'Connor

750 Shipyard Drive, Suite 400
P.O. Box 2092
Wilmington, DE 19899

Adolph F. Fellmeth
The Schmerling Group
261 Old York Road
Suite 514
Jenkintown, PA 19046

Heather Marie Fossen Forrest
Jackson Walker L.L.P.
901 Main Street
Suite 6000
Dallas, TX 75202

Yonatan Gelblum
U.S. Department of Justice Tax Division
P.O.Box 227
Washington, DC 20044

Scott Golden
Hogan & Hartson LLP
875 Third Avenua
New York, NY 10022

Donald L. Gouge, Jr.
Donald L. Gouge, Jr., LLC
800 King Street
Suite 303
P.O. Box 1674
Wilmington, DE 19899

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060

Christine Zuehlke Heri
U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn, Rm 844
Chicago, IL 60604

Joseph H. Huston, Jr.
Stevens & Lee

1201 N. Market Street, Ste 1400
Wilmington, DE 19801

John V. Fiorella
Archer & Greiner
300 Delaware Avenue
Suite 1370
Wilmington, DE 19801

Joseph D. Frank
Frank / Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60654

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603

Douglas R. Gonzales
Weiss Serota Helfman
200 E. Broward Blvd
Suite 1900
Fort lauderdale, FL 33301

Robert L Hanley, Jr
Nolan, Plumhoff & Williams, Chtd
Suite 700- Nottingham Centre
502 Washington Ave
Towson, MD 21204

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899

Adam Hiller
Draper & Goldberg, PLLC
1500 North French Street
2nd Floor
Wilmington, DE

Jennifer R. Hoover
Benesch Friedlander Coplan & Aronoff LLP

| | |
|---|---|
| 1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 | 222 Delaware Ave.<br>Suite 801<br>Wilmington, DE 19801 |
| Ericka Fredricks Johnson<br>Womble Carlyle Sandridge & Rice, PLLC<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, DE 19801 | Susan E. Kaufman<br>Cooch and Taylor, P.A.<br>1000 West Street<br>10th Floor<br>Wilmington, DE 19801 |
| William M. Kelleher<br>Gordon Fournaris & Mammarella<br>1925 Lovering Avenue<br>Wilmington, DE 19806 | Bryan Krakauer<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 |
| Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801 | Neil Raymond Lapinski<br>Elliott Greenleaf<br>1105 North Market Street<br>Suite 1700<br>P.O. Box 2327<br>Wilmington, DE 19899 |
| George T. Lees, III<br>Rawle & Henderson, LLP<br>300 Delaware Ave.<br>Suite 1015<br>P.O. Box 588<br>Wilmington, DE | Joshua G. Losardo<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 |
| Robert W. Mallard<br>Dorsey & Whitney LLP<br>1105 North Market Street<br>Suite 1600<br>Wilmington, DE 19801 | Maria Ann Milano<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 |
| Katharine L. Mayer<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801 | Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, DE 19899 |
| Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110 | Michelle McMahon<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 |
| Rachel B. Mersky | George R. Mesires |

Monzack Mersky McLaughlin & Browder, PA
1201 N. Orange Street
Suite 400
Wilmington, DE 19801

Curtis S. Miller
Morris Nichols Arsht & Tunnell
1201 N. Market St.
Wilmington, DE 19801

Kenneth Miller
Ervin Cohen & Jessup, LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Cynthia E. Moh
Landis Rath & Cobb LLP
919 North Market Street
Suite 1800
Wilmington, DE 19801

Kerri K Mumford
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Ramona Neal
11311 Chinden Boulevard
Mailstop 314
Boise, ID 83714-0021

Dana S. Plon
Sirlin Gallogly & Lesser, P.C.
1529 Walnut Street
Suite 600
Philadelphia, PA 19102

Leigh-Anne M. Raport
Pepper Hamilton LLP
Hercules Plaza, Suite 5100

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410

Barack Ferrazzano Kirschbaum & Nagelberg
200 West Madison Street
Suite 3900
Chicago, IL 60606

Carol E. Momjian
PA Office of Attorney General
21 South 12 Street
3rd Floor
Philadelphia, PA 19107

Sheryl L. Moreau
Missouri Department of Revenue
P.O. Box 475
301 W. High Street
Room 670
Jefferson City, MO 65105

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

Edward Patrick O'Brien
Stempel Bennett Claman & Hochbery, P.C.
655 Third Avenue
New York, NY 10017

Mona A. Parikh
Landis Rath & Cobb LLP
919 Market St.
Suite 1800
Wilmington, DE 19801

Norman L. Pernick
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue

Wilmington, DE 19801

Fred B. Ringel
Robinson Brog Leinward et al.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

Frederick Brian Rosner
Messana Rosner & Stern, LLP
1000 N. West Street
Wilmington, DE 19801

Sommer Leigh Ross
Duane Morris, LLP
One Liberty Place
Philadelphia, PA 19103

Elaine M Seid
McPharlin Sprinkles &Thomas, LLP
10 Almaden Blvd
Ste 1460
San Jose, CA 95113

Joseph Emil Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192

James E. Sorenson
Williams, Gautier, Gwynn DeLoach & Soren
PO Box 4128
Tallahassee, FL 32315-4128

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

Jay Teitelbaum

New York, NY 10022

Dean S. Sommer
Young Sommer Ward Ritzenberg Wooley
Executive Woods
5 Palisades Drive
Albany, NY 12205

Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market St.
Hercules Plaza 6th Floor
Wilmington, DE 19801

Christopher Page Simon
Cross & Simon, LLC
913 North Market Street
11th Floor
Wilmington, DE 19899

Wayne M. Smith
Warner Bros. Entertainment Inc.
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA 91522

Patricia K. Smoots
McGuireWoods LLP
77 West Wacker Drive
Suite 4100
Chicago, IL 60601-1818

Florida Self-Insurers Guaranty Association, Inc.
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

Stuart Maue
3840 McKelvey Road
St. Louis, MO 63044
United States

William David Sullivan
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

Judy D. Thompson

Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Matthew J. Troy
U.S. Department of Justice
Civil Division
P.O. Box 875 Ben Franklin Station
Washington, DC 20044-0875

Pamela K. Webster
Buchalter Nemer
1000 Welshire Blvd.
Suite 1500
Los Angeles, CA 90017

William Douglas White
McCarthy & White PLLC
8180 Greensboro Drive
Suite 875
McLean, VA 22102

Eric R. Wilson
Kelly Drye & Warren LLP
101 Park Avenue
New York, NY 10178


Etta Rena Wolfe
Smith Katzenstein & Furlow LLP
P.O. Box 410
Wilmington, DE 19899

Poyner & Spruill LLP
301 S. College Street
Suite 2300
Charlotte, NC 28202

Edward J. Tredinnick
Greene Radovsky Maloney Share & Hennigh
Four Embarcadero Center
Suite 4000
San Francisco, CA 94111-4106

Deborah Waldmeir
State of Michigan Dept of Attorney Gener
3030 W. Grand Blvd
Suite 10-200
Detroit, MI 48202

Helen Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Rafael Xavier Zahralddin-Aravena
Elliott Greenleaf
1105 North Market Street
Suite 1700
P.O. Box 2327
Wilmington, DE 19801