IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Objection Date: June 18, 2009 at 4:00 p.m. |
| : | Hearing Date: *Only if Objections are filed* |

**FOURTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM APRIL 1, 2009 THROUGH APRIL 30, 2009**

Name of Applicant: **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**

Authorized to Provide Professional
Services to: **Tribune Company, *et al.***

Date of Retention: **February 3, 2009 *nunc pro tunc* to December 8, 2008**

Period for which Compensation
and Reimbursement is sought: **April 1, 2009 through April 30, 2009**

Amount of Compensation sought as
actual, reasonable and necessary: **$85,538.50**

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: **$9,310.40**

This is a: **Fourth Monthly Application**

The time expended for the preparation of the Applicant's first and second monthly and first interim fee applications in April is approximately 14.5 hours, and the corresponding compensation requested is approximately $5,190. The time expended for the preparation of the Applicant's third and fourth monthly fee applications will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | *pending* |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | *pending* |

46429/0001-5671374v1

TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY ATTORNEY
## APRIL 1, 2009 THROUGH APRIL 30, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 15.0 | $9,750.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 0.4 | $210.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 124.9 | $59,952.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 2.1 | $693.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 0.5 | $157.50 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 77.6 | $14,744.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 0.2 | $32.00 |
| TOTALS | | | | 220.70 | $85,538.50 |

**Blended Rate: $387.58**

\*      This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

## TRIBUNE COMPANY, *et al.*

## COMPENSATION BY PROJECT CATEGORY
## APRIL 1, 2009 THROUGH APRIL 30, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 17.0 | $6,861.00 |
| Automatic Stay Matters/Litigation | 10.9 | $4,942.00 |
| Case Administration | 25.6 | $8,499.00 |
| Cash Collateral and DIP Financing | 31.3 | $13,344.00 |
| Claims Analysis, Administration and Objections | 3.7 | $1,718.00 |
| Committee Matters and Creditor Meetings | 2.8 | $1,820.00 |
| Creditor Inquiries | 1.7 | $514.00 |
| Employee Matters | 13.4 | $5,350.00 |
| Fee Application Matters/Objections | 30.4 | $10,060.00 |
| Leases (Real Property) | 2.2 | $795.00 |
| Litigation/General (Except Automatic Stay Relief) | 13.2 | $5,425.50 |
| Preparation for and Attendance at Hearings | 30.4 | $11,292.00 |
| Reorganization Plan | 2.2 | $882.00 |
| Reports; Statements and Schedules | 16.4 | $6,221.00 |
| Retention Matters | 18.7 | $7,413.00 |
| Utilities/Sec. 366 Issues | 0.4 | $192.00 |
| General Corporate Advice | 0.4 | $210.00 |
| **TOTAL** | **220.70** | **$85,538.50** |

## TRIBUNE COMPANY, *et al.*

### EXPENSE SUMMARY
### APRIL 1, 2009 THROUGH APRIL 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (10,097 pages @ $0.10/page) | | $1,009.70 |
| Postage | | $97.19 |
| Telecopier (18 pages @ $1.00/page) | | $18.00 |
| Document Retrieval/Court Documents | *PACER Service Center* | $2.32 |
| Certified Document | *Parcles, Inc.* | $29.30 |
| Filing Fee (*Pro Hac Vice* admissions and Amended Schedules) | *USDC; USBC* | $1,714.00 |
| Messenger Service | *Parcels, Inc.* | $596.98 |
| Overnight Delivery | *Federal Express* | $49.45 |
| Overtime (Secretarial) | | $145.63 |
| Outside Photocopying | *Parcels, Inc.* | $58.00 |
| Outside Postage | *Parcels, Inc.* | $5,072.83 |
| Outside Telecopier | *Parcels, Inc.* | $517.00 |
| **TOTAL** | | **$9,310.40** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: **June 18, 2009 at 4:00 p.m.** |
| | Hearing Date: *Only if Objections are filed* |

**FOURTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 1, 2009 THROUGH APRIL 30, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $85,538.50, and reimbursement of expenses in the amount of $9,310.40 for the period from April 1, 2009 through April 30, 2009 (the "Application"), and respectfully represents as follows:

**Introduction**

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee

46429/0001-5671374v1

Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

### Relief Requested

6. Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $85,538.50, and reimbursement of actual and necessary expenses incurred, in the amount of $9,310.40, in serving as co-counsel to the Debtors during the period April 1, 2009 through April 30, 2009.

### Allowance of Allowance

7. Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8. Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from April 1, 2009 through April 30, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

46429/0001-5671374v1

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

a) <u>Asset Dispositions, Sales, Uses, and Leases (Section 363)</u> (17.0 hours; $6,861.00). This category includes time related to the review, analysis, negotiation, preparation and/or filing of: (i) the motion to enter into a direct lease and the sale of property to Westline Investors, LLC; (ii) the motion to enter into a post-petition station affiliation agreement with The CW; (iii) the joint motion to file station affiliation agreement under seal; and (iv) the motion to shorten time for notice of and hearing on the motion to enter into a post-petition station affiliation agreement.

b) <u>Automatic Stay Matters/Litigation</u> (10.9 hours; $4,942.00). This category includes time spent responding to motions for relief from the automatic stay filed by Andrew and Jennifer Faggio, Michael Gutman and Navistar Leasing Company.

c) <u>Case Administration</u> (25.6 hours; $8,499.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately classifiable.

3

46429/0001-5671374v1

d) <u>Cash Collateral and DIP Financing</u> (31.3 hours; $13,344.00). This category includes time spent reviewing, analyzing, and filing pleadings, documents, certifications and/or proposed orders related to the cash management motion, the motion to extend time to comply with section 345 requirements, and the Financing Amendment Motion.

e) <u>Employee Matters</u> (13.4 hours; $5,350.00). This category includes time spent reviewing, preparing and filing motions for authority to (i) provide medical benefits, (ii) make payments pursuant to the 2008 management incentive program, (iii) file the Mercer Report under seal, and (iv) make severance payments.

f) <u>Fee Application Matters/Objections</u> (30.4 hours; $10,060.00). This category includes time spent preparing and filing Applicant's first and second monthly fee application, as well as time spent corresponding with the Debtor's other professionals regarding their fee applications, the preparation and filing of such applications, and the preparation and filing of certifications with respect to fee applications.

g) <u>Litigation/General (Except Automatic Stay Matters)</u> (13.2 hours; $5,425.50). This category includes time spent reviewing, preparing and filing notice of preliminary injunction hearing in the Neil adversary action; reviewing scheduling stipulation in the Beatty adversary action, and conferences with co-counsel regarding case strategy and hearing dates.

h) <u>Preparation for and Attendance at Hearings</u> (30.4 hours; $11,292.00). This category includes time related to attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy

4

meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

        i)     <u>Reports; Statements and Schedules</u> (16.4 hours; $6,221.00). This category includes time spent preparing and filing certain amended schedules and statements, monthly operating reports and the third supplement to 2015.3 motion.

        j)     <u>Retention Matters</u> (18.7 hours; $7,413.00). This category includes time spent obtaining approval of the retention of Debtors' professionals, including various professionals retained in the ordinary course of business, filing *pro have vice* motions, and filing notices and reports related to the retention of ordinary course professionals.

### Reimbursement of Expenses

10.     Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $9,310.40. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service, certified copy fees, overnight delivery, filing fees, document retrieval charges and overtime. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

[REMAINDER INTENTIONALLY BLANK]

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $85,538.50 for professional services rendered, and $9,310.40 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: May 29, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

6

46429/0001-5671374v1