IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| TRIBUNE COMPANY, *et al.,* : | Case No. 08-13141 (KJC) |
| Debtors. : | |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, Esquire, hereby certify that on May 29, 2009, I caused a copy of the **Notice of Fee Application** and **Fourth Monthly Fee Application of Cole, Schotz, Meisel, Forman & Leonard, P.A., Co-Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2009 through April 30, 2009** to be served via First-Class Mail, postage prepaid, on the Notice Parties on the attached service list.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5671374v1

# TRIBUNE COMPANY, *et al.*
## SERVICE LIST OF NOTICE PARTIES RE 4th MONTHLY FEE APPLICATION

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Kenneth P. Kansa, Esquire
Jillian K. McClelland, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Brian Trust, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Linda K. Cooper, Esquire
Stuart Maue
3840 McKelvey Rd.
St. Louis, MO 63044

46429/0001-5671374v1