## CERTIFICATE OF SERVICE

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that, on June 1, 2009, I caused a true and correct copy of the foregoing Notice of Motion to be served by CM/ECF which will provide notice of such filing on:

All Parties Whom Are Registered for Such Notice.

                                        REAL WORLD LAW, PC
                                        /s/ Glenn A. Brown
                                        GLENN A. BROWN, DMD, ESQUIRE
                                        Attorney ID No. 4669
                                        916 North Union Street
                                        No. 2
                                        Wilmington, DE  19805
                                        (302) 225-8340
                                        glenn.brown@realworldlaw.com