FORM B10 (Official Form 10) (4/01)

| United States Bankruptcy Court __for the__ District of __Delaware__ | __ Ch 7 __ Ch 13 XX __ Ch 11 |
|---|---|

| Name of Debtor<br>Tribune Company, et al. | Case Number<br>08-13141 | **PROOF OF CLAIM** |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S. C. § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>HOWARD COUNTY, MARYLAND | ( ) Check box If you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address Where Notices Should be Sent<br><br>Margaret Ann Nolan, Esq.<br>Camela J. Sandmann, Esq.<br>Howard County Office of Law<br>3430 Courthouse Drive<br>Ellicott City, Maryland  21043<br><br>Telephone No.  (410) 313-2102 | ( ) Check box if you have never received any notices from the bankruptcy court in this case.<br><br>( ) Check box if the address differs from the address on the envelope sent to you by the court. | This space for court use only |
| Account or other number by which creditor identifies debtor:<br>65952065 | Check here if this claim<br>( ) amends ( ) replaces a previously filed claim dated: | |

**1. BASIS FOR CLAIM**

( ) Goods sold      ( ) Services performed

( ) Money loaned      ( ) Personal injury/wrongful death

(*) Taxes  Fire/water & sewer   ( ) Other

( ) Retiree benefits as defined in 11 U.S. C. § 1114 (a)

( ) Wages, salaries, and compensation (Fill out below)
Your social security number
Unpaid compensation for services performed
from_____to

**2. DATE DEBT WAS INCURRED  12/5/08**

**3. IF COURT JUDGMENT, DATE  OBTAINED**:

**4. Total Amount of Claim at Time Case Filed:**  $_____    $_135.55_  OR  $_____   $ 135.55* (*See Attachment A.)

  (unsecured)      (secured)      (priority)      (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

( ) Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured claim**

(*) Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:   statutory lien* (*See Attachment A.)

( ) Real Estate

( ) Motor Vehicle

(*) Other ___personal property

Value of collateral: $
Amount of arrearage and other charges at time case filed included in secured claim above, if any $

**6. Unsecured Nonpriority Claim** $_____
___ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
Check this box if you have an unsecured priority claim
Amount entitled to priority $ amount by which debt exceeds value of personal property
Specify the priority of the claim:

( ) Wages, salaries, or commissions (up to $4650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier-11 U.S.C. § 507(a)(3)

( ) Contributions to an employee benefit plan-11 U.S.C. §507(a)(4)

( ) Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use-11 U.S.C. § 507 (a)(6)

( ) Alimony, maintenance, or support owed to a spouse, former spouse, or child-11 U.S.C. §507(a)(7)

(*) Taxes or penalties owed to governmental units- 11 U.S.C. § 507(a)(8)

( ) Other--Specify applicable paragraph of 11 U.S.C. § 507(a)
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. CREDITS**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**9. SUPPORTING DOCUMENTS:** _Attach copies of supporting documents_, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages,  security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**10. DATE-STAMPED COPY**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of the proof of claim.

| Date:<br>6/1/09 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br><br>/s/ Camela J. Sandmann, Assistant County Solicitor, #15616 | This Space Is for Court Use Only |
|---|---|---|

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571. WAW-255.cs (4/1/01)