**IN RE: Tribune Company, et al.**
**Case No. 08-13141**
**Chapter 11**

## ATTACHMENT A TO PROOF OF CLAIM OF
## HOWARD COUNTY, MARYLAND

1.  This case commenced December 12, 2008, under Chapter 11.

2.  The Debtor is indebted to Howard County ("County") for personal property taxes for taxable year 2008. No part of the tax has been paid.

3.  Pursuant to §6-302 of the Tax-Property Article of the Annotated Code of Maryland (1994 Repl. Vol.), the tax rate for personal property located in Howard County is levied by the Howard County Council. That rate is applied to assessments made by the Maryland State Department of Assessments and Taxation ("SDAT"), as reported to the SDAT on the personal property tax return filed with the SDAT by the taxpayer. The County does not determine the amount of the assessment. Rather, the assessments are certified to the County by the SDAT. The County, based upon the certified assessments, prepares and sends the tax bills.

4.  Under §10-102(a) of the Tax-Property Article of the Annotated Code of Maryland (1994 Repl. Vol.), property tax is due on July 1 in each taxable year. Generally, liability for personal property tax and a first lien for payment attach, and thus the tax is incurred, when the tax is due. In re Terminals Unlimited, Inc., 63 B.R. 419 (Bkrtcy. D. Md. 1986). See also Solomon Financial Services, Inc., Case No. 91-4-3084-DK, October 2, 1996. But see Wang Zi Cashmere Products, Inc., Case No. 95-5-0993-SD, October 23, 1996.

5.  The rate of interest on the overdue and unpaid tax is 0.67% per month or part of a month. Md. Tax-Property Code Ann. §14-603 (b)(4)(i); Howard County Code §20.203. The rate of penalty on the overdue and unpaid tax is 0.83% per month or part thereof. Md. Tax-Property Code Ann. §§14-702, 703; Howard County Code §20.203.

6. The assessed value of the personal property of the Debtor for tax year 2008 is $500. (taxed at a rate of $2.61 per $100 value for County tax and $.31 per $100 for fire tax), and the amount owed by the Debtor for the personal property tax is $14.37, as evidenced by the attached printouts of the County's Personal Property System parcel summary and detail screens issued by the Department of Finance, Howard County, Maryland. **(Exhibit 1)**

7. The amount of personal property tax for taxable year 2008, incurred on July 1, 2008, respectively, is as follows. The County is entitled to payment of that amount plus additional interest and penalty from the date the liability became past due until the date of commencement of this case.

| Tax Year | Pre-petition Tax Amount | Post-petition Interest | Total as of 8/22/2007 |
|---|---|---|---|
| 2008 | $ 14.37 | $1.51 | $ 15.88 |

8. Pursuant to Section 14-804 of the Maryland Tax-Property Article of the Annotated Code of Maryland, all unpaid tax on personal property is a lien on the personal property in respect to which the tax is imposed. From the date the tax is due, liability for the tax and a first lien attach to the personal property in the amount of the property tax due. Section 14-805. Property tax is statutorily due on July 1 in each taxable year. Section 10-102(a). Thus, the claim of Howard County, Maryland, is secured by a first priority lien on the personal property of the Debtor, which lien attached and became perfected as of July 1 of the taxable year.

9. To the extent that the debt exceeds the value of the personal property of the Debtor which secured the tax, and therefore is not secured by that property, the County's claim as to tax years 2008, in the amount of $15.88 as outlined above, is an unsecured priority claim under 11 U.S.C. Section 507(a)(8).

10. Interest and penalties in the amount of $.22 per month, for each month or portion thereof beginning December 1, 2008, may continue to accrue on the debt.