In re:  Tribune Company, et al.
Case No. 08-13141
Chapter 11

**ATTACHMENT A TO PROOF OF CLAIM OF
HOWARD COUNTY, MARYLAND**

1. This case commenced December 12, 2008.

2. The debtor is indebted to the County for water and sewer charges on the property listed at the address of 10750 Little Patuxent Parkway, Columbia, Maryland 21044 for taxable year 2008.

3. Under Section 20.602(4) of the Howard County Code, water and sewer charges are considered a "lien or charge against the real estate served or benefited and shall be levied, collected and enforced and shall have the same priority, and right, bear the same interest and penalties, and in every respect be treated as County real estate taxes." Section 20.615(1)(a)(iii) provides that an "unpaid bill shall be collectible from the owner of the property in the same manner and subject to the same interest as taxes on the property; and the charge and all penalties shall be a first lien against the property."

4. Property tax owed to the County is secured by a statutory first lien upon the real property assessed for the tax. Md. Tax-Property Code §14-804. See, Maryland National Bank v. Mayor and City Council of Baltimore, 723 F.2d 1138 (4th Cir. 1983). Generally, liability for real property tax and first lien for payment attach, and thus the tax is incurred, when the tax is due. In re Terminals Unlimited, Inc., 63 B.R. 419 (Bkrtcy. D. Md. 1986). See also Solomon Financial Services, Inc., Case No. 91-4-3084-DK, October 2, 1996. But see Wang Zi Cashmere Products, Inc., Case No. 95-500993-SD, October 23, 1996. Accordingly, since water and sewer charges are treated similarly, the water and sewer charges referred to herein are secured by a first lien on the

applicable real property, which lien attached as of the date the charges were due.

   5. The rate of penalty on the overdue and unpaid water and/or sewer charge is 10% of the unpaid charges and is assessed quarterly. Section 20.615(1)(a)(i) of the Howard County Code.

   6. The amount owed by the Debtor for the water and sewer charge is evidenced by the attached water and sewer billing summary issued by the Department of Finance, Howard County, Maryland. **(Exhibit 1)**

   7. The amount of water and sewer charge for taxable year 2008, incurred on December 8, 2008, as to the above property, is $573.68. The County is entitled to payment of that amount plus an additional 10% penalty assessed quarterly on the outstanding balance from the date the liability became past due until the date payment is made.

   8. To the extent that the debt exceeds the value of the real property of the Debtor which secures the charges, and therefore is not secured by that property, the County's claim in the amount of $573.68 as outlined above, is an unsecured priority claim under 11 U.S.C. Section 507(a)(8).

```
              WSFN        WATER - SEWER BILLING SYSTEM          PAGE    1 OF 6
06/01/09              FINANCIAL INQUIRY                        11:29   AM
* NOTES EXIST *
ACCOUNT#      65952060                     Columbia Flier        03/18/1997
 SURCHARGE CODE           J                010750  Little Patuxent PKWY
BILLING FREQNCY Q QUARTERLY                Columbia MD 210443183
  TYPE SERVICE       1       WATSEW    LOC  010750 Little Paturent PKWY
   BILL STATUS  B      BILL
```

| ----TRANSACTION---- | | | WATER | SEWER | OTHER | BALANCE | CURRENT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| DATE | CODE | AMOUNT | CHARGES | CHARGES | CHARGES | FORWARD | BALANCE |
| 04/14/09 | PY | 345.74 | | | | _____ | 728.73 |
| 04/13/09 | PN | 97.68 | | | | _____ | 1,074.47 |
| 03/06/09 | BL | 345.74 | 110.67 | 176.70 | | 631.05 | 976.79 |
| 01/12/09 | PN | 57.37 | | | | _____ | 631.05 |
| 12/05/08 | BL* | 573.68 | 204.36 | 296.40 | | 0.00 | 573.68 |
| 09/22/08 | PY | 398.42 | | | | _____ | 0.00 |
| 09/22/08 | PY | 400.00 | | | | _____ | 398.42 |

EXHIBIT 1