# EXHIBIT A

46429/0001-5675270v1

# AFFIDAVIT OF PUBLICATION

IN THE MATTER OF: In re Tribune Company et al.

STATE OF OREGON

        ss:

COUNTY OF WASHINGTON

I, Breona Lantz, being duly sworn, hereby certify that (a) I am the Media Coordinator at Epiq Systems Class Action & Claims Solutions, an noticing administrator and (b) that the Notice of which the annexed is a copy that was **published in the following publications on May 12, 2009:**

*New York Times*
*Wall Street Journal*

X _Bre Lantz_
   (Signature)

_Media Coordinator_
   (Title)

Sworn to before me this: 18th day of May, 2009

_B. Schwartz_
Notary Public

OFFICIAL SEAL
BRANDON SCHWARTZ
NOTARY PUBLIC-OREGON
COMMISSION NO. 431449
MY COMMISSION EXPIRES AUGUST 10, 2012

# AFFIDAVIT

STATE OF TEXAS            )
                          ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the Notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for national distribution for one insertion(s) on the following date(s): May 12, 2009; advertiser: Tribune Company, et al., and that the foregoing statements are true and correct to the best of my knowledge.

_E. Ostenson_

Sworn to before me this
12th day of May, 2009.

_____
Notary Public



ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: TRIBUNE COMPANY et al., Debtors.

Chapter 11
Case No. 08-13141 (KJC)
Jointly Administered

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems Of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
ForSaleByOwner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
Greenco, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy Publications, LLC
Hoy, LLC
Insertco, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company II, LLC
JuliusAir Company, LLC
KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land And Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance Service Center, Inc.
Tribune Finance, LLC
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
Valumail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX, Inc.

### NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS TO ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT:**

The U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated March 25, 2009 (the "Bar Date Order"), establishing deadlines for all persons and entities asserting a claim (as defined below) against Tribune Company or any of its affiliated debtors and debtors-in-possession (collectively, the "Debtors") that arose prior to December 8, 2008 (the "Petition Date"), to file a separate proof of claim with respect to each such Debtor with Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against any of the Debtors **must file a proof of claim so that it is actually received** by Epiq as follows: First-class mail: Tribune Company Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5069, New York, NY 10150-5069. Messenger or overnight courier: Tribune Company Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Ave., 3rd Floor, New York, NY 10017. Proofs of claim submitted by facsimile, telecopy, e-mail or other electronic submission will not be accepted. If you wish to assert a claim against more than one Debtor, you must file a separate proof of claim form against each applicable Debtor.

**General Bar Date.** Except as otherwise provided herein, each person or entity (including governmental units), holding or asserting a claim against the applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so that it is actually received by Epiq on or before **June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time)**.

**Amended Schedules Bar Date.** If, on or after the date on which the Debtors serve this Notice, the Debtors amend or supplement their schedules of assets and liabilities, list of equity holders, and statements of financial affairs (collectively, the "Schedules") (i) to reduce the undisputed, noncontingent and liquidated amount of a claim, (ii) to change the nature or characterization of a claim, or (iii) to add a new claim to the Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim so that the proof of claim is actually received by Epiq on or before the later of (x) the General Bar Date or (y) thirty (30) days after the claimant is served with notice of the applicable amendment or supplement to the Schedules.

**Rejection Bar Date.** A proof of claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered prior to the applicable Debtor's plan of reorganization must be filed so that it is actually received by Epiq on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order. For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

For the avoidance of doubt, there are certain affiliates of Tribune that have not filed petitions for relief under chapter 11 of the Bankruptcy Code; therefore, claims against such entities will not be administered in these proceedings. Accordingly, parties holding claims against such entities should not file Proofs of Claim in these chapter 11 cases. The non-debtor subsidiaries are: Chicago National League Ball Club, LLC; Chicago Cubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Education Publishers International (Africa) Pty Ltd.; TMS Entertainment Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network Holdings, LLC; and Wrigley Field Premium Tickets and Services, LLC.

Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim shall not be treated as a creditor in these chapter 11 proceedings, and therefore, shall not be permitted to (i) vote on any plan of reorganization or plan of liquidation or (ii) receive any distribution under any confirmed plan.

Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market St., Wilmington, DE 19801 or on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Proof of claim forms along with instructions for completing and filing the proof of claim forms have been mailed to all known creditors and parties in interest in the Debtors' chapter 11 cases. If you have not received that mailing and believe that you have a claim against the Debtors, you should contact Epiq at (800) 622-1125 between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

Dated: May 12, 2009, Wilmington, DE
BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
D'Lisia E. Bergeron
One S. Dearborn St.
Chicago, IL 60603
Tele: (312) 853-7000  Fax: (312) 853-7036

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue
Suite 1410
Wilmington, DE 19801
Tele: 302-652-3131  Fax: 302-652-3117



# The New York Times
620 8TH AVENUE • NEW YORK, NY 10018



SEC. B PG 7

## CERTIFICATION OF PUBLICATION

MAY 1 5 2009 _____ 20 ____

I, Alice Weber, in my capacity as a Principal Clerk of the Publisher of The New York Times a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on

MAY 1 2 2009 _____ 20 ____

Approved: Maria Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

[Newspaper clipping — partially visible, left edge cut off]

...OR THE DISTRICT OF DELAWARE
Chapter 11
Case No. 08-13141 (KJC)
Jointly Administered

TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance Service Center, Inc.
Tribune Finance, LLC
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
Valumail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX, Inc.

...TE ORDER ESTABLISHING ...CLAIM AGAINST THE DEBTORS ...PARTIES IN INTEREST:

...rposes of the Bar Date Order and this Notice, the term "Claim" means ...) any right to payment, whether or not such right is reduced to judgment, ...quidated, unliquidated, fixed, contingent, matured, unmatured, disputed, ...disputed, legal, equitable, secured, or unsecured; or (ii) any right to an ...quitable remedy for breach of performance if such breach gives rise to ...right to payment, whether or not such right to an equitable remedy is ...duced to judgment, fixed, contingent, matured, unmatured, disputed, ...disputed, secured or unsecured as of the Petition Date.

For the avoidance of doubt, there are certain affiliates of Tribune that ...ve not filed petitions for relief under chapter 11 of the Bankruptcy Code; ...erefore, claims against such entities will not be administered in these ...oceedings. Accordingly, parties holding claims against such entities ...ould not file Proofs of Claim in these chapter 11 cases. The non-debtor ...ubsidiaries are: Chicago National League Ball Club, LLC; Chicago ...ubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax ...edia, Inc.; Multimedia Insurance Company; Professional Education ...ublishers International (Africa) Pty Ltd.; TMS Entertainment Guides ...anada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong Ltd.; ...ribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National ...arketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune ...ports Network Holdings, LLC; and Wrigley Field Premium Tickets and ...ervices, LLC.

Any person or entity (including, without limitation, any individual, ...artnership, joint venture, corporation, limited liability company, ...tate, trust or governmental unit) that is required to file a timely proof ...f claim in the form and manner specified by the Bar Date Order and ...is Notice and that fails to do so on or before the bar date associated ...ith such claim shall not be treated as a creditor in these chapter ...l proceedings, and therefore, shall not be permitted to (i) vote on ...ny plan of reorganization or plan of liquidation or (ii) receive any ...stribution under any confirmed plan.

Copies of the Schedules and the Bar Date Order are available for ...spection during regular business hours at the office of the Clerk of the ...ankruptcy Court, U.S. Bankruptcy Court for the District of Delaware, ...d Floor, 824 Market St., Wilmington, DE 19801 or on Epiq's website ...ttp://chapter11.epiqsystems.com/tribune).

Proof of claim forms along with instructions for completing and filing ...e proof of claim forms have been mailed to all known creditors and ...arties in interest in the Debtors' chapter 11 cases. If you have not received ...ur mailing and believe that you have a claim against the Debtors, you ...ould contact Epiq at (800) 622-1125 between the hours of 9:00 a.m. and ...:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

...ated: May 12, 2009, Wilmington, DE
Y ORDER OF THE HONORABLE KEVIN J. CAREY
HIEF UNITED STATES BANKRUPTCY JUDGE
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)

# **EXHIBIT B**

46429/0001-5675270v1

MAY 28 2009

Sidley Austin LLP
One South Dearborn Street

Chicago, IL 60603

Angelina de Cordova

_____ of said
County and State being duly sworn, says:
That he is and at all times herein mentioned was a citizen of the United States, over 21 years of age, and not a party to nor interested in the above entitled matter; that he is a principal clerk of the printers and publishers of the **LOS ANGELES TIMES** a newspaper printed and published daily in the said Los Angeles County; that the

in the above entitled matter of which the annexed is a printed copy, was published in said newspaper
**LOS ANGELES TIMES**
202 West First St. Los Angeles, CA. 90012

on the following days, to-wit:
Tues; May 12, 2009

_[signature]_

State of California
County of Los Angeles

FELIPE ALCALA DIAZ
Commission # 1789331
Notary Public - California
Los Angeles County
My Comm. Expires Aug 26, 2011

**Affidavit of Publication**
—of—
**Classified Advertising**

UNITED STATES BA[NKRUPTCY COURT]
FOR THE DISTRIC[T OF DELAWARE]

In re:
TRIBUNE COMPANY, et al.,
Debtors.

Chapter 11
Case No. 08-[13141 (KJC)]
Jointly Admi[nistered]

Tribune Company
435 Production [...]
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
Chicagoland Microwave Licenses, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems Of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com Corp.
ForSaleByOwner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
Greenco, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
Insertco, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company II, LLC
JuliusAir Company, LLC

KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Commu[nications LLC]
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing C[ompany]
NBBB LLC
[...]
New Mass. Media, Inc.
New River Center Maintenance
Newscom Services, Inc.
Newspaper Readers Agency
North Michigan Production C[ompany]
North Orange Avenue Properties
Oak Brook Productions, Inc.
Orlando Sentinel Communica[tions Company]
Patuxent Publishing Company
Publishers Forest Products C[ompany]
Sentinel Communications Ne[ws Ventures, Inc.]
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing G[roup, LLC]
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror LLC
Times Mirror Land And Timber Company
Times Mirror Payroll Processing Company
Times Mirror Services Company
TMLH 2, Inc.

**NOTICE OF ENTRY OF BAR DATE**
**DEADLINE FOR FILING PROOFS OF C[LAIM]**

**TO ALL CREDITORS AND PA[RTIES IN INTEREST:]**

**PLEASE TAKE NOTICE THAT:**

The U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") establishing deadlines for all persons and entities asserting a claim (as defined below) possession (collectively, the "Debtors") that arose prior to December 8, 2008 (the "Pe[tition Date"]. Debtor with Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved Pursuant to the terms of the Bar Date Order, and except as otherwise provided individual, partnership, joint venture, corporation, limited liability company, estate, trust must file a proof of claim so that it is **actually received** by Epiq as follows: First-class Solutions, LLC, FDR Station, P.O. Box 5069, New York, NY 10150-5069. Messenger o[r overnight:] Epiq Bankruptcy Solutions, LLC; 757 Third Ave., 3rd Floor, New York, NY 10017. Pro[of of claim by] electronic submission will not be accepted. If you wish to assert a claim again[st] against each applicable Debtor.

**General Bar Date.** Except as otherwise provided herein, each person or entity [that holds a claim against] applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so th[at it is actually received by] p.m. (Prevailing Eastern Time).

**Amended Schedules Bar Date.** If, on or after the date on which the Debtors ser[ved their schedules of] assets and liabilities, list of equity holders, and statements of financial affairs (collective[ly, the "Schedules"), the Debtors] liquidated amount of a claim, (ii) to change the nature or characterization of a claim, or [(iii)...] required to file a proof of claim or amend any previously filed proof of claim in respect o[f such claim and have it] received by Epiq on or before the later of (x) the General Bar Date or (y) thirty (30) days [after...] or supplement to the Schedules.

**Rejection Bar Date.** A proof of claim relating to a Debtor's rejection of an execut[ory contract or unexpired lease pursuant] to the applicable Debtor's plan of reorganization must be filed so that it is actually recei[ved by Epiq no later than] thirty (30) days after the effective date of such Court order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) ar[ight to payment, whether or not such right is reduced to judgment,] liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, le[gal, equitable, secured, or unsecured; or (ii) right to an equitable] remedy for breach of performance if such breach gives rise to a right to payment, wheth[er or not such right to an equitable remedy is reduced to judgment,] fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as c[laims.]

For the avoidance of doubt, there are certain affiliates of Tribune that have not filed [chapter 11 petitions and whose] claims against such entities will not be administered in these proceedings. Accordingly, [proofs of claim against the following entities should not be filed:] in these chapter 11 cases. The non-debtor subsidiaries are: Chicago National League Ba[ll Club, LLC; Classified Ventures, LLC;] Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Ed[ucation Publishing International;] Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune [Interactive, Inc.; Tribune Media Services, Inc.; Tribune] Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network H[oldings, LLC; TV Food Network...]

Any person or entity (including, without limitation, any individual, partnership, [corporation, joint venture, trust, estate] or governmental unit) that is required to file a timely proof of claim in the fo[rm and manner specified by the Bar Date Order and...]

# **EXHIBIT C**

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF ILLINOIS ) 
) ss:
COUNTY OF COOK )

I, Randall F. Weissman, being duly sworn, hereby certify that (a) I am the news Administration Editor at *Chicago Tribune*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Chicago Tribune* for national distribution for one insertion on May 12, 2009; and (c) the foregoing statements are true and correct to the best of my knowledge.

X _____
(Signature)

<u>News Administration Editor</u>
Title

Sworn to before me this 21st day of May, 2009

_Mary Ellen Angelucci_
Notary Public

OFFICIAL SEAL
MARY ELLEN ANGELUCCI
Notary Public – State of Illinois
My Commission Expires June 23, 2010

CH1 4699852v.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Networks, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems Of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
forsalebyowner.com corp
ForSaleByOwner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy Publications, LLC
Hoy, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company II, LLC
JuliusAir Company, LLC

Kiah, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company
NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land And Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.

TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance Service Center, Inc.
Tribune Finance, LLC
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## NOTICE OF ENTRY OF BAR DATE ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM AGAINST THE DEBTORS

### TO ALL CREDITORS AND PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT:**

The U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") has entered an order, dated March 25, 2009 (the "Bar Date Order"), establishing deadlines for all persons and entities asserting a claim (as defined below) against Tribune Company or any of its affiliated debtors and debtors in possession (collectively, the "Debtors") that arose prior to December 8, 2008 (the "Petition Date"), to file a separate proof of claim with respect to each such Debtor with Epiq Bankruptcy Solutions, LLC ("Epiq"), the Bankruptcy Court-approved claims and noticing agent in these chapter 11 cases.

Pursuant to the terms of the Bar Date Order, and except as otherwise provided herein, each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that asserts a claim against any of the Debtors must file a proof of claim so that it is **actually received** by Epiq as follows: First-class mail: Tribune Company Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, FDR Station, P.O. Box 5069, New York, NY 10150-5069. Messenger or overnight courier: Tribune Company Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, 757 Third Ave., 3rd Floor, New York, NY 10017. **Proofs of claim submitted by facsimile, telecopy, e-mail or other electronic submission will not be accepted. If you wish to assert a claim against more than one Debtor, you must file a separate proof of claim form against each applicable Debtor.**

*General Bar Date.* Except as otherwise provided herein, each person or entity (including governmental units), holding or asserting a claim against the applicable Debtor(s) that arose prior to the Petition Date must file a proof of claim so that it is **actually received** by Epiq on or before **June 12, 2009 at 4:00 p.m. (Prevailing Eastern Time).**

*Amended Schedules Bar Date.* If, on or after the date on which the Debtors serve this Notice, the Debtors amend or supplement their schedules of assets and liabilities, list of equity holders, and statements of financial affairs (collectively, the "Schedules") (i) to reduce the undisputed, noncontingent and liquidated amount of a claim, (ii) to change the nature or characterization of a claim, or (iii) to add a new claim to the Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in respect of the amended scheduled claim so that the proof of claim is actually received by Epiq on or before the later of (x) the General Bar Date or (y) thirty (30) days after the claimant is served with notice of the applicable amendment or supplement to the Schedules.

*Rejection Bar Date.* A proof of claim relating to a Debtor's rejection of an executory contract or unexpired lease pursuant to a Court order entered prior to the applicable Debtor's plan of reorganization must be filed so that it is actually received by Epiq on or before the later of (i) the General Bar Date or (ii) thirty (30) days after the effective date of such Court order.

For purposes of the Bar Date Order and this Notice, the term "claim" means (i) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured as of the Petition Date.

For the avoidance of doubt, there are certain affiliates of Tribune that have not filed petitions for relief under chapter 11 of the Bankruptcy Code; therefore, claims against such entities will not be administered in these proceedings. Accordingly, parties holding claims against such entities should not file Proofs of Claim in these chapter 11 cases. The non-debtor subsidiaries are: Chicago National League Ball Club, LLC; Chicago Cubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Education Publishers International (Africa) Pty Ltd.; TMS Entertainment Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network Holdings, LLC; and Wrigley Field Premium Tickets and Services, LLC.

**Any person or entity (including, without limitation, any individual, partnership, joint venture, corporation, limited liability company, estate, trust or governmental unit) that is required to file a timely proof of claim in the form and manner specified by the Bar Date Order and this Notice and that fails to do so on or before the bar date associated with such claim shall not be treated as a creditor in these chapter 11 proceedings, and therefore, shall not be permitted to (i) vote on any plan of reorganization or plan of liquidation or (ii) receive any distribution under any confirmed plan.**

Copies of the Schedules and the Bar Date Order are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, U.S. Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market St., Wilmington, DE 19801 or on Epiq's website (http://chapter11.epiqsystems.com/tribune).

Proof of claim forms along with instructions for completing and filing the proof of claim forms have been mailed to all known creditors and parties in interest in the Debtors' chapter 11 cases. If you have not received that mailing and believe that you have a claim against the Debtors, you should contact Epiq at (800) 822-1125 between the hours of 9:00 a.m. and 5:00 p.m. (prevailing Eastern Time), Monday through Friday.

Please note that Epiq's staff is not permitted to give legal advice.

Dated: May 12, 2009, Wilmington, DE
BY ORDER OF THE HONORABLE KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>James F. Conlan, Bryan Krakauer,<br>Kevin T. Lantry, D'Lisia E. Bergeron,<br>One S. Dearborn St.,<br>Chicago, Illinois 60603,<br>Tele: (312) 853-7000, Fax: (312) 853-7036 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290),<br>J. Kate Stickles (No. 2917),<br>Patrick J. Reilley (No. 4451),<br>500 Delaware Avenue, Suite 1410,<br>Wilmington, DE 19801,<br>Tele: 302-652-3131, Fax: 302-652-3117 |

Counsel to the Debtors and Debtors-In-Possession