**EXHIBIT A**

CHI-1705742v3

# JONES DAY

Potential Newspaper Acquisition 1                                                                 Page 1

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/08 | R C THOMAS | Teleconference with client regarding status of and 4(c) process (.70); communicate with Proger regarding same (.20). | 0.90 | 405.00 |
| 12/10/08 | T T DINH | Review Hart-Scott-Rodino regarding (.10); conference with Thomas regarding same (.10). | 0.20 | 65.00 |
| 12/10/08 | R C THOMAS | Review correspondence from client regarding potential 4(c) documents (.90) and communicate with Dinh regarding same (.10). | 1.00 | 450.00 |
| 12/11/08 | P A PROGER | Review/analyze revised purchase agreement (.20); telephone conversation with Xanders regarding same (.20); attention to Hart-Scott-Rodino issue (.20); telephone conversation with Coppoletta regarding same (.20). | 0.80 | 680.00 |
| 12/11/08 | R C THOMAS | Review draft asset purchase agreement and schedule for antitrust issues (1.0) and communicate with Proger and client regarding same (.20); draft email to Proger regarding same (.30). | 1.50 | 675.00 |
| 12/12/08 | K M FENTON | Conference with Thomas regarding acquisition agreement covenants and review correspondence regarding same. | 0.50 | 350.00 |
| 12/12/08 | P A PROGER | Conference with Thomas regarding asset purchase agreement. | 0.20 | 170.00 |
| 12/12/08 | R C THOMAS | Review draft asset purchase agreement and schedules for antitrust issues (2.60); communicate with Proger and Fenton regarding same (.20); review corregardingspondence from Proger regarding same (.50). | 3.30 | 1,485.00 |
| 12/16/08 | B M NEWMAN | Communicate with Thomas regarding Hart-Scott-Rodino status and rules. | 0.30 | 157.50 |
| 12/16/08 | R C THOMAS | Communicate with Newman regarding status of and Hart-Scott-Rodino filing (.10); communicate with Proger regarding same (.10). | 0.20 | 90.00 |
| 12/17/08 | T T DINH | Draft and revise information request memo regarding Hart-Scott-Rodino transaction regarding (2.00); conference with Thomas regarding same (.20). | 2.20 | 715.00 |
| 12/17/08 | T D SMITH | Hart-Scott-Rodino advice. | 0.50 | 412.50 |
| 12/17/08 | R C THOMAS | Communicate with client and Dinh regarding status of and Hart-Scott-Rodino filing (.20); review legal memoranda in connection with 4(c) collection (1.00); draft/revise legal memoranda regarding same (1.50); review legal memoranda and client documents for antitrust analysis (.70). | 3.40 | 1,530.00 |
| 12/18/08 | T T DINH | Conference with Thomas regarding Hart-Scott-Rodino transaction detail. | 0.30 | 97.50 |
| 12/18/08 | P A PROGER | Review/analyze bankruptcy reorganization rules Hart-Scott-Rodino effect issue (.20); conference call with Xanders and Nye regarding same (.50). | 0.70 | 595.00 |

# JONES DAY

Potential Newspaper Acquisition 1                                                                                           Page 2

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/18/08 | R C THOMAS | Prepare for and participate in teleconferences with client regarding status of _____ and Hart-Scott-Rodino filing (1.00); communicate with Dinh regarding same (.30); review legal memoranda in connection with 4(c) collection (.50) and communicate with Proger regarding same (.20); draft/revise legal memorandum regarding same (1.30). | 3.30 | 1,485.00 |
| 12/19/08 | T T DINH | Review potential 4(c) documents and discuss with Thomas. | 0.50 | 162.50 |
| 12/19/08 | P A PROGER | Review and revise asset purchase agreement disclosures (.30); telephone conversation with Coppoletta regarding same (.10). | 0.40 | 340.00 |
| 12/19/08 | R C THOMAS | Review draft asset purchase agreement schedules (1.50) and communicate with Proger, Dinh and corporate counsel regarding same (.30); review _____ model regarding proposed savings and communicate with client regarding same (1.50); communicate with Newman regarding same (.30). | 3.60 | 1,620.00 |
| 12/22/08 | T T DINH | Review potential 4(c) documents and discuss with Thomas. | 0.20 | 65.00 |
| 12/22/08 | R C THOMAS | Communicate with Hall regarding bankruptcy application papers (.30); review draft asset purchase agreeement schedules and potential 4(c) documents (1.00); communicate with client regarding 4(c) collection process (.30); discuss 4(c) documents with Dinh (.20). | 1.80 | 810.00 |
| 12/23/08 | P A PROGER | Review/analyze new paragraph 5.3 in purchase agreement (.20); telephone conversation with Xanders regarding same (.20); telephone conversation with Coppoletta regarding AT contract language issues (.20); conference call with Xanders regarding paragraph 5.3 (.40). | 1.00 | 850.00 |
| 12/23/08 | R C THOMAS | Review draft asset purchase agreement schedules and communicate with Proger and client regarding same. | 2.70 | 1,215.00 |
| 12/24/08 | R C THOMAS | Review proposed draft announcement for _____ and provide comments to client regarding same. | 0.70 | 315.00 |
| 12/29/08 | P A PROGER | Conference call with Hartenstein, Larsen, Kazan and Xanders regarding antitrust analysis and conduct of business between signing and closing (.50); review contract language regarding same (.30). | 0.80 | 680.00 |
| 12/30/08 | P A PROGER | Communicate with Xanders regarding negotiation issues. | 0.20 | 170.00 |
| 12/31/08 | R C THOMAS | Prepare for and participate in teleconference with Proger and client regarding information exchange (.50); review client documents regarding same (.30). | 0.80 | 360.00 |
| 01/16/09 | P A PROGER | Review/analyze _____ possible alternatives (.30); telephone conversation with Xanders regarding same (.20). | 0.50 | 450.00 |

**TOTAL**                                                                                       **32.50**        **USD**        **16,400.00**

# JONES DAY

Potential Newspaper Acquisition 2                                                                                          Page 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 12/31/08 | P A PROGER | 0.40 | 340.00 |

Telephone conference with Xanders and Avetisian regarding due diligence antitrust guidelines

| 01/05/09 | P A PROGER | 0.50 | 450.00 |

Review/analyze due diligence process (.20); review due diligence list (.30).

| 01/06/09 | R C THOMAS | 1.90 | 902.50 |

Telephone conference with Xanders regarding due diligence (.50) ; review draft requests regarding same (1.40).

| 01/07/09 | P A PROGER | 0.80 | 720.00 |

Review/analyze further due diligence (.30); office conference with Thomas regarding same (.50).

| 01/07/09 | R C THOMAS | 2.50 | 1,187.50 |

Review JDA with  (.50); telephone conference with Xanders and Nye regarding  due diligence (1.00); review draft requests regarding same (.50); office conference with Proger regarding same (.50).

| 01/08/09 | P A PROGER | 1.10 | 990.00 |

Review/analyze due diligence requests (.20); conference call with Thomas, Xanders and Nye regarding same (.40); telephone conversation with Aronson regarding same (.20); telephone conversation with Xanders regarding Aronson call (.30).

| 01/08/09 | R C THOMAS | 1.70 | 807.50 |

Prepare for and participate in teleconference with Proger and Xanders and Nye regarding  due diligence (.40); review draft requests regarding same (1.00); participate in teleconference with counsel to  regarding due diligence (.30).

| 01/09/09 | P A PROGER | 0.40 | 360.00 |

Review/analyze  due diligence (.20); office conference with Thomas regarding same (.20).

| 01/09/09 | R C THOMAS | 1.80 | 855.00 |

Teleconference with Xanders and Nye regarding  due diligence (.20); review draft requests regarding same (.40); communicate with Proger regarding same (.20); draft due diligence guidelines document for employee signature (1.00).

| 01/11/09 | P A PROGER | 0.60 | 540.00 |

Review/analyze due diligence (.30); telephone conversation with Xanders regarding same (.30).

| 03/10/09 | P A PROGER | 0.40 | 360.00 |

Review/analyze next steps with  venture, including possible production and circulation joint

| 03/10/09 | R C THOMAS | 0.80 | 380.00 |

Communicate with Xanders regarding  (.50); draft email to Proger regarding same (.30).

| 03/11/09 | R C THOMAS | 0.20 | 95.00 |

Review proposed agenda for meeting with  (.10); review antitrust agency Competitor Collaboration Guidelines (.10).

| 03/12/09 | P A PROGER | 0.50 | 450.00 |

Review/analyze possible alternative ventures with  (.20); conference call with Xanders and Avetisian regarding same (.30).

| 03/12/09 | R C THOMAS | 3.80 | 1,805.00 |

Review proposed agenda for meeting with  (.50); review antitrust agency competitor collaboration guidelines (1.00) and communicate with Proger and client regarding same (.30); review legal memoranda regarding document creation and information sharing and distribute same to client (2.00).

## JONES DAY

Potential Newspaper Acquisition 2                                                                                         Page 2

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 03/16/09 | P A PROGER | 0.30 | 270.00 |

Communicate with Xanders and Avetisian regarding diligence process.

| 03/16/09 | R C THOMAS | 1.30 | 617.50 |

Review proposed agenda for meeting with _____ (.30); draft/revise legal memoranda regarding document creation and information sharing (.50); prepare for and participate in client call (.50).

| 03/17/09 | R C THOMAS | 0.10 | 47.50 |

Email with client regarding legal memoranda on document creation and information sharing and review same.

| 03/18/09 | P A PROGER | 0.70 | 630.00 |

Review/analyze guidelines regarding possible joint venture planning.

| 03/19/09 | P A PROGER | 1.00 | 900.00 |

Review/analyze possible efficiencies in advertising (.50); conference call with Xanders and McKibben and Avetisian regarding same (.50).

| 03/20/09 | R C THOMAS | 0.20 | 95.00 |

Review documents in connection with _____ ventures and review file regarding same.

| 03/23/09 | P A PROGER | 0.80 | 720.00 |

Review/analyze editorial content proposal to _____ (.10); conference call with Xanders, Curtiss and Thomas regarding same (.40); review revised editorial coverage proposal (.30).

| 03/23/09 | R C THOMAS | 0.70 | 332.50 |

Review documents in connection with _____ ventures (.30); prepare for and participate in conference call with Proger, Xanders and Curtiss regarding same (.40).

| 03/24/09 | P A PROGER | 0.40 | 360.00 |

Review/analyze task list (.20); e-mail Xanders regarding same (.20).

**TOTAL**                                                                    22.90            USD          14,215.00

## JONES DAY

| Potential Joint Venture | | | Page 1 |

| | | | |
|---|---|---|---|
| 01/09/09 | P A PROGER | 0.30 | 270.00 |

Review/analyze production/distribution joint venture (.20); telephone conversation with Solomon regarding same (.10).

| **TOTAL** | | 0.30 | USD | 270.00 |

## EXHIBIT B

# JONES DAY

Tribune Company                                                                                                    Page 1

Freedom Communications

## DISBURSEMENT DETAIL - March 31, 2009

| Date | Timekeeper Name | Location | Amount |
|---|---|---|---|

**CALLING CARD CHARGES**

| 12/18/08 | P A PROGER | WAS | 6.86 |

Calling card charges:09/30-10/27/08 Calling Card Charges

**Calling card charges Subtotal**                                                                         6.86

**CONFERENCE CALL CHARGES**

| 12/18/08 | P A PROGER | WAS | 2.27 |

Conference Call Charges:09/03-10/31/08 Conference Call Charges

**Conference Call Charges Subtotal**                                                                2.27

**DUPLICATION CHARGES**

| 01/15/09 | WAS ACCOUNTING | WAS | 16.20 |

Duplication charges through 01/15/2009

**Duplication charges Subtotal**                                                                          16.20

**LONG DISTANCE CHARGES**

| 03/19/09 | WAS ACCOUNTING | WAS | 2.10 |

Long distance charges through 03/19/2009

| 03/26/09 | WAS ACCOUNTING | WAS | 7.65 |

Long distance charges through 03/26/2009

**Long distance charges Subtotal**                                                                        9.75

**UNITED PARCEL SERVICE CHARGES**

| 03/05/09 | WAS ACCOUNTING | WAS | 7.20 |

United Parcel Service Charges - 02/20/2009

**United Parcel Service charges Subtotal**                                                        7.20

**Total**                                                                                                 USD   42.28

San Diego Union-Tribune

## DISBURSEMENT DETAIL - March 31, 2009

| Date | Timekeeper Name | Location | Amount |
|---|---|---|---|

**COLOR DUPLICATION CHARGES**

| 12/04/08 | R C THOMAS | WAS | 123.00 |

Color duplication charges: 10/24/08 OCTOBER 2008

**Color duplication charges Subtotal**                                                                123.00

**CONFERENCE CALL CHARGES**

| 12/04/08 | R C THOMAS | WAS | 6.72 |

Conference Call Charges: 10/28/08 OCTOBER 2008

| 12/18/08 | P A PROGER | WAS | 3.01 |

Conference Call Charges:09/03-10/31/08 Conference Call Charges

**Conference Call Charges Subtotal**                                                                 9.73

**LONG DISTANCE CHARGES**

| 12/11/08 | WAS ACCOUNTING | WAS | 2.55 |

Long distance charges through 12/11/2008

# JONES DAY

Tribune Company                                                                                               Page 2

| Date | Description | | Amount | |
|---|---|---|---|---|
| 12/18/08 | WAS ACCOUNTING<br>Long distance charges through 12/18/2008 | WAS | 2.55 | |
| 12/23/08 | WAS ACCOUNTING<br>Long distance charges through 12/23/2008 | WAS | 1.95 | |
| | **Long distance charges Subtotal** | | | 7.05 |

**WESTLAW SEARCH FEES**

| | | | | |
|---|---|---|---|---|
| 12/23/08 | L R BERGIN<br>Westlaw Charges: 11/17/2008 | WAS | 269.04 | |
| 12/23/08 | L R BERGIN<br>Westlaw Charges: 11/20/2008 | WAS | 8.01 | |
| | **Westlaw search fees Subtotal** | | | 277.05 |
| **Total** | | | USD | 416.83 |
| **Grand Total** | | | USD | 459.11 |

## **EXHIBIT C**

CHI-1705742v3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1705742v3

I have read the First Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from December 8, 2008 through March 31, 2009 (the "Application"). The above-captioned debtors (collectively, the "Debtors") have been provided a copy of the Application.

A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.


Dated: May 1, 2009                    /s/ Phillip A. Proger
                                      Phillip A. Proger

CHI-1705742v3