DAVID W. REIMANN    State Bar No. 106779
THE REIMANN LAW GROUP
1960 East Grand Avenue, Suite 1165
El Segundo, California 90245
Telephone: (310) 414-3000
Facsimile: (310) 414-3011
Email: dreimann@reimannlawgroup.com

Attorneys for: MAJESTIC REALTY CO., YORBA PARK I, LLC, and YORBA PARK SUB, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**TRIBUNE COMPANY, et al.,**<br><br>Debtor. | **CHAPTER 11**<br><br>**CASE NO. 08-13141 (KJC)**<br>**Jointly Administered** |

## REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that MAJESTIC REALTY CO., a California corporation, YORBA PARK I, LLC, a Delaware limited liability company, and YORBA PARK SUB, LLC, a Delaware limited liability company, as landlord (creditor) and a party-in-interest in the above-captioned case, pursuant to RULE 2002(a) of the Federal Rules of Bankruptcy Procedure and other governing law, hereby requests notice of all matters, notice of which must be given to creditors or other parties-in-interest. Such notice should be directed for all notice purposes, to its attorneys at the following address:

DAVID W. REIMANN
THE REIMANN LAW GROUP
1960 EAST GRAND AVENUE, SUITE 1165
EL SEGUNDO, CA 90245
Telephone: (310) 414-3000
Facsimile:  (310) 414-3011
Email: dreimann@reimannlawgroup.com

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc.(5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3 167); ChicagoLand Microwave Licensee, Inc. (1579); ChicagoLand Publishing Company (3237); ChicagoLand Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (381 1); Eagle New Media Investments, LLC (661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (02 19); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505) GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowner Realty Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); HOy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416) Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel

Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750) ; Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company, LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, INC. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company, Inc. (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (1088); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (45220; Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Televison Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LU (9587); WATL, LLC (7384), WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPLX, Inc. (0191); and WTXX Inc. (1268). The Debtor's corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 6011.

| | |
|---|---|
| DATED: June 2, 2009 | THE REIMANN LAW GROUP<br>DAVID W. REIMANN<br><br>By: _/s/ David W. Reimann_<br>      David W. Reimann<br><br>Attorneys for MAJESTIC REALTY CO., YORBA PARK I, LLC, and YORBA PARK SUB, LLC |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on Tuesday, June 2, 2009, I served this Request for Special Notice and Service of Papers electronically through the CM/ECF system upon the Parties listed on the attached Electronic Mail Notice List and by U.S. mail to those listed on the U.S. Mail Service List.

/s/ David W. Reimann

**U.S. Mail Service List**

| | |
|---|---|
| Frank A. Anderson<br>Pension Benefit Guaranty Corporation<br>1200 K Street N.W., Suite 340<br>Washington DC 20005 | Pension Benefit Guaranty Corporation<br>Office of the General Counsel<br>1200 K. Street, N.W.<br>Washington DC 20005 |
| Thomas V. Askounis<br>Askounis & Darcy PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL 60611 | Zachary J. Bancroft<br>Lowndes, Drosdick, Doster, Kantor & Reed<br>450 South Orange Avenue, Suite 250<br>Orlando, FL 32801 |
| John M. August<br>Herrick Feinstein LLP<br>One Gateway Center, 22nd Floor<br>Newark, New Jersey 070102 | Ian Connor Bifferato<br>Bifferato LLC<br>800 North King Street, 1st Floor<br>Wilmington, Delaware 19801 |
| Corey Smith Bott<br>Abato Rubenstein and Abato, PA<br>809 Gleneagles Court, Suite 320<br>Baltimore, Maryland 21286 | CB Blackard<br>301 East Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033 |
| William Pierce Bowden<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, Delaware 19899 | William R. Brodzinski<br>Mulherin, Rehfeldt & Varchello, P.C.<br>211 South Wheaton Avenue, Suite 200<br>Wheaton, Illinois 60187 |
| Gary A. Bresee<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, California 94108 | Glenn A. Brown<br>Real World Law, P.C.<br>6774 Market Street<br>Upper Darby, PA 19082 |
| Ronald K. Brown<br>Law Office of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, California 92660 | William E. Callahan, Jr.<br>LeClair Ryan, A Professional Corporation<br>1800 Wachovia Tower<br>Drawer 1200<br>Roanoke, Virginia 24006-1200 |
| Paul J. Catanese<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, Illinois 60601-1818 | William E. Chipman, Jr.<br>Landis Rath & Cobb LLC<br>919 North Market Street, Suite 1800<br>Wilmington, Delaware 19801 |

| | |
|---|---|
| Shawn M. Christianson<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco,, California  94105-2130 | Mark D. Collins<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware  19899 |
| Tiffany Strelow Cobb<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, Ohio  43215 | Timothy J. Conklin<br>Foster & Buick<br>2040 Aberdeen Court<br>Sycamore, Illinois 60178 |
| James F. Conlan<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, Illinois  60603 | L. Jason Cornell<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, Delaware  19899-2323 |
| Andrew S. Conway<br>The Taubman Company<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI  48304 | Angie M. Cowan<br>Allison, Slutsky & Kennedy, P.C.<br>230 West Monroe Street, Suite 2600<br>Chicago, Illinois  60606 |
| Robert L. Cook<br>Office fo Counsel New York State<br>333 East Washington Street, 3rd Floor<br>Syracuse, New York  13202 | John D. Demmy, Esq.<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware  19899 |
| John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Texas  77253-3064 | Caroline R. Djang<br>Jeffers, Mangels, Bulter & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, California  90067 |
| Michael E. Emrich<br>Reverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, New York  10024 | Brian G. Esders<br>Abato Rubenstein and Abato P.A.<br>809 Gleneagles Court, Suite 320<br>Baltimore, Maryland  21286 |
| Margaret Fleming England<br>Eckert Seamans Cherin & Mellot, LLC<br>300 Delaware Avenue, Suite 1360<br>Wilmington, Delaware  19801 | Justin Cory Falgowski<br>Reed Smith LLP<br>1201 North Market Street, Suite 1500<br>Wilmington, Delaware  19801 |
| Sherry Ruggiero Fallon<br>Tybout, Redfearn & Pell<br>750 Shipyard Drive, Suite 400<br>Wilmington, Delaware  19899 | Mark E. Felger<br>Cozen O'Connor<br>1201 North Market Street, Suite 1400<br>Wilmington, Delaware  19801 |
| Adolph F. Fellmeth<br>The Schmerling Group<br>261 Old York Road, Suite 514<br>Jenkintown, PA  19046 | John V. Fiorella<br>Archer & Greiner<br>300 Delaware Avenue, Suite 1370<br>Wilmington, Delaware  19801 |
| Heather Marie Fossen Forrest<br>Jackson Walker LLP<br>901 Main Street, Suite 6000<br>Dallas, Texas  75202 | Joseph D. Frank<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois  60654 |

| | |
|---|---|
| Yonatan Golden<br>U.S. Department of Justice Tax Division<br>P.O. Box 227<br>Washington DC  20044 | Patrick Theodore Garvey<br>Johnson & Bell, Ltd.<br>33 West Monroe, Suite 2700<br>Chicago, Illinois  60603 |
| Scott Golden<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, New York  10022 | Douglas R. Gonzales<br>Weiss Serota Helfman<br>200 East Broward Boulevard, Suite 1900<br>Fort Lauderdale, Florida  33301 |
| Donald L. Gouge, Jr.<br>Donald L. Gouge, Jr., LLC<br>800 King Street, Suite 303<br>P.O. Box 1674<br>Wilmington, Delaware  19899 | Robert L. Hanley, Jr.<br>Nolan, Plumhoff & Williams, Chtd.<br>Suite 700-Nottingham Centre<br>502 Washington Avenue<br>Towson, MD  21204 |
| Michael A. Henry<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 South 7th Street<br>P.O. Box 4060<br>Allentown, PA  18105-4060 | R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, Delaware  19899 |
| Christine Zuehlke Heri<br>U.S. Department of Labor<br>Office of the Solicitor<br>230 South Dearborn, Room 844<br>Chicago, Illinois  60604 | Adam Hiller<br>Draper & Goldberg, PLLC<br>1500 North French Street, 2nd Floor<br>Wilmington, Delaware  19801 |
| Joseph H. Huston, Jr.<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, Delaware  19801 | Jennifer R. Hoover<br>Benesch Friedlander Coplan & Aronoff LLP<br>222 Delaware Avenue, Suite 801<br>Wilmington, Delaware  19801 |
| Ericka Fredricks Johnson<br>Womble Carlye Sandridge & Rice, PLLC<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware  19801 | Susan E. Kaufman<br>Cooch and Taylor, P.A.<br>1000 West Street, 10th Floor<br>Wilmington, Delaware  19801 |
| William M. Kelleher<br>Gordon Fournaris & Mammarella<br>1925 Lovering Avenue<br>Wilmington, Delaware  19806 | Bryan Krakauer<br>Sidley, Austin, Brown & Wood LLP<br>One South Dearborn Street<br>Chicago, Illinois  60603 |
| Adam G. Landis<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, Delaware  19801 | Neil Raymond Lapinski<br>Elliot Greenleaf<br>1105 North Market Street, Suite 1700<br>P.O. Box 2327<br>Wilmington, Delaware  19899 |
| George T. Less, III<br>Rawle & Henderson, LLP<br>300 Delaware Avenue, Suite 1015<br>P.O. Box 588<br>Wilmington, Delaware  19801 | Joshua G. Losardo<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, New York  10016 |

| | |
|---|---|
| Robert W. Mallard<br>Dorsey & Whitney LLP<br>1105 North Market Street, Suite 1600<br>Wilmington, Delaware  19801 | Maria Ann Milano<br>Riddell Williams P.S.<br>1001 4th Avenue, Suite 4500<br>Seattle, Washington  98154 |
| Katherine L. Mayer<br>McCarter & English LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, Delaware  19801 | Matthew B. McGuire<br>Landis Rath & Cobb LLP<br>P.O. Box 2087<br>919 Market Street, Suite 1800<br>Wilmington, Delaware  19899 |
| Frank F. McGinn<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA  02110 | Michelle McMahon<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, New York  10104 |
| Rachel B. Mersky<br>Monzack Mersky McLaughlin & Browder, PA<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware  19801 | George R. Mesires<br>Barack Ferrazzano Kirschbaum & Nagelberg<br>200 West Madison Street, Suite 3900<br>Chicago, Illinois  60606 |
| Curtis S. Miller<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, Delaware  19801 | Carol E. Momjian<br>PA Office of Attorney General<br>21 South 12 Street, 3rd Floor<br>Philadelphia, PA  19107 |
| Kenneth Miller<br>Ervin Cohen & Jessup, LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, California  90212 | Sheryl L. Moreau<br>Missouri Department of Revenue<br>P.O. Box 475<br>301 West High Street, Room 670<br>Jefferson City, Missouri  65105 |
| Cynthia E. Moh<br>Landis Rath & Cobb LLP<br>919 North Market Street, Suite 1800<br>Wilmington, Delaware  19801 | Adam Scott Moskowitz<br>ASM Capital, LP<br>22 Jennings Lane<br>Woodbury, New York  11797 |
| Kerri K. Mumford<br>Landis Rath & Cobb LLP<br>919 North Market Street, Suite 1800<br>Wilmington, Delaware  19801 | Jami B. Nimeroff<br>Brown Stone Nimeroff LLC<br>4 East 8th Street, Suite 400<br>Wilmington, Delaware  19801 |
| Ramona Neal<br>11311 Chindon Boulevard<br>Mailstop 314<br>Boise, Idaho  83714 | Edward Patrick O'Brien<br>Stempel Bennett Claman & Hochbery, P.C.<br>655 Third Avenue<br>New York, New York  10017 |
| Dana S. Plon<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA  19102 | Mona A. Parikh<br>Landis Rath & Cobb LLP<br>919 North Market Street, Suite 1800<br>Wilmington, Delaware  19801 |

| | |
|---|---|
| Leigh-Anne M. Raport<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, Delaware 19899 | Norman L. Pernick<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801 |
| Patrick J. Reilley<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801 | Jeffrey N. Rich<br>K&L Gates LLP<br>599 Lexington Avenue<br>New York, New York 10022 |
| Fred B. Ringel<br>Robinson Brog Leinward et al.<br>1345 Avenue of the Americas, 31st Floor<br>New York, New York 10105 | Dean S. Sommer<br>Young Sommer Ward Ritzenberg Wooley<br>Executive Woods<br>5 Palisades Drive<br>Albany, New York 12205 |
| Frederick Brian Rosner<br>Messana Rosner & Stern, LLP<br>1000 North West Street<br>Wilmington, Delaware 19801 | Laurie Selber Silverstein<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Hercules Plaza, 6th Floor<br>Wilmington, Delaware 19801 |
| Sommer Leigh Ross<br>Duane Morris, LLP<br>One Liberty Place<br>Philadelphia, PA 19103 | Christopher Page Simon<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, Delaware 19899 |
| Elaine M. Seid<br>McPharlin Sprinkles & Thomas, LLP<br>10 Almaden Boulevard, Suite 1460<br>San Jose, California 95113 | Wayne M. Smith<br>Warner Bros. Entertainment Inc.<br>4000 Warner Boulevard<br>Building 156, Room 5158<br>Burbank, California 91522 |
| Joseph Emil Shickich, Jr.<br>Riddell Williams P.S.<br>1001 4th Avenue, Suite 4500<br>Seattle, Washington 98154 | Patricia K. Smoots<br>McGuire Woods LLP<br>77 West Wacker Drive, Suite 4100<br>Chicago, Illinois 60601 |
| James E. Sorenson<br>Williams, Gautier, Gwynn DeLoach & Soren<br>P.O. Box 4128<br>Tallahassee, Florida 32315 | Florida Self-Insurers Guaranty Assoc., Inc.<br>c/o James E. Sorenson, Esq.<br>P.O. Box 4128<br>Tallahassee, Florida 32315 |
| J. Kate Stickles<br>Cole, Schotz, Meisel, Forman & Leonard<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801 | Stuart Maue<br>3840 McKelvey Road<br>St. Louis, Missouri 63044 |
| William David Sullivan<br>Sullivan Hazeltine Allinson LLC<br>4 East 8th Street, Suite 400<br>Wilmington, Delaware 19801 | Jay Teitelbaum<br>Teitelbaum & Baskin LLP<br>3 Barker Avenue, 3rd Floor<br>White Plains, New York 10601 |

| | |
|---|---|
| Judy D. Thompson<br>Poyner & Spruill LLP<br>301 South College Street, Suite 2300<br>Charlotte, North Carolina 28202 | Matthew J. Troy<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 875 Ben Franklin Station<br>Washington DC 20044 |
| Edward J. Tredinnick<br>Green Radovsky Maloney Share & Hennigh<br>Four Embarcadero Center, Suite 4000<br>San Francisco, California 94111 | Pamela K. Webster<br>Buchalter Nemer<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017 |
| Deborah Waldmeir<br>State of Michigan Dept. of Attorney General<br>3030 West Grand Blvd., Suite 10-200<br>Detroit, Michigan 48202 | William Douglas White<br>McCarthy & White PLLC<br>8180 Greensboro Drive, Suite 875<br>McLean, Virginia 22102 |
| Helen Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, Texas 75201 | Eric R. Wilson<br>Kelly Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 |
| Jeffrey C. Wisler<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899 | Etta Rena Wolfe<br>Smith Katzenstein & Furlow LLP<br>P.O. Box 410<br>Wilmington, Delaware 19899 |
| Rafael Xavier Zahralddin-Aravena<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>P.O. Box 2327<br>Wilmington, Delaware 19801 | |

**Attachment A**

Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Frank A. Anderson    anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis    taskounis@askounisdarcy.com
- John M. August    jaugust@herrick.com, courtnotices@herrick.com
- Zachary J. Bancroft    zachary.bancroft@lowndes-law.com
- Ian Connor Bifferato    cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Gary A Bresee    gbresee@bargerwolen.com, jrogers@bargerwolen.com
- William R. Brodzinski    wbrodzinski@mrvlaw.com
- Glenn A. Brown    glenn.brown@realworldlaw.com
- William E. Callahan, Jr.    william.callahan@leclairryan.com, kim.doss-knicely@leclairryan.com
- Paul J. Catanese    pcatanese@mcguirewoods.com
- William E. Chipman    chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Tiffany Strelow Cobb    tscobb@vorys.com, cdfricke@vorys.com
- Kevin G. Collins    kcollins@bifferato.com
- Mark D. Collins    collins@RLF.com, rbgroup@rlf.com
- Andrew S. Conway    Aconway@taubman.com
- Robert L. Cook    robert_cook@tax.state.ny.us
- L. Jason Cornell    jcornell@foxrothschild.com, dkemp@foxrothschild.com;vfrew@foxrothschild.com
- Angie M. Cowan    cowan@ask-attorneys.com
- John D. Demmy    jdd@stevenslee.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Caroline R. Djang    crd@jmbm.com
- Thomas F. Driscoll    tdriscoll@bifferato.com
- Michael E. Emrich    notice@regencap.com
- Margaret Fleming England    mengland@eckertseamans.com
- Brian G. Esders    besders@abato.com
- Justin Cory Falgowski    jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Sherry Ruggiero Fallon    sfallon@trplaw.com

- Mark E. Felger    mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth    fred.fellmeth@vitecgroup.com
- John V. Fiorella    jfiorella@archerlaw.com
- Heather Marie Fossen Forrest    hforrest@jw.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
- Gregg M. Galardi    debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com
- Patrick Theodore Garvey    garveyp@jbltd.com, danelskis@jbltd.com
- Yonatan Gelblum    yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Scott Golden    sagolden@hhlaw.com
- Douglas R. Gonzales    dgonzales@wsh-law.com
- Donald L. Gouge    dgouge@gougelaw.com, lmartin@gougelaw.com
- Michael A. Henry    mhenry@grossmcginley.com
- Christine Zuehlke Heri    heri-christine@dol.gov, sol-chi@dol.gov
- R. Karl Hill    khill@svglaw.com, cday@svglaw.com
- Adam Hiller    adamh@drapgold.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, bankruptcy@beneschlaw.com;rlemisch@beneschlaw.com;bsandler@beneschlaw.com;svandyk@beneschlaw.com
- Joseph H. Huston    jhh@stevenslee.com
- Ericka Fredricks Johnson    erjohnson@wcsr.com
- Susan E. Kaufman    skaufman@coochtaylor.com
- William M. Kelleher    wkelleher@gfmlaw.com
- Bryan Krakauer    bkrakauer@sidley.com
- Adam G. Landis    landis@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;panchak@lrclaw.com;dero@lrclaw.com
- Neil Raymond Lapinski    nrl@elliottgreenleaf.com
- George T. Lees, III    glees@rawle.com
- Robert W. Mallard    mallard.robert@dorsey.com
- Julie A. Manning    bankruptcy@goodwin.com
- Katharine L. Mayer    kmayer@mccarter.com
- Frank F. McGinn    ffm@bostonbusinesslaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, adams@lrclaw.com;girello@lrclaw.com;dero@lrclaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- Rachel B. Mersky    rmersky@monlaw.com
- George R. Mesires    george.mesires@bfkn.com
- Maria Ann Milano    mmilano@riddellwilliams.com
- Curtis S. Miller    cmiller@mnat.com
- Cynthia E. Moh    moh@lrclaw.com, girello@lrclaw.com
- Carol E. Momjian    cmomjian@attorneygeneral.gov
- Sheryl L. Moreau    deecf@dor.mo.gov
- Adam Scott Moskowitz    asmcapital@aol.com
- Kerri K Mumford    mumford@lrclaw.com, girello@lrclaw.com;adams@lrclaw.com;dero@lrclaw.com

- Jami B. Nimeroff    jnimeroff@bsnlawyers.com
- Edward Patrick O'Brien    eobrien@sbchlaw.com
- Mona A. Parikh    parikh@lrclaw.com, dero@lrclaw.com
- Norman L. Pernick    bankruptcy@coleschotz.com, npernick@coleschotz.com;pratkowiak@coleschotz.com
- Dana S. Plon    dplon@sirlinlaw.com
- Leigh-Anne M. Raport    raportl@pepperlaw.com, WLBANK@pepperlaw.com;lanoc@pepperlaw.com
- Patrick J. Reilley    preilley@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- Jeffrey N. Rich    jeff.rich@klgates.com, klgatesbankruptcy@klgates.com;kristen.serrao@klgates.com
- Fred B. Ringel    fbr@robinsonbrog.com
- Frederick Brian Rosner    frosner@mrs-law.com, frosner@mrs-law.com
- Sommer Leigh Ross    slross@duanemorris.com
- Elaine M Seid    emseid@mstpartners.com
- Joseph Emil Shickich    jshickich@riddellwilliams.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com
- Wayne M. Smith    wayne.smith@warnerbros.com
- Patricia K. Smoots    psmoots@mcguirewoods.com
- James E. Sorenson    jsorenson@wggdlaw.com, bk@wggdlaw.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kstahl@coleschotz.com
- William David Sullivan    bsullivan@sha-llc.com, ECF@williamdsullivanllc.com;kdavis@sha-llc.com;hcoleman@sha-llc.com
- Jay Teitelbaum    jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com
- Judy D. Thompson    jdthompson@poynerspruill.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- United States Trustee    USTPREGION03.WL.ECF@USDOJ.GOV
- Deborah Waldmeir    waldmeird@michigan.gov, gamep@michigan.gov
- Pamela K. Webster    pwebster@buchalter.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com
- William Douglas White    wdw@mccarthywhite.com
- Eric R. Wilson    KDWBankruptcyDepartment@kelleydrye.com
- Jeffrey C. Wisler    jwisler@cblh.com
- Etta Rena Wolfe    erw@skfdelaware.com
- Rafael Xavier Zahralddin-Aravena    rxza@elliottgreenleaf.com