# EXHIBIT B

## REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM APRIL 1, 2009 THROUGH APRIL 30, 2009

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 6.90 | $3,553.50 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 2.30 | $1,138.50 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | .20 | $86.00 |
| J.C. Falgowski | Associate. Joined firm in 2004. Member of DE bar since 2004. | $360.00 | .20 | $72.00 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | 1.80 | $540.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | .20 | $25.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 10.70 | $1,551.50 |
| Grand Total: | | | 22.30 | $6,966.50 |
| Blended Rate: | | | | $313.74 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $475.44 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 3.50 | $1,317.50 |
| Insurance Counseling – 00005 | 6.20 | $3,167.00 |
| Fee Applications – 00009 | 12.60 | $2,482.00 |
| **TOTAL:** | **22.30** | **$6,966.50** |

US_ACTIVE-101706432.2-JCFALGOW

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1857489
Invoice Date: May 18, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through April 30, 2009

|     |                         | Current Fees | Current Costs | Total for Matter |
|-----|-------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror    |              |               |                  |
|     | 503842.00004            | $1,317.50    | $806.34       | $2,123.84        |
| RE: | Insurance Counseling    |              |               |                  |
|     | 503842.00005            | $3,167.00    | $0.00         | $3,167.00        |
| RE: | Fee Applications        |              |               |                  |
|     | 503842.00009            | $2,482.00    | $47.60        | $2,529.60        |
|     | **Current Invoice Total:** | **$6,966.50** | **$853.94** | **$7,820.44** |

## REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 0260-0959-3
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1857489)

May 18, 2009 | Invoice: 1857489
RE: Reliance/Times Mirror | Page 2
(503842.00004)

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/03/09 | SS | Reviewed, analyzed and catalogued correspondence case file. | 0.20 |
| 04/24/09 | DR | Corresponded with P. Walker-Bright and T. Law regarding insurance guaranty fund law (.30); researched insurance guaranty fund law and corresponded with P. Walker-Bright and J. Shugrue regarding same (1.5). | 1.80 |
| 04/24/09 | PRW | Reviewed and analyzed insurance guaranty law. | 1.00 |
| 04/24/09 | JDS | Analyzed and exchanged emails with client regarding guaranty fund statutes. | 0.50 |

TOTAL FEES: $1,317.50

**CURRENT DISBURSEMENTS**

| 04/30/2009 | Lexis | 186.05 |
|---|---|---|
| 04/30/2009 | Westlaw | 620.29 |
| | Total Disbursements | 806.34 |
| | Fees & Disbursements | $2,123.84 |

Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.50 | 515.00 | 257.50 |
| PRW | P.R. Walker-Bright | 1.00 | 495.00 | 495.00 |
| DR | D. Rosenfield | 1.80 | 300.00 | 540.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| | | 3.50 | | 1,317.50 |

May 18, 2009 | Invoice: 1857489
RE: Insurance Counseling | Page 3
(503842.00005)

**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 04/01/09 | JDS | Telephone conferences with client, P. Walker-Bright regarding potential insurance coverage for recently filed third-party lawsuit. | 0.20 |
| 04/03/09 | JDS | Telephone conference with client, exchanged emails regarding insurance issues related to third-party plaintiff's proposal to lift stay. | 0.50 |
| 04/06/09 | JDS | Analyzed draft letters forwarding pleadings in underlying action to insurers and telephone conference with client regarding same (.2); analyzed and exchanged emails regarding insurance issues concerning motion to lift stay in third-party case (.3). | 0.50 |
| 04/07/09 | PRW | Reviewed insurance policy regarding request for same in connection with underlying lawsuit (0.2); prepared e-mail to client regarding same (0.1). | 0.30 |
| 04/07/09 | JDS | Analyzed and exchanged emails, telephone conference with client regarding insurance issues involving motion to lift stay in third-party case. | 0.80 |
| 04/14/09 | JDS | Analyzed and exchanged emails regarding coverage under D&O policies. | 0.10 |
| 04/15/09 | JDS | Exchanged emails with coverage counsel for GreatBanc. | 0.10 |
| 04/16/09 | JDS | Telephone conference with bankruptcy counsel regarding motion by third-party plaintiffs to lift stay, continued discussions with insurer representatives concerning same. | 0.70 |
| 04/17/09 | PRW | Reviewed and analyzed insurance policy regarding coverage (0.8); prepared e-mail to client regarding same (0.2). | 1.00 |
| 04/17/09 | JDS | Telephone conference with coverage counsel for GreatBanc (.6) and telephone conferences with client regarding same (.3). | 0.90 |
| 04/22/09 | JDS | Conferred with client, telephone conference with client, insurer representatives, defense counsel and bankruptcy counsel regarding insurance issues related to request to lift stay regarding underlying lawsuit. | 0.80 |
| 04/25/09 | JDS | Analyzed and organized recent correspondence regarding insurance issues related to various third-party claims. | 0.30 |

TOTAL FEES: $3,167.00

Fees & Disbursements    $3,167.00

May 18, 2009            Invoice: 1857489
RE: Insurance Counseling            Page 4
    (503842.00005)

**Fee Summary: Insurance Counseling**

| ID  | Names             | Hours | Rate   | Amount   |
|-----|-------------------|-------|--------|----------|
| JDS | J.D. Shugrue      | 4.90  | 515.00 | 2,523.50 |
| PRW | P.R. Walker-Bright| 1.30  | 495.00 |   643.50 |
|     |                   | 6.20  |        | 3,167.00 |

May 18, 2009
RE: Fee Applications
(503842.00009)

Invoice: 1857489
Page 5

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/12/09 | TPL | Drafted and sent information for fee petition. | 0.20 | 86.00 |
| 04/09/09 | LL | Drafted RS's 2nd Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 04/22/09 | LL | Reviewed and revised RS's 2nd Monthly Fee Application (1.4); e-mail correspondence regarding same (.2); research regarding quarterly applications (.6); conferred with C. Falgowski regarding same (.2); conferred with K. Lawson regarding same (.2); drafted RS's 1st Interim Fee Application (1.2). | 3.80 | 551.00 |
| 04/23/09 | LL | Drafted CNO regarding RS's 1st Monthly Fee Application. | 0.40 | 58.00 |
| 04/23/09 | JDS | Analyzed and revised fee application pleadings and exchanged emails with L. Lankford regarding same. | 1.00 | 515.00 |
| 04/24/09 | LL | E-mail correspondence with J. Shugrue and C. Falgowski (.3); revisions to CNO regarding 1st Monthly (.1); e-filed and perfected service of same (.3); reviewed and revised 1st Interim (.4); e-filed and perfected service of same (.4). | 1.50 | 217.50 |
| 04/24/09 | JCF | Reviewed fee applications and CNO for first monthly fee application. | 0.20 | 72.00 |
| 04/27/09 | LL | Reviewed RS's 2nd Monthly Fee Application and Invoice. | 0.80 | 116.00 |
| 04/27/09 | JDS | Worked on preparation of fee application and related pleadings. | 0.50 | 257.50 |
| 04/28/09 | LL | Reviewed invoice (.2); reviewed and revised 2nd fee application (1.0); conferred with M. Eckard (.1); e-mail correspondence to C. Falgowski (.2); e-filed and perfected service of same (1.2); calendared dates for CNO (.2); drafted CNO regarding same (.4). | 3.30 | 478.50 |
| | | TOTAL FEES: | | $2,482.00 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 04/30/2009 | Duplicating/Printing/Scanning | 10.10 |
| 04/30/2009 | Courier Service - Outside | 37.50 |

May 18, 2009  Invoice: 1857489
RE: Fee Applications  Page 6
(503842.00009)

|  |  | Total Disbursements | 47.60 |
|  |  | Fees & Disbursements | $2,529.60 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.50 | 515.00 | 772.50 |
| TPL | T.P. Law | 0.20 | 430.00 | 86.00 |
| JCF | J.C. Falgowski | 0.20 | 360.00 | 72.00 |
| LL | L. Lankford | 10.70 | 145.00 | 1,551.50 |
|  |  | 12.60 |  | 2,482.00 |

# ReedSmith

Reed Smith LLP<br>
10 South Wacker Drive<br>
Chicago, IL 60606-7507<br>
Telephone: 312.207.1000<br>
Facsimile: 312.207.6400<br>
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1857489
Invoice Date: May 18, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through April 30, 2009

|       |                                      | Current Fees | Current Costs | Total for Matter |
|-------|--------------------------------------|-------------:|--------------:|-----------------:|
| RE:   | Reliance/Times Mirror<br>503842.00004 | $1,317.50    | $806.34       | $2,123.84        |
| RE:   | Insurance Counseling<br>503842.00005 | $3,167.00    | $0.00         | $3,167.00        |
| RE:   | Fee Applications<br>503842.00009     | $2,482.00    | $47.60        | $2,529.60        |
|       | **Current Invoice Total:**           | **$6,966.50**| **$853.94**   | **$7,820.44**    |

**INVOICE IS PAYABLE UPON RECEIPT**