# EXHIBIT C

**EXPENSE SUMMARY**

| **Expense Category (Examples)** | **Service Provider (if applicable)** | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $10.10 |
| Legal Research – Outside | Lexis Nexis/WestLaw | $806.34 |
| Courier Service – Outside | Parcels, Inc. | $37.50 |
| **TOTAL** | | **$853.94** |

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 03/03/09 | SS | Reviewed, analyzed and catalogued correspondence case file. | 0.20 |
| 04/24/09 | DR | Corresponded with P. Walker-Bright and T. Law regarding insurance guaranty fund law (.30); researched insurance guaranty fund law and corresponded with P. Walker-Bright and J. Shugrue regarding same (1.5). | 1.80 |
| 04/24/09 | PRW | Reviewed and analyzed insurance guaranty law. | 1.00 |
| 04/24/09 | JDS | Analyzed and exchanged emails with client regarding guaranty fund statutes. | 0.50 |

TOTAL FEES: $1,317.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 04/30/2009 | Lexis | 186.05 |
| 04/30/2009 | Westlaw | 620.29 |
| | Total Disbursements | 806.34 |
| | Fees & Disbursements | $2,123.84 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 0.50 | 515.00 | 257.50 |
| PRW | P.R. Walker-Bright | 1.00 | 495.00 | 495.00 |
| DR | D. Rosenfield | 1.80 | 300.00 | 540.00 |
| SS | S. Somoza | 0.20 | 125.00 | 25.00 |
| | | 3.50 | | 1,317.50 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/12/09 | TPL | Drafted and sent information for fee petition. | 0.20 | 86.00 |
| 04/09/09 | LL | Drafted RS's 2nd Monthly Fee Application (.8); e-mail correspondence regarding same (.1). | 0.90 | 130.50 |
| 04/22/09 | LL | Reviewed and revised RS's 2nd Monthly Fee Application (1.4); e-mail correspondence regarding same (.2); research regarding quarterly applications (.6); conferred with C. Falgowski regarding same (.2); conferred with K. Lawson regarding same (.2); drafted RS's 1st Interim Fee Application (1.2). | 3.80 | 551.00 |
| 04/23/09 | LL | Drafted CNO regarding RS's 1st Monthly Fee Application. | 0.40 | 58.00 |
| 04/23/09 | JDS | Analyzed and revised fee application pleadings and exchanged emails with L. Lankford regarding same. | 1.00 | 515.00 |
| 04/24/09 | LL | E-mail correspondence with J. Shugrue and C. Falgowski (.3); revisions to CNO regarding 1st Monthly (.1); e-filed and perfected service of same (.3); reviewed and revised 1st Interim (.4); e-filed and perfected service of same (.4). | 1.50 | 217.50 |
| 04/24/09 | JCF | Reviewed fee applications and CNO for first monthly fee application. | 0.20 | 72.00 |
| 04/27/09 | LL | Reviewed RS's 2nd Monthly Fee Application and Invoice. | 0.80 | 116.00 |
| 04/27/09 | JDS | Worked on preparation of fee application and related pleadings. | 0.50 | 257.50 |
| 04/28/09 | LL | Reviewed invoice (.2); reviewed and revised 2nd fee application (1.0); conferred with M. Eckard (.1); e-mail correspondence to C. Falgowski (.2); e-filed and perfected service of same (1.2); calendared dates for CNO (.2); drafted CNO regarding same (.4). | 3.30 | 478.50 |

TOTAL FEES: $2,482.00

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 04/30/2009 | Duplicating/Printing/Scanning | 10.10 |
| 04/30/2009 | Courier Service - Outside | 37.50 |

| | |
|---|---|
| Total Disbursements | 47.60 |
| Fees & Disbursements | $2,529.60 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 1.50 | 515.00 | 772.50 |
| TPL | T.P. Law | 0.20 | 430.00 | 86.00 |
| JCF | J.C. Falgowski | 0.20 | 360.00 | 72.00 |
| LL | L. Lankford | 10.70 | 145.00 | 1,551.50 |
| | | 12.60 | | 2,482.00 |