IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS PURSUANT TO SECTION 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 9010 AND 2002**

TO THE PERSONS ON THE ANNEXED SERVICE LIST:

NOTICE IS HEREBY GIVEN pursuant to section 1109(b) of Title 11 of the United States Code and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that L. Jason Cornell, Esquire hereby appears for Donna Gerhart Gutman, personal representative of the estate of E. Michael Gutman a/k/a Michael Gutman a/k/a Elliott M. Gutman in the above-captioned case.

NOTICE IS FURTHER GIVEN that Counsel requests all notices given or required to be given in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to the statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them) be given to and served upon them at the following:

      L. Jason Cornell, Esquire (jcornell@foxrothschild.com)
      **Fox Rothschild LLP**
      919 N. Market Street, Suite 1300
      P.O. Box 2323
      Wilmington, Delaware 19899-2323
      Telephone: 302-654-7444
      Facsimile: 302-656-8920

WM1A 926044v1 06/03/09

NOTICE IS FURTHER GIVEN that the foregoing requests include not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitations, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telecopy, telephone, telegraph, telex or otherwise, that affect the above-captioned debtors or the property of such debtors' estate.

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waiver (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which the above-named entity is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**FOX ROTHSCHILD LLP**

/s/ L. Jason Cornell, Esquire
L. Jason Cornell, Esquire (No. 3821)
Citizens Bank Center
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel: (302)654-7444 Fax: (302)656-8920

Dated: June 3, 2009
Wilmington, Delaware

WM1A 926044v1 06/03/09

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that one (1) copy of the attached pleading were served this 3rd day of June, 2009 upon the following individuals by First Class Mail, postage prepaid:

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman and Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb, LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

WM1A 926044v1 06/03/09

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

/s/ L. Jason Cornell, Esquire
L. Jason Cornell, Esquire (No. 3821)