UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Ref. Nos. 813 and 1287 |
| | ) | |

ORDER APPROVING JOINT STIPULATION
PERMITTING PENSION BENEFIT GUARANTY CORPORATION
TO FILE CONSOLIDATED CLAIMS UNDER ONE CASE NUMBER

Upon consideration of the **Joint Stipulation and Order Permitting Pension Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number** (the "Stipulation") annexed hereto as Exhibit A; it is hereby

ORDERED that the Stipulation is APPROVED.

Dated: Wilmington, Delaware
June 4, 2009

_____
Kevin J. Carey, Chief
United States Bankruptcy Judge