

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Bankruptcy Proceeding No: 08-13141
Jointly Administered
Chapter No: 11

In re: TRIBUNE COMPANY, ET AL.,

Debtors.

NOTICE OF REQUEST FOR SERVICE OF NOTICES PURSUANT TO
BANKRUPTCY RULE 2002

Pursuant to Bankruptcy Rule 2002, SunGard Availability Services LP requests that copies of all Notices and Orders of the Court be served on Counsel identified below.

Maureen A. McGreevey, Esquire
Senior Litigation Counsel
SUNGARD
680 E. Swedesford Road
Wayne, PA  19087
484.582.5528 (phone)
610.687.3725 (fax)