# **<u>EXHIBIT A</u>**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF STEPHANIE PATER
## FOR AN ORDER AUTHORIZING DEBTORS TO
## REJECT CERTAIN LEASES OF NONRESIDENTIAL REAL
## PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE

STATE OF ILLINOIS        )
                         ) ss:
COUNTY OF COOK           )

STEPHANIE PATER, hereby states:

1. I am Director, Real Estate of Tribune Company, a corporation organized under the laws of Delaware and one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Tribune Company is the direct or indirect parent of the other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW

Debtors herein. I am generally familiar with the Debtors' real property and needs and operations and I make this Declaration (the "Declaration") on behalf of the Debtors.

2. I submit this Declaration in support of the Fourth Omnibus Motion of the Debtors to Reject Certain Leases of Nonresidential Real Property (the "Motion")[2] in these chapter 11 cases pursuant to § 365 of title 11 of the United States Code (the "Bankruptcy Code"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts as set forth herein.

3. The list of leases that is attached to the Motion as Exhibit B (the "Leases") was compiled at my direction and under my supervision and comprises of thirty (30) unexpired leases of nonresidential real property where one of the Debtors is a lessee and which are listed on Exhibit B attached hereto (the "Leases") and three (3) subleases under the Leases also listed on Exhibit B hereto (the "Subleases").[3] Specifically, the Leases relate to certain office and distribution spaces as well as media broadcast towers and centers which are no longer needed by the Debtors.

4. The real property spaces and broadcast towers that are the subject of the Leases are currently vacant and/or no longer needed by the Debtors.[4] Following the Petition Date, in an effort to streamline the Debtors' businesses and reduce inefficiencies, the Debtors began a process of examining their operations in order to determine ways in which they could increase performance, produce synergies and revenue and create substantial cost savings. As part of this process, the Debtors began a labor intensive and detailed analysis of their real property

---

Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

[3] The Lease listed as item 18 on Exhibit B to the Motion has three subleases. The Sublease tenants can find their names on Exhibit B attached to the Motion.

[4] While certain of the leased premises are not vacant as of the date of filing the Motion, the Debtors intend to vacate all premises by June 30, 2009.

-3-

leases in order to determine which operations could be consolidated for these purposes. Through this process, the Debtors have eliminated their need for certain of the leases.

5. The Debtors submit, and I agree, that the rejection of the Leases is within the business judgment of the Debtors and will afford a clear financial benefit to the Debtors' estates. Through the Debtors' streamlining of their businesses and consolidation of certain operations, the Debtors have determined that none of the properties that are subject to the Leases are of any current or plausible future use to the Debtors. Rejection of the Leases will save the Debtors approximately $9.9 million in annual rent obligations, and twenty-five (25) of the Leases have periods running more than one year from the date of the Motion.

6. Based on the Debtors' knowledge of the applicable real estate markets, the Debtors do not believe there is any value in assuming and assigning the Leases, nor do they believe (after appropriate inquiry) that the parties to the Sublease would be willing to take on the Debtors' obligations under the applicable Lease. For these reasons, the Debtors submit, and I agree, that, in the exercise of their business judgment, it is beneficial to their estates to reject the Leases.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: June 5, 2009

_____
STEPHANIE PATER

# EXHIBIT B

46429/0001-5694446v1

Lease Rejections - Exhibits

| Lease # | Notes | Street | Street 2 (Property Name) | City | State | Zip | Country | Landlord Company / Notice Party | Lease Termination |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Lease | 6709 Whitestone Rd | | Baltimore | MD | 21207 | United States | Generation III, LLC | 7/31/2011 |
| 2 | Lease | 2C Crystal Lake Plaza | Highway 14 and Keith Avenue | Crystal Lake | IL | 60014 | United States | Madison Corporate Group, Inc. | 1/31/2010 |
| 3 | Lease | 9351 Laurel Canyon Blvd | | Arleta | CA | 91331 | United States | Isaksen Investments, LLC | 1/31/2011 |
| 4 | Lease | 13971 Yorba Ave | Building 2 | Chino | CA | 91710 | United States | Majestic Realty Co. and Yorba Linda Sub, LLC | 8/31/2011 |
| 5 | Lease | 299 E. 17th | | Costa Mesa | CA | 92627 | United States | Burnham 17th Street Corner, LLC | 11/15/2009 |
| 6 | Lease | 9852 Baldwin Place | | El Monte | CA | 91731 | United States | Gateway Pacific Properties, Inc. | 7/31/2012 |
| 7 | Lease | 12901 Coral Tree Place | | Los Angeles | CA | 90066 | United States | Luc and Shirley Matilla | 7/31/2009 |
| 8 | Lease | 1539 Greenwood | | Montebello | CA | 90640 | United States | ProLogis California I, LLC | 2/28/2011 |
| 9 | Lease | 901 Civic Center Dr, Suite 180 | | Santa Ana | CA | 92703 | United States | Parking Concepts, Inc. | 9/30/2010 |
| 10 | Lease | 1061 Valley Sun Lane | | La Canada Flintridge | CA | 91011 | United States | Scott C. Bean | 12/31/2010 |
| 11 | Lease | 121 Broadway, Suites 350 & 351 | | San Diego | CA | 92101 | United States | Spreckels Property Management | 6/30/2010 |
| 12 | Lease | 2305 S. Mount Prospect Rd | | Des Plaines | IL | 60018 | United States | Mintz, Levin, Ferris, Cohn, Glovsky and Popeo, PC | 9/30/2011 |
| 13 | Lease | 7526 Industrial Drive | | Forest Park | IL | 60130 | United States | VIP Morgan, LLC | 9/30/2011 |
| 14 | Lease | 1707 Quincy Lane | Suites 115, 119, 123, 127-135, and 153-157 | Naperville | IL | 60540 | United States | Naper Small Business, LLC | 9/30/2011 |
| 15 | Lease | 197 Northfield Road | | Northfield | IL | 60093 | United States | NAI Hiffman Asset Management LLC | 9/30/2011 |
| 16 | Lease | 1100 Remington Rd | | Schaumburg | IL | 60173 | United States | 1100 Remington LLC | 9/30/2011 |
| 17 | Lease | 400 Northampton St., 1st Flr | 1st Floor | Easton | PA | 18042 | United States | Koehler-Kheel Realty, LLC | 1/31/2010 |
| 18 | Lease | Two Park Ave | Space-8, 9-10, 11A, 11B, 11C, 18A, 18B, Bsmt | New York | NY | 10016 | United States | L&L Holding Company, LLC | 9/30/2010 |
| 19 | Lease | 1025 F Street, N.W. (Woodies) | | Washington | DC | 20004 | United States | Woodies Holding, LLC | 12/31/2015 |
| 20 | Lease | 4025 Main St | | McHenry | IL | 60050 | United States | First Midwest Trust Company | 11/30/2013 |
| 21 | Lease | 2295 Griswold Springs Rd | | Sandwich | IL | 60548 | United States | Richard L. Thomas | 9/30/2011 |
| 22 | Lease | 534 Bedford Road, Unit D | | Morris | IL | 60450 | United States | Bogie Blues Investment, Inc. | 10/31/2012 |
| 23 | Lease | 1004 1/2 E. Bridge | | Streator | IL | 61364 | United States | Jim or Cheryl Fanning | 9/30/2011 |
| 24 | Lease | 3093 Caruso Court, #40 | | Orlando | FL | 32806 | United States | Southern Warehousing and Distribution, LTD | 10/31/2016 |
| 25 | Lease | 3905 Center Loop Drive | Building 911 | Orlando | FL | 32808 | United States | RREEF Management Company | 9/30/2011 |
| 26 | Lease | Entercom Portland / High Camp Tower S | 36299 S Dickey Prairie Rd | Molalla | OR | 97038 | United States | KKSN Inc. | 12/31/2009 |
| 27 | Lease | 7157 Divide Rd, Bldg 18 | Pinnacle - Microwave Site | Orange | CA | 92862 | United States | Pinnacle Towers Inc. | 10/31/2013 |
| 28 | Lease | 12 MI N HWY 285 and Doublehead Rd. | 12 MI N HWY 285 and Doublehead Rd. | Morrison | CO | 80465 | United States | Pinnacle Towers Inc. | 7/31/2015 |
| 29 | Lease | 1800 North Commerce | Parkway #1 | Weston | FL | 33326 | United States | Boca Warehousing Inc. | 8/31/2013 |
| 30 | Lease | 388 Market St | 9th-10th Floors, Basement | San Franscisco | CA | 94111 | United States | Honorway Investment Corporation | 10/31/2010 |
| 1 | Sublease | Two Park Avenue | Suite 18A | New York | NY | 10016 | United States | Bonnier Corporation (Corporate Facilities Director) | 9/29/2010 |
| 2 | Sublease | Two Park Avenue | Suites 11-A, 11-B, 11-C | New York | NY | 10016 | United States | HRH Construction LLC | 9/25/2010 |
| 3 | Sublease | Two Park Avenue | | New York | NY | 10016 | United States | P.Kaufmann, Inc. | 8/31/2010 |