# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### DECLARATION OF STEPHANIE PATER FOR AN ORDER AUTHORIZING DEBTORS TO (I) ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) SET CURE AMOUNTS WITH RESPECT THERETO

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss: |
| COUNTY OF COOK | ) |

STEPHANIE PATER, hereby states:

1. I am Director, Real Estate of Tribune Company, a corporation organized under the laws of Delaware and one of the above-captioned debtors and debtors in possession (collectively, the "Debtors"). Tribune Company is the direct or indirect parent of the other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW

Debtors herein. I am generally familiar with the Debtors' real property and needs and operations and I make this Declaration (the "Declaration") on behalf of the Debtors.

2. I submit this Declaration in support of the Motion of the Debtors for Entry of an Order Authorizing the Debtors to (i) Assume Certain Unexpired Leases of Nonresidential Real Property and (ii) Set Cure Amounts with Respect Thereto (the "Motion")[2] in these chapter 11 cases pursuant to section 365 of title 11 of the United States Code (the "Bankruptcy Code"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts as set forth herein.

3. The list of leases that is attached to the Motion as Exhibit B (the "Leases") was compiled at my direction and under my supervision and comprises of 225 unexpired leases of nonresidential real property where the Debtors are a lessee. Specifically, prior to the Petition Date the Debtors entered into the Leases, to which they are still a party and which remain unexpired within the meaning of section 365 of the Bankruptcy Code. The Debtors are seeking to assume the Leases at the present time given that (a) the Leases remain valuable and useful to the Debtors' ongoing businesses and (b) the Debtors face the Bankruptcy Code's imposed deadline of July 6, 2009, to assume any leases necessary to their business, or such leases will be deemed rejected pursuant to 365(d)(4) of the Bankruptcy Code.[3]

4. Since the Petition Date, as part of their on-going restructuring efforts, the Debtors have been working diligently with their advisors to identify which of the Leases are no longer beneficial to the Debtors' estates, and which Leases are necessary to the Debtors' ongoing

---

Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

[3] As provided in section 365(d)(4)(B)(ii) of the Bankruptcy Code, the Debtors have agreed, in writing, with certain landlords to extend the period in which the Debtors must elect to assume a particular unexpired lease. A list of the leases where such agreements have been reached, and the dates of the respective extension is attached to the Motion as Exhibit C.

operations. As part of this process, the Debtors have identified 225 Leases which, in the Debtors' business judgment, are necessary to sustain their business operations through and upon their emergence from these chapter 11 cases.

5. In order to comply with the cure requirements of section 365 of the Bankruptcy Code, the Debtors propose paying each applicable landlord under the Leases (the "Landlords") the corresponding amounts set forth on Exhibit B to the Motion (the "Cure Amounts"). The Cure Amounts set forth on Exhibit B to the Motion reflect the Cure Amounts owed with respect to the Leases according to the Debtors' books and records as of May 1, 2009. The Debtors propose to pay the Cure Amounts within 10 business days of entry of the order approving this motion (the "Order") or such other date as the parties may otherwise agree.

6. Prior to the Petition Date, the Debtors were parties to approximately 250 prepetition office and warehouse leases, as well as approximately 65 transmitter leases. Since the Petition Date, the Debtors have been diligently analyzing all of their prepetition leases. Based on their review of the Leases, the Debtors have determined in their business judgment that the Leases are beneficial to their businesses and reorganization efforts and are necessary to sustain their business operations through and upon their emergence from these chapter 11 cases. The Debtors and their advisors have also ensured that all of the Leases are competitively priced and in some instances have negotiated with the Landlords under certain of the Leases in order to obtain more favorable terms as a condition of assuming such Leases. These negotiations have provided the Debtors with such favorable terms as, inter alia, rent reductions, space contraction options, and extended lease terms. Leases that are to be assumed as amended postpetition are noted on Exhibit B attached to the Motion.

7. If the Debtors are denied the ability to assume the Leases at this time, the Debtors will be unable to assume the Leases at a later date and lose the benefit of these Leases as,

-3-

pursuant to section 365(d)(4) of the Bankruptcy Code and the Extension Order, the Debtors must assume unexpired leases of nonresidential real property by July 6, 2009 or else the Leases will be deemed rejected. The wholesale rejection of the Leases would be severely detrimental to the Debtors' businesses and reorganization prospects. The Debtors are dependent upon a large number of leased premises to sustain their nationwide business operations, which include distribution centers, warehouses, office spaces, and broadcast towers and facilities. The Debtors could not plausibly hope to replace the premises covered by the Leases with suitable space within the month that remains before the Leases would be deemed rejected. Accordingly, rejection of the Leases would leave the Debtors unable to carry out a substantial portion of their business operations for the foreseeable future, with detrimental consequences to the Debtors' businesses and reorganization prospects.

8. The Debtors submit that they are current on all postpetition amounts owing under the Leases and that any amounts owing with respect to the Leases are minimal. The collective Cure Amount under the Leases is approximately $377,000. In light of the size of the Debtors' estates, the number of Leases and the benefits that such Leases will provide to the Debtors' business operations going forward, the Debtors believe, and I agree, that payment of the Cure Amounts is well-justified. The Debtors believe, and I agree, that paying any Cure Amounts associated with the Leases is necessary to their reorganization efforts and will not be overly burdensome to their estates and creditors.

9. The Debtors further submit, and I agree that, in light of the circumstances of these chapter 11 cases, the Landlords have adequate assurance of the Debtors' future performance under the Leases. In particular, the Debtors have performed their obligations owing under the Leases during the pendency of these chapter 11 cases and are current on all postpetition amounts under Leases. Moreover, the Debtors have determined that the Leases are necessary to

-5-

sustain their business operations during and upon emergence from chapter 11 bankruptcy protection. As such, the Debtors' continued performance under the Leases is necessarily contemplated in the Debtors' business plan.

      10.    In light of the foregoing, the Debtors respectfully submit, and I agree, that assuming the Leases is supported by their sound business judgment and is in the best interests of their estates and creditors.

      I declare under penalty of perjury that the forgoing is true and correct.

Dated: June 5, 2009                                  _/s/ Stephanie Pater_
                                                  STEPHANIE PATER

# **EXHIBIT B**

| Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | 150 S.E. 2nd Ave. (WaMu Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 Americas Center, LLC |
| 2 | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| 3 | | 1920 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | LA Times Communications LLC | 1920 Colorado, Inc. |
| 4 | | One Corporate Center | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| 5 | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ 2,241 | Tribune Television Company | 20 Church Street, LLC |
| 6 | | 220 East 42nd Street | New York | NY | 10017 | United States | $ 4,371 | Tribune Television Holdings, Inc. | 220 News Building LLC |
| 7 | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473 | Tribune Company | 220 News Building LLC |
| 8 | Amendment | 220 E 42 St | New York | NY | 10017 | United States | $ 149,269 | WPIX, Inc. | 220 News LLC c/o The Witkoff Group LLC |
| 9 | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ - | WGN Continental Broadcasting Con | 233 Broadcast LLC |
| 10 | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ - | Chicagoland Television News, Inc. | 233 Broadcast LLC |
| 11 | | 315 Trumbull Street | Hartford | CT | | United States | $ - | Tribune Television Company | 315 Trumbull Street Associates, LLC |
| 12 | | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 6,171 | The Baltimore Sun Company | 40 Clubhouse, LLC |
| 13 | | 41 E. Plaza Dr. | Westmont | IL | | United States | $ - | Chicago Tribune Company | 41 Plaza Partners, c/o Charles Saporito, Jr. |
| 14 | | 45 Northwest Dr. | Plainville | CT | | United States | $ - | The Hartford Courant Company | 45 Northwest Drive, LLC |
| 15 | Amendment | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ 2,014 | LA Times Communications LLC | 9090 Enterprises |
| 16 | | ENG MXW Site | Olivette | MO | 63132 | United States | $ - | KPLR, Inc. | 9666 Partners LLC |
| 17 | | Citicorp Microwave-AAT Comm. | New York | NY | | United States | $ 9,548 | WPIX, Inc. | AAT Communications, LLC |
| 18 | | 1012 Airpark Drive | Sugar Grove | IL | 60554 | United States | $ - | Chicago Tribune Company | AeroPark LLC |
| 19 | | Alpine Tower-Microwave and Back up Trans | Alpine | NJ | | United States | $ 106 | WPIX, Inc. | Alpine Tower Company |
| 20 | | 900 Recycling Point | Longwood | FL | | United States | $ - | Orlando Sentinel Communications ( American Industrial Center, Ltd. |
| 21 | | 3210 Olds Behrman Hwy | New Orleans | LA | | United States | $ - | Tribune Television New Orleans Inc | American Tower |
| 22 | | 3690 East Crest Road | Palo Verdes | CA | 90274 | United States | $ 2,206 | KTLA, Inc. | American Tower Asset Sub, LLC |
| 23 | | 329 Domino Ln | Philadelphia | PA | 19128 | United States | $ 12,472 | Tribune Television Company | American Tower Corporation |
| 24 | | 1401 E. 95th St. | Chicago | IL | 60628 | United States | $ - | Chicago Tribune Company | Ashley Capital, LLC |
| 25 | | 39-14-41 North Latitude, 118-35-48 West Longitude | Oat Mountain | CA | | United States | $ 1,415 | KTLA, Inc. | ATC Holding, Inc. - Broadcast Tower Group |
| 26 | | 11115 Vanowen | North Hollywood | CA | 91605 | United States | $ - | LA Times Communications LLC | Avalon Investment Co. |
| 27 | | B & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ - | Tribune Television Northwest, Inc. | B and N Holdings |
| 28 | | 40 Media Drive | Queensbury | NY | 12801 | United States | $ - | Tribune Media Services, Inc. | BBL Tribune, LLC |
| 29 | | 1910 Avenue H, Reavis Barracks Road | St. Louis | MO | | United States | $ 23,569 | KPLR, Inc. | Belo |
| 30 | | 2935 E. Clear Lake Ave. | Springfield | IL | 62702 | United States | $ - | Chicago Tribune Company | Bergen Park Place, LLC |
| 31 | | 3128 Redhill Ave | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| 32 | | 150 Church Street | Addison | IL | 60101 | United States | $ - | Chicago Tribune Company | Bloomingdale Enterprises I, LLC |
| 33 | | Hesperia, Blue Lake Fine Arts Camp. - Translator S | Greenwood Twp | MI | | United States | $ - | Tribune Television Holdings, Inc. | Blue Lake Fine Arts Camp |
| 34 | | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. |
| 35 | | 6400 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. & Auke Bay Co. Profit Sharin |
| 36 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| 37 | | 28457 N. Ballard Dr. | Lake Forest | IL | 60045 | United States | $ - | Chicago Tribune Company | Bradley 1000 LLC |
| 38 | | 233 & 241 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | LA Times Communications LLC | Braver and Sauer Investments |
| 39 | | 100 Oceangate Blvd, Suite 120C | Long Beach | CA | 90802 | United States | $ 2,463 | LA Times Communications LLC | Broadway Southern California Executive Suites, LLC |
| 40 | | Triton Ct., 14 Finsbury Sq. | London | | | England | $ - | Los Angeles Times International, Lt | Buhal Leasing Limited |
| 41 | | 1150 Davis Rd. #C | Elgin | IL | 60123 | United States | $ - | Tribune Company | Burnside Properties, Ltd. |
| 42 | | 4935 Park Ridge Blvd #2 and 3 | Boynton Beach | FL | | United States | $ - | Sun-Sentinel Company | Butters Construction & Development, Inc. |
| 43 | | 1942 Bethel Road | Westminster | MD | 21158 | United States | $ - | The Baltimore Sun Company | C & P Properties, LLC |
| 44 | | CalTrans RTMC Site | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| 45 | | 701 Corp Center Dr. | Pomona | CA | | United States | $ 18,529 | Tribune Company | Canyon Corporate Centre Ltd. |
| 46 | Amendment | 18105 Bishop Ave | Carson | CA | | United States | $ - | LA Times Communications LLC | Carson Dominquez Properties, LP |
| 47 | | 551 Burning Tree Rd | Fullerton | CA | 92833 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| 48 | | 5555 E Inland Empire Blvd | Ontario | CA | 91761 | United States | $ - | Tribune Television Holdings, Inc. | Catellus Development Corporation |
| 49 | | 320 RocBaar Dr. | Romeoville | IL | 60446 | United States | $ - | LA Times Communications LLC | Cawley Chicago Commercial Real Estate Company |
| 50 | | WFOR (CBS TV STATIONS) | Miami | FL | 33169 | United States | $ - | Channel 39, Inc. | CBS, Inc. |
| 51 | | 781 Michael Dr. | Chesterton | IN | 46304 | United States | $ - | Chicago Tribune Company | CCT, LLC |
| 52 | | Central Lincoln PUD / Otter Crest Tower Translator | Unknown | UN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Central Lincoln PUD |
| 53 | | Crego Hill Translator | Crego Hill | WA | | United States | $ - | Tribune Television Northwest, Inc. | Centralia School District |
| 54 | | 4242 W. Bryn Mawr | Chicago | IL | 60646 | United States | $ - | Tribune Company | CF 4242 Bryn Mawr LLC |
| 55 | | Twin Lake, Citadel Broadcasting Co | Cedar Creek Twp | MI | | United States | $ - | Tribune Television Holdings, Inc. | Citadel Broadcasting |
| 56 | | 1830 Moen Avenue | Rockdale | IL | 60436 | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| 57 | | 2820 West 48th Place | Chicago | IL | | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| 58 | | 6675 Daniel Burnham Drive | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | Clark Northwest Partners, LP |
| 59 | | 5396 Brummer Lane | York | PA | 17406 | United States | $ - | N/A | CMP Merger Co. |
| 60 | | 450 E. Congress Prk. | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | Cobalt Industrial REIT |
| 61 | Amendment | 2201 N. Collins | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins St. Properties, LLC |
| 62 | | Dept of General Svcs 503 N Office Bldg | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |
| 63 | | Communications Leasing-Microwave | Glen Oaks | NY | | United States | $ - | WPIX, Inc. | Communications Leasing Inc. |

| Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|
| 64 | | WTXX DT12 Rattlesnake Mountain | Farmington | CT | | United States | $ - | Tribune Television Company | Communications Site Management LLC |
| 65 | | WTIC-TV Rattlesnake Mtn. NTSC61 | Farmington | CT | | United States | $ - | The Hartford Courant Company | Communications Site Management LLC |
| 66 | | 6136 Hanging Moss Road | Orlando | FL | 32807 | United States | $ - | Orlando Sentinel Communications LLC | COP-Hanging Moss, LLC |
| 67 | | Tres Picos No. 65 | Col. Polanco | | | Mexico | $ - | LA Times Communications LLC | Corporacion Millenium S.A. de C.V. |
| 68 | | Craig Hooper/Bow Mountain | Bow Mountain | UN | | United States | $ - | KWGN, Inc. | Craig H Cooper |
| 69 | | 27525 Newhall Ranch Road | Valencia | CA | 91355 | United States | $ 367 | LA Times Communications LLC | Crenshaw 3840 Partners, LLC |
| 70 | | Off Gorgonio Road | Snow Peak | CA | 90220 | United States | $ - | KTLA, Inc. | Crown Castle |
| 71 | | Site Address N/A | Bald Mountain | CA | | United States | $ 912 | Channel 40, Inc. | Crown Castle |
| 72 | | Site Address: 7157 Divide Road, Bldg. 1E | Santiago Peak | CA | 92728 | United States | $ 249 | KTLA, Inc. | Crown Castle International Corp. |
| 73 | | 8200 Lehigh Ave. | Morton Grove | IL | 60053 | United States | $ - | Chicago Tribune Company | CRP Holdings C, L.P. |
| 74 | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ - | The Hartford Courant Company | CSD Tower, LLC |
| 75 | | 1805 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ - | Chicago Tribune Company | Custom Leasing LLC |
| 76 | | 60 Industrial Park Road West | Tolland | CT | 06084 | United States | $ - | The Hartford Courant Company | D.H.D. LLC |
| 77 | | 1300 Storm Parkway | Los Angeles | CA | 90501 | United States | $ - | LA Times Communications LLC | Davis Partners LLC |
| 78 | Amendment | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ - | Sun-Sentinel Company | DCM and Associates |
| 79 | | 328 Dietz Ave. | DeKalb | IL | 60115 | United States | $ - | Chicago Tribune Company | Dietz Park |
| 80 | | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ - | Chicago Tribune Company | Driessen Properties |
| 81 | | 272 Broadhead Road, Suite 400 | Bethlehem | PA | 18017 | United States | $ - | The Morning Call, Inc. | DTC 272 Brodhead, LLC; Dunns; Centurion Eagle, LLC |
| 82 | | 2250 Ball Drive, Lakeside 3 | Maryland Heights | MO | 63146 | United States | $ - | KPLR, Inc. | Duke Realty Limited Partnership |
| 83 | Amendment | 373 E. Main St. | Middletown | CT | | United States | $ - | The Hartford Courant Company | Dyana E. Fonda |
| 84 | Amendment | 1200 Marlborough Ave | Riverside | CA | | United States | $ - | LA Times Communications LLC | Edward F. Ruiz |
| 85 | | 350 Fifth Avenue | New York | NY | 10118 | United States | $ 21,458 | WPIX, Inc. | Empire State Building Company, LLC |
| 86 | Amendment | 2420 Emrick Blvd. | Bethlehem | PA | 18020 | United States | $ - | The Morning Call, Inc. | Emrick Business Center, LLC |
| 87 | | 321 So. Goolsby Blvd. | Deerfield Beach | FL | 33442 | United States | $ - | Sun-Sentinel Company | Enduring Investments Corp. |
| 88 | | 411 North 14th Street | Leesburg | FL | 34748 | United States | $ - | Orlando Sentinel Communications ( ERA, Tom Grizzard, Inc. |
| 89 | | 73 Blue Ridge Site, Building 2 | Wrightwood | CA | 93563 | United States | $ - | KTLA, Inc. | Falcon Cablevision Limited Partnership |
| 90 | | 6525 Main Street | Gloucester | VA | 23061 | United States | $ - | The Daily Press, Inc. | Felton Smith Graham |
| 91 | | 2250 Union Place | Simi Valley | CA | | United States | $ - | LA Times Communications LLC | First Union Investment Company |
| 92 | | Florida Citrus Bowl, Skybox No. 12 | Orlando | FL | 82805 | United States | $ - | Orlando Sentinel Communications (Florida Citrus Sports Events, Inc. |
| 93 | Amendment | 336 E. College Ave. | Tallahassee | FL | 32301 | United States | $ - | Orlando Sentinel Communications (Florida Press Association, Inc. |
| 94 | | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ - | LA Times Communications LLC | Forest Lawn Cemetery Association |
| 95 | | 7035 Schantz Rd. | Allentown | PA | 18106 | United States | $ - | The Morning Call, Inc. | Franklin Schantz Associates, L.P. |
| 96 | | Roof Space - Fred A. Smith Company | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | Fred A. Smith Company |
| 97 | Amendment | 536-568-616 Atrium Drive | Vernon Hills | IL | | United States | $ - | Chicago Tribune Company | GABCO VH2, LLC |
| 98 | | One Galleria Blvd. | Metairie | LA | 70001 | United States | $ 6,245 | Tribune Television New Orleans, Inc Galleria Operating Co., LLC |
| 99 | | 6631 North Sidney Place | Glendale | WI | 53209 | United States | $ - | Chicago Tribune Company | Glendale Business Center, LLC |
| 100 | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | | United States | $ - | Tribune Television Northwest, Inc. | Gorst Self Storage |
| 101 | | 550 East Ave P. | Palmdale | CA | 90746 | United States | $ 149 | Newspaper Readers Agency, Inc. | Granco Enterprises and William C, Janet Pratt III |
| 102 | | GRAYS HARBOR RADIO / TOWER SPACE LEASE | ABERDEEN | WA | | United States | $ - | Tribune Television Northwest, Inc. | Grays Harbor Radio, Inc. |
| 103 | | KOZI / CHELAN BUTTE | Chelan Butte | WA | | United States | $ - | Tribune Television Northwest, Inc. | Icicle Broadcasting Inc |
| 104 | | 365 Broad St & 11 Flower St./Parking lots | Hartford | CT | | United States | $ - | The Hartford Courant Company | Greater Hartford Flood Commission |
| 105 | | 1626 Northwind Parkway | Hobart | IN | 46342 | United States | $ - | Tribune Company | Indiana Land Becknell Investors, LLC |
| 106 | | 221 N. Brand Blvd. | Glendale | CA | 91203 | United States | $ - | Tribune Company | Interstate Properties Associates |
| 107 | Amendment | 12531 Worcester Hwy | Bishopville | MD | | United States | $ - | The Baltimore Sun Company | Greater Hartford Flood Commission |
| 108 | | 1700 - 1740 W. Florist Ave. | Glendale | WI | 53209 | United States | $ - | Tribune Media Services, Inc. | Greenridge Warehouse and Mini Storage |
| 105 | | 7035 Schantz Rd. | | | | | | | |
| 106 | | 200 Adams St. | Manchester | CT | | United States | $ - | The Hartford Courant Company | H & S Properties |
| 107 | | 700 Plaza Drive | Secaucus | NJ | 07094-3688 | United States | $ - | Chicago Tribune Company | H.J.M. Realty |
| 108 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ - | WPIX, Inc. | Harmon Meadow Plaza, Inc. |
| 109 | | 311 Ed Wright Lane | Newport News | VA | 23606 | United States | $ - | The Daily Press, Inc. | Hearing, Speech, and Deafness Center |
| 110 | | 2105 Emmorton Park Road | Edgewood | MD | 21041 | United States | $ - | Tribune Television Northwest, Inc. | Hill Management Services, Inc. |
| 111 | | 507 State St. | Ottawa | IL | 61350 | United States | $ - | Newspaper Readers Agency, Inc. | Hoffman, Mueller and Creedon, PTR |
| 112 | | 5540 W. Century | Los Angeles | CA | 90746 | United States | $ - | LA Times Communications LLC | IAC Aviation L.L.C. |
| 113 | | 2948 N. Western Ave. | Chicago | IL | 60618 | United States | $ - | Newspaper Readers Agency, Inc. | Jesus People USA Full Gospel Ministries |
| 114 | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ - | Chicago Tribune Newspapers, Inc. | JFK Investment Company, LLC |
| 115 | | 5051 Commerce Drive | Baldwin Park | CA | 91706 | United States | $ - | LA Times Communications LLC | Isadore Samuel Socransky & Socransky Family Trust |
| 116 | | 27831 Center Dr | Mission Viejo | CA | | United States | $ - | LA Times Communications LLC | J. Ahzarabi Investors LLC |
| 117 | | 440 Oakwood Rd | Lake Zurich | IL | 60047 | United States | $ - | Chicago Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| 118 | | Micro Relay Site | Manastash Ridge | WA | | United States | $ - | Tribune Company | Jack Eaton |
| 119 | | 311 Ed Wright Lane | Newport News | VA | 23606 | United States | $ - | The Daily Press, Inc. | Jefferson Office Warehouse II, LLC |
| 120 | | 2948 N. Western Ave. | Chicago | IL | 60618 | United States | $ - | Newspaper Readers Agency, Inc. | Jesus People USA Full Gospel Ministries |
| 121 | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ - | Chicago Tribune Newspapers, Inc. | JFK Investment Company, LLC |
| 122 | | 17700 Newhope St. | Fountain Valley | CA | 92708 | United States | $ - | LA Times Communications LLC | JKS-CMFV, LLC |
| 123 | | 3501 Union Street | Lafayette | IN | 47905 | United States | $ - | Chicago Tribune Company | Joe T. Richardson |
| 124 | | Kennedy Space Center | Kennedy Space Center | FL | 32899 | United States | $ - | Orlando Sentinel Communications ( John F. Kennedy Space Center |
| 125 | | 8185 Commerce Dr. | Loves Park | IL | 61111 | United States | $ - | Chicago Tribune Company | Johnson Family Trust |
| 126 | | 2420 79th Ave | Everett | WA | | United States | $ - | Tribune Television Northwest, Inc. | Jon Kimmons |

| Lease Count | Signed Amendment? | Lease Location Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|
| 127 | | 12236 McCann Dr | Santa Fe | CA | | United States | $ - | LA Times Communications LLC | Kendrick/McCann LP |
| 128 | Amendment | 3500 179th Street | Hammond | IN | 46323 | United States | $ - | Chicago Tribune Company | Krosan Development, LLC |
| 129 | | 80 Darling Dr. | Avon | CT | 06001 | United States | $ - | The Hartford Courant Company | L & L Realty, LLC |
| 130 | | 31166 Via Colinas | Westlake Village | CA | 91362 | United States | $ - | LA Times Communications LLC | L/B Via Colinas LLC |
| 131 | | 1201 Donegan Avenue | Kissimmee | FL | 34744 | United States | $ - | Orlando Sentinel Communications (Lake James, LLC |
| 132 | | WTTK Microwave Relay | Westfield | IN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Lattice Communications LLC |
| 133 | | 200 East Las Olas Blvd. (New River Center) | Ft. Lauderdale | FL | 33301 | United States | $ - | Sun-Sentinel Company | Lauderdale River, Inc. |
| 134 | | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ - | Tribune Television Company | Liberty Property Holdings, L.P. |
| 135 | | 5091 4th Street | Irwindale | CA | | United States | $ - | California Community News Corpor | LIT Finance L.P. |
| 136 | | Oakbrook Terrace - Microwave/camera site | Oakbrook Terrace | IL | | United States | $ - | WGN Continental Broadcasting Con | Long Ridge Office Portfolio |
| 137 | | 8920 58th Place, Suite 60C | Kenosha | WI | 53144 | United States | $ - | Chicago Tribune Company | M and E Riley, LLC |
| 138 | | Doppler Radar Site | Neah Bay | WA | | United States | $ - | Tribune Television Northwest, Inc. | Makah Indian Tribe |
| 139 | | 5270 W Coplay Rd. | Whitehall | PA | | United States | $ - | The Morning Call, Inc. | Marakovits Family, LLC |
| 140 | | McGraw-Hill - Transmitter Site | San Diego | CA | | United States | $ - | KSWB, Inc. | McGraw-Hill Broadcasting |
| 141 | | Site Address: 24574 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 3,465 | KTLA, Inc. | Meridian Communications North |
| 142 | | Site Address: 34-23-10 Latitude, 118-19-43 Longitude | Magic Mountain | CA | | United States | $ 471 | KTLA, Inc. | Meridian Communications North |
| 143 | | Site Address: 34-19-32 Latitude, 119-02-18 Longitude | South Mountain | CA | | United States | $ - | KTLA, Inc. | Meridian Communications North |
| 144 | | Site Address: 34-31-16 Latitude, 119-58-39 Longitude | Santa Ynez | CA | | United States | $ 142 | KTLA, Inc. | Meridian Radio Sites |
| 145 | | 1981 Moreland Pky | Annapolis | MD | 21401 | United States | $ - | The Baltimore Sun Company | Merritt-GB1, LLC |
| 146 | | 58 N. Chicago St. | Joliet | IL | 60432 | United States | $ 396 | Chicago Tribune Company | MGM Management, Inc. |
| 147 | | Rear of 326-328 W. Broad St. (2 Parking Spaces) | Quakertown | PA | 18951 | United States | $ - | The Morning Call, Inc. | Michael S. Yalowitz |
| 148 | | 1717 Penny Ln., | Schaumburg | IL | 60173 | United States | $ 467 | Chicago Tribune Company | MLRP Penny Lane LLC |
| 149 | | 2001 N. Front St. | Harrisburg | PA | 17102 | United States | $ - | Tribune Tribune Company | Morgan Manor Residencies, Inc. |
| 150 | | Grand Rapids Housing Comm | Grand Rapids | MI | | United States | $ - | Tribune Television Holdings, Inc. | Mt. Mercy Limited Partnership |
| 151 | | 6501 Nob Hill Rd. | Tamarac | FL | | United States | $ - | Sun-Sentinel Company | N&S Butters |
| 152 | | Beijing Office (LA Times Beijing Office) | Beijing | | | China | $ - | LA Times Communications LLC | N/A |
| 153 | | Flower St./Parking lot | Hartford | CT | | United States | $ - | The Hartford Courant Company | National Railroad Passenger Corporation |
| 154 | | 221 East Josephine St. | Chalmette | LA | 70043 | United States | $ - | Tribune Television New Orleans, Inc | New Orleans Hearst/Argyle |
| 155 | | One Apollo Drive | Glens Falls | NY | 12804 | United States | $ - | Tribune Media Services, Inc. | Niagara Mohawk Power Corporation |
| 156 | | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ 829 | LA Times Communications LLC | NORTH HILLS INDUSTRIAL PARK, INC |
| 157 | | 505 Northwest Ave. - Tribune Direct | Northlake | IL | | United States | $ - | Tribune Direct Marketing, Inc. | Northlake Property, LLC |
| 158 | | W Peak of Gold Mountain | Kitsap City | WA | | United States | $ 11,530 | Tribune Television Northwest, Inc. | Olympic Resources Management |
| 159 | | 9108 Yellow Brick Road | Rossville | MD | 21237 | United States | $ 1,280 | The Baltimore Sun Company | OZ LLC |
| 160 | | 902 N. Calumet | Valparaiso | IN | 46383 | United States | $ - | Chicago Tribune Company | PAC Investments, LLC |
| 161 | | PANAMSAT | Unknown | UN | | United States | $ - | Tribune Broadcasting Company | PanAmSat Corporation |
| 162 | | 26047 Jefferson Ave | Murrieta | CA | 92567 | United States | $ - | LA Times Communications LLC | Pasadena-MT Partners, L.P. |
| 163 | | 714 Schuyler | Peru | IL | 61354 | United States | $ - | Newspaper Readers Agency, Inc. | Paul E. and Rosalyn K. Koyak |
| 164 | | 2121 Wisconsin | Washington | DC | 20036 | United States | $ - | WDCW Broadcasting, Inc. | Penzance 2121 Wisconsin Ave., LLC |
| 165 | Amendment | 101 Phoenix Ave. | Enfield | CT | | United States | $ - | The Hartford Courant Company | Phoenix Avenue Realty LLC |
| 166 | | Pinnacle Towers/Microwave Recv Site | Unknown | UN | | United States | $ - | Tribune Television New Orleans Inc | Pinnacle Towers Inc. |
| 167 | | 2839 Paces Ferry Road, Suite 1105 | Atlanta | GA | 30339 | United States | $ 2,335 | Chicago Tribune Newspapers, Inc. | PKY Fund Atlanta II, LLC |
| 168 | | 875 Geneva Parkway N | Lake Geneva | WI | 53147 | United States | $ - | Chicago Tribune Company | Plas-Tech Engineering, Inc. |
| 169 | | 6400 S. Fiddler's Green Circle | Englewood | CO | 80111 | United States | $ - | KWGN, Inc. | Property Colorado OBJLW |
| 170 | | 180 Poplar Pl. | North Aurora | IL | 60542 | United States | $ - | Chicago Tribune Company | R.C. Wegman Family, L.P. |
| 171 | Amendment | 4098 Calle Suerte | Camarillo | CA | 93010 | United States | $ - | LA Times Communications LLC | R.T. Enterprises |
| 172 | | AAT COMMUNICATIONS / TOWER SPACE LEASE | Cedar Hill | TX | | United States | $ - | Tribune Television Company | Richland Towers, Inc. |
| 173 | | 1400 Twin Cities Rd | Walnut Grove | CA | 95690 | United States | $ 334 | Channel 40, Inc. | Rosa Rio, LLC |
| 174 | | 230 West 200 South, Suite 3201 | Salt Lake City | UT | | United States | $ - | Stemweb Inc. | Royal Wood Associates |
| 175 | | 8966 Comanche Ave | Chatsworth | CA | | United States | $ 9,590 | LA Times Communications LLC | RR Crane Investment Corporation |
| 176 | | 874 Eagle Drive | Bensenville | IL | 60106 | United States | $ - | Chicagoland Publishing Company | RREEF America Reit II Corp. D. |
| 177 | | 3585 N.W. 54th Street | Ft. Lauderdale | FL | 33309 | United States | $ 91 | Orlando Sentinel Communications ( | Seabreeze Office Associates, LLC |
| 178 | | 4946-50 North University Drive | Lauderhill | FL | 33321 | United States | $ - | Sun-Sentinel Company | Samuel Butters |
| 179 | | 10205 Highland | Bloomington | IN | | United States | $ - | Sun-Sentinel Company | Samuel Susi |
| 180 | | 444 Lake Cook Rd. | MAYNARD HILL | WA | | United States | $ - | Tribune Broadcast Holdings, Inc. | Sarkes Tarzian |
| 181 | | 444 Seabreeze Boulevard | Deerfield | IL | 60015 | United States | $ - | Tribune Television Northwest, Inc. | SBA Structures |
| 182 | | 1121 L Street | Daytona Beach | FL | 32118 | United States | $ - | LA Times Communications LLC | Schnoll And Company, Inc. |
| 183 | | 1350 Blue Hills Ave. | Sacramento | CA | | United States | $ 378 | LA Times Communications LLC | Senator Building, LLC |
| 184 | | 10009 Raven Wood Dr. | Bloomfield | CT | | United States | $ - | The Hartford Courant Company | SFP Real Estate, LLC |
| 185 | | SMUD Exchange of Wireless Services (Walnut Grove/C | St. John | IN | 46373 | United States | $ 4,027 | Chicago Tribune Company | SJCT, LLC |
| 186 | | 9334 Dielman Industrial Drive | Walnut Grove | CA | | United States | $ - | Channel 40, Inc. | SMUD |
| 187 | | SpectraSite/DTV Tower-XMTR | St. Louis | MO | 63132 | United States | $ - | KPLR, Inc. | SpectraSite |
| 188 | | 921 Mercantile Drive | St. Louis | MO | | United States | $ 8,725 | KPLR, Inc. | SpectraSite Broadcast Group, Inc. |
| 189 | | | Hanover | MD | 21076 | United States | $ - | The Baltimore Sun Company | St. John Properties, Inc. |

| Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|
| 190 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | $ - | The Hartford Courant Company | State of Connecticut |
| 191 | | WASHINGTON STATE DNR | CHELAN BUTTE | WA | | United States | $ - | Tribune Television Northwest, Inc. | State of Washington |
| 192 | | 1701 Green Road | Deerfield Beach | FL | 33064 | United States | $ - | Sun-Sentinel Company | Sterling Properties FL, LLC |
| 193 | | 5800 Sunset Blvd. | Hollywood | CA | 90028 | United States | $ - | KTLA, Inc. | Sunset Studios Holdings, LLC |
| 194 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | $ - | KWGN, Inc. | Sylvan Tower Co., LLC |
| 195 | Amendment | 30 North St. | Park Forest | IL | 60466 | United States | $ - | Chicago Tribune Company | T.L. Swint Industries, Inc. |
| 196 | | WTIC-TV Talcott Mountain, (Tower/Land) | Avon | CT | | United States | $ - | Tribune Television Company | Talcott Mountain Science Center for Student Involvem |
| 197 | | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | $ - | Chicago Tribune Company | Tech Court, LLC |
| 198 | | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | The District of Columbia |
| 199 | | 7191 Engineer Rd. | San Diego | CA | 92123 | United States | $ - | KSWB, Inc. | The J. David Gladstone Institutes |
| 200 | | 1485 Lakeside Dr. | Waukegan | IL | | United States | $ - | Chicago Tribune Company | The Prudential Insurance Company of America |
| 201 | Amendment | 8439 Stellar Dr | Culver City | CA | | United States | $ 3,780 | LA Times Communications LLC | The Richlar Partnership |
| 202 | Amendment | 904 Jan Mar Court | Clermont | FL | 34711 | United States | $ - | Tribune Company | Thompson-Kocielko Partnership |
| 203 | | 18400 Crossings Drive | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | Tinley Crossings Corporate Center, Ltd. |
| 204 | | 125 N. Vinedo | Pasadena | CA | | United States | $ - | LA Times Communications LLC | Trio Associates |
| 205 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | $ - | LA Times Communications LLC | Two Camellias LLC |
| 206 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | $ - | KTLA, Inc. | U.S. Forest Service |
| 207 | | 111 W. 154th Street | South Holland | IL | 60473 | United States | $ - | Chicago Tribune Company | Union National Bank |
| 208 | | 12180-B Hesperia Road | Victorville | CA | 92392 | United States | $ - | LA Times Communications LLC | Victor Valley Plaza Co., LLC |
| 209 | | 3222 Bunsen Ave | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| 210 | | 3223 Golf Course Dr | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| 211 | | 8442 W. 183rd Street, Unit #B | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | VIP Tinley Park, L.L.C. |
| 212 | | 330 West 34th Street | New York | NY | | United States | $ 44,517 | Tribune New York Newspaper Hold | Vornado 330 West 34th Street LLC |
| 213 | | John Hancock Center | Chicago | IL | | United States | $ - | WGN Continental Broadcasting Con | W2007 Golub JHC Realty LLC |
| 214 | | John Hancock Center | Chicago | IL | 60611 | United States | $ - | Chicagoland Television News, Inc. | W2007 Golub JHC Realty LLC |
| 215 | | 461 Park Avenue | Lake Villa | IL | 60046 | United States | $ - | Chicago Tribune Company | Wagener Equities, Inc. |
| 216 | | 624 S. Lincoln | San Bernadino | CA | | United States | $ 4,567 | LA Times Communications LLC | Waterman Place |
| 217 | | 821 West River Place | Kankakee | IL | 60901 | United States | $ - | Newspaper Readers Agency, Inc. | Wayne F. Tholen and Alice J. Tholen |
| 218 | | 1416 Lee Street | West Point | VA | 23181 | United States | $ - | Virginia Gazette Companies, LLC | West Point Station, LLC |
| 219 | | Westin Ohare - ENG camera site | Rosemont | IL | 60018 | United States | $ - | WGN Continental Broadcasting Con | Westin Hotel Ohare |
| 220 | | Tower Space Lease | Chambersburg | PA | | United States | $ - | WDCW Broadcasting, Inc. | WETA |
| 221 | | 2100 W. Hubbard St. | Chicago | IL | 60612 | United States | $ - | Chicago Tribune Company | William Kritt & Company |
| 222 | | 68-900 Perez Rd. | Cathedral | CA | 60901 | United States | $ 10,950 | LA Times Communications LLC | Wilson and Dalton Incorporated |
| 223 | | 12315 Rhea Dr. | Plainfield | IL | 60544 | United States | $ - | Chicago Tribune Company | Wolf Creek Business Associates, LLC |
| 224 | | 1898 E. Burleigh Blvd | Tavares | FL | | United States | $ - | Orlando Sentinel Communications | Zellwin Farms Company |
| 225 | Amendment | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | $ - | Chicago Tribune Company | Zygmunt Enterprises |

# **EXHIBIT C**

46429/0001-5694380V2

| Lease # | Extension Date | Leased Location | | | | | Landlord Company / Notice Party |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Street | City | State | Zip Code | Country | |
| 1 | 9/30/2009 | 57-11 49th Place | Maspeth | NY | 11378 | United States | 57-11 49th Place LLC |
| 2 | 12/31/2009 | 1369 South State | Anaheim | CA | 92805 | United States | Diablo Investment Co. |
| 3 | 8/31/2009 | 2000 York Rd | Oak Brook | IL | 60523 | United States | Duke York Road, LLC c/o Duke Realty Corp. |