Exhibit B

SEYFARTH SHAW LLP
William H. Lancaster (SBN: 123031)
Timothy L. Hix (SBN: 184372)
Timothy M. Rusche (SBN: 230036)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
E-mail wlancaster@seyfarth.com
E-mail: thix@seyfarth.com
E-mail: trusche@seyfarth.com

Attorneys for Defendants
TRIBUNE COMPANY, TRIBUNE INTERACTIVE, INC., TRIBUNE MEDIA NET, INC., AND LOS ANGELES TIMES COMMUNICATIONS, LLC (erroneously names as LOS ANGELES TIMES)

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES - CENTRAL

| | |
|---|---|
| JAYNE CLEMENT, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRIBUNE COMPANY, TRIBUNE INTERACTIVE, TRIBUNE MEDIA NET, INC., LOS ANGELES TIMES COMMUNICATIONS, LLC, LOS ANGELES TIMES, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. BC 390943   (CLASS ACTION)<br><br>ASSIGNED TO THE HON. GREGORY ALARCON; Dept. 36<br><br>NOTICE OF FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE BY DEFENDANTS TRIBUNE COMPANY TRIBUNE MEDIA NET, INC., AND LOS ANGELES TIMES COMMUNICATIONS, LLC<br><br>*Complaint Filed: May 15, 2008* |

TRIBUNE COMPANY, TRIBUNE MEDIA NET, INC., and LOS ANGELES TIMES COMMUNICATIONS, LLC (erroneously named as Los Angeles Times), in the above-captioned action, respectfully submit as follows:

1.  On December 8, 2008 (the "Petition Date"), Tribune Company and certain of its subsidiaries (collectively, the "Debtors"), including TRIBUNE MEDIA NET, INC. and LOS ANGELES TIMES COMMUNICATIONS, LLC, filed voluntary petitions under chapter 11 of

title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. For the Court's reference, these cases are being jointly administered under Case No. 08-13141-KJC, the Honorable Kevin J. Carey, presiding judge.

2. TRIBUNE INTERACTIVE, INC., a subsidiary of Tribune Company, did not file a petition under chapter 11.

3. Pursuant to section 362(a) of the Bankruptcy Code, all litigation involving the Debtors, including TRIBUNE COMPANY, TRIBUNE MEDIA NET, INC., and LOS ANGELES TIMES COMMUNICATIONS, LLC is stayed as of the Petition Date. Accordingly, the above-captioned action is stayed as to TRIBUNE COMPANY, TRIBUNE MEDIA NET, INC., and LOS ANGELES TIMES COMMUNICATIONS, LLC.

DATED: December 15, 2008         SEYFARTH SHAW LLP

By _____
Timothy M. Rusche
Attorneys for Defendants
TRIBUNE COMPANY, TRIBUNE INTERACTIVE, INC., TRIBUNE MEDIA NET, INC., AND LOS ANGELES TIMES COMMUNICATIONS, LLC
(erroneously names as LOS ANGELES TIMES)