# Exhibit C

**ORDER**

For good cause showing, it is ORDERED that:

This action be stayed in its entirety as to all parties until such time that notice is provided to the Court that the automatic stay resulting from the bankruptcy petition filed by Tribune Company, Tribune Media Net, Inc. and Los Angeles Times Communications, LLC has been lifted or until the Bankruptcy Court determines otherwise.

*This Case is Continued To October 28, 2009 8:30 AM Dept 36 for OSC re Status of Bankruptcy Stay. Appearances are required.*

DATED: January 14, 2009

Gregory W. Alarcon
HONORABLE GREGORY ALARCON

---

3
STIPULATION TO STAY ENTIRE ACTION

LA1 6761465.1