## CERTIFICATE OF SERVICE

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that, on June 8, 2009, I caused a true and correct copy of the foregoing Amended Motion for Relief From Stay to be served by CM/ECF which will provide notice of such filing on:

All Parties Registered for Such Notice.

By First Class Mail, Postage Prepaid:

Kate Stickles, Esquire
Cole, Schotz, Meisel, Formen & Leonard
500 Delaware Avenue
Suite 1100
Wilmington, DE 19801
Counsel for Debtors

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

        REAL WORLD LAW, PC
        /s/ Glenn A. Brown
        GLENN A. BROWN, DMD, ESQUIRE
        Attorney ID No. 4669
        916 North Union Street
        No. 2
        Wilmington, DE 19805
        (302) 225-8340
        glenn.brown@realworldlaw.com