# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1224 and 1308**<br>**Hearing Date: June 10, 2009 at 11:00 a.m. ET** |

## CERTIFICATION OF COUNSEL REGARDING MOTION OF DEBTORS TRIBUNE BROADCASTING COMPANY, WGN CONTINENTAL BROADCASTING COMPANY, CHICAGOLAND TELEVISION NEWS, INC., TRIBUNE ENTERTAINMENT COMPANY, ET AL. FOR AN ORDER AUTHORIZING (I) THE ASSUMPTION OF CERTAIN AMENDED RATINGS SERVICES AGREEMENTS AND ANCILLARY AGREEMENTS WITH THE NIELSEN COMPANY (US), LLC AND (II) THE WAIVER AND RELEASE OF CERTAIN CLAIMS PURSUANT TO A SETTLEMENT AND RELEASE AGREEMENT

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.
45655/0001-5694656v1

June 08, 2009

1.       On May 21, 2009, the Notice of Motion (the "Notice") and Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, ChicagoLand Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (I) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with The Nielsen Company (US), LLC and (II) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement (the "Motion") (Docket No. 1224) were filed with the Court.

2.       Pursuant to the Notice, objections, if any, to the Motion were required to have been filed with the Court and served no later than 4:00 p.m. on June 3, 2009 (the "Objection Deadline"). On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on June 5, 2009 for the Official Committee of Unsecured Creditors (the "Creditors' Committee").

3.       The Objection Deadline expired and no objections appear on the docket or were served on the undersigned. The Creditors' Committee, however, proposed certain clarifying revisions to the Settlement and Release Agreement, which was attached to the Motion as Exhibit B. The Settlement and Release Agreement was also appended to the proposed form of order which was attached to the Motion as Exhibit C.

4.       On June 8, 2009, the Debtors filed a Notice of Filing Revised Exhibit B to Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, Chicagoland Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (I) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with the Nielsen Company (US), LLC and (II) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement (the "Notice of Filing") (Docket No. 1308).

45655/0001-5694656v1

Case 08-13141-BLS    Doc 1310    Filed 06/08/09    Page 3 of 3


5.      Attached hereto as <u>Exhibit 1</u> is a revised proposed form of order approving the Motion (the "<u>Revised Order</u>").  No modifications have been made to the text of the Revised Order except the addition of the docket number of the related Motion.  The Settlement and Release Agreement attached to the Motion; however, has been revised as noted above and as set forth in the Notice of Filing.  Attached hereto as <u>Exhibit 2</u> is a black lined Revised Order which reflects all modifications made to the proposed order and the Settlement and Release Agreement originally filed with the Motion.

6.      The Debtors respectfully request the Court enter the Revised Order.

Date: June 8, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Jillian K. McClelland
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone:  (302) 652-3131
        Facsimile:  (302) 652-3117

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

3


45655/0001-5694656v1