# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JUNE 10, 2009 AT 10:30 A.M.[2]
## BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

1. Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, ChicagoLand Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (I) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with The Nielsen Company (US), LLC and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Please note the hearing time differs from the previously noticed hearing time.

46429/0001-5688146v1

(II) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement (Filed May 21, 2009) (Docket No. 1224)

Related Document(s):

    (a)    Notice of Filing Revised Exhibit B to Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, ChicagoLand Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (I) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with The Nielsen Company (US), LLC and (II) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement (Filed June 8, 2009) (Docket No. 1308)

    (b)    Certification of Counsel Regarding Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, ChicagoLand Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (I) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with The Nielsen Company (US), LLC and (II) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement (Filed June 8, 2009) (Docket No. 1310)

Objection Deadline: June 3, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to June 5, 2009 at 4:00 p.m. for the Creditors' Committee.

Responses Received: None.

Status:    A Certification of Counsel, together with a revised proposed form of order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

2.    Joint Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, and ChicagoLand Television News, Inc. and The Nielsen Company (US), LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Ratings Services Agreements, Ancillary Agreements, and a Global Amendment of Such Agreements (Filed May 21, 2009) (Docket No. 1225)

Related Document(s):

    (a)    Certification of No Objection Regarding Joint Motion of Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, and ChicagoLand Television News, Inc. and The Nielsen Company (US), LLC for Entry of an Order Authorizing Them to File Under Seal Unredacted Versions of Certain Ratings Services Agreements, Ancillary Agreements, and a Global Amendment of Such Agreements (Filed June 8, 2009) (Docket No. 1309)

46429/0001-5688146v1

Objection Deadline: June 3, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to June 5, 2009 at 4:00 p.m. for the Creditors' Committee.

Responses Received: None.

Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

3.  Motion for an Order Granting a Further Interim Extension of Time For Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed May 22, 2009) (Docket No. 1232)

    Related Document(s):

    (a)  Certification of No Objection Regarding Motion for an Order Granting a Further Interim Extension of Time For Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed June 5, 2009) (Docket No. 1304)

    Objection Deadline: June 3, 2009 at 4:00 p.m.

    Responses Received: None.

    Status:    A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

## STATUS CONFERENCE

4.  Complaint for Declaratory Judgment and Injunctive Relief by Tribune Media Services against Warren Beatty (Adv. Proc. No. 09-50486) (Filed March 19, 2009) (Adv. Docket No. 1)

    Status:    This matter will be going forward as a status conference only.

Dated: June 8, 2009              SIDLEY AUSTIN LLP
                                 James F. Conlan
                                 Bryan Krakauer
                                 Janet E. Henderson
                                 Kevin T. Lantry
                                 Kenneth P. Kansa
                                 One South Dearborn Street
                                 Chicago, IL  60603
                                 Telephone: (312) 853-7000
                                 Facsimile: (312) 853-7036

                                       -and-

3

46429/0001-5688146v1

                        COLE, SCHOTZ, MEISEL,
                        FORMAN & LEONARD, P.A.

By: _____
     Norman L. Pernick (No. 2290)
     J. Kate Stickles (No. 2917)
     500 Delaware Avenue, Suite 1410
     Wilmington, DE 19801
     Telephone: (302) 652-3131
     Facsimile: (302) 652-3117

     ATTORNEYS FOR DEBTORS
     AND DEBTORS IN POSSESSION