IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on June 8, 2009, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on June 10, 2009 at 10:30 a.m. Before the Honorable Kevin J. Carey** to be served on the following parties in the manner indicated:

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _____
        J. Kate Stickles (No. 2917)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131
        Facsimile: (302) 652-3117

## Tribune Company, *et al.*
## Agenda Service List regarding June 10, 2009 Hearing

**Via Telecopy:**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Fl.
Wilmington, DE 19801

William M. Kelleher, Esquire
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19899

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
1105 North Market St., 16th Floor
Wilmington, DE 19801

46429/0001-5688146v1

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 91801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
PO Box 2323
Wilmington, DE 19899-2323

**Gregg M. Galardi, Esquire**
**Ian S. Fredericks, Esquire**
**Skadden, Arps, Slate, Meagher & Flom LLP**
**One Rodney Square**
**P.O. Box 636**
**Wilmington, DE 19899-0636**

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**Patricia K. Smoots, Esquire**
**McGuire Woods LLP**
**77 West Wacker Drive, Suite 4100**
**Chicago, IL 60601-1818**

46429/0001-5688146v1