June 1, 2009

The Honorable Kevin J. Carey, Chief Judge
U.S. Bankruptcy Court
District of Delaware
824 North Market Street
5th Floor, Courtroom #5
Wilmington, DE 19801

Bankruptcy Petition #: 08-13222-KJC

Dear Your Honor,

My name is Chuck Philips. I am a Pulitzer Prize-winning reporter who worked nearly two decades for the Los Angeles Times.

A few years ago, the Los Angeles Times was purchased by the Chicago Tribune, which was then acquired by Chicago billionaire Sam Zell. I am now an unemployed journalist, a victim of Mr. Zell's mismanagement and one of the many creditors to who he owes money.

Shortly after Mr. Zell assumed power, he unleashed a brutal restructuring in which hundreds of jobs were slashed at the newspaper. The layoffs came in waves. When my job was eliminated last September, the Tribune offered me a severance buy-out package of about $60,000.

The Tribune required me to sign the buyout paperwork within weeks and assured me that my money would be held safely until I sought to withdraw it. The day after Mr. Zell filed for bankruptcy, I contacted the LA Times, the Tribune and Hewitt (the agency hired to administer Tribune's severance payments) and was promised that the legal action would have no effect whatsoever on my account.

No one at the Tribune ever warned me before the bankruptcy that I should withdraw my money because it would be frozen. Nor did anyone notify me after the bankruptcy about the Tribune's purported post-petition severance policy. Not by letter. Not by phone. Not by email. And I have documented every communication with Tribune and its agents since my lay-off.

I did not learn of the post-petition severance policy until February when I tried to roll my money over into an IRA. Mr. Zell's minions refused to conduct the transaction. I was rudely told that I must wait until May when the court would rule on whether my severance package could be unfrozen.

Last month, Your Honor, after you made your ruling, you were quoted saying that you sympathized with us laid-off employees, but were constrained by the law from approving payment of our severance buy-outs.

You were kind enough to grant severance payments to employees laid off after the bankruptcy filing in December, but before implementation of the purported post-petition severance policy.

The reason I am writing now is that you have not been told the truth.

The truth is none of us were ever advised that a post-petition severance policy would be implemented. On the contrary, in my case, Tribune agents promised me the exact opposite. They assured me that the bankruptcy would have no impact whatsoever on my account.

Tribune knew when it filed for bankruptcy, that under the law, it would not have to honor any such obligations.

What I am trying to explain, Your Honor, is that there is no difference between the injustice done to employees forced out by Tribune in December than employees forced out in September. We were all lied to.

I know you are a busy man and I hate to bother you, but I labored many long hours for the Los Angeles Times before Tribune forced me out. And my family and I need the money they promised to pay me. Could you please advise me what I should do?

Thanks for your time.

Respectfully,

Chuck Philips

charlesalanphilips@gmail.com

632 Pacific Street #4
Santa Monica, CA  90405

310-721-2983