The Honorable Kevin J. Carey
Chief Judge
U.S. Bankruptcy Court
State of Delaware
824 Market St. 5th Floor
Wilmington, Del. 19801

Honorable Judge Kevin J. Carey:

We, the undersigned, are among the 70 former employees of Tribune Co. whose severance payments were stopped when Tribune filed for bankruptcy in December 2008. We are writing to: 1) preserve our careers and reputations as journalists and 2) to seek consideration for resumption of our severance.

On May 11, 2009, according to published reports, Tribune's chief financial officer, Chandler Bigelow, told the court that all but two of this group were "fired," before Tribune filed for bankruptcy.

We four, all employed at The Morning Call in Allentown, Pa., were not fired for dereliction of duty, but were offered buyouts or our positions were eliminated. Our severance contracts with Tribune state as such and enable us to receive unemployment compensation. Our contracts with Tribune include wage payments based on years of service.

Indeed, collectively, we have given more than 150 years of service to the company as editors and reporters and supervisors and newsroom leaders. We are respected in our communities and in the corporation, having used our talents and work ethic during our careers to bring success to the corporation. We are the best and most experienced, having elevated the company to financial success over past decades.

What we seek is equity. What we seek has already been given to every other Tribune employee laid off or bought out before us and after us. We, the smallest group being singled out for non-payment of wages, have no voice or representation in your court, as none of us is financially capable of retaining counsel. We face financial, health and family hardships, and, as the over age 55 group, we are more subjected to discrimination in the current job market.

With these facts duly presented, we respectfully ask your consideration in reinstatement of our severance agreements. We are available to answer any and all questions regarding our service to the corporation and our severance contracts with Tribune and The Morning Call. Contact bobalicemore@peoplepc.com or any telephone number below.

Very truly yours,

Alice Lesnavage Mone
(610-867-4864)

Janice M. Shellenberger
yttac@aol.com
(610-691-2148)

Laura L. Mace
484-515-6981
blmaces@yahoo.com

Madeleine Mathias
610-252-6947
madmathias@rcn.com