**TEITELBAUM & BASKIN, LLP**
3 Barker Avenue
Third Floor
White Plains, New York 10601
Jay Teitelbaum, Esq. (JT-4619)
Tel.: 914. 437.7670
E-Mail: jteitelbaum@tblawllp.com

**DRAPER & GOLDBERG, PLLC**
1500 North French Street
2nd Floor
Wilmington, Delaware 19801
Adam Hiller
Email: AdamH@drapgold.com
Tel.:(302) 339-8776

ATTORNEYS FOR TIMES MIRROR RETIREES

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

-----------------------------------------------------------X

| | |
|---|---|
| In re:<br>Tribune Company, et al.,<br>Debtors. | CHAPTER 11<br><br>Case No. 08-13141 (KJC) |

-----------------------------------------------------------X

**THIRD AMENDED VERIFIED STATEMENT**
**PURUSANT TO BANKRUPTCY RULE 2019(a)**

Draper & Goldberg, PLLC ("D&G") and Teitelbaum & Baskin, LLP ("Teitelbaum & Baskin") hereby submit this Third Amended Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, respectfully stating as follows:

1. Teitelbaum & Baskin is a law firm that maintains an office at 3 Barker Avenue, 3rd Floor, White Plains, New York 10601.

2. Draper & Goldberg is a law firm that maintains an office at 1500 North French Street

Wilmington Del. 19801

3. On or about December 24, 2008, January 12, 2009 and March 16, 2009 Teitelbaum & Baskin and/or D&G filed Verified 2019 Statements with this Court as Docket Nos. 137, 188 and 532.

4. Since March 2009, T&B and D&G have been retained by additional individuals and herewith file as Schedule A, a complete list of parties on whose behalf T&B and D&G appear in the above-captioned cases (each, a "Party" and collectively, the "Parties").

5. Each of the Parties holds or may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest.

6. The specific nature and amount of these claims or interests has not yet been finally determined and none of the Parties has filed a proof of claim against the Debtors as of the date hereof.

7. T&Bwas originally retained on or about December 16, 2008 to represent certain of the Parties in the cases.

8. T&B and D&G may represent other persons or entities which hold claims against or interest in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with one or more of the Debtors or their predecessors in interest. However, as of the date hereof, such persons or entities have not appeared and have not requested that T&B or D&G appear on their behalf in the cases. T&B and D&G will supplement this statement

in accordance with Rule 2019, as applicable, in the event such persons or entities request that T&B appear on their behalf in these cases.

9. One of the Parties represented by T&B and D&G is William Niese, a retired executive of The Times Mirror Corp., who is appointed to the Official Committee of Unsecured Creditors in these cases.

10. Neither T&B nor D&G possess any claims against or interests in any of the Debtors.

11. T&B and D&G will be compensated by the Parties.

12. The undersigned hereby verifies that the foregoing is true and accurate, to the best of the undersigneds' knowledge and belief.

Dated: June 9, 2009

**TEITELBAUM & BASKIN, LLP**

By: /s/ Jay Teitelbaum

Jay Teitelbaum, Esq. (JT-4619)
3 Barker Avenue
Third Floor
White Plains, New York 10601
(914) 437-7670
jteitelbaum@tblawllp.com

And

**DRAPER & GOLDBERG, PLLC**
By: /s/ Adam Hiller
1500 North French Street
2nd Floor
Wilmington, Delaware 19801
Email: AdamH@drapgold.com
Tel.:(302) 339-8776
Attorneys for the Parties on Annex A

**SCHEDULE A**
**PARTIES REPRESENTED BY TEITELBAUM & BASKIN LLP**
**IN THE TRIBUNE COMPANY BANKRUPTCY**
**(updated as of June 5, 2009)**

| **Name** | **Address** |
|---|---|
| **Abatemaro, Fred A.** | 25 Chapel Place, 3E<br>Great Neck, NY 11021 |
| **Alcantar, Gerald J.** | 5445 Selmaraine Dr.<br>Culver City, CA 90230 |
| **Alfano, Richard S.** | 403 Bryn Meadows<br>Southlake, TX 76092 |
| **Armstrong, C. Michael** | 1683 Galleon Dr.<br>Naples, FL 34102 |
| **Arnold, Gary M.** | 910 Far Oaks Dr.<br>Caseyville, IL 62232 |
| **Arthur, John M.** | 1506 Grant Street<br>Santa Monica, CA 90405 |
| **Barlow, William H.** | 15507 Saddleback Rd.<br>Santa Clarita, CA 91387 |
| **Barrett, David S.** | 257 Oxford St.<br>Hartford, CT 06105 |
| **Barwick, Bruce E.** | 3913 Hawthorn Rd.<br>Ellicott City, MD 21042 |
| **Becker, Todd A.** | 1539 Crest Dr.<br>Altadena, CA 91001 |
| **Bell, George** | 240 Dudley St.<br>Brookline, MA 02445 |
| | 14081 Montgomery Dr. |

| Name | Address |
|---|---|
| **Bell, Susan P.** | Westminster, CA 92683 |
| **Bergmann, Horst A.** | 4261 Preserve Parkway South<br>Greenwood Village, CO 80121 |
| **Blood, Edward L.** | 5310 E. Helena Dr.<br>Scottsdale, AZ 85254 |
| **Bowen, Sharon M.**<br>(widow of Paul Bowen) | 15 Nightingale Way, Apt. C-11<br>Lutherville, MD 21093 |
| **Bowlin, Gregory L.** | 6152 S. Jericho Way<br>Centennial, CO 80016 |
| **Brandt, Robert F.** | P.O. Box 519<br>St. Michaels, MD 21663 |
| **Brauer, Alan L.** | 3506 Sweet Clover St.<br>Thousand Oaks, CA 91362 |
| **Brennan, Leo** | 6 Castle Oaks Ct.<br>Las Vegas, NV |
| **Brief, Kenneth H.** | 4 Kennebec Lane<br>Brunswick, ME 04011 |
| **Brisco, Robert N.** | 1 Flying Mane Lane<br>Rolling Hills, CA 90274 |
| **Bryson, John E.** | Southern California Edison<br>2244 Walnut Grove Ave.,<br>Room 101<br>P.O. Box 976<br>Rosemead, CA 91770 |

| Name | Address |
|---|---|
| **Campbell, Patricia G.** | 1765 Narrows Hill Rd.<br>Upper Black Eddy, PA 18972 |
| **Carpenter, Dian S.**<br>(widow of Dow Carpenter) | P.O. Box 810<br>Inverness, CA 94937 |
| **Carroll, John S.** | 223 Queensway Dr.<br>Lexington, KY 40502 |
| **Casey, Kathleen M.** | 3205 Gilbert St.<br>Austin, TX 78703 |
| **Chandhok, Rajender K.** | 5941 Lindenhurst Ave.<br>Los Angeles, CA 90036 |
| **Chandler, Bettina W.**<br>(widow of Otis Chandler) | 1013 Shokat Dr.<br>Ojai, CA 93023 |
| **Charles, Randolph R.** | 1032 Spruce St., Unit 200<br>Philadelphia, PA 19107 |
| **Clayton, Janet T.** | 655 S. Rimpau Blvd.<br>Los Angeles, CA 90005 |
| **Clifford, Patrick A.** | 1185 Park Ave., Apt. 3E<br>New York, NY 10128 |
| **Clurman, Andrew W.** | 6936 Baseline Rd.<br>Boulder, CO 80303 |
| **Coapstick, Louise G.** | 22809 W. Acacia Ct.<br>Saugus, CA 91350 |
| **Coffey, C. Shelby, III** | 897 Chinquapin Rd.<br>McLean, VA 22102 |
| **Colston, James Willard** | 61 Thomas St.<br>Portland, ME 04102 |
| **Coppens, Stuart K.** | 726 Maybank Loop<br>The Villages, FL 32162 |

| Name | Address |
|---|---|
| **Cotliar, George J.** | 1618 Anita Lane<br>Newport Beach, CA 92660 |
| **Crowder, Grace E.**<br>(widow of Jesse Crowder) | 499 B&F Rd.<br>Gettysburg, PA 17325 |
| **Darnall, John** | 6378 Lada Ave.<br>Camarillo, CA 93012 |
| **Davis, Kenneth** | 400 Plumbridge Ct., ,#101<br>Timonium, MD 21093 |
| **DeYoung, Barbara R.** | 4 Stoney Clover Ln.<br>Pittsford, NY 14534 |
| **Dill, John F.** | 1001 Arbor Lake Dr., Apt. 408<br>Naples, FL 34110 |
| **Dilworth, Ann E.** | 101 Paseo Encantado NE<br>Santa Fe, NM 87506 |
| **Downes, Mary M.**<br>(widow of Edmund Downes) | 9650 Shore Dr.,<br>Maison Sur Mer, No. 2202<br>Myrtle Beach, SC 29572 |
| **Downing, Kathyrn M.** | 121 Via Alicia<br>Santa Barbara, CA 93108 |
| **Dreher, Beverly** | 6301 Acacia Hill Dr.<br>Yorba Linda, CA 92886 |
| **Drewry, Elizabeth V.** | 100 Ridge Pass Way<br>Landrum, SC 29356 |
| **Dubester, Michael S.** | 27 Tappanwood Rd.<br>Locust Valley, NY 11560 |
| **Dyer, John M.** | 980 Fenimore Circle<br>Atlanta, GA 30350 |
| **Egan, Paul H.** | 5926 SE Iris Ct. |

| **Name** | **Address** |
|---|---|
| | Milwaukie, OR 97267 |
| **Erburu, Robert F.** | 1518 Blue Jay Way<br>Los Angeles, CA 90069 |
| **Esgro, David A.** | 13443 Biola Ave.<br>LaMirada, CA 90638 |
| **Falk, Eugene L., Estate of** | 14340 Salmon River Rd.<br>Caldwell, ID 83607 |
| **Falk, Joanne K.**<br>(survivor of Eugene Falk) | 161 Royal London Ct.<br>Thousand Oaks, CA 91361 |
| **Fernald, Peter J.** | 1338 Glen Oaks Blvd.<br>Pasadena, CA 91105 |
| **Fitzgerald, James E.** | 93 Fifth St.<br>Garden City, NY 11530 |
| **Flick, John E.** | 31 Seaview Dr.<br>Santa Barbara, CA 93108 |
| **Forgione, Michael J.** | 185 Cambridge Drive East<br>Copiague, NY 11726 |
| **Forst, Donald H.** | P.O. Box 2<br>Livingston, NY 12541 |
| **Fox, Douglas** | 223 Wall St., #318<br>Huntington, NY 11743 |
| **Frost, F. Daniel** | P.O. Box 7285<br>Kennewick, WA 99336-0617 |
| **Gastler, Debra A.** | 4236 Bakman Ave.<br>Studio City, CA 91602 |
| **Goldstein, Gary P.** | 15 Long Acre Lane<br>Dix Hills, NY 11746 |

| Name | Address |
| --- | --- |
| **Graham, Kenneth** | 3242 San Amadeo, #1A<br>Laguna Woods, CA 92637 |
| **Grant, Robert T.** | 3166 Butler Bay Dr.<br>Windermere, FL 34786 |
| **Guerrero, Richard** | 46 Saint Michael<br>Dana Point, CA 92629 |
| **Guittar, Lee J.** | P.O. Box 3016<br>Edgartown, MA 02539 |
| **Guthrie, James F.** | 205 Costa Bella Dr.<br>Austin, TX 78734 |
| **Guttry, DeLynn T.**<br>(widow of Harvey Guttry) | 1135 Scenic Way<br>Los Osos, CA 93402 |
| **Halajian, Kenneth Lee** | 21 High Ridge Road<br>Ossining, NY 10562 |
| **Hall, Charlotte H.** | 1851 Forrest Rd.<br>Winter Park, FL 32789 |
| **Halle, Jean** | 11536 Pebblecreek Dr.<br>Lutherville, MD 21093 |
| **Haugh, Michael J.** | 106 Beacon Blvd.<br>Sea Girt, NJ 08750 |
| **Heaphy, Janis D.** | P.O. Box 3420<br>Sun Valley, ID 83353 |
| **Helin, James D.** | 12156 La Casa Lane<br>Los Angeles, CA 90049 |
| **Henson, Pamela** | 11099 Shadowbrook Circle<br>Highlands Ranch, CO 80130 |
| **Hessler, Curtis A.** | 570 Bradford St. |

| **Name** | **Address** |
|---|---|
| | Pasadena, CA 91105 |
| **Higby, James H.** | 51 Keelers Ridge Rd.<br>Wilton, CT 06897 |
| **Higby, Lawrence M.** | 218 Via Lido Nord<br>Newport Beach, CA 92663 |
| **Holton, Raymond** | 1021 Stone Stack Dr.<br>Bethlehem, PA 18015 |
| **Horn, Karen Laukka** | 50 Ridgecrest Court<br>Lafayette, CA 94549 |
| **Howard, Leslie M.** | 2737 Grandview Place<br>Endicott, NY 13760 |
| **Howe, Mark E.** | 8 Pineview Lane<br>East Greenbush, NY 12061 |
| **Hughes, Joseph M.** | 9596 East Roadrunner Dr.<br>Scottsdale, AZ 85262 |
| **Imbriaco, James** | 8 Acorn Lane<br>Lebanon, NJ 08833 |
| **Isenberg, Steven L.** | 151 Central Park West, 3N<br>New York, NY 10023 |
| **Isinger, William R.** | 3845 El Lado Dr.<br>Glendale, CA 91208 |
| **Jansen, Raymond A., Jr.** | 24 Dockside Lane, PMB 422<br>Key Largo, FL 33037 |
| **Johnson, Edward E.** | 4418 Oakwood Ave.<br>La Canada, CA 91011 |
| **Johnson, Robert M.** | 7348 Arbor Pines<br>P.O. Box 485<br>Glen Arbor, MI 49636 |
| **Johnson, W. Thomas, Jr.** | 3280 Rilman Road, NW<br>Atlanta, GA 30327 |

| Name | Address |
| --- | --- |
| **Junck, Mary E.** | P.O. Box 20;<br>18475 Deer Hill Rd.<br>Pleasant Valley, IA 52767 |
| **Kabak, Scott W.** | 11 Longwood Rd.<br>Sands Point, NY 11050 |
| **Kallet, Judith S.** | 7949 Cranes Pointe Way<br>West Palm Beach, FL 33412 |
| **Keller, William F.** | 7916 W. Hillside Rd.<br>Crystal Lake, IL 60012 |
| **Kellermann, Donald S.** | 2750 Unicorn Lane<br>Washington, D.C. 20015 |
| **King, Victoria** | 515 East 14th St., #3B<br>New York, NY 10009 |
| **Klein, Jason E.** | 6 Tanglewild Place<br>Chappaqua, NY 10514 |
| **Klein, Jeffrey S.** | 18778 Hillsboro Rd.<br>Northridge, CA 91326 |
| **Kleiner, Arnold J.** | 7575 Mulholland Dr.<br>Los Angeles, CA 90046 |
| **Klutnick, Susan K.** | 17582 Berlark Circle<br>Huntington Beach, CA 92649 |
| **Kopper, James L.** | 7768 Lakeside Blvd.,<br>Apt. 531<br>Boca Raton, FL 33434 |
| **Kucera, Philip E.** | 1700 S. Bayshore Ln, #4B<br>Miami, FL 33133 |
| **Kuekes, Sally**<br>(widow of George C. Kuekes) | 10671 E. San Salvador<br>Scottsdale, AZ 85258 |
| **Kurtich, Mark H.** | 81593 Camino Vallecita<br>Indio, CA 92203 |

| Name | Address |
|---|---|
| **LaFrance, Kimberly M.** | 1540 11th St.<br>Manhattan Beach, CA 90266 |
| **Lankey, Jeffrey W.** | 4829 Burgoyne Lane<br>LaCanada, CA 91011 |
| **Laventhol, David A.** | 870 United Nations Plaza, #31B<br>New York, NY 10017 |
| **Lee Schneider, R. Marilyn** | 2124 Bagley Ave.<br>Los Angeles, CA 90034 |
| **Levin, Martin P.** | 221 Kirby Lane<br>Rye, NY 10580 |
| **Levine, Jesse E.** | 1255 Owosso Ave.<br>Hermosa Beach, CA 90254 |
| **Lindsay, John P.** | 1147 El Medio Ave.<br>Pacific Palisades, CA 90272 |
| **Lobdell, Nancy**<br>(widow of Robert Lobdell) | 620 Sand Hill Rd., Apt. 301C<br>Palo Alto, CA 94304 |
| **Magnuson, Robert G.** | 374 Flora St.<br>Laguna Beach, CA 92651 |
| **Marimow, William K.** | 1942 Panama St.<br>Philadelphia, PA 19103 |
| **Marro, Anthony J.** | 10 West Rd.; P.O. Box 944<br>Old Bennington, VT 05201 |
| **Maxwell, Donald S.** | 2160 Le Flore Dr.<br>La Habra Heights, CA 90631 |
| **McGuinness, Kathleen G.** | 3550 Live Oak Rd.<br>Santa Ynez, CA 93460 |
| **McKeon, John C.** | 2751 Queens Garden Ct. |

| Name | Address |
| --- | --- |
| | Westlake Village, CA 91361 |
| **Meadows, Jack E.** | 2225 Twelve Oaks Dr.<br>Fayetteville, AR 72703 |
| **Meier, Stephen C.** | 1512 Beech St.<br>South Pasadena, CA 91030 |
| **Molvar, Janie**<br>(alternate payee of<br>Roger Molvar) | 2419 NW Morningwood Way<br>Bend, OR 97701 |
| **Molvar, Roger H.** | 13113 S. Echo Lake Rd.<br>Snohomish, WA 98296 |
| **Monsma, Durham J.** | 31644 2nd Ave.<br>Laguna Beach, CA 92651 |
| **Murphy, John R.** | P.O. Box 30927<br>Sea Island, GA 31561 |
| **Nash, John T.** | 356 Mt. Shasta Dr.<br>San Rafael, CA 94903 |
| **Neely, Jack W.** | 7200 Third Ave., C-048<br>Sykesville, MD 21784 |
| **Niese, William A.** | 6061 Lake Vista Dr.<br>Bonsall, CA 92003 |
| **Niles, Nicholas H.** | Blooming Grove Club<br>123 Old Field Rd.<br>Hawley, PA 18428 |
| **Norris, James H.** | 121 Taft Crescent<br>Centerport, NY 11721 |
| **Nuckols, James H.** | 1740 Dylan Way<br>Encinitas, CA 92024 |
| **Oglesby, Roger D.** | 1301 Fourth Ave., #604<br>Seattle, WA 98101 |
| | 185 Rancho Dr. |

| Name | Address |
|---|---|
| **O'Neill, Nancy W.** | Tiburon, CA 94920 |
| **O'Sullivan, Robert T.** | 304 Jefferson Ct.<br>Edgewater, NJ 07020 |
| **Parks, Michael C.** | 1211 South Euclid Ave.<br>Pasadena, CA 91106 |
| **Paro, Jeffrey N.** | 30 Quaker Road<br>Short Hills, NJ 07078 |
| **Patinella, John F.** | 10 Stewart's Glen Court<br>Phoenix, MD 21131 |
| **Payne, Janette O.** | 27 Buttonwood Dr.<br>Dix Hills, NY 11746 |
| **Pelizza, Ellen** | 5300 Emerywood Dr.<br>Buena Park, CA 90621 |
| **Perruso, Carol** | 376 Ultimo Ave.<br>Long Beach, CA 90814 |
| **Perry, Victor A.** | 115 17th Street, NE<br>Atlanta, GA 30309 |
| **Peterson, Maureen G.**<br>(widow of Larry W. Peterson) | 26 Stephanie Lane<br>Darien, CT 06820 |
| **Petty, Martha A.** | 5933 Seabird Dr. South<br>Gulfport, FL 33707 |
| **Plank, Jack L.** | 33522 Nancy Jane Ct.<br>Dana Point, CA 92629 |
| **Redmond, Elizabeth**<br>(widow of Charles R. Redmond) | 2198 Fairhurst Dr.<br>La Canada, CA 91011 |
| **Rhoads, S. Keating** | 2611 Nido Way<br>Laguna Beach, CA 92651 |

| Name | Address |
|---|---|
| **Riley, Michael R.** | 5 Avondale Dr.<br>Newtown, PA 18940 |
| **Rose, Michael G.** | 5170 W. 2nd St.<br>Los Angeles, CA 90004 |
| **Rowe, William J.** | 15005 Pratolino Way<br>Naples, FL 34110 |
| **Rubin, Jerome S.** | 15 West 53rd St., Apt. 29B<br>New York, NY 10019 |
| **Sann, Alexander** | 165 East 72nd St., 8K<br>New York, NY 10021 |
| **Scally, Geraldine** | 16775 Sunset Blvd.<br>Pacific Palisades, CA 90272 |
| **Schlosberg, Richard T., III** | 164 Sendero Verde Dr.<br>San Antonio, TX 78261 |
| **Schnall, Herbert K.** | P.O. Box 9457<br>Rancho Santa Fe, CA 92067 |
| **Schneider, Charles I.** | 522 N. Beverly Dr.<br>Beverly Hills, CA 90210 |
| **Schneider, Hilary A.** | 54 Chestnut Ave.<br>Los Gatos, CA 95030 |
| **Schneider, Howard S.** | 9 Brandywine Dr.<br>Setauket, NY 11733 |
| **Sellstrom, Brian J.** | P.O. Box 1035<br>Rancho Santa Fe, CA 90267 |
| **Selzer, Carolyn**<br>(widow of Fred Selzer) | 1047 Bangor Lane<br>Ventura, CA 93001 |
| **Shaw, James D.** | 228 Jeffersons Hundred<br>Williamsburg, VA 23185 |
| **Shirley, Dennis A.** | 2440 Stanley |

| Name | Address |
|---|---|
| | Tustin, CA 92782 |
| **Shorts, Gary K.** | 2940 Beech Lane<br>Doylestown, PA 18902 |
| **Simpson, James R.** | 5 Crestwood<br>Newport Beach, CA 92660 |
| **Sito, Louis** | 140 Raptor Way<br>Landrum, SC 29356 |
| **Sweeney, Judith L.** | 5 Royal Saint George Rd.<br>Newport Beach, CA 92660 |
| **Sweeney, Stender E.** | 790 Huntington Garden Dr.<br>Pasadena, CA 91108 |
| **Terpstra, James E.** | 20457 No Canyon Whisper Dr.<br>Surprise, AZ 85387 |
| **Thomas, William F.** | 16025 Valley Wood Rd.<br>Sherman Oaks, CA 91403 |
| **Thorpe, Caroline** | 11252 Gonsalves St.<br>Cerritos, CA 90703 |
| **Toedtman, James S.** | 2604 Geneva Hill Ct.<br>Oakton, VA 22124 |
| **Trainor, Robert E.** | 1412 Shefford Rd.<br>Baltimore, MD 21239 |
| **Tunstall, Sharon S.** | 2323 Fairway Dr.<br>Birmingham, MI 48009 |
| **Udovic, Michael S.** | 929 South Oakland Ave.<br>Pasadena, CA 91106 |
| **Unterman, E. Thomas** | 1451 Amalfi Dr.<br>Pacific Palisades, CA 90272 |

| Name | Address |
|---|---|
| **Valenti, Michael J.** | 400 Tamarac Dr.<br>Pasadena, CA 91105 |
| **Vida, Herbert J.** | 1303 W. 214th St.<br>Torrance, CA 90501 |
| **Wada, Karen J.** | 2215 Santa Anita<br>Sierra Madre, CA 91024 |
| **Wade, Claudia A.** | 401 Audraine Dr.<br>Glendale, CA 91202 |
| **Wallace, James W.** | 5822 Briartree Dr.<br>La Canada Flintridge, CA 91011 |
| **Waller, Michael E.** | 5 Full Sweep<br>Hilton Head Island, SC 29928 |
| **Wangberg, Larry W.** | 110 Elk View Dr.<br>Hailey, ID 83333 |
| **Weinstein, Howard** | 12114 Faulkner Dr.<br>Owings Mills, MD 21117 |
| **Wiegand, William D.** | P.O. Box 655<br>Coupeville, WA 98239 |
| **Wild, Mary A.** | 918 W. Wolfensberger Rd.<br>Castle Rock, CO 80109 |
| **Willes, Mark H.** | 4343 Sheffield Dr.<br>Provo, UT 84604 |
| **Williams, Phillip L.** | 1156 Amalfi Dr.<br>Pacific Palisades, CA 90272 |
| **Wilson, Hazel E.** | 21712 Lanar<br>Mission Viejo, CA 92692 |

| Name | Address |
|---|---|
| **Wilson, Julia C.** | 1872 8th Ave.<br>Sacramento, CA 95818 |
| **Woldt, Harold F., Jr.** | 5008 Sanlo Pl.<br>Woodland Hills, CA 91364 |
| **Wolinsky, Leo** | 8550 Hollywood Blvd.<br>Hollywood, CA 90069 |
| **Wright, Donald F.** | P.O. Box 842<br>Tesuque, NM 87574 |
| **Young, John W.** | 19 Shoal Dr.<br>West Islip, NY 11795 |
| **Zakarian, John J.** | 656 Ridge Rd.<br>Wethersfield, CT 06109 |
| **Zapanta, Norene**<br>(Trustee Zapanta family trust, established upon death of Dr. Edward Zapanta) | 53 Overlook Dr.<br>Newport Coast, CA 92657 |
| **Zimbalist, Efrem, III** | 216 First St.<br>Manhattan Beach, CA 90266 |