## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

## NOTICE OF FILING OF PROOF OF CLAIM OF DEUTSCHE BANK TRUST COMPANY AMERICAS AS SUCCESSOR INDENTURE TRUSTEE UNDER INDENTURE, DATED AS OF MARCH 1, 1992, AS AMENDED AND SUPPLEMENTED, BY AND BETWEEN TRIBUNE COMPANY AND CONTINENTAL BANK, N.A. AS TRUSTEE (THE 1992 INDENTURE)

**PLEASE TAKE NOTICE THAT** on June 5, 2009, Deutsche Bank Trust Company Americas (the "Indenture Trustee"), solely in its capacity as the successor Indenture Trustee, filed a proof of claim on behalf of the holders of the 6.25% Medium Term Notes, Series D due November 20, 2026 (the "Notes"), under that certain indenture dated as of March 1, 1992, as amended and supplemented (the "Indenture"), by and between Tribune and Continental Bank, N.A, as the predecessor indenture trustee.

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the Notes is attached hereto as Exhibit "A".

Date: June 9, 2009

MCCARTER & ENGLISH, LLP

By: /s/ Katharine L. Mayer
Katharine L. Mayer (DE # 3758)
McCarter & English, LLP
405 N. King Street, 8th Floor
P.O. Box 111
Wilmington, DE 19899
Telephone: (302) 984-6300
Facsimile: (302) 984-6399

Counsel for Deutsche Bank Trust Company Americas

ME1 8674823v.1