## **CERTIFICATE OF SERVICE**

I, Katharine L. Mayer, Esquire, hereby certify that on the 9th day of June, 2009, I caused a true and correct copy of the foregoing Notice of Filing of Proof of Claim to be served by US First Class Mail upon the following:

| | |
|---|---|
| Kenneth P. Kansa, Esquire<br>Jillian K. McClelland, Esquire<br>Sidley, Austin, Brown & Wood LLP<br>One S. Dearborn Street<br>Chicago, IL 60603 | J. Kate Stickles, Esquire<br>Norman L. Pernick, Esquire<br>Patrick J. Reilley, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard,<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 |
| Michael A. Henry, Esquire<br>Patrick Theodore Garvey, Esquire<br>Gross, McGinley, Labarre & Eaton, LLP<br>33 S. 7th Street<br>P. O. Box 4060<br>Allentown, PA 18105-4060 | Joseph J. McMahon, Jr., Esquire<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 |
| Adam G. Landis, Esquire<br>Kerri K Mumford, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE 19801 | Cynthia E. Moh, Esquire<br>Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801 |
| Epiq Bank Solutions, LLC<br>757 Third Avenue<br>New York, NY 10017 | Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899-0551 |
| Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsche, Esquire<br>Chadbourne & Park, LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | Brian Trust, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019-5820 |

ME1 8677377v.1

| | |
|---|---|
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Linda K. Cooper, Esquire<br>Stuart Maue<br>3840 McKelvey Road<br>St. Louis, MO  63044 |

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar # 3758)
McCarter & English, LLP
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  302.984.6300
Facsimile:  302.984.6399
Email:  kmayer@mccarter.com

*Counsel to Deutsche Bank Trust Company Americas*