# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF FILING OF PROOF OF CLAIM OF DEUTSCHE BANK TRUST COMPANY AMERICAS AS SUCCESSOR INDENTURE TRUSTEE UNDER INDENTURE, DATED AS OF JANUARY 30, 1995, AS AMENDED AND SUPPLEMENTED, BY AND BETWEEN NEW TMC INC. AND FIRST INTERSTATE BANK OF CALIFORNIA AS TRUSTEE (THE 1995 INDENTURE)**

**PLEASE TAKE NOTICE THAT** on June 5, 2009, Deutsche Bank Trust Company Americas (the "Indenture Trustee"), solely in its capacity as the successor Indenture Trustee, filed proofs of claim on behalf of the holders of the: (i) 7.25% Debentures due August 1, 2013 (the "7.25% Notes"); and (ii) 7.50% Debentures due July 1, 2023 (the "7.50% Notes"), under that certain indenture dated as of January 30, 1995, as amended and supplemented (the "Indenture"), by and between New TMC Inc., n/k/a The Tribune Company and First Interstate Bank of California, as the predecessor indenture trustee.

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the 7.25% Notes is attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of

ME1 8673830v.1

claim (without a copy of the Indenture) for the 7.50% Notes is attached hereto as <u>Exhibit "B"</u>.

| | |
|---|---|
| Date: June 9, 2009 | MCCARTER & ENGLISH, LLP |
| | By: <u>/s/ Katharine L. Mayer</u><br>Katharine L. Mayer (DE # 3758)<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>P.O. Box 111<br>Wilmington, DE 19899<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br><br>Counsel for Deutsche Bank Trust Company Americas |

ME1 8673830v.1