**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, <u>et al.</u>,<br><br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

**NOTICE OF FILING OF PROOF OF CLAIM OF DEUTSCHE BANK TRUST
COMPANY AMERICAS AS SUCCESSOR INDENTURE TRUSTEE UNDER
INDENTURE, DATED AS OF MARCH 19, 1996, AS AMENDED AND
SUPPLEMENTED, BY AND BETWEEN THE TIMES MIRROR COMPANY
AND CITIBANK, N.A. AS TRUSTEE (THE 1996 INDENTURE)**

**PLEASE TAKE NOTICE THAT** on June 5, 2009, Deutsche Bank Trust Company Americas (the "<u>Indenture Trustee</u>"), solely in its capacity as the successor Indenture Trustee, filed proofs of claim on behalf of the holders of the: (i) 6.61% Debentures due September 15, 2027 (the "<u>6.61% Notes</u>"); and (ii) 7.25% Debentures due November 15, 2096 (the "<u>7.25% Notes</u>") under that certain indenture dated as of March 19, 1996, as amended and supplemented (the "<u>Indenture</u>"), by and between The Times Mirror Company, n/k/a The Tribune Company and Citibank, N.A, as the predecessor indenture trustee.

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the 6.61% Notes is attached hereto as <u>Exhibit "A"</u>.

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of

ME1 8674798v.1

claim (without a copy of the Indenture) for the 7.25% Notes is attached hereto as <u>Exhibit "B"</u>.

| | |
|---|---|
| Date: June 9, 2009 | MCCARTER & ENGLISH, LLP |
| | By: /s/ Katharine L. Mayer |
| | Katharine L. Mayer (DE # 3758)<br>McCarter & English, LLP<br>405 N. King Street, 8th Floor<br>P.O. Box 111<br>Wilmington, DE 19899<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399 |
| | Counsel for Deutsche Bank Trust Company Americas |

ME1 8674798v.1