# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| | Jointly Administered |
| Debtors. | |

**NOTICE OF FILING OF PROOF OF CLAIM OF DEUTSCHE BANK TRUST COMPANY AMERICAS AS SUCCESSOR INDENTURE TRUSTEE UNDER INDENTURE, DATED AS OF JANUARY 1, 1997, AS AMENDED AND SUPPLEMENTED, BY AND BETWEEN THE TRIBUNE COMPANY AND BANK OF MONTREAL TRUST COMPANY AS TRUSTEE (THE 1997 INDENTURE)**

**PLEASE TAKE NOTICE THAT** on June 5, 2009, Deutsche Bank Trust Company Americas, solely in its capacity as the successor Indenture Trustee (the "Trustee"), filed Proofs of Claim on behalf of the holders of the: (i) 4.875% Debentures due August 15, 2010 (the "4.875% Notes"); (ii) 5.25% Debentures due August 15, 2015 (the "5.25% Notes"); and (iii) 5.67% Debentures due December 8, 2008 (the "5.67% Notes"), under that certain indenture dated as of January 1, 1997, as amended and supplemented (the "Indenture"), by and between The Tribune Company and Bank of Montreal Trust Company, as the predecessor indenture trustee.

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the 4.875% Notes is attached hereto as Exhibit "A".

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the 5.25% Notes is attached hereto as Exhibit "B".

**PLEASE TAKE FURTHER NOTICE** that a FILED stamped copy of the proof of claim (without a copy of the Indenture) for the 5.67% Notes is attached hereto as Exhibit "C".

ME1 8674920v.1

| | |
|---|---|
| Date: June 9, 2009 | MCCARTER & ENGLISH, LLP |
| | By: /s/ Katharine L. Mayer |
| | Katharine L. Mayer (DE # 3758) |
| | McCarter & English, LLP |
| | 405 N. King Street, 8th Floor |
| | P.O. Box 111 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 984-6300 |
| | Facsimile: (302) 984-6399 |
| | |
| | Counsel for Deutsche Bank Trust Company Americas |

ME1 8674920v.1