## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1224** |

# DOCUMENT TO BE KEPT UNDER SEAL

Unredacted Versions of Certain Amended Ratings Services Agreements, Ancillary Agreements, and a Global Amendment Between Debtors Tribune Broadcasting, WGN Continental Broadcasting Company, and ChicagoLand Television News, Inc. and The Nielsen Company (US), LLC

(Exhibit A to Motion of Debtors Tribune Broadcasting, WGN Continental Broadcasting Company, ChicagoLand Television News, Inc., Tribune Entertainment Company, et al. for an Order Authorizing (i) the Assumption of Certain Amended Ratings Services Agreements and Ancillary Agreements with The Nielsen Company (US), LLC and (ii) the Waiver and Release of Certain Claims Pursuant to a Settlement and Release Agreement [Docket No. 1224])

Dated: Wilmington, Delaware
       May 21, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Jillian K. McClelland
One South Dearborn Street
Chicago, IL 60603
    -and-
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

   -and-
MCGUIRE WOODS LLP
Patricia K. Smoots
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Margaret F. England (Bar No. 4248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

ATTORNEYS FOR THE NIELSEN COMPANY (US), LLC