# EXHIBIT A

**Tribune Co.** 
Time Log

## Moelis & Company
## Summary of Hours Worked
### April 1, 2009 - April 30, 2009

| Name | Position | Hours Worked |
|---|---|---|
| Thane Carlston | Managing Director, Restructuring Group | 9.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 20.0 |
| John Momtazee | Managing Director, Media | 18.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 21.5 |
| Larry Kwon | Vice President, Restructuring Group | 12.5 |
| Ashish Ajmera | Vice President, Media | 39.5 |
| Evan Glucoft | Associate | 43.0 |
| Vishal Patel | Analyst | 59.5 |
| | **Total Moelis Team Hours** | **223.0** |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 9.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| John Momtazee | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 21.5 |
| Larry Kwon | Vice President | 12.5 |
| Ashish Ajmera | Vice President | 39.5 |
| Evan Glucoft | Associate | 43.0 |
| Vishal Patel | Analyst | 59.5 |
| **Total** | | **223.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 04/01/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/01/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 04/01/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/01/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 04/01/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 04/01/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 04/01/09 | 5.0 | Financial analysis and presentation development |
| Vishal Patel | 04/01/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 04/02/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 04/02/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/02/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 04/02/09 | 1.0 | UCC Committee Meeting |
| Zul Jamal | 04/02/09 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 04/02/09 | 2.0 | UCC Committee Meeting |
| Evan Glucoft | 04/02/09 | 1.0 | UCC Committee Meeting |
| Vishal Patel | 04/02/09 | 1.0 | UCC Committee Meeting |
| Evan Glucoft | 04/02/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 04/02/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/02/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 04/02/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 04/02/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 04/02/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 04/03/09 | 0.5 | Review of documents and due diligence |
| Larry Kwon | 04/03/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/03/09 | 0.5 | Review of documents and due diligence |
| Evan Glucoft | 04/03/09 | 0.5 | Review of documents and due diligence |
| Vishal Patel | 04/03/09 | 0.5 | Review of documents and due diligence |
| Zul Jamal | 04/03/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 04/03/09 | 2.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/03/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 04/04/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 04/04/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 04/04/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 04/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 04/04/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 04/04/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 04/04/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 04/05/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/06/09 | 7.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 04/06/09 | 7.0 | Meetings/Calls w Debtors/Debtor Professionals |

**Tribune Co.**  
**Moelis & Company**  
Time Log - April 2009

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 9.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| John Momtazee | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 21.5 |
| Larry Kwon | Vice President | 12.5 |
| Ashish Ajmera | Vice President | 39.5 |
| Evan Glucoft | Associate | 43.0 |
| Vishal Patel | Analyst | 59.5 |
| **Total** |  | **223.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 04/07/09 | 2.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 04/07/09 | 2.0 | Internal Discussions / Calls |
| John Momtazee | 04/07/09 | 2.0 | Internal Discussions / Calls |
| Ashish Ajmera | 04/07/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/07/09 | 2.0 | Financial analysis and presentation development |
| Thane Carlston | 04/08/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 04/08/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 04/08/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 04/08/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 04/08/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 04/08/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 04/08/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 04/08/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 04/08/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 04/08/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 04/08/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 04/09/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 04/09/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 04/09/09 | 0.5 | Financial analysis and presentation development |
| Vishal Patel | 04/12/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 04/12/09 | 2.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 04/13/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 04/13/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/13/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/13/09 | 0.5 | Financial analysis and presentation development |
| Vishal Patel | 04/13/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 04/14/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/14/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 04/14/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/14/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 04/14/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/14/09 | 1.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/14/09 | 1.0 | Financial analysis and presentation development |
| John Momtazee | 04/14/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 04/14/09 | 0.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 04/15/09 | 1.0 | Financial analysis and presentation development |
| Thane Carlston | 04/15/09 | 1.0 | Financial analysis and presentation development |
| John Momtazee | 04/15/09 | 1.0 | Financial analysis and presentation development |
| Zul Jamal | 04/15/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/15/09 | 1.0 | Review of documents and due diligence |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 9.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| John Momtazee | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 21.5 |
| Larry Kwon | Vice President | 12.5 |
| Ashish Ajmera | Vice President | 39.5 |
| Evan Glucoft | Associate | 43.0 |
| Vishal Patel | Analyst | 59.5 |
| **Total** | | **223.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 04/15/09 | 0.5 | Financial analysis and presentation development |
| Evan Glucoft | 04/15/09 | 0.5 | Financial analysis and presentation development |
| Ashish Ajmera | 04/15/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 04/15/09 | 1.5 | Financial analysis and presentation development |
| Ashish Ajmera | 04/16/09 | 6.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 04/16/09 | 1.0 | UCC Committee Meeting |
| Ashish Ajmera | 04/16/09 | 1.0 | UCC Committee Meeting |
| Evan Glucoft | 04/16/09 | 2.0 | UCC Committee Meeting |
| Vishal Patel | 04/16/09 | 2.0 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 04/16/09 | 2.5 | Financial analysis and presentation development |
| John Momtazee | 04/16/09 | 2.5 | Financial analysis and presentation development |
| Ashish Ajmera | 04/16/09 | 2.5 | Financial analysis and presentation development |
| Vishal Patel | 04/16/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 04/17/09 | 1.5 | Review of documents and due diligence |
| Thane Carlston | 04/17/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 04/17/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 04/17/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 04/17/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 04/18/09 | 2.0 | Financial analysis and presentation development |
| Zul Jamal | 04/20/09 | 0.5 | Internal Discussions / Calls |
| Larry Kwon | 04/20/09 | 0.5 | Internal Discussions / Calls |
| Ashish Ajmera | 04/20/09 | 0.5 | Internal Discussions / Calls |
| Evan Glucoft | 04/20/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/20/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 04/20/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 04/20/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 04/20/09 | 0.5 | Financial analysis and presentation development |
| Zul Jamal | 04/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 04/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 04/21/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 04/21/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 04/22/09 | 6.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 04/23/09 | 6.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 04/23/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 04/23/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 04/23/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 04/23/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 04/23/09 | 2.0 | Review of documents and due diligence |
| Evan Glucoft | 04/25/09 | 1.0 | Financial analysis and presentation development |

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 9.0 |
| Navid Mahmoodzadegan | Managing Director | 20.0 |
| John Momtazee | Managing Director | 18.0 |
| Zul Jamal | Sr. Vice President | 21.5 |
| Larry Kwon | Vice President | 12.5 |
| Ashish Ajmera | Vice President | 39.5 |
| Evan Glucoft | Associate | 43.0 |
| Vishal Patel | Analyst | 59.5 |
| **Total** | | **223.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Vishal Patel | 04/25/09 | 3.0 | Financial analysis and presentation development |
| Ashish Ajmera | 04/27/09 | 1.0 | Financial analysis and presentation development |
| Ashish Ajmera | 04/27/09 | 0.5 | Review of documents and due diligence |
| John Momtazee | 04/27/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 04/28/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 04/28/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 04/28/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 04/28/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/28/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 04/29/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 04/29/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 04/29/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 04/29/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 04/29/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 04/29/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 04/29/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 04/29/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 04/29/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 04/29/09 | 0.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 04/30/09 | 2.0 | UCC Committee Meeting |
| Thane Carlston | 04/30/09 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 04/30/09 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 04/30/09 | 2.0 | UCC Committee Meeting |
| Evan Glucoft | 04/30/09 | 2.0 | UCC Committee Meeting |
| Vishal Patel | 04/30/09 | 2.0 | UCC Committee Meeting |
| | **Total** | **223.0** | |