# EXHIBIT B

# Tribune Co.

Moelis & Company - April 2009 Expense Summary

|  | April 2009 |
|---|---:|
| Airfare | $ 3,948.74 |
| Lodging | 847.86 |
| Travel / Overtime / Weekend meals | 518.76 |
| Taxi / Transportation / Parking | 960.65 |
| Telephone | 197.75 |
| Presentations | 526.05 |
| Other | 677.11 |
| **Total** | **$ 7,676.92** |

**Tribune Co.**
Moelis & Company - April 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 4/3/2009 | Airfare | United Airlines - Roundtrip - La To Chicago - Economy Class | Evan Glucoft | 827.20 | 827.20 |
| Airfare | 4/3/2009 | Airfare | Airline Service Fee - United Airlines | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 4/3/2009 | Airfare | Airline Segment Service Fee - United Airlines | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 4/3/2009 | Airfare | Invoice nbr: 26522; American Air flt 1890; LAX - Chic. O'Hare | Vishal Patel | 356.00 | 356.00 |
| Airfare | 4/15/2009 | Airfare | Delta #1042 LAX to FLL Economy Class | Ashish Ajmera | 910.60 | 910.60 |
| Airfare | 4/15/2009 | Airfare | New reservation fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 4/19/2009 | Airfare | AA #117 JFK to LAX Economy Class | Ashish Ajmera | 1,756.60 | 1,756.60 |
| Airfare | 4/19/2009 | Airfare | Airline segment charge | Ashish Ajmera | 2.78 | 2.78 |
| | | | | **Total Requested $** | | **3,948.74** |
| **LODGING** | | | | | | |
| Lodging | 4/5/2009 | Lodging | W Hotel Chicago | Evan Glucoft | 310.43 | 310.43 |
| Lodging | 4/5/2009 | Lodging | W Hotel Chicago | Vishal Patel | 310.43 | 310.43 |
| Lodging | 4/17/2009 | Lodging | Riverside Hotel Ft. Lauderdale 1 night; 200+tax | Ashish Ajmera | 222.00 | 222.00 |
| Lodging | 4/17/2009 | Lodging | Riverside Hotel Ft. Lauderdale tip | Ashish Ajmera | 5.00 | 5.00 |
| | | | | **Total Requested $** | | **847.86** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 2/4/2009 | Meals Overtime | OT Meal Gelsons | David W. Cotton | 25.00 | 25.00 |
| Meals | 2/6/2009 | Meals Overtime | OT Meal Gelsons | David W. Cotton | 25.00 | 25.00 |
| Meals | 2/12/2009 | Meals Overtime | OT Meal Gelsons | David W. Cotton | 14.01 | 14.01 |
| Meals | 2/25/2009 | Meals Overtime | OT Meal Gelsons | David W. Cotton | 15.64 | 15.64 |
| Meals | 3/5/2009 | Meals Overtime | Seiki Shi Sushi | David W. Cotton | 25.00 | 25.00 |
| Meals | 4/6/2009 | Meals Overtime | OT Meal - Toscanova | Vishal Patel | 20.76 | 20.76 |
| Meals | 4/7/2009 | Meals Overtime | Overtime Meal - Dinner At Koo Koo Roo | Evan Glucoft | 18.90 | 18.90 |
| Meals | 4/13/2009 | Meals Overtime | OT Meal - Gelson's | Vishal Patel | 20.61 | 20.61 |
| Meals | 4/15/2009 | Meals Overtime | OT Meal - Panda Express | Vishal Patel | 9.00 | 9.00 |
| Meals | 4/17/2009 | Meals Overtime | OT Meal - Baja Fresh | Vishal Patel | 12.09 | 12.09 |
| Meals | 4/18/2009 | Meals Overtime | OT Meal - Yen | Vishal Patel | 23.76 | 23.76 |
| Meals | 4/19/2009 | Meals Overtime | OT Meal - Baja Fresh Mexican | Vishal Patel | 12.86 | 12.86 |
| Meals | 4/22/2009 | Meals Overtime | OT Meal - Baja Fresh Mexican | Vishal Patel | 10.68 | 10.68 |
| Meals | 4/29/2009 | Meals Overtime | OT Meal New India Grill | Ashish Ajmera | 24.00 | 24.00 |
| Meals | 4/5/2009 | Meals Travel | Meals Traveling - Baja Fresh | Evan Glucoft | 13.74 | 13.74 |
| Meals | 4/5/2009 | Meals Travel | Meal - Dinner At L2O | Evan Glucoft | 70.00 | 70.00 |
| Meals | 4/5/2009 | Meals Travel | Meal Travel - In room Dining - W Hotel Chicago | Vishal Patel | 34.12 | 34.12 |
| Meals | 4/6/2009 | Meals Travel | Meals Traveling - In Room Dining At W Chicago Lakeshore | Evan Glucoft | 46.84 | 46.84 |
| Meals | 4/6/2009 | Meals Travel | Meals Traveling - Wolfgang Puck Express | Evan Glucoft | 12.64 | 12.64 |
| Meals | 4/6/2009 | Meals Travel | Meals Traveling - Munchies Bar/box W Chicago Lakeshore | Evan Glucoft | 10.52 | 10.52 |
| Meals | 4/16/2009 | Meals Travel | Traveing Meal Indigo Riverside Hotel | Ashish Ajmera | 15.00 | 15.00 |
| Meals | 4/16/2009 | Meals Travel | Traveling Meal FLL | Ashish Ajmera | 13.55 | 13.55 |
| Meals | 4/16/2009 | Meals Travel | Traveling Meal FLL | Ashish Ajmera | 10.29 | 10.29 |
| Meals | 4/16/2009 | Meals Travel | Traveling Meal Riverside Hotel | Ashish Ajmera | 3.75 | 3.75 |
| Meals | 4/19/2009 | Meals Travel | Traveling Meal JFK | Ashish Ajmera | 16.50 | 16.50 |
| Meals | 4/19/2009 | Meals Travel | Traveling Meal JFK | Ashish Ajmera | 14.50 | 14.50 |
| | | | | **Total Requested $** | | **518.76** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| | | | Lax Airport Lot P7 | Evan Glucoft | 60.00 | 60.00 |
| Transportation | 3/12/2009 | Taxi/Car Service | Went to Wilmington Delaware for a Tribune hearing | William Derrough | 9.85 | 9.85 |
| Transportation | 3/31/2009 | Taxi/Car Service | Taxi 3/31/09; late night office to home; 21:29 - 21:37 | Zul Jamal | 8.60 | 8.60 |
| Transportation | 4/4/2009 | Taxi/Car Service | Taxi - Taxi Affiliation Services - Client - Chicago Airport | Vishal Patel | 47.00 | 47.00 |
| Transportation | 4/5/2009 | Taxi/Car Service | chicago carriage cab | Evan Glucoft | 15.00 | 15.00 |
| Transportation | 4/5/2009 | Taxi/Car Service | Taxi - Moelis LA - LAX | Vishal Patel | 45.65 | 45.65 |
| Transportation | 4/6/2009 | Taxi/Car Service | chicago carriage cab | Evan Glucoft | 45.00 | 45.00 |
| Transportation | 4/6/2009 | Taxi/Car Service | taxi affiliation services | Evan Glucoft | 12.00 | 12.00 |
| Transportation | 4/6/2009 | Taxi/Car Service | Taxi - Hotel - Client (Chicago) | Vishal Patel | 42.00 | 42.00 |
| Transportation | 4/6/2009 | Taxi/Car Service | Taxi - Hotel - Client (Chicago) | Vishal Patel | 6.00 | 6.00 |
| Transportation | 4/16/2009 | Taxi/Car Service | FLL Taxi to Hotel | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 4/16/2009 | Taxi/Car Service | FLL Taxi Mtg. to FLL | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 4/17/2009 | Taxi/Car Service | NY Taxi | Ashish Ajmera | 17.00 | 17.00 |
| Transportation | 4/18/2009 | Taxi/Car Service | NY Taxi | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 4/19/2009 | Taxi/Car Service | NY Taxi to JFK | Ashish Ajmera | 55.15 | 55.15 |
| Transportation | 4/19/2009 | Taxi/Car Service | NY Taxi | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 4/23/2009 | Taxi/Car Service | Big Apple Voucher #362394; Brooklyn to Hartford,CT | Lawrence Kwon | 517.40 | 517.40 |
| | | | | **Total Requested $** | | **960.65** |
| **TELEPHONE** | | | | | | |
| Telephone | 3/28/2009 | Communications | ATT Mobile; 3/1/09 - 3/28/09 | Zul Jamal | 29.10 | 29.10 |
| Telephone | 4/5/2009 | Communications | Internet Service In Room At W Chicago Warehouse | Evan Glucoft | 14.95 | 14.95 |
| Telephone | 4/5/2009 | Communications | W Hotel Chicago; Internet Service in room | Vishal Patel | 14.95 | 14.95 |
| Telephone | 4/6/2009 | Communications | AT&T Bill | Vishal Patel | 47.93 | 47.93 |
| Telephone | 4/15/2009 | Communications | Verizon Mobile | Lawrence Kwon | 32.62 | 32.62 |
| Telephone | 4/16/2009 | Communications | Blackberry Phone Bill - 3/17/09-4/16/09 | Evan Glucoft | 58.20 | 58.20 |
| | | | | **Total Requested $** | | **197.75** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | | 526.05 |
| | | | | **Total Requested $** | | **526.05** |
| **OTHER** | | | | | | |
| Other | 4/6/2009 | Mileage | Mileage - Airport | Evan Glucoft | 13.75 | 13.75 |
| Other | 3/31/2009 | Information Services | 1/1/09 - 3/31/09; PACER Quarterly Invoice; Public Access to Court Electronic Records for Tribune | | 663.36 | 663.36 |
| | | | | **Total Requested $** | | **677.11** |
| | | | | **Month Total $** | | **7,676.92** |