IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------x
                              :
In re:                        :    Chapter 11
                              :
TRIBUNE COMPANY, et al.,      :    Case No. 08-13141 (KJC)
                              :
                 Debtors.     :    Jointly Administered
                              :    Hrg Date: June 25, 2009 at 10:00 am ET
                              :    Obj. Due: June 18, 2009 at 4:00 pm ET
------------------------------x
```

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER BANKRUPTCY CODE SECTION 362(d)(1) TO ALLOW WARREN BEATTY TO PROCEED WITH LITIGATION IN CALIFORNIA DISTRICT COURT

PLEASE TAKE NOTICE that on June 9, 2009, Movant, Mr. Warren Beatty ("Mr. Beatty") filed and served his **Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow Warren Beatty To Proceed With Litigation In California District Court** (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion or the relief requested therein must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so as to be received by the following parties no later than **4:00 p.m. Eastern time on June 18, 2009 at 4:00 p.m. ET:** (i) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.) ; and (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Ian S. Fredericks, Esq.).

PLEASE TAKE FURTHER NOTICE that, if an objection is properly filed and served in accordance with the above procedures, a hearing on the Motion will be held on **June**

**25, 2009 at 10:00 a.m. ET)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, in the Bankruptcy Court, 5th Floor, Courtroom 5, 824 Market Street, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and received will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated:    June 9, 2009
         Wilmington, Delaware

                    SKADDEN, ARPS, SLATE, MEAGHER &
                    FLOM LLP

                    */s/ Gregg M. Galardi*
                    Gregg M. Galardi (DE Bar No. 2991)
                    Ian S. Fredericks (DE Bar No. 4626)
                    One Rodney Square
                    P.O. Box 636
                    Wilmington, Delaware 19899-0636
                    (302) 651-3000

                    Counsel for Defendant, Warren Beatty