# EXHIBIT A

FILED

2008 NOV 20 PM 2:04

1  BERTRAM FIELDS (SBN 024199)
   BFields@GreenbergGlusker.com
2  CHARLES N. SHEPHARD (SBN 078129)
   CShephard@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
   Attorneys for Plaintiff
7  Warren Beatty

8                  UNITED STATES DISTRICT COURT
9                 CENTRAL DISTRICT OF CALIFORNIA
10                        WESTERN DIVISION

12  WARREN BEATTY,                    Case No. CV08-07662 DSF (Ex)
13         Plaintiff,                 COMPLAINT FOR
                                      DECLARATORY RELIEF
14     v.                             DEMAND FOR JURY TRIAL
15  TRIBUNE MEDIA SERVICES, INC.
    and DOES 1 through 10, inclusive,
16
17         Defendants.

19     Plaintiff, Warren Beatty ("Beatty"), alleges as follows:

21                          **THE PARTIES**

23     1.   Beatty is a resident of Los Angeles County. He is an actor, director,
24  writer and producer of motion pictures.
25     2.   Beatty is informed and believes, and based thereon alleges, that
26  Tribune Media Services, Inc. ("Tribune") is a corporation with its principal place of
27  business in Illinois.
28

08599-00003/1663736.1                          COMPLAINT FOR DECLARATORY
                                               RELIEF; DEMAND FOR JURY TRIAL

3. Beatty is unaware of the true names and capacities of the defendants named herein as Does 1 through 10 inclusive, and therefore sues these defendants by such fictitious names. Beatty will seek leave of Court to amend this complaint to allege the true names and capacities of the Doe defendants when they have been ascertained.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction of this matter pursuant to 28 USC § 1332 because there is diversity of citizenship between the parties to this action and the amount in controversy exceeds $75,000.

5. This Court has personal jurisdiction over Tribune, and venue is proper in this court, because Tribune does sufficient business in and has minimum contacts with California in this judicial district.

## THE CLAIM

6. Prior to August 28, 1985 Tribune was the owner of the copyright and other rights in the cartoon character Dick Tracy and in various works embodying that character.

7. On or about August 28, 1985, by written agreement ("the Agreement"), Tribune assigned to Beatty motion picture, television and other rights in and to the Dick Tracy character (the "Tracy Rights").

8. Paragraph 9 of the Agreement provided a procedure whereby under certain circumstances the Tracy Rights would revert to Tribune. In general, Paragraph 9 of the Agreement provided that if a certain period of time had lapsed without Beatty having produced Dick Tracy programming, Tribune could give Beatty a written notice giving him two more years within which to commence

principal photography of a Dick Tracy motion picture, television series, or television special, and if Beatty did not commence principal photography within that two-year period, Tribune could provide a subsequent written notice by which the Tracy Rights would revert to it.

9. In or about 2005, Tribune took the position that it had taken the necessary steps for the Tracy Rights to revert to it. Beatty disputed this and the issue was litigated before this Court in Case No. CV05-3938, DDP (the "Initial Litigation").

10. The Initial Litigation involved, *inter alia*, the issue of whether Tribune had provided the requisite notices for the Tracy Rights to have reverted to it.

11. The Initial Litigation was dismissed in or about November 2006 because Tribune formally withdrew all previous notices, if any, which it had given pursuant to Paragraph 9 of the Agreement. At or about the same time, Tribune gave Beatty a new written notice that he had two years within which to commence principal photography of a Dick Tracy motion picture, television series, or television special. Specifically, in a letter dated November 17, 2006, Tribune advised Beatty as follows:

> "This letter shall serve as notice that [Tribune] intends to effect a reversion of all rights granted to [Beatty] pursuant to the Dick Tracy Agreement.... Unless, as required by Paragraph 9 of the Dick Tracy Agreement, you commence principal photography on 'another theatrical motion picture or television series or special' within two years after receipt of this notice, [Tribune] will provide you with another written notice, at which time all rights in the Dick Tracy Property will revert to [Tribune]."

12. Beatty received the November 17, 2006 letter on November 20, 2006, which meant that he had until November 20, 2008 within which to commence principal photography of a Dick Tracy motion picture, television series, or television special in order to prevent Tribune from providing a subsequent written notice purporting to effect a reversion.

13. On November 8, 2008, in advance of the November 20, 2008 deadline, Beatty commenced principal photography of a Dick Tracy television special.

14. Beatty gave written notice to Tribune that he was commencing principal photography of the Dick Tracy television special. Tribune responded by asserting that it still had the right to terminate Beatty's Tracy Rights and effect a reversion, and purported to do so.

15. Based upon the foregoing there is a dispute between the parties which requires resolution by and a declaration from the Court. Specifically Beatty contends that his commencement of principal photography of a Dick Tracy television special on November 8, 2008 is sufficient to preserve the Tracy Rights and precludes Tribune from providing a subsequent written notice seeking to effect a reversion of the Tracy Rights. Tribune, however, claims that it is entitled to effect a reversion of the Tracy Rights, and has purported to do so, notwithstanding the fact that Beatty commenced principal photography of a Dick Tracy television special on November 8, 2008.

16. A judicial declaration as to this dispute is necessary at this time in order for the parties to know their respective rights in and to the Dick Tracy property.

WHEREFORE, Beatty prays for judgment as follows:

1. For a judicial declaration that his commencement of principal photography of a Dick Tracy television special on November 8. 2008 (as well as his

1  subsequent work on the project) precludes Tribune from providing a written notice
2  purporting to effect a reversion of the Tracy Rights; and
3       2.     For his costs of suit incurred herein.

5  DATED: November 20, 2008        GREENBERG GLUSKER FIELDS
                                    CLAMAN & MACHTINGER LLP

                                    By: _____
                                        CHARLES N. SHEPHARD
                                        Attorneys for Plaintiff Warren Beatty

## DEMAND FOR JURY TRIAL

Beatty hereby demands a jury trial in connection with this action.

DATED: November 20, 2008

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
CHARLES N. SHEPHARD
Attorneys for Plaintiff Warren Beatty

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

**CV08- 7662 DSF (Ex)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

═══════════════════════════════════════════════════════════

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

BERTRAM FIELDS (SBN 024199)
CHARLES N. SHEPHARD (SBN 078129)
 cshephard@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Tel: 310.553.3610; Fax: 310.553.0687
Attorneys for Plaintiff, WARREN BEATTY.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN BEATTY,<br><br>                                PLAINTIFF(S)<br>V. | CASE NUMBER<br><br>**CV08-07662  PSP (Ex)** |
| TRIBUNE MEDIA SERVICES, INC., and DOES<br>1 through 10, inclusive     DEFENDANT(S). | SUMMONS |

TO:DEFENDANT(S): __TRIBUNE MEDIA SERVICES, INC.__

    A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Bertram Fields__, whose address is __1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067__ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                               Clerk, U.S. District Court

Dated: __NOV 20 2008__          By: __NATALIE LONGORIA__
                                                                     Deputy Clerk

                                                                      (Seal of the U.S. District Court, Central District of California)

_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]._
                                                                                                                                                  1198

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I (a) PLAINTIFFS** (Check box if you are representing yourself [ ])
Warren Beatty

**DEFENDANTS**
Tribune Media Services, Inc.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases):
Los Angeles

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Bertram Fields; Charles N. Shephard
Greenberg Glusker Fields Claman, etc.
1900 Avenue of the Stars
Suite 2100
Los Angeles, CA 90067
310.553.3610

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify):
- [ ] 6 Multi-District Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** [ ] Yes [X] No
[ ] **MONEY DEMANDED IN COMPLAINT:** $ Declaratory Relief

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 32 - Diversity of Citizenship claim involving dispute to motion picture and television rights.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| [ ] 400 State Reapportionment | [ ] 110 Insurance | [ ] 310 Airplane | [ ] 370 Other Fraud | [ ] 510 Motions to Vacate Sentence Habeas Corpus | [ ] 710 Fair Labor Standards Act |
| [ ] 410 Antitrust | [ ] 120 Marine | [ ] 315 Airplane Product Liability | [ ] 371 Truth in Lending | [ ] 530 General | [ ] 720 Labor/Mgmt. Relations |
| [ ] 430 Banks and Banking | [ ] 130 Miller Act | [ ] 320 Assault, Libel & Slander | [ ] 380 Other Personal Property Damage | [ ] 535 Death Penalty | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act |
| [ ] 450 Commerce/ICC Rates/etc. | [ ] 140 Negotiable Instrument | [ ] 330 Fed. Employers' Liability | [ ] 385 Property Damage Product Liability | [ ] 540 Mandamus/ Other | [ ] 740 Railway Labor Act |
| [ ] 460 Deportation | [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 340 Marine | BANKRUPTCY | [ ] 550 Civil Rights | [ ] 790 Other Labor Litig. |
| [ ] 470 Racketeer Influenced and Corrupt Organizations | [ ] 151 Medicare Act | [ ] 345 Marine Product Liability | [ ] 422 Appeal 28 USC 158 | [ ] 555 Prison Condition | [ ] 791 Empl. Ret. Inc. Security Act |
| [ ] 480 Consumer Credit | [ ] 152 Recovery of Defaulted Student Loan (Excl. Veterans) | [ ] 350 Motor Vehicle | [ ] 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| [ ] 490 Cable/Sat TV | [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | CIVIL RIGHTS | [ ] 610 Agriculture | [ ] 820 Copyrights |
| [ ] 810 Selective Service | [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 441 Voting | [ ] 620 Other Food & Drug | [ ] 830 Patent |
| [ ] 850 Securities/Commodities/ Exchange | [X] 190 Other Contract | [ ] 362 Personal Injury- Med Malpractice | [ ] 442 Employment | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 840 Trademark |
| [ ] 875 Customer Challenge 12 USC 3410 | [ ] 195 Contract Product Liability | [ ] 365 Personal Injury- Product Liability | [ ] 443 Housing/Acco- mmodations | [ ] 630 Liquor Laws | SOCIAL SECURITY |
| [ ] 890 Other Statutory Actions | [ ] 196 Franchise | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 444 Welfare | [ ] 640 R.R. & Truck | [ ] 861 HIA (1395ff) |
| [ ] 891 Agricultural Act | REAL PROPERTY | | [ ] 445 American with Disabilities - Employment | [ ] 650 Airline Regs | [ ] 862 Black Lung (923) |
| [ ] 892 Economic Stabilization Act | [ ] 210 Land Condemnation | | [ ] 446 American with Disabilities - Other | [ ] 660 Occupational Safety/Health | [ ] 863 DIWC/DIWW (405(g)) |
| [ ] 893 Environmental Matters | [ ] 220 Foreclosure | | [ ] 440 Other Civil Rights | [ ] 690 Other | [ ] 864 SSID Title XVI |
| [ ] 894 Energy Allocation Act | [ ] 230 Rent Lease & Ejectment | | | | [ ] 865 RSI (405(g)) |
| [ ] 895 Freedom of Info. Act | [ ] 240 Torts to Land | | | | FEDERAL TAX SUITS |
| [ ] 900 Appeal of Fee Determina- tion Under Equal Access to Justice | [ ] 245 Tort Product Liability | | | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 950 Constitutionality of State Statutes | [ ] 290 All Other Real Property | | | | [ ] 871 IRS - Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? [X] No [ ] Yes
If yes, list case number(s):

**FOR OFFICE USE ONLY:** Case Number: CV08-07662

CV-71 (07/05)                    CIVIL COVER SHEET                    Page 1 of 2
                                                                       CCD-JS44

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?  ☐ No  ☒ Yes

If yes, list case number(s): <u>Beatty v. Tribune Media Services, Inc.;Case No. CV 05-3938 DDP</u>

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.
   Los Angeles, California

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.
   Chicago, Illinois

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.
   Los Angeles, California

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** [signature]   Date Nov. 20, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |