# EXHIBIT D

(SSx), CLOSED, DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:05-cv-03938-DDP-SS

Warren Beatty v. Tribune Media Services Inc et al
Assigned to: Judge Dean D. Pregerson
Referred to: Magistrate Judge Suzanne H. Segal
Related Case: 2:08-cv-07662-DDP-SS
Case in other court: Los Angeles County Superior Court, BC333430
Cause: 28:1441 Notice of Removal

Date Filed: 05/31/2005
Date Terminated: 11/30/2006
Jury Demand: None
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Warren Beatty**    represented by    **Bertram H Fields**
Greenberg Glusker Fields Claman and Machtinger LLP
1900 Avenue of the Stars 21st Floor
Los Angeles, CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: bfields@ggfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles N Shephard**
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars, 21st Fl
Los Angeles, CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: cshephard@ggfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tribune Media Services Inc**    represented by    **Cameron A Myler**
Frankfurt Kurnit Klein and Selz
488 Madison Avenue
New York, NY 10022
212-980-0120

                                            Email: cmyler@fkks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura J Wogan**
Frankfurt Kurnit Klein & Selz
488 Madison Ave
New York , NY 10022
212-980-0120
Email: mwogan@fkks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Anderson**
Peter J Anderson Law Offices
100 Wilshire Blvd Suite 2010
Santa Monica , CA 90401
310-260-6030
Fax: 310-260-6040
Email: pja@pjanderson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Newmyer**
*TERMINATED: 01/31/2006*

represented by **Cameron A Myler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura J Wogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Strauss**
*TERMINATED: 01/31/2006*

represented by **Cameron A Myler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura J Wogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                Peter J Anderson
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Lorenzo Di Bonaventura**
*TERMINATED: 01/31/2006*

represented by **Cameron A Myler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura J Wogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Outlaw Productions**
*TERMINATED: 01/31/2006*

represented by **Cameron A Myler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maura J Wogan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 10*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2005 | 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number BC333430 with copy of summons and complaint.Case assigned to Judge Dean D. Pregerson, Discovery to Magistrate Judge Suzanne H. Segal. (Filing fee $ 250 ), filed by defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer.(rrey, ) (Entered: 06/06/2005) |

| | | |
|---|---|---|
| 05/31/2005 | 2 | NOTICE of Interested Parties filed by Defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (rrey, ) (Entered: 06/06/2005) |
| 06/02/2005 | 3 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Cameron A Myler for Outlaw Productions; Tribune Media Services Inc; Robert Newmyer; Scott Strauss and Lorenzo Di Bonaventura, designating Peter J. Anderson as local counsel. Fee Paid. Approved by Judge Dean D. Pregerson.(pbap, ) (Entered: 06/07/2005) |
| 06/02/2005 | 4 | APPLICATION AND ORDER of Non-Resident Attorney to Appear in a Specific Case by Maura J Wogan for Outlaw Productions; Tribune Media Services Inc; Robert Newmyer; Scott Strauss and Lorenzo Di Bonaventura, designating Peter J. Anderson as local counsel. Fee Paid. Approved by Judge Dean D. Pregerson.(pbap, ) (Entered: 06/07/2005) |
| 06/13/2005 | 6 | Notice of Interested Parties filed by Plaintiff Warren Beatty. (pbap, ) (Entered: 06/15/2005) |
| 06/13/2005 | 7 | NOTICE OF MOTION AND MOTION to Dismiss Action Pursuant to Fed.R.Civ.P.12(B)(1) and 12(B)(6) filed by Defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. Motion set for hearing on 7/18/2005 at 10:00 AM before Honorable Dean D. Pregerson. (pbap, ) (Entered: 06/16/2005) |
| 06/13/2005 | 8 | MEMORANDUM of Points and Authorities in support of MOTION to Dismiss Amended Complaint 7 filed by defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (ca, ) (Entered: 06/21/2005) |
| 06/13/2005 | 9 | DECLARATION of Micahel A. Parks in support of MOTION to Dismiss 7 filed by defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (ca, ) (Entered: 06/21/2005) |
| 06/13/2005 | 10 | NOTICE OF MOTION AND MOTION to Remand Case to State Court Pursuant to 28:1447(c) filed by plaintiff Warren Beatty. Motion set for hearing on 7/18/2005 at 10:00 AM before Honorable Dean D. Pregerson. (ca, ) (Entered: 06/21/2005) |
| 06/13/2005 | 11 | DECLARATION of Bertram Fields filed in connection with MOTION to Remand 10 filed by plaintiff Warren Beatty. (ca, ) (Entered: 06/21/2005) |
| 06/14/2005 | 5 | MINUTES OF IN CHAMBERS ORDER This action has been assigned to the calendar of Judge Dean D. Pregerson. Counsel are encouraged to review the Central Districts website for additional information. The address is http://www.cacd.uscourts.gov by Judge Dean D. Pregerson. Court Reporter: none.(jc,) (Entered: 06/14/2005) |
| 06/29/2005 | 12 | MEMORANDUM OF POINTS AND AUTHORITIES in Opposition to MOTION to Remand pursuant to 28 U.S.C. 1447(C) 10 filed by defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (jp, ) (Entered: 07/06/2005) |
| 06/29/2005 | 13 | MEMORANDUM OF POINTS AND AUTHORITIES in Opposition to MOTION to Dismiss 7 filed by plaintiff Warren Beatty. (jp, ) (Entered: 07/06/2005) |

| 06/29/2005 | 14 | DECLARATION of BERTRAM FIELDS in Opposition to MOTION to Dismiss 7 filed by plaintiff Warren Beatty. (jp, ) (Entered: 07/06/2005) |
|---|---|---|
| 07/06/2005 | 15 | STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON PENDING MOTIONS by Judge Dean D. Pregerson: It is hereby ORDERED that the MOTION to Remand and defendant's MOTION to Dismiss 7 , is hereby continued. Motions set for hearing on 7/25/2005 at 10:00 AM before Honorable Dean D. Pregerson.(ca, ) (Entered: 07/08/2005) |
| 07/08/2005 | 16 | NOTICE OF CLERICAL ERROR - Defendants attorney Maura J Wogan was incorrectly terminated on 6/2/05. Application and order of non-resident attorney filed on 6/2/05 was granted by Judge Dean D Pregerson acknowledging Ms Wogan as attorney associated with defendants.(jag, ) (Entered: 07/08/2005) |
| 07/18/2005 | 18 | MEMORANDUM of Points and Authorities in Further Support of Defendants' MOTION to Dismiss Amended Complaint 7 filed by Defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (pbap, ) (Entered: 07/26/2005) |
| 07/18/2005 | 19 | REPLY MEMORANDUM in Support of MOTION to Remand Case to State Court 10 filed by Plaintiff Warren Beatty. (pbap, ) (Entered: 07/26/2005) |
| 07/20/2005 | 17 | MINUTES OF IN CHAMBERS ORDER by Judge Dean D. Pregerson the MOTION to Dismiss action 7 , and MOTION to Remand Case to State Court 10 are continued from 7/24/05 to 8/8/2005 at 10:00 AM.Court Reporter: none present. (pbap, ) (Entered: 07/21/2005) |
| 08/01/2005 | 20 | NOTICE TO COUNSEL RE: Copyright, Patent and Trademark Reporting Requirements Filed. (pbap, ) (Entered: 08/02/2005) |
| 08/08/2005 |  | REPORT ON THE FILING OF AN ACTION REGARDING Copyright (cc: form mailed to Washington, D.C.) (Opening) (pbap, ) (Entered: 08/09/2005) |
| 08/08/2005 | 23 | MINUTES OF PROCEEDINGS (IN CHAMBERS) ORDER by Judge Dean D. Pregerson : Re MOTION to Dismiss action 7 , MOTION to Remand Case to State Court 10 , matters are taken under submission.Court Reporter: Maria Bustillos. (pbap, ) (Entered: 08/12/2005) |
| 08/10/2005 | 21 | ORDER by Judge Dean D. Pregerson : Denying 7 Motion to Dismiss the complaint. (pbap, ) (Entered: 08/10/2005) |
| 08/10/2005 | 22 | ORDER by Judge Dean D. Pregerson : Denying 10 Plaintiff's Motion to Remand Case to State Court. (pbap, ) (Entered: 08/10/2005) |
| 08/24/2005 | 24 | NOTICE OF DISCREPANCY AND ORDER: by Judge Dean D. Pregerson, ORDERING Answer to first amended complaint submitted by (not indicated) received on 8/22/05 is not to be filed but instead rejected. Denial based on: First amended complaint not on file.(pbap, ) (Entered: 09/01/2005) |
| 09/08/2005 | 25 | ORDER by Judge Dean D. Pregerson Setting Scheduling Conference set for 11/21/2005 04:00 AM.(pbap, ) (Entered: 09/09/2005) |
| 09/08/2005 | 26 | NOTICE of Filing of Copy of First Amended Complaint filed by Defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (pbap, ) (Entered: 09/12/2005) |

| 09/08/2005 | 27 | ANSWER to First Amend Complaint filed by Defendants Scott Strauss, Lorenzo Di Bonaventura, Outlaw Productions, Tribune Media Services Inc, Robert Newmyer. (pbap, ) (Entered: 09/12/2005) |
|---|---|---|
| 11/14/2005 | 28 | JOINT REPORT Rule 26(f) Discovery Plan filed; estimated length of trial not indicated. (pbap, ) (Entered: 11/17/2005) |
| 11/21/2005 | 30 | MINUTES OF Scheduling Conference held before Judge Dean D. Pregerson: Court and counsel confer re case status. Court sets trial dates. (Refer to the Scheduling Order to be issued hereafter.) Court Reporter: None present. (ca, ) (Entered: 12/01/2005) |
| 11/23/2005 | 29 | ORDER by Judge Dean D. Pregerson Granting the NOTICE AND REQUEST of Settlement Procedure Selection (Sp1)to Appear Before Magistrate Judge for settlement proceedings.(pbap, ) (Entered: 11/28/2005) |
| 01/05/2006 | 31 | SCHEDULING ORDER by Judge Dean D. Pregerson Pursuant to the Federal Rules of Civil Procedure16(b), the Court issues the following Order: Counsel must agree on the date for the disclosure of expert witness reports pursuant to the Federal Rules of Civil Procedure 26(a)2. The agreed-upon disclosure date must precede the discovery cut-off date such that all discovery, including expert depositions, will be completed prior to the discovery cut-off date, Set Deadlines/Hearings: Discovery cut-off 9/29/2006. Motions due by 10/30/2006. Final Pretrial Conference set for 1/8/2007 04:00 PM before Judge Dean D. Pregerson. Jury Trial set for 1/23/2007 09:00 AM before Judge Dean D. Pregerson.(jc, ) (Entered: 01/05/2006) |
| 01/31/2006 | 37 | STIPULATION AND ORDER TO DISMISSAL OF CERTAIN DEFENDANTS by Judge Dean D. Pregerson. Plaintiff Warren Beaty and defendants Robert Newmyers, Scott Strauss, Lorenzo di Bonaventura and Sofited, Inc., doing business as Outlaw Productions, stipulate to the dismissal of this action, without prejudice, as to the foregoing defendants only. The foregoing defendants shall bear and be responsible for their own costs and attorneys' fees incurred in the action. The parties are entering into this stipulation based on the representations by the dismissed defendants that they no longer have any rights or interests in or to the Dick Tracy property. The action shall continue as to defendant Tribune Media Services, Inc.(pbap, ) (Entered: 02/09/2006) |
| 02/06/2006 | 32 | NOTICE OF MOTION AND MOTION for Summary Judgment filed by defendant Tribune Media Services Inc. Motion set for hearing on 4/3/2006 at 10:00 AM before Judge Dean D. Pregerson. (pbap, ) (Entered: 02/08/2006) |
| 02/06/2006 | 33 | MEMORANDUM of Points and Authorities in Support of MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 02/08/2006) |
| 02/06/2006 | 34 | DECLARATION of Maura J. Wogan in Support of MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 02/08/2006) |
| 02/06/2006 | 35 | DECLARATION of Michael A. Parks in Support of MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 02/08/2006) |
| 02/07/2006 | 36 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Dean D. Pregerson ORDERING Motion for summary judgment; memorandum; declaration of Wogan; Declaration of M. Parks and Statement of uncontroverted facts & conclusions submitted by Defendant Tribune Media Services Inc received on 2/6/06 to be filed and processed; filed date to be the date the document was stamped Received but not Filed |

| | | |
|---|---|---|
| | | with the Clerk.(pbap, ) (Entered: 02/08/2006) |
| 03/06/2006 | 38 | OBJECTIONS to Declaration of Michael Parks 35 filed by Plaintiff Warren Beatty. (pbap, ) (Entered: 03/16/2006) |
| 03/06/2006 | 39 | MEMORANDUM of Points and Authorities in Opposition to Defendant's MOTION for Summary Judgment 32 filed by plaintiff Warren Beatty. (pbap, ) (Entered: 03/16/2006) |
| 03/06/2006 | 40 | DECLARATION of Warren Beatty in Opposition to Defendant's MOTION for Summary Judgment 32 filed by plaintiff Warren Beatty. (pbap, ) (Entered: 03/16/2006) |
| 03/06/2006 | 41 | DECLARATION of Bertram Fields in Opposition to Defendant's MOTION for Summary Judgment 32 filed by plaintiff Warren Beatty. (pbap, ) (Entered: 03/16/2006) |
| 03/06/2006 | 42 | STATEMENT Genuine Issues in Dispute filed by Plaintiff Warren Beatty (pbap, ) (Entered: 03/16/2006) |
| 03/27/2006 | 43 | OBJECTIONS to Declaration of Warren Beatty in Opposition to Defendant's MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 44 | OBJECTIONS to Declaration of Bertram Fields in Opposition to Defendant's MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 45 | REPLY DECLARATION of Maura Wogan in Support of Defendant's MOTION for Summary Judgment 32 filed by Defendant Tribune Media Services Inc. (pbap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 46 | REPLY DECLARATION of Michael A. Parks in Support of Defendant's MOTION for Summary Judgment 32 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 03/28/2006) |
| 03/27/2006 | 47 | MEMORANDUM of Points and Authorities in Further Support of Defendant's MOTION for Summary Judgment 32 to FED.R.CIV.P.56 filed by defendant Tribune Media Services Inc. (pbap, ) (Entered: 03/28/2006) |
| 04/03/2006 | 48 | MINUTES OF Motion Hearing held before Judge Dean D. Pregerson. Court hears oral argument takes the MOTION for Summary Judgment 32 , under submission. Court Reporter: Maria Bustillos. (pbap, ) (Entered: 04/10/2006) |
| 07/11/2006 | | PLACED IN FILE - NOT USED re proposed judgment submitted by defendant Tribune Media Services Inc. (pbap, ) (Entered: 07/18/2006) |
| 07/11/2006 | | PLACED IN FILE - NOT USED re statement of uncontroverted facts and conclusions of law submitted by defendants Tribune Media Services Inc et al. (pbap, ) (Entered: 07/18/2006) |
| 07/14/2006 | 49 | ORDER DENYING Summary Judgment by Judge Dean D. Pregerson: For the foregoing reasons, the Court denies Defendants motion for summary judgment 32 . (See document for further details.) ((pcl, ) (Entered: 07/17/2006) |
| 07/18/2006 | 50 | NOTICE OF CLERICAL ERROR: Due to clerical error Re: Order Denying Summary Judgment 49 given incorrect ENTERED date. The correct ENTERED date is July 17, 2006. (pcl, ) (Entered: 07/18/2006) |

| 09/21/2006 | 51 | STIPULATION to Continue Discovery and Motion Cut-off dates AND ORDER by Judge Dean D. Pregerson : Resetting deadlines as to Scheduling Order, 31 Resetting Discovery cut-off to 11/29/2006. Motions due by 12/20/2006.(shb, ) (Entered: 09/25/2006) |
|---|---|---|
| 10/02/2006 | 52 | NOTICE OF MOTION AND MOTION for Leave to to file first amended answer with the counterclaims filed by defendant Tribune Media Services Inc. Motion set for hearing on 10/30/2006 at 10:00 AM before Judge Dean D. Pregerson. Lodged proposed first amended answer with counterclaim. (bp, ) (Entered: 10/04/2006) |
| 10/02/2006 | 53 | MEMORANDUM of Points and Authorities in Support of MOTION for Leave to to file first amended answer with the counterclaims 52 filed by defendant Tribune Media Services Inc. (bp, ) (Entered: 10/04/2006) |
| 10/02/2006 | 54 | DECLARATION of Maura J. Wogan in support of MOTION for Leave to to file first amended answer with the counterclaims 52 filed by defendant Tribune Media Services Inc. (bp, ) (Entered: 10/04/2006) |
| 10/02/2006 | 55 | NOTICE OF MOTION AND MOTION to Disqualify Counsel Bertram Fields filed by defendant Tribune Media Services Inc. Motion set for hearing on 10/30/2006 at 10:00 AM before Judge Dean D. Pregerson. (bp, ) (Entered: 10/05/2006) |
| 10/02/2006 | 56 | MEMORANDUM of points and authorities in Support of MOTION to Disqualify Counsel Bertram Fields 55 filed by defendant Tribune Media Services Inc. (bp, ) (Entered: 10/05/2006) |
| 10/02/2006 | 57 | DECLARATION of Maura J. Wogan in support of MOTION to Disqualify Counsel Bertram Fields 55 filed by defendant Tribune Media Services Inc. (bp, ) (Entered: 10/05/2006) |
| 10/16/2006 | 58 | MEMORANDUM of Points and Authorities in Opposition to MOTION for Leave to to file first amended answer with the counterclaims 52 filed by plaintiff Warren Beatty. (pbap, ) (Entered: 10/23/2006) |
| 10/16/2006 | 59 | DECLARATION of Charles N. Shepard in Opposition to MOTION for Leave to file first amended answer with the counterclaims 52 filed by plaintiff Warren Beatty. (pbap, ) (Entered: 10/23/2006) |
| 10/16/2006 | 60 | MEMORANDUM of Points and Authorities in Opposition to MOTION to Disqualify Counsel Bertram Fields 55 ; Declaration of Warren Beatty filed by plaintiff Warren Beatty. (pbap, ) (Entered: 10/23/2006) |
| 10/24/2006 | 62 | REPLY MEMORANDUM IN POITNS AND AUTHORITIES in further support of defendant MOTION to Disqualify Counsel Bertram Fields 55 as trial cou nsel pursuant ot Rule 5-210 of the California Rules of Professional Conduct filed by defendant Tribune Media Services Inc. (jp) (Entered: 11/07/2006) |
| 10/24/2006 | 63 | REPLY MEMORANDUM OF POINTS AND AUTHORITIES in support of defendant MOTION for to amended answer and add counterclaims 52 filed by defendant Tribune Media Services Inc. (jp) (Entered: 11/07/2006) |
| 10/24/2006 | 64 | REPLY DECLARATION of JOSEPH P. THORNTON in support of MOTION to Disqualify Counsel Bertram Fields 55 , and MOTION to amended answer and Add counterclaims 52 filed by defendant Tribune Media Services Inc. (jp) (Entered: 11/07/2006) |

| | | |
|---|---|---|
| 10/24/2006 | 65 | REPLY DECLARATION of MAURA J. WOGAN in support of MOTION to Disqualify Counsel Bertram Fields 55 and MOTION to amended answer and add counterclaims 52 filed by defendant Tribune Media Services Inc. (jp) (Entered: 11/07/2006) |
| 10/25/2006 | 61 | MINUTES OF IN CHAMBERS held before Judge Dean D. Pregerson. COUNSEL ARE NOTIFIED that on the Court's own motion the MOTION to Disqualify Counsel Bertram Fields 55 , and MOTION for Leave to file first amended answer with the counterclaims 52 , Motions set for hearing on 10/30/06 are continued to 11/6/2006 at 10:00 AM.Court Reporter: none present. (pbap, ) (Entered: 10/27/2006) |
| 10/25/2006 | 66 | DECLARATION of CARL CHAVIS regarding Filing for Reply Papers 63 , 65 , Reply 62 , 64 filed by Defendant Tribune Media Services Inc. (jp) (Entered: 11/07/2006) |
| 11/06/2006 | 67 | MINUTES OF Motion Hearing held before Judge Dean D. Pregerson RE: MOTION to Disqualify Counsel Bertram Fields 55 , and MOTION for Leave to file first amended answer with the counterclaims 52 . Court hears oral argument and takes the matters under submission.Court Reporter: Maria Bustillos. (pbap, ) (Entered: 11/16/2006) |
| 11/16/2006 | | PLACED IN FILE - NOT USED re first amended answer to first amended complaint for declaratory relief, damages for breach of contract and injunctive relief; counterclaims submitted by defendant Tribune Media Services Inc. (pbap, ) (Entered: 11/17/2006) |
| 11/30/2006 | 68 | STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITHOUT PREJUDICE by Judge Dean D. Pregerson. The parties shall each bear and be responsible for their own attorneys' fees and costs incurred in the litigation. (Made JS-6. Case Terminated.)(pbap, ) (Entered: 12/01/2006) |
| 08/06/2007 | | REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright. (cc: Copyright Office) (Closing) (pbap) (Entered: 08/06/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2009 14:41:28 | | | |
| PACER Login: | sa1438 | Client Code: | 125000-2 ch |
| Description: | Docket Report | Search Criteria: | 2:05-cv-03938-DDP-SS End date: 6/9/2009 |
| Billable Pages: | 7 | Cost: | 0.56 |