# EXHIBIT E

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                              :
In re:                                        :  Chapter 11
                                              :
TRIBUNE COMPANY, et al.,                      :  Case No. 08-13141 (KJC)
                                              :
          Debtors.                            :  Jointly Administered
                                              :
---------------------------------------------------------------x
                                              :
TRIBUNE MEDIA SERVICES, INC.,                 :
                                              :
          Plaintiff/Debtor,                   :
v.                                            :  Adv. Pro. No. 09-50486 (KJC)
                                              :
WARREN BEATTY,                                :
                                              :
          Defendant.                          :
                                              :
---------------------------------------------------------------x

## TRIBUNE MEDIA SERVICES' ANSWERING BRIEF
## IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Bryan Krakauer
Janet E. Henderson
Michael Doss
Gregory V. Demo
SIDLEY AUSTIN LLP
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Tribune Media Services

May 26, 2009

46429/0001-5665024v1

Intervening pages intentionally omitted.

(TMS Exh. A, ¶ 12.) This lawsuit sought no damages and made no claim of breach of the Dick Tracy Agreement. (TMS Exh. A.)

On December 8, 2008, eighteen days after Mr. Beatty filed this federal declaratory judgment action in California, TMS (along with its parent Tribune Company and 109 additional affiliated Debtors) commenced in this Court voluntary cases under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code" or "Code"). (TMS Compl. ¶ 2.) Since then, the Debtors, including TMS, have operated their businesses and managed their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. (TMS Compl. ¶ 2.)

As a result of the bankruptcy petition and section 362(a) of the Bankruptcy Code, Mr. Beatty's California action against TMS was automatically stayed. (TMS Compl. ¶ 27.) A notice of Debtor's bankruptcy petition was filed in Mr. Beatty's California action on December 15, 2008. (Br. Exh. 4.) Other than the filing of the complaint, no other progress was made in this action before the Petition Date; that is, there have been no hearings, no Federal Rule of Civil Procedure 26 conference, and no answer or other responsive pleadings filed, all in light of the automatic stay under section 362(a). (TMS Compl. ¶ 27; Br. Exh. 4.)

### C. Mr. Beatty's 2005 Lawsuit Against TMS Dealt With None Of The Contract Or Fact Issues Raised By The Current Lawsuit.

In 2005, Mr. Beatty had filed a separate lawsuit against TMS that concerned the Dick Tracy Property and Dick Tracy Agreement. (Br. Exh. 2.) This 2005 lawsuit raised issues concerning whether TMS had provided proper and effective notice of reversion under the Dick Tracy Agreement. *See Beatty v. Tribune Media Services, Inc.*, 2005 WL 6132339, at *2 (C.D. Cal. Aug. 10, 2005) (describing complaint). This 2005 lawsuit did

Intervening pages intentionally omitted.

## CONCLUSION

For the foregoing reasons, Mr. Beatty's motion to dismiss the complaint for improper venue and lack of personal jurisdiction should be denied in its entirety.

Respectfully submitted,

By: _____
One of the Attorneys for
Plaintiff, Tribune Media Services, Inc.

SIDLEY AUSTIN LLP
Bryan Krakauer
Janet E. Henderson
Michael Doss
Gregory V. Demo
One S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Dated: May 26, 2009