# EXHIBIT G

(SSx), DISCOVERY, MANADR, RELATED-G

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:08-cv-07662-DDP-SS

| | |
|---|---|
| Warren Beatty v. Tribune Media Services, Inc. et al | Date Filed: 11/20/2008 |
| Assigned to: Judge Dean D. Pregerson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Suzanne H. Segal | Nature of Suit: 190 Contract: Other |
| Related Case: 2:05-cv-03938-DDP-SS | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Injunctive & Declaratory Relief | |

**Plaintiff**

**Warren Beatty**　　　　represented by　**Bertram H Fields**
Greenberg Glusker Fields Claman and Machtinger LLP
1900 Avenue of the Stars 21st Floor
Los Angeles , CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: bfields@ggfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles N Shephard**
Greenberg Glusker Fields Claman & Machtinger
1900 Avenue of the Stars, 21st Fl
Los Angeles , CA 90067-4590
310-553-3610
Fax: 310-553-0687
Email: cshephard@ggfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tribune Media Services, Inc.**　　　represented by　**Karen R Thorland**
Loeb and Loeb
10100 Santa Monica Boulevard Suite 2200
Los Angeles , CA 90067-4120
310-282-2000
Fax: 310-282-2200
Email: kthorland@loeb.com

LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2008 | 1 | COMPLAINT against Defendants Tribune Media Services, Inc., Does 1 through 10, inclusive. (Filing fee $350; FEE PAID.) Jury Demanded., filed by plaintiff Warren Beatty.(ghap) (ds). (Additional attachment(s) added on 11/26/2008: # 1 Civil Cover Sheet) (ds). (Entered: 11/21/2008) |
| 11/20/2008 | | 20 DAY Summons Issued re Complaint - (Discovery) 1 as to Defendants Tribune Media Services, Inc., Does 1 through 10, inclusive. (ghap) (Entered: 11/21/2008) |
| 11/20/2008 | 2 | NOTICE of Interested Parties filed by Plaintiff Warren Beatty. (ghap) (ds). (Entered: 11/21/2008) |
| 11/20/2008 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(ghap) (Entered: 11/21/2008) |
| 11/21/2008 | 4 | NOTICE of Related Case(s) filed by Plaintiff Warren Beatty. *Notice of Related Case and Request to Assign Matter to the Honorable Dean Pregerson* Related Case(s): CV05-3938 DDP (Fields, Bertram) (Entered: 11/21/2008) |
| 12/15/2008 | 5 | NOTICE OF FILING VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE filed by DEFENDANT Tribune Media Services, Inc.. (Thorland, Karen) (Entered: 12/15/2008) |
| 12/15/2008 | 6 | CERTIFICATION of Interested Parties filed by DEFENDANT Tribune Media Services, Inc., identifying TRIBUNE COMPANY. (Thorland, Karen) (Entered: 12/15/2008) |
| 12/18/2008 | 7 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 -Related Case- filed. Related Case No: CV 05-3938 DDP (SSx). Case transferred from Magistrate Judge Charles F. Eick and Judge Dale S. Fischer to Judge Dean D. Pregerson and Magistrate Judge Suzanne H. Segal for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 08-7662 DDP (SSx).Signed by Judge Dean D. Pregerson (rn) (Entered: 12/18/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/09/2009 06:41:51 | | | |
| **PACER Login:** | sa1438 | **Client Code:** | 127790-1 ch |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cv-07662-DDP-SS End date: 6/9/2009 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |