# EXHIBIT H

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| BERTRAM FIELDS, Bar #024199<br>GREENBERG GLUSKER FIELDS CLAMAN, ET AL.<br>1900 AVENUE OF THE STARS<br>21ST FLOOR<br>LOS ANGELES, CA 90067 | | |
| Telephone No: 310-553-3610     FAX No: 310-553-0687 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District Of California | | |
| Plaintiff: WARREN BEATTY | | |
| Defendant: TRIBUNE MEDIA SERVICES, INC. | | |

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-07662 DSF (EX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF ADR PILOT PROGRAM; ADR PILOT PROGRAM QUESTIONNAIRE; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC; NOTICE TO COUNSEL; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; NOTICE OF RELATED CASE AND REQUEST TO ASSIGN MATTER TO THE HONORABLE DEAN PREGERSON

3. a. Party served:      TRIBUNE MEDIA SERVICES, INC.
   b. Person served:    BECKY DEGEORGE, CSC LAWYERS INCORPORATING SERVICE, REGISTERED AGENT. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    2730 GATEWAY OAKS DRIVE
   SUITE 100
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Nov. 25, 2008 (2) at: 10:40AM

7. Person Who Served Papers:                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Michael Morris                                           d. The Fee for Service was:
                                                               e. I am: (3) registered California process server
   First Legal Support Services                                   (i)   Independent Contractor
   ATTORNEY SERVICES                                              (ii)  Registration No.:    04-009
   1814 "I" STREET                                                (iii) County:               Placer
   Sacramento, CA 95814                                           (iv)  Expiration Date:      Thu, Jul. 22, 2010
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 26, 2008
                                                                                    (Michael Morris)

Judicial Council Form                         PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007        SUMMONS & COMPLAINT                                  4239888.berfi.176286