## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
|  |  | **Ref. Docket No. ____.** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER APPROVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER BANKRUPTCY CODE SECTION 362(d)(1) TO ALLOW WARREN BEATTY TO PROCEED WITH LITIGATION IN CALIFORNIA DISTRICT COURT

Upon consideration of the motion (the "Motion")[1] of Warren Beatty ("Mr. Beatty") pursuant to section 362(d)(1) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 4001-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order lifting the automatic stay to allow Mr. Beatty to proceed with the California Action;  and the Court having reviewed the Motion and all documents related thereto, including (without limitation) any responses; and the Court having considered the arguments of of counsel; and, based on the foregoing, the Court having found that sufficient cause exists justifying termination of the automatic stay to permit Mr. Beatty to proceed with the California Action; now therefore, it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

ORDERED, that, pursuant to Bankruptcy Code section 362(d), the automatic stay provisions of Bankruptcy Code section 362(a) are hereby terminated for the limited purpose of allowing the California Action, which is styled Warren Beatty v. Tribune Media Services, Inc., 08-cv-07662-DDP-SS (C.D. Ca. 2008), to continue and proceed in all respects, including (without limitation) dispositive motions, pleadings, discovery, trial, entry of judgment, post-judgment proceedings, and any appeals; and it is further

ORDERED, that notwithstanding the possible applicability of Bankruptcy Rules 6004(g), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: Wilmington, Delaware
      June __, 2009

_____
KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

2