RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

Attorneys for Barry and Marie Goldenberg

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------------------X    Chapter 11

In re:    Case No.: 08-13141

       TRIBUNE COMPANY, et al

                Debtor.

---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") hereby appears on behalf of Barry and Marie Goldenberg ("Goldenberg") and, pursuant to Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

        Michael S. Amato, Esq.
        Ruskin Moscou Faltischek, P.C.
        East Tower, 15th Floor
        1425 RXR Plaza
        Uniondale, NY 11556-1425
        (516) 663-6600
        E-mail:  mamato@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of the Debtor.

Dated: Uniondale, New York
May 28, 2009

RUSKIN MOSCOU FALTISCHEK, P.C.
Attorneys for Barry and Marie Goldenberg

By:   /s/  Michael S. Amato
Michael S. Amato (MA-5225)
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
(516) 663-6600

TO: Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Bryan Krakauer
Sidley Austin Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole Schotz Meisel Forman & Leonard
1000 N West Street, suite 1200
Wilmington, DE 19801

James F. Conlan
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael A. Henry
Gross Mcginley Labarre & Eaton LLP
33 S. 7th Street
P.O. Box 4060
Allentown PA 18105

Norman Pernick
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

Patrick Theodore Garvey
Johnson & Bell Ltd
33 W Monroe, Suite 2700
Chicago, IL 60603

Patrick J. Reilly
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

U.S. Trustee
844 King Street. Room 2204
Lockbox # 35
Wilmington, DE 19899

Adam G. landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Cynthia E. Moh
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Kerri K Mumford
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

Matthew B. McQuire
Landis Rath & Cobb LLP

919 Market Street
Suite 1800
Wilmington, DE 19801

Mona A Parikh
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801


Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Susan D. Golden

Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Diana Adams