# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | |
| TRIBUNE COMPANY, ET AL. ) | CASE NO. 08-13141 (KJC) |
| ) | |
| DEBTOR. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Joan E. Pilver, Assistant Attorney General for the State of Connecticut hereby moves, pursuant to District Court Local Rule 83.5 and Rule 9010-1(c)(ii) of the Local Bankruptcy Rules for the District of Delaware, for admission *pro hac vice* to represent the State of Connecticut, in the above-entitled proceedings. The proposed Admittee is admitted, practicing, and in good standing in the courts of the State of Connecticut, United States District Court for the District of Connecticut, the Second Circuit Court of Appeals and the United States Supreme Court.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

The proposed Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been submitted to the Clerk of Court for District Court on March 24, 2009.

Dated: June 10, 2009

Joan E. Pilver, CT #08604
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5150
Fax: (860) 808-5383
E-mail: Joan.Pilver@po.state.ct.us

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* granted.

BY THE COURT:

Dated: 06.11.09

KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

Document # 1333
Docket # 08-13141(KJC)
Date: June 10, 2009