# Court Conference

**U.S. Bankruptcy Court-Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Kevin J. Carey**
**#5**

Calendar Date: 06/10/2009
Calendar Time: 10:30 AM

Amended Calendar 06/10/2009 07:03 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2876430 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2878361 | Kevin Collins | 302-254-5392 | Bifferato LLC | Creditor, Dan Neil, et al / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2876422 | Greg Demo | (312) 853-7758 | Sidley & Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2876362 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2876898 | Michael Doss | (312) 853-7700 | Sidley & Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2876452 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2876961 | Ian Fredericks | 302-651-3028 | Skadden Arps Slate Meagher & Flom | Interested Party, Warren Beatty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2876950 | Gregg M. Galardi | 302-651-3239 | Skadden Arps Slate Meagher & Flom | Interested Party, Warren Beatty / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2879289 | N. Christopher Griffiths | (302) 658-9141 | Connolly Bove Lodge & Hutz | Creditor, Capital Source / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2876434 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2877892 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2870424 | Damian Schaible | (212) 450-4580 | Davis Polk & Wardwell | Interested Party, Davis Polk & Wardwell / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2875240 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2876874 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |

Raymond Reyes                                                                                    CourtConfCal2007