# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY., et al.,[1] | ) | Case No. 08-13431 (KJC) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

## SECOND AMENDED SCHEDULES OF ASSETS AND LIABILITIES FOR

## KTLA Inc.

## Case No. 08-13183

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY., et al.,[1] | ) | Case No. 08-13431 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Tribune Company, et al.,[1] (collectively, the "Debtors") are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

(the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements.  These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.[2]

The Schedules and Statements have been prepared by the Debtors' management and are unaudited and subject to further review and potential adjustment and amendment.  In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  The Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, however, subsequent information or discovery of other relevant facts may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist.  The Debtors reserve all rights to amend or supplement their Schedules and Statements.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or these Global Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

**Description of the Cases and "As of" Information Date**.  On December 8, 2008 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 10, 2008, the Court entered an order jointly administering these cases pursuant to Bankruptcy Rule 1015(b).

The Debtors filed for bankruptcy during the middle of the business day on December 8, 2008.  As it is impractical to determine assets and liabilities during the middle of a business day, the books were closed as of the end of day on December 7, 2008 with certain adjustments for material, identifiable transactions that occurred between midnight on December 7, 2008 and the filing of the petitions on December 8, 2008.

**Basis of Presentation**. The Schedules and Statements, except where otherwise indicated, reflect the assets and liabilities of each Debtor on a non-consolidated basis where

---

[2]    These Global Notes are in addition to any specific notes contained in each Debtor's Schedules or Statements.  The fact that the Debtors have prepared a "General Note" with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such General Note to any of the Debtors' remaining Schedules and Statements, as appropriate.

possible. Accordingly, the totals listed in the Schedules and Statements may not be comparable to Tribune Company consolidated financial reports prepared for public reporting purposes or otherwise as these reports include Tribune Company and each of its subsidiaries, some of which are not Debtors in these proceedings.

For purposes of the Schedules and Statements, the Debtors used reasonable efforts to attribute the assets and liabilities of each of their businesses to the proper legal entity; however, because the Debtors' accounting systems are designed to report for purposes of operational and managerial decision making, rather than by individual legal entity, it is possible that not all assets or liabilities have been recorded at the correct legal entity on the Schedules and Statements. As such, the Debtors reserve all rights to amend these Schedules and Statements accordingly.

Although these Schedules and Statements may, at times, incorporate information prepared in accordance with generally accepted accounting principles ("GAAP"), the Statements and Schedules neither purport to represent nor reconcile to financial statements otherwise prepared and/or distributed by the Debtors in accordance with GAAP or otherwise. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not a conclusion that the Debtor was solvent at the Petition Date or at any time prior to the Petition Date. Likewise, to the extent that a Debtor shows more liabilities than assets, this is not a conclusion that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

**Confidentiality**. There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Consolidated Entity Accounts Payable and Disbursement Systems**. The Debtors use a centralized cash management system to collect funds from customers into their primary concentration accounts and maintain a consolidated accounts payable and disbursements system to pay operating and administrative expenses through various disbursement accounts. The Debtors currently disburse approximately 85% of their accounts payable and payroll obligations through Tribune Company accounts. Payments made by Tribune Company to third parties on behalf of other affiliated Debtors are reflected as payments to creditors in Statement Question 3b of Tribune Company's Statement of Financial Affairs, although such payments may have been made on behalf of an entity other than the Tribune Company.

The Debtors also maintain seven direct debit accounts for postage payments and tax payments. These accounts are held by various Debtors and are debited by the U.S. Postal Service or various tax authorities in the ordinary course of business. These direct debit disbursements are reflected as payments to creditors in Statement Question 3b of the applicable Debtor. Finally, there are certain other disbursement accounts which have

been reflected as payments to creditors in Statement Question 3b of the applicable Debtor.

**Intercompany Claims**.  Receivables and payables among the Debtors and/or the Debtors and non-Debtor subsidiaries of Tribune Company in these cases (each an "Intercompany Receivable" or "Intercompany Payable" and, collectively, the "Intercompany Claims") are reported as assets on Schedule B or liabilities on Schedule F. These Intercompany Claims are comprised primarily of the following components:  1) concentration of accounts receivable collections from the various Debtors to Tribune Company, 2) accounts payable and payroll disbursements made out of Tribune Company bank accounts on behalf of other Debtors, 3) centrally billed expenses, 4) corporate expense allocations, and 5) accounting for other intercompany transactions.  These Intercompany Claims may or may not result in allowed or enforceable claims by or against a given Debtor, and by listing this claims the Debtors are not indicating a conclusion that the Intercompany Claims are enforceable.  Intercompany Claims may also be subject to set off,  recoupment, and netting not reflected in the Schedules. In situations where there is not an enforceable claim, the assets and/or liabilities of the applicable Debtor may be greater or lesser than the amounts stated herein.  All rights to amend the Intercompany Claims in the Schedules and Statements are reserved.

The Debtors have listed all intercompany payables as unsecured non-priority claims on Schedule F for each applicable Debtor but reserve their rights to later change the characterization, classification, categorization or designation of such claims.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) as (a) directors, (b) officers, (c) relatives of directors or officers of the Debtors and (d) any managing agent of the Debtors.  Payments to insiders listed in (a) through (d) above are set forth on Statement 3c.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Excluded Accruals/GAAP entries**. The Debtors' balance sheets reflect liabilities recognized in accordance with GAAP; however, not all such liabilities would result in a claim against the Debtors and thus certain liabilities (including but not limited to certain reserves, deferred charges, and future contract obligations) have not been included in the Debtors' Schedules.  The Debtors have also excluded from the Schedules certain assets that have no book value and certain assets recorded in accordance with GAAP, including those associated with the aforementioned liabilities (such as future contract benefits.) (See Note on Schedule F below for addition information on certain excluded liabilities) Other immaterial assets and liabilities may also have been excluded.

**Summary of Significant Reporting Policies**.  The following is a summary of certain significant reporting policies:

a.   **Foreign Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

b.   **Current Market Value — Net Book Value**.  In many instances, current market valuations are neither maintained by nor readily available to the Debtors.  It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests that are otherwise not readily available.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtors' assets as of the Petition Date and may not reflect the net realizable value.  For this reason, amounts ultimately realized will vary, at some times materially, from net book value.

c.   **Paid Claims**.  Pursuant to certain first-day orders issued by the Bankruptcy Court (the "First Day Orders"), the Bankruptcy Court has authorized the Debtors to pay certain outstanding prepetition claims, such as certain employee wages and benefit claims, claims for taxes and fees, claims related to customer programs, critical vendor claims, broker claims, claims of shippers and warehousemen and claims related to insurance policies and premiums.  Unless otherwise stated, these Schedules and Statements reflect (and do not list) prepetition obligations that have been satisfied pursuant to such First Day Orders.  Notwithstanding best efforts, certain claims paid pursuant to a First Day Order may inadvertently be listed in the Schedules and Statements, and the Debtors may pay some of the claims listed on the Schedules and Statements in the ordinary course of business during these cases pursuant to such First Day Orders or other court orders.  To the extent claims listed on the Schedules and Statements have been paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements as is necessary and appropriate.  Moreover, certain of the First Day Orders preserve the rights of parties in interest to dispute any amounts paid pursuant to First Day Orders.  Nothing herein shall be deemed to alter the rights of any party in interest to contest a payment made pursuant to a First Day Order that preserves such right to contest.

d.   **Setoffs**.  The Debtors routinely incur certain setoffs from customers or suppliers in the ordinary course of business.  Setoffs in the ordinary course can result from various items including, but not limited to, intercompany transactions, pricing discrepancies, returns, warranties, refunds and other disputes between the Debtors

and their customers and/or suppliers. These normal setoffs are consistent with the ordinary course of business in the Debtors' industries and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list such ordinary course setoffs. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are excluded from the Debtors' Schedules and Statements.

e.    **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections and/or setoffs with respect to same.

f.    **Accounts Receivable**. The accounts receivable information listed on Schedule B includes net receivables from the Debtors' customers which receivables are calculated net of any amounts that, as of the Petition Date, may be owed to such customers in the form of rebates, offsets or other price adjustments pursuant to the Debtors' customer program policies and day-to-day operating policies. A claim is listed on Schedule F to the extent that a net payable remains to a given customer. Many of the Debtors sell their accounts receivable from advertising customers to Tribune Company, which in turn sells the receivables to Tribune Receivables, LLC ("TREC"), a non-debtor subsidiary of Tribune Company. TREC has pledged the receivables as security for loans borrowed by it under a securitization facility. TREC remits the proceeds of the loans to Tribune Company as part of the purchase price for the receivables. .

g.    **Mechanics' Liens**. The inventories, property and equipment listed in these Schedules and Statements are presented without consideration of any mechanics' liens.

h.    **Leases**. In the ordinary course of business, the Debtors may lease certain fixtures and equipment from certain third party lessors for use in the daily operation of their businesses. The Debtors' obligations pursuant to capital leases appear on Schedule D and their obligations pursuant to operating leases have been listed on Schedule F. The underlying lease agreements are listed on Schedule G. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination of the legal

status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to such issues.

**Undetermined Amounts**.    The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.

**Estimates**.  To timely close the books and records of the Debtors as of the Petition Date and to prepare such information on a legal entity basis, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses as of the Petition Date.  The Debtors reserve all rights to amend the reported amounts of assets, liabilities, revenue and expenses to reflect changes in those estimates and assumptions.

**Totals**.  The asset totals listed on Schedules A and B represent all known amounts included in the Debtors' books and records as of the Petition Date.  The liability totals listed on Schedule F, however, reflect post-petition payments on prepetition claims made pursuant to First Day Orders, as noted above.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.  Also as noted above, certain liabilities reflected in the books and records in accordance with GAAP, but which would not represent a claim against the Debtors, are not reflected on Schedule F.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," (c) on Schedule F as "unsecured priority," or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**.  Any failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtors reserve all rights to dispute, or to assert any offsets or defenses to, any claim reflected on their respective Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  Listing a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

**Guaranties and Other Secondary Liability Claims**.  The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively "Guaranties") in their executory contracts, unexpired leases, secured financing, debt instruments and other such agreements; however, a review of these agreements, specifically the Debtors' leases and contracts, is ongoing.  Where such Guaranties have been identified, they have been included in the relevant Schedule.  The Debtors have reflected the Guaranty obligations for both the primary obligor and the guarantors with respect to their secured financings and debt instruments on Schedule H.  Guaranties with

respect to the Debtors contracts and leases are not included on Schedule H and the Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments and similar agreements may have been inadvertently omitted from the Schedules but that such Guaranties may be identified upon further review.  Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

**Schedule A.**  Schedule A of a particular Debtor includes solely that Debtor's owned real property.  As noted herein, the values listed for the various properties are the net book values.

**Schedule B.**

*Wearing Apparel*.  The Debtors have a small inventory of branded apparel that is used solely for promotional purposes and is not sold or otherwise distributed for sale by others. Because of the negligible value of this apparel and the limited quantities maintained by the Debtors, the Debtors have not attempted to assess the value in connection with this question. Certain Debtors hold other inventory of branded apparel which is held for sale at company stores and which is listed as Other Inventory under Schedule B.30.

*Intellectual Property*.  The Debtors have more than 17,400 registered copyrights which have not been listed in their response to Schedule B.22.  These copyrights are available in the public domain.  Furthermore, the Debtors have numerous other pieces of unregistered intellectual property which have not been included in Schedule B.22.

*Customer lists*.    All values for customer lists where applicable are included in the amounts listed for general intangibles.

**Schedule D — Creditors Holding Secured Claims**.    Except as otherwise agreed pursuant to a stipulation and agreed order or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and/or their estates reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken.  The Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights, deposit posted by, or on behalf of, the Debtors, inchoate statutory lien rights, or real property lessors, utility companies and other parties which may hold security deposits.

**Schedule E — Creditors Holding Unsecured Priority Claims**.  All claims listed on the Debtors' Schedule E are claims owing to various taxing authorities to which the Debtors

may potentially be liable. However, certain of such claims may be subject to on-going audits and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E. Therefore, the Debtors have listed all such claims as unknown in amount, pending final resolution of on-going audits or other outstanding issues.

The Debtors have not listed on Schedule E any tax, wage or wage-related obligations for which the Debtors have been granted authority to pay pursuant to a First Day Order. The Debtors believe that all such claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant First Day Orders. The Debtors reserve their right to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F — Creditors Holding Unsecured Nonpriority Claims**. The Debtors have attempted to relate all liabilities to each particular Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors.

Certain creditors owe amounts to the Debtors and, as such, may have valid setoff and recoupment rights with respect to such amounts. Although the Debtors may have taken setoffs into account when scheduling the amounts owed to creditors, the Debtors reserve all rights to challenge such setoff and recoupment rights. The Debtors have not reduced the scheduled claims to reflect any such right of setoff or recoupment and reserve all rights to challenge any setoff and/or recoupment rights asserted. Additionally, certain creditors may assert mechanics', materialman's, or other similar liens against the Debtors for amounts listed on Schedule F. The Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F of any Debtor.

Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. However, to the extent that litigation involving a particular Debtor has been identified, such information is contained in the Schedule for that Debtor. The amounts for these potential claims are listed as undetermined and marked as contingent, unliquidated and disputed in the Schedules.

The Debtors have made their best efforts to include all trade creditors on Schedule F; however the Debtors believe that there are instances where vendors have yet to provide invoices for prepetition goods or services or provided such invoices after the cutoff to produce this Schedule F. While the Debtors maintain general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such have not been included on Schedule F. In addition, the Debtors are still finalizing certain payments of prepetition obligations under orders approved by the Bankruptcy Court and those payments would reduce the amounts listed herein. The Debtors anticipate that they will file an amendment to their Schedules and Statements in April of 2009 to incorporate invoice detail received and payments made subsequent to the initial filing.

**Schedule G — Executory Contracts and Unexpired Leases**.  The businesses of the Debtors are complex.  Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively the "Agreements"), review is ongoing and inadvertent errors, omissions or over-inclusion may have occurred.  The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, amendments/letter agreements, and confidentiality agreements which may not be set forth in Schedule G.  In addition, Schedule G does not include certain confidential agreements which, by their terms, prohibit disclosure of the existence of such agreements.  Omission of an Agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  Schedule G may be amended at any time to add any omitted Agreement.  Likewise, the listing of an Agreement on Schedule G does not constitute an admission that such Agreement is an executory contract or unexpired lease or that such Agreement was in effect on the Petition Date or is valid or enforceable.  The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

Any and all of the Debtors' rights, claims and causes of action with respect to the Agreements listed on Schedule G are hereby reserved and preserved, and as such, the Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any Agreements set forth on Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related to a creditor's claim, including, but not limited to, the Agreements listed on Schedule G and (iii) to amend or supplement such Schedule as necessary.

Certain of the Agreements listed on Schedule G may have been entered into by more than one of the Debtors.  Additionally, the specific Debtor obligor(s) to certain of the Agreements could not be specifically ascertained in every circumstance.  In such cases, the Debtors made reasonable efforts to identify the correct Debtors' Schedule G on which to list the agreement and, where a contract party remained uncertain, such Agreements have been listed on Schedule G for Tribune Company.  Certain of the Agreements may not have been memorialized and could be subject to dispute.

**Schedule H — Co-Debtors**.  Certain of the Debtors are co-debtors with respect to the senior facility and the bridge facility.  For purposes of Schedule H, only the collateral agent or indenture trustee is listed for such borrowings.  Additionally, there may be instances where litigation is brought against multiple legal entities.  Where possible, such litigation is listed on Schedule F of the appropriate Debtor and on Schedule H.  However, not all such litigation is reflected in Schedule H.  Co-debtors and/or co-obligors with respect to leases and contracts are listed on Schedule F as applicable but are not listed on Schedule H.

**Statement of Financial Affairs**.  All amounts that remain outstanding to any creditor listed on SOFA 3b or 3c are reflected in Schedule E and F as applicable.  Any creditor wishing to verify any outstanding indebtedness should review those Schedules.

*SOFA 2 – Other Income*.  From time to time, the Debtor may have de minimis income from sources other than the operation of business that will not appear on SOFA 2.

*SOFA 7 - Gifts*.  The Debtors have listed gifts according to the legal entity making the disbursement, however, in certain instances, such disbursement is made on behalf of another debtor entity.

*SOFA 10a – Other Transfers*.  In response to Statement Question 10a, the Debtors have listed many transactions that they believe to be ordinary course, but have nonetheless disclosed them out of an abundance of caution.

*SOFA 11 – Closed Financial Accounts*. Certain financial instruments were sold during the applicable period and have been listed in response to Statement Question 2 for Tribune Company.

*SOFA 14 – Property Held for Others*.  In the ordinary course of business and in accordance with industry custom, certain Debtors retain a significant amount of ink, newsprint and other materials which are owned by the Debtors' customers or vendors. Such a Debtor generally agrees to pay its vendors if and when such raw materials are actually used by the Debtor, as determined by periodic reconciliation of such amounts between such vendors and the Debtor.

All of the Debtors newspapers hold preprinted inserts provided by customers which are awaiting insertion by the Company into its products.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
_____ District Of Delaware_____

In re   KTLA, Inc._____,                      Case No. 08-13183_____
                    Debtor

                                                             Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $         0.00 | | |
| B - Personal Property | | 12 | $ 1,111,113,738.07 | | |
| C - Property Claimed as Exempt | | 1 | | | |
| D - Creditors Holding Secured Claims | | 1 | | $         0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 4 | | $         0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 50 | | $     563,908,577.01 | |
| G - Executory Contracts and Unexpired Leases | | 10 | | | |
| H - Codebtors | | 4 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $       N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $       N/A |
| TOTAL | | 83 | $ 1,111,113,738.07 | $     563,908,577.01 | |

B6A (Official Form 6A) (12/07)

In re   KTLA, Inc._____ ,                    Case No.   08-13183_____
                    **Debtor**                                                                        **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | Total ► $ 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **KTLA, Inc.**_____,          Case No._08-13183_____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 100900 - Petty Cash | | $5,169.47 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached rider | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) – Cont.

In re  KTLA, Inc.                                          ,                    Case No. 08-13183
                    **Debtor**                                                                          **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached rider | | $1,031,090,455.58 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  **KTLA, Inc.**                                                     ,                    Case No. **08-13183**
                          **Debtor**                                                                                                  **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Copyrights Royalties Tribunal | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | See attached rider | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | See attached rider | | $55,696,257.68 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See attached rider | | $549,217.92 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | See attached rider | | $644,794.43 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached rider | | $7,746,888.88 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) – Cont.**

In re  KTLA, Inc.                                    ,                    Case No. 08-13183
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | See attached rider | | $15,380,954.11 |

                                    3        continuation sheets attached        Total ▶

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

$  1,111,113,738.07

**In re: KTLA Inc.**                                                                                      **Case No. 08-13183**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.2 -  Bank Accounts**

| BANK | ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER | BALANCE |
|------|---------|--------------|----------------|---------|
| Bank of America | 135 S. LaSalle Street Chicago, IL 60603 | Receivables Facility - Lockbox | *******161 | $0.00 |

|  | **Total** | **$0.00** |

**In re: KTLA Inc.**                                                                                                    **Case No. 08-13182**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.16 - Accounts Receivable**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 102000 - Advertising Receivable | $20,519,172.72 |
| 102099 - Securitized Receivables | ($20,519,172.72) |
| 102470 - A/R Trade Agreements | $393,105.00 |
| 102900 - Biweekly with a Lag Advance | $4,155.18 |
| 102700 - Other A/R | $611,829.96 |
| 103000 - Allowance for Bad Debts | ($638,729.88) |
| 103010 - Allowance for Sales Returns | ($84,537.58) |
| Intercompany Receivable from Channel 40, Inc. | $105,755.93 |
| Intercompany Receivable from Chicagland Television News, Inc. | $51,292.85 |
| Intercompany Receivable from Forum Publishing Group, Inc. | $5.28 |
| Intercompany Receivable from KPLR, Inc. | $52,417.65 |
| Intercompany Receivable from KSWB, Inc. | $273,991.61 |
| Intercompany Receivable from KWGN, Inc. | $9,903.66 |
| Intercompany Receivable from LA Times Communications LLC | $6,296,812.60 |
| Intercompany Receivable from Sun-Sentinel Company | $1,720.77 |
| Intercompany Receivable from The Hartford Courant Company | $1,639.99 |
| Intercompany Receivable from Tower Distribution Company | $14,081.11 |
| Intercompany Receivable from Tribune California Properties, Inc. | $21,442,487.87 |
| Intercompany Receivable from Tribune Company | $1,000,043,235.40 |
| Intercompany Receivable from Tribune Entertainment Company | $1,475,066.38 |
| Intercompany Receivable from Tribune ND, Inc. | $485.77 |
| Intercompany Receivable from Tribune Television Holdings, Inc. | $341.80 |
| Intercompany Receivable from Tribune Television New Orleans, Inc. | $147,068.15 |
| Intercompany Receivable from Tribune Television Northwest, Inc. | $64,411.47 |
| Intercompany Receivable from WGN Continental Broadcasting Company | $506,775.47 |
| Intercompany Receivable from WPIX, Inc. | $317,139.14 |

**Total:**   $1,031,090,455.58

**In re: KTLA Inc.**                                                                                    **Case No. 08-13183**

### SCHEDULE B -PERSONAL PROPERTY
#### Rider B.22 - Patents, copyrights, and other intellectual property

| U.S. Trademark | Serial No. | Application Date | Value | Owner |
|---|---|---|---|---|
| KTLA | 3305712 | 10/9/2007 | | KTLA Inc. |
| WHERE LA LIVES. | 3079649 | 4/11/2006 | | KTLA Inc. |
| KTLATINO | 3558068 | 1/6/2009 | | KTLA Inc. |

| Domain Name | Value | Owner |
|---|---|---|
| 244622.COM | Undetermined | KTLA Inc. |
| BREAKINGNEWSCALIFORNIA.COM | Undetermined | KTLA Inc. |
| BREAKINGNEWSLA.COM | Undetermined | KTLA Inc. |
| CWLOSANGELES.COM | Undetermined | KTLA Inc. |
| KTLA.COM | Undetermined | KTLA Inc. |
| KTLA.MOBI | Undetermined | KTLA Inc. |
| KTLACW.COM | Undetermined | KTLA Inc. |
| KTLALATINO.COM | Undetermined | KTLA Inc. |
| KTLANEWSBLOG.COM | Undetermined | KTLA Inc. |
| KTLATINO.COM | Undetermined | KTLA Inc. |
| KTLATINO.NET | Undetermined | KTLA Inc. |
| KTLATINO.ORG | Undetermined | KTLA Inc. |
| KTLATINO.TV | Undetermined | KTLA Inc. |
| KTLATV.COM | Undetermined | KTLA Inc. |
| LOSANGELESCW.COM | Undetermined | KTLA Inc. |
| PETERFORPRESIDENT.COM | Undetermined | KTLA Inc. |
| PETERFORPRESIDENT.NET | Undetermined | KTLA Inc. |
| WHEREALIVES.COM | Undetermined | KTLA Inc. |
| WHEREALIVES.NET | Undetermined | KTLA Inc. |

**In re: KTLA Inc.**                                                                      **Case No. 08-13182**

### SCHEDULE B - PERSONAL PROPERTY
**Rider B.23 - Licenses, franchises and general intangibles**

| DESCRIPTION | Net Book Value |
|---|---|
| 143050 - Software | $759,893.36 |
| 148090 - Accum Depr-Software | ($689,635.68) |
| 152515 - Intang - FCC License | $55,626,000.00 |

|  |  |
|---|---|
| **Total:** | **$55,696,257.68** |

**In re: KTLA Inc.**                                                                       **Case No. 08-13182**

### SCHEDULE B - PERSONAL PROPERTY
#### Rider B.25 - Automobiles and other vehicles

| DESCRIPTION | Net Book Value |
|---|---|
| 143090 - Autos | $1,302,840.66 |
| 143100 - Trucks | $732,730.44 |
| 148120 - Accum Depr - Autos | ($1,160,433.12) |
| 148125 - Accum Deprec - Trucks | ($325,920.06) |
| **Total** | **$549,217.92** |

**In re: KTLA Inc.**                                                                                    **Case No. 08-13182**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.28 - Office equipment, furnishings and supplies**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 143030 - Office Equipment | $79,276.46 |
| 143040 - Computer Equipment | $3,527,348.96 |
| 145000 - Furniture & Fixtures | $819,344.37 |
| 148040 - Accum Depr-Furniture & Fixture | ($777,783.66) |
| 148050 - Accum Depr-Office Equipment | ($76,958.29) |
| 148060 - Accum Depr-Comp Equipment | ($2,926,433.41) |
| **Total:** | $644,794.43 |

**In re: KTLA Inc.**                                                                    **Case No. 08-13182**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.29 - Machinery, fixtures, equipment and supplies used in business**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 143000 - Machinery and Equipment | $381,609.12 |
| 143010 - Production Equipment | $41,372,957.32 |
| 143120 - Other Equipment | $4,056.93 |
| 147000 - CIP | $1,702,175.20 |
| 148020 - Accum Depr-Machinery&/Equip | ($350,318.74) |
| 148030 - Accum Depr-Production Equip | ($35,363,386.14) |
| 148080 - Accum Depr-Other Equip | ($204.81) |

**Total:**    **$7,746,888.88**

**In re: KTLA Inc.**                                                                                                    **Case No. 08-13182**

**SCHEDULE B -PERSONAL PROPERTY**
**Rider B.35 - Other personal property of any kind**

| DESCRIPTION | NET BOOK VALUE |
|---|---|
| 106000 - Prepaid Expenses | $222,015.21 |
| 106055 - Prepaid Production | $199,236.27 |
| 106070 - Prepaid Rent/Leases | $3,264,214.81 |
| 120110 - Animation & Music/Capitalizatn | $0.00 |
| 142000 - Building/Leaseholds | $7,111,648.77 |
| 142020 - Building Improvements | $369,180.95 |
| 148010 - Accum Depr-Bldg/Improvements | ($5,948,607.82) |
| 148018 - Accum Depr-Bldg Improvements | ($55,580.23) |
| 156070 - Other Long Term Assets | $10,218,846.15 |

**Total:** **$15,380,954.11**

**B6C (Official Form 6C) (12/07)**

In re  **KTLA, Inc.**                                      ,          Case No.  **08-13183**
                    **Debtor**                                                                (If known)

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| None | | | |

B6D (Official Form 6D) (12/07)

In re __KTLA, Inc._____,        Case No. __08-13183_____
                     **Debtor**                                                         **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Barclays Bank PLC, as Administrative Agent<br>200 Park Ave, 5th Floor<br>New York, NY 10166 | | | Secretary of State of California UCC Filing Statement number 08-7164397833 dated 07/07/2008 | X | X | X | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO.<br><br>US Express Leasing, Inc.<br>300 Lanidex Plaza<br>Parsippany, NJ 07054-2797 | | | Secretary of State of California UCC Filing Statement number 08-7161118922 dated 06/11/2008 | X | X | X | Undetermined | Undetermined |
| | | | VALUE $ Undetermined | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | | | | | | |
| | | | VALUE $ | | | | | |

_0_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal ▶<br>(Total of this page) | $ 0.00 | $0.00 |
| Total ▶<br>(Use only on last page) | $ 0.00 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (12/07)

In re  KTLA, Inc._____,        Case No. 08-13183_____
                          **Debtor**                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re **KTLA, Inc.**_____,          Case No. **08-13183**_____
                              **Debtor**                                                              **(if known)**

   ☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

   ☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

   ☒   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

   ☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

   ☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment**.**


    **_1_  continuation sheets attached**

**B6E (Official Form 6E) (12/07) – Cont.**

In re  KTLA, Inc.                                      ,          Case No.   08-13183
_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>    Type of Priority for Claims Listed on This Sheet    </u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>See attached rider E: Creditors Holding Unsecured Priority Claims | | | | | X | | Undetermined | Undetermined | Undetermined |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 |

| | |
|---|---|
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ 0.00 | $ 0.00 |

In re: KTLA Inc.

Case No. 08-13182

**Schedule E**
**Creditors Holding Unsecured Priority Claims**

| Creditor's Name, Mailing Address including Zip Code, and Account Number | Codebtor | Husband, Wife, Joint, or Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount Not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF PASADENA DEPARTMENT OF FINANCE 100 NORTH GARFIELD AVENUE PASADENA, CA 91109-7215 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| INTERNAL REVENUE SERVICE PO BOX 970030 ST LOUIS, MO 63197 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| LOS ANGELES COUNTY TAX COLLECTOR P O BOX 54018 LOS ANGELES, CA 90054-0018 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| STATE BOARD OF EQUALIZATION PO BOX 942879 FUEL TAXES DIVISION SACRAMENTO, CA 94279-6151 | | | TAXING AUTHORITY | | X | | UNDETERMINED | UNDETERMINED | UNDETERMINED |

Page 1 of 1

B6F (Official Form 6F) (12/07)

In re **KTLA, Inc.** _____,    Case No. **08-13183** _____
           Debtor                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>'KTLA – Newsroom AFTRA Health and Retirement Plan | | | Employee Health and Retirement Plan | | X | | Undetermined |
| ACCOUNT NO.<br><br>'KTLA-TEC Electricians Motion Picture Association Pension Plan | | | Employee Pension Plan | | X | | Undetermined |
| ACCOUNT NO.<br><br>AAA FLAG AND BANNER MFG CO INC<br>712 NORTH LA BREA<br>HOLLYWOOD, CA 90038 | | | General Trade Payable | | | | $64.95 |
| ACCOUNT NO.<br><br>ACADEMY OF TELEVISION ARTS &<br>5220 LANKERSHIM BLVD<br>NORTH HOLLYWOOD, CA 91601 | | | General Trade Payable | | | | $1,950.00 |

  40  continuation sheets attached

Subtotal ▶   $ 2,014.95

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                              ,              Case No.   08-13183
            **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ACEY DECY EQUIPMENT CO INC<br>5420 VINELAND AVENUE<br>N HOLLYWOOD, CA 91601 | | | General Trade Payable | | | | $805.20 |
| ACCOUNT NO.<br>ACEY DECY EQUIPMENT CO INC<br>200 PARKSIDE DR<br>SAN FERNANDO, CA 91340 | | | General Trade Payable | | | | $1,235.00 |
| ACCOUNT NO.<br>ADMINISTRATIVE SERV CO OP<br>2129 W ROSECRANS AVENUE<br>GARDENA, CA 90249 | | | General Trade Payable | | | | $1,017.68 |
| ACCOUNT NO.<br>AEG TELEWORKS<br>2740 CALIFORNIA STREET<br>TORRANCE, CA 90503 | | | General Trade Payable | | | | $17,075.00 |
| ACCOUNT NO.<br>AIRGAS WEST INC<br>PO BOX 7423<br>PASADENA, CA 91109-7423 | | | General Trade Payable | | | | $27.30 |

Sheet no.  1  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 20,160.18

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                      ,                Case No.   08-13183
                    **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN MESSAGING SERVICES LLC<br>PO BOX 5749<br>CAROL STREAM, IL 60197-5749 | | | General Trade Payable | | | | $19.72 |
| ACCOUNT NO.<br><br>AMERICAN TOWER CORPORATION<br>PO BOX 30000 DEPT 5305<br>HARTFORD, CT 06150-5305 | | | General Trade Payable | | | | $5,799.18 |
| ACCOUNT NO.<br><br>ANDREWS INTERNATIONAL INC<br>FILE 51018<br>LOS ANGELES, CA 90074-1018 | | | General Trade Payable | | | | $439.20 |
| ACCOUNT NO.<br><br>ANGELES CREST SERVICE<br>PO BOX 11<br>LARRY LOPEZ<br>MT WILSON, CA 91023 | | | General Trade Payable | | | | $4,618.50 |
| ACCOUNT NO.<br><br>APPLICANT INSIGHT LIMITED INC<br>PO BOX 458<br>NEW PORT RICHEY, FL 34656-0458 | | | General Trade Payable | | | | $198.80 |

Sheet no. _2_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 11,075.40

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                        ,          Case No.   08-13183
                    **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ARC HOLDING LTD<br>FILE 55652<br>LOS ANGELES, CA 90074-5652 | | | General Trade Payable | | | | $3,850.00 |
| ACCOUNT NO.<br><br>ASSOCIATED PRESS<br>BROADCAST<br>PO BOX 414212<br>BOSTON, MA 02241-4212 | | | General Trade Payable | | | | $26,604.08 |
| ACCOUNT NO.<br><br>AT&T<br>TELECONFERENCE SERVICES<br>PO BOX 2840<br>OMAHA, NE 68103-2840 | | | General Trade Payable | | | | $58.25 |
| ACCOUNT NO.<br><br>AT&T<br>PAYMENT CENTER<br>SACRAMENTO, CA 95887-0001 | | | General Trade Payable | | | | $62,772.42 |
| ACCOUNT NO.<br><br>AT&T<br>PO BOX 78225<br>PHOENIX, AZ 85062-8225 | | | General Trade Payable | | | | $132.74 |

Sheet no. _3_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 93,417.49

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                          ,                     Case No.   08-13183
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AT&T<br>DCS ACCOUNT<br>PO BOX 78225<br>PHOENIX, AZ 85062-8225 | | | General Trade Payable | | | | $17.98 |
| ACCOUNT NO.<br><br>AT&T<br>SDN ACCOUNT<br>PO BOX 78214<br>PHOENIX, AZ 85062-8214 | | | General Trade Payable | | | | $5,899.71 |
| ACCOUNT NO.<br><br>AUDIO IMPLEMENTS<br>1703 PEARL STREET<br>WAUKESHA, WI 53186 | | | General Trade Payable | | | | $90.58 |
| ACCOUNT NO.<br><br>AVALON TRANSPORTATION LLC<br>ONE CIVIC PLAZA DRIVE  #100<br>CARSON, CA 90745 | | | General Trade Payable | | | | $1,127.12 |
| ACCOUNT NO.<br><br>BACKLOT PRODUCTIONS INC<br>1149 NORTH GOWER  SUITE 291<br>HOLLYWOOD, CA 90036 | | | General Trade Payable | | | | $3,600.00 |

Sheet no.  4  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 10,735.39

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) – Cont.**

In re  KTLA, Inc._____,          Case No._08-13183_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BARRY FIALK INC<br>40 STERLING COURT<br>METUCHEN, NJ 08840-1514 | | | General Trade Payable | | | | $10,881.53 |
| ACCOUNT NO.<br><br>BILL'S WELDING & CRANE SERVICES<br>16166 SIERRA HWY<br>CANYON COUNTRY, CA 91390 | | | General Trade Payable | | | | $540.00 |
| ACCOUNT NO.<br><br>BLACK JOURNALISTS ASSOCIATION<br>P O BOX 75129<br>LOS ANGELES, CA 90075 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>BUENA VISTA TELEVISION<br>BANK OF AMERICA FILE 56582<br>REMITTANCE BANKING GROUND FLR<br>1000 W TEMPLE ST<br>LOS ANGELES, CA 90074-6582 | | | General Trade Payable | | | | $1,663,440.84 |

Sheet no. _5_of_40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 1,676,362.37

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,       Case No._**08-13183**_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BURT I WEINER ASSOCIATES CORP<br>PO BOX 3491<br>GLENDALE, CA 91221-0491 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>BUSINESS WIRE INC<br>44 MONTGOMERY STREET  SUITE 3900<br>SAN FRANCISCO, CA 94104 | | | General Trade Payable | | | | $210.00 |
| ACCOUNT NO.<br><br>C E S D TALENT AGENCY<br>10635 SANTA MONICA BLVD No.135<br>LOS ANGELES, CA 90025 | | | General Trade Payable | | | | $750.00 |
| ACCOUNT NO.<br><br>CALIFORNIA STATE BOARD OF EQUALIZATION<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0001 | | | General Trade Payable | | | | $86.22 |
| ACCOUNT NO.<br><br>CAPTION COLORADO LLC<br>5690 DTC BLVD      STE 500 W<br>GREENWOOD VILLAGE, CO 80111 | | | General Trade Payable | | | | $34,805.86 |

Sheet no._6_of_40_continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 35,952.08

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                    ,          Case No.   08-13183
                              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CARDINAL LITHOGRAPH COMPANY<br>742 E WASHINGTON BLVD<br>LOS ANGELES, CA 90021 | | | General Trade Payable | | | | $2,885.96 |
| ACCOUNT NO.<br><br>CASE,TROY<br>650 TAMARACK AVE<br>No.1707<br>BREA, CA 92821 | | | General Trade Payable | | | | $175.00 |
| ACCOUNT NO.<br><br>CASPER, JOHN W.<br>DBA CASPERNEWS SERVICE<br>2646 CORYDON AVE<br>NORCO, CA 92860 | | | General Trade Payable | | | | $160.00 |
| ACCOUNT NO.<br><br>CASTLEROCK ENVRONMENTAL INC<br>12041 MORA DRIVE<br>SANTA FE SPRINGS, CA 90670 | | | General Trade Payable | | | | $3,750.00 |
| ACCOUNT NO.<br><br>CBS PARAMOUNT DOMESTIC TV<br>PO BOX 70642<br>CHICAGO, IL 60673-0642 | | | General Trade Payable | | | | $2,000.00 |

Sheet no.  7  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 8,970.96

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,          Case No.  **08-13183**_____
                         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CEARLEY, CLINT <br> PETTY CASH CUSTODIAN <br> 5800 SUNSET BLVD <br> LOS ANGELES, CA 90028 | | | General Trade Payable | | | | $233.55 |
| ACCOUNT NO. <br><br> CHOICEPOINT PUBLIC RECORDS INC <br> PO BOX 945664 <br> ATLANTA, GA 30394-5664 | | | General Trade Payable | | | | $583.00 |
| ACCOUNT NO. <br><br> CITY NEWS SERVICE INC <br> 11400 W OLYMPIC BLVD    STE 780 <br> LOS ANGELES, CA 90064 | | | General Trade Payable | | | | $3,093.67 |
| ACCOUNT NO. <br><br> CITY OF LOS ANGELES <br> PARKING VIOLATIONS BUREAU <br> P O BOX 30420 <br> LOS ANGELES, CA 90030-0420 | | | General Trade Payable | | | | $90.00 |
| ACCOUNT NO. <br><br> CITY OF WEST HOLLYWOOD <br> PO BOX 51852 <br> LOS ANGELES, CA 90050-6152 | | | General Trade Payable | | | | $130.00 |

Sheet no. _8_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 4,130.22

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,         Case No.__**08-13183**_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CLEAR CHANNEL WORLDWIDE<br>KFI AM<br>FILE 56107<br>LOS ANGELES, CA 90074-6107 | | | General Trade Payable | | | | $24,150.00 |
| ACCOUNT NO.<br><br>CLEAR CHANNEL WORLDWIDE<br>KBIG FM<br>FILE 56504<br>LOS ANGELES, CA 90074-6504 | | | General Trade Payable | | | | $15,450.00 |
| ACCOUNT NO.<br><br>CLEAR CHANNEL WORLDWIDE<br>KOST FM<br>FILE 56711<br>LOS ANGELES, CA 90074-6711 | | | General Trade Payable | | | | $24,300.00 |
| ACCOUNT NO.<br><br>CNN NEWSOURCE SALES<br>PO BOX 532455<br>ATLANTA, GA 30353-2455 | | | General Trade Payable | | | | $71,360.36 |
| ACCOUNT NO.<br><br>COMTEL PRO MEDIA<br>2201 NORTH HOLLYWOOD WAY<br>BURBANK, CA 91505 | | | General Trade Payable | | | | $351.77 |

Sheet no. _9_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 135,612.13

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc._____,            Case No._08-13183_____
        **Debtor**                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COX MEDIA<br>ORANGE COUNTY<br>FILE 50488<br>LOS ANGELES, CA 90074 | | | General Trade Payable | | | | $110,816.59 |
| ACCOUNT NO.<br><br>CRAVENS, ROBIN R<br>403 S ALLEGHENY AVENUE<br>TULSA, OK 74112 | | | General Trade Payable | | | | $577.00 |
| ACCOUNT NO.<br><br>DALLAS BASKETBALL LIMITED<br>DBA DALLAS MAVERICKS<br>2909 TAYLOR STREET<br>DALLAS, TX 75226 | | | General Trade Payable | | | | $24,778.00 |
| ACCOUNT NO.<br><br>DARROW HEATING & AIR<br>CONDITIONING CORP<br>11944 VALERIO STREET<br>N HOLLYWOOD, CA 91605 | | | General Trade Payable | | | | $1,248.69 |
| ACCOUNT NO.<br><br>DAVES FLOWERS & GIFT<br>BASKETS<br>4738 HOLLYWOOD BLVD<br>LOS ANGELES, CA 90027 | | | General Trade Payable | | | | $88.71 |

Sheet no. _10_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 137,508.99

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc._____,          Case No.  08-13183_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DAY WIRELESS SYSTEMS<br>PO BOX 22949<br>MILWAUKIE, OR 97269 | | | General Trade Payable | | | | $101.59 |
| ACCOUNT NO.<br><br>DGFASTCHANNEL INC<br>PO BOX 951392<br>DALLAS, TX 75395-1392 | | | General Trade Payable | | | | $546.00 |
| ACCOUNT NO.<br><br>DHL EXPRESS USA INC<br>PO BOX 60000    FILE 30692<br>SAN FRANCISCO, CA 94160 | | | General Trade Payable | | | | $229.09 |
| ACCOUNT NO.<br><br>DIELECTRIC COMMUNICATIONS<br>PO BOX 277883<br>ATLANTA, GA 30384-7883 | | | General Trade Payable | | | | $63,851.44 |
| ACCOUNT NO.<br><br>DIXIE DIESEL & ELECTRIC INC<br>11552 E WASHINGTON BLVD,<br>UNIT EE<br>WHITTIER, CA 90606 | | | General Trade Payable | | | | $2,205.00 |

Sheet no.  _11_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 66,933.12

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,          Case No.  **08-13183**_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DRIVEN MEDIA COMMUNICATIONS<br>41663 DATE STREET  SUITE 201<br>MURRIETA, CA 92562 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>DU TREIL LUNDIN & RACKLEY INC<br>201 FLETCHER AVE<br>SARASOTA, FL 34237-6019 | | | General Trade Payable | | | | $1,500.00 |
| ACCOUNT NO.<br><br>DYNAMIC RESPONSE GROUP, INC<br>4770 BISCAYNE BLVD STE 780<br>MIAMI, FL 33137 | | | General Trade Payable | | | | $816.00 |
| ACCOUNT NO.<br><br>E2V TECHNOLOGIES INC<br>4 WESTCHESTER PLZA<br>ELMSFORD, NY 10523 | | | General Trade Payable | | | | $3,138.17 |
| ACCOUNT NO.<br><br>EBEID, PHILLIP<br>29122 CORALES PLACE<br>CANYON COUNTRY, CA 91387 | | | General Trade Payable | | | | $1,500.00 |

Sheet no. _12_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 8,454.17

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **KTLA, Inc.**_____,                    Case No.  **08-13183**_____
                    **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>EMERGENCY POWER CONTROLS INC<br>PO BOX 545<br>YORBA LINDA, CA 92686 | | | General Trade Payable | | | | $16,476.00 |
| ACCOUNT NO.<br><br>ERNST & YOUNG LLP<br>BANK OF AMERICA-CHIC 96550<br>PO BOX 96550<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $2,956.52 |
| ACCOUNT NO.<br><br>EVERYTHING NET INC<br>27501 BOOTHILL CT<br>LAGUNA HILLS, CA 92653 | | | General Trade Payable | | | | $6,550.00 |
| ACCOUNT NO.<br><br>FEARLESS UNITED INC<br>F/S/O ROSS KING<br>3087 HOLLYRIDGE DRIVE<br>LOS ANGELES, CA 90068 | | | General Trade Payable | | | | $591.50 |
| ACCOUNT NO.<br><br>FEDEX<br>PO BOX 7221<br>PASADENA, CA 91109-7321 | | | General Trade Payable | | | | $50.83 |

Sheet no. _13_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 26,624.85

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**                                                    ,          Case No.  **08-13183**
                    **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  FIRST IN VIDEO PRODUCTIONS BRAD MACK PO BOX 58301 VERNON, CA 90058 | | | General Trade Payable | | | | $450.00 |
| ACCOUNT NO.  FLYING LION PRODUCTIONS PO BOX 90364 CITY OF INDUSTRY, CA 91715-0364 | | | General Trade Payable | | | | $155.00 |
| ACCOUNT NO.  FOCAL POINT VIDEO NEWS SERVICE PO BOX 2704 GARDEN GROVE, CA 92842 | | | General Trade Payable | | | | $310.00 |
| ACCOUNT NO.  GAME CREEK VIDEO 23 EXECUTIVE DR HUDSON, NH 03051 | | | General Trade Payable | | | | $9,630.00 |

Sheet no. __14_ of __40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 10,545.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                    ,                    Case No.  08-13183
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GREENSCAPES INC <br> A GROWING COMPANY <br> 1721 ROGERS PLACE <br> UNIT 49J <br> BURBANK, CA 91504 | | | General Trade Payable | | | | $356.60 |
| ACCOUNT NO. <br><br> HAMMETT & EDISON INC <br> P O BOX 280068 <br> SAN FRANCISCO, CA 94128 | | | General Trade Payable | | | | $4,424.45 |
| ACCOUNT NO. <br><br> HARRIS CORP <br> BROADCAST COMMUNICATIONS <br> DIVISION <br> PO BOX 96776 <br> CHICAGO, IL 60693 | | | General Trade Payable | | | | $4,105.25 |
| ACCOUNT NO. <br><br> HARRIS CORPORATION <br> BROADCAST <br> PO BOX 96776 <br> CHICAGO, IL 60693 | | | General Trade Payable | | | | $3,037.84 |

Sheet no.  15  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 11,924.14

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,          Case No.  **08-13183**_____
                   **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HARTT TROPHY AND ENGRAVING<br>620 NORTH LARCHMONT BLVD<br>LOS ANGELES, CA 90004 | | | General Trade Payable | | | | $20.03 |
| ACCOUNT NO.<br><br>HAYES, JERRY D<br>409 WEST MADISON<br>PURCELL, OK 73080 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO.<br><br>HELINET AVIATION SERVICES LLC<br>PO BOX 100702<br>PASADENA, CA 91189-0702 | | | General Trade Payable | | | | $283,590.98 |
| ACCOUNT NO.<br><br>HOLDEN PRODUCTION GROUP<br>5048 ADDISON CIRCLE<br>ADDISON, TX 75001 | | | General Trade Payable | | | | $11,290.32 |
| ACCOUNT NO.<br><br>HOLLYWOOD HEALTH CENTER<br>1462 NORTH VINE STREET<br>HOLLYWOOD, CA 90028 | | | General Trade Payable | | | | $60.00 |

Sheet no. _16_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 295,211.33

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,            Case No. __08-13183_____
              **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOLLYWOOD NEWS CALENDAR<br>PO BOX 55624<br>SHERMAN OAKS, CA 91413-0624 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>HORIZON MEDIA<br>630 THIRD AVENUE 3RD FLOOR<br>NEW YORK, NY 10017 | | | General Trade Payable | | | | $42,525.50 |
| ACCOUNT NO.<br><br>HTN COMMUNICATIONS LLC<br>PO BOX 9020<br>HICKSVILLE, NY 11802 | | | General Trade Payable | | | | $6,455.40 |
| ACCOUNT NO.<br><br>HTN COMMUNICATIONS LLC<br>11 PENN PLAZA   22ND FL<br>NEW YORK, NY 10001 | | | General Trade Payable | | | | $12,465.60 |
| ACCOUNT NO.<br><br>IMPACT<br>PO BOX 71575<br>DES MOINES, IA 50325 | | | General Trade Payable | | | | $752.40 |

Sheet no. __17_ of _40__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 62,298.90

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                          ,          Case No.  08-13183
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INNOVATIVE MEDIA<br>819 EAST SEATTLE PLACE<br>BROKEN ARROW, OK 74012 | | | General Trade Payable | | | | $752.55 |
| ACCOUNT NO.<br><br>INSTADIUM INC<br>566 WEST ADAMS ST     STE 601<br>CHICAGO, IL 60661 | | | General Trade Payable | | | | $15,000.00 |
| ACCOUNT NO.<br><br>INX BUILDING MAINTENANCE SOLUTIONS INC<br>2530 CORPORATE PLACE    STE A100<br>MONTEREY PARK, CA 91754 | | | General Trade Payable | | | | $6,110.63 |
| ACCOUNT NO.<br><br>JOE TO GO<br>5457 CLEON AVENUE<br>NORTH HOLLYWOOD, CA 91601 | | | General Trade Payable | | | | $189.94 |

Sheet no.  18 of  40  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 22,053.12

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,          Case No.___**08-13183**_____
                    **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JOHN RUSSO PHOTOGRAPHY INC 6363 WILSHIRE BLVD STE 419 LOS ANGELES, CA 90048 | | | General Trade Payable | | | | $3,086.32 |
| ACCOUNT NO. JP MORGAN CHASE BANK, NA, as agent ATTN: SHADIA AMINU 1111 FANNIN, 10TH FLOOR HOUSTON, TX 77002 | X | | Guaranty for Senior Facility | X | X | | Undetermined |
| ACCOUNT NO. KAESER AND BLAIR INC 4236 GRISSON DR BATAVIA, OH 45103 | | | General Trade Payable | | | | $417.55 |
| ACCOUNT NO. KELLY SERVICES INC PO BOX 31001-0422 PASADENA, CA 91110-0422 | | | General Trade Payable | | | | $79.70 |

Sheet no. __19_ of __40__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 3,583.57

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                    ,                    Case No.   08-13183
_____                                _____
              **Debtor**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KLIAN, JACK<br>12520 ARISTO PL<br>GRANADA HILLS, CA 91344 | | | General Trade Payable | | | | $1,575.00 |
| ACCOUNT NO.<br><br>KPFF CONSULTING ENGINEERS<br>1601 FIFTH AVE   STE 1600<br>SEATTLE, WA 98101 | | | General Trade Payable | | | | $6,855.00 |
| ACCOUNT NO.<br><br>LA ARENA FUNDING LLC<br>STAPLES CENTER<br>1111 S FIGUEROA ST<br>LOS ANGELES, CA 90015-1306 | | | General Trade Payable | | | | $325.00 |
| ACCOUNT NO.<br><br>LAUGHLIN, GARY LEE<br>518 FAIRWAY DRIVE<br>BROKEN ARROW, OK 74011 | | | General Trade Payable | | | | $873.40 |
| ACCOUNT NO.<br><br>LEVEL 3 COMMUNICATIONS LLC<br>DEPARTMENT 182<br>DENVER, CO 80291-0182 | | | General Trade Payable | | | | $14,285.93 |

Sheet no.  20  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 23,914.33

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **KTLA, Inc.** _____ ,          Case No. **08-13183** _____
               **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LEVY RESTAURANT <br> STAPLE CENTER <br> 1111 S FIGUEROA   STE 1600 <br> LOS ANGELES, CA 90015 | | | General Trade Payable | | | | $1,029.79 |
| ACCOUNT NO. <br><br> LIMOUSINE CONNECTION INC <br> 5118 VINELAND AVENUE <br> NORTH HOLLYWOOD, CA 91601 | | | General Trade Payable | | | | $174.88 |
| ACCOUNT NO. <br><br> LIPPIN GROUP INC <br> 6100 WILSHIRE BLVD     STE 400 <br> LOS ANGELES, CA 90048-5111 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO. <br><br> LOCKARD & WECHSLER <br> 245 EAST OLIVE AVE   2ND FLR <br> BURBANK, CA 91502 | | | General Trade Payable | | | | $425.00 |
| ACCOUNT NO. <br><br> LOKEY, RANDALL L <br> 332 EAST PARKLAND DRIVE <br> YUKON, OK 73099 | | | General Trade Payable | | | | $350.00 |

Sheet no. _21_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 5,479.67

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **KTLA, Inc.**_____,        Case No.__08-13183_____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOS ANGELES CLIPPERS<br>1111 S FIGUEROA No.1100<br>LOS ANGELES, CA 90015 | | | General Trade Payable | | | | $254,032.26 |
| ACCOUNT NO.<br><br>LOS ANGELES DEPT OF WATER BILLINGS, PROJECT AND CLAIMS ROOM 4<br>P O BOX 51212<br>ROOM 450<br>LOS ANGELES, CA 90051-5512 | | | General Trade Payable | | | | $2,000.00 |
| ACCOUNT NO.<br><br>LOS ANGELES LAKERS INC<br>P O BOX 940<br>EL SEGUNDO, CA 90245 | | | General Trade Payable | | | | $448.68 |
| ACCOUNT NO.<br><br>LYNDA COM INC<br>4171 MARKET ST<br>VENTURA, CA 93003 | | | General Trade Payable | | | | $1,800.00 |

Sheet no. __22_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶     $ 258,280.94

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,          Case No. **08-13183**_____
　　　　　　　　　　**Debtor**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAC COSMETICS<br>5482 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $459.19 |
| ACCOUNT NO.<br><br>MANHATTAN PRODUCTION MUSIC<br>355 W 52ND ST<br>6TH FLOOR<br>NEW YORK, NY 10019 | | | General Trade Payable | | | | $3,500.00 |
| ACCOUNT NO.<br><br>MARK CURTIS MEDIA<br>PO BOX 3402<br>DANVILLE, CA 94526-3402 | | | General Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>MARTGOLS MAGIC INC<br>345 N MAPLE DR<br>PARKING LEVEL 2<br>BEVERLY HILLS, CA 90210 | | | General Trade Payable | | | | $1,350.00 |

Sheet no. __23_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 5,459.19

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **KTLA, Inc.**_____,        Case No.__**08-13183**_____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MEDIA PAGE<br>PO BOX 1307<br>CULVER CITY, CA 90232 | | | General Trade Payable | | | | $168.68 |
| ACCOUNT NO.<br><br>MEDIAEDGE CIA<br>PO BOX 2128<br>SECAUCUS, NJ 07094 | | | General Trade Payable | | | | $15,996.70 |
| ACCOUNT NO.<br><br>Merrill Lynch Capital Corp., as Agent<br>ATTN: SHARON HAWKINS<br>LOAN OPERATIONS<br>600 E. LAS COLINAS BLVD.,<br>SUITE 1300<br>IRVING, TX 75039 | X | | Guaranty for Bridge Facility | X | X | | Undetermined |
| ACCOUNT NO.<br><br>METROMEDIA TECHNOLOGIES INC<br>PO BOX 34866<br>NEWARK, NJ 07189-4666 | | | General Trade Payable | | | | $916.15 |

Sheet no. __24__of__40__continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 17,081.53

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re **KTLA, Inc.** ,       Case No. **08-13183**
        **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MOBILE RELAY ASSOCIATES INC <br> 15330 VERMONT AVENUE <br> PO BOX 19 <br> PARAMOUNT, CA 90723 | | | General Trade Payable | | | | $35.56 |
| ACCOUNT NO. <br><br> MOBILE TV GROUP LP <br> 8269 EAST 23RD AVE <br> DENVER, CO 80238 | | | General Trade Payable | | | | $8,786.01 |
| ACCOUNT NO. <br><br> MOTION PICTURE INDUSTRY PENSION & HEALTH PLANS <br> PO BOX 1999 <br> STUDIO CITY, CA 91614-1999 | | | General Trade Payable | | | | $29.10 |
| ACCOUNT NO. <br><br> MOUNT JR, ANTHONY G <br> 422 W JUNIPER DRIVE <br> MUSTANG, OK 73064 | | | General Trade Payable | | | | $200.00 |

Sheet no. _25_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 9,050.67

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc._____,          Case No.__08-13183_____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MOUNT WILSON FIRE SAFE COUNCIL<br>609 NORTH MONTEREY STREET<br>ALHAMBRA, CA 91801 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>NAB<br>PO BOX 1474<br>WASHINGTON, DC 20013-1474 | | | General Trade Payable | | | | $4,081.94 |
| ACCOUNT NO.<br><br>NATIONAL MOBILE TELEVISION<br>2740 CALIFORNIA ST<br>TORRANCE, CA 90503 | | | General Trade Payable | | | | $17,075.00 |
| ACCOUNT NO.<br><br>NESTLE WATERS NORTH AMERICA INC<br>ZEPHYRHILLS<br>PO BOX 856680<br>LOUISVILLE, KY 40285-6880 | | | General Trade Payable | | | | $213.47 |

Sheet no. _26_of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 21,470.41

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc._____ ,        Case No.  08-13183_____
              **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NEW COFFEE IN TOWN<br>1755 N ALEXANDRIA<br>HOLLYWOOD, CA 90027 | | | General Trade Payable | | | | $745.00 |
| ACCOUNT NO.<br><br>NEW ENGLAND CABLE NEWS<br>160 WELLS AVENUE<br>NEWTON, MA 02459 | | | General Trade Payable | | | | $135.00 |
| ACCOUNT NO.<br><br>NEW LINE CINEMA<br>PO BOX 27376<br>NEW YORK, NY 07188-7376 | | | General Trade Payable | | | | $9,750.00 |
| ACCOUNT NO.<br><br>NEWSREEL<br>11271 VENTURA BLVD No.601<br>STUDIO CITY, CA 91604 | | | General Trade Payable | | | | $2,100.00 |
| ACCOUNT NO.<br><br>NICKEY PETROLEUM CO<br>P O BOX 669<br>ATWOOD, CA 92811 | | | General Trade Payable | | | | $1,289.23 |

Sheet no. _27_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 14,019.23

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc. _____ ,        Case No.  08-13183 _____
            **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NIELSEN MEDIA RESEARCH INC<br>PO BOX 88961<br>CHICAGO, IL 60695-8961 | | | General Trade Payable | | | | $2,082.90 |
| ACCOUNT NO.<br><br>NIELSEN MEDIA RESEARCH INC<br>PO BOX 532453<br>ATLANTA, GA 30353-2453 | | | General Trade Payable | | | | $1,320.99 |
| ACCOUNT NO.<br><br>NOKIA THEATRE<br>1111 SOUTH FIGUEROA STREET<br>SUITE 3100<br>LOS ANGELES, CA 90015 | | | General Trade Payable | | | | $184.14 |
| ACCOUNT NO.<br><br>NOW MESSENGER SERVICE<br>2906 W MAGNOLIA BLVD<br>BURBANK, CA 91505 | | | General Trade Payable | | | | $36.25 |
| ACCOUNT NO.<br><br>ON SCENE VIDEO PRODUCTIONS<br>PO BOX 17836<br>LONG BEACH, CA 90807-7836 | | | General Trade Payable | | | | $2,800.00 |

Sheet no. _28_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 6,424.28

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.** _____ ,          Case No.  **08-13183** _____
                           **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ONE DOMAIN INC<br>2820 COLUMBIANA RD<br>SUITE 210<br>BIRMINGHAM, AL 35216 | | | General Trade Payable | | | | $2,733.06 |
| ACCOUNT NO.<br><br>PACIFIC TELEVISION CENTER INC<br>3440 MOTOR AVENUE<br>LOS ANGELES, CA 90034-4017 | | | General Trade Payable | | | | $802.50 |
| ACCOUNT NO.<br><br>PENNER, DAN<br>7102 WEST 191ST STREET S<br>MOUNDS, OK 74047 | | | General Trade Payable | | | | $745.10 |
| ACCOUNT NO.<br><br>PINNACLE TOWERS LLC<br>PO BOX 409250<br>ATLANTA, GA 30384-9250 | | | General Trade Payable | | | | $249.42 |
| ACCOUNT NO.<br><br>POITRAS, STEVEN SCOTT<br>1138 DRURY ROAD<br>BERKELEY, CA 94705 | | | General Trade Payable | | | | $2,509.06 |

Sheet no. __29_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 7,039.14

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                    ,          Case No.  08-13183
        **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PREFERRED MEDIA INC <br> 2929 FLOYD STREET <br> BURBANK, CA 91504 | | | General Trade Payable | | | | $323.50 |
| ACCOUNT NO. <br><br> QUASARANO,JOE <br> 10861 WICKS ST. <br> SHADOW HILLS, CA 91040 | | | General Trade Payable | | | | $10,104.39 |
| ACCOUNT NO. <br><br> QUINTON, RICHARD A <br> 10707 EAST 115TH STREET SOUTH <br> BIXBY, OK 74008 | | | General Trade Payable | | | | $585.40 |
| ACCOUNT NO. <br><br> RINEHART, MITCH <br> 20345 VIA LAS VILLAS <br> YORBA LINDA, CA 92887 | | | General Trade Payable | | | | $1,400.00 |
| ACCOUNT NO. <br><br> RMG NEWS SERVICES <br> PO BOX 17836 <br> LONG BEACH, CA 90807-7836 | | | General Trade Payable | | | | $1,050.00 |

Sheet no.  30  of  40  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 13,463.29

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.
                                                    ,                    Case No.   08-13183
                         **Debtor**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ROYCE MULTIMEDIA INC <br> 17500 RED HILL AVE    STE 160 <br> IRVINE, CA 92614 | | | General Trade Payable | | | | $10,000.00 |
| ACCOUNT NO. <br><br> SCARBOROUGH RESEARCH CORP <br> PO BOX 88990 <br> CHICAGO, IL 60695-1990 | | | General Trade Payable | | | | $5,914.16 |
| ACCOUNT NO. <br><br> SEABORN GRIP & ELECTRIC INC <br> PO BOX 691041 <br> TULSA, OK 74169 | | | General Trade Payable | | | | $551.63 |
| ACCOUNT NO. <br><br> See attached rider - Unclaimed Checks | | | Unclaimed Checks | | | | $21,284.99 |
| ACCOUNT NO. <br><br> See attached rider: Benefits Continuation | | | Benefits Continuation | | X | | Undetermined |

Sheet no.   31  of   40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 37,750.78

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,        Case No.__08-13183_____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>See attached rider: Intercompany Claims | | | Intercompany claims | | | | $550,857,101.52 |
| ACCOUNT NO.<br><br>See attached rider: Letter Agreements | | | Letter Agreements | | X | | $3,152,017.32 |
| ACCOUNT NO.<br><br>See attached rider: Other Compensation Plans | | | Other Compensation Plans | X | X | | Undetermined |
| ACCOUNT NO.<br><br>See attached rider: Potential Indemnification Obligations | | | Potential Indemnification Obligation | | | | |
| ACCOUNT NO.<br><br>See attached rider: Schedule F Litigation | | | Litigation | X | X | X | Undetermined |

Sheet no. _32_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 554,009,118.84

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc. _____,        Case No. __08-13183_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SENNHEISER ELECTRONICS CORP<br>ONE ENTERPRISE DRIVE<br>OLD LYME, CT 06371 | | | General Trade Payable | | | | $272.30 |
| ACCOUNT NO.<br><br>SKYTERRA LP<br>PO BOX 791199<br>BALTIMORE, MD 21279-1199 | | | General Trade Payable | | | | $636.61 |
| ACCOUNT NO.<br><br>SOUTHERN CALIFORNIA FREQUENCY COORDINATING COMMITTEE INC<br>PO BOX 93906<br>LOS ANGELES, CA 90093-0906 | | | General Trade Payable | | | | $438.36 |
| ACCOUNT NO.<br><br>SOUTHERN COUNTIES NEWS SERVICE<br>PO BOX 1475<br>PLACENTIA, CA 92871 | | | General Trade Payable | | | | $300.00 |

Sheet no. __33_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 1,647.27

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**                                                    ,                Case No.   **08-13183**
　　　　　　　　**Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SPECTRASITE COMMUNICATIONS <br> PO BOX 751760 <br> CHARLOTTE, NC 28275-1760 | | | General Trade Payable | | | | $2,206.45 |
| ACCOUNT NO. <br><br> SPLASH NEWS & PICTURE AGENCY <br> 333 W WASHINGTON BLVD <br> No.508 <br> MARINA DEL REY, CA 90292 | | | General Trade Payable | | | | $250.00 |
| ACCOUNT NO. <br><br> SPRINT NEXTEL <br> PO BOX 4181 <br> CAROL STREAM, IL 60197-4181 | | | General Trade Payable | | | | $8,458.72 |
| ACCOUNT NO. <br><br> STOVER, LAYLA <br> 37819 TACKSTEM STREET <br> PALMDALE, CA 93552 | | | General Trade Payable | | | | $100.00 |

Sheet no.   34  of   40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 11,015.17

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                    ,            Case No.   08-13183
             **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STRAIT, DUSTIN<br>PO BOX 631822<br>IRVING, TX 75063 | | | General Trade Payable | | | | $150.00 |
| ACCOUNT NO.<br><br>STREAMLINE OFFICE SOLUTIONS<br>2231 STURGIS ROAD  SUITE A<br>OXNARD, CA 93030 | | | General Trade Payable | | | | $404.80 |
| ACCOUNT NO.<br><br>STUDIOS USA DISTRIBUTION LLC<br>FILE 7149<br>SALLY JESSE RAPHAEL PYMTS<br>LOS ANGELES, CA 90074-7149 | | | General Trade Payable | | | | $1,014,838.74 |
| ACCOUNT NO.<br><br>SUNKIN, GARY<br>120 EAST LAUREL STREET<br>GLENDALE, CA 91205 | | | General Trade Payable | | | | $100.00 |
| ACCOUNT NO.<br><br>SUNSET BRONSON ENTERTAINMENT PROPERTIES<br>1438 N GOWER   BOX 88<br>HOLLYWOOD, CA 90028 | | | General Trade Payable | | | | $272.96 |

Sheet no.  _35_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 1,015,766.50

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**                                    ,            Case No.  **08-13183**
              **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SUNSET BRONSON ENTERTAINMENT PROPERTIES FILE 1223 1801 W OLYMPIC BLVD PASADENA, CA 91199-1223 | | | General Trade Payable | | | | $83,222.37 |
| ACCOUNT NO.<br><br>SUNSET TOW 526 W CHEVY CHASE GLENDALE, CA 91204 | | | General Trade Payable | | | | $237.50 |
| ACCOUNT NO.<br><br>SUPERIOR CART SERVICE PO BOX 6384 WHITTIER, CA 90609 | | | General Trade Payable | | | | $212.16 |
| ACCOUNT NO.<br><br>SWITCH PO BOX 12018 LEWISTON, ME 04243-9494 | | | General Trade Payable | | | | $383.87 |
| ACCOUNT NO.<br><br>TEAM REMEDY PO BOX 1809 CLAREMONT, CA 91711 | | | General Trade Payable | | | | $900.00 |

Sheet no. _36_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 84,955.90

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____,         Case No.  **08-13183**_____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TELEREP LLC<br>PO BOX 101936<br>ATLANTA, GA 30392 | | | General Trade Payable | | | | $265.71 |
| ACCOUNT NO.<br><br>TELEVISION BUREAU OF ADVERTISING INC<br>3 E 54TH ST 10TH FL<br>NEW YORK, NY 10022-3108 | | | General Trade Payable | | | | $3,616.00 |
| ACCOUNT NO.<br><br>TOLL ROADS VIOLATION DEPT<br>PO BOX 50310<br>IRVINE, CA 92619-0310 | | | General Trade Payable | | | | $199.75 |
| ACCOUNT NO.<br><br>TRI-CITY INC<br>1169 WIND ENERGY PASS<br>BATAVIA, IL 60510 | | | General Trade Payable | | | | $77.34 |
| ACCOUNT NO.<br><br>TRI-CITY LINEN SUPPLY<br>PO BOX 60430<br>LOS ANGELES, CA 90060 | | | General Trade Payable | | | | $159.06 |

Sheet no. _37_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 4,317.86

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                                    ,        Case No.  08-13183
                          **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TRIANGLE ENVIRONMENTAL INC<br>730 N MARIPOSA CT<br>BURBANK, CA 91506 | | | General Trade Payable | | | | $750.00 |
| ACCOUNT NO.<br><br>TWENTIETH CENTURY FOX TV SYNDICATION<br>3659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | | General Trade Payable | | | | $838,709.68 |
| ACCOUNT NO.<br><br>TYGRIS VENDOR FINANCE<br>10 WATERVIEW BLVD<br>PARSIPPANY, NY 07054 | | | General Trade Payable | | | | $50.27 |
| ACCOUNT NO.<br><br>UNIVERSAL AUTO GLASS<br>910 SAN FERNANDO ROAD<br>LOS ANGELES, CA 90065 | | | General Trade Payable | | | | $720.00 |
| ACCOUNT NO.<br><br>UNIVERSAL CITY STUDIOS PRODUCTIONS LLP<br>FILE 7149<br>LOS ANGELES, CA 90074-7149 | | | General Trade Payable | | | | $7,500.00 |

Sheet no.  38  of  40  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 847,729.95

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  KTLA, Inc.                                         ,          Case No.  08-13183
              **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>VERIZON BUSINESS SERVICES INC<br>PO BOX 371322<br>PITTSBURGH, PA 15250-7322 | | | General Trade Payable | | | | $102.78 |
| ACCOUNT NO.<br><br>VERIZON CALIFORNIA<br>PO BOX 9688<br>MISSION HILLS, CA 91346-9688 | | | General Trade Payable | | | | $554.20 |
| ACCOUNT NO.<br><br>VERIZON NORTH<br>PO BOX 9688<br>MISSION HILLS, CA 91346 | | | General Trade Payable | | | | $338.09 |
| ACCOUNT NO.<br><br>WARNER BROS<br>PO BOX 100128<br>PASADENA, CA 91189-0128 | | | General Trade Payable | | | | $4,849,100.33 |
| ACCOUNT NO.<br><br>WEATHER CENTRAL<br>PO BOX 88688<br>MILWAUKEE, WI 53288-0688 | | | General Trade Payable | | | | $361.29 |

Sheet no. _39_ of _40_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 4,850,456.69

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) – Cont.

In re  **KTLA, Inc.**_____ ,        Case No. **08-13183**_____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WORLD BOOK & NEWS<br>1652 CAHUENGA BLVD<br>HOLLYWOOD, CA 90028 | | | General Trade Payable | | | | $103.01 |
| ACCOUNT NO.<br><br>WORLDNOW<br>747 3RD AVE 17TH FLOOR<br>NEW YORK, NY 10017 | | | General Trade Payable | | | | $20,464.00 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no. _40_ of _40_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 20,567.01

Total ▶  $ 563,908,577.01
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: KTLA, Inc.

Schedule F
Unclaimed Checks

Case No. 08-13183

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACADEMY OF MOTION PICTURE ARTS | AND SCIENCES | 8949 WILSHIRE BOULEVARD | BEVERLY HILLS | CA | 90211-1972 | UNITED STATES | Unclaimed Checks | | | | $7,000.00 |
| ALLGOOD, DAVID A | 1505 GRANDE BLVD No.1604 | | TYLER | TX | 75703 | UNITED STATES | Unclaimed Checks | | | | $75.00 |
| Arizona Department of Revenue Unclaimed Property Unit | 1600 W. Monroe PO Box 29026 | | Phoenix | AZ | 85038 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| AT&T | PO BOX 78114 | | PHOENIX | AZ | 85062-8114 | UNITED STATES | Unclaimed Checks | | | | $1.79 |
| CALIFORNIA STATE UNIVERSITY | COLLEGE OF BUSINESS ADMIN & ECONOMI | 18111 NORDHOFF STREET | NORTHRIDGE | CA | 91330-8381 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| CHOICEPOINT PUBLIC RECORDS INC | 4530 CONFERENCE WAY S | | BOCA RATON | FL | 33431 | UNITED STATES | Unclaimed Checks | | | | $55.00 |
| CHRISTENSEN, DONN | 301 E FOOTHILL BLVD No.201 | | ARCADIA | CA | 91006 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| CITY OF GLENDALE | OFFICE OF PARKING NOTICES | PO BOX 1711 | GLENDALE | CA | 91209-1711 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| DMV RENEWAL | PO BOX 942894 | | SACRAMENTO | CA | 942940894 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| DMV RENEWAL | PO BOX 942894 | | SACRAMENTO | CA | 94294-0894 | UNITED STATES | Unclaimed Checks | | | | $246.00 |
| FIRST IN VIDEO PRODUCTIONS | BRAD MACK | PO BOX 58301 | VERNON | CA | 90058 | UNITED STATES | Unclaimed Checks | | | | $150.00 |
| Florida Department of Financial Services Bureau of Unclaimed Property | 200 East Gaines Street | | Tallahassee | FL | 32399 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| FROMMER, ED | 5257 WEST AV No.M4 | | QUARTZ HILL | CA | 93536 | UNITED STATES | Unclaimed Checks | | | | $155.00 |
| FROMMER, ED | 5257 WEST AV No.M4 | | QUARTZ HILL | CA | 93536 | UNITED STATES | Unclaimed Checks | | | | $155.00 |
| JOSHUA MORTON PRODUCTIONS INC | 279 N HILLISTON AVE No.1 | | PASADENA | CA | 91106 | UNITED STATES | Unclaimed Checks | | | | $1,722.20 |
| LOS ANGELES MAGAZINE | 5900 WILSHIRE BLVD | 10TH FLOOR | LOS ANGELES | CA | 90036 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| MCKERCHER,TIM | 1650 HULL DRIVE | | SAN CARLOS | CA | 94070 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| MENTAL ENGINEERING | 1310 PAPIN STREET STE 104 | | ST LOUIS | MO | 63103 | UNITED STATES | Unclaimed Checks | | | | $45.00 |
| MURPHY PUTNAM SHORR & PARNERS LLC | 1831 CHESTNUT ST STE 602 | | ALEXANDRIA | VA | 22314 | UNITED STATES | Unclaimed Checks | | | | $340.00 |

In re:  KTLA, Inc.

Schedule F
Unclaimed Checks

Case No. 08-13183

| Creditor name | Address 1 | Address 2 | City | State | Zip | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Office of Finance & Treasury Unclaimed Property Unit | 810 1st Street NE, Room 401 | | Washington | DC | 20004 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| RJ LAUREN INC | 23679 CALABASAS ROAD No.552 | | CALABASAS | CA | 91302 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| RONALD MCDONALD HOUSE CHARITIES OF SO | 765 SOUTH PASADENA AVE | | PASADENA | CA | 91105 | UNITED STATES | Unclaimed Checks | | | | $7,500.00 |
| STATE OF CALIFORNIA STATE CONTROLLER'S OFFICE UNCLAIMED PROPERTY DIVISION | P.O. Box 942850 | | SACRAMENTO | CA | 94250 | UNITED STATES | Escheated Checks in Process | Y | | | $1,240.00 |
| State of California Unclaimed Property Division | P O Box 942850 | | Sacramento | CA | 94250 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| State of Missouri State Treasurer | Unclaimed Property Division P.O. Box 1004 | | Jefferson City | MO | 65102 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| SULLIVAN, SHAWN | 2507 CARR AVE | | WILMINGTON | DC | 19803 | UNITED STATES | Unclaimed Checks | | | | $100.00 |
| Texas Comptroller of Public Accounts Unclaimed Property Division | Research and Correspondence Section P.O. Box 12019 | | Austin | TX | 78711-2019 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |
| THE CITY OF INGLEWOOD | FINANCE DEPARTMENT/CASHIER | ONE MANCHESTER BLVD | INGLEWOOD | CA | 90301 | UNITED STATES | Unclaimed Checks | Y | | Y | $0.00 |
| THREE RING ADVERTISING | 8607 WESTWOOD CENTER DRIVE | | VIENNA | VA | 22182 | UNITED STATES | Unclaimed Checks | | | | $2,400.00 |
| VIELMAN, KIMBERLY | 11438 MAGEE AVE | | PACOIMA | CA | 91331 | UNITED STATES | Unclaimed Checks | | | | $100.00 |
| Virginia Department of the Treasury Division of Unclaimed Property | P.O. Box 2478 | | Richmond | VA | 23218-2478 | UNITED STATES | Potential Escheated Checks | Y | Y | | Undetermined |

In re: KTLA, Inc.

Schedule F
Benefits Continuation

Case No. 08-13183

| Creditor name | Address | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| Gaisie,George | | | Benefits Continuation | | Y | | Undetermined |
| Ramirez,Guadalupe | | | Benefits Continuation | | Y | | Undetermined |

In re: KTLA, Inc.

Schedule F
Intercompany Liabilities

| Creditor name | Address | City | State | ZIP Code | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 5800 Sunset Productions, Inc. | 5800 Sunset Blvd. | Los Angeles | CA | 90028 | UNITED STATES | Intercompany claim | | | | $8,399,850.81 |
| California Community News Corporation | 5901 4th St. | Irwindale | CA | 91706 | UNITED STATES | Intercompany claim | | | | $0.42 |
| Channel 39, Inc. | 200 E. Las Olas Blvd. | Ft. Lauderdale | FL | 33301 | UNITED STATES | Intercompany claim | | | | $9.83 |
| Chicago Tribune Company | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $1,013,095.79 |
| KIAH, Inc. | 7700 Westpark | Houston | TX | 77063 | UNITED STATES | Intercompany claim | | | | $902.82 |
| Tribune Broadcast Holdings, Inc. | 10255 SW Arctic Dr. | Beaverton | OR | 97005 | UNITED STATES | Intercompany claim | | | | $8,044.07 |
| Tribune Broadcasting Company | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $106,786,602.62 |
| Tribune Broadcasting News Network, Inc. | 1325 G St. NW | Washington | DC | 20005 | UNITED STATES | Intercompany claim | | | | $8,370,672.57 |
| Tribune Direct Marketing, Inc. | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $26,775.86 |
| Tribune Finance Service Center, Inc. | 435 N. Michigan Avenue | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $424,929,345.75 |
| TRIBUNE INTERACTIVE, INC. | 435 N. MICHIGAN AVE. | CHICAGO | IL | 60611 | UNITED STATES | Intercompany claim | | | | $985,032.15 |
| Tribune Media Net, Inc. | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $100,400.09 |
| Tribune Media Services, Inc. | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $63,160.57 |
| Tribune Television Company | 435 N. Michigan Ave. | Chicago | IL | 60611 | UNITED STATES | Intercompany claim | | | | $164,988.15 |
| WDCW Broadcasting, Inc. | 2121 Wisconsin Ave. NW | Washington | DC | 20007 | UNITED STATES | Intercompany claim | | | | $8,220.02 |

In re: KTLA, Inc.

Schedule F
Letter Agreements

Case No. 08-13183

| Creditor name | Address | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|
| Autry,Jacqueline | | | Letter Agreements | | Y | | $1,042,476.14 |
| Bankson,Jack | | | Letter Agreements | | Y | | $108,136.62 |
| Birdwell,Jerrell | | | Letter Agreements | | Y | | $92,275.60 |
| Cassara, Anthony | | | Letter Agreements | | Y | | 670920.47 |
| Nogales, Luis | | | Letter Agreements | | Y | | $15,424.23 |
| Patton,Donald | | | Letter Agreements | | Y | | $214,750.91 |
| Reid,Walton | | | Letter Agreements | | Y | | $80,608.04 |
| Reynolds,Jane | | | Letter Agreements | | Y | | $472,100.42 |
| Ries,Marcia | | | Letter Agreements | | Y | | $48,810.27 |
| Schreter,Michael | | | Letter Agreements | | Y | | $225,022.69 |
| Shaw,Jacqueline | | | Letter Agreements | | Y | | $51,821.45 |
| Sponseller,Myra | | | Letter Agreements | | Y | | $108,077.99 |
| Stout,Iris | | | Letter Agreements | | Y | | $21,592.49 |

In re: KTLA, Inc.

Schedule F
Other Compensation Plans

| Creditor name | Address 1 | City | State | ZIP Code | Country | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Lopez-Nash,Barbara | | | | | | MEIP Plan Participant | x | x | | Undetermined |
| Peppars,Gordon | | | | | | MEIP Plan Participant | x | x | | Undetermined |

**Schedule F Rider – Potential Indemnification Obligations**

The Debtors have certain indemnity obligations to various present and former directors, officers, employees, and agents (the "Indemnified Persons") who are or were involved or may be involved in the future in any threatened, pending, or completed action, suit, or proceeding (a "Proceeding"), by reason of the fact that such Indemnified Persons are or were serving as a director, officer, employee, or agent of the Debtors or are or were serving at the request of the Debtors as a director, officer, employee, or agent of another corporation, partnership, joint venture, limited liability company, trust, enterprise, or nonprofit entity, including service with respect to employee benefit plans, for liability and loss suffered and expenses (including attorneys' fees) reasonably incurred by such Indemnified Person in such Proceeding (collectively, the "Indemnification Obligations").   These Indemnification Obligations are derived from (i) the Debtors' charters and bylaws, partnership agreements, operating agreements, and other organizational documents granting the right to indemnification of Indemnified Persons, (ii) applicable state law directing or granting authority to corporations, partnerships, and limited liability companies to indemnify their directors, officers, employees, or agents, and (iii) in certain instances, from individual contracts.

In re: KTLA Inc.

Schedule F Litigation
Rider

| Creditor name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Case No. | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOHM, PETER | C/O William Kropach | 6345 Balboa Blvd #242 | | Encino | Ca | 91316 | USA | Worker's Compensation Case No. VNO0497598 | Workers' Compensation | Y | | | Undetermined |
| BOHM, PETER | C/O William Kropach | 6345 Balboa Blvd #242 | | Encino | Ca | 91316 | USA | Worker's Compensation Case No. VNO0497599 | Workers' Compensation | Y | | | Undetermined |
| CBS Broadcasting, Inc. | C/O White O'Connor Fink & Brenner LLP | ATTN: Michael J. O'Connor | 10101 Santa Monica Boulevard, 23rd Floor | Los Angeles | CA | 90068 | USA | CBS Broadcasting Inc. and CBS Radio Inc. vs. Mike Kincaid, Tribune Broadcasting Company, KTLA Inc. and Does 1 through 10, Case No.  BC 397994 | Debtor defendant in Contract case | Y | Y | Y | Undetermined |
| CBS Radio Inc. | C/O White O'Connor Fink & Brenner LLP | ATTN: Michael J. O'Connor | 10100 Santa Monica Boulevard, 23rd Floor | Los Angeles | CA | 90067 | USA | CBS Broadcasting Inc. and CBS Radio Inc. vs. Mike Kincaid, Tribune Broadcasting Company, KTLA Inc. and Does 1 through 10, Case No.  BC 397994 | Debtor defendant in Contract case | Y | Y | Y | Undetermined |
| IRVINE, STAR | C/O Peyman & Rahnama | 11801 Washington Blvd 2nd floor | | Los Angeles | Ca | 90066 | USA | Worker's Compensation Case No. ADJ6495827 | Workers' Compensation | Y | | | Undetermined |
| Neuman, Chris | C/O Moskowitz Law Group | ATTN: Karen Moskowitz | 1333 Beverly Green Dr | Los Angeles | CA | 90035 | USA | Chris Neuman v. Ira Goldstone, Tribune Company, et al., Case No. BC406704 | Employment dispute | Y | Y | Y | Undetermined |
| Neuman, Chris | C/O Judith Salkow Shapiro, PC | ATTN: Judith Salkow | 1333 Beverly Green Dr | Los Angeles | CA | 90035 | USA | Chris Neuman v. Ira Goldstone, Tribune Company, et al., Case No. BC406704 | Employment dispute | Y | Y | Y | Undetermined |
| Philip, Robertson | C/O Jeffrey Linnetz | 12304 Santa Monica Blvd., # 105 | | Los Angeles | CA | 90025 | USA | Worker's Compensation Case No. ADJ939370 | Workers' Compensation | Y | | | Undetermined |
| Philip, Robertson | C/O Jeffrey Linnetz | 12304 Santa Monica Blvd., # 105 | | Los Angeles | CA | 90025 | USA | Worker's Compensation Case No. LAO 838725 | Workers' Compensation | Y | | | Undetermined |
| Robert, Kemper | 7708 Summitrose St. | | | Tujunga | CA. | 91402 | USA | Worker's Compensation Case No. LAO 0803151 | Workers' Compensation | Y | | | Undetermined |

In re: KTLA Inc.

Schedule F Litigation
Rider

Case No.  08-13183

| Creditor name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Case No. | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROBERTSON, PHILLIP | C/O Stockwell, Harris | 3580 Wilshire Blvd 19th Floor | | Los Angeles | Ca | 90010 | USA | Worker's Compensation Case No. MON0344034 | Workers' Compensation | Y | | | Undetermined |
| ROBERTSON, PHILLIP | C/O Stockwell, Harris | 3580 Wilshire Blvd 19th Floor | | Los Angeles | Ca | 90010 | USA | Worker's Compensation Case No. MON0344036 | Workers' Compensation | Y | | | Undetermined |
| SEGAL, RICHARD | C/O Siben & Siben, Atty's | 90 E Main St | | Bay Shore | NY | 11706 | USA | Worker's Compensation Case No. LAO0886408 | Workers' Compensation | Y | | | Undetermined |
| SONG, YEALEE | C/O Will Johnson & Assoc | 1505 Los Robles Ave #840 | | Pasadena | Ca | 91101 | USA | Worker's Compensation Case No. LAO0884645 | Workers' Compensation | Y | | | Undetermined |
| SOTILE, RENEE | C/O Levin & Levin | 21700 Oxnard St #1150 | | Woodland Hills | CA | 91367 | USA | Worker's Compensation Case No. ADJ4173320 | Workers' Compensation | Y | | | Undetermined |
| Vogel, Victoria | C/O: Friedman/Lieberman LLP | ATTN: Howard S Friedman | 1875 Century Park East | Los Angeles | CA | 90067-2523 | USA | Victoria Vogel v. C. Casey Bennett, Bennett Productions, Inc., Media Worldwide, LLC. Gold Pocket Wireless, Inc., DENT, LLC, KTLA, Inc., Case No. BC 352438 | Debtor defendant in Contract case | Y | Y | Y | Undetermined |
| VV Sterling Corporation and others similarly situated | c/o Gareeb Pham | 707 Wilshire Blvd. | Suite 5300 | Los Angeles | CA | 90017 | USA | VV Sterling Corporation, The Bikini Newtork.com, Victoria Volgel v. C. Casey Bennett, et al., Case No. 2:07-cv-08127-GO-E | Debtor defendant in Copyright case | Y | Y | Y | Undetermined |
| VV Sterling Corporation and others similarly situated | c/o Johnson and Pham LLP | 6355 Topanga Canyon Blvd. | Suite 115 | Woodland Hills | CA | 91367 | USA | VV Sterling Corporation, The Bikini Newtork.com, Victoria Volgel v. C. Casey Bennett, et al., Case No. 2:07-cv-08127-GO-E | Debtor defendant in Copyright case | Y | Y | Y | Undetermined |
| WALLACH, LINDA | C/O William Kropach | 6345 Balboa Blvd #242 | | Encino | Ca | 91316 | USA | Worker's Compensation Case No. VNO0497589 | Workers' Compensation | Y | | | Undetermined |

In re: KTLA Inc.

Schedule F Litigation
Rider

Case No.  08-13183

| Creditor name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Case No. | Date claim was incurred and consideration for claim | Contingent | Unliquidated | Disputed | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WALLACH, LINDA | C/O William Kropach | 6345 Balboa Blvd #242 | | Encino | Ca | 91316 | USA | Worker's Compensation Case No. VNO0497644 | Workers' Compensation | Y | | | Undetermined |

**B6G (Official Form 6G) (12/07)**

In re __KTLA, Inc._____,     Case No. __08-13183_____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

　　　　Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐　Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| See attached rider: Executory Contracts and Unexpired Leases | |
| | |
| | |
| | |
| | |
| | |
| | |

In re: KTLA, Inc.

Schedule G

Case No. 08-13183

Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| 20TH TV | 10201 W. PICO BLVD., BLDG. 88, ROOM 30 | | LOS ANGELES | CA | 90035 | UNITED STATES | PROGRAM CONTRACT (KTLA) - FAMILY GUY |
| AFTRA LOS ANGELES LOCAL | 5757 WILSHIRE BLVD., 9TH FLOOR | | LOS ANGELES | CA | 90036 | UNITED STATES | COLLECTIVE BARGAINING AGREEMENT BETWEEN KTLA AND AFTRA LOS ANGELES--ON-AIR PERSONS |
| ALISSA INGRAM | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND ALISSA INGRAM |
| ALLIE MACKAY | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND ALLIE MACKAY |
| AMERICAN TOWER CORPORATION | BROADCAST TOWER GROUP | 690 CANTON STREET | WESTWOOD | MA | 2090 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - MAGIC MOUNTAIN |
| AMERICAN TOWER CORPORATION | BROADCAST TOWER GROUP | 690 CANTON STREET | WESTWOOD | MA | 2090 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - OAT MOUNTAIN |
| AMERICAN TOWER CORPORATION | BROADCAST TOWER GROUP | 690 CANTON STREET | WESTWOOD | MA | 2090 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SADDLE PEAK |
| AMERICAN TOWER CORPORATION | BROADCAST TOWER GROUP | 690 CANTON STREET | WESTWOOD | MA | 2090 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SANTA YNEZ PEAK |
| AMERICAN TOWER CORPORATION | BROADCAST TOWER GROUP | 690 CANTON STREET | WESTWOOD | MA | 2090 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SOUTH MOUNTAIN |
| AMERICAN TOWER CORPORATION | 10 PRESIDENTIAL WAY | | WOBURN | MA | 1801 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SPECTRA SITE PALOS VERDES |
| ANDERSON,GAIL E | | | | | | | PERSONAL SERVICES AGREEMENT |
| ARCE GANIER,TROY C | | | | | | | EMPLOYMENT AGREEMENT |
| ASHA DUSBABEK (ASHA BLAKE) | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - ANCHOR/REPORTER |
| ASSOCIATED PRESS | 1825 K STREET, NW | SUITE 710 | WASHINGTON | DC | 20006 | UNITED STATES | SERVICE CONTRACT - NEWS SERVICES |
| BOB EUBANKS ENTERPRISES, INC | 1105 WATERWHEEL PLACE | | WESTLAKE VILLAGE | CA | 91361 | UNITED STATES | SERVICE CONTRACT - ROSE PARADE ANNOUNCER |
| CANDIANI,ERIK | | | | | | | PERSONAL SERVICES AGREEMENT |
| CBS TV DIST. | 1675 BROADWAY | 17TH FLOOR | NEW YORK | NY | 10019 | UNITED STATES | PROGRAM CONTRACT (KTLA) - STAR TREK (08/09) |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| CHARTER COMMUNICATIONS | P.O. BOX 9 | | RIM FOREST | CA | 92378 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - BLUE RIDGE |
| CHER CALVIN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - ANCHOR/REPORTER |
| CHERLYNN CALVIN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND CHERLYNN CALVIN |
| CITY NEWS SERVICE | 11400 W. OLYMPIC BLVD. | SUITE 780 | LOS ANGELES | CA | 90064 | UNITED STATES | SERVICE CONTRACT - NEWS SERVICES |
| CNN NEWSOURCE SALES, INC. | ONE CNN CENTER | 12TH FLOOR NORTH TOW | ATLANTA | GA | 30303-2762 | UNITED STATES | NEWS/CONTENT SERVICE AGREEMENT - CNN NEWS MATERIAL / KTLA |
| CROWN CASTLE INTERNATIONAL CORP. | PROPERTY MANAGEMENT DEPARTMENT | 2000 CORPORATE DRIVE | CANONSBURG | PA | 15317 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SANTIAGO PEAK |
| CROWN CASTLE INTERNATIONAL CORP. | PROPERTY MANAGEMENT DEPARTMENT | 2000 CORPORATE DRIVE | CANONSBURG | PA | 15317 | UNITED STATES | LEASE AGREEMENT - TOWER SITE LEASE - SNOW PEAK |
| DAMON ANDREWS | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND DAMON ANDREWS |
| DARRYL KINSON | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - CLIENT SERVICES MANAGER |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - BUENA VISTA 5 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - BUENA VISTA 6 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - BUENA VISTA 7 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - BUENA VISTA 8 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - BUENA VISTA 9 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DISNEY IMAGINATION 6 |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DISNEY IMAGINATION 7 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DISNEY IMAGINATION 8 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DISNEY IMAGINATION 9 |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | PROGRAM CONTRACT (KTLA) - ACCORDING TO JIM |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | PROGRAM CONTRACT (KTLA) - LEGEND OF THE SEEKER |
| DISNEY-ABC | 500 S. BUENA VISTA ST., MC 4015 | ATTN: LEGAL COUNSEL | BURBANK | CA | 91521 | UNITED STATES | PROGRAM CONTRACT (KTLA) - MY WIFE & KIDS |
| DON CORSINI | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - PRESIDENT/GENERAL MANAGER |
| ELIZABETH ESPINOSA | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - REPORTER |
| EMMETT MILLER | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND EMMETT MILLER |
| ERIC SPILLMAN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND ERIC SPILLMAN |
| ERNEST RAY GONZALES | 16534 WILKIE AVE | | TORRANCE | CA | 90504 | UNITED STATES | SERVICE CONTRACT - WRITER, PRODUCER, HOST OF PACESETTERS, COMMUNITY AFFAIRS SHOW |
| EVERYTHING NET | 27501 BOOT HILL COURT | | LAGUNA HILLS | CA | 92653 | UNITED STATES | SERVICE CONTRACT - MIKE SMITH - CLIPPERS BASKETBALL ANNOUNCER |
| FEARLESS UNITED | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - ROSS KING, ANCHOR/REPORTER |
| FRANK BUCKLEY | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND FRANK BUCKLEY |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| FUTURE ENDEAVORS, INC. | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - MARK KRISKI, ANCHOR/REPORTER |
| GAISIE, GEORGE | | | | | | | SEPARATION AGREEMENT - BENEFITS CONTINUATION |
| GAYLE ANDERSON | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - REPORTER |
| HELINET AVIATION SERVICES, LLC | 16425 HART STREET | HANGAR NO. 2 | VAN NUYS | CA | 91406 | UNITED STATES | EQUIPMENT LEASE - HELICOPTER RENTAL |
| HOLDEN PRODUCTION GROUP | 5048 ADDISON CIRCLE | | ADDISON | TX | 75001 | UNITED STATES | SERVICE CONTRACT - PROGRAMMING - FIFTH QUARTER |
| IATSE 600 | 7755 SUNSET BOULEVARD | | HOLLYWOOD | CA | 90046 | UNITED STATES | COLLECTIVE BARGAINING AGREEMENT BETWEEN KTLA AND ITASE--ENGINEERS |
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION 40 | 5643 VINELAND AVENUE | | NORTH HOLLYWOOD | CA | 91601 | UNITED STATES | COLLECTIVE BARGAINING BETWEEN KTLA AND IBEW |
| JAMES CHAMBERS | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - REPORTER |
| JASON BALL | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND JASON BALL |
| JESSICA HOLMES | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - ANCHOR/REPORTER |
| JOE QUASARANO | 10861 WICKS ST | | SHADOW HILLS | CA | 91040 | UNITED STATES | SERVICE CONTRACT - ROSE PARADE AND CLIPPERS BASKETBALL PRODUCTION |
| JOHN MOCZULSKI | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND JOHN MOCZULSKI |
| KINCAID, MICHAEL | | | | | | | PERSONAL SERVICES AGREEMENT |
| KNUTSON, KIRK | | | | | | | PERSONAL SERVICES AGREEMENT |
| KRZYSKI, MARK | | | | | | | PERSONAL SERVICES AGREEMENT |
| KTVU PARTNERSHIP | 2102 COMMERCE DRIVE | | SAN JOSE | CA | 95131 | UNITED STATES | REVENUE AGREEMENT - ROSE PARADE TELECAST |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| LEILA FEINSTEIN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND LEILA FEINSTEIN |
| LENORA THOMAS | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - SEPARATION AGREEMENT BETWEEN KTLA-LOS ANGELES AND LENORA THOMAS |
| LIPPIN GROUP | 6100 WILSHIRE BLVD | SUITE 400 | LOS ANGELES | CA | 90048 | UNITED STATES | SERVICE CONTRACT - PUBLICITY SERVICES |
| LISA COX | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND LISA COX |
| LOS ANGELES CLIPPERS | 1111 SOUTH FIGUEROA STREET | SUITE 1100 | LOS ANGELES | CA | 90015 | UNITED STATES | SERVICE CONTRACT - PROGRAMMING - BASKETBALL |
| LU PARKER | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND LU PARKER |
| LYNETTE ROMERO | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND LYNETTE ROMERO |
| MACKAY,EILEEN A | | | | | | | PERSONAL SERVICES AGREEMENT |
| MANUEL MEDRANO | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND MANUEL MEDRANO |
| MARIE MORTERA | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - REPORTER |
| MARKINA BROWN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND MARKINA BROWN |
| MARTINEZ, JASON | | | | | | | PERSONAL SERVICES AGREEMENT |
| MGM | 10250 CONSTELLATION BLVD. | | LOS ANGELES | CA | 90067 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - LION LEGACY 3 |

In re: KTLA, Inc.

Schedule G

Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| MGM | 10250 CONSTELLATION BLVD. | | LOS ANGELES | CA | 90067 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - MGM PREMIERE |
| MGM | 10250 CONSTELLATION BLVD. | | LOS ANGELES | CA | 90067 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - NEW LINE 10 |
| MGM | 10250 CONSTELLATION BLVD. | | LOS ANGELES | CA | 90067 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - NEW LINE 8 |
| MGM | 10250 CONSTELLATION BLVD. | | LOS ANGELES | CA | 90067 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - THIRTEEN THRILLERS |
| MG-PERIN | 110 GREENE STREET | SUITE 304 | NEW YORK | NY | 10012 | UNITED STATES | PROGRAM CONTRACT (KTLA) - CHEATERS (08/09) |
| MICHAEL BROWN | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND MICHAEL BROWN |
| MICHAELA PEREIRA | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - PERSONAL SERVICES AGREEMENT BETWEEN KTLA-LOS ANGELES AND MICHAELA PEREIRA |
| MY WEATHER, LLC | 401 CHARMANY DRIVE | SUITE 200 | MADISON | WI | 53719 | UNITED STATES | SERVICE CONTRACT - NEWS SERVICES |
| NANCY CADWELL | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND NANCY CADWELL |
| NANCY CALDWELL | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - LOCAL SALES MANAGER |
| NANCY GILTNER | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND NANCY GILTNER |
| NBC UNIVERSAL | 100 UNIVERSAL CITY PLAZA, BLDG 1440, SUITE 30, 30TH FL | ATTN: LEGAL COUNSEL | UNIVERSAL CITY | CA | 91608 | UNITED STATES | PROGRAM CONTRACT (KTLA) - JERRY SPRINGER (08/09) |
| NBC UNIVERSAL | 100 UNIVERSAL CITY PLAZA, BLDG 1440, SUITE 30, 30TH FL | ATTN: LEGAL COUNSEL | UNIVERSAL CITY | CA | 91608 | UNITED STATES | PROGRAM CONTRACT (KTLA) - JERRY SPRINGER (09/10) |

In re: KTLA, Inc.

Schedule G

Case No. 08-13183

Executory Contracts and Unexpired Leases

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| NBC UNIVERSAL | 100 UNIVERSAL CITY PLAZA, BLDG 1440, SUITE 30, 30TH FL | ATTN: LEGAL COUNSEL | UNIVERSAL CITY | CA | 91608 | UNITED STATES | PROGRAM CONTRACT (KTLA) - MAURY (08/09) |
| NBC UNIVERSAL | 100 UNIVERSAL CITY PLAZA, BLDG 1440, SUITE 30, 30TH FL | ATTN: LEGAL COUNSEL | UNIVERSAL CITY | CA | 91608 | UNITED STATES | PROGRAM CONTRACT (KTLA) - MAURY (09/10) |
| NBC UNIVERSAL | 100 UNIVERSAL CITY PLAZA, BLDG 1440, SUITE 30, 30TH FL | ATTN: LEGAL COUNSEL | UNIVERSAL CITY | CA | 91608 | UNITED STATES | PROGRAM CONTRACT (KTLA) - STEVE WILKOS (08/09) |
| OAKLAND RAIDERS | 1220 HARBOR BAY PARKWAY | | ALAMEDA | CA | 94502 | UNITED STATES | SERVICE CONTRACT - PROGRAMMING - FOOTBALL |
| PABLO ALVAREZ | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - SEPARATION AGREEMENT BETWEEN KTLA-LOS ANGELES AND PABLO ALVAREZ |
| PARKER,FRANCES LOUISE | | | | | | | PERSONAL SERVICES AGREEMENT |
| PATTI TANG | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND PATTI TANG |
| PITNEY BOWES | 2225 AMERICAN DRIVE | | NEENAH | WI | 54956 | UNITED STATES | EQUIPMENT LEASE - POSTAGE METER LEASE |
| POITRAS, STEVEN | | | | | | | PERSONAL SERVICES AGREEMENT |
| PROGRAM PARTNERS | 818 HAMPTON DRIVE | SUITE 1 | VENICE | CA | 90291 | UNITED STATES | PROGRAM CONTRACT (KTLA) - DEGRASSI: THE NEXT GEN |
| PROGRAM PARTNERS | 818 HAMPTON DRIVE | SUITE 1 | VENICE | CA | 90291 | UNITED STATES | PROGRAM CONTRACT (KTLA) - DEGRASSI: THE NEXT GEN (09-11) |
| PROVERBS 16:3 FSO STEPHANIE EDWARDS | 5125 CALENDA DRIVE | | WOODLAND HILLS | CA | 91367 | UNITED STATES | SERVICE CONTRACT - ROSE PARADE ANNOUNCER |
| RALPH LAWLER | 55-155 CAMINO PRIVADO | | LA QUINTA | CA | 92253 | UNITED STATES | SERVICE CONTRACT - CLIPPERS BASKETBALL ANNOUNCER |
| RAMIREZ, GUADALUPE | | | | | | | SEPARATION AGREEMENT - BENEFITS CONTINUATION |
| SAM RUBIN ENTERTAINMENT | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - ANCHOR/REPORTER |
| SONY ELECTRONICS | 1730 N. FIRST STREET | MS: 2NW | SAN JOSE | CA | 95112 | UNITED STATES | EQUIPMENT MAINTENANCE - NEWSBASE MAINTENANCE AGREEMENT |
| SPORTS ACCESS | 100 E. ROYAL LANE | SUITE 250 | IRVING | TX | 75039 | UNITED STATES | SERVICE CONTRACT - NEWS SERVICES |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| STEVE ELKIN | 22415 TOUCHSTONE COURT | | SANTA CLARITA | CA | 91390 | UNITED STATES | SERVICE CONTRACT - CLIPPERS BASKETBALL PRODUCER |
| SUNSET STUDIOS HOLDINGS, LLC | ATTN: VICTOR COLEMAN AND HOWARD STERN | 11601 WILSHIRE BOULEV | LOS ANGELES | CA | 90025 | UNITED STATES | ACQUISITION AND/OR  DISPOSITION AGREEMENT - LEASE AGREEMENT - KTLA STUDIO LOT TRANSACTION |
| SUNSET STUDIOS HOLDINGS, LLC | 5800 SUNSET BLVD. | | HOLLYWOOD | CA | 90028 | UNITED STATES | LEASE AGREEMENT - HOLLYWOOD 5800 SUNSET BLV, 5800 SUNSET BLVD., 90028 |
| TELEREP, INCORPORATED | ONE DAG HAMMARSKJOLD PLAZA | | NEW YORK | NY | 10017 | UNITED STATES | SALE REPRESENTATION AGREEMENT - NATIONAL SALES REP / KTLA |
| THE CW NETWORK, LLC | ATTEN: GENERAL COUNSEL | 3300 WEST OLIVE AVENU | BURBANK | CA | 91505 | UNITED STATES | NETWORK AFFILIATION AGREEMENT - CW AFFILIATION / KTLA |
| TRAVEL CHANNEL, LLC | 5425 WISCONSIN AVE | SUITE 500 | CHEVY CHASE | MD | 20815 | UNITED STATES | REVENUE AGREEMENT - ROSE PARADE TELECAST |
| TRIFECTA | ATTN PAM EATON | 1775 BROADWAY  SUITE | NEW YORK | NY | 10019 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DREAMWORKS FEATURES |
| TRIFECTA | ATTN PAM EATON | 1775 BROADWAY  SUITE | NEW YORK | NY | 10019 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - DREAMWORKS II |
| TRIFECTA | ATTN PAM EATON | 1775 BROADWAY  SUITE | NEW YORK | NY | 10019 | UNITED STATES | PROGRAM CONTRACT (KTLA) - PUNK'D |
| TROY ARCE | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT AGREEMENT BETWEEN KTLA-LOS ANGELES AND TROY ARCE |
| U.S. FOREST SERVICE | USDA/FOREST SERVICE | | LOS ANGELES | CA | | UNITED STATES | LEASE AGREEMENT - LOS ANGELES MT. WILSON, USDA/FOREST SERVICE, |
| US EXPRESS LEASING | 10 WATERVIEW BLVD | | PARSIPPANY | NJ | 7054 | UNITED STATES | EQUIPMENT LEASE - COPY MACHINE LEASE |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - VOLUME 37 & 37B |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - VOLUME 38 |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - VOLUME 39 |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | MOVIE/DISTRIBUTION PACKAGE (KTLA) - VOLUME 40 |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | PROGRAM CONTRACT (KTLA) - FRIENDS (2ND CYCLE) |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | PROGRAM CONTRACT (KTLA) - SEX AND THE CITY |
| WARNER BROS. | 4000 WARNER BLVD. | STUDIO PLAZA 2ND FLOOR | BURBANK | CA | 91522 | UNITED STATES | PROGRAM CONTRACT (KTLA) - TWO AND A HALF MEN |

In re: KTLA, Inc.

Schedule G
Executory Contracts and Unexpired Leases

Case No. 08-13183

| Name of other parties to lease or contract | Addresss 1 | Address 2 | City | State | Zip | Country | Description of contract or lease and nature of debtor's interest. State whether lease is of nonresidential real property. State contract number of any government contract |
|---|---|---|---|---|---|---|---|
| WEATHER CENTRAL | 5725 TOKAY BLVD. | | MADISON | WI | 53719 | UNITED STATES | SERVICE CONTRACT - NEWS SERVICES |
| WOOJIVAS CORPORATION | | | | | | | EMPLOYMENT/INDEPENDENT CONTRACTOR AGREEMENT - EMPLOYMENT CONTRACT - KURT KNUTSSON, REPORTER |

**B6H (Official Form 6H) (12/07)**

In re **KTLA, Inc.**_____,          Case No._**08-13183**_____
                     **Debtor**                                                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| See attached rider | |

In re: Tribune Company, et al.                                    Case No. 08-13141

## SCHEDULE H – DEBTORS
### Rider

**The Secured Facility**

The following Debtors:

5800 Sunset Production, Inc.
California Community News Corporation
Channel 39, Inc.
Channel 40, Inc.
Chicago Tribune Company
Chicagoland Television News, Inc.
Courant Speciality Products, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC (Tribune Company)
Eagle Publishing Investments, LLC (Tribune Company)
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
Homestead Publishing Company
Hoy Publications, LLC (Tribune Company)
KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN, Inc.
Los Angeles Times Communications LLC (Tribune Los Angeles, Inc.)
New Mass. Media, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Southern Connecticut Newspapers, Inc.
Sun-Sentinel Company
Star Community Publishing Group, LLC
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC (Tribune Company)
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Finance, LLC (Tribune Company)
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune New York Newspaper Holdings, LLC (Tribune Manhattan Newspaper Holdings, Inc.)

Tribune NM, Inc.
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
Virginia Gazette Companies, LLC (The Daily Press, Inc.)
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WPIX, Inc.
WTXX Inc.

were either a borrower and/or guarantor with respect to the secured debt owed to the following party as of the Petition Date:

JP Morgan Chase Bank, NA as Agent
1111 Fannin
10th Floor
Houston, TX 77002

**The Bridge Facility**

The following Debtors:

5800 Sunset Production, Inc.
California Community News Corporation
Channel 39, Inc.
Channel 40, Inc.
Chicago Tribune Company
Chicagoland Television News, Inc.
Courant Speciality Products, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC (Tribune Company)
Eagle Publishing Investments, LLC (Tribune Company)
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
Homestead Publishing Company
Hoy Publications, LLC (Tribune Company)
KIAH Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN, Inc.
Los Angeles Times Communications LLC (Tribune Los Angeles, Inc.)
New Mass. Media, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Southern Connecticut Newspapers, Inc.
Sun-Sentinel Company
Star Community Publishing Group, LLC
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.

Tower Distribution Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC (Tribune Company)
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Finance, LLC (Tribune Company)
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.
Tribune Media Services, Inc.
Tribune NM, Inc.
Tribune New York Newspaper Holdings, LLC (Tribune Manhattan Newspaper Holdings, Inc.)
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
Virginia Gazette Companies, LLC (The Daily Press, Inc.)
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WPIX, Inc.
WTXX Inc.

were either a borrower and/or guarantor with respect to the unsecured debt owed to the following parties as of the Petition Date:

Merrill Lynch Capital Corporation, as Agent
Loan Operations
600 E. Las Colinas Boulevard
Suite 1300
Irving, TX 75039

In re **KTLA Inc.,**                                                                                    Case No. **08-13183**
       **Debtor**                                                                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____ Debtor

Date _____    Signature: _____ (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information  required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3)  if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

X _____                    _____
Printed or Typed Name and Title, if any,                                          Social Security No.
of Bankruptcy Petition Preparer                                                     *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____                    _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Senior Vice President and Chief Financial Officer of Tribune Company, the parent company of the above-referenced Corporation, and an officer of the Corporation named as debtor in this case, declare under penalty of perjury that I or persons under my direction have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that based upon that review they are true and correct to the best of my knowledge, information, and belief.

Date    6/12/2009                                    Signature: /s/ Chandler Bigelow, III

                                      Chandler Bigelow, III
                                        Senior Vice President and Chief Financial Officer of Tribune Company

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.