# **EXHIBIT A**

# Offit | Kurman

Fee Schedule

| Timekeeper Name | Rates |
|---|---|
| **ATTORNEYS** | |
| Allman, Alex M. | $300.00 |
| Beller, Joseph | $400.00 |
| Bellinger, Jr., Joseph J. | $400.00 |
| Bogan, MaryBeth E. | $325.00 |
| Bushman, Ira W. | $350.00 |
| Bushman, Meyer A. | $400.00 |
| Cutler, Gary B. | $300.00 |
| Delanoy, Jesse D. | $350.00 |
| Denick, Bernard S. | $350.00 |
| Donnelly, Michael | $365.00 |
| Gauvey, Ken C. | $225.00 |
| Goel, Rajiv K. | $300.00 |
| Kamins, Scott V. | $385.00 |
| Karen, Ari | $350.00 |
| Kaufman, Stephen H. | $350.00 |
| Kays, Tammy N. | $185.00 |
| Kotkin, Diane S. | $300.00 |
| Kurman, Howard K. | $395.00 |
| Ladov, Sayde J. | $400.00 |
| Loffredo, Brian A. | $255.00 |
| Lynch, Timothy C. | $395.00 |
| Marasciulo, Theodore | $395.00 |
| McDonald, Laura F. | $225.00 |
| McRae, David K | $300.00 |
| Mercurio, Michael N. | $325.00 |
| Mirsky, Richard D. | $325.00 |
| Monahan, Timothy M. | $325.00 |
| Neuhauser, Stanley J. | $300.00 |
| O'Donnell, Jane G. | $300.00 |
| Offit, Maurice L. | $400.00 |
| Offit, Theodore A. | $425.00 |
| Pelletier, Eric J. | $325.00 |
| Polott, Andrew R. | $395.00 |
| Poppleton, Miller J. | $325.00 |
| Potler, B. Marvin | $330.00 |
| Rosenberg, Brian C. | $300.00 |
| Rubenstein, Laura L. | $300.00 |
| Rubin, Howard I. | $325.00 |
| Rubin, Neil T. | $300.00 |
| Sanders, Alan A. | $345.00 |
| Scaldara, John A. | $330.00 |
| Schoeller, Mark B. | $350.00 |
| Seitz, Douglas H. | $300.00 |
| Shane, Steve E. | $325.00 |
| Sinatra, Louis J. | $425.00 |
| Solomon, Glenn D. | $335.00 |
| Spellman, Reed | $225.00 |
| Stadfeld, Max S. | $285.00 |
| Thomas, William J. | $330.00 |
| Todman, Stanley I. | $185.00 |
| Tompkins, Arlen M. | $345.00 |

| | |
|---|---|
| Ulman, Louis J. | $435.00 |
| Wachs, Jonathan R. | $300.00 |
| Walsh, Donald J. | $325.00 |
| Walter, Harold M. | $395.00 |
| Yumkas, Charles | $330.00 |
| Zonarich, Jennifer L. | $175.00 |

| PARALEGALS and CLERKS | |
|---|---|
| Arnold, Joshua S. | $ 75.00 |
| Bennett, Barbara Eileen | $ 75.00 |
| Cataline, Connie | $ 75.00 |
| Chambers, Rolanda D. | $ 65.00 |
| Cohen, Jan S. | $ 25.00 |
| Fee, Carol A. | $ 75.00 |
| Hartman, Jean | $100.00 |
| Jett, Doreen A. | $125.00 |
| Kovacevich, Anthony | $ 75.00 |
| Landicho, Kathlyn M. | $140.00 |
| LaScuola, Joseph C. | $150.00 |
| Mathis, Joe B. | $125.00 |
| Miller, Lauren | $115.00 |
| Naviasky, Roz M. | $100.00 |
| Rowe, Kiersten S. | $ 75.00 |
| Schmitt, Colin M. | $ 75.00 |