IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

COMMONWEALTH OF VIRGINIA)
                                ) SS:
CITY OF NORFOLK         )

Conrad M. Shumadine, being duly sworn, deposes and says:

1. I am a member of Willcox & Savage, P.C. (the "Firm"), which maintains offices at One Commercial Place, Suite 1800, Norfolk, Virginia 23510.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about January 15, 2009, authorizing the above-captioned Debtors and Debtors in Possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm has represented and advised the Debtors as antitrust litigation/media law counsel. The Debtors have requested, and the Firm has agreed, to continue to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time are from $170 to $460. My current hourly rate is $350. In the normal course of its business, the Firm revises its billing rates on January 1 of each year and requests that, effective January 1 of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. Neither I nor [any principal, partner, director, officer, etc.] of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. § 504(b).

6. In understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. § 328(c) and applicable law.

7. Neither I nor [any principal, partner, director, officer, etc.] of, or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed.

8. The Debtors owe the Firm $973.09 for prepetition services.

9. The Firm currently does not hold a retainer from the Debtors.

10. As of the Petition Date, the Firm was not a party to a written services agreement with the Debtor.

11. If the Firm should discover any facts bearing on the matters described herein at any time during the period of its employment, the Firm will supplement the information contained in this Affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2009.

*Conrad M. Shumadine* (signature)

Conrad M. Shumadine

Sworn to and subscribed before me this 12th day of June, 2009.

*Sherrie McCloud* (signature)
Notary Public

My Commission Expires: 1/31/2013

Registration No. 214538

SHERRIE McCLOUD
Notary Public
Commonwealth of Virginia
Registration No. 214538
My Commission Expires Jan. 31, 2013