# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al., [1]<br><br>Debtors. | Chapter 11<br>Case No. 08-13141-KJC<br>Jointly Administered<br><br>Related to Docket Nos. 1029 and 1153 |

## AMENDED CERTIFICATION OF NO OBJECTION REGARDING COMBINED MONTHLY AND FIRST QUARTERLY FEE APPLICATION OF MCDERMOTT WILL & EMERY LLP, AS SPECIAL COUNSEL TO THE DEBTORS FOR DOMESTIC LEGAL MATTERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 8, 2008 THROUGH FEBRUARY 28, 2009

The undersigned, counsel to the above-captioned debtors and debtors in possession (the "Debtors"), hereby certifies as follows:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5584955v2

1. On April 15, 2009, the **Notice of Combined Monthly and First Quarterly Fee Application** (the "Notice") and **Combined Monthly and First Quarterly Fee Application of McDermott Will & Emery LLP** ("McDermott"), **as Special Counsel to the Debtors for Domestic Legal Matters, for Compensation and Reimbursement of Expenses for the Period of December 8, 2008 through February 28, 2009** (the "Quarterly Application") [Docket No. 1029] were filed with the Court.

2. Pursuant to the Notice, objections, if any, to the Quarterly Application were required to have been filed with the Court and served no later than 4:00 p.m. on May 5, 2009 (the "Objection Deadline"). No objections were filed to the Application.

3. On May 7, 2008, the **Certificate of No Objection Regarding Combined Monthly and First Quarterly Fee Application of McDermott Will & Emery LLP, as Special Counsel to the Debtors for Domestic Legal Matters, for Compensation and Reimbursement of Expenses for the Period of December 8, 2008 through February 28, 2009** (the "CNO") [Docket No. 1153] was filed with the Court.

4. Subsequent to the filing of the CNO, counsel for the Debtors was advised that the United States Trustee (the "UST") expressed concern regarding the Quarterly Application. The UST and McDermott (together, the "Parties") have resolved the UST's concern by agreeing that McDermott will not seek payment of the disputed fees, in the amount of $110,867.50 (the "Disputed Fees"), at this time. McDermott, however, may seek the right to payment of the Disputed Fees at a later time with the understanding that both Parties reserve all rights. Accordingly, McDermott may now be paid 100% of the undisputed fees requested in the

46429/0001-5584955v2

Quarterly Application, less the Disputed Fees. and 100% of the expenses requested in the Quarterly Application.[2]

Dated: June 16, 2009

                                       COLE, SCHOTZ, MEISEL,
                                       FORMAN & LEONARD, P.A.

                                       By: _____
                                       Norman L. Pernick (No. 2290)
                                       J. Kate Stickles (No. 2917)
                                       500 Delaware Avenue, Suite 1410
                                       Wilmington, DE 19801
                                       Telephone: (302) 652-3131

                                       ATTORNEYS FOR DEBTORS AND
                                       DEBTORS IN POSSESSION

---

[2] McDermott originally requested $530,504.50 in fees and $6,808.20 in expenses. The fees in dispute total $110,867.50. Accordingly, McDermott amends its request and seeks approval of $419,637.00 in fees and $6,808.20 in expenses, and payment of 80% of the fees, or $335,709.60, and 100% of the expenses, or $6,808.20.

3

46429/0001-5584955v2