File No. 1324.004

## UNITED STATES BANKRUPTCY COURT
## STATE OF DELAWARE



IN RE:

Tribune Company,

Debtor.

No.   08-13141

Chapter 11

Judge Kevin J. Carey

## NOTICE OF FILING

TO:   **See Attached Service List**

    PLEASE TAKE NOTICE that on June 11, 2009 the attached Proof of Claim was filed, via Federal Express, with the United States Bankruptcy Court, State of Delaware, a copy of which is hereby served upon you.

## PROOF OF SERVICE

    I, the undersigned, being first duly sworn and under oath, do hereby state and depose that I served a copy of this Proof of Service, along with a copy of the Proof of Claim to the above noted parties in the manner described on the attached service list on 11th day of June, 2009.

Subscribed and sworn to before me
this 11th day of June, 2009.

Notary Public

"OFFICIAL SEAL"
DEBRA D. YONKEE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/13/2011

PATRICK J. WILLIAMS
EKL WILLIAMS PLLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045

/ddy (6/11/09)
K:\1324 Kohlsaat\004 Cawley-Tribune\Pleadings\NOF-POC

## SERVICE LIST

United States Bankruptcy Court
Attn. Claims
824 Market Street, 3rd Floor
Wilmington, DE 19801

U.S. Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19899
    *Type of Service:*    First Class Mail

Epic Bankruptcy Solutions LLC
757 Third Avenue, Third Floor
New York, NY 10017
    *Type of Service:*    First Class Mail

Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
    *Type of Service:*    First Class Mail

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
    *Type of Service:*    First Class Mail

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P.O. Box 4060
Allentown, PA 18105-4060
    *Type of Service:*    First Class Mail

Patrick Theordore Garvey
Johnson & Bell, Ltd.
33 W. Monroe, Suite 2700
Chicago, IL 60603
    *Type of Service:*    First Class Mail