JoAnna Canzoneri McCormick
342 North Atlantic Boulevard
Alhambra California 91803

June 08, 2009

08-13141KJC

Honorable Judge
US Bankruptcy Court
District of Delaware
624 Market Street Mall
Wilmington Delaware 19801 3577

RE  Sam Zell
    Tribune Company

Dear Honorable Judge:

I personally have enclosed the original creditors Proof of Claim and a Change of Venue and Extension of time to file a Lawsuit (Sam Zell personally new of claim of ownership when he entered into a Contract for Sale).

Should you have any questions, please feel free to contact me

Thanks

JoAnna McCormick

JoAnna McCormick

JoAnna Canzoneri McCormick
342 North Atlantic Boulevard
Alhambra CA 91803

United States Bankruptcy Court
District of Delaware
624 Market Street Mall
Wilmington Delaware 19801-3577

JoAnna Canzoneri AKA
  JoAnna McCormick, an individual, et al;
JoAnna Canzoneri McCormick, an individual, et al;
John Does 1-1000
Jane Does 1-1000                            courtcase #
VS
                                            Change of Venue
                                            Extension of Time
Sam Zell, an individual, et al;             to file Lawsuit
Tribune Company, a business entity, et al;
John Does 1-1000
Jane Does 1-1000

Where As the creditor (owner)
I personally am requesting the court to stop proceeding in this bankruptcy court because of the new discovery of charges of murder of Robert Rutherford McCormick and a fraud Last Will and Testament along with assets, money, property from a will to a foundation. The regular Blood heirs personally should have inhereith this Estate because the Estate was purchased by Cyprus Hall McCormick funds from Robert Hall McCormick invention the reaper all money to be given to Blood Heirs and family members. The contract signed by Sam Zell personally was Fraud besides stock Fraud too

Dated June 08, 2009                JoAnna Canzoneri McCormick

# SUMMONS

Jo Anna Canzoneri, PRO SE
2266 McDonald Avenue, Brooklyn, New York 11223
342 North Atlantic Bouevard Alhambra California 91801
Plaintiffs Attorney IN PRO PER

Copy

Court Administration Service
Federal Court
Ottawa Ohtario
Canada K1A 0H9

INDEX NO.

PLAINTIFF:
Jo Anna Canzoneri, an individual, etal;
John Does 1-1000
Jane Does 1-1000

VS

DEFENDANT:
SAM ZELL, AN INDIVIDUAL, ETAL;
TRIBUNE COMPANY, A BUSINESS ENTITY, ETAL;
MCCORMICK TRIBUNE FOUNDATION, A BUSINESS ENTITY, ETAL;
TRIBUNE COMPANY, A BUSINESS ENTITY, ETAL;
CHICAGO TRIBUNE COMPANY, A BUSINESS ENTITY, ETAL;
TRIBUNE PUBLISHING COMPANY, A BUSINESS ENTITY, ETAL;
TRIBUNE BROADCASTING, A BUSINESS ENTITY, ETAL;
CHICAGO TRIBUNE COMPANY DBA TRIBUNE COMPANY, A BUSINESS ENTITY, ETAL;
DENNIS J. FITZSIMMONS, AN INDIVIDUAL, ETAL;
DENNIS J. FITZSIMMONS AKA DENNIS J MCCORMICK FITZSIMMONS, AN INDIVIDUAL, ETAL;
BARBARA BLAIR, AN INDIVIDUAL, ETAL;
BARBARA BLAIR, A BUSINESS ENTITY, ETAL;
JAY ROCKEFELLER, AN INDIVIDUAL, ETAL;
JAY ROCKEFELLER, A BUSINESS ENTITY, ETAL;
THOMAS MCCORMICK, AN INDIVIDUAL, ETAL;
THOMAS MCCORMICK, A BUSINESS ENTITY, ETAL;
RICHARD ALLEN MCCORMICK, AN INDIVIDUAL, ETAL;
WILLIAM MCCORMICK, AN INDIVIDUAL, ETAL;
CHARLES WILLIAM MCCORMICK, AN INDIVIDUAL, ETAL;
CYPRUS HALL MCCORMICK, AN INDIVIDUAL, ETAL;
CYRUS HALL MCCORMICK I, AN INDIVIDUAL, ETAL;
CYRUS HALL MCCORMICK II, AN INDIVIDUAL, ETAL;
CYRUS HALL MCCORMICK III, AN INDIVIDUAL, ETAL;
ROBERT HALL MCCORMICK, AN INDIVIDUAL, ETAL;
WILLIAM SANDERSON MCCORMICK, AN INDIVIDUAL, ETAL;
ROBERT R. MCCORMICK, AN INDIVIDUAL, ETAL;
RICHARD A. BEHRENHAUSEN, AN INDIVIDUAL, ETAL;
BROOKS MCCORMICK, AN INDIVIDUAL, ETAL;
JEFFREY CHANDLER, AN INDIVIDUAL, ETAL;
CHANDLER FOUNDATION, A BUSINESS ENTITY, ETAL;
William Blair and Company, a business entity, etal;
Cat, a business entity, etal;