**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period March 1, 2009 through March 31, 2009**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 433.50 | $10,000.00 |
| **Subtotal - Fixed Fee Services** | **433.50** | **$10,000.00** |
| | | |
| **Hourly Services** | | |
| Tax Consulting Services | 1.80 | $800.00 |
| Claims Consulting Services | 175.10 | $46,671.50 |
| **Subtotal - Hourly Services** | **176.90** | **$47,471.50** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 21.80 | $6,936.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **21.80** | **$6,936.00** |
| | | |
| **Total Hours and Compensation** | **632.20** | **$64,407.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                        **Exhibit B-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Fixed Fees Services - 2008 Consolidated Audit**

**Summary of Professionals, Hours and Payments For the Period**

**March 1, 2009 through March 31, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Grant E Hellwarth | Partner | 1.00 |
| JohnTripp Walter Davis | Partner | 2.00 |
| Mark C Tiberio | Partner | 1.00 |
| William T England | Partner | 41.00 |
| Christopher J King | Director | 11.50 |
| Dan Drobac | Senior Manager | 53.00 |
| Eric M Ingram | Senior Manager | 5.00 |
| Daniel C Chavez | Manager | 69.70 |
| John Bonaguro | Manager | 0.10 |
| Patrick J Gabel | Manager | 2.00 |
| Holly Nicole Weeks | Senior Associate | 1.50 |
| Justin A Spahn | Senior Associate | 80.30 |
| Lisa J Gross | Senior Associate | 0.50 |
| Maxime Charlebois | Senior Associate | 5.00 |
| Abigail E Sullivan | Associate | 69.80 |
| Andrea Johanns | Associate | 12.00 |
| Andrea Qi | Associate | 4.00 |
| Anish Arvind Shah | Associate | 2.60 |
| Bradley D Ebenhoeh | Associate | 2.00 |
| Kevin T Fair | Associate | 2.50 |
| Meaghan K Sullivan | Associate | 66.50 |
| Kenneth David Scruggs | Professional Assistant | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **433.50** |
| Total Hours Incurred prior to March 1, 2009 | | 7,083.30 |
| **Total Hours Incurred through March 31, 2009** | | **7,516.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                 **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**March 1, 2009 through March 31, 2009**

| Professional | Professional's Position | | Hours |
|---|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | | $1,805,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | | $10,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | | **$1,815,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | | 433.50 | **$10,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2009 through March 31, 2009**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 18.40 |
| 2900 - Information Technology General Controls | 9.50 |
| 3100 - Purchasing and payables process | 17.50 |
| 3200 - Treasury and cash management  process | 4.20 |
| 3250 - Investments process | 7.20 |
| 3400 - Property, plant & equipment process | 2.00 |
| 3600 - Payroll process | 18.50 |
| 3650 - Benefits process | 62.80 |
| 3900 - Period-end financial reporting process | 42.00 |
| 5500 - Financing process | 11.10 |
| 6000 - Audit of ICFR - Finalization procedures | 2.50 |
| 6500 - Audit of financial statements | 115.80 |
| 8000 - Minutes of board | 6.10 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 24.20 |
| 8700 - Completion | 15.00 |
| Baltimore Sun Fieldwork | 3.50 |
| CTC Fieldwork | 11.25 |
| FSC-CA Fieldwork | 7.30 |
| Hartford Courant Fieldwork | 3.50 |
| Interactive Fieldwork | 3.50 |
| KTLA Fieldwork | 2.70 |
| LA Times Fieldwork | 9.75 |
| Orlando Fieldwork | 2.25 |
| Sun Sentinel Fieldwork | 3.20 |
| TBC Group Office Fieldwork | 12.60 |
| TPC Group Office Fieldwork | 9.90 |
| WGN-Cable Fieldwork | 0.50 |
| WGN-TV Fieldwork | 4.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - March 1, 2009 through March 31, 2009**

| Category | Hours |
|---|---|
| WPIX Fieldwork | 2.75 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **433.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                              **Exhibit C-1**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period March 1, 2009 through March 31, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Tax Consulting Services** | | | | |
| Douglas L Pinney | Partner | $625 | 0.80 | $500.00 |
| Deeti Desai | Manager | $300 | 1.00 | $300.00 |
| **Subtotal - Tax Consulting Services** | | | **1.80** | **$800.00** |
| **Claims Consulting Services** | | | | |
| J. Timothy Winks | Senior Managing Director | $600 | 0.30 | $180.00 |
| Timothy M Byrd | Senior Managing Director | $600 | 2.00 | $1,200.00 |
| Alex Thacher | Director | $450 | 15.00 | $6,750.00 |
| William Jozaitis | Director | $450 | 5.10 | $2,295.00 |
| Andrew K Olson | Manager | $380 | 3.90 | $1,482.00 |
| James Pierzchalski | Senior Associate | $285 | 1.50 | $427.50 |
| Jamila Charlise Fairley | Senior Associate | $240 | 116.50 | $27,960.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 22.90 | $5,152.50 |
| David Y Pai | Associate | $155 | 7.90 | $1,224.50 |
| **Subtotal - Claims Consulting Services** | | | **175.10** | **$46,671.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 8.70 | $3,480.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 10.90 | $3,161.00 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 0.20 | $45.00 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 2.00 | $250.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **21.80** | **$6,936.00** |
| **Total Hours and Compensation** | | | **198.70** | **$54,407.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Tax Consulting Services** | | | | | | |
| 2/4/2009 | Douglas L Pinney | Partner | 0309H0001: Research cancellation of debt for S corporation and locate checklist of attribute reductions. | $625.00 | 0.80 | $500.00 |
| 3/5/2009 | Deeti Desai | Manager | 0309H0002: Research interest deductibility articles. | $300.00 | 1.00 | $300.00 |
| **Subtotal - Hours and Compensation for Tax Consulting Services** | | | | | **1.80** | **$800.00** |
| **Claims Consulting Services** | | | | | | |
| 3/2/2009 | Alex Thacher | Director | 0309H0003: Review Los Angeles License Tax documentation to determine issues. | $450.00 | 0.50 | $225.00 |
| 3/3/2009 | Alex Thacher | Director | 0309H0004: Review Los Angeles License Tax documentation to determine issues. | $450.00 | 0.50 | $225.00 |
| 3/3/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0005: Meeting with A. Thacher and S. Lovitch (both PwC) to discuss issues and potential positions related to assessment of the Los Angeles License Tax. | $240.00 | 1.00 | $240.00 |
| 3/3/2009 | Samuel I. Lovitch | Senior Associate | 0309H0006: Meeting with A. Thacher and J. Fairley (both PwC) to discuss issues and potential positions related to assessment of the Los Angeles License Tax. | $225.00 | 1.00 | $225.00 |
| 3/3/2009 | Alex Thacher | Director | 0309H0007: Meeting with J. Fairley and S. Lovitch (both PwC) to discuss issues and potential positions related to assessment of the Los Angeles License Tax. | $450.00 | 1.00 | $450.00 |
| 3/3/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0008: Review assessment, issues, and background information related to the Los Angeles Times. | $240.00 | 0.80 | $192.00 |
| 3/3/2009 | Samuel I. Lovitch | Senior Associate | 0309H0009: Analyze processes and further review of explanations associated with apportionment methodologies for Los Angeles License Tax. | $225.00 | 1.80 | $405.00 |
| 3/3/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0010: Meeting with S. Lovitch (PwC) to discuss project details. | $240.00 | 0.20 | $48.00 |

**Exhibit C-2**

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/3/2009 | Samuel I. Lovitch | Senior Associate | 0309H0011: Meeting with J. Fairley (PwC) to discuss project details. | $225.00 | 0.20 | $45.00 |
| 3/4/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0012: Determination of issues to research for Los Angeles License Tax. | $240.00 | 0.50 | $120.00 |
| 3/4/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0013: Review documentation associated with assessments for Los Angeles License Tax. | $240.00 | 1.50 | $360.00 |
| 3/4/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0014: Perform online research of various information provided by Audit Bureau of Circulations for Los Angeles License Tax. | $240.00 | 1.50 | $360.00 |
| 3/4/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0015: Perform research related to legislative history for sourcing treatment of advertising in newspapers. | $240.00 | 2.30 | $552.00 |
| 3/4/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0016: Review historical research for Los Angeles tax. | $240.00 | 1.20 | $288.00 |
| 3/5/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0017: Document Los Angeles License Tax work. | $240.00 | 0.50 | $120.00 |
| 3/5/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0018: Perform research to determine legislative history of California's sales factor treatment of advertising revenue associated with newspapers. | $240.00 | 2.40 | $576.00 |
| 3/5/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0019: Review findings related to California sales factor treatment. | $240.00 | 0.50 | $120.00 |
| 3/5/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0020: Research to determine how other non-California jurisdictions that impose a business privilege tax (i.e., gross receipts tax) assess tax on advertising in print media. | $240.00 | 1.60 | $384.00 |
| 3/5/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0021: Meeting with S. Lovitch (PwC) to discuss research regarding Los Angeles License Tax. | $240.00 | 2.00 | $480.00 |
| 3/5/2009 | Samuel I. Lovitch | Senior Associate | 0309H0022: Meeting with J. Fairley (PwC) to discuss research regarding Los Angeles License Tax. | $225.00 | 2.00 | $450.00 |
| 3/6/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0023: Discussion with S. Lovitch and A. Thacher (both PwC) regarding Los Angeles License Tax. | $240.00 | 0.50 | $120.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/6/2009 | Alex Thacher | Director | 0309H0024: Discussion with S. Lovitch and J. Fairley (both PwC) regarding Los Angeles License Tax. | $450.00 | 0.50 | $225.00 |
| 3/6/2009 | Samuel I. Lovitch | Senior Associate | 0309H0025: Discussion with J. Fairley and A. Thacher (both PwC) regarding Los Angeles License Tax. | $225.00 | 0.50 | $112.50 |
| 3/6/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0026: Research information provided by the Audit Bureau of Circulations to be used in preparing computations of estimated tax based on various positions. | $240.00 | 3.00 | $720.00 |
| 3/6/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0027: Perform research to determine how other jurisdictions that impose a privilege tax (i.e., gross receipts tax) assess tax on advertising in print media. | $240.00 | 2.00 | $480.00 |
| 3/6/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0028: Review non-California research findings related to revenue sourcing for sales factor purposes in multiple states, including New York, Texas, and District of Columbia to incorporate into memo. | $240.00 | 2.50 | $600.00 |
| 3/9/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0029: Revise computations of estimated tax liabilities based upon various potential positions for purposes of reducing assessment. | $240.00 | 1.50 | $360.00 |
| 3/9/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0030: Research to determine if California law preempts Los Angeles City on either the advertising or circulation methodology. | $240.00 | 3.50 | $840.00 |
| 3/10/2009 | Samuel I. Lovitch | Senior Associate | 0309H0031: Discussion with J. Fairley (PwC) regarding decision in ISAAC case. | $225.00 | 0.50 | $112.50 |
| 3/10/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0032: Discussion with S. Lovitch (PwC) regarding decision in ISAAC case. | $240.00 | 0.50 | $120.00 |
| 3/10/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0033: Review research related to whether California's laws may preempt the City of Los Angeles' taxation provisions and prepare position paper. | $240.00 | 2.80 | $672.00 |
| 3/10/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0034: Prepare position paper in response to audit assessment. | $240.00 | 2.70 | $648.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period March 1, 2009 through March 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/10/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0035: Revise estimated tax liabilities computations based upon various potential positions for purposes of reducing assessment. | $240.00 | 2.00 | $480.00 |
| 3/11/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0036: Review advertising research and determination of application of California's sales factor sourcing provisions to Los Angeles Times' facts. | $240.00 | 2.60 | $624.00 |
| 3/11/2009 | Samuel I. Lovitch | Senior Associate | 0309H0037: Meeting with J. Fairley (PwC) to review data provided by the Los Angeles Times' staff. | $225.00 | 0.40 | $90.00 |
| 3/11/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0038: Meeting with S. Lovitch (PwC) to review data provided by the Los Angeles Times' staff. | $240.00 | 0.40 | $96.00 |
| 3/11/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0039: Prepare estimated tax liability computations based on Audit Bureau Circulation methodology. | $240.00 | 2.00 | $480.00 |
| 3/11/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0040: Revise documentation in preparation for Assessment Review Officer Hearing. | $240.00 | 1.30 | $312.00 |
| 3/11/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0041: Analyze advertising client location as a potential "circulation methodology" position. | $240.00 | 1.70 | $408.00 |
| 3/11/2009 | Samuel I. Lovitch | Senior Associate | 0309H0042: Review data provided by S. Wong (Los Angeles Times). | $225.00 | 0.20 | $45.00 |
| 3/11/2009 | Samuel I. Lovitch | Senior Associate | 0309H0043: Research Los Angeles and California sales factor provisions to determine treatment of advertisement revenue in print media. | $225.00 | 0.80 | $180.00 |
| 3/12/2009 | Alex Thacher | Director | 0309H0044: Review Los Angeles License Tax documentation. | $450.00 | 0.50 | $225.00 |
| 3/12/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0045: Revise estimated tax liabilities compensation based upon various potential positions for purposes of reducing assessment. | $240.00 | 4.00 | $960.00 |
| 3/13/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0046: Review research regarding sourcing provisions of advertising revenue earned from newspapers. | $240.00 | 2.00 | $480.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period March 1, 2009 through March 31, 2009

**Exhibit C-2**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/13/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0047: Analyze new information provided by the Los Angeles Times related to the advertiser billing methodology. | $240.00 | 2.00 | $480.00 |
| 3/13/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0048: Meeting with S. Lovitch (PwC) to discuss positions and computations of tax in defense of audit assessment. | $240.00 | 2.00 | $480.00 |
| 3/13/2009 | Samuel I. Lovitch | Senior Associate | 0309H0049: Meeting with J. Fairley (PwC) to discuss positions and computations of tax in defense of audit assessment. | $225.00 | 2.00 | $450.00 |
| 3/16/2009 | William Jozaitis | Director | 0309H0050: Discussion with A. Olson (PwC) regarding preparation of Chicago Protest for the second assessment. | $450.00 | 0.60 | $270.00 |
| 3/16/2009 | Andrew K Olson | Manager | 0309H0051: Discussion with W. Jozaitis (PwC) regarding preparation of Chicago Protest for the second assessment. | $380.00 | 0.60 | $228.00 |
| 3/16/2009 | Alex Thacher | Director | 0309H0052: Review research and corresponding supporting work papers related to defense of the audit assessment. | $450.00 | 2.00 | $900.00 |
| 3/16/2009 | Samuel I. Lovitch | Senior Associate | 0309H0053: Meeting with A. Thacher and J. Fairley (both PwC) to discuss tentative research conclusions and estimated tax computations. | $225.00 | 2.00 | $450.00 |
| 3/16/2009 | Alex Thacher | Director | 0309H0054: Meeting with J. Fairley and S. Lovitch (both PwC) to discuss tentative research conclusions and estimated tax computations. | $450.00 | 2.00 | $900.00 |
| 3/16/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0055: Meeting with A. Thacher and S. Lovitch (both PwC) to discuss tentative research conclusions and estimated tax computations. | $240.00 | 2.00 | $480.00 |
| 3/16/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0056: Analyze and determine potential methodologies to be included in preparing position paper. | $240.00 | 4.00 | $960.00 |
| 3/16/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0057: Analyze and process revised information provided by the Los Angeles Times used in computing the tax under the advertiser billing method. | $240.00 | 2.50 | $600.00 |

TRIBUNE COMPANY, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period March 1, 2009 through March 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/16/2009 | William Jozaitis | Director | 0309H0058: Review City of Chicago attorney's (K. Cook) emails, prepare and send e-mail to M. Melgarejo (Tribune) regarding the status of the project, and scheduling a meeting with the City of Chicago. | $450.00 | 0.40 | $180.00 |
| 3/17/2009 | William Jozaitis | Director | 0309H0059: Discussion with A. Olson (PwC) regarding the protest for the second assessment. | $450.00 | 0.20 | $90.00 |
| 3/17/2009 | Andrew K Olson | Manager | 0309H0060: Discussion with W. Jozaitis (PwC) regarding the protest for the second assessment. | $380.00 | 0.20 | $76.00 |
| 3/17/2009 | James Pierzchalski | Senior Associate | 0309H0061: Prepare for the IL Protest and Petition: complete the IL Protest and Petition for hearing document and draft the IL Protest and Petition for Hearing cover letter. | $285.00 | 1.00 | $285.00 |
| 3/17/2009 | Samuel I. Lovitch | Senior Associate | 0309H0062: Prepare for meeting with the Los Angeles Times. | $225.00 | 1.00 | $225.00 |
| 3/17/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0063: Prepare correspondence to the Los Angeles Times. | $240.00 | 0.50 | $120.00 |
| 3/17/2009 | Alex Thacher | Director | 0309H0064: Prepare meeting with Los Angeles Times, including review of research. | $450.00 | 1.70 | $765.00 |
| 3/17/2009 | Samuel I. Lovitch | Senior Associate | 0309H0065: Meeting with S. DeFroscia, J. Perdigao, and S. Wong (all Los Angeles Times) and A. Thacher and J. Fairley (both PwC) to discuss Los Angeles License tax results and strategies for resolution. | $225.00 | 2.00 | $450.00 |
| 3/17/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0066: Meeting with S. DeFroscia, J. Perdigao, and S. Wong (all Los Angeles Times) and A. Thacher and S. Lovitch (both PwC) to discuss Los Angeles License tax results and strategies for resolution. | $240.00 | 2.00 | $480.00 |
| 3/17/2009 | Alex Thacher | Director | 0309H0067: Meeting with S. DeFroscia, J. Perdigao, S. Wong and (all Los Angeles Times) and J. Fairley and S. Lovitch (both PwC) to discuss Los Angeles License tax results and strategies for resolution. | $450.00 | 2.00 | $900.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------|
| 3/17/2009 | Samuel I. Lovitch | Senior Associate | 0309H0068: Debrief meeting with A. Thacher and J. Fairley (both PwC) to discuss meeting results and next steps related to audit defense and refund claims. | $225.00 | 2.00 | $450.00 |
| 3/17/2009 | Alex Thacher | Director | 0309H0069: Debrief meeting with J. Fairley and S. Lovitch (both PwC) to discuss meeting results and next steps related to audit defense and refund claims. | $450.00 | 2.00 | $900.00 |
| 3/17/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0070: Debrief meeting with A. Thacher and S. Lovitch (both PwC) to discuss meeting results and next steps related to audit defense and refund claims. | $240.00 | 2.00 | $480.00 |
| 3/17/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0071: Research various sourcing issues and prepare of position paper regarding the proper methodology to compute the tax base.. | $240.00 | 3.50 | $840.00 |
| 3/17/2009 | William Jozaitis | Director | 0309H0072: Scheduling Tribune and Chicago meetings. | $450.00 | 0.30 | $135.00 |
| 3/18/2009 | William Jozaitis | Director | 0309H0073: Discussion with A. Olson (PwC) regarding Chicago protest. | $450.00 | 0.50 | $225.00 |
| 3/18/2009 | Andrew K Olson | Manager | 0309H0074: Discussion with W. Jozaitis (PwC) regarding Chicago protest. | $380.00 | 0.50 | $190.00 |
| 3/18/2009 | David Y Pai | Associate | 0309H0075: Reconciling total United States' sales to the Los Angeles Times' Los Angeles sales. | $155.00 | 1.00 | $155.00 |
| 3/18/2009 | David Y Pai | Associate | 0309H0076: Analyze and compute the Los Angeles Times' sales, including identifying partial sales and determining appropriate sourcing of sales by category (e.g., HD, single Copy, individually paid). | $155.00 | 2.40 | $372.00 |
| 3/18/2009 | Samuel I. Lovitch | Senior Associate | 0309H0077: Meeting with D. Pai and J. Fairley (both PwC) to discuss the Audit Bureau Circulation reports and determination of information needs to compute estimated tax liability. | $225.00 | 1.00 | $225.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/18/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0078: Meeting with D. Pai and S. Lovitch (both PwC) to discuss the Audit Bureau Circulation reports and determination of information needs to compute estimated tax liability. | $240.00 | 1.00 | $240.00 |
| 3/18/2009 | David Y Pai | Associate | 0309H0079: Meeting with J. Fairley and S. Lovitch (both PwC) to discuss the Audit Bureau Circulation reports and determination of information needs to compute estimated tax liability. | $155.00 | 1.00 | $155.00 |
| 3/18/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0080: Prepare position paper related to proper methodology for sourcing various types of revenue. | $240.00 | 1.00 | $240.00 |
| 3/19/2009 | David Y Pai | Associate | 0309H0081: Analyze information provided by the Los Angeles Times and revise. | $155.00 | 2.70 | $418.50 |
| 3/19/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0082: Discussion with D. Pai (PwC) regarding revisions to tax liability computations. | $240.00 | 0.80 | $192.00 |
| 3/19/2009 | David Y Pai | Associate | 0309H0083: Discussion with J. Fairley (PwC) regarding revisions to tax liability computations. | $155.00 | 0.80 | $124.00 |
| 3/19/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0084: Prepare position paper related to proper methodology for sourcing various types of revenue, including the use of Audit Bureau Circulation data as a sourcing methodology. | $240.00 | 2.80 | $672.00 |
| 3/19/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0085: Draft position paper to address the circulation factor is proper method for advertising revenue in print media. | $240.00 | 1.70 | $408.00 |
| 3/19/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0086: Review and revise position paper. | $240.00 | 0.70 | $168.00 |
| 3/19/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0087: Review information provided by the Audit Bureau Circulation and revise the estimated tax liability computations. | $240.00 | 2.00 | $480.00 |
| 3/20/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0088: Review and revise position paper. | $240.00 | 3.50 | $840.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/20/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0089: Review the calculation of Audit Bureau Circulation's "in-out" percentages pursuant to CCR 14, and revise computations. | $240.00 | 3.00 | $720.00 |
| 3/20/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0090: Analyze Audit Bureau Circulation data to determine proper sourcing of receipts for tax base determination. | $240.00 | 1.50 | $360.00 |
| 3/23/2009 | James Pierzchalski | Senior Associate | 0309H0091: Scan Chicago Protest Letter and send to Tribune. | $285.00 | 0.20 | $57.00 |
| 3/23/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0092: Revise the position paper, including revisions to the position of utilizing Audit Bureau Circulation's data as sourcing methodology. | $240.00 | 4.30 | $1,032.00 |
| 3/23/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0093: Continue to revise the position paper. | $240.00 | 3.70 | $888.00 |
| 3/24/2009 | William Jozaitis | Director | 0309H0094: Meeting at Tribune to review all Chicago tax assessment issues with A. Olson and T. Byrd, (both PwC) and M. Melgarejo, H. Segal, M. Dagenais, J. Uson, C. Davis and I. Torres (all Tribune). | $450.00 | 2.00 | $900.00 |
| 3/24/2009 | Timothy M Byrd | Senior Managing Director | 0309H0095: Meeting at Tribune to review all Chicago tax assessment issues with A. Olson and W. Jozaitis (both PwC) and M. Melgarejo, H. Segal, M. Dagenais, J. Uson, C. Davis and I. Torres (all Tribune). | $600.00 | 2.00 | $1,200.00 |
| 3/24/2009 | Andrew K Olson | Manager | 0309H0096: Meeting at Tribune to review all Chicago tax assessment issues with T. Byrd and W. Jozaitis (both PwC) and M. Melgarejo, H. Segal, M. Dagenais, J. Uson, C. Davis and I. Torres (all Tribune). | $380.00 | 2.00 | $760.00 |
| 3/24/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0097: Revise the position paper, including revisions to the potential position supported by the Issac case. | $240.00 | 4.00 | $960.00 |
| 3/24/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0098: Review and revise position paper. | $240.00 | 2.50 | $600.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 3/24/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0099: Revise work papers to include only that information which is required to be provided in the Assessment Review Officer's binder. | $240.00 | 1.50 | $360.00 |
| 3/24/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0100: Prepare the binder to be provided to the Assessment Review Officer. | $240.00 | 2.00 | $480.00 |
| 3/25/2009 | James Pierzchalski | Senior Associate | 0309H0101: Update the Chicago City Protest document. | $285.00 | 0.30 | $85.50 |
| 3/25/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0102: Analyze apportionment factor based on Audit Bureau Circulation data. | $240.00 | 1.00 | $240.00 |
| 3/25/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0103: Review and revise position paper. | $240.00 | 3.50 | $840.00 |
| 3/25/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0104: Reconcile tax liability computations to ensure consistency with amounts reported in position paper. | $240.00 | 1.50 | $360.00 |
| 3/25/2009 | Samuel I. Lovitch | Senior Associate | 0309H0105: Meeting with A. Thacher and J. Fairley (both PwC) to discussion estimated tax related to audit defense and position paper. | $225.00 | 1.00 | $225.00 |
| 3/25/2009 | Alex Thacher | Director | 0309H0106: Meeting with S. Lovitch and J. Fairley (both PwC) to discussion estimated tax related to audit defense and position paper. | $450.00 | 1.00 | $450.00 |
| 3/25/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0107: Meeting with S. Lovitch and A. Thacher (both PwC) to discussion estimated tax related to audit defense and position paper. | $240.00 | 1.00 | $240.00 |
| 3/25/2009 | Andrew K Olson | Manager | 0309H0108: Discussion with W. Jozaitis and T. Winks (both PwC) to discuss negotiating strategy with the City of Chicago. | $380.00 | 0.30 | $114.00 |
| 3/25/2009 | J. Timothy Winks | Senior Managing Director | 0309H0109: Discussion with W. Jozaitis and A. Olson (both PwC) to discuss negotiating strategy with the City of Chicago. | $600.00 | 0.30 | $180.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/25/2009 | William Jozaitis | Director | 0309H0110: Discussion with T. Winks and A. Olson (both PwC) to discuss negotiating strategy with the City of Chicago. | $450.00 | 0.30 | $135.00 |
| 3/25/2009 | Andrew K Olson | Manager | 0309H0111: Meeting with W. Jozaitis (PwC) to review protest documents. | $380.00 | 0.30 | $114.00 |
| 3/25/2009 | William Jozaitis | Director | 0309H0112: Meeting with A. Olson (PwC) to review protest documents. | $450.00 | 0.30 | $135.00 |
| 3/25/2009 | William Jozaitis | Director | 0309H0113: Prepare correspondence sent to City of Chicago Attorney (K. Cook) regarding status of client documentation. | $450.00 | 0.50 | $225.00 |
| 3/26/2009 | Alex Thacher | Director | 0309H0114: Review work papers and the position paper. | $450.00 | 1.30 | $585.00 |
| 3/26/2009 | Samuel I. Lovitch | Senior Associate | 0309H0115: Review of information to determine proper sourcing of gross receipts based on zip code information. | $225.00 | 0.50 | $112.50 |
| 3/30/2009 | Jamila Charlise Fairley | Senior Associate | 0309H0116: Finalize computations of tax liability based on developed positions, including analysis of changes to information due to zip code revisions. | $240.00 | 2.00 | $480.00 |
| 3/30/2009 | Samuel I. Lovitch | Senior Associate | 0309H0117: Review the position paper. | $225.00 | 4.00 | $900.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | 175.10 | $46,671.50 |

**Monthly, Interim and Final Fee Applications**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/5/2009 | Subashi M Stendahl | Associate (Bankruptcy) | 0309H0118: Update draft exhibits for the audit team. | $225.00 | 0.20 | $45.00 |
| 3/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0309H0119: Prepare the bankruptcy team details for the fee estimate for the client. | $400.00 | 0.60 | $240.00 |
| 3/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0309H0120: Email communications with K. Kansa (Kirkland) regarding expansion of services. | $400.00 | 0.20 | $80.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

**Exhibit C-2**

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/16/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0309H0121: Assemble data for February09 time details into the consolidator. | $125.00 | 2.00 | $250.00 |
| 3/18/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0309H0122: Review initial consolidator for Tribune - reconciliation for December08. | $400.00 | 4.40 | $1,760.00 |
| 3/20/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0123: Assemble the February09 expense consolidator. | $290.00 | 2.50 | $725.00 |
| 3/20/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0124: Review the detailed time descriptions within the Feburary09 fee consolidator. | $290.00 | 1.80 | $522.00 |
| 3/20/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0125: Review the February 09 expense consolidator. | $290.00 | 0.80 | $232.00 |
| 3/20/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0309H0126: Review the February09 fee consolidator. | $400.00 | 0.50 | $200.00 |
| 3/23/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0127: Review the February09 expense consolidator. | $290.00 | 3.80 | $1,102.00 |
| 3/23/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0128: Continue to review the February09 expense consolidator. | $290.00 | 1.00 | $290.00 |
| 3/24/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0309H0129: Reconcile the February09 expense consolidator to the WIP LT and expense details. | $290.00 | 1.00 | $290.00 |
| 3/25/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0309H0130: Review initial consolidator for Tribune and reconciliation for December08. | $400.00 | 3.00 | $1,200.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **21.80** | **$6,936.00** |
| **Total Hours and Compensation** | | | | | **198.70** | **$54,407.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                             **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period March 1, 2009 through March 31, 2009**

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Meals | $604.06 |
| Mileage Allowance | $31.90 |
| Parking | $181.00 |
| Public/ground transportation | $804.05 |
| Sundry - Other | $401.00 |
| **Subtotal - 2008 Consolidated Audit** | **$2,022.01** |
| **Claims Consulting Services** | |
| Meals | $74.57 |
| Parking | $5.00 |
| Public/ground transportation | $15.00 |
| **Subtotal - Claims Consulting Services** | **$94.57** |
| **Total Expenditures** | **$2,116.58** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Friday, June 05, 2009

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 12/12/2008 | Sheri L Meyers | Meals | 0309E0001: GORDEN BIERSCH05033 LOS ANGELES CA - LUNCH - WITH A. JOHANNS, A. SULLIVAN, AND SELF. | $20.30 |
| 12/22/2008 | Sheri L Meyers | Meals | 0309E0002: MA PETIT BAKERY & CAFE - DINNER - WITH A. SULLIVAN, A. JOHANNS, AND SELF. | $50.77 |
| 1/15/2009 | Dan Drobac | Parking | 0309E0003: GRAND PLAZA # 55 800 CHICAGO IL - PARKING FOR MEETING WITH B. LITMAN AND N. CHAKIRIS (BOTH TRIBUNE). | $30.00 |
| 1/26/2009 | Andrea Johanns | Public/ground transportation | 0309E0004: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $15.00 |
| 1/29/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0005: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/2/2009 | Daniel C Chavez | Public/ground transportation | 0309E0006: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/2/2009 | Andrea Johanns | Public/ground transportation | 0309E0007: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/2/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0008: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/3/2009 | Daniel C Chavez | Public/ground transportation | 0309E0009: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/3/2009 | Andrea Johanns | Public/ground transportation | 0309E0010: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/3/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0011: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $19.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2009 through March 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 2/4/2009 | Dan Drobac | Public/ground transportation | 0309E0012: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/4/2009 | Daniel C Chavez | Public/ground transportation | 0309E0013: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/4/2009 | Andrea Johanns | Public/ground transportation | 0309E0014: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/4/2009 | Abigail E Sullivan | Meals | 0309E0015: JIMMY JOHN'S #290 00 CHICAGO - OVERTIME MEAL - WITH M. SULLIVAN, D. CHAVEZ, AND SELF. | $51.03 |
| 2/4/2009 | Dan Drobac | Meals | 0309E0016: CHIPOTLE 0484 542929 CHICAGO - DINNER WHILE WORKING AT CLIENT - OVERTIME MEAL - SELF. | $8.74 |
| 2/5/2009 | Daniel C Chavez | Public/ground transportation | 0309E0017: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/5/2009 | Andrea Johanns | Public/ground transportation | 0309E0018: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/5/2009 | Abigail E Sullivan | Sundry - Other | 0309E0019: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $180.00 |
| 2/5/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0020: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $19.00 |
| 2/6/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0021: CHICAGO CARRIAGE CAB 312-326-2221 - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $19.05 |
| 2/7/2009 | Andrea Johanns | Public/ground transportation | 0309E0022: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/7/2009 | Abigail E Sullivan | Meals | 0309E0023: JIMMY JOHN'S #290 00 CHICAGO - DINNER - WITH M. SULLIVAN AND SELF. | $28.41 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/9/2009 | Andrea Johanns | Public/ground transportation | 0309E0024: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/9/2009 | Abigail E Sullivan | Sundry - Other | 0309E0025: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $60.00 |
| 2/9/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0026: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/10/2009 | Daniel C Chavez | Public/ground transportation | 0309E0027: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/10/2009 | Andrea Johanns | Public/ground transportation | 0309E0028: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/10/2009 | Abigail E Sullivan | Sundry - Other | 0309E0029: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $60.50 |
| 2/11/2009 | Dan Drobac | Public/ground transportation | 0309E0030: CHECKER CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/11/2009 | Andrea Johanns | Public/ground transportation | 0309E0031: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/11/2009 | Abigail E Sullivan | Sundry - Other | 0309E0032: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $60.00 |
| 2/11/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0033: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/11/2009 | Dan Drobac | Meals | 0309E0034: CHIPOTLE 0484 542929 CHICAGO - DINNER WHILE WORKING AT CLIENT - SELF. | $8.74 |
| 2/12/2009 | Dan Drobac | Public/ground transportation | 0309E0035: CARRIAGE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 2/12/2009 | Andrea Johanns | Public/ground transportation | 0309E0036: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/12/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0037: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/12/2009 | Dan Drobac | Meals | 0309E0038: JIMMY JOHN'S #290 00 CHICAGO - DINNER WHILE WORKING AT CLIENT - SELF. | $8.02 |
| 2/14/2009 | Andrea Johanns | Public/ground transportation | 0309E0039: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/16/2009 | Daniel C Chavez | Public/ground transportation | 0309E0040: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/16/2009 | Andrea Johanns | Public/ground transportation | 0309E0041: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/16/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0042: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/16/2009 | Meaghan K Sullivan | Meals | 0309E0043: GRUBHUB.COM 888-4138032 IL - DINNER WHILE WORKING AT CLIENT - SELF. | $20.01 |
| 2/17/2009 | Dan Drobac | Public/ground transportation | 0309E0044: CHECKER TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/17/2009 | Daniel C Chavez | Public/ground transportation | 0309E0045: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/17/2009 | Andrea Johanns | Public/ground transportation | 0309E0046: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/17/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0047: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $17.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

**Exhibit D-2**

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2009 through March 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 2/17/2009 | Abigail E Sullivan | Sundry - Other | 0309E0048: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $20.00 |
| 2/17/2009 | Abigail E Sullivan | Sundry - Other | 0309E0049: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $20.00 |
| 2/18/2009 | Dan Drobac | Public/ground transportation | 0309E0050: CARRIAGE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/18/2009 | Andrea Johanns | Public/ground transportation | 0309E0051: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/18/2009 | Abigail E Sullivan | Sundry - Other | 0309E0052: CAPITAL CONFIRMATION BRENTWOOD - PAYMENT FOR USE OF CONFIRMATION SERVICE WEBSITE. | $0.50 |
| 2/18/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0053: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/18/2009 | Dan Drobac | Meals | 0309E0054: JIMMY JOHNS WASHINGT CHICAGO IL - DINNER WHILE WORKING AT CLIENT - SELF. | $8.01 |
| 2/19/2009 | Andrea Johanns | Public/ground transportation | 0309E0055: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/19/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0056: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $17.00 |
| 2/21/2009 | Andrea Johanns | Public/ground transportation | 0309E0057: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/21/2009 | Abigail E Sullivan | Meals | 0309E0058: JIMMY JOHN'S # 290 - CHICAGO IL - DINNER WHILE WORKING AT CLIENT - WITH SPAHN, A.SULLIVAN, M.SULLIVAN, JOHANNS. | $33.50 |
| 2/23/2009 | William T England | Parking | 0309E0059: PARKING - WORKING AT THE TRIBUNE SITE LOCATION. | $24.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2009 through March 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|-------------------|
| 2/23/2009 | Dan Drobac | Parking | 0309E0060: PARKING - PARKING FOR MEETING WITH B. LITMAN AND N. CHAKIRIS (BOTH TRIBUNE). | $27.00 |
| 2/23/2009 | Andrea Johanns | Public/ground transportation | 0309E0061: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $6.00 |
| 2/23/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0062: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/23/2009 | Dan Drobac | Meals | 0309E0063: CHIPOTLE 0505 542929 CHICAGO IL - DINNER WHILE WORKING AT CLIENT - SELF. | $9.01 |
| 2/24/2009 | Dan Drobac | Public/ground transportation | 0309E0064: YELLOW CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/24/2009 | Andrea Johanns | Public/ground transportation | 0309E0065: GLOBE TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $8.00 |
| 2/24/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0066: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 2/24/2009 | Dan Drobac | Meals | 0309E0067: CHIPOTLE 0484 542929 CHICAGO IL - DINNER WHILE WORKING AT CLIENT - SELF. | $8.74 |
| 2/25/2009 | Dan Drobac | Public/ground transportation | 0309E0068: CHECKER CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/25/2009 | Daniel C Chavez | Public/ground transportation | 0309E0069: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/25/2009 | Andrea Johanns | Public/ground transportation | 0309E0070: AMERICAN TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/25/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0071: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $17.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 2/26/2009 | Dan Drobac | Public/ground transportation | 0309E0072: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 2/26/2009 | Daniel C Chavez | Meals | 0309E0073: JIMMY JOHNS WASHINGT CHICAGO IL - LUNCH - WITH W. ENGLAND AND SELF. | $16.01 |
| 2/26/2009 | Daniel C Chavez | Public/ground transportation | 0309E0074: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 2/26/2009 | Andrea Johanns | Public/ground transportation | 0309E0075: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $7.00 |
| 2/26/2009 | Abigail E Sullivan | Meals | 0309E0076: DINING IN 0035 BRIGHTON MA - OVERTIME MEAL - WITH J. SPAHN, A. JOHANNS, AND SELF. | $78.02 |
| 2/26/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0077: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $17.00 |
| 2/26/2009 | Abigail E Sullivan | Meals | 0309E0078: JIMMY JOHN'S #290 - CHICAGO IL - DINNER WHILE WORKING AT CLIENT - WITH SPAHN, A.SULLIVAN, M.SULLIVAN, JOHANNS. | $32.00 |
| 2/27/2009 | Abigail E Sullivan | Meals | 0309E0079: DINING IN 0035 BRIGHTON MA - DINNER WHILE WORKING AT CLIENT - WITH SPAHN, A.SULLIVAN, M.SULLIVAN, JOHANNS. | $52.63 |
| 2/28/2009 | Andrea Johanns | Public/ground transportation | 0309E0080: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $12.00 |
| 3/2/2009 | Daniel C Chavez | Public/ground transportation | 0309E0081: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 3/3/2009 | William T England | Parking | 0309E0082: WRIGLEY LOT 00000020 CHICAGO IL - WORKING AT THE TRIBUNE SITE LOCATION. | $30.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Detail of Expenditures by Project and Date**
**For the Period March 1, 2009 through March 31, 2009**

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|------------------|-------------|--------------------|
| 3/3/2009 | Meaghan K Sullivan | Meals | 0309E0083: GRUBHUB.COM 888-413032 IL - OVERTIME MEAL - WITH J. SPAHN, A. SULLIVAN, AND SELF. | $76.22 |
| 3/3/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0084: CHICAGO CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 3/4/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0085: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 3/5/2009 | Dan Drobac | Public/ground transportation | 0309E0086: CHECKERS CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $13.00 |
| 3/5/2009 | Abigail E Sullivan | Meals | 0309E0087: DINING IN 0035 BRIGHTON MA - OVERTIME MEAL - DINNER - WITH J. SPAHN, M. SULLIVAN, AND SELF. | $69.49 |
| 3/5/2009 | Abigail E Sullivan | Public/ground transportation | 0309E0088: YELLOW CAB, CHICAGO, IL - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $18.00 |
| 3/6/2009 | William T England | Parking | 0309E0089: WRIGLEY LOT 00000020 CHICAGO IL - WORKING AT THE TRIBUNE SITE LOCATION. | $30.00 |
| 3/6/2009 | Dan Drobac | Public/ground transportation | 0309E0090: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $12.00 |
| 3/7/2009 | Abigail E Sullivan | Meals | 0309E0091: JIMMY JOHN'S #290 00 CHICAGO IL - OVERTIME MEAL - WITH SELF. | $24.41 |
| 3/8/2009 | William T England | Mileage Allowance | 0309E0092: TRAVEL FROM BURR RIDGE TO CHICAGO. | $15.95 |
| 3/8/2009 | William T England | Mileage Allowance | 0309E0093: TRAVEL FROM CHICAGO TO BURR RIDGE. | $15.95 |
| 3/8/2009 | William T England | Parking | 0309E0094: PARKING NEAR TRIBUNE - WORKING AT THE TRIBUNE SITE LOCATION. | $15.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period March 1, 2009 through March 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 3/9/2009 | William T England | Parking | 0309E0095: WRIGLEY LOT 00000020 CHICAGO IL - WORKING AT THE TRIBUNE SITE LOCATION. | $25.00 |
| 3/9/2009 | Daniel C Chavez | Public/ground transportation | 0309E0096: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 3/10/2009 | Dan Drobac | Public/ground transportation | 0309E0097: CARRIAGE CAB - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $12.00 |
| Subtotal - 2008 Consolidated Audit | | | | $2,022.01 |
| **Claims Consulting Services** | | | | |
| 3/17/2009 | Alex Thacher | Meals | 0309E0098: BAR-B-KOSHER, INC. LOS ANGELES CA - WORKING DINNER - WITH J. FAIRLEY, S. LOVITCH, AND SELF. | $74.57 |
| 3/17/2009 | Alex Thacher | Parking | 0309E0099: CITY OF LA PRKNG MET LOS ANGELES CA - PARKING FOR MEETING WITH MEETING WITH S. DEFROSCIA, J. PERDIGAO, S. WONG AND (ALL LOS ANGELES TIMES). | $5.00 |
| 3/24/2009 | William Jozaitis | Public/ground transportation | 0309E0100: YELLOW CAB - TRANSPORTATION FROM OFFICE TO CLIENT SITE. | $15.00 |
| Subtotal - Claims Consulting Services | | | | $94.57 |
| **Total Expenditures** | | | | $2,116.58 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.