**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re:   TRIBUNE COMPANY, | ) | Case No. 08-13141 |
|  | ) |  |
| Debtor | ) | Chapter 11 |
|  | ) |  |
|  | ) | **JUDGE KEVIN J. CAREY** |

*NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO*
*BANKRUPTCY RULE 2002*

TO:  CLERK OF THE BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN

INTEREST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned

attorney hereby files an appearance as counsel for Hilda L. Solis, Secretary of Labor, United

States Department of Labor ("Secretary"), a party in interest in these proceedings, pursuant to

Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29

U.S.C. §1001, *et seq.*

The Secretary requests, in accordance with Bankruptcy Rule 2002 and Local Rule 2002,

that copies of all notices, pleadings, reports, and other documents filed in connection with this

matter also be sent to the following and that the following name and address be added to the

Court's master mailing list:

Elizabeth S. Goldberg
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C.  20013
e-mail:  goldberg.elizabeth@dol.gov

Dated: June 17, 2009

Respectfully submitted,

**CAROL A. DE DEO**
Deputy Solicitor of Labor National Operations

**JOAN E. GESTRIN**
Regional Solicitor

**TIMOTHY D. HAUSER**
Associate Solicitor, PBSD

/s Elizabeth Goldberg
**ELIZABETH S. GOLDBERG**
Trial Attorney

**ADDRESS:**

Office of the Solicitor            U.S. Department of Labor,
U.S. Department of Labor           Attorneys for HILDA L. SOLIS
230 South Dearborn Street          Secretary of Labor
Chicago, Illinois 60604
Telephone:  (312) 353-7836

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the attached *Notice of Appearance and*

*Request for Service of Papers* were transmitted on this 17th day of June, 2009 via the Court's

CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

> Bryan Krakauer
> Sidley, Austin, Brown & Wood LLP
> One S. Dearborn Street
> Chicago, Illinois 60603
> bkrakauer@sidley.com
> Attorney for the Debtor
>
> Adam G. Landis
> Landis Rath & Cobb LLP
> 919 Market Street, Suite 1800
> Wilmington, Delaware 19801
> landis@lrclaw.com
> Attorney for the Creditor Committee

and via regular mail to:

> Tribune Company
> 435 N. Michigan Avenue
> Chicago, Illinois 60611
> Debtor
>
> United States Trustee
> Office of the U.S. Trustee
> 844 King Street, Room 2207
> Lockbox #35
> Wilmington, Delaware 19899-0035

> /s Elizabeth S. Goldberg
> Trial Attorney