## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) |  |
| In re:   TRIBUNE COMPANY, | ) | Case No. 08-13141 |
|  | ) |  |
| Debtor | ) | Chapter 11 |
|  | ) |  |
|  | ) | **JUDGE KEVIN J. CAREY** |

### *NOTICE OF APPEARANCE AND REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002*

TO:  CLERK OF THE BANKRUPTCY COURT, THE DEBTOR AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010(b), the undersigned attorney hereby files an appearance as counsel for Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), a party in interest in these proceedings, pursuant to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §1001, *et seq.*

The Secretary requests, in accordance with Bankruptcy Rule 2002 and Local Rule 2002, that copies of all notices, pleadings, reports, and other documents filed in connection with this matter also be sent to the following and that the following name and address be added to the Court's master mailing list:

>Michael Schloss
>Office of the Solicitor
>United States Department of Labor
>Plan Benefits Security Division
>P.O. Box 1914
>Washington, D.C.  20013
>e-mail:  schloss.michael@dol.gov

Dated: June 17, 2009

                          Respectfully submitted,

**CAROL A. DE DEO**
Deputy Solicitor of Labor National Operations

**JOAN E. GESTRIN**
Regional Solicitor

**TIMOTHY D. HAUSER**
Associate Solicitor, PBSD

/s Michael Schloss
**MICHAEL SCHLOSS**
Senior Trial Attorney

**ADDRESS:**

| | |
|---|---|
| Office of the Solicitor | U.S. Department of Labor, |
| U.S. Department of Labor | Attorneys for HILDA L. SOLIS |
| 230 South Dearborn Street | Secretary of Labor |
| Chicago, Illinois 60604 | |
| Telephone: (312) 353-7836 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the attached *Notice of Appearance and Request for Service of Papers* were transmitted on this 17th day of June, 2009 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

>Bryan Krakauer
>Sidley, Austin, Brown & Wood LLP
>One S. Dearborn Street
>Chicago, Illinois 60603
>bkrakauer@sidley.com
>Attorney for the Debtor

>Adam G. Landis
>Landis Rath & Cobb LLP
>919 Market Street, Suite 1800
>Wilmington, Delaware 19801
>landis@lrclaw.com
>Attorney for the Creditor Committee

and via regular mail to:

>Tribune Company
>435 N. Michigan Avenue
>Chicago, Illinois 60611
>Debtor

>United States Trustee
>Office of the U.S. Trustee
>844 King Street, Room 2207
>Lockbox #35
>Wilmington, Delaware 19899-0035

>/s Michael Schloss
>Trial Attorney