# Exhibit A

## *Excerpt from Deposition of Jayne Clement*

00129
1  Q.   Have you ever seen it at all?

2  A.   I don't think so.

3  Q.   Okay. Do you believe that Mr. Weber

4  ever made any defamatory comments about you?

5  A.   Not to my knowledge.

6  Q.   Do you believe whether -- do you know

7  one way or the other whether Mr. Weber ever made any

8  comments to subsequent employers or potential

9  employers about you?

10 A.   Not to my knowledge.

11 Q.   Have you ever heard any rumors or

12 statements attributed to Mr. Weber by any third party

13 that he made any comments about you to any

14 prospective or potential employers?

15 MR. SHEGERIAN: We'd stipulate to removing him

16 from the complaint with prejudice, his name.

17 MR. HIX: I still think it's a valid question.

18 MR. SHEGERIAN: Why would it be valid now?

19 MR. HIX: I'd like to know.

20 MR. SHEGERIAN: Doesn't make it valid. It

21 wouldn't make it valid. Go ahead and answer the

22 question.

23 THE WITNESS: Not to my knowledge.

24 MR. HIX: And as far as your -- we've actually

25 got a couple of stipulations that we've been talking

00130
1  about on and off the record.
2  MR. SHEGERIAN: Sure.
3  MR. HIX: So why don't we go ahead and clear
4  those up. What's your proposed stipulation with
5  respect to Mr. Weber?
6  MR. SHEGERIAN: To dismiss him -- his
7  reference in the complaint as having made any
8  defamatory comments about Jayne Clement.
9  MR. HIX: Okay. We'll stipulate to that, and
10  is there any stipulation that he won't be named as a
11  defendant?
12  MR. SHEGERIAN: That's correct.
13  MR. HIX: And that's with prejudice?
14  MR. SHEGERIAN: That's correct.
15  MR. HIX: All right. Then you'd also -- we
16  spoke on the phone yesterday about the age claim.
17  MR. SHEGERIAN: Correct.
18  MR. HIX: Go ahead and propose a stipulation
19  as to that.
20  MR. SHEGERIAN: Plaintiff would dismiss it
21  without prejudice.
22  MR. HIX: And I believe you also offered that
23  if the age claim is reinstated at any point that
24  Ms. Clement with be produced for another deposition
25  to explore those claims?

00131

1  MR. SHEGERIAN: Of course. So stipulated.

2  MR. HIX: All right. That's stipulated.

3  Any other stipulations?

4  MR. SHEGERIAN: That's all I know of.

5  MR. HIX: All right.

6  Q.   Did Ms. Kinkaid ever attribute any

7  negative comments about you to Ms. Stokley? That

8  actually came out a little strange.

9  Did Ms. Kinkaid ever say that Donna

10  Stokley made negative or untrue comments about you?

11  A.   No.

12  Q.   Other than USA Today, are you aware of

13  any other potential employer that anybody from

14  Tribune Company or any of its related entities made

15  any statements about you or your employment with

16  those entities?

17  A.   I'm not aware.

18  Q.   Okay. Do you recall any -- either

19  hearing directly yourself or through third parties

20  that Donna Stokley said you were incompetent?

21  A.   No.

22  Q.   Did you ever hear either yourself or

23  attributed to anybody at Tribune Company or its

24  related entities that you were unsuccessful while you

25  were employed by those entities?