# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) |
| Debtors. | ) Jointly Administered |

## SUPPLEMENTAL DECLARATION OF DAVID S. KURTZ IN SUPPORT OF THE APPLICATION FOR AN ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN LAZARD FRERES & CO. LLC AS INVESTMENT BANKER AND FINANCIAL ADVISOR *NUNC PRO TUNC* TO THE PETITION DATE

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), David S. Kurtz, under penalty of perjury, declares as follows:

1. I am over the age of 18 and competent to testify. I am a Managing Director of the firm Lazard Frères & Co. LLC ("Lazard"), which has its principal office at 30 Rockefeller Plaza, New York, New York 10020. I am duly authorized to make and submit this supplemental declaration (the "Third Supplemental Declaration") on behalf of Lazard in accordance with sections 327 and 328 of title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2014(a) and 5002 in support of the application (the "Application") of the Tribune Company and its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, for entry of an order authorizing the Debtors to employ and retain Lazard as their investment banker and financial advisor in connection with their chapter 11 cases. Unless otherwise stated in this Third Supplemental Declaration, I have

personal knowledge of the facts set forth herein, or have been informed of such matters by professionals of Lazard, and, if called as a witness, I would testify thereto.

2. James Millstein submitted an initial declaration with the Application (the "Initial Declaration"). The Initial Declaration was dated December 23, 2008 and was attached as **Exhibit A** to the Application. Thereafter, Mr. Millstein submitted a supplemental declaration on February 19, 2009 (the "First Supplemental Declaration") making additional disclosures. Subsequently, on May 22, 2009, I submitted an additional supplemental declaration (the "Second Supplemental Declaration") making additional disclosures.

3. As set forth in the Initial Declaration, the First Supplemental Declaration, and the Second Supplemental Declaration, Lazard obtained from the Debtors the names of individuals and entities that may be parties-in-interest in these chapter 11 cases and such parties were listed on **Schedule 1** to the Initial Declaration (the "Parties-In-Interest List"). Lazard researched its electronic client files and records to determine its connections with any of the parties on the Parties-In-Interest List. To the extent that Lazard had been retained within the last three years to represent any of the parties on the Parties-In-Interest List, such parties were listed on **Schedule 2** to the Initial Declaration and in the Second Supplemental Declaration. As noted in the Initial Declaration and the Second Supplemental Declaration, however, Lazard's representation of each such entity was or is only on matters that are unrelated to the Debtors and/or these cases.

4. Subsequent to the filing of the Initial Declaration, the First Supplemental Declaration and the Second Supplemental Declaration, Lazard was retained by SP Newsprint Holdings Company and its affiliates (collectively, "SP"). SP Newsprint Company appears on the Parties-in-Interest List as one of the thirty largest unsecured creditors of the Debtors. Lazard's retention by the SP is on matters unrelated to the Debtors.

I declare under the penalty of perjury that the foregoing is true and correct.

LAZARD FRERES & CO. LLC

By: ___David S. Kurtz___
Name: David S. Kurtz
Title: Managing Director

Executed on June 19, 2009