# EXHIBIT 1

# Revised Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## ORDER AUTHORIZING
## DEBTORS TO (I) ASSUME CERTAIN UNEXPIRED LEASES OF
## NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE
## BANKRUPTCY CODE AND (II) SET CURE AMOUNTS WITH RESPECT THERETO

Upon the Motion[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") for entry of an order, pursuant to section 365 of the Bankruptcy Code, authorizing the Debtors to (i) assume certain unexpired leases of nonresidential real property, and (ii) set cure amounts with respect thereto; and upon consideration of the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Supplemental Motion.

CH1 4731211v.2

and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED that the limitation of Fed. R. Bankr. P. 6006(f)(6) is waived; and it is further

ORDERED, that the Debtors' assumption of the Leases is hereby approved and all objections to the assumption are overruled; and it is further

ORDERED, that the Cure Amounts shall be fixed at the amounts set forth on Exhibit A attached hereto and no other monetary or other defaults exist under the Leases; and it is further

ORDERED, that payment of the applicable Cure Amounts shall constitute the cure of all defaults arising under the applicable Lease that are required to be cured by section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code); and it is further

ORDERED, that the Debtors shall pay the Cure Amounts, if necessary, to the respective Landlords within ten (10) business days of entry of this Order or such other date as the parties may otherwise agree; and it is further

CH1 4731211v.2

ORDERED, that the Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code; and it is further

ORDERED, that all parties to the Leases that who failed to file an Objection are deemed to have consented to the assumption of any such Lease to which they are a party with the Debtors; and it is further

ORDERED, that the Landlords under the Leases shall be barred from asserting any claims arising on or before the date of entry of this Order against the Debtors, or their respective successors or assigns, with respect to such Lease, other than for payment of any Cure Amounts; and it is further

ORDERED, that the Debtors retain their rights, subject to appropriate notice and opportunity to object and Bankruptcy Court approval, to assign any of the Leases pursuant to and in accordance with the requirements of section 365 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors do not waive any claims they may have against any of the parties under the Leases whether or not related to the Leases; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

_____, 2009

4

                                                                  _____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 150 S.E. 2nd Ave. (WaMu Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 Americas Center, LLC |
| 2 | | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| 3 | | | 1920 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | LA Times Communications LLC | 1920 Colorado, Inc. |
| 4 | | | One Corporate Center | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| 5 | | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ 2,241.18 | Tribune Television Company | 20 Church Street, LLC |
| 6 | | Amendment | 220 East 42nd Street | New York | NY | 10017 | United States | $ 4,371.44 | Tribune Television Holdings, Inc. | 220 News Building LLC |
| 7 | | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473.47 | Tribune Company | 220 News Building LLC |
| 8 | | Amendment | 220 E 42 St | New York | NY | 10017 | United States | $ 149,269.02 | WPIX, Inc. | 220 News LLC c/o The Witkoff Group LLC |
| 9 | | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ 104,706.94 | WGN Continental Broadcasting Cor 233 Broadcast LLC | |
| 10 | | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ - | Chicagoland Television News, Inc. | 233 Broadcast LLC |
| 11 | | | 315 Trumbull Street | Hartford | CT | 06103 | United States | $ - | LA Times Communications LLC | 315 Trumbull Street Associates, LLC |
| 12 | | | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 6,171.26 | The Baltimore Sun Company | 40 Clubhouse, LLC |
| 13 | | | 41 E. Plaza Dr. | Westmont | IL | 60559 | United States | $ - | Chicago Tribune Company | 41 Plaza Partners, c/o Charles Saporito, Jr. |
| 14 | | | 45 Northwest Dr. | Plainville | CT | | United States | $ - | The Hartford Courant Company | 45 Northwest Drive, LLC |
| 15 | | Amendment | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ 2,013.54 | LA Times Communications LLC | 9090 Enterprises |
| 16 | | | ENG MXW Site | Olivette | MO | 63132 | United States | $ - | KPLR, Inc. | 9666 Partners LLC |
| 17 | | | 153 East 53rd Street (Citicorp Microwave-AAT Comm.) | New York | NY | 10043 | United States | $ 9,548.38 | WPIX, Inc. | AAT Communications, LLC |
| 18 | | | 1012 Airpark Drive | Sugar Grove | IL | 60554 | United States | $ - | Chicago Tribune Company | AeroPark LLC |
| 19 | | | Alpine Tower-Microwave and Back up Trans | Alpine | NJ | | United States | $ 105.67 | WPIX, Inc. | Alpine Tower Company |
| 20 | | | 900 Recycling Point | Longwood | FL | | United States | $ - | Orlando Sentinel Communications | American Industrial Center, Ltd. |
| 21 | | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | Tribune Television New Orleans Inc American Tower | |
| 22 | | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | Tribune Television New Orleans Inc American Tower | |
| 23 | | | 3690 East Crest Road | Palo Verdes | CA | 90274 | United States | $ 2,206.45 | KTLA, Inc. | American Tower Asset Sub, LLC |
| 24 | | | 329 Domino Ln | Philadelphia | PA | 19128 | United States | $ 12,471.90 | Tribune Television Company | American Tower Corporation |
| 25 | | | 1401 E. 95th St. | Chicago | IL | 60628 | United States | $ - | Chicago Tribune Company | Ashley Capital, LLC |
| 26 | | | 39.14-41 North Latittude, 118-35-48 West Longitude | Oat Mountain | CA | | United States | $ 914.51 | KTLA, Inc. | ATC Holding, Inc. - Broadcast Tower Group |
| 27 | | | 11115 Vanowen | North Hollywood | CA | 91605 | United States | $ - | LA Times Communications LLC | Avalon Investment Co. |
| 28 | | | B & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ - | Tribune Television Northwest, Inc. | B and N Holdings |
| 29 | | | 40 Media Drive | Queensbury | NY | 12801 | United States | $ - | Tribune Media Services, Inc. | BBL Tribune, LLC |
| 30 | | | 1910 Avenue H, Reavis Barracks Road | St. Louis | MO | | United States | $ 23,569.34 | KPLR, Inc. | Belo |
| 31 | | | 2935 E. Clear Lake Ave. | Springfield | IL | 62702 | United States | $ - | Chicago Tribune Company | Bergen Park Place, LLC |
| 32 | | | 3128 Redhill Ave. (NEW) | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| 33 | | | 3128 Redhill Ave. | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | BKM 3128 REDHILL ASSOC LLC |
| 34 | | | 150 Church Street | Addison | IL | 60101 | United States | $ - | Chicago Tribune Company | Bloomingdale Enterprises I, LLC |
| 35 | | | Hesperia, Blue Lake Fine Arts Camp. - Translator 5 | Greenwood Twp | MI | | United States | $ - | Tribune Television Holdings, Inc. | Blue Lake Fine Arts Camp |
| 36 | | | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. |
| 37 | | | 6400 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. |
| 38 | | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| 39 | | | 28457 N. Ballard Dr. | Lake Forest | IL | 60045 | United States | $ - | Chicago Tribune Company | Bradley 1000 LLC |
| 40 | | Amendment | 233 & 241 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | LA Times Communications LLC | Braver and Sauer Investments |
| 41 | | | 100 Oceangate Blvd, Suite 1200 | Long Beach | CA | 90802 | United States | $ - | LA Times Communications LLC | Broadway Southern California Executive Suites, LLC |
| 42 | | | Triton Ct. 14 Finsbury Sq. | London | | | England | $ - | Los Angeles Times International, Lt Buhal Leasing Limited | |
| 43 | | | 1150 Davis Rd. #C | Elgin | IL | 60123 | United States | $ - | Tribune Company | Burnidge Properties, Ltd. |
| 44 | | Amendment | 4935 Park Ridge Blvd #2 and 3 | Boynton Beach | FL | | United States | $ - | Sun-Sentinel Company | Butters Construction & Development, Inc. |
| 45 | | Amendment | 1942 Bethel Road | Westminster | MD | 21158 | United States | $ 2,463.00 | The Baltimore Sun Company | C & P Properties, LLC |
| 46 | | | CalTrans RTMC Site | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| 47 | | | 701 Corp Center Dr. | Pomona | CA | | United States | $ - | Chicago Tribune Company | Canyon Corporate Centre Ltd |
| 48 | | Amendment | 18105 Bishop Ave | Carson | CA | | United States | $ - | LA Times Communications LLC | Carson Dominguez Properties, LP |
| 49 | | Amendment | 551 Burning Tree Rd | Fullerton | CA | 92833 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| 50 | | | 5555 E Inland Empire Blvd | Ontario | CA | 91761 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| 51 | | | 320 RocBaar Dr. | Romeoville | IL | 60446 | United States | $ - | Chicago Tribune Company | Cawley Chicago Commercial Real Estate Company |
| 52 | | | WFOR (CBS TV STATIONS) | Miami | FL | 33169 | United States | $ 34,306.35 | Channel 39, Inc. | CBS, Inc. |
| 53 | | | 781 Michael Dr. | Chesterton | IN | 46304 | United States | $ - | Chicago Tribune Company | CCT, LLC |
| 54 | | | Central Lincoln PUD / Otter Crest Tower Translator | Unknown | UN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Central Lincoln PUD |
| 55 | | | Crego Hill Translator | Crego Hill | WA | | United States | $ - | Tribune Television Northwest, Inc. | Centralia School District |
| 56 | | Amendment | 4242 W. Bryn Mawr | Chicago | IL | 60646 | United States | $ 18,528.85 | Tribune Company | CF 4242 Bryn Mawr LLC |
| 57 | | | Twin Lake, Citadel Broadcasting Co | Cedar Creek Twp | MI | | United States | $ 787.86 | Tribune Television Holdings, Inc. | Citadel Broadcasting |
| 58 | | | 1830 Moen Avenue | Rockdale | IL | 60436 | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| 59 | | | 2820 West 48th Place | Chicago | IL | | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| 60 | | | 6675 Daniel Burnham Drive | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | Clark Northwest Partners, LP |
| 61 | | | 5396 Brummer Lane | York | PA | 17406 | United States | $ - | N/A | CMP Merger Co. |
| 62 | | | 450 E. Congress Prk. | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | Cobalt Industrial REIT |
| 63 | | Amendment | 2201 N. Collins | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins St. Properties, LLC |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| 64 | | | Dept of General Svcs 503 N Office Bldg | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |
| 65 | | | Communications Leasing-Microwave | Glen Oaks | NY | | United States | $ - | WPIX, Inc. | Communications Leasing Inc. |
| 66 | | | WTXX DT20 Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX | Communications Site Management LLC |
| 67 | | | Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX | Communications Site Management LLC |
| 68 | | | WTIC DT31 Rattlesnake Mountain | Farmington | CT | | United States | $ - | The Hartford Courant Company | Communications Site Management LLC |
| 69 | | | 6136 Hanging Moss Road | Orlando | FL | 32807 | United States | $ - | Tribune Television Company | Communications Site Management LLC |
| 70 | | | Tres Picos No. 65 | Col. Polanco | | | Mexico | $ - | Orlando Sentinel Communications | Corporacion Millenium S.A. de C.V. |
| 71 | | | Craig Hooper/Bow Mountain | Bow Mountain | UN | | United States | $ - | LA Times Communications LLC | Craig H Cooper |
| 72 | | | 27525 Newhall Ranch Road | Valencia | CA | 91355 | United States | $ - | KWGN, Inc. | Crenshaw 3840 Partners, LLC |
| 73 | | | Off Gorgonio Road | Snow Peak | CA | 90220 | United States | $ 366.75 | LA Times Communications LLC | Crown Castle |
| 74 | | | Site Address N/A | Bald Mountain | CA | | United States | $ - | KTLA, Inc. | Crown Castle |
| 75 | | | Site Address: 7157 Divide Road, Bldg. 18 | Santiago Peak | CA | 92728 | United States | $ 912.49 | Channel 40, Inc. | Crown Castle |
| 76 | | Amendment | 8200 Lehigh Ave. | Morton Grove | IL | 60053 | United States | $ 249.42 | KTLA, Inc. | Crown Castle International Corp. |
| 77 | | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ - | Chicago Tribune Company | CRP Holdings C, L.P. |
| 78 | | | 1805 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ - | The Hartford Courant Company | CSD Tower, LLC |
| 79 | | | 60 Industrial Park Road West | Tolland | CT | 06084 | United States | $ - | The Hartford Courant Company | Custom Leasing LLC |
| 80 | | | 1300 Storm Parkway | Los Angeles | CA | 90501 | United States | $ - | LA Times Communications LLC | D.H.D. LLC |
| 81 | | Amendment | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ - | Sun-Sentinel Company | Davis Partners LLC |
| 82 | | | 328 Dietz Ave. | DeKalb | IL | 60115 | United States | $ - | Chicago Tribune Company | DCM and Associates |
| 83 | | | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ - | Chicago Tribune Company | Dietz Park |
| 84 | | | 272 Broadhead Road, Suite 400 | Bethlehem | PA | 18017 | United States | $ - | The Morning Call, Inc. | Driessen Properties |
| 85 | | | 2250 Ball Drive, Lakeside 3 | Maryland Heights | MO | 63146 | United States | $ - | The Hartford Courant Company | DTC 272 Broadhead, LLC, Dunn's, Centurion Eagle, LLC |
| 86 | | Amendment | 373 E. Main St. | Middletown | CT | 06457 | United States | $ - | LA Times Communications LLC | Duke Realty Limited Partnership |
| 87 | | Amendment | 1200 Marlborough Ave | Wrightwood | CA | 93563 | United States | $ - | KPLR, Inc. | Dyana E. Fonda |
| 88 | | | 350 Fifth Avenue | New York | NY | 10118 | United States | $ 21,457.63 | WPIX, Inc. | Edward F. Ruiz |
| 89 | | Amendment | 2420 Emrick Blvd. | Bethlehem | PA | 18020 | United States | $ - | The Morning Call, Inc. | Empire State Building Company, LLC |
| 90 | | Amendment | 321 So. Goolsby Blvd. | Deerfield Beach | FL | 33442 | United States | $ - | Sun-Sentinel Company | Emrick Business Center, LLC |
| 91 | | | 411 North 14th Street | Leesburg | FL | 34748 | United States | $ - | Orlando Sentinel Communications | Enduring Investments Corp. |
| 92 | | | 73 Blue Ridge Site, Building 2 | Allentown | PA | 18106 | United States | $ - | The Morning Call, Inc. | ERA, Tom Grizzard, Inc. |
| 93 | | | 6525 Main Street | Gloucester | VA | 23061 | United States | $ - | The Daily Press, Inc. | Falcon Cablevision Limited Partnership |
| 94 | | Amendment | 2250 Union Place | Simi Valley | CA | | United States | $ - | The Hartford Courant Company | Felton Smith Graham |
| 95 | | | Florida Citrus Bowl / Skybox No. 12 | Orlando | FL | 32805 | United States | $ 4,264.50 | Tribune Television New Orleans, In | First Union Investment Company |
| 96 | | Amendment | 336 E. College Ave. | Tallahassee | FL | 32301 | United States | $ - | Orlando Sentinel Communications | Florida Citrus Sports Events, Inc. |
| 97 | | Amendment | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ - | LA Times Communications LLC | Florida Press Association, Inc. |
| 98 | | Amendment | 7035 Schantz Rd. | Allentown | PA | | United States | $ - | The Morning Call, Inc. | Forest Lawn Cemetery Association |
| 99 | | | Roof Space - Fred A. Smith Company | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | Franklin Schantz Associates, L.P. |
| 100 | | Amendment | 536-568-616 Atrium Drive | Vernon Hills | IL | | United States | $ - | Chicago Tribune Company | Fred A. Smith Company |
| 101 | | | One Galleria Blvd. | Metairie | LA | 70001 | United States | $ - | Tribune Television New Orleans, In | GABCO VH2, LLC |
| 102 | | | 6631 North Sidney Place | Glendale | WI | 53209 | United States | $ - | Chicago Tribune Company | Galleria Operating Co., LLC |
| 103 | | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | | United States | $ - | | Glendale Business Center, LLC |
| 104 | | Amendment | 550 East Ave P. | Palmdale | CA | 90746 | United States | $ - | KTLA, Inc. | Gorst Self Storage |
| 105 | | | GRAYS HARBOR RADIO / TOWER SPACE LEASE | ABERDEEN | WA | | United States | $ - | Tribune Television Northwest, Inc. | Granco Enterprises and William C. Janet Pratt III |
| 106 | | | 365 Broad St & 11 Flower St./Parking lots | Hartford | CT | | United States | $ - | Tribune Television Northwest, Inc. | Grays Harbor Radio, Inc. |
| 107 | | | 12531 Worcester Hwy | Bishopville | MD | | United States | $ - | The Hartford Courant Company | Greater Hartford Flood Commission |
| 108 | | | 1700 - 1740 W. Florist Ave. | Glendale | WI | 53209 | United States | $ - | Tribune Media Services, Inc. | Greenridge Warehouse and Mini Storage |
| 109 | | | 200 Adams St. | Manchester | CT | | United States | $ - | The Hartford Courant Company | H & S Properties |
| 110 | | | 700 Plaza Drive | Secaucus | NJ | 07094-3688 | United States | $ - | WPIX, Inc. | H.J.M. Realty |
| 111 | | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ - | Tribune Television Northwest, Inc. | Harmon Meadow Plaza, Inc. |
| 112 | | | 2105 Emmorton Park Road | Edgewood | MD | 21041 | United States | $ 149.35 | The Baltimore Sun Company | Hearing, Speech, and Deafness Center |
| 113 | | | 507 State St. | Ottawa | IL | 61350 | United States | $ - | Newspaper Readers Agency, Inc. | Hill Management Services, Inc. |
| 114 | | | 5540 W. Century | Los Angeles | CA | | United States | $ - | LA Times Communications LLC | Hoffman, Mueller and Creedon, PTR |
| 115 | | | KOZI / CHELAN BUTTE | Chelan Butte | WA | | United States | $ - | Tribune Television Northwest, Inc. | IAC Aviation L.L.C. |
| 116 | | | 1626 Northwind Parkway | Hobart | IN | 46342 | United States | $ - | Chicago Tribune Company | Icicle Broadcasting, Inc. |
| 117 | | Amendment | 221 N. Brand Blvd. | Glendale | CA | 91203 | United States | $ - | Tribune Television Northwest, Inc. | Indiana Land Becknell Investors, LLC |
| 118 | | Amendment | 5051 Commerce Drive | Baldwin Park | CA | 91706 | United States | $ - | LA Times Communications LLC | Interstate Properties Associates |
| 119 | | | 27831 Center Dr | Mission Viejo | CA | | United States | $ - | LA Times Communications LLC | Isadore Samuel Socransky & Socransky Family Trust |
| 120 | | | 440 Oakwood Rd | Lake Zurich | IL | 60047 | United States | $ - | Chicago Tribune Company | J. Ahzarabi Investors LLC |
| 121 | | | Micro Relay Site | Manastash Ridge | WA | | United States | $ - | Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| 122 | | Amendment | 311 Ed Wright Lane | Newport News | VA | 23606 | United States | $ - | The Daily Press, Inc. | Jack Eaton |
| 123 | | | 2948 N. Western Ave. | Chicago | IL | 60618 | United States | $ - | Newspaper Readers Agency, Inc. | Jefferson Office Warehouse II, LLC |
| 124 | | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ - | Chicago Tribune Newspapers, Inc. | Jesus People USA Full Gospel Ministries |
| 125 | | | 1700 Newhope St. | Fountain Valley | CA | 92708 | United States | $ 16.33 | Chicago Tribune Newspapers, Inc. | JFK Investment Company, LLC |
| 126 | | | 3501 Union Street | Lafayette | IN | 47905 | United States | $ - | Chicago Tribune Company | JKS-CMFV, LLC |
| | | | | | | | | $ - | Chicago Tribune Company | Joe T. Richardson |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 127 | | Kennedy Space Center | Kennedy Space Center | FL | 32899 | United States | $ - | Orlando Sentinel Communications | John F. Kennedy Space Center |
| | 128 | | 8185 Commerce Dr. | Loves Park | IL | 61111 | United States | $ - | Chicago Tribune Company | Johnson Family Trust |
| | 129 | | 2420 79th Ave | Everett | WA | | United States | $ - | Tribune Television Northwest, Inc. | Jon Kimmons |
| | 130 | | 12236 McCann Dr | Santa Fe | CA | | United States | $ 2,375.44 | LA Times Communications LLC | Kendrick/McCann LP |
| | 131 | Amendment | 3500 179th Street | Hammond | IN | 46323 | United States | $ - | Chicago Tribune Company | Krosan Development, LLC |
| | 132 | | 80 Darling Dr. | Avon | CT | 06001 | United States | $ - | The Hartford Courant Company | L & L Realty, LLC |
| | 133 | | 31166 Via Colinas | Westlake Village | CA | 91362 | United States | $ - | LA Times Communications LLC | L/B Via Colinas LLC |
| | 134 | Amendment | 1201 Donegan Avenue | Kissimmee | FL | 34744 | United States | $ - | Orlando Sentinel Communications | Lake James, LLC |
| | 135 | | WTIK Microwave Relay | Westfield | IN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Lattice Communications LLC |
| | 136 | | 200 East Las Olas Blvd. (New River Center) | Ft. Lauderdale | FL | 33301 | United States | $ 8,025.67 | Sun-Sentinel Company | Lauderdale River, Inc. |
| | 137 | | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ - | Tribune Television Company | Liberty Property Holdings, L.P. |
| | 138 | | 5091 4th Street | Irwindale | CA | | United States | $ - | California Community News Corp/LIT Finance L.P. | |
| | 139 | | Oakbrook Terrace - Microwave/camera site | Oakbrook Terrace | IL | | United States | $ - | WGN Continental Broadcasting Co/ Long Ridge Office Portfolio | |
| | 140 | | 8920 58th Place, Suite 600 | Kenosha | WI | 53144 | United States | $ - | Chicago Tribune Company | M and E Riley, LLC |
| | 141 | | Doppler Radar Site | Neah Bay | WA | | United States | $ - | Tribune Television Northwest, Inc. | Makah Indian Tribe |
| | 142 | | 5270 W Coplay Rd. | Whitehall | PA | | United States | $ - | The Morning Call, Inc. | |
| | 143 | | McGraw-Hill - Transmitter Site | San Diego | CA | | United States | $ - | KSWB, Inc. | McGraw-Hill Broadcasting |
| | 144 | | Site Address: 24574 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 3,465.00 | KTLA, Inc. | Meridian Communications North |
| | 145 | | Site Address: 34-23-10 Latitude, 118-19-43 Longitude | Magic Mountain | CA | | United States | $ 471.00 | KTLA, Inc. | Meridian Communications North |
| | 146 | | Site Address: 34-19-32 Latitude, 119-02-18 Longitude | South Mountain | CA | | United States | $ - | Tribune Television Holdings, Inc. | Meridian Communications North |
| | 147 | | Site Address: 34-31-16 Latitude, 119-58-39 Longitude | Santa Ynez | CA | | United States | $ 142.26 | KTLA, Inc. | Meridian Radio Sites |
| | 148 | | 1981 Moreland Pky | Tamarac | FL | | United States | $ 395.92 | Sun-Sentinel Company | Marakovits Family, LLC |
| | 149 | | Beijing Office (LA Times Beijing Office) | Beijing | | | China | $ - | LA Times Communications LLC | N/A |
| | 150 | | Flower St./Parking lot | Annapolis | MD | 21401 | United States | $ - | The Baltimore Sun Company | Merritt-GB1, LLC |
| | 151 | | Rear of 326-328 W. Broad St. (2 Parking Spaces) | Quakertown | PA | 18951 | United States | $ - | Chicago Tribune Company | MGM Management, Inc. |
| | 152 | | 221 East Josephine St. | Schaumburg | IL | 60173 | United States | $ 467.11 | The Morning Call, Inc. | Michael S. Yalowitz |
| | 153 | | 1717 Penny Ln. | Harrisburg | PA | 17102 | United States | $ - | Chicago Tribune Company | MLRP Penny Lane LLC |
| | 154 | | 2001 N. Front St. | Grand Rapids | MI | | United States | $ 828.62 | Tribune Television Company | Morgan Manor Residencies, Inc. |
| | 155 | | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ - | Tribune Media Services, Inc. | Mt. Mercy Limited Partnership |
| | 156 | | Grand Rapids Housing Comm | Northlake | IL | | United States | $ - | LA Times Communications LLC | Niagara Mohawk Power Corporation |
| | 157 | | 6501 Nob Hill Rd. | Hartford | CT | | United States | $ - | LA Times Communications LLC | N&S Butters |
| | 158 | Amendment | 505 Northwest Ave. - Tribune Direct | Chalmette | LA | 70043 | United States | $ - | The Hartford Courant Company | National Railroad Passenger Corporation |
| | 159 | | 58 N. Chicago St. | Glens Falls | NY | 12804 | United States | $ - | Tribune Television New Orleans, In New Orleans Hearst/Argyle | |
| | 160 | | W Peak of Gold Mountain | Joliet | IL | 60432 | United States | $ 11,530.12 | Tribune Television Northwest, Inc. | NORTH HILLS INDUSTRIAL PARK, INC |
| | 161 | | 9108 Yellow Brick Road | Kitsap City | WA | 21237 | United States | $ 1,280.02 | The Baltimore Sun Company | Northlake Property, LLC |
| | 162 | | 902 N. Calumet | Rossville | MD | 46383 | United States | $ - | Chicago Tribune Company | OZ LLC |
| | 163 | | 26047 Jefferson Ave | Valparaiso | IN | 92567 | United States | $ - | LA Times Communications LLC | PAC Investments, LLC |
| | 164 | | 714 Schuyler | Murrieta | CA | 61354 | United States | $ - | LA Times Communications, LLC | Pasadena-MT Partners, L.P. |
| | 165 | | 2121 Wisconsin | Peru | IL | | United States | $ - | Newspaper Readers Agency, Inc. | Paul E. and Rosalyn K. Koyak |
| | 166 | | 101 Phoenix Ave. | Washington | DC | 20036 | United States | $ 33,677.73 | WDCW Broadcasting, Inc. | 2121 Capital Associates, LLC |
| | 167 | Amendment | Pinnacle Towers/Microwave Recv Site | Enfield | CT | | United States | $ - | The Hartford Courant Company | Phoenix Avenue Realty LLC |
| | 168 | | 2839 Paces Ferry Road, Suite 1105 | Unknown | UN | | United States | $ - | Tribune Television New Orleans Inc | Pinnacle Towers Inc. |
| | 169 | | 875 Geneva Parkway N | Atlanta | GA | 30339 | United States | $ 2,335.30 | Chicago Tribune Newspapers, Inc. | PKY Fund Atlanta II, LLC |
| | 170 | | 6400 S. Fiddler's Green Circle | Lake Geneva | WI | 53147 | United States | $ - | Chicago Tribune Company | Plas-Tech Engineering, Inc. |
| | 171 | | 180 Poplar Pl. | Englewood | CO | 80111 | United States | $ - | KWGN, Inc. | Property Colorado OBJLW |
| | 172 | Amendment | 4098 Calle Suerte | North Aurora | IL | 60542 | United States | $ - | Chicago Tribune Company | R.C. Wegman Family, L.P. |
| | 173 | | Richland Towers, Inc., Towers/Trans | Camarillo | CA | 93010 | United States | $ 377.88 | LA Times Communications LLC | R.T. Enterprises |
| | 174 | Amendment | 1400 Twin Cities Rd | Cedar Hill | TX | | United States | $ 10,611.35 | Tribune Television Company | Richland Towers, Inc. |
| | 175 | | 230 West 200 South, Suite 3201 | Walnut Grove | CA | | United States | $ 333.69 | Channel 40, Inc. | Rosa Rio, LLC |
| | 176 | | 8966 Comanche Ave | Salt Lake City | UT | 95690 | United States | $ - | Sternweb Inc. | Royal Wood Associates |
| | 177 | Amendment | 874 Eagle Drive | Chatsworth | CA | | United States | $ 9,590.17 | LA Times Communications LLC | RR Crane Investment Corporation |
| | 178 | | 3585 N.W. 54th Street | Bensenville | IL | 60106 | United States | $ 1,900.00 | Chicagoland Publishing Company | RREEF America Reit II Corp. D. |
| | 179 | | 4946-50 North University Drive | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Samuel Butters |
| | 180 | | 10205 Highland | Lauderhill | FL | 33321 | United States | $ - | Sun-Sentinel Company | Samuel Susi |
| | 181 | | AAT COMMUNICATIONS / TOWER SPACE LEASE | Bloomington | IN | | United States | $ 94.09 | Tribune Broadcast Holdings, Inc. | Sarkes Tarzian |
| | 182 | | 444 Lake Cook Rd. | MAYNARD HILL | WA | | United States | $ - | Tribune Television Northwest, Inc. | SBA Structures |
| | 183 | | 444 Seabreeze Boulevard | Deerfield | IL | 60015 | United States | $ - | Chicago Tribune Company | Schnoll And Company, Inc. |
| | 184 | | 1121 L Street | Daytona Beach | FL | 32118 | United States | $ 91.29 | Orlando Sentinel Communications | Seabreeze Office Associates, LLC |
| | 185 | | 1350 Blue Hills Ave. | Sacramento | CA | | United States | $ - | LA Times Communications LLC | Senator Building, LLC |
| | 186 | | 10009 Raven Wood Dr. | Bloomfield | CT | | United States | $ - | The Hartford Courant Company | SFP Real Estate, LLC |
| | 187 | | SMUD Exchange of Wireless Services (Walnut Grove/C | St. John | IN | 46373 | United States | $ 4,027.12 | Chicago Tribune Company | SJCT, LLC |
| | 188 | | 9334 Dielman Industrial Drive | Walnut Grove | CA | | United States | $ - | Channel 40, Inc. | SMUD |
| | 189 | | | St. Louis | MO | 63132 | United States | $ - | KPLR, Inc. | SpectraSite |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 190 | | SpectraSite/DTV Tower-XMTR | St. Louis | MO | | United States | $ 8,724.57 | KPLR, Inc. | SpectraSite Broadcast Group, Inc. |
| | 191 | | 921 Mercantile Drive | Hanover | MD | 21076 | United States | $ - | The Baltimore Sun Company | St. John Properties, Inc. |
| | 192 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | $ - | The Hartford Courant Company | State of Connecticut |
| | 193 | | WASHINGTON STATE DNR | CHELAN BUTTE | WA | | United States | $ - | Tribune Television Northwest, Inc. | State of Washington |
| | 194 | | 1701 Green Road | Deerfield Beach | FL | 33064 | United States | $ - | Sun-Sentinel Company | Sterling Properties FL, LLC |
| | 195 | Amendment | 5800 Sunset Blvd. | Hollywood | CA | 90028 | United States | $ 93,390.06 | KTLA, Inc. | Sunset Studios Holdings, LLC |
| | 196 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | $ - | KWGN, Inc. | Sylvan Tower Co., LLC |
| | 197 | Amendment | 30 North St | Park Forest | IL | 60466 | United States | $ - | Chicago Tribune Company | T.L. Swint Industries, Inc. |
| | 198 | | WTIC-TV Talcott Mountain, (Tower/Land) | Avon | CT | | United States | $ - | Tribune Television Company | Talcott Mountain Science Center for Student Involve |
| | 199 | | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | $ - | Chicago Tribune Company | Tech Court, LLC |
| | 200 | | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | The District of Columbia |
| | 201 | | 7191 Engineer Rd. | San Diego | CA | 92123 | United States | $ - | KSWB, Inc. | The J. David Gladstone Institutes |
| | 202 | Amendment | 1485 Lakeside Dr. | Waukegan | IL | | United States | $ - | Chicago Tribune Company | The Prudential Insurance Company of America |
| | 203 | Amendment | 8439 Stellar Dr. | Culver City | CA | | United States | $ 3,779.78 | LA Times Communications LLC | The Richlar Partnership |
| | 204 | Amendment | 904 Jan Mar Court | Clermont | FL | 34711 | United States | $ - | Tribune Company | Thompson-Kocielko Partnership |
| | 205 | | 18400 Crossings Drive | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | Tinley Crossings Corporate Center, Ltd. |
| | 206 | | 125 N. Vinedo | Pasadena | CA | | United States | $ - | LA Times Communications LLC | Trio Associates |
| | 207 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | $ - | LA Times Communications LLC | Two Camellias LLC |
| | 208 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | $ - | KTLA, Inc. | U.S. Forest Service |
| | 209 | | 111 W. 154th Street | South Holland | IL | 60473 | United States | $ - | Chicago Tribune Company | Union National Bank |
| | 210 | | 12180-B Hesperia Road | Victorville | CA | 92392 | United States | $ - | LA Times Communications LLC | Victor Valley Plaza Co., LLC |
| (1) | 211 | Amendment | 3222 Bunsen Ave | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| (1) | 211 | Amendment | 3223 Golf Course Dr | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| | 212 | | 8442 W. 183rd Street, Unit #B | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | VIP Tinley Park, L.L.C. |
| | 213 | | 330 West 34th Street | New York | NY | | United States | $ 44,516.67 | Tribune New York Newspaper Hold Vornado 330 West 34th Street LLC |
| | 214 | | 1416 Lee Street | Kankakee | IL | 60901 | United States | $ - | Newspaper Readers Agency, Inc. | Wayne F. Tholen and Alice J. Tholen |
| | 215 | | John Hancock Center | Chicago | IL | | United States | $ 14,747.99 | WGN Continental Broadcasting Cor W2007 Golub JHC Realty LLC |
| | 215 | | John Hancock Center | Chicago | IL | 60611 | United States | $ - | Chicagoland Television News, Inc. | W2007 Golub JHC Realty LLC |
| | 216 | | 461 Park Avenue | Lake Villa | IL | 60046 | United States | $ - | Chicago Tribune Company | Wagener Equities, Inc. |
| | 217 | | 624 S. Lincoln | San Bernadino | CA | | United States | $ 4,566.71 | LA Times Communications LLC | Waterman Place |
| | 218 | | 821 West River Place | West Point | VA | 23181 | United States | $ - | Virginia Gazette Companies, LLC | West Point Station, LLC |
| | 219 | | Westin Ohare - ENG camera site | Rosemont | IL | 60018 | United States | $ - | WGN Continental Broadcasting Cor Westin Hotel Ohare |
| | 220 | | Tower Space Lease | Chambersburg | PA | | United States | $ - | WDCW Broadcasting, Inc. | WETA |
| | 221 | | 2100 W. Hubbard St. | Chicago | IL | 60612 | United States | $ - | Chicago Tribune Company | William Kritt & Company |
| | 222 | | 68-900 Perez Rd. | Cathedral | CA | | United States | $ 10,950.34 | LA Times Communications LLC | Wilson and Dalton Incorporated |
| | 223 | | 12315 Rhea Dr. | Plainfield | IL | 60544 | United States | $ - | Chicago Tribune Company | Wolf Creek Business Associates, LLC |
| | 224 | | 1898 E. Burleigh Blvd. | Tavares | FL | | United States | $ - | Orlando Sentinel Communications | Zellwin Farms Company |
| | 225 | Amendment | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | $ - | Chicago Tribune Company | Zygmunt Enterprises |

**Notes to Table:**

(1) Two locations governed by one lease.