# EXHIBIT 2

## Black Lined Revised Proposed Order

**BLACKLINED**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

ORDER AUTHORIZING
DEBTORS TO (I) ASSUME CERTAIN UNEXPIRED LEASES OF
NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE
BANKRUPTCY CODE AND (II) SET CURE AMOUNTS WITH RESPECT THERETO

Upon the Motion[2] of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Debtors") for entry of an order, pursuant to section 365 of the Bankruptcy Code, authorizing the Debtors to (i) assume certain unexpired leases of nonresidential real property, and (ii) set cure amounts with respect thereto; and upon consideration of the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Supplemental Motion.

and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED that the limitation of Fed. R. Bankr. P. 6006(f)(6) is waived ~~and, by the Motion, the Debtors are authorized, but not required, to assume 225 unexpired leases of non-residential real property~~; and it is further

ORDERED, that the Debtors' assumption of the Leases is hereby approved and all objections to the assumption are overruled; and it is further

ORDERED, that the Cure Amounts shall be fixed at the amounts set forth on Exhibit ~~B to the Motion~~A attached hereto and no other monetary or other defaults exist under the Leases; and it is further

ORDERED, that payment of the applicable Cure Amounts shall constitute the cure of all defaults arising under the applicable Lease that are required to be cured by section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code); and it is further

ORDERED, that the Debtors shall pay the Cure Amounts, if necessary, to the respective Landlords within ten (10) business days of entry of this Order or such other date as the parties may otherwise agree; and it is further

ORDERED, that the Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code; and it is further

ORDERED, that all parties to the Leases that who failed to file an Objection are deemed to have consented to the assumption of any such Lease to which they are a party with the Debtors; and it is further

ORDERED, that the Landlords under the Leases shall be barred from asserting any claims arising on or before the date of entry of this Order against the Debtors, or their respective successors or assigns, with respect to such Lease, other than for payment of any Cure Amounts; and it is further

ORDERED, that the Debtors retain their rights, subject to appropriate notice and opportunity to object and Bankruptcy Court approval, to assign any of the Leases pursuant to and in accordance with the requirements of section 365 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors do not waive any claims they may have against any of the parties under the Leases whether or not related to the Leases; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

_____, 2009

4

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

Exhibit A

*Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.*

| Foot Notes | Lease Count | Signed Amendment? | Lease Location Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 150 S.E. 2nd Ave. (WaMu Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 Americas Center, LLC |
| | 2 | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| | 3 | | 1920 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | LA Times Communications LLC | 1920 Colorado, Inc. |
| | 4 | | One Corporate Center | Hartford | CT | 06103 | United States | $ 2,241.18 | Tribune Television Company | 20 Church Street, LLC |
| | 5 | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| | 6 | *Amendment* | *220 East 42nd Street* | *New York* | *NY* | *10017* | *United States* | $ 4,371.44 | *Tribune Television Holdings, Inc.* | *220 News Building LLC* |
| | 7 | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473.47 | Tribune Company | 220 News Building LLC |
| | 8 | *Amendment* | 220 E 42 St | New York | NY | 10017 | United States | $ 149,269.02 | WPIX, Inc. | 220 News LLC c/o The Witkoff Group LLC |
| | 9 | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ 104,706.94 | WGN Continental Broadcasting Co 233 Broadcast LLC | Chicagoland Television News, Inc. 233 Broadcast LLC |
| | 10 | | Willis (Sears) Tower | Chicago | IL | 60606 | United States | $ - | Chicagoland Television News, Inc. | 233 Broadcast LLC |
| | 11 | | 315 Trumbull Street | Hartford | CT | | United States | $ 1,420.27 | Tribune Television Company | 315 Trumbull Street Associates, LLC |
| | 12 | | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 6,171.26 | The Baltimore Sun Company | 40 Clubhouse, LLC |
| | 13 | | 41 E. Plaza Dr. | Westmont | IL | 60559 | United States | $ - | Chicago Tribune Company | 41 Plaza Partners, c/o Charles Saporito, Jr. |
| | 14 | | 45 Northwest Dr. | Plainville | CT | | United States | $ 12,471.90 | The Hartford Courant Company | 45 Northwest Drive, LLC |
| | 15 | *Amendment* | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ 2,013.54 | LA Times Communications LLC | 9090 Enterprises |
| | 16 | | ENG MXW Site | Olivette | MO | 63132 | United States | $ - | KPLR, Inc. | 9666 Partners LLC |
| | 17 | *Amendment* | *153 East 53rd Street (Citicorp Microwave-AAT Comm.)* | *New York* | *NY* | *10043* | *United States* | $ 9,548.38 | *WPIX, Inc.* | *AAT Communications, LLC* |
| | 18 | | 1012 Airpark Drive | Sugar Grove | IL | 60554 | United States | $ - | Chicago Tribune Company | AeroPark LLC |
| | 19 | | Alpine Tower-Microwave and Back up Trans | Alpine | NJ | | United States | $ 105.67 | WPIX, Inc. | Alpine Tower Company |
| | 20 | | 900 Recycling Point | Longwood | FL | | United States | $ - | Orlando Sentinel Communications | American Industrial Center, Ltd. |
| (1) | 21 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | Tribune Television New Orleans in American Tower | American Industrial Center, Ltd. |
| | 22 | | *3210 Olds Berman Hwy* | *New Orleans* | *LA* | *70114* | *United States* | $ 5,633.52 | *Tribune Television New Orleans in American Tower* | |
| | 23 | | 3690 East Crest Road | Palo Verdes | CA | 90274 | United States | $ 2,206.45 | KTLA, Inc. | American Tower Asset Sub, LLC |
| | 24 | | 329 Domino Ln | Philadelphia | PA | 19128 | United States | $ - | Chicago Tribune Company | American Tower Corporation |
| | 25 | | 1401 E. 95th St. | Chicago | IL | 60628 | United States | $ - | Chicago Tribune Company | Ashley Capital, LLC |
| | 26 | | 39-14-41 North Latitude, 118-35-48 West Longitude | Oat Mountain | CA | | United States | $ 914.51 | KTLA, Inc. | ATC Holding, Inc. - Broadcast Tower Group |
| | 27 | | 11115 Vanowen | North Hollywood | CA | 91605 | United States | $ - | LA Times Communications LLC | Avalon Investment Co. |
| | 28 | | B & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ - | Tribune Television Northwest, Inc. | B and N Holdings |
| | 29 | | 40 Media Drive | Queensbury | NY | 12801 | United States | $ - | Tribune Media Services, Inc. | BBL Tribune, LLC |
| | 30 | | 1910 Avenue H, Reavis Barracks Road | St. Louis | MO | | United States | $ 23,569.34 | KPLR, Inc. | Belo |
| | 31 | | 2935 E. Clear Lake Ave. | Springfield | IL | 62702 | United States | $ - | Chicago Tribune Company | Bergen Park Place, LLC |
| | 32 | | 3128 Redhill Ave (NEW) | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| (2) | 33 | | 3128 Redhill Ave | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | BKM 3128 REDHILL ASSOC LLC |
| | 34 | | 150 Church Street | Addison | IL | 60101 | United States | $ - | Chicago Tribune Company | Bloomingdale Enterprises 1, LLC |
| | 35 | | Hesperia, Blue Lake Fine Arts Camp. - Translator S | Greenwood Twp | MI | | United States | $ - | Tribune Television Holdings, Inc. | Blue Lake Fine Arts Camp |
| | 36 | | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. |
| | 37 | | 6400 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. & Auke Bay Co. Profit Sharin |
| | 38 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| | 39 | | 28457 N. Ballard Dr. | Lake Forest | IL | 60045 | United States | $ - | Chicago Tribune Company | Bradley 1000 LLC |
| | 40 | *Amendment* | 233 & 241 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | LA Times Communications LLC | Braver and Sauer Investments |
| | 41 | | 100 Oceangate Blvd, Suite 1200 | Long Beach | CA | 90802 | United States | $ - | LA Times Communications LLC | Broadway Southern California Executive Suites, LLC |
| | 42 | | Triton Ct. 14 Finsbury Sq. | London | | | England | $ - | Los Angeles Times International, Lt | Buhal Leasing Limited |
| | 43 | | 1150 Davis Rd. #C | Elgin | IL | 60123 | United States | $ - | Tribune Company | Burnidge Properties, Ltd. |
| | 44 | *Amendment* | *4935 Park Ridge Blvd #2 and 3* | *Boynton Beach* | *FL* | | *United States* | $ - | *Sun-Sentinel Company* | *Butters Construction & Development, Inc.* |
| | 45 | *Amendment* | *1942 Bethel Road* | *Westminster* | *MD* | *21158* | *United States* | $ 2,463.00 | *The Baltimore Sun Company* | *C & P Properties, LLC* |
| | 46 | | CalTrans RTMC Site | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| | 47 | | 701 Corp Center Dr. | Pomona | CA | | United States | $ - | LA Times Communications LLC | Canyon Corporate Centre Ltd. |
| | 48 | *Amendment* | 18105 Bishop Ave | Carson | CA | | United States | $ - | LA Times Communications LLC | Carson Dominquez Properties, LP |
| | 49 | *Amendment* | 551 Burning Tree Rd | Fullerton | CA | 92833 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| | 50 | | 5555 E Inland Empire Blvd | Ontario | CA | 91761 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| | 51 | | 320 RocBar Dr. | Romeoville | IL | 60446 | United States | $ - | Chicago Tribune Company | Cawley Chicago Commercial Real Estate Company |
| | 52 | | *WFOR (CBS TV STATIONS)* | *Miami* | *FL* | *33169* | *United States* | $ 34,306.35 | *Channel 39, Inc.* | |
| | 53 | | 781 Michael Dr. | Chesterton | IN | 46304 | United States | $ - | Chicago Tribune Company | CBS, Inc. |
| | 54 | | Central Lincoln PUD / Otter Crest Tower Translator | Unknown | | | United States | $ - | Tribune Broadcast Holdings, Inc. | CCT, LLC |
| | 55 | | Crego Hill Translator | Crego Hill | WA | | United States | $ - | Tribune Television Northwest, Inc. | Central Lincoln PUD |
| | 56 | | *4242 W. Bryn Mawr* | *Chicago* | *IL* | *60646* | *United States* | $ 18,528.85 | *Tribune Company* | *Centralia School District* |
| | 57 | *Amendment* | Twin Lake, Citadel Broadcasting Co | Cedar Creek Twp | MI | | United States | $ 787.86 | Tribune Television Holdings, Inc. | CF 4242 Bryn Mawr LLC |
| | 58 | | 1830 Moen Avenue | Rockdale | IL | 60436 | United States | $ - | Chicago Tribune Company | Citadel Broadcasting |
| | 59 | | 2820 West 48th Place | Chicago | IL | | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| | 60 | | 6675 Daniel Burnham Drive | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| | 61 | | 5396 Brummer Lane | York | PA | 17406 | United States | $ - | N/A | Clark Northwest Partners, LP |
| | 62 | | 450 E. Congress Prk. | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | CMP Merger Co. |
| | | | | | | | | $ - | Chicago Tribune Company | Cobalt Industrial REIT |

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Amendment? Signed | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 63 | Amendment | 2201 N. Collins | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins St. Properties, LLC |
| | 64 | | Dept of General Svcs 503 N Office Bldg | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |
| | 65 | | Communications Leasing-Microwave | Glen Oaks | NY | | United States | $ - | WPIX, Inc. | Communications Leasing Inc. |
| | 66 | | WTXX DT20 Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX | Communications Site Management LLC |
| | 67 | | Rattlesnake Mountain | Farmington | CT | | United States | $ - | The Hartford Courant Company | Communications Site Management LLC |
| (2) | 68 | | **WTIC DT31 Rattlesnake Mountain** | **Farmington** | **CT** | | **United States** | $ - | **Tribune Television Company** | **Communications Site Management LLC** |
| | 69 | | 6136 Hanging Moss Road | Orlando | FL | 32807 | United States | $ - | Orlando Sentinel Communications | COP-Hanging Moss, LLC |
| | 70 | | Tres Picos No. 65 | Col. Polanco | | | Mexico | $ - | LA Times Communications LLC | Corporacion Millenium S.A. de C.V. |
| | 71 | | Craig Hooper/Bow Mountain | Bow Mountain | UN | | United States | $ - | KWGN, Inc. | Craig H Cooper |
| | 72 | | 27525 Newhall Ranch Road | Valencia | CA | 91355 | United States | $ 366.75 | LA Times Communications LLC | Crenshaw 3840 Partners, LLC |
| | 73 | | Off Gorgonio Road | Snow Peak | CA | 90220 | United States | $ - | WPIX, Inc. | Crown Castle |
| | 74 | | Site Address N/A | Bald Mountain | CA | | United States | $ - | Channel 40, Inc. | Crown Castle |
| | 75 | | Site Address: 7157 Divide Road, Bldg. 18 | Santiago Peak | CA | 92728 | United States | $ 249.42 | KTLA, Inc. | Crown Castle International Corp. |
| | 76 | **Amendment** | **8200 Lehigh Ave.** | **Morton Grove** | **IL** | **60053** | **United States** | $ 912.49 | **Chicago Tribune Company** | **CRP Holdings C, L.P.** |
| | 77 | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ - | The Hartford Courant Company | CSD Tower, LLC |
| | 78 | | 1805 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ - | Chicago Tribune Company | Custom Leasing LLC |
| | 79 | | 60 Industrial Park Road West | Tolland | CT | 06084 | United States | $ - | The Hartford Courant Company | D.H.D. LLC |
| | 80 | Amendment | 1300 Storm Parkway | Los Angeles | CA | 90501 | United States | $ - | LA Times Communications LLC | Davis Partners LLC |
| | 81 | | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ - | Sun-Sentinel Company | DCM and Associates |
| | 82 | | 328 Dietz Ave. | DeKalb | IL | 60115 | United States | $ - | Chicago Tribune Company | Dietz Park |
| | 83 | | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ - | Chicago Tribune Company | Driessen Properties |
| | 84 | | 272 Broadhead Road, Suite 400 | Bethlehem | PA | 18017 | United States | $ - | The Morning Call, Inc. | DTC 272 Broadhead, LLC; Dunns; Centurion Eagle, LLC |
| | 85 | | 2250 Ball Drive, Lakeside 3 | Maryland Heights | MO | 63146 | United States | $ - | KPLR, Inc. | Duke Realty Limited Partnership |
| | 86 | | 373 E. Main St. | Middletown | CT | | United States | $ - | The Hartford Courant Company | Dyana E. Fonda |
| | 87 | Amendment | 1200 Marlborough Ave | Riverside | CA | | United States | $ - | LA Times Communications LLC | Edward F. Ruiz |
| | 88 | | 350 Fifth Avenue | New York | NY | 10118 | United States | $ - | The Morning Call, Inc. | Empire State Building Company, LLC |
| | 89 | Amendment | 2420 Emrick Blvd. | Bethlehem | PA | 18020 | United States | $ 21,457.63 | WPIX, Inc. | Emrick Business Center, LLC |
| | 90 | **Amendment** | **321 So. Goolsby Blvd.** | **Deerfield Beach** | **FL** | **33442** | **United States** | $ - | **Sun-Sentinel Company** | **Enduring Investments Corp.** |
| | 91 | | 411 North 14th Street | Leesburg | FL | 34748 | United States | $ - | Orlando Sentinel Communications | ERA, Tom Grizzard, Inc. |
| | 92 | | 73 Blue Ridge Site, Building 2 | Wrightwood | CA | 93563 | United States | $ - | KTLA, Inc. | Falcon Cablevision Limited Partnership |
| | 93 | | 6525 Main Street | Gloucester | VA | 23061 | United States | $ - | The Daily Press, Inc. | Felton Smith Graham |
| | 94 | **Amendment** | **2250 Union Place** | **Simi Valley** | **CA** | | **United States** | $ - | **LA Times Communications LLC** | **First Union Investment Company** |
| | 95 | | Florida Citrus Bowl, Skybox No. 12 | Orlando | FL | 82805 | United States | $ - | Orlando Sentinel Communications | Florida Citrus Sports Events, Inc. |
| | 96 | Amendment | 336 E. College Ave. | Tallahassee | FL | 32301 | United States | $ - | LA Times Communications LLC | Florida Press Association, Inc. |
| | 97 | | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ - | LA Times Communications LLC | Forest Lawn Cemetery Association |
| | 98 | **Amendment** | **7035 Schantz Rd.** | **Allentown** | **PA** | **18106** | **United States** | $ - | **The Morning Call, Inc.** | **Franklin Schantz Associates, L.P.** |
| | 99 | Amendment | Roof Space – Fred A. Smith Company 536-568-616 Atrium Drive | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | Fred A. Smith Company |
| | 100 | Amendment | One Galleria Blvd. | Vernon Hills | IL | | United States | $ - | Chicago Tribune Company | GABCO VH2, LLC |
| | 101 | | 411 North 14th Street | Metairie | LA | 70001 | United States | $ 4,264.50 | Tribune Television New Orleans, II Galleria Operating Co., LLC | |
| | 102 | | 6631 North Sidney Place | Glendale | WI | 53209 | United States | $ - | Chicago Tribune Company | Glendale Business Center, LLC |
| | 103 | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | | United States | $ - | Tribune Television Northwest, Inc | Gorst Self Storage |
| | 104 | **Amendment** | **550 East Ave P.** | **Palmdale** | **CA** | **90746** | **United States** | $ - | **LA Times Communications LLC** | **Granco Enterprises and William C, Janet Pratt III** |
| | 105 | | GRAYS HARBOR RADIO / TOWER SPACE LEASE | ABERDEEN | WA | | United States | $ - | Tribune Television Northwest, Inc | Grays Harbor Radio, Inc. |
| | 106 | | 365 Broad St & 11 Flower St./Parking lots | Hartford | CT | | United States | $ - | The Hartford Courant Company | Greater Hartford Flood Commission |
| | 107 | Amendment | 12531 Worcester Hwy | Bishopville | MD | | United States | $ - | The Baltimore Sun Company | Greenridge Warehouse and Mini Storage |
| | 108 | | 1700 - 1740 W. Florist Ave. | Glendale | WI | 53209 | United States | $ - | Tribune Media Services, Inc. | H & S Properties |
| | 109 | | 200 Adams St. | Manchester | CT | | United States | $ - | The Hartford Courant Company | H.I.M. Realty |
| | 110 | | 700 Plaza Drive | Secaucus | NJ | 07094-3688 | United States | $ - | WPIX, Inc. | Harmon Meadow Plaza, Inc |
| | 111 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ - | Tribune Television Northwest, Inc | Hearing, Speech, and Deafness Center |
| | 112 | | 2105 Emmorton Park Road | Edgewood | MD | 21041 | United States | $ 149.35 | The Baltimore Sun Company | Hill Management Services, Inc. |
| | 113 | | 507 State St. | Ottawa | IL | 61350 | United States | $ - | Newspaper Readers Agency, Inc. | Hoffman, Mueller and Creedon, PTR |
| | 114 | | 5540 W. Century | Los Angeles | CA | | United States | $ - | LA Times Communications LLC | IAC Aviation L.L.C. |
| | 115 | | KOZI / CHELAN BUTTE | Chelan Butte | WA | | United States | $ - | Tribune Television Northwest, Inc | Icicle Broadcasting Inc. |
| | 116 | | 1626 Northwind Parkway | Hobart | IN | 46342 | United States | $ - | Chicago Tribune Company | Indiana Land Becknell Investors, LLC |
| | 117 | **Amendment** | **2221 N. Brand Blvd.** | **Glendale** | **CA** | **91203** | **United States** | $ - | **LA Times Communications LLC** | **Interstate Properties Associates** |
| | 118 | **Amendment** | **5051 Commerce Drive** | **Baldwin Park** | **CA** | **91706** | **United States** | $ - | **LA Times Communications LLC** | **Isadore Samuel Socransky & Socransky Family Trust** |
| | 119 | **Amendment** | 27831 Center Dr | Mission Viejo | CA | | United States | $ - | LA Times Communications LLC | J. Ahzarabi Investors LLC |
| | 120 | | 440 Oakwood Rd. | Lake Zurich | IL | 60047 | United States | $ - | Chicago Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| | 121 | | Micro Relay Site | Manastash Ridge | WA | | United States | $ - | Tribune Company | Jack Eaton |
| | 122 | **Amendment** | **311 Ed Wright Lane** | **Newport News** | **VA** | **23606** | **United States** | $ - | **The Daily Press, Inc.** | **Jefferson Office Warehouse II, LLC** |
| | 123 | | 2948 N. Western Ave. | Chicago | IL | 60618 | United States | $ - | Newspaper Readers Agency, Inc. | Jesus People USA Full Gospel Ministries |
| | 124 | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ 16.33 | Chicago Tribune Newspapers, Inc. | JFK Investment Company, LLC |

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 125 |  | 17700 Newhope St. | Fountain Valley | CA | 92708 | United States | $ - | LA Times Communications LLC | JKS-CMFV, LLC |
|  | 126 |  | 3501 Union Street | Lafayette | IN | 47905 | United States | $ - | Chicago Tribune Company | Joe T. Richardson |
|  | 127 |  | Kennedy Space Center | Kennedy Space Center | FL | 32899 | United States | $ - | Orlando Sentinel Communications | John F. Kennedy Space Center |
|  | 128 |  | 8185 Commerce Dr. | Loves Park | IL | 61111 | United States | $ - | Chicago Tribune Company | Johnson Family Trust |
|  | 129 |  | 2420 79th Ave | Everett | WA |  | United States | $ - | Tribune Television Northwest, Inc. | Jon Kimmons |
|  | 130 |  | 12236 McCann Dr | Santa Fe | CA |  | United States | **$ 2,375.44** | **LA Times Communications LLC** | **Kendrick/McCann LP** |
|  | 131 | Amendment | 3500 179th Street | Hammond | IN | 46323 | United States | $ - | Chicago Tribune Company | Krosan Development, LLC |
|  | 132 |  | 80 Darling Dr. | Avon | CT | 06001 | United States | $ - | The Hartford Courant Company | L & L Realty, LLC |
|  | 133 |  | 31166 Via Colinas | Westlake Village | CA | 91362 | United States | $ - | LA Times Communications LLC | L/B Via Colinas LLC |
|  | 134 | *Amendment* | *1201 Donegan Avenue* | *Kissimmee* | *FL* | *34744* | *United States* | $ - | *Orlando Sentinel Communications Lake James, LLC* | *Lattice Communications LLC* |
|  | 135 |  | WTIK Microwave Relay | Westfield | IN |  | United States | $ - | Tribune Broadcast Holdings, Inc. | Lattice Communications LLC |
|  | 136 |  | **200 East Las Olas Blvd. (New River Center)** | **Ft. Lauderdale** | **FL** | **33301** | **United States** | **$ 8,025.67** | **Sun-Sentinel Company** | **Lauderdale River, Inc.** |
|  | 137 |  | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ - | Tribune Television Company | Liberty Property Holdings, L.P. |
|  | 138 |  | 5091 4th Street | Irwindale | CA |  | United States | $ - | California Community News Corpo LIT Finance L.P. |  |
|  | 139 |  | Oakbrook Terrace - Microwave/camera site | Oakbrook Terrace | IL |  | United States | $ - | WGN Continental Broadcasting Co/ Long Ridge Office Portfolio |  |
|  | 140 |  | 8920 58th Place, Suite 600 | Kenosha | WI | 53144 | United States | $ - | Chicago Tribune Company | M and E Riley, LLC |
|  | 141 |  | Doppler Radar Site | Neah Bay | WA |  | United States | $ - | Tribune Television Northwest, Inc. | Makah Indian Tribe |
|  | 142 |  | 5270 W Coplay Rd. | Whitehall | PA |  | United States | $ - | The Morning Call, Inc. | Marakovits Family, LLC |
|  | 143 |  | McGraw-Hill - Transmitter Site | San Diego | CA |  | United States | $ - | KSWB, Inc. | McGraw-Hill Broadcasting |
|  | 144 |  | Site Address:  24574 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 3,465.00 | KTLA, Inc. | Meridian Communications North |
|  | 145 |  | Site Address:  34-23-10 Latitude, 118-19-43 Longitude | Magic Mountain | CA |  | United States | $ 471.00 | KTLA, Inc. | Meridian Communications North |
|  | 146 |  | Site Address: 34-19-32 Latitude, 119-02-18 Longitude | South Mountain | CA |  | United States | $ - | KTLA, Inc. | Meridian Communications North |
|  | 147 |  | Site Address: 34-31-16 Latitude, 119-58-39 Longitude | Santa Ynez | CA |  | United States | $ 142.26 | KTLA, Inc. | Meridian Radio Sites |
|  | 148 |  | 1981 Moreland Pky | Annapolis | MD | 21401 | United States | $ 395.92 | The Baltimore Sun Company | Merritt-GB1, LLC |
|  | 149 |  | 58 N. Chicago St. | Joliet | IL | 60432 | United States | $ - | Chicago Tribune Company | MGM Management, Inc. |
|  | 150 |  | Rear of 326-328 W. Broad St. (2 Parking Spaces) | Quakertown | PA | 18951 | United States | $ - | The Morning Call, Inc. | Michael S. Yalowitz |
|  | 151 |  | 1717 Penny Ln. | Schaumburg | IL | 60173 | United States | $ 467.11 | Chicago Tribune Company | MLRP Penny Lane LLC |
|  | 152 |  | 2001 N. Front St. | Harrisburg | PA | 17102 | United States | $ - | Tribune Television Company | Morgan Manor Residencies, Inc. |
|  | 153 |  | Grand Rapids Housing Comm | Grand Rapids | MI |  | United States | $ - | Tribune Television Holdings, Inc. | Mt. Mercy Limited Partnership |
|  | 154 |  | 6501 Nob Hill Rd. | Tamarac | FL |  | United States | $ - | Sun-Sentinel Company | N&S Butters |
|  | 155 |  | Beijing Office (LA Times Beijing Office) | Beijing |  |  | China | $ - | LA Times Communications LLC | N/A |
|  | 156 |  | Flower St./Parking lot | Hartford | CT |  | United States | $ - | The Hartford Courant Company | National Railroad Passenger Corporation |
|  | 157 |  | 221 East Josephine St. | Chalmette | LA | 70043 | United States | $ - | Tribune Television New Orleans, In Olympic Resources Management |  |
|  | 158 |  | One Apollo Drive | Glens Falls | NY | 12804 | United States | $ - | Tribune Media Services, Inc. | Niagara Mohawk Power Corporation |
|  | 159 |  | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ 828.62 | LA Times Communications LLC | NORTH HILLS INDUSTRIAL PARK, INC |
|  | 160 | *Amendment* | *505 Northwest Ave. - Tribune Direct* | *Northlake* | *IL* |  | *United States* | $ - | *Tribune Direct Marketing, Inc.* | *Northlake Property, LLC* |
|  | 161 |  | W Peak of Gold Mountain | Kitsap City | WA |  | United States | $ 11,530.12 | Tribune Television Northwest, Inc. | Olympic Resources Management |
|  | 162 |  | 9108 Yellow Brick Road | Rossville | MD | 21237 | United States | $ 1,280.02 | The Baltimore Sun Company | OZ LLC |
|  | 163 |  | 902 N. Calumet | Valparaiso | IN | 46383 | United States | $ - | Chicago Tribune Company | PAC Investments, LLC |
|  | 164 |  | 26047 Jefferson Ave | Murrieta | CA | 92567 | United States | $ - | LA Times Communications LLC | Pasadena-MT Partners, L.P. |
|  | 165 |  | 714 Schuyler | Peru | IL | 61354 | United States | $ - | Newspaper Readers Agency, Inc. | Paul E. and Rosalyn K. Koyak |
|  | 166 |  | **2121 Wisconsin** | **Washington** | **DC** | **20036** | **United States** | **$ 33,677.73** | **WDCW Broadcasting, Inc.** | ***2121 Capitol Associates, LLC*** |
|  | 167 | Amendment | 101 Phoenix Ave. | Enfield | CT |  | United States | $ - | The Hartford Courant Company | Phoenix Avenue Realty LLC |
|  | 168 |  | Pinnacle Towers/Microwave Recv Site | Unknown | UN |  | United States | $ - | Tribune Television New Orleans In Pinnacle Towers Inc |  |
|  | 169 |  | 2839 Paces Ferry Road, Suite 1105 | Atlanta | GA | 30339 | United States | $ 2,335.30 | Tribune Television Newspapers, Inc. | PKY Fund Atlanta II, LLC |
|  | 170 |  | 875 Geneva Parkway N | Lake Geneva | WI | 53147 | United States | $ - | Chicago Tribune Company | Plas-Tech Engineering, Inc. |
|  | 171 |  | 6400 S. Fiddler's Green Circle | Englewood | CO | 80111 | United States | $ - | KWGN, Inc. | Property Colorado OBJLW |
|  | 172 | *Amendment* | *180 Poplar Pl.* | *North Aurora* | *IL* | *60542* | *United States* | $ - | *Chicago Tribune Company* | *R.C. Wegman Family, L.P.* |
|  | 173 | Amendment | 4098 Calle Suerte | Camarillo | CA | 93010 | United States | $ - | LA Times Communications LLC | R.T. Enterprises |
|  | 174 |  | **Richland Towers, Inc. Towers/Trans** | **Cedar Hill** | **TX** |  | **United States** | **$ 10,611.35** | **Tribune Television Company** | **Richland Towers, Inc.** |
|  | 175 |  | 1400 Twin Cities Rd | Walnut Grove | CA | 95690 | United States | $ 333.69 | Channel 40, Inc. | Rosa Rio, LLC |
|  | 176 |  | 230 West 200 South, Suite 3201 | Salt Lake City | UT |  | United States | $ - | Stenweb Inc. | Royal Wood Associates |
|  | 177 | *Amendment* | *8966 Comanche Ave* | *Chatsworth* | *CA* |  | *United States* | **$ 9,590.17** | *LA Times Communications LLC* | *RR Crane Investment Corporation* |
|  | 178 |  | **874 Eagle Drive** | **Bensenville** | **IL** | **60106** | **United States** | **$ 1,900.00** | **Chicagoland Publishing Company** | **RREEF America Reit II Corp. D** |
|  | 179 |  | 3585 N.W. 54th Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Samuel Butters |
|  | 180 |  | 4946-50 North University Drive | Lauderhill | FL | 33321 | United States | $ - | Sun-Sentinel Company | Samuel Susi |
|  | 181 |  | **10205 Highland** | **Bloomington** | **IN** |  | **United States** | **$ 94.09** | **Tribune Broadcast Holdings, Inc.** | **Sarkes Tarzian** |
|  | 182 |  | AAT COMMUNICATIONS / TOWER SPACE LEASE | MAYNARD HILL | WA |  | United States | $ - | Tribune Television Northwest, Inc. | SBA Structures |
|  | 183 |  | 444 Lake Cook Rd. | Deerfield | IL | 60015 | United States | $ - | Chicago Tribune Company | Schnoll And Company, Inc. |
|  | 184 |  | 444 Seabreeze Boulevard | Daytona Beach | FL | 32118 | United States | $ 91.29 | Orlando Sentinel Communications | Seabreeze Office Associates, LLC |
|  | 185 |  | 1121 L Street | Sacramento | CA |  | United States | $ 377.88 | LA Times Communications LLC | Senator Building, LLC |
|  | 186 |  | 1350 Blue Hills Ave. | Bloomfield | CT |  | United States | $ - | The Hartford Courant Company | SFP Real Estate, LLC |

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 187 | | 10009 Raven Wood Dr. | St. John | IN | 46373 | United States | $ 4,027.12 | Chicago Tribune Company | SJCT, LLC |
| | 188 | | SMUD Exchange of Wireless Services (Walnut Grove/C | Walnut Grove | CA | | United States | | Channel 40, Inc. | SMUD |
| | 189 | | 9334 Dielman Industrial Drive | St. Louis | MO | 63132 | United States | | KPLR, Inc. | SpectraSite |
| | 190 | | SpectraSite/DTV Tower-XMTR | St. Louis | MO | | United States | 8,724.57 | KPLR, Inc. | SpectraSite Broadcast Group, Inc. |
| | 191 | | 921 Mercantile Drive | Hanover | MD | 21076 | United States | | The Baltimore Sun Company | St. John Properties, Inc. |
| | 192 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | | The Hartford Courant Company | State of Connecticut |
| | 193 | | WASHINGTON STATE DNR | CHELAN BUTTE | WA | | United States | | Tribune Television Northwest, Inc. | State of Washington |
| | 194 | | 1701 Green Road | Deerfield Beach | FL | 33064 | United States | | Sun-Sentinel Company | Sterling Properties FL, LLC |
| | 195 | *Amendment* | *5800 Sunset Blvd.* | *Hollywood* | *CA* | *90028* | *United States* | *$ 93,390.06* | *KTLA, Inc.* | *Sunset Studios Holdings, LLC* |
| | 196 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | | KWGN, Inc. | Sylvan Tower Co., LLC |
| | 197 | Amendment | 30 North St. | Park Forest | IL | 60466 | United States | | Chicago Tribune Company | T.L. Swint Industries, Inc. |
| | 198 | | WTIC-TV Talcott Mountain , (Tower/Land) | Avon | CT | | United States | | Tribune Television Company | Talcott Mountain Science Center for Student Involve |
| | 199 | | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | | Chicago Tribune Company | Tech Court, LLC |
| | 200 | | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | | WDCW Broadcasting, Inc. | The District of Columbia |
| | 201 | | 7191 Engineer Rd. | San Diego | CA | 92123 | United States | | KSWB, Inc. | The J. David Gladstone Institutes |
| | 202 | *Amendment* | *1485 Lakeside Dr.* | *Waukegan* | *IL* | | *United States* | | *Chicago Tribune Company* | *The Prudential Insurance Company of America* |
| | 203 | Amendment | 8439 Stellar Dr | Culver City | CA | | United States | 3,779.78 | LA Times Communications LLC | The Richlar Partnership |
| | 204 | Amendment | 904 Jan Mar Court | Clermont | FL | 34711 | United States | | Tribune Company | Thompson-Kocielko Partnership |
| | 205 | | 18400 Crossings Drive | Tinley Park | IL | 60477 | United States | | Chicago Tribune Company | Tinley Crossings Corporate Center, Ltd. |
| | 206 | | 125 N. Vinedo | Pasadena | CA | | United States | | LA Times Communications LLC | Trio Associates |
| | 207 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | | LA Times Communications LLC | Two Camellias LLC |
| | 208 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | | KTLA, Inc. | U.S. Forest Service |
| | 209 | | 111 W. 154th Street | South Holland | IL | 60473 | United States | | Chicago Tribune Company | Union National Bank |
| | 210 | | 12180-B Hesperia Road | Victorville | CA | 92392 | United States | | LA Times Communications LLC | Victor Valley Plaza Co., LLC |
| (3) | 211 | *Amendment* | *3222 Bunsen Ave* | *Ventura* | *CA* | | *United States* | | *LA Times Communications LLC* | *Viola Industries* |
| (3) | 211 | *Amendment* | *3223 Golf Course Dr* | *Ventura* | *CA* | | *United States* | | *LA Times Communications LLC* | *Viola Industries* |
| | 212 | | 8442 W. 183rd Street, Unit #B | Tinley Park | IL | 60477 | United States | | Chicago Tribune Company | VIP Tinley Park, L.L.C. |
| | 213 | | 330 West 34th Street | New York | NY | | United States | 44,516.67 | Tribune New York Newspaper Hold Vornado 330 West 34th Street LLC |
| | 214 | | John Hancock Center | Chicago | IL | 60611 | United States | *$ 14,747.99* | *WGN Continental Broadcasting Co W2007 Golub JHC Realty LLC* |
| | 215 | | John Hancock Center | Chicago | IL | 60611 | United States | | Chicagoland Television News, Inc. | W2007 Golub JHC Realty LLC |
| | 216 | | 461 Park Avenue | Lake Villa | IL | 60046 | United States | | Chicago Tribune Company | Wagener Equities, Inc. |
| | 217 | | 624 S. Lincoln | San Bernadino | CA | | United States | 4,566.71 | LA Times Communications LLC | Waterman Place |
| | 218 | | 821 West River Place | Kankakee | IL | 60901 | United States | | Newspaper Readers Agency, Inc. | Wayne F. Tholen and Alice J. Tholen |
| | 219 | | 1416 Lee Street | West Point | VA | 23181 | United States | | Virginia Gazette Companies, Inc. | West Point Station, LLC |
| | 220 | | Westin Ohare - ENG camera site | Rosemont | IL | 60018 | United States | | WGN Continental Broadcasting Co Westin Hotel Ohare |
| | 221 | | Tower Space Lease | Chambersburg | PA | | United States | | WDCW Broadcasting, Inc. | WETA |
| | 222 | | 2100 W. Hubbard St. | Chicago | IL | 60612 | United States | | Chicago Tribune Company | William Kritt & Company |
| | 223 | | 68-900 Perez Rd. | Cathedral | CA | | United States | 10,950.34 | LA Times Communications LLC | Wilson and Dalton Incorporated |
| | 224 | | 12315 Rhea Dr. | Plainfield | IL | 60544 | United States | | Chicago Tribune Company | Wolf Creek Business Associates, LLC |
| | 225 | | 1898 E. Burleigh Blvd. | Tavares | FL | | United States | | Orlando Sentinel Communications Zellwin Farms Company |
| | 226 | Amendment | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | | Chicago Tribune Company | Zygmunt Enterprises |

**Notes to Table:**

(1) New lease added to Exhibit. One location but two leases (one for each television broadcast station).
(2) New lease added to Exhibit. Landlord has provided written authorization in accordance with Tribune's intent to assume the lease.
(3) Two locations governed by one lease.

Line Item 161 (Panamsat Lease) on original Exhibit B attached to the Motion filed 06/05/2009 has been removed as the parties mutually agree that it is not a lease of real property