## CERTIFICATE OF SERVICE

I, GLENN A. BROWN, DMD, ESQUIRE, hereby certify that, on June 22, 2009, I caused a true and correct copy of the foregoing Reply Brief to Debtors' Objections to Jayne Clements' Amended Motion Relief From Stay to be served by CM/ECF which will provide notice of such filing on:

All Parties Registered for Such Notice; and.

By First Class Mail, Postage Prepaid:

Kate Stickles, Esquire
Cole, Schotz, Meisel, Furmen & Leonard
500 Delaware Avenue
Suite 1100
Wilmington, DE 19801
Counsel for Debtors

Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801

REAL WORLD LAW, PC
/s/ Glenn A. Brown
GLENN A. BROWN, DMD, ESQUIRE
Attorney ID No. 4669
916 North Union Street
No. 2
Wilmington, DE 19805
(302) 225-8340
glenn.brown@realworldlaw.com