# EXHIBIT A

# DECLARATION OF WARREN BEATTY

I, WARREN BEATTY, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify thereto.

2. I am a resident of the State of California. My home and principal place of business are located in Los Angeles, California.

3. I submit this Declaration in support of Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow Warren Beatty To Proceed With Litigation In California District Court.

4. The principal issue in this case is whether I commenced principal photography of a Dick Tracy television special on or before November 20, 2008. All or virtually all of the witnesses who have firsthand information about this issue are based in California.

5. In this regard, operating from Los Angeles, California, I obtained necessary licenses, permits, guild approvals, insurance and other items that were required to commence the production on a Dick Tracy television special. Certain of my representatives, including (without limitation) my business manager, Jeff Bacon of Savitsky, Satin & Bacon, assisted with these matters. All such representatives are located in California.

6. Principal photography of the Dick Tracy special began on November 8, 2008 at the Walt Disney Studios located in Burbank, California. Filming that day took place on the back lot and on Stage No. 6. Besides me, the actors who were present that day all live in California. They are:

        a. Kevin Bernston;
        b. Steve Monroe;
        c. Tim Bagley;
        d. Dennis Emslie;
        e. Mindy Sterling;

   f. Wendi McClendon-Covey.

7. Beyond the foregoing, the following persons involved in the production, all of whom reside in Los Angeles, California, were present when and are capable of testifying and would testify that principal photography began on November 8, 2008:

   a. Chris Merrill (Producer);

   b. Raub Shapiro (Line Producer);

   c. Jill Crenshaw (Production Supervisor);

   d. Jeremy Robinson (Associate Producer);

   e. Jaden Leigh (Production Assistant);

   f. Mike Gratzmiller (Production Assistant);

   g. Keri Wilson (one of my personal assistants);

   h. Todd Malta (another of my personal assistants);

   i. Austin Ellis (my production assistant); and

   j. Debbie Stern (another of my production assistants).

8. In addition, there were numerous site and crew personnel present on November 8, 2008, the day principal photography began, all of whom I believe reside in California. These include four camera personnel, three lighting personnel, a grip, two sound personnel, and a makeup artist. These individuals are identified in the Call Sheet, a true and correct copy of which is attached hereto as Exhibit "A."

9. The filming of the special continued and concluded on November 12, 2008, eight days <u>before</u> the purported November 20, 2008 reversion deadline. Production on that date took place at Imagineering Stages in Burbank, California. In addition to myself and Mr. Bernston, the other actor who was present that day, and who would testify that we filmed that day, was Leonard Maltin, who also resides in Los Angeles, California.

10. Most of the same crew referenced in paragraphs 4 and 5 above were also present on November 12, 2008; however, the director of photography for the second day was Emmanuel

2

Lubesk. He, too, resides in Los Angeles, California. Attached hereto as Exhibit "B" is a true and correct copy of the Call Sheet for November 12, 2008.

11. Two representatives of the Walt Disney Company were also present during our filming and they, too, would testify that it occurred prior to November 20, 2008. The Disney representatives were David Jessen and Jon Bernstein – both of whom are employed in Los Angeles, California.

12. In addition to the California residents who were present during the actual filming of the special, as identified above, there are at least three California witnesses in this case employed by or affiliated with Turner Classic Movies ("Turner") who will testify concerning the nature of the special and the fact that it was produced and filmed in Los Angeles, California. In this regard, Turner financed part of the production of the special and the special was intended to be aired on Turner as part of a Dick Tracy marathon. The Turner personnel who will likely be witnesses are Michael Wright (the head of Turner's creative department), as well as executives Sandra Dewey and Elizabeth Weller. All three of these individuals are employed in California, and all of them were involved in various aspects of the production.

13. It is also likely that representatives of the Walt Disney Company will be witnesses in this matter. Disney representatives will testify concerning the pattern and practice of Tribune making unfounded excuses and efforts to try to terminate my rights (rights which for a period of time were assigned to Disney). The primary Disney representative with knowledge of this is Steven Bardwell who is employed in Los Angeles, California.

14. Other Disney representatives may be required to testify to the foregoing as well. In this regard, I filed a lawsuit against Tribune in 2005 when Tribune previously (and unsuccessfully) claimed that the Dick Tracy rights had reverted to it. That lawsuit was filed in Los Angeles, California. It is conceivable that any or all of the witnesses in that action, many of whom are or were employed at Disney, will be witnesses here as they had knowledge of Tribune's campaign to take back the rights which were granted to me in 1985.

15. In addition, the Custodian of Records of Disney, employed in Los Angeles, California, and potentially other Disney representatives may be required to testify about a prior Dick Tracy television special that was produced by Disney.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of June, 2009, at Los Angeles, California.

_____
WARREN BEATTY