# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
:
In re:                                          :   Chapter 11
:
TRIBUNE COMPANY, et al.,                        :   Case No. 08-13141 (KJC)
:
Debtors.                                 :   Jointly Administered
:
------------------------------------------------------------x
:
TRIBUNE MEDIA SERVICES, INC.,                   :
:
Plaintiff/Debtor,                        :
v.                                              :   Adv. Pro. No. 09-50486 (KJC)
:
WARREN BEATTY,                                  :
:
Defendant.                               :
:
------------------------------------------------------------x

## PLAINTIFF/DEBTOR TRIBUNE MEDIA SERVICES, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiff and Debtor Tribune Media Services, Inc. ("TMS" or the "Debtor"), by and through its attorneys Sidley Austin LLP and Cole, Schotz, Meisel, Forman & Leonard, P.A., and pursuant to Federal Rule of Civil Procedure ("FRCP") 26(a)(1), hereby submit Debtor's initial disclosures. The following disclosures are made based upon information reasonably available to Debtor as of the date of these disclosures.

By making these disclosures, Debtor does not represent that it is identifying every document, tangible thing or person possibly relevant to this action. Rather, Debtor's disclosures represent a good faith effort at this stage (prior to the close of discovery) to identify information that may be used to support its claims or defenses (unless the use

-2-

would be solely for impeachment). Debtor's disclosures are therefore submitted without prejudice to its right at any time to revise, supplement, correct, clarify or add to these disclosures. In addition, these disclosures shall not be deemed an admission as to any fact in dispute or a waiver of any rights or defenses Debtor has or may assert, including but not limited to with respect to any claim or counterclaim, which may be brought by the Defendant, Warren Beatty (the "Defendant" or "Mr. Beatty). Debtor expressly reserves the right to object to the production of any document or tangible thing disclosed herein on the basis of attorney-client privilege, the work product doctrine, any other applicable privilege or immunity, relevance, undue burden, or any other valid objection to any production. Debtor further reserves the right to raise any appropriate objection to the use or admission of any document identified or produced in connection with these initial disclosures.

**FRCP 26(a)(1)(A)(i)**: the name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:** Debtor identifies the following individuals who may have discoverable information that Debtor may use to support its claims. Any current or former employees of Debtor or its affiliates may be contacted through identified counsel.

| NAME AND CONTACT INFORMATION | SUBJECTS |
|---|---|
| Warren Beatty<br>c/o Charles N. Shephard<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA  90067-4590 | Background, Dick Tracy agreement, Dick Tracy film or broadcast projects, 2008 communications. |
| Bertram Fields<br>c/o Charles N. Shephard<br>Greenberg Glusker Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA  90067-4590 | Background, Dick Tracy agreement, Dick Tracy film or broadcast projects, 2008 communications. |
| David D. Williams<br>c/o Michael Doss<br>Sidley Austin LLP<br>One S. Dearborn<br>Chicago, IL 60603 | Background, Dick Tracy agreement, 2006 reversion notice, 2008 communications |

**FRCP 26(a)(1)(A)(ii)**: a copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Response:** TMS is producing (and will produce) documents in its possession, custody, or control that it may use to support its claims or defenses. These documents will include documents related to the Dick Tracy agreement, the 2006 reversion notice, and 2008 communications between TMS and the defendant and his counsel. In producing these documents, TMS does not admit their admissibility in the underlying dispute, and reserves all rights to object at a later time to any use of such documents by the defendant on any appropriate evidentiary ground.

**FRCP 26(a)(1)(A)(iii)**: a computation of each category of damages claimed by the disclosing party.

**Response:** Debtor does not seek damages in this adversary proceeding. Debtor may seek an award of costs and attorneys' fees for its prosecution of this adversary proceeding, which cannot be calculated at this time.

**FRCP 26(a)(1)(A)(iv)**: for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response:** Debtor is unaware of any such insurance agreement(s).

-5-

Respectfully submitted,

By: _____
One of the Attorneys for
Plaintiff, Tribune Media Services, Inc.

SIDLEY AUSTIN LLP
Janet E. Henderson
Michael Doss
Gregory V. Demo
One S. Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
J. Kate Stickles (No. 2917)
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:   (302) 652-3117

Dated:  June 9 , 2009

## CERTIFICATE OF SERVICE

Michael Doss, an attorney, hereby certifies that I have caused a true and correct copy of the foregoing **Rule 26(a)(1) Initial Disclosures by Plaintiff/Debtor Tribune Media Services, Inc.** to be served on counsel listed below by Federal Express overnight delivery on this 9th day of June, 2009.

> Gregg M. Galardi
> Skadden, Arps, Slate, Meagher & Flom LLP
> One Rodney Square
> Wilmington, DE 19801
> Counsel for Warren Beatty

*/s/ Michael Doss*
Michael Doss