## CERTIFICATE OF SERVICE

I, Gregg M. Galardi, hereby certify that on June 22, 2009, I caused the foregoing **Warren Beatty's Reply To Tribune Media Services, Inc.'s Objection To Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow Warren Beatty To Proceed With Litigation In California District Court** to be served on the parties listed on Exhibit A, attached hereto, by first-class mail unless otherwise indicated.

*/s/ Gregg M. Galardi*
Gregg M. Galardi

**EXHIBIT A**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole Schotz Meisel Forman
 & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel:     302-652-3131
**By Hand Delivery**

James F. Conlan, Esq.
Janet E. Henderson, Esq.
Michael P. Doss, Esq.
Gregory V. Demo, Esq.
One S. Dearborn Street
Chicago, IL 60603
Tel:     312-853-70000

Office of The United States Trustee
844 North Market Street
Room 2207, Lock Box #37
Wilmington, DE 19801
**By Hand Delivery**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel:     302-467-4400
**By Hand Delivery**

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New Yorkm NY 10112
Tel:     212-408-5100