**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 9, 2009, I caused to be served true and correct copies of the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

T:\Clients\TRIBUNE\Affidavits\Interim Ext Ord, Unredacted Mtn,Ord to Assume _Aff_6-9-09.docx

    a. "Order Granting a Further Interim Extension of Time for Debtors to Comply with the Requirements of 11 U.S.C. § 345," dated June, 9 2009 [Docket No. 1319], (the "Interim Extension Order"),

    b. "Order Authorizing Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, and Chicagoland Television News Inc.. and the Nielsen Company (US), LLC to File Under Seal Unredacted Versions of Certain Ratings Services Agreements, Ancillary Agreements, and a Global Amendment of Such Agreements,"), dated June 9, 2009 [Docket No. 1320], (the "Unredacted Ratings Order"), and

    c. "Order Authorizing Debtors Tribune Broadcasting Company, WGN Continental Broadcasting Company, Chicagoland Television News, Inc., and Tribune Entertainment Company et al. (I) to Assume Certain Amended Ratings Service Agreements and Ancillary Agreements with the Nielsen Company (US), LLC and (II) to Waive and Release Certain Claims Pursuant to a Settlement and Release Agreement," dated June 9, 2009 [Docket No. 1321], (the "Assumption Order"),

enclosed securely in separate postage pre-paid envelopes, to be delivered, via first class mail as follows:

    i. the Interim Extension Order, Unredacted Ratings Order, and Assumption Order, to those parties listed on the annexed <u>Exhibit A</u>,

    ii. the Interim Extension Order, to those parties listed on the annexed <u>Exhibit B</u>,

    iii. the Unredacted Ratings Order, and Assumption Order, to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     /s/Panagiota Manatakis
                                                     Panagiota Manatakis

Sworn to before me this
10th day of June, 2009
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS,(COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355,HEALTH AND WELFARE AND PENSION FUNDS),809 GLENEAGLES COURT, SUITE 320, BALTIMORE, MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL,301 E. DAVE WARD DRIVE,P.O. BOX 2000, CONWAY, AR 72033-2000 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN,230 W MONROE ST, STE 2600,(COUNSEL TO IAM LODGE NO. 126), CHICAGO, IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS),200 EAST LONG LAKE ROAD, SUITE 300, BLOOMFIELD HILLS, MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ.,300 DELAWARE AVE, STE 1370,(COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR,LEASING CO.), WILMINGTON, DE 19801 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASDOUNIS, ESQ.,401 NORTH MICHIGAN AVENUE, STE 550,(COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC), CHICAGO, IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT,BANK OF AMERICA STRATEGIC SOLUTIONS,MAIL CODE: IL1-231-11-19,231 SOUTH LASALLE STREET, CHICAGO, IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ.,(COUNSEL TO KTR SOUTH FLORIDA LLC),200 WEST MADISON ST., SUITE 3900, CHICAGO, IL 60606 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP,200 PARK AVENUE,ATTN: US CLIENT VALUATIONS GROUP, NEW YORK, NY 10166 |
| BARGER & WOLEN LLP | ATTN: GARY A. BRESEE, PETER J. FELSENFELD, ESQS.,(COUNSEL TO: THE TRAVELERS INSURANCE COMPANY),650 CALIFORNIA STREET, 9TH FLOOR, SAN FRANCISCO, CA 94108 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729),155 FEDERAL ST, 9TH FL,(COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.), BOSTON, MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ.,(COUNSEL TO: ENTERPRISE GARAGE CORP.),270 MADISON AVENUE, NEW YORK, NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER,ESQ.,(COUNSEL TO WILMINGTON TRUST COMPANY),222 DELAWARE AVENUE, SUITE 801, WILMINGTON, DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE,(COUNSEL TO WILMINGTON TRUST COMPANY),200 PUBLIC SQUARE SUITE 2300, CLEVELAND, OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS.,(COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W.,ROCHE, JR., M. LEVIN, & J. MAKINEN),800 N. KING STREET, PLAZA LEVEL, WILMINGTON, DE 19801 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON,COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER,115 SOUTH ANDREWS AVENUE, FORT LAUDERDALE, FL 33301 |
| BROWN RUDNICK LLP | ATTN. ROBERT J. STARK & DANIEL J. SAVAL, ESQ.,(COUNSEL TO WILMINGTON TRUST COMPANY),SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ.,(COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS,AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS,PRODUCTIONS LLLP),4 EAST 8TH STREET, SUITE 400, WILMINGTON, DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ.,(COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER,1000 WILSHIRE BOULEVARD, SUITE 1500,(COUNSEL TO SONY PICTURES TELEVISION), LOS ANGELES, CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ.,333 MARKET STREET, 25TH FL,(COUNSEL TO ORACLE USA, INC.), SAN FRANCISCO, CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE,(COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN),3 HUTTON DRIVE, NINTH FLOOR, SANTA ANA, CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN,1 CANON PLAZA, NEW HYDE PARK, NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ.,4445 WILLARD AVENUE, 12TH FLOOR, CHEVY CHASE, MD 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO,ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E,DEUTSCH,30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR,OFFICE OF THE SOLICITOR,UNITED STATES DEPARTMENT OF LABOR,230 SOUTH DEARBORN, ROOM 844, CHICAGO, IL 60604 |

| Claim Name | Address Information |
|---|---|
| CITICORP NORTH AMERICA, INC | ATTN: TIM DILLWORTH,450 MAMARONECK AVENUE, SUITE A, HARRISON, NY 10528-2402 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION &,RADIO ARTISTS,ATTN BABETTE A CECCOTI,330 WEST 42ND STREET, NEW YORK, NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ.,MARC J. PHILLIPS, ESQ.,THE NEMOURS BUILDING,1007 NORTH ORANGE STREET; PO BOX 2207, WILMINGTON, DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ.,(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION &,RADIO ARTISTS; INT'L UNION, UNITED AUTOMOBILE,AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF,AMERICA "UAW"),1000 WEST STREET, 10TH FLOOR, WILMINGTON, DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ.,(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,& MAKINEN),840 MALCOLM ROAD, SUITE 200, BURLINGAME, CA 94010 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,LOCAL 32035, TNG-CWA,ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS,919 NORTH MARKET STREET 11TH FLOOR, WILMINGTON, DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE,(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA,LIMITED LIABILITY COMPANY),4750 VON KARMAN AVENUE, NEWPORT BEACH, CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ.,(COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS,AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS,PRODUCTIONS LLLP,590 MADISON AVENUE, 19TH FLOOR, NEW YORK, NY 10022 |
| DAVIS POLK & WARDELL | ATTN: DONALD S. BERNSTEIN, ESQ.,JAMES A. FLORACK, ESQ.,DAMIAN S. SCHAIBLE, ESQ.,450 LEXINGTON AVENUE,(COUNSEL TO JPMORGAN CHASE BANK, N.A.), NEW YORK, NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT,GLOBAL TRANSACTION BANK TRUST &SEC. SERV,25 DEFOREST AVE, MAIL STOP: SUM01-0105, SUMMIT, NJ 07901 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES,(COUNSEL TO THE PARTIES REFERENCED IN THE FIRST,AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN,LLP),1500 NORTH FRENCH STREET, 2ND FLOOR,19801, WILMINGTON, DE 19801 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS,(COUNSEL TO SONY PICTURES TELEVISION, INC.),1100 NORTH MARKET STREET, SUITE 1200, WILMINGTON, DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE,(COUNSEL TO THE NIELSEN COMPANY),300 DELAWARE AVENUE, SUITE 1210, WILMINGTON, DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ.,919 N. MARKET ST, STE 1500,(COUNSEL TO BARCLAYS BANK PLC), WILMINGTON, DE 19801 |
| ELIZABETH GOLDBERG | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR),UNITED STATES DEPARTMENT OF LABOR,PLAN BENEFITS SECURITY DIVISION,PO BOX 1914, WASHINGTON, DC 20013 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES,ATTN WILLIAM M KELLEHER,1105 NORTH MARKET STREET, SUITE 1700, WILMINGTON, DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ.,9401 WILSHIRE BLVD, 9TH FLOOR,(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC), BEVERLY HILLS, CA 90212 |
| FOX ROTHSCHOLD LLP | ATTN. L. JASON CORNELL, ESQUIRE,(COUNSEL TO DONNA GERHART GUTMAN, PERSONAL,REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN,AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN),919 N. MARKET STREET, SUITE 1300,P.O. BOX 2323, WILMINGTON, DE 19899-2323 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK,(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS),L.P.),325 NORTH LASALLE STREET, SUITE 625, CHICAGO, IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION,THE VITEC GROUP PLC,(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS,INC., NUCOMM, INC., AND RF CENTRAL, LLC),101 BILBY ROAD, HACKETTSTOWN, NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT,ESQ.,(COUNSEL TO MERCER (US) INC.),311 SOUTH WACKER DRIVE, SUITE 3000, CHICAGO, IL 60606 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR.,75 FEDERAL ST, 9TH FL,(COUNSEL TO COMCAST SPOTLIGHT & COMCAST), BOSTON, MA 02110 |

| Claim Name | Address Information |
|---|---|
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES,ATTN JAN I BERLAGE,201 NORTH CHARLES STREET, BALTIMORE, MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY,(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST,WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD,MOTOR SERVICE, INC.),835 MCCLINTOCK DRIVE, SECOND FLOOR, WILLOWBROOK, IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ.,FOUR EMBARCARCADERO CENTER, STE 4000,(COUNSEL TO CATELLUS DEVELOPMENT CORP.), SAN FRANCISCO, CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III,1025 W. NASA BLVD,MAIL STOP A-11A, MELBOURNE, FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION,ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.,TWO PARK AVENUE, NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL,11311 CHINDEN BLVD.,MAILSTOP 314, BOISE, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY,2125 E. KATELLA AVE.,SUITE 400, ANAHEIM, CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS.,875 THIRD AVENUE,(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI,CONSOLIDATED SALES CORPORATON AND BOWATER, INC.;,DOW JONES & COMPANY), NEW YORK, NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR &,CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR,GEORGE HOWARD BUILDING,3430 COURTHOUSE DRIVE, ELLICOTT CITY, MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER,TWO LINCOLN CENTRE, VILLA PARK, IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126, PHILADELPHIA, PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150,31 HOPKINS PLAZA, BALTIMORE, MD 21201 |
| INTERNATIONAL UNION UAW | ATTN: SUSANNE M. MITCHELL, ESQ.,8000 E. JEFFERSON AVENUE, DETROIT, MI 48214 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800, HOUSTON, TX 77010 |
| JACKSON WALKER LLP | ATTN: BRUCE J. RUZINSKY & D. ELAINE CONWAY,(COUNSEL TO CONSTELLATION NEWENERGY),1401 MCKINNEY STREET, SUITE 1900, HOUSTON, TX 77010 |
| JAKSON WALKER LLP | ATTN. HEATHER M. FORREST,(COUNSEL TO CONSTELLATION NEWENERGY),901 MAIN STREET, SUITE 6000, DALLAS, TX 75202 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR, HOUSTON, TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS,ONE CHASE PLAZA, NEW YORK, NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ.,599 LEXINGTON AVE,(COUNSEL TO GREATBANC TRUST COMPANY), NEW YORK, NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ.,HENRY W. OLIVER BUILDING,535 SMITHFIELD ST,(COUNSEL TO GREATBANC TRUST COMPANY), PITTSBURGH, PA 15222-2312 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ,MADLYN GLEICH PRIMOFF, ESQ,(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN,AGENT),425 PARK AVE, NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ.,HOWARD S.STEEL, ESQ.,101 PARK AVENUE,(COUNSEL TO TELEREP, LLC), NEW YORK, NY 10178 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM,ATTN ADAM G LANDIS & MATTHEW B MCGUIRE,919 MARKET STREET SUITE 1800, WILMINGTON, DE 19801 |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | ATTN. WILLIAM E. CALLAHAN, JR. ESQUIRE,(COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC.,1800 WACHOVIA TOWER, DRAWER 1200, ROANOKE, VA 2400-1200 |
| LECLAIRRYAN, A PROFESSOINAL CORP. | ATTN. DAVID W. PHILLIPS,(COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC),TWO PENN PLAZA EAST, NEWARK, NJ 07105 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA,WASOW, ESQS.,(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,& MAKINEN),1330 BROADWAY, SUITE 1800, OAKLAND, CA 94612 |
| LINDA BOYLE | TW TELECOM INC.,10475 PARK MEADOWS DRIVE, #400, LITTLETON, CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY,ATTN JOHN P DILLMAN,PO BOX 3064, HOUSTON, TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER,2323 BRYAN STREET,STE 1600,(COUNSEL TO DALLAS COUNTY), DALLAS, TX 75201 |

| Claim Name | Address Information |
|---|---|
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL,SUNGARD,682 E. SWEDESFORD ROAD, WAYNE, PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ.,AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.,(COUNSEL TO BARCLAYS),1675 BROADWAY, NEW YORK, NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ.,G. AMANDA MALLAN, ESQ.,245 PARK AVE, 27TH FL,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), NEW YORK, NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ.,RENAISSANCE CENTRE,405 N. MARKET STREET, 8TH FL,(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), WILMINGTON, DE 19801 |
| MCGUIRE WOODS LLP | ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS,(COUNSEL TO THE NIELSEN COMPANY (US) LLC,77 W. WACKER DRIVE, SUITE 4100, CHICAGO, IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN. ELAIN M. SEID,(COUNSEL TO DIABLO INVESTMENT CO.),10 ALMADEN BLVD., SUITE 1460, SAN JOSE, CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS.,(COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN,& MAKINEN),20 S. CLARK STREET, SUITE 1500, CHICAGO, IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN,4 WORLD FINANCIAL CENTER,250 VESEY STREET, NEW YORK, NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS,LOAN OPERATIONS,600 E. LAS COLINAS BLVD., SUITE 1300, IRVING, TX 75039 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ.,1000 N. WEST STREET, SUITE 1200,(COUNSEL TO INTELSAT CORPORATION), WILMINGTON, DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B., | WALDMEIR, ASSISTANT ATTORNEY GENERAL,STATE OF MICHIGAN, DEPT. OF TREASURY,CADILLAC PLACE, STE. 10-200,3030 W. GRAND BLVD., DETROIT, MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR),OFFICE OF THE SOLICITOR,UNITED STATES DEPARTMENT OF LABOR,PLAN BENEFITS SECURITY DIVISION,P.O. BOX 1914, WASHINGTON, DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU,SPECIAL ASSISTANT ATTORNEY GENERAL,GENERAL COUNSEL'S OFFICE,301 W. HIGH STREET, ROOM 670,PO BOX 475, JEFFERSON CITY, MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN. RACHEL B. MERSKY, ESQUIRE,(COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA,LIMITED LIABILITY COMPANY),1201 N. ORANGE STREET, SUITE 400, WILMINGTON, DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER,1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC, | ATTN: COLLEEN E. MCMANUS,191 NORTH WACKER DRIVE, STE 1800,(COUNSEL TO CF 4242 BRYN MAWR LLC), CHICAGO, IL 60606 |
| MULHERIN REHFELDT & VARCHETTO, P.C. | ATTN: WILLIAM J. ULRICH, JR; WILLIAM R. BRODZINSKI,(COUNSEL TO: CRP HOLDINGS C, L.P., A DELAWARE LLC),211 S. WHEATON AVENUE, SUITE 200, WHEATON, IL 60187 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR, SCHAUMBURG, IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY,333 EAST WASHINGTON ST., 3RD FLOOR, SYRACUSE, NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE,(COUNSEL TO ST. JOHN PROPERTIES, INC.),SUITE 700, NOTTINGHAM CENTRE,502 WASHINGTON AVENUE, TOWSON, MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY,GENERAL,21 S. 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ.,UNITED STATES DEPT OF JUSTICE,844 KING STREET, SUITE 2207,LOCKBOX #35, WILMINGTON, DE 19899-0035 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, &,KARTAR S KHALSA, ESQ,OFFICE OF THE CHIEF COUNSEL,1200 K STREET, NW, WASHINGTON, DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ.,(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER),HERCULES PLAZA, SUITE 5100,1313 MARKET STREET, P.O. BOX 1709, WILMINGTON, DE 19899-1709 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ,(COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN,AGENT),HERCULES PLAZA,1313 N MARKET ST, PO BOX 951, WILMINGTON, DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ.,301 SOUTH COLLEGE STREET, STE 2300,(COUNSEL TO SODEXO, INC.), CHARLOTTE, NC 28202 |

| Claim Name | Address Information |
|---|---|
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ.,(COUNSEL TO: TWENTIETH TELEVISION, INC.),2049 CENTURY PARK EAST, 32ND FLOOR, LOS ANGELES, CA 90067 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ.,KATISHA D. FORTUNE, ESQ.,920 NORTH KING STREET,(COUNSEL TO JPMORGAN CHASE BANK, N.A.), WILMINGTON, DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN. JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO,(COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT,LICENSING, GP),1001- 4TH AVENUE, SUITE 4500, SEATTLE, WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC, | ATTN. FRED B. RINGEL, ESQ.,(COUNSEL TO GALLERIA OPERATING COMPANY, LLC),1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W., WASHINGTON, DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE, WASHINGTON, DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ.,222 DELAWARE AVENUE, STE 1500,PO BOX 68,(COUNSEL TO ABITIBI BOWATER, INC., ABITIBI,CONSOLIDATED SALES CORPORATION, BOWATER, INC.,DOW JONES & COMPANY), WILMINGTON, DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ.,(COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY),ONE CONSTITUTION PLAZA, HARTFORD, CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE,(COUNSEL TO UNISYS CORPORATION),1529 WALNUT STREET, SUITE 600, PHILADELPHIA, PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ.,TWO RENAISSANCE SQUARE,40 NORTH CENTRAL AVE, STE 2700,(COUNSEL TO PERSONAL PLUS, INC.), PHOENIX, AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD,ATTN EDMOND P O'BRIEN ESQ,675 THIRD AVENUE 31ST FLOOR, NEW YORK, NY 10017 |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR,1105 NORTH MARKET STREET, 7TH FL,(COUNSEL TO CF 4242 BRYN MAWR LLC), WILMINGTON, DE 19801 |
| STUART MAUE | ATTN: LINDA K. COOPER,FEE EXAMINER,3840 MCKELVEY RD, ST. LOUIS, MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM,3 BARKER AVENUE, THIRD FLOOR,(COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN,W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III;,J.SIMPSON; M.WILLES; E.ZIMBALIST, III), WHITE PLAINS, NY 10601 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE,(ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I,LLC, AND YORBA PARK SUB, LLC),1960 EAST GRAND AVENUE, SUITE 1165, EL SEGUNDO, CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG,360 MADISON AVENUE 22ND FLOOR, NEW YORK, NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC),POST OFFICE BOX 3311, ORLANDO, FL 32802-3311 |
| TOWER DC, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER EH, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER JK, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER MS, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TOWER PT, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR,C/O EQUITY GROUP INVESTMENTS,TWO NORTH RIVERSIDE PLAZA, STE 1700, CHICAGO, IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS,1 TOWER SQUARE-5MN, HARTFORD, CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN. JACQUELINE A. CRISWELL,(COUNSEL TO FISHER PRINTING, INC.),SEARS TOWER, 22ND FLOOR,233 SOUTH WACKER DRIVE, CHICAGO, IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA,(COUNSEL TO: TWENTIETH TELEVISION, INC.),2121 AVENUE OF THE STARS, SUITE 1754, LOS ANGELES, CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN. SHERRY RUGGIERO FALLON,(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST,WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD,MOTOR SERVICE, INC.),750 SHIPYARD DRIVE, SUITE 400,P.O. BOX 2092, WILMINGTON, DE 19899-2092 |

| Claim Name | Address Information |
|---|---|
| U.S. DEPARTMENT OF JUSTICE | ATTN. YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION,555 4TH ST. NW ROOM 6110, P.O. BOX 227, WASHINGTON, DC 20044 |
| UNISYS CORPORATION | ATTN. JANET FITZPATRICK, LEGAL ASSISTANT,UNISYS WAY,P.O. BOX 500, M/S E8-108, BLUE BELL, PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION,MATTHEW J. TROY, ESQ.,1100 L STREET, N.W.,ROOM 10006, WASHINGTON, DC 20530 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER,1500 PENNSYLVANIA AVENUE, NW,ROOM 2134, WASHINGTON, DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ,1201 MARKET ST, SUITE 1100,PO BOX 2046, WILMINGTON, DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES,ATTN TIFFANY STRELOW COBB,52 EAST GAY STREET, COLUMBUS, OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ.,4000 WARNER BLVD.,BLDG. 156, ROOM 5158, BURBANK, CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE P.L. | ATTN: DOUGLAS R. GONZALES, ESQ.,(COUNSEL TO CITY OF DANIA BEACH,FLORIDA),200 EAST BROWARD BOULEVARD, ST. 1900, FORT LAUDERDALE, FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY,ASSOCIATION INC,ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D,HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN,POST OFFICE BOX 4128, TALLAHASSEE, FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ.,(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC),787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN. PATRICK J. HEALY, VICE PRESIDENT,RODNEY SQUARE NORTH,1100 NORTH MARKET STREET, WILMINGTON, DE 19890 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD,LOCAL 32035, TNG-CWA,ATTN ROBERT E PAUL ESQ,1025 CONNECTICUT AVENUE NW SUITE 712, WASHINGTON, DC 20036-5420 |

**Total Creditor Count 142**

**EXHIBIT B**

# TRIBUNE COMPANY
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | GERARD A MCHUGH,CTP/RAJU N PATEL,SHARON SADILEK,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF AMERICA | ATTN: MARCIA RICHARDSON/CHERYL SWINFORD,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF AMERICA | ATTN: CHRIS SCHUER, INVESTMENT SALES,135 S LASALLE ST, CHICAGO, IL 60603 |
| BANK OF BAGHDAD | (HEAD OFFICE/BAGHDAD PROVINCE),ATTN: HENRY SEGAL,PO 3192 ALWEYE, BAGHDAD, IRAQ |
| BANK OF CHINA | 1 FUXINGMENT NEI DAJIE, BEIJING,  100818 CHINA |
| BARCLAYS BANK PLC | ATTN: ALEX BIRD,1 CHURCHILL PLACE, LONDON,  E14 5HP UNITED KINGDOM |
| CREDIT SUISSE GROUP | COLUMN FINANCIAL INC.,227 WEST MONROE ST, FRANKLIN CENTER, CHICAGO, IL 60606-5016 |
| DWS INVESTMENTS | ATTN: LEGAL DEPT,PO BOX 219151, KANSAS CITY, MO 64121-9151 |
| FIDELITY INVESTMENTS INSTITUTIONAL | SERVICES COMPANY, INC.,ATTN: PAT LABRIOLA,500 SALEM STREET OS1N2, SMITHFIELD, RI 02917 |
| JPMORGAN CHASE BANK | ATTN: VIC NIGRO, VP - TREASURY SVCES,ONE CHASE PLAZA, FL 7, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK | ATTN: DAVID MALLETT, MANAGING DIR - IB,ONE CHASE PLAZA, NEW YORK, NY 10005 |
| JPMORGAN CHASE BANK | ATTN: FARNAZ MOHAMMADI,10 SOUTH DEARBORN ST, CHICAGO, IL 60603 |
| JPMORGAN CHASE BANK | ATTN: KEVIN JOHNSON, CUSTOMER SVC CONSUL,420 WEST VAN BUREN STREET,SUITE I|1-0239, CHICAGO, IL 60606 |
| KEY BANK | ATTN: DAVID BLESSING,154 QUAKER RD, QUEENSBURY, NY 12804 |
| LEHMAN BROTHERS HOLDINGS INC. | 745 SEVENTH AVE, NEW YORK, NY 10019 |
| MANUFACTURERS & TRADERS TRUST COMPANY | (M&T BANK),ATTN: LYNN S MANTHY,25 S CHARLES ST, BALTIMORE, MD 21201 |
| MERRILL LYNCH & CO, INC. | 4 WORLD FINANCIAL CENTER,250 VESEY STREET, NEW YORK, NY 10080 |
| MORGAN STANLEY | 1585 BRAODWAY, NEW YORK, NY 10036 |
| NATIONAL WESTMINSTER BANK | ATTN: ROBIN MULVANEY,PO BOX 158 GB - 214 HIGH HOLBORN, LONDON,  WC1V 7BW ENGLAND |
| NORTHERN TRUST | ATTN: FRAN WAWRZYNIAK/ANN MARIE STUMPF,50 S LASALLE STREET, CHICAGO, IL 60675 |
| OXFORD BANK AND TRUST | ATTN: GINA FREWERT,PO BOX 129, ADDISON, IL 60101 |
| SUNTRUST | ATTN: PAT KNUFFKE,PO BOX 622227, ORLANDO, FL 32862-2227 |
| THE CITIZEN'S STATE BANK OF CLARA CITY | (FSMC) ATTN: PATTIE WITTMAN,55 1ST ST NW,PO BOX 430, CLARA CITY, MN 56222 |
| THE PRIVATEBANK AND TRUST COMPANY | ATTN: KAREN PETERSEN,70 W MADISON AVE, SUITE 200, CHICAGO, IL 60602 |
| TORONTO DOMINION | ATTN: PATTY PFANZELT/LIZ VITTORIA,TORONTO-DOMINION CENTRE,PO BOX 193, TORONTO, ON   CANADA |
| VTB BANK OJSC | ATTN: HENRY SEGAL,29 UL.BOLSHAYA MORSKAYA ST, PETERSBURG,   RUSSIA |
| ZAO UNICREDIT BANK | PRECHISTENSKAYA NAB., 9, MOSCOW,  119034 RUSSIAN FEDERATION |

**Total Creditor Count 27**

**EXHIBIT C**

| | |
|---|---|
| TRB SVC 5/21/09<br>ECKERT SEAMANS CHERIN & MELLOTT, LLC<br>MARGARET F. ENGLAND (BAR NO. 4248)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE 19801 | TRB SVC 5/21/09<br>MCGUIRE WOODS LLP<br>PATRICIA K. SMOOTS<br>77 WEST WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601-1818 |