IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

    1.  Mark D. Collins, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the admission *pro hac vice* of Sharon Katz (the "Admittee") of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, to represent JPMorgan Chase Bank, N.A. in the above-captioned cases.

    The Admittee is a member in good standing of the Bar of the State of New York, and is admitted to practice law in all state courts of the State of New York, and in the United States District Court for the Southern District of New York.

Dated: June 24, 2009
   Wilmington, Delaware

                        Mark D. Collins (No. 2981)
                        RICHARDS, LAYTON & FINGER, P.A.
                        One Rodney Square
                        920 North King Street
                        Wilmington, Delaware 19801
                        Telephone: (302) 651-7700
                        Facsimile: (302) 651-7701
                        Email: collins@rlf.com

RLF1-3406225-1

2.	Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Admittee certifies that she is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with those Rules. In accordance with Standing Order for the District Court Fund effective January 1, 2005, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the District Court prior to the filing of this motion.

_____
Sharon Katz

3.	Motion granted.

Dated: June _____, 2009
       Wilmington, Delaware


_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge