UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | § § § | Case No. 08-13141 (KJC) |
| Debtors. | § | |

## WITHDRAWAL OF REQUEST FOR ALL NOTICES, PAPERS AND PLEADINGS

**PLEASE TAKE NOTICE** that Jackson Walker L.L.P. ("JW") files this Withdrawal of Request for All Notices, Papers and Pleadings on behalf of Constellation NewEnergy, Inc. ("CNE") and Constellation NewEnergy – Gas Division, LLC ("CNEG") (collectively "Constellation") and requests that its name be removed from all service lists and that no further copies of pleadings filed or noticed by any party be sent to attorneys at JW as counsel for Constellation. Additionally, Bruce J. Ruzinsky, D. Elaine Conway and Heather M. Forrest request removal by the Clerk of Court from electronic mailing lists for this case.

Dated: June 24, 2009

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: /s/ *D. Elaine Conway*
Bruce J. Ruzinsky
State Bar No. 17469425
D. Elaine Conway
State Bar No. 24062674
1401 McKinney, Suite 1900
Houston, TX 77010
(713) 752-4200 (Telephone)
(713) 752-4221 (Facsimile)
bruzinsky@jw.com (e-mail)
econway@jw.com (e-mail)

Heather M. Forrest
State Bar No. 24040918
901 Main Street, Suite 6000
Dallas, TX 75202
(214) 953-6000 (Telephone)
(214) 953-5822 (Facsimile)
hforrest@jw.com (e-mail)

**ATTORNEYS FOR CONSTELLATION NEWENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2009, a true and correct copy of the foregoing instrument was transmitted electronically, via facsimile or via First Class United States Mail to the parties listed below:

**DEBTOR**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

**COUNSEL FOR DEBTORS**
Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Jami B. Nimeroff
Brown Stone Nimeroff LLC
4 East 8th Street
Suite 400
Wilmington, DE 19801

**U.S. TRUSTEE**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**CLAIMS AND NOTICING AGENT**
Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

**CREDITOR COMMITTEE**
Official Committee Of Unsecured Creditors
c/o Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

/s/ D. Elaine Conway
D. Elaine Conway