**EXHIBIT 1**

**Revised Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1306 and 1509** |

## ORDER AUTHORIZING
## DEBTORS TO (I) ASSUME CERTAIN UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND (II) SET CURE AMOUNTS WITH RESPECT THERETO

Upon the Motion[2] of the debtors and debtors in possession in the above-captioned

chapter 11 cases (the "Debtors") for entry of an order, pursuant to section 365 of the Bankruptcy

Code, authorizing the Debtors to (i) assume certain unexpired leases of nonresidential real

property, and (ii) set cure amounts with respect thereto; and upon consideration of the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Supplemental Motion.

and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED that the limitation of Fed. R. Bankr. P. 6006(f)(6) is waived; and it is further

ORDERED, that the Debtors' assumption of the leases attached hereto as <u>Exhibit A</u> (the "<u>Leases</u>") is hereby approved and all objections to the assumption are overruled; and it is further

ORDERED, that the Cure Amounts shall be fixed at the amounts set forth on <u>Exhibit A</u> attached hereto and no other monetary or other defaults exist under the Leases; and it is further

ORDERED, that payment of the applicable Cure Amounts shall constitute the cure of all defaults arising under the applicable Lease that are required to be cured by section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code); and it is further

ORDERED, that the Debtors shall pay the Cure Amounts, if necessary, to the respective Landlords within ten (10) business days of entry of this Order or such other date as the parties may otherwise agree; and it is further

2

ORDERED, that the Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code; and it is further

ORDERED, that all parties to the Leases that who failed to file an Objection are deemed to have consented to the assumption of any such Lease to which they are a party with the Debtors; and it is further

ORDERED, that the Landlords under the Leases shall be barred from asserting any claims arising on or before the date of entry of this Order against the Debtors, or their respective successors or assigns, with respect to such Lease, other than for payment of any Cure Amounts; and it is further

ORDERED, that the Debtors retain their rights, subject to appropriate notice and opportunity to object and Bankruptcy Court approval, to assign any of the Leases pursuant to and in accordance with the requirements of section 365 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors' time to elect to assume or reject the leases of real property located at Willis (Sears) Tower, Chicago, IL 60606 (the "Sears Tower Leases") is extended pursuant to section 365(d)(4) of the Bankruptcy Code and by agreement with the landlord of the Sears Tower Leases as set forth in the email exchange attached hereto as Exhibit B, through and including July 21, 2009; and it is further

ORDERED, that the Debtors do not waive any claims they may have against any of the parties under the Leases whether or not related to the Leases; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

3

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

_____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

4

**EXHIBIT A**

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 190 S.E. 2nd Ave (WxMx Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 American Center, LLC |
| | 2 | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| | 3 | | 1920 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | LA Times Communications LLC | 1920 Colorado, Inc. |
| | 4 | | One Corporate Center | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| | 5 | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ 2,241.18 | Tribune Television Company | 20 Church Street, LLC |
| | 6 | Amendment | 220 East 42nd Street | New York | NY | 10017 | United States | $ 4,371.44 | Tribune Television Holdings, Inc. | 220 News Building LLC |
| | 7 | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473.47 | Tribune Company | 220 News Building LLC |
| | 8 | Amendment | 220 E 42 St NY, NY | New York | NY | 10017 | United States | $149,269.62 | Tribune Company | 220 News Building LLC |
| | 9 | | 315 Trumbull Street | Hartford | CT | | United States | $ 1,420.27 | WPIX, Inc. | 220 News LLC C/o The Witkoff Group LLC |
| | 10 | | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 6,171.26 | Tribune Television Company | 300 Clubhouse, LLC |
| | 11 | | 41 E. Plaza Dr | Westmont | IL | 60559 | United States | $ - | The Baltimore Sun Company | 41 Plaza Partners, c/o Charles Saporito, Jr |
| | 12 | | 45 Northwest Dr | Plainville | CT | | United States | $ 2,013.54 | The Hartford Courant Company | 45 Northwest Drive, LLC |
| | 13 | Amendment | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ - | LA Times Communications LLC | 9090 Enterprises |
| | 14 | | ENG MRW Site | Olivette | MO | 63132 | United States | $ 9,548.38 | Chicago Tribune Company | 9666 Partners LLC |
| | 15 | | 220 East 42 St NY, NY | New York | NY | 10043 | United States | $ - | WPIX, Inc. | WPIX, Inc. |
| | 16 | | 1012 Airpark Drive (Citicorp Microwave AAT Comm.) | Sugar Grove | IL | 60554 | United States | $ 105.67 | Tribune Company | AAT Communications, LLC |
| | 17 | | Alpine Tower Microwave and Back up Trans | Alpine | NJ | | United States | $ - | Tribune Broadcasting Company | AeroPark LLC |
| | 18 | | 900 Recycling Point | Longwood | FL | | United States | $ 5,633.52 | Orlando Sentinel Communications | Airport Road Company |
| | 19 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | LA Times Communications LLC | American Industrial Center, Ltd |
| | 20 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 2,206.45 | LA Times Communications New Orleans Inc American Tower | American Tower |
| | 21 | | 3600 East Clark Road | Palo Verdes | CA | 90274 | United States | $12,471.90 | KTLA, Inc. | American Tower Asset Sub, LLC |
| | 22 | | 235 Church Street | Philadelphia | PA | 19128 | United States | $ - | LA Times Communications New Orleans Inc | American Tower Corporation |
| | 23 | | 1401 E. 95th St. | Chicago | IL | 60628 | United States | $ 914.51 | Chicago Tribune Company | Ashley Capital, LLC |
| | 24 | | 39.14 41 North Latitude, 118 35 48 West Longitude | Oat Mountain | CA | | United States | $ - | LA Times Communications LLC | Atlas Tower I, LLC |
| | 25 | | 11115 Vanowen | North Hollywood | CA | 91605 | United States | $ - | LA Times Communications LLC | Atlas Tower, Inc - 6 Broadcast Tower Group |
| | 26 | | B & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ - | Tribune Media Services, Inc. | Avalon Enterprises LLC |
| | 27 | | 40 Media Drive | Queensbury | NY | 12801 | United States | $23,569.34 | Tribune Media Northwest, Inc. | B and N Holdings |
| | 28 | | 1910 Avenue H, Rexers Barracks Road | St. Louis | MO | | United States | $ - | KPLR, Inc. | BBL Tribune, LLC |
| | 29 | | 295 N. Clear Lake Ave | Springfield | MO | 62702 | United States | $ - | KPLR, Inc. | Belo |
| | 30 | | 3128 Redhill Ave (NEW) | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | Bergen Park Place, LLC |
| | 31 | | 3128 Redhill Ave | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| | 32 | | 150 Church Street | Addison | IL | 60101 | United States | $ - | Chicago Tribune Company | bkm 3128 REDHILL ASSOC, LLC |
| | 33 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | LA Times Communications LLC | Bloomington Enterprises, LLC |
| | 34 | | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc |
| | 35 | | 6400 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. & Auke Bay Co. Profit Sharin |
| | 36 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| | 37 | | 238 N. Walnut St. | Lake Forest | FL | 60045 | United States | $ - | LA Times Communications LLC | Bradley 1000 LLC |
| | 38 | Amendment | 233 & 241 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | LA Times Communications LLC | Bradley 1000, LLC |
| | 39 | Amendment | 100 Oceangate Blvd, Suite 1200 | Long Beach | CA | 90802 | United States | $ - | Los Angeles Times International, lt | Brawer and Sauer Investments |
| | 40 | | Triton Ct, 14 Finsbury Sq | London | | | England | $ - | Tribune Company | California Executive Suites, LLC |
| | 41 | | 1150 Davis Rd. #C | Elgin | IL | 60123 | United States | $ - | Tribune Company | Burnidge Properties, Ltd. |
| | 42 | Amendment | 4935 Park Ridge Blvd #2 and 3 | Boynton Beach | FL | | United States | $ 2,463.00 | Sun-Sentinel Company | Butters Construction & Development, Inc |
| | 43 | Amendment | 1942 Bethel Road | Westminster | MD | 21158 | United States | $ - | The Baltimore Sun Company | C & P Properties, LLC |
| | 44 | | 701 Corp Center Dr. | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| | 45 | Amendment | 18105 Bishop Ave | Carson | CA | 90745 | United States | $ - | LA Times Communications LLC | Canyon Corporate Centre Ltd. |
| | 46 | Amendment | 551 Burning Tree Rd | Fullerton | CA | 92833 | United States | $ 787.86 | LA Times Communications LLC | Carramerica Realty Properties, LP |
| | 47 | | 5555 Inland Empire Blvd | Ontario | CA | 91761 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| | 48 | | 320 RocBar Dr | Romeoville | IL | 60446 | United States | $ - | Chicago Tribune Company | Catellus Development Corporation |
| | 49 | | WKDR (CBS TV STATIONS) | Miami | FL | 33169 | United States | $34,306.55 | Channel 39, Inc. | CBS, Inc. |
| | 50 | | 783 Michael Dr | Chesterton | IN | 46304 | United States | $ - | Chicago Tribune Company | Cawley Chicago Commercial Real Estate Company |
| | 51 | | Central Lincoln PUD / Otter Crest Tower Translator | Unknown | | | United States | $ - | Tribune Company | CCT, LLC |
| | 52 | | Crego Hill Translator | Crego Hill | WA | | United States | $ - | Tribune Television Northwest, Inc | Central Lincoln PUD |
| | 53 | Amendment | 4242 W. Bryn Mawr | Chicago | IL | 60646 | United States | $18,538.85 | Tribune Company | Central Lincoln School DISTRICT |
| | 54 | Amendment | Twin Lake, Citadel Broadcasting Co | Cedar Creek Twp | MI | | United States | $ - | Tribune Television Northwest, Inc. | Cf 4242 Bryn Mawr LLC |
| | 55 | | 1830 Moen Avenue | Rockdale | IL | 60436 | United States | $ - | Tribune Company | Citadel Broadcasting |
| | 56 | | 2820 West 48th Place | Chicago | IL | | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| | 57 | | 660 Daniel Burnham Drive | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| | 58 | | 535 Sumner Lane | York | PA | 17406 | United States | $ - | Chicago Tribune Company | Clark Northwest Partners, LP |
| | 59 | | 450 E Congress Pkwy | Crystal Lake | IL | 60014 | United States | $ N/A | Chicago Tribune Company | CMP Merger Co. |
| | 60 | | 305 E Congress Pkwy | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | Inland Western REIT |
| | 61 | Amendment | 2201 N. Collins | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins St Properties, LLC |
| | 62 | | Dept of General Svcs 503 N Office Bldg | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 63 | | Communications Leasing Microwave | Glen Oaks | NY | | United States | $ - | WPIX, Inc. | Communications Leasing Inc. |
| | 64 | | WTXX D1210 Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX, Inc. | WTXX Communications Site Management LLC |
| | 65 | | Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX, Inc. | Communications Site Management LLC |
| | 66 | | WTIC D131 Rattlesnake Mountain | Farmington | CT | | United States | $ - | Tribune Television Company | Communications Site Management LLC |
| | 67 | | 6136 Hanging Moss Road | | FL | 32807 | United States | $ - | Orlando Sentinel Communications | CDP Hanging Moss, LLC |
| | 68 | | Tres Picos No. 65 | Col. Polanco | UN | | Mexico | $ - | Orlando Sentinel Communications | Corporacion Millenium S.A. de C.V. |
| | 69 | | Craig Mogote/Bow Mountain | Bow Mountain | UN | | United States | $ - | KWGN, Inc. | Craig Mogote |
| | 70 | | 27525 Marshall Ranch Road | Valencia | CA | 91355 | United States | $ 366.75 | LA Times Communications LLC | Crenshaw 3840 Partners, LLC |
| | 71 | | Off Gorgonio Road | Stevenson | CA | 90220 | United States | $ - | LA Times Communications LLC | Crown Cattle |
| Amendment | 72 | | Site Address N/A | Bald Mountain | CA | | United States | $ 912.69 | KTLA, Inc. | Crown Castle |
| | 73 | Amendment | Site Address: 7157 Divide Road, Bldg. 18 | Santiago Peak | CA | 92728 | United States | $ 249.42 | KTLA, Inc. | Crown Castle International Corp. |
| | 74 | Amendment | 8200 Lehigh Ave. | Morton Grove | IL | 60053 | United States | $ - | Chicago Tribune Company | CRP Holdings G, L.P |
| | 75 | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ - | The Hartford Courant Company | CSD Tower, LLC |
| | 76 | | 1855 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ - | Chicago Tribune Company | Custom Leasing LLC |
| | 77 | | Industrial Park Road West | Tolland | CT | 06084 | United States | $ - | The Hartford Courant Company | |
| | 78 | | 1300 Summit Ave | | UN | 06042 | United States | $ - | LA Times Communications LLC | D.H.D, LLC |
| Amendment | 79 | | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ - | LA Times Communications LLC | Davo Partners LLC |
| Amendment | 80 | | 328 Dietz Ave | Dekalb | IL | 60115 | United States | $ - | KPLR, Inc. | Davo Partners LLC |
| | 81 | Amendment | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ - | The Hartford Courant Company | Dietz Park |
| | 82 | Amendment | 272 Broadhead Road, Suite 400 | Deerfield Beach | FL | 33442 | United States | $ - | Chicago Tribune Company | Dietz Park |
| | 83 | | 2250 Ball Drive, Lakeside 3 | Bethlehem | PA | 18017 | United States | $ - | Chicago Tribune Company | Dietz Park |
| Amendment | 84 | | 372 E Main St | Maryland Heights | MO | 63146 | United States | $ - | The Daily Press, Inc. | Dreissen Properties |
| Amendment | 85 | | 1200 Route 17M | Middletown | NY | | United States | $ - | LA Times Communications LLC | DTC 272 Broadhead, LLC, Dunns, Centurion Eagle, LLC |
| Amendment | 86 | | 350 Fifth Avenue | New York | NY | 10118 | United States | $ - | Orlando Sentinel Communications | Duke Realty Limited Partnership |
| Amendment | 87 | | 2420 Emrick Blvd | Bethlehem | PA | 18020 | United States | $ - | Sun-Sentinel Company | |
| Amendment | 88 | | 312 So. Goolsby Blvd | Deerfield Beach | FL | 33442 | United States | $ - | Orlando Sentinel Communications | Dyana E Fonda |
| | 89 | | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ - | LA Times Communications LLC | |
| | 90 | | 411 North 14th Street | Leesburg | FL | 34748 | United States | $ - | The Morning Call, Inc. | Edward P. Ruiz |
| | 91 | | 6525 Main Street | Wrightwood | CA | 93563 | United States | $ - | The Morning Call, Inc. | First Union Investment Company |
| Amendment | 92 | | 73 Blue Ridge Site, Building 2 | Gloucester | VA | 23061 | United States | $ - | KTLA, Inc. | Kravis Building Company, LLC |
| | 93 | | 6525 Main Street | Simi Valley | CA | | United States | $ - | Falcon Cablevision Limited Partnership | Fetion Smith Graham |
| Amendment | 94 | | 336 E. College Ave. | Tallahassee | FL | 32301 | United States | $ - | Florida Press Association, Inc. | Enrick Business Center, LLC |
| | 95 | | Florida Citrus Bowl, Skybox No. 12 | Los Angeles | CA | 90065 | United States | $ - | Enduring Investments Corp. | |
| Amendment | 96 | | 7035 Schantz Rd. | Allentown | PA | 18106 | United States | $ - | Forest Lawn Cemetery Association | |
| | 97 | | Roof Space - Fred A. Smith Company | Washington | DC | | United States | $ - | EPA, Tom Grizzard, Inc. | |
| Amendment | 98 | | 538-568-636 Atrium Drive | Vernon Hills | IL | | United States | $ - | Franklin Schantz Associates, L.P | |
| | 99 | | 365 Broad St & 11 Flower St /Parking lots | Metairie | LA | 70001 | United States | $ 4,264.50 | Fred A. Smith Company | |
| | 100 | | 12531 Worcester Hwy | Bishopville | MD | | United States | $ - | WDCW Broadcasting, Inc. | GABCO VH2, LLC |
| | 101 | Amendment | 27501 Murrieta Hot Springs | Glendale | WI | 53209 | United States | $ 21,457.63 | Chicago Tribune New Orleans, in Galleria Operating Co., LLC | |
| | 102 | Amendment | 200 Adams St. | Glendale | WI | 53209 | United States | $ - | Chicago Tribune Company | Glendale Business Center, LLC |
| | 103 | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | 90746 | United States | $ - | Tribune Media Services, Inc. | Granco Enterprises and William C. Janet Pratt III |
| | 104 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ - | Tribune Television Northwest, Inc. | Grays Harbor Radio, Inc. |
| | 105 | | 2105 Emmorton Park Road | Edgewood | MD | 21041 | United States | $ - | The Baltimore Sun Company | Greater Hartford Flood Commission |
| | 106 | | 507 State St. | Ottawa | IL | 61350 | United States | $ - | The Hartford Courant Company | Greenridge Warehouse and Mini Storage |
| | 107 | | 200 Gallery St | Manchester | WA | | United States | $ - | Tribune Media Services, Inc. | H & S Properties |
| | 108 | | 700 Plaza Drive | Secaucus | NJ | | United States | $ - | The Hartford Courant Company | H.J.M. Realty |
| | 109 | Amendment | 5051 Commerce Drive | Glendale | CA | 91203 | United States | $ - | LA Times Communications LLC | Hearing, Speech and Deafness Center |
| | 110 | | 27831 Center Dr | Baldwin Park | CA | 91706 | United States | $ 149.35 | LA Times Communications LLC | Hill Management Services, Inc. |
| | 111 | | 507 State St. | Mission Viejo | CA | | United States | $ - | The Baltimore Sun Company | Hoffman, Mueller and Creedon, PTR |
| | 112 | | 5540 W. Century | Ottawa | IL | 61350 | United States | $ - | Newspaper Readers Agency, Inc. | IAC Aviation L.L.C. |
| | 113 | | 6026 CHELAN BLUTTE | Los Angeles | CA | | United States | $ - | LA Times Communications LLC | Icicle Broadcasting Inc. |
| | 114 | | 1620 Northwest Gateway | Chelan Butte | WA | 46342 | United States | $ - | Tribune Television Northwest, Inc. | Indiana Land Becknell Investors, LLC |
| | 115 | Amendment | 221 N Brand Blvd | Shelton | WA | 91203 | United States | $ - | Chicago Tribune Company | Interstate Properties Associates |
| | 116 | Amendment | 5051 Commerce Drive | Glendale | CA | 91706 | United States | $ - | LA Times Communications LLC | Isidore Samuel Secretary & Soccersky Family Trust |
| | 117 | Amendment | 27831 Center Dr | Baldwin Park | CA | | United States | $ - | LA Times Communications LLC | J. Alharabi Investors LLC |
| | 118 | | 440 Oakwood Rd | Mission Viejo | IL | 60047 | United States | $ - | Chicago Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| | 119 | | Micro Relay Site | Lake Zurich | WA | | United States | $ - | Tribune Company | Jack Eaton |
| | 120 | | 311 E 6 Wright Lane | Manistash Ridge | VA | 23606 | United States | $ - | The Daily Press, Inc. | Jefferson Office Warehouse II, LLC |
| | 121 | | 2948 W Western Ave. | Newport News | IL | | United States | $ - | Newspaper Readers Agency, Inc. | Jesus People USA Full Gospel Ministries |
| | 122 | | 19500 Victor Parkway | Chicago | MI | 48152 | United States | $ 16.33 | Newspaper Readers Agency, Inc. | Jewish Family & Community Service, Inc. |
| | 123 | | 17700 Newhope St. | Livonia | CA | 92708 | United States | $ - | JKS-MPH, LLC | JKS-MPH, LLC |
| | 124 | | 3501 Union Street | Fountain Valley | IN | 47905 | United States | $ - | Chicago Tribune Company | Joe T. Richardson |

Exhibit A

| Foot Notes / Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|
| 125 | | 838 8th Avenue Dr | Kennedy Space Center | FL | 32899 | United States | $ - | Orlando Sentinel Communications | John F. Kennedy Space Center |
| 127 | | 2470 79th Ave | Everett | IL | 61111 | United States | $ - | Chicago Tribune Company | Johnson Family Trust |
| 128 | | 1236 McCann Dr | Santa Fe | CA | | United States | $ 2,375.44 | LA Times Communications LLC | Kendricks/McCann LP |
| 129 | Amendment | 80 Darling Dr | Hammond | IN | 46323 | United States | $ - | Chicago Tribune Company | Kroson Development, LLC |
| 130 | | 33166 Via Colinas | Avon | CT | 06001 | United States | $ - | The Hartford Courant Company | L & L Realty, LLC |
| 131 | | 3116 Via Colinas | Westlake Village | CA | 91362 | United States | $ - | LA Times Communications LLC | L/B Via Colinas LLC |
| 132 | | Doppler Radar Site | Kissimmee | FL | 91362 | United States | $ - | Orlando Sentinel Communications | M and E Ruby LLC |
| 133 | Amendment | 1201 Donegan Avenue | Kissimmee | FL | 34744 | United States | $ - | Orlando Sentinel Communications | Makah Indian Tribe |
| 134 | | 200 East Las Olas Blvd (New River Center) | Ft. Lauderdale | FL | 33301 | United States | $ 8,025.67 | Tribune Broadcast Holdings, Inc. | Lattice Communications LLC |
| 135 | | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ 3,465.00 | Tribune Television Company | Liberty Property Holdings, LP |
| 135 | | 5091 4th Street | Irwindale | CA | | United States | $ 471.00 | California Community News Corp | R.E.W. Property Holdings, LP |
| 137 | Amendment | Oakbrook Terrace - Microwave/Camera site | Oakbrook Terrace | IL | | United States | $ 828.62 | WGN Continental Broadcasting Co | McGraw Hill Broadcasting |
| 138 | | 8920 58th Place, Suite 600 | Kenosha | WI | 53144 | United States | $ - | Chicago Tribune Company | Matakovits Family, LLC |
| 139 | | Grand Rapids Housing Comm | Neah Bay | WA | | United States | $ - | Tribune Television Northwest, Inc. | MGM Management, Inc. |
| 140 | | 1981 Moreland Pky | Annapolis | MD | 21401 | United States | $ - | Tribune Television Company | Michael S. Yalowitz |
| 141 | | 529 Chicago St. | Whitehall | PA | 60432 | United States | $ - | The Baltimore Sun Company | Meridian Communications North |
| 142 | | McCormick Hill Transmitter Site | Quakertown | PA | | United States | $ - | Chicago Tribune Company | Meridian Communications North |
| 144 | Amendment | Site Address: 24574 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 467.11 | KTLA, Inc. | Meridian Communications North |
| 145 | | Site Address: 34-23-32 Latitude, 118-19-43 Longitude | Magic Mountain | CA | | United States | $ - | KTLA, Inc. | Meridian Radio Sites |
| 146 | | Site Address: 34-15-32 Latitude, 119-02-18 Longitude | South Mountain | CA | | United States | $ 395.92 | KTLA, Inc. | Merrill-GBI, LLC |
| 148 | | Rear of ... on Broad St. (2 Parking Spaces) | Harrisburg | PA | | United States | $ 142.26 | | N&S Butters |
| 149 | | 1717 Penny Ln. | Schaumburg | IL | 60173 | United States | $ - | Tribune Television Company | Northlake Property, LLC |
| 150 | | 2001 N. Front St. | Harrisburg | PA | 17102 | United States | $ - | Tribune Television Company | NORTH HILLS INDUSTRIAL PARK, INC |
| 151 | | Grand Rapids Housing Comm | Grand Rapids | MI | | United States | $ - | Tribune Television Holdings, Inc. | Mt. Morey Limited Partnership |
| 152 | | 6501 Nob Hill Rd. | Tamarac | FL | | United States | $ - | Sun-Sentinel Company | Morgan Manor Residences, Inc. |
| 153 | | Beijing Office (LA Times Beijing Office) | Beijing | | | China | $ - | LA Times Communications LLC | N/A |
| 154 | | Flower St (Parking lot) | Hartford | CT | | United States | $ 11,530.12 | Tribune Direct Marketing, Inc. | Olympic Resources Management |
| 155 | | 227 E. Grand Ave. | Chalmette | LA | 70043 | United States | $ 1,280.02 | The Baltimore Sun Company | OZ-LLC |
| 156 | | One Apollo Drive | Glens Falls | NY | 12804 | United States | $ - | Chicago Tribune Company | The Morning Call, Inc. |
| 157 | Amendment | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ - | LA Times Communications LLC | Pasadena MT Partners, LP |
| 158 | Amendment | 505 Northwest Ave. - Tribune Direct | Northlake | IL | | United States | $ - | Tribune Television New Orleans, In | Paul and Mosalyn K. Koyak |
| 159 | | W Peak of Gold Mountain | Kitsap City | CA | | United States | $ - | Tribune Television Company | R.E.W. Properties Inc. |
| 160 | | 9108 Yellow Brick Road | Rossville | MD | 21237 | United States | $ - | The Baltimore Sun Company | Phoenix Avenue Realty LLC |
| 161 | | 392 N. Calumet | Valparaiso | IN | 46383 | United States | $ - | LA Times Communications LLC | Plaza West Associates, LLC |
| 162 | | 26762 Jefferson Ave | Murrieta | CA | 92567 | United States | $ 33,677.23 | LA Times Communications LLC | PKY Fund Atlanta II, LLC |
| 163 | | 714 Schuyler | Joliet | IL | | United States | $ - | New Mass. Media Agency, Inc. | Property Colorado DBLLW |
| 164 | Amendment | 2121 Wisconsin | Washington | DC | 20036 | United States | $ 2,395.30 | The Hartford Courant Company | Plus-Tech Engineering, Inc. |
| 165 | Amendment | 101 Phoenix Ave | Enfield | UN | | United States | $ - | Tribune Television New Orleans (in | Royal Wood Associates |
| 166 | | Pinnacle Towers/Microwave Rec'v Site | Unknown | GA | 30339 | United States | $ - | Chicago Tribune Company | Rosa Rio, LLC |
| 167 | | 2839 Paces Ferry Road, Suite 1105 | Atlanta | WI | 53147 | United States | $ - | Chicago Tribune Newspapers, Inc. | R.C. Wegman Family, LP |
| 168 | Amendment | 875 Geneva Parkway N | Lake Geneva | CO | 80111 | United States | $ 1,900.00 | Chicagoland Publishing Company | Richland Towers, Inc. |
| 169 | | 680 S. Federer's Green Circle | Englewood | IL | 60542 | United States | $ - | Chicago Tribune Company | Samuel Butters |
| 170 | Amendment | 380 Progress | North Aurora | PR | 00610 | United States | $ 10,611.35 | KWGN, Inc. | Samuel Solomon Power Corporation |
| 171 | Amendment | 4098 Calle Suerte | Camarillo | CA | 93010 | United States | $ - | LA Times Communications LLC | RREEF America Reit II Corp. D |
| 172 | | Richland Towers, Inc., Towers/Trans | Cedar Hill | TX | | United States | $ - | Chicago Tribune Company | Sarkes Tarzian |
| 174 | | 1407 Twin Cities Rd | Walnut Grove | CA | 95690 | United States | $ 333.69 | Tribune Television Company | School and Company, Inc |
| 175 | | 230 West 200 South, Suite 3201 | Salt Lake City | UT | | United States | $ - | Sternweb Inc. | Seabreeze Office Associates, LLC |
| 176 | Amendment | 8966 Comanche Ave | Chatsworth | CA | 92106 | United States | $ 9,590.17 | LA Times Communications LLC | SBA Structures |
| 177 | Amendment | 878 Eagle Drive | Bentonville | FL | 33309 | United States | $ - | Sun-Sentinel Company | Senator Building LLC |
| 178 | | 3358 SW 34th St-RE | Ft. Lauderdale | FL | 33321 | United States | $ - | Sun-Sentinel Company | SFR Real Estate, LLC |
| 179 | Amendment | 4946-50 North University Drive | Lauderhill | IN | 60015 | United States | $ 94.09 | Tribune Company | SCL, LLC |
| 180 | | 10205 Highland | Bloomington | WA | | United States | $ 91.29 | Tribune Television Northwest, Inc. | SFP Real Estate, LLC |
| 181 | | AAT COMMUNICATIONS / TOWER SPACE LEASE | MAYNARD HILL | IL | | United States | $ 377.88 | Chicago Tribune Company | SMUD |
| 183 | | 444 Cook Rd. | Deerfield | FL | 32118 | United States | $ 4,027.12 | Orlando Sentinel Communications | |
| 184 | | 444 Seabreeze Boulevard | Daytona Beach | CA | | United States | $ - | Chicago Tribune Company | |
| 185 | | 11211 J Street | Sacramento | CT | | United States | $ - | The Hartford Courant Company | |
| 186 | | 13648 Oak Hills Ave | Bloomfield | CA | 46373 | United States | $ - | Tribune Company | |
| 186 | | 10009 Raven Wood Dr | | | | | | | |
| 186 | | SMUD Exchange of Wireless Services (Walnut Grove)( | Walnut Grove | | | | | | |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location | | | | Cur. Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | City | St | Zip | Country | | | |
| | 187 | | 9334 Delman Industrial Drive | St. Louis | MO | 63132 | United States | $ - | KPLR, Inc. | Spectacle |
| | 188 | | Spectacle/DTV Tower+MTR | St. Louis | MO | | United States | $ 8,724.57 | KPLR, Inc. | Spectacle Broadcast Group, Inc. |
| | 189 | | 921 Mercantile Drive | Hanover | MD | 21076 | United States | $ - | The Baltimore Sun Company | St. John Properties, Inc. |
| | 190 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | $ - | The Hartford Courant Company | State of Connecticut |
| | 191 | | WASHINGTON STATE DNR | | WA | | United States | $ - | Tribune Television Northwest, Inc. | State of Washington |
| | 192 | | 1201 Green Road | Deerfield Beach | FL | 33064 | United States | $ - | Sun-Sentinel Company | Sterling Properties FL, LLC |
| | 193 | Amendment | 5800 Sunset Blvd | Hollywood | CA | 90028 | United States | $ 93,390.06 | KTLA, Inc. | Sunset Studios Holdings, LLC |
| | 194 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | $ - | KWGN, Inc. | Sylvan Tower Co., LLC |
| | 195 | Amendment | 30 North St | Park Forest | IL | 60466 | United States | $ - | Chicago Tribune Company | T.L. Swint Industries, Inc. |
| | 196 | | WTIC TV Talcott Mountain.. (Tower) (Land) | Avon | CT | | United States | $ - | Tribune Television Company | Talcott Mountain Science Center for Student Involve... |
| | 197 | | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | $ - | Chicago Tribune Company | Tech Court, LLC |
| | 198 | Amendment | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | The District of Columbia |
| | 199 | | 7191 Engineer Rd. | San Diego | CA | 92123 | United States | $ - | KSWB, Inc. | The J. David Gladstone Institutes |
| | 200 | Amendment | 1485 Lakeside Dr | Waukegan | IL | | United States | $ - | | The Prudential Insurance Company of America |
| | 201 | | 843 Spiral Dr | Tinley Park | IL | 60477 | United States | $ - | | The Rothar Partnership |
| | 202 | Amendment | 904 Jan Mar Court | Culver City | CA | | United States | $ 3,779.78 | Tribune Company | Thompson-Kocelko Partnership |
| | 203 | | 18400 Crossing Drive | Tinley Park | IL | 60477 | United States | $ - | | Tinley Crossings Corporate Center, Ltd. |
| | 204 | | 125 N. Vinedo | Pasadena | CA | | United States | $ - | LA Times Communications LLC | Tribune Olborne Companies LLC |
| | 205 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | $ - | KTLA, Inc. | Two Camelias LLC |
| | 206 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | $ - | U.S. Forest Service | U.S. Forest Service |
| | 207 | | 111 W. 19th Street | New York | NY | | United States | $ - | Union National Bank | Union National Bank |
| (1) | 208 | | 1203-B Hesperia Road | Victorville | CA | 92392 | United States | $ - | Victor Valley Plaza Co., LLC | Victor Valley Plaza Co., LLC |
| | 209 | Amendment | 3223 Golf Course Dr | Ventura | CA | 92592 | United States | $ - | Viola Industries | Viola Industries |
| (1) | 210 | | 8442 W. 183rd Street, Unit #8 | Tinley Park | IL | 60477 | United States | $ - | Viola Industries | Viola Industries |
| | 211 | | 330 West 34th Street | New York | NY | | United States | $ 44,516.67 | LA Times Communications LLC | Tribune New York Newspaper Hold...330 West 34th Street LLC |
| | 212 | | John Hancock Center | Chicago | IL | 60611 | United States | $ 14,747.99 | LA Times Communications LLC | W2007 Golub JHC Realty LLC |
| | 213 | | John Hancock Center | Chicago | IL | | United States | $ - | LA Times Communications LLC | W2007 Golub JHC Realty LLC |
| | 214 | | 463 Park Avenue | Lake Villa | IL | 60046 | United States | $ - | Chicago Tribune Company | Wagener Equities, Inc. |
| | 215 | | 624 S. Lincoln | San Bernardino | CA | | United States | $ - | Chicago Tribune Company | Wagner Place |
| | 216 | | 821 West River Place | Kankakee | IL | 60901 | United States | $ 4,566.71 | Newspaper Readers Agency, Inc. | Waterman Place |
| | 217 | | 1416 Lee Street | West Point | VA | 23181 | United States | $ - | Virginia Gazette Companies, LLC | Wayne F. Tholen and Alice J. Tholen |
| | 218 | | Westin Ohare - ENG camera site | Rosemont | IL | 60018 | United States | $ - | WGN Continental Broadcasting Company | West Point Station, LLC |
| | 219 | | Tower Space Lease | Chambersburg | PA | | United States | $ - | WGN Continental Broadcasting Company | Westin Hotel Ohare |
| | 220 | | 2100 W. Hubbard St | Chicago | IL | 60612 | United States | $ - | WDCW Broadcasting, Inc. | WETA |
| | 221 | | 68-900 Perez Rd | Cathedral | CA | | United States | $ 10,950.34 | Chicago Tribune Company | William Kritt & Company |
| | 222 | | 1215 River Rd | Plainfield | IL | 60544 | United States | $ - | Chicago Tribune Company | Wilson and Dalton Incorporated |
| | 223 | | 1898 E. Burleigh Blvd | Tavares | FL | | United States | $ - | Orlando Sentinel Communications | Wolf Creek Business Associates, LLC |
| | 224 | Amendment | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | $ - | Chicago Tribune Company | Zefwin Enterprises |

**Notes to Table:**

(1)   Two locations governed by one lease.

**EXHIBIT B**

**Subject:** FW: 233 Broadcast LLC (Sears Tower)


**From:** Labuda, Jr., Thomas A. [mailto:tlabuda@sonnenschein.com]
**Sent:** Monday, June 22, 2009 11:48 PM
**To:** Hauserman, Bridget
**Cc:** Kansa, Ken; Wowchuk, Stefanie L.
**Subject:** RE: 233 Broadcast LLC (Sears Tower)


That is fine with us.  Let's touch base after your client has a chance to go over the numbers.  Thanks.

Tom


**From:** Hauserman, Bridget [mailto:bhauserman@sidley.com]
**Sent:** Monday, June 22, 2009 6:23 PM
**To:** Labuda, Jr., Thomas A.
**Cc:** Kansa, Ken
**Subject:** RE: 233 Broadcast LLC (Sears Tower)

Tom,

Our client is running down the numbers of the proposed cure amount that you forwarded.  We hope to have an agreement as to the cure amount before the hearing on Wednesday but in the event that we do not, please confirm that your client will agree to extending the deadline to assume the two Sears Tower leases to July 21, 2009.  We can then have the 233 Broadcast LLC lease assumptions heard at the hearing on July 16, 2009.  We will also give you an extension to July 11, 2009 to file an objection in the event that we do not reach a resolution on the cure amount before that date.

Please confirm that the above is acceptable to your client.

Thanks,


**Bridget Hauserman**
Sidley Austin LLP
787 Seventh Ave │ New York │ 10019
Tel: 212.839.8608 │ Fax: 212.839.5599
Email: bhauserman@sidley.com