**EXHIBIT 2**

**Black Lined Further Revised Proposed Order**

BLACKLINED

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered **Related to Docket No. 1306 and 1509** |

## ORDER AUTHORIZING
## DEBTORS TO (I) ASSUME CERTAIN UNEXPIRED LEASES OF
## NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365 OF THE
## BANKRUPTCY CODE AND (II) SET CURE AMOUNTS WITH RESPECT THERETO

Upon the Motion[2] of the debtors and debtors in possession in the above-captioned

chapter 11 cases (the "Debtors") for entry of an order, pursuant to section 365 of the Bankruptcy

Code, authorizing the Debtors to (i) assume certain unexpired leases of nonresidential real

property, and (ii) set cure amounts with respect thereto; and upon consideration of the Motion

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the same meaning ascribed to them in the Supplemental Motion.

and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted; and it is further

ORDERED that the limitation of Fed. R. Bankr. P. 6006(f)(6) is waived ~~and, by the Motion, the Debtors are authorized, but not required, to assume 225 unexpired leases of non-residential real property~~; and it is further

ORDERED, that the Debtors' assumption of the <u>leases attached hereto as Exhibit A (the "Leases")</u> is hereby approved and all objections to the assumption are overruled; and it is further

ORDERED, that the Cure Amounts shall be fixed at the amounts set forth on Exhibit B ~~to the Motion~~<u>A attached hereto</u> and no other monetary or other defaults exist under the Leases; and it is further

ORDERED, that payment of the applicable Cure Amounts shall constitute the cure of all defaults arising under the applicable Lease that are required to be cured by section 365(b)(1)(A) of the Bankruptcy Code (after giving effect to section 365(b)(2) of the Bankruptcy Code); and it is further

ORDERED, that the Debtors shall pay the Cure Amounts, if necessary, to the respective Landlords within ten (10) business days of entry of this Order or such other date as the parties may otherwise agree; and it is further

2

ORDERED, that the Debtors have demonstrated adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1)(C) of the Bankruptcy Code; and it is further

ORDERED, that all parties to the Leases that who failed to file an Objection are deemed to have consented to the assumption of any such Lease to which they are a party with the Debtors; and it is further

ORDERED, that the Landlords under the Leases shall be barred from asserting any claims arising on or before the date of entry of this Order against the Debtors, or their respective successors or assigns, with respect to such Lease, other than for payment of any Cure Amounts; and it is further

ORDERED, that the Debtors retain their rights, subject to appropriate notice and opportunity to object and Bankruptcy Court approval, to assign any of the Leases pursuant to and in accordance with the requirements of section 365 of the Bankruptcy Code; and it is further

ORDERED, that the Debtors' time to elect to assume or reject the leases of real property located at Willis (Sears) Tower, Chicago, IL 60606 (the "Sears Tower Leases") is extended pursuant to section 365(d)(4) of the Bankruptcy Code and by agreement with the landlord of the Sears Tower Leases as set forth in the email exchange attached hereto as Exhibit B, through and including July 21, 2009; and it is further

ORDERED, that the Debtors do not waive any claims they may have against any of the parties under the Leases whether or not related to the Leases; and it is further

ORDERED, that the Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order; and it is further

3

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware

_____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

CHI 4731211v.13

# EXHIBIT A

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | 150 S.E. 2nd Ave. (WaMu Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 American Center, LLC |
| | 3 | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| | 4 | | 1670 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | Tribune Media Services, Inc. | 1670 Colorado, Inc. |
| | 5 | | One Corporate Center | Hartford | CT | 06103 | United States | $ - | LA Times Communications LLC | 2020 Church Street, LLC |
| | 6 | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| | 7 | Amendment | 220 East 42nd Street | New York | NY | 10017 | United States | $ 4,371.44 | Tribune Television Holdings, Inc. | 220 News Building LLC |
| | 8 | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473.47 | Tribune Television Company | 220 News Building LLC |
| | 9 | Amendment | 220 E 42 St | New York | NY | 10017 | United States | $ 149,269.02 | WPIX, Inc. | 220 News LLC c/o The Witkoff Group LLC |
| | 10 | Amendment | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 1,420.27 | The Baltimore Sun Company | 315 Trumbull Street Associates, LLC |
| | 11 | | 41 E. Plaza Dr | Westmont | IL | 60559 | United States | $ 6,171.26 | Chicago Tribune Company | 40 Clubhouse Rd c/o Charles Saporito, Jr |
| | 12 | | 45 Northwest Dr. | Plainville | CT | 06103 | United States | $ 2,013.54 | LA Times Communications LLC | 45 Northwest Drive, LLC |
| | 13 | Amendment | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ 12,471.90 | Tribune Media Services, Inc. | 9090 Enterprises |
| | 14 | | ENG MXW Site | Olivette | MO | 63132 | United States | $ - | KPLR, Inc. | 9566 Partners LLC |
| | 15 | | 153 East 53rd Street (Chicory Microwave-AAT Comm.) | New York | NY | 10043 | United States | $ 9,548.38 | WPIX, Inc. | AAT Communications, LLC |
| | 16 | | Sugar Grove | Sugar Grove | IL | 60554 | United States | $ - | Chicago Tribune Company | AeroPark LLC |
| | 17 | | Alpine Tower Microwave and Back up Trans | Alpine | CA | | United States | $ - | LA Times Communications LLC | Alpine Tower Company |
| | 18 | | 900 Recycling Point | Longwood | FL | | United States | $ 106.67 | Sun-Sentinel Company | Atlantic Industrial Center, Ltd. |
| (3) | 19 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ - | LA Times Communications LLC | American Tower Corporation |
| (1) | 20 | Amendment | **3210 Olds Berman Hwy** | **New Orleans** | **LA** | **70114** | **United States** | **$ 5,633.52** | **Tribune Television New Orleans In American Tower** | **American Tower Asset Sub, LLC** |
| | 21 | | 3690 East Crest Road | Palo Verdes | CA | 90274 | United States | $ 2,206.45 | KTLA, Inc. | American Tower Corporation |
| | 22 | | 329 Domino Ln | Philadelphia | PA | 19128 | United States | $ - | Tribune Company | Ashley Capital, LLC |
| | 23 | | 1401 E. 14th Street | Chicago | IL | 60628 | United States | $ - | Chicago Tribune Company | ATC Holding, Inc. - Broadcast Tower Group |
| | 24 | | 39-14-41 North Latitude, 118-35-48 West Longitude | Oat Mountain | CA | | United States | $ - | Los Angeles Times Communications LLC | B&H Holdings Inc. |
| | 25 | Amendment | **11115 Vanowen** | **North Hollywood** | **CA** | **91605** | **United States** | **$ 984.51** | **KTLA, Inc.** | **B & H Holdings, Inc.** |
| | 26 | | 8 & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ 23,569.34 | KPLR, Inc. | B & H Holdings, Inc. |
| | 27 | | 40 Media Drive | Queensbury | NY | 12801 | United States | $ - | KPIX, Inc. | BBI, Tribune, LLC |
| | 28 | | 1910 Avenue H, Reavis Barracks Road | St. Louis | MO | | United States | $ - | Chicago Tribune Company | Belo |
| | 29 | | 2935 E. Clear Lake Ave | Springfield | IL | 62702 | United States | $ - | Tribune Company | Bergen Park Place, LLC |
| | 30 | Amendment | 3128 Redhill Ave (NEW) | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| (2) | 31 | | 3128 Redhill Ave | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | BKM 3128 REDHILL ASSOC, LLC |
| | 32 | | 150 Church Street | Adington | IL | 60101 | United States | $ - | Chicago Tribune Company | Bloomingdale Enterprises LLC |
| | 33 | | Hesperia, Blue Lake Fine Arts Camp., Translator S | Hesperia | CA | | United States | $ - | Tribune Company | Blue Lake Fine Arts Camp |
| | 34 | | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Raceway, Inc. |
| | 35 | | 4690 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. & Auke Bay Co. Profit Sharin |
| | 36 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| | 37 | | 28457 N. Ballard Dr. | Lake Forest | IL | 60045 | United States | $ - | Chicago Tribune Company | Bradley 1000 LLC |
| | 38 | Amendment | 2943 & 2941 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | Channel 39, Inc. | Braver and Sauer Investments |
| | 39 | | 100 Oceangate Blvd, Suite 1200 | Long Beach | CA | 90802 | United States | $ - | LA Times Communications LLC | Broadway Southern California Executive Suites, LLC |
| | 40 | | Triton Ct., 14 Hisbury Sq. | London | UN | | England | $ - | Tribune International Limited | Burnidge Properties, LLC |
| | 41 | | 1150 Davis Rd #C | Elgin | IL | 60123 | United States | $ 2,465.00 | Chicago Tribune Company | Burnidge Properties, LLC |
| | 42 | Amendment | 4935 Park Ridge Blvd #2 and 3 | Boynton Beach | FL | | United States | $ - | Sun-Sentinel Company | Butters Construction & Development, Inc. |
| | 43 | Amendment | **1942 Bethel Road** | **Westminster** | **MD** | **21158** | **United States** | **$ 787.86** | **The Baltimore Sun Company** | **C & P Properties, LLC** |
| | 44 | | CalTrans KTMC Site | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| | 45 | | 701 Cory Center Rd | Pomona | CA | | United States | $ 2,463.00 | LA Times Communications LLC | Canyon Corporate Centre Ltd. |
| | 46 | Amendment | 18105 Bishop Ave | Carson | CA | 92833 | United States | $ - | LA Times Communications LLC | Carson Dominguez Properties, LP |
| | 47 | Amendment | 551 Burning Tree Rd | Fullerton | CA | 92833 | United States | $ - | LA Times Communications LLC | Carson Development Corporation |
| | 48 | Amendment | **5555 E Inland Empire Blvd** | **Ontario** | **CA** | **91761** | **United States** | **$ 34,306.35** | **LA Times Communications LLC** | **Cardus Development Corporation** |
| | 49 | | 320 Rockbar Dr. | Romeoville | IL | 60446 | United States | $ - | Chicago Tribune Company | Cawley Chicago Commercial Real Estate Company |
| | 50 | | WFOR (CBS TV STATIONS) | Miami | FL | 33169 | United States | $ - | Chicago Tribune Company | CBS, Inc. |
| | 51 | | 781 Michael Dr. | Chesterton | IN | 46304 | United States | $ - | Tribune Company | CCT, LLC |
| | 52 | | Central Lincoln PUD / Otter Crest Tower Translator | Unknown | UN | | United States | $ - | Tribune Television Northwest, Inc. | Central Lincoln PUD |
| | 53 | | Crago Hill translator | Crago Hill | WA | | United States | $ - | Tribune Television Northwest, Inc. | Central School District |
| | 54 | Amendment | **4242 W. Bryn Mawr** | **Chicago** | **IL** | **60646** | **United States** | **$ 18,528.85** | **Tribune Television Holdings, Inc.** | **Centralia School District** |
| | 55 | Amendment | Twin Lake, Citadel Broadcasting Co | Rockdale | IL | 60436 | United States | $ - | Tribune Television Northwest, Inc. | Citadel Broadcasting |
| | 56 | | 1830 Moyen Avenue | Chicago | IL | | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| | 57 | | 2820 West 48th Place | Chicago | IL | 60436 | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| | 58 | | 6679 Daniel Burnham Drive | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | Clark Northwest Partners, LP |
| | 59 | | 5396 Gummee Lane | York | PA | 17406 | United States | N/A | CMP Merger Co. | CMP Merger Co. |
| | 60 | | 435 E. Congress Pky. | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | Cobalt Industrial REIT |
| | 61 | Amendment | 2201 N. Collins | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins SS Properties, LLC |
| | 62 | | Dept of General Svcs 503 N Office Bldg | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |

BLACKLINED

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific term adjusted since filing of Motion & Exhibit B on 06/05/2009.

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Curr Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 64 | | Communications Leasing/Microwave | Glen Oaks | NY | | United States | $ | WPIX, Inc. | Communications Leasing Inc. |
| | 65 | | WTPX D7/DT Rattlesnake Mountain | Farmington | CT | | United States | $ | Tribune Television Company | Communications Site Management LLC |
| | | | Rattlesnake Mountain | Farmington | CT | | United States | $ | The Hartford Courant Company | Communications Site Management LLC |
| (2) | 66 | | WTIC DT31 Rattlesnake Mountain | Farmington | CT | 32807 | United States | $ | Tribune Television Company | Crown Castle International Corp. |
| | 67 | | 6136 Hanging Moss Road | Orlando | FL | | United States | $ 249.42 | Orlando Sentinel Communications, COP-Hanging Moss, LLC | CDP Holdings C.P. |
| | 68 | | Tres Picos No. 65 | Col. Polanco | | | Mexico | $ | Tribune Communications LLC | Corporacion Millenium S.A. de C.V |
| | 69 | | Craig Hooper/Bow Mountain | Bow Mountain | OH | | United States | $ | KWGN, Inc. | Craig H Cooper |
| | 70 | | 27525 Newhall Ranch Road | Valencia | CA | 91355 | United States | $ 366.75 | LA Times Communications LLC | Crenshaw 3840 Partners, LLC |
| | 71 | | Off Gorgonio Rd | Snow Peak | CA | 90220 | United States | $ | LA Times Communications LLC | Crown Castle |
| | 72 | | Site Address N/A | Bald Mountain | CA | | United States | $ 912.49 | KTLA, Inc. | Custom Leasing LLC |
| | 73 | Amendment | Site Address 7157 Divide Road, Bldg. 18 | Santiago Peak | CA | 92728 | United States | $ 249.42 | KTLA, Inc. | CSD Tower, LLC |
| | 74 | Amendment | 8200 Lehigh Ave. | Morton Grove | IL | 60053 | United States | $ | Chicago Tribune Company | CRP Holdings C, L.P. |
| | 75 | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ | The Hartford Courant Company | Crowne Point Associates |
| | 76 | | 1805 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ | Chicago Tribune Company | Davis Partners LLC |
| | 77 | | 611 Chapel Street | New Haven | CT | 06084 | United States | $ | The Hartford Courant Company | Dietz Park |
| | 78 | Amendment | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ | Chicago Tribune Company | Dreisen Properties |
| | 79 | Amendment | 328 Dietz Ave | DeKalb | IL | 60115 | United States | $ 40.75 | The Hartford Courant Company | Enduring Investments Corp. |
| | 80 | Amendment | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ | Chicago Tribune Company | D H O, LLC |
| | 81 | | 272 Broadhead Road, Suite 400 | Bethlehem | PA | 18017 | United States | $ | The Morning Call, Inc. | DTC 272 Broadhead, LLC, Dumes, Centurion Eagle, LLC |
| | 82 | | 2250 Bell Drive, Lakeside 3 | Bethlehem | PA | 18017 | United States | $ | The Morning Call, Inc. | Duke Realty Limited Partnership |
| | 83 | | 372 E. Main St | Leesburg | FL | 34748 | United States | $ | Orlando Sentinel Communications | Dyana E. Fonda |
| | 84 | Amendment | 73 Blue Ridge Site, Building 2 | Wrightwood | CA | 92397 | United States | $ | KPIX, Inc. | Eakor Cablevision Limited Partnership |
| | 85 | Amendment | 652 Main Street | Gloucester | VA | 23061 | United States | $ | The Daily Press, Inc. | Edward F. Ruiz |
| | 86 | Amendment | 1250 Marlborough Ave | Riverside | CA | | United States | $ | The Hartford Courant Company | Elite Building Company, LLC |
| | 87 | Amendment | 350 Fifth Avenue | New York | NY | 10118 | United States | $ 21,457.63 | LA Times Communications LLC | Empire State Building Company LLC |
| | 88 | Amendment | 2420 Errick Blvd | Deerfield Beach | FL | 33442 | United States | $ | LA Times Communications LLC | Errick Businss Center, LLC |
| | 89 | | 411 North 14th Street | Allentown | PA | 18106 | United States | $ | The Morning Call, Inc. | Enduring Investments Corp. |
| | 90 | | 321 So. Godsby Blvd. | Washington | DC | | United States | $ | KTLA, Inc. | Forest Lawn Cemetery Association |
| | 91 | | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ | LA Times Communications LLC | Foxton Smith Graham |
| | 92 | | 7035 Schantz Rd | Vernon Hills | IL | 93563 | United States | $ | The Morning Call, Inc. | Franklin Schantz Associates, L.P. |
| | 93 | Amendment | Roof Space - Fred A. Smith Company | Washington | DC | | United States | $ | WDCW Broadcasting, Inc. | Fred A. Smith Company |
| | 94 | Amendment | 386 E. College Ave. | State College | PA | | United States | $ | LA Times Communications LLC | First Indian Investment Company |
| | 95 | | Florida Circus Bowl, Skybox No. 12 | Sarasota | FL | | United States | $ | LA Times Communications LLC | First Union Sports Events, Inc. |
| | 96 | Amendment | 536-568-616 Atrium Drive | Metairie | LA | 70001 | United States | $ 4,264.50 | The Morning Call, Inc. | Franklin Schantz Associates, L.P. |
| | 97 | | 1250 North Red Parkway | Chicago | IL | | United States | $ | KTLA, Inc. | Felton Smith Graham |
| | 98 | Amendment | 200 Adams St. | Manchester | WI | | United States | $ | The Daily Press, Inc. | GABCO VH2, LLC. |
| | 99 | | 649 Galleria Blvd | Roseville | CA | 53209 | United States | $ | The Daily Press, Inc. | Galleria Operating Co., LLC |
| | 100 | | 700 Plaza Drive | Secaucus | NJ | | United States | $ | LA Times Communications LLC | Glendale Business Center, LLC |
| | 101 | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | | United States | $ | Chicago Tribune Company | Hearing, Speech, and Deafness Center |
| | 102 | Amendment | 550 East Ave P. | Palmdale | CA | 90746 | United States | $ 16.83 | Orlando Sentinel Communications, Inc. | Granco Enterprises and William C, Janet III |
| | 103 | | GRAYS HARBOR RADIO / TOWER SPACE LEASE | ABERDEEN | WA | | United States | $ | Tribune Television Northwest, Inc. | Grays Harbor Radio, Inc. |
| | 104 | | 365 Broad St & 11 Flower St /Parking lots | Hartford | CT | 06103 | United States | $ | The Hartford Courant Company | Greater Hartford Flood Commission |
| | 105 | | 12531 Worcester Hwy | Bishopville | MD | 53209 | United States | $ | The Baltimore Sun Company | Greenridge Warehouse and Mini Storage |
| | 106 | | 1700 - 1740 W. Florist Ave. | Glendale | WI | 53209 | United States | $ | The Baltimore Sun Company | H & S Properties |
| | 107 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ | The Hartford Courant Company | H.J.M. Realty |
| | 108 | | 700 Plaza Drive | Secaucus | NJ | 07094-3688 | United States | $ | The Hartford Courant Company | Glendale Plaza, Inc. |
| | 109 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ | Tribune Television Northwest, Inc. | Hearing, Speech, and Deafness Center |
| | 110 | | 2105 Emmorton Park Road | Edgewood | MD | 21040 | United States | $ 149.35 | The Baltimore Sun Company | Hill Management Services, Inc. |
| | 111 | | 507 State St. | Ottawa | IL | 61350 | United States | $ | Newspaper Readers' Agency, Inc. | Hoffman, Mueller and Creedon, PTR |
| | 112 | | 5540 W. Century | Los Angeles | CA | | United States | $ | LA Times Communications LLC | IAC Aviation L.L.C. |
| | 113 | | N202 / CHELAN BUTTE | Chelan Butte | WA | | United States | $ | Tribune Television Northwest, Inc. | Icicle Broadcasting Inc |
| | 114 | | 16501 North Pima Parkway | Hobart | IN | 46342 | United States | $ | Chicago Tribune Company | Indiana Land Beckrell Investors, LLC |
| | 115 | Amendment | 221 N. Brand Blvd | Glendale | CA | 91203 | United States | $ | Chicago Tribune Company | Interstate Properties Associates |
| | 116 | Amendment | 5051 Commerce Drive | Baldwin Park | CA | 91706 | United States | $ | LA Times Communications LLC | Isidore Samuel Security & Socrasley Family Trust |
| | 117 | Amendment | 27831 Center Dr | Mission Viejo | CA | 92606 | United States | $ | LA Times Communications LLC | J. Alarabi Investors LLC |
| | 118 | | 440 Oakwood Rd | Lake Zurich | IL | 60047 | United States | $ | Chicago Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| | 119 | | Micro Relay Site | Manassas Ridge | VA | | United States | $ | Tribune Company | Jack Eaton |
| | 120 | Amendment | 311 Ed Wright Lane | Newport News | VA | 23606 | United States | $ | The Daily Press, Inc. | Jefferson Office Warehouse L.L.C. |
| | 121 | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ | Chicago Tribune Newspapers, Inc. | Jesus People USA Full Gospel Ministries |
| | 122 | Amendment | 17700 Newhope St | Fountain Valley | CA | 92708 | United States | $ | LA Times Communications LLC | JES CMPV, LLC |
| | 123 | | 3501 Union Street | Lafayette | IN | 47905 | United States | $ | Chicago Tribune Company | Joe T. Richardson |

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Amendment? | Signed | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 125 | | | Kennedy Space Center | Kennedy Space Center | FL | 32899 | United States | $ | Orlando Sentinel Communications | John F. Kennedy Space Center |
| | 126 | | | Lowes Park | Lowes Park | FL | 61111 | United States | $ | Chicago Tribune Company | Johnson Family Trust |
| | 127 | | | 2420 79th Ave | Kenosha | WA | | United States | $ | Tribune Television Northwest, Inc. | Jon Kimmons |
| | 128 | Amendment | | 12236 McCann Dr | Santa Fe | CA | | United States | $ 2,375.44 | Tribune Television Northwest, Inc. | Jon Kimmons |
| | 129 | Amendment | | 3500 179th Street | Hammond | IN | 46323 | United States | $ | Chicago Tribune Company | Kresan Development LP |
| | 130 | | | 80 Darling Dr | Avon | CT | 06001 | United States | $ | The Hartford Courant Company | L & L Realty, LLC |
| | 131 | | | 3116b Via Colinas | Westlake Village | CA | 91362 | United States | $ | LA Times Communications LLC | Life Via Colinas LLC |
| | 132 | Amendment | | 1201 Donegan Avenue | Kissimmee | FL | 34744 | United States | $ | Orlando Sentinel Communications | Lattice Communications LLC |
| | 134 | | | 200 East Las Olas Blvd (New River Center) | Ft. Lauderdale | FL | 33301 | United States | $ 8,025.67 | Tribune Broadcast Holdings, Inc. | Lauderdale River, Inc. |
| | 135 | | | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ | Sun-Sentinel Company | Lauderdale River, Inc. |
| | 136 | | | 5091 4th Street | Irwindale | CA | | United States | $ | California Community News Corp | LBJ Property Industrial II, LP |
| | 137 | | | Oakbrook Terrace - Microwave/Camera site | Oakbrook Terrace | IL | | United States | $ | WGN Continental Broadcasting Co | Long Ridge Office Portfolio |
| | 138 | | | 8920 58th Place, Suite 600 | Kenosha | WI | 53144 | United States | $ 2,375.44 | Chicago Tribune Company | Kresan Development LP |
| | 139 | | | Doppler Radar Site | Neah Bay | WI | | United States | $ | Tribune Television Northwest, Inc. | Makah Indian Tribe |
| | 140 | | | 5701 W Copley Pkwy | Whitehall | PA | 60432 | United States | $ | The Morning Call, Inc. | Marakovits Family LLC |
| | 141 | | | McGraw Hill Transmitter Site | Saddle Brook | IL | 18951 | United States | $ | KWGN, Inc. | McGraw-Hill Broadcasting |
| | 142 | | | Site Address: 245-24 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 3,465.00 | The Morning Call, Inc. | McGraw Hill Broadcasting |
| | 143 | | | Site Address: 34-23-10 Latitude, 118-19-43 Longitude | Magic Mountain | CA | | United States | $ 471.00 | KTLA, Inc. | Meredith Communications North |
| | 144 | | | Site Address: 34-19-32 Latitude, 119-02-18 Longitude | South Mountain | CA | | United States | $ | KTLA, Inc. | Meredith Communications North |
| | 145 | | | Site Address: 34-31-16 Latitude, 119-58-39 Longitude | Santa Ynez | CA | | United States | $ 142.26 | KTLA, Inc. | Mt. Mercy Limited Partnership |
| | 146 | | | Grand Rapids Housing Comm | Grand Rapids | MI | | United States | $ | Tribune Television Holdings, Inc. | Meridian Radio Sites |
| | 147 | | | 6501 Nob Hill Rd | Tamarac | MI | | United States | $ | Tribune Television Holdings, Inc. | Meridian Radio Sites |
| | 148 | | | 1991 Moreland Pky | Annapolis | MD | 21401 | United States | $ 395.92 | The Baltimore Sun Company | Merrill GBL, LLC |
| | 149 | Amendment | | 58 N. Chicago St. | Joliet | IL | 60432 | United States | $ | Chicago Tribune Company | MGM Management, Inc. |
| | 150 | | | Site Address: 219-232 W. Broad St. (2 Parking Spaces) | Quakertown | PA | 18951 | United States | $ | The Morning Call, Inc. | Michael S. Yalowitz |
| | 151 | | | 1717 Penny Ln | Schaumburg | IL | | United States | $ 467.11 | Chicago Tribune Company | MLRP Penny Lane LLC |
| | 152 | | | 2001 N. Front St. | Harrisburg | PA | 17102 | United States | $ | Patuxent Publishing Company | Mark Moersen Residences, Inc. |
| | 153 | | | Beijing Office (LA Times Beijing Office) | Beijing | | | China | $ | LA Times Communications LLC | N/A |
| | 154 | | | Tower St (Parking lot) | Hartford | CT | 06103 | United States | $ | The Hartford Courant Company | National Railroad Passenger Corporation |
| | 155 | | | 221 East Josephine St. | Charlotte | LA | | United States | $ | The Hartford Courant Company | National Railroad Passenger Corporation |
| | 156 | | | One Apollo Drive | Glenn Falls | NY | | United States | $ | KWGN, Inc. | NBA Properties, Inc. |
| | 157 | | | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ 828.62 | LA Times Communications LLC | Niagara Mohawk Power Corporation |
| | 158 | Amendment | | 505 Northwest Ave - Tribune Direct | Northlake | IL | | United States | $ | Tribune Direct Marketing, Inc. | Northlake Property LLC |
| | 159 | | | W Peak of Gold Mountain | Kitsap City | WA | 11,530.12 | United States | $ 11,530.12 | Tribune Television Northwest, Inc. | Olympic Resources Management |
| | 160 | | | 9108 Yellow Brick Road | Rossville | MD | 21237 | United States | $ 1,280.02 | The Baltimore Sun Company | OZ LLC |
| | 161 | | | 902 N. Calumet | Valparaiso | IN | 46383 | United States | $ | Chicago Tribune Company | PAC Investments, LLC |
| | 162 | | | 26207 Jefferson Ave | Murrieta | CA | 92567 | United States | $ | LA Times Communications LLC | Pasadena Art Partners, LP |
| | 163 | | | 714 Schoeffel | Lima | IL | 61354 | United States | $ | Chicago Tribune Company | Pasadena Art Partners, LP |
| | 164 | | | 2121 Wisconsin | Washington | DC | 20006 | United States | $ 33,677.73 | Newspaper Readers Agency, Inc. | Paul L. and Rosalyn K. Kayak |
| | 165 | Amendment | | 101 Phoenix Ave | Enfield | CT | | United States | $ | The Hartford Courant Company | Phoenix Avenue Associates, LP |
| | 166 | | | Pinnacle Towers/Microwave Recv Site | Unknown | UN | | United States | $ | Unknown | PKY Fund Atlanta II, LLC |
| | 167 | | | 2839 Paces Ferry Road, Suite 1105 | Atlanta | GA | 30339 | United States | $ 2,335.30 | Chicago Tribune Newspapers, Inc. | PKY Fund Atlanta II, LLC |
| | 168 | | | 875 Geneva Parkway N | Lake Geneva | WI | 53147 | United States | $ | Chicago Tribune Company | Plas-Tech Engineering, Inc. |
| | 169 | | | 6400 S. Fiddler's Green Circle | Edgewood | CO | 80111 | United States | $ | KWGN, Inc. | Property Colorado OB&LW |
| | 170 | Amendment | | 160 Poplar Pl. | North Aurora | IL | 60542 | United States | $ | Chicago Tribune Company | R.C. Wegman Family, L.P. |
| | 171 | Amendment | | 4098 Calle Suerte | Camarillo | CA | 93010 | United States | $ | Tribune Entertainment Company | R.C. Wegman Family, L.P. |
| | 172 | Amendment | | Richland Towers, Inc., Towers/Trans | Cedar Hill | TX | | United States | $ 10,611.35 | Tribune Television Company | R.I. Enterprises |
| | 174 | | | 1400 Twin Cites Rd | Walnut Grove | CA | 95690 | United States | $ | The Hartford Courant Company | Rosa Rio, LLC |
| | 174 | | | 230 West 200 South, Suite 3201 | Salt Lake City | UT | | United States | $ | Stenweb Inc. | Royal Wood Associates |
| | 175 | Amendment | | 8966 Comanche Ave | Chatsworth | CA | | United States | $ 9,590.17 | LA Times Communications LLC | RREEF America Reit II Corp. D. |
| | 176 | | | 376 Eagle Drive | Bensenville | IL | 60106 | United States | $ 1,900.00 | Chicagoland Publishing Company | RR Crane Investment Corporation |
| | 177 | | | 3333 S.W. 54th Street | Ft. Lauderdale | FL | 33309 | United States | $ | Sun-Sentinel Company | Samuel Butters |
| | 178 | | | 4946 SQ North University Drive | Lauderhill | FL | 33321 | United States | $ 96.09 | Sun-Sentinel Company | Samuel Susi |
| | 179 | | | 10205 Highland | Bloomington | IN | | United States | $ | Tribune Broadcast Holding, Inc. | SBA Structures |
| | 180 | | | AAT COMMUNICATIONS / TOWER SPACE LEASE | MAYNARD HILL | WA | | United States | $ | Tribune Television Northwest, Inc. | SBA Structures |
| | 181 | | | 444 Cale Rock Rd | Deerfield | IL | 60015 | United States | $ | Chicago Tribune Company | Schnoll and Company, Inc. |
| | 182 | | | 444 Seabreeze Boulevard | Daytona Beach | FL | 32118 | United States | $ 91.29 | Orlando Sentinel Communications | Senator Office Associates, LLC |
| | 183 | | | 11321 L Street | Sacramento | CA | | United States | $ 377.88 | LA Times Communications LLC | Senator Building, LLC |
| | 184 | | | 8120 Bear Hills Ave | Bloomfield | CT | | United States | $ | The Hartford Courant Company | SFP Real Estate, LLC |
| | 185 | | | 10909 Bavin Wood Dr | St. John | IN | 46373 | United States | $ 4,027.12 | Chicago Tribune Company | SJCT, LLC |
| | 186 | | | SMUD Exchange of Wireless Services (Walnut Grove/C | Walnut Grove | CA | | United States | $ | Channel 40, Inc. | SMUD |

Exhibit A

Rows in Bold to reflect leases adjusted; Bold with Italics with Light Gray Shading reflects the specific item adjusted since filing of Motion & Exhibit B on 06/05/2009.

| Foot Notes | Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 187 | Amendment? | 3334 Oakman Industrial Drive | St. Louis | MO | 63132 | United States | $ - | KPLR, Inc. | Spectratele |
| | 188 | | Spectratele/DTV Tower/MTR | St. Louis | MO | | United States | $ 8,724.57 | KPLR, Inc. | Spectratele Broadcast Group, Inc. |
| | 189 | Amendment | 921 Mercantile Drive | Hanover | MD | 21076 | United States | $ - | St. John Properties, Inc. | St. John Properties, Inc. |
| | 190 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | $ - | The Hartford Courant Company | Spectratele |
| | 191 | | WASHINGTON STATE DNR | | WA | | United States | $ - | Tribune Television Northwest, Inc. | State of Washington |
| | 192 | | 1701 Green Road | Deerfield Beach | FL | 33064 | United States | $ - | Sun-Sentinel Company | Sterling Properties FL, LLC |
| | 193 | Amendment | 5800 Sunset Blvd | Hollywood | CA | 90028 | United States | $ 93,390.06 | KTLA, Inc. | Sunset Studios Holdings, LLC |
| | 194 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | $ - | KWGN, Inc. | Sylvan Tower Co., LLC |
| | 195 | Amendment | 30 North St. | Park Forest | IL | 60466 | United States | $ - | Chicago Tribune Company | T.L. Swift Industries, Inc. |
| | 196 | | WTIC DTV Talcott Mountain, (Tower/Land) | Avon | CT | | United States | $ - | Tribune Television Company | Talcott Mountain Science Center for Student Involve... |
| | 197 | Amendment | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | $ - | Chicago Tribune Company | Tech Court, LLC |
| | 198 | | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | The District of Columbia |
| | 199 | | 7191 Engineer Rd | San Diego | CA | 92123 | United States | $ - | KSWB, Inc. | The J. David Gladstone Institutes |
| | 200 | Amendment | 1485 Lakeside Dr. | Waukegan | IL | | United States | $ - | Chicago Tribune Company | The Prudential Insurance Company of America |
| | 201 | Amendment | 8439 Stellar Dr | Culver City | CA | | United States | $ 3,739.78 | LA Times Communications LLC | The Richter Partnership |
| | 202 | Amendment | 500 Plaza Drive | Clermont | FL | 34711 | United States | $ - | Tribune Company | Thompson-Acoustka Partnership |
| | 203 | | 18400 Crossing Drive | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | Tinley Crossings Corporate Center, Ltd. |
| | 204 | Amendment | 125 N. Vineda | Pasadena | CA | | United States | $ - | LA Times Communications LLC | Tod Sloan Park, L.L.C. |
| | 205 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | $ - | LA Times Communications LLC | Two Camellia LLC |
| | 206 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | $ - | KTLA, Inc. | U.S. Forest Service |
| | 207 | | 111 W. 154th Street | South Holland | IL | 60473 | United States | $ - | Chicago Tribune Company | Union National Bank |
| | 208 | | 12180-B Hesperia Road | Victorville | CA | 92392 | United States | $ - | LA Times Communications LLC | Victor Valley Plaza Co., LLC |
| (3) | 209 | Amendment | 3223 Golden Ave | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| (3) | 210 | Amendment | 3223 Burlington Dr | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| | 211 | | 8442 W. 183rd Street, Unit #B | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | Vogt Visual Arts, L.L.C. |
| | 212 | | 330 West 34th Street | New York | NY | | United States | $ 44,516.67 | Tribune New York Newspaper Holdings, LLC | W 330 West 34th Street LLC |
| | 213 | John Hancock Center | | Chicago | IL | 60611 | United States | $ 14,747.89 | WGN Continental Broadcasting Co | W2007 Golub JHC Realty LLC |
| | 214 | John Hancock Center | | Chicago | IL | 60611 | United States | $ - | WGN Continental Broadcasting Co | W2007 Golub JHC Realty LLC |
| | 215 | | 461 Park Avenue | Lake Villa | IL | 60046 | United States | $ - | Chicago Tribune Company | Wagner Equities, Inc. |
| | 216 | | 624 S. LaRosh | San Bernadino | CA | | United States | $ 4,566.71 | LA Times Communications LLC | Waterman Place |
| | 217 | | 821 Vurt River Place | Kankakee | IL | 60901 | United States | $ - | Newspaper Readers Agency, Inc. | Wayne F. Tholen and Alice J. Tholen |
| | 218 | | 1416 Lee Street | West Point | VA | 23181 | United States | $ - | Virginia Gazette Companies, LLC | Wayne R. Thelen |
| | 219 | | Weston O'Hare - ENG camera site | Rosemont | IL | 60018 | United States | $ - | WGN Continental Broadcasting, Inc. | Westin Hotel O'Hare |
| | 220 | | Tower Space Lease | Chambersburg | PA | | United States | $ - | WGN Continental Broadcasting, Inc. | Westin O'Hare |
| | 221 | | 2100 W. Hubbard St. | Chicago | IL | 60612 | United States | $ - | Chicago Tribune Company | WETA |
| | 222 | | 68-900 Perez Rd. | Cathedral | CA | | United States | $ - | Wilson and Dalton Incorporated | William Kritt & Company |
| | 223 | | 12215 Rhea Dr | Plainfield | IL | 60544 | United States | $ 10,950.34 | Chicago Tribune Company | Wilson and Dalton Incorporated |
| | 224 | Amendment | 1858 Burling Blvd | Tavares | FL | 60654 | United States | $ - | Chicago Tribune Company | Wolf Creek Business Associates, LLC |
| | | | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | $ - | Chicago Tribune Company | Zeljko Enterprises |

**Notes to Table:**

(1) New lease added to Exhibit. One location but two leases (one for each television broadcast station).
(2) New lease added to Exhibit. Landlord has provided written authorization in accordance with Tribune's intent to assume the lease.
(3) Two locations governed by one lease.

Line items 9 and 10 (Willis [Sears] Tower Leases) on original Exhibit B attached to the Motion filed 06/05/2009 has been removed as the parties mutually agree to extend the deadline to assume or reject such leases to July 21, 2009
Line Item 161 (Paramount Lease) on original Exhibit B attached to the Motion filed 06/05/2009 has been removed as the parties mutually agree that it is not a lease of real property

**EXHIBIT B**

**Subject:** FW: 233 Broadcast LLC (Sears Tower)

**From:** Labuda, Jr., Thomas A. [mailto:tlabuda@sonnenschein.com]
**Sent:** Monday, June 22, 2009 11:48 PM
**To:** Hauserman, Bridget
**Cc:** Kansa, Ken; Wowchuk, Stefanie L.
**Subject:** RE: 233 Broadcast LLC (Sears Tower)


That is fine with us.  Let's touch base after your client has a chance to go over the numbers.  Thanks.

Tom


**From:** Hauserman, Bridget [mailto:bhauserman@sidley.com]
**Sent:** Monday, June 22, 2009 6:23 PM
**To:** Labuda, Jr., Thomas A.
**Cc:** Kansa, Ken
**Subject:** RE: 233 Broadcast LLC (Sears Tower)

Tom,

Our client is running down the numbers of the proposed cure amount that you forwarded.  We hope to have an agreement as to the cure amount before the hearing on Wednesday but in the event that we do not, please confirm that your client will agree to extending the deadline to assume the two Sears Tower leases to July 21, 2009.  We can then have the 233 Broadcast LLC lease assumptions heard at the hearing on July 16, 2009.  We will also give you an extension to July 11, 2009 to file an objection in the event that we do not reach a resolution on the cure amount before that date.

Please confirm that the above is acceptable to your client.

Thanks,


**Bridget Hauserman**
Sidley Austin LLP
787 Seventh Ave | New York | 10019
Tel: 212.839.8608 | Fax: 212.839.5599
Email: bhauserman@sidley.com