**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
|                                   | :  | Chapter 11                        |
|-----------------------------------|----|-----------------------------------|
| In re:                            | :  |                                   |
|                                   | :  | Case No. 08-13141 (KJC)           |
| TRIBUNE COMPANY, <u>et al</u>.,   | :  |                                   |
|                                   | :  | Jointly Administered              |
|             Debtors.              | :  |                                   |
|                                   | :  | **Related Docket No. 1598**       |
| :                                 |    |                                   |
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF FILING OF EXHIBITS TO DECLARATION OF WARREN BEATTY
FILED IN SUPPORT OF REPLY TO TRIBUNE MEDIA SERVICES, INC.'S
OBJECTION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER
BANKRUPTCY CODE SECTION 362(d)(1) TO ALLOW WARREN BEATTY TO
PROCEED WITH LITIGATION IN CALIFORNIA DISTRICT COURT**

PLEASE TAKE NOTICE that on June 22, 2009, Warren Beatty ("Mr. Beatty")

filed and served his **Reply To Tribune Media Services, Inc.'s Objection To Motion For**

**Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow**

**Warren Beatty To Proceed With Litigation In California District Court** (D.I. 1598) (the

"Reply").

PLEASE TAKE FURTHER NOTICE that attached as Exhibit A to the Reply

was the Declaration of Warren Beatty (the "Declaration"), which referenced two exhibits that

were inadvertently omitted at the time the Reply was filed (the "Exhibits").

PLEASE TAKE FURTHER NOTICE that the Exhibits to the Declaration are

attached hereto as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively.

Dated:        June 24, 2009
              Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP


*/s/ Ian S. Fredericks*
Gregg M. Galardi (DE Bar No. 2991)
Ian S. Fredericks (DE Bar No. 4626)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Counsel for Warren Beatty

**<u>EXHIBIT A</u>**

| DAY 1 of 2 | SHOOT | SATURDAY NOVEMBER 8, 2008 |
|---|---|---|

## DICK TRACY SPECIAL

Job# 0801

| CLIENT: TURNER MOVIE CLASSICS | | |
|---|---|---|

**LOCATION:** Walt Disney Studios
Backlot & Stage #6
500 South Buena Vista Street
Burbank, CA 91521

**CREW CALL:** 7.00 AM

PRODUCTION CO: PLAINCLOTHES PRODUCTIONS, INC.
C/O Savitsky, Satin & Bacon
1601 Cloverfield Boulevard
Suite 6000, North Tower
Santa Monica, CA 90404-4085

PERSONNEL: JEFF BACON

| Debbie Nelson: | 818-612-6083 | CELL |
|---|---|---|
| CREW PARKING: | Park as Directed | |
| TRUCK PARKING: | Park as Directed | |
| Line Producer | Raub Shapiro | 415.720.8037 |
| Production Coord. | Jill Crenshaw | 323.337.7797 |

| FILM / TAPE: | | SUNRISE 6.18am |
|---|---|---|
| MOS / SOUND: | | |
| STOCK @ START: | | SUNSET 4.54pm |
| STOCK @ END: | | |
| SOUND TAPES: | | |
| 1st SHOT: | | WEATHER: |
| LUNCH: | | HIGH 81° F |
| 1st SHOT AFTER: | | LOW 58° F |
| DINNER: | | |
| CAMERA WRAP: | | |
| TAIL LIGHTS: | | |

**HOSPITAL:** Providence Saint Joseph Medical Center
501 S. Buena Vista Street
Burbank, CA 91505
818.843.5111

Client Call Time

o/c

CALL 911 IN CASE OF EMERGENCY

| CREW | NAME | PHONE | ALT. PHONE | CALL | WRAP | TITLE | NAME | PHONE | FAX | CALL | WRAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIRECTOR | Gus Wilson | | | 7.30A | | TCM Production | Tom Brown | 404.885.0077 | | N/C | |
| PRODUCER | Chris Merrill | 323.856.7712 | 310.403.1557 | O/C | | TCM Coordinator | Hadley Gwin | 404.575.8458 | | N/C | |
| LINE PRODUCER | Raub Shapiro | 415.720.8037 | | O/C | | TCM | Michael Wright | 818.977.5404 | | N/C | |
| PROD SUPERVISOR | Jill Crenshaw | 323.337.7797 | | 6.00A | | SAVITSKY, SATIN & BACON | Jeff Bacon | 310.315.6204 | 310.496.0706 | N/C | |
| ASSOCIATE PRODUCER | Jeremy Robinson | 323.702.0974 | 323.856.0974 | 6.00A | | SAVITSKY, SATIN & BACON | Adriana Santana | 310.315.6222 | | N/C | |
| P.A. | Jaden Leigh | 310.497.2954 | | 6.00A | | GREENBERG GLUSKER | Hillary Bibicoff | 310.553.3610 | 310.201.2311 | O/C | |
| P.A. | Mike Gratzmiller | 818.419.3764 | | 6.00A | | GREENBERG GLUSKER | Alla Savranskaia | 310.785.6810 | 310.201.2311 | N/C | |
| Assistant to WB | Keri Wilson | 310.470.4752 | 310.415.3662 | per WB | | SR. MGR PROD: SEP/DISNEY | Tim Schmidt | 818.560.7450 | | N/C | |
| Assistant to WB | Todd Melta | 310.470.4752 | 310.720.2411 | per WB | | DISNEY EXEC / PRODUCTION | John Bernstein | 818.295.4708 | | O/C | |
| P.A. for WB | Austin Ellis | 310.470.4752 | 310.422.1622 | 6.00A | | DISNEY EXEC / DVD PROD | David Jessen | 818.295.4711 | | N/C | |
| P.A. for WB | Debbie Stern | 310.420.3122 | | 6.00A | | MAGINEERING STAGE FACILITY | Jon L. Fisher | 818.544.5009 | | N/C | |

| CAMERA | NAME | PHONE | ALT. PHONE | CALL | WRAP | TALENT | NAME | PHONE | MGR PHONE | CALL | WRAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D.P. | Stephanie Martin | 323.304.5758 | | 7.00A | | DICK TRACY | Warren Beatty | | | 7.30A | |
| ASSISTANT CAMERA | Jamie Felz | 323.791.8851 | | 7.00A | | DRIVER | Kevin Berntson | 310.435.0896 | | 7.00A | |
| MERA / VIDEO ASSIST | Dan Zimbaldi | 323.819.3889 | 323.876.0132 | 7.00A | | GUARD | Steve Monroe | 323.428.7987 | | 7.00A | |
| STEADICAM | Jody Miller | 310.251.0057 | | 7.00A | | GUARD?? | Tim Bagley | 323.656.5533 H | | 7.00A | |
| | | | | | | GUARD | Dennis Emslie | 818.577.8266 | | 7.00A | |
| LIGHTING | | | | | | STUDIO PERSONNEL | Mindy Sterling | 310.699.1525 | | 6.00A | |
| GAFFER | Gustavo Oliva | 310.717.3790 | | 7.00A | | STUDIO PERSONNEL | Wendi McLendon-Covey | 562.864.1320 | | 8.00A | |
| BEST BOY ELECTRIC | Alexa Ihrt | 323.449.3883 | | 7.00A | | | | | | | |
| SWING DRIVER | TBD | | | 7.00A | | VENDOR | NAME | PHONE | OTHER | CONT. | CALL |
| | | | | | | CAMERA | Big Vision Studios | 818.841.4008 | | | |
| GRIP | | | | | | CASTING - DISNEY | Marsha Ross | | | | |
| KEY GRIP | Nick Franchot | 213.422.7072 | | 7.00A | | CASTING - DISNEY | Gail Goldberg | | | | |
| | | | | | | CATERING | Rick Friedman Catering | 310.450.4377 | | RTS 1.00PM | |
| SOUND | | | | | | EDITORIAL HOUSE | TBD | | | | |
| SOUND | John Hennessey | 323.864.4973 | | 7.00A | | FILMSTOCK | Media Distributors | 818.980.9916 | | Amy | |
| P.A. (scripty help) | Jimmy Alfred | 502.558.3151 | | 6.00A | | GRIP | QI Lighting | 310.717.3790 | | | |
| | | | | | | INSURANCE | Momentous Insurance Brokerage | 818.933.2700 | 818.933.2701 | | |
| VANITY | | | | | | LIGHTING | QI Lighting | 310.717.3790 | | | |
| MAKE UP ARTIST | Amy Harmon | 323.365.1488 | | 6.30A | | PAYROLL | EP | 818.955.6000 | | Lisa | |
| TAILOR | Nino Iadaolo | 310.855.1271 | | N/C | | PROD SUPPLIES | Siren Studios | 323.960.9045 | 323.960.0774 f | Jay | |
| | | | | | | PROPS | Omega Studio Props | 323.466.8201 | | | |
| SITE SERVICES | | | | | | SCRIPT TYPIST | Barbara Shiffman | 818.848.9040 | | | |
| STAGE MANAGER | Debbie Nelson | 818.560.2708 | | O/C | | SHIPPING | FedEx | 800.463.3339 | | | |
| | | | | | | TRUCKING | Galpin Studio Rentals | 323.957.3333 | 323.856.6790 f | Jessica | |
| POST PRODUCTION / EDITORIAL | | | | | | TRUCKING | TM | 818.846.3100 | 818.846.3459 f | Mark | |
| POST PRODUCER | Chris Merrill | 323.856.7712 | 310.403.1557 | O/C | | VINTAGE CAR REP | Eddie Nunez | 818.445.2244 | 213.369.0281 alt. | Gabriel | 8AM |
| EDITOR | Tom Mitchell | 323.389.6629 | | N/C | | VINTAGE CAR OWNER | Noah Hipolito | 626.945.5061 | | | 8AM |
| | | | | | | WALKIES | Siren Studios | 323.960.9045 | | Jay | |

**NOTES:**

**BE AWARE THAT WE ARE ONLY HAVING A LIGHT BREAKFAST ON SET.

updated 11/7/08, 4:31 PM

**EXHIBIT B**

| DAY 2 of 2 | PRELIGHT | WEDNESDAY  NOVEMBER 12, 2008 |
|---|---|---|

# DICK TRACY SPECIAL

Job # 0801

| | | |
|---|---|---|
| **CLIENT:** TURNER CLASSIC MOVIES | **LOCATION:** Imagineering Stages, 1401 Flower Street, Burbank, CA 91201 | **CREW CALL:** 5.00AM |

| | | |
|---|---|---|
| **PRODUCTION CO.:** PLAINCLOTHES PRODUCTIONS, INC. | **TRUCK PARKING:** Park as Directed | |
| C/O Savitsky, Satin & Bacon | **CREW PARKING:** Park as Directed | |
| 1801 Cloverfield Boulevard | **PHONES:** Prod Sup.  Raub Shapiro  415.720.8037 | |
| Suite 5000, North Tower | Asst Prod Sup.  Jill Crenshaw  323.337.7797 | |
| Santa Monica, CA 90404 | **HOSPITAL:** Providence Saint Joseph Medical Center | |
| **PERSONNEL:** JEFF BACON | 501 South Buena Vista Street | |
| | Burbank, CA 91505 | |
| | 818.843.5111 | |

Client Call Time: o/c

**CALL 911 IN CASE OF EMERGENCY**

| | FILM / TAPE: | | SUNRISE |
|---|---|---|---|
| | MOS / SOUND: | | 5:48 AM |
| | STOCK @ START: | | SUNSET |
| | STOCK @ END: | | 8:07 PM |
| | SOUND TAPES: | | **WEATHER:** |
| | 1st SHOT: | | HIGH 78F |
| | LUNCH: | | LOW 64F |
| | 1st SHOT AFTER: | | |
| | DINNER: | | |
| | CAMERA WRAP: | | |
| | TAIL LIGHTS: | | |

| CREW | NAME | CELL | PHONE | CALL | WRAP |
|---|---|---|---|---|---|
| DIRECTOR | Gus Wilson | | | O/C | |
| PRODUCER | Chris Merrill | 323.858.7712 | 310.403.1557 | 7.30A | |
| LINE PRODUCER | Raub Shapiro | 415.720.8037 | | 6.30A | |
| PRODUCTION SUPER | Jill Crenshaw | 323.337.7797 | | 5.00A | |
| ASSOCIATE PRODUCER | Mark LeGrand | 310.617.5380 | | 6.30A | |
| P.A. | Jaden Leigh | 310.497.2964 | | 5.00A | |
| P.A. | Mike Gratzmiller | 818.419.3764 | | 5.00A | |
| P.A. | Drew Adams | 818.599.5534 | | 5.00A | |
| ASSISTANT TO W.B. | Keri Wilson | 310.470.4752 | 310.415.3662 | 7.30A | |
| ASSISTANT TO W.B. | Todd Malta | 310.470.4752 | 310.720.2411 | 7.30A | |
| P.A. FOR W.B. | Austin Ellis | 310.422.1822 | | O/C | |

| CAMERA | | | | | |
|---|---|---|---|---|---|
| D.P. | Emanuel Lubeski | 310.486.2227 | | 5.00A | |
| CAMERA OPERATOR | Stephanie Martin | 323.304.5758 | | 7.30A | |
| CAMERA OPERATOR | Paola Huidobro | 323.445.3817 | | 5.00A | |
| ASSISTANT CAMERA | Mateo B | 310.314.3133 | | 5.00A | |
| D.I.T. | Dan Zimbaldi | 323.819.3889 | 323.876.0132 | 5.00A | |
| TELEPROMPTER | Patrick Arvono | 818.231.5252 | | 6.30A | |
| P.A. - CAMERA DEPT. | Leon Benzakken | 818.558.7705 | | 5.00A | |

| LIGHTING | | | | | |
|---|---|---|---|---|---|
| GAFFER | Bobby Wotherspoon | 323.394.9948 | | 5.00A | |
| BEST BOY ELECTRIC | Luke Colenckel | 323.393.4321 | | 5.00A | |

| GRIP | | | | | |
|---|---|---|---|---|---|
| KEY GRIP | Mike Anderson | 661.212.3127 | | 5.00A | |
| BEST BOY GRIP | Steve Grace | 323.445.3048 | | 5.00A | |

| SOUND | | | | | |
|---|---|---|---|---|---|
| SOUND MIXER | John Hennesey | 323.864.4973 | | 6.30A | |
| VIDEO ASSIST | Anthony Perkins | 310.651.1099 | | 6.30A | |
| P.A. (script) | Jimmy Alfred | 502.568.3151 | | 6.30A | |

| VANITY | | | | | |
|---|---|---|---|---|---|
| MAKE UP ARTIST | Marie Del Prete | 323.573.1334 | | 7.30A | |

| SITE SERVICES | | | | | |
|---|---|---|---|---|---|
| SITE REPRESENTATIVE | Jon L. Fisher | 818.800.2776 | | O/C | |
| GUARD GATE | PER JON FISHER | | | 5.00A | |
| CATERING DINNER | Ruby Van Zanten | | | 12.30P RTS | |
| PICTURE CAR DRIVER | Michael Orehce | | | 9.00A | |

| ADDITIONAL DRIVE-ONS | | | | | |
|---|---|---|---|---|---|
| Mike Finley | | | | | |
| Sally Shapiro | | | | | |
| Harvey Shapiro | | | | | |

| TITLE | NAME | PHONE | ALT. | CALL | WRAP |
|---|---|---|---|---|---|
| TCM PRODUCTION | Tom Brown | 404.885.0077 | | | |
| TCM COORDINATOR | Hadley Gwin | 404.575.8458 | | | |
| TCM | Michael Wright | 818.977.5404 | | | |
| SAVITSKY, SATIN & BACOM | Jeff Bacon | 310.315.6204 | | | |
| SAVITSKY, SATIN & BACOM | Adriana Santana | 310.315.6222 | | | |
| GREENBERG GLUSKER | Hillary Bibicoff | 310.553.3610 | | | |
| GREENBERG GLUSKER | Alla Semanskaia | 310.785.6810 | | | |
| SR. MGR. PROD. SERV. DISNEY | Tim Schmodt | 818.560.7450 | | | |
| DISNEY EXEC / PRODUCTION | John Bernstein | 818.295.4708 | | | |
| DISNEY EXEC / DVD PROD. | David Jessen | 818.577.8266 | | | |
| IMAGINEERING STAGE FACILITY | Jon L. Fisher | 818.544.5009 | | | |
| I.T. | Peter Cruz | | | | |
| LEONARD MANAGER | Jessie Malten | | | | |

| TALENT | NAME | PHONE | MGR PHONE | CALL | WRAP |
|---|---|---|---|---|---|
| DICK TRACY | Warren Beatty | per Keri Wilson | | 7.30A | |
| HIMSELF | Leonard Malten | | | 9.00A | |
| DRIVER | Kevin Berntson | 310.435.0896 | | 9.00A | |
| MAKEUP ARTIST | TBD | | | TBD | |
| FRANK (OFF CAM) | TBD | | | TBD | |

| VENDOR | NAME | PHONE | OTHER | CONT. | CALL |
|---|---|---|---|---|---|
| CAMERA | Digital Film Studios | 323.533.1709 | 818.771.0575 f | Danny | |
| CASTING - DISNEY | Marsha Ross | 818.560.7510 | | Jaden | |
| CASTING - DISNEY | Gail Goldberg | 818.560.7510 | | RTS @ 12.30PM | |
| CATERING | It's Breakfast Time! | | | Jaden | |
| CATERING | Rick Friedman Catering | 310.452.4377 | | Rick | |
| EXPENDABLES | Digital Film Studios | 818.771.0019 | 818.771.0575 f | Danny | |
| GRIP | Digital Film Studios | 818.771.0019 | 818.771.0575 f | Danny | |
| HOTEL | Le Parc Hotel | 310.855.8888 | | | |
| INSURANCE | Momentous Insurance Brokerage | 760.943.9300 | | Richie | |
| LIGHTING | Digital Film Studios | 818.771.0019 | 818.771.0575 f | Danny | |
| PICTURE CAR | Noah Hipolito | 626.945.5061 | | | |
| PICTURE CAR TRANSPORT | TBD | | | | |
| PROD SUPPLIES | Siren Studios | 323.960.9045 | 323.960.0774 f | John | |
| PROP RENTAL | CP4 | 818.504.9090 | | Cindy | |
| PROP RENTAL | 20th Century Props | 818.759.1193 | | Susan/Doug | |
| SCRIPT TYPIST | Barbara Shiffman | 818.848.9040 | | | |
| SHIPPING | FedEx | 800.463.3339 | | | |
| TAPESTOCK | Media Distributors | 818.980.9916 | | Amy | |
| TRUCKING | Gelpin Studio Rentals | 323.857.0111 | | Ralph | |
| VIDEO ASSIST | Chillowvision | | | | |
| WALKIES | Siren Studios | 323.960.9045 | | John | |

Notes:

Breakfast RTS @ 6.30A

updated 11/11 08, 5:54 PM

**CERTIFICATE OF SERVICE**

I, Ian S. Fredericks, hereby certify that on June 24, 2009, I caused the foregoing **Notice Of Filing Of Exhibits To Declaration Of Warren Beatty Filed In Support Of Reply To Tribune Media Services, Inc.'s Objection To Motion For Relief From The Automatic Stay Under Bankruptcy Code Section 362(d)(1) To Allow Warren Beatty To Proceed With Litigation In California District Court** to be served on the parties listed on Exhibit A, attached hereto, by first-class mail unless otherwise indicated.

                                        */s/ Ian S. Fredericks*
                                        Ian S. Fredericks

**EXHIBIT A**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole Schotz Meisel Forman
 & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel:      302-652-3131
**By Hand Delivery**

James F. Conlan, Esq.
Janet E. Henderson, Esq.
Michael P. Doss, Esq.
Gregory V. Demo, Esq.
One S. Dearborn Street
Chicago, IL 60603
Tel:      312-853-70000

Office of The United States Trustee
844 North Market Street
Room 2207, Lock Box #37
Wilmington, DE 19801
**By Hand Delivery**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel:      302-467-4400
**By Hand Delivery**

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:      212-408-5100

2

584395-Wilmington Server 1A - MSW