IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 1610 and 1623** |

NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 25, 2009 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## WITHDRAWN MATTERS

1. Debtors' Motion for a Preliminary Injunction Staying the Prosecution of the *Neil* Action Pursuant to Sections 362 and 105 of the Bankruptcy Code (Filed March 13, 2009) (Adv. Docket No. 4)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **All amendments made to the Agenda initially filed with the Court [Docket No. 1610] are in bold print.**

46429/0001-5755003v3

    (a)    Notice of Hearing Regarding Debtors' Motion for a Preliminary Injunction Staying the Prosecution of the *Neil* Action Pursuant to Sections 362 and 105 of the Bankruptcy Code (Filed May 1, 2009) (Adv. Docket No. 15)

    (b)    Tribune Company's Notice Regarding Withdrawal of Preliminary Injunction Motion Without Prejudice (Filed May 20, 2009) (Adv. Docket No. 19)

Objection Deadline: April 20, 2009 at 4:00 p.m.

Responses Received: None.

Status: This Motion has been withdrawn. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

2. Motion of the Debtors for Entry of an Order Pursuant to Fed. R. Evid. 502(d) (Filed May 28, 2009) (Docket No. 1266)

   Related Document(s):

       (a)    Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Pursuant to Fed. R. Evid. 502(d) (Filed June 22, 2009) (Docket No. 1603)

       **(b)**    **Order Pursuant to Fed. R. Evid. 502(d) (Entered June 24, 2009) (Docket No. 1614)**

   Objection Deadline: June 18, 2009 at 4:00 p.m.

   Responses Received: None.

   Status: **The Court entered the Order granting the Motion. This matter will not be going forward.**

3. Fourth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed June 5, 2009) (Docket No. 1302)

   Related Document(s):

       (a)    Certification of No Objection Regarding Fourth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed June 22, 2009) (Docket No. 1600)

    (b)    **Order Authorizing Debtors Fourth Omnibus Motion to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Entered June 24, 2009) (Docket No. 1612)**

    (c)    **Certification of Counsel Regarding Fourth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code (Filed June 24, 2009) (Docket No. 1620)**

Objection Deadline: June 18, 2009 at 4:00 p.m.

Responses Received: None.

Status: **The Court entered the Order granting the Motion. The Debtors have filed a Certification of Counsel requesting the Court enter an Amended Order. This matter will not be going forward.**

4. Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed June 5, 2009) (Docket No. 1303)

Related Document(s):

    (a)    Certification of No Objection Regarding Motion Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 for Entry of an Order Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Proceedings (Filed June 22, 2009) (Docket No. 1599)

    (b)    **Order Pursuant to 28 U.S.C. § 1452 and Bankruptcy Rules 9006(b) and 9027 Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Relating to the Debtors' Chapter 11 Proceedings (Entered June 24, 2009) (Docket No. 1613)**

Objection Deadline: June 18, 2009 at 4:00 p.m.

Responses Received: None.

Status: **The Court entered the Order granting the Motion. This matter will not be going forward.**

## CONTESTED MATTERS NOT GOING FORWARD

5. Application for an Order Authorizing Debtors to Retain and Employ Ernst and Young LLP to Provide (I) Valuation and Business Modeling Services and (II) Market Survey Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to May 31, 2009 (Filed June 5, 2009) (Docket No. 1298)

    Related Document(s):

    Objection Deadline: June 18, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to 12:00 p.m. (noon) on June 22, 2009 for the United States Trustee.

    Responses Received: None.

    Status:   The United States Trustee has informally raised certain issues concerning the Application, and the Debtors and the Applicant are addressing those issues. The Debtors and the Applicant expect that the issues can be resolved consensually, and that the Debtors will thereafter submit a proposed order under certification of counsel. This matter will not be going forward.

## CONTESTED MATTERS GOING FORWARD

6. Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

    Objection Deadline: March 5, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

    Responses Received:

    (a) Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

    (b) Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

    **Status:   This matter is being adjourned until the July 28, 2009 hearing. This matter will not be going forward.**

46429/0001-5755003v3

7. Motion of Jayne Clement for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code to Allow for Prosecution of a Pre-Petition Class Action in the Superior Court of California, County of Los Angeles (Filed May 22, 2009) (Docket No. 1233)

   Related Document(s):

   (a) Notice of Hearing for Relief from Stay (Filed June 1, 2009) (Docket No. 1275)

   (b) Amended Motion for Relief from Stay to Prosecute Pre-Petition Suits (Filed June 8, 2009) (Docket No. 1307)

   (c) Reply Brief to Debtors Objections to Jayne Clement's Motion for Relief from the Automatic Stay (Filed June 22, 2009) (Docket No. 1597)

   Objection Deadline: June 18, 2009 at 4:00 p.m.

   Responses Received:

   (a) Debtor's Objection to the Amended Motion of Jayne Clement for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1586)

   (b) Joinder of the Official Committee of Unsecured Creditors in the Debtor's Objection to the Amended Motion of Jayne Clement for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1589)

   Status: This matter will be going forward.

8. Motion for Entry of an Order Authorizing Debtors to (I) Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Set Cure Amounts with Respect Thereto (Filed June 5, 2009) (Docket No. 1306)

   Related Document(s):

   (a) Notice of Filing Revised Proposed Order and Revised Exhibit to Motion for Entry of an Order Authorizing Debtors to (I) Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Set Cure Amounts with Respect Thereto (Filed June 19, 2009) (Docket No. 1595)

   (b) **Certification of Counsel Regarding Motion for Entry of an Order Authorizing Debtors to (I) Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Set Cure Amounts with Respect Thereto (Filed June 24, 2009) (Docket No. 1621)**

   Objection Deadline: June 18, 2009 at 4:00 p.m.

5

Responses Received:

(a) AAT Communications LLC's Objection (Filed June 17, 2009) (Docket No. 1576)

(b) Limited Objection of Lauderdale River, Inc., to Debtors' Motion for Entry of an Order Authorizing Debtors to (I) Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to 365 of the Bankruptcy Code, and (II) Set Cure Amounts with Respect Thereto [Re Docket No. 1306] (Filed June 18, 2009) (Docket No. 1584)

(c) Informal e-mail inquiry from Viola Industries (Dated June 16, 2009)

(d) AAT Communications LLC's letter withdrawing Objection (Dated June 19, 2009) (Docket No. TBD)

**Status: The Debtors have filed a Certification of Counsel together with a further revised proposed order. This matter will not be going forward unless otherwise directed by the Court.**

9. Motion for Relief from Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 9, 2009) (Docket No. 1325)

Related Document(s):

(a) Reply to Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 22, 2009) (Docket No. 1598)

(b) **Notice of Filing of Exhibits to Declaration of Warren Beatty Filed in Support of Reply to Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 24, 2009) (Docket No. 1622)**

Objection Deadline: June 18, 2009 at 4:00 p.m.

Responses Received:

(a) Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1587)

(b) Joinder of the Official Committee of Unsecured Creditors in the Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1588)

46429/0001-5755003v3

Status:   This matter will be going forward.

10. Warren Beatty's Motion to Stay Discovery (Adv. Case No. 09-50486) (Filed June 9, 2009) (Adv. Docket No. 23)

   Related Document(s):

   (a) Amended Notice of Defendant Warren Beatty's Motion to Stay Discovery (Filed June 9, 2009) (Adv. Docket No. 24)

   (b) Defendant Warren Beatty's Reply to Tribune Media Services, Inc.'s Objection to Motion to Stay Discovery (Filed June 22, 2009) (Adv. Docket No. 31)

   Objection Deadline:  June 18, 2009 at 4:00 p.m.

   Responses Received:

   (a) Debtor Tribune Media Services, Inc.'s Objection to Defendant Warren Beatty's Motion to Stay Discovery (Filed June 18, 2009) (Adv. Docket No. 28)

   (b) Joinder of the Official Committee of Unsecured Creditors in Debtor Tribune Media Services, Inc.'s Objection to Defendant Warren Beatty's Motion to Stay Discovery (Filed June 18, 2009) (Adv. Docket No. 29)

   Status:   This matter will be going forward.

**PRE-TRIAL CONFERENCE**

11. Pre-Trial Conference regarding Adversary Complaint for Declaratory Judgment and Injunctive Relief by Tribune Company against Dan Neil, Corie Brown, Henry Weinstein, Walter Roche, Jr., Myron Levin, Julie Makinen (Adv. Proc. No. 09-50445) (Filed March 13, 2009) (Adv. Docket No. 1)

   Related Document(s):

   (a) Summons and Notice of Pre-Trial Conference (Filed March 13, 2009) (Adv. Docket No. 3)

   (b) Notice of Rescheduled Pre-Trial Conference (Filed May 1, 2009) (Adv. Docket No. 14)

   Response Deadline:  April 22, 2009 at 4:00 p.m.

Responses Received:

(a) Defendants' Answer to Adversary Complaint for Declaratory Judgment and Injunctive Relief (Filed April 13, 2009) (Adv. Docket No. 12)

Status: This matter was adjourned from the April 30, 2009 hearing. This matter will be going forward as status conference only.

Dated: June 24, 2009

SIDLEY AUSTIN LLP

Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ___/s/___
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Attorneys for Debtors and
Debtors in Possession

46429/0001-5755003v3