# EXHIBIT A

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | 150 S.E. 2nd Ave. (WaMu Office Tower) | Miami | FL | 33131 | United States | $ - | Tribune Media Net, Inc. | 150 Americas Center, LLC |
| | 2 | | 1670 Broadway | Denver | CO | 80202 | United States | $ - | KWGN, Inc. | 1670 Broadway Investors |
| | 3 | | 1920 Colorado Ave. | Santa Monica | CA | 90404 | United States | $ - | LA Times Communications LLC | 1920 Colorado, Inc. |
| | 4 | | One Corporate Center | Hartford | CT | 06103 | United States | $ - | Tribune Television Company | 20 Church Street, LLC |
| | 5 | | One Corporate Center (WTIC-TV) | Hartford | CT | 06103 | United States | $ 2,241.18 | Tribune Television Company | 20 Church Street, LLC |
| | 6 | Amendment | 220 East 42nd Street | New York | NY | 10017 | United States | $ 4,371.44 | Tribune Television Holdings, Inc. | 220 News Building LLC |
| | 7 | | 220 East 42nd St. | New York | NY | 10017 | United States | $ 5,473.47 | Tribune Company | 220 News Building LLC |
| | 8 | Amendment | 220 E 42 St | New York | NY | 10017 | United States | $ 149,269.02 | WPIX, Inc. | 220 News LLC c/o The Witkoff Group LLC |
| | 9 | | 315 Trumbull Street | Hartford | CT | | United States | $ 1,420.27 | Tribune Television Company | 315 Trumbull Street Associates, LLC |
| | 10 | | 300 Clubhouse Road | Hunt Valley | MD | 21031 | United States | $ 6,171.26 | The Baltimore Sun Company | 40 Clubhouse, LLC |
| | 11 | | 41 E. Plaza Dr | Westmont | IL | 60559 | United States | $ - | Chicago Tribune Company | 41 Plaza Partners, c/o Charles Saporito, Jr. |
| | 12 | | 45 Northwest Dr. | Plainville | CT | | United States | $ - | The Hartford Courant Company | 45 Northwest Drive, LLC |
| | 13 | Amendment | 1900 E 15th St. | Los Angeles | CA | 90021 | United States | $ 2,013.54 | LA Times Communications LLC | 9090 Enterprises |
| | 14 | | ENG MXW Site | Olivette | MO | 63132 | United States | $ - | KPLR, Inc. | 9566 Partners LLC |
| | 15 | | 153 East 53rd Street (Citicorp Microwave-AAT Comm.) | New York | NY | 10043 | United States | $ 9,548.38 | WPIX, Inc. | AAT Communications, LLC |
| | 16 | | 1012 Airpark Drive | Sugar Grove | IL | 60554 | United States | $ - | Chicago Tribune Company | AeroPark LLC |
| | 17 | | Alpine Tower-Microwave and Back up Trans | Alpine | NJ | | United States | $ 105.67 | WPIX, Inc. | Alpine Tower Company |
| | 18 | | 900 Recycling Point | Longwood | FL | | United States | $ - | Orlando Sentinel Communications | American Industrial Center, Ltd. |
| | 19 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | Tribune Television New Orleans Inc | American Tower |
| | 20 | | 3210 Olds Berman Hwy | New Orleans | LA | 70114 | United States | $ 5,633.52 | Tribune Television New Orleans Inc | American Tower |
| | 21 | | 3690 East Crest Road | Palo Verdes | CA | 90274 | United States | $ 2,206.45 | KTLA, Inc. | American Tower Asset Sub, LLC |
| | 22 | | 329 Domino Ln | Philadelphia | PA | 19128 | United States | $ 12,471.90 | Tribune Television Company | American Tower Corporation |
| | 23 | | 1401 E. 95th St. | Chicago | IL | 60628 | United States | $ - | Chicago Tribune Company | Ashley Capital, LLC |
| | 24 | | 39-14-41 North Latitude, 118-35-48 West Longitude | Oat Mountain | CA | | United States | $ 914.51 | KTLA, Inc. | ATC Holding, Inc. - Broadcast Tower Group |
| | 25 | | 11115 Vanowen | North Hollywood | CA | 91605 | United States | $ - | LA Times Communications LLC | Avalon Investment Co. |
| | 26 | | B & N HOLDINGS / BELLINGHAM TOWER SPACE LEASE | Unknown | WA | | United States | $ - | Tribune Television Northwest, Inc. | B and N Holdings |
| | 27 | | 40 Media Drive | Queensbury | NY | 12801 | United States | $ - | Tribune Media Services, Inc. | BBL Tribune, LLC |
| | 28 | | 1910 Avenue H, Reavis Barracks Road | St. Louis | MO | | United States | $ 23,569.34 | KPLR, Inc. | Belo |
| | 29 | | 2935 E. Clear Lake Ave. | Springfield | IL | 62702 | United States | $ - | Chicago Tribune Company | Bergen Park Place, LLC |
| | 30 | | 3128 Redhill Ave (NEW) | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | bkm 3128 Redhill Associates, LLC |
| | 31 | | 3128 Redhill Ave | Costa Mesa | CA | 92626 | United States | $ - | LA Times Communications LLC | BKM 3128 REDHILL ASSOC LLC |
| | 32 | | 150 Church Street | Addison | IL | 60101 | United States | $ - | Chicago Tribune Company | Bloomingdale Enterprises I, LLC |
| | 33 | | Hesperia, Blue Lake Fine Arts Camp, - Translator 5 | Greenwood Twp | MI | | United States | $ - | Tribune Television Holdings, Inc. | Blue Lake Fine Arts Camp |
| | 34 | Amendment | 3026 SW 42nd Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. |
| | 35 | | 6400 Park of Commerce Boulevard | Boca Raton | FL | 33487 | United States | $ - | Sun-Sentinel Company | Boca Warehousing Inc. & Auke Bay Co. Profit Sharin |
| | 36 | | 701 Bridge Street | Lehighton | PA | 18235 | United States | $ - | The Morning Call, Inc. | Body and Soul Storage |
| | 37 | | 28457 N. Ballard Dr. | Lake Forest | IL | 60045 | United States | $ - | Chicago Tribune Company | Bradley 1000 LLC |
| | 38 | Amendment | 233 & 241 N. Westmoreland Avenue | Hollywood | CA | | United States | $ - | LA Times Communications LLC | Braver and Sauer Investments |
| | 39 | | 100 Oceangate Blvd, Suite 1200 | Long Beach | CA | 90802 | United States | $ - | LA Times Communications LLC | Broadway Southern California Executive Suites, LLC |
| | 40 | | Triton Ct., 14 Finsbury Sq. | London | | | England | $ - | Los Angeles Times International, Lt | Buhal Leasing Limited |
| | 41 | | 1150 Davis Rd. #C | Elgin | IL | 60123 | United States | $ - | Tribune Company | Burnidge Properties, Ltd. |
| | 42 | Amendment | 4935 Park Ridge Blvd #2 and 3 | Boynton Beach | FL | | United States | $ - | Sun-Sentinel Company | Butters Construction & Development, Inc. |
| | 43 | Amendment | 1942 Bethel Road | Westminster | MD | 21158 | United States | $ 2,463.00 | The Baltimore Sun Company | C & P Properties, LLC |
| | 44 | | CalTrans RTMC Site | Rancho Cordova | CA | | United States | $ - | Channel 40, Inc. | CalTrans |
| | 45 | Amendment | 701 Corp Center Dr. | Pomona | CA | | United States | $ - | LA Times Communications LLC | Canyon Corporate Centre Ltd. |
| | 46 | Amendment | 18105 Bishop Ave | Carson | CA | | United States | $ - | LA Times Communications LLC | Carson Dominquez Properties, LP |
| | 47 | Amendment | 1830 Moen Avenue | Fullerton | CA | 92833 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| | 48 | | 551 Burning Tree Rd | Ontario | CA | 91761 | United States | $ - | LA Times Communications LLC | Catellus Development Corporation |
| | 49 | | 5555 E Inland Empire Blvd | Romeoville | IL | 60446 | United States | $ - | Chicago Tribune Company | Cawley Chicago Commercial Real Estate Company |
| | 50 | | 320 RocBaar Dr. | Miami | FL | 33169 | United States | $ 34,306.35 | Channel 39, Inc. | CBS, Inc. |
| | 51 | | WFOR (CBS TV STATIONS) | Chesterton | IN | 46304 | United States | $ - | Chicago Tribune Company | CCT, LLC |
| | 52 | | 781 Michael Dr. | Unknown | UN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Central Lincoln PUD |
| | 53 | | Central Lincoln PUD / Otter Crest Tower Translator | Crego Hill | WA | | United States | $ - | Tribune Television Northwest, Inc. | Centralia School District |
| | 54 | Amendment | Crego Hill Translator | Chicago | IL | 60646 | United States | $ 18,528.85 | Tribune Company | CF 4242 Bryn Mawr LLC |
| | 55 | | 4242 W. Bryn Mawr | Cedar Creek Twp | MI | | United States | $ 787.86 | Tribune Television Holdings, Inc. | Citadel Broadcasting |
| | 56 | | Twin Lake, Citadel Broadcasting Co | Rockdale | IL | 60436 | United States | $ - | Chicago Tribune Company | Citizens First National Bank |
| | 57 | Amendment | 1830 Moen Avenue | Chicago | IL | | United States | $ - | Chicago Tribune Company | City Center Properties, LLC |
| | 58 | Amendment | 2820 West 48th Place | Portage | IN | 46368 | United States | $ - | Chicago Tribune Company | Clark Northwest Partners, LP |
| | 59 | | 6675 Daniel Burnham Drive | York | PA | 17406 | United States | $ - | N/A | CMP Merger Co. |
| | 60 | | 5396 Brummer Lane | Crystal Lake | IL | 60014 | United States | $ - | Chicago Tribune Company | Cobalt Industrial REIT |
| | 61 | Amendment | 450 E. Congress Prk. | Arlington | TX | 76011 | United States | $ - | Tribune Media Services, Inc. | Collins St. Properties, LLC |
| | 62 | | 2201 N. Collins | Harrisburg | PA | | United States | $ - | The Morning Call, Inc. | Commonwealth of PA |
| | | | Dept of General Svcs 503 N Office Bldg | | | | | | | |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 63 | | Communications Leasing-Microwave | Glen Oaks | NY | | United States | $ - | WPIX, Inc. | Communications Leasing, Inc. |
| | 64 | | WTXX DT20 Rattlesnake Mountain | Farmington | CT | | United States | $ - | WTXX | Communications Site Management LLC |
| | 65 | | Rattlesnake Mountain | Farmington | CT | | United States | $ - | The Hartford Courant Company | Communications Site Management LLC |
| | 66 | | WTIC DT31 Rattlesnake Mountain | Farmington | CT | | United States | $ - | Tribune Television Company | Communications Site Management LLC |
| | 67 | | 6136 Hanging Moss Road | Orlando | FL | 32807 | United States | $ - | Orlando Sentinel Communications | COP-Hanging Moss, LLC |
| | 68 | | Tres Picos No. 65 | Col. Polanco | | | Mexico | $ - | LA Times Communications LLC | Corporacion Millenium S.A. de C.V. |
| | 69 | | Craig Hooper/Bow Mountain | Bow Mountain | UN | | United States | $ - | KWGN, Inc. | Craig H Cooper |
| | 70 | | 27525 Newhall Ranch Road | Valencia | CA | 91355 | United States | $ 366.75 | LA Times Communications LLC | Crenshaw 3840 Partners, LLC |
| | 71 | | Off Gorgonio Road | Snow Peak | CA | 90220 | United States | $ - | KTLA, Inc. | Crown Castle |
| | 72 | | Site Address N/A | Bald Mountain | CA | | United States | $ 912.49 | Channel 40, Inc. | Crown Castle |
| | 73 | | Site Address: 7157 Divide Road, Bldg. 18 | Santiago Peak | CA | 92728 | United States | $ 249.42 | KTLA, Inc. | Crown Castle International Corp. |
| | 74 | Amendment | 8200 Lehigh Ave. | Morton Grove | IL | 60053 | United States | $ - | Chicago Tribune Company | CRP Holdings C, L.P. |
| | 75 | | 900 Chapel St. | New Haven | CT | 06510 | United States | $ - | The Hartford Courant Company | CSD Tower, LLC |
| | 76 | | 1805 Industrial Park, Unit 4 | Normal | IL | 61761 | United States | $ - | Chicago Tribune Company | Custom Leasing LLC |
| | 77 | | 60 Industrial Park Road West | Tolland | CT | 06084 | United States | $ - | The Hartford Courant Company | D.H.D. LLC |
| | 78 | | 1300 Storm Parkway | Los Angeles | CA | 90501 | United States | $ - | LA Times Communications LLC | Davis Partners LLC |
| | 79 | Amendment | 1500 North Florida Mango Road | West Palm Beach | FL | 33409 | United States | $ - | Sun-Sentinel Company | DCM and Associates |
| | 80 | | 328 Dietz Ave. | DeKalb | IL | 60115 | United States | $ - | Chicago Tribune Company | Dietz Park |
| | 81 | | 1920 Dean St. | St. Charles | IL | 60174 | United States | $ - | Chicago Tribune Company | Driessen Properties |
| | 82 | | 272 Broadhead Road, Suite 400 | Bethlehem | PA | 18017 | United States | $ - | The Morning Call, Inc. | DTC 272 Brodhead, LLC; Dunns; Centurion Eagle, LLC |
| | 83 | | 2250 Ball Drive, Lakeside 3 | Maryland Heights | MO | 63146 | United States | $ - | KPLR, Inc. | Duke Realty Limited Partnership |
| | 84 | Amendment | 373 E. Main St. | Middletown | CT | | United States | $ - | The Hartford Courant Company | Dyana E. Fonda |
| | 85 | Amendment | 1200 Marlborough Ave | Riverside | CA | | United States | $ - | LA Times Communications LLC | Edward F. Ruiz |
| | 86 | | 350 Fifth Avenue | New York | NY | 10118 | United States | $ 21,457.63 | WPIX, Inc. | Empire State Building Company, LLC |
| | 87 | Amendment | 2420 Emrick Blvd. | Bethlehem | PA | 18020 | United States | $ - | The Morning Call, Inc. | Emrick Business Center, LLC |
| | 88 | Amendment | 321 So. Goolsby Blvd. | Deerfield Beach | FL | 33442 | United States | $ - | Sun-Sentinel Company | Enduring Investments Corp. |
| | 89 | | 411 North 14th Street | Leesburg | FL | 34748 | United States | $ - | Orlando Sentinel Communications | ERA, Tom Grizzard, Inc. |
| | 90 | | 73 Blue Ridge Site, Building 2 | Wrightwood | CA | 93563 | United States | $ - | KTLA, Inc. | Falcon Cablevision Limited Partnership |
| | 91 | | 6525 Main Street | Gloucester | VA | 23061 | United States | $ - | The Daily Press, Inc. | Felton Smith Graham |
| | 92 | Amendment | 2250 Union Place | Simi Valley | CA | | United States | $ - | LA Times Communications LLC | First Union Investment Company |
| | 93 | | Florida Citrus Bowl, Skybox No. 12 | Orlando | FL | 82805 | United States | $ - | Orlando Sentinel Communications | Florida Citrus Sports Events, Inc. |
| | 94 | Amendment | 336 E. College Ave. | Tallahassee | FL | 32301 | United States | $ - | Orlando Sentinel Communications | Florida Press Association, Inc. |
| | 95 | | 3333 San Fernando Rd | Los Angeles | CA | 90065 | United States | $ - | LA Times Communications LLC | Forest Lawn Cemetery Association |
| | 96 | Amendment | 7035 Schantz Rd. | Allentown | PA | 18106 | United States | $ - | The Morning Call, Inc. | Franklin Schantz Associates, L.P. |
| | 97 | | Roof Space - Fred A. Smith Company | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | Fred A. Smith Company |
| | 98 | Amendment | 536-568-616 Atrium Drive | Vernon Hills | IL | | United States | $ - | Chicago Tribune Company | GABCO VH2, LLC |
| | 99 | | One Galleria Blvd. | Metairie | LA | 70001 | United States | $ 4,264.50 | Tribune Television New Orleans, In | Galleria Operating Co., LLC |
| | 100 | | 6631 North Sidney Place | Glendale | WI | 53209 | United States | $ - | Chicago Tribune Company | Glendale Business Center, LLC |
| | 101 | | GORST SELF STORAGE / TRANSMITTER SUPPLIES STORAGE | GORST | WA | 98122 | United States | $ - | Tribune Television Northwest, Inc. | Gorst Self Storage |
| | 102 | Amendment | 550 East Ave P. | Palmdale | CA | 90746 | United States | $ 149.35 | The Baltimore Sun Company | Granco Enterprises and William C. Janet Pratt III |
| | 103 | | GRAYS HARBOR RADIO / TOWER SPACE LEASE | ABERDEEN | WA | | United States | $ - | Newspaper Readers Agency, Inc. | Grays Harbor Radio, Inc. |
| | 104 | | 365 Broad St. & 11 Flower St./Parking lots | Hartford | CT | | United States | $ - | Tribune Television Northwest, Inc. | Greater Hartford Flood Commission |
| | 105 | | 12531 Worcester Hwy | Bishopville | MD | | United States | $ - | The Hartford Courant Company | Greenridge Warehouse and Mini Storage |
| | 106 | | 1700 - 1740 W. Florist Ave. | Glendale | WI | 53209 | United States | $ - | The Baltimore Sun Company | H & S Properties |
| | 107 | | 200 Adams St. | Manchester | CT | | United States | $ - | Tribune Media Services, Inc. | H.J.M. Realty |
| | 108 | | 700 Plaza Drive | Secaucus | NJ | 07094-3688 | United States | $ - | The Hartford Courant Company | Harmon Meadow Plaza, Inc. |
| | 109 | | 1618 18th Ave. | Seattle | WA | 98122 | United States | $ - | WPIX, Inc. | Hearing, Speech, and Deafness Center |
| | 110 | | 2105 Emmorton Park Road | Edgewood | MD | 21041 | United States | $ - | Tribune Television Northwest, Inc. | Hill Management Services, Inc. |
| | 111 | | 507 State St. | Ottawa | IL | 61350 | United States | $ - | Newspaper Readers Agency, Inc. | Hoffman, Mueller and Creedon, PTR |
| | 112 | | 5540 W. Century | Los Angeles | CA | | United States | $ - | LA Times Communications LLC | IAC Aviation L.L.C. |
| | 113 | | KOZI / CHELAN BUTTE | Chelan Butte | WA | | United States | $ - | Tribune Television Northwest, Inc. | Icicle Broadcasting Inc. |
| | 114 | | 1626 Northwind Parkway | Hobart | IN | 46342 | United States | $ - | Chicago Tribune Company | Indiana Land Becknell Investors, LLC |
| | 115 | Amendment | 221 N. Brand Blvd. | Glendale | CA | 91203 | United States | $ - | LA Times Communications LLC | Interstate Properties Associates |
| | 116 | Amendment | 5051 Commerce Drive | Baldwin Park | CA | 91706 | United States | $ - | LA Times Communications LLC | Isadore Samuel Socransky & Socransky Family Trust |
| | 117 | Amendment | 27831 Center Dr | Mission Viejo | CA | | United States | $ - | LA Times Communications LLC | J. Ahzarabl Investors LLC |
| | 118 | | 440 Oakwood Rd. | Lake Zurich | IL | 60047 | United States | $ - | Chicago Tribune Company | J.R. Hillman Irrevocable Trust No. 2 |
| | 119 | | Micro Relay Site | Manastash Ridge | WA | | United States | $ - | Tribune Company | Jack Eaton |
| | 120 | Amendment | 311 Ed Wright Lane | Newport News | VA | 23606 | United States | $ - | The Daily Press, Inc. | Jefferson Office Warehouse II, LLC |
| | 121 | | 2948 N. Western Ave. | Chicago | IL | 60618 | United States | $ - | Newspaper Readers Agency, Inc. | Jesus People USA Full Gospel Ministries |
| | 122 | | 19500 Victor Parkway | Livonia | MI | 48152 | United States | $ 16.33 | Chicago Tribune Newspapers, Inc. | JFK Investment Company, LLC |
| | 123 | | 17700 Newhope St. | Fountain Valley | CA | 92708 | United States | $ - | LA Times Communications LLC | JKS-CMFV, LLC |
| | 124 | | 3501 Union Street | Lafayette | IN | 47905 | United States | $ - | Chicago Tribune Company | Joe T. Richardson |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 125 | | Kennedy Space Center | Kennedy Space Center | FL | 32899 | United States | $ - | Orlando Sentinel Communications | John F. Kennedy Space Center |
| | 126 | | 8185 Commerce Dr. | Loves Park | IL | 61111 | United States | $ - | Chicago Tribune Company | Johnson Family Trust |
| | 127 | | 2420 79th Ave | Everett | WA | | United States | $ - | Tribune Television Northwest, Inc. | Jon Kimmons |
| | 128 | | 12236 McCann Dr | Santa Fe | CA | | United States | $ 2,375.44 | LA Times Communications LLC | Kendrick/McCann LP |
| | 129 | Amendment | 3500 179th Street | Hammond | IN | 46323 | United States | $ - | Chicago Tribune Company | Krosan Development, LLC |
| | 130 | | 80 Darling Dr. | Avon | CT | 06001 | United States | $ - | The Hartford Courant Company | L & L Realty, LLC |
| | 131 | | 3166 Via Colinas | Westlake Village | CA | 91362 | United States | $ - | LA Times Communications LLC | L/B Via Colinas LLC |
| | 132 | Amendment | 1201 Donegan Avenue | Kissimmee | FL | 34744 | United States | $ - | Orlando Sentinel Communications | Lake James, LLC |
| | 133 | | WTTK Microwave Relay | Westfield | IN | | United States | $ - | Tribune Broadcast Holdings, Inc. | Lattice Communications LLC |
| | 134 | | 200 East Las Olas Blvd. (New River Center) | Ft. Lauderdale | FL | 33301 | United States | $ 8,025.67 | Sun-Sentinel Company | Lauderdale River, Inc. |
| | 135 | | 313 W. Liberty | Lancaster | PA | 17603 | United States | $ - | Tribune Television Company | Liberty Property Holdings, L.P. |
| | 136 | | 5091 4th Street | Irwindale | CA | | United States | $ - | California Community News Corp/LAT Finance L.P. | |
| | 137 | | Oakbrook Terrace - Microwave/camera site | Oakbrook Terrace | IL | | United States | $ - | WGN Continental Broadcasting Co | Long Ridge Office Portfolio |
| | 138 | | 8920 58th Place, Suite 600 | Kenosha | WI | 53144 | United States | $ - | Chicago Tribune Company | M and F Riley, LLC |
| | 139 | | Doppler Radar Site | Neah Bay | WA | | United States | $ - | Tribune Television Northwest, Inc. | Makah Indian Tribe |
| | 140 | | 5270 W Copley Rd. | Whitehall | PA | | United States | $ - | The Morning Call, Inc. | Marakovits Family, LLC |
| | 141 | | McGraw-Hill - Transmitter Site | San Diego | CA | | United States | $ - | KSWB, Inc. | McGraw-Hill Broadcasting |
| | 142 | | Site Address: 24574 W. Saddle Peak | Saddle Peak | CA | 90265 | United States | $ 3,465.00 | KTLA, Inc. | Meridian Communications North |
| | 143 | | Site Address: 34-23-10 Latitude, 118-19-43 Longitude | Magic Mountain | CA | | United States | $ 471.00 | KTLA, Inc. | Meridian Communications North |
| | 144 | | Site Address: 34-19-32 Latitude, 119-02-18 Longitude | South Mountain | CA | | United States | $ - | KTLA, Inc. | Meridian Communications North |
| | 145 | | Site Address: 34-31-16 Latitude, 119-58-39 Longitude | Santa Ynez | CA | | United States | $ 142.26 | KTLA, Inc. | Meridian Radio Sites |
| | 146 | | 1981 Moreland Pky | Annapolis | MD | 21401 | United States | $ 395.92 | The Baltimore Sun Company | Merritt-GB1, LLC |
| | 147 | | 58 N. Chicago St. | Joliet | IL | 60432 | United States | $ - | Chicago Tribune Company | MGM Management, Inc. |
| | 148 | | Rear of 326-328 W. Broad St. (2 Parking Spaces) | Quakertown | PA | 18951 | United States | $ - | The Morning Call, Inc. | Michael S. Yalowitz |
| | 149 | | 1717 Penny Ln. | Schaumburg | IL | 60173 | United States | $ 467.11 | Chicago Tribune Company | MLRP Penny Lane LLC |
| | 150 | | 2001 N. Front St. | Harrisburg | PA | 17102 | United States | $ - | Tribune Television Company | Morgan Manor Residencies, Inc. |
| | 151 | | Grand Rapids Housing Comm | Grand Rapids | MI | | United States | $ - | Tribune Television Holdings, Inc. | Mt. Mercy United Partnership |
| | 152 | | 6501 Nob Hill Rd. | Tamarac | FL | | United States | $ 828.62 | Sun-Sentinel Company | N&S Butters |
| | 153 | | Beijing Office (LA Times Beijing Office) | Beijing | | | China | $ - | LA Times Communications LLC | N/A |
| | 154 | | Flower St./Parking lot | Hartford | CT | | United States | $ - | The Hartford Courant Company | National Railroad Passenger Corporation |
| | 155 | | 221 East Josephine St. | Chalmette | LA | 70043 | United States | $ - | Tribune Television New Orleans, Inc | New Orleans Hearst/Argyle |
| | 156 | | One Apollo Drive | Glens Falls | NY | 12804 | United States | $ - | Tribune Media Services, Inc. | Niagara Mohawk Power Corporation |
| | 157 | | 16715 Schoenborn | North Hills | CA | 91343 | United States | $ - | LA Times Communications LLC | NORTH HILLS INDUSTRIAL PARK, INC |
| | 158 | Amendment | 505 Northwest Ave. - Tribune Direct | Northlake | IL | | United States | $ - | Tribune Direct Marketing, Inc. | Northlake Property, LLC |
| | 159 | | W Peak of Gold Mountain | Kitsap City | WA | | United States | $ 11,530.12 | Tribune Television Northwest, Inc. | Olympic Resources Management |
| | 160 | | 9108 Yellow Brick Road | Rossville | MD | 21237 | United States | $ 1,280.02 | The Baltimore Sun Company | OZ LLC |
| | 161 | | 902 N. Calumet | Valparaiso | IN | 46383 | United States | $ - | Chicago Tribune Company | PAC Investments, LLC |
| | 162 | | 26047 Jefferson Ave | Murrieta | CA | 92567 | United States | $ - | LA Times Communications LLC | Pasadena-MT Partners, L.P. |
| | 163 | | 714 Schuyler | Peru | IL | 61354 | United States | $ - | Newspaper Readers Agency, Inc. | Paul E. and Rosalyn K. Koyak |
| | 164 | | 2121 Wisconsin | Washington | DC | 20036 | United States | $ 33,677.73 | WDCW Broadcasting, Inc. | 2121 Capital Associates, LLC |
| | 165 | Amendment | 101 Phoenix Ave. | Enfield | CT | | United States | $ - | The Hartford Courant Company | Phoenix Avenue Realty LLC |
| | 166 | | Pinnacle Towers/Microwave Recv Site | Unknown | UN | | United States | $ - | Tribune Television New Orleans Inc | Pinnacle Towers Inc. |
| | 167 | | 2839 Paces Ferry Road, Suite 1105 | Atlanta | GA | 30339 | United States | $ 2,335.30 | Chicago Tribune Newspapers, Inc. | PKY Fund Atlanta II, LLC |
| | 168 | Amendment | 8966 Comanche Ave | Chatsworth | CA | | United States | $ 9,590.17 | LA Times Communications LLC | RR Crane Investment Corporation |
| | 169 | | 874 Eagle Drive | Bensenville | IL | 60106 | United States | $ 1,900.00 | Chicagoland Publishing Company | RREEF America Reit II Corp. D |
| | 170 | | 875 Geneva Parkway N | Lake Geneva | WI | 53147 | United States | $ - | Chicago Tribune Company | Plas-Tech Engineering, Inc. |
| | 171 | | 3585 N.W. 54th Street | Ft. Lauderdale | FL | 33309 | United States | $ - | Sun-Sentinel Company | Samuel Butters |
| | 172 | | 6400 S. Fiddler's Green Circle | Englewood | CO | 80111 | United States | $ - | KWGN, Inc. | Property Colorado OBJLW |
| | 173 | | 4946-50 North University Drive | North Aurora | IL | 60542 | United States | $ - | Sun-Sentinel Company | Samuel Susi |
| | 174 | Amendment | 180 Poplar Pl | Camarillo | CA | 93010 | United States | $ 94.09 | Tribune Broadcast Holdings, Inc. | R.C. Wegman Family, L.P. |
| | 175 | Amendment | 4098 Calle Suerte | Cedar Hill | TX | | United States | $ 10,611.35 | LA Times Communications LLC | R.T. Enterprises |
| | 176 | | Richland Towers, Inc. Towers/Trans | Walnut Grove | CA | 95690 | United States | $ 333.69 | Tribune Television Company | Richland Towers, Inc. |
| | 177 | | 1400 Twin Cities Rd | Salt Lake City | UT | | United States | $ - | Channel 40, Inc. | Rosa Rio, LLC |
| | 178 | Amendment | 10205 Highland | Bloomington | IN | | United States | $ - | Chicago Tribune Company | Royal Wood Associates |
| | 179 | Amendment | 230 West 200 South, Suite 3201 | | | | | | | |
| | 180 | | AAT COMMUNICATIONS / TOWER SPACE LEASE | MAYNARD HILL | WA | | United States | $ - | Tribune Television Northwest, Inc. | SBA Structures |
| | 181 | | 444 Lake Cook Rd. | Deerfield | IL | 60015 | United States | $ - | Chicago Tribune Company | Schnoll And Company, Inc. |
| | 182 | | 444 Seabreeze Boulevard | Daytona Beach | FL | 32118 | United States | $ 91.29 | Orlando Sentinel Communications | Seabreeze Office Associates, LLC |
| | 183 | | 1121 L Street | Sacramento | CA | | United States | $ 377.88 | LA Times Communications LLC | Senator Building, LLC |
| | 184 | | 1350 Blue Hills Ave. | Bloomfield | CT | | United States | $ - | The Hartford Courant Company | SFP Real Estate, LLC |
| | 185 | | 10009 Raven Wood Dr. | St. John | IN | 46373 | United States | $ 4,027.12 | Chicago Tribune Company | SJCT, LLC |
| | 186 | | SMUD Exchange of Wireless Services (Walnut Grove/C | Walnut Grove | CA | | United States | $ - | Channel 40, Inc. | SMUD |

Exhibit A

| Foot Notes | Lease Count | Signed Amendment? | Street | Lease Location City | St | Zip | Country | Cure Amount | Legal Entity on Lease | Landlord Company / Notice Party |
|---|---|---|---|---|---|---|---|---|---|---|
| | 187 | | 9334 Dielman Industrial Drive | St. Louis | MO | 63132 | United States | $ - | KPLR, Inc. | SpectraSite |
| | 188 | | SpectraSite/DTV Tower-XMTR | St. Louis | MO | | United States | $ 8,724.57 | KPLR, Inc. | SpectraSite Broadcast Group, Inc. |
| | 189 | | 921 Mercantile Drive | Hanover | MD | 21076 | United States | $ - | The Baltimore Sun Company | St. John Properties, Inc. |
| | 190 | | 360 Broad Street | Hartford | CT | 06105-3706 | United States | $ - | The Hartford Courant Company | State of Connecticut |
| | 191 | | WASHINGTON STATE DNR | CHELAN BUTTE | WA | | United States | $ - | Tribune Television Northwest, Inc. | State of Washington |
| | 192 | | 1701 Green Road | Deerfield Beach | FL | 33064 | United States | $ - | Sun-Sentinel Company | Sterling Properties FL, LLC |
| | 193 | Amendment | 5800 Sunset Blvd. | Hollywood | CA | 90028 | United States | $ 93,390.06 | KTLA, Inc. | Sunset Studios Holdings, LLC |
| | 194 | | Sylvan Tower Co LLC / Sylvan Tower DTV Transmitter | Portland | OR | 97201 | United States | $ - | KWGN, Inc. | Sylvan Tower Co., LLC |
| | 195 | Amendment | 30 North St. | Park Forest | IL | 60466 | United States | $ - | Chicago Tribune Company | T. L. Swint Industries, Inc. |
| | 196 | | WTIC-TV Talcott Mountain, (Tower/Land) | Avon | CT | | United States | $ - | Tribune Television Company | Talcott Mountain Science Center for Student Involvem |
| | 197 | | 2200 Tech Ct. | Woodstock | IL | 60098 | United States | $ - | Chicago Tribune Company | Tech Court, LLC |
| | 198 | | John Hughes Tower, Parcel 101/55 | Washington | DC | | United States | $ - | WDCW Broadcasting, Inc. | The District of Columbia |
| | 199 | | 7191 Engineer Rd. | San Diego | CA | 92123 | United States | $ - | KSWB, Inc. | The J. David Gladstone Institutes |
| | 200 | Amendment | 1485 Lakeside Dr. | Waukegan | IL | | United States | $ - | Chicago Tribune Company | The Prudential Insurance Company of America |
| | 201 | Amendment | 8439 Stellar Dr | Culver City | CA | | United States | $ 3,779.78 | LA Times Communications LLC | The Richlar Partnership |
| | 202 | Amendment | 904 Ian Mar Court | Clermont | FL | 34711 | United States | $ - | Tribune Company | Thompson-Kocielko Partnership |
| | 203 | | 18400 Crossings Drive | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | Tinley Crossings Corporate Center, Ltd. |
| | 204 | | 125 N. Vinedo | Pasadena | CA | | United States | $ - | LA Times Communications LLC | Trio Associates |
| | 205 | | 13100 East Firestone | Santa Fe Springs | CA | | United States | $ - | LA Times Communications LLC | Two Camellias LLC |
| | 206 | | USDA/Forest Service | Los Angeles | CA | 90189-4183 | United States | $ - | KTLA, Inc. | U.S. Forest Service |
| | 207 | | 111 W. 154th Street | South Holland | IL | 60473 | United States | $ - | Chicago Tribune Company | Union National Bank |
| | 208 | | 12180-B Hesperia Road | Victorville | CA | 92392 | United States | $ - | LA Times Communications LLC | Victor Valley Plaza Co., LLC |
| (1) | 209 | Amendment | 3222 Bunsen Ave | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| (1) | 209 | Amendment | 3223 Golf Course Dr | Ventura | CA | | United States | $ - | LA Times Communications LLC | Viola Industries |
| | 210 | | 8442 W. 183rd Street, Unit #8 | Tinley Park | IL | 60477 | United States | $ - | Chicago Tribune Company | VIP Tinley Park, L.L.C. |
| | 211 | | 330 West 34th Street | New York | NY | | United States | $ 44,516.67 | Tribune New York Newspaper Hold | Vornado 330 West 34th Street LLC |
| | 212 | | John Hancock Center | Chicago | IL | | United States | $ 14,747.99 | WGN Continental Broadcasting Cor | W2007 Golub JHC Realty LLC |
| | 213 | | John Hancock Center | Chicago | IL | 60611 | United States | $ - | Chicagoland Television News, Inc. | W2007 Golub JHC Realty LLC |
| | 214 | | 461 Park Avenue | Lake Villa | IL | 60046 | United States | $ - | Chicago Tribune Company | Wagener Equities, Inc. |
| | 215 | | 624 S. Lincoln | San Bernadino | CA | | United States | $ 4,566.71 | LA Times Communications LLC | Waterman Place |
| | 216 | | 821 West River Place | Kankakee | IL | 60901 | United States | $ - | Newspaper Readers Agency, Inc. | Wayne F. Tholen and Alice J. Tholen |
| | 217 | | 1416 Lee Street | West Point | VA | 23181 | United States | $ - | Virginia Gazette Companies, LLC | West Point Station, LLC |
| | 218 | | Westin Ohare - ENG camera site | Rosemont | IL | 60018 | United States | $ - | WGN Continental Broadcasting Cor | Westin Hotel Ohare |
| | 219 | | Tower Space Lease | Chambersburg | PA | | United States | $ - | WDCW Broadcasting, Inc. | WETA |
| | 220 | | 2100 W. Hubbard St. | Chicago | IL | 60612 | United States | $ - | Chicago Tribune Company | William Kritt & Company |
| | 221 | | 68-900 Perez Rd. | Cathedral | CA | | United States | $ 10,950.34 | LA Times Communications LLC | Wilson and Dalton Incorporated |
| | 222 | | 12315 Rhea Dr. | Plainfield | IL | 60544 | United States | $ - | Chicago Tribune Company | Wolf Creek Business Associates, LLC |
| | 223 | | 1898 E. Burleigh Blvd. | Tavares | FL | | United States | $ - | Orlando Sentinel Communications | Zellwin Farms Company |
| | 224 | Amendment | 7715 W. 99th Street | Hickory Hills | IL | 60457 | United States | $ - | Chicago Tribune Company | Zygmunt Enterprises |

**Notes to Table:**

(1) Two locations governed by one lease.