# EXHIBIT B

**Subject:** FW: 233 Broadcast LLC (Sears Tower)

**From:** Labuda, Jr., Thomas A. [mailto:tlabuda@sonnenschein.com]
**Sent:** Monday, June 22, 2009 11:48 PM
**To:** Hauserman, Bridget
**Cc:** Kansa, Ken; Wowchuk, Stefanie L.
**Subject:** RE: 233 Broadcast LLC (Sears Tower)

That is fine with us. Let's touch base after your client has a chance to go over the numbers. Thanks.

Tom

**From:** Hauserman, Bridget [mailto:bhauserman@sidley.com]
**Sent:** Monday, June 22, 2009 6:23 PM
**To:** Labuda, Jr., Thomas A.
**Cc:** Kansa, Ken
**Subject:** RE: 233 Broadcast LLC (Sears Tower)

Tom,

Our client is running down the numbers of the proposed cure amount that you forwarded. We hope to have an agreement as to the cure amount before the hearing on Wednesday but in the event that we do not, please confirm that your client will agree to extending the deadline to assume the two Sears Tower leases to July 21, 2009. We can then have the 233 Broadcast LLC lease assumptions heard at the hearing on July 16, 2009. We will also give you an extension to July 11, 2009 to file an objection in the event that we do not reach a resolution on the cure amount before that date.

Please confirm that the above is acceptable to your client.

Thanks,

**Bridget Hauserman**
Sidley Austin LLP
787 Seventh Ave | New York | 10019
Tel: 212.839.8608 | Fax: 212.839.5599
Email: bhauserman@sidley.com