# EXHIBIT "C"

# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Expenses | Amount |
| --- | ---: |
| Airfare | $1,976.53 |
| Airfare Service Charge | 191.50 |
| Cab Fare/Ground Transportation | 2,137.56 |
| Lodging | 2,904.80 |
| Meals & Tips | 985.06 |
| Meeting Expenses | 59.13 |
| Other | 86.38 |
| Parking & Tolls | 126.00 |
| Postage/Messenger/Courier | 80.78 |
| **Total Disbursements** | **$8,547.74** |


| Date | Disbursement Description | Amount |
|---|---|---|
| 03/25/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. B Hall | $95.37 |
| 04/05/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall | 74.16 |
| 04/06/09 | Meeting Expenses - - VENDOR: Au Bon Pain Co. Inc. Kevin Carmody Tribune lunch meetings | 59.13 |
| 04/07/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service B Hall | 74.16 |
| 04/10/09 | Airfare Service Charge Kali Chowdhury BCD Travel Agency Fee | 13.00 |
| 04/13/09 | Airfare - - VENDOR: K Carmody ORD - FLL - MCO - ORD 4/13-15 Coach | 816.52 |
| 04/13/09 | Airfare Service Charge K Carmody BCD Travel Agency Fee | 40.00 |
| 04/15/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service K Carmody | 79.78 |
| 04/16/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service M Rule | 74.86 |
| 04/16/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service K Carmody | 79.98 |
| 04/20/09 | Airfare Kali Chowdhury-4/20/09-BURBANK AND SAN FRANCISCO Coach | 15.00 |
| 04/20/09 | Airfare Kali Chowdhury-4/20/09-BURBANK AND SAN FRANCISCO Coach | 506.61 |
| 04/20/09 | Airfare Service Charge Kali Chowdhury BCD Travel Agency Fee | 40.00 |
| 04/20/09 | Cab Fare/Ground Transportation Kali Chowdhury | 72.00 |
| 04/20/09 | Cab Fare/Ground Transportation Kali Chowdhury | 43.85 |
| 04/20/09 | Meals & Tips Kali Chowdhury-Breakfast | 9.22 |
| 04/20/09 | Meals & Tips Kali Chowdhury-Dinner (original cost 59.67; only charged client 50.00) | 50.00 |
| 04/20/09 | Meals & Tips Kali Chowdhury-Lunch | 7.61 |
| 04/21/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur A Leung to SFO airport | 101.20 |
| 04/21/09 | Cab Fare/Ground Transportation Kali Chowdhury | 12.00 |
| 04/21/09 | Cab Fare/Ground Transportation Kali Chowdhury | 11.50 |
| 04/21/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/21/09 | Lodging Kali Chowdhury-Sheraton-San Francisco-4/20/2009-4/23/2009 | 689.00 |
| 04/21/09 | Meals & Tips Kali Chowdhury-Dinner | 22.00 |
| 04/21/09 | Meals & Tips Kali Chowdhury-Lunch | 8.15 |
| 04/21/09 | Meals & Tips Kali Chowdhury-Lunch | 4.00 |
| 04/21/09 | Other Kali Chowdhury | 16.37 |
| 04/22/09 | Meals & Tips Kali Chowdhury-Lunch | 8.40 |
| 04/22/09 | Meals & Tips Kali Chowdhury-Dinner (original cost was 58.41 but only charged client 50.00) | 50.00 |
| 04/22/09 | Meals & Tips Kali Chowdhury-Breakfast | 2.14 |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 04/22/09 | Other Kali Chowdhury | 16.37 |
| 04/23/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.90 |
| 04/23/09 | Cab Fare/Ground Transportation Kali Chowdhury | 12.00 |
| 04/23/09 | Meals & Tips Kali Chowdhury-Breakfast | 2.84 |
| 04/23/09 | Meals & Tips Kali Chowdhury-Dinner | 16.07 |
| 04/24/09 | Airfare Kali Chowdhury-4/28/09-LOS ANGELES AND SAN FRANCISCO Coach | 15.00 |
| 04/24/09 | Cab Fare/Ground Transportation Kali Chowdhury | 32.00 |
| 04/24/09 | Meals & Tips Kali Chowdhury-Dinner | 14.75 |
| 04/24/09 | Meals & Tips Kali Chowdhury-Breakfast | 5.38 |
| 04/24/09 | Meals & Tips Kali Chowdhury-Lunch | 8.40 |
| 04/26/09 | Meals & Tips Albert Leung-Breakfast | 14.03 |
| 04/26/09 | Meals & Tips Albert Leung-Lunch | 8.00 |
| 04/26/09 | Meals & Tips Albert Leung-Lunch | 13.74 |
| 04/27/09 | Airfare Kali Chowdhury-4/27/2009-SAN FRANCISCO AND LOS ANGELES Coach | 144.60 |
| 04/27/09 | Airfare fee Albert Leung-04/27/2009-NYC/SFO | 15.00 |
| 04/27/09 | Airfare Service Charge Kali Chowdhury BCD Travel Agency Fee | 40.00 |
| 04/27/09 | Cab Fare/Ground Transportation Kali Chowdhury | 30.00 |
| 04/27/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 04/27/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/27/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur A Leung from SFO Airport to home | 125.00 |
| 04/27/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. A. Leung to JFK airport | 90.27 |
| 04/27/09 | Lodging Albert Leung-Sheraton-New York-4/23/2009-4/27/20 09 | 639.53 |
| 04/27/09 | Meals & Tips Kali Chowdhury-Dinner | 36.56 |
| 04/27/09 | Meals & Tips Kali Chowdhury-Lunch | 8.50 |
| 04/27/09 | Meals & Tips Albert Leung-Breakfast | 25.36 |
| 04/27/09 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation S Doyle - A Leung | 27.71 |
| 04/27/09 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation S Doyle - A Leung | 27.71 |
| 04/27/09 | Postage/Messenger/Courier - - VENDOR: Federal Express Corporation S Doyle - A Leung | 25.36 |
| 04/28/09 | Airfare Service Charge Albert Leung  BCD Travel Agency Fee | 10.00 |
| 04/28/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/28/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.00 |
| 04/28/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.00 |
| 04/28/09 | Meals & Tips Kali Chowdhury-Dinner (original cost was 60.22 but only charged client 50.00) | 50.00 |
| 04/28/09 | Meals & Tips Kali Chowdhury-Lunch | 8.25 |
| 04/28/09 | Meals & Tips Kali Chowdhury-Breakfast | 2.14 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 04/28/09 | Meals & Tips Albert Leung-Dinner | 29.81 |
| 04/28/09 | Meals & Tips Harold Lee-Lunch-Tribune-Albert Leung; Brad Hall; Harold Lee | 26.72 |
| 04/29/09 | Airfare Harold Lee-05/06/08-BURBANK Coach | 319.20 |
| 04/29/09 | Airfare Service Charge Kali Chowdhury | 14.00 |
| 04/29/09 | Cab Fare/Ground Transportation Harold Lee | 10.00 |
| 04/29/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 04/29/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 04/29/09 | Lodging Kali Chowdhury-Sheraton-San Francisco-4/27/2009-4/29/2009 | 1,383.51 |
| 04/29/09 | Meals & Tips Kali Chowdhury-Lunch | 13.65 |
| 04/29/09 | Meals & Tips Harold Lee-Lunch-Tribune-Brad Hall; Harold Lee; Albert Leung | 18.56 |
| 04/29/09 | Meals & Tips Albert Leung-Dinner | 10.55 |
| 04/29/09 | Meals & Tips Kali Chowdhury-Breakfast | 2.14 |
| 04/29/09 | Meals & Tips Kali Chowdhury-Dinner (original cost was 85.76 but only charged client 50.00) | 50.00 |
| 04/29/09 | Meals & Tips Kali Chowdhury-Lunch | 9.31 |
| 04/30/09 | Airfare Kali Chowdhury-4/30/2009-LOS ANGELES AND SAN FRANCISCO Coach | 144.60 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury from the SF office to the airport | 46.00 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury from office to the hotel | 7.00 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury from SF office to the airport | 55.00 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury from the hotel to the office | 10.00 |
| 04/30/09 | Airfare Service Charge Kali Chowdhury BCD Travel Agency Fee | 40.00 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury | 10.00 |
| 04/30/09 | Cab Fare/Ground Transportation Kali Chowdhury | 32.00 |
| 04/30/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 04/30/09 | Meals & Tips Albert Leung-Dinner | 14.50 |
| 04/30/09 | Meals & Tips Kevin Carmody-Lunch | 11.90 |
| 04/30/09 | Meals & Tips Kali Chowdhury-Dinner | 3.59 |
| 04/30/09 | Meals & Tips Kali Chowdhury-Dinner | 3.64 |
| 04/30/09 | Meals & Tips Kali Chowdhury-Dinner | 20.00 |
| 04/30/09 | Other - - VENDOR: Raindance Communications, Inc. Conference calls 4/30 K Chowdhury | 53.64 |
| 05/01/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/01/09 | Meals & Tips Albert Leung-Dinner | 12.00 |
| 05/04/09 | Airfare Service Charge Albert Leung BCD Travel Agency Fee Refund | -10.00 |
| 05/04/09 | Meals & Tips Albert Leung-Dinner | 15.00 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/04/09 | Parking & Tolls Albert Leung | 18.00 |
| 05/05/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 05/05/09 | Cab Fare/Ground Transportation - - VENDOR: Amm's Car Service K. Carmody to airport | 103.73 |
| 05/05/09 | Meals & Tips Albert Leung-Dinner | 9.85 |
| 05/05/09 | Meals & Tips Kevin Carmody-Breakfast | 2.06 |
| 05/06/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 05/06/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall to airport | 101.20 |
| 05/06/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/06/09 | Cab Fare/Ground Transportation Harold Lee | 12.00 |
| 05/06/09 | Cab Fare/Ground Transportation Harold Lee | 77.00 |
| 05/06/09 | Lodging Harold Lee-Marriott Hotels-Los Angeles-5/6/2009 | 192.76 |
| 05/06/09 | Meals & Tips Harold Lee-Breakfast | 24.25 |
| 05/06/09 | Meals & Tips Albert Leung-Dinner | 11.75 |
| 05/06/09 | Parking & Tolls Young Kim | 18.00 |
| 05/07/09 | Cab Fare/Ground Transportation Harold Lee | 62.25 |
| 05/07/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall | 101.20 |
| 05/07/09 | Cab Fare/Ground Transportation Harold Lee | 58.15 |
| 05/07/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 05/07/09 | Meals & Tips Harold Lee-Dinner | 47.19 |
| 05/07/09 | Meals & Tips Young Kim-Lunch-Tribune-Albert Leung; Young Kim | 13.18 |
| 05/07/09 | Parking & Tolls Harold Lee | 18.00 |
| 05/08/09 | Meals & Tips Albert Leung-Dinner | 18.45 |
| 05/09/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 05/11/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 05/11/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/11/09 | Cab Fare/Ground Transportation Young Kim | 30.00 |
| 05/12/09 | Airfare Service Charge Albert Leung BCD Travel Agency Fee | 4.50 |
| 05/12/09 | Cab Fare/Ground Transportation Alan Holtz | 28.00 |
| 05/12/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/12/09 | Meals & Tips Albert Leung-Dinner | 12.50 |
| 05/12/09 | Meals & Tips Young Kim-Dinner | 15.00 |
| 05/12/09 | Meals & Tips Harold Lee-Lunch-Tribune-Albert Leung; Young Kim; Harold Lee | 28.00 |
| 05/12/09 | Parking & Tolls Alan Holtz | 72.00 |
| 05/13/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/13/09 | Meals & Tips Albert Leung-Dinner | 16.00 |
| 05/14/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/14/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/14/09 | Meals & Tips Albert Leung-Dinner | 17.55 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/15/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/18/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/20/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/21/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/22/09 | Meals & Tips Kevin Carmody-Lunch | 7.78 |
| 05/26/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/26/09 | Cab Fare/Ground Transportation Mark Rule | 15.00 |
| 05/26/09 | Meals & Tips Mark Rule-Dinner | 17.00 |
| 05/26/09 | Meals & Tips Albert Leung-Dinner | 18.00 |
| 05/27/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/27/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/27/09 | Meals & Tips Albert Leung-Dinner | 21.00 |
| 05/28/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 05/28/09 | Meals & Tips Albert Leung-Dinner | 18.59 |
| 05/29/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/29/09 | Meals & Tips Albert Leung-Dinner | 17.00 |
| 05/30/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 05/30/09 | Meals & Tips Albert Leung-Dinner | 30.00 |
| 05/31/09 | Meals & Tips Albert Leung-Dinner | 23.00 |
| | **Total Disbursements** | **$8,547.74** |