# SIGN-IN-SHEET

**CASE NAME:**   **Tribune Company**

**CASE NO.   08-13141-KJC**

**COURTROOM LOCATION: 5**

**DATE:** June 25, 2009

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Adam Landis | Landis Rath & Cobb LLP | Creditors' Committee |
| Jason Porter | Chadbourne & Park LLP | " |
| Gregg Galardi | Skadden Arps | Warren Beatty |
| Jie Fredericks | " | Warren Beatty |
| Joe McMahon | USDOJ | U.S. Trustee |
| Janet Harters | Sidly Asn | Tribune Debtors |
| Michael Doss | | |
| Kate Stickles | Cole Schotz | |
| Tom Driscoll | Bifferato LLC | Neil Plaintiffs |
| | | |
| | | |
| | | |
| | | |

# SIGN - IN - SHEET

**CASE NAME:  Tribune Company**
**CASE NO. 08-13141 -KJC**

**COURTROOM LOCATION:  5**
**DATE:** 6/25/09

## PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Glenn Brown | Real World Law, l c | Clearist |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# Court Conference

Calendar Date: **06/25/2009**

Calendar Time: **10:00 AM**

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

1st Revision 06/24/2009 02:43 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2907005 | David J. Bradford | 312-923-2975 | Jenner & Block, LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2905890 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2905862 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2905835 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2905883 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2905859 | Jill McClelland | (312) 853-5761 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2904060 | Damian Schaible | (212) 450-4580 | Davis Polk & Wardwell | Interested Party, Davis Polk & Wardwell / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2908937 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2908586 | Carney R. Shegerian | (310) 860-0770 | Shegerian & Associates | Creditor, Jayne Clement / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2908546 | Douglas A. Sondgeroth | (312) 222-9350 | Jenner & Block, LLP | Debtor, Tribune Company / LIVE |

CourtConfCal2007