# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

May 1, 2009 through and including May 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 3.90 | $2,320.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 28.40 | $14,910.00 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 24.60 | $9,225.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 28.60 | $10,582.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 9.50 | $2,612.50 |
| Cynthia E. Moh | Associate; admitted DE 2007 | May, 2007 | $250.00 | 1.20 | $300.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 27.60 | $5,520.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | .70 | $126.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 3.30 | $412.50 |
| | | | **Total** | **127.80** | **$46,008.50** |

**Blended Rate:  $360.00**