# EXHIBIT "B"

Official Committee of Unsecured Creditors

June 24, 2009
Account No: 698-001
Statement No: 9626

Tribune Company, et al. bankruptcy

## Task Code Recapitulation

|  |  | **Fees** | **Hours** |
|---|---|---:|---:|
| B100 | Bankruptcy Task Codes | 0.00 | 0.00 |
| B112 | Asset Disposition | 111.00 | 0.30 |
| B120 | Business Operations | 1,011.50 | 1.70 |
| B122 | Case Administration | 2,952.00 | 14.80 |
| B133 | LBO and Related Transactions | 30,355.00 | 70.30 |
| B134 | Hearings | 1,768.00 | 5.80 |
| B136 | LRC Retention & Fee Matters | 3,130.00 | 14.00 |
| B138 | Creditors' Committee Meetings/Communications | 3,682.00 | 8.60 |
| B140 | Creditor Inquiries | 555.00 | 2.40 |
| B144 | Non-LRC Retention & Fee Matters | 1,518.00 | 7.10 |
| B150 | Relief from Stay/Adequate Protection Proceedings | 926.00 | 2.80 |
| **TOTAL** |  | **$46,008.50** | **127.80** |

```
                    Landis Rath & Cobb LLP
                   919 Market Street, Suite 1800
                           PO Box 2087
                       Wilmington, DE 19899
                         (302) 467-4400
                   Federal Tax ID 04-3762200
```

Official Committee of Unsecured Creditors                                       June 24, 2009
                                                                       Account No:   698-001
                                                                       Statement No:     9626

Tribune Company, et al. bankruptcy


### Fees through 05/31/2009

|            |     |      |      |                                                                                                                           | Hours |          |
|------------|-----|------|------|---------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 05/12/2009 | MBM | B112 | A107 | Emails from co-counsel re: cubs sale                                                                                      | 0.30  | 111.00   |
|            |     |      |      | **B112 - Asset Disposition**                                                                                              | 0.30  | 111.00   |
| 05/11/2009 | AGL | B120 | A101 | Review and analyze alix status report posted to website                                                                   | 0.40  | 238.00   |
| 05/19/2009 | AGL | B120 | A101 | Review and analyze moelis media report posted to committee website                                                        | 0.40  | 238.00   |
| 05/26/2009 | AGL | B120 | A101 | Review and analyze alix weekly status report posted to intralinks website                                                 | 0.50  | 297.50   |
|            | AGL | B120 | A101 | Review and analyze moelis update posted to intralinks website                                                             | 0.40  | 238.00   |
|            |     |      |      | **B120 - Business Operations**                                                                                            | 1.70  | 1,011.50 |
| 05/01/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire                                                                  | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Review order shortening notice and notice of hearing re: motion to enter into station affiliation with The CW Network; update critical dates | 0.10 | 20.00 |
|            | FAP | B122 | A101 | Review notice of Schur Packaging's motion for relief from stay; update critical dates                                     | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Review Intralinks updated court calendar                                                                                  | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Begin compiling binders of schedules and amended schedules and preparing indexes for same                                 | 3.70  | 740.00   |
| 05/04/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire                                                                  | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Review notice of Lazard & Freres second monthly fee application; update critical dates                                    | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Update critical dates memo and distribute                                                                                 | 0.40  | 80.00    |
|            | FAP | B122 | A101 | Email exchanges with C. Moh re: debtors' claims agent and website for same                                                | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Continue compiling amended schedules                                                                                      | 0.60  | 120.00   |
|            | FAP | B122 | A101 | Email exchanges with A. Leung re: upcoming objection and filing deadlines for fee applications                            | 0.10  | 20.00    |
|            | FAP | B122 | A101 | Review re-notice of Schur Packaging motion for                                                                            |       |          |

```
                                                                    Page: 2
Official Committee of Unsecured Creditors                    June 24, 2009
                                                       Account No: 698-001
                                                     Statement No:    9626
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  |  |  |  | relief from stay; update critical dates | 0.10 | 20.00 |
| 05/05/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review De Lage Landen notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 05/06/2009 | FAP | B122 | A101 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A101 | File maintenance and organization of pleadings | 0.30 | 60.00 |
|  | FAP | B122 | A101 | Continue compilation of amended schedules (.2); email to debtors' para re: incomplete Schedule G for Los Angeles Times Communications LLC (.1) | 0.30 | 60.00 |
| 05/07/2009 | FAP | B122 | A101 | Briefly review AlixPartners' and Moelis' weekly reports and distribute | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review updated docket; email to A.Landis and M. McGuire | 0.10 | 20.00 |
|  | LR | B122 | A101 | Prepare for fedex delivery of letters and production requests to Citigroup-C. Kee and M. Helfer and Morgan Stanley-T. Whayne and G. Lynch | 0.30 | 54.00 |
| 05/08/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review IRS' notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Briefly review UST's objections to motion to pay severance and motion to pay 2008 incentive plan | 0.10 | 20.00 |
| 05/11/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of motion to enter into direct lease with Mosby; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of IRS motion to extend time to file proofs of claim; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review Van Senus second motion for relief from stay; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Update critical dates memorandum and distribute | 0.30 | 60.00 |
|  | FAP | B122 | A101 | Review Certificates of no objection for CW motion scheduled for 5/12/09 hearing | 0.10 | 20.00 |
|  | LR | B122 | A101 | Follow up on status with R. Butcher re: letters to Citigroup and Morgan Stanley requesting documents; forward fedex notices of delivery of same | 0.10 | 18.00 |
| 05/12/2009 | FAP | B122 | A101 | Briefly review order authorizing Mercer retention | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Paul Hastings third monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A101 | Review notice of Daniel Edelman first monthly fee application; update critical dates | 0.10 | 20.00 |
| 05/13/2009 | FAP | B122 | A101 | Review updated docket; email to A. Landis and |  |  |

{698.001-W0000797.}

```
                                                                        Page:   3
Official Committee of Unsecured Creditors                          June 24, 2009
                                                                Account No:   698-001
                                                              Statement No:      9626

Tribune Company, et al. bankruptcy

                                                                 Hours
                     M. McGuire                                   0.10       20.00
         FAP  B122 A101 Briefly review orders authorizing The CW
                     Network Station Affiliations and file under
                     seal certain agreements                      0.20       40.00
         FAP  B122 A101 Briefly review order authorizing payments for
                     certain 2008 incentive plans                 0.10       20.00
         FAP  B122 A101 Review notice of PWC's first monthly fee app;
                     update critical dates                        0.10       20.00
         FAP  B122 A101 Review notice of PWC's second monthly fee app;
                     update critical dates                        0.10       20.00
         FAP  B122 A101 Review notice of Lazards' first interim fee
                     app; update critical dates                   0.10       20.00
         FAP  B122 A101 Review re-notice of Van Senus second motion for
                     relief from stay; update critical dates      0.10       20.00

05/14/2009 FAP  B122 A101 Briefly review Moelis weekly report and
                     distribute                                   0.10       20.00

05/15/2009 FAP  B122 A101 Review updated docket; email to A. Landis and
                     M. McGuire                                   0.10       20.00
         FAP  B122 A101 Review Intralinks court calendar (.1); update
                     critical dates (.1)                          0.20       40.00
         FAP  B122 A101 Email exchanges with debtors' para re:
                     incomplete "as filed" amended schedule for Los
                     Angeles Times Communications                 0.10       20.00

05/18/2009 FAP  B122 A101 Update critical dates memo and distribute  0.20       40.00
         FAP  B122 A101 File maintenance and organization of pleadings 0.20       40.00
         FAP  B122 A101 Review updated docket                     0.10       20.00
         FAP  B122 A100 Briefly review updated committee working group
                     list                                         0.10       20.00
         FAP  B122 A100 Update critical dates memo and distribute  0.20       40.00

05/19/2009 FAP  B122 A100 Review J. Porter email re: in-person
                     committee/debtor meeting schedule            0.10       20.00
         FAP  B122 A100 Review updated docket; email to A. Landis and
                     McGuire                                      0.10       20.00
         FAP  B122 A100 Review NYS Dept. of Taxation notice of
                     appearance; update 2002 service list         0.10       20.00
         FAP  B122 A100 Review notice of withdrawal of Navistar Motion
                     for Relief from Stay                         0.10       20.00
         FAP  B122 A100 Briefly review and distribute Moelis' weekly
                     report                                       0.10       20.00
         FAP  B122 A100 Email exchanges with T. Akiem re: future
                     hearing dates and times                      0.10       20.00
         FAP  B122 A100 Briefly review and distribute memos re: IRS
                     Motion and motion to lease and sell certain
                     real property                                0.10       20.00

05/20/2009 FAP  B122 A100 Review updated docket; email to A. Landis and
                     M. McGuire                                   0.10       20.00
         FAP  B122 A100 Review U.S. Dept. of Labor notice of
                     appearance; update 2002 service list         0.10       20.00
         FAP  B122 A100 Briefly review and distribute AlixPartners'
```

```
                                                                    Page:      4
Official Committee of Unsecured Creditors                     June 24, 2009
                                                         Account No:    698-001
                                                       Statement No:       9626

Tribune Company, et al. bankruptcy
```

|            |     |      |      |                                                                                       | Hours |         |
|------------|-----|------|------|---------------------------------------------------------------------------------------|-------|---------|
|            |     |      |      | weekly report                                                                         | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Email exchanges with V. Garlati re: correct address for service of fee applications and related documents | 0.10  | 20.00   |
| 05/21/2009 | FAP | B122 | A100 | Review updated docket                                                                 | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Briefly review, compile and distribute LBO preliminary report                         | 0.60  | 120.00  |
| 05/22/2009 | FAP | B122 | A100 | Review notice of Cole Schotz third monthly fee application; update critical dates     | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review notice of Lazard Freres third monthly fee application; update critical dates   | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Briefly review motion to assume certain Nielsen agreements; update critical dates     | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Briefly review motion to seal certain Nielsen agreements; update critical dates       | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                              | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Update critical dates memo and distribute                                             | 0.20  | 40.00   |
| 05/26/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                              | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review motion to further extend time to comply with 345 requirements; update critical dates | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review Clement motion for relief from stay; update critical dates                     | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Briefly review Franzese letter re: deferred compensation plan                         | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review and distribute May, June and July committee calendars                          | 0.10  | 20.00   |
| 05/27/2009 | FAP | B122 | A100 | Briefly review April monthly operating report                                         | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                              | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Briefly review and distribute AlixPartners and Moelis' weekly updates                 | 0.10  | 20.00   |
|            | FAP | B122 | A100 | File maintenance and organization of pleadings                                        | 0.20  | 40.00   |
|            | FAP | B122 | A100 | Review consent order extending time for IRS to file proof of claim; update critical dates | 0.10  | 20.00   |
| 05/28/2009 | FAP | B122 | A100 | Review updated docket; email A. Landis and M. McGuire                                 | 0.10  | 20.00   |
| 05/29/2009 | FAP | B122 | A100 | Review 502(d) motion; update critical dates                                           | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Discussion with M. Parikh re: creditor inquiries                                      | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                              | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review Intralinks court calendar                                                      | 0.10  | 20.00   |
|            | FAP | B122 | A100 | Review Mercer notice of appearance; update 2002 service list                          | 0.10  | 20.00   |
|            |     |      |      | **B122 - Case Administration**                                                        | 14.80 | 2,952.00 |

{698.001-W0000797.}

```
                                                                  Page:   5
Official Committee of Unsecured Creditors                      June 24, 2009
                                                            Account No:   698-001
                                                          Statement No:      9626
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 05/01/2009 | DBR | B133 | A101 | Review drafts of discovery to Morgan and Citi (1.2); confer with Butcher re: contacts at same (.3); | 1.50 | 787.50 |
|  | RLB | B133 | A100 | Revise document requests directed to Citi (1.3) Research re: responsible parties to direct Citi requests (.6)  Further research re: responsible parties at Morgan Stanley to direct requests (.4)  Confer w/Rath re: same (.3)  Draft letters to Citi and MS regarding informal document requests. (.8) | 3.40 | 1,275.00 |
| 05/04/2009 | DBR | B133 | A101 | review and revise letters and requests to Citi and Morgan (1.0); research re: options for contacts at same (.5); confer with Butcher re: same (.4) | 1.90 | 997.50 |
|  | RLB | B133 | A101 | Confer with Rath re: contacts at Morgan and Citi | 0.40 | 150.00 |
| 05/05/2009 | DBR | B133 | A101 | prepare letters to discovery recipients (.5); review opinion letters (.6); review merger agreement (.8) | 1.90 | 997.50 |
|  | RLB | B133 | A100 | Draft (.5) and revise (.4) letters to accompany informal document requests. | 0.90 | 337.50 |
|  | DBR | B133 | A100 | Research and analyze Merrill's role in LBO (1.5); research and analyze Citibank's role in LBO (1.5) | 3.00 | 1,575.00 |
| 05/06/2009 | DBR | B133 | A101 | confer with Butcher re: informed document request letters to Citi and Morgan (.3); further review and analyze background materials (2.1) | 2.40 | 1,260.00 |
|  | RLB | B133 | A100 | Draft discovery plan (.6) Discuss same with DBR (.3) Revise letters per discussion (.4) | 1.30 | 487.50 |
| 05/07/2009 | DBR | B133 | A101 | Review and analyze documentation re: Morgan Stanley and Citigroup roles in LBO (.9); discuss LBO informed document request with Butcher (.1) | 1.00 | 525.00 |
|  | RLB | B133 | A101 | Revise and edit letters to Citi (.4) and Morgan Stanley (.4) re: LBO informal document requests.  Discuss with DBR (.1) Update requests (.2) | 1.10 | 412.50 |
| 05/08/2009 | DBR | B133 | A101 | Continue analyzing documentation re: Morgan and Citi investigation and follow-up on same | 1.10 | 577.50 |
| 05/11/2009 | DBR | B133 | A101 | Confer with Butcher re: follow up on Morgan & Citi investigation (.3); review and respond to status correspondence (.3); follow up with Citi and Morgan re: document production (.8); RLB confer with Rath re: follow-up on Morgan & Citi (.3) | 1.70 | 892.50 |

```
                                                                    Page:   6
Official Committee of Unsecured Creditors                       June 24, 2009
                                                           Account No:   698-001
                                                         Statement No:      9626

Tribune Company, et al. bankruptcy

                                                                 Hours
        MBM   B133 A104  Review/analyze finalized discovery requests to
                         Morgan, Merrill and Citi (1.5); conferences
                         with Butcher re: same (.3)              1.80      666.00
        RLB   B133 A100  Update re: service of informal subpoenas on
                         Citi and MS (.3)  E-mails re: copies of
                         informal subpoenas on Citi and MS (.4)  0.70      262.50

05/12/2009 RLB B133 A100 Review LBO informal discovery           0.60      225.00
           DBR B133 A100 Review outstanding discovery requests and
                         recently served requests                0.70      367.50

05/13/2009 RLB B133 A100 Review additional subpoenas issued in LBO
                         investigation (.8) Discuss with Rath (.1) 0.90    337.50

05/15/2009 DBR B133 A101 Telephone call with counsel to Citi and follow
                         up re: same (.4); telephone calls with counsel
                         for Morgan and follow up re: same (.6); confer
                         with Butcher re: same (.4); review dates for
                         subpoena responses(.3); determine potential
                         needs re: e-mail production (.5)        2.20    1,155.00
           RLB B133 A101 Confer with Rath re: telephone calls to Citi &
                         Morgan (no time given)

05/19/2009 DBR B133 A100 Review and analyze potential theories of
                         recovery (1.3); discuss same with Butcher and
                         co-counsel (.5)                         1.80      945.00
           RLB B133 A100 E-mails re: follow up on document production
                         (.4)  Research re: public filings by MS and
                         Citi in connection with merger (.5) discuss the
                         ones of recovery with Rath (.5)         1.40      525.00

05/20/2009 RLB B133 A100 Drafting summary of potential causes of action
                         re: ML, MS and Citi.                    0.90      337.50

05/21/2009 DBR B133 A100 Telephone call with Ted Zink re: preliminary
                         memo (.2); emails with Zink re: same (.1)
                         confer with Butcher re: status of investigation
                         and preliminary memo (.4); follow up with
                         contacts from Citibank and Morgan (.5); begin
                         review of preliminary report (1.5)      2.70    1,417.50
           MBM B133 A107 Emails with Porter, Moh and Ellis re: draft
                         2004 motion (.4); review and research same (.7) 1.10    407.00
           RLB B133 A100 Discuss materials provided re: analysis of
                         claims w/Rath (.4)  Begin review.(.3)   0.70      262.50

05/22/2009 DBR B133 A100 confer with Butcher re: Preliminary report to
                         Committee (.4); review draft preliminary report
                         (2.3)                                   2.70    1,417.50
           LR  B133 A100 Prepare copies of Morgan Stanley discovery
                         documents for D. Rath, R. Butcher and M.
                         McGuire (.1); prepare discovery folders for
                         Citigroup, Morgan Stanley and Merrill Lynch
                         (.1); organize folders of same (.1)     0.30       54.00
```

{698.001-W0000797.}

```
                                                                    Page:  7
Official Committee of Unsecured Creditors                     June 24, 2009
                                                         Account No:  698-001
                                                         Statement No:   9626
Tribune Company, et al. bankruptcy
```

|  | | | | | Hours | |
|---|---|---|---|---|---|---|
|  | MBM | B133 | A104 | Review/analyze preliminary report to committee on LBO investigation | 4.70 | 1,739.00 |
|  | RLB | B133 | A100 | Review discovery responses received from Morgan Stanley (1.4); confer with Rath re: prelim report to committee (.4) | 1.80 | 675.00 |
| 05/24/2009 | RLB | B133 | A100 | Begin review of memo re: factual background and potential causes of action. | 0.90 | 337.50 |
| 05/25/2009 | RLB | B133 | A100 | Continue review of memo re: factual background and potential causes of action. | 2.50 | 937.50 |
|  | MBM | B133 | A107 | Review preliminary report to committee re: LBO issues | 5.10 | 1,887.00 |
| 05/26/2009 | DBR | B133 | A100 | Review and revise preliminary report (2.4); discuss same with Butcher (.6) | 3.00 | 1,575.00 |
|  | RLB | B133 | A100 | Review memo re: factual background and potential causes of action (3.4); confer with Rath re: revisions to same (.6) | 4.00 | 1,500.00 |
|  | MBM | B133 | A104 | Review/analyze preliminary LBO report and research cited therein | 2.10 | 777.00 |
| 05/27/2009 | RLB | B133 | A100 | Research re: potential additional causes of action against ML, Citi and MS. | 1.80 | 675.00 |
| 05/28/2009 | RLB | B133 | A100 | Research re: potential additional causes of action against MS, Citi and ML for preliminary memo summary. | 1.30 | 487.50 |
|  | MBM | B133 | A104 | Review/analyze LBO report and research cited | 3.00 | 1,110.00 |
|  |  |  |  | **B133-LBO & Related Trans** | **70.30** | **30,355.00** |
| 05/04/2009 | FAP | B134 | A101 | Review minute entry from 4/20/09 hearing | 0.10 | 20.00 |
| 05/08/2009 | FAP | B134 | A101 | Review agenda for 5/12/09 hearing | 0.20 | 40.00 |
| 05/11/2009 | FAP | B134 | A101 | Prepare hearing binder for 5/12/09 | 0.40 | 80.00 |
| 05/12/2009 | FAP | B134 | A101 | Review amended agenda for 5/12/09 hearing (.1); supplement hearing binder (.1) | 0.20 | 40.00 |
|  | FAP | B134 | A101 | Email exchanges with M. McGuire re: expedited transcript of 5/12/09 hearing (.1); complete order for same (.1) | 0.20 | 40.00 |
|  | MBM | B134 | A101 | prepare for (.7) and attend (1.5) hearing on MIP motion | 2.20 | 814.00 |
|  | MBM | B134 | A101 | prepare for (.5) and attend hearing on severance plan (.7) | 1.20 | 444.00 |
| 05/13/2009 | FAP | B134 | A101 | Briefly review 5/12/09 hearing transcript; email exchanges with M. McGuire re: same | 0.20 | 40.00 |
| 05/22/2009 | FAP | B134 | A100 | Review notice of reschedule 7/29/09 hearing; update critical dates | 0.10 | 20.00 |

```
                                                                    Page:   8
Official Committee of Unsecured Creditors                    June 24, 2009
                                                        Account No:  698-001
                                                        Statement No:   9626
Tribune Company, et al. bankruptcy
```

|  |  |  |  | Description | Hours |  |
|---|---|---|---|---|---|---|
| 05/26/2009 | FAP | B134 | A100 | Review agenda for 5/28/09 hearing (.1); update critical dates with resolved/continued matters (.1) | 0.20 | 40.00 |
| 05/27/2009 | FAP | B134 | A100 | Review notice of rescheduled 6/25 hearing; update critical dates | 0.10 | 20.00 |
|  | FAP | B134 | A100 | Retrieve pleadings and prepare hearing binder for 5/28/09 | 0.20 | 40.00 |
|  | MAP | B134 | A104 | Review voicemail from Porter re: 5/28 hearing status (.1); telephone call with Stickles re: same (.1); emails to/from Porter re: cancellation of 5/28 hearing (.2). | 0.40 | 110.00 |
| 05/28/2009 | FAP | B134 | A100 | Review amended agenda for 5/28/09 hearing | 0.10 | 20.00 |
|  |  |  |  | **B134 - Hearings** | **5.80** | **1,768.00** |
| 05/06/2009 | FAP | B136 | A101 | Email exchanges with A. Landis re: responses to LRC's first interim fee application | 0.10 | 20.00 |
| 05/07/2009 | FAP | B136 | A101 | Begin review/revise April pre-bills (.8); discussions with C. Lewicki, C. Adams and L. Rogers re: same (.2) | 1.00 | 200.00 |
|  | FAP | B136 | A101 | Email exchanges with M. Parikh re: revisions to April pre-bills | 0.10 | 20.00 |
|  | MAP | B136 | A101 | begin reviewing and revising March 2009 prebill for LRC's 3rd Monthly Fee App (2.4); emails to/from Panchak and McGuire re: same (.2); discussion w/ Panchak re: same (.1); | 2.70 | 742.50 |
| 05/08/2009 | MAP | B136 | A101 | Continue reviewing and revising March prebill for LRC's 3rd Monthly Fee App | 0.70 | 192.50 |
| 05/11/2009 | MAP | B136 | A101 | Continue reviewing and revising March prebill | 0.20 | 55.00 |
| 05/19/2009 | FAP | B136 | A100 | Email exchanges with A. Landis and M. McGuire re: responses to LRC third fee application | 0.10 | 20.00 |
|  | FAP | B136 | A100 | Draft Certificate of No Objection LRC third monthly fee application | 0.10 | 20.00 |
| 05/20/2009 | FAP | B136 | A100 | Discussion with M. Parikh re: status of revised April bill | 0.10 | 20.00 |
|  | FAP | B136 | A100 | Discussion with M. McGuire re: status of examiner's preliminary report for first interim | 0.10 | 20.00 |
|  | CL | B136 | A101 | Edits to LRC April prebill | 2.50 | 312.50 |
|  | FAP | B136 | A100 | File and serve Certificate of No Objection to LRC's third monthly fee application | 0.20 | 40.00 |
| 05/21/2009 | MAP | B136 | A103 | Draft/revise LRC fourth monthly fee application (2.3); discussions with Lewicki re: revisions to prebill for same (.2); review and revise prebill (.5). | 3.00 | 825.00 |

{698.001-W0000797.}

```
                                                                  Page:   9
Official Committee of Unsecured Creditors                  June 24, 2009
                                                      Account No:  698-001
                                                      Statement No:   9626

Tribune Company, et al. bankruptcy

                                                                 Hours
05/22/2009 MAP  B136 A103 Continue to draft/revise LRC fourth monthly fee
                          application                            1.10      302.50

05/26/2009 FAP  B136 A100 Discussions with M. McGuire and M. Parikh re:
                          status of LRC's fourth monthly fee application
                                                                 0.10       20.00

05/28/2009 CL   B136 A104 Edits to LRC April 2009 invoice and finalize
                          same                                   0.80      100.00
           FAP  B136 A100 Draft notice of LRC's fourth  monthly fee
                          application                            0.10       20.00
           FAP  B136 A100 Review and revise LRC's fourth monthly fee
                          application                            0.20       40.00
           FAP  B136 A100 Prepare affidavit of service for LRC's fourth
                          monthly fee application                0.10       20.00
           FAP  B136 A100 File and coordinate service of LRC's fourth
                          monthly fee application                0.50      100.00
           FAP  B136 A100 Further revisions to LRC's fourth monthly fee
                          application                            0.10       20.00

05/29/2009 FAP  B136 A100 Email to L. Cooper re: April fee and expense
                          detail                                 0.10       20.00
                                                                -----    --------
                B136 - LRC Ret. & Fee Matters                   14.00    3,130.00

05/06/2009 FAP  B138 A101 Review J. Porter's email cancelling 5/7
                          creditor meeting; update critical dates 0.10      20.00
           DBR  B138 A101 Confer with Landis re: committee conf call
                          (.2); prepare for and participate in committee
                          conference
                          call (.5);                             0.80      420.00
           AGL  B138 A101 Confer with Rath re: committee conf call 0.20    119.00

05/07/2009 FAP  B138 A101 Review multiple emails re: 5/14/09 meeting 0.10   20.00

05/13/2009 FAP  B138 A101 Briefly review agenda and emails re: 5/14/09
                          committee meeting                      0.10       20.00
           MBM  B138 A107 conference call with Debtors and Committee
                          professionals                          0.50      185.00

05/14/2009 AGL  B138 A101 Prepare for (.3) and attend (1.0) committee
                          conference call re: agenda items and reports
                          listed                                 1.30      773.50

05/19/2009 FAP  B138 A100 Review J. Porter email cancelling 5/21
                          committee mtg.; update critical dates  0.10       20.00
           MBM  B138 A109 attend committee professionals call    0.70      259.00

05/20/2009 MBM  B138 A109 Appear for/attend meeting with Debtors and
                          Committee professionals                0.50      185.00

05/26/2009 FAP  B138 A100 Review second amended notice of appointment of
                          creditors' committee                   0.10       20.00
```

{698.001-W0000797.}

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | MBM | B138 | A104 | Participate in status call with Committee professionals (.7); review LBO presentation in prep for call (1.9) | 2.60 | 962.00 |
| | AGL | B138 | A101 | Review ust amended appointment of committee | 0.10 | 59.50 |
| 05/27/2009 | FAP | B138 | A100 | Review J. Porter email cancelling 5/28 committee mtg.; update critical dates | 0.10 | 20.00 |
| | AGL | B138 | A101 | Prepare for (.2) and attend (.4) conference call with debtors' professionals re: agenda items for meeting | 0.60 | 357.00 |
| | MBM | B138 | A109 | Appear for/attend professionals status call with Debtors | 0.60 | 222.00 |
| 05/29/2009 | FAP | B138 | A100 | Review D. Deutsch and members email exchanges re: 6/4/09 meeting | 0.10 | 20.00 |
| | | | | **B138 - Creditors' Cmte Mtgs** | **8.60** | **3,682.00** |
| 05/04/2009 | FAP | B140 | A101 | Email exchanges with C. Moh re: Scowcroft inquiry; retrieve Schedule G of Los Angeles Times Communications and distribute | 0.10 | 20.00 |
| | CEM | B140 | A101 | Review email from B. Scowcroft creditor inquiry; Call with B. Scowcroft; Review schedules and draft email to R. Scowcroft regarding same. | 0.50 | 125.00 |
| 05/05/2009 | FAP | B140 | A101 | Review T. Althouse correspondence re: proof of claim form (.1); review schedules for Orlando Sentinel Communications Company to confirm listed thereon (.1) | 0.20 | 40.00 |
| | CEM | B140 | A101 | Review creditor inquiry from T. Altman; Call with T. Altman regarding same. | 0.20 | 50.00 |
| 05/15/2009 | FAP | B140 | A101 | Call from MD Dept. of Health re: POC (.1); research schedules for same and email to C. Moh (.1) | 0.20 | 40.00 |
| | CEM | B140 | A102 | Call with J. Esser regarding creditor inquiry. | 0.30 | 75.00 |
| 05/20/2009 | FAP | B140 | A100 | Telephone call re: creditor inquiry | 0.10 | 20.00 |
| | CEM | B140 | A100 | Call with creditor inquiry. | 0.20 | 50.00 |
| 05/28/2009 | FAP | B140 | A100 | Email exchanges with M. Parikh re: creditor inquiry process | 0.10 | 20.00 |
| | FAP | B140 | A100 | Telephone calls from/to Safeway, Inc. (.1); review schedules (.1); email exchanges with M. Parikh re: same (.1) | 0.30 | 60.00 |
| | MAP | B140 | A104 | Review/analyze emails from Panchak re: creditor inquiry procedure (.1) and Safeway creditor inquiry (.1). | 0.20 | 55.00 |
| | | | | **B140 - Creditor Inquiries** | **2.40** | **555.00** |

```
                                                                       Page:    11
Official Committee of Unsecured Creditors                         June 24, 2009
                                                              Account No:  698-001
                                                            Statement No:     9626

Tribune Company, et al. bankruptcy

                                                                 Hours
05/06/2009  FAP  B144 A101  Email exchanges with D. Deutsch and D. LeMay
                            re: responses to Chadbourne's first interim
                            application                           0.10       20.00
            FAP  B144 A101  Email exchanges with A. Leung and A. Holtz re:
                            responses to AlixPartners' first interim
                            application                           0.10       20.00

05/07/2009  FAP  B144 A101  Email exchanges with V. Patel re: responses to
                            first and second monthly fee applications for
                            Moelis                                0.10       20.00
            FAP  B144 A101  Email exchanges with A. Leung re: fee examiner
                            process and scheduling of interim fee hearings
                                                                  0.10       20.00

05/08/2009  FAP  B144 A101  Draft Certificate of No Objection to Moelis'
                            first monthly fee application         0.10       20.00
            FAP  B144 A101  Draft Certificate of No Objection to Moelis'
                            second monthly fee application        0.10       20.00
            FAP  B144 A101  Email exchanges with V. Patel re: cnos to first
                            and second monthly fee applications and payment
                            process for same                      0.10       20.00
            FAP  B144 A101  File and serve certificates of no objection to
                            Moelis first and second monthly fee
                            applications                          0.60      120.00
            MAP  B144 A101  Review and revise Certificate of No Objection
                            for Moelis 1st and 2nd Monthly Fee Applications
                                                                  0.20       55.00
            MAP  B144 A101  Review emails to/from Panchak and Patel re:
                            Moelis fee application payment process
                                                                  0.20       55.00

05/11/2009  FAP  B144 A101  Email exchanges with V. Patel re: fee
                            application payment process           0.10       20.00
            FAP  B144 A101  Email exchanges with H. Lamb re: first interim
                            fee hearing and process for scheduling same
                                                                  0.10       20.00
            FAP  B144 A101  Prepare affidavit of service for Certificate of
                            No Objection to Moelis first and second monthly
                            fee application (.1); file same (.1)  0.20       40.00

05/19/2009  FAP  B144 A100  Email exchanges with H. Seife, D. Deutsch and
                            D. LeMay re: responses to Chadbourne and
                            committee members third fee application
                                                                  0.10       20.00
            FAP  B144 A100  Draft Certificate of No Objection to
                            Chadbourne's third monthly fee application
                                                                  0.10       20.00
            FAP  B144 A100  Draft Certificate of No Objection to committee
                            members' third monthly fee application
                                                                  0.10       20.00

05/20/2009  FAP  B144 A100  Email exchanges with H. Lamb re: objection
                            deadline for fourth monthly fee applications
                                                                  0.10       20.00
            FAP  B144 A100  Email exchanges with Moelis' group re:
                            responses to third monthly fee application
                                                                  0.10       20.00
            FAP  B144 A100  Email exchanges with AlixPartners' group re:
                            responses to third monthly fee application
                                                                  0.10       20.00
            FAP  B144 A100  Draft Certificate of No Objection to
                            AlixPartners' third monthly fee application
                                                                  0.10       20.00
            FAP  B144 A100  Draft Certificate of No Objection to Moelis'
                            third monthly fee application         0.10       20.00
```

```
                                                              Page: 12
Official Committee of Unsecured Creditors                June 24, 2009
                                                    Account No:  698-001
                                                    Statement No:   9626
Tribune Company, et al. bankruptcy
```

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| | FAP | B144 A100 | File and serve Certificate of No Objection to Chadbourne's third fee application | | 0.20 | 40.00 |
| | FAP | B144 A100 | File and serve Certificate of No Objection to committee members' third application | | 0.20 | 40.00 |
| | FAP | B144 A100 | Prepare affidavit of service for Certificates of No Objection (.1); file same (.2) | | 0.30 | 60.00 |
| | FAP | B144 A100 | Correspondence to H. Lamb re: notification of filing Certificate of No Objection to Chadbourne and Members applications | | 0.10 | 20.00 |
| 05/21/2009 | FAP | B144 A100 | Re-serve monthly fee applications and Certificate of No Objection on V. Garlati (Tribune) | | 0.10 | 20.00 |
| | FAP | B144 A100 | File and serve Certificate of No Objection to Moelis third monthly fee application (.2); correspondence to V. Patel re: same (.1) | | 0.30 | 60.00 |
| | FAP | B144 A100 | File and serve Certificate of No Objection to AlixPartners third monthly fee application (.2); correspondence to A. Leung re: same (.1) | | 0.30 | 60.00 |
| | FAP | B144 A100 | Prepare affidavit of service for AlixPartners and Molies Certificates of No Objection (.1); file same (.1) | | 0.20 | 40.00 |
| 05/26/2009 | FAP | B144 A100 | Email exchanges with H. Lamb re: Chadbourne's fourth monthly fee application (.1); review and finalize for filing (.2) | | 0.30 | 60.00 |
| | FAP | B144 A100 | Draft notice of Chadbourne's fourth monthly fee application | | 0.10 | 20.00 |
| | FAP | B144 A100 | Email exchanges with A. Holtz re: AlixPartners fourth monthly fee application and revisions thereto (.1); review and finalize same for filing (.2) | | 0.30 | 60.00 |
| | FAP | B144 A100 | Draft notice of AlixPartners' fourth monthly fee application | | 0.10 | 20.00 |
| | FAP | B144 A100 | File and coordinate service of AlixPartners' fourth monthly fee application (.4); email to A. Holtz re: notification of filing same (.1) | | 0.50 | 100.00 |
| | FAP | B144 A100 | File and coordinate service of Chadbourne's fourth monthly fee application (.4); email to H. Lamb re: notification of filing same (.1) | | 0.50 | 100.00 |
| | FAP | B144 A100 | Prepare: affidavit of service for fourth monthly fee applications of Chadbourne and AlixPartners (.1); file same (.1) | | 0.20 | 40.00 |
| | MBM | B144 A104 | emails with Landis and Deutsch re: status of fee examiner reports (.2); call to cooper re: same (.2) | | 0.40 | 148.00 |
| 05/29/2009 | FAP | B144 A100 | Email exchanges with V. Patel re: status of Moelis' fourth monthly fee application | | 0.10 | 20.00 |
| | | | **B144 - Non-LRC Ret. & Fee Matt** | | **7.10** | **1,518.00** |
| 05/20/2009 | MBM | B150 A104 | Review/analyze schur motion for stay relief (.8); call to opposing counsel (.1) | | 0.90 | 333.00 |

{698.001-W0000797.}

```
                                                              Page:  13
Official Committee of Unsecured Creditors                 June 24, 2009
                                                 Account No:   698-001
                                                 Statement No:     9626
```

Tribune Company, et al. bankruptcy

```
                                                         Hours

05/21/2009 MAP  B150 A107 Communicate with Bradshaw re: Schur Motion for
                          Stay Relief (.2); emails to/from Bradshaw re:
                          draft of same (.2); review and revise Joinder
                          and further discussions with Bradshaw re:
                          revisions (.2); emails to/from Bradshaw re:
                          status of same (.2)                  0.80       220.00

05/22/2009 FAP  B150 A100 Briefly review debtors' objection to Schur
                          Packaging stay motion                0.10        20.00
           FAP  B150 A100 Briefly review certification of counsel re: Van
                          Senus second stay motion             0.10        20.00

05/27/2009 MBM  B150 A104 Review Scher motion for stay relief (.4);
                          review Debtors response (.3); call to opposing
                          counsel re: same (.2)                0.90       333.00
                                                               ----       ------
                B150 - Relief from Stay                        2.80       926.00
                                                              ------    ---------
                For Current Services Rendered                127.80    46,008.50
```