# EXHIBIT "C"

698.001-26714.DOC

Official Committee of Unsecured Creditors                                June 24, 2009
                                                                 Account No:   698-001
                                                                 Statement No:     9626

Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Postage | 27.15 |
| Copying | 135.10 |
| Overnight Delivery | 61.36 |
| Courier Fees | 179.00 |
| Online research LEXIS | 0.70 |
| Outside Duplication Services | 294.70 |
| US Postage | 79.35 |
| Court Reporter fees | 519.20 |
| Professional Consultant Fees | 1,009.00 |
| **Total Expenses Thru 05/31/2009** | **2,305.56** |

|  Client | Trans Date | E/A | C T | Tcode/ Task Code | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 05/01/2009** | | | | | | | | |
| 698.001 | 05/01/2009 | A | 0 | B100 | E211 | | | 33.75 | Outside printing - Advance Digital Legal Services, LLC - 49177 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/01/2009 | A | 0 | B100 | E210 | | | 30.00 | US Postage # Digital Legal Services, LLC - 49177 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/01/2009 | A | 0 | B100 | E227 | | | 1,009.00 | Professional Consultant Fee Kurtzman Carson Consultants LLC - Clerical Services - 4863 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/01/2009** | | | | | | | Billable | 1,072.75 | |
| **Transaction Date 05/04/2009** | | | | | | | | |
| 698.001 | 05/04/2009 | E | 2 | B100 | E101 | 0.100 | 4.00 | 0.40 | Copying Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/04/2009 | A | 0 | B100 | E211 | | | 13.50 | Outside printing - Advance Digital Legal Services, LLC - 49189 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/04/2009** | | | | | | | Billable | 13.90 | |
| **Transaction Date 05/07/2009** | | | | | | | | |
| 698.001 | 05/07/2009 | E | 2 | B100 | E101 | 0.100 | 51.00 | 5.10 | Copying Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/07/2009 | A | 0 | B100 | E221 | | | 29.06 | Overnight Delivery FedEx Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/07/2009 | A | 0 | B100 | E221 | | | 32.30 | Overnight Delivery FedEx Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/07/2009** | | | | | | | Billable | 66.46 | |
| **Transaction Date 05/08/2009** | | | | | | | | |
| 698.001 | 05/08/2009 | E | 4 | B100 | E108 | | | 5.00 | Postage Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/08/2009 | E | 2 | B100 | E101 | 0.100 | 42.00 | 4.20 | Copying Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/08/2009 | A | 3 | B100 | E216 | | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30392 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/08/2009** | | | | | | | Billable | 35.20 | |
| **Transaction Date 05/12/2009** | | | | | | | | |
| 698.001 | 05/12/2009 | A | 3 | B100 | E216 | | | 32.50 | Courier Fee - Advance TriState Courier & Carriage - 30451 Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/12/2009** | | | | | | | Billable | 32.50 | |
| **Transaction Date 05/13/2009** | | | | | | | | |
| 698.001 | 05/13/2009 | A | 0 | B100 | E115 | | | 519.20 | Deposition transcripts Transcripts Plus Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/13/2009** | | | | | | | Billable | 519.20 | |
| **Transaction Date 05/18/2009** | | | | | | | | |
| 698.001 | 05/18/2009 | E | 2 | B100 | E101 | 0.100 | 34.00 | 3.40 | Copying Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 05/18/2009** | | | | | | | Billable | 3.40 | |
| **Transaction Date 05/20/2009** | | | | | | | | |
| 698.001 | 05/20/2009 | E | 2 | B100 | E101 | 0.100 | 90.00 | 9.00 | Copying Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy |
| 698.001 | 05/20/2009 | E | 4 | B100 | E108 | | | 6.10 | Postage |

| Client | Trans Date | E/A | CT | Tcode/Task Code | | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 05/20/2009**

| 698.001 | 05/20/2009 | A | 3 | B100 | E216 | | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30519<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

(preceding line entry) Official Committee of Unsecured Creditors / Tribune Company, et al. bankruptcy

**Total for Transaction Date 05/20/2009**     Billable     41.10

**Transaction Date 05/21/2009**

| 698.001 | 05/21/2009 | E | 2 | B100 | E101 | 0.100 | 660.00 | 66.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/21/2009 | E | 4 | B100 | E108 | | | 16.05 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/21/2009 | A | 3 | B100 | E216 | | | 32.50 | Courier Fee - Advance TriState Courier & Carriage - 30519<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Transaction Date 05/21/2009**     Billable     114.55

**Transaction Date 05/26/2009**

| 698.001 | 05/26/2009 | E | 2 | B100 | E101 | 0.100 | 470.00 | 47.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/26/2009 | A | 0 | B100 | E211 | | | 206.21 | Outside printing - Advance Digital Legal Services, LLC - 49428<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/26/2009 | A | 0 | B100 | E210 | | | 38.15 | US Postage # Digital Legal Services, LLC - 49428<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Transaction Date 05/26/2009**     Billable     291.36

**Transaction Date 05/27/2009**

| 698.001 | 05/27/2009 | A | 3 | B100 | E216 | | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30595<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Transaction Date 05/27/2009**     Billable     26.00

**Transaction Date 05/28/2009**

| 698.001 | 05/28/2009 | A | 0 | B100 | E211 | | | 41.24 | Outside printing - Advance Digital Legal Services, LLC - 49482<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/28/2009 | A | 0 | B100 | E210 | | | 11.20 | US Postage # Digital Legal Services, LLC - 49482<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 05/28/2009 | A | 3 | B100 | E216 | | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30595<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Transaction Date 05/28/2009**     Billable     88.44

**Transaction Date 05/31/2009**

| 698.001 | 05/31/2009 | A | 0 | B100 | E215 | | | 0.70 | Online research LEXIS - Advance LexisNexis<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

**Total for Transaction Date 05/31/2009**     Billable     0.70

**GRAND TOTALS**

Billable     2,305.56