# EXHIBIT 4

# Many die as doctors exploit Medicaid

## Overprescribing by small group fuels black market

**By FRED SCHULTE**
SOUTH FLORIDA SUN-SENTINEL

A small group of Florida doctors is drugging the poor at taxpayer expense.

The doctors are exploiting the Medicaid system by prescribing hundreds of millions of dollars' worth of dangerous drugs that are feeding a booming black market and adding to a torrent of fatal overdoses.

Even as the state faces a budget crisis in which Medicaid costs figure prominently, abuse of the health-care system for the poor by doctors — and by willing pharmacists and patients — has gone largely unpunished, according to an eight-month investigation by the *South Florida Sun-Sentinel*.

Regulators, for the most part, have failed to curb wild excesses in billing as pain-relief patches, sleeping pills, tranquilizers and other highly abused drugs have been prescribed during the past three years, frequently in staggering doses.

"This is a crime in plain sight," said David Moye, director of economic crimes and health-care fraud for the Florida Attorney General's Office.

In a hand search of more than 2,000 reports of prescription-drug deaths and a computer analysis of millions of pharmacy billing records the state has never made public before, the newspaper found that:

• Medicaid, which serves about

PLEASE SEE **PILLS**, A20

### INSIDE



At least 11 people — including two young brothers from Winter Springs — overdosed and died from drugs prescribed by one of the most prominent psychiatrists in Central Florida, according to an *Orlando Sentinel* examination of more than three years of medical records. Story, A20



Grief: Mary Richmond of Vero Beach cries recently over a photo of daughter Bettess Moody, 39, dead of an accidental fentanyl overdose.

EXHIBIT "1"

# Crist vows reforms, proposals for tougher enforcement

**PILLS** FROM A1

million disabled and low-income Floridians, more than half of them children, paid pharmacies $346.6 million for narcotics and other potent drugs during the past three years. Frequently, the Medicaid prescriptions were for the maximum doses.

• Less than 3 percent of the state's medical professionals issued the vast majority of these prescriptions. Sixteen doctors each ordered more than $1 million worth of dangerous drugs. By comparison, only 674 of the state's 56,926 medical professionals topped even $100,000 in pharmacy billings. Most prescribed less than a tenth that amount. Thousands of others wrote far less.

• Many doctors who hand out the most prescriptions also are linked to multiple drug-related deaths. At least 24 doctors each had four or more patients die of overdoses in the past two years. Sixteen of the physicians had eight or more such deaths. How many of the dead were also Medicaid participants cannot be determined from available records.

A separate investigation by the Orlando Sentinel found that at least 11 people in Central Florida died in the past three years on prescriptions linked to Orlando psychiatrist and pain specialist E. Michael Gutman. Gutman said he did nothing wrong.

As doctors have switched patients from OxyContin, which has been linked to deaths and is highly addictive, three other painkillers have grown in popularity and are killing Floridians with alarming frequency, though state health regulators who could alert physicians about such dangers did not identify the trends.

Medicaid purchases of methadone, morphine and fentanyl have nearly doubled since 2000, and deaths that can be traced to those narcotics have skyrocketed.

"We've got to get our hands around this and do everything we can," State Attorney General Charlie Crist said. He promised immediate reforms and legislative proposals for tougher enforcement. "Unfortunately, too many lives have been lost."

James R. McDonough, director of the governor's advisory Office of Drug Control, agreed: "This is truly an epidemic with tragic consequences. There are many holes in the system."

Florida, state regulators admit, is paying dearly in human life and tax dollars for failing to set up a warning system that identifies abuse-prone medicines and monitors doctors who habitually prescribe them — doctors such as Freeland Williams II, a general practitioner in Vero Beach.

In 1993, Williams paid a $5,000 fine and accepted three years of probation to settle a Florida Board of Medicine civil complaint that he overprescribed pain pills for three patients, including one without "any objective evidence" of chronic pain, state records show.

Still, during the past three years, Williams prescribed $474,763 worth of controlled drugs for state-supported patients. Only 66 of all the medical professionals in the state had bigger billings, records show.

In 2002, when five of his patients fatally overdosed, Williams wrote prescriptions for $237,784 worth of these drugs, nearly triple what he had written two years earlier. That included pain patches for 73 Medicaid patients. Only 15 other doctors wrote more, according to the Sun-Sentinel's analysis.

One of his patients was Bette L. Moody, a restaurant cook on Medicaid, who came to him in pain after she was burned in a kitchen fire.

Williams prescribed a bandagelike patch that oozed the superstrong narcotic fentanyl. On Nov. 23, 2002, the 39-year-old Fort Pierce mother died of poisoning from fentanyl and a muscle relaxant Williams also had prescribed, her autopsy showed. She was found in bed the patch stuck to her lower back.

Moody was the second of the doctor's pain-patch patients who died that month.

PLEASE SEE **PILLS**, A21

# Drug firms keep pain-pill records but don't share that information

**PILLS** FROM A20

Moody's mother, Mary Richmond of Vero Beach, concedes her daughter abused medications but blames the doctor, too.

Williams declined to discuss patients who died, except to say: "If people take them as directed, these drugs are safe."

## Prescribing habits

Nobody keeps track of doctors who are drugging the poor.

Drug companies do keep careful records on controlled drugs that doctors order for Medicaid and for the privately insured, but they don't share that information with state regulators, law enforcement or the public.

The Sun-Sentinel identified Florida's top Medicaid drug prescribers by analyzing 8.8 million pharmacy billings from the state. Medicaid officials have never done this type of analysis because the records are used mainly to ensure accurate payment to doctors and pharmacies that participate in the program.

The Medicaid bills offer rare insight into the prescribing habits of doctors when it comes to painkillers, tranquilizers, sleeping pills, steroids that build body mass in people wasting from AIDS and medicines that calm hyperactive children.

Between 2000 and the end of last year, Medicaid in Florida, a program larger than all other states except New York, California, Texas and Pennsylvania, purchased about 800 types of controlled drugs. Some were costly brands such as OxyContin 80 milligram, which costs more than $7 a pill, and some were generics that cost less than one-hundredth that.

Aside from the sheer size of the health program, abuse is easy, according to state fraud officials, because any doctor can order controlled drugs. There are no requirements that they have training in managing pain or in specialties such as AIDS care that require costly drugs.

Also, Florida law requires that doctors treat pain aggressively, in the belief that a patient should not suffer because of a doctor's fear of retribution from state regulators, or that a patient might become addicted.

State officials concede they are struggling to differentiate legitimate patients from drug-seekers who have learned to tap Medicaid to get narcotics, to get high or sell. They also are having a tough time distinguishing bona fide pain practitioners from unscrupulous doctors.

"Some of these doctors get deceived. Word gets out on the street that they are easy touches, and they [Medicaid patients] take advantage of them," said Jerry Wells, Medicaid pharmacy manager for the Florida Agency for Health Care Administration. "As soon as we clamp down on one of these doctors, there is another one."

Medical groups long have argued that the vast majority of doctors order these drugs sparingly. The billing data support that, showing that about 3 percent of the state's doctors prescribed roughly two-thirds of all Medicaid controlled drugs. Many of those doctors are generalists, whose need for high doses of such medicine as painkillers for hundreds of patients is dubious.

There is little doubt they are making money from the practice. Medicaid pays for both doctor visits and prescriptions.

Two doctors in 2000 and 2001, for example, each got more than $1 million for seeing patients. Then Medicaid also paid in excess of $3 million more for narcotics prescriptions that the two prescribed.

On the flip side, some doctors take hardly any money from Medicaid, or drop out of the bureaucratic health program — though their patients continue to run up huge narcotics bills.

These doctors opt to get paid directly from their state-supported patients, sometimes $100 or more per office visit, which the doctors require before handing out new narcotics prescriptions.

State officials say they want the Florida Legislature to require that prescriptions come only from doctors enrolled in Medicaid.

Pharmacists, too, get a transaction fee from Medicaid for every prescription they handle for the program. They also make money on drug markups.

By far, the narcotic Medicaid has paid out the most for has been OxyContin.

The state spent $82 million in the past three years on that painkiller alone. The pills can cost $600 to $800 a month per patient, and the drug has been linked to scores of overdose deaths in Florida.

Seven doctors in Florida each prescribed more than $1 million worth of OxyContin in three years. Only two have formal training in pain management, and state officials suspect that many of these prescriptions were excessive.

The top Medicaid prescriber of dangerous drugs in the state was Miami-Dade ophthalmologist Ronald Lubetsky, who wrote orders worth $2,527,453.

Medicaid paid more than $2.3 million of that for OxyContin, for which Lubetsky was also Florida's top Medicaid prescriber, the billing analysis showed.

The doctor said in an inter-



**Repentant prescriber:** Miami-Dade ophthalmologist Ronald Lubetsky was the state's top Medicaid prescriber of dangerous drugs. 'I was naive. I didn't see where there could be anything wrong,' he said.

view that he has drastically cut back, mainly because he realized that some patients were selling or abusing the drug.

"I was naive. I didn't see where there could be anything wrong," Lubetsky said. "When I started to see what was going on, I didn't want to be part of this equation."

### Patient overdoses

Patient deaths are not concrete evidence of poor care, though regulators acknowledge that when there is a pattern of these deaths over years, questions should be raised about a doctor's competence or ethics.

In each area of the state, overdoses can be traced to a small number of doctors — many of them the same ones prescribing narcotics liberally for Medicaid clients.

In Brevard County, for example, two doctors stood out after the newspaper examined 138 overdose deaths.

Nine patients of Dr. David Wang's, who practices at the Cocoa Walk-In Clinic, died of overdoses in 2001 and 2002, four of them within a month last year. At least four had mixed medications with cocaine or heroin, autopsy reports show. Wang declined comment.

Eleven of Melbourne pain specialist Sarfraz "Sam" Mirza's patients died of overdoses, most of them last year, according to autopsy reports.

Mirza was arrested earlier this year on drug-trafficking charges for allegedly writing excessive numbers of OxyContin prescriptions. He was not charged in connection with any deaths.

### New drug dangers

Florida's drug-death epidemic is not fading as use of OxyContin diminishes.

The newspaper traced abuse of fentanyl to 127 deaths, most since the second half of last year. Many of the victims died with fentanyl-laced pain patches called Duragesic affixed to their bodies.

More than 530 fatal overdoses have resulted from misuse of methadone and morphine pills — painkillers many doctors had hoped would be cheaper and less likely to be abused than OxyContin.

Methadone since the late 1960s has been a favored treatment for heroin addiction, and in many cities addicts line up to receive oral doses.

In recent years, many pain clinics have been dispensing large numbers of methadone pills, partly because of growing concern about the safety of OxyContin.

Florida Medicaid paid for slightly more than 1 million doses of 10-milligram methadone pills in 2000; in 2002 that figure swelled to 2.8 million doses, according to the newspaper's analysis.

Abuse of the drug, which costs Medicaid about 15 cents a pill, has multiplied, too.

Drug czar McDonough said he was dismayed to hear a new round of drugs is killing Floridians.

"Every time you think that you've got your arms around this problem of drug abuse, we always see a new wave," he said. "We're now entering into the most fatal era in history with medically approved drugs being abused."

*Fred Schultz is a reporter for the South Florida Sun-Sentinel, a Tribune Publishing newspaper.*

# 11 died from pills local doctor prescribed

Central Florida's Dr. E. Michael Gutman is under investigation by three state entities.

By RENE STUTZMAN
SENTINEL STAFF WRITER

At least 11 people — including two young brothers from Winter Springs — overdosed and died from drugs prescribed by one of the most prominent psychiatrists in Central Florida, according to an *Orlando Sentinel* examination of more than three years of medical records.

Ten of those who died were patients of Dr. E. Michael Gutman, and all had taken drugs he had prescribed for the treatment of pain or mental disorders, according to medical examiners' records.

Gutman, a licensed psychiatrist who also operates two Orlando-area pain-management clinics, is under investigation by the Florida Department of Law Enforcement, the Florida Attorney General's Office and the Florida Board of Medicine, which licenses doctors.

None of those agencies would provide details.

However, state records show that a few months after Medicaid fraud investigators with the Attorney General's Office began their inquiry in 2001, Gutman surrendered his Medicaid certificate, meaning he would no longer accept payments from the government program that provides medical care to the needy.

Gutman, 68, says he is not to blame for the deaths. He says he is conscientious about the prescriptions he writes.

"I am lily-white in this whole thing, and it's sickening to have this happen when you've done nothing wrong," he said.

Seven years ago, Gutman opened his first pain-management clinic. He now has two offices, one on West Colonial Drive in Orlando and another in Winter Park.

It's the kind of practice that draws drug abusers, he says, because some of the medicine he prescribes are the same ones sold by drug dealers.

Indeed, at least eight of the people who died under Gutman's care had a history of drug abuse or addiction, according to police and medical-examiner records.

"I'm in probably the dirtiest business that anybody would ever want to belong in," he said. "We're dealing with ... drug addicts that come in. No one has a neon sign that says, 'I'm a drug addict.' They come in and have physical infirmities that justify prescription pain medication."

Among his patients were Brenda Adair and her older son, Jerry, 15. They were being treated by Gutman for a variety of pain and emotional disorders when, on July 5, 2002, Adair's younger son, Terry, 10, died after taking several of their pills.

One week later, the older boy overdosed and died from a combination of his own and his mother's medicine.

Pharmacy records show Gutman had prescribed six medicines for the older boy and six for his mother.

Prosecutors contend that Brenda Adair, who told the *Sentinel* that she had a history of drug abuse, was negligent in the way she stored her medication. She is awaiting trial in Seminole County on aggravated-manslaughter charges in the death of Jerry.

The boys' uncle, Stephen Sweat of Oviedo, defends his sister and says Gutman should be held responsible.

"For me, that's the one to blame," he said.

Seminole County Assistant State Attorney Chris White said his office has no plans to prosecute Gutman in the boys' deaths.

Gutman said he grieves for every patient who dies but is not responsible for their


COURTESY OF THE ADAIR FAMILY
In 2000, Dr. E. Michael Gutman treated Jerry Adair (right), who in July 2002 overdosed a week after sibling Terry (left) died of pills prescribed to Jerry and their mother, Brenda. Their father, Gary, is at center.

Rene Stutzman can be reached at rstutzman@orlandosentinel.com or 407-324-7294.

EXHIBIT "2"


McINTIRE

deaths.

"I never spoon-feed these people medicine or drugs. I don't put them into their systems," he said. "I prescribe them for a legitimate reason and, unfortunately, these people, for whatever reason, may take an overdose."

## 9 deaths from painkillers

Nine of the 11 overdose deaths linked to Gutman involved pain medicine, including morphine, methadone and oxycodone.

The victims also included people who overdosed on a combination of drugs, including those used to treat mental disorders, such as the anti-anxiety drug alprazolam, more commonly known as Xanax.

While most of the victims had a history of drug abuse, at least one adult did not.

Diane McIntire, 50, of Orlando, a former hotel maid, died May 24, 2002, of methadone poisoning, according to the Orange-Osceola Medical Examiner's Office.

Gutman had McIntire on several medicines and was treating her for a variety of emotional and physical problems, including a degenerative back disorder.

The day before she died, Gutman told her to increase the amount of methadone she took, from six to nine pills a day, according to McIntire's medical records.

Gutman said the amount he advised her to take was within accepted norms. That jibes with information from her autopsy. A toxicology report showed the methadone in her blood was within the accepted therapeutic range but notes that people new to methadone can die from those amounts.

Although McIntire was not a known drug abuser, Gutman had patients who were and some who became dependent on the medicine he gave them, according to medical-examiner records.

Manuel Angel Ruiz, 45, a baker disabled by a back injury, died Sept. 30, 2001, of an overdose of oxycodone, a pain medicine prescribed by Gutman.

According to case notes from the Orange-Osceola County medical examiner, Ruiz had become addicted to pain medication while under Gutman's care, and the doctor had just put him through a drug-detoxification program in a local hospital.

The day Ruiz got out of the hospital, he was given more. He overdosed that night and died.

Gutman said Ruiz needed the medication.

"He still had the pain," the doctor said.

### Some patients laud doctor

Gutman predicted the Florida Board of Medicine would exonerate him. It could do that, write him a letter of "guidance," impose a fine or strip him of his right to practice in Florida.

Bill Allen, a professor of medical ethics at the University of Florida College of Medicine, said doctors should not prescribe drugs to patients who obviously abuse them, but it's sometimes difficult to identify them.

"I recommend to some extent that physicians not try to do the job of the Drug Enforcement Administration," Allen said. "It's better to err in the direction that pain is being take care of."

Gutman said he has controls in place, designed to prevent abuse. He makes patients sign a contract, agreeing not to abuse their medicine, and if he suspects they are, he sometimes orders urine tests. He said he stopped treating about 70 patients whom he suspected of abuse.

Some of Gutman's patients are effusive in their praise of him. He is extraordinarily kind, they say, and often gives out his home and cell-phone numbers so that they can reach him at any hour.

Donna Kirkland, 53, a disabled kindergarten teacher from Longwood, credits him with saving her life. Although other doctors acted as if her pain was not serious, Gutman sat down and really listened, she said, then put together a treatment plan.

"I really don't have enough good to say about him," she said.

### Life of 'helping people'

While much of Gutman's focus is now on pain management, he built his reputation on psychiatry. He founded the predecessor to one of the oldest drug-treatment facilities in Orlando, the Center for Drug-Free Living.

He is a past-president of the Florida Psychiatric Society and served as medical director of Mental Health Services of Orange County Inc., now called Lakeside Alternatives, the government-funded mental-health hospital.

"My entire life is based on helping people," he said.

He has appeared in court scores of times, testifying about the mental condition of defendants. Among the criminals he has evaluated is Richard Adams, who was convicted of beating to death his daughter, 6-year-old Kayla McKean, in his Clermont home Thanksgiving Day five years ago.

One of his best-known patients is Orlando Magic standout guard Tracy McGrady, whom he successfully treated last year for a back injury.

Gutman said the criticism he's facing now is much like his experience in Vietnam, where he served as a psychiatrist to U.S. troops in the mid-1960s.

"Pain medicines are highly explosive and combustible and very dangerous, and some people are going to die unfortunately, not because of purposeful actions but sometimes because of just the exposure to a wartime situation, and that is how I look at myself," he said.