# EXHIBIT 7

## <u>AFFIDAVIT OF MANUEL SOCIAS</u>

BEFORE ME, the undersigned authority, appeared MANUEL SOCIAS, after being duly sworn deposes and states as follows:

1.      I am over 18 years of age and have first hand knowledge of the matters set out in this affidavit.

2.      I am licensed to practice law in Florida. I am a partner with the law firm of Gary, Williams, Finney, Lewis, Watson & Sperando, P.L. I am co-counsel with Willie Gary, Esquire representing the Plaintiffs in the case captioned E. Michael Gutman. M.D. et.al. v. Orlando Sentinel Communications Company, et.al., Case Number 2005-CA-4071, pending in the Circuit Court for the Ninth Judicial Circuit in Orange County, Florida.

3.      The Plaintiffs are Dr. Michael Gutman and his medical practices. These Plaintiffs claim that two articles appearing in the local paper (the Orlando Sentinel) published by the Defendants defamed the Plaintiffs.

4.      This case was filed on May 11, 2005. Under Rule 2.250(a)(1)(B) Fla.R.Jud.Adm., (Ex. 1) the "presumptively reasonable time period for the completion" of this case is eighteen (18) months (from the initial filing to final disposition). Under that rule, this case should have been tried by November 2006.

5.      The Defendants notified the trial court and parties of the filing of their bankruptcy petition on December 10, 2008. This was after 3 ½ years of discovery and motion practice. Any suggestion that most of the work remains to be done to prepare this case for trial is refuted by

the record.

6.      Attached as Exhibit "A" is a copy of the court docket in the above case. The docket reveals extensive discovery, including requests to produce, interrogatories, requests for admissions and depositions. The docket also shows that the court has heard and disposed of motions to dismiss, motions to strike, motions for judgment on the pleadings, and a summary judgment motion. The Defendants already have deposed Plaintiffs' economic expert and both of Plaintiffs' medical experts.

7.      This case initially was set to be tried on November 17, 2008. On August 20, 2008, the Defendants filed a motion to continue the trial date and for a time certain in 2009. The motion was granted. On October 22, 2008, the court rescheduled the trial to a time certain beginning on June 1, 2009. Pursuant to the new scheduling order, discovery was to be completed by May 17, 2009. Attached as composite Exhibit "B" are copies of the Defendants' motion for continuance and the Court's October 22, 2008 Scheduling Order. As of the date the Defendants furnished notice of a bankruptcy filing, approximately 5 months remained for the completion of discovery.  The notion that, after three (3) years of litigation, the most costly and onerous discovery remains to be completed is without substance.

8.      The discovery which remains to be completed consists primarily of completing the depositions of a few experts and a few "mop up" depositions. Expense is involved in any litigation. I have been advised that the Defendants are arguing to the bankruptcy court the expense that would be involved in proceeding with this case. In large part, much of this expense is of the Defendants' own making. The Defendants have retained one of the top trial firms in

Orlando for representation, and its senior litigator, David King, personally handles virtually every aspect of the case. Additionally, the Defendants have retained a Florida media law firm, Thomas and LoCicero, P.L. An attorney for this firm observes, but does not actively participate, in virtually all proceedings (including lengthy multi-day depositions). Another example of why the Defendants complain of the expense involved in litigating is found in this case. During the June 17, 2009 deposition in Orlando, Florida of the personal representative of the estate of Dr. Gutman, the deposition was attended by four lawyers on behalf of the Defendants. Two of the lawyers were from King, Blackwell, Downs & Zehnder, P.A. – the Orlando firm representing the Defendants in the defamation case. Two additional lawyers representing the Defendants in this bankruptcy proceeding traveled to Orlando for the deposition. Four lawyers attended, two traveled from out-of-town, and only the local lawyer from King, Blackwell, Downs & Zehnder (David King) asked any questions during the two-hour deposition. The Defendants should not be heard to complain of the expense which flows from its decision to retain multiple lawyers from multiple law firms to issue multiple bills for every event.

FURTHER AFFIANT SAITH NAUGHT.

_____
MANUEL SOCIAS

STATE OF FLORIDA
COUNTY OF ORANGE

    I HEREBY CERTIFY that on this day personally appeared before me, an officer duly qualified to take acknowledgments, MANUEL SOCIAS, to me well known to be the person

described in and who executed the foregoing instrument and he acknowledged before me that
he believes the same to be true and correct.

WITNESS my hand and official seal 23rd day of June, 2009.



Signature of Notary Public

 

**Close Window**

**Printer Friendly Page**

Case Summary

| | | | |
|---|---|---|---|
| Case Number: | 2005-CA-004071-O | Filing Date: | 5/11/2005 |
| Case Type: | Civil | | |
| Case Status: | Pending | | |
| Status Date: | 5/11/2005 | | |
| Current Judge: | Smith, Maura T | | |

Party Details    Case Disposition    Case Calendar    Case Actions    Financial Details

Top

### Party Details

| Full Name | Party Type | Status |
|---|---|---|
| GUTMAN PAIN/ACCIDENT CENTER INC | PLTF | Pending |
| E MICHAEL GUTMAN | PLTF | Pending |
| MIKE MD GUTMAN | PLTF | Pending |
| FRED SCHULTE | DEFE | Pending |
| TRIBUNE COMPANY OF CHICAGO | DEFE | Pending |
| RENE STUTZMAN | DEFE | Pending |
| SENTINEL COMMUNTICATION NEWS VENTURES INC | DEFE | Pending |
| ORLANDO SENTINEL COMMUNICATIONS COMPANY | DEFE | Pending |
| TRIBUNE PUBLISHING COMPANY | DEFE | Pending |
| CONVERSION | CONVERSION | Pending |
| MADISON BYRON MCCLELLAN | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| DAVID B KING | ATTY | Pending |
| MANUEL SOCIAS | ATTY | Pending |
| MANUEL SOCIAS | ATTY | Pending |
| MANUEL SOCIAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |
| GREGG DARROW THOMAS | ATTY | Pending |

Top

### Case Dispo.

Disposition: Order Denying
Disposition Date: 11/20/2008
Disposition: Order Granting
Disposition Date: 10/23/2008
Disposition: Stipulation
Disposition Date: 5/16/2008
Disposition: Order Denying
Disposition Date: 12/20/2006
Disposition: Order Denying
Disposition Date: 10/12/2006

EXHIBIT "A"

Disposition: Order Granting
Disposition Date: 6/30/2006
Disposition: Order Granting
Disposition Date: 3/29/2006
Disposition: Order Denying
Disposition Date: 3/29/2006

Top

**Case Calendar**

| Event Date | Event Time | Description | Judge | Location |
|---|---|---|---|---|
| 5/18/2009 | 9:30 AM | Pre-Trial Conference | Smith, Maura T | Courtroom 18-C |
| 5/18/2009 | 9:30 AM | Pre-Trial Conference | Smith, Maura T | Hearing Room 800.02 |
| 8/27/2008 | 9:00 AM | Hearing Exparte | Smith, Maura T | Not Set |
| 8/8/2008 | 11:00 AM | Hearing | Smith, Maura T | Not Set |
| 6/25/2008 | 14:30 PM | Hearing | Smith, Maura T | Not Set |
| 6/19/2008 | 13:30 PM | Hearing | Smith, Maura T | Not Set |
| 2/27/2008 | 10:30 AM | Hearing | Smith, Maura T | Not Set |
| 2/6/2008 | 11:15 AM | Hearing | Smith, Maura T | Not Set |
| 11/13/2007 | 11:00 AM | Notice of Case Mgmt Conference | Smith, Maura T | Not Set |
| 8/24/2007 | 11:30 AM | Notice of Case Mgmt Conference | Smith, Maura T | Not Set |
| 6/29/2007 | 9:45 AM | Notice of Case Mgmt Conference | Smith, Maura T | Not Set |
| 6/22/2007 | 11:15 AM | Amended Notice of Hearing | Smith, Maura T | Not Set |
| 5/8/2007 | 11:30 AM | Hearing | Smith, Maura T | Not Set |
| 12/18/2006 | 14:00 PM | Hearing | Smith, Maura T | Not Set |
| 12/18/2006 | 15:00 PM | Hearing | Smith, Maura T | Not Set |
| 9/18/2006 | 13:30 PM | Hearing Exparte | Smith, Maura T | Not Set |
| 5/31/2006 | 11:15 AM | Hearing Exparte | Smith, Maura T | Not Set |
| 1/24/2006 | 13:30 PM | Hearing | Smith, Maura T | Not Set |

Top

**Case Actions**

| Docket Date | Docket Entry | Comments | Party |
|---|---|---|---|
| 5/11/2005 | Complaint | COMPLAINT FILED | |
| 5/11/2005 | Civil Cover Sheet | CIVIL COVER SHEET FILED | |
| 5/11/2005 | Initial Judge Assigned | INITIAL JUDGE ASSIGNED MACKINNON, C Z 39 | |
| 5/11/2005 | Request to Produce | REQUEST TO PRODUCE TO DEFTS | |
| 6/6/2005 | Amended Complaint | AMENDED COMPLAINT | |
| 6/6/2005 | Request to Produce | PLTF AMENDED FIRST REQUEST TO PRODUCE TO ORLANDO SENTINEL COMM COMP.; TRIBUNE COMP OF CHICAGO A/K/A TRIBUNE COMP.; TRIBUNE PUBLISHING COMP; SENTINEL COMM NEWS VENTURES INC; RENE STUTZMAN; FRED SCHULTE | |
| 6/14/2005 | Summons Issued on Amended Complaint | SUMMONS ISSUED ON AMENDED COMPLAINT (6-ALL DEFTS) (ORIG TO ATTY SASE) | |
| 7/22/2005 | Summons On Amended Complaint Ret Served | 20 DAY SUMMONS AMD CMPT SVD [07/13/2005]AS TO TRIBUNE COMPANY OF CHICAGO | |
| 7/22/2005 | Summons On Amended Complaint Ret Served | 20 DAY SUMMONS AMD CMPT SVD [07/13/2005]AS TO ORLANDO SENTINEL COMMUNICATIONS COMPANY | |
| 7/22/2005 | Summons On Amended Complaint Ret Served | 20 DAY SUMMONS AMD CMPT SVD [07/13/2005]AS TO SENTINEL COMMUNICATIONS NEWS VENTURES INC | |

| Date | Entry | Description |
|---|---|---|
| 7/25/2005 | Summons On Amended Complaint Ret Served | 20 DAY SUMMONS AMD CMPT SVD [07/14/2005]AS TO TRIBUNE PUBLISHING CO |
| 7/29/2005 | Summons On Amended Complaint Ret Served | 20 DAY SUMMONS AMD CMPT SVD [07/19/2005]AS TO STUTZMAN, RENE |
| 8/9/2005 | Motion to Dismiss | MOTION TO DISMISS AMENDED COMPLAINT BY ORLANDO SENTINEL COMMUNICATIONS COMPANY TRIBUNE COMPANY OF CHICAGO AKA TRIBUNE COMPANY TRIBUNE PUBLIS HING COMPANY SENTINEL COMMUNICATIONS NEWS VENTURES INC RENE STUTZMAN A ND FRED SCHULTE W/ATTACHMENTS |
| 8/17/2005 | Summons Returned | 20 DAY SUMMONS SRVD [07/20/2005] FRED SCHULTE ON AMENDED COMPLAINT |
| 9/2/2005 | Petition/Motion to Extend Time | DEFTS MOTION FOR EXTENSION OF TIME TO RESPOND TO PLTFS AMENDED FIRST REQUEST FOR PRODUCTION |
| 9/6/2005 | Motion to Compel | MOTION TO COMPEL PRODUCTION OF DOCS W/ATTACHMENTS BY E MICHAEL GUTMAN MD MIKE GUTMAN MD (MPAC) PA AND GUTMAN PAIN/ACCIDENT CENTER INC AKA AN D OR DBA BACK PAIN INSTITUTE OF ORLANDO |
| 9/21/2005 | Response to Request to Produce | DEFTS RESPONSE TO AMENDED FIRST REQUEST TO PRODUCE |
| 9/21/2005 | Free Form | DEFTS PRIVILEGE LOG IN RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFTS |
| 9/21/2005 | Petition/Motion to Extend Time | 2ND MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED REQUEST FOR PRO DUCTION BY ORLANDO SENTINEL COMPANY TRIBUNE COMPANY OF CHICAGO AKA TRI BUNE COMPANY TRIBUNE PUBLISHING COMPANY SENTINEL COMMUNICATIONS NEWS V ENTURES INC RENE STUTZMAN AND FRED SCHULTE |
| 9/22/2005 | Free Form | AMENDED PRIVILEGE LOG IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FILED BY ORLANDO SENTINEL, TRIBUNE COMPANY OF CHICAGO, TRIBUNE PUBLISHING COMPANY, SENTINEL COMMUNICATIONS NEWS, RENE STUTZMAN AND FRED SCHULTE |
| 10/28/2005 | Free Form | SECOND AMENDED PRIVILEGE LOG IN RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS FILED BY ORLANDO SENTINEL, TRIBUNE COMPANY OF CHICAGO, TRIBUNE |

| Date | Document | Description |
|---|---|---|
| | | PUBLISHING COMPANY, SENTINEL COMMUNICATIONS NEWS, RENE STUTZMAN AND FRED SCHULTE |
| 10/31/2005 | Notice of Hearing | NOTICE OF HEARING * 01/24/2006 01:30 P.M. |
| 11/7/2005 | Motion | PLTFS MOTION FOR IN CAMERA INSPECTION W/ATTACHED EXHIBITS |
| 1/19/2006 | Petition/Motion to Strike | GUTMAN OPPOSITION TO MOTION TO STRIKE ALLEGATIONS IN AMENDED COMPLAINT |
| 1/19/2006 | Motion to Dismiss | GUTMAN OPPOSITION TO DEFT MOTION TO DISMISS |
| 1/20/2006 | Memorandum of Law | MEMORANDUM OF LAW IN SUPPORT OF DEFTS MOTION TO DISMISS AMENDED COMPLAINT |
| 3/13/2006 | Response to Request to Produce | DEFTS' THIRD AMENDED PRIVILEGE LOG IN RESPONSE TO REQUEST TO PRODUCE |
| 3/14/2006 | Petition/Motion for Substitution of Counsel | STIPULATED MOTION FOR SUBSTITUTE OF COUNSEL |
| 3/14/2006 | Order Substituting Counsel | ORDER FOR SUBSTITUTION OF COUNSEL GREGG THOMAS, HAMES LAKE AND RACHEL FUGATE |
| 3/28/2006 | Request to Produce | SECOND REQUEST TO PRODUCE TO DEFTS |
| 3/29/2006 | Order Denying | ORDER DENYING MOTION TO STRIKE |
| 3/29/2006 | Order Granting | ORDER GRANTING IN PART & DENYING IN PART DEFTS MOTION TO DISMISS; PLTF HAS 20 DAYS TO AMEND COMPLAINT |
| 4/7/2006 | Amended Complaint | GUTMANS SECOND AMENDED COMPLAINT |
| 4/18/2006 | Request to Produce | THIRD REQUEST TO PRODUCE TO DEFTS |
| 4/20/2006 | Answer | DEFTS ORLANDO SENTINEL COMMUNICTIONS CO TRIBUNE CO OF CHICAGO AKA TRIBUNE CO TRIBUNE PUBLISHING CO SENTINEL COMMUNICATIONS NEWS VENTURES INC RENE STUTZMAN & FRED SCHULTE ANSWER & DEFENSES TO SECOND AMENDED COMPLAINT |
| 4/28/2006 | Motion to Compel | PLTFS GUTMANS MOTION TO COMPEL PRODUCTION OF DOCUMENTS OVER SENTINELS ASSERTION OF THE QUALIFIED JOURNALISTS PRIVILEGE W/ATTACHMENTS |
| 4/28/2006 | Reply to Affirmative Defenses | REPLY TO DEFTS' AFFIRMATIVE DEFENSES TO SECOND AMENDED COMPLAINT |
| 4/28/2006 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT TRIBUNE COMPANY OF CHICAGO |
| 4/28/2006 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT RENE STUTZMAN |
| 4/28/2006 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT TRIBUNE PUBLISHING CO |
| 4/28/2006 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT ORLANDO SENTINEL COMMUNICATIONS CO |

Untitled Page

| | | |
|---|---|---|
| 4/28/2006 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF INTERROGATORIES TO DEFT FRED SCHULTE |
| 5/8/2006 | Notice of Hearing | NOTICE OF HEARING EXPARTE 05/31/2006 11:15 A.M. |
| 5/16/2006 | Response to Request to Produce | DEFT ORLANDO SENTINEL COMMUNICATIONS CO/TRIBUNE CO OF CHICAGO/ TRIBUNE PUBLISHING CO/SENTINEL COMMUNICATIONS NEWS VENTURES INC/ RENE STUTZMAN AND FRED SCHULTE RESPONSES TO SECOND REQUEST FOR PRODUCTION |
| 5/16/2006 | Free Form | DEFTS' PRIVILEGE LOG IN RESPONSE TO SECOND REQUEST FOR PRODUCTION OF DOCUMENTS |
| 5/17/2006 | Notice | NOTICE OF ADDITIONAL AUTHORITY IN SUPPORT OF GUTMANS MOTION TO COMPEL PRODUCTION OF DOCUMENTS OVER SENTINELS ASSERTION OF THE QUALIFIED JOURNALISTS PRIVILEGE |
| 5/22/2006 | Free Form | DEFTS' FOURTH AMENDED PRIVILEGE LOG IN RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFTS |
| 5/24/2006 | Response to Request to Produce | DEFTS' RESPONSE TO THIRD REQUEST FOR PRODUCTION OF DOCUMENTS |
| 5/25/2006 | Notice Appearance of Counsel | DEFTS ORLANDO SENTINEL COMMUNICATIONS CO TRIBUNE CO OF CHICAGO AKA TRIBUNE CO TRIBUNE PUBLISHING CO SENTINEL COMMUNICATIONS NEWS VENTURES INC RENE STUTZMAN INDIVIDUALLY & FRED SCHULTE INDIVIDUALLY NOTICE OF APPEARANCE OF COUNSEL |
| 5/26/2006 | Notice Cancellation of Hearing | NOTICE CANCELLATION OF HEARING 05/31/2006 @ 11:15 AM (FAX) |
| 6/1/2006 | Case Reassigned to Division | ORDER OF RECUSAL & CASE REASSIGNED TO JUDGE FROM: 39 TO: 40 |
| 6/9/2006 | Request to Produce | DEFT ORLANDO SENTINEL COMMUNICATIONS CO FIRST REQUEST FOR PRODUCTION TO PLTFS |
| 6/12/2006 | Motion to Disqualify/Recuse | DEFENDANTS ORLANDO SENTINEL COMMUNICATIONS COMPANY MOTION TO DISQUALIFY |
| 6/14/2006 | Free Form | PLTFS OPPOSITION TO DEFTS MOTION TO DISQUALIFY |
| 6/15/2006 | Notice of Filing | NOTICE OF FILING OF EXHIBIT A TO DEFT MOTION TO DISQUALIFY FILED BY ORLANDO SENTINEL, TRIBUNE PUBLISHING, SENTINEL COMMUNICATIONS NEWS VENTURES, RENE STUTZMAN AND FRED SCHULTE |
| 6/19/2006 | Response to Request to Produce | DEFTS' FIFTH AMENDED PRIVILEGE LOG IN RESPONSE TO REQUEST TO |

| | | |
|---|---|---|
| | | PRODUCTION OF DOCUMENTS |
| 6/27/2006 | Letter | LETTER TO JUDGE FROM MANUEL SOCIAS |
| 6/30/2006 | Order Granting | ORDER GRANTING MOTION FOR DISQUALIFICATION DEFT RENE STUTZMAN |
| 6/30/2006 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES DEFT ORLANDO SENTINEL COMMUNICATIONS CO |
| 7/3/2006 | Answer to Interrogatories | ANSWER TO INTERROGATORIES TRIBUNE PUBLISHING CO |
| 7/3/2006 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF ANSWERS TO INTERROG DEFT TRIBUNE PUBLISHING CO ANSWER TO INTERROGATORIES |
| 7/3/2006 | Answer to Interrogatories | TRIBUNE CO OF CHICAGO |
| 7/3/2006 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF ANSWERS TO INTERROG DEFT TRIBUNE CO OF CHICAGO ANSWER TO INTERROGATORIES |
| 7/3/2006 | Answer to Interrogatories | ORLANDO SENTINEL COMMUNICATIONS CO |
| 7/3/2006 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES FRED SCHULTE |
| 7/3/2006 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES DEFT FRED SCHULTE ANSWER TO INTERROGATORIES |
| 7/3/2006 | Answer to Interrogatories | |
| 7/10/2006 | Case Reassigned to Division | ORDER CASE REASSIGNED TO JUDGE FROM: 40 TO: 33 |
| 7/24/2006 | Returned Mail | RETURNED MAIL OF COPY OF ORDER OF REASSIGNMENT TO DAVID BRALOW RETURNED INSUFFICIENT ADDRESS |
| 7/27/2006 | Notice of Hearing | NOTICE OF HEARING EXPARTE 09/18/2006 01:30 P.M. |
| 8/14/2006 | Free Form | PLTFS' PRIVILEGE LOG IN RESPONSE TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLTFS |
| 8/14/2006 | Response to Request to Produce | PLTFS RESPONSE TO REQUEST FOR PRODUCTION |
| 9/12/2006 | Objection | RENE STUTZMAN, FRED SCHULTE AND ORLANDO SENTINEL COMMUNICATION CO'S OPPOSITION TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 10/4/2006 | Free Form | CONFIDENTIALITY AGREEMENT AND INCORPORATED ORDER |
| 10/12/2006 | Letter | LETTER TO JUDGE FROM DAVID KING |
| 10/12/2006 | Letter | LETTER TO JUDGE FROM CHARLES EMANUEL |
| 10/12/2006 | Letter | LETTER TO JUDGE FROM MAYANNE DOWNS |
| 10/12/2006 | Order to Seal Document | AGREED ORDER/ORDER TO SEAL DOCUMENT: DOCUMENTS MARKED CONFIDENTIAL (ORDER IS APPROVING CONFIDENTIALITY AGREEMENT WHICH STATES MATERIAL MARKED CONFIDENTIAL IS TO BE FILED UNDER SEAL) |

| Date | Type | Description |
|---|---|---|
| 10/12/2006 | Order Denying | ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS |
| 11/2/2006 | Notice of Service of Interrogatories | DEFT ORLANDO SENTINEL COMMUNICATIONS CO NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLTF |
| 11/2/2006 | Notice of Service of Interrogatories | DEFT FRED SCHULTE'S NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLTFS |
| 11/2/2006 | Notice of Service of Interrogatories | DEFT RENE STUTZMANS NOTICE OF SERVICE OF FIRST SET OF INTERROGATORIES TO PLTFS |
| 11/13/2006 | Motion for Judgment | DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT TWO OF THE SECOND AMENDED COMPLAINT |
| 11/28/2006 | Notice of Hearing | NOTICE OF HEARING * 12/18/2006 02:00 P.M. |
| 11/30/2006 | Notice of Hearing | NOTICE OF HEARING * 12/18/2006 03:00 P.M. |
| 12/14/2006 | Memorandum | DEFTS MEMORANDUM IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS ON COUNT TWO OF THE SECOND AMENDED COMPLAINT |
| 12/14/2006 | Memorandum | GUTMANS MEMORANDUM IN OPPOSITION TO MOTION FOR JUDGMENT ON PLEADINGS |
| 12/20/2006 | Notice of Filing | E MICHAEL GUTMAN, MIKE GUTMAN, GUTMAN PAIN/ACCIDENT CENTER INSTITUTE OF ORLANDO'S NOTICE OF FILING ANSWERS TO INTERROGATORIES |
| 12/20/2006 | Notice of Filing | E MICHAEL GUTMAN, MIKE GUTMAN, GUTMAN PAIN/ACCIDENT CENTER INSTITUTE OF ORLANDO'S NOTICE OF FILING ANSWERS TO INTERROGATORIES |
| 12/20/2006 | Notice of Filing | E MICHAEL GUTMAN, MIKE GUTMAN, GUTMAN PAIN/ACCIDENT CENTER INSTITUTE OF ORLANDO'S NOTICE OF FILING ANSWERS TO INTERROGATORIES |
| 12/20/2006 | Order Denying | ORDER DENYING MOTION FOR JUDGMENT ON PLEADINGS ON COUNT II OF SECOND AMENDED COMPLAINT |
| 1/11/2007 | Notice of Service of Answers to Interrogatories | PLTFS NOTICE OF SERVICE OF AMENDED ANSWERS TO DEFT RENE STUTZMAN INTERROGATORIES |
| 1/11/2007 | Answer to Interrogatories | PLTFS AMENDED ANSWER TO DEFT ORLANDO SENTINEL COMMUNICATIONS CO INTERROGATORIES |
| 1/11/2007 | Notice of Service of Answers to Interrogatories | PLTFS NOTICE OF SERVICE OF AMENDED ANSWERS TO DEFT ORLANDO SENTINEL COMMUNICATIONS COMPANY INTERROGATORIES |
| 1/11/2007 | Answer to Interrogatories | PLTFS AMENDED ANSWER TO DEFT RENE STUTZMAN INTERROGATORIES |

| | | |
|---|---|---|
| 1/26/2007 | Notice for Trial | NOTICE FOR TRIAL (JURY) (NO SASE) |
| 2/15/2007 | Request to Produce | DEFT ORLANDO SENTINEL COMMUNICATIONS CO SECOND REQUEST FOR PRODUCTION TO PLTFS |
| 2/15/2007 | Notice of Production of Non-Party | NOTICE OF RECORD PICK UP (RIAZUL H IMAMI MD PHD MEDICAL EXAMINER OR R/C FOR MEDICAL EXAMINER OF CHARLOTTE COUNTY FLORIDA) 10 DAYS ISSUED BY US MAIL |
| 3/2/2007 | Notice | NOTICE FOR SPECIALLY SET TRIAL & PRE TRIAL |
| 3/6/2007 | Request for Copies | PLAINTIFF'S REQUEST FOR COPIES OF DISCOVERY |
| 3/13/2007 | Subpoena Duces Tecum for Deposition Returned to | SUBPOENA DUCES TECUM DEPOSITION SERVED TO MARIE HANSEN MD |
| 3/13/2007 | Subpoena Duces Tecum for Deposition Returned to | SUBPOENA DUCES TECUM DEPOSITION SERVED SARA IRRGANG MD |
| 3/14/2007 | Notice of Mediation | NOTICE OF MEDIATION CONFERENCE 5/1 @ 10:30 |
| 3/14/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY STATE ATTY GENERAL OFFICE 4/9 MAILED 3/12 |
| 3/14/2007 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF SARA IRRGANG MD ON 3/22 @ 2:00 |
| 3/14/2007 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF MARIE HANSEN MD ON 3/22 @ 9:00 |
| 3/14/2007 | Response to Request to Produce | RESPONSE TO REQUEST TO PRODUCE FILED BY E MICHAEL GUTMAN MD, MIKE GUTMAN MD AND GUTMAN PAIN |
| 3/14/2007 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF JOANN CARRIN ON 4/27 @ 10:00 |
| 3/14/2007 | Request for Copies | GUTMAN REQUEST FOR COPIES FORM RIAZUL IMAMI MD PHD |
| 3/15/2007 | Notice | AMENDED NOTICE OF CASE MANAGEMENT CONFERENCE |
| 3/19/2007 | Notice of Hearing | NOTICE OF HEARING * 05/08/2007 11:30 A.M. |
| 3/19/2007 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING VIDEOTAPED DEPO OF JOANN CARRIN ON 5/9/2007 @ 11:00AM |
| 3/20/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY 10 DAYS, RAIZUL H IMAMI, MAILED 3/20/07 |
| 3/21/2007 | Subpoena Duces Tecum W/O Deposition Returned | SUBP DUCES TECUM WITHOUT DEPO SERVED TO RIAZUL H IMAMI |
| 3/21/2007 | Subpoena Duces Tecum for Deposition Returned to | SUBPOENA DUCES TECUM VIDEOTAPED DEPOSITION SERVED TO SARA IRRGANG |
| 3/21/2007 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING VIDEOATPED DEPO DUCES TECUM OF SARA IRRGANG, 4/18/07, 10:00 |
| 3/21/2007 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING VIDEOTAPED DEPO DUCES TECUM OF MARIE HANSEN, 4/18/07, 1:30 |
| 3/21/2007 | Response to Request to Produce | E MICHAEL GUTMAN, MIKE GUTMAN AND GUTMAN PAIN/ACCIDENT CENTER'S |

| | | |
|---|---|---|
| | | PRIVILEGE LOG IN RESPONSE TO REQUEST TO PRODUCE |
| 3/21/2007 | Subpoena Duces Tecum for Deposition Returned to | SUBPOENA DUCES TECUM VIDEOTAPED DEPOSITION SERVED TO MARIE HANSEN |
| 3/22/2007 | Request for Copies | REQUEST FOR COPIES BY ORLANDO SENTINEL COMMUNICATIONS COMPANY TRIBUNE COMPANY OF CHICAGO AKA TRIBUNE COMPANY,TRIBUNE PUBLISHING COMPANY SENTINEL COMMUNICATIONS NEWS VENTURES INC, RENE STUTZMAN |
| 3/26/2007 | Compliance with Request for Copies | NOTICE OF COMPLIANCE WITH PLAINTIFF'S REQUEST FOR COPIES BY DEFENDANTS |
| 3/30/2007 | Notice of Filing | PTLFS' NOTICE OF FILING AFFIDAVITS OF SERVICE AND ORIGINAL SUBPOENA |
| 3/30/2007 | Subpoena for Deposition Returned | SUBPOENA FOR VIDEOTAPED DEPOSITION SERVED ON JOANN CARRIN ON 3/19/2007 |
| 4/9/2007 | Notice of Filing | E MICHAEL GUTMAN, MIKE GUTMAN AND GUTMAN ACCIDENT AND PAIN CLINIC'S NOTICE OF FILING AFFIDAVIT OF SERVICE AND ORIGINAL SUBP TO THE ATTY GENERAL'S OFFICE WITH SERVICE DATE 3/26/07 |
| 4/9/2007 | Subpoena Duces Tecum W/O Deposition Returned | SUBP DUCES TECUM WITHOUT DEPO SERVED TO ATTY GENERAL'S OFFICE |
| 4/10/2007 | Notice of Compliance | DEFTS' NOTICE OF COMPLIANCE WITH REQUEST FOR COPIES |
| 4/30/2007 | Response | STATE OF FL, OFFICE OF THE ATTY GENERAL, DEPT OF LEGAL AFFAIRS' RESPONSE TO SUBP DUCES TECUM WITHOUT DEPO (FAX) |
| 5/1/2007 | Answer | STATE OF FLORIDA OFFICE OF THE ATTORNEY GENERAL DEPARTMENT OF LEGAL AFFAIRS' RESPONSE TO PLAINTIFF'S SUBPOENA DUCES TECUM WITHOUT DEPOSITION OPTION TO FUNISH RECORDS BY MAIL |
| 5/1/2007 | Free Form | PLTF'S PROPOSAL FOR CASE MANAGEMENT SCHEDULE |
| 5/1/2007 | Motion for Continuance | DEFENDANTS' MOTION FOR CONTINUANCE |
| 5/4/2007 | Case Reassigned to Division | ORDER OF RECUSAL AND CASE REASSIGNED TO JUDGE FROM: 33 TO: 39 |
| 5/4/2007 | Compliance with Request for Copies | NOTICE OF COMPLIANCE WITH PLAINTIFF'S REQUEST FOR COPIES BY DEFENDANTS |
| 5/8/2007 | Notice Cancellation of Hearing | NOTICE CANCELLATION OF HEARING PENDING JUDICIAL REASSIGNMENT ON 5/8/2007 AT 11:30 AM |
| 5/9/2007 | Case Reassigned to Division | ORDER OF REASSIGNMENT TO JUDGE FROM: 39 TO: 37 |
| 5/9/2007 | Case Reassigned to Division | ORDER OF REASSIGNMENT TO JUDGE FROM: 39 TO: 37 |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL |

| | | |
|---|---|---|
| | | RECORDS FROM E. MICHAEL GUTMAN M.D. FOR MANUEL A RUIZ W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR JEFFREY J JONES W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR TOMMY LEE HANKINS W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR DIANNE MCINTIRE W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR RICHARD FUTCHKO W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR JOAN MOOR W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR JOHN MCLEAN W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR BRENDA, JERRY & TERRY ADAIR W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR CHARLES JOWERS W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR KEVIN HORNSBY W/ EXHS |
| 5/16/2007 | Notice | NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E. MICHAEL GUTMAN M.D. FOR RANDALL E HANSON W/ EXHS |
| 5/17/2007 | Notice of Compliance | NOTICE OF COMPLIANCE WITH PLAINTIFFS REQUEST FOR COPIES |
| 5/24/2007 | Notice of Filing | ORLADNO SENTINAL COMMUNICATIONS CO, TRIBUNE CO OF CHICAGO, TRIBUNE PUBLISHING CO, SENTINEL COMMUNICATIONS NEWS VENTURES INC, RENE STUTZMAN AND FRED SCHULTE'S NOTICE OF FILING ACCEPTANCE OF SERVICE OF SUBP DUCES TECUM WITHOUT DEPO OPTION TO FURNISH RECORDS BY MAIL AND WAIVER OF FORMAL SERVICE OF PROCESS AND SUBP DUCES TECUM WITHOUT DEPO OPTION TO FURNISH RECORDS BY MAIL |
| 5/25/2007 | Amended Notice of Hearing | SECOND AMENDED NOTICE OF HEARING 06/22/2007 11:15 A.M. |

| Date | Type | Description |
|---|---|---|
| 5/25/2007 | Notice of Case Management Conference | AMENDED NOTICE OF CASE MANAGEMENT CONFERENCE 06/29/2007 09:45 A.M. |
| 5/29/2007 | Motion to Compel | DEFENDANTS MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY WITH ATTACHED EXHIBITS |
| 6/11/2007 | Free Form | DEFTS' PROPOSAL FOR CASE MANAGEMENT SCHEDULE |
| 6/13/2007 | Notice of Compliance | E MICHAEL GUTMAN, MIKE GUTMAN AND GUTMAN PAIN/ ACCIDENT CENTER INC'S NOTICE OF COMPLIANCE WITH REQUEST FOR COPIES |
| 6/19/2007 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF RENE STUTZMAN, 7/18/07 AND 7/19/07 AT 9:00 OF RENE STUTZMAN |
| 6/19/2007 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF FRED SCHULTE, 8/1/07 AND 8/2/07, 9:00 |
| 6/21/2007 | *Notice of Service of Answers to Interrogatories* | TRIBUNE PUBLISHING CO'S NOTICE OF SERVICE OF VERIFIED AMENDED ANSWERS TO INTERROGATORIES |
| 6/21/2007 | Notice of Service of Answers to Interrogatories | RENE STUTZMAN'S NOTICE OF SERVICE OF VERIFIED AMENDED ANSWERS TO INTERROGATORIES |
| 6/21/2007 | Notice of Service of Answers to Interrogatories | TRIBUNE CO OF CHICAGO'S NOTICE OF SERVICE OF VERIFIED AMENDED ANSWERS TO INTERROGATORIES |
| 6/21/2007 | *Certificate of No Objection* | ADVENTIST HEALTH SYSTEM/SUNBELT INC'S CERTIFICATE OF NO OBJECTION |
| 6/21/2007 | Notice of Service of Answers to Interrogatories | ORLANDO SENTINEL COMMUNICATIONS CO'S NOTICE OF SERVICE OF VERIFIED AMENDED ANSWERS TO INTERROGATORIES |
| 6/22/2007 | Notice Cancellation of Hearing | NOTICE CANCELLATION OF HEARING 06/22/2007 @ 11:15 AM |
| 6/25/2007 | Notice of Service of Answers to Interrogatories | TRIBUNE CO OF CHICAGO'S NOTICE OF SERVICE OF ORIGINAL SIGNATURE PAGE TO ITS VERIFIED AMENDED RESPONSES TO INTERROGATORIES |
| 6/25/2007 | Notice of Service of Answers to Interrogatories | TRIBUNE PUBLISHING CO'S NOTICE OF SERVICE OF ORIGINAL SIGNATURE PAGE TO ITS VERIFIED AMENDED ANSWERS TO INTERROGATORIES |
| 6/25/2007 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF E MICHAEL GUTMAN, 8/21/07 AND 8/22/07 AT 9:30 |
| 6/25/2007 | Notice of Service of Answers to Interrogatories | FRED SCHULTE'S NOTICE OF SERVICE OF VERIFIED AMENDED ANSWERS TO *INTERROGATORIES* |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, CHARLES JOWERS, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, KEVIN HORNSBY, MAILED 6/28/07 |

| | | |
|---|---|---|
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, MANUEL RUIZ, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, JOAN MOOR, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, JEFFREY JONES, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, JOHN MCLEAN, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, TOMMY LEE HANKINS, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, BRENDA ADAIR AND TEDDY ADAIR, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, DIANNE MCINTIRE, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, RANDAL E HANSON, MAILED 6/28/07 |
| 6/28/2007 | Notice of Production of Non-Party | NOTICE OF INTENT TO SUBP: 10 DAYS, RICHARD FUTCHKO, MAILED 6/28/07 |
| 6/29/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY 10 DAYS, PURDUE PHARMA LP, AND PURDUE PHARMA INC, MAILED 6/29/07 |
| 7/3/2007 | Notice of Case Management Conference | NOTICE OF CONTINUATION OF CASE MANAGEMENT CONFERENCE 08/24/2007 11:30 A.M. |
| 7/3/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY AS TO MEETING EXPECTATIONS INC |
| 7/3/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY AS TO ASTRAZENECA PHARMACEUTICALS LP |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD (RECORDS FOR CHARLES JOWERS) |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD (RECORDS FOR JOAN MOOR) |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD (RECORDS FOR BRENDA ADAIR AND TERRY ADAIR) |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD (RECORDS FOR MANUEL A RUIZ) |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD (RECORDS FOR KEVIN HORNSBY) |
| 7/11/2007 | Notice | AMENDED NOTICE OF INTENT TO SUBPOENA MEDICAL RECORDS FROM E MICHAEL GUTMAN MD |

| Date | Type | Description |
|---|---|---|
| | | (RECORDS FOR TOMMY LEE HANKINS) |
| 7/13/2007 | Notice of Change of Address | NOTICE OF CHANGE OF ADDRESS FOR DEFTS' ATTY |
| 7/17/2007 | Subpoena Duces Tecum W/O Deposition Returned | SUBP DUCES TECUM WITHOUT DEPOSITION OPTION TO FURNISH RECORDS BY MAIL SERVED AS TO PURDUE PHARMA LP/PURDUE PHARMA INC R/C |
| 7/19/2007 | Response | PURDUE'S RESPONSE TO SUBP FOR DEPO DUC TEC |
| 7/23/2007 | Acceptance of Service | PLTFS ACCEPTANCE OF SERVICE AND WAIVER OF FORMAL SERVICE |
| 7/24/2007 | Subpoena Duces Tecum W/O Deposition Returned | SUBP DUCES TECUM WITHOUT DEPO SERVED TO ASTRAZENECA PHARMACEUTICALS LP |
| 7/30/2007 | Request for Copies | PLAINTIFF'S REQUEST FOR COPIES DEFENDANTS |
| 8/2/2007 | Subpoena Duces Tecum W/O Deposition Returned | SUBP DUCES TECUM WITHOUT DEPO SERVED ON MEETING EXPECT INC ON 7/18/07 (OPTION TO FURNISH RC BY MAIL) |
| 8/29/2007 | Notice of Case Management Conference | NOTICE OF CONT CASE MANAGEMENT CONFERENCE 11/13/2007 11:00 A.M. |
| 9/4/2007 | Notice of Production of Non-Party | NOTICE OF PRODUCTION FROM NON PARTY JOHN B T MURRAY ESQ |
| 9/5/2007 | Request to Produce | DEFT THIRD REQUEST FOR PRODUCTION TO PLTFS |
| 9/18/2007 | Acceptance of Service | PLTFS ACCEPTANCE OF SERVICE AND WAIVER OF FORMAL PROCESS |
| 9/24/2007 | Notice of Taking Deposition | NOTICE OF TAKING VIDEO TAPED DEPOSITION OF E. MICHAEL GUTMAN, M.D. ON 11/06/07 AND 11/07/07 @ 9:3O AM |
| 10/1/2007 | Notice | NOTICE OF CHANGE OF FIRM NAME FROM GARY, WILLIAMS, PARENTI, FINNEY, LEWIS, MCMANUS, WATSON & SPERANDO, P.L. TO GARY, WILLIAMS, FINNEY, LEWIS, WATSON & SPERANDO, P.L. OBO PLTFS |
| 10/15/2007 | Response to Request to Produce | PLTFS RESPONSE TO DEFTS THIRD REQUEST TO PRODUCE TO PLTFS |
| 10/15/2007 | Notice of Filing | NOTICE OF FILING PLTFS ANSWERS TO DEFTS THIRD REQUEST FOR PRODUCTION TO PLTFS |
| 10/15/2007 | Notice of Compliance | PURDUES NOTICE OF COMPLIANCE WITH SUBPOENA FOR DEPOSITION DUCES TECUM |
| 10/23/2007 | Request for Copies | REQUEST FOR COPIES TO PLTF'S BY ATTYS FOR DEFT'S |
| 11/19/2007 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF E MICHAEL GUTMAN MD 12/12, 1/08, 1/9 AT 9:30 A.M. |
| 11/21/2007 | Letter | LETTER TO JUDGE FROM ATTY DAVID B. KING |
| 11/21/2007 | Free Form | DEFTS' SECOND PROPOSAL FOR CASE MANAGEMENT SCHEDULE |
| 11/21/2007 | Order | ORDER GRANTING DEFTS' SECOND PROPOSAL FOR CASE MANAGEMENT SCHEDULE |

| Date | Document | Description |
|---|---|---|
| 1/28/2008 | Motion for Protective Order | DEFENDANTS MOTION FOR PROTECTIVE ORDER |
| 1/30/2008 | Notice of Hearing | NOTICE OF HEARING * 02/06/2008 11:15 A.M. |
| 1/31/2008 | Motion to Compel | DEFENDANTS MOTION TO COMPEL DEPOSITION ANSWERS OF PLTFS WITH ATTACHED EXHIBIT |
| 2/4/2008 | Notice of Hearing | NOTICE OF HEARING * 02/27/2008 10:30 A.M. |
| 2/5/2008 | Notice of Change of Address | NOTICE OF CHANGE OF ADDRESS OF PLTFS ATTY |
| 2/6/2008 | Order Granting Motion for Protective Order | ORDER GRANTING MOTION FOR PROTECTIVE ORDER |
| 2/20/2008 | Notice of Taking Deposition | NOTICE OF VIDEOTAPED DEPOSITION OF FRED SCHULTE ON 03/14/08 @ 9:00 AM |
| 2/20/2008 | Notice of Taking Deposition | NOTICE OF VIDEOTAPED DEPOSITION OF RENE STUTZMAN ON 03/03/08 AND 03/04/08 @ 9:00 AM |
| 2/26/2008 | Notice of Filing | NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT OF E MICHAEL GUTMAN MD |
| 2/26/2008 | Letter | LETTER FILED TO JUDGE FROM ATTY CHARLES EMANUEL |
| 2/26/2008 | Memorandum in Opposition | PLTFS' MEMORANDUM IN OPPOSITION TO DEFTS' MOTION TO COMPEL ANSWERS OF PLTF DR E MICHAEL GUTMAN |
| 2/26/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) E MICHAEL GUTMAN MD ON 1/8/08 @ 9:30AM VOL. 9 |
| 2/26/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) E MICHAEL GUTMAN MD ON 1/8/08 @ 9:30AM VOL. 9 |
| 2/26/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) E MICHAEL GUTMAN MD ON 1/8/08 @ 9:30AM VOL. 9 |
| 2/27/2008 | Order Granting Motion to Compel | ORDER GRANTING DEFENDANTS'MOTION TO COMPEL DEPOSITION ANSWERS OF PLAINTIFF DR E MICHAEL GUTMAN |
| 3/27/2008 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF ALEX BEASLEY ON 4/14/08 @ 9AM |
| 3/27/2008 | Response to Request to Produce | DEFT'S SUPPLEMENTAL RESPONSE TO REQUEST TO PRODUCE |
| 4/2/2008 | Notice of Taking Deposition | NOTICE OF TAKING VIDEO DEPO OF SEAN HOLTON 5/8 @ 9:00 AM |
| 4/2/2008 | Notice of Taking Deposition | NOTICE OF TAKING VIDEO DEPO OF MANNING PYNN 4/23 @ 9:00 AM |
| 4/2/2008 | Notice of Cancellation of Deposition | NOTICE CANC OF VIDEO DEPO ALEX BEASLEY 4/14 @ 9:00 AM |
| 4/3/2008 | Motion for Summary Judgment | DEFTS MOTION FOR SUMMARY JUDGMENT WITH ATTCH EXHIBS |
| 4/17/2008 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF E MICHAEL GUTMAN MD ON 05/13/08 @ 930 |
| 4/18/2008 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING VIDEOTAPED DEPO OF ALEX BEASLEY 5/27 AT 9:00 A.M. |
| 4/18/2008 | Notice of Taking Deposition | NOTICE OF TAKING VIDEOTAPED DEPOSITION |

| Date | Type | Description |
|---|---|---|
| | | OF JOHN BABINCHAK 5/21 AT 9:00 A.M. |
| 4/18/2008 | Notice of Taking Deposition | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF SAL RECCHI 4/30 AT 9:00 A.M. |
| 4/24/2008 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING DEPO OF SAL RECCHI ON 5/19/08 @ 900AM |
| 4/24/2008 | Amended Notice of Taking Deposition | 2ND AMENDED NOTICE TAKING DEPO OF ALEX BEASLEY ON 5/23/08 @ 900AM |
| 4/24/2008 | Motion to Compel | DEFENDANT MOTION TO COMPEL WITH ATTACHED EXHIBITS |
| 4/24/2008 | Deposition | ATTACHED EXHIBITS |
| 5/8/2008 | Request to Produce | DEFT ORLANDO SENTINEL COMMUNICATIONS CO FOURTH REQUEST FOR PRODUCTION TO PLTFS |
| 5/12/2008 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING DEPO CONTINUED VIDEO OF E MICHAEL GUTMAN MD ON 6/24/08 @ 930AM |
| 5/12/2008 | Notice of Hearing | NOTICE OF HEARING * 06/25/2008 02:30 P.M. |
| 5/16/2008 | Notice of Hearing | NOTICE OF HEARING * 06/19/2008 01:30 P.M. |
| 5/16/2008 | Stipulation | STIPULATION AND CONSENT TO REFERRAL AND STIPULATION AND CONSENT REGARDING TRANSCRIPT |
| 5/16/2008 | Copy/Copies | COPY OF STIPULATION AND CONSENT TO REFERRAL AND STIPULATION AND CONSENT REGARDING TRANSCRIPT |
| 5/22/2008 | Order of Referral to General Magistrate - Civil | ORDER OF REFERRAL TO GENERAL MAGISTRATE - CIVIL |
| 5/30/2008 | Memorandum in Support | DEFTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT |
| 6/9/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF RALPH E. BALLENTINE, II, M.D. 7/2/2008 @ 9:30 AM |
| 6/13/2008 | Notice of Filing | DEFTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY |
| 6/16/2008 | Motion | PLTFS MOTION IN OPPOSITION TO DEFENDANTS MOTION TO COMPEL |
| 6/18/2008 | Disclosure of Experts | PLAINTIFF'S AMENDED EXPERT WITNESS DISCLOSURE |
| 6/19/2008 | Objection | GUTMAN'S MEMO IN OPPOSITION TO SUMMARY JUDGMENT MOTION FAX |
| 6/20/2008 | Memorandum in Opposition | GUTMAN'S SUPPLEMENTAL MEMO IN OPPOSITION TO SUMMARY JUDGMENT MOTION |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 910AM VOL VI OF VI |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 910AM VOL VI OF VI |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 910AM VOL VI OF VI |

| | | |
|---|---|---|
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 910AM VOL VI OF VI |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @ 1:22PM VOL II OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @ 1:22PM VOL II OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @ 1:22PM VOL II OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @ 1:22PM VOL II OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @ 1:22PM VOL II OF II |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @9:12AM VOL I OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @9:12AM VOL I OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @9:12AM VOL I OF II |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) FRED SCHULTE ON 8/1/08 @9:12AM VOL I OF II |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 9:12AM VOL I OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 9:12AM VOL I OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 9:12AM VOL I OF IV |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/19/07 @ 9:05AM VOL III OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/19/07 @ 9:05AM VOL III OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/19/07 @ 9:05AM VOL III OF IV |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:26PM VOL II OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:26PM VOL II OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:26PM VOL II OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE |

| Date | Type | Description |
|---|---|---|
| | | RENE STUTZMAN ON 7/18/07 @ 1:26PM VOL II OF IV |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 910AM VOL V OF VI |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 9:10AM VOL V OF VI |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 3/3/08 @ 9:10AM VOL V OF VI |
| 6/20/2008 | Deposition | DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:23PM VOL IV OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:23PM VOL IV OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:23PM VOL IV OF IV |
| 6/20/2008 | Deposition | CONTINUED DEPOSITION OF (VIDEOTAPED) GAYLENE RENE STUTZMAN ON 7/18/07 @ 1:23PM VOL IV OF IV |
| 6/20/2008 | Notice of Filing | NOTICE OF FILING TRANSCRIPTS IN SUPP OF PLTFS MEMO IN OPPOSITION TO SUMMARY JUDGMENT MOTION |
| 6/20/2008 | Notice of Taking Deposition Decus Tecum | AMENDED NTS OF TAK VIDEOTAPED DEPO DUC TEC OF RALPH E. BALLENTINE, II, M.D. ON 07/11/08 @ 9:30 AM |
| 6/20/2008 | Response to Request to Produce | PLTFS' RESPONSE TO 4TH REQUEST TO PRODUCE |
| 6/24/2008 | Free Form | EXHIBIT 28 FILED UNDER SEAL |
| 6/25/2008 | Report and Recommendation of Magistrate | REPORT AND RECOMMENDATION ON DEFTS' MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY |
| 6/26/2008 | Court Minutes | MINUTES HEARING |
| 6/26/2008 | Notice of Taking Deposition Decus Tecum | SECOND AMENDED NTS TAK DEPO DUC TEC RALPH BALLENTINE II MD ON 7/14 @ 9:30 |
| 6/26/2008 | Notice of Filing | NOTICE OF FILING EXPERTS OF DEPOSITION TRANSCRIPTS OF DR MICHAEL GUTMAN IN FURTHER OPPOSITION TO SUMMARY JUDGMENT MOTION FILED BY PLAINTIFFS |
| 7/8/2008 | Free Form | DEFENDANTS'EXPERT WITNESS DISCLOSURE |
| 7/15/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF SAJID QUAISER MD 8/20/08 @ 02:00 PM |
| 7/21/2008 | Motion to Compel | DEFENDANTS'MOTION TO COMPEL PLAINTIFFS TO ANSWER INTERROGATORY NO 8 |
| 7/22/2008 | Motion to Compel | DEFENDANTS MOTION TO COMPEL DEPOSITION TESTIMONY OF NON PARTY WITH ATTACHED EXHIBITS |
| 7/22/2008 | Notice of Filing | PLTFS' NOTICE OF FILING ANSWERS TO INTERROGATORIES |

| | | |
|---|---|---|
| 7/22/2008 | Notice of Hearing | NOTICE OF HEARING * 08/08/2008 11:00 A.M. |
| 7/23/2008 | Order | ORDER APPROVING 6/19/08 REPORT OF MAGISTRATE-DEFT MOTION TO COMPEL RESPONSES TO WRITTEN DISCOVERY |
| 7/24/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM OF MARC R. GERBER, M.D. ON 08/21/08 @ 9:30 AM |
| 7/24/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM OF DR. GAIL BAKER MCCARTY ON 08/12/08 @ 9:30 AM |
| 7/24/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING VIDEOTAPED DEPOSITION DUCES TECUM OF FRANK FISHER, M.D. ON 08/06/08 @ 9:30 AM AND ON 08/07/08 @ 9:30 AM |
| 7/31/2008 | Notice of Filing | NOTICE OF FILING AFFIDAVIT OF SERVICE BY ORLANDO SENTINEL COMMUNICATIONS COMPANY, TRIBUNE COMPANY OF CHICAGO AKA TRIBUNE COMPANY, TRIBUNE PUBLISHING COMPANY, SENTINEL COMMUNICATIONS NEWS VENTURES INC, RENE STUTZMAN INDIVIDUALLY AND FRED SCHULTE |
| 7/31/2008 | Affidavit of Service | AFFIDAVIT OF SERVICE SERVED 07/23/2008 AS TO RALPH E BALLENTINE II MD |
| 8/8/2008 | Court Minutes | MINUTES HEARING |
| 8/11/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF RALPH BALLENTINE II MD ON 8/26 @ 9:30 |
| 8/11/2008 | Order Granting Motion to Compel | ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DEPOSITION TESTIMONY OF NON-PARTY, RALPH E. BALLENTINE II, M.D |
| 8/15/2008 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF RAFAEL MIGUEL MD ON 9/30/08 @ 9AM |
| 8/15/2008 | Amended Notice of Taking Deposition | AMENDED NOTICE TAKING DEPO JOHN BABINCHAK ON 9/23/08 @ 930AM |
| 8/18/2008 | Notice of Taking Deposition Decus Tecum | AMENDED NTS TAK DEPO DUC TEC OF SAJID QAISER, M.D. 8/20/2008 @ 2:00 PM |
| 8/20/2008 | Motion for Trial | DEFENDANTS MOTION TO SET TRIAL FOR TIME CERTAIN AND OR FOR CONTINUANCE |
| 8/20/2008 | Notice of Taking Deposition Decus Tecum | SECOND AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM OF SAJID QUAISER 9/3/08 @ 02:00 PM |
| 8/20/2008 | Notice of Hearing | NOTICE OF HEARING EXPARTE 08/27/2008 09:00 A.M. |
| 8/27/2008 | Notice of Taking Deposition Decus Tecum | CROSS-NOTICE OF TAKING DEPOSITION DUCES TECUM OF SAJID QAISER, M.D. 9/3/2008 @ 2:00 PM |
| 8/29/2008 | Notice of Taking Deposition Decus Tecum | THIRD AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM OF SAJID QUAISER MD 9/17/08 @ 02:00 PM |

| | | |
|---|---|---|
| 9/5/2008 | Notice of Taking Deposition Decus Tecum | AMENDED NTS OF TAK DEPO DUC TEC OF MARC R. GERBER, M.D. ON 10/01/08 @ 9:30 AM |
| 9/5/2008 | Notice of Taking Deposition Decus Tecum | AMENDED CROSS-NTS TAK DEPO DUC TEC OF SAJID QAISER, M.D. ON 09/17/08 @ 2:00 PM |
| 9/17/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF MARION STEHLE 9/24/2008 @ 9:30 AM |
| 9/17/2008 | Notice of Taking Deposition Decus Tecum | NOTICE OF TAKING DEPOSITION DUCES TECUM OF JAMES T. MCCLAVE 9/18/2008 @ 10:00 AM |
| 9/23/2008 | Notice of Service of Answers to Interrogatories | PLTFS' NOTICE OF SERVING VERIFIED ANSWER TO INTERROGATORY NUMBER 8 OF DEFT, ORLANDO SENTINEL COMMUNICATION COMPANY'S, FIRST SET OF INTERROGATORIES |
| 9/24/2008 | Notice of Taking Deposition Decus Tecum | SECOND AMENDED NTS TAK VIDEO DEPO DUC TEC MARC R GERBER MD 10/23 @ 9:30 AM |
| 10/6/2008 | Request for Admissions | REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/6/2008 | Request for Admissions | CONTINUED REQUEST FOR ADMISSIONS TO PLTFS |
| 10/15/2008 | Notice of Taking Deposition | NOTICE OF TAKING DEPOSITION OF ROBERT GUTMAN |
| 10/20/2008 | Notice of Service of Interrogatories | NOTICE OF SERVICE OF PLTF'S SECOND SET OF INTERROGATORIES TO ORLANDO SENTINEL |
| 10/22/2008 | Amended Notice of Taking Deposition | AMENDED NOTICE OF TAKING VIDEOTAPED DEPO OF RAFAEL MIGUEL, M.D. ON 11/25/08 @ 10:00 AM |
| 10/23/2008 | Order Setting Pre-Trial Conference | UNIFORM ORDER SETTING CASE FOR JURY TRIAL (06/01/09 @9:00) AND PRE TRIAL CONFERENCE AND REQUIRING PRETRIAL MATTERS TO BE COMPLETED ORDER FOR PRE-TRIAL CONFERENCE 05/18/2009 09:30 A.M. |
| 10/23/2008 | Order Granting | ORDER GRANTING DEFENDANTS' MOTION TO SET TRIAL FOR TIME-CERTAIN AND/ FOR CONTINUANCE |
| 10/28/2008 | Motion | DEFTS MOTION TO FILE DOCUMENTS DESIGNATED BY PLTFS AS CONFIDENTIAL |

| 11/13/2008 | Notice of Filing | DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY |
| 11/14/2008 | Response to Request for Admissions | GUTMAN'S RESPONSE TO DEFTS' ORLANDO SENTINEL FIRST REQUEST FOR ADMISSIONS |
| 11/18/2008 | Letter | LETTER TO JUDGE FROM MANUEL SOCIAS |
| 11/18/2008 | Response | PLTF'S RESPONSE TO NOTICE OF FILING SUPPLEMENTAL AUTHORITY |
| 11/20/2008 | Order Denying | ORDER DENYING AS TO COUNT I AND GRANTING AS TO COUNT II DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| 12/1/2008 | Letter | LETTER FILED BY THOMAS & LOCICERO PL |
| 12/1/2008 | Request for Admissions | DEFTS' SECOND REQUEST FOR ADMISSIONS TO PLTFS |
| 12/3/2008 | Notice of Service of Answers to Interrogatories | NOTICE OF SERVICE OF RESPONSES TO PLTF'S SECOND SET OF INTERROGATORIES TO DEFT ORLANDO SENTINEL COMMUNICATIONS COMPANY |
| 12/4/2008 | Motion | MOTION FOR RECONSIDERATION OF ORDER DENYING DEFTS' MOTION FOR SUMM JUDGMENT COUNT I |
| 12/10/2008 | Notice of Filing | DEFENDANT NOTICE OF FILING OF VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE |
| 12/12/2008 | Order to Seal Document | ORDER SUTHORIZING FILING OF DOCUMENTS DESIGNATED AS CONFIDENTIAL TO FILED UNDER SEAL (ANYTHING CONFIDENTIAL FILED WITH THE CLERK SHALL BE MARKED "CONFIDENTIAL") |
| 12/12/2008 | Letter | LETTER FILED FROM ATTORNEY RACHEL FUGATE |
| 3/4/2009 | Letter to Judge From | David King |
| 5/18/2009 | Letter | |
| 5/18/2009 | Letter | |
| 5/19/2009 | Letter | |
| 5/19/2009 | Letter | |

Top

**Case Documents**

View List Of Documents Available For This Case

Top

**Case Financials**

View All Case Financial Details

| Defendant | Assessment | Payment | Credit | |
|---|---|---|---|---|
| CONVERSION | $300.00 | $300.00 | $0.00 | Party Details |
| E MICHAEL GUTMAN | $566.00 | $566.00 | $0.00 | Party Details |

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

E. MICHAEL GUTMAN, M.D.,
MIKE GUTMAN, M.D. (MPAC), P.A.,
and GUTMAN PAIN/ACCIDENT CENTER, INC.,
a/k/a and or d/b/a BACK PAIN INSTITUTE
OF ORLANDO,

        Plaintiffs,

v.                                   Case No.: 2005-CA-4071

ORLANDO SENTINEL COMMUNICATIONS
COMPANY, TRIBUNE COMPANY OF CHICAGO
a/k/a TRIBUNE COMPANY, TRIBUNE PUBLISHING
COMPANY, SENTINEL COMMUNICATIONS NEWS
VENTURES, INC., RENE STUTZMAN, individually,
and FRED SCHULTE, individually,

        Defendants.
_____/

## MOTION TO SET TRIAL FOR TIME-CERTAIN AND/OR FOR CONTINUANCE

Defendants hereby request this Court enter an order setting the trial of this case, which is currently scheduled for November, 2008, to a time-certain trial date in 2009, continuing the trial scheduled for the three-week trial period beginning November 17, 2008 and extending discovery deadlines, and as grounds state:

1.    This case is scheduled for trial during the three-week trial period commencing November 17, 2008. Because Thanksgiving occurs during this period, this docket has only 13 trial days. Further, the third week of the period is already committed by the Court for a five-day time-certain trial. Before discovery was started, we estimated 20 trial days for this case, but it now appears that 20-30 trial days is a more reasonable estimate. Consequently there is no reasonable likelihood that this case can be tried in November, 2008.

COMPOSITE
EXHIBIT "B"

2.      Because of the length of this case, the need for certain witnesses to travel, and the numerous witnesses involved, both the parties and the Court will benefit from setting this trial on a specific date.

3.      Discovery will close in this case on October 3, 2008, pursuant to the November 21, 2007 Court's order adopting the Case Management Schedule, leaving inadequate time to complete necessary discovery.  Depositions currently scheduled are:

      a.      Ralph E. Ballentine, II, M.D. – August 26, 2008

      b.      Marc R. Gerber, M.D. – August 28, 2008

      c.      Dr. Qaiser, Brevard County Medical Examiner – September 3, 2008

      d.      James T. McClave, Ph.D – September 18, 2008

      e.      John Babinchak – September 23, 2008

      f.      Rafael V. Miguel, M.D. – September 30, 2008

4.      In addition, a substantial number of depositions remain to be scheduled.  Dates for those depositions have been requested from Plaintiffs' counsel, but are not yet agreed upon.  The parties are in the process of attempting to schedule those depositions, but time is short.  Also, another day of Dr. Gutman's testimony is needed but Dr. Gutman refuses to attend another day of deposition.

5.      Also, the parties must list their witnesses and exchange their lists on August 29, 2008.  The pre-trial schedule contemplated that there would be time to take depositions of witnesses that the parties had not anticipated would need to be deposed.  There will be no time to deal with any additional witnesses because of the current schedule without regard to the additional witnesses that will be scheduled for deposition.

2

6.      This problem is also exacerbated because of the Plaintiffs' belated production of the "List of the Dead" maintained in Dr. Gutman's office, which introduced 8 more names of potential dead patients from overdoses.  The Plaintiffs were ordered by Magistrate Glatt to produce documents regarding those patients, but they have not, as of yet, provided all of the medical records for those patients. We have received medical records for John Crowe, Larry Davidson, David Crandall, Denise Payton and Suzanne Bethel, but not for Richard Heid, Douglas Gaugenmaier and April Proesch.   During this last period of discovery while Defendants are attempting to get all the depositions taken the Defendants are required to screen a number of new dead patients with the need to review those medical records and also to obtain medical examiner records on those patients to obtain additional information about the cause of death.  This leaves no time to conduct formal discovery as to these deaths. The Defendants acted with deliberate and due speed in seeking to obtain production of documents and the Plaintiffs resisted the production of that information.  The Plaintiffs forced the Defendants to go to court and obtain an order compelling the production of those documents. The continued delay in providing this information certainly contributes to the need for a later trial date.

7.      The Plaintiffs claim millions of dollars in damages.  Certainly with claims of that nature, the Defendants should be allowed to defend themselves in an orderly fashion by appropriately discovering the information about the large number of deaths in Dr. Gutman's practice.

8.      In addition, there will be a substantial number of motions for summary judgment filed

on complicated legal issues. At the present time, those motions for summary judgment are

due on September 19, 2008. There will be motions for summary judgment on public figure,

malice, legal sufficiency of false light, corporate entities and sufficiency of evidence. Also,

there will be motions in limine including the issues regarding unrelated articles that the

Plaintiffs would seem to intermingle with the issues in this case.  Those legal issues alone

will require substantial amounts of the parties' time and the court's time in the next few

months. It is asserted that the Fall could be used to deal with these legal issues so that

when the trial occurs next year, there would be a clear understanding between the parties

as to the issues that would be involved in this trial. This trial has the potential of being

extraordinarily dense in facts. In addition, the law is complex. The defense contends that

a delay in the trial date will ultimately result in a trial experience that will be satisfactory to

the Court and to the parties.

        WHEREFORE, Defendants hereby request this Court enter its order setting the trial

of this case to a time-certain trial date in 2009 and extending deadlines regarding

discovery.

<u>Verification by Defendants</u>

        Defendants' representative hereby signs and verifies this Motion to Set Trial for

Time-Certain and/or for Continuance.

David S. Bralow, Assistant General Counsel, Tribune Company

By: _____

4

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO.  48-2005-CA-4071-O
DIVISION : 37

E. MICHAEL GUTMAN, M.D., *et al*,

        Plaintiffs,

v.

ORLANDO SENTINEL COMMUNICATIONS
COMPANY, et al,

        Defendants,

_____/

## UNIFORM ORDER SETTING CASE FOR JURY TRIAL; PRE-TRIAL CONFERENCE AND REQUIRING PRETRIAL MATTERS TO BE COMPLETED

It appearing that this case is at issue and can be set for trial, it is **ORDERED** as follows:

1.    **FAMILIARITY WITH THIS ORDER.**  Counsel and pro se (unrepresented) parties shall read this order, be familiar with its contents and comply with its requirements.

2.    **TRIAL DATE.**  This case is set for a Jury Trial, time certain, beginning **June 1, 2009,** in **Courtroom 18-C at 9:00 a.m.**- Orange County Courthouse, **425 N. Orange Avenue,** Orlando, FL.

Length of time currently estimated for trial is **THREE (3) weeks.**

3.    **PRETRIAL / SCHEDULING CONFERENCE.**  Counsel and pro se parties shall attend a pretrial/scheduling conference on **May 18, 2009** at **9:30 a.m.**, in **Hearing Room 800.02.**

*__THIS COURT WILL ALLOW APPEARANCE BY TELEPHONE FOR THE SCHEDULING CONFERENCE.  THE ATTORNEY REQUESTING TO APPEAR BY PHONE SHALL CONTACT THE JUDICIAL ASSISTANT AT LEAST FIVE (5) DAYS PRIOR TO THE SCHEDULING CONFERENCE TO ARRANGE FOR THE TELEPHONIC APPEARANCE.__*

4.    **REFERRAL TO MEDIATION: DEADLINE.**

(a) This case is hereby referred to mediation.  The parties will agree upon a mediator and a date for the first mediation conference.  In the event the parties cannot agree, the Court will select a mediator.  Counsel for plaintiff will submit a proposed mediation order.

**(b) MEDIATION SHALL BE COMPLETED PRIOR TO THE PRETRIAL CONFERENCE.**

(c) *Any party may move to defer or dispense with mediation upon good cause shown.*

5. **EXCHANGE OF WITNESS LISTS AND EVIDENCE SCHEDULES.** Not later than forty-five (45) days before the pretrial conference, attorneys and pro se parties shall serve upon each other (but not file) the following:

(a) **LIST OF ALL WITNESSES** (including known impeachment and rebuttal witnesses) which the party might call at trial. The list shall contain the name, address and telephone number of the witness and whether the witness is a liability or damage witness. Additionally, expert witnesses shall be designated as such.

(b) **SCHEDULE OF ALL EXHIBITS** which a party may offer at trial numbered sequentially. The schedules will include all depositions to be offered in evidence at trial.

6. **REQUIREMENTS PRIOR TO PRETRIAL CONFERENCE.**

(a) **MEETING OF ATTORNEYS, AND PRO SE PARTIES.** No later than ten (10) working days prior to the pretrial conference, counsel who will try the case, and pro se parties, if any, shall meet. Attendance at this meeting is mandatory. Plaintiff's attorney (or if plaintiff is pro se, defendant's attorney) shall arrange a mutually agreeable time, date and place for this meeting.

At the meeting the attorneys, and pro se parties shall:

1. Discuss and attempt to settle the case.

2. Produce, examine, and initial every evidentiary exhibit intended to be offered at trial; agree upon those which can be admitted as joint exhibits, those which can be admitted without objection, and identify those to which objection will be made and the grounds of each objection, and note this on a separate copy of each party's exhibit schedule. Objections not reserved or grounds not noted on such separate schedule will be deemed waived at trial. The annotated separate copies of the schedules will be attached to and made a part of the joint pretrial statement required in paragraph 6 (B) of this order.

3. Review the witness lists and in good faith note on a separate copy which witnesses and depositions will actually be used at trial. The annotated separate copies of the witness list will be attached to the joint pretrial statement required in paragraph 6 (B) of this order.

4. Discuss and stipulate as to those facts which will require no proof at trial.

5. Discuss, clarify and frame all factual issues of fact to be tried.

6. Identify all issues of law, procedure or evidence to be decided by the Court prior to or during trial.

7. Agree upon and draft a concise but complete statement of the case to be read by the judge at the beginning of voir dire.

8. Attempt to agree upon the number of peremptory challenges.

9.   Discuss and attempt to agree upon any other matters which will lead to a more orderly and expeditious trial, e.g., copies in lieu of originals, witnesses out of turn, which portions and how depositions will be presented, how collateral set-off will be handled, etc.

    **(b)**    **JOINT PRETRIAL STATEMENT.**  Following the meeting of attorneys, plaintiff's attorney (or defendant's attorney, if plaintiff is pro se) shall prepare and present to opposing counsel and pro se parties a proposed joint written pretrial statement.  The statement shall be signed by all attorneys and pro se parties and the original and one copy delivered to the judge no later than the pretrial conference.  To the extent the parties differ as to how portions of the statement should read, the differing views should be set forth in the statement.

The pretrial statement will contain the following items in the following format:

1.   A statement of the case to be read to the jury at the beginning of voir dire.

2.   A statement of facts which are admitted and may be read in evidence at trial as a stipulation of counsel.

3.   Issues of fact to be tried (framed as they would be set forth in an interrogatory verdict).

4.   Issues of law, procedure or evidence to be determined by the Court prior to or during trial.

5.   The annotated copy of each party's witness list will be attached.

6.   The annotated copy of each party's schedule of exhibits showing objections and grounds will be attached.

7.   The number of peremptory challenges agreed upon or requested.

8.   A current estimate of the number of days required for trial.

9.   **Each side's proposed verdict form.**

10.  Any other matters agreed to by counsel or which need to be addressed by the Court at pretrial conference.

    **7.**    **DISCOVERY CUT-OFF DEADLINE.**  <u>All discovery shall close on the day prior to the pretrial conference unless extended by Court order for good cause shown.</u>  All depositions and IME's with reports will be completed, and answers to interrogatories, responses to request to produce and requests for admissions of fact will be due before the closure date.

    **8.**    **MOTIONS CUT-OFF DEADLINE.**

    (a) <u>All motions for summary judgment or judgment on the pleadings must be filed and scheduled for hearing to be held prior to the pretrial conference date.</u>

    (b) All Motions in Limine or to exclude witnesses or evidence or other motions directed to the conduct of the trial for which grounds then exist must be filed and copies delivered to opposing

counsel prior to the pretrial conference. Motions in Limine will be heard just prior to the start of the trial.

**9.    EXPERT WITNESSES; DISCLOSURE; DEADLINES; TESTS EXAMINATIONS AND EXPERIMENTS; LIMITATION ON NUMBER AT TRIAL.**

(a) Not later than 90 days before the date of the pretrial conference, plaintiff(s) shall disclose all expert witnesses (including treating physicians) that in good faith plaintiff(s) actually intend to call at trial.

(b) Not later than 60 days before the date of the pretrial conference, defendant(s) shall ~~MTS~~ disclose all expert witnesses (including treating physicians) that in good faith defendant(s) actually intend to call at trial. *The parties have already agreed + disclosed experts.*

(c) Any additional experts will only be permitted to be listed upon stipulation or leave of court for good cause shown.

(d) Immediately following disclosure, the parties will confer and agree upon a schedule for taking the experts' depositions. Experts will be made available for deposition by the party retaining them without necessity of subpoena.

(e) The depositions of all experts should be completed prior to mediation and must be completed prior to the pretrial conference.

(f) All out-of-court testing, experiments or physical or mental examinations will be completed by an expert prior to the expert's deposition unless leave of Court is obtained for completion after deposition.

(g) As used herein, "disclosure" means furnishing in writing (i) the expert's name, business address and telephone number, (ii) his or her curriculum vitae or qualifications, (iii) his or her medical specialty or field of expertise, (iv) a statement of the specific subjects upon which the expert will testify and offer opinions and (v) the party or parties against whom the expert will be called to testify.

(h) The parties may supersede sub-paragraph A through G by filing a written stipulation or moving the Court to modify it upon good cause shown.

(i) The Court may limit the number of experts at trial.

**10.    TRIAL BRIEFS.**  Trial briefs are optional but if one is to be filed, the original should be filed and chambers copy delivered not later than three (3) working days before trial is to commence. Copies of primary legal authorities cited must accompany the chambers and opposing party's copy.

**11.    NOTIFICATION OF SETTLEMENT.**  The parties will notify the Judge's judicial assistant **immediately by telephone** upon the case being settled.

**12.    JURY INSTRUCTIONS.**  Unless otherwise directed by the Judge, the parties will exchange proposed jury instructions (verdict forms should already have been included in the Pre-Trial

Statement) not later than three (3) days before trial is to commence. Prior to jury selection, plaintiff's counsel will hand to the judge a set of those instructions (and verdict forms) which are in dispute.

**13.    INCONSISTENCY WITH CASE MANAGEMENT ORDER.** If there are any provisions of this order which are inconsistent with a case management order entered in this case, the case management order will govern.

**14.    MODIFICATION OF ORDER FOR GOOD CAUSE.** The provisions of this order, including any time limits, and the joint pretrial statement, witness lists and evidence schedules attached to it, may be modified by Court order based upon a motion showing good cause.

**15.    SANCTIONS.** Unexcused failure of counsel or unrepresented party to attend the meeting of attorneys required in paragraph 6 (A), the pretrial conference, or trial or to comply with the requirements of this order will subject offending counsel or party to appropriate sanctions, which may include contempt, dismissal, default, striking of pleadings, exclusion of evidence, assessment of fees or costs, and/or other sanctions.

**16.    AUDIO/VISUAL.** If you are in need of audio and/or visual equipment, requests must be made at least 48 hours in advance. Please go to the Court's web site, www.ninja9.org under Services, then Technology Services, then Audio/Visual.

**17.** Jury Instructions, Verdict Form and any Trial Memoranda provided should be made available to the Court prior to trial either via email to the Judicial Assistant or via disk format.

DONE AND ORDERED in Orlando, Florida this _____ day of _____ ORIGINAL, SIGNED

OCT 2 2 2008

MAURA SMITH
Circuit Judge

_____
Maura T. Smith
Circuit Judge

I HEREBY CERTIFY that a copy of the above order was furnished by U.S. Mail to the following: Manuel Socias, Esq. & Charles Emanuel, Esq., 111 N. Orange Ave., Orlando, FL 32801, Willie E. Gary, Esq., 221 E. Osceola St., Stuart, FL 34994, David B. King, Esq., P.O. Box 1631, Orlando, FL 32802, Gregg D. Thomas, Esq., 400 N. Ashley Dr., Suite 1100, Tampa, FL 33602 & David S. Bralow, Esq., Tribune Company, 220 E. 42nd St., New York, NY 10017, this _22_ day of _____Oct_____, 2008.

Julie Andrade, Judicial Assistant to Judge Smith

IF YOU ARE A PERSON WITH A DISABILITY WHO NEEDS ANY ACCOMMODATION IN ORDER TO PARTICIPATE IN THIS PROCEEDING, YOU ARE ENTITLED, AT NO COST TO YOU, TO THE PROVISION OF CERTAIN ASSISTANCE. PLEASE CONTACT COURT ADMINISTRATION AT 425 N. ORANGE AVENUE, ROOM 2130, ORLANDO, FLORIDA 32801, TELEPHONE: (407) 836-2303 WITHIN TWO (2) WORKING DAYS OF YOUR RECEIPT OF THIS NOTICE; IF YOU ARE HEARING OR VOICE IMPAIRED, CALL 1-800-955-8771.