# EXHIBIT 12

Dr McClave.txt
5   the calculations.  But as I said, we just put them into
6   tables in the last couple days.
7      Q.   Let me direct your attention to Table 2.  Down on
8   the source you say Dr. Gutman's S corporation returns, Form
9   1120S, for 2001 to 2006, and then you've given Bate stamp
10  numbers there.
11     A.   Right.
12     Q.   So are you taking the revenue and the expenses
13  directly off of those tax returns?
14     A.   Yes.
15     Q.   And the same -- well, and so the net income is also
16  the number that I would see on the net income line on the tax
17  return?
18     A.   I believe so, yes.
19     Q.   And the same with the salary?
20     A.   Yes.
21     Q.   So you have not recast any of these numbers?
22     A.   I'm not sure what you mean by recast.
23     Q.   Well, you haven't taken any of the operational data
24  and reformulated it to say, oh, advertising expense was too
25  high this year, insurance should be lower, Dr. Gutman's

MJC REPORTING, INC.

84

1   buying himself a car, that should count, those kinds of
2   adjustments that accountants, economists, buyers, sellers
3   sometimes make to actual historical data for their own
4   purposes?
5      A.   I have not done -- made any changes to the revenues
6   and expenses for these four years, no.

Dr McClave.txt
7   Q.  But you have assumed that earnings as a percentage
8  of revenue, that is, 14.9 percent was a good enough number
9  that you then apply it for one, two, three, four, five, six,
10 seven years, correct?
11  A.  I have used that benchmark for each of the ensuing
12 years, that's right.
13  Q.  So you've assumed that as we grow the revenues, no
14 matter how high we grow the revenues, he's always going to
15 receive 14.9 percent?
16  A.  That between salary and net income he's able to do
17 what he did in 2003, that's right.
18  Q.  So, for example, in 2004 when he actually only got
19 a net income and salary of 133,000, you've reformulated that
20 as 276,000, right?
21  A.  That's the calculation I made, yes.
22  Q.  Well, how is it that you do that?  Are you just
23 assuming there that but for Dr. Gutman's claim, he would have
24 hit 14.9 percent of the revenue?
25  A.  I've got two assumptions there.  I'm assuming that


MJC REPORTING, INC.

85

1  but for the defamation he would have -- instead of seeing a
2  21 percent reduction in revenue, he would have managed a
3  10 percent increase, less than he did the year before but a
4  10 percent increase, and that he would have been able to make
5  earnings equal to percentage-wise what he did in 2003.
6   Q.  How do you explain that in 2004, 2005, and 2006 the
7  earnings as a percentage of revenue reduced dramatically from
8  earnings as a percentage of revenue in 2003?

Page 79