Dr  Gutman Vol 1 and 2 08 21 07.TXT

12    compared to what?  What do you mean, you know, doing

13    that a lot?  Compared to what?

14         Q.    Isn't it correct, sir, that if you had a death

15    in your practice of a patient from a drug overdose, it

16    is a traumatic event?

17         A.    Yes.

18         Q.    It is an event that would require you to

19    re-evaluate your procedures and your protections against

20    that happening, isn't that correct?

21         A.    Yes.

22         Q.    And so you would do -- you would exercise that

23    kind of re-evaluation if you had a patient death from a

24    drug overdose, right?

25         A.    Yes.


                    MJC REPORTING, INC.

                                                        44

1          Q.    Well, did you do that in 2001 and 2002, and

2     2003 each time these deaths occurred?

3          A.    Yes.

4              MR. SOCIAS:  I'm going to object to ambiguity,

5          these deaths.  You can answer.

6              THE WITNESS:  Well, these deaths meaning

7          specific deaths, do you have a specific --

8     BY MR. KING:

9          Q.    In your press conference, after the article of

10    November 30, 2003, you admitted that there had been ten

11    deaths of your patients, isn't that correct, from drug

12    overdoses?

13         A.    Well, ten deaths of patients.  Yes, patients

                    Page 40

Dr  Gutman Vol 1 and 2 08 21 07.TXT

14    had died.

15          Q.    Okay.  So my question was as those individual

16    patients died, tell me what you did after the first --

17    let's say after Manny Ruiz died, what did you do to try

18    to try to change your policies and practices that make

19    sure that that wouldn't occur again?

20          A.    Well, Manny Ruiz was a patient and took an

21    overdose of a drug that I didn't give him and he got it

22    from somebody else, and my practices with him were good

23    medical practices, and he went outside and got a drug

24    that was not mine.

25          Q.    So you didn't think you needed to re-evaluate

MJC REPORTING, INC.

45

1    your practice or try to institute any new policies to

2    try to prevent that sort of thing occurring in the

3    future?

4          A.    Well, I did, but -- in his particular case, he

5    was being watched closely, he had been detoxed on an

6    outpatient basis, and I had many protections and

7    safeguards in on the handling of Manny Ruiz and I was

8    doing a good job with him.

9          Q.    Well, you knew that Manny Ruiz had died of

10   drug abuse, right?

11         A.    No.  He died of an OxyContin overdose.

12   Oxycodone overdose.

13         Q.    But he died abusing drugs, isn't that right?

14         MR. SOCIAS:  I'm going to object.  That's

15   argumentative.

16         MR. KING:  Okay.
                    Page 41

Dr  Gutman Vol 1 and 2 08 21 07.TXT

17          MR. SOCIAS:  And mischaracterizes the record.

18          THE WITNESS:  He died -- I mean, abuse, he had

19      an elevated Oxycodone level and at the toxic level,

20      and he died as a result of probably a combined drug

21      overdose.

22  BY MR. KING:

23      Q.    All right.

24      A.    Yes.

25      Q.    He wasn't taking drugs the way he was supposed

MJC REPORTING, INC.

46

1   to when he died, right?

2       A.    Yes.  Correct.

3       Q.    So that means you had been treating a patient

4   and providing him these dynamite-like drugs and he was

5   in the process of abusing those drugs, right?

6           MR. SOCIAS:  I'm going to object, blatantly

7       mischaracterizes the record, it's multiple and

8       compound and argumentative.

9           THE WITNESS:  well, no.  He was -- he was -- I

10      had put him on a drug detox because he was seeking

11      more medicines and showing addictive behavior.

12  BY MR. KING:

13      Q.    All right.

14      A.    And I cut him down to no medicines at all and

15  then he goes into another doctor or he gets another

16  source for his drugs and he takes an overdose, and I

17  will not accept at any point that I didn't handle Manny

18  Ruiz in a very proper fashion.

Dr Gutman Vol 1 and 2 08 21 07.TXT

19    Q.   Did you learn anything from Manny Ruiz's

20 death, sir, that you could apply in your practice or

21 that you tried to apply in your practice?

22    A.   I'm a physician that takes seriously every

23 event that goes on, and I cranked that into my practice

24 and handling of patients, yes.

25    Q.   Well, and what did you crank into the practice

MJC REPORTING, INC.

47

1 and handling of patients that you learned from Manny

2 Ruiz's death?

3    A.   Well, I can't say that I have specific items

4 that I can know right now.  It's a matter of what goes

5 into the mental computer.  You can't always measure.

6    Q.   All right.  Well, Richard Futchko died about

7 two months later in November 28, 2001.  Did you take any

8 action to try to learn from his death and change

9 anything about your practice, sir?

10    A.   Well, the individual died and after learning

11 more about it, he had an elevated blood level of alcohol

12 and therapeutic range Methadone, which was my medicine,

13 so I don't know what I could have done because he was

14 following my medical directions.

15         Now, drinking and taking the drugs was not my

16 medical directions, but that is a volitional act on a

17 person acting to get high and drunk and the mixture of

18 alcohol and two point two -- or two nine level was --

19 caused his death.

20    Q.   Did you change anything about your practice

21 after Mr. Futchko's death?

Page 43

Dr  Gutman Vol 1 and 2 08 21 07.TXT

22     A.   I don't -- you know, probably each death makes

23    you think about every angle that's going on and either

24    reinforces what you're doing or let's you know that this

25    is a difficult, dirty business.

MJC REPORTING, INC.

48

1     Q.   Did you sit down with your staff after Ruiz

2    died or after Futchko died and change any procedures?

3     A.   Well, I don't know that I -- I can't remember

4    if we did.  But we would often meet.  In fact, our

5    policy was to meet with the patient when there was a

6    problem and make -- and I would make a decision, the

7    answers you've given are not sufficient, we're letting

8    you go or whatever the reason might be.  So we met

9    often.  I can't recall whether we spoke specifically of

10    the Futchko and Ruiz deaths.

11     Q.   Well, in 2001 and 2002 and 2003, you had a

12    team meeting with your staff almost every morning, start

13    of the day, didn't you?

14     A.   Well, you seem to have a little mouse inside

15    there and know what exactly we did, yes.

16     Q.   That's true, isn't it?

17     A.   That's right.

18     Q.   You have a team meeting at like eight o'clock

19    in the morning?

20     A.   Correct.

21     Q.   Okay.  And you have your whole staff sitting

22    around in there with you, right?

23     A.   Correct.

Page 44

Dr  Gutman Vol 1 and 2 08 21 07.TXT

10          MR. SOCIAS:  Object, compound question.

11          THE WITNESS:  Wrong.

12   BY MR. KING:

13          Q.   Okay.  What was wrong about the question?

14   Where did I go wrong?

15          A.   Where did you go wrong?

16          Q.   Yeah.

17          A.   I didn't prescribe the dosage -- the medicine

18   to Brenda Adair that the boys died on.

19          Q.   Okay.  Did Terry abuse Jerry Adair's medicine?

20          A.   Oh, I don't know.  He abused and overused

21   methadone.

22          Q.   Okay.

23          A.   But I didn't prescribe it.

24          Q.   At your press conference, you admitted that he

25   -- that both of the Adair boys had died on your

MJC REPORTING, INC.

56

1    medicines, isn't that right?

2           A.   I may have, but they were prescribed -- the

3    specifics were from Dr. Ballentine.

4           Q.   Okay.  Well, you were just as upset about that

5    whether Dr. Ballentine had prescribed it as to whether

6    you had prescribed it, isn't that right?

7           A.   Yes.  Yes.

8           Q.   That didn't -- that didn't cause you to be

9    unconcerned about Terry Adair because Dr. Ballentine had

10   prescribed the methadone, did it?

11          A.   No, but in the headline in the article it says

12   11 -- 11 die of pills prescribed by local doctor and I

Page 51

Dr  Gutman Vol 1 and 2 08 21 07.TXT

13    dispute that there are 11 and that was a lying, false

14    headline and so I'm just jumping ahead to show you that

15    two of the people, and now it's three, were not on my

16    prescribed medicine, and the headline was a lie.

17         Q.    Terry Adair died on July 5, 2002, right?

18         A.    Correct.

19         Q.    weren't you upset about that?

20         A.    Sure.

21         Q.    Okay.

22         A.    I just want --

23         Q.    Dr. Ballentine worked for you, didn't he?

24         A.    He did.  But I just want to say that --

25         Q.    Dr. Ballentine, was your --

MJC REPORTING, INC.

57

1              MR. SOCIAS:  Wait.  Wait.  Wait.  Wait.  Don't

2         interrupt him.  Let him answer the question.

3              THE WITNESS:  I want to say --

4              MR. KING:  I don't think he's answering my

5         question.  I'll let him talk, go ahead.

6              THE WITNESS:  Upset has nothing to do with the

7         issue of who prescribed and whether or not it was a

8         lying headline.  Now, yes, I was upset for the boys

9         dying, sick over it.  But I want to set the record

10        straight that I did not prescribe the medicines

11        that they died on.

12    BY MR. KING:

13         Q.    Jerry Adair was your patient, right?

14         A.    Yes.

Page 52

Dr  Gutman Vol 1 and 2 08 21 07.TXT

15          Q.    And you prescribed medicines that he died on,

16    isn't that right?

17          A.    No.  He had them in his system, but he died of

18    a methadone intoxication.

19          Q.    Okay.  Well, we'll talk about him specifically

20    when we get his files out.  Joan Moore died on August

21    15, 2002, she was your patient, wasn't she?

22          A.    Yes.

23          Q.    And you're aware that she died of a drug

24    overdose on August 15, 2002, right?

25          A.    Yes.


MJC REPORTING, INC.

58

1           Q.    And then Earl Hanson died on October 10, 2002,

2     right?

3           A.    Yes.

4           Q.    Now, that's a huge epidemic of deaths in your

5     practice in 2002, isn't it, sir?

6                 MR. SOCIAS:  I object, argumentative.

7                 THE WITNESS:  Compared to what?

8     BY MR. KING:

9           Q.    Compared to any other year of your practice?

10          A.    Well, that would be one parameter, yes.

11          Q.    Okay.

12          A.    But --

13          Q.    Was that a large --

14                MR. SOCIAS:  Wait.  Wait.  Wait.  Wait.  Don't

15                -- you're interrupting him, David, he hasn't

16                finished.

17                THE WITNESS:  But there were two from one
                                Page 53

Dr  Gutman Vol 1 and 2 08 21 07.TXT

18          family and one mother that hadn't secured her

19          medicines, and there was a suicide in Hanson,

20          totally unpredicted, never sent a message that he

21          was going to be a suicide.  Ruiz did not --

22  BY KING:

23          Q.   Not 2002, Ruiz was 2001.

24          A.   Oh.

25          Q.   We're just talking about 2002.


                    MJC REPORTING, INC.

                                                        59

1           A.   Okay.  I'm sorry.  Okay.  So then Moore, took

2   an overdose of her morphine sulfate, and what was -- who

3   was the Jowers, no, that -- Jowers.

4           Q.   My question is, Doctor, with all these deaths

5   in 2002, did you do anything to change anything in your

6   practice?

7               MR. SOCIAS:  Asked and answered.

8               THE WITNESS:  We would have meetings, we

9           discussed and changes were made and accommodations

10          for understanding what was going on, but you know,

11          it makes it sound like nothing was being done and I

12          was fiddling while Rome burned and that is not

13          true.

14  BY MR. KING:

15          Q.   Well, that's your statement, sir.  I'm just

16  asking the questions.

17          A.   You're asking questions.  I'm just saying --

18  you said you did nothing and I'm telling you that I did

19  things.

                    Page 54

Dr  Gutman Vol 1 and 2 08 21 07.TXT

112

1       going to give it up for you.

2           Q.     Okay.   And is it correct that you passed --

3       you have no board certification as far as pain

4       management medicine?

5           A.     That's correct.

6           Q.     And would it be correct that the medical

7       practice that you operate and have operated on West

8       Colonial since 2001 is basically a multiple disciplinary

9       medical practice for Workmen's Compensation, pain

10      management, car crashes and forensic psychiatry?

11          A.     And general psychiatry.

12          Q.     And general psychiatry.

13          A.     Which includes adolescent, child, family, and

14      adult.

15          Q.     What portion of your practice is general

16      psychiatry, Doctor?

17          A.     Well, thanks to the Orlando Sentinel and its

18      corrupt, out of control crusade on OxyContin, my

19      practice has been decimated and my forensic practice,

20      which used to be quite a prominent part, has dwindled

21      and died, and so the general psychiatry is probably 40

22      percent of the practice, forensic is five percent, if

23      that and the pain management, chiropractic, Vax-D part

24      of it is 55 percent, if I'm correct in the addition.

25          Q.     All right.   Now, back in November of 2003,


MJC REPORTING, INC.


113


1       what percentage of your practice was general practice

Page 103