

# LME|CO

### Certified Public Accountants

June 23, 2009

Mr. Jason Cornell
919 N. Market St., Ste. 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Re:  E. Michael & Donna Gutman

Dear Mr. Cornell:

This letter is to verify that E. Michael and Donna Gutman have received the following income during 2008:

|  | E. Michael Gutman | Donna Gutman |
|---|---|---|
| Wages per Form W-2 | $ 39,000.00 | $ 19,200.00 |
| Social Security Income | $ 22,693.80 | $ 11,342.80 |

In addition, E. Michael and Donna Gutman received rental income from the office building they own from which The Gutman Pain-Accident Center, Inc. medical practice operates.  The gross rental income received in 2008 was $42,000.00.  There were rental expenses of $73,713.00 consisting of mortgage interest, real estate taxes and depreciation.  This produces a net rental loss of $31,713.00.

The Schedules K-1 which pass through any income or loss to the Gutmans from The Gutman Pain-Accident Center, Inc., an S-Corporation and Mike Gutman, M.D., (MPAC), P.A., an S-Corporation are not complete at this time.

If you have any questions regarding the above please do not hesitate to contact me at (407) 629-9995.

Respectfully,

Kelly L. Abraham

LME/dcd
Enclosures

copy: Donna Gutman