4/28/09 Last day

Dear Donna,

I am sorry to take your best buddy and first friend away from you. I believer there is no other way out.

The bad news of the recommendation for "cage surgery" and not being able to work for 3 to 4 months and the hopelessness of any results soon from the paper's lawsuit (bad news today from the Delaware lawyer) I feel there is no way out. "I feel I am in a no exit situation) if there is anything that can provide you money for the future after all the debts are paid.

The debts are enormous since we have 5 and ½ years of breaking down and the enormity of the blow to my reputation and income.

We are broke and in debt.

Goodbye my love. I am sorry to hurt you. Tell our children I love them. Tell our friends I love them. Tell my patients I love them. I am sorry I could not spend my last night talking to the kids and expressing my love to them personally.

I love you and always will. You are my best buddy and 1st Friend.

The Global Citizen Soldier that I always talk about has met his final sacrifice.

Love,

Michael

*This is so hard to do — but in my mind, it is the best thing to do for you. Please forgive me.*
*— I love you!*
*Michael*

6