```
                       12362 Dr  McCarty.txt
15    Newspaper Editors?
16         A.    No.
17         Q.    Did you ever attend any of their
18    conferences?
19         A.    Whose?  Which conference?
20         Q.    Florida Society of Newspaper Editors.
21         A.    No.
22         Q.    Ever involved with the Media Law and
23    Resources Committee?
24         A.    Of?
25               MR. EMANUEL:  In Florida?


                        MJC REPORTING, INC.

                                                               33

 1               MR. THOMAS:  No.  It's a national
 2    organization.
 3               MR. EMANUEL:  National organization?
 4         A.    Oh, no.
 5         Q.    Have you developed an opinion in this case?
 6         A.    Yes, I have.
 7         Q.    Okay.  And why don't you tell us what this
 8    opinion is.
 9         A.    My opinion is that in these articles, the
10    two articles of November 30, 2003 in the Orlando
11    Sentinel, that the articles are written, the headline
12    is written in such a way to assign blame for the
13    deaths of people to Dr. Gutman, that the articles are
14    framed in such a way as to portray him in a negative
15    light, that there is use of inaccurate facts and there
16    are inflammatory words, and there are -- there is
17    information that is not objective, and that there
                              Page 30
```

12362 Dr McCarty.txt

18    are -- there is no balance -- there is not balance in
19    the sources in the way that the article -- articles
20    are written and that they lead the reader to a very
21    specific opinion about Dr. Gutman and about his
22    practice, and that that opinion is a negative
23    impression.
24         Q.    Your opinions here don't differ much from
25    your opinions in the Butler case, do they?

MJC REPORTING, INC.

34

1              MR. EMANUEL:  Object to form.  It lacks
2         foundation.
3         A.    I don't recall my opinions in the Butler
4    case.
5         Q.    Well, do you recall saying that the Butler
6    articles weren't balanced?
7         A.    I don't recall my -- the words that I used
8    in that case.
9         Q.    And did you say that there were -- there
10   were words that were used in the Butler articles that
11   were inflammatory?
12             MR. EMANUEL:  Object to form.
13        Mischaracterizes her previous testimony.
14        A.    I do not recall the words that I used in the
15   Butler case.  I will say, however, if this is the same
16   situation or if these are the same issues, then I
17   would need to use the same words.
18        Q.    And you said that there were opinions
19   interjected in the stories.  I think that's what you

Page 31

```
                      12362 Dr  McCarty.txt
20      testified here.
21            MR. EMANUEL:  Is that a question?
22            MR. THOMAS:  Yeah.
23            MR. EMANUEL:  What was your question
24      again?  Will you repeat it?
25            MR. THOMAS:  I'll be glad to let the


                   MJC REPORTING, INC.

                                                         35

1       reporter do it.
2             MR. EMANUEL:  Would you play it back,
3       please?
4             (Pending question read back.)
5             MR. EMANUEL:  Object to form.
6       Mischaracterizes her testimony here.
7         A.  I do not recall saying opinions.
8         Q.  So there are no opinions interjected in
9       these stories?
10        A.  I -- what I believe that I said was that the
11      stories lead the reader to a conclusion that is
12      negative and does not leave an opportunity for the
13      reader to determine.
14        Q.  Is it possible to have a negative impression
15      of someone based on factual statements?
16        A.  It is possible to have a negative opinion
17      based on factual statements.  It is also possible to
18      write a story and to link facts together to present a
19      negative opinion.
20        Q.  So -- and I believe you said, and we can
21      certainly look back at your testimony, that the story
22      was framed in a way to present Dr. Gutman in a
                              Page 32
```

12362 Dr McCarty.txt

23  negative light?
24      A.  Okay.
25      Q.  That's correct?

1       A.  Yes.
2       Q.  Okay. And you said there were inaccurate
3   facts.
4       A.  I believe there are inaccurate facts.
5       Q.  And how do you know that they're inaccurate
6   facts?
7       A.  What I did to examine this information was
8   to look at the information that the reporter had
9   available when she wrote the story and then to look at
10  the actual story and to compare those two, and based
11  on that, I came to that conclusion.
12      Q.  Can you identify the inaccurate facts in the
13  story?
14      A.  Well, one of the facts that based on what I
15  read appears to be inaccurate is regards Manny Ruiz.
16      Q.  Dr. Baker, let me just stop you for a second
17  and I apologize. When we're talking about the stories
18  let's talk about Miss Stutzman --
19      A.  Okay.
20      Q.  -- Mr. Schulte so we know what we're talking
21  about.
22      A.  All right. All right. This is in Miss
23  Stutzman's story.
24      Q.  Okay.

12362 Dr McCarty.txt
25     A.    When I read the Manny Ruiz case, his actual

MJC REPORTING, INC.

37

1    records, it did not say that he overdosed on pain
2    medicine prescribed by Dr. Gutman. It appeared by --
3    in what I read that his -- that you could not tell who
4    in fact had prescribed his medication. And so I was
5    troubled by that -- that line.
6     Q.    And you have all the Ruiz documents you
7    believe, his autopsy?
8     A.    I've looked at them.
9     Q.    And you have them with you?
10    A.    Do I have them?
11        MR. EMANUEL: You don't -- I don't --
12    not with you.
13    A.    I don't have them with me, no.
14    Q.    No, no, no.
15    A.    I don't have them.
16    Q.    No. My question is not do you have them
17    with you but have you reviewed them?
18    A.    Yes.
19    Q.    And we asked you to bring all the documents
20    that you reviewed and you haven't identified that.
21    A.    I'm sorry. I should have made a list.
22    Q.    So you didn't bring all the documents you
23    reviewed with you today?
24    A.    No, I don't have all the documents.
25    Q.    Can you identify for me before we go forward

12362 Dr McCarty.txt

38

1    those documents that you don't have that you reviewed?
2         MR. EMANUEL: Object to -- object to
3    form. Vague. I don't think she knows all
4    the documents that are in the record here.
5         A.   I don't know everything that I have not --
6    what did you ask me?
7         Q.   I asked you all the documents that you
8    reviewed. That was the question I asked you at the
9    very beginning of your deposition and you identified
10   the ones that are in front of you. What other
11   documents have you reviewed?
12        A.   Okay. I reviewed medical examiner records.
13        Q.   For whom?
14        A.   For the eleven cases associated with this
15   story.
16        Q.   And where are those documents now?
17        A.   They are at the law offices.
18        Q.   Okay. And when did you review them for the
19   first time?
20        A.   I reviewed those yesterday.
21        Q.   Okay. And you're certain that you reviewed
22   all eleven medical examiner --
23        A.   I looked at them. I could not give you the
24   names of all of them, no.
25        Q.   Can you identify the eleven people who died?

MJC REPORTING, INC.

39

12362 Dr McCarty.txt

1     A.    If I have some time to look.  But I would
2  need some time to look at that.
3     Q.    Okay.  What other facts were inaccurate in
4  Miss Stutzman's story?
5     A.    When she says that Dr. Gutman surrendered
6  his Medicaid certificate, surrendered indicates and
7  implies to the reader that he was under some pressure
8  and somebody asked for it.  In her notes she uses the
9  term voluntarily surrendered but in the article it
10 just says surrendered and so since it was voluntary,
11 to my mind, that's an error.  That's an inaccuracy.
12    Q.    So give me a definition of the word
13 surrender.
14    A.    Surrender is to give up.  But surrender in
15 this particular case, insomuch as an article is
16 talking about Dr. Gutman and his practice and him
17 being under investigation, without the word
18 involuntary leads the reader to believe that he
19 surrendered it because somebody asked for it.
20    Q.    But you'll agree that a definition of the
21 word surrender is to give up?
22    A.    That is a definition, but I also think that
23 in this particular case that it is important for the
24 reader to understand that that was an affirmative
25 action on his part and not a response to the

MJC REPORTING, INC.

40

1  investigations or the other issues that are presented
2  in this article.
3     Q.    What's a synonym for surrender?  Another

Page 36

```
                    12362 Dr  McCarty.txt
 4    word that she could have used?
 5         A.   Think in this case voluntary surrendered
 6    would have made the difference.
 7         Q.   How about relinquish?
 8         A.   Voluntarily relinquished.
 9         Q.   Any other facts in Miss Stutzman's article
10    that are inaccurate?
11         A.   Well, to say that the eleven people died
12    from the pills that the doctor prescribed when there
13    were other doctors who have prescribed medication is a
14    very definitive statement that leads the reader to
15    believe that only Dr. Gutman prescribed medicine and
16    that medicine caused these people to die.
17         Q.   And you're reading from the headline; is
18    that right?
19         A.   Yes.  Yes.
20         Q.   All right.
21         A.   And in the first paragraph, at least eleven
22    people, including two young brothers from Winter
23    Springs, overdosed and died from is -- is a -- is a
24    cause and effect statement that is definitive.
25         Q.   Any other factual inaccuracies?

                      MJC REPORTING, INC.

                                                                41

 1         A.   In the case of Diane McIntire, the word
 2    poisoning is used but the report used the word
 3    intoxication.
 4         Q.   Do you know what a definition of
 5    intoxication is?
                            Page 37
```

12362 Dr McCarty.txt

6     A. Clinical definition of intoxication?

7     Q. Yeah. Just a normal dictionary definition

8 of intoxication.

9     MR. EMANUEL: Object to form. Calls

10     for a medical conclusion.

11     A. No. I would not like to give a dictionary

12 definition. What I am saying here is that that's not

13 the terminology that was used in the actual record and

14 that that's -- if that's the terminology that was used

15 in the record, then I would expect that to be the

16 terminology used in the story.

17     Q. So reporters can't change medical

18 terminology so that the average person can understand

19 the language of doctors or physicians?

20     MR. EMANUEL: Object to the form of the

21     question.

22     A. I would be careful in changing the language

23 in the event that it does actually change the

24 definition.

25     Q. Well, if we looked at the definition, for

MJC REPORTING, INC.

42

1 instance, the word toxin, do you know what the

2 definition of the word toxin is?

3     A. The clinical definition, no.

4     Q. No. The dictionary definition.

5     MR. EMANUEL: Object to form. Calls

6     for a medical conclusion.

7     A. I'd have to look it up in the dictionary.

8     Q. Yeah. Well, I'll tell you toxin is a

Page 38

12362 Dr McCarty.txt

10  how one determines what prominence is. Prominent is
11  positive when you start out to talk about an
12  individual as prominent. It makes it -- the story
13  that you are writing more attractive. If he were not
14  a prominent doctor, perhaps this is not as big a
15  story.
16       Q.   Is the word prominent a positive or
17  negative? You've talked about negative inferences.
18  I'm wondering whether this is a positive or a negative
19  inference.
20            MR. EMANUEL: Object to form. Asked
21       and answered.
22       A.   In the context of this story it sets the
23  stage that he is a well-known, prominent physician.
24       Q.   Any other references to blame?
25       A.   I don't see any at this time.

MJC REPORTING, INC.

56

1        Q.   I believe you said that there was an effort
2   to frame or portray Dr. Gutman in a negative light.
3   Can you point me to those references?
4        A.   In the Rene Stutzman article, again, the
5   headline, any time you talk about a doctor and died in
6   the same sentence, that is negative in my opinion.
7             Then you go to the subhead that says he is
8   under investigation by three state entities, which is
9   then repeated in the actual caption of the photograph
10  and is also in paragraph one, two, three of the story,
11  so three times in a matter of a very short space his

Page 51

12362 Dr McCarty.txt

12  investigations are brought to the front of the story.
13  And while that is factual, by putting it so high at
14  the top of the story and putting the headline and in
15  the photograph, the inference is that he is under
16  investigation for these deaths, which is not the case.
17       Q.   And where does it say that?
18       A.   That he's under investigation for these
19  deaths?
20       Q.   Yes.  Where does it say that?
21       A.   It's implied because it is the second
22  headline under he -- the eleven people died from the
23  pills.  He's under investigation.  That is a very,
24  very clear link between the headline and the subhead.
25       Q.   It doesn't appear in words, does it?

MJC REPORTING, INC.

57

1        A.   What does not appear in words?
2        Q.   Well, that he's linked to the deaths.  It
3   says, I'm reading -- has the stories marked probably
4   early on?
5             MR. EMANUEL:  Yeah, they have been --
6             MR. KING:  Either 85 or 86.
7             MR. THOMAS:  Okay.
8             MR. KING:  Either 85 or 86.
9             MR. THOMAS:  Just so we're referring to
10       either 85 or 86.  Is that all right with
11       you, Charles?
12            MR. EMANUEL:  Or just refer to it, the
13       date of the article.
14            MR. THOMAS:  Okay.

Page 52