# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, JUNE 25, 2009 10:00 AM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | AL LUGANO | | |

### *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) **ADV: 1-09-50445**
   **Preliminary Injuction Hearing**
   **R / M #:**   0 / 0
   **VACATED:   Withdrawn**

3) **ADV: 1-09-50445**
   **Status by Phone**
   **R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Agenda Item
#1 - Withdrawn
#2, 3 - Order Entered
#4 - Order Signed
#5 - Revised Order Due
#6 - Adjourned to 7/28/09
#7 - Order Due
#8 - Order Entered
#9 and 10  - Order to Be Drafted by Judge
#11 - Adjourned to 9/29/09