# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM MAY 1, 2009 THROUGH MAY 31, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 6.90 | $3,553.50 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | .40 | $198.00 |
| J.C. Falgowski | Associate. Joined firm in 2004. Member of DE bar since 2004. | $360.00 | .40 | $144.00 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | 4.2 | $1,260.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 2.7 | $337.50 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 1.5 | $217.50 |
| Grand Total: | | | 16.10 | $5,710.50 |
| Blended Rate: | | | | $354.69 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $433.24 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---|---|
| Shannon Claim – 60003 | 2.10 | $1,081.50 |
| Reliance/Times Mirror – 00004 | .60 | $262.00 |
| Insurance Counseling – 00005 | 5.30 | $2,378.50 |
| Marsh – 60008 | 6.20 | $1,627.00 |
| Fee Applications – 00009 | 1.90 | $361.50 |
| **TOTAL:** | **16.10** | **$5,710.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦  DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1870266
Invoice Date: June 17, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through May 31, 2009

|   |   | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Shannon Claim 503842.00003 | $1,081.50 | $0.00 | $1,081.50 |
| RE: | Reliance/Times Mirror 503842.00004 | $262.00 | $0.00 | $262.00 |
| RE: | Insurance Counseling 503842.00005 | $2,378.50 | $0.00 | $2,378.50 |
| RE: | Marsh 503842.00008 | $1,627.00 | $0.00 | $1,627.00 |
| RE: | Fee Applications 503842.00009 | $361.50 | $283.68 | $645.18 |
| | **Current Invoice Total:** | **$5,710.50** | **$283.68** | **$5,994.18** |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 0260-0959-3
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1870266)

**RE: Shannon Claim**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/13/09 | JDS | Conferred with P. Walker-Bright, exchanged emails with client regarding motion to lift stay. | 0.40 |
| 05/15/09 | JDS | Analyzed materials regarding motion to lift stay and communications concerning same with client, bankruptcy counsel. | 1.00 |
| 05/19/09 | JDS | Telephone conference with client regarding motion to lift stay. | 0.30 |
| 05/20/09 | JDS | Analyzed brief regarding motion to lift stay and communications regarding same. | 0.40 |

TOTAL FEES:            $1,081.50

Fees & Disbursements        $1,081.50

**Fee Summary: Shannon Claim**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.10 | 515.00 | 1,081.50 |
| | | 2.10 | | 1,081.50 |

**RE: Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/07/09 | DR | Meeting with J. Shugrue and P. Walker-Bright regarding claim status and follow-up. | 0.20 |
| 05/07/09 | PRW | Meeting with J. Shugrue and D. Rosenfield regarding claim status and follow-up. | 0.20 |
| 05/07/09 | JDS | Met with P. Walker-Bright, D. Rosenfield regarding status of claim against Reliance-in-Liquidation. | 0.20 |

TOTAL FEES:                     $262.00

Fees & Disbursements          $262.00

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 0.20 | 515.00 | 103.00 |
| PRW | P.R. Walker-Bright | 0.20 | 495.00 | 99.00 |
| DR | D. Rosenfield | 0.20 | 300.00 | 60.00 |
| | | 0.60 | | 262.00 |

**RE: Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/04/09 | JDS | Analyzed proposed policy endorsements and prepared emails to client and broker regarding same. | 0.90 |
| 05/07/09 | JDS | Communications with bankruptcy counsel regarding insurance coverage, copies of insurance policies in connection with various underlying third-party claims and suits. | 0.50 |
| 05/08/09 | SS | Reviewed and catalogued correspondence file. | 0.30 |
| 05/08/09 | JDS | Exchanged emails regarding insurance policies and coverages with bankruptcy counsel. | 0.50 |
| 05/12/09 | JDS | Analyzed and exchanged emails with client, broker regarding proposed policy endorsements. | 0.50 |
| 05/13/09 | JDS | Analyzed and exchanged emails with client regarding various insurance programs (.6); exchanged emails with bankruptcy counsel regarding inquiry on insurance issues (.2). | 0.80 |
| 05/14/09 | JDS | Communicated with bankruptcy counsel regarding insurance coverage questions. | 0.40 |
| 05/15/09 | JDS | Analyzed and organized policy endorsements. | 0.20 |
| 05/27/09 | JDS | Analyzed policy endorsements provided by insurers (.3); communications with bankruptcy counsel on issues related to proof of claim filings (.2). | 0.50 |
| 05/28/09 | SS | Reviewed and catalogued correspondence and case sub files. | 0.60 |
| 05/28/09 | JDS | Analyzed message from counsel for insurer regarding third-party claim. | 0.10 |

TOTAL FEES:                            $2,378.50

Fees & Disbursements        $2,378.50

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 4.40 | 515.00 | 2,266.00 |
| SS | S. Somoza | 0.90 | 125.00 | 112.50 |
| | | 5.30 | | 2,378.50 |

June 17, 2009    Case 08-13141-BLS    Doc 1643-3    Filed 06/26/09    Page 8 of 11  Invoice: 1870266
RE: Marsh
   (503842.00008)                                                                 Page 5

**RE: Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 05/07/09 | DR | Met with J. Shugrue and P. Walker-Bright regarding follow-up on amounts to be reimbursed by Marsh (.20); analyzed previous attorneys' fees and claim payments summaries (1.0). | 1.20 |
| 05/07/09 | PRW | Meeting with J. Shugrue and D. Rosnefield regarding reimbursement submissions. | 0.20 |
| 05/07/09 | JDS | Met with P. Walker-Bright, D. Rosenfield regarding status of submissions per agreement. | 0.20 |
| 05/12/09 | SS | Met with D. Rosenfield regarding post bankruptcy invoices. | 0.30 |
| 05/12/09 | SS | Analyzed spreadsheet of outstanding invoices (.7); met with D. Rosenfield regarding same (.5). | 1.20 |
| 05/12/09 | DR | Met with S. Somoza regarding invoices incurred post-bankruptcy. | 0.30 |
| 05/12/09 | DR | Met with S. Somoza regarding status of claim payments and reimbursement (.5); drafted correspondence to client. | 1.00 |
| 05/14/09 | SS | Communicated with L. Lankford regarding invoices. | 0.10 |
| 05/19/09 | SS | Corresponded with L. Lankford regarding defense cost invoices post bankruptcy. | 0.20 |
| 05/21/09 | DR | Corresponded with client regarding recently received reimbursement payment. | 0.20 |
| 05/22/09 | DR | Corresponded with S. Somoza regarding invoices and compiled invoices and related correspondence. | 0.50 |
| 05/26/09 | DR | Reviewed fee petition documents filed by Reed Smith in connection with post-bankruptcy work. | 0.50 |
| 05/26/09 | DR | Corresponded with J. Shugrue regarding summary fee petition documents. | 0.30 |

TOTAL FEES:          <u>$1,627.00</u>

Fees & Disbursements    $1,627.00

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| Init | Timekeeper | Hours | Rate | Amount |
| JDS | J.D. Shugrue | 0.20 | 515.00 | 103.00 |
| PRW | P.R. Walker-Bright | 0.20 | 495.00 | 99.00 |
| DR | D. Rosenfield | 4.00 | 300.00 | 1,200.00 |
| SS | S. Somoza | 1.80 | 125.00 | 225.00 |
| | | 6.20 | | 1,627.00 |

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 05/14/09 | LL | E-mail/voice mail communications regarding payment of fee applications. | 0.20 | 29.00 |
| 05/28/09 | LL | Revisions to CNO regarding RS's 2nd Monthly Fee Application (.1); e-mail regarding same (.1); e-file and perfect service of same (.3); drafted RS's 3rd Monthly Fee Application (.8). | 1.30 | 188.50 |
| 05/28/09 | JCF | Reviewed Notices relating to fee applications and oversee filing and service of same. | 0.40 | 144.00 |

TOTAL FEES:     $361.50

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 04/27/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/Mailout | 90.55 |
| 04/29/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/Mailout | 113.45 |
| 05/31/2009 | PACER | 0.48 |
| 05/31/2009 | Duplicating/Printing/Scanning | 4.20 |
| 05/31/2009 | Courier Service - Outside | 75.00 |

Total Disbursements    283.68

Fees & Disbursements    $645.18

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JCF | J.C. Falgowski | 0.40 | 360.00 | 144.00 |
| LL | L. Lankford | 1.50 | 145.00 | 217.50 |
| | | 1.90 | | 361.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1870266
Invoice Date: June 17, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through May 31, 2009

|  |  | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Shannon Claim 503842.00003 | $1,081.50 | $0.00 | $1,081.50 |
| RE: | Reliance/Times Mirror 503842.00004 | $262.00 | $0.00 | $262.00 |
| RE: | Insurance Counseling 503842.00005 | $2,378.50 | $0.00 | $2,378.50 |
| RE: | Marsh 503842.00008 | $1,627.00 | $0.00 | $1,627.00 |
| RE: | Fee Applications 503842.00009 | $361.50 | $283.68 | $645.18 |
|  | **Current Invoice Total:** | **$5,710.50** | **$283.68** | **$5,994.18** |

**INVOICE IS PAYABLE UPON RECEIPT**