# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---:|
| In-House Duplicating/Printing/Scanning | | $4.20 |
| Legal Research – Outside | Lexis Nexis/WestLaw/PACER | $.48 |
| Duplicating – Outside | | $204.00 |
| Courier Service – Outside | Parcels, Inc. | 75.00 |
| **TOTAL** | | **$283.68** |

June 17, 2009
RE: Fee Applications
(503842.00009)

Case 08-13141-BLS    Doc 1643-4    Filed 06/26/09    Page 3 of 3

Invoice: 1870266
Page 7

**RE: Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/14/09 | LL | E-mail/voice mail communications regarding payment of fee applications. | 0.20 | 29.00 |
| 05/28/09 | LL | Revisions to CNO regarding RS's 2nd Monthly Fee Application (.1); e-mail regarding same (.1); e-file and perfect service of same (.3); drafted RS's 3rd Monthly Fee Application (.8). | 1.30 | 188.50 |
| 05/28/09 | JCF | Reviewed Notices relating to fee applications and oversee filing and service of same. | 0.40 | 144.00 |
| | | TOTAL FEES: | | $361.50 |

**CURRENT DISBURSEMENTS**

| | | |
|---|---|---|
| 04/27/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/Mailout | 90.55 |
| 04/29/2009 | Outside Duplicating Bankruptcy Mailouts/Mailouts - Envelopes/Mailout | 113.45 |
| 05/31/2009 | PACER | 0.48 |
| 05/31/2009 | Duplicating/Printing/Scanning | 4.20 |
| 05/31/2009 | Courier Service - Outside | 75.00 |
| | Total Disbursements | 283.68 |
| | Fees & Disbursements | $645.18 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JCF | J.C. Falgowski | 0.40 | 360.00 | 144.00 |
| LL | L. Lankford | 1.50 | 145.00 | 217.50 |
| | | 1.90 | | 361.50 |