

**AAT COMMUNICATIONS**

A Subsidiary of SBA Communications Corporation

517 Route 1 South
Suite 1109
Iselin, NJ 08830
Phone 732.404.9360
Phone 800.551.SITE
Fax 732.404.9323
www.sbasite.com

June 19, 2009

Bridget Hauserman
Sidley Austin LLP
787 Seventh Ave.
New York, New York 10019

Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave.
Suite 1410
Wilmington, Delaware 19801

Re:   Objection; Case No. 08-13141 (KJC); In re Tribune Company, et al.

Dear Ms. Hauserman and Ms. Stickles:

In response to comment from Tribune regarding the Cure Amount, AAT hereby withdraws its Objection, attached hereto, and accepts the figure of **$9,548.00** as the correct Cure Amount.

Thank you.

Sincerely,

David McNulty
Corporate Counsel


Cc:   Clerk of Court
      United States Bankruptcy Court
      For The District of Delaware
      824 North Market Street
      5th Floor
      Courtroom No. 5
      Wilmington, DE 19801

      Stephanie Pater
      Tribune Company
      435 N. Michigan Ave.
      Chicago, Illinois 60611


NY30015-M – WPIX Bankruptcy court- withdrawal

Damian Schaible
Davis Polk & Wardwell LLP
450 Lexington Ave.
New York, New York 10017

Howard Seife
Chadbourne & Park LLP
30 Rockefeller Plaza
New York, New York 10112

John McMahon
Property Manager
Boston Properties
153 East 53rd Street
New York, New York 10022

Cindy Drinen, AAT



**AAT COMMUNICATIONS**

A Subsidiary of SBA Communications Corporation

517 Route 1 South
Suite 1109
Iselin, NJ 08830
Phone 732.404.9360
Phone 800.551.SITE
Fax 732.404.9323
www.sbasite.com

June 11, 2009

Bridget Hauserman
Sidley Austin LLP
787 Seventh Ave.
New York, New York 10019

Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Ave.
Suite 1410
Wilmington, Delaware 19801

*FILED 2009 JUN 26 AM 9:56 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE*

Re:   <u>Objection; Case No. 08-13141 (KJC); In re Tribune Company, et al.</u>

Dear Ms. Hauserman and Ms. Stickles:

Pursuant to Section 8 of the **Motion for Entry of an Order Authorizing Debtors to (i) Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (ii) Set Cure Amounts With Respect Thereto** (the "Motion"), please accept this Objection on the grounds of an inaccurate Cure Amount.

AAT Communications LLC is the Managing Agent for The Citicorp Center Condominium, an unincorporated association acting as agent for BP/CG LLC Center I and BP/CG Center II LLC, c/o Boston Properties Limited Partnership, located at 153 East 53rd Street, New York, New York, 10043, subject site of the lease identified at #17 in Exhibit B to the Motion. Exhibit B shows a Cure Amount of **$9,548.00**, however AAT's records show a cure amount of **$10,023.16**, for a difference of **$475.16**. The attached sheet shows the cure amount in detail.

Please adjust the Cure Amount in Exhibit B of the Motion accordingly. Neither AAT nor the property owners or managers at the subject site have any further objection and hereby consent to the assumption and assignment of the applicable lease.

Thank you.

Sincerely,

David McNulty
Corporate Counsel

NY30015-M – WPIX Bankruptcy court- objection