IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
In re                                : Chapter 11
                                     :
TRIBUNE COMPANY, et al.,[1]          : Case No. 08-13141 (KJC)
                                     :
         Debtors                     : Jointly Administered
                                     :
                                     : Hearing Date: July 16, 2009 at 3:30 p.m.
                                     : Objection Deadline: July 9, 2009 at 4:00 p.m.
                                     : Re: Docket No. ___
------------------------------------------------------x

**NOTICE OF MOTION OF SOUTH FLORIDA STADIUM CORPORATION'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY
TO EFFECTUATE A SETOFF OF CERTAIN PREPETITION AMOUNTS WITH
DEBTOR FORUM PUBLISHING GROUP, INC.**

To:    The Service List attached hereto:

PLEASE TAKE NOTICE that on June 26, 2009, the undersigned attorneys filed on behalf of South Florida Stadium Corporation d/b/a Dolphin Stadium ("Dolphin Stadium") the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwnercom Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. ([455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Motion of Dolphin Stadium for Relief from the Automatic Stay to Effectuate a Setoff of Certain Prepetition Amounts with Debtor Forum Publishing Group, Inc. (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), which seeks the following relief:

That the Court enter an Order Granting South Florida Stadium Corporation's Motion for Relief from the Automatic Stay to Effectuate a Setoff of Certain Prepetition Amounts with Debtor Forum Publishing Group, Inc.

You are required to file a response to the Motion **ON OR BEFORE JULY 9, 2009 AT 4:00 P.M. (EST).** At the same time, you must also serve a copy of the response upon Movants' attorneys:

| | |
|---|---|
| James F. Harker, Esq. | Keith N. Costa, Esq. |
| Eric J. Monzo, Esq. | Akerman Senterfitt, LLP |
| Cohen Seglias Pallas Greenhall | 335 Madison Avenue, Suite 2600 |
| & Furman, P.C. | New York, New York 10017 |
| 1007 North Orange Street, Suite 1130 | |
| Wilmington, Delaware 19801 | |

A HEARING WILL BE HELD ON:  **JULY 16, 2009 AT 3:30 P.M. (EST)** IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, BEFORE THE HONORABLE KEVIN J. CAREY, 824 MARKET STREET, 5TH FLOOR, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: June 26, 2009
Wilmington, Delaware

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.

_____
James F. Harker (DE Bar No.255)
Eric J. Monzo (DE Bar ID No. 5214)
Nemours Building, 1007 Orange Street, Suite 1130
Wilmington, Delaware 19801
Telephone: (302) 425-5089
Fax: (302) 425.5097
Email: JHarker@cohenseglias.com
       emonzo@cohenseglias.com

and

AKERMAN SENTERFITT, LLP

Keith N. Costa (NY KC1213)
335 Madison Avenue, Suite 2600
New York, NY 10017-4636
Telephone: (212) 880-3800
Fax: (212) 880-8965
Email: keith.costa@akerman.com

Tarek K. Kiem (FL 637041)
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Fax: (954) 463-2224
Email: tarek.kiem@akerman.com

*Attorneys for South Florida Stadium Corporation*