**EXHIBIT A**

**(Fee Statement)**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                      May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL  60611-4096                              Invoice Number: 1783660

Attn:  David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
         Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                    $11,398.50
                                                                        _____
         **Current Fees and Costs Due**                                 **$11,398.50**
         **Total Balance Due**                                          **$11,398.50**
                                                                        ═══════════

**Wiring Instructions:**                          **Remittance Address:**
   Bank of America                                 Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                               191 N. Wacker Drive
   CHIPS Address:  0959                            30th Floor
   SWIFT Address:  BOFAUS3N                        Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783660

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                      $11,398.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$11,398.50** |
| **Total Balance Due** | **$11,398.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
75245-00001
Invoice No. 1783660


Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783660

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**Post-Petition General Matter**                                    $11,398.50

Tribune Company
75245-00001
Invoice No. 1783660

## B110   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 04/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/07/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/09/09 | ALE | Review Tribune case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 260.00 | 26.00 |
| 04/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1783660

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to team attorneys (0.1); compile and forward fee applications to internal group (0.2) | 0.30 | 205.00 | 61.50 |
| 04/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/27/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/28/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 04/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| **Subtotal: B110  Case Administration** | | | **2.60** | | **659.50** |

**B160  Fee/Employment Applications**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

Tribune Company
75245-00001
Invoice No. 1783660

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/09/09 | RPR | Work on March billing statement (1.6) | 1.60 | 320.00 | 512.00 |
| 04/10/09 | RPR | Work on March billing statement (0.9); forward same to K. Newmarch (0.1) | 1.00 | 320.00 | 320.00 |
| 04/11/09 | KDN | Review March billing statements for privilege items (0.5) | 0.50 | 635.00 | 317.50 |
| 04/15/09 | JBB3 | Prepare supplemental conflict check (1.2) | 1.20 | 205.00 | 246.00 |
| 04/16/09 | KDN | Discuss interim fee application with R. Rosen (0.1); discuss interim compensation application with R. Rosen (0.2); discuss interim fee application with R. Rosen (0.1) | 0.40 | 635.00 | 254.00 |
| 04/16/09 | RPR | Prepare first interim fee application (1.0); edit first interim fee application per comments of K. Newmarch (0.7); further revise first interim fee application (0.7) and submit to K. Newmarch (0.1) | 2.50 | 320.00 | 800.00 |
| 04/17/09 | KDN | Edit interim fee application (0.2); finalize interim fee application (0.1) | 0.30 | 635.00 | 190.50 |
| 04/17/09 | KDN | Draft email to K. Stickles regarding Paul Hastings interim fee application (0.1) | 0.10 | 635.00 | 63.50 |
| 04/20/09 | RPR | Work on third monthly fee statement (1.3) | 1.30 | 320.00 | 416.00 |
| 04/21/09 | RPR | Work on March fee application (1.9) and exhibits (0.9) | 2.80 | 320.00 | 896.00 |
| 04/22/09 | RPR | Work on finalizing draft March fee application (2.2) and exhibits (0.9); compile and submit same to K. Newmarch (0.1) | 3.20 | 320.00 | 1,024.00 |
| 04/27/09 | JBB3 | Prepare supplemental conflict search (0.2) | 0.20 | 205.00 | 41.00 |
| 04/30/09 | JBB3 | Prepare supplemental conflict search (0.6) | 0.60 | 205.00 | 123.00 |

Tribune Company
75245-00001
Invoice No. 1783660

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | | **Subtotal: B160   Fee/ Employment Applications** | **15.70** | | **5,203.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/09 | JPB7 | Review title and legal description issues related to certain real property (2.0) | 2.00 | 515.00 | 1,030.00 |
| 04/02/09 | JPB7 | Coordinate title and survey regarding broadcast towers (0.5) | 0.50 | 515.00 | 257.50 |
| 04/03/09 | JPB7 | Review title and survey issues related to broadcast towers and other properties (2.0) | 2.00 | 515.00 | 1,030.00 |
| 04/08/09 | JPB7 | Address various Tribune broadcast tower issues (1.0) | 1.00 | 515.00 | 515.00 |
| 04/20/09 | JPB7 | Coordinate broadcast towers title issues with Chicago Title (1.5) | 1.50 | 515.00 | 772.50 |
| 04/22/09 | JPB7 | Coordinate identification of broadcast towers, properties with Chicago Title (1.0) | 1.00 | 515.00 | 515.00 |
| 04/23/09 | JPB7 | Coordinate broadcast towers title identification with Chicago Title (0.5) | 0.50 | 515.00 | 257.50 |
| 04/24/09 | JSR6 | Telephone conference with S. Pater regarding RKK lease of Baltimore Sun property (0.6); compile documentation regarding assignment of master lease to Tribune (0.4) | 1.00 | 675.00 | 675.00 |
| 04/27/09 | GES3 | Review bankruptcy filings (0.2) | 0.20 | 810.00 | 162.00 |
| 04/29/09 | JPB7 | Coordinate title (0.5) | 0.50 | 515.00 | 257.50 |
| | | **Subtotal: B250   Real Estate** | **10.20** | | **5,472.00** |

Tribune Company
75245-00001
Invoice No. 1783660

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|

**B310   Claims Administration and Objections**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/17/09 | KDN | Review proof of claim information (0.1) | 0.10 | 635.00 | 63.50 |
| | **Subtotal:  B310   Claims Administration and Objections** | | **0.10** | | **63.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 0.40 | 810.00 | 324.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 675.00 | 675.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 9.00 | 515.00 | 4,635.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.40 | 635.00 | 889.00 |
| ALE | Allison L. Eissing | PARALEGAL | 0.10 | 260.00 | 26.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 12.40 | 320.00 | 3,968.00 |
| JBB3 | Jamie B. Brown | CASE ASSISTANT | 4.30 | 205.00 | 881.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$11,398.50** |
| **Total Balance Due** | | **$11,398.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783661

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                      $3,940.00

| | |
|---|---:|
| **Current Fees and Costs Due** | **$3,940.00** |
| **Total Balance Due** | **$3,940.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783661

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                        $3,940.00

| | |
|---|---|
| **Current Fees and Costs Due** | **$3,940.00** |
| **Total Balance Due** | **$3,940.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
　　　Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783661

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**34th Street Lease**                                                                                    **$3,940.00**

**B185    Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/15/09 | DJP2 | Review assignment/rejection issues (0.7); call with client regarding same (0.5) | 1.20 | 790.00 | 948.00 |
| | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | | **1.20** | | **948.00** |

**B250    Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/24/09 | DJP2 | Review lease and consent agreement (0.8); review assignment issue (0.6); correspondence to client regarding same (0.2) | 1.60 | 790.00 | 1,264.00 |
| 04/24/09 | TJC3 | Address matters regarding 34th Street lease (0.2); conference with D. Perlman and G. Spitzer regarding same (0.6) | 0.80 | 580.00 | 464.00 |
| 04/28/09 | DJP2 | Review structure of transaction with attornment (1.6) | 1.60 | 790.00 | 1,264.00 |
| | **Subtotal: B250   Real Estate** | | **4.00** | | **2,992.00** |

LEGAL_US_E # 83925449.1

Tribune Company
75245-00002
Invoice No. 1783661

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 4.40 | 790.00 | 3,476.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.80 | 580.00 | 464.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$3,940.00** |
| **Total Balance Due** | **$3,940.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783662

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $11,035.00 |
| Costs incurred and advanced | 4.80 |
| **Current Fees and Costs** | **$11,039.80** |
| **Total Balance Due** | **$11,039.80** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783662

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending April 30, 2009 | $11,035.00 |
| Costs incurred and advanced | 4.80 |
| **Current Fees and Costs Due** | **$11,039.80** |
| **Total Balance Due** | **$11,039.80** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                          May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                   Please refer to
Chicago, IL  60611-4096                                  Invoice Number: 1783662

Attn: David Eldersveld, Esq.                             PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**Lease Rejections**                                                      **$11,035.00**

**B185    Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/07/09 | DJP2 | Discuss co-tenant lease with G. Spitzer and S. Pater (0.4); conference with G. Spitzer and J. Samaras regarding assumption and rejection periods (0.4); review documents related to same (0.2) | 1.00 | 790.00 | 790.00 |
| 04/07/09 | GES3 | Review and draft correspondence with S. Pater and D. Perlman regarding co-tenant lease (0.4); review co-tenant lease agreements and related documents (0.2); conference with S. Pater, J. Samaras and D. Perlman regarding assumption and rejection periods (0.4) | 1.00 | 810.00 | 810.00 |
| **Subtotal: B185    Assumption/ Rejection of Leases and Contracts** | | | **2.00** | | **1,600.00** |

LEGAL_US_E # 83925449.1

Tribune Company
75245-00003
Invoice No. 1783662

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/09 | GES3 | Review and draft correspondence regarding landlord extensions (0.4); review lease documents (0.3); conference with T. Chandran regarding same (0.1) | 0.80 | 810.00 | 648.00 |
| 04/01/09 | TJC3 | Telephone conference and correspondence with G. Spitzer regarding amendment to Oak Brook lease (0.1); draft and revise amendment and correspondence with G. Spitzer regarding same (1.2) | 1.30 | 580.00 | 754.00 |
| 04/02/09 | GES3 | Conferences with T. Chandran regarding landlord agreement (0.3); revise landlord agreement (0.3); review court filings (0.1); correspondence with S. Pater regarding landlord documents (0.2) | 0.90 | 810.00 | 729.00 |
| 04/02/09 | TJC3 | Revise Oak Brook lease amendment (0.4); correspondence with G. Spitzer regarding same (0.1) | 0.50 | 580.00 | 290.00 |
| 04/06/09 | GES3 | Correspondence with S. Pater regarding Oakbrook lease, amendment and extension period (0.2); review and draft correspondence with S. Pater, D. Kazan, R. Chesley and D. Perlman regarding co-tenancy lease issues (0.4); review docket filings (0.3); review lease and ancillary documents regarding lease terms (0.3); review correspondence with S. Pater regarding tower lease (0.1); review lease agreement regarding termination and extension provisions (0.4); review correspondence from S. Pater regarding same (0.1); draft correspondence regarding termination provisions (0.4) | 2.20 | 810.00 | 1,782.00 |

Tribune Company
75245-00003
Invoice No. 1783662

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/08/09 | GES3 | Review correspondence from landlord regarding revised agreement (0.3); review docket filings (0.2); correspondence with S. Pater regarding same (0.2); draft correspondence to K. Kansa and R. Chesley regarding revised landlord agreement (0.1) | 0.80 | 810.00 | 648.00 |
| 04/13/09 | GES3 | Correspondence with K. Kansa regarding landlord agreement (0.1); review agreement revisions (0.1); correspondence with S. Pater regarding landlord agreement revisions (0.2); review docket filing (0.2); conference with T. Chandran regarding document revisions (0.1) | 0.70 | 810.00 | 567.00 |
| 04/13/09 | TJC3 | Address matters regarding revision of Oak Brook lease amendment (0.6) | 0.60 | 580.00 | 348.00 |
| 04/14/09 | GES3 | Review and draft correspondence regarding landlord extension agreement (0.4); conference with D. Perlman regarding same (0.1); conference with T. Chandran regarding document revisions (0.2) | 0.70 | 810.00 | 567.00 |
| 04/14/09 | TJC3 | Review Oak Brook lease amendment and correspondence with G. Spitzer regarding same (0.6) | 0.60 | 580.00 | 348.00 |
| 04/15/09 | GES3 | Revise landlord agreement (0.2); conferences with T. Chandran regarding same (0.1); correspondence with S. Pater, K. Kansa, R. Chesley and D. Perlman (0.2); review docket filings (0.1) | 0.60 | 810.00 | 486.00 |
| 04/16/09 | GES3 | Correspondence with K. Kansa, S. Pater, R. Chesley and D. Perlman regarding rejection strategy (0.2); review docket filings (0.2) | 0.40 | 810.00 | 324.00 |
| 04/20/09 | GES3 | Correspondence with K. Kansa, S. Pater and R. Chesley regarding landlord agreement and lease matters (0.3); review docket filings (0.1) | 0.40 | 810.00 | 324.00 |

Tribune Company
75245-00003
Invoice No. 1783662

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/24/09 | GES3 | Correspondence with D. Eldersveld and D. Perlman regarding lease rejection and attornment questions (0.2); review docket filings (0.2); conferences with J. Bender regarding lease terms regarding attornment (0.3); review lease documents and research materials regarding rejection and attornment issues (0.6); review consent to sublease documentation (0.2); conference with D. Perlman and J. Bender regarding attornment obligations (0.3) | 1.80 | 810.00 | 1,458.00 |
| 04/27/09 | GES3 | Correspondence with S. Pater regarding landlord agreement (0.1); review correspondence regarding lease document status (0.1) | 0.20 | 810.00 | 162.00 |
| | **Subtotal: B250   Real Estate** | | **12.50** | | **9,435.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 1.00 | 790.00 | 790.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 10.50 | 810.00 | 8,505.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 3.00 | 580.00 | 1,740.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$11,039.80** |
| **Total Balance Due** | **$11,039.80** |

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

May 29, 2009

Please refer to
Invoice Number: 1783663

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                  $994.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$994.50** |
| **Total Balance Due** | **$994.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783663

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Real Estate Taxation Matters**
PHJ&W LLP File# 75245-00006
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                $994.50

|                              |          |
|------------------------------|---------:|
| **Current Fees and Costs Due** | **$994.50** |
| **Total Balance Due**          | **$994.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul|Hastings

Tribune Company                                      May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL  60611-4096                              Invoice Number: 1783663

Attn:  David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**Real Estate Taxation Matters**                                      **$994.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/13/09 | JSR6 | Work on matters regarding release of tax sale regarding parcel of Hartford Courant property (0.7) | 0.70 | 675.00 | 472.50 |
| 04/13/09 | TJC3 | Address matters regarding release of Hartford tax lien (0.9) | 0.90 | 580.00 | 522.00 |
| **Subtotal:  B250   Real Estate** | | | **1.60** | | **994.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.70 | 675.00 | 472.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.90 | 580.00 | 522.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$994.50** |
| **Total Balance Due** | | **$994.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1783664

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $32,658.00 |
| Costs incurred and advanced | 19.02 |
| **Current Fees and Costs** | **$32,677.02** |
| **Total Balance Due** | **$32,677.02** |

**Wiring Instructions:**                          **Remittance Address:**
  Bank of America                                 Paul, Hastings, Janofsky & Walker LLP
  ABA # 0260-0959-3                               191 N. Wacker Drive
  CHIPS Address:  0959                            30th Floor
  SWIFT Address:  BOFAUS3N                        Chicago, IL 60606
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783664

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $32,658.00 |
| Costs incurred and advanced | 19.02 |
| **Current Fees and Costs Due** | **$32,677.02** |
| **Total Balance Due** | **$32,677.02** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company                                          May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                   Please refer to
Chicago, IL  60611-4096                                  Invoice Number: 1783664

Attn:  David Eldersveld, Esq.                            PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**St. Louis**                                                          **$32,658.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/09 | JSR6 | Review issues regarding unpaid real estate taxes (0.7); review current title insurance commitment regarding same (1.3) | 2.00 | 675.00 | 1,350.00 |
| 04/02/09 | JSR6 | Review issues regarding unpaid real estate taxes (0.6); address issues regarding environmental reliance letter in favor of the purchaser (1.4) | 2.00 | 675.00 | 1,350.00 |
| 04/03/09 | JSR6 | Review buyer's due diligence analysis (3.5) | 3.50 | 675.00 | 2,362.50 |
| 04/03/09 | TJC3 | Address matters regarding survey for St. Louis project (0.3) | 0.30 | 580.00 | 174.00 |
| 04/04/09 | TJC3 | Address matters regarding St. Louis survey (0.5) | 0.50 | 580.00 | 290.00 |
| 04/06/09 | JSR6 | Review issues raised by purchaser in connection with its due diligence investigation (2.8); telephone conference with S. Pater regarding same (0.7) | 3.50 | 675.00 | 2,362.50 |
| 04/06/09 | TJC3 | Address matters regarding sale of Tribune St. Louis property (1.6) | 1.60 | 580.00 | 928.00 |

Tribune Company
75245-00010
Invoice No. 1783664

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/07/09 | JSR6 | Telephone conference with S. Pater regarding purchaser's due diligence results (0.3); telephone conference with S. Pater and M. DeSantis regarding same (0.8); analyze issues raised in connection with purchaser's due diligence (1.9) | 3.00 | 675.00 | 2,025.00 |
| 04/08/09 | JSR6 | Address tenant's concerns with direct lease (0.9); address issues raised by purchaser's due diligence inspections of the property (1.1) | 2.00 | 675.00 | 1,350.00 |
| 04/10/09 | JSR6 | Address issues raised by tenant's due diligence of the property (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/14/09 | JSR6 | Review buyer's claims of building encroachments and potential relocation of sewer lines (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/17/09 | JSR6 | Telephone conference with S. Pater regarding status of transaction (0.7); review issues regarding revised transaction structure (0.8) | 1.50 | 675.00 | 1,012.50 |
| 04/21/09 | DJP2 | Review restructured deal issues, lease and tax issues (1.6) | 1.60 | 790.00 | 1,264.00 |
| 04/21/09 | JSR6 | Review buyer's proposed amendments to purchase agreement (1.1); telephone conference with S. Pater regarding same (0.3); telephone conference with S. Pater and M. DeSantis regarding same (0.6) | 2.00 | 675.00 | 1,350.00 |
| 04/22/09 | DJP2 | Review contract issues (1.2) | 1.20 | 790.00 | 948.00 |
| 04/22/09 | JSR6 | Analyze issues regarding structuring of transaction (0.7); review proposed three party agreement between seller, purchaser and tenant (0.8) | 1.50 | 675.00 | 1,012.50 |
| 04/23/09 | JSR6 | Telephone conference with S. Pater, B. West, J. Ross, D. DeSantis and M. DeSantis regarding contract (1.2); miscellaneous matters regarding revisions to direct lease with Mosby (1.7); analyze issues regarding revisions to deal structure under purchase agreement (1.6) | 4.50 | 675.00 | 3,037.50 |

Tribune Company
75245-00010
Invoice No. 1783664

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/24/09 | DJP2 | Review sale options and amendment to sale agreement (0.6); review lease provisions for taxes (0.6) | 1.20 | 790.00 | 948.00 |
| 04/27/09 | JSR6 | Facilitate execution of amendment to purchase agreement (2.2); review issues regarding revised transaction structure and direct lease with Mosby (1.3) | 3.50 | 675.00 | 2,362.50 |
| 04/28/09 | JSR6 | Review issues regarding revised transaction structure and Mosby lease (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/29/09 | JSR6 | Address issues regarding amendment to purchase agreement and lease with Mosby (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/30/09 | DJP2 | Review structure of revised transaction (1.4) | 1.40 | 790.00 | 1,106.00 |
| 04/30/09 | JSR6 | Telephone conference with S. Pater and M. DeSantis (0.7); prepare demand letter to tenant regarding direct lease (0.9); telephone conference with S. Pater, M. DeSantis, B. West and J. Ross regarding contract (1.1); attention to miscellaneous matters regarding direct lease issues (0.9); attention to miscellaneous matters regarding revised structure of transaction (1.4) | 5.00 | 675.00 | 3,375.00 |
| **Subtotal: B250   Real Estate** | | | **47.80** | | **32,658.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 5.40 | 790.00 | 4,266.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 40.00 | 675.00 | 27,000.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 2.40 | 580.00 | 1,392.00 |

|  |  |  |
|--|--|--|
| **Current Fees and Costs** | | **$32,677.02** |
| **Total Balance Due** | | **$32,677.02** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

May 29, 2009

Please refer to
Invoice Number: 1783665

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $41,341.50 |
| Costs incurred and advanced | 64.40 |
| **Current Fees and Costs** | **$41,405.90** |
| **Total Balance Due** | **$41,405.90** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                          Please refer to
Chicago, IL  60611-4096                         Invoice Number: 1783665

Attn:  David Eldersveld, Esq.                   PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                              $41,341.50

Costs incurred and advanced                                            64.40
                                                                 _____
              **Current Fees and Costs Due**                       **$41,405.90**
              **Total Balance Due**                                **$41,405.90**

**Wiring Instructions:**                    **Remittance Address:**
   Bank of America                            Paul, Hastings, Janofsky & Walker LLP
   ABA # 0260-0959-3                          191 N. Wacker Drive
   CHIPS Address:  0959                       30th Floor
   SWIFT Address:  BOFAUS3N                    Chicago, IL 60606
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1783665

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

## KTLA                                                            $41,341.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/07/09 | DJP2 | Discuss lease strategy with J. Bender and G. Spitzer (0.2); review title issue (1.4) | 1.60 | 790.00 | 1,264.00 |
| 04/07/09 | GES3 | Review title commitment regarding encumbrances (0.2); conference with D. Perlman and J. Bender regarding same (0.2); review correspondence regarding title commitment and lien encumbrances (0.1); conferences with J. Bender regarding lien claims and priority status (0.3); review docket materials (0.1) | 0.90 | 810.00 | 729.00 |
| 04/07/09 | JPB7 | Revise title and survey of KTLA studio (3.5) | 3.50 | 515.00 | 1,802.50 |
| 04/08/09 | DJP2 | Review ownership issues (1.6) | 1.60 | 790.00 | 1,264.00 |
| 04/08/09 | DMS5 | Attend meeting with J. Bender regarding title to leased premises (0.2); review title and survey to determine same (3.3); draft email to J. Bender regarding same (0.5) | 4.00 | 360.00 | 1,440.00 |
| 04/08/09 | JPB7 | Review title and survey (2.0) | 2.00 | 515.00 | 1,030.00 |

Tribune Company
75245-00013
Invoice No. 1783665

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/10/09 | DMS5 | Conference call with J. Bender regarding missing deed from Emerson College (0.3); telephone conference with title company regarding same (0.4); review same (0.3) | 1.00 | 360.00 | 360.00 |
| 04/10/09 | JPB7 | Review KTLA title issues (1.0) | 1.00 | 515.00 | 515.00 |
| 04/13/09 | JPB7 | Review KTLA title issues (1.5) | 1.50 | 515.00 | 772.50 |
| 04/14/09 | DJP2 | Review ownership issues and revise memorandum (1.6) | 1.60 | 790.00 | 1,264.00 |
| 04/14/09 | DMS5 | Attend conference with D. Perlman and J. Bender regarding KTLA lease (0.5); prepare memo regarding same (1.8) | 2.30 | 360.00 | 828.00 |
| 04/14/09 | GES3 | Attention to title policy and lien issues (0.1); conference with J. Bender regarding same (0.2); review memorandum regarding title encumbrances (0.2); conference with D. Perlman and J. Bender regarding rent obligations (0.1) | 0.60 | 810.00 | 486.00 |
| 04/14/09 | JPB7 | Revise memorandum regarding KTLA (0.5) | 0.50 | 515.00 | 257.50 |
| 04/15/09 | GES3 | Review correspondence (0.1); review memorandum regarding liens and title issues (0.3); conference with J. Bender regarding same (0.2) | 0.60 | 810.00 | 486.00 |
| 04/27/09 | DJP2 | Review lease structure regarding rejection issues (0.6); call with client regarding same (0.8) | 1.40 | 790.00 | 1,106.00 |
| 04/27/09 | GES3 | Conference with D. Perlman regarding lease rejection information (0.3); conference with J. Bender regarding information research request (0.3); conduct research regarding information requests (0.8) | 1.40 | 810.00 | 1,134.00 |
| 04/27/09 | JPB7 | Review holdover issues (5.5) | 5.50 | 515.00 | 2,832.50 |

Tribune Company
75245-00013
Invoice No. 1783665

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/28/09 | GES3 | Research lease damage issues and rejection topic (1.8); conferences with J. Bender regarding same (0.5); review docket filings (0.2) | 2.50 | 810.00 | 2,025.00 |
| 04/28/09 | JPB7 | Research lease issues (6.5) | 6.50 | 515.00 | 3,347.50 |
| 04/28/09 | JSR6 | Review miscellaneous issues regarding lease (3.0) | 3.00 | 675.00 | 2,025.00 |
| 04/29/09 | GES3 | Review cases and research materials regarding rejection issues (1.9); review and revise memorandum (0.6); review docket filings (0.1); conferences with J. Bender regarding rejection issues (0.4) | 3.00 | 810.00 | 2,430.00 |
| 04/29/09 | JPB7 | Draft memorandum regarding lease (5.5) | 5.50 | 515.00 | 2,832.50 |
| 04/29/09 | SGS4 | Review cases regarding section 365(d) and state law (1.8) | 1.80 | 550.00 | 990.00 |
| 04/30/09 | DJP2 | Review analysis regarding extension post rejection (1.9) | 1.90 | 790.00 | 1,501.00 |
| 04/30/09 | GES3 | Review damage and rejection issue materials and cases (1.2); correspondence with D. Perlman and J. Bender regarding same (0.3); conference with J. Bender regarding research issues (0.4); telephone conference with D. Perlman and J. Bender regarding summary of damage and rejection issues (0.6); review draft memorandum (0.7) | 3.20 | 810.00 | 2,592.00 |
| 04/30/09 | JPB7 | Draft memorandum regarding lease (6.0) | 6.00 | 515.00 | 3,090.00 |
| 04/30/09 | JSR6 | Review various lease issues (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/30/09 | SGS4 | Telephone conference with J. Bender regarding section 365 and state law (0.3); prepare memorandum regarding same (1.7); legal research regarding same (1.5) | 3.50 | 550.00 | 1,925.00 |
| **Subtotal:  B250   Real Estate** | | | **69.40** | | **41,341.50** |

Tribune Company
75245-00013
Invoice No. 1783665

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 8.10 | 790.00 | 6,399.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 12.20 | 810.00 | 9,882.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.50 | 675.00 | 3,037.50 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 7.30 | 360.00 | 2,628.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 32.00 | 515.00 | 16,480.00 |
| SGS4 | Susan G. Spira | OTHER ATTORNEY | 5.30 | 550.00 | 2,915.00 |

**Current Fees and Costs**         **$41,405.90**

**Total Balance Due**         **$41,405.90**

**Paul**Hastings

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783666

PHJ&W Tax ID No. 95-2209675

---

**SUMMARY SHEET**

**11202 Franklin Avenue, Franklin Park, IL**
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009

$4,409.50

| | |
|---|---|
| **Current Fees and Costs Due** | **$4,409.50** |
| **Total Balance Due** | **$4,409.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783666

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**11202 Franklin Avenue, Franklin Park, IL**
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                         $4,409.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$4,409.50** |
| **Total Balance Due** | **$4,409.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company                          May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                   Please refer to
Chicago, IL  60611-4096                  Invoice Number: 1783666

Attn:  David Eldersveld, Esq.            PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**11202 Franklin Avenue, Franklin Park, IL**                          **$4,409.50**

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/09 | LW9 | Conference with J. Bender regarding the sale of Franklin Avenue property (0.1); review title commitment for Franklin Avenue property (0.3) | 0.40 | 360.00 | 144.00 |
| 04/17/09 | LW9 | Telephone conference with A. Minarik, from Chicago Title, regarding Franklin title commitment (0.2) | 0.20 | 360.00 | 72.00 |
| 04/22/09 | LW9 | Review underlying documents of title commitment for Franklin property (0.1); telephone conference with Chicago Title Insurance Company underwriter regarding same (0.3) | 0.40 | 360.00 | 144.00 |
| 04/23/09 | LW9 | Review underlying documents of Franklin title commitment (0.1) | 0.10 | 360.00 | 36.00 |
| | **Subtotal:  B131** | **Sale of Real Estate** | **1.10** | | **396.00** |

Tribune Company                                                                Page 2
75245-00018
Invoice No. 1783666


## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/09 | JPB7 | Review title and survey issues (0.3) | 0.30 | 515.00 | 154.50 |
| 04/06/09 | JSR6 | Review title commitment for property (1.0) | 1.00 | 675.00 | 675.00 |
| 04/07/09 | JSR6 | Review underlying title documents for property (1.0) | 1.00 | 675.00 | 675.00 |
| 04/08/09 | JPB7 | Review title and survey issues (0.3) | 0.30 | 515.00 | 154.50 |
| 04/10/09 | JPB7 | Review survey and title issues regarding potential sale of assets (0.3) | 0.30 | 515.00 | 154.50 |
| 04/13/09 | JSR6 | Matters regarding updated survey for property (0.6) | 0.60 | 675.00 | 405.00 |
| 04/13/09 | SET2 | Email correspondence with Gremely & Biederman regarding revisions to the survey bid (0.1) | 0.10 | 300.00 | 30.00 |
| 04/15/09 | JPB7 | Review various title and survey issues (0.8) | 0.80 | 515.00 | 412.00 |
| 04/16/09 | JPB7 | Coordinate various title and survey reviews (0.3) | 0.30 | 515.00 | 154.50 |
| 04/17/09 | JSR6 | Review recorded plats (0.5) | 0.50 | 675.00 | 337.50 |
| 04/17/09 | SET2 | Email correspondence with Grememly & Biederman regarding surveys (0.1);  telephone conference with M. Tyrrell regarding giving title access to the surveyor and office conference with J. Bender regarding same (0.1) | 0.20 | 300.00 | 60.00 |
| 04/20/09 | JPB7 | Address various title and survey issues (0.7) | 0.70 | 515.00 | 360.50 |
| 04/28/09 | JSR6 | Work on miscellaneous matters regarding survey (0.5) | 0.50 | 675.00 | 337.50 |
| 04/29/09 | JPB7 | Coordinate surveys (0.2) | 0.20 | 515.00 | 103.00 |
| **Subtotal:  B250   Real Estate** | | | **6.80** | | **4,013.50** |

Tribune Company                                                                    Page 3
75245-00018
Invoice No. 1783666

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.60 | 675.00 | 2,430.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 2.90 | 515.00 | 1,493.50 |
| LW9 | Leah Weiss | ASSOCIATE | 1.10 | 360.00 | 396.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |

**Current Fees and Costs**                                    $4,409.50

**Total Balance Due**                                          $4,409.50

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783667

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**3722 Ventura Dr., Arlington Heights, IL**
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $7,109.50 |
| **Current Fees and Costs Due** | **$7,109.50** |
| **Total Balance Due** | **$7,109.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783667

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**3722 Ventura Dr., Arlington Heights, IL**
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                      $7,109.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$7,109.50** |
| **Total Balance Due** | **$7,109.50** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address:  0959
    SWIFT Address:  BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

May 29, 2009

Please refer to
Invoice Number: 1783667

Attn:  David Eldersveld, Esq.
           Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

### 3722 Ventura Dr., Arlington Heights, IL $7,109.50

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/09 | LW9 | Conference with J. Bender regarding sale of Ventura Drive property (0.1); review title commitment for Ventura Drive property (0.3) | 0.40 | 360.00 | 144.00 |
| 04/17/09 | LW9 | Telephone conference with A. Minarik, from Chicago Title, regarding  Ventura title commitment (0.2) | 0.20 | 360.00 | 72.00 |
| 04/22/09 | LW9 | Review underlying documents of title commitment for Ventura property (0.1); telephone conference with Chicago Title Insurance Company underwriter regarding same (0.3) | 0.40 | 360.00 | 144.00 |
| 04/23/09 | LW9 | Review underlying documents of Ventura title commitment (0.1) | 0.10 | 360.00 | 36.00 |
| | | **Subtotal:  B131   Sale of Real Estate** | **1.10** | | **396.00** |

Tribune Company                                                                      Page 2
75245-00019
Invoice No. 1783667


## B250  Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/01/09 | JSR6 | Review issues regarding ownership of property (1.7); review vesting deed, legal description and plat maps regarding same (2.3) | 4.00 | 675.00 | 2,700.00 |
| 04/06/09 | JPB7 | Review title and survey issues (0.3) | 0.30 | 515.00 | 154.50 |
| 04/06/09 | JSR6 | Review title commitment for property (1.0) | 1.00 | 675.00 | 675.00 |
| 04/07/09 | JSR6 | Review underlying title documents for property (1.0) | 1.00 | 675.00 | 675.00 |
| 04/08/09 | JPB7 | Review title and survey issues (0.3) | 0.30 | 515.00 | 154.50 |
| 04/10/09 | JPB7 | Review survey and title issues regarding potential sale of assets (0.3) | 0.30 | 515.00 | 154.50 |
| 04/13/09 | JSR6 | Matters regarding ordering of updated survey for property (0.6) | 0.60 | 675.00 | 405.00 |
| 04/13/09 | SET2 | Email correspondence with Gremely & Biederman regarding revisions to the survey bid (0.1) | 0.10 | 300.00 | 30.00 |
| 04/15/09 | JPB7 | Review various title and survey issues (0.8) | 0.80 | 515.00 | 412.00 |
| 04/16/09 | JPB7 | Coordinate various title and survey reviews (0.3) | 0.30 | 515.00 | 154.50 |
| 04/17/09 | JSR6 | Review recorded plats (0.5) | 0.50 | 675.00 | 337.50 |
| 04/17/09 | SET2 | Email correspondence with Grememly & Biederman regarding the surveys (0.1); telephone conference with M. Tyrrell regarding giving title access to the surveyor and office conference with J. Bender regarding same (0.1) | 0.20 | 300.00 | 60.00 |
| 04/20/09 | JPB7 | Address various title and survey issues (0.7) | 0.70 | 515.00 | 360.50 |
| 04/28/09 | JSR6 | Work on matters regarding survey (0.5) | 0.50 | 675.00 | 337.50 |
| 04/29/09 | JPB7 | Coordinate updated survey (0.2) | 0.20 | 515.00 | 103.00 |

Tribune Company                                                                              Page 3
75245-00019
Invoice No. 1783667

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| | **Subtotal: B250   Real Estate** | | **10.80** | | **6,713.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 7.60 | 675.00 | 5,130.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 2.90 | 515.00 | 1,493.50 |
| LW9 | Leah Weiss | ASSOCIATE | 1.10 | 360.00 | 396.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$7,109.50** |
| **Total Balance Due** | **$7,109.50** |

# Paul Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783668

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 555 E. Plainfield, Countryside, IL

PHJ&W LLP File# 75245-00020
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                              $4,901.50

| | |
|---|---:|
| **Current Fees and Costs Due** | **$4,901.50** |
| **Total Balance Due** | **$4,901.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783668

PHJ&W Tax ID No. 95-2209675

---

### REMITTANCE COPY

**555 E. Plainfield, Countryside, IL**
PHJ&W LLP File# 75245-00020
Daniel J. Perlman

Legal fees for professional services
for the period ending April 30, 2009                                                  $4,901.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$4,901.50** |
| **Total Balance Due** | **$4,901.50** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1783668

Attn:  David Eldersveld, Esq.                      PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**555 E. Plainfield, Countryside, IL**                           **$4,901.50**

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/16/09 | LW9 | Conference with J. Bender regarding sale of Plainfield property (0.1); review title commitment for Plainfield property (0.3) | 0.40 | 360.00 | 144.00 |
| 04/17/09 | LW9 | Telephone conference with A. Minarik, from Chicago Title, regarding Plainfield title commitment (0.2) | 0.20 | 360.00 | 72.00 |
| 04/22/09 | LW9 | Review underlying documents of title commitment for Plainfield property (0.1); telephone conference with Chicago Title Insurance Company underwriter regarding same (0.3) | 0.40 | 360.00 | 144.00 |
| 04/23/09 | LW9 | Review underlying documents of Plainfield title commitment (0.1) | 0.10 | 360.00 | 36.00 |
| **Subtotal:  B131   Sale of Real Estate** | | | **1.10** | | **396.00** |

Tribune Company                                                                      Page 2
75245-00020
Invoice No. 1783668


## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/06/09 | JPB7 | Review title and survey issues (0.4) | 0.40 | 515.00 | 206.00 |
| 04/08/09 | JPB7 | Review title and survey issues (0.4) | 0.40 | 515.00 | 206.00 |
| 04/10/09 | JPB7 | Review survey and title issues regarding potential sale of assets (0.4) | 0.40 | 515.00 | 206.00 |
| 04/13/09 | JSR6 | Review title commitment for property (0.8); work on matters regarding updated survey for property (0.8) | 1.60 | 675.00 | 1,080.00 |
| 04/13/09 | SET2 | Email correspondence with Gremely & Biederman regarding revisions to the survey bid (0.1) | 0.10 | 300.00 | 30.00 |
| 04/14/09 | JSR6 | Review title commitment and underlying title documents (1.5) | 1.50 | 675.00 | 1,012.50 |
| 04/15/09 | JPB7 | Review various title and survey issues (0.7) | 0.70 | 515.00 | 360.50 |
| 04/16/09 | JPB7 | Coordinate various title and survey reviews (0.4) | 0.40 | 515.00 | 206.00 |
| 04/17/09 | JSR6 | Review recorded plats (0.5) | 0.50 | 675.00 | 337.50 |
| 04/17/09 | SET2 | Email correspondence with Grememly & Biederman regarding the surveys (0.1); telephone conference with M. Tyrrell regarding giving title access to the surveyor and office conference with J. Bender regarding same (0.1) | 0.20 | 300.00 | 60.00 |
| 04/20/09 | JPB7 | Address various title and survey issues (0.6) | 0.60 | 515.00 | 309.00 |
| 04/28/09 | JSR6 | Miscellaneous matters regarding survey (0.5) | 0.50 | 675.00 | 337.50 |
| 04/29/09 | JPB7 | Coordinate updated surveys (0.3) | 0.30 | 515.00 | 154.50 |
| | | **Subtotal:  B250   Real Estate** | **7.60** | | **4,505.50** |

Tribune Company                                                                               Page 3
75245-00020
Invoice No. 1783668

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.10 | 675.00 | 2,767.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 3.20 | 515.00 | 1,648.00 |
| LW9 | Leah Weiss | ASSOCIATE | 1.10 | 360.00 | 396.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.30 | 300.00 | 90.00 |

|  |  |
|---|---|
| **Current Fees and Costs** | **$4,901.50** |
| **Total Balance Due** | **$4,901.50** |

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783669

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Hartford Courant Construction Contract**
PHJ&W LLP File# 75245-00021
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending April 30, 2009 | $4,860.00 |
| **Current Fees and Costs Due** | **$4,860.00** |
| **Total Balance Due** | **$4,860.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

May 29, 2009

Please refer to
Invoice Number: 1783669

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Hartford Courant Construction Contract**
PHJ&W LLP File# 75245-00021
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending April 30, 2009 | $4,860.00 |
| **Current Fees and Costs Due** | **$4,860.00** |
| **Total Balance Due** | **$4,860.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company                                                                    Page 2
75245-00021
Invoice No. 1783669


Tribune Company                                          May 29, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                   Please refer to
Chicago, IL 60611-4096                                   Invoice Number: 1783669

Attn: David Eldersveld, Esq.                             PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2009

**Hartford Courant Construction Contract**                               **$4,860.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 04/15/09 | JSR6 | Review contractors response to Tribune's comments to construction contract for renovations to Hartford Courant property (4.0) | 4.00 | 675.00 | 2,700.00 |
| 04/29/09 | JSR6 | Telephone conference with S. Pater regarding construction contract (0.8); review issues regarding construction contract (0.9) | 1.70 | 675.00 | 1,147.50 |
| 04/30/09 | JSR6 | Revise construction contract for Hartford property (1.5) | 1.50 | 675.00 | 1,012.50 |
| **Subtotal: B250   Real Estate** | | | **7.20** | | **4,860.00** |


**Timekeeper Summary**

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 7.20 | 675.00 | 4,860.00 |

|  | | | | | |
|---|---|---|---|---|---|
| **Current Fees and Costs** | | | | | **$4,860.00** |
| **Total Balance Due** | | | | | **$4,860.00** |