# EXHIBIT B

**(Expenses Statement)**

## EXPENSE SUMMARY
## APRIL 1, 2009 THROUGH APRIL 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| SEC Filing Fee | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $13.02 |
| Taxi/Ground Transportation | | $18.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $9.90 |
| Photocopy Charges ($0.10 per page) | | $47.30 |
| Facsimile | | $0.00 |
| TOTAL | | **$88.22** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn:  David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

May 29, 2009  

Please refer to  
Invoice Number: 1783662  

PHJ&W Tax ID No. 95-2209675  

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 03/18/2009 | DJP2 | SP - Conference Calls | | | 4.80 |
| | | **Total Costs** | | | **$4.80** |

LEGAL_US_E # 83925844.1

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
     Vice President & Deputy General Counsel

May 29, 2009

Please refer to  
Invoice Number: 1783664

PHJ&W Tax ID No. 95-2209675

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/2009 | DRB5 | Photocopy Charges | 9 | 0.10 | 0.90 |
| 04/30/2009 | DJP2 | Courier Service - Chicago Messenger Service Inv. #473792, 04/05/09, PHJW to Tribune | | | 13.02 |
| 03/05/2009 | JSR6 | SP - Conference Calls | | | 5.10 |
| | | **Total Costs** | | | **$19.02** |

LEGAL_US_E # 83925844.1

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn: David Eldersveld, Esq.  
      Vice President & Deputy General Counsel

May 29, 2009

Please refer to  
Invoice Number: 1783664

PHJ&W Tax ID No. 95-2209675

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 04/29/2009 | JPB7 | Photocopy Charges | 213 | 0.10 | 21.30 |
| 04/30/2009 | JSR6 | Photocopy Charges | 251 | 0.10 | 25.10 |
| 04/30/2009 | PHJW | Local - Taxi - Justin Bender, 04/27/09, From/To: Office/Home, taxi home after late office work | | | 18.00 |
| | | **Total Costs** | | | **$64.40** |

LEGAL_US_E # 83925844.1