# EXHIBIT A

# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

### May 1, 2009 through May 31, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 52.00 | 28,086.00 |
| Committee Meetings | 003 | 32.90 | 19,973.50 |
| Creditor Communications | 004 | 7.90 | 6,872.50 |
| Inter-Company Issues/Cash Management | 006 | 3.20 | 1,990.00 |
| Business Operations | 007 | 65.80 | 43,872.00 |
| Asset Disposition/Sale | 008 | 71.30 | 49,839.50 |
| Claims Administration/Bar Date | 009 | 7.90 | 3,654.50 |
| Fee/Retention Applications | 010 | 33.70 | 13,313.00 |
| Plan and Disclosure Statement | 011 | 6.80 | 6,494.00 |
| Employee Issues | 014 | 110.20 | 66,349.00 |
| Relief from Stay Issues | 015 | 21.50 | 8,664.50 |
| Tax Issues | 016 | 15.80 | 13,833.00 |
| General Litigation | 017 | 6.40 | 2,353.00 |
| Non-Working Travel* | 018 | 2.10 | 866.25 |
| Review of PrePetition Financings | 019 | 549.80 | 315,982.50 |
| **Total** | | **987.30** | **$582,143.25** |

* Billed at 50% of normal hourly rates.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through May 31, 2009

Our Matter #19804.002
          BANKRUPTCY GENERAL


05/01/09   D. BAVA          Review and analysis of docket        0.70 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.40); review, revise and finalize
                            case calendar based on current
                            docket entries (.30).

05/04/09   D. BAVA          Review and analysis of docket        0.40 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.30); review, revise and finalize
                            case calendar based on current
                            docket entries (.10).

05/04/09   D. E. DEUTSCH    Follow-up re: replacement of         0.70 hrs.
                            Committee member (.2); review new
                            court filings (.3); e-mail
                            exchange with Marc Alpert on
                            posting of CW memo and related
                            follow-up items (.2).

05/05/09   D. E. DEUTSCH    Review and prepare outline on        0.70 hrs.
                            discovery issue for tomorrow's
                            meeting with Debtors' counsel
                            (.5); follow-up with Jason Porter
                            re: status of revising agenda for
                            tomorrow's meeting (.2).

05/05/09   J. B. PORTER     Drafted agenda for meeting with      0.70 hrs.
                            Sidley (.4) ; Reviewed daily
                            docket report (.3).

05/05/09   D. BAVA          Review and analysis of docket        0.90 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.30); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); review and
                            analysis of filed index to confirm
                            certain Zell entities not in
                            bankruptcy (.30); review files for
                            T. Zink re: affidavit in support
                            of filing (.20).

05/05/09   D. M. LeMAY      Review all latest court filings.     1.20 hrs.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| 05/06/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
|---|---|---|---|
| 05/06/09 | D. M. LeMAY | Weekly update call w/Sidley (0.6). | 0.60 hrs. |
| 05/06/09 | J. B. PORTER | Reviewed daily docket report (.2). | 0.20 hrs. |
| 05/06/09 | D. E. DEUTSCH | Prepare for (.3) and participate in meeting with Debtors' counsel re: various outstanding matters (.7); follow-up on various action items (.2); call to Joe McMahon re: Committee matters (.1). | 1.30 hrs. |
| 05/07/09 | D. E. DEUTSCH | Follow-up on determining Debtor/other party presentations for next two Committee meetings and addressing issues related thereto (.3); draft note to file re: yesterday's conversation with US Trustee (.2). | 0.50 hrs. |
| 05/07/09 | J. B. PORTER | Reviewed daily docket report (.5). | 0.50 hrs. |
| 05/07/09 | H. SEIFE | Review update emails and other materials on open Committee seat and UST approach to same. | 0.40 hrs. |
| 05/07/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10); create Intralinks group for materials not to be distributed to Warner Brothers and its counsel (.20); post certain memoranda to Intralinks (.10). | 0.60 hrs. |
| 05/08/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    3


                            docket entries (.10).

05/08/09   J. B. PORTER     Reviewed revised Mosby motion        1.20 hrs.
                            (.9); reviewed daily docket report
                            (.3)

05/09/09   D. E. DEUTSCH    Review recent court filings (.2);     0.40 hrs.
                            review various case related
                            e-mails (.2).

05/09/09   D. E. DEUTSCH    Follow-up with David Bava re:         0.30 hrs.
                            various case action items (.3).

05/11/09   D. E. DEUTSCH    Telephone conversation with Bryan     0.70 hrs.
                            Krakauer re: various matters that
                            need to be addressed with the
                            Debtors (.2); conference with
                            Howard Seife to discuss status of
                            various open matters (.2); review
                            court agenda for tomorrow's
                            hearing and review related court
                            pleading (.3).

05/11/09   H. LAMB          Review court dockets (.2); prepare    0.60 hrs.
                            and distribute daily report of new
                            pleadings filed and updated
                            calendar (.4).

05/11/09   D. M. LeMAY      Review all latest court filings.      1.60 hrs.

05/11/09   J. B. PORTER     Reviewed daily docket report (.2);   0.90 hrs.
                            Reviewed 5/12 hearing agenda (.2);
                            Drafted agenda for the weekly
                            meeting with Debtors' counsel (.5).

05/12/09   J. B. PORTER     Reviewed daily docket report (.5).   0.50 hrs.

05/12/09   D. BAVA          Review and analysis of docket        0.40 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.30); review, revise and finalize
                            case calendar based on current
                            docket entries (.10).

05/12/09   D. E. DEUTSCH    Review new court agenda and other     1.90 hrs.
                            court filings (.2); exchange
                            e-mails with David LeMay re:
                            today's hearing (.2); exchange
                            e-mails and calls with Bryan
                            Krakauer re: open items (meetings,
                            Food Networks funds, other

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | matters) (.4); review and edit draft agenda for tomorrow's meeting with Debtors' team and follow-up e-mails related to same (.3); work on updating action item list (.3); two conferences with Jason Porter to discuss legal research project (.5). |  |
| 05/13/09 | D. E. DEUTSCH | Follow-up e-mails and call with Bryan Krakauer related to today's call with Debtors' professionals (.3); exchange related e-mails on scheduling (.1). | 0.40 hrs. |
| 05/13/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 05/13/09 | J. B. PORTER | Attended part of the weekly status call with Debtors' counsel (1); Reviewed daily docket report (.3). | 1.30 hrs. |
| 05/14/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |
| 05/14/09 | D. E. DEUTSCH | Review court filings (.1) and pleading calendar (.1); follow-up with Jason Porter on various outstanding items (.2); update action item list (.4); discuss Intralinks issue with David Bava (.1). | 0.90 hrs. |
| 05/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current docket entries (.10). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         June 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    5

| 05/15/09 | J. B. PORTER | Reviewed daily docket report. | 0.50 hrs. |
|----------|--------------|-------------------------------|-----------|
| 05/16/09 | D. E. DEUTSCH | Review various recent court filings and related court calendar (.3). | 0.30 hrs. |
| 05/18/09 | D. E. DEUTSCH | Follow-up on inquiry on posting matter (.1); telephone conversation with Bryan Krakauer re: various open matters (.2); follow-up with Jason Porter and AlixPartners' team on tomorrow's hearing (.3). | 0.60 hrs. |
| 05/18/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 05/18/09 | H. SEIFE | Emails M.Kulnis regarding scheduling in-person meeting (.5); email Sidley regarding same (.3). | 0.80 hrs. |
| 05/18/09 | D. M. LeMAY | Review all latest court filings. | 1.50 hrs. |
| 05/18/09 | J. B. PORTER | Reviewed daily docket report (.3); Call with B. Hall re Debtors' proposed Summit transaction (.1). | 0.40 hrs. |
| 05/19/09 | J. B. PORTER | Drafted agenda re weekly call with Sidley (.5). | 0.50 hrs. |
| 05/19/09 | D. E. DEUTSCH | Review and edit agenda for tomorrow's meeting with Debtors' professionals (.1); review certain case filings and court calendar (.2). | 0.30 hrs. |
| 05/19/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6


| | | | |
|---|---|---|---|
| 05/20/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 05/20/09 | D. M. LeMAY | Review most recent court filings. | 0.40 hrs. |
| 05/20/09 | G. BRADSHAW | Drafted posting notes for two separate memoranda to intralinks (.4); reviewed various memoranda (.2). | 0.60 hrs. |
| 05/20/09 | D. E. DEUTSCH | Prepare for (.4) and participate in call with Debtors' professionals re: outstanding matters (.5); draft memorandum on pending matters to C&P team (.3); follow-up on Committee membership update matter (.2); review materials and update action list (.7). | 2.10 hrs. |
| 05/20/09 | J. B. PORTER | Reviewed Daily docket report. | 0.40 hrs. |
| 05/21/09 | D. E. DEUTSCH | Address various case-related e-mails (.2); review certain filed pleadings (.2) and court calendar (.1); review materials and place follow-up call to U.S. Trustee re: selection of new Committee member (.2); review letter from CEO to employees re: status of case and other matters and follow-up with Alan Holtz re: on same (.3). | 1.00 hrs. |
| 05/21/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 05/22/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.20); review, revise and finalize case calendar based on current | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


                           docket entries (.10).

05/25/09   D. E. DEUTSCH   Review materials and draft agenda      0.30 hrs.
                           for tomorrow's Committee
                           professional meeting (.3).

05/25/09   J. B. PORTER    Reviewed Committee Professional        0.10 hrs.
                           Agenda.

05/26/09   J. B. PORTER    Drafted email to the Creditors'        3.40 hrs.
                           Committee re the appointment of
                           Buena Vista Television(.9) ;
                           Drafted joinder to the Bylaws and
                           the Unanimous Consent and
                           Acknowledgement for execution by
                           Buena Vista Television (1.6);
                           Reviewed Daily docket report (.5);
                           Call with Buena Vista Television
                           re meeting schedule and Joinder
                           (.4)

05/26/09   H. SEIFE        Review of issues regarding            0.40 hrs.
                           appointment of new Committee
                           member.

05/26/09   D. E. DEUTSCH   Review e-mails re: scheduling         2.50 hrs.
                           meeting with U.S. Trustee and
                           chairs re: new committee member
                           (.2); hold calls with chair re:
                           same (.2); respond to inquiry from
                           U.S. Trustee (.1); follow-up on
                           Thursday's hearing schedule with
                           Debtors' counsel and others (.3);
                           exchange related e-mails with
                           David LeMay (.1); work on updating
                           action item list (.4); review U.S.
                           Trustee notice re: appointment of
                           new Committee member (.1); call to
                           new Committee member re: joining
                           Committee (.4); review and edit
                           Jason Porter posting note (.2).

05/26/09   D. E. DEUTSCH   Review materials for meeting with     1.00 hrs.
                           Debtors' team and revise related
                           agenda (.2); two meetings with
                           Jason Porter re: memo to Committee
                           re: new member and various other
                           tasks (.3); address request from
                           Debtors re: sharing information
                           with certain Committee member
                           (.3); follow-up on action items
                           related to new Committee member

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    8


                          with Jason Porter (.2).

05/26/09   D. M. LeMAY    Review all latest court filings.        0.80 hrs.

05/26/09   D. BAVA        Review and analysis of docket          0.40 hrs.
                          sheets, including Neil district
                          court litigation and adversary
                          proceeding re: daily case activity
                          (.30); review, revise and finalize
                          case calendar based on current
                          docket entries (.10).

05/27/09   D. M. LeMAY    Weekly status call w/Sidley (0.6).      1.00 hrs.
                          Revise form of Consent and
                          Acknowledgement for new Committee
                          member to sign (0.4).

05/27/09   D. E. DEUTSCH  Review materials for new Committee      2.30 hrs.
                          member (.2); follow-up with Jason
                          Porter re: agenda for meeting with
                          new Committee member (.2); prepare
                          for (.3) and participate in
                          meeting with Debtors'
                          professionals (.6); review
                          materials for tomorrow's scheduled
                          hearing (.5); discuss pending
                          matter with Howard Seife (.1);
                          telephone conversation with Marc
                          Alpert re: open corporate team
                          items (.2); follow-up on status of
                          tomorrow's hearing with Delaware
                          counsel and Debtors' counsel and
                          exchange multiple related e-mails
                          (.2).

05/27/09   J. B. PORTER   Drafted agenda for call with Buena     0.50 hrs.
                          Vista Television.

05/28/09   J. B. PORTER   Finalized Buena Vista Joinder to       0.90 hrs.
                          the Unanimous Consent.

05/28/09   D. E. DEUTSCH  Exchange e-mails with Jason Porter     0.30 hrs.
                          re: various case matters including
                          new member issue (.3).

05/28/09   D. BAVA        Review and analysis of docket         0.50 hrs.
                          sheets, including Neil district
                          court litigation and adversary
                          proceeding re: daily case activity
                          (.40); review, revise and finalize
                          case calendar based on current
                          docket entries (.10).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                  Page    9


05/29/09   D. BAVA          Review and analysis of docket        0.90 hrs.
                            sheets, including Neil district
                            court litigation and adversary
                            proceeding re: daily case activity
                            (.40); review, revise and finalize
                            case calendar based on current
                            docket entries (.10); add Buena
                            Vista committee members to
                            Intralinks (.40).


05/29/09   D. E. DEUTSCH    Follow-up with Kevin Lantry re:       0.50 hrs.
                            possible confidentiality issue
                            with new Committee member (.2);
                            exchange e-mails and hold call
                            with Alan Holtz re: numerous open
                            case matters (.3).


05/30/09   D. E. DEUTSCH    Review various Tribune e-mails        1.40 hrs.
                            (.2); e-mail David LeMay on open
                            item regarding new court paper
                            filing (.1); review Mercer court
                            filing and follow-up e-mail to
                            Debtors' counsel on concern with
                            same (.2); review pleading reports
                            and calendar (.3); exchange
                            e-mails with Jason Porter re: next
                            Committee meeting and follow-up
                            with Buena Vista re: same (.2);
                            review materials and draft e-mail
                            memorandum to Miriam Kulnis re:
                            scheduling of meeting with Debtors
                            in Chicago (.2); draft related
                            e-mail for committee (.2).


05/30/09   J. B. PORTER     Reviewed 5/28 and 5/29 docket        0.90 hrs.
                            reports.


           **Total Fees for Professional Services.............   $28,086.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   10
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. M. LeMAY | | 825.00 | 7.10 | 5857.50 |
| H. SEIFE | | 955.00 | 1.60 | 1528.00 |
| D. E. DEUTSCH | | 635.00 | 20.40 | 12954.00 |
| D. BAVA | | 260.00 | 8.80 | 2288.00 |
| J. B. PORTER | | 395.00 | 12.90 | 5095.50 |
| G. BRADSHAW | | 345.00 | .60 | 207.00 |
| H. LAMB | | 260.00 | .60 | 156.00 |
| | TOTALS | | 52.00 | 28086.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1


                              For Services Through May 31, 2009

  Our Matter #19804.003
              COMMITTEE MEETINGS


05/05/09   J. B. PORTER        Drafted agenda's for Committee       0.40 hrs.
                               professional's meeting (.4).

05/05/09   D. E. DEUTSCH       Calls to Committee co-chairs re:     0.80 hrs.
                               Thursday meeting and pending
                               matters (.3); calls and e-mails to
                               attorneys for Committee co-chairs
                               re: same (.3); address scheduling
                               matters related to Committee
                               meetings with Jason Porter and
                               Helen Lamb (.2).

05/05/09   J. B. PORTER        Corresponded with co-chairs re       0.20 hrs.
                               cancellation of the 5/7 Committee
                               meeting.

05/06/09   J. B. PORTER        Revised Committee meeting minutes.   1.20 hrs.

05/06/09   D. M. LeMAY         Weekly Committee professionals       0.60 hrs.
                               call (0.6).

05/06/09   D. E. DEUTSCH       Meeting with Committee               1.30 hrs.
                               professionals re: all open matters
                               (.6); draft memorandum to
                               Committee to report on status of
                               multiple matters (.7).

05/06/09   J. B. PORTER        Drafted and circulated email to      0.20 hrs.
                               the Committee re cancellation of
                               Committee meeting (.2).

05/07/09   J. B. PORTER        Updated Committee meeting minutes    1.00 hrs.
                               (1).

05/07/09   D. E. DEUTSCH       Draft memorandum to Committee        0.70 hrs.
                               professionals re: scheduling of
                               presentations for next Committee
                               meetings and various issues
                               related to same (.3); draft e-mail
                               memo to Committee members re: next
                               presentations for Committee and
                               review related responses (.4).

05/08/09   D. E. DEUTSCH       Exchange e-mails with Committee      0.70 hrs.
                               members re: scheduling of next
                               Committee meeting presentations
                               (.3); draft e-mail to Wayne Smith
                               on specific issues related to same
                               (.1); draft memorandum to full

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


                            Committee re: upcoming Committee
                            meeting presentations (.2);
                            follow-up related to same (.1).

05/08/09   H. SEIFE         Prepare for in-person Committee        1.00 hrs.
                            meeting.

05/11/09   J. B. PORTER     Drafted agenda for the weekly          0.40 hrs.
                            meeting with the Committee's
                            professionals; (.4).

05/11/09   D. E. DEUTSCH    Follow-up on scheduling prep           0.20 hrs.
                            meeting for Thursday's in-person
                            Committee meeting (.2).

05/11/09   H. SEIFE         Prepare for meeting of Committee       0.40 hrs.
                            professionals.

05/12/09   D. E. DEUTSCH    Exchange e-mails with Adam Landis      0.60 hrs.
                            re: Thursday Committee meeting
                            matters (.1); review and edit
                            draft agenda (.2); follow-up with
                            Jason Porter re: various matters
                            related to Thursday Committee
                            meeting (.3).

05/12/09   D. E. DEUTSCH    Prepare for (.2) and conference        0.80 hrs.
                            with Committee professionals re:
                            all open matters (.6).

05/12/09   J. B. PORTER     Coordinated with Committee            0.40 hrs.
                            Co-Chairs to cancel the Thursday
                            (5/14) Committee meeting (.4).

05/12/09   J. B. PORTER     Updated Committee agenda.             0.10 hrs.

05/13/09   J. B. PORTER     Prepared for Tribune Committee        2.70 hrs.
                            meeting (1.0); Revised and
                            coordinated the circulation of the
                            Agenda to the Committee (.4);
                            Coordinated with Committee members
                            re the changed location of the
                            5/14 meeting (.9); Finalized email
                            memorandum to the Committee re the
                            5/12 hearing (.4).

05/13/09   D. E. DEUTSCH    Exchange e-mails with co-chairs       1.40 hrs.
                            and others re: topics and
                            background materials for today's
                            meeting (.5); participate in
                            meeting with committee co-chairs
                            and certain professionals re:

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3
```

|          |               |                                                                                                                                                                                                                             |            |
| -------- | ------------- | --------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- |
|          |               | status of Cubs transaction and possible delay of certain presentations scheduled for tomorrow's Committee meeting (.6); related follow-up with Jason Porter re: various next steps related to same (.3).                     |            |
| 05/14/09 | D. E. DEUTSCH | Telephone conversation with Moelis re: reordering today's agenda items and various issues for today's meeting (.3); telephone conversation with Alan Holtz re: presentation matters (.2); prepare for (.3) and participate in part of telephonic Committee meeting (1.4). | 2.20 hrs. |
| 05/14/09 | H. SEIFE      | Preparation for and conduct telephonic Committee meeting.                                                                                                                                                                   | 3.20 hrs.  |
| 05/14/09 | M. A. ALPERT  | Attended part of Committee meeting re: Cubs process (0.7).                                                                                                                                                                  | 0.70 hrs.  |
| 05/14/09 | J. B. PORTER  | Committee meeting preparations (1.3); attend part of Committee meeting (1).                                                                                                                                                 | 2.30 hrs.  |
| 05/14/09 | R. M. LEDER   | Attend part of Committee conference call re: tax issues.                                                                                                                                                                    | 0.50 hrs.  |
| 05/16/09 | D. E. DEUTSCH | Review and edit certain draft committee minutes (.6).                                                                                                                                                                       | 0.60 hrs.  |
| 05/18/09 | D. E. DEUTSCH | Exchange e-mails with chairs re: next Committee meeting agenda matter and related scheduling issue (.3).                                                                                                                     | 0.30 hrs.  |
| 05/18/09 | H. SEIFE      | Emails B.Krakauer regarding in-person meeting/schedule (.4); email to Co-Chair W.Smith regarding same (.3).                                                                                                                  | 0.70 hrs.  |
| 05/18/09 | D. E. DEUTSCH | Review and revise draft agenda for tomorrow's Committee professional meeting (.1).                                                                                                                                          | 0.10 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


05/18/09    J. B. PORTER      Correspond with Committee re          1.00 hrs.
                              rescheduling of May 27 meeting
                              with Debtors' management (.3);
                              Drafted and distributed agenda re
                              weekly meeting with Committee
                              professionals (.3); review and
                              revise Creditors' Committee
                              meeting minutes (.4).

05/19/09    D. E. DEUTSCH     Prepare for (.4) and participate      1.00 hrs.
                              in meeting with Committee
                              professionals re: various case
                              matters (.4); review and edit
                              posting notes for Committee re:
                              new memoranda (.2).

05/19/09    J. B. PORTER      Drafted agenda for the weekly         1.00 hrs.
                              Committee Professional call (.4);
                              Advised the Creditors' Committee
                              of the cancellation of the weekly
                              Committee meeting (.6).

05/19/09    D. E. DEUTSCH     Calls to co-chairs re:                0.40 hrs.
                              cancellation of Thursday's
                              scheduled Committee meeting (.3);
                              follow-up with Jason Porter on
                              drafting related e-mail (.1).

05/21/09    J. B. PORTER      Revised Creditor Committee Meeting    1.60 hrs.
                              minutes.

05/26/09    D. E. DEUTSCH     Prepare for (.3) and participate      0.30 hrs.
                              in meeting with Committee
                              professionals (.5).

05/26/09    D. E. DEUTSCH     Calls and e-mails with Committee      0.80 hrs.
                              co-chairs re: Committee meeting
                              (.4); draft memorandum to
                              co-chairs and counsel and others
                              re: official canceling scheduled
                              meeting (.2); follow-up call and
                              e-mail with Bryan Krakauer re:
                              Debtors' presentation at future
                              committee meeting (.2);

05/28/09    D. E. DEUTSCH     Exchange e-mails with Miriam          0.40 hrs.
                              Kulnis and Bryan Krakauer re:
                              Committee meeting with Debtors and
                              scheduled speakers for same (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     5


05/29/09   D. E. DEUTSCH       Follow-up with Committee chair re:        0.70 hrs.
                               meeting matters (.2); draft
                               memorandum to Committee re: next
                               week's Committee meeting (.2);
                               exchange e-mails with Committee
                               re: agenda for next week's meeting
                               and possible changes to same (.3).


          **Total Fees for Professional Services.............  $19,973.50**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .60 | 495.00 |
| H. SEIFE | 955.00 | 5.30 | 5061.50 |
| M. A. ALPERT | 795.00 | .70 | 556.50 |
| R. M. LEDER | 955.00 | .50 | 477.50 |
| D. E. DEUTSCH | 635.00 | 13.30 | 8445.50 |
| J. B. PORTER | 395.00 | 12.50 | 4937.50 |
| TOTALS | | 32.90 | 19973.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2009

Our Matter #19804.004
       CREDITOR COMMUNICATIONS

| | | | |
|---|---|---|---|
| 05/01/09 | H. SEIFE | Emails B.Salganik regarding Tribune strategy. | 0.30 hrs. |
| 05/06/09 | D. E. DEUTSCH | Telephone conversation with PBGC re: request for information (.1); follow-up on same (.2); exchange e-mails with Guild counsel re: various e-mails (.2). | 0.50 hrs. |
| 05/06/09 | H. SEIFE | Review and revised update memo to Committee. | 0.60 hrs. |
| 05/07/09 | H. SEIFE | Telephone conference with bondholder regarding plan issues. | 0.70 hrs. |
| 05/07/09 | D. E. DEUTSCH | Exchange e-mails with Guild counsel re: various outstanding matters (.2); hold call with Jay Teitlebaum re: various outstanding matters (.2). | 0.40 hrs. |
| 05/12/09 | D. E. DEUTSCH | Telephone conversation with Guild re: today's hearing (.2); telephone conversation with Jay Teitelbaum re: today's hearing on incentive plan/severance motion, Cubs transaction and various other matters (.4). | 0.60 hrs. |
| 05/13/09 | H. SEIFE | Telephone conferences with creditors regarding case status. | 0.60 hrs. |
| 05/14/09 | D. E. DEUTSCH | Review inquiry from creditor Charles Phillips (.1); conference call with Mr. Phillips to discuss status of case (.3). | 0.40 hrs. |
| 05/14/09 | H. SEIFE | Emails/telephone conferences with Committee chairs regarding upcoming business meeting with Company (1.3). | 1.30 hrs. |
| 05/15/09 | H. SEIFE | Numerous telephone conferences and emails with Committee members regarding purpose and/or agenda for meeting with company. | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 05/18/09 | D. E. DEUTSCH | Exchange e-mails with Guild re: newspaper article (.2). | 0.20 hrs. |
| 05/20/09 | H. SEIFE | Email from Bill Salganik regarding R. Michaels. | 0.30 hrs. |
| 05/27/09 | H. SEIFE | Email from B.Salganik. | 0.30 hrs. |
| 05/29/09 | H. SEIFE | Telephone conference with creditor on case status. | 0.40 hrs. |


**Total Fees for Professional Services.............** **$6,872.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 5.80 | 5539.00 |
| D. E. DEUTSCH | 635.00 | 2.10 | 1333.50 |
| TOTALS | | 7.90 | 6872.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                        For Services Through May 31, 2009
Our Matter #19804.006
            INTER COMPANY ISSUES/CASH MANAGEMENT

| | | | |
|---|---|---|---|
| 05/06/09 | H. SEIFE | Telephone conference Sidley regarding cash management issues. | 0.40 hrs. |
| 05/07/09 | D. E. DEUTSCH | Follow-up with AlixPartners re: new funds from Food Networks (.2); draft e-mail to David LeMay re: proposed next steps to deal with Food Network funds issues (.2). | 0.40 hrs. |
| 05/27/09 | D. E. DEUTSCH | Review materials for meeting with (.2) and meeting with Bob Gayda to discuss research on cash management motion (.2); inquiry to AlixPartners team on cash management issues and review related responsive materials (.3). | 0.70 hrs. |
| 05/31/09 | R. J. GAYDA | Review cash management order (1.5); discuss memorandum w D. Deutsch (.2). | 1.70 hrs. |

          **Total Fees for Professional Services.............    $1,990.00**


                    TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| H. SEIFE | | 955.00 | .40 | 382.00 |
| D. E. DEUTSCH | | 635.00 | 1.10 | 698.50 |
| R. J. GAYDA | | 535.00 | 1.70 | 909.50 |
| | TOTALS | | 3.20 | 1990.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through May 31, 2009

Our Matter #19804.007
        BUSINESS OPERATIONS


| | | | |
|---|---|---|---|
| 05/01/09 | M. A. ALPERT | Reviewed CW Broadcast Agreement. | 3.70 hrs. |
| 05/04/09 | M. A. ALPERT | Reviewed CW Broadcast Agreement (2.2); conf. w/B. Carson re: same (.2). | 2.40 hrs. |
| 05/04/09 | D. E. DEUTSCH | Telephone conversation with Marc Alpert re: CW agreement (.2); review related materials and follow-up with Jason Porter re: drafting memo on same (.4); related calls (.2). | 0.80 hrs. |
| 05/04/09 | J. B. PORTER | Drafted memorandum re CW Affiliation Motion. | 3.10 hrs. |
| 05/04/09 | B. G. CARSON | Review and prepare comments to Debtors on legal concerns with CW affiliation agreement and related side letters. | 1.00 hrs. |
| 05/05/09 | H. SEIFE | Review of AlixPartners weekly status update report. | 0.40 hrs. |
| 05/05/09 | J. B. PORTER | Revised memorandum re CW Agreements (1.1). | 1.10 hrs. |
| 05/06/09 | J. B. PORTER | Corresponded with Debtors' counsel re confidential provisions of the CW Agreement and revised memorandum based upon conversations with the Debtors' counsel (3.7). | 3.70 hrs. |
| 05/06/09 | D. E. DEUTSCH | Review mark-up of and various e-mails related to proposed CW Affiliation Agreement (.7); telephone conversation with Janet Henderson and Tribune employees re: CW Agreement confidentiality issues (.2); draft e-mail to team and to file regarding same (.3); multiple additional calls and e-mails with Janet Henderson and Jason Porter re: CW Agreement issues (.3); related call with Marc Alpert on corporate review of document (.1). | 1.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


| 05/06/09 | M. A. ALPERT | Reviewed CW Broadcast Agreement (1.2); confs. with Debtor re: same (0.6); reviewed supplemental documents provided by Debtor (1.7). | 3.50 hrs. |
|---|---|---|---|
| 05/06/09 | H. SEIFE | Telephone conference AlixPartners regarding operations, MIP and KEIP (.5); review of update on CW deal (.3). | 0.80 hrs. |
| 05/06/09 | B. G. CARSON | Conference call to discuss CW affiliation agreements. | 0.90 hrs. |
| 05/07/09 | H. SEIFE | Review of Moelis weekly update on industry (.3); review of CW memo (.2). | 0.50 hrs. |
| 05/07/09 | M. A. ALPERT | Reviewed revised CW Broadcast Agreement (0.7); confs. with debtor re: same (0.2); reviewed supplemental documents provided by debtor (0.4). | 1.30 hrs. |
| 05/07/09 | D. E. DEUTSCH | Exchange e-mails with Debtors re: CW Affiliation Agreement matters (.2); review and edit posting note for Committee on same and follow-up with Jason Porter on related matters (.2); review AlixPartners' weekly reports and other reports (.6); follow-up with Brad Hall re: question therein (.1). | 1.10 hrs. |
| 05/11/09 | D. E. DEUTSCH | Review modifications to CW affiliation agreement documents and follow-up with Marc Alpert on same (.2). | 0.20 hrs. |
| 05/11/09 | G. BRADSHAW | Reviewed cash management order (.3). | 0.30 hrs. |
| 05/12/09 | H. SEIFE | Review of AlixPartners business review (.5); telephone conference with AlixPartners regarding business plan review (.8). | 1.30 hrs. |
| 05/12/09 | D. E. DEUTSCH | Exchange e-mails and calls with Marc Alpert and David LeMay re: CW agreement issue and follow-up on same (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 05/12/09 | D. M. LeMAY | Work on finalizing CW contract. | 0.80 hrs. |
|----------|-------------|----------------------------------|-----------|
| 05/12/09 | M. A. ALPERT | Reviewed revised CW Agreement (0.4); confs. re: same (0.3). | 0.70 hrs. |
| 05/13/09 | M. A. ALPERT | Correspondence re: CW Agreement (0.1); reviewed the same (0.2). | 0.30 hrs. |
| 05/13/09 | D. E. DEUTSCH | Review Alix financial report (.4). | 0.40 hrs. |
| 05/14/09 | D. E. DEUTSCH | Review materials from AlixPartners on business operations (.5); follow-up with Alan Holtz on item therein (.2). | 0.70 hrs. |
| 05/14/09 | H. SEIFE | Review of Moelis report on industry (.3). | 0.30 hrs. |
| 05/19/09 | H. SEIFE | Telephone conference with AlixPartners regarding business plan review (.4); review of Moelis weekly report on media (.3). | 0.70 hrs. |
| 05/20/09 | H. SEIFE | Telephone conference with Sidley regarding business operations (.4); review of AlixPartners weekly status report (.3). | 0.70 hrs. |
| 05/20/09 | D. E. DEUTSCH | Exchange numerous e-mails with Sidley re: obtaining Nielson deal documents and next steps related to same (.4); hold related calls with Janet Henderson (.2). | 0.60 hrs. |
| 05/21/09 | D. E. DEUTSCH | Preliminary review of motion on Nielson agreement and follow-up with Jason Porter and Marc Alpert re: analysis steps related to same (.3); e-mail Janet Henderson re: related issue (.1). | 0.40 hrs. |
| 05/22/09 | J. B. PORTER | Drafted memorandum re Debtors' motion to assume and alter certain TV contracts. | 1.80 hrs. |
| 05/25/09 | D. E. DEUTSCH | Review additional materials from Debtors on Nielson agreement and follow-up with corporate team re: review of same (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    4


| 05/26/09 | H. SEIFE | Review of AlixPartners weekly status report. | 0.40 hrs. |
|---|---|---|---|
| 05/26/09 | M. A. ALPERT | Reviewed Nielsen documents. | 1.80 hrs. |
| 05/27/09 | M. A. ALPERT | Reviewed Nielsen documents (6.7); confs. with Debtors and counsel re: same (.6). | 7.30 hrs. |
| 05/27/09 | H. SEIFE | Review of Moelis weekly report regarding industry. | 0.40 hrs. |
| 05/27/09 | B. G. CARSON | Review Nielsen agreements in connection with motion to amend the Nielsen agreements and to enter into a settlement and release agreement with respect to certain claims under those agreements (1.6); conference call with Debtors' counsel and Marc Alpert to discuss Nielsen agreements (0.7). | 2.30 hrs. |
| 05/27/09 | D. E. DEUTSCH | Review certain e-mails and materials related to Nielson deal (.3); exchange related e-mails with Marc Alpert (.1); participate in part of call on Nielson motion focusing on bankruptcy/general issues (.4). | 0.80 hrs. |
| 05/28/09 | M. A. ALPERT | Reviewed additional Nielsen documents. | 5.80 hrs. |
| 05/28/09 | B. G. CARSON | Review Nielsen agreements in connection with motion to amend the Nielsen agreements and to enter into a settlement and release agreement with respect to certain claims under those agreements. | 3.90 hrs. |
| 05/29/09 | B. G. CARSON | Review and prepare comments on motion to amend the Nielsen agreements and to enter into a settlement and release agreement with respect to certain claims under those agreements. | 2.10 hrs. |
| 05/29/09 | M. A. ALPERT | Reviewed Nielsen documents (3.8); confs. re: same (.9). | 4.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5
```

| 05/30/09 | D. E. DEUTSCH | Review draft memorandum on Nielson agreement and mark-up of underlying corporate documents related to same (.3); edit memorandum and follow-up with Jason Porter on further research re: same (.3); e-mail Janet Henderson re: objection deadline issue on Nielson (.1). | 0.70 hrs. |

**Total Fees for Professional Services............. $43,872.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .80 | 660.00 |
| H. SEIFE | 955.00 | 5.50 | 5252.50 |
| M. A. ALPERT | 795.00 | 31.50 | 25042.50 |
| B. G. CARSON | 395.00 | 10.20 | 4029.00 |
| D. E. DEUTSCH | 635.00 | 7.80 | 4953.00 |
| J. B. PORTER | 395.00 | 9.70 | 3831.50 |
| G. BRADSHAW | 345.00 | .30 | 103.50 |
| TOTALS | | 65.80 | 43872.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      June 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   1
```

For Services Through May 31, 2009

Our Matter #19804.008
                ASSET DISPOSITION

| | | | |
|---|---|---|---|
| 05/01/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.40 hrs. |
| 05/01/09 | B. G. CARSON | Prepare presentation materials on Cubs transaction formation agreement. | 2.80 hrs. |
| 05/04/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/04/09 | R. M. LEDER | Engaged re review of and comment on slide presentation for Committee and tax analysis (1.5). | 1.50 hrs. |
| 05/05/09 | R. M. LEDER | Engaged re editing Cubs slide presentation (.7). | 0.70 hrs. |
| 05/05/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/05/09 | D. E. DEUTSCH | Follow-up with Marc Alpert re: status of Cubs transaction (.1); exchange e-mails with Moelis team on Cubs transaction matters (.2). | 0.30 hrs. |
| 05/06/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.40 hrs. |
| 05/06/09 | D. E. DEUTSCH | Review e-mails re: Cubs transaction (.2); call with Marc Alpert and Moelis team re: Cubs presentation (.2). | 0.40 hrs. |
| 05/06/09 | H. SEIFE | Telephone conference with Sidley regarding status of Cubs transaction (.4); telephone conference with Moelis regarding update on Cubs transaction (.3). | 0.70 hrs. |
| 05/07/09 | S. CHAN | Reviewed new documents in Project Fastball data room. | 0.50 hrs. |
| 05/07/09 | D. E. DEUTSCH | Multiple calls with Marc Alpert re: next steps on Cubs matters and preparing for related Committee presentation (.3); related call with Richard Leder (.2); follow-up calls with Moelis on same (.2); exchange mulitple e-mails with | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| | | Ashish Ajmera re: issues in Moelis presentation (.6). | |
| 05/07/09 | M. A. ALPERT | Reviewed Formation Agreement (1.4); work on summary of same (0.3). | 1.70 hrs. |
| 05/08/09 | D. E. DEUTSCH | Review Cubs materials and tax materials for meeting on next week's Committee presentation on same (.7); participate in related conference with Marc Alpert, Richard Leder and Ben Carson (.6); e-mail team re: multiple follow-up items related to same (.4); review new motion on disposition of real estate and follow-up with Jason Porter on next steps for Committee re: same (.3). | 2.00 hrs. |
| 05/08/09 | M. A. ALPERT | Reviewed Formation Agreement summary. | 1.60 hrs. |
| 05/08/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.40 hrs. |
| 05/08/09 | H. SEIFE | Review of Cubs transaction status with Moelis. | 0.40 hrs. |
| 05/11/09 | M. A. ALPERT | Reviewed Formation Agreement summary (0.5); reviewed slides for committee presentation (2.7); confs. with Moelis and D. Leder re: same (1.2). | 4.40 hrs. |
| 05/11/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.40 hrs. |
| 05/11/09 | R. M. LEDER | Work on slides for Committee presentation re Cubs (2.8); TC Alpert and Ashish in connection with Moelis slides (.4). | 3.10 hrs. |
| 05/11/09 | J. B. PORTER | Drafted memorandum re the Debtors' proposed sale of the Summit properties (1.1). | 1.10 hrs. |
| 05/11/09 | D. E. DEUTSCH | Review and mark-up first draft of Moelis presentation on Cubs transaction (.9); telephone conversation with Ashish Ajmera re: same (.1); review and edit | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    3

|          |                  |                                                                                                                                                                                                                                                                                                                                                                                                         |           |
|----------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |                  | memorandum to Debtors re: list of materials on Cubs for Committee review (.4).                                                                                                                                                                                                                                                                                                                           |           |
| 05/12/09 | D. E. DEUTSCH    | Review and edit materials for presentation on Cubs transaction counterparty (1.1); review e-mail from Debtors on Cubs buyer matter (.2); conference with Howard Seife re: same (.3); draft related e-mail to Committee (.3); call with Moelis team re: next steps with Cubs (.3); follow-up calls/e-mails to Marc Alpert, Richard Leder and Miriam Kulnis related to same (.5); call with Ashish Ajmera re: changes to Cubs presentation and various related matters (.4). | 3.10 hrs. |
| 05/12/09 | J. B. PORTER     | Call with Committee professionals re the Debtors' decision to cancel exclusivity with the preferred Cubs bidder (1).                                                                                                                                                                                                                                                                                    | 1.00 hrs. |
| 05/12/09 | R. M. LEDER      | Engaged re preparation of slides for Cubs transaction.                                                                                                                                                                                                                                                                                                                                                  | 1.00 hrs. |
| 05/12/09 | S. CHAN          | Reviewed documents in Project Fastball data room.                                                                                                                                                                                                                                                                                                                                                      | 0.40 hrs. |
| 05/12/09 | M. A. ALPERT     | Reviewed Formation Agreement summary (1.5); reviewed and edited multiple drafts of slides for committee presentation (3.7); confs. with Moelis and D. Leder re: same (0.7); reviewed Fee Reimbursement Agreement (0.3); confs. re: Cubs process (1.2).                                                                                                                                                     | 7.40 hrs. |
| 05/12/09 | H. SEIFE         | Telephone conference with Moelis regarding Cubs transaction (.4); review of Committee disclosure, confidentiality issues related to Cubs transaction (.6).                                                                                                                                                                                                                                               | 1.00 hrs. |
| 05/13/09 | H. SEIFE         | Meeting to discuss transaction tax issues (.6); prepare for Committee meeting regarding Cubs transaction (.7); telephone conference with Sidley regarding Cubs status (.6); email from Nils regarding                                                                                                                                                                                                     | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|          |                |                                                                                                                                                                    |           |
|----------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|          |                | transaction (.2); telephone conferences Committee members regarding transaction status (1.1).                                                                      |           |
| 05/13/09 | S. CHAN        | Reviewed documents in Project Fastball data room.                                                                                                                  | 0.50 hrs. |
| 05/13/09 | M. A. ALPERT   | Confs with Moelis and Committee team re: Cubs process (.8); internal confs. re: same (0.4); reviewed documents re: Committee presentation (1.3); correspondence with Tribune M&A counsel (0.3); reviewed related documents (1.3). | 4.10 hrs. |
| 05/13/09 | J. B. PORTER   | Drafted memorandum to the Committee re the Debtors' decision to stop exclusive discussions with the preferred Cubs bidder (1.3).                                    | 1.30 hrs. |
| 05/13/09 | D. M. LeMAY    | Attend meeting regarding status and prognosis regarding Cubs and to prepare for upcoming Committee meeting.                                                         | 0.70 hrs. |
| 05/13/09 | D. M. LeMAY    | Review e-mails and letter from Cubs to Ricketts status of transaction.                                                                                             | 0.60 hrs. |
| 05/13/09 | B. G. CARSON   | Review and prepare comments on Cubs transaction presentation slides re: TV and radio broadcast rights agreements.                                                  | 1.10 hrs. |
| 05/14/09 | D. E. DEUTSCH  | Review materials and e-mails from Moelis re: Cubs matters (.5); related follow-up (.2).                                                                            | 0.70 hrs. |
| 05/14/09 | S. CHAN        | Reviewed documents in Project Fastball data room.                                                                                                                  | 0.40 hrs. |
| 05/14/09 | H. SEIFE       | Conference call with Committee chairs and Moelis regarding Cubs transaciton and fee letter.                                                                        | 1.20 hrs. |
| 05/14/09 | M. A. ALPERT   | Attended internal meeting re: Cubs issues (0.5); reviewed correspondence with Tribune M&A counsel (0.1); reviewed Cubs related documents (1.2).                    | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    5

| | | | |
|---|---|---|---|
| 05/15/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/15/09 | H. SEIFE | Review of status of Ricketts/Cubs deal and fee letter. | 0.80 hrs. |
| 05/16/09 | D. E. DEUTSCH | Review Cubs deal documents forwarded from Marc Alpert (.3); review Cubs deal related e-mails (.1). | 0.40 hrs. |
| 05/18/09 | H. SEIFE | Email Moelis regarding transaction status/progress. | 0.40 hrs. |
| 05/19/09 | H. SEIFE | Telephone conference with Moelis regarding Cubs transaction. | 0.30 hrs. |
| 05/19/09 | D. E. DEUTSCH | Review and edit memorandum on sale of certain real property (.4); hold related discussion with Jason Porter (.1). | 0.50 hrs. |
| 05/19/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/19/09 | J. B. PORTER | Revised and finalized memorandum re the Debtors' proposed sale of real property (1.6). | 1.60 hrs. |
| 05/20/09 | M. A. ALPERT | Reviewed summaries of deal documents. | 1.80 hrs. |
| 05/20/09 | H. SEIFE | Telephone conference with Sidley regarding status of transaction. | 0.30 hrs. |
| 05/21/09 | M. A. ALPERT | Reviewed summaries of deal documents. | 2.20 hrs. |
| 05/21/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.30 hrs. |
| 05/26/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/26/09 | H. SEIFE | Telephone conference M.Alpert regarding update on transaction. | 0.30 hrs. |
| 05/26/09 | M. A. ALPERT | Reviewed summaries of deal documents. | 2.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    6

| 05/27/09 | H. SEIFE | Email regarding McDermott update on transaction. | 0.30 hrs. |
| 05/27/09 | S. CHAN | Reviewed new documents in Project Fastball data room. | 0.50 hrs. |
| 05/28/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |
| 05/29/09 | D. E. DEUTSCH | Review e-mails re: status of Cubs transaction and related matters (.2), | 0.20 hrs. |
| 05/29/09 | H. SEIFE | Emails regarding Cubs transaction, developments. | 0.80 hrs. |
| 05/29/09 | S. CHAN | Reviewed documents in Project Fastball data room. | 0.50 hrs. |

**Total Fees for Professional Services............. $49,839.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.30 | 1072.50 |
| H. SEIFE | 955.00 | 9.70 | 9263.50 |
| M. A. ALPERT | 795.00 | 27.10 | 21544.50 |
| R. M. LEDER | 955.00 | 6.30 | 6016.50 |
| B. G. CARSON | 395.00 | 3.90 | 1540.50 |
| D. E. DEUTSCH | 635.00 | 10.30 | 6540.50 |
| S. CHAN | 245.00 | 7.70 | 1886.50 |
| J. B. PORTER | 395.00 | 5.00 | 1975.00 |
| TOTALS | | 71.30 | 49839.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through May 31, 2009
   Our Matter #19804.009
               CLAIMS ADMINISTRATION/BAR DATE
```

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/09/09 | D. E. DEUTSCH | Review IRS motion to extend bar date and follow-up with Debtors on same (.2). | 0.20 hrs. |
| 05/14/09 | D. E. DEUTSCH | Review materials on IRS bar date extension request (.2); follow-up e-mails to Debtors and Jason Porter re: status and next steps on same (.2). | 0.40 hrs. |
| 05/18/09 | D. E. DEUTSCH | Review materials on IRS bar date request and address various related e-mails (.3); follow-up with Gil Bradshaw on providing related analysis for Committee (.2). | 0.50 hrs. |
| 05/18/09 | G. BRADSHAW | Conf w/D. Deutsch re: IRS bar date extension tactical response (.4); reviewed IRS filing and wrote memo re: same (1). | 1.50 hrs. |
| 05/18/09 | H. SEIFE | Emails Sidley regarding IRS issue and motion. | 0.30 hrs. |
| 05/19/09 | J. B. PORTER | Edit and finalize memo re IRS's request for additional time to file proofs of claim (1.0). | 1.00 hrs. |
| 05/19/09 | G. BRADSHAW | Prepared revised draft of memorandum to Committee re: IRS extension (1.2); conf. w/D. Deutsch on same (.2); follow-up re: memorandum (.6); prepared email to D. Deutsch, D. Gallai, re: IRS motion (.3) | 2.30 hrs. |
| 05/19/09 | D. E. DEUTSCH | Draft revisions to memorandum on IRS bar date and next steps related to same (.3); discuss follow-up with Gil Bradshaw (.2); review and edit memorandum to Committee on same and research issue therein (.8). | 1.30 hrs. |
| 05/27/09 | G. BRADSHAW | Follow-up work re: IRS bar date extension (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


**Total Fees for Professional Services.............. $3,654.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | .30 | 286.50 |
| D. E. DEUTSCH | 635.00 | 2.40 | 1524.00 |
| J. B. PORTER | 395.00 | 1.00 | 395.00 |
| G. BRADSHAW | 345.00 | 4.20 | 1449.00 |
| TOTALS | | 7.90 | 3654.50 |