```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

                                    For Services Through May 31, 2009

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 05/02/09 | H. LAMB | Coordinate with M.Kaplan (Accounting) on fee/expense detail for third monthly fee application in required format (.1); prepare Excel summary of Committee's expenses in third expense application (.4); draft email to Examiner with fee and expense detail (.3). | 0.80 hrs. |
| 05/05/09 | H. LAMB | Review of billing proformas/fee and expense detail in preparation of monthly fee application (April). | 3.80 hrs. |
| 05/05/09 | D. E. DEUTSCH | Review materials (.3) and participate in part of call on ordinary course professional retention and payment process (.5); follow-up discussion with Gil Bradshaw on same (.2); | 1.00 hrs. |
| 05/05/09 | G. BRADSHAW | Reviewed ordinary course professional filings in preparation for call (.5); conference call with Sidley re: ordinary course (.7). | 1.20 hrs. |
| 05/06/09 | D. E. DEUTSCH | Exchange e-mails re: status of various fee applications (.2). | 0.20 hrs. |
| 05/07/09 | G. BRADSHAW | Conf. w/D. Deutsch (.4); and re-examined Debtors' ordinary course professional practices against Order (.5). | 0.90 hrs. |
| 05/09/09 | H. LAMB | Begin preparation of fourth monthly fee application (April). | 2.80 hrs. |
| 05/09/09 | D. E. DEUTSCH | Begin review of monthly proforma detail and edit same (2.1). | 2.10 hrs. |
| 05/11/09 | G. BRADSHAW | Reviewed ordinary course professional filings (1); updated spreadsheet with supplemental list of ordinary course professional (.9). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

| | | | |
|---|---|---|---|
| 05/12/09 | G. BRADSHAW | Reviewed Ordinary Course filings (.3). | 0.30 hrs. |
| 05/12/09 | D. E. DEUTSCH | Review materials and follow-up with Gil Bradshaw re: ordinary course review matter (.2). | 0.20 hrs. |
| 05/14/09 | H. LAMB | Further preparation of monthly fee application. | 1.70 hrs. |
| 05/15/09 | G. BRADSHAW | Prepared ordinary course professional report and updates (.8). | 0.80 hrs. |
| 05/16/09 | G. BRADSHAW | Reviewed ordinary course professinal procedures and emailed D. Deutsch re: same (.4). | 0.40 hrs. |
| 05/16/09 | D. E. DEUTSCH | Complete review and editing of monthly pro formas (2.2). | 2.20 hrs. |
| 05/17/09 | G. BRADSHAW | Email to D. Deutsch re: ordinary course professional rolling monthly summary by Debtors (.2). | 0.20 hrs. |
| 05/18/09 | G. BRADSHAW | Conf. w/D. Deutsch re: ordinary course professional procedures (.1). | 0.10 hrs. |
| 05/18/09 | H. SEIFE | Emails with Landis regarding fee application status. | 0.30 hrs. |
| 05/18/09 | D. E. DEUTSCH | Review update/analysis by Gilbert Bradshaw on status of ordinary course matters and schedule relating to same (.3); related call with Gilbert Bradshaw (.1). | 0.40 hrs. |
| 05/19/09 | D. E. DEUTSCH | Address inquiry on fee statements from Delaware counsel team (.1); exchange e-mails with Jason Porter and review related materials re: lender fee issue (.5). | 0.60 hrs. |
| 05/19/09 | H. LAMB | Finalize draft monthly fee statement (.8); preparation of exhibits to fee application (1.4). | 2.20 hrs. |
| 05/19/09 | J. B. PORTER | Reviewed Intralinks materials and emails re process for reviewing Secured Lender Fees (1.2). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 05/21/09 | H. SEIFE | Review of DPW memo on fees and expenses of agent. | 0.40 hrs. |
| 05/21/09 | G. BRADSHAW | Reviewed monthly ordinary course professinals report (1). | 1.00 hrs. |
| 05/21/09 | D. E. DEUTSCH | Review summary of lender professional fees and exchange related e-mails with lenders' counsel on same (.3); review materials and draft follow-up e-mail to Delaware counsel on fee examiner matter (.2). | 0.50 hrs. |
| 05/26/09 | H. LAMB | Finalize monthly fee application, exhibits and prepare for filing. | 1.20 hrs. |
| 05/26/09 | D. E. DEUTSCH | Follow-up with Delaware counsel re: examiner review status and next steps (.2). | 0.20 hrs. |
| 05/27/09 | G. BRADSHAW | Reviewed ordinary course professionals monthly summary for any errors (1). | 1.00 hrs. |
| 05/28/09 | G. BRADSHAW | Analysis of ordinary course professionals rolling monthly summaries to previous court filings (2.1). | 2.10 hrs. |
| 05/29/09 | G. BRADSHAW | Prepared ordinary course professionals report (1); reviewed docket for ordinary course professionals affidavits (.3); conf. w/D. Deutsch (.1). | 1.40 hrs. |
| 05/29/09 | D. E. DEUTSCH | Discuss ordinary course follow-up issues with Gilbert Bradshaw (.2). | 0.20 hrs. |
| 05/30/09 | D. E. DEUTSCH | Follow-up with Jason Porter re: status of creation of professional fee summary (.2). | 0.20 hrs. |
| 05/30/09 | G. BRADSHAW | Reviewed ordinary course professionals filings and affidavits (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............  $13,313.00**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | .70 | 668.50 |
| D. E. DEUTSCH | 635.00 | 7.80 | 4953.00 |
| J. B. PORTER | 395.00 | 1.20 | 474.00 |
| G. BRADSHAW | 345.00 | 11.50 | 3967.50 |
| H. LAMB | 260.00 | 12.50 | 3250.00 |
| TOTALS | | 33.70 | 13313.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1


                              For Services Through May 31, 2009
Our Matter #19804.011
               PLAN AND DISCLOSURE STATEMENT


| | | | |
|---|---|---|---|
| 05/07/09 | H. SEIFE | Review of plan considerations and structure (ESOP/S-Corp v. C-Corp.) | 1.50 hrs. |
| 05/08/09 | H. SEIFE | Consideration of plan structure/issues. | 1.40 hrs. |
| 05/19/09 | H. SEIFE | Review of plan issues/structure. | 1.70 hrs. |
| 05/20/09 | H. SEIFE | Consideration of plan structure/issues. | 1.30 hrs. |
| 05/29/09 | H. SEIFE | Review of potential plan structure options. | 0.90 hrs. |


          **Total Fees for Professional Services.............  $6,494.00**




                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 6.80 | 6494.00 |
| TOTALS | | 6.80 | 6494.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2009

Our Matter #19804.014
              EMPLOYEE ISSUES

| | | | |
|---|---|---|---|
| 05/04/09 | D. GALLAI | Reviewed documents from D. Deutsch re: pension benefits. | 0.50 hrs. |
| 05/04/09 | D. E. DEUTSCH | Review letter to Debtor re: Tribune pension fund issues and follow-up with David Gallai on same (.3). | 0.30 hrs. |
| 05/06/09 | R. KURTH | Review documents on Tribune Multi-Employer Pension Plans and the Chicago Newspaper Publishers Drivers Union Pension Plan (1.9). | 1.90 hrs. |
| 05/06/09 | H. SEIFE | Telephone conference with Sidley regarding employee incentive/comp plan. | 0.40 hrs. |
| 05/06/09 | D. GALLAI | Reviewed pension-related correspondence received from Tribune (.2); conf. w/ R. Kurth re: same (.1). | 0.30 hrs. |
| 05/06/09 | M.M. GLOVER | Attention to multiemployer plan issues. | 0.30 hrs. |
| 05/07/09 | M.M. GLOVER | Attention to multiemployer plan issues (.6); conf. D. Gallai re same (.2). | 0.80 hrs. |
| 05/07/09 | D. GALLAI | Confs. w/ D. Deutsch and M. Glover re: bonus and pension issues (.5). Reviewed documents related to incentive compensation and pension plan including recent IRS guidance (4.1). | 4.60 hrs. |
| 05/07/09 | H. SEIFE | Review of objection filed by US Trustee to severance and incentive motions. | 0.30 hrs. |
| 05/07/09 | R. KURTH | Review documents from Tribune on Chicago Newspaper Publishers Drivers Union Pension Plan and Multi-Employer Pension Plans. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 05/07/09 | D. E. DEUTSCH | Review materials from Debtors on severance of certain employees (.2); follow-up e-mails to AlixPartners and Jason Porter re: review and establishment of procedures related to same (.3); review objections to severance/payment of 2008 incentive plan (.4); telephone conversation with Kevin Lantry and David LeMay re: next weeks' hearing and related next steps on severance matter (.3); review letter from retiree re: pension issues (.3); review materials on revised 2009 incentive programs (.7) and follow-up with AlixPartners (.2) and David Gallai re: proposed next steps related to same (.2). | 2.60 hrs. |
| 05/07/09 | D. M. LeMAY | Review UST objections to 2008 MIP and to severance Motion (1.6) and conference call w/D. Deutsch and Sidley to discuss how to proceed regarding same (.3) | 1.90 hrs. |
| 05/08/09 | D. E. DEUTSCH | Review memo/e-mails on pension plan issues and follow-up on same (.8); call with Alan Holtz re: proposed 2009 and related issues (.2); review of additional materials related to (.4). | 1.40 hrs. |
| 05/08/09 | M.M. GLOVER | Attention to multiemployer plan issues and documents received. | 3.30 hrs. |
| 05/11/09 | M.M. GLOVER | Reviewed materials related to multiemployer plan (3.3); conf. D. Gallai re same (.7); follow up research re same (1.6). | 5.60 hrs. |
| 05/11/09 | R. KURTH | Researching MEPP's election under Worker, Retiree and Employer Recovery Act of 2008 (WRERA) and recent IRS guidance on same. | 1.30 hrs. |
| 05/11/09 | D. GALLAI | Prepared for meeting w/ M. Glover re: pension issue (.4); meeting w/ M. Glover re: same (.7); conf. w/ R. Kurth re: related research assignment (.1). Attention to | 2.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                |                                                                                                                                                                                                                                                                |            |
|------------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | correspondence from Alix re: incentive compensation arrangements (.3); reviewed and prepared questions related to incentive compensation arrangements (.5); correspondence w/ Alix re: same (.2).                                                                |            |
| 05/11/09   | D. E. DEUTSCH  | Review e-mail from Alan Holtz on 2009 MIP plan and related issues and additional related e-mails (.2); draft inquiry to AlixPartners related to same (.1).                                                                                                        | 0.30 hrs.  |
| 05/12/09   | D. E. DEUTSCH  | Review e-mails and materials on proposed 2009 incentive plans (.3); calls with David LeMay re: today's hearing on 2008 incentive plan and severance motion (.2); review and revise draft memorandum to committee on same (.3).                                    | 0.80 hrs.  |
| 05/12/09   | D. GALLAI      | Reviewed research summary emails from R. Kurth (.6); conf. w/ R. Kurth re: related pension research (.2).                                                                                                                                                         | 0.80 hrs.  |
| 05/12/09   | J. B. PORTER   | Drafted memorandum to the Committee re the Debtors' motions to pay certain prepetition severance payments and the 2008 Employee Incentive Plan (1.5).                                                                                                             | 1.50 hrs.  |
| 05/12/09   | D. M. LeMAY    | Participate in hearing on Debtors 2008 Bonus Motion (1.4). Participate in planning session for severance motion (2.4). Participate in hearing in severance motion (1.3).                                                                                          | 5.10 hrs.  |
| 05/12/09   | R. KURTH       | Researching rules for withdrawal liability and mass withdrawal liability and draft memo on same (4.4); researching rules for imposition of additional surcharges for plans in critical or endangered status and draft memo on same (4.2).                         | 8.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

| 05/12/09 | M.M. GLOVER | Reviewed issues related to multiemployer plans and additional research re same. | 2.70 hrs. |
|---|---|---|---|
| 05/12/09 | H. SEIFE | Telephone conference AlixPartners regarding MIP and KEIP. | 0.30 hrs. |
| 05/13/09 | H. SEIFE | Emails regarding court decision on severance and incentive plan. | 0.50 hrs. |
| 05/13/09 | M.M. GLOVER | Conf. D. Gallai and R. Kurth re multiemployer plan issues (.5); additional review of law/research re status of other partcipating employers and consequences of endangered and critical status for funding purposes (1.3). | 1.80 hrs. |
| 05/13/09 | R. KURTH | Researching information on financial status of specific Tribune pension plan. | 2.60 hrs. |
| 05/13/09 | D. GALLAI | Confs. w/ M. Glover and R. Kurth re: pension research (.5); began reviewing research (1.4). | 1.90 hrs. |
| 05/14/09 | D. GALLAI | Continued to review pension-related research (2.6); confs. w/ M. Glover and R. Kurth re: same (.4). | 3.00 hrs. |
| 05/14/09 | R. KURTH | Researching what happens if company in MEPP is liquidated and has not assets to pay withdrawal liability (3.4); researching PBGC's remedial abilities (1.6); creating chart of information for plans in reorganization, insolvent, endangered and critical status (.7). | 5.70 hrs. |
| 05/14/09 | R. KURTH | Researching exception for complete withdrawal from a multiemployer plan and prepare memo on research results. | 1.20 hrs. |
| 05/14/09 | D. M. LeMAY | Respond to inquiry from several employees regarding Court's determination on severance motion. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5


| 05/14/09 | M.M. GLOVER | Reviewed research re multiemployer plan withdrawal liabilties, mass withdrawals, etc. | 2.80 hrs. |
|---|---|---|---|
| 05/14/09 | B. SCHUBECK | Search for R. Kurth to find article re withdrawal liability. | 1.20 hrs. |
| 05/15/09 | M.M. GLOVER | Prepared for (1.0) and attend meeting with D. Deutsch and D. Gallai re multiemployer plan issues (.8); reviewed follow up research (.8). | 2.60 hrs. |
| 05/15/09 | R. KURTH | Researching liability rules for MEPP withdrawals (3.8) and plan remedies re: same (.4). | 4.20 hrs. |
| 05/15/09 | R. KURTH | Researching Oneida case and relevant law and prepare summary (.8); researching proposed PBGC program for employers emerging from bankruptcy (1.1). | 1.90 hrs. |
| 05/15/09 | D. GALLAI | Reviewed research from R. Kurth re: pension issues (2.0); confs. w/ M. Glover, D. Deutsch, and R. Kurth re: same (.8). | 2.80 hrs. |
| 05/15/09 | D. E. DEUTSCH | Review materials to prepare for meeting with pension team (1.4); participate in pension issues meeting with David Gallai and Marjorie Glover and follow-up on same (.8). | 2.20 hrs. |
| 05/16/09 | D. E. DEUTSCH | Review e-mails and related attachments from Marjorie Glover and David Glover on pension issues (.5); respond to same (.1). | 0.60 hrs. |
| 05/18/09 | M.M. GLOVER | Prepared for and participated in conference call with Priscilla Ryan of Sidley re multiemployer plan and other pension plan issues. | 1.40 hrs. |
| 05/18/09 | R. KURTH | Research procedures for PBGC partition of multi-employer plans (2.6); Draft memo on same (0.4). | 3.00 hrs. |
| 05/18/09 | D. M. LeMAY | Review draft order on severance motion. | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| | | | |
|---|---|---|---|
| 05/18/09 | D. GALLAI | Prepared for today's conf. call w/ Sidley (.5); conf. w/ M. Glover and Sidley re: pension issues (.9); conf. w/ R. Kurth re: additional research (.2). | 1.60 hrs. |
| 05/19/09 | D. GALLAI | Confs. w/ M. Glover re: pension and ESOP issues (.2). Reviewed pension research from R. Kurth (.6). | 0.80 hrs. |
| 05/19/09 | M.M. GLOVER | Reviewed research and follow up re partitioning issues (1.2); conf. R. Kurth re same (.2); reviewed issue/research re ESOP IRS and DOL audits (1.4). | 2.80 hrs. |
| 05/19/09 | D. E. DEUTSCH | Review materials and exchange e-mails with Marjorie Glover and Ted Zink re: pension issue and possible tie-in to ESOP transaction issues (.5). | 0.50 hrs. |
| 05/19/09 | H. SEIFE | Telephone conference AlixPartners regarding review of KEIP and bonus plan. | 0.40 hrs. |
| 05/20/09 | H. SEIFE | Telephone conference with Sidley regarding incentives and compensation plan. | 0.30 hrs. |
| 05/20/09 | M.M. GLOVER | Researched issues related to ESOP audits. | 3.80 hrs. |
| 05/21/09 | D. E. DEUTSCH | Exchange e-mails with David Gallai re: employee issues and scheduling meeting thereon (.2). | 0.20 hrs. |
| 05/22/09 | D. GALLAI | Conf. w/ D. Deutsch re: pension issue (.2); correspondence re: same (.3). Reviewed documents re: incentive compensation programs (1.5). | 2.00 hrs. |
| 05/26/09 | H. SEIFE | Telephone conference with AlixPartners regarding business plan review and 2009 MIP and KERP. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     7


| | | | |
|---|---|---|---|
| 05/26/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: 2009 incentive program matters (.2); e-mails and telephone conversation with Alan Holtz re: 2009 incentive plans (.3); exchange e-mails re: multiemployer pension plans (.3). | 0.80 hrs. |
| 05/27/09 | D. E. DEUTSCH | Telephone conversation with Alan Holtz re: timing of 2009 incentive program, related issues and timing of Committee meeting on same (.2); related call with Kevin Lantry (.2); review materials and telephone conversation with Kevin Lantry re: next steps on pension matters (.3). | 0.70 hrs. |
| 05/28/09 | M.M. GLOVER | Begin preparation of ESOP lawsuit and audit summary analysis (3.4); follow up on ESOP and multiemployer plan issues (.5). | 3.90 hrs. |
| 05/28/09 | D. GALLAI | Reviewed recent correspondence re: incentive compensation plans for 409A issues. | 1.10 hrs. |
| 05/29/09 | D. GALLAI | Reviewed and commented on draft ESOP-related email (.2); correspondence w/ M. Glover re: same (.2). | 0.40 hrs. |
| 05/29/09 | M.M. GLOVER | Revised and distributed ESOP lawsuit and audit summary analysis. | 0.20 hrs. |
| 05/29/09 | D. E. DEUTSCH | Follow-up e-mails and calls with Debtors' counsel and Brad Hall re: 2009 incentive plan and review of same (.3). | 0.30 hrs. |
| 05/30/09 | D. E. DEUTSCH | Review e-mails/materials on certain proposed incentive payments (.3); follow-up e-mails to Debtors' counsel, AlixPartners and David Gallai on same (.3). | 0.60 hrs. |
| 05/31/09 | D. GALLAI | Reviewed correspondence re: quarterly bonus payments (.4); internal correspondence re: same (.2). | 0.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    8
```

**Total Fees for Professional Services..............  $66,349.00**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 7.80 | 6435.00 |
| H. SEIFE | 955.00 | 3.00 | 2865.00 |
| M.M. GLOVER | 755.00 | 32.00 | 24160.00 |
| D. E. DEUTSCH | 635.00 | 11.30 | 7175.50 |
| D. GALLAI | 635.00 | 22.60 | 14351.00 |
| J. B. PORTER | 395.00 | 1.50 | 592.50 |
| B. SCHUBECK | 120.00 | 1.20 | 144.00 |
| R. KURTH | 345.00 | 30.80 | 10626.00 |
| TOTALS | | 110.20 | 66349.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                                For Services Through May 31, 2009

Our Matter #19804.015
          RELIEF FROM STAY ISSUES


| | | | |
|---|---|---|---|
| 05/01/09 | D. E. DEUTSCH | Brief review of new lift stay motion (.1) and follow-up with Gilbert Bradshaw on same (.1). | 0.20 hrs. |
| 05/07/09 | G. BRADSHAW | Prepare memorandum to Committee re: Schur lift-stay motion (.7). | 0.70 hrs. |
| 05/09/09 | G. BRADSHAW | Reviewed Van Senus Motion and prepare corresponding report (1.8); reviewed related insurance policy (.9); reviewed Schur lift-stay motion (.3). | 3.00 hrs. |
| 05/09/09 | D. E. DEUTSCH | Review new Van Senus lift stay motion and related materials (.3); follow-up with Gilbert Bradshaw re: related assignments (.2); review Schur lift stay materials and follow-up with Debtors' counsel on next steps related to same (.2). | 0.70 hrs. |
| 05/11/09 | D. E. DEUTSCH | Review materials on proposed ADR procedure (.8). | 0.80 hrs. |
| 05/11/09 | D. E. DEUTSCH | Review memorandum from Gil Bradshaw on pending lift stay matters and hold call with Ken Kansa on same (.4). | 0.40 hrs. |
| 05/11/09 | G. BRADSHAW | Conference call w/K. Kansa of Sidley re: Schur and Van Senus's lift-stay motions (.6). | 0.60 hrs. |
| 05/12/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: ADR procedures (.4). | 0.40 hrs. |
| 05/18/09 | D. E. DEUTSCH | Call and e-mails with Gilbert Bradshaw re: new lift stay matters and follow-up on same (.3). | 0.30 hrs. |
| 05/18/09 | G. BRADSHAW | Conf. w/K. Kansa re: Schur Packaging Systems Joinder and Van Senus update (.5); conf. w/J. McClelland (Sidley) re: Schur Packaging Systems (.4); prepared joinder motion for Schur Packaging (.7); conf w/D. Deutsch re: global lift-stay motion tactics (.4). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    June 24, 2009
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page   2


| 05/18/09 | D. E. DEUTSCH | Review e-mails and materials on lift stay motion (.3); discuss same with Ken Kansa (.2); exchange related e-mails with Brian Krakauer (.1). | 0.60 hrs. |
|---|---|---|---|
| 05/19/09 | D. E. DEUTSCH | Review update from Gilbert Bradshaw re: Van Senus lift stay motion and determine next steps related to same (.3). | 0.30 hrs. |
| 05/20/09 | G. BRADSHAW | Prepared memorandum for committee re: background and status of Beatty Adversary Proceeding (2.4). | 2.40 hrs. |
| 05/20/09 | G. BRADSHAW | Conf. w/J. McLelland at Sidley re: Schur Packaging Systems lift-stay motion (.4); conf. w/D. Deutsch re: same (.2). | 0.60 hrs. |
| 05/21/09 | G. BRADSHAW | Reviewed Debtors' Objection to Schur Packaging Systems (1.4). | 1.40 hrs. |
| 05/21/09 | D. E. DEUTSCH | Exchange e-mails with Gilbert Bradshaw re: lift stay matter (.2). | 0.20 hrs. |
| 05/22/09 | G. BRADSHAW | Reviewed new lift-stay Van Senus order (.5); reviewed Clement Class Action lift-stay motion and research issue related thereto (2); prepared comprehensive lift-stay summary (1). | 3.50 hrs. |
| 05/26/09 | G. BRADSHAW | Update lift-stay motion summary (.3). | 0.30 hrs. |
| 05/30/09 | G. BRADSHAW | Reviewed status of multiple lift-stay motions and prepared summary of same (2.7). | 2.70 hrs. |
| 05/30/09 | D. E. DEUTSCH | Review memo/schedule on lift stay motions (.2); discuss edits to same with Gilbert Bradshaw (.2). | 0.40 hrs. |


**Total Fees for Professional Services.............   $8,664.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

**TOTAL DUE FOR THIS MATTER.....................................   $8,664.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | | Rate | Hours | Amount |
|---|---|---|---|---|
| D. E. DEUTSCH | | 635.00 | 4.30 | 2730.50 |
| G. BRADSHAW | | 345.00 | 17.20 | 5934.00 |
| | TOTALS | | 21.50 | 8664.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through May 31, 2009

Our Matter #19804.016
     TAX ISSUES

| | | | |
|---|---|---|---|
| 05/01/09 | D. E. DEUTSCH | Review e-mails from Debtors' counsel re: tax issues and exchange related follow-up e-mails (.2). | 0.20 hrs. |
| 05/03/09 | R. M. LEDER | Review PHONES Closing Agreement and background review. | 0.50 hrs. |
| 05/04/09 | R. M. LEDER | Conference call with personnel from the company, Sidley, Davis Polk and Chadbourne re PHONES tax settlement (1.5); background preparation in connection therewith (.8). | 2.30 hrs. |
| 05/04/09 | D. E. DEUTSCH | Review materials for call with Debtors and other professionals re: tax issues (.2); meeting with Debtors' tax team, Richard Leder and creditors' group professionals re: tax issues and follow-up meeting with Richard Leder re: same (1.4). | 1.60 hrs. |
| 05/05/09 | R. M. LEDER | Review PHONES issue (1.5). | 1.50 hrs. |
| 05/05/09 | E. S. MARKSON | Work on tax issues in connection with Tribune settlement discussions with IRS regarding PHONES deductions and discussions with R. Leder regarding same. | 1.60 hrs. |
| 05/07/09 | R. M. LEDER | TC Deutsch re Cubs transaction tax issues. | 0.20 hrs. |
| 05/07/09 | D. E. DEUTSCH | Review notes and follow-up with Richard Leder re: Cubs tax analysis (.2). | 0.20 hrs. |
| 05/08/09 | R. M. LEDER | Conference Alpert, Deutsch and Carson and review Moelis presentation, all re Cubs transaction (1.5); review PHONES issues (1.2). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    2

| | | | |
|---|---|---|---|
| 05/13/09 | R. M. LEDER | Engaged re tax effective possible issuance of preferred equity interest to Tribune (1.6); related TCs with Markson and Dimon (.4). | 2.00 hrs. |
| 05/13/09 | E. S. MARKSON | Work on tax issues regarding possible issuance of preferred equity to Tribune to replace debt financing in Cubs transaction (.9); discussions with R. Leder regarding same (.3). | 1.20 hrs. |
| 05/14/09 | R. M. LEDER | Conference Seife, LeMay and Alpert re Cubs and preparatory review of materials. | 1.30 hrs. |
| 05/15/09 | R. M. LEDER | Consider basis strategies for exit. | 0.30 hrs. |
| 05/26/09 | R. M. LEDER | Review tax materials update. | 0.20 hrs. |

**Total Fees for Professional Services.............. $13,833.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| E. S. MARKSON | 735.00 | 2.80 | 2058.00 |
| R. M. LEDER | 955.00 | 11.00 | 10505.00 |
| D. E. DEUTSCH | 635.00 | 2.00 | 1270.00 |
| TOTALS | | 15.80 | 13833.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2009

Our Matter #19804.017
          GENERAL LITIGATION

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/06/09 | D. E. DEUTSCH | Exchange e-mails with Tom Hall and others re: participation in deposition scheduled in Neil litigation (.3). | 0.30 hrs. |
| 05/19/09 | D. E. DEUTSCH | Exchange e-mails with Jason Porter re: Neil litigation matter (.2). | 0.20 hrs. |
| 05/20/09 | G. BRADSHAW | Prepared committee memo re: background and status of Neil litigation (3.5). | 3.50 hrs. |
| 05/28/09 | G. BRADSHAW | Emailed D. Deutsch re: Neil Litigation (.1). | 0.10 hrs. |
| 05/30/09 | G. BRADSHAW | Reviewed Neil class action filings and court proceedings (2.3). | 2.30 hrs. |

          **Total Fees for Professional Services.............**    **$2,353.00**


                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|-------------------|------|-------|--------|
| D. E. DEUTSCH | 635.00 | .50 | 317.50 |
| G. BRADSHAW | 345.00 | 5.90 | 2035.50 |
| TOTALS | | 6.40 | 2353.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through May 31, 2009

Our Matter #19804.018
      TRAVEL

```
05/12/09   D. M. LeMAY        Return to NYC from Wilmington.        2.10 hrs.
```

**Total Fees for Professional Services.............    $1,732.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.10 | 1732.50 |
| TOTALS | | 2.10 | 1732.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1


                                For Services Through May 31, 2009
Our Matter #19804.019
            REVIEW OF PREPETITION FINANCINGS
```

| | | | |
|---|---|---|---|
| 05/01/09 | P. WILLAN | Conversation w/ T. Zink re: research questions (.3); preliminary research on liability of professionals involved in leveraged buy-outs (.4); research on fraudulent transfers, leveraged buy-outs (3.0); correspondence with T.Zink re: progress and next steps on same (.5). | 4.20 hrs. |
| 05/01/09 | B. DYE | Drafting memo on breach of fiduciary duties and aiding and abetting breach of fiduciary duties for Ted Zink | 4.20 hrs. |
| 05/01/09 | J. CROSS | Conversation w/ Moloney re data hosting. | 0.20 hrs. |
| 05/01/09 | T. HALL | Emails re document requests to advisers (0.3); review and revise discovery state chart and emails re same (0.5); emails re discovery to Zell Trust (0.1). | 0.90 hrs. |
| 05/01/09 | F. VAZQUEZ | E-mail to Zink regarding Revco report (0.1); e-mail to Hall re: discovery (0.1); e-mail to and from Zink re: tender offer (0.2); e-mail to and from Seife re: JPM role (0.1). | 0.50 hrs. |
| 05/01/09 | N. T. ZINK | Attention to T. Hall email re discovery issue (.1); further drafting of Report on Examination of Prepetition Financings (2.7); review SEC filings for further analysis of the various leveraged ESOP transactions (2.1); continue drafting Report on Examination of Prepetition Financings (2.4); review Bigelow Affidavit in support of first-day pleadings for events leading to bankruptcy filing and facts re Tribune, generally (.6). | 7.90 hrs. |
| 05/02/09 | F. VAZQUEZ | Revise discovery chart to reflect updated next steps. | 0.40 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2
```

| | | | |
|---|---|---|---|
| 05/02/09 | F. VAZQUEZ | Conference w/Zink re: structure of fraudulent conveyance analysis and choice of law issues (0.3); e-mail to and from Towers re: confidentiality with VRC (0.1); e-mail to and from Towers re: VRC confidential agreement (0.2). | 0.60 hrs. |
| 05/02/09 | N. T. ZINK | Draft various sections of report on pre-petition financings (4.7); review SEC filings for discussion of tender offer and going-private transaction (2.1); continue drafting of sections of report on pre-petition financing (1.3). | 8.10 hrs. |
| 05/03/09 | N. T. ZINK | Draft sections of report on pre-petition financings (4.8). | 4.80 hrs. |
| 05/03/09 | M. S. TOWERS | Drafted Valuation Research Corp. Confidentiality Agreement | 3.90 hrs. |
| 05/03/09 | F. VAZQUEZ | Conference w/Zink re: fraudulent transfers and 548 and State law comparisons (0.3); e-mails to and from Towers re: same (0.1); e-mails to and from Towers re: VRC confidentiality agreement (0.1); revise discovery status chart (0.2). | 0.70 hrs. |
| 05/04/09 | F. VAZQUEZ | Review and revise memorandum summarizing differences between UFCA, UFTA and Section 548 (3.0); review and revise confidentiality agreement with VRC (1.0); e-mails re: discovery on Zell entities (0.2); followup research re: choice of law and aiding and abetting (0.5); e-mail to Zink re: discovery (0.1); e-mail to Towers re: guaranties (0.1). | 4.90 hrs. |
| 05/04/09 | T. HALL | Emails re document requests to Zell entities (0.4); review draft amended requests to Merrill and JPMorgan Chase and emails re same (0.6); confer H. Seife (0.1); emails Sidley (0.1). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| | | | |
|---|---|---|---|
| 05/04/09 | M. S. TOWERS | Drafted summary comparing UFTA, UCTA and Sec. 548 (5.0); drafted memo re: reasonably equivalent value of upstream guarantees (1.9) | 6.90 hrs. |
| 05/04/09 | N. T. ZINK | Draft section on valuation methodologies for report on pre-petition financings (.8); | 0.80 hrs. |
| 05/04/09 | D. BAVA | Review publically available data re: service of certain discovery targets (.50). | 0.50 hrs. |
| 05/04/09 | B. DYE | Drafting memo on breach of fiduciary duty and aiding and abetting breach of fiduciary duty. | 4.60 hrs. |
| 05/04/09 | P. WILLAN | Review law review articles on leveraged buy-outs and fraudulent transfers (.5); search, review and summarize cases regarding liability of professionals for arranging LBO tranactions (4.2). | 4.70 hrs. |
| 05/04/09 | N. T. ZINK | Prepare fact section of Report on Examination of Prepetition Financings (2.6); further preparation of sections of Report reciting legal principles relevant to the prepetition financings (1.4); further drafting of report (2.4); review Tribune Company SEC filings for description of prepetition financings (1.7). | 8.10 hrs. |
| 05/05/09 | N. T. ZINK | Attention to revised discovery on JPM and Merrill (.3); further preparation of Report on Prepetition Financings (2.1); attention to discovery requests on EGI-TRB L.L.C., Sam Investment Trust, Tribune Employee Stock Ownership Plan, Tesop Corp., and GreatBanc Trust Company (.4); review Tribune Company SEC filings re Leveraged ESOP Transactions (.8); further preparation of Report (1.8); research re principle of retrojection in the analysis of solvency (.6); further preparation of Report (1.9) | 7.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

| | | | |
|---|---|---|---|
| 05/05/09 | P. WILLAN | Reserch certain fraudulent conveyance issues (.9); summarize related information on LBO cases (1.0); shepardize cases, review citing cases and subsequent history, read and summarize cases (.5); correspondence w/ T. Zink re: same (.1). | 2.50 hrs. |
| 05/05/09 | J. CROSS | Revise data options memo (.8); conversation w/ Moloney re same and forwarding same to Hall (.3). | 1.10 hrs. |
| 05/05/09 | B. DYE | Researching and drafting Tribune Report for T.Zink re: settlement payment defense under 546. | 4.40 hrs. |
| 05/05/09 | G. BRADSHAW | Conf. w/F. Vazquez (.4); researched various matters re: fraudulent transfer law and provided related analysis of court treatment of law under 548, UFTA, and UFCA (10.1). | 10.50 hrs. |
| 05/05/09 | M. S. TOWERS | Researched and drafted memo re: leveraged buyouts and reasonably equivalent value | 6.60 hrs. |
| 05/05/09 | T. HALL | Review draft discovery requests to EGI, Sam Investment, ESOP, TESOP and Greatbanc (0.8); VRC (0.6); calls and emails directors' attorney (0.7); call Alix Partners (0.4). | 2.50 hrs. |
| 05/05/09 | F. VAZQUEZ | Review and revise discovery chart (0.4); draft discovery for Zell related entities (1.0); review and revise discovery to JPM and Merrill (0.4); conference w/Bradshaw re: comparison of fraudulent conveyance law (0.2); prepare for call w/AlixPartners (0.2); participate on call w/AlixPartners, Zink and Hall (0.3); draft letters to Zell related entities (0.5); review and revise memorandum re: comparison of fraudulent conveyance law (1.3); review and revise memorandum re: guarantees and fraudulent conveyance (1.5). | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    5


| 05/06/09 | N. T. ZINK | Conference with F. Vazquez re preparation of report on examination of prepetition financings (.2); | 0.20 hrs. |
| 05/06/09 | T. HALL | Work on memo re electronic document system (0.5); review draft document request to CHAI Trust Company, LL (0.4); work on VRC Confidentiality Agreement (0.6); calls directors counsel (0.3); confer T. Zink and F. Vazquez (0.3); correspondence re discovery (0.4) | 2.50 hrs. |
| 05/06/09 | M. S. TOWERS | Revised memo on upstream guarantees (2.5); met with T. Zink re: assignment (.3) | 2.80 hrs. |
| 05/06/09 | F. VAZQUEZ | Conference w/Zink re: discovery (0.3); conference w/Zink re: fraudulent conveyance analysis (0.3); revise insolvency chart (0.3); e-mail to Hall re: same (0.1). | 1.00 hrs. |
| 05/06/09 | G. BRADSHAW | Researched 544(b) causes of action under UFTA/UFCA (4.5); researched burden of proof and good faith transferee issues in fraudulent transfers (4.1) | 8.60 hrs. |
| 05/06/09 | B. DYE | Researching and drafting Tribune Report re: fiduciary duties in context of an LBO. | 5.30 hrs. |
| 05/06/09 | P. WILLAN | Reserach certain attorney liability issues for fraudulent conveyances (1.9). | 1.90 hrs. |
| 05/06/09 | N. T. ZINK | Further drafting of report on examination of prepetition financings (1.2); research aiding and abetting breach of fiduciary duty (.3); research breach of fiduciary duty claims (.3); drafting report on examination of prepetition financings (2.6); attention to discovery issues and T. Hall email re same (.1); further drafting of report on | 7.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6

|            |               | examination of prepetition financings (1.2); research re retrojection principle re insolvency (.3); further drafting of report (1.3). |            |
|------------|---------------|-------------------------------------------------------|------------|
| 05/07/09   | N. T. ZINK    | Review research and draft section re liability of professional advisors in context of a failed LBO transaction (2.1); review Tribune Company SEC filings for fact section or report on examination of prepetition financings (1.3). | 3.40 hrs. |
| 05/07/09   | P. WILLAN     | Finalize research on attorneys fees incurred in the creation of a fraudulent conveyance (1.4); write summary of case law regarding attorneys fees (2.0); keycite citations in summary of case law (.2); correspondence w/ T. Zink re: research (.3). | 3.90 hrs. |
| 05/07/09   | N. T. ZINK    | Prepare for and conference with P. Willan re advisor liability in failed LBO context (.2); prepare Report on Examination of Prepetition Financings (2.7); exchange emails with P. Willan re professional responsibility issues (.3); | 3.20 hrs. |
| 05/07/09   | J. P. NARVAEZ | Research re: factors to be considered a "controlling shareholder" under Delaware law. | 0.60 hrs. |
| 05/07/09   | H. SEIFE      | Review of memo on alternative doc hosting options. | 0.70 hrs. |
| 05/07/09   | B. DYE        | Researching and drafting Tribune Report re: duty of good faith under Delaware law. | 4.40 hrs. |
| 05/07/09   | G. BRADSHAW   | Researched burden of proof, good faith, and equivalent value under UFCA/UFTA/548 (3.8). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                June 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    7

| | | | |
|---|---|---|---|
| 05/07/09 | G. BRADSHAW | Researched 550(b) good faith defense (1.5); researched the doctrine of Improvident Lending (2.5). | 4.00 hrs. |
| 05/07/09 | F. VAZQUEZ | Conference w/Zink re: fraudulent conveyance analysis (0.2); draft discovery for Zell entities (0.5); review confidentiality agreement from JPMorgan (0.2); review and revise discovery chart (0.3); review letter from Kitchens (0.1); revise Merrill and JPMorgan discovery (0.2); draft letter re: Zell entities discovery (0.2). | 1.70 hrs. |
| 05/07/09 | T. HALL | Call Zell's counsel and emails re same (0.3); email debtor counsel (0.1); confer F. Vazquez (0.2). | 0.60 hrs. |
| 05/07/09 | M. S. TOWERS | Researched and drafted memorandum re: remedies for obligations where benefit accrues to a third party and not the debtor (7.7) | 7.70 hrs. |
| 05/08/09 | M. S. TOWERS | Researched and drafted memo on unjust enrichment and choice of law issues | 5.80 hrs. |
| 05/08/09 | T. HALL | Meeting H. Seife, T. Zink, etc. (1.0); work on amended request and cover letter to Merrill and JPMorgan (1.2); letter to Zell's counsel re requests to Zell entities (0.5); letter to JPMorgan counsel re amended request (0.3). | 3.00 hrs. |
| 05/08/09 | F. VAZQUEZ | Prepare for meeting w/Seife, Zink and Hall re: discovery (0.5); participate at meeting w/Seife, Zink and Hall re: discovery and fraudulent conveyance analysis (1.5); review memo re: comparison of 548 UFCA and UFTA (1.6); review and revise memo re: guaranties in fraudulent conveyance context (1.4) research retrojection (0.5); e-mail to and from Hall re: Zell entities (0.1). | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page    8

| | | | |
|---|---|---|---|
| 05/08/09 | G. BRADSHAW | Researched equitable subordination of claims (1.3); reasonably equivalent value (1); improvident lending (2); UFCA/UFTA/548 differences (3); deepening insolvency defense (2.6). | 9.90 hrs. |
| 05/08/09 | B. DYE | Researching and drafting Tribune Report re: defenses under UFTA and UFCA. | 7.70 hrs. |
| 05/08/09 | D. E. DEUTSCH | Follow-up on inquiry from Tom Hall for case background on issue related to ESOP analysis (.2). | 0.20 hrs. |
| 05/08/09 | R. M. LEDER | Conference Zink re ESOP structure. | 0.40 hrs. |
| 05/08/09 | D. BAVA | Revise amended discovery requests for JPMorgan and Merrill Lynch (.60). | 0.60 hrs. |
| 05/08/09 | H. SEIFE | Meeting with T.Zink and T.Hall regarding discovery status and open issues. | 1.00 hrs. |
| 05/08/09 | J. P. NARVAEZ | Research re: factors to be considered a "controlling shareholder" under Delaware law. | 3.70 hrs. |
| 05/08/09 | N. T. ZINK | Prepare for and conference with H. Seife, T. Hall and F. Vazquez re discovery matters (1.0); conference with P. Willan re liability of professional advisors for fraudulent transfer in connection with fees paid re failed LBO transactions (.2); continued preparation of Report on Examination of Prepetition Financings (3.4); further research re advisor liability for fee disgorgement in failed LBO context (.8); further preparation of Report on Examination of Prepetition Financings (2.7). | 8.10 hrs. |
| 05/08/09 | P. WILLAN | Conversation w/ T. Zink (.1); correspondence re: write-up of research on liability of professionals for fees earned in structuring fraudulent transfer (.5); edit write-up to clarify | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


                            substance of potential claim (.9).

05/09/09   N. T. ZINK       Review and edit Report on          7.80 hrs.
                            Examination of Prepetition
                            Financings (3.2); review SEC
                            filings re Prepetition Financings
                            (1.2); further review and edit
                            Report on Examination of
                            Prepetition Financings; (3.4).

05/09/09   G. BRADSHAW      Researched deepening insolvency     5.40 hrs.
                            cause of action in Delaware (4);
                            researched breach of fiduciary
                            duty claims (1.4).

05/10/09   P. WILLAN        Research malpractice claims for     0.50 hrs.
                            leveraged buy-outs (.5)

05/11/09   P. WILLAN        Further research re: malpractice    1.90 hrs.
                            claims for leveraged buy-outs
                            (1.4); draft memo on same for T.
                            Zink (.5).

05/11/09   N. T. ZINK       Review and revise Report on         3.90 hrs.
                            Examination of Prepetition
                            Borrowings (3.9).

05/11/09   T. HALL          Document requests to ESOP and Chai  0.90 hrs.
                            Trust (0.7); emails Delaware
                            counsel re discovery (0.2).

05/11/09   B. DYE           Research on the "Wagoner Rule" for  3.40 hrs.
                            Ted Zink.

05/11/09   F. VAZQUEZ       Review and revise part of           8.20 hrs.
                            fraudulent conveyance analysis
                            (6.5); draft retrojection insert
                            into fraudulent conveyance (1.3);
                            attention to Tribune discovery of
                            Zell entities and Tesop (0.3);
                            update discovery chart (0.1).

05/11/09   G. BRADSHAW      Researched choice of law issues     7.80 hrs.
                            per T. Zink request (2);
                            researched deepening insolvency
                            follow-up (1); researched
                            improvident lending (.5);
                            researched badges of fraud for
                            actual intent (4.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   10


| 05/11/09 | H. SEIFE | Review of ESOP/LBO issues and financing. | 1.60 hrs. |
| 05/11/09 | M. S. TOWERS | Researched and drafted memos on preferences (6.5) and good faith defenses (2.7) | 9.20 hrs. |
| 05/11/09 | N. T. ZINK | Review SEC filings (.8); further preparation of report on examination of prepetition financings (2.2). | 3.00 hrs. |
| 05/11/09 | J. P. NARVAEZ | Research re: factors to be considered a "controlling shareholder" under Delaware law and drafted memo thereon. | 1.60 hrs. |
| 05/12/09 | J. P. NARVAEZ | Research re: factors to be considered a "controlling shareholder" under Delaware law and drafted memo. | 2.20 hrs. |
| 05/12/09 | N. T. ZINK | Further preparation of report on examination of prepetition financings (3.2); review SEC filings for fact section of report (.6); further preparation of report (2.2); list all parties and causes of action that might be asserted against each (1.2); further preparation of report (2.3); further work on report (1.1). | 10.60 hrs. |
| 05/12/09 | M. S. TOWERS | Drafted memo on good faith defenses (3.1); revised memo on preferences (.7). | 3.80 hrs. |
| 05/12/09 | H. SEIFE | Review of info requests to ESOP, etc. | 0.80 hrs. |
| 05/12/09 | G. BRADSHAW | Reserached reasonably equivalent value issue for T.Zink (1). | 1.00 hrs. |
| 05/12/09 | B. DYE | Review and revise Tribune report for Ted Zink. | 8.80 hrs. |
| 05/12/09 | T. HALL | E-mails re: discovery requests (0.5); review discovery requests served on Delaware counsel (0.3). | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    11


| 05/12/09 | F. VAZQUEZ | Review and revise fraudulent conveyance analysis (3.2); review and revise insert re: breach of fiduciary duties (2.8); conference w/Zink re: fraudulent conveyance analysis (0.4); participate on call w/AlixPartners re: fraudulent conveyance analysis (0.2); review and revise preference discussion (0.3); conference w/Towers re: analysis (0.2); e-mail to and from Landis re: discovery (0.1). | 7.20 hrs. |
|---|---|---|---|
| 05/13/09 | T. HALL | Work on letter to Gibson Dunn (.8); call Fitzsimmons counsel (.2); confer Zink and Vazquez (.3); letter to Davis Polk (.5). | 1.80 hrs. |
| 05/13/09 | B. DYE | Reviewing Tribune's 2007 proxy for information on stock ownership for the report and revising footnotes. | 7.70 hrs. |
| 05/13/09 | F. VAZQUEZ | Conference w/Zink and Dye re: next steps with fraudulent conveyance analysis (0.7); review and revise discussion re: breach of duties and aiding and abetting breach (2.5); draft section re: date of transfer in connection with revolver (0.7); research whether payment to shareholders is not reasonably equivalent value (1.0); conference w/Zink re: result of research (0.2); further review and revise fraudulent conveyance analysis (3.0); review SEC filings (0.5); update discovery chart (0.1). | 8.70 hrs. |
| 05/13/09 | H. SEIFE | Review of revised JPM document request (.4); review of revised Merrill request (.4); telephone conferences Merrill regarding document request (.3). | 1.10 hrs. |
| 05/13/09 | J. GIANNINI | Office meeting with B Dye re: various documentation matters. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   12


| 05/13/09 | N. T. ZINK | Further preparation of report on examination of prepetition financings (2.1); further research re unlawful dividend under Delaware law (.8); further preparation of report (2.4); attention to amended document requests to JPMorgan and Merrill Lynch, and T. Hall email re same (3); conference with F. Vazquez re "reasonably equivalent value" issue in connection with upstream guaranty where primary obligation was not incurred for value (.3); further preparation of report on examination of prepetition financings (2.8); | 11.40 hrs. |
|---|---|---|---|
| 05/13/09 | J. P. NARVAEZ | Research re: factors to be considered a "controlling shareholder" under Delaware law and finalized memo. | 2.00 hrs. |
| 05/13/09 | M. S. TOWERS | Revised good faith defenses memo | 0.60 hrs. |
| 05/14/09 | M. S. TOWERS | Reviewed and revised Potential Causes of Action memo. | 4.70 hrs. |
| 05/14/09 | N. T. ZINK | Research UFTA and UFCA (.4); continue preparation of Report on Examination of Prepetition Financings (1.6); Exchange emails with T. Hall re deposition of current Tribune general counsel in ESOP litigation (.3); further preparation of Report (2.1); conference with B. Dye and M. Towers re Report (.3); review Tribune Company SEC filings relating to the merger and tender offer (.4); further preparation of Report (2.3) | 7.40 hrs. |
| 05/14/09 | H. SEIFE | Review of document production responses. | 1.20 hrs. |
| 05/14/09 | F. VAZQUEZ | Conferences w/Zink, Dye and Towers re: remaining steps re: fraudulent conveyance analysis (1.6); draft section re: preference defense (1.9); review SEC filings and compare to preliminary report | 8.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   13

|  |  |  |  |
|---|---|---|---|
|  |  | (0.6); draft insert re: dividends/redemption and reasonably equivalent value (.9); update discovery chart (0.5). Review discovery request to JPM (0.2).  Review responses to discovery request from Wasserman (Zell) and Reyes (0.4); review and revise fraudulent conveyance analysis (2.5). |  |
| 05/14/09 | B. DYE | Research substantive law in footnotes in Tribune report for Ted Zink. | 9.70 hrs. |
| 05/14/09 | T. HALL | Calls to Sidley and e-mail re: same (0.3); call Reyes counsel and e-mail re: same (0.3); call JPM counsel and e-mail re: same (0.2); work on amended document request to shareholders (0.6). | 1.40 hrs. |
| 05/14/09 | M. A. ALPERT | Reviewed memos re: issues involving Zell buy-out. | 0.50 hrs. |
| 05/14/09 | B. G. CARSON | Prepare summary of underwriting agreement re: sale of Chandler Trusts stock. | 3.50 hrs. |
| 05/15/09 | B. G. CARSON | Research Delaware corporate law prohibition on stock repurchases that impair capital in the context of December 2007 cash-out merger. | 1.90 hrs. |
| 05/15/09 | M. A. ALPERT | Reviewed memos re: issues involving Zell buy-out (0.6); confs. re: same (0.2). | 0.80 hrs. |
| 05/15/09 | B. DYE | Research substantive law in footnotes in Report for T.Zink. | 6.60 hrs. |
| 05/15/09 | G. BRADSHAW | Research on Fraudulent Transfer (.6). | 0.60 hrs. |
| 05/15/09 | N. T. ZINK | Research solvency opinion preparer liability for negligent opinion (.9); draft section of Report on Examination of Prepetition Financings re solvency opinions (.8); review Tender Offer Statement re solvency opinions (.3); further drafting of Report | 7.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     June 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    14

|  |  |  |  |
|---|---|---|---|
|  |  | (2.1); review Underwriting Agreement among the Company, Goldman, Sachs & Co. and the Chandler Trusts (.4); review summary of same prepared by B. Carson (.1); draft section of Report on Examination of Prepetition Financings re Underwriting Agreement (.4); further drafting of Report (2.6) |  |
| 05/15/09 | F. VAZQUEZ | Conference w/Dye re: fraudulent conveyance analysis (0.1); conference w/Zink re: fraudulent conveyance analysis (0.2). | 0.30 hrs. |
| 05/15/09 | M. S. TOWERS | Reviewed and revised Memo on Possible Causes of Action. | 7.50 hrs. |
| 05/16/09 | M. S. TOWERS | Reviewed and revised memo on Potential Causes of Action. | 1.70 hrs. |
| 05/16/09 | F. VAZQUEZ | Review and revise fraudulent conveyance analysis (4.6); conference w/Zink regarding fraudulent conveyance analysis (0.4). | 5.00 hrs. |
| 05/16/09 | N. T. ZINK | Review legal standards applicable to preparation of solvency opinions (.5); examine in pari delicto doctrine and possible application to claims that might be asserted in the context of failed LBO's (.3); examine doctrine of corporate waste under Delaware law (.8); review and revise Report on Examination of Prepetition Financings (3.2); further review of SEC filings made in connection with Leveraged ESOP Transactions (.8); further review and revise Report (1.8). | 7.40 hrs. |
| 05/17/09 | N. T. ZINK | Review and revise section on possible defendants for Report on Examination of Prepetition Financings (2.7); review Tribune Company public filings in aid of preparing Report (1.2); further review and revision to section on possible defendants for Report | 7.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        June 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    15
```

|            |                |                                                                                                                                                                                                                                                     |            |
|------------|----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (2.8); consider claims that may be asserted against Tribune Company ESOP and conference with F. Vazquez re same (.4);                                                                                                                                |            |
| 05/17/09   | F. VAZQUEZ     | Conference w/Zink regarding fraudulent conveyance analysis (0.7). Review and revise fraudulent conveyance analysis (7.4). E-mails to and from Zink re: my review of the fraudulent conveyance analysis (0.3); e-mail to Dye regarding fraudulent conveyance analysis (0.1). | 8.50 hrs. |
| 05/17/09   | G. BRADSHAW    | Researched fraudulent transfer law for F. Vazquez (.7).                                                                                                                                                                                              | 0.70 hrs. |
| 05/17/09   | J. CROSS       | Review of Complete Documents proposal (.4); email to Hall re same (.1).                                                                                                                                                                             | 0.50 hrs. |
| 05/18/09   | J. CROSS       | Conf call w/ Complete Documents re proposal (.4); editing of same (.3).                                                                                                                                                                             | 0.70 hrs. |
| 05/18/09   | B. G. CARSON   | Research Delaware corporate law prohibition on stock repurchases that impair capital.                                                                                                                                                               | 1.70 hrs. |
| 05/18/09   | T. HALL        | Call Kaye Scholer re discovery request to Merrill.                                                                                                                                                                                                  | 0.10 hrs. |
| 05/18/09   | F. VAZQUEZ     | Revise discovery chart (0.2); conference with Zink re: fraudulent conveyance analysis (0.3); conference w/Dye re: fraudulent conveyance analysis (0.2); e-mail to Hall regarding GreatBanc (0.1).                                                    | 0.80 hrs. |
| 05/18/09   | N. T. ZINK     | Further preparation of Report on Examination of Prepetition Financings (3.2).                                                                                                                                                                       | 3.20 hrs. |
| 05/18/09   | H. SEIFE       | Conference T.Zink (.3); review and revise draft report (3.3).                                                                                                                                                                                       | 3.60 hrs. |
| 05/19/09   | F. VAZQUEZ     | E-mail from Neil regarding investigation (0.1); revise discovery chart (0.2).                                                                                                                                                                       | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


05/19/09   T. HALL        Call counsel for McCormack Trust      0.60 hrs.
                          and email re same (.4); emails re
                          amended reqeusts to shareholders
                          (.2).

05/19/09   J. CROSS       Editing of Complete Documents         0.60 hrs.
                          proposal (.3); email exchanges w/
                          Hall, Seife, Moloney re same (.3).

05/19/09   G. BRADSHAW    Prepared preference creditor list     0.30 hrs.
                          (.3).

05/20/09   G. BRADSHAW    Reviewed potential preference         1.40 hrs.
                          payment list of payments made to
                          creditors w/in 90 days (1.4).

05/20/09   F. VAZQUEZ     Conference w/Hall, Zink and Seife     1.60 hrs.
                          re: discovery and investigation
                          (1.2); review letter from Shifflet
                          re: McCormick (0.1); update
                          discovery chart (0.2); e-mail to
                          and from Hall re: Merrill (0.1).

05/20/09   B. DYE         Research substantive law in           6.50 hrs.
                          footnotes Report for T.Zink.

05/20/09   T. HALL        Review document vendor contract       2.90 hrs.
                          (0.5); revise letter and document
                          requests to Gibson Dunn (0.8);
                          meeting Seife, Zink, Cross,
                          Vazquez (0.9); review status chart
                          and e-mails re same (0.4); e-mails
                          re Kaye Scholer call (0.3).

05/20/09   H. SEIFE       Conference with T.Zink, T.Hall        3.60 hrs.
                          regarding investigation and
                          discovery (.6); review of Quarles
                          letter regarding discovery (.3);
                          review and revise draft report
                          (legal section) (2.7).

05/21/09   H. SEIFE       Review of JPM confi issues (.3);      1.50 hrs.
                          email T.Hall (.3); review and
                          revised confi agreement (.4);
                          review of document request to
                          directors (.5).

05/21/09   N. T. ZINK     Review draft letter to counsel for    1.10 hrs.
                          Chandler Trust directors and
                          amended discovery re Chandler
                          Trust sale of Tribune Company
                          stock (.1); attention to JPMorgan

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                 June 24, 2009
435 N. MICHIGAN AVENUE                                        Invoice ******
CHICAGO, IL 60611                                             Page    17

|            |                |                                                          |            |
|------------|----------------|----------------------------------------------------------|------------|
|            |                | confidentiality requests and T. Hall email re same (.1): phone conference with D. Rath re Report on Examination of Prepetition Financings (.1); prepare for and phone conference with D. Rath of Landis, Rath & Cobb re report (.2); review and revise draft confidentiality agreement for VRC discovery and email to T. Hall re same (.3); review and revise Merrill waiver letter and conference with F. Vazquez re same (.3); |            |
| 05/21/09   | D. E. DEUTSCH  | Telephone conversation with Damian Schaible re: lender document request (.2); follow-up with Tom Hall on same (.1). | 0.30 hrs.  |
| 05/21/09   | T. HALL        | Finalize letter and revised document request to Gibson (0.7); work on confidentiality agreement and e-mails re: same (1.4); call Zell counsel and e-mail re: same (0.3); call Kaye Scholer and e-mail re: same (0.2); e-mails Sweeney re: director discovery and website access (0.4); review updated status chart (0.2); review revised draft Merrill conflict letter (0.2). | 3.40 hrs.  |
| 05/21/09   | B. DYE         | Research substantive law and revise footnotes in Report.  | 4.40 hrs.  |
| 05/21/09   | F. VAZQUEZ     | Update discovery chart (0.4); review Merrill letter and revise (0.6); conferences w/Zink regarding fraudulent conveyance analysis and next steps (0.5); e-mail to and from Hall re:2004 exam (0.1); e-mail to Zink re: next steps (0.1). | 1.70 hrs.  |
| 05/21/09   | G. BRADSHAW    | Reviewed prepetition transactions (.4).                   | 0.40 hrs.  |
| 05/22/09   | B. DYE         | Research substantive law and revise footnotes in Report.  | 3.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   18


| | | | |
|---|---|---|---|
| 05/22/09 | T. HALL | Work on confidentiality agreement and e-mails re same. | 0.40 hrs. |
| 05/22/09 | N. T. ZINK | Further review and revision to Preliminary Report (1.1); further review of SEC filings (.8). | 1.90 hrs. |
| 05/22/09 | H. SEIFE | Work on confi issues (.8); emails T.Hall (.3); revise confi agreement (.4). | 1.50 hrs. |
| 05/22/09 | N. T. ZINK | Review and revise Preliminary Report on Examination of Prepetition Financings (1.1); further review and revise Report (2.1); | 3.20 hrs. |
| 05/22/09 | F. VAZQUEZ | Review confidentiality agreement w/JPMorgan (0.3); conference w/Zink re: next steps in fraudulent conveyance analysis (0.3); review preliminary report (2.2); conference w/Zink re: preliminary report (0.3). | 3.10 hrs. |
| 05/23/09 | N. T. ZINK | Review and revise Preliminary Report on Examination of Prepetition Financings (6.8). | 6.80 hrs. |
| 05/24/09 | T. HALL | Work on confidentiality agreement (0.5). | 0.50 hrs. |
| 05/25/09 | T. HALL | Revise confidentiality agreement and e-mails Davis Polk re same. | 0.50 hrs. |
| 05/25/09 | H. SEIFE | Email T.Hall (.3); review of revised confi agreement (.3); review and revise draft report to Committee (2.2). | 2.80 hrs. |
| 05/26/09 | H. SEIFE | Review and revise report to Committee regarding LBO/FC. | 3.30 hrs. |
| 05/26/09 | T. HALL | Work on VRC confidentiality agreement (0.7) work on document demand to Cantigny (0.4); email Sweeney (0.1). | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            June 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   19


05/26/09   F. VAZQUEZ        Update discovery chart (0.3);           3.80 hrs.
                             draft Rule 2004 motion (2.5);
                             conference w/Zink re: fraudulent
                             conveyance analysis (0.5);
                             conference w/Bava re: SEC filings
                             (0.1); draft request to Cantigay
                             Foundation (0.2); e-mail to Hall
                             re: Cantigay (0.2).

05/27/09   F. VAZQUEZ        Conference w/Zink and Seife            3.30 hrs.
                             regarding preference analysis
                             (0.4); review preliminary report
                             and comments thereto (2.1); review
                             and circulate comments to VRC CA
                             (0.5); conference w/Zink re: VRC
                             CA (0.1); e-mail from Hall re:
                             discussion w/Wasserman (0.1);
                             update discovery chart (0.1).

05/27/09   H. SEIFE          Review and revise draft report to      2.20 hrs.
                             Committee.

05/27/09   N. T. ZINK        Review case law regarding              4.90 hrs.
                             vulnerability of upstream
                             guarantees to fraudulent transfer
                             claims and indirect benefit
                             principle as it relates to
                             validation of upstream guarantees
                             (1.2); further preparation of
                             facts section of Report on
                             Examination of Prepetition
                             Financings (1.2); further
                             preparation of report (1.5);
                             review Tribune Company SEC filings
                             re Leveraged ESOP Transaction
                             (1.0);

05/28/09   N. T. ZINK        Review and revise Preliminary          2.40 hrs.
                             Report on Examination of
                             Prepetition Financings (2.4).

05/28/09   H. SEIFE          Review discovery requests (.4);        3.10 hrs.
                             review and revise report to
                             Committee (2.7).

05/28/09   F. VAZQUEZ        Review and revise Rule 2004 motion     4.20 hrs.
                             (1.3); conference w/Zink re:
                             discovery and Rule 2004 motion
                             (0.3); research fiduciary duties
                             (1.2); conference w/Zink re:
                             fiduciary duties (0.3); review
                             e-mails from Hall re: discovery

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          June 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   20

|          |                |                                                                                                                                                                                                                                                                                      |            |
|----------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |                | (0.1); update discovery chart (0.1); review preliminary report (1.2).                                                                                                                                                                                                                |            |
| 05/28/09 | B. DYE         | Research substantive law and revise footnotes in Report.                                                                                                                                                                                                                             | 1.00 hrs.  |
| 05/28/09 | G. BRADSHAW    | Reviewed preference payment list (.7).                                                                                                                                                                                                                                                | 0.70 hrs.  |
| 05/29/09 | D. E. DEUTSCH  | Review new court filing on Debtors' reservation of certain rights (.2).                                                                                                                                                                                                               | 0.20 hrs.  |
| 05/29/09 | D. M. LeMAY    | E-mail regarding Debtors proposed confidentiality agreement.                                                                                                                                                                                                                          | 0.20 hrs.  |
| 05/29/09 | F. VAZQUEZ     | Conference w/Zink regarding next steps in fraudulent conveyance analysis.                                                                                                                                                                                                             | 0.10 hrs.  |
| 05/29/09 | H. SEIFE       | Review and revise fact section to report to Committee on LBO.                                                                                                                                                                                                                         | 3.40 hrs.  |
| 05/29/09 | N. T. ZINK     | Review and revise Preliminary Report on Examination of Prepetition Financings (3.2); further revisions to Preliminary Report (1.2).                                                                                                                                                   | 4.40 hrs.  |
| 05/29/09 | T. HALL        | Draft confidentiality agreement to VRC (0.7); emails and call Zell counsel (0.5); letter Cantigny Foundation counsel and finalize document request to it (1.0); call counsel to Miles White (0.2); confer J. Noble re background (0.2); review debtors motion for Rule 502(d) order and emails re same (0.4). | 3.00 hrs.  |
| 05/30/09 | N. T. ZINK     | Review and revise Preliminary Report on Examination of Prepetition Financing (5.5).                                                                                                                                                                                                   | 5.50 hrs.  |
| 05/30/09 | D. E. DEUTSCH  | Address inquiry from Ted Zink related to financing analysis for insertion into fraudulent conveyance report.                                                                                                                                                                          | 0.20 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

June 24, 2009
Invoice ******
Page   21


**Total Fees for Professional Services............. $315,982.50**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .20 | 165.00 |
| H. SEIFE | 955.00 | 31.40 | 29987.00 |
| M. A. ALPERT | 795.00 | 1.30 | 1033.50 |
| N. T. ZINK | 765.00 | 159.40 | 121941.00 |
| R. M. LEDER | 955.00 | .40 | 382.00 |
| T. HALL | 795.00 | 28.20 | 22419.00 |
| B. G. CARSON | 395.00 | 7.10 | 2804.50 |
| D. E. DEUTSCH | 635.00 | .90 | 571.50 |
| F. VAZQUEZ | 595.00 | 86.60 | 51527.00 |
| J. CROSS | 595.00 | 3.10 | 1844.50 |
| D. BAVA | 260.00 | 1.10 | 286.00 |
| J. GIANNINI | 585.00 | .30 | 175.50 |
| J. P. NARVAEZ | 395.00 | 10.10 | 3989.50 |
| M. S. TOWERS | 395.00 | 61.20 | 24174.00 |
| B. DYE | 345.00 | 82.30 | 28393.50 |
| G. BRADSHAW | 345.00 | 55.10 | 19009.50 |
| P. WILLAN | 345.00 | 21.10 | 7279.50 |
| TOTALS | | 549.80 | 315982.50 |