Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  06/24/2009 2:51:12 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/23/2009 | | | FAX | 1.00 | 4.00 | 4.00 | FACSIMILE | 26332758 |
| | | | | | | | Fax No. : 908-277-6036 | |
| | | | | | | | Sender: Word Processing | |
| | | | | | | | Recipient: Hall | |
| | | | | | | | ref no: 105684 | |
| 05/24/2009 | | | FAX | 1.00 | 4.00 | 4.00 | FACSIMILE | 26332759 |
| | | | | | | | Fax No. : 908-277-6036 | |
| | | | | | | | Sender: Word Processing | |
| | | | | | | | Recipient: Hall | |
| | | | | | | | ref no: 105683 | |
| | | UNBILLED TOTALS: WORK: | | | | 8.00 | 2 records | |
| | | UNBILLED TOTALS: BILL: | | | | 8.00 | | |
| | | GRAND TOTAL: WORK: | | | | 8.00 | 2 records | |
| | | GRAND TOTAL: BILL: | | | | 8.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 04/14/2009 | | | TEL | 388.00 | 0.07 | 26.94 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 388<br>NUMBER of CALLERS:: 8<br>TIME of DAY: 09:56 | 26353314 |
| 04/14/2009 | | | TEL | 65.00 | 0.07 | 4.52 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 65<br>NUMBER of CALLERS:: 3<br>TIME of DAY: 10:58 | 26353315 |
| 04/15/2009 | | | TEL | 326.00 | 0.07 | 22.63 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 326<br>NUMBER of CALLERS:: 7<br>TIME of DAY: 09:59 | 26353316 |
| 04/16/2009 | | | TEL | 138.00 | 0.07 | 9.59 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 138<br>NUMBER of CALLERS:: 7<br>TIME of DAY: 15:29 | 26353317 |
| 04/16/2009 | | | TEL | 3396.00 | 0.34 | 1,148.62 | TELEPHONE CHARGES CALLER: Howard Seife CNCT : 3396 NUMBER of CALLERS:: 30 TIME of DAY: 4/16/09 - 11:04 | 26353321 |
| 04/22/2009 | | | TEL | 190.00 | 0.07 | 13.20 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 190<br>NUMBER of CALLERS:: 6<br>TIME of DAY: 09:59 | 26353318 |
| 04/28/2009 | | | TEL | 186.00 | 0.07 | 12.92 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 186<br>NUMBER of CALLERS:: 5<br>TIME of DAY: 09:59 | 26353319 |
| 04/29/2009 | | | TEL | 250.00 | 0.07 | 17.37 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 250<br>NUMBER of CALLERS:: 7<br>TIME of DAY: 10:00 | 26353320 |
| 04/30/2009 | | | TEL | 2480.00 | 0.36 | 894.91 | TELEPHONE CHARGES CALLER: Howard Seife CNCT : 2480 NUMBER of CALLERS:: 27 TIME of DAY: 4/30/09 - 11:15 | 26353322 |
| 05/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:25<br>NUM CALLED: 3126662833<br>021055 | 26278682 |
| 05/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:53<br>NUM CALLED: 3025736491<br>021130 | 26278683 |
| 05/04/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 4<br>TIME of DAY: (H:M:S): 14:36<br>NUM CALLED: 3024674410<br>021251 | 26278684 |
| 05/04/2009 | | | TEL | 4.00 | 0.42 | 1.69 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 4<br>TIME of DAY: (H:M:S): 16:18<br>NUM CALLED: 9734493025<br>021348 | 26278685 |
| 05/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265487 | 26278717 |

Case 08-13141-BLS    Doc 1649-6    Filed 06/26/09    Page 3 of 13

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                    Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:44 | |
| | | | | | | | NUM CALLED: 8472276624 | |
| | | | | | | | 021327 | |
| 05/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278686 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:58 | |
| | | | | | | | NUM CALLED: 4156932034 | |
| | | | | | | | 021816 | |
| 05/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278687 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:02 | |
| | | | | | | | NUM CALLED: 3025736492 | |
| | | | | | | | 021820 | |
| 05/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278688 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:34 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 021906 | |
| 05/05/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26278689 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:40 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 021911 | |
| 05/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278690 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:02 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 021930 | |
| 05/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278691 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:23 | |
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 021937 | |
| 05/05/2009 | | | TEL | 38.00 | 0.07 | 2.64 | TELEPHONE CHARGES | 26353324 |
| | | | | | | | CALLER: N. Theodore Zink | |
| | | | | | | | CNCT : 38 | |
| | | | | | | | NUMBER of CALLERS:: 2 | |
| | | | | | | | TIME of DAY: 16:59 | |
| 05/06/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278692 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:40 | |
| | | | | | | | NUM CALLED: 3173711787 | |
| | | | | | | | 022011 | |
| 05/06/2009 | | | TEL | 2.00 | 0.43 | 0.85 | TELEPHONE CHARGES | 26278693 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:15 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 022040 | |
| 05/06/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278694 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:11 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 022087 | |
| 05/06/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278695 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:56 | |
| | | | | | | | NUM CALLED: 3025736491 | |
| | | | | | | | 022125 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM                                Page 3

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/06/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 5<br>TIME of DAY: (H:M:S): 13:02<br>NUM CALLED: 4158480308<br>022179 | 26278696 |
| 05/06/2009 | | | TEL | 8.00 | 0.22 | 1.78 | TELEPHONE CHARGES<br>EXT: 265491<br>CNCT: 8<br>TIME of DAY: (H:M:S): 14:51<br>NUM CALLED: 3104432342<br>022251 | 26278697 |
| 05/06/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 6<br>TIME of DAY: (H:M:S): 15:24<br>NUM CALLED: 3024674435<br>022269 | 26278698 |
| 05/06/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 6<br>TIME of DAY: (H:M:S): 16:23<br>NUM CALLED: 3173711787<br>022324 | 26278699 |
| 05/06/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:20<br>NUM CALLED: 4792770395<br>022373 | 26278700 |
| 05/06/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 18:17<br>NUM CALLED: 4792770395<br>022403 | 26278701 |
| 05/06/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265487<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:57<br>NUM CALLED: 3124663505<br>022028 | 26278718 |
| 05/06/2009 | | | TEL | 164.00 | 0.07 | 11.38 | TELEPHONE CHARGES<br>CALLER: Benjamin Carson<br>CNCT : 164<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 12:25 | 26353323 |
| 05/06/2009 | | | TEL | 106.00 | 0.07 | 7.36 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 106<br>NUMBER of CALLERS:: 4<br>TIME of DAY: 09:59<br>19804.02.002 > MAT | 26353483 |
| 05/06/2009 | | | TEL | 196.00 | 0.07 | 13.61 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT : 196<br>NUMBER of CALLERS:: 7<br>TIME of DAY: 12:56<br>9804..002 > MAT | 26353484 |
| 05/07/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 08:58<br>NUM CALLED: 3128537515<br>022477 | 26278702 |
| 05/07/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1 | 26278703 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 4
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Ind. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TIME of DAY: (H:M:S): 11:25 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 022601 | |
| 05/07/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278704 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:20 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 022821 | |
| 05/07/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26278705 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:49 | |
| | | | | | | | NUM CALLED: 2023264020 | |
| | | | | | | | 022845 | |
| 05/07/2009 | | | TEL | 19.00 | 0.22 | 4.24 | TELEPHONE CHARGES | 26278706 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 19 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:01 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 022925 | |
| 05/07/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278707 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 20:10 | |
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 023000 | |
| 05/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278708 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:24 | |
| | | | | | | | NUM CALLED: 4792770395 | |
| | | | | | | | 024269 | |
| 05/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278709 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:58 | |
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 024457 | |
| 05/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278710 |
| | | | | | | | EXT: 265491 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:36 | |
| | | | | | | | NUM CALLED: 3104432342 | |
| | | | | | | | 024612 | |
| 05/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278719 |
| | | | | | | | EXT: 265304 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:19 | |
| | | | | | | | NUM CALLED: 3124664001 | |
| | | | | | | | 024636 | |
| 05/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278711 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:31 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 025140 | |
| 05/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278712 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:33 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 025142 | |
| 05/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26278713 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:40 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 025146 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 5
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/11/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 9<br>TIME of DAY: (H:M:S): 16:57<br>NUM CALLED: 3128537163<br>025162 | 26278714 |
| 05/11/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 18:49<br>NUM CALLED: 3107531324<br>025222 | 26278715 |
| 05/11/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 2<br>TIME of DAY: (H:M:S): 18:52<br>NUM CALLED: 4158480308<br>025223 | 26278716 |
| 05/12/2009 | | | TEL | 2.00 | 0.43 | 0.85 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 12:05<br>NUM CALLED: 9735350500<br>030197 | 26280561 |
| 05/12/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:48<br>NUM CALLED: 9144377670<br>030328 | 26280562 |
| 05/12/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:24<br>NUM CALLED: 3018540522<br>030421 | 26280563 |
| 05/12/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 7<br>TIME of DAY: (H:M:S): 20:50<br>NUM CALLED: 3104432342<br>030537 | 26280564 |
| 05/12/2009 | | | TEL | 138.00 | 0.07 | 9.59 | TELEPHONE CHARGES<br>CALLER: Douglas E. Deutsch<br>CNCT: 138<br>NUMBER of CALLERS:: 5<br>TIME of DAY: 09:57<br>9804..002 > MAT | 26353517 |
| 05/13/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:14<br>NUM CALLED: 8189546007<br>031819 | 26300218 |
| 05/13/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 2<br>TIME of DAY: (H:M:S): 11:15<br>NUM CALLED: 8189546007<br>031915 | 26300219 |
| 05/13/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 2<br>TIME of DAY: (H:M:S): 11:17<br>NUM CALLED: 2023264000<br>031920 | 26300220 |
| 05/13/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265502 | 26300221 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                    Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:19 | |
| | | | | | | | NUM CALLED: 3018540522 | |
| | | | | | | | 031925 | |
| 05/13/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26300222 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:13 | |
| | | | | | | | NUM CALLED: 4158480304 | |
| | | | | | | | 031970 | |
| 05/13/2009 | | | TEL | 2.00 | 0.43 | 0.85 | TELEPHONE CHARGES | 26300223 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:30 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 031991 | |
| 05/13/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26300224 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:43 | |
| | | | | | | | NUM CALLED: 4158480304 | |
| | | | | | | | 031997 | |
| 05/13/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26300225 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:46 | |
| | | | | | | | NUM CALLED: 6314701866 | |
| | | | | | | | 032265 | |
| 05/14/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26300923 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:50 | |
| | | | | | | | NUM CALLED: 9735974280 | |
| | | | | | | | 033933 | |
| 05/14/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26300924 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:28 | |
| | | | | | | | NUM CALLED: 3128537780 | |
| | | | | | | | 033684 | |
| 05/14/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26300925 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:42 | |
| | | | | | | | NUM CALLED: 8472276624 | |
| | | | | | | | 033701 | |
| 05/15/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26301464 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:16 | |
| | | | | | | | NUM CALLED: 5163854862 | |
| | | | | | | | 035211 | |
| 05/15/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26301465 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:32 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 035325 | |
| 05/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302114 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:24 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 036947 | |
| 05/18/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26302115 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:55 | |
| | | | | | | | NUM CALLED: 3128537515 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 7
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 037259 | |
| 05/18/2009 | | | TEL | 3.00 | 0.42 | 1.27 | TELEPHONE CHARGES | 26302116 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 20:02 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 037300 | |
| 05/18/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES | 26302117 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 22:02 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 037311 | |
| 05/18/2009 | | | TEL | 42.00 | 0.22 | 9.37 | TELEPHONE CHARGES | 26302118 |
| | | | | | | | EXT: 261016 | |
| | | | | | | | CNCT: 42 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:02 | |
| | | | | | | | NUM CALLED: 3128537072 | |
| | | | | | | | 037034 | |
| 05/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302119 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:11 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 036934 | |
| 05/18/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES | 26302120 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:56 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 037098 | |
| 05/18/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26302121 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:22 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 037272 | |
| 05/19/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302773 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:06 | |
| | | | | | | | NUM CALLED: 4158480308 | |
| | | | | | | | 038486 | |
| 05/19/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302774 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:16 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 038495 | |
| 05/19/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302775 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:06 | |
| | | | | | | | NUM CALLED: 9782507937 | |
| | | | | | | | 038792 | |
| 05/19/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES | 26302776 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:33 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 038824 | |
| 05/19/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26302777 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:04 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 038658 | |
| 05/19/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES | 26302778 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                      Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:52 | |
| | | | | | | | NUM CALLED: 3127155038 | |
| | | | | | | | 038789 | |
| 05/20/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26312178 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:57 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 040264 | |
| 05/20/2009 | | | TEL | 10.00 | 0.22 | 2.23 | TELEPHONE CHARGES | 26312179 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 10 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:59 | |
| | | | | | | | NUM CALLED: 3107531324 | |
| | | | | | | | 040274 | |
| 05/20/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26312180 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:04 | |
| | | | | | | | NUM CALLED: 9782507890 | |
| | | | | | | | 040318 | |
| 05/20/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26312181 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:57 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 040261 | |
| 05/20/2009 | | | TEL | 141.00 | 0.07 | 9.80 | TELEPHONE CHARGES | 26393261 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 141 | |
| | | | | | | | NUMBER of CALLERS:: 4 | |
| | | | | | | | TIME of DAY: 09:57 | |
| 05/21/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES | 26312819 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:17 | |
| | | | | | | | NUM CALLED: 9782507890 | |
| | | | | | | | 041718 | |
| 05/21/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26312820 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:07 | |
| | | | | | | | NUM CALLED: 3025736492 | |
| | | | | | | | 041892 | |
| 05/21/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26312821 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:46 | |
| | | | | | | | NUM CALLED: 3024674400 | |
| | | | | | | | 041608 | |
| 05/21/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26312822 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:53 | |
| | | | | | | | NUM CALLED: 3024674435 | |
| | | | | | | | 041698 | |
| 05/21/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26312823 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:03 | |
| | | | | | | | NUM CALLED: 3024674435 | |
| | | | | | | | 041710 | |
| 05/21/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26312824 |
| | | | | | | | EXT: 265356 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:36 | |
| | | | | | | | NUM CALLED: 3024674400 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM   Page 9

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 041509 | |
| 05/21/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265487<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:45<br>NUM CALLED: 3124663505<br>041514 | 26312825 |
| 05/22/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 11<br>TIME of DAY: (H:M:S): 16:00<br>NUM CALLED: 7737937459<br>043064 | 26313271 |
| 05/26/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265477<br>CNCT: 2<br>TIME of DAY: (H:M:S): 11:47<br>NUM CALLED: 6306685161<br>045075 | 26325644 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:17<br>NUM CALLED: 3024674435<br>045097 | 26325645 |
| 05/26/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 9<br>TIME of DAY: (H:M:S): 15:01<br>NUM CALLED: 8184606660<br>045260 | 26325646 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:45<br>NUM CALLED: 7042271057<br>045343 | 26325647 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:24<br>NUM CALLED: 3128537891<br>045371 | 26325648 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:26<br>NUM CALLED: 2138966022<br>045374 | 26325649 |
| 05/26/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 6<br>TIME of DAY: (H:M:S): 17:39<br>NUM CALLED: 8184606660<br>045383 | 26325650 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:51<br>NUM CALLED: 4158480335<br>045389 | 26325651 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 18:13<br>NUM CALLED: 8189546007<br>045403 | 26325652 |
| 05/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26325660 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]     Page 10
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXT: 265168 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:50 | |
| | | | | | | | NUM CALLED: 3128537891 | |
| | | | | | | | 045129 | |
| 05/27/2009 | | | TEL | 5.00 | 0.42 | 2.12 | TELEPHONE CHARGES | 26325653 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:41 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 045512 | |
| 05/27/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26325654 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:54 | |
| | | | | | | | NUM CALLED: 3129602707 | |
| | | | | | | | 045577 | |
| 05/27/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES | 26325655 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:10 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 045598 | |
| 05/27/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26325656 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 21:44 | |
| | | | | | | | NUM CALLED: 3024257162 | |
| | | | | | | | 045926 | |
| 05/28/2009 | | | TEL | 5.00 | 0.42 | 2.12 | TELEPHONE CHARGES | 26325657 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:10 | |
| | | | | | | | NUM CALLED: 5163854862 | |
| | | | | | | | 046266 | |
| 05/28/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26325658 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:26 | |
| | | | | | | | NUM CALLED: 2103809055 | |
| | | | | | | | 046437 | |
| 05/28/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26325659 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:35 | |
| | | | | | | | NUM CALLED: 2103809055 | |
| | | | | | | | 046441 | |
| 05/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26326762 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:29 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 049215 | |
| 05/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26326763 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:53 | |
| | | | | | | | NUM CALLED: 3124663505 | |
| | | | | | | | 049142 | |
| 05/29/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26326764 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:27 | |
| | | | | | | | NUM CALLED: 3125585230 | |
| | | | | | | | 049166 | |
| 05/29/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES | 26326765 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:52 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM                                Page 11

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3125585230 | |
| | | | | | | | 049186 | |
| 05/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26326766 |
| | | | | | | | EXT: 265304 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:13 | |
| | | | | | | | NUM CALLED: 3127155000 | |
| | | | | | | | 049244 | |
| 05/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26326767 |
| | | | | | | | EXT: 265304 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:14 | |
| | | | | | | | NUM CALLED: 3127155000 | |
| | | | | | | | 049246 | |
| 05/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26326768 |
| | | | | | | | EXT: 265304 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:15 | |
| | | | | | | | NUM CALLED: 3127155000 | |
| | | | | | | | 049249 | |
| | | UNBILLED TOTALS: WORK: | | | | 2,284.88 | 120 records | |
| | | UNBILLED TOTALS: BILL: | | | | 2,284.88 | | |
| | | GRAND TOTAL: WORK: | | | | 2,284.88 | 120 records | |
| | | GRAND TOTAL: BILL: | | | | 2,284.88 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   06/24/2009 2:51:12 PM                                                                     Page 1

| Date | Initials | Name Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/20/2009 | | | TELH | 1.00 | 27.30 | 27.30 | TELEPHONE CHARGES - Vendor: EDWARD CHIN- PETTY | 26297349 |
| | | | | | | | CASHIER PHONE CHRGS 04/13 T. ZINK | |
| | | Voucher=1366481 Paid | | | | | Vendor=EDWARD CHIN- PETTY CASHIER  Balance= .00  Amount= | |
| | | | | | | | 3171.87 | |
| | | | | | | | Check #315887  05/20/2009 | |
| 05/27/2009 | | | TELH | 1.00 | 42.46 | 42.46 | TELEPHONE CHARGES - Vendor: HOWARD SEIFE | 26315269 |
| | | | | | | | BLACKBERRY PHONE REINBURSEMENT | |
| | | Voucher=1366936 Paid | | | | | Vendor=HOWARD SEIFE  Balance= .00  Amount= 84.93 | |
| | | | | | | | Check #316013  05/27/2009 | |
| | | UNBILLED TOTALS:  WORK: | | | | 69.76 | 2 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 69.76 | | |
| | | GRAND TOTAL:   WORK: | | | | 69.76 | 2 records | |
| | | GRAND TOTAL:   BILL: | | | | 69.76 | | |