### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### DECLARATION OF JOHN R. FEORE IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING DEBTORS AND DEBTORS IN POSSESSION TO EMPLOY AND RETAIN DOW LOHNES PLLC AS SPECIAL COUNSEL FOR CERTAIN REGULATORY (FCC AND BROADCAST) MATTERS PURSUANT TO 11 U.S.C. § § 327(e) AND 1107, NUNC PRO TUNC TO THE PETITION DATE

JOHN R. FEORE declares as follows:

1.    I am a member of the firm of Dow Lohnes PLLC ("Dow Lohnes") which maintains

offices for the practice of law at 1200 New Hampshire Ave., NW, Suite 800, Washington, D.C.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

20036-6802. I am duly licensed in and am a member in good standing of the bar for the District of Columbia.

2.      I submit this Declaration in support of the Debtors application (the "Application") for entry of an order authorizing the retention of Dow Lohnes as attorneys for the above-captioned debtors and debtors-in-possession (the "Debtors") in these Chapter 11 cases, pursuant to sections 327(e) and 1107 of title 11 of the United States Code, 11 U.S.C. § § 101-1532 (the "Bankruptcy Code"), effective as of the Petition Date (as defined in the Application), and to comply with sections 328, 329 and 504 of the Bankruptcy Code, Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

## SERVICES TO BE RENDERED

3.      The Debtors have requested that Dow Lohnes act as their special regulatory counsel for certain matters that are likely to arise in these cases. More particularly, Dow Lohnes will work with the Debtors and their officers, directors, senior management and advisors with respect to Federal Communications Commission ("FCC") and broadcast matters, including, for example, (i) ensuring full compliance of the Debtors with the rules, regulations and policies of the FCC and the provisions of the Communications Act; (ii) ensuring that the Debtors and their affiliates satisfy the foreign ownership limitations contained in Section 310 of the Communications Act; (iii) seeking from the FCC, as necessary, appropriate ownership rule waivers to cover the newspaper-broadcast properties owned by certain of the Debtors and servicing the New York, Los Angeles, Chicago, Hartford and Miami markets; (iv) obtaining all other approvals and rule waivers that may be necessary pursuant to FCC rules, regulation and policies; (v) defending against any challenges to the FCC transfer applications including proceedings before the FCC

and, if necessary, the United States Courts of Appeals; (vi) working with bankruptcy and tax counsel for the Debtors to ensure that FCC requirements and procedures are fully coordinated with and complementary to the proceedings before the bankruptcy court; (vii) ensuring full compliance by the Debtors' broadcast stations with all the requirements of the FCC during and through the reorganization processes; and (viii) preparing and filing with the FCC, as directed by the Debtors, all necessary applications, reports and updates to accomplish the above.  Dow Lohnes also stands ready to perform such other legal services as are within the scope of the matters on which Dow Lohnes has been retained that may be necessary and appropriate for the efficient and economical administration of these Chapter 11 cases.  Dow Lohnes has extensive expertise in providing services in similar to the matters for which Dow Lohnes has been retained.

## STATEMENT OF CONNECTIONS

4.      Neither the firm of Dow Lohnes, any member or associate thereof, nor I, insofar as I have been able to ascertain, represents any interest adverse to that of the Debtors' estates in the matters upon which the Debtors seek to retain Dow Lohnes, and I believe the firm to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code in that: (a) neither the firm of Dow Lohnes, any member or associate thereof, nor I, insofar as I have been able to ascertain, is a creditor, an equity holder or an insider of the Debtors; (b) neither the firm of Dow Lohnes, any member or associate thereof, nor I, insofar as I have been able to ascertain, is or was within two years before the Petition Date, a director, officer, or employee of the Debtors; and (c) neither the firm of Dow Lohnes, any member or associate thereof, nor I, insofar as I have been able to ascertain, has an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

5.      Except as otherwise set forth herein, neither the firm of Dow Lohnes, any member or

associate thereof, nor I, insofar as I have been able to ascertain, has any connection with the

Debtors, the Debtors' directors and executive management, the Debtors' other professionals, the

Debtors' major shareholders, the Debtors' major secured creditors, the Debtors' major unsecured

creditors, the Judges of the United States Bankruptcy Court for the District of Delaware, the

United States Trustee (Region 3), and the Assistant Trustees and Trial Attorneys for the office of

the United States Trustee, except that the firm, its members and associates and I: (a) may appear,

may have appeared, and may in the future appear, in cases or proceedings under the Bankruptcy

Code or otherwise not related to the Debtors where one or more of the aforesaid parties may

have been or may be involved; and (b) may represent, may have represented, or may in the future

represent certain creditors of the Debtors in matters not related to the Debtors.

6.      Neither the firm of Dow Lohnes, any member or associate thereof, nor I, insofar as I have

been able to ascertain, is so connected with any Bankruptcy Judge of the District of Delaware,

the United States Trustee (Region 3), and the Assistant Trustees and Trial Attorneys for the

office of the United States Trustee, as to render the appointment of Dow Lohnes as counsel for

the Debtors inappropriate under Bankruptcy Rule 5002(b).

7.      Because of the nature of the Debtors' corporate structure, relationships between Dow

Lohnes (on the one hand) and the Debtors and/or their creditors or affiliates (on the other hand),

may have existed in past years and may exist in the future.  Any such contacts or relationships do

not relate to the Debtors' bankruptcy cases and thus do not create and conflicts with respect to

Dow Lohnes' representation of the Debtors.  Dow Lohnes is a large law firm and as such, the

firm's conflict clearance procedures are understandably complex.  Nonetheless, as of the date of

this Declaration, the firm believes it has materially completed its investigation of its contacts

4

with these cases, based upon the information provided to Dow Lohnes by the Debtors, subject to its continuing duty to disclose any additional information that comes to light.

8.      The Debtors provided to Dow Lohnes the names on the list attached hereto as <u>Exhibit A</u> and incorporated herein by reference (collectively the "<u>Potential Parties in Interest</u>"), including the following individuals or entities who may be parties in interest to these Chapter 11 cases: the Debtors, the Debtors' directors and executive management, the Debtors' major secured creditors, the Debtors' top 30 unsecured creditors, the judges of the United State Bankruptcy Court for the District of Delaware, the United States Trustee (Region 3), and the Assistant Trustees and Trial Attorneys for the office of the United States Trustee,  certain equity holders and former equity holders and certain other significant parties in these Chapter 11 cases.

9.      Dow Lohnes entered the names of the Potential Parties in Interest into a computer database containing the names of all clients and conflict information concerning such clients of Dow Lohnes.  Through the information generated from the above-mentioned computer inquiry and through follow-up inquiries with Dow Lohnes' attorneys as described herein, it was determined that Dow Lohnes had represented no party adverse to the Debtors or the Debtors' estates with respect to the matters on which Dow Lohnes is to be employed, except as identified below.

10.     Based on the conflicts clearance process identified above, certain Potential Parties in Interest were revealed to be a client of or otherwise affiliated with a client of Dow Lohnes, as set forth in <u>Exhibit B</u> attached hereto.  Dow Lohnes has represented these clients and/or their affiliates in connection with a variety of matters, and to the best of my knowledge none of the pending matters are related to these bankruptcy cases.

11.     Additionally, Dow Lohnes has represented in the last five years certain Potential Parties in Interest, or entities affiliated with these Potential Parties in Interest, in matters which to the best of my knowledge are unrelated to the Debtors and these cases as set forth in Exhibit C hereto.

12.     Based on the conflicts clearance process identified above, Dow Lohnes identified certain matters where Tribune and/or its related entities were listed as adverse parties, as set forth in Exhibit D attached hereto.  To the best of my knowledge, none of these matters are related to these bankruptcy cases or would inhibit Dow Lohnes' ability to serve the Debtors in this engagement.  As noted in Exhibit D, Dow Lohnes is currently assisting a partnership with a bid to acquire a controlling interest in the Chicago Cubs from Tribune Company.  This work is not related to the matters upon which the Debtors seek to retain Dow Lohnes, a waiver has been obtained from Tribune for the work and Dow Lohnes has ensured that there are procedures in place to maintain a screening wall between the attorneys working on these matters.

13.     I do not believe that any of these current or former representations constitutes a conflict with Dow Lohnes's representation of the Debtors nor will likely create a conflict in the future.

14.     The aforementioned matters are subject to the same restrictions Dow Lohnes places on all such representations in the context of a Chapter 11 debtor representation.  Dow Lohnes will not represent the Debtors without obtaining appropriate waivers, if necessary.

15.     While Dow Lohnes has undertaken, and continues to undertake, extensive efforts to identify connections with the Debtors and other parties in interest, it is possible that connections with some parties in interest have not yet been identified.  If Dow Lohnes, through its continuing

efforts, should learn of any new connection of the nature described herein, Dow Lohnes will so advise the Court.

16.    While employed by the Debtors during the pendency of these cases, Dow Lohnes will not represent, in those matters upon which the Debtors seek to retain Dow Lohnes, any other entity having an adverse interest in those matters.

**Statement Under Sections 329 and 504 of the Bankruptcy Code and Under Federal Rule of Bankruptcy Procedure 2016**

17.    In accordance with sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rule 2016, I hereby state that neither I nor Dow Lohnes has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these cases: (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith; (b) for payment of such compensation from the assets of the estates is excess of the compensation allowed by this Court pursuant to the applicable provisions of the Bankruptcy Code; or (c) for payment of compensation in connection with these cases other than in accordance with the applicable provisions of the Bankruptcy Code.

18.    A schedule of the hourly rates to be charged by Dow Lohnes in conjunction with these cases is attached hereto as Exhibit E and incorporated herein by reference.  These hourly rates are at or below Dow Lohnes' standard hourly rates, in accordance with practices customarily employed by Dow Lohnes, and generally accepted by its clients.  The hourly rates charged by Dow Lohnes professionals differ based upon, among other things, the professional's level of experience.  It is Dow Lohnes policy to adjust these rates annually to reflect economic and other

conditions.  Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters herein described.

19.     Dow Lohnes intends to apply for compensation for professional services rendered in connection with these Chapter 11 cases and for reimbursement of expenses in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and orders of the Court.

20.     The Debtors have made no advance payments for service to Dow Lohnes with respect to these matters, Dow Lohnes holds no retainer as an advance on these services and as of the Petition Date the Debtors did not owe Dow Lohnes any outstanding amounts.  Dow Lohnes has not entered into an engagement letter with the Debtors for these matters.

21.     Set forth on Exhibit F hereto is a summary payment history of all fees and expenses invoiced by Dow Lohnes and paid for by the Debtors during the year prior to the Debtors' bankruptcy filings.

22.     I have read the application of the Debtors for an order approving the retention of Dow Lohnes as attorneys for the Debtors that accompanies this Declaration and, to the best of my knowledge, information and belief, the contents of said application and this Declaration are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25 day of June, 2009, at Washington D.C.

# EXHIBIT A

## CONFLICTS LIST- TRIBUNE COMPANY, et al.

### DEBTORS

Tribune Company
435 Production Company
5800 Sunset Productions Inc.
Baltimore Newspaper Network, Inc.
California Community News Corporation
Candle Holdings Corporation
Channel 20, Inc.
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago River Production Company
Chicago Tribune Company
Chicago Tribune Newspapers, Inc.
Chicago Tribune Press Service, Inc.
ChicagoLand Microwave Licensee, Inc.
Chicagoland Publishing Company
Chicagoland Television News, Inc.
Courant Specialty Products, Inc.
Direct Mail Associates, Inc.
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
Eagle Publishing Investments, LLC
Forsalebyowner.com Corp.
Forsalebyowner.com Referral Services, LLC
Fortify Holdings Corporation
Forum Publishing Group, Inc.
Gold Coast Publications, Inc.
GreenCo, Inc.
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Homestead Publishing Co.
Hoy, LLC
Hoy Publications, LLC
InsertCo, Inc.
Internet Foreclosure Service, Inc.
JuliusAir Company, LLC
JuliusAir Company II, LLC
KIAH, Inc.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Los Angeles Times Communications LLC
Los Angeles Times International, Ltd.
Los Angeles Times Newspapers, Inc.
Magic T Music Publishing Company

NBBF, LLC
Neocomm, Inc.
New Mass. Media, Inc.
New River Center Maintenance Association, Inc.
Newscom Services, Inc.
Newspaper Readers Agency, Inc.
North Michigan Production Company
North Orange Avenue Properties, Inc.
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Patuxent Publishing Company
Publishers Forest Products Co. of Washington
Sentinel Communications News Ventures, Inc.
Shepard's, Inc.
Signs of Distinction, Inc.
Southern Connecticut Newspapers, Inc.
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun-Sentinel Company
The Baltimore Sun Company
The Daily Press, Inc.
The Hartford Courant Company
The Morning Call, Inc.
The Other Company LLC
Times Mirror Land and Timber Company
Times Mirror Payroll Processing Company, Inc.
Times Mirror Services Company, Inc.
TMLH 2, Inc.
TMLS I, Inc.
TMS Entertainment Guides, Inc.
Tower Distribution Company
Towering T Music Publishing Company
Tribune Broadcast Holdings, Inc.
Tribune Broadcasting Company
Tribune Broadcasting Holdco, LLC
Tribune Broadcasting News Network, Inc.
Tribune California Properties, Inc.
Tribune Direct Marketing, Inc.
Tribune Entertainment Company
Tribune Entertainment Production Company
Tribune Finance, LLC
Tribune Finance Service Center, Inc.
Tribune License, Inc.
Tribune Los Angeles, Inc.
Tribune Manhattan Newspaper Holdings, Inc.
Tribune Media Net, Inc.

Tribune Media Services, Inc.
Tribune Network Holdings Company
Tribune New York Newspaper Holdings, LLC
Tribune NM, Inc.
Tribune Publishing Company
Tribune Television Company
Tribune Television Holdings, Inc.
Tribune Television New Orleans, Inc.
Tribune Television Northwest, Inc.
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
WATL, LLC
WCWN LLC
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
WLVI Inc.
WPIX, Inc.
WTXX Inc.

## DEBTORS' CURRENT AND FORMER DIRECTORS AND OFFICERS

Lee Abrams
Lynne Adamson
Harry A. Amsden
Julie D. Anderson
Thomas J. Anischik
Michael D. Asher
Chris Avetisian
Cynthia Baker
Roger A. Bare
Robertson Barrett
Alexa A. Bazanos
Robert E. Bellack
David A. Bennett
Kelly F. Benson
Steve Bentz
Betty Ellen Berlamino
Judith Berman
Theodore J. Biedron
Chandler Bigelow III
Michael G. Bourgon
Kevin C. Boyd
Thomas F. Brown
Becky Brubaker
David A. Bucknor
Stephen M. Budihas
Thomas G. Caputo
Denise Carlisle

Patricia M. Carroll
Stephen D. Carver
Vincent Casanova
Patti Cazeaux
JEFFREY CHANDLER
Steve Charlier
Marc Chase
Robert Christie
Sean D. Compton
Kevin J. Connor
Ray Daley
Tom Davidson
Catherine A. Davis
Sam DeFroscia
Jennifer DeKarz
Larry Delia
Robert Delo
Phil Doherty
John D'Orlando
Jeff Dorsey
Tim Dukes
David P. Eldersveld
Steve Farber
Richard S. Feeney
James Feher
Jay Fehnel
Peter D. Filice
Thomas S. Finke
Karen H. Flax
Michael C. Foux
Timothy Franklin
Chris L. Fricke
Andy Friedman
Travis B. Fuller
Steve Gable
Rich Gamble
Michael Gart
Ernie C. Gates
Vince Giannini
Russell Gilbert
Dawn M. Girocco
Karlene W. Goller
Bradley Good
ROGER GOODAN
Richard J. Graziano
Howard Greenberg
Robert Gremillion
Charlotte H. Hall
Eddy W. Hartenstein
Linda Hastings

| | |
|---|---|
| Dana C. Hayes, Jr. | Dan Mitrovich |
| Greg Healy | John S. Moczulski |
| Jane E. Healy | Richard D. Molchany |
| John R. Hendricks | Roaldo W. Moran |
| Ardith Hilliard | Christopher C. Morrill |
| Chris Hochschild | Robyn L. Motley |
| Carolyn S. Hudspeth | Robin Mulvaney |
| Hank J. Hundemer | Gwen P. Murkami |
| Bonnie B. Hunter | Russ Newton |
| Tony Hunter | Tom Nork |
| Richard E. Inouye | Dennis G. O'Brien |
| Alice T. Iskra | Mike O'Connor |
| Kamran Izadapanah | William C. O'Donovan |
| Janice Jacobs | John T. O'Loughlin |
| Juliana Jaoudi | Daniel O'Sullivan |
| Kim Johnson | Bert Ortiz |
| Lee Jones | Rob T. Patton |
| Judy Juds | Pamela S. Pearson |
| Jeff Kapugi | John F. Poelking |
| Daniel G. Kazan | Scott G. Pompe |
| Gerould W. Kern | Andrea M. Pudliner |
| Anne S. Kelly | Myrna Ramirez |
| Timothy R. Kennedy | Robert S. Ramsey |
| Jerry L. Kersting | Charles Ray |
| Avido Khahaifa | Justo Rey |
| Jack D. Klunder | Jack Rodden |
| Patricia A. Kolb | Robert R. Rounce |
| Timothy Koller | Sheau-Ming Ross |
| Glenn G. Kranzley | Timothy Ryan |
| Kim A. McCleary LaFrance | Naomi B. Sachs |
| Eric Laimins | Linda Schaible |
| Thomas E. Langmyer | Raymond J. Schonbak |
| Jeffrey S. Levine | Stephen G. Seidl |
| Donald J. Liebentritt | Henry M. Segal |
| Brian F. Litman | Lynne A. Segall |
| Walter Mahoney | Charles J. Sennet |
| Christopher Manis | Dinesh Shah |
| John Manzi | Patrick M. Shanahan |
| Jerome P. Martin | Shaun M. Sheehan |
| Earl R. Maucker | Sharon A. Silverman |
| Gina Mazzaferri | Digby A. Solomon |
| David R. Mayersky | Laurence J. Sotsky |
| Richard McGerald | Gerald A. Spector |
| Patrick Scott McKibben | Russ Stanton |
| Don W. Meek | WILLIAM STINEHART, JR. |
| Nancy A. Meyer | Scott Sullivan |
| Eric Meyrowitz | Laura L. Tarvainen |
| Randy Michaels | Lou Tazioli |
| Susan M. Mitchell | Clifford L. Teutsch |
| Paul Mitnick | Doug Thomas |

Timothy J. Thomas
Kathy K. Thomson
Steve Tippie
John P. Trainor
William C. Trimarco
Cam Trinh
Phil Waterman
Michael E. Weiner
Gary Weitman
Jack Whisler
Marty Wilke
David D. Williams
Roger Williams
Ann B. Wilson
Ed Wilson
Timothy F. Windsor
Ed Wolf
Feli M. Wong
John D. Worthington, IV
Julie K. Xanders
Joseph A. Young
Owen Youngman
John S. Zabetakis
John E. Zelenka
Chandler Bigelow III
David P. Eldersveld
Daniel G. Kazan
Donald J. Liebentritt
Randy Michaels
Jeffrey S. Berg
Brian L. Greenspun
Betsy D. Holden
William A. Osborn
William C. Pate
Mark Shapiro
Maggie Wilderotter
Frank Wood
Samuel Zell

### THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation

NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

### DEBTORS' PREPETITION LENDERS

1798 Relative Value Master Fund Ltd.
40/86 Advisors Inc.
ABN AMRO Holding NV
ABP Investments US Inc.
Aegon USA Investment Management
AIG Global Investment Corp.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Alcentra Inc.
Allstate Investment Management Company
Amida Capital Management II, LLC
Anchorage Capital Group LLC
Angelo Gordon & Co LP
Ares Management LP
Avenue Advisors LLC
Babson Capital Management LLC
Banc Investment Group LLC
Bank of America N.A.
Barclays Bank plc
Basso Capital Management LP
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
BLT 39 LLC
Blue Mountain Capital Management LLC
Briscoe Capital Management
Callidus Capital Management LLC
Canadian Imperial Bank of Commerce
Canaras Capital Management LLC
Canyon Capital Advisors LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Carval Investors LLC

Chicago Fundamental Investment Partners LLC
Chimney Rock Value Fund, L.P.
Churchull Pacific Asset Management LLC
CIT Group Incorporated
Citicorp North America Inc.
Citigroup Financial Products Inc.
Claren Road Asset Management LLC
Clinton Group Inc.
Columbus Nova Credit Investments
Management LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management
Credit Suisse Group AG
Cypresstree Investment Management Co Inc.
Davidson Kempner Capital Management LLC
DC Funding Partners LLC
Deerfield Capital Management LLC
Delaware Management Business Trust
Deutsche Bank AG
Deutsche Investment Management Americas
Inc.
DiMaio Ahmad Capital LLC
Drake Capital Management LLC
Dry Brook Credit Opportunities Master Fund
Ltd.
Duquesne Capital Management LLC
Eaton Vance Mgmt
EBF & Associates LP
Elliott Management Corporation
Epic Asset Management LLC
Farallon Capital Management LLC
Feingold O'Keeffe Capital LLC
Fidelity Investment/Fidelity Mutual Fund
Comp
Fidelity Investments
FIG LLC
Firstlight Financial Corp.
Four Concers Capital Management LLC
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
Fraser Sullivan Investment Management LLC
GE Asset Management Inc.
General Electric Capital Corporation
GM Pension Plan
Goldentree Asset Management LP
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
Greywolf Capital Management LP
Gruss Asset Management Limited Partnership

GSO Capital Partners LP
Guggenheim Management LLC
Gulf Stream Asset Management LLC
Halcyon Structured Asset Management LP
Harbert Management Corporation
Harbourmaster CLO 10 B V
Harbourmaster CLO 7 BV
Harbourmaster CLO 9 B V
Harbourmaster Pro Rata CLO 2 B V
Harch Capital Management
Hartford Investment Management Company
Highland Capital Management LP
Hillmark Capital Management LP
IKB Capital Corporation
ING Investment Management LLC
Invesco Inst NA Inc.
JD Capital Management LLC
Jefferson Pilot Financial Insurance Company
John Hancock A/C 62 JH High Yield Fund
(99140)
John Hancock Financial Services Inc.
JP Morgan BK Branch - 0802
JP Morgan Chase Bank, N.A.
Kingsland Capital Management LLC
KKR Financial Corporation
Knighthead Capital Management LLC
Latigo Partners LP
Lehman Brothers Commercial Bank
Lehman Brothers Holdings Inc.
Levine Leichtman Capital Partners Inc.
Littlejohn & Company
Loews Corporation
Loomis Sayles & Company LP
Lufkin Advisors LLC
Lyon Capital Management
Marathon Asset Management LLC
Massachusetts Financial Services Company
McDonnell Investment Management LLC
Meritage Fund Limited
Merrill Lynch & Co. Inc.
Metropolitan Life Insurance Company
Metropolitan West Asset Management LLC
MJX Asset Management LLC
Moore Capital Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management
Garda BV
Morgan Stanley Investment Management Inc.
as AgtINCAS AGT

Morgan Stanley Investment Management
Mezzano B V
Mountain Capital Advisors
MSD Capital LP
National City Corporation
Neuberger Berman LLC
New York Life Insurance Company
New York Life Investment Management
Newstart Factors Inc.
Nicholas-Applegate Capital Management LLC
Nomura Corporate Research & Asset
Management Inc.
Nomura Corporate Research & Asset Mgmt
Normandy Hill Capital LP
Oak Hill Advisors LP
Oaktree Capital Management LP
Octagon Credit Investors LLC
Onex Credit Partners LLC
Oppenheimer Funds Inc.
Orchid Investments, LLC
Ore Hill Part LLC
OZ Management LP
Pacific Investment Management Company
Paloma Partners Management Co Inc.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Patriarch Partners LLC
Pentwater Capital Management L P
Perry Corporation
Phoenix Investment Counsel
Pioneer Investment Management Inc.
Plainfield Asset Management LLC
PPM America Incorporated
Primus Asset Management Inc.
Princeton Advisory Group Inc.
Prudential Investment Management Inc
Putnam Advisory Co LLC
Putnam Investment Management LLC
Quadrangle Group LLC
R3 Capital Management LLC
Rabobank Int'l
Raven Asset Management LLC
Renaissance Reinsurance Limited
Riversource Investments LLC
Royal Bank of Scotland plc
Sandell Asset Management Corporation
Sandelman Partners LP
Sankaty Advisors Bain Capital
Satellite Asset Management LP
Scotia Capital Inc.

Security Management Company
SEIX Investment Advisors Incorporation
Seneca Capital Management
Serengeti Asset Management Limited
Partnership
Silver Point Capital LP – FSG
Silvermine Capital Management LLC
Smithwood Partners LLC
Societe Generale
Stichting Pensioenfonds ABP – Portfolio 1211
Stone Harbor Investment Partners LP
Stone Tower Debt Advisors LLC
Strategic Value Partners LLC
Sumitomo Mitsui Banking Corporation
Sunrise Partners Limited Partnership
Swiss Reinsurance Company Ltd.
Symphony Asset Management LLC
T2 Advisers LLC
Taconic Capital Advisors LLC
Tall Tree Investment Management LLC
Talon Asset Management Inc.
TCW Asset Management Co.
The Norinchukin Bank
Trimaran Advr LLC
Trusco-Ridgeworth Funds High Income Fund
Trusco-Ridgeworth Funds Strategic Income
Fund
UBS AG
UBS O'Connor LLC
Van Kampen Asset Management
Varde Partners Inc.
Venor Capital Management LP
Viking Global Performance LLC
W R Huff Asset Management
Wachovia Bank National Association
Wells Capital Management Incorporated
Wells Fargo Foothill Inc.
West Gate Horizons Advisors LLC
Western Asset Management
WestLB AG
Whitehorse Capital Partners LP
Wilmington Trust Company – Delaware
York Capital Management
Z Capital Senior Debt Fund L P
Zohar II 2005-1 Ltd.

## COUNTERPARTIES TO HEDGING AGREEMENTS

Barclays Capital

## AGENTS UNDER CREDIT AGREEMENTS

BANC OF AMERICA SECURITIES LLC
BANK OF AMERICA, N.A.
BARCLAYS BANK PLC
CITICORP NORTH AMERICA, INC.
CITIGROUP GLOBAL MARKETS, INC.
JPMORGAN CHASE BANK, N.A.
JPMORGAN SECURITIES, INC.
MERRILL LYNCH CAPITAL CORPORATION
MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC.

## INDENTURE TRUSTEE

Deutsche Bank National Trust Company

## FORMER INDENTURE TRUSTEES

Bank of Montreal Trust Company
Bank of New York
Citibank, N.A.
First Interstate Bank of California
Wells Fargo Bank, N.A.
Wilmington Trust Company

## PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
Richards, Layton & Finger, P.A.
FTI Consulting

## PROFESSIONALS RETAINED BY POSTPETITION LENDERS

Mayer Brown LLP
Edward Angell Palmer & Dodge LLP

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

J.P. Morgan Chase Bank, N.A.
Warner Brothers Television
Pension Benefit Guaranty Corporation
Merrill Lynch Capital Corporation
Vertis, Inc.

Washington-Baltimore Newspaper Guild
Deutsche Bank Trust Company Americas
Wilmington Trust Company
Mark Willes

## PROFESSIONALS RETAINED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Chadbourne & Parke LLP
Landis Rath & Cobb LLP
AlixPartners, LLP
Moelis & Company LLC

## PROFESSIONALS RETAINED BY THE DEBTORS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS

Alvarez & Marsal North America LLC
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Deloitte & Touche LLP
Edelman
EPIQ Bankruptcy Solutions, LLC
Jenner & Block LLP
Jones Day
Lazard Freres & Co.
Morgan, Lewis & Bockius LLP
McDermott Will & Emery LLP
Navigant Consulting
Nixon Peabody LLP
Paul Hastings Janofsky & Walker LLP
PricewaterhouseCoopers LLP
Reed Smith LLP
Sidley Austin LLP

## INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company

NY1 7005112v.3

Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company
(Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

## **DEBTORS' MAJOR CUSTOMERS**

American Express Co
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A) [2]
AT&T (B) [2]
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp
Honda Acura Factory
Honda Dealer Associations

Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson
Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media – Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publ'g FSI
News Corp
News Corp – 20th Century Fox – Home -
Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia
Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless

Verizon Wireless – Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual
Washington Mutual
Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT
## LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J Building Maintenance
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
CBS Broadcasting Inc.
CBS Radio Inc.
Charlemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crab House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester

Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso
East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant
John William Smithers, Sr.
Jon Robert Van Senus
Joseph DeSola
Joseph Mauro

Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr
Kevin Ealy
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffis
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group

Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Entertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

## DEBTORS' SIGNIFICANT LANDLORDS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky
Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding Company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla

Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

## JUDGES OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

## OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

## ESOP TRUSTEE

GreatBanc Trust Company

## ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTION

EGI-TRB, L.L.C.
Sam Investment Trust
Tribune Employee Stock Ownership Plan
TESOP CORPORATION
GOLDMAN SACHS & CO.

## SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
Robert R. McCormick Tribune Foundation
TMCT, LLC
TMCT II, LLC

## MAJOR HOLDERS OF PHONES

Camden Partners
Citadel Investment Group LLC
Sandelman Partners LP
SuttonBrook Capital Management LP

## COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

## JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

## OTHER

EQUITY GROUP INVESTMENTS LLC

## EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC

CALIFORNIA INDEPENDENT POSTAL
SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

# **EXHIBIT B**

### **(CURRENT CLIENTS)**

Alta Colleges, Inc. dba Westwood College
Bank of America, N.A.
CareerBuilder
Circuit City Stores, Inc.
CIT Group
Citigroup Global Markets, Inc.
Comcast and Comcast Cable
Comcast Sportsnet
Corinthian Colleges, Inc.
Davis Polk & Wardwell
Dell Computer Corporation
Deutsche Bank Securities, Inc.
Equity Group Investments LLC
Gannett Co., Inc.
Goldman Sachs & Co.
Harbert Management Corporation
Hearst Corporation
ION Media Networks, fka Paxson Communications Corp.
ITT Educational Services, Inc.
JPMorgan Chase Bank
McClatchy Company and McClatchy Interactive
MediaNews Group
Microsoft Corporation
Morgan Stanley & Co.
Oak Hill Capital Management, Inc.
Oaktree Capital Management, LLC
Quadrangle Group LLC
Silver Point Finance and Silver Point Capital
Sprint Nextel Corp.
Time Warner and Time Warner Cable
Tribune Company
Wachovia Bank, N.A.

# **EXHIBIT C**

## **(FORMER CLIENTS (2004-present))**

AT&T
Ares Capital Corporation (Ares Management)
Banc of America Securities LLC
Bear, Stearns & Co.
Blackstone Group (Blackstone Debt Advisors)
Bowater, Inc.
Brian Greenspun and Affiliates
Canadian Imperial Bank of Commerce, also CIBC
CBS
Citadel Investment Group
Citicorp Securities, Inc. and Citicorp Venture Capital
Citibank, N.A.
Classified Ventures, LLC
Credit Suisse FS
Deutsche Bank, AG
Farallon Capital Management LLC
Freedom Communications, Inc.
Kohlberg Kravis Roberts & Co. (KKR Financial)
Lazard Freres & Co.
Lehman Brothers, Inc.
Lincoln Technical Institue (Lincoln Education Services)
Lowes
Merrill Lynch Capital
Morgan, Lewis & Bockius
Nissan North America
Paul, Hastings, Janofsky & Walker
Proctor & Gamble
St. Paul Fire and Marine Insurance Company
Societe Generale
SP Newsprint
Sunbeam Television Corporation
Television Food Network
UBS O'Connor LLC
Viacom Outdoor Group

# EXHIBIT D

## Matters Adverse to Tribune

The following matters identify Tribune Company as an Adverse Party in the Dow Lohnes conflicts database.

Since 2008, Dow Lohnes has assisted a partnership with a bid to acquire a controlling interest in the Chicago Cubs from Tribune Company. Tribune Company is an adverse party in the potential transaction. A waiver was obtained from Tribune for the work. Dow Lohnes has ensured that there are procedures in place to maintain a screening wall between the attorneys working on these matters.

In October of 2007, Dow Lohnes represented Oak Hill Capital Management, Inc. in connection with a proposed joint venture with Tribune Company involving the television stations of Local TV and Tribune. Tribune Company was identified as an adverse party in the matter. This matter was closed in October of 2008.

In March of 2007, Dow Lohnes advised Deutsche Bank Securities, Inc. on FCC and related regulatory issues in connection with study of a possible transaction for acquisition of the Tribune Company. Tribune Company was identified as interested party in the matter. This matter was closed in March of 2007.

In February of 2007, Dow Lohnes assisted Equity Group Investments in connection with FCC regulatory issues regarding the potential acquisition of Tribune Company. Tribune Company was originally identified as an adverse party. This matter is still active in the accounting database.

In November of 2005, Dow Lohnes represented Farm Journal Electronic Media in potential litigation over a non-compete clause involving Max & Orion newscast. Tribune Company was identified as an adverse party in the matter. This matter was closed in April of 2007.

In March of 2000, Dow Lohnes assisted Morgan Stanley with a proposed merger. Tribune Company was identified as an adverse party in the matter. This matter was closed in November of 2002.

In August of 1996, Dow Lohnes assisted Morgan Stanley in preparation of proxy materials and provide advice re merger between Tribune Co. and Renaissance Communications. Tribune Company was identified as an adverse party in the matter. This matter was closed in March of 1999.

## Responses to Attorney Inquiry re Work Adverse to Tribune

Dow Lohnes advises a Newspapers Consortium, also known as Publishers Consortium, on a governance agreement and advertising issues. Tribune has expressed interest in joining the consortium. The firm is often asked to interpret the governance agreement,

and to the extent Tribune becomes a party to it, the firm's advice has the potential in some instances to adversely affect Tribune.

In 2008, Tribune signed a non-disclosure agreement with Dow Lohnes client Cox Enterprises to look at some of the Cox newspapers for sale.

Dow Lohnes assisted AutoTrader.com with advertising and sponsorship agreements. The Cubs, owned by Tribune, was the opposing party in the agreements.

Dow Lohnes assisted Gannett Co., Inc. with a matter adverse to McClatchy-Tribune. The matter involved a request for MCT to remove Gannett content from MCT's local content feed.

Dow Lohnes assisted Cox Auto Mart, Inc. d/b/a AutoMart.com with a demand letter to the Chicago Tribune Media Group regarding its use of certain trademarks.

Dow Lohnes assisted Cox Newspapers with an outsourcing printing agreement between Cox's Palm Beach Post newspaper and Tribune.

Dow Lohnes is assisting Gannett Co. in connection with a trademark license agreement between Metromix LLC and Tribune under which the Metromix marks would be licensed to Tribune for use on certain websites. Gannett and Tribune are joint owners of Metromix.

# EXHIBIT E

## (2009 BILLING RATES)

Members:             $550 - 795 per hour

Associates:          $255 - 450 per hour

Paraprofessionals:   $130 – 250 per hour

# EXHIBIT F

## TRIBUNE – Payments Received by Dow Lohnes From 12-8-2007 to 12-8-2008

| Invoice Number and Date | Invoice Amount | Dates of Service Covered by Invoice | Payment date | Payment Amount |
|---|---|---|---|---|
| #502231<br><br>Sept. 8, 2008 | $82,308.06 | Jan. – Aug. 2008 | Nov. 25, 2008 | $82,308.06 |
| #504231<br><br>Nov. 6, 2008 | $885.50 | Sept. – Oct. 2008 | Dec. 1, 2008 | $885.50 |