# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered)<br>Hearing Date: July 16, 2009 at 3:30 p.m.<br>Objection Deadline: July 9, 2009 at 4:00 p.m. |

## NOTICE OF JOINT MOTION OF DEBTORS AND CBS FOR ENTRY OF AN ORDER AUTHORIZING THEM TO FILE UNDER SEAL UNREDACTED VERSIONS OF CERTAIN SYNDICATED PROGRAM AGREEMENTS

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION; (III) THE OFFICE OF THE UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE; (IV) THE INTERNAL REVENUE SERVICE; (V) COUNSEL FOR THE COMMITTEE; (VI) COUNSEL TO THE STEERING COMMITTEE FOR THE DEBTORS' PREPETITION LOAN FACILITIES; (VII) COUNSEL TO THE ADMINISTRATIVE AGENT FOR THE DEBTORS' POSTPETITION FINANCING FACILITY; (VIII) COUNSEL TO CBS; AND (IX) ALL PARTIES HAVING REQUESTED NOTICE PURSUANT TO BANKRUPTCY RULE 2002.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network, Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5774269v1
June 26, 2009

**PLEASE TAKE NOTICE** that, on June 26, 2009, Debtors Tribune Broadcasting Company, Tribune Broadcast Holdings, Inc., WGN Continental Broadcasting Company, Tribune Television Company, Tribune Television Holdings, Inc., Tribune Television Northwest, Inc., Tribune Television New Orleans, Inc., Channel 39, Inc., Channel 40, Inc., KPLR, Inc., KSWB, Inc., KTLA Inc., KWGN Inc., WPIX, Inc. and WTXX, Inc., and Tower Distribution Company (collectively, the "Tribune Parties") and King World Productions, Inc., CBS Studios Inc., and CBS Television Distribution, a division of both King World Productions, Inc. and CBS Studios Inc. (collectively, "CBS"), filed the **Motion for an Order Pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 9019 Authorizing the Debtors to Assume Certain Syndicated Program Agreements with CBS and to Compromise Claims** (the "Motion"), which seeks entry of an order authorizing them to file under seal unredacted versions of certain syndicated program agreements.

You are required to file any response to the Motion **on or before 4:00 p.m. on July 9, 2009**.

At the same time, you must also serve a copy of any response upon movant's attorneys, at the address listed below, so that it is received by **4:00 p.m. on July 9, 2009**:

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Janet E. Henderson
Jillian K. McClelland
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

A HEARING ON THE MOTION WILL BE HELD ON **JULY 16, 2009 AT 3:30 P.M.** BEFORE THE HONORABLE KEVIN J. CAREY, CHIEF UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DE 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date: June 26, 2009

        SIDLEY AUSTIN LLP
        James F. Conlan
        Bryan Krakauer
        Janet E. Henderson
        Jillian K. McClelland
        One South Dearborn Street
        Chicago, IL 60603
        Telephone: (312) 853-7000
        Facsimile: (312) 853-7036

        - and –

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: _____
        Norman L. Pernick (No. 2290)
        J. Kate Stickles (No. 2917)
        Patrick J. Reilley (No. 4451)
        500 Delaware Avenue, Suite 1410
        Wilmington, DE 19801
        Telephone: (302) 652-3131

        ATTORNEYS FOR DEBTORS
        AND DEBTORS IN POSSESSION