## SCHEDULE 4 (a)

## REPRESENTATIONS, CURRENT OR IN THE LAST 3 YEARS, OF THE FOLLOWING CREDITORS OR OTHER PARTIES IN INTEREST AMONG THE IDENTIFIED PARTIES:

Abitibi Consolidated
Barclays Capital
Bowater Inc
Deutsche Bank National Trust Company
J.P. Morgan Chase Bank, N.A.
Merrill Lynch Capital Corporation
NBC Universal Domestic Television                    *
Nielsen Media Research
Paramount Pictures Corporation
Sony Pictures Television
Twentieth Television
Warner Brothers Television
Aegon USA Investment Management
AIG Global Investment Corp.
Bank of America N.A.
Bear Stearns & Co., Inc
Bear Stearns Asset Management
Blackstone Debt Advisors LP
Canaras Capital Management LLC
Capitalsource Finance LLC
Carlyle Investment Management LLC
Citicorp North America Inc.
Citigroup Financial Products Inc.
Citigroup Inc.
Credit Suisse Asset Management
Credit Suisse Group AG
Davidson Kempner Capital Management LLC
Deerfield Capital Management LLC
Deerfield Capital Corp
Delaware Management Business Trust
Deutsche Investment Management Americas Inc.
DiMaio Ahmad Capital LLC
Farallon Capital Management LLC
Fidelity Investment/Fidelity Mutual Fund Comp
Fidelity Investments
Franklin Advisers Inc.
Franklin Mutual Advisers LLC
Franklin Templeton Inv Mgmt Ltd
GE Asset Management Inc.
General Electric Capital Corporation                *
GM Pension Plan
Goldman Sachs Asset Management LP
Goldman Sachs Group Inc.
GSO Capital Partners LP
Harbert Management Corporation
Hartford Investment Management Company              *
IKB Capital Corporation

ING Investment Management LLC
Invesco Inst NA Inc.
John Hancock Financial Services Inc.
KKR Financial Corporation (Kohlberg Kravis Roberts & Co.)
Levine Leichtman Capital Partners Inc.
Loews Corporation
Marathon Asset Management LLC
Morgan Stanley
Morgan Stanley Investment Co Niston BV
Morgan Stanley Investment Management Garda BV
Morgan Stanley Investment Management Inc. as AgtINCAS AGT
Morgan Stanley Investment Management Mezzano B V
MSD Capital LP
New York Life Insurance Company
Onex Credit Partners LLC
OZ Management LP
Pacific Investment Management Company
Nicholas-Applegate Capital Management LLC
Pentwater Capital Management L P
Pioneer Investment Management Inc.
PPM America Incorporated
Quadrangle Group LLC
Rabobank Int'l
Sandell Asset Management Corporation
Sankaty Advisors Bain Capital
Seneca Capital Management
Silver Point Capital LP – FSG
Sumitomo Mitsui Banking Corporation
Symphony Asset Management LLC
Taconic Capital Advisors LLC
UBS AG
UBS O'Connor LLC
Wachovia Bank National Association
Wells Fargo Foothill Inc.
Wells Capital Management Incorporated
Western Asset Management
FTI Consulting
Chubb Atlantic Indemnity Ltd.                                      *
Executive Risk Indemnity Inc. (Chubb)                             *
Federal Insurance Company (Chubb)                                 *
FM Global
The Hartford Insurance Group                                      *
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company  and Illinois National Insurance Company (AIG)
St. Paul Fire & Marine Insurance Company (Travelers)
XL Insurance (Bermuda) Ltd.
Deloitte & Touche LLP
Navigant Consulting
PricewaterhouseCoopers LLP
American Express Co.
AT&T
AT&T (A)
AT&T (B)
Cablevision
Carnival Corp.
Citigroup:

Comcast
Comcast Cable
Countrywide Financial
CP Chrysler Factory
CP Jeep/Eagle Dealer Association
Disney – Buena Vista
Ford                                                                                    *
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Motors:
Gm Chevy Dealers Associations
GM Chevy Factors
Glaxo Smith Kline Beecham Welcome
Honda Acura Factory
Honda Factory
Hyundai Dealer Association
Johnson & Johnson
Kia Factory Motors
Kraft General Foods
Maximum Coverage Media – Euro RSCG
McDonald's
News America Publg FSI
News Corp.                                                                          *
News Corp. – 20th Century Fox Home Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi (Pepsi  Cola Various)
Pfizer
Procter & Gamble (P&G)
Qwest Communications
Six Flags Great America Parks
Sony Entertainment / Pictures
Columbia TriStar
Sprint / Nextel
Target Stores
T-Mobile
T-Mobile / Voice Stream
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Communications
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
U.S. Cellular
Viacom – Paramount
Volkswagen Factory
Wachovia Bank:
Washington Mutual
Westwood College
Yum Brands - Kentucky Fried Chicken
Yum Brands - Pizza Hut
Yum Brands - Taco Bell
Cbs Broadcasting Inc.

Cbs Radio Inc.
TV Guide Online, Inc.
TV Guide Online, LLC
Majestic Realty Co. and Yorba Linda Sub, LLC
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Egi-Trb, L.L.C.
Robert R. Mccormick Tribune Foundation
Camden Partners
Citadel
Freedom Communications, Inc.
Gannett Co., Inc.
The Mcclatchy Co., Inc.
Equity Group Investments Llc
Careerbuilder, Llc
Comcast Sportsnet Chicago:
Bank of Montreal Trust Company
Citibank NA
First Interstate Bank of California
Wells Fargo Bank NA
Bank of America Securities LLC
Bank of America NA
Barclays Bank PLC
Citicorp North America Inc.
Citigroup Global Markets Inc.
JPMorgan Chase Bank Na
Merrill Lynch Capital Corp.
Merrill Lynch Pierce Fenner & Smith:

ABN AMRO Holding NV
Alcentra Inc.
Canadian Imperial Bank of Commerce
Lehman Brothers Holdings Inc.
Lehman Brothers Commercial Bank
Neuberger Berman LLC
Oaktree Capital Management LP
Riversource Investments LLC
Royal Bank of Scotland plc
Satellite Asset Management LP
Societe Generale
TCW Asset Management Co.
Lloyd's
Circuit City
Dell
Foodmaker / Jack in the Box
General Mills
Verizon Wireless
Verizon Wireless – Cellular
Arco Gas Station
The Hearst Corporation
U.S. Bank National Association
GreatBanc Trust Company
Bank of New York

*denotes a Firm client that, alone or with its affiliates, accounted for more than one percent (1%) of the Firm's revenues in 2006*

## SCHEDULE 4(b)

### REPRESENTATIONS OF CREDITORS AND INTERESTED PARTIES WITH RESPECT TO DEBTORS

Arbitibibowater
Bowater, Inc.
Dow Jones
New York Post