**EXHIBIT A**

**(Fee Statement)**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788171

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $4,806.50 |
| Costs incurred and advanced | 11.30 |
| **Current Fees and Costs** | **$4,817.80** |
| **Total Balance Due** | **$4,817.80** |

### Wiring Instructions:
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

### Remittance Address:
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788171

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $4,806.50 |
| Costs incurred and advanced | 11.30 |
| **Current Fees and Costs Due** | **$4,817.80** |
| **Total Balance Due** | **$4,817.80** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

June 25, 2009

Please refer to
Invoice Number: 1788171

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### Post-Petition General Matter                                      $4,806.50

### B110   Case Administration

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/05/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/07/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1788171

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/12/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/26/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1788171

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/27/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1); retrieve and distribute court documents to requesting attorneys (0.1) | 0.20 | 205.00 | 41.00 |
| 05/28/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 05/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | **Subtotal: B110   Case Administration** | | 2.10 | | 430.50 |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/06/09 | KDN | Draft responsive emails to D. Perlman regarding monthly fee applications; draft email to S. Park regarding same (0.1); draft email to P. Ratiwick regarding CNO's for monthly fee application (0.1) | 0.20 | 635.00 | 127.00 |
| 05/08/09 | KDN | Editing March monthly fee application (0.3) | 0.30 | 635.00 | 190.50 |
| 05/11/09 | KDN | Discussed April monthly fee application with R. Rosen (0.1); editing monthly fee application (0.1); draft email to K. Stickles regarding March monthly fee application (0.1) | 0.30 | 635.00 | 190.50 |
| 05/11/09 | RPR | Revise March fee application per K. Newmarch comments (0.6); prepare and forward March fee application (0.2) and exhibits (0.3) to Cole Schotz for court filing (0.1) | 1.20 | 320.00 | 384.00 |
| 05/13/09 | JBB3 | Prepare information for supplemental conflict check (0.5) | 0.50 | 205.00 | 102.50 |
| 05/16/09 | RPR | Work on April billing statement (0.8) | 0.80 | 320.00 | 256.00 |
| 05/18/09 | DRB5 | Work on April billing statement (0.7) | 0.70 | 60.00 | 42.00 |

Tribune Company
75245-00001
Invoice No. 1788171

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/18/09 | RPR | Work on April billing statement (0.7); forward same to K. Newmarch (0.1) | 0.80 | 320.00 | 256.00 |
| 05/26/09 | KDN | Edit April monthly bills for privilege (0.4) | 0.40 | 635.00 | 254.00 |
| 05/29/09 | RPR | Work on draft April fee application (0.8) | 0.80 | 320.00 | 256.00 |
| | | Subtotal: B160  Fee/ Employment Applications | 6.00 | | 2,058.50 |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/09 | JPB7 | Coordinate title and survey for broadcast towers property (2.0) | 2.00 | 515.00 | 1,030.00 |
| 05/15/09 | JPB7 | Coordinate title and survey for broadcast towers property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/18/09 | JPB7 | Coordinate title and survey of broadcast towers with title company and client (2.0) | 2.00 | 515.00 | 1,030.00 |
| | | Subtotal: B250   Real Estate | 4.50 | | 2,317.50 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 4.50 | 515.00 | 2,317.50 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.20 | 635.00 | 762.00 |
| RPR | Ruth P. Rosen | PARALEGAL | 3.60 | 320.00 | 1,152.00 |
| DRB5 | Daniel R. Breslin | OTHER TIMEKEEPR | 0.70 | 60.00 | 42.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 2.60 | 205.00 | 533.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$4,817.80** |
| **Total Balance Due** | **$4,817.80** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788172

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 34th Street Lease
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $1,350.00 |
| **Current Fees and Costs Due** | **$1,350.00** |
| **Total Balance Due** | **$1,350.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788172

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $1,350.00 |
| **Current Fees and Costs Due** | **$1,350.00** |
| **Total Balance Due** | **$1,350.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788172

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### 34th Street Lease $1,350.00

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/08/09 | JSR6 | Prepare for (0.5) and attend meeting of Tribune Company with S. Pater, K. Hackett, M. Frank, D. Perlman and G. Spitzer regarding general real estate related matters (1.5) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal: B250   Real Estate** | | 2.00 | | 1,350.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 2.00 | 675.00 | 1,350.00 |

|  |  |
|--|--|
| **Current Fees and Costs** | $1,350.00 |
| **Total Balance Due** | $1,350.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788173

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009 | $20,180.00
**Current Fees and Costs Due** | $20,180.00
**Total Balance Due** | $20,180.00

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788173

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2009 | $20,180.00 |
| **Current Fees and Costs Due** | $20,180.00 |
| **Total Balance Due** | $20,180.00 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company                                      June 25, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                               Please refer to
Chicago, IL  60611-4096                              Invoice Number: 1788173

Attn:  David Eldersveld, Esq.                        PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

**Lease Rejections**                                                    $20,180.00

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/06/09 | GES3 | Review court filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/08/09 | GES3 | Review docket filings (0.1) | 0.10 | 810.00 | 81.00 |
| 05/11/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/18/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/19/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/21/09 | GES3 | Review docket filing (0.1) | 0.10 | 810.00 | 81.00 |
| 05/26/09 | GES3 | Review docket filings (0.1) | 0.10 | 810.00 | 81.00 |
| 05/27/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/28/09 | GES3 | Review docket filings (0.3) | 0.30 | 810.00 | 243.00 |
| 05/29/09 | GES3 | Review docket filings (0.1) | 0.10 | 810.00 | 81.00 |
| **Subtotal:  B110   Case Administration** | | | **1.90** | | **1,539.00** |

Tribune Company
75245-00003
Invoice No. 1788173

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/09 | GES3 | Correspondence with S. Pater and D. Perlman regarding lease rejections and extension agreements status (0.3) | 0.30 | 810.00 | 243.00 |
| 05/06/09 | GES3 | Review and draft correspondence regarding lease rejection and assumption matters (0.3); review lease documents (0.2) | 0.50 | 810.00 | 405.00 |
| 05/07/09 | GES3 | Review files and documents regarding potential lease rejection sites (0.8); review documents in preparation for meeting with S. Pater and K. Hackett regarding rejection matters (1.4) | 2.20 | 810.00 | 1,782.00 |
| 05/08/09 | GES3 | Review lease and real estate information regarding potential rejections (0.8); conference with K. Hackett, S. Pater, M. Frank, D. Perlman and J. Rheeling regarding lease rejection matters (1.8); review and draft correspondence with M. Frank regarding lease rejection costs (0.1); correspondence with K. Hackett regarding estoppel requests (0.1); review lease documents regarding estoppels (0.1) | 2.90 | 810.00 | 2,349.00 |
| 05/11/09 | GES3 | Correspondence with S. Pater and D. Perlman regarding Insertco lease (0.4) | 0.40 | 810.00 | 324.00 |
| 05/14/09 | GES3 | Correspondence with S. Pater regarding lease amendment and extension agreement (0.4); telephone conferences and correspondence with T. Chandran regarding agreement and lease terms (0.6); draft and revise amendment (1.2) | 2.20 | 810.00 | 1,782.00 |

Tribune Company
75245-00003
Invoice No. 1788173

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/09 | TJC3 | Prepare amendment to Insertco lease (0.3) telephone conference with G. Spitzer regarding same (0.5); correspondence with G. Spitzer regarding same (0.5); telephone conference with S. Pater regarding same (0.5) | 1.80 | 580.00 | 1,044.00 |
| 05/15/09 | GES3 | Correspondence with D. Perlman and R. Chesley regarding lease rejection and assumption provisions (0.1); correspondence and telephone conferences with T. Chandran regarding landlord agreement and revisions (0.6); review revised landlord agreement (0.7); correspondence with S. Pater regarding same (0.1) | 1.50 | 810.00 | 1,215.00 |
| 05/15/09 | TJC3 | Telephone conference with G. Spitzer regarding Insertco lease (0.3); correspondence with S. Pater regarding same (0.2) | 0.50 | 580.00 | 290.00 |
| 05/18/09 | GES3 | Correspondence with S. Pater and T. Chandran regarding extension of rejection period (0.3); telephone conference with S. Pater and T. Chandran regarding extension of rejection period (0.3); review lease documents (0.4) | 1.00 | 810.00 | 810.00 |
| 05/18/09 | TJC3 | Address matters regarding Insertco lease rejection agreement (0.6) | 0.60 | 580.00 | 348.00 |
| 05/19/09 | GES3 | Telephone conferences with T. Chandran regarding lease rejection extension (0.2); review and revise extension agreement (0.4); review and draft correspondence regarding extension of rejection period (0.3); review research materials, damage cap and lease rejections (0.6); correspondence with J. Bender regarding damage cap information (0.2) | 1.70 | 810.00 | 1,377.00 |

Tribune Company
75245-00003
Invoice No. 1788173

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/19/09 | TJC3 | Address matters regarding Insertco lease rejection agreement (0.4) | 0.40 | 580.00 | 232.00 |
| 05/21/09 | GES3 | Correspondence with T. Chandran regarding negotiation of extension agreement (0.3); review correspondence and voice messages from landlord's counsel (0.2); correspondence with S. Pater regarding same (0.2) | 0.70 | 810.00 | 567.00 |
| 05/21/09 | TJC3 | Address matters regarding Insertco lease agreement (0.8) | 0.80 | 580.00 | 464.00 |
| 05/26/09 | GES3 | Conference with T. Chandran regarding extension agreement and landlord counsel's comments (0.2); review and draft correspondence regarding same (0.3) | 0.50 | 810.00 | 405.00 |
| 05/26/09 | TJC3 | Address matters regarding Insertco lease agreement (0.3) | 0.30 | 580.00 | 174.00 |
| 05/27/09 | GES3 | Conference with T. Chandran regarding landlord comments (0.3); review and draft correspondence regarding same (0.8); review co-tenant agreement (0.3); review landlord correspondence (0.3) | 1.70 | 810.00 | 1,377.00 |
| 05/27/09 | TJC3 | Address matters regarding Insertco lease agreement (2.0) | 2.00 | 580.00 | 1,160.00 |
| 05/28/09 | GES3 | Review and revise stipulation (0.3); conferences with T. Chandran regarding same (0.2); review and draft correspondence regarding stipulation (0.4); review D. Kazan correspondence (0.1); review revised stipulation (0.2); correspondence with landlord's counsel (0.2) | 1.40 | 810.00 | 1,134.00 |
| 05/28/09 | TJC3 | Address matters regarding Insertco lease assumption and rejection extension (0.8) | 0.80 | 580.00 | 464.00 |

Tribune Company
75245-00003
Invoice No. 1788173

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/29/09 | GES3 | Correspondence with S. Pater, D. Kazan and T. Chandran regarding rejection extension (0.2); telephone conferences with T. Chandran regarding status of landlord (0.3) | 0.50 | 810.00 | 405.00 |
| 05/29/09 | TJC3 | Address matters regarding Insertco stipulation (0.5) | 0.50 | 580.00 | 290.00 |
| | Subtotal: B185   Assumption/ Rejection of Leases and Contracts | | 25.20 | | 18,641.00 |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 19.40 | 810.00 | 15,714.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 7.70 | 580.00 | 4,466.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$20,180.00** |
| **Total Balance Due** | | **$20,180.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788174

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009 | $22,351.50
Costs incurred and advanced | 177.00
**Current Fees and Costs** | **$22,528.50**
**Total Balance Due** | **$22,528.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

June 25, 2009

Please refer to
Invoice Number: 1788174

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2009 | $22,351.50 |
| Costs incurred and advanced | 177.00 |
| **Current Fees and Costs Due** | **$22,528.50** |
| **Total Balance Due** | **$22,528.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                    June 25, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL 60611-4096                             Invoice Number: 1788174

Attn: David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### St. Louis                                                         $22,567.50

### B130   Asset Disposition

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | JSR6 | Miscellaneous matters regarding due diligence extension and finalizing purchase agreement (2.0) | 2.00 | 675.00 | 1,350.00 |
| 05/04/09 | JSR6 | Telephone conference with B. Randall regarding direct lease with Mosby (0.3); revise lease (0.5); review proposed third amendment to purchase agreement (0.8); telephone conference with S. Pater regarding same (0.4) | 2.00 | 675.00 | 1,350.00 |
| 05/05/09 | JSR6 | Telephone conference with D. Mispagel regarding third amendment to purchase agreement (0.3); review revised third amendment (0.7) | 1.00 | 675.00 | 675.00 |
| 05/08/09 | DJP2 | Review sale agreement (0.4); conference with client (0.2) | 0.60 | 790.00 | 474.00 |
| 05/18/09 | JPB7 | Review purchase agreement regarding closing of transaction (1.5) | 1.50 | 515.00 | 772.50 |
| 05/18/09 | SET2 | Email correspondence with Grememly & Biederman regarding survey revisions (0.3) | 0.30 | 300.00 | 90.00 |

LEGAL_US_E # 84226370.1

Tribune Company
75245-00010
Invoice No. 1788174

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/20/09 | DMS5 | Conference with J. Bender regarding purchase and sale (0.3) | 0.30 | 360.00 | 108.00 |
| 05/21/09 | DMS5 | Review purchase and sale agreement (0.9); revise closing checklist (0.6) | 1.50 | 360.00 | 540.00 |
| 05/21/09 | JPB7 | Review purchase agreement with respect to closing issues (2.2) | 2.20 | 515.00 | 1,133.00 |
| 05/22/09 | JPB7 | Review purchase agreement and closing checklist regarding closing of transaction (2.8) | 2.80 | 515.00 | 1,442.00 |
| 05/26/09 | DMS5 | Revise closing checklist (0.4); draft owner's affidavit (1.2); conferences (2) with J. Bender regarding same (0.9) | 2.50 | 360.00 | 900.00 |
| 05/26/09 | JPB7 | Review closing documents (1.6) | 1.60 | 515.00 | 824.00 |
| 05/26/09 | JSR6 | Miscellaneous matters regarding preparation for closing (2.8) | 2.80 | 675.00 | 1,890.00 |
| 05/26/09 | SET2 | Office conference with D. Simon regarding corporate documents (0.1); order good standings and articles of organization for Tribune Company (0.2) | 0.30 | 300.00 | 90.00 |
| 05/27/09 | DMS5 | Draft documents requiring purchaser's signature (2.1) | 2.10 | 360.00 | 756.00 |
| 05/27/09 | JPB7 | Revise and review closing documents (3.3) | 3.30 | 515.00 | 1,699.50 |
| 05/28/09 | DMS5 | Review closing documents (1.2); conference call with K. Cochrane and J. Bender (0.2) | 1.40 | 360.00 | 504.00 |
| 05/28/09 | JPB7 | Review and revise closing documents (1.9) | 1.90 | 515.00 | 978.50 |
| 05/28/09 | JSR6 | Miscellaneous matters regarding preparation of closing documents (1.6); preparation for closing (2.4) | 4.00 | 675.00 | 2,700.00 |

Tribune Company
75245-00010
Invoice No. 1788174

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/28/09 | SET2 | Office conference with D. Simon regarding closing documents (0.2); revise notary on Deed and prepare signature package for Tribune to execute (0.8) | 1.00 | 300.00 | 300.00 |
| 05/29/09 | DMS5 | Review and revise closing documents with J. Rheeling and J. Bender (2.6) | 2.60 | 360.00 | 936.00 |
| 05/29/09 | JPB7 | Review and revise closing documents (2.0); coordinate execution of closing documents (1.2) | 3.20 | 515.00 | 1,648.00 |
| 05/29/09 | SET2 | Office conference with D. Simon regarding closing documents (0.3); assist with revisions and prepare document package for execution (0.7) | 1.00 | 300.00 | 300.00 |
| | **Subtotal:  B130   Asset Disposition** | | **41.90** | | **21,460.50** |

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/06/09 | JSR6 | Prepare amendment to TMCT master lease to remove property from master lease (1.0) | 1.00 | 675.00 | 675.00 |
| | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | **1.00** | | **675.00** |

### B195   Non-Working Travel

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/29/09 | DMS5 | Travel to client office to obtain execution signatures (1.2 hours at 50%) | 0.60 | 360.00 | 216.00 |
| | **Subtotal:  B195   Non-Working Travel** | | **0.60** | | **216.00** |

Tribune Company
75245-00010
Invoice No. 1788174

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 0.60 | 790.00 | 474.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 12.80 | 675.00 | 8,640.00 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 11.00 | 360.00 | 3,960.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 16.50 | 515.00 | 8,497.50 |
| SET2 | Sarah E. Tybor | PARALEGAL | 2.60 | 300.00 | 780.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$22,351.50** |
| **Total Balance Due** | **$22,351.50** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788175

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2009 | $81,446.00 |
| Costs incurred and advanced | 626.65 |
| **Current Fees and Costs** | **$82,072.65** |
| **Total Balance Due** | **$82,072.65** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788175

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $81,446.00 |
| Costs incurred and advanced | 626.65 |
| **Current Fees and Costs Due** | **$82,072.65** |
| **Total Balance Due** | **$82,072.65** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

June 25, 2009

Please refer to
Invoice Number: 1788175

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### KTLA $81,446.00

**B110 Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/04/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 05/05/09 | GES3 | Review docket filings (0.1) | 0.10 | 810.00 | 81.00 |
| 05/12/09 | GES3 | Review docket filings (0.1) | 0.10 | 810.00 | 81.00 |
| | | Subtotal: B110 Case Administration | 0.60 | | 486.00 |

**B185 Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | DJP2 | Revise analysis on extension after rejection (3.1) | 3.10 | 790.00 | 2,449.00 |
| 05/01/09 | GES3 | Review and revise memorandum regarding rejection issues and damages (1.6); conferences with J. Bender regarding same (0.5); review related case law and lease materials (1.3); review and draft correspondence regarding same (0.2) | 3.60 | 810.00 | 2,916.00 |
| 05/01/09 | JPB7 | Draft memorandum regarding lease (5.5) | 5.50 | 515.00 | 2,832.50 |

LEGAL_US_E # 84226370.1

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | SGS4 | Research regarding Section 362 and 365 (d) (1.3); telephone conference with J. Bender and client regarding rejection, relief from automatic stay and lease possession (0.5); correspondence with J. Bender regarding same (0.5) | 2.30 | 550.00 | 1,265.00 |
| 05/03/09 | SGS4 | Telephone conference with P. Ramsey regarding lease (0.4); review lease regarding default, breach and remedies (1.1) | 1.50 | 550.00 | 825.00 |
| 05/04/09 | DJP2 | Review memorandum regarding ability to reject lease and to holdover following rejection (2.1) | 2.10 | 790.00 | 1,659.00 |
| 05/04/09 | GES3 | Review and revise memorandum regarding rejection issues (0.7); conferences with J. Bender regarding same (0.4); review and draft correspondence (0.2) | 1.30 | 810.00 | 1,053.00 |
| 05/04/09 | JPB7 | Review memorandum regarding rejection issues (1.0) | 1.00 | 515.00 | 515.00 |
| 05/04/09 | JSR6 | Analyze various lease rejection issues related to KTLA (3.0) | 3.00 | 675.00 | 2,025.00 |
| 05/04/09 | SGS4 | Review lease and prepare memorandum regarding Section 365 (d), Section 362 and California Civil Section 1161 (1.5); research regarding unlawful determination and lease rejection (1.5) | 3.00 | 550.00 | 1,650.00 |
| 05/05/09 | DJP2 | Revise memorandum (2.7); call with client to discuss amendment (0.9) | 3.60 | 790.00 | 2,844.00 |
| 05/05/09 | SGS4 | Research lease options (1.0); prepare memorandum (0.5); telephone conference with J. Bender regarding same, bankruptcy and Section 362 (0.3) | 1.80 | 550.00 | 990.00 |
| 05/06/09 | GES3 | Review and draft correspondence regarding lease amendment (0.4); review lease documents (0.7) | 1.10 | 810.00 | 891.00 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/06/09 | PAR | Review email from D. Perlman regarding amendment to lease (0.3); review term sheet (0.6); review existing lease (0.9) | 1.80 | 810.00 | 1,458.00 |
| 05/06/09 | SGS4 | Further research lease options (1.0); revise memorandum (0.5); telephone conference with J. Bender regarding same, bankruptcy and Section 362 (0.3) | 1.80 | 550.00 | 990.00 |
| 05/07/09 | PAR | Review lease (1.3); begin draft of lease amendment (3.6); title review (0.9) | 5.80 | 810.00 | 4,698.00 |
| 05/08/09 | FLH | Review updated title report, underlying documents and survey in connection with current vesting of property for KTLA lease amendment (1.0) | 1.00 | 335.00 | 335.00 |
| 05/14/09 | FLH | Conference call with S. Pater and P. Ramsey regarding landlord changes to draft KTLA lease amendment (0.5) | 0.50 | 335.00 | 167.50 |
| 05/18/09 | PAR | Telephone conference with opposing counsel regarding landlord changes to lease amendment (0.5); prepare for conference call with S. Kalt (0.2); conference call with S. Kalt (0.9); prepare memorandum to S. Pater regarding landlord position on changes to lease amendment (0.2) | 1.80 | 810.00 | 1,458.00 |
| 05/20/09 | PAR | Review emails regarding status of lease amendment (0.3); review KTLA lease and title documents (0.5) | 0.80 | 810.00 | 648.00 |
| 05/21/09 | DJP2 | Review issues related to lease (0.4); review agreement (0.5) | 0.90 | 790.00 | 711.00 |
| 05/22/09 | PAR | Exchange emails with S. Pater regarding status of lease amendment (0.2); review documents (0.3) | 0.50 | 810.00 | 405.00 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/26/09 | DJP2 | Review revisions to lease amendment (1.9) | 1.90 | 790.00 | 1,501.00 |
| 05/27/09 | FLH | Prepare maps showing Sunset Gower Studio parking facilities in connection with landlord's request to relocate parking within four block radius of existing parking location (0.4) | 0.40 | 335.00 | 134.00 |
| 05/27/09 | PAR | Review various emails regarding lease amendment (0.1); review documents (0.2); prepare lease amendment (1.0) | 1.30 | 810.00 | 1,053.00 |
| 05/28/09 | DJP2 | Review amendment to lease (1.4) | 1.40 | 790.00 | 1,106.00 |
| 05/28/09 | FLH | Prepare inserts to lease amendment regarding security deposit and free rent credit during any overlap period (0.5) | 0.50 | 335.00 | 167.50 |
| 05/28/09 | PAR | Revise amendment to lease (2.5); prepare memorandum to S. Pater (0.5); prepare memorandum to R. Chesley (0.5); prepare emails to S. Pater and S. Kalt regarding lease amendment (0.5) | 4.00 | 810.00 | 3,240.00 |
| 05/29/09 | DJP2 | Review amendment to lease (0.9) | 0.90 | 790.00 | 711.00 |
| 05/29/09 | DJP2 | Review amendment to lease (1.9) | 1.90 | 790.00 | 1,501.00 |
| 05/29/09 | PAR | Review documents (0.6); make additional changes to lease amendment (1.5); prepare cover memorandum to S. Kalt (0.5); prepare email to S. Pater (0.2) | 2.80 | 810.00 | 2,268.00 |
| | | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | **62.90** | | **44,466.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/03/09 | PAR | Review CA/Fed bankruptcy and eviction issues (0.3); research same (0.2) | 0.50 | 810.00 | 405.00 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/04/09 | PAR | Review California eviction issues with S. Spira (0.5) | 0.50 | 810.00 | 405.00 |
| 05/05/09 | GES3 | Review revised memorandum (0.4); review and draft correspondence regarding group meeting and memorandum (0.2); conference with J. Bender regarding lease negotiations and memorandum (0.3); draft and review correspondence regarding lease amendment (0.3) | 1.20 | 810.00 | 972.00 |
| 05/05/09 | JPB7 | Review damages issue related to calculation of landlord damages (1.0) | 1.00 | 515.00 | 515.00 |
| 05/06/09 | DJP2 | Review amendment issues (3.6) | 3.60 | 790.00 | 2,844.00 |
| 05/07/09 | DJP2 | Review lease ownership structure and bankruptcy issues related to possession (3.6) | 3.60 | 790.00 | 2,844.00 |
| 05/07/09 | GES3 | Review correspondence and lease documents from S. Pater and D. Contis regarding potential lease amendment terms (0.7); conferences with J. Rheeling regarding lease agreement and potential amendment (0.2); telephone conferences with P. Ramsey and J. Rheeling regarding potential amendment (0.5); correspondence with R. Chesley regarding lease agreement and amendment approval (0.3); correspondence with P. Ramsey, D. Perlman and J. Rheeling regarding Tribune meeting and lease terms (0.4) | 2.10 | 810.00 | 1,701.00 |
| 05/07/09 | JSR6 | Telephone conference with G. Spitzer and P. Ramsey regarding lease amendment (0.5); miscellaneous matters regarding lease modification (1.0) | 1.50 | 675.00 | 1,012.50 |
| 05/08/09 | DJP2 | Review analysis (0.2); conference with client (0.4) | 0.60 | 790.00 | 474.00 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/08/09 | DMS5 | Review memorandum regarding KTLA lease (0.2); telephone conference with T. Chandran regarding same (0.1) | 0.30 | 360.00 | 108.00 |
| 05/08/09 | GES3 | Conference with S. Pater, K. Hackett, D. Perlman, P. Ramsey and J. Rheeling regarding potential amendment issues (0.6); correspondence with P. Ramsey regarding amendment (0.2); review and draft correspondence and lease insert (0.2); review lease amendment and correspondence with P. Ramsey (0.4) | 1.40 | 810.00 | 1,134.00 |
| 05/08/09 | PAR | Prepare for conference call with S. Pater regarding lease issues (1.0); conference call with S. Pater on lease issues (2.0); revisions to lease amendment (1.5); review underlying title analysis in connection with KTLA lease amendment (1.5) | 6.00 | 810.00 | 4,860.00 |
| 05/08/09 | TJC3 | Address matters regarding KTLA lease summary (0.5) | 0.50 | 580.00 | 290.00 |
| 05/11/09 | DJP2 | Review lease agreement to determine holdover and rental provisions related to lease rejection (2.2) | 2.20 | 790.00 | 1,738.00 |
| 05/11/09 | GES3 | Correspondence with S. Pater regarding lease amendment (0.2); correspondence with P. Ramsey regarding lease amendment (0.1) | 0.30 | 810.00 | 243.00 |
| 05/11/09 | PAR | Various email exchange with S. Pater, S. Kalt and D. Perlman and follow-up in connection with KTLA lease amendment | 1.30 | 810.00 | 1,053.00 |
| 05/12/09 | GES3 | Review amendment (0.2); correspondence with S. Pater regarding landlord and status (0.1) | 0.30 | 810.00 | 243.00 |
| 05/12/09 | JPB7 | Review damages issue (0.5) | 0.50 | 515.00 | 257.50 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/13/09 | DJP2 | Review lease amendment comments (1.6) | 1.60 | 790.00 | 1,264.00 |
| 05/13/09 | PAR | Review new KTLA draft from Hudson Capital (0.8); conference call with S. Pater and F. Holley regarding landlord changes to lease amendment (0.5) | 1.30 | 810.00 | 1,053.00 |
| 05/14/09 | JPB7 | Review damages issue (1.5) | 1.50 | 515.00 | 772.50 |
| 05/14/09 | PAR | Review landlord lease comments (0.3); review email from S. Pater regarding lease comments (0.2); prepare for conference call with S. Pater (0.5); conference call with S. Pater regarding lease comments (0.5); follow-up email on bankruptcy issues to R. Chesley (0.3) | 1.80 | 810.00 | 1,458.00 |
| 05/15/09 | DJP2 | Review amendment to lease (1.6) | 1.60 | 790.00 | 1,264.00 |
| 05/15/09 | PAR | Review lease documents (0.7); review emails from S. Pater and S. Kalt (0.2); telephone conference with R. Chesley regarding bankruptcy issues (0.5); review plot plan (0.1); conference call with S.Kalt regarding lease amendment (0.5); prepare email to S. Pater (0.1); review supplemental assessment (0.2) | 2.30 | 810.00 | 1,863.00 |
| 05/18/09 | DJP2 | Review open issues and lease amendment (2.1) | 2.10 | 790.00 | 1,659.00 |
| 05/19/09 | PAR | Review S. Pater comments (0.7); review opposing counsel comments to lease amendment(0.7); prepare email to S. Pater regarding opposing counsel position (0.3); review new email from S. Pater (0.1) | 1.80 | 810.00 | 1,458.00 |

Tribune Company
75245-00013
Invoice No. 1788175

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/21/09 | PAR | Review KTLA lease and title documents (1.3); prepare emails to S. Pater (0.2); prepare email to R. Chesley (0.2); review email from S. Pater (0.2); prepare memorandum to S. Pater (0.3); conference call with S. Kalt (0.3) | 2.50 | 810.00 | 2,025.00 |
| 05/22/09 | DJP2 | Review revised issues list for lease related matters (0.7) | 0.70 | 790.00 | 553.00 |
| 05/25/09 | PAR | Review memoranda regarding bankruptcy motion and lease amendment | 0.50 | 810.00 | 405.00 |
| 05/26/09 | PAR | Review emails and lease amendment (0.5); prepare email to S. Kalt (0.2); research (0.8); prepare email to S. Pater (0.5) | 2.00 | 810.00 | 1,620.00 |
| | **Subtotal: B250   Real Estate** | | **47.10** | | **36,493.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 31.80 | 790.00 | 25,122.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 11.90 | 810.00 | 9,639.00 |
| PAR | Patrick A. Ramsey | PARTNER | 39.30 | 810.00 | 31,833.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.50 | 675.00 | 3,037.50 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 0.30 | 360.00 | 108.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 9.50 | 515.00 | 4,892.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 0.50 | 580.00 | 290.00 |
| SGS4 | Susan G. Spira | OTHER ATTORNEY | 10.40 | 550.00 | 5,720.00 |
| FLH | Felicia L. Holley | PARALEGAL | 2.40 | 335.00 | 804.00 |

| **Current Fees and Costs** | **$82,072.65** |
|-----------------------------|-----------------|
| **Total Balance Due** | **$82,072.65** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788177

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009                                          $4,815.00
              **Current Fees and Costs Due**            **$4,815.00**
              **Total Balance Due**                 **$4,815.00**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788177

PHJ&W Tax ID No. 95-2209675

---

**REMITTANCE COPY**

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009 | $4,815.00
**Current Fees and Costs Due** | **$4,815.00**
**Total Balance Due** | **$4,815.00**

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788177

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

## Construction Contract                                                      $4,815.00

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/13/09 | JSR6 | Telephone conference with V. Gutenkanst regarding construction contract (0.5) | 0.50 | 675.00 | 337.50 |
| 05/20/09 | JSR6 | Review revised construction contract and general conditions (2.5) | 2.50 | 675.00 | 1,687.50 |
| 05/27/09 | LW9 | Review construction agreement and general conditions of such agreement (4.0) | 4.00 | 360.00 | 1,440.00 |
| 05/28/09 | JSR6 | Review revised construction contract and general conditions (2.0) | 2.00 | 675.00 | 1,350.00 |
| | **Subtotal:  B250   Real Estate** | | 9.00 | | 4,815.00 |

Tribune Company
75245-00016
Invoice No. 1788177

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 5.00 | 675.00 | 3,375.00 |
| LW9 | Leah Weiss | ASSOCIATE | 4.00 | 360.00 | 1,440.00 |
| | **Current Fees and Costs** | | | | **$4,815.00** |
| | **Total Balance Due** | | | | **$4,815.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788178

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 11202 Franklin Avenue, Franklin Park, IL
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009

| | |
|---|---:|
| | $1,030.00 |
| **Current Fees and Costs Due** | $1,030.00 |
| **Prior Balance Due** | $4,409.50 |
| **Total Balance Due** | $5,439.50 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

**Paul**Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788178

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**11202 Franklin Avenue, Franklin Park, IL**
PHJ&W LLP File# 75245-00018
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $1,030.00 |
| **Current Fees and Costs Due** | $1,030.00 |
| **Prior Balance Due** | $4,409.50 |
| **Total Balance Due** | $5,439.50 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

Tribune Company
75245-00018
Invoice No. 1788178

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 05/29/09 | 1783666 | $4,409.50 | $0.00 | $0.00 | $4,409.50 |

|  |  |
|---|---|
| **Total Prior Due** | $4,409.50 |
| **Balance Due** | $5,439.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788178

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

## 11202 Franklin Avenue, Franklin Park, IL                    $1,030.00

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/09 | JPB7 | Review title and survey for 11202 Franklin Avenue, Franklin Park property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/13/09 | JPB7 | Review title and survey for 11202 Franklin Avenue, Franklin Park property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/14/09 | JPB7 | Review title and survey for 11202 Franklin Avenue, Franklin Park property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/19/09 | JPB7 | Review title and survey issues for 11202 Franklin Avenue, Franklin Park property (0.5) | 0.50 | 515.00 | 257.50 |
| **Subtotal:  B250   Real Estate** | | | **2.00** | | **1,030.00** |

Tribune Company
75245-00018
Invoice No. 1788178

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 2.00 | 515.00 | 1,030.00 |

| | |
|---|---|
| **Current Fees and Costs** | $1,030.00 |
| **Prior Balance Due** | 4,409.50 |
| **Total Balance Due** | $5,439.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788179

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 3722 Ventura Dr., Arlington Heights, IL
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009

| | |
|---|---:|
| | $1,030.00 |
| **Current Fees and Costs Due** | $1,030.00 |
| **Prior Balance Due** | $7,109.50 |
| **Total Balance Due** | $8,139.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788179

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### 3722 Ventura Dr., Arlington Heights, IL
PHJ&W LLP File# 75245-00019
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009

|                              |            |
| ---------------------------- | ---------: |
|                              | $1,030.00  |
| **Current Fees and Costs Due** | **$1,030.00** |
| **Prior Balance Due**        | **$7,109.50** |
| **Total Balance Due**        | **$8,139.50** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address: 0959
   SWIFT Address: BOFAUS3N
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

Tribune Company
75245-00019
Invoice No. 1788179

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 05/29/09 | 1783667 | $7,109.50 | $0.00 | $0.00 | $7,109.50 |

| | |
|---|---|
| **Total Prior Due** | $7,109.50 |
| **Balance Due** | $8,139.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788179

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### 3722 Ventura Dr., Arlington Heights, IL                    $1,030.00

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/09 | JPB7 | Review title and survey for 3722 Ventura Dr., Arlington Heights property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/13/09 | JPB7 | Review title and survey for 3722 Ventura Dr., Arlington Heights property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/14/09 | JPB7 | Review title and survey for 3722 Ventura Dr., Arlington Heights property (0.5) | 0.50 | 515.00 | 257.50 |
| 05/19/09 | JPB7 | Review title and survey issues for 3722 Ventura Dr., Arlington Heights property (0.5) | 0.50 | 515.00 | 257.50 |
| **Subtotal:  B250   Real Estate** | | | **2.00** | | **1,030.00** |

Tribune Company
75245-00019
Invoice No. 1788179

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JPB7 | Justin P. Bender | ASSOCIATE | 2.00 | 515.00 | 1,030.00 |

| | |
|---|---|
| **Current Fees and Costs** | $1,030.00 |
| **Prior Balance Due** | 7,109.50 |
| **Total Balance Due** | $8,139.50 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788180

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### 555 E. Plainfield, Countryside, IL
PHJ&W LLP File# 75245-00020
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $11,553.50 |
| **Current Fees and Costs Due** | **$11,553.50** |
| **Prior Balance Due** | **$4,901.50** |
| **Total Balance Due** | **$16,455.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788180

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

### 555 E. Plainfield, Countryside, IL
PHJ&W LLP File# 75245-00020
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $11,553.50 |
| **Current Fees and Costs Due** | **$11,553.50** |
| **Prior Balance Due** | **$4,901.50** |
| **Total Balance Due** | **$16,455.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

Tribune Company
75245-00020
Invoice No. 1788180

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 05/29/09 | 1783668 | $4,901.50 | $0.00 | $0.00 | $4,901.50 |

|  |  |
|---|---|
| **Total Prior Due** | $4,901.50 |
| **Balance Due** | $16,455.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788180

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

## 555 E. Plainfield, Countryside, IL                                           $11,553.50

### B130   Asset Disposition

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/13/09 | DJP2 | Review sale agreement (1.6) | 1.60 | 790.00 | 1,264.00 |
| 05/13/09 | JPB7 | Review title and survey (0.5) | 0.50 | 515.00 | 257.50 |
| 05/13/09 | JSR6 | Review proposed purchase agreement (1.8); review parking license agreement (1.7) | 3.50 | 675.00 | 2,362.50 |
| 05/13/09 | LW9 | Review purchase and sale agreement for the Plainfield property (0.8) | 0.80 | 360.00 | 288.00 |
| 05/14/09 | JSR6 | Matters regarding purchase and sale agreement (1.3); telephone conference with K. Hackett regarding same (0.7) | 2.00 | 675.00 | 1,350.00 |
| 05/21/09 | JSR6 | Prepare revisions to purchase and sale agreement (3.8) | 3.80 | 675.00 | 2,565.00 |
| 05/22/09 | JSR6 | Finalize revisions to initial draft of purchase and sale agreement (3.2) | 3.20 | 675.00 | 2,160.00 |
| **Subtotal:  B130   Asset Disposition** | | | 15.40 | | 10,247.00 |

Tribune Company
75245-00020
Invoice No. 1788180

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/14/09 | SET2 | Office conference with L. Weiss regarding survey and additional parcel (0.1); telephone and email conference with Gremely & Biederman regarding updating survey to include additional parcel (0.2) | 0.30 | 300.00 | 90.00 |
| 05/15/09 | DJP2 | Review agreement for sale (1.1) | 1.10 | 790.00 | 869.00 |
| 05/19/09 | JPB7 | Review title and survey issues (0.5) | 0.50 | 515.00 | 257.50 |
| 05/28/09 | SET2 | Email correspondence with Gremely & Biederman regarding revised survey (0.2); briefly review survey to ensure additional lot included (0.1) | 0.30 | 300.00 | 90.00 |
| | | Subtotal:  B250   Real Estate | 2.20 | | 1,306.50 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.70 | 790.00 | 2,133.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 12.50 | 675.00 | 8,437.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 1.00 | 515.00 | 515.00 |
| LW9 | Leah Weiss | ASSOCIATE | 0.80 | 360.00 | 288.00 |
| SET2 | Sarah E. Tybor | PARALEGAL | 0.60 | 300.00 | 180.00 |

| | |
|---|---|
| **Current Fees and Costs** | $11,553.50 |
| **Prior Balance Due** | 4,901.50 |
| **Total Balance Due** | $16,455.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County// Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788181

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Hartford Courant Construction Contract**
PHJ&W LLP File# 75245-00021
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $2,025.00 |
| **Current Fees and Costs Due** | $2,025.00 |
| **Prior Balance Due** | $4,860.00 |
| **Total Balance Due** | $6,885.00 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County// Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788181

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Hartford Courant Construction Contract**
PHJ&W LLP File# 75245-00021
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $2,025.00 |
| **Current Fees and Costs Due** | **$2,025.00** |
| **Prior Balance Due** | **$4,860.00** |
| **Total Balance Due** | **$6,885.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

Tribune Company
75245-00021
Invoice No. 1788181

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 05/29/09 | 1783669 | $4,860.00 | $0.00 | $0.00 | $4,860.00 |

| | |
|---|---|
| **Total Prior Due** | $4,860.00 |
| **Balance Due** | $6,885.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                    June 25, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                             Please refer to
Chicago, IL  60611-4096                            Invoice Number: 1788181

Attn: David Eldersveld, Esq.                       PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

## Hartford Courant Construction Contract                    $2,025.00

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/05/09 | JSR6 | Provide comments to construction contract to contractors (3.0) | 3.00 | 675.00 | 2,025.00 |
| | **Subtotal: B250   Real Estate** | | 3.00 | | 2,025.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 3.00 | 675.00 | 2,025.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | $2,025.00 |
| **Prior Balance Due** | | 4,860.00 |
| **Total Balance Due** | | $6,885.00 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788182

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending May 31, 2009 | $27,988.00 |
| **Current Fees and Costs Due** | $27,988.00 |
| **Total Balance Due** | $27,988.00 |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

**Paul**Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
       Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788182

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009                                    $27,988.00
         **Current Fees and Costs Due**                               $27,988.00
         **Total Balance Due**                                        $27,988.00

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address: 0959
   SWIFT Address: BOFAUS3N
   100 West 33rd Street
   New York, New York 10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788182

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

### 3 Westbrook                                                             $27,988.00

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/11/09 | DMS5 | Conference with J. Rheeling regarding sublease review (0.3) | 0.30 | 360.00 | 108.00 |
| 05/12/09 | DMS5 | Review documents related to sublease review (0.3) | 0.30 | 360.00 | 108.00 |
| 05/12/09 | JSR6 | Review proposed sublease and underlying lease (4.0) | 4.00 | 675.00 | 2,700.00 |
| 05/13/09 | DJP2 | Review sublease (2.1) | 2.10 | 790.00 | 1,659.00 |
| 05/13/09 | DMS5 | Draft summary of lease review to J. Rheeling (4.8); conference with J. Rheeling regarding same (0.2) | 5.00 | 360.00 | 1,800.00 |
| 05/13/09 | JSR6 | Review consent and tri-party agreement (1.7); miscellaneous matters regarding sublease (1.3) | 3.00 | 675.00 | 2,025.00 |
| 05/14/09 | DMS5 | Conference with J. Rheeling regarding sublease review (0.2); review same (0.3) | 0.50 | 360.00 | 180.00 |
| 05/14/09 | JSR6 | Prepare comments to sublease (5.5) | 5.50 | 675.00 | 3,712.50 |
| 05/15/09 | DJP2 | Review amendment to lease (1.4) | 1.40 | 790.00 | 1,106.00 |

Tribune Company
75245-00022
Invoice No. 1788182

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/15/09 | DMS5 | Revise sublease review (0.8) | 0.80 | 360.00 | 288.00 |
| 05/15/09 | JSR6 | Miscellaneous matters regarding sublease review and revisions (1.0) | 1.00 | 675.00 | 675.00 |
| 05/16/09 | DMS5 | Revise sublease review (3.0); compose email to J. Rheeling regarding same (0.3) | 3.30 | 360.00 | 1,188.00 |
| 05/18/09 | JSR6 | Prepare revisions to sub-sublease (2.8) | 2.80 | 675.00 | 1,890.00 |
| 05/19/09 | DMS5 | Review lease sublease and sub-sublease for obligations of tenant (0.8); compose email to J. Rheeling regarding same (0.1) | 0.90 | 360.00 | 324.00 |
| 05/19/09 | JSR6 | Telephone conferences with K. Hackett regarding sublease (0.7); finalize comments to sublease (3.8) | 4.50 | 675.00 | 3,037.50 |
| 05/20/09 | DJP2 | Review lease amendment (1.2) | 1.20 | 790.00 | 948.00 |
| 05/26/09 | JSR6 | Review revised sublease (2.7) | 2.70 | 675.00 | 1,822.50 |
| 05/27/09 | DJP2 | Review amendment to lease and lease agreement (2.6) | 2.60 | 790.00 | 2,054.00 |
| 05/29/09 | JSR6 | Telephone conference with K. Hackett (0.6); prepare revisions to sublease (2.9) | 3.50 | 675.00 | 2,362.50 |
| | | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | 45.40 | | 27,988.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 7.30 | 790.00 | 5,767.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 27.00 | 675.00 | 18,225.00 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 11.10 | 360.00 | 3,996.00 |
| | **Current Fees and Costs** | | | | **$27,988.00** |
| | **Total Balance Due** | | | | **$27,988.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788183

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Sun-Sentinel Lease**
PHJ&W LLP File# 75245-00023
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $8,023.00 |
| **Current Fees and Costs Due** | **$8,023.00** |
| **Total Balance Due** | **$8,023.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788183

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Sun-Sentinel Lease**
PHJ&W LLP File# 75245-00023
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $8,023.00 |
| **Current Fees and Costs Due** | **$8,023.00** |
| **Total Balance Due** | **$8,023.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

June 25, 2009

Please refer to
Invoice Number: 1788183

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

## FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

**Sun-Sentinel Lease**                                        **$8,023.00**

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/15/09 | LW9 | Review the sixth amendment to the lease agreement between Lauderdale River, Inc. and Sun-Sentinel Company (1.8) | 1.80 | 360.00 | 648.00 |
| | **Subtotal: B185   Assumption/ Rejection of Leases and Contracts** | | **1.80** | | **648.00** |

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/08/09 | DJP2 | Review term sheet (0.4); conference with client (0.2) | 0.60 | 790.00 | 474.00 |
| 05/15/09 | DJP2 | Review amendment (0.8) | 0.80 | 790.00 | 632.00 |
| 05/15/09 | JSR6 | Review lease and sixth amendment (2.2) | 2.20 | 675.00 | 1,485.00 |
| 05/18/09 | DJP2 | Review amendment (1.1) | 1.10 | 790.00 | 869.00 |
| 05/18/09 | JSR6 | Telephone conference with S. Pater regarding sixth amendment to lease (1.1); prepare comments to amendment (1.9) | 3.00 | 675.00 | 2,025.00 |

Tribune Company
75245-00023
Invoice No. 1788183

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/21/09 | JSR6 | Prepare list of open issues to sixth amendment (1.1); review revised amendment (1.7) | 2.80 | 675.00 | 1,890.00 |
| | **Subtotal: B250   Real Estate** | | 10.50 | | 7,375.00 |

### Timekeeper Summary

| | | |
|---|---|---|
| Daniel J. Perlman | 2.50  hours at | $790.00 |
| Jeffrey S. Rheeling | 8.00  hours at | $675.00 |
| Leah Weiss | 1.80  hours at | $360.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$8,023.00** |
| **Total Balance Due** | **$8,023.00** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul*Hastings*

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788184

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Northlake
PHJ&W LLP File# 75245-00024
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending May 31, 2009 | $18,122.50 |
| **Current Fees and Costs Due** | **$18,122.50** |
| **Total Balance Due** | **$18,122.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address: 0959
SWIFT Address: BOFAUS3N
100 West 33rd Street
New York, New York 10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788184

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Northlake**
PHJ&W LLP File# 75245-00024
Daniel J. Perlman

Legal fees for professional services
for the period ending May 31, 2009 | $18,122.50
| **Current Fees and Costs Due** | $18,122.50 |
| **Total Balance Due** | $18,122.50 |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84226370.1

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive/ 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

June 25, 2009

Please refer to
Invoice Number: 1788184

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2009

## Northlake                                                                    $18,122.50

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/01/09 | JPB7 | Review lease regarding set off rights (0.5) | 0.50 | 515.00 | 257.50 |
| | | Subtotal:  B185   Assumption/ Rejection of Leases and Contracts | 0.50 | | 257.50 |

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/18/09 | JPB7 | Review lease and amendments regarding possible amendment to lease (1.3) | 1.30 | 515.00 | 669.50 |
| 05/19/09 | DMS5 | Conference with J. Bender regarding warehouse lease (0.3); review same (1.2) | 1.50 | 360.00 | 540.00 |
| 05/19/09 | JPB7 | Review lease (1.4); revise third amendment to lease (2.2) | 3.60 | 515.00 | 1,854.00 |
| 05/19/09 | JSR6 | Review lease and amendments to lease (3.0) | 3.00 | 675.00 | 2,025.00 |
| 05/20/09 | JPB7 | Revise lease amendment (3.9) | 3.90 | 515.00 | 2,008.50 |

LEGAL_US_E # 84226370.1

Tribune Company
75245-00024
Invoice No. 1788184

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 05/20/09 | JSR6 | Review issues regarding proposed third amendment to lease (4.0) | 4.00 | 675.00 | 2,700.00 |
| 05/21/09 | DJP2 | Review lease agreement (1.1) | 1.10 | 790.00 | 869.00 |
| 05/21/09 | JPB7 | Review lease amendments (2.3) | 2.30 | 515.00 | 1,184.50 |
| 05/21/09 | JSR6 | Prepare comments to third amendment to lease (1.5) | 1.50 | 675.00 | 1,012.50 |
| 05/22/09 | DJP2 | Review lease agreement (1.1) | 1.10 | 790.00 | 869.00 |
| 05/22/09 | JSR6 | Prepare comments to third amendment to lease (3.3) | 3.30 | 675.00 | 2,227.50 |
| 05/26/09 | JPB7 | Modify third amendment to lease agreement (2.0) | 2.00 | 515.00 | 1,030.00 |
| 05/27/09 | JPB7 | Review third amendment to lease (1.7) | 1.70 | 515.00 | 875.50 |
| | **Subtotal: B250   Real Estate** | | **30.30** | | **17,865.00** |

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Daniel J. Perlman | 2.20 | hours at | $790.00 |
| Jeffrey S. Rheeling | 11.80 | hours at | $675.00 |
| Daniel M. Simon | 1.50 | hours at | $360.00 |
| Justin P. Bender | 15.30 | hours at | $515.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$18,122.50** |
| **Total Balance Due** | **$18,122.50** |

# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**MAY 1, 2009 THROUGH MAY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies (Corporate Documents) | | $155.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $68.34 |
| Taxi/Ground Transportation | | $10.50 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $1.40 |
| Photocopy Charges ($0.10 per page) | | $21.40 |
| Photocopying Charges (for Oversize Documents) | | $626.65 |
| Facsimile | | $0.00 |
| TOTAL | | **$883.29** |

Tribune Company
75245-00001
Invoice No. 1788171

Tribune Company                                      June 25, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.                         PHJ&W Tax ID No. 95-2209675
        Vice President & Deputy General Counsel

---

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 05/18/2009 | RPR | Photocopy Charges | 113 | 0.10 | 11.30 |
| | | **Total Costs** | | | $11.30 |

Tribune Company
75245-00010
Invoice No. 1788174

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 05/21/2009 | DMS5 | Photocopy Charges | 50 | 0.10 | 5.00 |
| 05/22/2009 | DMS5 | Photocopy Charges | 50 | 0.10 | 5.00 |
| 05/28/2009 | DMS5 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 05/29/2009 | PHJW | Certified Copies of Documents - National Corporate Research, Ltd. Inv. # B013691-00, 05/26/09, Good Standing Certificate Short Form | | | 155.00 |
| 05/31/2009 | PHJW | Local - Taxi - Justin Bender, 05/28/09, From/To: Office/Home, Taxi home in evening | | | 4.50 |
| 05/31/2009 | PHJW | Local - Taxi - Daniel Simon, 05/29/09, From/To: Office/Tribune Company, trip to Tribune to secure execution on documents | | | 6.00 |
| 05/22/2009 | PHJW | Long Distance Telephone Charges | | | 0.30 |
| 05/26/2009 | PHJW | Long Distance Telephone Charges | | | 0.90 |
| 05/27/2009 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| | | **Total Costs** | | | **$177.00** |

Tribune Company
75245-00013
Invoice No. 1788175

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Black & White (Litigation) :0509 (real estate documents | | | 242.45 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Black & White 11" X 17" :0509 (real estate documents | | | 1.40 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Black & White (Oversize) :0509 (real estate documents | | | 127.30 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Color Copies :0509 (real estate documents | | | 144.00 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Color Copies (11" X 17") :0509 (real estate documents | | | 27.00 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Color Oversize Copies :0509 (real estate documents | | | 72.00 |
| 04/01/2009 | DJP2 | Miscellaneous Soft Cost: Spiral Binding :0509 (real estate documents | | | 12.50 |
| | | **Total Costs** | | | $626.65 |

Tribune Company
75245-00014
Invoice No. 1788176

## Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|------|---------|-------------|----------|------|--------|
| 04/30/2009 | PHJW | UPS 04/30/09, To Reed Elsevier, Inc., Miamisburg, OH 45342, from Jeff Rheeling | | | 11.80 |
| 04/30/2009 | PHJW | UPS 04/30/09, To Benjamin J. Randall, Randall and Kenig, LLP, Chicago, IL 60611, from Jeff Rheeling | | | 12.88 |
| 04/30/2009 | PHJW | UPS 04/30/09, To General Counsel, Reed Elsevier, Inc., New York, NY 10019, from Jeff Rheeling | | | 16.83 |
| 04/30/2009 | PHJW | UPS 04/30/09, To Cushman & Wakefield of Florida, Tampa, FL 33637, from Jeff Rheeling | | | 16.83 |
| 05/01/2009 | PHJW | UPS 05/01/09 1Z3F8W752491022790 (MAN) | | | 10.00 |
| | | **Total Costs** | | | **$68.34** |