**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>                Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>) **Hearing Date: July 16, 2009 at 3:30 p.m.**<br>) **Objection Deadline: July 9, 2009 at 4:00 p.m.** |

**NOTICE OF MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC
FOR AN ORDER COMPELLING DEBTORS TO TIMELY PERFORM UNDER
REAL PROPERTY LEASE BY PAYING: (I) JULY RENT; (II) SHORTFALL
IN JANUARY THROUGH JUNE RENT DUE TO IMPROPER SETOFFS; AND
(III) ATTORNEY'S FEES AND INTEREST INCURRED DUE
TO DEBTORS' POST-PETITION LEASE DEFAULTS**

      PLEASE TAKE NOTICE that on June 30, 2009, counsel for PPF OFF Two Park Avenue Owner, LLC in the above-captioned case, filed the **Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying; (I) July Rent; (II) Shortfall in January through June Rent Due to Improper Setoffs; and (III) Attorney's Fees and Interest Incurred Due to Debtors' Post-Petition Lease Defaults** (the "Motion").

      PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **July 16, 2009 at 3:30 p.m.** Prevailing Eastern Time before the Honorable Kevin J. Carey, United States Bankruptcy Court for the District of Delaware, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

      PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be made in writing, filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, and served so to be received no later than **July 9, 2009 at 4:00 p.m.** Prevailing Eastern Time by that time upon:

| | |
|---|---|
| PEPPER HAMILTON LLP<br>David B. Stratton, Esq.<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, Delaware 19899-1709 | WILLKIE FARR & GALLAGHER LLP<br>Alan J. Lipkin, Esq.<br>Jeremy E. Crystal, Esq.<br>787 Seventh Avenue<br>New York, New York 10019 |

#11188189 v1

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.**

Dated: June 30, 2009　　　　　　　　　　Respectfully submitted,
Wilmington, Delaware

**PEPPER HAMILTON LLP**


 /s/ Leigh-Anne M. Raport
David B. Stratton (DE No. 960)
Leigh-Anne M. Raport (DE No. 5055)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
E-mail:  strattond@pepperlaw.com
　　　　　raportl@pepperlaw.com


and

**WILLKIE FARR & GALLAGHER LLP**
Alan J. Lipkin, Esq.
Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Co-Counsel for PPF OFF Two Park Avenue Owner, LLC*