SECOND AMENDMENT OF LEASE

THIS SECOND AMENDMENT OF LEASE ("Amendment"), is made as of this 7th day of June, 2004, by and between SEB IMMOBILIEN-INVESTMENT GmbH, a limited liability capital investment company organized and existing under the laws of Germany, having an office c/o Jones Lang LaSalle Americas, Inc., Two Park Avenue, New York, NY 10016 ("Landlord") and TRIBUNE COMPANY, a Delaware corporation, having an office at Two Park Avenue, New York, NY 10016 ("Tenant").

BACKGROUND:

A. Landlord's predecessor-in-interest and Tenant entered into a certain Restated Agreement of Lease (the "Restated Lease") dated as of September 30, 2002, which Restated Lease was amended by a certain First Amendment of Lease dated as of January 24, 2003 (the "First Amendment") (the Restated Lease, as amended by the First Amendment, is herein referred to as the "Lease") pursuant to which Landlord leases to Tenant portions of the rentable area of the 8th, 9th, 10th, 11th, 18th floors and basement of the building located at and commonly known as Two Park Avenue, New York, NY 10016 (the "Building").

B. Article 39 of the Lease provides for a method of determining the Fixed Rent payable in respect of certain portions of the Premises defined in the Lease as "Space-8" and "Space 9-10", respectively, for the period commencing on July 1, 2004 and defined in Section 1.1 of the Lease as the "Rental Value Period".

C. Landlord and Tenant now desire to amend the Lease to confirm the agreement of the parties with respect to the Fixed Rent payable in respect of Space 8 and Space 9-10, respectively, during the Rental Value Period, and to modify and amend the Lease in certain other respects.

NOW, THEREFORE, in consideration of the mutual covenants and conditions herein set forth and for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, hereby agree as follows:

1. <u>Defined Terms.</u> Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Lease.

2. <u>Space 8 Rental Value.</u> The parties hereby agree that, effective as of July 1, 2004, the Fixed Rent payable in respect of Space 8 during the Rental Value Period shall be One Million One Hundred Thirty-Two Thousand Five Hundred Eighty-Two and 50/100 ($1,132,582.50) Dollars per annum, which rent shall be payable in equal monthly installments of Ninety-Four Thousand Three Hundred Eighty-One and 88/100 ($94,381.88) Dollars, at the times and in the manner set forth in Section 1.1 of the Lease.

-1-

3. Space 9-10 Rental Value. The parties hereby agree that, effective as of July 1, 2004, the Fixed Rent payable in respect of Space 9-10 during the Rental Value Period shall be Two Million Two Hundred Fifty-Eight Thousand Six Hundred Eleven and 50/100 ($2,258,611.50) Dollars per annum, which rent shall be payable in equal monthly installments of One Hundred Eighty-Eight Thousand Two Hundred Seventeen and 63/100 ($188,217.63) Dollars at the times and in the manner set forth in Section 1.1 of the Lease.

4. Notices. Article 26 of the Lease is hereby deemed to be deleted and the following provision is inserted as a new Article 26:

"ARTICLE 26
BILLS AND NOTICES

Except as otherwise expressly provided in this Lease, any bills, statements, consents, notices, demands, requests or other communications given or required to be given under this Lease shall be in writing and shall be deemed sufficiently given or rendered if delivered by hand (against a signed receipt), by a nationally recognized air courier service (such as Federal Express or United Parcel Service) or if sent by registered or certified mail (return receipt requested) addressed: (i) if to Tenant, at the Tenant's Notice Address set forth below or at any place where Tenant or any agent or employee of Tenant may be found if mailed subsequent to Tenant's vacating, deserting, abandoning or surrendering the Premises; or (ii) if to Landlord, at the Landlord's Notice Address set forth below, with copies to each Mortgagee and Superior Lessor designated by Landlord in a notice given by Landlord in accordance with the provisions of Article 7 or this Article 26 at the address of such Mortgagee or Superior Lessor which shall be designated by Landlord, or to such other address(es) as Landlord, Tenant or any Mortgagee or Superior Lessor may designate as its new address(es) for such purpose by notice given to the other in accordance with the provisions of Article 7 or this Article 26. Any such bill, statement, consent, notice, demand, request or other communication shall be deemed to have been rendered or given (i) on the date when it shall have been hand delivered (ii) on the next business day if delivered via nationally recognized overnight courier service (such as Federal Express) with receipt requested, or (iii) three (3) Business Days from when it shall have been mailed as provided in this Article 26. Anything contained herein to the contrary notwithstanding, any statement regarding the payment of Fixed Rent or Additional Rent (including, without limitation, any Operating Statement or Tax Statement), or any other bill, statement, consent, notice, demand, request or other communication from Landlord to Tenant with respect to any item of Rent (other than any "default notice" if required hereunder) may be sent to Tenant by regular United States mail. Effective as of the date of this Amendment, the "Tenant's Notice Address" and the "Landlord's Notice Address" shall be as follows:

Landlord's Notice Address:

1-NY/1697241.3

SEB Immobilien-Investment GmbH
c/o LaSalle Investment Management
153 East 53rd Street
New York, NY 10022
Attention: Mr. Brian Tague

With a copy to:

Jones Lang LaSalle Americas, Inc.
Two Park Avenue
15th Floor
New York, NY 10016
Attention: Building Manager

with copies to:

Mario J. Suarez, Esq.
Thompson Hine LLP
One Chase Manhattan Plaza (58th Floor)
New York, NY 10005

and to:

Landesbank Hessen-Thuringen (Helaba)
420 Fifth Avenue
New York, NY 10018-2729
Attention:    Real Estate Finance - Mr. Andrew Hastings

Tenant's Notice Address:

Tribune Company
Two Park Avenue
New York, NY 10016
Attention: Steve Zimmerman

with copies to:

Tribune Company
435 North Michigan Avenue
6th Floor
Chicago, IL 60611
Attention: Real Estate Director – Mr. Ken Mescher

and to:

Tribune Company

-3-

435 North Michigan Avenue
6th Floor
Chicago, IL 60611
Attention: General Counsel

5.  Confirmation Certificate. (a) Effective on and as of the date of this Amendment, the following Section is inserted in the Lease as a new Section 37.12:

"Section 37.12. Under the Statutory Order implementing The Foreign Trade and Payments Act, Landlord must report to the Bundesbank (the German National Bank) payments made by companies that have their registered office in the Federal Republic of Germany. These reports are used to prepare the balance-of-payment statistics of the Federal Republic of Germany (the "German Balance of Payments Statistics"). Tenant agrees to cooperate with Landlord and will complete and deliver to Landlord the form attached hereto as Exhibit K (the "Confirmation") and either affix Tenant's seal thereto or have Tenant's execution thereof acknowledged by a notary public. Tenant shall deliver the Confirmation to Landlord contemporaneously with Tenant's execution of this Lease."

(b) Effective on and as of the date of this Amendment, Exhibit One to this Amendment shall be deemed inserted in the Lease as a new Exhibit K.

(c) Tenant agrees to execute and deliver to Landlord, simultaneously with the execution of this Amendment, four (4) original Confirmations in the form annexed hereto as Exhibit K.

6.  Broker. Each of Landlord and Tenant represent to the other that it has dealt with no broker, agent or finder in connection with this Amendment other than Jones Lang LaSalle Americas, Inc.; and each party agrees to indemnify and hold the other party harmless from all damages, judgments, liabilities and expenses (including reasonable attorneys' fees and charges through all appeals) arising from a breach of the foregoing representation by such party. Landlord shall pay any commission or fee due to Jones Lang LaSalle Americas, Inc. pursuant to a separate agreement.

7.  Authority. Both parties, and each person signing on behalf of a party below hereby represent to the other party that this Amendment has been fully authorized and no further approvals are required; and that each party is duly organized, in good standing and legally qualified to do business in the State of New York (and with respect to Tenant only, to conduct its business in the Premises) and that each party has all required certificates, licenses, permits and other such items for such purposes.

8.  Miscellaneous. This Amendment may not be changed, modified or canceled orally. This Agreement shall not be recorded by Tenant. Except as specifically modified by this Amendment, all of the provisions of the Lease are hereby ratified and

-4-

confirmed to be in full force and effect, and shall remain in full force and effect, including, without limitation, all remedies reserved to Landlord, with which remedies Tenant hereby acknowledges complete familiarity, and which remedies are incorporated herein by reference as though set forth in their entirety. This Amendment shall be binding upon, and shall inure to the benefit of Landlord and Tenant and their respective heirs, executors, personal representatives, administrators, successors and permitted assigns. This Amendment may be executed in separate counterparts, each of which when executed and delivered shall be an original, but all of which together shall constitute one and the same instrument. This Amendment shall be governed by and construed in accordance with the laws of the State of New York.

[SIGNATURE PAGES TO FOLLOW]

1-NY/1697241.3

-5-

IN WITNESS WHEREOF, Landlord and Tenant have respectively executed this Amendment as of the day and year first above written.

TRIBUNE COMPANY, Tenant

By: /s/ David J Granat
Name: David J. Granat
Title: Vice President

Fed. Id. No. 36-1880355

STATE OF NEW YORK  )
                   ) ss.
COUNTY OF NEW YORK )

On the 7th day of March in the year 2004, before me, the undersigned, a notary public in and for said state, personally appeared David J. Granat, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

/s/ Kimberly Lopez 6/7/04

(LANDLORD'S SIGNATURE APPEARS ON THE PAGE NEXT FOLLOWING)

OFFICIAL SEAL
KIMBERLY LOPEZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 09-19-06

1-NY/1697241.3

IN WITNESS WHEREOF, Landlord and Tenant have respectively executed this Amendment as of the day and year first above written.

SEB IMMOBILIEN-INVESTMENT Gmbh, Landlord

By: *[signature]*
Name: Barbara A. Knoflach
Title: **Managing Director**

By: *[signature]*
Name: Martina Brezina
Title: **Executive Officer**

I-NY/1697241.3

EXHIBIT ONE

"EXHIBIT K

CONFIRMATION OF THE EXISTENCE OF A REGISTERED OFFICE IN THE FEDERAL REPUBLIC OF GERMANY

Please note below whether, for the purpose of the balance-of-payments statistics, Tribune Company, a corporation organized under the laws of the State of Delaware, United States of America.

⊖   For the purpose of the German balance-of-payments statistics, as the same has been described to us by Landlord, we, to the best of our knowledge, are considered to be a company that does not have its registered office in Germany as of the date hereof.

In addition, please confirm this status with either (a) your firm's stamp and the signature of an employee authorized to represent your firm or (b) the notarized signature of an authorized employee.

TRIBUNE COMPANY

By: _____     Firm Seal

Name: _____

Its: _____

Date: _____

By: _____

Name: _____     Notary Seal:

Its: _____

Date: _____ "

I-NY/1697241.3