SCHEDULE 1-B

The 6th Floor Space



SCHEDULE 1-C

The TMM Space



2 PARK AVENUE
9TH FLOOR

THE MENDIK COMPANY
330 MADISON AVENUE
NEW YORK N.Y. 10017
(212) 557-1100



SEP-21-2001 16:59    MENDIK REALTY    2129530971    P.04/07

2 PARK AVENUE
10TH FLOOR

32ND STREET

PARK AVENUE

33RD STREET

THE MENDIK COMPANY
330 MADISON AVENUE
NEW YORK N.Y. 10017
(212) 557-1100

SEP-24-2001  14:53       MENDIK REALTY                    2129530971    P.02/07



Note: all dimensions and square footages shown are approximate.

TWO PARK AVENUE 08

9/24/2001

SEP-24-2001 14:21    MENDIK REALTY    2129530971    P.04/07



09-24-01 13:16  TO:TRIBUNE PROPERTIES    FROM:2129530971
SEP-24-2001 16:27  MENDIK REALTY  2129530971  P.03/03  P04





SCHEDULE 1-D

The Remaining Tribune Space

SEP-24-2001  14:53     NDIK REALTY                    2129530971    P.03/07



Note: all dimensions and square footages are approximate.

TWO PARK AVENUE
08

9/24/2001

SEP-24-2001 14:22        MENDIK REALTY



TWO PARK AVENUE
11

Note: all dimensions and areas/square footages shown are approximate.

9/24/2001

09-24-01 13:16    TO:TRIBUNE PROPERTIES    FROM:2129530971    P04
SEP-24-2001 16:27    MENDIK REALTY    2129530971    P.02/03

SEP-21-2001 16:59    M DIK REALTY                    2129530971    P.06/07



Note: all dimensions and areas shown are approximate.

TWO PARK AVENUE
18

9/21/2001

## EXHIBIT A

## THE TRIBUNE LEASE

1. Agreement of Lease, dated as of May 17, 1988, between Two Park Company and Times Mirror Magazines, Inc.
2. Amendment of Lease, dated as of March 28, 1993, between Two Park Company and Times Mirror Magazines, Inc.
3. Amendment of Lease, dated as of March 29, 1993, between Two Park Company and Times Mirror Magazines, Inc.
4. Amendment of Leases, dated as of October 1, 1995, between Two Park Company and Times Mirror Company.
5. Amendment of Lease, dated as of October 8, 1996, between Two Park Company and Times Mirror Company.
6. Amendment of Lease, dated as of December 17, 1996, between Two Park Company and Times Mirror Company.
7. Amendment of Lease, dated as of October 21, 1997, between Two Park Company and Times Mirror Company.
8. Letter Agreement, dated as of October 21, 1997, between Two Park Company and Times Mirror Company.
9. Amendment of Lease, dated as of November 6, 1997, between Two Park Company and Times Mirror Company.

10. Agreement of Lease, dated as of May 17, 1988, between Two Park Company and Newsday, Inc.
11. Letter Agreement, dated May 17, 1988, between Two Park Company and Newsday, Inc.
12. Letter Agreement, dated March 31, 1989, between Two Park Company and Newsday, Inc.
13. Letter from Newsday, Inc., dated April 27, 1990.

## EXHIBIT B

### Net Income

| | Monthly |
|---|---|
| 10/01/01 - 9/30/02 | 259,893.18 |
| 10/01/02 - 9/30/03 | 262,627.24 |
| 10/01/03 - 6/30/04 | 265,556.59 |
| 7/30/04 - 9/30/04 | 177,743.58 |
| 10/01/04 - 9/30/05 | 180,672.93 |
| 10/01/05 - 9/30/06 | 183,602.28 |
| 10/01/06 - 9/30/07 | 186,531.63 |
| 10/01/07 - 9/30/08 | 189,460.98 |
| 10/01/08 - 9/30/09 | 192,390.33 |
| 10/01/09 - 9/30//10 | 195,319.68 |

## EXHIBIT C

Schedule of Fixed Rent, Tenant's Operating Share, Tenant's Tax Share and Space Factor with respect to the Severed Leases and the TMM 8th Floor Space

**Two Park**

## Times Mirror

| Floors | Sq. Ft. | Base Rent | Rent Per Annum | | | | OP % | RE % | OP BASE YEAR | RE TAX BASE YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Per Sq. Ft. | 10/1/01-9/30/10 | | | | | | | |
| Basement | 1,886 | 12.00 | 22,632.00 | | | | | | | |
| | | Per Sq. Ft. | 10/1/01-6/30/04 | Per Sq. Ft. | 7/1/04-9/30/10 | | | | | |
| E. 9 | 44,415 | 21.00 | 932,715.00 | To be determined in accordance with the lease. | | | 4.9460% | 4.6390% | 1995 | 1989/90 |
| P. 10 | 44,156 | 21.00 | 927,318.00 | To be determined in accordance with the lease. | | | 4.9180% | 4.6030% | 1995 | 1989/90 |
| | | Per Sq. Ft. | 10/1/01-11/6/02 | Per Sq. Ft. | 11/7/02-11/6/07 | Per Sq. Ft. | 11/7/07-9/30/10 | | | |
| P. 11 | 3,892 | 23.25 | 90,492.89 | 26.25 | 102,168.89 | 29.25 | 113,841.00 | 0.4334% | 0.4065% | 1998 | 1997 |

## Tribune

| Floors | Sq. Ft. | Base Rent | Rent Per Annum | | | | OP % | RE % | OP BASE YEAR | RE TAX BASE YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Per Sq. Ft. | 10/1/01-11/06/02 | Per Sq. Ft. | 11/7/02-11/6/07 | Per Sq. Ft. | 11/7/07-9/30/10 | | | |
| P. 11 | 105 | 23.25 | 2,441.25 | 26.25 | 2,756.25 | 29.25 | 3,071.25 | 0.0120% | 0.0100% | 1998 | 1997 |
| | | Per Sq. Ft. | 10/1/01-12/16/01 | Per Sq. Ft. | 12/17/01-12/16/06 | Per Sq. Ft. | 12/17/06-9/30/10 | | | |
| P. 11 | 7,675 | 23.00 | 176,525.00 | 26.00 | 199,550.00 | 29.00 | 222,575.00 | 0.8546% | 0.8017% | 1997 | 1997 |
| | | Per Sq. Ft. | 10/1/01-6/30/04 | | | | | | | |
| P. 18 | 1,903 | 25.00 | 47,575.00 | | | | 0.2120% | 0.1990% | 1993 | 1993 |
| P. 18 | 1,828 | 25.00 | 45,700.00 | | | | 0.2040% | 0.1910% | 1993 | 1993 |
| | | Per Sq. Ft. | 10/1/01-6/30/04 | Per Sq. Ft. | 7/1/04-9/30/10 | | | | | |
| P. 8 | 44,415 | 21.00 | 932,715.00 | To be determined in accordance with the lease. | | | 4.9457% | 4.6390% | 1995 | 1989/90 |
| | | Per Sq. Ft. | 10/1/01-10/7/01 | Per Sq. Ft. | 10/8/01-10/7/06 | Per Sq. Ft. | 10/8/2006-9/30/10 | | | |
| P. | 2,553 | 24.00 | 61,512.00 | 27.00 | 69,201.00 | 31.00 | 79,453.00 | 0.2854% | 0.2678% | 1997 | 1997 |
| P. | 6,309 | 24.00 | 151,416.00 | 27.00 | 170,343.00 | 31.00 | 195,579.00 | 0.7026% | 0.6592% | 1997 | 1997 |