## Exhibit C

**Default Letter**

# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

April 23, 2009

**VIA FEDEX**

Tribune Company
Two Park Avenue
New York, New York
Attn: Steve Zimmerman

Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Attn:  James F. Conlan
      Bryan Krakauer
      Kenneth P. Kansa

Re:    In re Tribune Company, et al., Case No. 08-13141
       (KJC) (Bankr. D. Del.)

As To:  Restated Agreement of Lease, dated as of September 30,
        2002, originally between Two Park Company (predecessor-in-
        interest to PPF OFF Two Park Avenue Owner, LLC
        ("**Landlord**")), as landlord, and Tribune Company, as tenant
        ("**Tribune**"), as amended by the First Amendment of Lease,
        dated as of January 24, 2003 and the Second Amendment
        <u>of Lease, dated as of June 7, 2004 (collectively, the "**Lease**")</u>

Gentlemen:

       We represent Landlord in connection with the above referenced cases.

       It has come to our attention that Tribune has been underpaying its postpetition
rent obligation under the Lease required under section 365(d)(3) of the Bankruptcy Code.
Specifically, Tribune underpaid $61,564.92 per month from January through April 2009
(the aggregate amount of such underpayment is hereinafter referred to as the
"**Shortfall**").

       We understand such Shortfall may be the result of the inadvertent misapplication
of the terms of the Letter Agreement, dated September 21, 2001, originally between Two
Park Company (predecessor-in-interest to Landlord) and Tribune (the "**Letter
Agreement**"). Prepetition, pursuant to the Letter Agreement, Tribune made monthly
setoffs (the "**Setoffs**") against monthly rent owed by Tribune under the Lease.

Postpetition, however, Tribune no longer was able to utilize the Setoffs. First, there is no mutuality between the <u>postpetition</u> rent payment obligation to Landlord of Tribune, as debtor-in-possession, and Landlord's <u>prepetition</u> payment obligation to Tribune, as debtor, under the Letter Agreement. Second, Landlord's payments under the Letter Agreement constitute cash collateral for Tribune's prepetition obligations under the Lease, including, without limitation, any damage claim that may arise should Tribune reject the Lease. Consequently, the full amount of monthly rent due under the Lease must be paid by Tribune postpetition.

Enclosed, please find an invoice for May 2009 rent and other amounts due and owing under the Lease, including, without limitation, the Shortfall. Please remit payment of the Shortfall, together with May 2009 rent and such other amounts due and owing under the Lease, on or before May 1, 2009, by wire to the following account:

> Account Name: PPF OFF Two Park Ave Owner, LLC
> ABA: 021000021
> Account Number: 230462324
> General Post Office P.O. Box #30941, New York, NY 10087-0941

Landlord expressly reserves all of Landlord's rights and remedies with respect to this matter and any other claim that Landlord may have against Tribune. Unless the Shortfall is paid to Landlord on or before May 1, 2009, Landlord will file a motion to compel payment of postpetition rent in the Bankruptcy Court. Such motion will seek not only payment of the Shortfall, but also related attorney's fees and interest as provided in sections 18.1 and 18.2 of the Lease.

Additionally, all future payments due under the Lease should be made without any setoffs, offsets, abatements or deductions whatsoever.

[Signature Page Follows]

Sincerely,

Alan J. Lipkin

Enclosure

cc:    Robert I. Bressman, Esq. (via e-mail)
       Jeremy E. Crystal, Esq. (via e-mail)
       Matthew I. Kaplan, Esq. (via e-mail)

       PPF OFF Two Park Avenue Owner, LLC (via e-mail)
       c/o Morgan Stanley Inc.
       Attn: Maria Blake
       1585 Broadway
       New York, New York 10036

       Tribune Company (via FedEx)
       435 North Michigan Avenue
       6th Floor
       Chicago, IL 60611
       Attention:  Real Estate Director, Mr. Ken Mescher

       Tribune Company (via FedEx)
       435 North Michigan Avenue
       6th Floor
       Chicago, IL 60611
       Attention:  General Counsel

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL  60201

| DATE | ACCOUNT NUMBER |
|---|---|
| 5/1/2009 | 00001316    1 |

BLDGLEASE ID #:  2PARKM-001564

| DATE | ACCOUNT NUMBER |
|---|---|
| 5/1/2009 | 00001316 |

BLDG/LEASE  ID #:  2PARKM -001561

Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York            NY        10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 9/1/2008 | CLE | CLEANING | 3,100.72 | 1,137.52 | 1,963.20 | | 9/1/2008 | CLE | 1,963.20 |
| 12/1/2008 | EMO | 8/26-9/23/08 Electric Submt | 9,036.24 | 0.00 | 9,036.24 | | 12/1/2008 | EMO | 9,036.24 |
| 12/1/2008 | EMO | 8/26-9/23/08 Electric Submt | 10,232.28 | 0.00 | 10,232.28 | | 12/1/2008 | EMO | 10,232.28 |
| 12/1/2008 | EMO | 8/26-9/23/08 Electric Submt | 15,884.62 | 0.00 | 15,884.62 | | 12/1/2008 | EMO | 15,884.62 |
| 12/1/2008 | EMO | 8/26-9/23/08 Electric Submt | 54.00 | 0.00 | 54.00 | | 12/1/2008 | EMO | 54.00 |
| 12/1/2008 | EMO | 8/26-9/23/08 Electric Submt | 868.97 | 0.00 | 868.97 | | 12/1/2008 | EMO | 868.97 |
| 12/1/2008 | NYS | 8/26-9/23/08 Electric Submt | 72.78 | 0.00 | 72.78 | | 12/1/2008 | NYS | 72.78 |
| 12/1/2008 | NYS | 8/26-9/23/08 Electric Submt | 2,020.04 | 0.00 | 2,020.04 | | 12/1/2008 | NYS | 2,020.04 |
| 12/1/2008 | NYS | 8/26-9/23/08 Electric Submt | 1,966.04 | 0.00 | 1,966.04 | | 12/1/2008 | NYS | 1,966.04 |
| 12/1/2008 | NYS | 8/26-9/23/08 Electric Submt | 856.05 | 0.00 | 856.05 | | 12/1/2008 | NYS | 856.05 |
| 12/1/2008 | NYS | 8/26-9/23/08 Electric Submt | 756.79 | 0.00 | 756.79 | | 12/1/2008 | NYS | 756.79 |
| 1/1/2009 | PKG | PARKING EXPENSE | 275.00 | 0.00 | 275.00 | | 1/1/2009 | PKG | 275.00 |
| 1/1/2009 | PTX | Tax for PKG | 50.53 | 0.00 | 50.53 | | 1/1/2009 | PTX | 50.53 |
| 2/1/2009 | PTX | Tax for PKG | 50.53 | 0.00 | 50.53 | | 2/1/2009 | PTX | 50.53 |
| 4/1/2009 | ELE | ELECTRIC CHARGE | 392.92 | 0.00 | 392.92 | | 4/1/2009 | ELE | 392.92 |
| 4/1/2009 | EMO | 01/26-09/-2/25/09 Electric Su | 5,576.83 | 0.00 | 5,576.83 | | 4/1/2009 | EMO | 5,576.83 |
| 4/1/2009 | EMO | 11/20-08-12/23/08 Electric S | 6,314.12 | 0.00 | 6,314.12 | | 4/1/2009 | EMO | 6,314.12 |
| 4/1/2009 | EMO | 11/20-08-12/23/08 Electric S | 8,511.36 | 0.00 | 8,511.36 | | 4/1/2009 | EMO | 8,511.36 |
| 4/1/2009 | EMO | 11/20-08-12/23/08 Electric S | 1,173.42 | 0.00 | 1,173.42 | | 4/1/2009 | EMO | 1,173.42 |
| 4/1/2009 | EMO | 11/20-08-12/23/08 Electric S | 11,841.85 | 0.00 | 11,841.85 | | 4/1/2009 | EMO | 11,841.85 |
| 4/1/2009 | EMO | 01/26-09-2/25/09 Electric Su | 7,510.08 | 0.00 | 7,510.08 | | 4/1/2009 | EMO | 7,510.08 |
| 4/1/2009 | EMO | 01/26-09-2/25/09 Electric Su | 10,643.84 | 0.00 | 10,643.84 | | 4/1/2009 | EMO | 10,643.84 |
| 4/1/2009 | EMO | 01/26-09-2/25/09 Electric Su | 885.39 | 0.00 | 885.39 | | 4/1/2009 | EMO | 885.39 |
| 4/1/2009 | EMO | 11/20-08-12/23/08 Electric S | 561.41 | 0.00 | 561.41 | | 4/1/2009 | EMO | 561.41 |
| 4/1/2009 | EMO | 01/26-09-2/25/09 Electric Su | 336.74 | 0.00 | 336.74 | | 4/1/2009 | EMO | 336.74 |
| 4/1/2009 | NYS | 01/28/09-2/25/09 Electric Su | 28.20 | 0.00 | 28.20 | | 4/1/2009 | NYS | 28.20 |
| 4/1/2009 | NYS | 11/20-08-12/23/08 Electric S | 47.02 | 0.00 | 47.02 | | 4/1/2009 | NYS | 47.02 |
| 4/1/2009 | NYS | WO#: 26769 | 0.83 | 0.00 | 0.83 | | 4/1/2009 | NYS | 0.83 |
| 4/1/2009 | NYS | 01/26-09-2/25/09 Electric Su | 74.15 | 0.00 | 74.15 | | 4/1/2009 | NYS | 74.15 |
| 4/1/2009 | NYS | 01/26-09-2/25/09 Electric Su | 891.42 | 0.00 | 891.42 | | 4/1/2009 | NYS | 891.42 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE        804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL 60201

| | DATE | ACCOUNT NUMBER |
| --- | --- | --- |
| | 5/1/2009 | 00001316   1 |
| | BLDGLEASE ID #: 2PARKM-001564 | |

| | DATE | ACCOUNT NUMBER |
| --- | --- | --- |
| | 5/1/2009 | 00001316 |
| | BLDG/LEASE  ID #: 2PARKM -001561 | |
| Tribune Company | | |

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York          NY     10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/1/2009 | NYS | 01/26/09-2/25/09 Electric Su | 628.97 | 0.00 | 628.97 | 4/1/2009 | NYS | 628.97 |
| 4/1/2009 | NYS | 11/20/08-12/23/08 Electric S | 991.75 | 0.00 | 991.75 | 4/1/2009 | NYS | 991.75 |
| 4/1/2009 | NYS | 11/20/08-12/23/08 Electric S | 98.27 | 0.00 | 98.27 | 4/1/2009 | NYS | 98.27 |
| 4/1/2009 | NYS | 11/20/08-12/23/08 Electric S | 712.83 | 0.00 | 712.83 | 4/1/2009 | NYS | 712.83 |
| 4/1/2009 | NYS | WO#: 26779 | 3.54 | 0.00 | 3.54 | 4/1/2009 | NYS | 3.54 |
| 4/1/2009 | NYS | 11/20/08-12/23/08 Electric S | 528.81 | 0.00 | 528.81 | 4/1/2009 | NYS | 528.81 |
| 4/1/2009 | NYS | WO#: 26803 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | 01/26/09-2/25/09 Electric Su | 467.06 | 0.00 | 467.06 | 4/1/2009 | NYS | 467.06 |
| 4/1/2009 | NYS | WO#: 27029 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | WO#: 26950 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | WO#: 26911 | 5.03 | 0.00 | 5.03 | 4/1/2009 | NYS | 5.03 |
| 4/1/2009 | NYS | WO#: 26825 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | WO#: 26824 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | WO#: 26737 | 5.77 | 0.00 | 5.77 | 4/1/2009 | NYS | 5.77 |
| 4/1/2009 | NYS | WO#: 27026 | 2.09 | 0.00 | 2.09 | 4/1/2009 | NYS | 2.09 |
| 4/1/2009 | NYS | WO#: 26992 | 0.83 | 0.00 | 0.83 | 4/1/2009 | NYS | 0.83 |
| 4/1/2009 | NYS | WO#: 26883 | 5.77 | 0.00 | 5.77 | 4/1/2009 | NYS | 5.77 |
| 4/1/2009 | NYS | WO#: 26863 | 0.83 | 0.00 | 0.83 | 4/1/2009 | NYS | 0.83 |
| 4/1/2009 | NYS | WO#: 26813 | 3.54 | 0.00 | 3.54 | 4/1/2009 | NYS | 3.54 |
| 4/1/2009 | NYS | WO#: 26801 | 3.35 | 0.00 | 3.35 | 4/1/2009 | NYS | 3.35 |
| 4/1/2009 | NYS | WO#: 26796 | 0.83 | 0.00 | 0.83 | 4/1/2009 | NYS | 0.83 |
| 4/1/2009 | WRK | WO#: 26779 | 42.25 | 0.00 | 42.25 | 4/1/2009 | WRK | 42.25 |
| 4/1/2009 | WRK | WO#: 26796 | 10.00 | 0.00 | 10.00 | 4/1/2009 | WRK | 10.00 |
| 4/1/2009 | WRK | WO#: 26801 | 40.00 | 0.00 | 40.00 | 4/1/2009 | WRK | 40.00 |
| 4/1/2009 | WRK | WO#: 26813 | 42.25 | 0.00 | 42.25 | 4/1/2009 | WRK | 42.25 |
| 4/1/2009 | WRK | WO#: 26863 | 10.00 | 0.00 | 10.00 | 4/1/2009 | WRK | 10.00 |
| 4/1/2009 | WRK | WO#: 26883 | 68.90 | 0.00 | 68.90 | 4/1/2009 | WRK | 68.90 |
| 4/1/2009 | WRK | WO#: 26992 | 10.00 | 0.00 | 10.00 | 4/1/2009 | WRK | 10.00 |
| 4/1/2009 | WRK | WO#: 27026 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |
| 4/1/2009 | WRK | WO#: 26803 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE          804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanstion, IL 60201

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316   1 |
| BLDGLEASE ID #: 2PARKM-001564 | |

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316 |
| BLDG/LEASE ID #: 2PARKM -001561 | |
Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York      NY      10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4/1/2009 | WRK | WO#: 26824 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |
| 4/1/2009 | WRK | WO#: 26825 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |
| 4/1/2009 | WRK | WO#: 26911 | 60.00 | 0.00 | 60.00 | 4/1/2009 | WRK | 60.00 |
| 4/1/2009 | WRK | WO#: 26950 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |
| 4/1/2009 | WRK | WO#: 27029 | 25.00 | 0.00 | 25.00 | 4/1/2009 | WRK | 25.00 |
| 4/1/2009 | WRK | WO#: 26737 | 68.90 | 0.00 | 68.90 | 4/1/2009 | WRK | 68.90 |
| 4/1/2009 | WRK | WO#: 26769 | 10.00 | 0.00 | 10.00 | 4/1/2009 | WRK | 10.00 |
| 4/20/2009 | RTO | Rev Jan 09 Rt Concession | 61,564.92 | 0.00 | 61,564.92 | 4/20/2009 | RTO | 61,564.92 |
| 4/20/2009 | RTO | Rev Feb 09 Rt Concession | 61,564.92 | 0.00 | 61,564.92 | 4/20/2009 | RTO | 61,564.92 |
| 4/20/2009 | RTO | Rev Mar 09 Rt  Concession | 61,564.92 | 0.00 | 61,564.92 | 4/20/2009 | RTO | 61,564.92 |
| 4/20/2009 | RTO | Rev April  09 Rt Concession | 61,564.92 | 0.00 | 61,564.92 | 4/20/2009 | RTO | 61,564.92 |
| 4/22/2009 | PKG | Jan 09 Parking | 825.00 | 0.00 | 825.00 | 4/22/2009 | PKG | 825.00 |
| 4/22/2009 | PKG | Feb 09 Parking | 825.00 | 0.00 | 825.00 | 4/22/2009 | PKG | 825.00 |
| 4/22/2009 | PKG | May 09 Parking | 275.00 | 0.00 | 275.00 | 4/22/2009 | PKG | 275.00 |
| 4/22/2009 | PKG | May 09 Parking | 825.00 | 0.00 | 825.00 | 4/22/2009 | PKG | 825.00 |
| 4/22/2009 | PTX | May 09 Parking Tax | 151.59 | 0.00 | 151.59 | 4/22/2009 | PTX | 151.59 |
| 4/22/2009 | PTX | May 09 Parking Tax | 50.53 | 0.00 | 50.53 | 4/22/2009 | PTX | 50.53 |
| 4/22/2009 | PTX | Parking Tax | 151.59 | 0.00 | 151.59 | 4/22/2009 | PTX | 151.59 |
| 4/22/2009 | PTX | Feb 09 Parking Tax | 151.59 | 0.00 | 151.59 | 4/22/2009 | PTX | 151.59 |
| 4/22/2009 | PTX | April  09 Parking Tax | 151.59 | 0.00 | 151.59 | 4/22/2009 | PTX | 151.59 |
| 4/22/2009 | PTX | Jan 09 Parking Tax | 151.59 | 0.00 | 151.59 | 4/22/2009 | PTX | 151.59 |
| 5/1/2009 | CAR | CARPET MAINTENANCE | 2,617.12 | 0.00 | 2,617.12 | 5/1/2009 | CAR | 2,617.12 |
| 5/1/2009 | CLE | CLEANING | 5,872.60 | 0.00 | 5,872.60 | 5/1/2009 | CLE | 5,872.60 |
| 5/1/2009 | CLE | CLEANING | 3,100.72 | 0.00 | 3,100.72 | 5/1/2009 | CLE | 3,100.72 |
| 5/1/2009 | CLE | WO#: 27366 | 1,431.00 | 0.00 | 1,431.00 | 5/1/2009 | CLE | 1,431.00 |
| 5/1/2009 | CLE | CLEANING | 716.64 | 0.00 | 716.64 | 5/1/2009 | CLE | 716.64 |
| 5/1/2009 | CLE | WO#: 27150 | 371.00 | 0.00 | 371.00 | 5/1/2009 | CLE | 371.00 |
| 5/1/2009 | CLE | WO#: 27129 | 26.50 | 0.00 | 26.50 | 5/1/2009 | CLE | 26.50 |
| 5/1/2009 | CLE | WO#: 27124 | 95.00 | 0.00 | 95.00 | 5/1/2009 | CLE | 95.00 |
| 5/1/2009 | CLE | WO#: 27083 | 106.00 | 0.00 | 106.00 | 5/1/2009 | CLE | 106.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE      804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY 10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL 60201

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316   1 |
| BLDGLEASE ID #: 2PARKM-001564 | |

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316 |
| BLDG/LEASE ID #: 2PARKM -001561 | |

Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York          NY      10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5/1/2009 | ELE | ELECTRIC CHARGE | 392.92 | 0.00 | 392.92 | 5/1/2009 | ELE | 392.92 |
| 5/1/2009 | EMO | 02/25/09-3/26/09 Electric Su | 5,609.25 | 0.00 | 5,609.25 | 5/1/2009 | EMO | 5,609.25 |
| 5/1/2009 | EMO | 02/25/09-3/26/09 Electric Su | 7,643.21 | 0.00 | 7,643.21 | 5/1/2009 | EMO | 7,643.21 |
| 5/1/2009 | EMO | 02/25/09-3/26/09 Electric Su | 10,669.72 | 0.00 | 10,669.72 | 5/1/2009 | EMO | 10,669.72 |
| 5/1/2009 | EMO | 02/25/09-3/26/09 Electric Su | 1,094.26 | 0.00 | 1,094.26 | 5/1/2009 | EMO | 1,094.26 |
| 5/1/2009 | EMO | 02/25/09-3/26/09 Electric Su | 227.01 | 0.00 | 227.01 | 5/1/2009 | EMO | 227.01 |
| 5/1/2009 | NYS | 02/25/09-3/26/09 Electric Su | 19.01 | 0.00 | 19.01 | 5/1/2009 | NYS | 19.01 |
| 5/1/2009 | NYS | WO#: 27083 | 8.88 | 0.00 | 8.88 | 5/1/2009 | NYS | 8.88 |
| 5/1/2009 | NYS | WO#: 27224 | 24.10 | 0.00 | 24.10 | 5/1/2009 | NYS | 24.10 |
| 5/1/2009 | NYS | WO#: 27062 | 7.86 | 0.00 | 7.86 | 5/1/2009 | NYS | 7.86 |
| 5/1/2009 | NYS | WO#: 27124 | 7.96 | 0.00 | 7.96 | 5/1/2009 | NYS | 7.96 |
| 5/1/2009 | NYS | WO#: 27129 | 2.22 | 0.00 | 2.22 | 5/1/2009 | NYS | 2.22 |
| 5/1/2009 | NYS | WO#: 27150 | 31.07 | 0.00 | 31.07 | 5/1/2009 | NYS | 31.07 |
| 5/1/2009 | NYS | WO#: 27271 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27275 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27273 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27366 | 119.85 | 0.00 | 119.85 | 5/1/2009 | NYS | 119.85 |
| 5/1/2009 | NYS | WO#: 27358 | 34.57 | 0.00 | 34.57 | 5/1/2009 | NYS | 34.57 |
| 5/1/2009 | NYS | WO#: 27370 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27384 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27395 | 10.62 | 0.00 | 10.62 | 5/1/2009 | NYS | 10.62 |
| 5/1/2009 | NYS | WO#: 27388 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27387 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27385 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27348 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27339 | 17.31 | 0.00 | 17.31 | 5/1/2009 | NYS | 17.31 |
| 5/1/2009 | NYS | WO#: 27337 | 5.77 | 0.00 | 5.77 | 5/1/2009 | NYS | 5.77 |
| 5/1/2009 | NYS | WO#: 27335 | 5.77 | 0.00 | 5.77 | 5/1/2009 | NYS | 5.77 |
| 5/1/2009 | NYS | WO#: 27300 | 5.77 | 0.00 | 5.77 | 5/1/2009 | NYS | 5.77 |
| 5/1/2009 | NYS | WO#: 27293 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE          804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL  60201

| DATE | ACCOUNT NUMBER |
|------|----------------|
| 5/1/2009 | 00001316    1 |
| BLDGLEASE ID #: | 2PARKM-001564 |

| DATE | ACCOUNT NUMBER |
|------|----------------|
| 5/1/2009 | 00001316 |
| BLDG/LEASE ID #: | 2PARKM -001561 |

Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York          NY      10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
|------|------|-------------|---------|----------|------------|------|------|------------|
| 5/1/2009 | NYS | WO#: 27280 | 11.21 | 0.00 | 11.21 | 5/1/2009 | NYS | 11.21 |
| 5/1/2009 | NYS | WO#: 27278 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | 02/25/09-3/26/09 Electric Su | 91.64 | 0.00 | 91.64 | 5/1/2009 | NYS | 91.64 |
| 5/1/2009 | NYS | WO#: 27525 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27512 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27511 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | 02/25/09-3/26/09 Electric Su | 893.59 | 0.00 | 893.59 | 5/1/2009 | NYS | 893.59 |
| 5/1/2009 | NYS | 02/25/09-3/26/09 Electric Su | 640.12 | 0.00 | 640.12 | 5/1/2009 | NYS | 640.12 |
| 5/1/2009 | NYS | WO#: 27503 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27502 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27501 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27500 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27474 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27457 | 3.54 | 0.00 | 3.54 | 5/1/2009 | NYS | 3.54 |
| 5/1/2009 | NYS | WO#: 27451 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27439 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27438 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27437 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27436 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27434 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27433 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27432 | 3.14 | 0.00 | 3.14 | 5/1/2009 | NYS | 3.14 |
| 5/1/2009 | NYS | WO#: 27413 | 0.83 | 0.00 | 0.83 | 5/1/2009 | NYS | 0.83 |
| 5/1/2009 | NYS | WO#: 27400 | 9.12 | 0.00 | 9.12 | 5/1/2009 | NYS | 9.12 |
| 5/1/2009 | NYS | 02/25/09-3/26/09 Electric Su | 469.77 | 0.00 | 469.77 | 5/1/2009 | NYS | 469.77 |
| 5/1/2009 | NYS | WO#: 27265 | 2.09 | 0.00 | 2.09 | 5/1/2009 | NYS | 2.09 |
| 5/1/2009 | NYS | WO#: 27441 | 2.09 | 0.00 | 2.09 | 5/1/2009 | NYS | 2.09 |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 20,325.44 | 0.00 | 20,325.44 | 5/1/2009 | OPO | 20,325.44 |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 40,538.28 | 0.00 | 40,538.28 | 5/1/2009 | OPO | 40,538.28 |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 1,782.42 | 0.00 | 1,782.42 | 5/1/2009 | OPO | 1,782.42 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---------|-----|-----|-----|-----|-------------|
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE          804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL  60201

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316    1 |
| BLDGLEASE ID #:  2PARKM-001564 | |

| DATE | ACCOUNT NUMBER |
| --- | --- |
| 5/1/2009 | 00001316 |
| BLDG/LEASE  ID #:  2PARKM -001561 | |

Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York                   NY        10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | Date | Code | Amount Due |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 3,968.87 | 0.00 | 3,968.87 | 5/1/2009 | OPO | 3,968.87 |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 3,432.99 | 0.00 | 3,432.99 | 5/1/2009 | OPO | 3,432.99 |
| 5/1/2009 | OPO | OPER.EXP.ESCAL - OFFIC | 49.35 | 0.00 | 49.35 | 5/1/2009 | OPO | 49.35 |
| 5/1/2009 | PKG | PARKING EXPENSE | 825.00 | 0.00 | 825.00 | 5/1/2009 | PKG | 825.00 |
| 5/1/2009 | RTB | BASE RENT- BSMT/STORA | 1,886.00 | 0.00 | 1,886.00 | 5/1/2009 | RTB | 1,886.00 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 94,381.88 | 0.00 | 94,381.88 | 5/1/2009 | RTO | 94,381.88 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 9,486.75 | 0.00 | 9,486.75 | 5/1/2009 | RTO | 9,486.75 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 94,381.88 | 0.00 | 94,381.88 | 5/1/2009 | RTO | 94,381.88 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 93,835.75 | 0.00 | 93,835.75 | 5/1/2009 | RTO | 93,835.75 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 255.94 | 0.00 | 255.94 | 5/1/2009 | RTO | 255.94 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 18,547.92 | 0.00 | 18,547.92 | 5/1/2009 | RTO | 18,547.92 |
| 5/1/2009 | RTO | BASE RENT- OFFICE | 22,919.33 | 0.00 | 22,919.33 | 5/1/2009 | RTO | 22,919.33 |
| 5/1/2009 | STC | Tax for CLE | 60.02 | 0.00 | 60.02 | 5/1/2009 | STC | 60.02 |
| 5/1/2009 | STC | Tax for CLE | 491.83 | 0.00 | 491.83 | 5/1/2009 | STC | 491.83 |
| 5/1/2009 | STC | Tax for CLE | 259.69 | 0.00 | 259.69 | 5/1/2009 | STC | 259.69 |
| 5/1/2009 | WRK | WO#: 27441 | 25.00 | 0.00 | 25.00 | 5/1/2009 | WRK | 25.00 |
| 5/1/2009 | WRK | WO#: 27265 | 25.00 | 0.00 | 25.00 | 5/1/2009 | WRK | 25.00 |
| 5/1/2009 | WRK | WO#: 27503 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27511 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27512 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27525 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27395 | 126.75 | 0.00 | 126.75 | 5/1/2009 | WRK | 126.75 |
| 5/1/2009 | WRK | WO#: 27400 | 108.90 | 0.00 | 108.90 | 5/1/2009 | WRK | 108.90 |
| 5/1/2009 | WRK | WO#: 27413 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27432 | 37.50 | 0.00 | 37.50 | 5/1/2009 | WRK | 37.50 |
| 5/1/2009 | WRK | WO#: 27433 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27434 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27436 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27437 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27438 | 10.00 | 0.00 | 10.00 | 5/1/2009 | WRK | 10.00 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE        804,505.80

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

PPF OFF Two Park Avenue Owner
2 Park Avenue
New York, NY  10016
(212) 481-3480

Tribune Company
c/o MacMunnis, Inc.
1840 Oak Avenue
Suite 300
Evanston, IL  60201

| DATE | ACCOUNT NUMBER |
|---|---|
| 5/1/2009 | 00001316   1 |
| BLDGLEASE ID #: 2PARKM-001564 | |

| DATE | ACCOUNT NUMBER |
|---|---|
| 5/1/2009 | 00001316 |
| BLDG/LEASE  ID #:  2PARKM -001561 | |

Tribune Company

**MAKE CHECKS PAYABLE TO:** PPF OFF Two Park Ave Owner LLC
General Post Office
P.O. Box 30941
New York          NY       10087-0941

Wiring Instructions:
Account Name: PPF OFF Two Park Ave Owner, LLC ABA: 021000021
Account Number:230462324 General Post Office P.O. Box #30941 New York, NY 10087-0941

| Date | Code | Description | Charges | Payments | Amount Due | | Date | Code | Amount Due |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/2009 | WRK | WO#: 27439 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27451 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27457 | 42.25 | 0.00 | 42.25 | | 5/1/2009 | WRK | 42.25 |
| 5/1/2009 | WRK | WO#: 27474 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27500 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27501 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27502 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27271 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27273 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27224 | 287.80 | 0.00 | 287.80 | | 5/1/2009 | WRK | 287.80 |
| 5/1/2009 | WRK | WO#: 27062 | 93.90 | 0.00 | 93.90 | | 5/1/2009 | WRK | 93.90 |
| 5/1/2009 | WRK | WO#: 27275 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27278 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27280 | 133.90 | 0.00 | 133.90 | | 5/1/2009 | WRK | 133.90 |
| 5/1/2009 | WRK | WO#: 27293 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27300 | 68.90 | 0.00 | 68.90 | | 5/1/2009 | WRK | 68.90 |
| 5/1/2009 | WRK | WO#: 27335 | 68.90 | 0.00 | 68.90 | | 5/1/2009 | WRK | 68.90 |
| 5/1/2009 | WRK | WO#: 27337 | 68.90 | 0.00 | 68.90 | | 5/1/2009 | WRK | 68.90 |
| 5/1/2009 | WRK | WO#: 27339 | 206.70 | 0.00 | 206.70 | | 5/1/2009 | WRK | 206.70 |
| 5/1/2009 | WRK | WO#: 27384 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27385 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27387 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27388 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27370 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27348 | 10.00 | 0.00 | 10.00 | | 5/1/2009 | WRK | 10.00 |
| 5/1/2009 | WRK | WO#: 27358 | 412.80 | 0.00 | 412.80 | | 5/1/2009 | WRK | 412.80 |

| Current | 30 | 60 | 90 | 120 | BALANCE DUE |
|---|---|---|---|---|---|
| 760,418.73 | 0.00 | 50.53 | 0.00 | 44,036.54 | 804,505.80 |

BALANCE DUE          804,505.80