# Exhibit D

## Tribune Inventory List

# Tribune Inventory List      6/30/2009

### 8th Floor

**Qty**           **Desc.**

- 55 Cubicles
- 40 Desk
- 190 Chairs
- 2 Reception Desk
- 5 Round Conference Tables (4-6 Sitter)
- 2 Sub - Zero Refridgerators
- 3 3ft high refridgerators
- 1 General Electric 5 foot high Refridgerator
- 1 Coca Cola Vending Maching
- 3 Mitsubushi Televisions (40", 46", 40")
- 4 Microwaves
- 2 Dishwashers
- 3 10 Ft. Long Conference Tables
- 1 12 Ft. Long Conference Table
- 1 8 Ft. long Conference Table
- 2 Coffee Tables (wood and Glass)
- 1 Row File Cabinets w/ Top Shelves
- 1 Dell Optiplex GX620 P.C.
- 4 Sony Televisions (32", 14", 25", 19")
- 1 RCA Televison-VCR Combo (19")
- 1 General Electric Television (19")
- 2 HP-XW4300 and 4000 P.C's
- 1 Soleus Air Portable A/C
- 2 HP - Color Laser Jet (4550 N, 5)
- 1 Aiwa Stereo System
- 10 Wooden Book Shelves
- 50 File Cabinets
- 200 Digital Telephones
- 30 Screw and Nut Metal Shelving
- 1 Electric Stove
- 3 A/C Units in the Computer Room
- 2 UPS (Uninteruptable Power Supply)
- 2 Ceiling Units
- 2 Mini UPS Systems

### 18th Floor

**Qty**           **Desc.**

- 10 Desk
- 10 Cubicles
- 1 12Ft. Long Conference Table
- 17 Chairs
- 2 Couches
- 39 Digital Phones
- 1 Chandelier
- 2 Wall Fixtures
- 1 Portable A/C Unit
- 1 White Refridgerator
- 1 Copy Machine
- Misc. Computers Accessories