**Exhibit E**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | Chapter 11 |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

ORDER GRANTING MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC FOR AN ORDER COMPELLING DEBTORS TO TIMELY PERFORM UNDER REAL PROPERTY LEASE BY PAYING: (I) JULY RENT; (II) SHORTFALL IN JANUARY THROUGH JUNE RENT DUE TO IMPROPER SETOFFS; (III) SEMIANNUAL REAL ESTATE TAXES DUE JUNE 1, 2009; AND (IV) ATTORNEY'S FEES AND INTEREST INCURRED DUE TO DEBTORS' POST-PETITION LEASE DEFAULTS

Upon the motion (the "Motion") of PPF OFF Two Park Avenue Owner, LLC ("Landlord"), for an order, pursuant to sections 105, 363, and, 365 of title 11 of the United States Code (the "Bankruptcy Code"), compelling Tribune Company ("Tenant"), one of the debtors and debtors-in-possession in the above-captioned cases (each a "Debtor", and collectively, the "Debtors")[1] to timely perform its obligations under Landlord's Lease (as defined in the Motion)

---

[1] The Debtors in these chapter 11 cases, along with the lust four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434): Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Moldings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Henry & Crown Advertising, Inc. (9808): Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications. LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb. Inc. (4276); Sun-Sentinel Company (2684): The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088): Times Mirror Payroll Processing Company, Inc. (4227): Times Mirror Services

by paying (i) July rent; (ii) the shortfall in January through June rent due to improper setoff; (iii) semiannual real estate taxes due June 1, 2009; and (iv) attorney's fees and interest incurred due to Debtors' post-petition Lease defaults; and a hearing on the Motion having been conducted (the "Hearing"); and upon the entire record made at the Hearing; and this Court having found good and sufficient cause appearing therefor,

**IT IS HEREBY FOUND** that:

A.      The Lease is a lease for non-residential real property.

B.      As of the date hereof, Tenant had not vacated the Premises and, therefore, the Lease had not been rejected pursuant to the Rejection Order.

C.      The underpaid rent due under the Lease for January through June 2009 is $369,389.52.

D.      Pursuant to the Lease, Tenant is obligated to pay to Landlord monthly rent of $406,185.72 for July 2009.

E.      Tenant has failed to pay rent due under the Lease for July 2009.

F.      Tenant has failed to pay semiannual real estate taxes of $292,140.57 due June 1, 2009.

Based upon the foregoing findings and conclusions, and upon the record made before this Court at the Hearing, and good and sufficient cause appearing therefor,

---

Company, inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719): TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties. Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035): Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847): Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630): Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VatuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025): Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300): WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

- 3 -

**IT IS HEREBY ORDERED** that:

1.The Motion is granted as provided herein.

2.Within one (1) business day of the entry of this Order, Tenant shall pay to Landlord $406,185.72 to satisfy basic rent for July 2008, $369,389.52 to satisfy the Rent Deficiency for January through June 2009, and $292,140.57 to satisfy the semiannual real estate taxes due June 1, 2009 under the Lease.

3.Tenant shall pay Landlord an amount equal to its reasonable attorney's fees and costs incurred in connection with Tenant's post-petition Lease defaults and interest accrued on all late payments of Rent in accordance with the Lease within three (3) business days of presentation to Tenant of supporting documentation therefore; provided, however, that if Tenant objects to any of the amounts requested, then Tenant shall pay only the undisputed amounts, advise Landlord in writing of the amounts disputed and the bases therefore, and, absent a prompt resolution by the parties, a hearing shall be held to resolve any disputed amounts.

- 4 -

4. Tenant shall pay Landlord any true-up amounts for the post-petition, pre-rejection period under the Lease for operating expenses, taxes, and any other amounts due under the Lease within three (3) business days of presentation to Tenant of supporting documentation therefore; provided, however, that if Tenant objects to any of the amounts requested, then Tenant shall pay only the undisputed amounts, advise Landlord in writing of the amounts disputed and the bases therefore, and, absent a prompt resolution by the parties, a hearing shall be held to resolve any disputed amounts.

Dated: July __, 2009
      Wilmington, Delaware

                                                                                     
                                                  UNITED STATES BANKRUPTCY JUDGE