# BARGER & WOLEN LLP

GARY A. BRESEE
(415) 743-3708
gbresee@bargerwolen.com

650 California Street
Ninth Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

PLEASE REFER TO FILE NUMBER:
29134.018

FILED
2009 JUN 30 AM 11: 54

June 25, 2009

U.S. Bankruptcy Court
Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

    Re:    Tribune Company, Case No.: Ch-11 08-13141KJC

Dear Clerk:

    We are requesting that my name and our firm name be removed from the service list regarding the above-referenced matter. Our involvement in this case has concluded.

Very truly yours,

GARY A. BRESEE
For the Firm

GAB:mf

j:\office2\29134\018\09 letters\ltr to the clerk.doc