# EXHIBIT A

**Tribune Co.**



Time Log

**Moelis & Company**
**Summary of Hours Worked**
**May 1, 2009 - May 31, 2009**

| Name | Position | Hours Worked |
|------|----------|-------------:|
| Thane Carlston | Managing Director, Restructuring Group | 14.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 21.0 |
| John Momtazee | Managing Director, Media | 17.5 |
| Zul Jamal | Senior Vice President, Restructuring Group | 11.5 |
| Larry Kwon | Vice President, Restructuring Group | 5.5 |
| Ashish Ajmera | Vice President, Media | 50.0 |
| Evan Glucoft | Associate | 40.5 |
| Vishal Patel | Analyst | 60.0 |
| | **Total Moelis Team Hours** | **220.0** |

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - May 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 14.0 |
| Navid Mahmoodzadegan | Managing Director | 21.0 |
| John Momtazee | Managing Director | 17.5 |
| Zul Jamal | Sr. Vice President | 11.5 |
| Larry Kwon | Vice President | 5.5 |
| Ashish Ajmera | Vice President | 50.0 |
| Evan Glucoft | Associate | 40.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **220.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 05/01/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/01/09 | 0.5 | Review of documents and due diligence |
| Evan Glucoft | 05/01/09 | 1.5 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 05/02/09 | 2.0 | Financial analysis and presentation development |
| John Momtazee | 05/02/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/02/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 05/02/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/03/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 05/03/09 | 1.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/04/09 | 8.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 05/05/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 05/05/09 | 1.5 | Internal Discussions / Calls |
| Thane Carlston | 05/05/09 | 1.5 | Internal Discussions / Calls |
| Ashish Ajmera | 05/05/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 05/05/09 | 1.5 | Internal Discussions / Calls |
| Larry Kwon | 05/05/09 | 1.5 | Internal Discussions / Calls |
| Evan Glucoft | 05/05/09 | 1.5 | Financial analysis and presentation development |
| Ashish Ajmera | 05/06/09 | 0.5 | Financial analysis and presentation development |
| Zul Jamal | 05/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 05/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 05/06/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 05/07/09 | 2.0 | Internal Discussions / Calls |
| Thane Carlston | 05/07/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 05/07/09 | 2.0 | Internal Discussions / Calls |
| Ashish Ajmera | 05/07/09 | 2.0 | Internal Discussions / Calls |
| Ashish Ajmera | 05/07/09 | 6.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 05/07/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 05/07/09 | 4.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/08/09 | 2.0 | Financial analysis and presentation development |
| John Momtazee | 05/08/09 | 1.5 | Financial analysis and presentation development |
| Ashish Ajmera | 05/08/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/08/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 05/08/09 | 6.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/09/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 05/09/09 | 8.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/09/09 | 1.5 | Financial analysis and presentation development |
| Vishal Patel | 05/10/09 | 12.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 05/11/09 | 3.0 | Financial analysis and presentation development |
| John Momtazee | 05/11/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/11/09 | 5.0 | Financial analysis and presentation development |

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 14.0 |
| Navid Mahmoodzadegan | Managing Director | 21.0 |
| John Momtazee | Managing Director | 17.5 |
| Zul Jamal | Sr. Vice President | 11.5 |
| Larry Kwon | Vice President | 5.5 |
| Ashish Ajmera | Vice President | 50.0 |
| Evan Glucoft | Associate | 40.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **220.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 05/11/09 | 3.0 | Financial analysis and presentation development |
| Vishal Patel | 05/11/09 | 4.0 | Financial analysis and presentation development |
| Thane Carlston | 05/12/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 05/12/09 | 2.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 05/12/09 | 0.5 | Internal Discussions / Calls |
| John Momtazee | 05/12/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 05/12/09 | 0.5 | Internal Discussions / Calls |
| Evan Glucoft | 05/12/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/12/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 05/12/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 05/12/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 05/12/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 05/12/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 05/12/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 05/12/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 05/12/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 05/12/09 | 1.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/12/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 05/13/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 05/13/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 05/13/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 05/13/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 05/13/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 05/13/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 05/13/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 05/13/09 | 3.0 | Review of documents and due diligence |
| Thane Carlston | 05/13/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 05/13/09 | 1.0 | Review of documents and due diligence |
| John Momtazee | 05/13/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 05/13/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 05/13/09 | 1.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/14/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/14/09 | 0.5 | Internal Discussions / Calls |
| Vishal Patel | 05/14/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 05/14/09 | 1.5 | UCC Committee Meeting |
| John Momtazee | 05/14/09 | 1.5 | UCC Committee Meeting |
| Thane Carlston | 05/14/09 | 1.5 | UCC Committee Meeting |
| Zul Jamal | 05/14/09 | 1.5 | UCC Committee Meeting |
| Ashish Ajmera | 05/14/09 | 1.5 | UCC Committee Meeting |
| Vishal Patel | 05/14/09 | 1.5 | UCC Committee Meeting |

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - May 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 14.0 |
| Navid Mahmoodzadegan | Managing Director | 21.0 |
| John Momtazee | Managing Director | 17.5 |
| Zul Jamal | Sr. Vice President | 11.5 |
| Larry Kwon | Vice President | 5.5 |
| Ashish Ajmera | Vice President | 50.0 |
| Evan Glucoft | Associate | 40.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **220.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 05/14/09 | 1.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 05/14/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 05/14/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 05/14/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 05/14/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 05/15/09 | 5.0 | Financial analysis and presentation development |
| Vishal Patel | 05/16/09 | 6.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/17/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 05/18/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 05/19/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 05/19/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 05/19/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 05/21/09 | 0.5 | Review of documents and due diligence |
| Evan Glucoft | 05/21/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 05/21/09 | 2.0 | Review of documents and due diligence |
| Thane Carlston | 05/21/09 | 2.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 05/21/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 05/23/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 05/25/09 | 2.0 | Financial analysis and presentation development |
| Ashish Ajmera | 05/26/09 | 2.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 05/26/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 05/26/09 | 2.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 05/26/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/27/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 05/27/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 05/27/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/27/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 05/27/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 05/27/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 05/27/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 05/27/09 | 0.5 | Review of documents and due diligence |
| Vishal Patel | 05/27/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 05/28/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/28/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 05/28/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 05/28/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 05/28/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 05/29/09 | 1.5 | Review of documents and due diligence |
| Thane Carlston | 05/29/09 | 1.5 | Review of documents and due diligence |
| John Momtazee | 05/29/09 | 1.5 | Review of documents and due diligence |

#### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 14.0 |
| Navid Mahmoodzadegan | Managing Director | 21.0 |
| John Momtazee | Managing Director | 17.5 |
| Zul Jamal | Sr. Vice President | 11.5 |
| Larry Kwon | Vice President | 5.5 |
| Ashish Ajmera | Vice President | 50.0 |
| Evan Glucoft | Associate | 40.5 |
| Vishal Patel | Analyst | 60.0 |
| **Total** | | **220.0** |

#### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Larry Kwon | 05/29/09 | 1.5 | Review of documents and due diligence |
| Ashish Ajmera | 05/29/09 | 1.5 | Review of documents and due diligence |
| **Total** | | **220.0** | |