# EXHIBIT B

# Tribune Co.

Moelis & Company - May 2009 Expense Summary

|  | May 2009 |
|---|---:|
| Airfare | $ - |
| Lodging | 446.22 |
| Travel / Overtime / Weekend meals | 358.12 |
| Taxi / Transportation / Parking | 210.00 |
| Telephone | 130.49 |
| Presentations | 726.45 |
| Other | 2.80 |
| **Total** | **$ 1,874.08** |

**Tribune Co.**
Moelis & Company - May 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **LODGING** | | | | | | |
| Lodging | 5/5/2009 | Lodging | Intercontinental Chicago 2 nights $189+tax | Ashish Ajmera | $436.22 | $436.22 |
| Lodging | 5/5/2009 | Tip | Intercontinental Hotel Tip 2 nights | Ashish Ajmera | 10.00 | 10.00 |
| | | | | **Total Requested** | | **$446.22** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 2/9/2009 | Meals Overtime | OT Meal Mon. Gelsons | David W. Cotton | $16.67 | $16.67 |
| Meals | 2/10/2009 | Meals Overtime | OT Meal Coral Tree Express | David W. Cotton | 16.67 | 16.67 |
| Meals | 3/11/2009 | Meals Overtime | OT Meal Wed. Gelsons | David W. Cotton | 20.35 | 20.35 |
| Meals | 4/2/2009 | Meals Overtime | OT Meal Gelsons Thurs | David W. Cotton | 11.05 | 11.05 |
| Meals | 4/28/2009 | Meals Overtime | OT Meal - Clementine | Vishal Patel | 25.00 | 25.00 |
| Meals | 4/29/2009 | Meals Overtime | OT Meal - Baja Fresh | Vishal Patel | 13.40 | 13.40 |
| Meals | 4/30/2009 | Meals Overtime | OT Meal - Clementine | Vishal Patel | 17.50 | 17.50 |
| Meals | 5/1/2009 | Meals Overtime | OT Meal - In N Out | Vishal Patel | 10.15 | 10.15 |
| Meals | 5/2/2009 | Meals Overtime | OT Meal - Chipotle | Vishal Patel | 7.65 | 7.65 |
| Meals | 5/2/2009 | Meals Overtime | OT Meal - Gelson's Market | Evan Glucoft | 24.72 | 24.72 |
| Meals | 5/2/2009 | Meals Overtime | OT Meal - Mr. Hana | Evan Glucoft | 13.69 | 13.69 |
| Meals | 5/6/2009 | Meals Overtime | OT Meal - Gelson's Market | Evan Glucoft | 25.00 | 25.00 |
| Meals | 5/12/2009 | Meals Overtime | OT Meal - Seki Shi Sushi | Evan Glucoft | 23.50 | 23.50 |
| Meals | 5/3/2009 | Meals Overtime | Traveling Meal Tarascas Mexican restaurant | Ashish Ajmera | 70.00 | 70.00 |
| Meals | 5/4/2009 | Meals Overtime | Traveling Meal Levy Restaurants Wrigley Field | Ashish Ajmera | 9.00 | 9.00 |
| Meals | 5/4/2009 | Meals Overtime | Traveling Meal Starbucks | Ashish Ajmera | 7.58 | 7.58 |
| Meals | 5/5/2009 | Meals Overtime | Traveling Meal Chilis | Ashish Ajmera | 22.03 | 22.03 |
| Meals | 5/5/2009 | Meals Overtime | Traveling Meal Starbucks | Ashish Ajmera | 8.58 | 8.58 |
| Meals | 5/5/2009 | Meals Overtime | Traveling Meal Potbelly Sandwich Works | Ashish Ajmera | 7.83 | 7.83 |
| Meals | 5/5/2009 | Meals Overtime | Traveling Meal Intercontinental | Ashish Ajmera | 7.75 | 7.75 |
| | | | | **Total Requested** | | **$358.12** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transportation | 5/3/2009 | Taxi/Car Service | Chicago Taxi ORD to Hotel | Ashish Ajmera | $45.00 | $45.00 |
| Transportation | 5/3/2009 | Taxi/Car Service | LAX Taxi Apt to LAX | Ashish Ajmera | 40.00 | 40.00 |
| Transportation | 5/4/2009 | Taxi/Car Service | Chicago Taxi | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 5/4/2009 | Taxi/Car Service | Chicago Taxi | Ashish Ajmera | 20.00 | 20.00 |
| Transportation | 5/5/2009 | Taxi/Car Service | Chicago Taxi to ORD | Ashish Ajmera | 45.00 | 45.00 |
| Transportation | 5/5/2009 | Taxi/Car Service | LAX Taxi to Home | Ashish Ajmera | 40.00 | 40.00 |
| | | | | **Total Requested** | | **$210.00** |
| **TELEPHONE** | | | | | | |
| Telephone | 6/2/2009 | Phone/Comm. | AT&T Bill: billing cycle date: 3/29/09 - 4/28/09 | Zul Jamal | $22.45 | $22.45 |
| Telephone | 6/4/2009 | Phone/Comm. | AT&T Bill: billing cycle date: 4/7/09 - 5/6/09 | Vishal Patel | 48.08 | 48.08 |
| Telephone | 6/5/2009 | Phone/Comm. | AT&T Bill: billing cycle date: 4/17/09-5/16/09 | Evan Glucoft | 53.11 | 53.11 |
| Telephone | 6/2/2009 | Phone/Comm. | AT&T Bill: billing cycle date: 4/14 - 5/13/09 | Zul Jamal | 6.85 | 6.85 |
| | | | | **Total Requested** | | **$130.49** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $726.45 | $726.45 |
| | | | | **Total Requested** | | **$726.45** |
| **OTHER** | | | | | | |
| Other | 4/30/2009 | Info. Services | Pacer Quarterly Statement - 1/1/09 - 3/31/09 | Lawrence Kwon | $2.80 | $2.80 |
| | | | | **Total Requested** | | **$2.80** |
| | | | | **Month Total** | $ | **1,874.08** |