**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period April 1, 2009 through April 30, 2009**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 368.80 | $100,000.00 |
| **Subtotal - Fixed Fee Services** | **368.80** | **$100,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 128.10 | $36,380.50 |
| **Subtotal - Hourly Services** | **128.10** | **$36,380.50** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 0.80 | $320.00 |
| Monthly, Interim and Final Fee Applications | 25.40 | $7,482.50 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **26.20** | **$7,802.50** |
| **Total Hours and Compensation** | **523.10** | **$144,183.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**　　　　　　　　　　　　　　**Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**April 1, 2009 through April 30, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Douglas L Pinney | Partner | 2.00 |
| JohnTripp Walter Davis | Partner | 5.00 |
| William T England | Partner | 31.00 |
| Timothy M Byrd | Senior Managing Director | 5.00 |
| Dan Drobac | Senior Manager | 121.00 |
| Daniel C Chavez | Manager | 12.70 |
| Justin A Spahn | Senior Associate | 15.10 |
| Sheri L Meyers | Senior Associate | 156.50 |
| Abigail E Sullivan | Associate | 5.80 |
| Andrea Johanns | Associate | 2.00 |
| Joel P Sisto | Associate | 1.00 |
| Consuelo M Castellanos | Administrative | 1.50 |
| Gloria M Vazquez | Administrative | 1.80 |
| Irene Estrada | Administrative | 1.00 |
| Patricia A Smith | Administrative | 7.40 |
| **Total Hours Incurred during Compensation Period** | | **368.80** |
| Total Hours Incurred prior to April 1, 2009 | | 7,516.80 |
| **Total Hours Incurred through April 30, 2009** | | **7,885.60** |

| | |
|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | $1,815,000.00 |
| Remaining Payments for 2008 Consolidated Audit | $425,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **$2,240,000.00** |

| | | |
|---|---|---|
| **Requested Payment - 2008 Consolidated Audit** | **368.80** | **$100,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**        **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - April 1, 2009 through April 30, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 17.20 |
| 2900 - Information Technology General Controls | 5.00 |
| 3100 - Purchasing and payables process | 1.30 |
| 3250 - Investments process | 1.50 |
| 3400 - Property, plant & equipment process | 4.50 |
| 3450 - Goodwill and intangibles process | 6.00 |
| 3650 - Benefits process | 1.00 |
| 3700 - Income tax process | 1.00 |
| 3900 - Period-end financial reporting process | 4.30 |
| 5500 - Financing process | 0.50 |
| 6000 - Audit of ICFR - Finalization procedures | 1.00 |
| 6500 - Audit of financial statements | 14.80 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 3.50 |
| 9100 - Cubs Fieldwork | 307.20 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **368.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit C-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period April 1, 2009 through April 30, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Janet L Krueger | Partner | $625 | 0.20 | $125.00 |
| J. Timothy Winks | Senior Managing Director | $600 | 0.20 | $120.00 |
| Alex Thacher | Director | $450 | 24.10 | $10,845.00 |
| Ronald L Cook | Director | $450 | 1.00 | $450.00 |
| William Jozaitis | Director | $450 | 3.00 | $1,350.00 |
| Andrew K Olson | Manager | $320 | 2.00 | $640.00 |
| Jamila Charlise Fairley | Senior Associate | $240 | 68.70 | $16,488.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 26.90 | $6,052.50 |
| David Y Pai | Associate | $155 | 2.00 | $310.00 |
| **Subtotal - Claims Consulting Services** | | | **128.10** | **$36,380.50** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 0.80 | $320.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **0.80** | **$320.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Ronald L Cook | Director | $450 | 6.40 | $2,880.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 8.10 | $3,240.00 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 10.90 | $1,362.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **25.40** | **$7,482.50** |
| **Total Hours and Compensation** | | | **154.30** | **$44,183.00** |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| **Claims Consulting Services** | | | | | | |
| 4/1/2009 | Alex Thacher | Director | 0409H0001: Prepare for hearing with Los Angeles taxing authorities, including review documents and legal authority cited in memo and tax calculations. | $450.00 | 0.70 | $315.00 |
| 4/1/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0002: Prepare the position paper based on review comments provided by A. Thacher (PwC). | $240.00 | 3.90 | $936.00 |
| 4/1/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0003: Continue to prepare the position paper based on review comments provided by S. Lovitch (PwC). | $240.00 | 3.20 | $768.00 |
| 4/1/2009 | Alex Thacher | Director | 0409H0004: Discussion with S. Lovitch and J. Fairley (both PwC) regarding the position paper format for presentation to the Los Angeles taxing authorities. | $450.00 | 1.10 | $495.00 |
| 4/1/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0005: Discussion with S. Lovitch and A. Thacher (both PwC) regarding the position paper format for presentation to the Los Angeles taxing authorities. | $240.00 | 1.10 | $264.00 |
| 4/1/2009 | Samuel I. Lovitch | Senior Associate | 0409H0006: Discussion with J. Fairley and A. Thacher (both PwC) regarding the position paper format for presentation to the Los Angeles taxing authorities. | $225.00 | 1.10 | $247.50 |
| 4/2/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0007: Discussion with A. Thacher and S. Lovitch (both PwC) regarding the position paper and presentation of the arguments. | $240.00 | 1.70 | $408.00 |
| 4/2/2009 | Samuel I. Lovitch | Senior Associate | 0409H0008: Discussion with A. Thacher and J. Fairley (both PwC) regarding the position paper and presentation of the arguments. | $225.00 | 1.70 | $382.50 |
| 4/2/2009 | Alex Thacher | Director | 0409H0009: Discussion with S. Lovitch and J. Fairley (both PwC) regarding the position paper and presentation of the arguments. | $450.00 | 1.70 | $765.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2009 through April 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/2/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0010: Revise the position paper based on review comments provided by A. Thacher and S. Lovitch (both PwC). | $240.00 | 2.30 | $552.00 |
| 4/2/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0011: Continue to revise the position paper based on review comments provided by A. Thacher and S. Lovitch (both PwC). | $240.00 | 3.60 | $864.00 |
| 4/2/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0012: Research California's tax law preempting Los Angeles' tax statutes with respect to circulation sourcing methodology. | $240.00 | 3.40 | $816.00 |
| 4/2/2009 | Samuel I. Lovitch | Senior Associate | 0409H0013: Review position paper and supporting legal cases. | $225.00 | 1.30 | $292.50 |
| 4/3/2009 | Samuel I. Lovitch | Senior Associate | 0409H0014: Review position paper and prepare for internal meeting with A. Thacher and J. Fairley (both PwC). | $225.00 | 1.80 | $405.00 |
| 4/3/2009 | Samuel I. Lovitch | Senior Associate | 0409H0015: Discussion with J. Fairley (PwC) regarding the position paper. | $225.00 | 1.20 | $270.00 |
| 4/3/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0016: Discussion with S. Lovitch (PwC) regarding the position paper. | $240.00 | 1.20 | $288.00 |
| 4/3/2009 | Samuel I. Lovitch | Senior Associate | 0409H0017: Discussion with J. Fairley and A. Thacher (both PwC) regarding the position paper. | $225.00 | 2.20 | $495.00 |
| 4/3/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0018: Discussion with S. Lovitch and A. Thacher (both PwC) regarding the position paper. | $240.00 | 2.20 | $528.00 |
| 4/3/2009 | Alex Thacher | Director | 0409H0019: Discussion with S. Lovitch and J. Fairley (both PwC) regarding the position paper. | $450.00 | 2.20 | $990.00 |
| 4/3/2009 | Alex Thacher | Director | 0409H0020: Prepare for hearing with the Los Angeles taxing authorities. | $450.00 | 0.60 | $270.00 |
| 4/3/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0021: Revise the position paper based on meeting with A. Thacher and S. Lovitch (both PwC). | $240.00 | 3.80 | $912.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/3/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0022: Continue to revise the position paper based on meeting with A. Thacher and S. Lovitch (both PwC). | $240.00 | 2.30 | $552.00 |
| 4/5/2009 | Samuel I. Lovitch | Senior Associate | 0409H0023: Discussion with J. Fairley (PwC) regarding the position paper arguments and hearing. | $225.00 | 0.40 | $90.00 |
| 4/5/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0024: Discussion with S. Lovitch (PwC) regarding the position paper arguments and hearing. | $240.00 | 0.40 | $96.00 |
| 4/5/2009 | Samuel I. Lovitch | Senior Associate | 0409H0025: Discussion with A. Thacher (PwC) regarding hearing, including the arguments provided in the position paper. | $225.00 | 1.20 | $270.00 |
| 4/5/2009 | Alex Thacher | Director | 0409H0026: Discussion with S. Lovitch (PwC) regarding hearing, including the arguments provided in the position paper. | $450.00 | 1.20 | $540.00 |
| 4/5/2009 | Alex Thacher | Director | 0409H0027: Review position paper, legal support, assessment, and correspondence with the Los Angeles Times and the Los Angeles taxing authorities. | $450.00 | 2.50 | $1,125.00 |
| 4/5/2009 | Samuel I. Lovitch | Senior Associate | 0409H0028: Review the position paper and communicate revisions to A. Thacher and J. Fairley (both PwC). | $225.00 | 2.20 | $495.00 |
| 4/6/2009 | Samuel I. Lovitch | Senior Associate | 0409H0029: Discussion with J. Fairley (PwC) regarding the Los Angeles Times hearing binder. | $225.00 | 2.60 | $585.00 |
| 4/6/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0030: Discussion with S. Lovitch (PwC) regarding the Los Angeles Times hearing binder. | $240.00 | 2.60 | $624.00 |
| 4/6/2009 | Samuel I. Lovitch | Senior Associate | 0409H0031: Discussion with J. Fairley and A. Thacher (both PwC) regarding the tax penalty abatement request. | $225.00 | 0.80 | $180.00 |
| 4/6/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0032: Discussion with S. Lovitch and A. Thacher (both PwC) regarding the tax penalty abatement request. | $240.00 | 0.80 | $192.00 |
| 4/6/2009 | Alex Thacher | Director | 0409H0033: Discussion with J. Fairley and S. Lovitch (both PwC) regarding the tax penalty abatement request. | $450.00 | 0.80 | $360.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2009 through April 30, 2009**

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/6/2009 | Alex Thacher | Director | 0409H0034: Prepare for hearing with Los Angeles taxing authorities, including review of position paper and development of strategies to utilize at hearing. | $450.00 | 1.90 | $855.00 |
| 4/6/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0035: Assemble the Los Angeles Times hearing binder. | $240.00 | 3.40 | $816.00 |
| 4/6/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0036: Prepare the tax penalty abatement request. | $240.00 | 3.10 | $744.00 |
| 4/6/2009 | Samuel I. Lovitch | Senior Associate | 0409H0037: Review of tax penalty abatement request and prepare for hearing with Los Angeles taxing authorities, including review position paper and strategy. | $225.00 | 1.90 | $427.50 |
| 4/7/2009 | Samuel I. Lovitch | Senior Associate | 0409H0038: Discussion with J. Fairley and A. Thacher (both PwC) to communicate strategy for hearing and finalize oral arguments. | $225.00 | 2.00 | $450.00 |
| 4/7/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0039: Discussion with S. Lovitch and A. Thacher (both PwC) to communicate strategy for hearing and finalize oral arguments. | $240.00 | 2.00 | $480.00 |
| 4/7/2009 | Alex Thacher | Director | 0409H0040: Discussion with S. Lovitch and J. Fairley (both PwC) to communicate strategy for hearing and finalize oral arguments. | $450.00 | 2.00 | $900.00 |
| 4/7/2009 | Samuel I. Lovitch | Senior Associate | 0409H0041: Attend hearing with A. Thacher and J. Fairley (both PwC) and J. Lyons, E. Saw, and M. Manosa (all Los Angeles taxing authorities). | $225.00 | 2.40 | $540.00 |
| 4/7/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0042: Attend hearing with A. Thacher and S. Lovitch (both PwC) and J. Lyons, E. Saw, and M. Manosa (all Los Angeles taxing authorities). | $240.00 | 2.40 | $576.00 |
| 4/7/2009 | Alex Thacher | Director | 0409H0043: Attend hearing with J. Fairley, S. Lovitch (both PwC), J. Lyons, E. Saw, and M. Manosa (all with the Los Angeles taxing authorities). | $450.00 | 2.40 | $1,080.00 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 4/7/2009 | Samuel I. Lovitch | Senior Associate | 0409H0044: Discussion with J. Fairley and A. Thacher (both PwC) subsequent to the hearing with the Los Angeles taxing authorities to discuss hearing results and refund planning. | $225.00 | 1.60 | $360.00 |
| 4/7/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0045: Discussion with S. Lovitch and A. Thacher (both PwC) subsequent to the hearing with the Los Angeles taxing authorities to discuss hearing results and refund planning. | $240.00 | 1.60 | $384.00 |
| 4/7/2009 | Alex Thacher | Director | 0409H0046: Discussion with S. Lovitch and J. Fairley (both PwC) subsequent to the hearing with the Los Angeles taxing authorities to discuss hearing results and refund planning. | $450.00 | 1.60 | $720.00 |
| 4/8/2009 | Alex Thacher | Director | 0409H0047: Review workpapers supporting computations of tax liabilities for purpose of being provided to the Los Angeles taxing authorities. | $450.00 | 0.80 | $360.00 |
| 4/8/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0048: Prepare the draft memo to communicate preliminary status hearing with Los Angeles taxing authorities. | $240.00 | 2.90 | $696.00 |
| 4/8/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0049: Review and revise the computation of tax liabilities to submit to the Los Angeles taxing authorities. | $240.00 | 3.50 | $840.00 |
| 4/9/2009 | Alex Thacher | Director | 0409H0050: Review computations of tax liabilities to provide to the Los Angeles taxing authorities. | $450.00 | 0.80 | $360.00 |
| 4/9/2009 | Alex Thacher | Director | 0409H0051: Discussion with T. Winks (PwC) regarding the preliminary results of the hearing with the Los Angeles taxing authorities. | $450.00 | 0.20 | $90.00 |
| 4/9/2009 | J. Timothy Winks | Senior Managing Director | 0409H0052: Discussion with A. Thacher (PwC) regarding the preliminary results of the hearing with the Los Angeles taxing authorities. | $600.00 | 0.20 | $120.00 |
| 4/9/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0053: Review and revise the computations of tax liabilities and submit to the Los Angeles taxing authorities. | $240.00 | 2.10 | $504.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2009 through April 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/9/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0054: Review the Lobbying Firm Worksheet for the City of Los Angeles. | $240.00 | 1.40 | $336.00 |
| 4/9/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0055: Prepare memo to communicate preliminary status of hearing with Los Angeles taxing authorities. | $240.00 | 0.60 | $144.00 |
| 4/10/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0056: Meeting with A. Thacher (PwC) regarding the preliminary hearing results and strategy for filing refund claims. | $240.00 | 1.00 | $240.00 |
| 4/10/2009 | Alex Thacher | Director | 0409H0057: Meeting with J. Fairley (PwC) regarding the preliminary hearing results and strategy for filing refund claims. | $450.00 | 1.00 | $450.00 |
| 4/10/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0058: Documentation of work in accordance with quality and risk management procedures. | $240.00 | 1.20 | $288.00 |
| 4/10/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0059: Prepare correspondence to E. Saw and M. Manosa (both Los Angeles taxing authorities) regarding hearing and tax liability computations, and prepare correspondence to S. DeFroscia and S. Wong (both Los Angeles Times) regarding the tax penalty. | $240.00 | 1.90 | $456.00 |
| 4/13/2009 | Alex Thacher | Director | 0409H0060: Review correspondence relating to tax penalty abatement. | $450.00 | 0.40 | $180.00 |
| 4/13/2009 | Ronald L Cook | Director | 0409H0061: Review LA position paper and penalty abatement request. | $450.00 | 0.50 | $225.00 |
| 4/14/2009 | Andrew K Olson | Manager | 0409H0062: Discussion with H. Segal (Tribune) and W. Jozaitis (PwC) regarding payroll documentation for the Chicago employer's expense tax. | $320.00 | 0.30 | $96.00 |
| 4/14/2009 | William Jozaitis | Director | 0409H0063: Discussion with H. Segal (Tribune) and A. Olson (PwC) regarding payroll documentation for the Chicago employer's expense tax. | $450.00 | 0.30 | $135.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period April 1, 2009 through April 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/14/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0064: Meeting with A. Thacher (PwC) and E. Saw (Los Angeles taxing authority) regarding status of the case and debate over proper apportionment rate used in sourcing revenue for tax base determination. | $240.00 | 1.10 | $264.00 |
| 4/14/2009 | Alex Thacher | Director | 0409H0065: Meeting with J. Fairley (PwC) and E. Saw (Los Angeles taxing authority) regarding status of the case and debate over proper apportionment rate used in sourcing revenue for tax base determination. | $450.00 | 1.10 | $495.00 |
| 4/14/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0066: Prepare correspondence regarding preliminary status of hearing and sent to S. Wong (Los Angeles Times). | $240.00 | 0.30 | $72.00 |
| 4/14/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0067: Quantify the impact of proposed changes made by the Los Angeles taxing authorities. | $240.00 | 0.90 | $216.00 |
| 4/14/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0068: Prepare duplicate copies of the Los Angeles Times hearing binders and transmittal letters to submit to J. Krueger and R. Cook (both PwC). | $240.00 | 0.50 | $120.00 |
| 4/14/2009 | William Jozaitis | Director | 0409H0069: Communicate request to I. Torres (Tribune) for payroll documents with respect to employer's expense tax audit. | $450.00 | 0.10 | $45.00 |
| 4/15/2009 | Alex Thacher | Director | 0409H0070: Review computation of 2009 tax liabilities. | $450.00 | 0.80 | $360.00 |
| 4/15/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0071: Prepare additional copies of the Los Angeles Times hearing binders for distribution to P. Shanahan (Tribune). | $240.00 | 1.20 | $288.00 |
| 4/15/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0072: Review documents provided by the Los Angeles Times to compute the 2009 tax liability and develop the workplan for computing such tax. | $240.00 | 1.80 | $432.00 |
| 4/15/2009 | Ronald L Cook | Director | 0409H0073: Review the LA assessment and refund claims and Chicago employee tax issue. | $450.00 | 0.50 | $225.00 |
| 4/16/2009 | William Jozaitis | Director | 0409H0074: Discussion with I. Torres (Tribune) regarding Chicago employer's expense tax schedules. | $450.00 | 0.50 | $225.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/16/2009 | William Jozaitis | Director | 0409H0075: Review of Chicago employer's expense tax schedules. | $450.00 | 0.30 | $135.00 |
| 4/16/2009 | William Jozaitis | Director | 0409H0076: Discussion with K. Cook (Chicago taxing authorities) regarding documentation, scheduling meeting with auditor, and request for contact information with the bankruptcy negotiator. | $450.00 | 0.30 | $135.00 |
| 4/20/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0077: Analyze potential decrease to refund claim based on prior discussion with Evelyn Saw (Los Angeles taxing authorities). | $240.00 | 2.20 | $528.00 |
| 4/20/2009 | Samuel I. Lovitch | Senior Associate | 0409H0078: Meeting with J. Fairley (PwC) regarding the status of the Los Angeles Times hearing and potential refund claims. | $225.00 | 0.50 | $112.50 |
| 4/20/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0079: Meeting with S. Lovitch (PwC) regarding the status of the Los Angeles Times hearing and potential refund claims. | $240.00 | 0.50 | $120.00 |
| 4/21/2009 | David Y Pai | Associate | 0409H0080: Analyze the 2009 sales information provided by the Los Angeles Times to determine the proper amount of tax base. | $155.00 | 2.00 | $310.00 |
| 4/21/2009 | Samuel I. Lovitch | Senior Associate | 0409H0081: Discussion with E. Saw (Los Angeles taxing authorities) regarding finalizing the audit. | $225.00 | 0.20 | $45.00 |
| 4/21/2009 | Samuel I. Lovitch | Senior Associate | 0409H0082: Discussion with M. Ann Manoso (Los Angeles taxing authorities) regarding finalizing the audit. | $225.00 | 0.80 | $180.00 |
| 4/22/2009 | Jamila Charlise Fairley | Senior Associate | 0409H0083: Review estimated 2009 Los Angeles tax base as prepared by D. Pai (PwC). | $240.00 | 0.60 | $144.00 |
| 4/22/2009 | Janet L Krueger | Partner | 0409H0084: Review project related workpapers. | $625.00 | 0.20 | $125.00 |
| 4/23/2009 | Samuel I. Lovitch | Senior Associate | 0409H0085: Discussion with A. Thacher (PwC) regarding post-audit action plan for engagement and refund strategy. | $225.00 | 0.30 | $67.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 4/23/2009 | Alex Thacher | Director | 0409H0086: Discussion with S. Lovitch (PwC) regarding post-audit action plan for engagement and refund strategy. | $450.00 | 0.30 | $135.00 |
| 4/23/2009 | Samuel l. Lovitch | Senior Associate | 0409H0087: Research Los Angeles City application of CCR #14 rate for advertising versus using circulation rate. | $225.00 | 0.70 | $157.50 |
| 4/29/2009 | Andrew K Olson | Manager | 0409H0088: Prepare for call with M. Melgarejo (Tribune) and review payroll documentation for employer's expense tax audit. | $320.00 | 0.50 | $160.00 |
| 4/29/2009 | William Jozaitis | Director | 0409H0089: Prepare for call with M. Melgarejo (Tribune) and review payroll documentation for employer's expense tax audit. | $450.00 | 0.50 | $225.00 |
| 4/29/2009 | William Jozaitis | Director | 0409H0090: Discussion with M. Melgarejo (Tribune) and A. Olson (PwC) regarding the Chicago employer's expense tax protest. | $450.00 | 0.30 | $135.00 |
| 4/29/2009 | Andrew K Olson | Manager | 0409H0091: Discussion with M. Melgarejo (Tribune) and W. Jozaitis (PwC) regarding the Chicago employer's expense tax protest. | $320.00 | 0.30 | $96.00 |
| 4/29/2009 | William Jozaitis | Director | 0409H0092: Discussion with A. Olson (PwC) regarding strategy to defend employer's expense tax audit. | $450.00 | 0.20 | $90.00 |
| 4/29/2009 | Andrew K Olson | Manager | 0409H0093: Discussion with W. Jozaitis (PwC) regarding strategy to defend employer's expense tax audit. | $320.00 | 0.20 | $64.00 |
| 4/29/2009 | Andrew K Olson | Manager | 0409H0094: Prepare letter to be submitted to the Chicago taxing authorities regarding documentation required for the protest. | $320.00 | 0.70 | $224.00 |
| 4/30/2009 | William Jozaitis | Director | 0409H0095: Review correspondence to the Chicago taxing authorities for the employer's expense tax audit. | $450.00 | 0.50 | $225.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **128.10** | **$36,380.50** |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Employment Applications and Other Court Filings** | | | | | | |
| 4/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0096: Distribute the Second Supplemental Declaration to Partner for execution. | $400.00 | 0.10 | $40.00 |
| 4/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0097: Prepare Second Supplemental Affidavit for the Court. | $400.00 | 0.70 | $280.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **0.80** | **$320.00** |
| **Monthly, Interim and Final Fee Applications** | | | | | | |
| 4/2/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0098: Review the January 2009 fee consolidator. | $400.00 | 0.30 | $120.00 |
| 4/9/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H099: Review the Tribune January 2009 fee consolidator. | $400.00 | 2.00 | $800.00 |
| 4/10/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0100: Review the January 2009 narrative. | $400.00 | 0.60 | $240.00 |
| 4/13/2009 | Ronald L Cook | Director | 0409H0101: Review billing procedures and perform WIP analysis. | $450.00 | 0.50 | $225.00 |
| 4/13/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0102: Revise and distribute the Tribune February 2009 invoice. | $400.00 | 0.80 | $320.00 |
| 4/13/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0103: Meeting with S. Finseth (PwC) to discuss status of Tribune. | $400.00 | 0.40 | $160.00 |
| 4/13/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0104: Review edits to initial monthly fee statement and corresponding exhibits. | $400.00 | 0.40 | $160.00 |
| 4/14/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0105: Worked on Category missing data for the fixed fee component within the consolidator. | $125.00 | 0.50 | $62.50 |

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/14/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0106: Sent missing time tracking details e-mails. | $125.00 | 1.00 | $125.00 |
| 4/15/2009 | Ronald L Cook | Director | 0409H0107: Review billing analysis. | $450.00 | 0.30 | $135.00 |
| 4/17/2009 | Ronald L Cook | Director | 0409H0108: Review required billing provisions and analysis of billing. | $450.00 | 2.40 | $1,080.00 |
| 4/20/2009 | Ronald L Cook | Director | 0409H0109: Review required billing provisions and analysis of billing. | $450.00 | 2.90 | $1,305.00 |
| 4/20/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0110: Combined time trackers and posted. | $125.00 | 0.50 | $62.50 |
| 4/22/2009 | Ronald L Cook | Director | 0409H0111: Review the SALT time analysis. | $450.00 | 0.30 | $135.00 |
| 4/22/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0112: Review Tribune fee statements. | $400.00 | 0.20 | $80.00 |
| 4/22/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0113: Worked on adding time details to the consolidator. | $125.00 | 1.00 | $125.00 |
| 4/22/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0114: Continued to add time details and categories to the fixed fee codes. | $125.00 | 1.80 | $225.00 |
| 4/22/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0115: Used Time Analysis report to split out time on consolidator. | $125.00 | 0.30 | $37.50 |
| 4/22/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0116: Updated time descriptions changes that Ron Cook (PwC) made to the long text report. | $125.00 | 1.50 | $187.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period April 1, 2009 through April 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 4/23/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0117: Continued to update time descriptions changes that Ron Cook (PwC) made to the long text report. | $125.00 | 2.30 | $287.50 |
| 4/25/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0118: Review final draft narrative and exhibits for February 2009 fee statement. | $400.00 | 1.30 | $520.00 |
| 4/27/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0409H0119: Review the February 2009 fee consolidator and corresponding exhibits. | $400.00 | 2.10 | $840.00 |
| 4/28/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0120: Assisted Shonda Finseth (PwC) with various reconciliation items related to the March consolidator. | $125.00 | 0.50 | $62.50 |
| 4/29/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0409H0121: Initial assembly of the March expense consolidator. | $125.00 | 1.50 | $187.50 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **25.40** | **$7,482.50** |
| **Total Hours and Compensation** | | | | | **154.30** | **$44,183.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                        **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period April 1, 2009 through April 30, 2009**

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Parking | $25.00 |
| Public/ground transportation | $28.00 |
| **Subtotal - 2008 Consolidated Audit** | **$53.00** |
| **Total Expenditures** | **$53.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Monday, June 29, 2009

**TRIBUNE COMPANY., et al (Case 08-13141)**                                                    Exhibit D-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

**Detail of Expenditures by Project and Date**

For the Period April 1, 2009 through April 30, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|------|------|-----------------|-------------|--------------------|
| **2008 Consolidated Audit** | | | | |
| 4/8/2009 | William T England | Parking | 0409E0001: PARKING - PARKING FOR TRIBUNE. | $25.00 |
| 4/21/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0409E0002: TAXI - TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| 4/28/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0409E0003: TAXI - TRANSPORTATION TO TRIBUNE. | $7.00 |
| 4/30/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0409E0004: TAXI - TRANSPORTATION TO TRIBUNE. | $7.00 |
| Subtotal - 2008 Consolidated Audit | | | | $53.00 |
| **Total Expenditures** | | | | **$53.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.