TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit A

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Summary of Hours and Compensation by Project
For the Period May 1, 2009 through May 31, 2009

|  | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| 2009 Consolidated Audit | 378.40 | $95,000.00 |
| **Subtotal - Fixed Fee Services** | **378.40** | **$95,000.00** |
| **Hourly Services** | | |
| Claims Consulting Services | 45.10 | $14,751.50 |
| **Subtotal - Hourly Services** | **45.10** | **$14,751.50** |
| **Bankruptcy Requirements and Obligations** | | |
| Monthly, Interim and Final Fee Applications | 30.10 | $8,866.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **30.10** | **$8,866.00** |
| **Total Hours and Compensation** | **453.60** | **$118,617.50** |

TRIBUNE COMPANY, et al (Case 08-13141)  Exhibit B-1
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2009 Consolidated Audit
Summary of Professionals, Hours and Payments For the Period
May 1, 2009 through May 31, 2009

| Professional | Professional's Position | Hours |
| --- | --- | --- |
| William T England | Partner | 17.00 |
| Dan Drobac | Senior Manager | 38.00 |
| Daniel C Chavez | Manager | 52.50 |
| Sumaira Maryum Akhtar | Manager | 12.00 |
| Andrew J Reuter | Senior Associate | 3.00 |
| Justin A Spahn | Senior Associate | 125.60 |
| Sheri L Meyers | Senior Associate | 14.00 |
| Abigail E Sullivan | Associate | 96.80 |
| Bradley D Ebenhoeh | Associate | 4.50 |
| Meaghan K Sullivan | Associate | 14.50 |
| Meredith A Flittner | Associate | 0.50 |
| **Total Hours Incurred during Compensation Period** | | **378.40** |
| Total Hours Incurred prior to May 1, 2009 | | 0.00 |
| **Total Hours Incurred through May 31, 2009** | | **378.40** |

| | | |
| --- | --- | --- |
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $0.00 |
| Remaining Payments for 2009 Consolidated Audit | | $1,450,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$95,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | 378.40 | **$95,000.00** |

TRIBUNE COMPANY, et al (Case 08-13141)                                    Exhibit B-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory
Summary of Hours - May 1, 2009 through May 31, 2009

| Category | Hours |
| --- | ---: |
| 0200 - Audit Strategy and Meetings with Management | 225.60 |
| 9200 - Q1 Interim Review Procedures | 152.80 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **378.40** |

TRIBUNE COMPANY, et al (Case 08-13141)     Exhibit C-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Professionals - Hourly Professional Services**
**For the Period May 1, 2009 through May 31, 2009**

| Professional by Billing Category | Position | Rate | Total Hours | Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Janet L Krueger | Partner | $625 | 1.20 | $750.00 |
| Mitchel Aeder | Partner | $760 | 1.00 | $760.00 |
| Thomas Synder | Partner | $625 | 1.00 | $625.00 |
| Alex Thacher | Director | $450 | 11.50 | $5,175.00 |
| William Jozaitis | Director | $450 | 3.20 | $1,440.00 |
| Andrew K Olson | Manager | $380 | -3.90 | ($1,482.00) |
| Andrew K Olson | Manager | $320 | 6.40 | $2,048.00 |
| Jamila Charlise Fairley | Senior Associate | $240 | 11.00 | $2,640.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 9.60 | $2,160.00 |
| David Y Pai | Associate | $155 | 4.10 | $635.50 |
| **Subtotal - Claims Consulting Services** | | | **45.10** | **$14,751.50** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Ronald L Cook | Director | $450 | 2.30 | $1,035.00 |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 7.50 | $3,000.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 13.90 | $4,031.00 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 6.40 | $800.00 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **30.10** | **$8,866.00** |
| **Total Hours and Compensation** | | | **75.20** | **$23,617.50** |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period May 1, 2009 through May 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| 3/16/2009 | Andrew K Olson | Manager | 0509H0001: Discussion with W. Jozaitis (PwC) regarding preparation of Chicago Protest for the second assessment. | $380.00 | -0.60 | ($228.00) |
| 3/16/2009 | Andrew K Olson | Manager | 0509H0002: Discussion with W. Jozaitis (PwC) regarding preparation of Chicago Protest for the second assessment. | $320.00 | 0.60 | $192.00 |
| 3/17/2009 | Andrew K Olson | Manager | 0509H0003: Discussion with W. Jozaitis (PwC) regarding the protest for the second assessment. | $380.00 | -0.20 | ($76.00) |
| 3/17/2009 | Andrew K Olson | Manager | 0509H0004: Discussion with W. Jozaitis (PwC) regarding the protest for the second assessment. | $320.00 | 0.20 | $64.00 |
| 3/18/2009 | Andrew K Olson | Manager | 0509H0005: Discussion with W. Jozaitis (PwC) regarding Chicago protest. | $380.00 | -0.50 | ($190.00) |
| 3/18/2009 | Andrew K Olson | Manager | 0509H0006: Discussion with W. Jozaitis (PwC) regarding Chicago protest. | $320.00 | 0.50 | $160.00 |
| 3/24/2009 | Andrew K Olson | Manager | 0509H0007: Meeting at Tribune to review all Chicago tax assessment issues with T. Byrd and W. Jozaitis (both PwC) and M. Melgarejo, H. Segal, M. Dagenais, J. Uson, C. Davis and I. Torres (all Tribune). | $380.00 | -2.00 | ($760.00) |
| 3/24/2009 | Andrew K Olson | Manager | 0509H0008: Meeting at Tribune to review all Chicago tax assessment issues with T. Byrd and W. Jozaitis (both PwC) and M. Melgarejo, H. Segal, M. Dagenais, J. Uson, C. Davis and I. Torres (all Tribune). | $320.00 | 2.00 | $640.00 |
| 3/25/2009 | Andrew K Olson | Manager | 0509H0009: Discussion with W. Jozaitis and T. Winks (both PwC) to discuss negotiating strategy with the City of Chicago. | $380.00 | -0.30 | ($114.00) |
| 3/25/2009 | Andrew K Olson | Manager | 0509H0010: Meeting with W. Jozaitis (PwC) to review protest documents. | $380.00 | -0.30 | ($114.00) |

TRIBUNE COMPANY, et al (Case 08-13141)      Exhibit C-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2009 through May 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 3/25/2009 | Andrew K Olson | Manager | 0509H0011: Discussion with W. Jozaitis and T. Winks (both PwC) to discuss negotiating strategy with the City of Chicago. | $320.00 | 0.30 | $96.00 |
| 3/25/2009 | Andrew K Olson | Manager | 0509H0012: Meeting with W. Jozaitis (PwC) to review protest documents. | $320.00 | 0.30 | $96.00 |
| 5/4/2009 | Alex Thacher | Director | 0509H0013: Discussion with Evelyn Saw (Los Angeles taxing authority) regarding the Los Angeles Times audit. | $450.00 | 0.20 | $90.00 |
| 5/4/2009 | Samuel I. Lovitch | Senior Associate | 0509H0014: Discussion with Alex Thacher (PwC) regarding Los Angeles Times audit. | $225.00 | 0.30 | $67.50 |
| 5/4/2009 | Alex Thacher | Director | 0509H0015: Discussion with Samuel Lovitch (PwC) regarding Los Angeles Times audit. | $450.00 | 0.30 | $135.00 |
| 5/8/2009 | Samuel I. Lovitch | Senior Associate | 0509H0016: Discussion with Alex Thacher (PwC) regarding the final assessment workpapers provided by the Los Angeles taxing authority. | $225.00 | 2.00 | $450.00 |
| 5/8/2009 | Alex Thacher | Director | 0509H0017: Discussion with Samuel Lovitch (PwC) regarding the final assessment workpapers provided by the Los Angeles taxing authority. | $450.00 | 2.00 | $900.00 |
| 5/8/2009 | Janet L Krueger | Partner | 0509H0018: Review information associated with audit results, including final assessment workpapers provided by the Los Angeles taxing authority. | $625.00 | 1.20 | $750.00 |
| 5/11/2009 | Alex Thacher | Director | 0509H0019: Review of final assessment workpapers provided by the Los Angeles taxing authorities in connection with the gross receipts tax audit. | $450.00 | 0.50 | $225.00 |
| 5/11/2009 | Alex Thacher | Director | 0509H0020: Contact Los Angeles taxing authority employees Evelyn Saw, Jim Lyons, and Mary Ann Manosa regarding audit update, finalization of audit workpapers, application of 2006 credit, and inclusion of 2009 refund request. | $450.00 | 0.50 | $225.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2009 through May 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/13/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0021: Discussion with Samuel Lovitch (PwC) regarding 2009 Los Angeles gross receipts tax refund. | $240.00 | 0.50 | $120.00 |
| 5/13/2009 | Samuel I. Lovitch | Senior Associate | 0509H0022: Discussion with Jamila Fairley (PwC) regarding 2009 Los Angeles gross receipts tax refund. | $225.00 | 0.50 | $112.50 |
| 5/14/2009 | Alex Thacher | Director | 0509H0023: Review the 2006, 2007, 2008 overpayment and credit analysis to develop a strategy for securing such benefits as refunds or reductions to prospective tax periods. | $450.00 | 0.50 | $225.00 |
| 5/14/2009 | David Y Pai | Associate | 0509H0024: Revise workpapers associated with Los Angeles gross receipts tax audit and refund claim and update circulation information. | $155.00 | 2.30 | $356.50 |
| 5/14/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0025: Meeting with David Pai (PwC) to calculate 2009 refund. | $240.00 | 0.30 | $72.00 |
| 5/14/2009 | David Y Pai | Associate | 0509H0026: Meeting with Jamila Fairley (PwC) to calculate 2009 refund. | $155.00 | 0.30 | $46.50 |
| 5/14/2009 | David Y Pai | Associate | 0509H0027: Update estimated 2009 refund claim; revise advertisement, circulation, and certain other revenue. | $155.00 | 1.50 | $232.50 |
| 5/14/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0028: Review gross receipts tax workpapers provided by the Los Angeles taxing authority for accuracy. | $240.00 | 0.80 | $192.00 |
| 5/14/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0029: Prepare workplan for next steps with respect to the Los Angeles gross receipts tax. | $240.00 | 0.10 | $24.00 |
| 5/14/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0030: Prepare draft memo to address refund claims for the Los Angeles gross receipts tax. | $240.00 | 0.80 | $192.00 |
| 5/15/2009 | Alex Thacher | Director | 0509H0031: Analyze estimated 2009 overpayment to determine whether such overpayment should be refunded or applied as a credit to a prospective tax period. | $450.00 | 0.50 | $225.00 |
| 5/15/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0032: Review the 2009 estimated refund claim and revise supporting documents. | $240.00 | 1.60 | $384.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2009 through May 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/15/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0033: Prepare correspondence regarding the 2009 refund claim and provide such correspondence to David Pai and Samuel Lovitch (both PwC). | $240.00 | 0.50 | $120.00 |
| 5/18/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0034: Meeting with Samuel Lovitch and Alex Thacher (both PwC) to discuss refund strategy related to the 2006 credit, 2009 refund, and plan for completing the engagement. | $240.00 | 2.00 | $480.00 |
| 5/18/2009 | Samuel I. Lovitch | Senior Associate | 0509H0035: Meeting with Jamila Fairley and Alex Thacher (both PwC) to discuss refund strategy related to the 2006 credit, 2009 refund, and plan for completing the engagement. | $225.00 | 2.00 | $450.00 |
| 5/18/2009 | Alex Thacher | Director | 0509H0036: Meeting with Samuel Lovitch and Jamila Fairley (both PwC) to discuss refund strategy related to the 2006 credit, 2009 refund, and plan for completing the engagement. | $450.00 | 2.00 | $900.00 |
| 5/19/2009 | Alex Thacher | Director | 0509H0037: Prepare correspondence provided to Monica Melgarejo, Sam DeFroscia, John Perdigao and Shanice Wong (all Los Angeles Times) and Samuel Lovitch and Jamila Fairley (both PwC). | $450.00 | 0.50 | $225.00 |
| 5/19/2009 | Samuel I. Lovitch | Senior Associate | 0509H0038: Discussion with Jim Lyons (Los Angeles taxing authority) regarding credit application related to 2006 overpayment. | $225.00 | 0.20 | $45.00 |
| 5/19/2009 | Samuel I. Lovitch | Senior Associate | 0509H0039: Discussion with Monica Melgarejo (Los Angeles Times) and Alex Thacher (PwC) to discuss application of credits resulting from overpayment of tax. | $225.00 | 0.40 | $90.00 |
| 5/19/2009 | Alex Thacher | Director | 0509H0040: Discussion with Monica Melgarejo (Los Angeles Times) and Samuel Lovitch (PwC) to discuss application of credits resulting from overpayment of tax. | $450.00 | 0.40 | $180.00 |
| 5/19/2009 | Alex Thacher | Director | 0509H0041: Research application of credit for 2006 overpayment. | $450.00 | 1.50 | $675.00 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period May 1, 2009 through May 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/19/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0042: Prepare draft letter providing positions in response to revised audit positions associated with refunds and overpayments generated from audit periods. | $240.00 | 2.10 | $504.00 |
| 5/19/2009 | Samuel I. Lovitch | Senior Associate | 0509H0043: Review workpapers provided by the Los Angeles taxing authority to confirm estimated amount of 2009 overpayment. | $225.00 | 1.60 | $360.00 |
| 5/20/2009 | Alex Thacher | Director | 0509H0044: Review final audit workpapers issued by Los Angeles taxing authority in preparation for discussion with Los Angeles taxing authority. | $450.00 | 0.40 | $180.00 |
| 5/20/2009 | Alex Thacher | Director | 0509H0045: Discussion with John Perdigao and Shanice Wong (both Los Angeles Times) and Samuel Lovitch (PwC) regarding estimated refund calculation workpapers. | $450.00 | 0.70 | $315.00 |
| 5/20/2009 | Samuel I. Lovitch | Senior Associate | 0509H0046: Discussion with John Perdigao and Shanice Wong (both Los Angeles Times) and Alex Thacher (PwC) regarding estimated refund calculation workpapers. | $225.00 | 0.70 | $157.50 |
| 5/20/2009 | Samuel I. Lovitch | Senior Associate | 0509H0047: Discussion with Alex Thacher (PwC) regarding research related to credit and refund application. | $225.00 | 1.10 | $247.50 |
| 5/20/2009 | Alex Thacher | Director | 0509H0048: Discussion with Samuel Lovitch (PwC) regarding research related to credit and refund application. | $450.00 | 1.10 | $495.00 |
| 5/20/2009 | Samuel I. Lovitch | Senior Associate | 0509H0049: Discussion with Evelyn Saw (Los Angeles taxing authority) and Alex Thacher (PwC) regarding credit usage and incorporating 2009 refund. | $225.00 | 0.40 | $90.00 |
| 5/20/2009 | Alex Thacher | Director | 0509H0050: Discussion with Evelyn Saw (Los Angeles taxing authority) and Samuel Lovitch (PwC) regarding credit usage and incorporating 2009 refund. | $450.00 | 0.40 | $180.00 |
| 5/20/2009 | Samuel I. Lovitch | Senior Associate | 0509H0051: Review final audit workpapers issued by Los Angeles taxing authority in preparation for discussion with Los Angeles taxing authority. | $225.00 | 0.40 | $90.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period May 1, 2009 through May 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/20/2009 | Thomas Synder | Partner | 0509H0052: Meeting with Pat Shanahan (Tribune Company) and Mitchel Aeder (PwC) to discuss specific questions on bankruptcy process. | $625.00 | 1.00 | $625.00 |
| 5/20/2009 | Mitchel Aeder | Partner | 0509H0053: Meeting with Pat Shanahan (Tribune Company) and Thomas Snyder (PwC) to discuss specific questions on bankruptcy process. | $760.00 | 1.00 | $760.00 |
| 5/27/2009 | Andrew K Olson | Manager | 0509H0054: Prepare for meeting with Chicago taxing authority, including review of documents associated with audit. | $320.00 | 0.50 | $160.00 |
| 5/28/2009 | Andrew K Olson | Manager | 0509H0055: Prepare notes from meeting with Chicago taxing authority and correspondence communicating meeting results to Tribune Company. | $320.00 | 0.30 | $96.00 |
| 5/28/2009 | Andrew K Olson | Manager | 0509H0056: Prepare for meeting with William Jozaitis (PwC). | $320.00 | 0.20 | $64.00 |
| 5/28/2009 | Andrew K Olson | Manager | 0509H0057: Meeting with Elaine Herman and Kim Cook (both Chicago taxing authority) and William Jozaitis (PwC) to discuss employer expenses tax data and negotiations toward settlement of audit liability. | $320.00 | 1.00 | $320.00 |
| 5/28/2009 | William Jozaitis | Director | 0509H0058: Meeting with Elaine Herman and Kim Cook (both Chicago taxing authority) and Andrew Olson (PwC) to discuss employer expenses tax data and negotiations toward settlement of audit liability. | $450.00 | 1.00 | $450.00 |
| 5/28/2009 | William Jozaitis | Director | 0509H0059: Discussion with Andrew Olson (PwC) regarding employer expense tax schedules in preparation for Chicago taxing authority protest meeting. | $450.00 | 0.50 | $225.00 |
| 5/28/2009 | Andrew K Olson | Manager | 0509H0060: Discussion with William Jozaitis (PwC) regarding employer expense tax schedules in preparation for Chicago taxing authority protest meeting. | $320.00 | 0.50 | $160.00 |
| 5/28/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0061: Revise workpapers used in computing 2009 refund claim. | $240.00 | 0.70 | $168.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2009 through May 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/29/2009 | Jamila Charlise Fairley | Senior Associate | 0509H0062: Prepare Los Angeles Times letters requesting refund and defending right to amount of overpayment. | $240.00 | 1.60 | $384.00 |
| 5/29/2009 | William Jozaitis | Director | 0509H0063: Review and revise draft correspondence to Tribune Company communicating results from meeting with Chicago taxing authority. | $450.00 | 0.40 | $180.00 |
| 5/29/2009 | William Jozaitis | Director | 0509H0064: Analyze sample requests from the Chicago taxing authority and determining recommendations regarding such sample requests. | $450.00 | 1.30 | $585.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **45.10** | **$14,751.50** |

**Monthly, Interim and Final Fee Applications**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0065: Review the expense consolidator and update the monthly fee applications. | $400.00 | 1.40 | $560.00 |
| 5/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0066: Update the January and February 2009 narrative. | $400.00 | 0.40 | $160.00 |
| 5/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0067: Review allocations for January and February 2009 fee statement. | $400.00 | 0.20 | $80.00 |
| 5/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0068: Email communications regarding Tribune inquiry from UST and status to Paul Perry (PwC). | $400.00 | 0.20 | $80.00 |
| 5/4/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0069: Email Dan Drobac (PwC) regarding final December, January, and February fee statements. | $400.00 | 0.40 | $160.00 |
| 5/5/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0509H0070: Complete the expense reconciliation for February, March, and April 2009. | $125.00 | 1.10 | $137.50 |
| 5/5/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0071: Review revised fee applications. | $400.00 | 0.40 | $160.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period May 1, 2009 through May 31, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/11/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0072: Review the March 2009 expense consolidator. | $290.00 | 0.60 | $174.00 |
| 5/12/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0073: Review the March 2009 time consolidator. | $290.00 | 3.20 | $928.00 |
| 5/12/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0074: Review March 2009 expense and time consolidators. | $400.00 | 1.20 | $480.00 |
| 5/12/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0075: Review the expense consolidator and update the monthly fee applications. | $400.00 | 0.90 | $360.00 |
| 5/13/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0509H0076: Assemble the April 2009 time consolidator. | $125.00 | 3.00 | $375.00 |
| 5/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0077: Prepare the March 2009 fee application narrative. | $290.00 | 1.80 | $522.00 |
| 5/14/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0078: Review the March 2009 Exhibits. | $290.00 | 0.50 | $145.00 |
| 5/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0079: Review the March 2009 time consolidator and exhibits. | $290.00 | 2.30 | $667.00 |
| 5/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0080: Revise the March 2009 time and expense consolidators. | $290.00 | 3.50 | $1,015.00 |
| 5/15/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0081: Review the March 2009 fee application narrative. | $290.00 | 0.80 | $232.00 |
| 5/18/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0082: Review March 2009 fee statement. | $400.00 | 0.30 | $120.00 |
| 5/19/2009 | Ronald L Cook | Director | 0509H0083: Analysis of billing, including revisions and coordinating with Los Angeles team on revisions. | $450.00 | 1.10 | $495.00 |
| 5/20/2009 | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0509H0084: Update the April 2009 consolidator with time trackers and complete initial reconciliation. | $125.00 | 2.30 | $287.50 |

TRIBUNE COMPANY, et al (Case 08-13141)  
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors  
Details of Hours and Compensation by Project and Date - Hourly Professional Services  
For the Period May 1, 2009 through May 31, 2009

Exhibit C-2

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 5/20/2009 | Ronald L Cook | Director | 0509H0085: Revisions to billing descriptions and review of revisions made by LA team. | $450.00 | 1.20 | $540.00 |
| 5/20/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0086: Review the March 2009 monthly fee application. | $400.00 | 0.90 | $360.00 |
| 5/20/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0087: Review the April 2009 time and expense consolidator. | $400.00 | 1.10 | $440.00 |
| 5/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0088: Review the comments provided by Andrea Clark Smith (PwC) regarding the April fee consolidator reconciliation. | $290.00 | 0.30 | $87.00 |
| 5/22/2009 | Shonda M Finseth | Senior Associate (Bankruptcy) | 0509H0089: Review the April Expense reconciliation. | $290.00 | 0.90 | $261.00 |
| 5/28/2009 | Andrea Clark Smith | Manager (Bankruptcy) | 0509H0090: Email Shonda Finseth (PwC) regarding the April 2009 fee consolidator. | $400.00 | 0.10 | $40.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **30.10** | **$8,866.00** |
| **Total Hours and Compensation** | | | | | **75.20** | **$23,617.50** |

**TRIBUNE COMPANY, et al (Case 08-13141)**         **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period May 1, 2009 through May 31, 2009**

| Transaction Type | Total Expenditures |
|---|---:|
| **2008 Consolidated Audit** | |
| Parking | $17.00 |
| Public/ground transportation | $24.00 |
| **Subtotal - 2008 Consolidated Audit** | **$41.00** |
| **2009 Consolidated Audit** | |
| Meals | $148.96 |
| Parking | $52.00 |
| Public/ground transportation | $69.00 |
| **Subtotal - 2009 Consolidated Audit** | **$269.96** |
| **Total Expenditures** | **$310.96** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1
Monday, June 29, 2009

**TRIBUNE COMPANY., et al (Case 08-13141)**  
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**  
**Detail of Expenditures by Project and Date**  
**For the Period May 1, 2009 through May 31, 2009**

Exhibit D-2

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 4/28/2009 | JohnTripp Walter Davis | Parking | 0509E0001: 201 E ILLINOIS SPRK7 CHICAGO IL - PARKING - TRIBUNE MEETING. | $17.00 |
| 5/11/2009 | Dan Drobac | Public/ground transportation | 0509E0002: YELLOW CAB - TRANSPORTATION TO AND FROM OFFICE TO TRIBUNE. | $12.00 |
| 5/19/2009 | Dan Drobac | Public/ground transportation | 0509E0003: CHECKERS TAXI - TRANSPORTATION TO AND FROM OFFICE TO TRIBUNE. | $12.00 |
| Subtotal - 2008 Consolidated Audit | | | | $41.00 |
| **2009 Consolidated Audit** | | | | |
| 5/1/2009 | William T England | Public/ground transportation | 0509E0004: TAXI - TRANSPORTATION TO AND FROM OFFICE TO TRIBUNE. | $17.00 |
| 5/4/2009 | Daniel C Chavez | Public/ground transportation | 0509E0005: CHICAGO TAXI - TRANSPORTATION FROM TRIBUNE TO OFFICE. | $5.00 |
| 5/5/2009 | Daniel C Chavez | Public/ground transportation | 0509E0006: CHICAGO TAXI - TRANSPORTATION FROM TRIBUNE TO OFFICE. | $5.00 |
| 5/8/2009 | Meaghan K Sullivan | Meals | 0509E0007: CORNERBAKERY245 CHICAGO IL - BREAKFAST FOR CLIENT. | $76.48 |
| 5/12/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0509E0008: YELLOW CAB - TRANSPORTATION FROM OFFICE TO TRIBUNE. | $7.00 |
| 5/12/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0509E0009: YELLOW CAB - TRANSPORTATION FROM TRIBUNE TO OFFICE. | $7.00 |
| 5/14/2009 | William T England | Parking | 0509E0010: TRIBUNE PARKING - PARKING - TRIBUNE MEETING. | $27.00 |
| 5/14/2009 | Daniel C Chavez | Public/ground transportation | 0509E0011: CHICAGO TAXI - TRANSPORTATION TO AND FROM OFFICE TO TRIBUNE. | $12.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

TRIBUNE COMPANY., et al (Case 08-13141)  Exhibit D-2
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period May 1, 2009 through May 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 5/19/2009 | William T England | Parking | 0509E0012: WRIGLEY LOT 00000020 CHICAGO IL - PARKING - TRIBUNE MEETING. | $25.00 |
| 5/20/2009 | Abigail E Sullivan | Public/ground transportation | 0509E0013: CHICAGO TAXI - TRANSPORTATION FROM OFFICE TO HOME, WORKING LATE. | $16.00 |
| 5/22/2009 | Abigail E Sullivan | Meals | 0509E0014: CORNERBAKERY0245 CHICAGO IL - BREAKFAST - J. SPAHN, D. DROBAC, AND CLIENT. | $72.48 |
| Subtotal - 2009 Consolidated Audit | | | | $269.96 |
| **Total Expenditures** | | | | **$310.96** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system. Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.