# **<u>EXHIBIT A</u>**

46429/0001-5791215v1

# Tribune Company

Ordinary Course Professional Fees
Three Month Summary by Firm
For the Three Months Ended May-09

Tribune Company
Ordinary Course Professional Fees
(in whole $'s)

## Quarterly Summary by Firm
## Three Months Ending May 2009

| Firm | Service Provided | Invoiced Fees | | | Invoiced Expenses | | | Monthly Cap | | Rolling Cap Limit (over 2 or 3 periods) | | | | Proposed Payments (*adjusted for Excess) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar-09 | Apr-09 | May-09 | Feb-09 | Mar-09 | Apr-09 | Cap | Periods | Total Fees | Permitted | Excess | Retainer | Mar-09 | Apr-09 | May-09 | Total |
| Thomas, LoCicero & Bralow Pl | Primary media law counsel for Florida publishing and broadcasting operations | 50,000 | 50,000 | 50,000 | - | - | - | 50,000 | 2 | 100,000 | 100,000 | - | - | 50,000 | 50,000 | 50,000 | - |
| Seyfarth Shaw LLP | Primary labor and employment law counsel for | 69,561 | 20,640 | 9,933 | - | - | - | 50,000 | 2 | 30,573 | 100,000 | - | - | 50,000 | 40,201 | 9,933 | - |
| Sonnenschein Nath & Rosenthal | First Amendment counsel /general litigation counsel | 12,418 | 30,846 | - | - | - | - | 50,000 | 2 | 30,846 | 100,000 | - | - | 12,418 | 30,846 | - | - |
| Volk, Phyllis | Real estate law | 7,440 | 9,560 | 13,780 | - | - | - | 10,000 | 3 | 30,780 | 30,000 | 780 | - | 7,440 | 9,560 | 13,000 | - |
| Ajalat Polley Ayoob Matarese | Tax law counsel | 5,688 | 15,481 | - | - | - | - | 25,000 | 3 | 21,169 | 75,000 | - | - | 5,688 | 15,481 | - | - |
| Gross Mcginley Labarre And Eaton | Litigation counsel for the Allentown Morning Call | 11,041 | - | - | - | - | - | 10,000 | 3 | 11,041 | 30,000 | - | - | 10,754 | 1,041 | - | - |
| Bostwick & Jassy LLP | First Amendment and business law litigation | 2,559 | 513 | 2,884 | - | - | - | 15,000 | 3 | 5,956 | 45,000 | - | - | 2,559 | 513 | 2,884 | - |
| Grant Thornton | Tax consultant | 2,175 | 1,720 | - | - | - | - | 40,000 | 3 | 3,895 | 120,000 | - | - | 2,175 | 1,720 | - | - |
| Miller Kaplan Arase And Co | Accounting consultant | 1,450 | 1,450 | - | - | - | - | 10,000 | 3 | 2,900 | 30,000 | - | - | 1,450 | 1,450 | - | - |
| Maria L Hampton | Collections counsel for The Hartford Courant | - | - | 2,343 | - | - | - | 25% | 3 | 2,343 | 25% | - | - | - | - | 2,343 | - |
| D Park Smith & Associates | Collections counsel for WPIX, KDAF, WGNO and KHCW | 1,162 | - | - | - | - | - | 15% | 3 | 1,162 | 15% | - | - | 1,162 | - | - | - |
| Welborn Sullivan Meck & Tooley | Environmental counsel for Denver operations | 112 | 364 | - | - | - | - | 10,000 | 3 | 476 | 30,000 | - | - | 112 | 364 | - | - |

**Notes:**

Tribune Company professional fee payment process adheres to the criteria defined in the Delaware Bankruptcy Court Ordinary Course Professional (OCP) order. Tribune's payment processing requirements include: (i) an affidavit to be filed, (ii) confirmed balances agree to Tribune records or be reconciled, and (iii) invoices must be approved by Tribune. Tribune experienced an increase in eligible firms in the current period and expect increases in payments in subsequent periods as further affidavits are received and reconciled pursuant to the process described herein.

Pursuant to the OCP order, Tribune intends to pay 100% of the invoiced postpetition fees, up to the monthly cap established for each OCP, over a three-month rolling average for OCPs with a limit of less than $50,000 and over a two month rolling average for OCPs with a $50,000 monthly fee cap.

All proposed payments for invoices received during the current reporting period are listed in Appendix A. As firms become eligible for payment, Tribune will seek payment approval for all postpetition invoices, including those invoices received for fees incurred outside of the current monthly period and for fees incurred outside of the current rolling cap measurement period. In the event payment is requested for fees incurred outside of the current rolling period or outside of the current monthly period (which in either case may include fees in addition to fees requested and/or paid in prior invoices), Tribune factors such proposed payments into the rolling cap calculations herein.

The Proposed Payment columns above represent the rolling three months of proposed and approved payments to eligible firms. The Rolling Cap Limit columns are intended to provide visibility to the Proposed Payment calculation, with reference to the applicable rolling monthly cap. Firms with a percentage, instead of a whole number, in the Monthly Cap column have been retained on a contingency fee basis and do not have a dollar amount for their rolling cap.

The amount shown in the Excess column, if any, represents the total amount invoiced over the applicable rolling periods (two or three months) that exceed the established limit on permitted payments over the applicable rolling periods. Excess amounts are carried over and will be paid in future months if the rolling cap for billings is not exceeded. Any firm that has excess amounts withheld may apply to the Bankruptcy Court for approval of such fees. In the event any firm exceeds or expects to exceed the applicable monthly cap on an ongoing basis, Tribune may file a supplemental request, on notice to the Office of the United States Trustee and the Official Committee of Unsecured Creditors, to raise such cap, or may seek the retention of such firm by separate application.

No firms listed above hold retainer balances