# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 ) |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) ) |
| Debtors. | ) Jointly Administered ) |
| | ) **Related Docket No. 1670** |

## DECLARATION OF SERVICE

I, Leigh-Anne M. Raport, hereby declare that on the 30th day of June, 2009, I caused the following to be served upon the parties listed on the attached service list by overnight courier.

> **Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) Shortfall in January through June Rent Due to Improper Setoffs; and (III) Attorneys Fees and Interest Incurred Due to Debtors Post-Petition Lease Defaults (Docket No. 1670)**

Dated: July 1, 2009  
Wilmington, Delaware

Respectfully submitted,

**PEPPER HAMILTON LLP**

 /s/ Leigh-Anne M. Raport  
David B. Stratton (DE No. 960)  
Leigh-Anne M. Raport (DE No. 5055)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390  
E-mail:  strattond@pepperlaw.com  
           raportl@pepperlaw.com

*Co-Counsel for PPF OFF Two Park Avenue Owner, LLC*

#11192966 v1

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE  19899-0951

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE  19801

#11192966 v1

Joseph H. Huston, Jr., Esquire  
Stevens & Lee, P.C.  
1105 North Market Street, 7th Fl.  
Wilmington, DE  19801

William M. Kelleher, Esquire  
Elliott Greenleaf  
1105 North Market Street, Suite 1700  
Wilmington, DE  19801

#11192966 v1

| | |
|---|---|
| Frederick B. Rosner, Esquire<br>Messana Rosner & Stern, LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801 | Susan E. Kaufman, Esquire<br>Cooch and Taylor, P.A.<br>1000 West Street, 10th Floor<br>Wilmington, DE  19801 |
| Christopher P. Simon, Esquire<br>Tara M. DiRocco, Esquire<br>Cross & Simon, LLC<br>913 North Market Street, 11th Floor<br>Wilmington, DE  19801 | Jeffrey C. Wisler, Esquire<br>Marc J. Phillips, Esquire<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 N. Orange St., PO Box 2207<br>Wilmington, DE  19899 |
| Mark E. Felger, Esquire<br>Cozen O'Connor<br>1201 N. Market Street, Suite 1400<br>Wilmington, DE  19801 | John V. Fiorella, Esquire<br>Archer & Greiner, P.C.<br>300 Delaware Avenue, Suite 1370<br>Wilmington, DE  19801 |
| Jami B. Nimeroff, Esquire<br>Brown Stone Nimeroff LLC<br>4 East 8th Street, Suite 400<br>Wilmington, DE  19801 | Michael S. Amato, Esquire<br>Ruskin Moscou Faltischek, P.C.<br>East Tower, 15th Floor<br>1425 RXR Plaza<br>Uniondale, NY  11556-1425 |

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE  19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

#11192966 v1

| | |
|---|---|
| L. Jason Cornell, Esquire<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>PO Box 2323<br>Wilmington, DE 19899-2323 | Internal Revenue Service<br>844 King Street<br>Wilmington, DE  19801 |
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL  60603 | Kevin T. Lantry, Esquire<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA  90013 |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Internal Revenue Service<br>31 Hopkins Plaza<br>ATTN: Room 1150<br>Baltimore, MD  21201 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave., N.W.<br>Washington, D.C.  20020 | Margot B. Schonholtz, Esquire<br>Madlyn Gleich Primoff, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022 |

| | |
|---|---|
| Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 | Frederick D. Hyman, Esquire<br>Jeffrey G. Tougas, Esquire<br>Brian Trust, Esquire<br>Barbara Yan, Esquire<br>Amit K. Trehan, Esquire<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY  10019-5820 |
| Jeffrey N. Rich, Esquire<br>Charles R. Smith, Esquire<br>K & L Gates LLP<br>599 Lexington Avenue<br>New York, NY  10022-6030 | Charles R. Smith, Esquire<br>K & L Gates LLP<br>Henry W. Oliver Building<br>535 Smithfield Street<br>Pittsburgh, PA  15222-2312 |
| Matthew J. Troy, Esquire<br>United States Department of Justice<br>Civil Division<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C.  20044-0875 | Wayne M. Smith, Esquire<br>Warner Bros. Television Distribution, Inc.<br>4000 Warner Boulevard<br>Building 156, Room 5158<br>Burbank, CA  91522 |
| Pamela Kohlman Webster, Esquire<br>Buchalter Nemer<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017-2457 | Ms. Carolyn Adler<br>Morgan Stanley, Fixed Income<br>1585 Broadway, 2nd Floor<br>New York, NY  10036 |

#11192966 v1

| | |
|---|---|
| Scott A. Golden, Esquire<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY  10022 | Thomas V. Askounis, Esquire<br>Askounis & Darcy, PC<br>401 North Michigan Avenue, Suite 550<br>Chicago, IL  60611 |
| David Adler, Esquire<br>G. Amanda Mallan, Esquire<br>McCarter & English, LLP<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 | Colleen E. McManus, Esquire<br>Much Shelist Denenberg Ament<br> and Rubenstein, P.C.<br>191 North Wacker Drive, Ste. 1800<br>Chicago, IL  60606 |
| Kelly Singer, Esquire<br>Squire, Sanders & Dempsey L.L.P.<br>Two Renaissance Square<br>40 North Central Avenue, Suite 2700<br>Phoenix, AZ  85004-4498 | Jan I. Berlage, Esquire<br>Gohn, Hankey & Stichel, LLP<br>201 North Charles Street<br>Baltimore, MD  21201 |
| Paul Rubin, Esquire<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY  10016 | Ruth Weinstein<br>Canon U.S.A., Inc.<br>One Canon Plaza<br>Lake Success, NY  11042 |

#11192966 v1

Stephen B. Selbst, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY  10016

Babette A. Ceccotti, Esquire
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY  10036

Edmond P. O'Brien, Esquire
Stempel Bennett Claman & Hochberg, P.C.
675 Third Avenue, 31st Floor
New York, NY  10017

Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C.  20036-5420

Beverly H. Shideler
IBM Corporation
Two Lincoln Centre
Oakbrook Terrace, IL  60181

James E. Sorenson, Esquire
D. Tyler Van Leuven, Esquire
Williams, Gautier, Gwynn,
 DeLoach & Sorenson, P.A.
PO Box 4128
Tallahassee, FL  32315-4128

Scott Friedberg
The Seaport Group, LLC
360 Madison Avenue, 22nd Fl.
New York, NY  10017

#11192966 v1

| | |
|---|---|
| Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Anthony Deglomine, III, Vice President<br>Harris Corporation<br>1025 W. NASA Boulevard<br>Mail Stop A-11A<br>Melbourne, FL  32919 |
| Eric R. Wilson, Esquire<br>Howard S. Steel, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Frank A. Anderson, Esquire<br>Cassandra R. Burton, Esquire<br>Kartar S. Khalsa, Esquire<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, D.C.  20005-4026 |
| John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX  77253-3064 | Jay Teitelbaum, Esquire<br>Teitelbaum & Baskin, LLP<br>Three Barker Avenue, Third Floor<br>White Plains, NY  10601 |
| Joanne Fungaroli, Esquire<br>CapitalSource Finance LLC<br>4445 Willard Avenue, 12th Floor<br>Chevy Chase, MD  20815 | Kathleen N. Reed<br>Navistar Leasing Company<br>425 N. Martingale Road, 18th Floor<br>Schaumburg, IL  60173 |

#11192966 v1

J. Scott Douglass, Esquire
909 Fannin, Suite 1800
Houston, TX  77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID  83714-0021

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave., Suite 400
Anaheim, CA  92806

Ms. Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA  90067

Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA  90067

Ira S. Greene, Esquire
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Missouri Department of Revenue
Sheryl L. Moreau, Esquire
PO Box 475
Jefferson City, MO  65105-0475

Susanne M. Mitchell, Esquire
International Union UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

#11192966 v1

Todd M. Hoepker, Esquire
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL 32802-3311

Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Assistant County Attorney
Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Mike Lynch, Account Resolution
Travelers
National Accounts
One Tower Square, 5MN
Hartford, CT 06183-4044

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

Edward J. Tredinnick, Esquire
Greene Radovsky Maloney
 Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

#11192966 v1

| | |
|---|---|
| Fred Fellmeth, Esquire<br>General Counsel<br>Broadcast Systems Division<br>The Vitec Group plc<br>101 Bilby Road<br>Hackettstown, NJ  07840 | C. B. Blackard, III, Esquire<br>Corporate Counsel<br>Acxiom Corporation<br>301 E. Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR  72033-2000 |
| Mark A. Nitikman, Esquire<br>Virginia P. Croudace, Esquire<br>Croudace & Dietrich LLP<br>4750 Von Karman Avenue<br>Newport Beach, CA  92660 | Michael V. Blumenthal, Esquire<br>Crowell & Moring LLP<br>590 Madison Avenue, 19th Floor<br>New York, NY  10022 |
| Alan J. Lipkin, Esquire<br>Jeremy E. Crystal, Esquire<br>Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019 | Linda Boyle<br>tw telecom inc.<br>10475 Park Meadows Drive #400<br>Littleton, CO  80124 |
| Heather M. Forrest, Esquire<br>Jackson Walker L.L.P.<br>901 Main Street, Suite 6000<br>Dallas, TX  75202 | Robert J. Stark, Esquire<br>Daniel J. Staval, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY  10036 |

| | |
|---|---|
| David M. Neumann, Esquire<br>Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH  44114-2378 | Robert L. Hanley, Jr., Esquire<br>Nolan, Plumhoff & Williams, Chartered<br>Suite 700, Nottingham Centre<br>502 Washington Avenue<br>Towson, MD  21204 |
| Carol E. Momjian, Esquire<br>Senior Deputy Attorney General<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107-3603 | Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102 |
| Julie A. Manning, Esquire<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Joseph D. Frank, Esquire<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654 |
| Janet Fitzpatrick, Legal Assistant<br>Unisys Corporation<br>Unisys Way<br>PO Box 500, M/S E8-108<br>Blue Bell, PA 19424 | Joseph E. Shickich, Jr., Esquire<br>Maria Ann Milano, Esquire<br>Riddell Williams P.S.<br>1001 – 4th Avenue, Suite 4500<br>Seattle, WA 98154-1192 |

#11192966 v1

Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney
 & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst. Co. Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Brian M. Dougherty, Esquire
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Gateway Pacific Properties, Inc.
c/o Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

Paul J. Catanese, Esquire
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

#11192966 v1

| | |
|---|---|
| Michelle McMahon, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Brian G. Esders, Esquire<br>Corey Smith Bott, Esquire<br>Abato, Rubenstein and Abato, P.A.<br>809 Gleneagles Court, Suite 320<br>Baltimore, MD 21286 |
| Joshua G. Losardo, Esquire<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 | William J. Ulrich, Jr., Esquire<br>William R. Brodzinski, Esquire<br>Mulherin Rehfeldt & Varchetto, PC<br>211 S. Wheaton Avenue, Suite 200<br>Wheaton, IL 60187 |
| Thomas R. Meites, Esquire<br>Michael M. Mulder, Esquire<br>Meites, Mulder, Mollica & Glink<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603 | Daniel Feinberg, Esquire<br>Angelica K. Jongco, Esquire<br>Nina Wasow, Esquire<br>Lewis, Feinberg, Lee, Renaker<br> & Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612 |
| Philip Gregory, Esquire<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Gary A. Bresee, Esquire<br>Peter J. Felsenfeld, Esquire<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, CA 94108 |

#11192966 v1

| | |
|---|---|
| Linda K. Cooper, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO 63044 | George R. Mesires, Esquire<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606 |
| Michael A. Cox, Attorney General<br>Deborah B. Waldmeir, Asst. Attorney General<br>State of Michigan<br>Department of Treasury<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Boulevard<br>Detroit, MI 48202 | Pamela Kohlman Webster, Esquire<br>Buchalter Nemer LLP<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 |
| Keith D. Elkins, Esquire<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Kenneth Miller, Esquire<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212 |
| Judy D. Thompson, Esquire<br>Poyner Spruill LLP<br>301 South College Street, Suite 2300<br>Charlotte, NC 28202 | Andrew S. Conway, Esquire<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304 |

| | |
|---|---|
| Ramesh Singh, Financial Controller<br>GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | William E. Callahan, Jr., Esquire<br>LECLAIRRYAN, A Professional Corp.<br>1800 Wachovia Tower, Drawer 1200<br>Roanoke, VA 24006-1200 |
| David W. Phillips, Esquire<br>LECLAIRRYAN, A Professional Corp.<br>Two Penn Plaza East<br>Newark, NJ 07105 | Yonatan Gelblum, Trial Attorney<br>U.S. Department of Justice<br>Tax Division<br>PO Box 227<br>Washington, D.C. 20044 |
| Douglas R. Gonzales, Esquire<br>Weiss Serota Helfman Pastoriza<br>Cole & Boniske, P.L.<br>200 East Broward Boulevard, St. 1900<br>Fort Lauderdale, FL 33301 | Robert L. Cook, Esq.<br>District Tax Attorney<br>NYS Department of Taxation and Finance<br>333 East Washington St., 3rd Floor<br>Syracuse, NY 13202 |
| Christine Z. Heri<br>Office of the Solicitor<br>United States Department of Labor<br>230 South Dearborn, Room 844<br>Chicago, IL 60604 | Elizabeth Goldberg<br>Office of the Solicitor<br>United States Department of Labor<br>Plan Benefits Security Division<br>P.O. Box 1914<br>Washington, D.C. 20013 |

#11192966 v1

| | |
|---|---|
| Michael Schloss<br>Office of the Solicitor<br>United States Department of Labor<br>Plan Benefits Security Division<br>P.O. Box 1914<br>Washington, D.C.  20013 | Aaron L. Hammer, Esquire<br>Devon J. Eggert, Esquire<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Debra O'Toole<br>Allied Waste Services<br>13630 Fondren<br>Houston, TX 77085 | David W. Reimann, Esquire<br>The Reimann Law Group<br>1960 East Grand Avenue, Suite 1165<br>El Segundo, CA 90245 |
| Martha E. Romero, Esquire<br>Romero Law Firm<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | Maureen A. McGreevey, Esquire<br>Senior Litigation Counsel<br>SunGard<br>680 E. Swedesford Road<br>Wayne, PA 19087 |