# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| TRIBUNE COMPANY, et al., | ) Case No. 08-13141 (KJC) ) |
| Debtors. | ) Jointly Administered ) ) **Related Docket No. 1670** |

SUPPLEMENT TO MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC
FOR AN ORDER COMPELLING DEBTORS TO TIMELY PERFORM UNDER
REAL PROPERTY LEASE BY PAYING: (I) JULY RENT; (II) SHORTFALL
IN JANUARY THROUGH JUNE RENT DUE TO IMPROPER
SETOFFS; (III) SEMIANNUAL REAL ESTATE TAXES; AND
(IV) ATTORNEY'S FEES AND INTEREST INCURRED DUE
TO DEBTORS' POST-PETITION LEASE DEFAULTS [DOCKET NO. 1670]

PPF OFF Two Park Avenue Owner, LLC ("Landlord"), by and through its undersigned attorneys, submits this supplement to its motion (the "Motion") for entry of an order, pursuant to sections 105, 363, and 365 of title 11 of the United States Code (the "Bankruptcy Code"), compelling Tribune Company ("Tenant"), one of the debtors and debtors in possession in the above-captioned cases (each a "Debtor", and collectively, the "Debtors"),[1] to timely perform its

---

[1] The Debtors in these chapter 11 cases, along with the lust four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434): Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Moldings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Henry & Crown Advertising, Inc. (9808): Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications. LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb. Inc. (4276); Sun-Sentinel Company (2684): The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088): Times Mirror Payroll Processing Company, Inc. (4227): Times Mirror

#11195332 v1

obligations under Landlord's Lease[2] by paying (i) July rent; (ii) the shortfall in January through June rent due to improper setoff; (iii) semiannual real estate taxes; and (iv) attorney's fees and interest incurred due to Debtors' post-petition Lease defaults, and respectfully represents as follows:

## SUPPLEMENT ON SEMIANNUAL TAX PAYMENTS

1.  Section 27.2(B) of the Lease provides, in pertinent part:

    > Landlord shall render to Tenant . . . a [statement in reasonable detail setting forth a comparison of the Taxes (as defined in the Lease) for the applicable July 1 through July 30 period with the Base Taxes (as defined in the Lease)], together with a reproduced copy of the tax bill (or receipted bill, if available) for the Taxes. . . . Tenant shall pay to Landlord, in two (2) equal installments, in advance, within (10) Business Days after receipt of any [tax statement], but in no event prior to July 1st or January 1st . . . the [tax payment] shown thereon.

Lease § 27.2(B).

2.  Due to a misunderstanding regarding the semiannual payment of real estate taxes payable by Tenant pursuant to section 27.2(B) of the Lease, the Motion mistakenly stated the due date for the $279,140.57 payment required to be made by Tenant to Landlord as June 1, 2009. Such payment was in fact due July 1, 2009.

---

Services Company, inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719): TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties. Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035): Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847): Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630): Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); VatuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025): Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300): WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

3.      Attached as <u>Exhibit A</u> to this Supplement is the requisite documentation supporting the semiannual payment of real estate taxes payable by Tenant pursuant to section 27.2(B) of the Lease.  Included is the documentation that was timely submitted to Tenant so as to require Tenant's payment of the taxes on July 1, 2009 under the Lease.  Tenant has failed to make that payment.

Dated: July 2, 2009  
Wilmington, Delaware

Respectfully submitted,

**PEPPER HAMILTON LLP**

 /s/ John H. Schanne II  
David B. Stratton (DE No. 960)  
Leigh-Anne M. Raport (DE No. 5055)  
John H. Schanne II (DE No. 5260)  
Hercules Plaza, Suite 5100  
1313 Market Street  
P.O. Box 1709  
Wilmington, DE 19899-1709  
Telephone: (302) 777-6500  
Facsimile: (302) 421-8390

and

**WILLKIE FARR & GALLAGHER LLP**  
Alan J. Lipkin, Esq.  
Jeremy E. Crystal, Esq.  
787 Seventh Avenue  
New York, New York 10019  
Telephone: (212) 728-8000  
Facsimile: (212) 728-8111

*Co-Counsel for PPF OFF Two Park Avenue Owner, LLC*