**Exhibit A**

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date    May 29, 2009

Tribune Company
Unit #    800

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | |
|---|---|---|
| Est 2009/2010 RE Tax | | $ 7,571,277.32 |
| Est Bid Taxes | | $ 245,700.96 |
| Tax Certiorai Fee | | $ 136,870.96 |
| ICIP Fee | | $ 133,464.74 |
| Total | | $ 8,087,313.98 |
| Less: Base Year Amount | 1989/1990 | $ 4,511,947.00 |
| Difference | | $ 3,575,366.98 |
| % share | 4.6390% | |
| New 09/10 Billing | | $ 165,861.27 |
| New Semi-annual Billing | | $ 82,930.64 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date            May 29, 2009

Tribune Company
Unit #     900/1000

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | |
|---|---|---|
| Est 2009/2010 RE Tax | | $ 7,571,277.32 |
| Est Bid Taxes | | $    245,700.96 |
| Tax Certiorai Fee | | $    136,870.96 |
| ICIP Fee | | $    133,464.74 |
| Total | | $ 8,087,313.98 |
| | | |
| Less: Base Year Amount | 1989/1990 | $ 4,511,947.00 |
| Difference | | $ 3,575,366.98 |
| % share | 9.2420% | |
| | | |
| **New 09/10 Billing** | | $    330,435.42 |
| **New Semi-annual Billing** | | $    165,217.71 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date    May 29, 2009

Tribune Company
Unit #    1100A

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | |
|---|---|---|
| Est 2009/2010 RE Tax | | $ 7,571,277.32 |
| Est Bid Taxes | | $ 245,700.96 |
| Tax Certiorai Fee | | $ 136,870.96 |
| ICIP Fee | | $ 133,464.74 |
| Total | | $ 8,087,313.98 |
| | | |
| Less: Base Year Amount | 1997 | $ 3,985,857.11 |
| Difference | | $ 4,101,456.87 |
| % share | 0.4065% | |
| | | |
| New 09/10 Billing | | $ 16,672.42 |
| New Semi-annual Billing | | 8,336.21 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date           May 29, 2009

Tribune Company
Unit #      1100B

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | | |
|---|---|---|---|
| Est 2009/2010 RE Tax | | $ | 7,571,277.32 |
| Est Bid Taxes | | $ | 245,700.96 |
| Tax Certiorai Fee | | $ | 136,870.96 |
| ICIP Fee | | $ | 133,464.74 |
| Total | | $ | 8,087,313.98 |
| Less: Base Year Amount | 1997 | $ | 3,985,857.11 |
| Difference | | $ | 4,101,456.87 |
| % share | 0.0100% | | |
| **New 09/10 Billing** | | $ | 410.15 |
| **New Semi-annual Billing** | | | 205.07 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date    May 29, 2009

Tribune Company
Unit #    1100C

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | | |
|---|---|---|---:|
| Est 2009/2010 RE Tax | | $ | 7,571,277.32 |
| Est Bid Taxes | | $ | 245,700.96 |
| Tax Certiorai Fee | | $ | 136,870.96 |
| ICIP Fee | | $ | 133,464.74 |
| Total | | $ | 8,087,313.98 |
| | | | |
| Less: Base Year Amount | 1997 | $ | 3,985,857.11 |
| Difference | | $ | 4,101,456.87 |
| % share | 0.8017% | | |
| | | | |
| **New 09/10 Billing** | | $ | 32,881.38 |
| **New Semi-annual Billing** | | | 16,440.69 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

PPF OFF 2 Park Avenue Owner, LLC
C/O L&L Holding Company LLC
142 West 57th Street
New York, NY 10019

Date            May 29, 2009

Tribune Company
Unit #      1800A

Ladies/Gentlemen:

In accordance with your lease agreement attached please find a calculation of your first FY 09/10 Real Estate Tax escalation charge:

| | | |
|---|---|---|
| Est 2009/2010 RE Tax | | $ 7,571,277.32 |
| Est Bid Taxes | | $ 245,700.96 |
| Tax Certiorai Fee | | $ 136,870.96 |
| ICIP Fee | | $ 133,464.74 |
| Total | | $ 8,087,313.98 |
| | | |
| Less: Base Year Amount | 1997 | $ 3,985,857.11 |
| Difference | | $ 4,101,456.87 |
| % share | 0.9270% | |
| | | |
| New 09/10 Billing | | $ 38,020.51 |
| | | |
| New Semi-annual Billing | | 19,010.25 |

The charges mentioned above will appear on your Jun-09 Rent Statement

Yours Truly,

L&L Holding Company LLC

## 2 Park Avenue
Real Estate Tax Escalation Worksheet
For Fiscal Years

| DESCRIPTION | | 07/01/08-12/31/08 | 01/01/09-06/30/09 | TOTAL | PROJECTION 2009/10 | |
|---|---|---|---|---|---|---|
| Real Estate Tax | 08//09 | $ 3,503,979.72 | $ 3,503,979.72 | | | |
| Adopted Tax Rate adj | 12/19/2008 | $ - | $ (131,673.54) | | | |
| Tax Rate Change | 12/19/2008 | $ - | $ 258,470.31 | $ 7,134,756.21 | 7,571,277.32 | A |
| BID Taxes | 08//09 | $ 121,683.86 | $ 121,683.86 | | | |
| Additional BID | 1/1/2009 | $ - | $ 1,993.72 | $ 245,361.44 | 245,700.96 | B |
| Certiorari Fee | | $ 271,642.23 | $ - | $ 271,642.23 | 136,870.96 | C |
| ICIP Fee | | $ - | $ - | $ - | 133,464.74 | D |
| TOTAL | | $ 3,897,305.81 | $ 3,754,454.07 | $ 7,651,759.88 | $ 8,087,313.98 | |
| | | | $ 7,651,759.88 | $ - | | |

## 2 Park Avenue
Real Estate Tax Escalation Worksheet
For Fiscal Years

BASE YEAR 08/09   BASE YEAR 09/10

| DESCRIPTION | | 07/01/08-12/31/08 | 01/01/09-06/30/09 | TOTAL | TOTAL |
|---|---|---|---|---|---|
| Real Estate Tax | 08//09 | $ 3,503,979.72 | $ 3,503,979.72 | | |
| Adopted Tax Rate adj | 12/19/2008 | $ - | $ (131,673.54) | | |
| Tax Rate Change | 12/19/2008 | $ - | $ 258,470.31 | $ 7,134,756.21 | $ 7,571,277.32 |
| BID Taxes | 08//09 | $ 121,683.86 | $ 121,683.86 | | |
| Additional BID | 1/1/2009 | $ - | $ 1,993.72 | $ 245,361.44 | $ 245,700.96 |
| TOTAL | | $ 3,625,663.58 | $ 3,754,454.07 | $ 7,380,117.65 | $ 7,816,978.28 |

 

**Statement Details**

Ppf Off Two Park Avenue Owner, Llc
2 Park Ave.
Page 2



| Previous Balance | Activity Date | Date | Amount |
|---|---|---|---|
| Bldg-Elevator  10086200029 | | 12/19/2008 | $1,495.00 |
| Interest | | | $68.60 |
| Bldg-Elevator  10086200029 | | 12/23/2008 | $195.00 |
| Interest | | | $8.95 |
| **Unpaid Balance, if Any** | | | **$1,767.55** |

| Current Amount Due | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 07/01/2009 | $3,785,638.66 |
| Fire-Prevention Inspection  10426 | | 02/28/2009 | ~~$525.00~~ |
| 34th Street BID | | 07/01/2009 | $122,850.48  ℬ |
| **Total Amount Due By July 1, 2009** | | | **$3,909,014.14** |

| Amount Not Due but That Can be Paid Early | Activity Date | Date | Amount |
|---|---|---|---|
| Finance-Property Tax | | 01/01/2010 | $3,785,638.66 |
| 34th Street BID | | 01/01/2010 | $122,850.48  ℬ |
| **Total Amount Not Due but That Can be Paid Early** | | | **$3,908,489.14** |

### Annual Property Tax Detail

Tax Class  4 -  Commercial Property          Tax Rate
Current Tax Rate                             10.6120%

| | Billable Assessed Value | Tax Rate | | Taxes |
|---|---|---|---|---|
| Estimated Market Value  $180,000,000 | | | | |
| Tax Before Exemptions and Abatements | $81,000,000 | X    10.6120% | = | $8,595,720 |
| ICIP | $-9,653,625 | | | $-1,024,443 |
| Tax Before Abatements | $71,346,375 | | | $7,571,277 |
| **Annual Property Tax** | | | | **$7,571,277**  𝒜 |

Pay Today The Easy Way
nyc.gov/payonline
Fast.Easy.Accurate.Timely.

Your Prompt Payment is Greatly Appreciated.

Did Your Mailing Address Change?

If so, Please Visit Us at **nyc.gov/changemailingaddress** or Call (212) 504-4080



9267204090606 01 1008620029 0000391078169 0000770570167 090701270081001 0



Tener Consulting Services LLC
166 Fifth Avenue
Suite 300
New York, New York 10010

January 19, 2009

Mr. Andrew Bauman
Executive Director
Morgan Stanley
1585 Broadway
New York, New York 10036

Invoice # 1-01-01-2009- 0060

### Invoice

For 2009/10 Pre-Assessment services rendered to PPF Off 2 Park Avenue Owner LLC in connection with the 2009/10 property assessment at:

2 Park Avenue – Manhattan    Block: 862    Lot: 29

| | |
|---|---:|
| 2009/10 Tentative Assessment | $ 81,000,000 |
| 2008/9 Final Assessment | 90,900,000 |
| Reduction | 9,900,000 |
| Minimum Benefit @ $10.241 Tax Rate | $1,013,859 |
| Fee Due @13.5% of Minimum Benefit | $136,870.96 |

Due Upon Receipt.............................................................................$136,870.96

**2 Park Avenue**

| Invoice # | Invoice Date: |
|---|---|
| 1-01-01-2009-0060 | 1/19/09 |
| Vendor ID: TEN001 | P.O. # |
| Account Code | Amount |
| 69010 | $136,870.96 |

Description: 2009/10 Re Assessment Svcs
Approved By
Asst. Property Mgr: [signature] 3/11/09
Property Manager:
Operations Manager:
Chief Engineer:
Other:

Please Remit Payment with a copy of this invoice to
Tener Consulting Services LLC
at the above address.

Fax 212-627-0432                                                                                 Tel 212-337-0120

Tener Consulting Services LLC
166 Fifth Avenue
Suite 300
New York, New York 10010

January 19, 2009

Mr. Andrew Bauman
Executive Director
Morgan Stanley
1585 Broadway
New York, New York 10036

Invoice # 01-01-2009 - 0055

## Invoice

For services rendered to PPF Off 2 Park Avenue Owner LLC in connection with the ICIP property tax exemption at:

2 Park Avenue – Manhattan    Block: 862    Lot: 29

| | |
|---|---:|
| 2009/10 Exemption Base | $9,653,625 |
| Tax Rate | .10241 |
| 2009/10 Savings | $988,627.74 |
| Contingency Fee | 13.5% |
| 2009/10 Fee Due | $133,464.74 |

Due Upon Receipt.................................................................$133,464.74



Please remit payment with a copy of this invoice to
Tener Consulting Services LLC
at the above address.

Fax 212-627-0432                                        Tel 212-337-0120