# CERTIFICATE OF SERVICE

I, John H. Schanne II , hereby certify that on the 2nd day of July, 2009, I caused the foregoing **Supplement to Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) shortfall in January Through June Rent Due to Improper Setoffs; (III) Semiannual Real Estate Taxes; and (IV) Attorney's Fees and Interest Incurred Due to Debtors' Post-Petition Lease Defaults** to be served upon the following the parties on the attached service list by first-class mail, postage prepaid.

      /s/ John H. Schanne II
      John H. Schanne II

#11195332 v1

| | |
|---|---|
| Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801 | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Ste. 1800<br>Wilmington, DE  19801 |
| Ellen W. Slights, Esquire<br>U. S. Attorney's Office<br>1201 Market Street, Suite 1100<br>P.O. Box 2046<br>Wilmington, DE  19899-2046 | Stuart M. Brown, Esquire<br>Edwards Angell Palmer & Dodge<br>919 North Market Street, Suite 1500<br>Wilmington, DE  19801 |
| Laurie Silverstein, Esquire<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 N. Market Street, PO Box 951<br>Wilmington, DE  19899-0951 | Mark D. Collins, Esquire<br>Katisha D. Fortune, Esquire<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>P.O. Box 551<br>Wilmington, DE  19899-0511 |
| R. Karl Hill, Esquire<br>Seitz, van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>PO Box 68<br>Wilmington, DE  19899 | Katherine L. Mayer, Esquire<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. Market St., 8th Floor<br>Wilmington, DE  19801 |

#11195332 v1

Joseph H. Huston, Jr., Esquire  
Stevens & Lee, P.C.  
1105 North Market Street, 7th Fl.  
Wilmington, DE  19801

William M. Kelleher, Esquire  
Elliott Greenleaf  
1105 North Market Street, Suite 1700  
Wilmington, DE  19801

**#11195332 v1**

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19801

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE  19899

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE  19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE  19801

Michael S. Amato, Esquire
Ruskin Moscou Faltischek, P.C.
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY  11556-1425

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE  19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE  19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, First Floor
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

#11195332 v1

| | |
|---|---|
| L. Jason Cornell, Esquire<br>Fox Rothschild LLP<br>919 N. Market Street, Suite 1300<br>PO Box 2323<br>Wilmington, DE 19899-2323 | Internal Revenue Service<br>844 King Street<br>Wilmington, DE 19801 |
| James F. Conlan, Esquire<br>Bryan Krakauer, Esquire<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | Kevin T. Lantry, Esquire<br>Sidley Austin LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 |
| Donald S. Bernstein, Esquire<br>James A. Florack, Esquire<br>Damian S. Schaible, Esquire<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 | Internal Revenue Service<br>31 Hopkins Plaza<br>ATTN: Room 1150<br>Baltimore, MD 21201 |
| Securities & Exchange Commission<br>15th & Pennsylvania Ave., N.W.<br>Washington, D.C. 20020 | Margot B. Schonholtz, Esquire<br>Madlyn Gleich Primoff, Esquire<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 |

#11195332 v1

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Brian Trust, Esquire
Barbara Yan, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Jeffrey N. Rich, Esquire
Charles R. Smith, Esquire
K & L Gates LLP
599 Lexington Avenue
New York, NY  10022-6030

Charles R. Smith, Esquire
K & L Gates LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312

Matthew J. Troy, Esquire
United States Department of Justice
Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C.  20044-0875

Wayne M. Smith, Esquire
Warner Bros. Television Distribution, Inc.
4000 Warner Boulevard
Building 156, Room 5158
Burbank, CA  91522

Pamela Kohlman Webster, Esquire
Buchalter Nemer
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457

Ms. Carolyn Adler
Morgan Stanley, Fixed Income
1585 Broadway, 2nd Floor
New York, NY  10036

#11195332 v1

Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Thomas V. Askounis, Esquire
Askounis & Darcy, PC
401 North Michigan Avenue, Suite 550
Chicago, IL  60611

David Adler, Esquire
G. Amanda Mallan, Esquire
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY  10167

Colleen E. McManus, Esquire
Much Shelist Denenberg Ament
 and Rubenstein, P.C.
191 North Wacker Drive, Ste. 1800
Chicago, IL  60606

Kelly Singer, Esquire
Squire, Sanders & Dempsey L.L.P.
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ  85004-4498

Jan I. Berlage, Esquire
Gohn, Hankey & Stichel, LLP
201 North Charles Street
Baltimore, MD  21201

Paul Rubin, Esquire
Herrick, Feinstein LLP
Two Park Avenue
New York, NY  10016

Ruth Weinstein
Canon U.S.A., Inc.
One Canon Plaza
Lake Success, NY  11042

#11195332 v1

| | |
|---|---|
| Stephen B. Selbst, Esquire<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY  10016 | Babette A. Ceccotti, Esquire<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY  10036 |
| Edmond P. O'Brien, Esquire<br>Stempel Bennett Claman & Hochberg, P.C.<br>675 Third Avenue, 31st Floor<br>New York, NY  10017 | Tiffany Strelow Cobb, Esquire<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>Columbus, OH  43215 |
| Robert E. Paul, Esquire<br>Zwerdling, Paul, Kahn & Wolly, P.C.<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C.  20036-5420 | Beverly H. Shideler<br>IBM Corporation<br>Two Lincoln Centre<br>Oakbrook Terrace, IL  60181 |
| James E. Sorenson, Esquire<br>D. Tyler Van Leuven, Esquire<br>Williams, Gautier, Gwynn,<br> DeLoach & Sorenson, P.A.<br>PO Box 4128<br>Tallahassee, FL  32315-4128 | Scott Friedberg<br>The Seaport Group, LLC<br>360 Madison Avenue, 22nd Fl.<br>New York, NY  10017 |

#11195332 v1

| | |
|---|---|
| Howard Seife, Esquire<br>David M. LeMay, Esquire<br>Douglas E. Deutsch, Esquire<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY  10112 | Anthony Deglomine, III, Vice President<br>Harris Corporation<br>1025 W. NASA Boulevard<br>Mail Stop A-11A<br>Melbourne, FL  32919 |
| Eric R. Wilson, Esquire<br>Howard S. Steel, Esquire<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Frank A. Anderson, Esquire<br>Cassandra R. Burton, Esquire<br>Kartar S. Khalsa, Esquire<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, D.C.  20005-4026 |
| John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX  77253-3064 | Jay Teitelbaum, Esquire<br>Teitelbaum & Baskin, LLP<br>Three Barker Avenue, Third Floor<br>White Plains, NY  10601 |
| Joanne Fungaroli, Esquire<br>CapitalSource Finance LLC<br>4445 Willard Avenue, 12th Floor<br>Chevy Chase, MD  20815 | Kathleen N. Reed<br>Navistar Leasing Company<br>425 N. Martingale Road, 18th Floor<br>Schaumburg, IL  60173 |

#11195332 v1

J. Scott Douglass, Esquire
909 Fannin, Suite 1800
Houston, TX  77010

Ramona Neal, Esquire
Hewlett-Packard Company
11311 Chinden Boulevard
Mailstop 314
Boise, ID  83714-0021

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave., Suite 400
Anaheim, CA  92806

Ms. Jodie Rea
Twentieth Television, Inc.
2121 Avenue of the Stars, Suite 1754
Los Angeles, CA  90067

Martin S. Zohn, Esquire
Proskauer Rose LLP
2049 Century Park East, 32nd Fl.
Los Angeles, CA  90067

Ira S. Greene, Esquire
Scott A. Golden, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

Missouri Department of Revenue
Sheryl L. Moreau, Esquire
PO Box 475
Jefferson City, MO  65105-0475

Susanne M. Mitchell, Esquire
International Union UAW
8000 E. Jefferson Avenue
Detroit, MI  48214

#11195332 v1

Todd M. Hoepker, Esquire
Todd M. Hoepker, P.A.
P.O. Box 3311
Orlando, FL 32802-3311

Jeffrey J. Newton, County Attorney
Hollie N. Hawn, Assistant County Attorney
Broward County
Government Center
115 South Andrews Avenue
Fort Lauderdale, FL 33301

Mike Lynch, Account Resolution
Travelers
National Accounts
One Tower Square, 5MN
Hartford, CT 06183-4044

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Shawn M. Christianson, Esquire
Buchalter Nemer
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Donald R. Furman, Jr., Esquire
Furman Gregory LLC
75 Federal Street, Ninth Floor
Boston, MA 02110

Edward J. Tredinnick, Esquire
Greene Radovsky Maloney
 Share & Hennigh LLP
Four Embarcadero Center, Suite 4000
San Francisco, CA 94111

Angie M. Cowan, Esquire
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

#11195332 v1

Fred Fellmeth, Esquire
General Counsel
Broadcast Systems Division
The Vitec Group plc
101 Bilby Road
Hackettstown, NJ  07840

C. B. Blackard, III, Esquire
Corporate Counsel
Acxiom Corporation
301 E. Dave Ward Drive
P.O. Box 2000
Conway, AR  72033-2000

Mark A. Nitikman, Esquire
Virginia P. Croudace, Esquire
Croudace & Dietrich LLP
4750 Von Karman Avenue
Newport Beach, CA  92660

Michael V. Blumenthal, Esquire
Crowell & Moring LLP
590 Madison Avenue, 19th Floor
New York, NY  10022

Alan J. Lipkin, Esquire
Jeremy E. Crystal, Esquire
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019

Linda Boyle
tw telecom inc.
10475 Park Meadows Drive #400
Littleton, CO  80124

Heather M. Forrest, Esquire
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX  75202

Robert J. Stark, Esquire
Daniel J. Staval, Esquire
Brown Rudnick LLP
Seven Times Square
New York, NY  10036

| | |
|---|---|
| David M. Neumann, Esquire<br>Benesch, Friedlander, Coplan<br> & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, OH  44114-2378 | Robert L. Hanley, Jr., Esquire<br>Nolan, Plumhoff & Williams, Chartered<br>Suite 700, Nottingham Centre<br>502 Washington Avenue<br>Towson, MD  21204 |
| Carol E. Momjian, Esquire<br>Senior Deputy Attorney General<br>Office of Attorney General<br>21 S. 12th Street, 3rd Floor<br>Philadelphia, PA  19107-3603 | Dana S. Plon, Esquire<br>Sirlin Gallogly & Lesser, P.C.<br>1529 Walnut Street, Suite 600<br>Philadelphia, PA 19102 |
| Julie A. Manning, Esquire<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Joseph D. Frank, Esquire<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, IL 60654 |
| Janet Fitzpatrick, Legal Assistant<br>Unisys Corporation<br>Unisys Way<br>PO Box 500, M/S E8-108<br>Blue Bell, PA 19424 | Joseph E. Shickich, Jr., Esquire<br>Maria Ann Milano, Esquire<br>Riddell Williams P.S.<br>1001 – 4th Avenue, Suite 4500<br>Seattle, WA 98154-1192 |

#11195332 v1

Elaine M. Seid, Esquire
McPharlin Sprinkles & Thomas, LLP
10 Almaden Blvd., Suite 1460
San Jose, CA  95113

Jacqueline A. Criswell, Esquire
Tressler Soderstrom Maloney
 & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, IL 60606-6314

Margaret Ann Nolan, County Solicitor
Camela J. Sandmann, Asst. Co. Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD 21043

Brian M. Dougherty, Esquire
Goldstine, Skrodzki, Russian,
Nemec and Hoff, Ltd.
835 McClintock Drive, Second Floor
Burr Ridge, IL 60527

Fred B. Ringel, Esquire
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, NY 10105

Gateway Pacific Properties, Inc.
c/o Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660

Paul J. Catanese, Esquire
Patricia K. Smoots
McGuireWoods LLP
77 W. Wacker Drive, Suite 4100
Chicago, IL 60601

Edward Susolik, Esquire
Callahan & Blaine
3 Hutton Drive, Ninth Floor
Santa Ana, CA 92707

#11195332 v1

| | |
|---|---|
| Michelle McMahon, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104 | Brian G. Esders, Esquire<br>Corey Smith Bott, Esquire<br>Abato, Rubenstein and Abato, P.A.<br>809 Gleneagles Court, Suite 320<br>Baltimore, MD 21286 |
| Joshua G. Losardo, Esquire<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 | William J. Ulrich, Jr., Esquire<br>William R. Brodzinski, Esquire<br>Mulherin Rehfeldt & Varchetto, PC<br>211 S. Wheaton Avenue, Suite 200<br>Wheaton, IL 60187 |
| Thomas R. Meites, Esquire<br>Michael M. Mulder, Esquire<br>Meites, Mulder, Mollica & Glink<br>20 S. Clark Street, Suite 1500<br>Chicago, IL 60603 | Daniel Feinberg, Esquire<br>Angelica K. Jongco, Esquire<br>Nina Wasow, Esquire<br>Lewis, Feinberg, Lee, Renaker<br> & Jackson, P.C.<br>1330 Broadway, Suite 1800<br>Oakland, CA 94612 |
| Philip Gregory, Esquire<br>Cotchett, Pitre & McCarthy<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | Gary A. Bresee, Esquire<br>Peter J. Felsenfeld, Esquire<br>Barger & Wolen LLP<br>650 California Street, 9th Floor<br>San Francisco, CA 94108 |

| | |
|---|---|
| Linda K. Cooper, Esquire<br>Stuart Maue<br>3840 McKelvey Rd.<br>St. Louis, MO  63044 | George R. Mesires, Esquire<br>Barack Ferrazzano Kirschbaum & Nagelberg LLP<br>200 West Madison Street, Suite 3900<br>Chicago, IL 60606 |
| Michael A. Cox, Attorney General<br>Deborah B. Waldmeir, Asst. Attorney General<br>State of Michigan<br>Department of Treasury<br>Cadillac Place, Suite 10-200<br>3030 W. Grand Boulevard<br>Detroit, MI 48202 | Pamela Kohlman Webster, Esquire<br>Buchalter Nemer LLP<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 |
| Keith D. Elkins, Esquire<br>Jeffer, Mangels, Butler & Marmaro LLP<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067 | Kenneth Miller, Esquire<br>Ervin Cohen & Jessup LLP<br>9401 Wilshire Boulevard, 9th Floor<br>Beverly Hills, CA 90212 |
| Judy D. Thompson, Esquire<br>Poyner Spruill LLP<br>301 South College Street, Suite 2300<br>Charlotte, NC 28202 | Andrew S. Conway, Esquire<br>200 East Long Lake Road, Suite 300<br>Bloomfield Hills, MI 48304 |

#11195332 v1

Ramesh Singh, Financial Controller
GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

William E. Callahan, Jr., Esquire
LECLAIRRYAN, A Professional Corp.
1800 Wachovia Tower, Drawer 1200
Roanoke, VA 24006-1200

David W. Phillips, Esquire
LECLAIRRYAN, A Professional Corp.
Two Penn Plaza East
Newark, NJ 07105

Yonatan Gelblum, Trial Attorney
U.S. Department of Justice
Tax Division
PO Box 227
Washington, D.C. 20044

Douglas R. Gonzales, Esquire
Weiss Serota Helfman Pastoriza
Cole & Boniske, P.L.
200 East Broward Boulevard, St. 1900
Fort Lauderdale, FL 33301

Robert L. Cook, Esq.
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, NY 13202

Christine Z. Heri
Office of the Solicitor
United States Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

Elizabeth Goldberg
Office of the Solicitor
United States Department of Labor
Plan Benefits Security Division
P.O. Box 1914
Washington, D.C. 20013

#11195332 v1

| | |
|---|---|
| Michael Schloss<br>Office of the Solicitor<br>United States Department of Labor<br>Plan Benefits Security Division<br>P.O. Box 1914<br>Washington, D.C. 20013 | Aaron L. Hammer, Esquire<br>Devon J. Eggert, Esquire<br>Freeborn & Peters LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Debra O'Toole<br>Allied Waste Services<br>13630 Fondren<br>Houston, TX 77085 | David W. Reimann, Esquire<br>The Reimann Law Group<br>1960 East Grand Avenue, Suite 1165<br>El Segundo, CA 90245 |
| Martha E. Romero, Esquire<br>Romero Law Firm<br>BMR Professional Building<br>6516 Bright Avenue<br>Whittier, California 90601 | Maureen A. McGreevey, Esquire<br>Senior Litigation Counsel<br>SunGard<br>680 E. Swedesford Road<br>Wayne, PA 19087 |

#11195332 v1