# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket Nos. 143, 461 & 892 |

## THIRD SUPPLEMENTAL DECLARATION OF WILLIAM T. ENGLAND FOR AN ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY PRICEWATERHOUSECOOPERS LLP AS COMPENSATION AND TAX ADVISORS AND INDEPENDENT AUDITORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 1107, *NUNC PRO TUNC* TO THE PETITION DATE

| | |
|---|---|
| STATE OF ILLINOIS | )<br>) ss: |
| COUNTY OF COOK | ) |

WILLIAM T. ENGLAND, being duly sworn, deposes and states:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. I am a Partner of PricewaterhouseCooper LLP ("PwC"), which has its principal office at One North Wacker, Chicago, Illinois, 60606. I am duly authorized to make and submit this third supplemental declaration (the "Third Supplemental Declaration") and, if called as a witness, would testify competently to those matters. Certain of the disclosures contained in this Third Supplemental Declaration relate to matters within the knowledge of other professionals at PwC and are based on information that they have provided.

2. This Third Supplemental Declaration supplements the original Declaration of William T. England filed on December 26, 2008, the first Supplemental Declaration of William T. England filed on March 2, 2009 and the second Supplemental Declaration of William T. England filed April 10, 2009. Dkt entry nos. 143, 461, 892.

3. Prior to the Petition Date, the Debtors engaged PwC to provide compensation and tax advisory services and independent audit services to the Debtors under the terms and conditions set forth within the five (5) separate engagement letters by which the Debtors intend for PwC to provide services to the Debtors subsequent to the Petition Date.

4. Thereafter, on December 26, 2008, the Debtors filed the Application For an Order Authorizing Debtors to Retain and Employ PricewaterhouseCoopers LLP as Compensation and Tax Advisors and Independent Auditors to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, *Nunc Pro Tunc* to the Petition Date. Dkt entry no. 143. In support of the Application, PwC filed the original declaration of William T. England.

5. On March 2, 2009, the Supplemental Declaration of William T. England was filed which provided final engagement letters, pre-petition payment information, as well as additional disclosures. Dkt entry no. 461.

6.	On March 4, 2009, the Court entered an order pursuant to sections 327(a) and 1107 of the Bankruptcy Code, authorizing the Debtors to retain PwC as their compensation and tax advisors and independent auditors effective as of December 8, 2008 on the terms and conditions set forth in the Engagement Letters and as modified within the Order. Dkt entry no. 470

7.	On April 10, 2009, the Second Supplemental provided an expanded engagement letter ("Expanded Compensation Engagement Letter") serving as an Addendum to the services under the Compensation Engagement Letter regarding the compensation services for the debtor. Dkt etry no. 892

8.	On May 14, 2009, the Debtors and PwC expanded the scope of services associated with the 2008 consolidator audit services agreeing to additional estimated fees to complete the 2008 financial statement audits (the "2008 Audit Addendum"). These incremental fees represent additional time incurred as a result of the disposition of Newsday Media Group and the interim impairment testing of goodwill and intangible assets in the second quarter of 2008 as well as the cessation of the audits of the financial statements of Tribune Broadcasting Holdco, LLC and Tribune Finance LLC. These incremental fees have been approved by the Audit Committee of the Debtors' Board of Directors. This addendum supplements the engagement letter dated May 1, 2008. PwC has attached the 2008 Audit Addendum hereto as <u>Exhibit A</u>.

9.	On May 14, 2009, the Debtors and PwC expanded the scope of services for PwC to perform the integrated audit of the consolidated financial statements of the Debtors at December 27, 2009 and for the year then ending of the Debtors' internal control over financial reporting as of December 27, 2009 (the "2009 Audit Engagement Letter"). The services are

similar to the Integrated Auditing Services of the Debtors at December 28, 2008 and for the year then ending. PwC has attached the 2009 Audit Engagement Letter hereto as Exhibit B.

10. Neither I nor any partner of or professional employed by PwC, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates with respect

11. PwC intends to supplement its disclosures further as and if it becomes aware of additional relationships requiring disclosures.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: June 30, 2009              _____
                                          WILLIAM T. ENGLAND