# SIGN-IN-SHEET

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5  
**DATE:** 6/30/09

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jason Cornell | Fox Rothschild | Donna Gutman |
| Jason Porter | Chadbourne & Parke LLP | Creditors' Committee |
| Matthew McGuire | Landis Rath & Cobb | " |
| Kate Stickles | Cole Schotz | Debtors Tribune Co. |
| Guy Neal | Sidley Austin | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 06/30/2009
Calendar Time: 01:30 PM

Amended Calendar 06/30/2009 07:58 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2915276 | Jennifer Sharret | 212-715-8516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2915284 | Ariella Simonds | (213) 896-6755 | Sidley Austin | Debtor, Tribune Company / LIVE |