**EXHIBIT A**

# JONES DAY

Page 1

Potential Newspaper Acquisition 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 04/06/09 | P A PROGER | 0.60 | 540.00 |

Review and analyze Circulation Term Sheet (.10); conference call with Xanders and Klunder regarding (1) home delivery and (2) single copy (.50).

| 04/06/09 | R C THOMAS | 1.50 | 712.50 |
|---|---|---|---|

Review correspondence from client regarding Circulation Term Sheet (.50); prepare for and participate in teleconference with Proger and client regarding same (1.00).

| 04/07/09 | P A PROGER | 1.10 | 990.00 |
|---|---|---|---|

Review and analyze _____ printing of LAM (.30); telephone conversation with Xanders regarding same (.10); attention to possible editorial combinations (.50); telephone conversation with Xanders regarding same (.20).

| 04/07/09 | R C THOMAS | 0.40 | 190.00 |
|---|---|---|---|

Review proposed quote from _____ regarding printing venture (.30); communicate with Proger regarding same (.10).

| 04/08/09 | P A PROGER | 0.60 | 540.00 |
|---|---|---|---|

Review and analyze creeping integration issue.

| 04/08/09 | R C THOMAS | 0.40 | 190.00 |
|---|---|---|---|

Review proposed quote from _____ regarding circulation distribution venture (.20); review notes from prior client call (.10); communicate with client regarding same (.10).

| 04/09/09 | P A PROGER | 0.50 | 450.00 |
|---|---|---|---|

Communicate with Xanders regarding solo advertisement inserts (.40); attention to same (.10).

| 04/10/09 | P A PROGER | 0.60 | 540.00 |
|---|---|---|---|

Review and analyze _____ proposal (.40); conference call with Xanders, Dittoe and Avetisian regarding same (.20).

| 04/13/09 | P A PROGER | 1.10 | 990.00 |
|---|---|---|---|

Review and analyze Shared Mail Structure (.30); telephone conversations with Xanders (.20) and conference call with O'Laughlin and Poppy regarding (1) Community newspapers, _____ and (2) Spanish language _____ (.60).

| 04/14/09 | P A PROGER | 0.30 | 270.00 |
|---|---|---|---|

Review and analyze antitrust analysis of creeping integration.

| 04/15/09 | P A PROGER | 0.70 | 630.00 |
|---|---|---|---|

Review and analyze cost savings chart (.40); conference call with Thomson and Xanders regarding same (.30).

| 04/29/09 | P A PROGER | 0.80 | 720.00 |
|---|---|---|---|

Attention to (1) advertising, and (2) editorial (.60); telephone conference with Xanders regarding same (.20).

| 04/30/09 | P A PROGER | 0.40 | 360.00 |
|---|---|---|---|

Attention to Editorial Trial (.20); telephone conference with Xanders regarding same (.20).

| 04/30/09 | R C THOMAS | 0.50 | 237.50 |
|---|---|---|---|

Communicate with Xanders regarding _____ proposals (.30) and review meeting notes regarding same (.20).

| 05/01/09 | P A PROGER | 0.50 | 450.00 |
|---|---|---|---|

Team conference call regarding editorial _____ and _____ possible news gathering cost savings.

| 05/05/09 | P A PROGER | 1.40 | 1,260.00 |
|---|---|---|---|

Communicate with Xanders regarding (1) Tribune 365/national rep and (2) _____ rep (.70); conference call with Eldersveld and Xanders regarding same (.30); review Circulation Distribution Proposal (.40).

# JONES DAY

Potential Newspaper Acquisition 1

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 05/05/09 | P A PROGER | 1.20 | 1,080.00 |

E-mail to Xanders regarding Circulation Distribution Proposal (.10); conference call with Editorial (Lauter, Stanton, Thomas and Xanders) regarding sale of editorial content (1.10).

| 05/06/09 | P A PROGER | 0.40 | 360.00 |

Review and analyze revised Sale/Purchase of Content Agreement (.20); telephone conversation with Xanders regarding same (.20).

| 05/07/09 | P A PROGER | 0.80 | 720.00 |

Review and analyze draft TMC for         with         proposal (.30); conference call with Dittoe and Xanders regarding same (.50).

| 05/11/09 | P A PROGER | 1.00 | 900.00 |

Communicate with         regarding community newspapers (content issues) and publication dates (.50); conference call with Hartenstein, Thompson and Xanders regarding same (.50).

| 05/12/09 | P A PROGER | 0.60 | 540.00 |

Review and analyze list of all projects (.20); telephone conversation with Xanders regarding same (.40).

| 05/12/09 | R C THOMAS | 0.30 | 142.50 |

Review correspondence from client regarding ongoing projects with

| 05/13/09 | P A PROGER | 0.50 | 450.00 |

Communicate with Eldersveld, Xanders and Liebentritt regarding status of antitrust analysis of various ' initiatives.

| 05/13/09 | R C THOMAS | 0.20 | 95.00 |

Review correspondence from client regarding ongoing projects with

| 05/14/09 | P A PROGER | 0.60 | 540.00 |

Review and analyze revised Circulation Term Sheet.

| 05/14/09 | R C THOMAS | 4.20 | 1,995.00 |

Review correspondence from client regarding circulation term sheet with         (3.90) and communicate with Proger regarding same (.30).

| 05/15/09 | R C THOMAS | 3.30 | 1,567.50 |

Review correspondence from client regarding circulation term sheet with         (2.70) and communicate with Xanders and Klunder regarding same (.60).

| 05/19/09 | P A PROGER | 1.10 | 990.00 |

Review and analyze Enhanced TMC (.40); telephone conversation with Avestian regarding same (.30); telephone conversation with Xanders regarding same (.40).

| 05/19/09 | R C THOMAS | 0.90 | 427.50 |

Review correspondence regarding possible ventures with         (.10) and communicate with Xanders regarding same (.20); participate in teleconference with Proger and Avetisian regarding proposed total market coverage program with         (.40) and review document regarding same (.20).

| 05/26/09 | P A PROGER | 0.40 | 360.00 |

Review and analyze draft Preprint Distribution Term Sheet (Late Week).

| 05/26/09 | R C THOMAS | 0.80 | 380.00 |

Review draft term sheet for possible pre-print program with

| 05/27/09 | P A PROGER | 0.70 | 630.00 |

Review and analyze Late Week Preprint Distribution Plan (.40); telephone conversation with Xanders regarding same (.30).

# JONES DAY

|  |  | Page 3 |
|---|---|---|

Potential Newspaper Acquisition 1

| 05/27/09 | R C THOMAS | 3.40 | | 1,615.00 |
|---|---|---|---|---|

Review draft term sheet for possible pre-print program with (.70) and communicate with Proger regarding same (.20); prepare for and participate in teleconference with client regarding pre-print and other potential cost saving program (2.50).

| 05/28/09 | R C THOMAS | 0.40 | | 190.00 |
|---|---|---|---|---|

Review client correspondence regarding Tribune365 (.20) and draft term sheet regarding same (.20).

| **TOTAL** | | **32.20** | **USD** | **22,052.50** |
|---|---|---|---|---|

# JONES DAY

|  |  |  | Page 1 |
|---|---|---|---|
| Potential Newspaper Acquisition 2 | | | |
| 05/18/09    P A PROGER | 0.60 | | 540.00 |
| Communicate with Solomon on conference call with Eldersveld regarding and review draft memorandum from Solomon (.30). | | and | (.30); |
| **TOTAL** | 0.60 | USD | 540.00 |

# JONES DAY

Corporate Antitrust Advice                                                                                          Page 1

| Date | Timekeeper | Hours | Amount |
|---|---|---|---|
| 04/09/09 | P A PROGER | 1.00 | 900.00 |

Review and analyze letter from _____ to _____ (.40); conference call with Michaels and Liebentritt, et al., regarding same (.60).

| 04/18/09 | P A PROGER | 0.80 | 720.00 |

E-mail from and to Michaels regarding response to _____ (.20); telephone conversation with Michaels regarding same (.60).

| 04/20/09 | P A PROGER | 0.70 | 630.00 |

Follow-up on discussion with Michaels.

| 05/07/09 | P A PROGER | 1.00 | 900.00 |

Review/analyze deck regarding Tribune 365 (.50); conference call with Hochschild, Xanders and Meck regarding same (.50).

| 05/11/09 | P A PROGER | 0.70 | 630.00 |

Review/analyze antitrust analysis (.50); review additional information (.20).

| 05/12/09 | P A PROGER | 0.50 | 450.00 |

Communicate with Xanders (.20) and attention to antitrust analysis (.30).

| 05/14/09 | D N CHI | 2.20 | 770.00 |

Review and analyze docket and interim compensation order.

| 05/14/09 | P A PROGER | 0.40 | 360.00 |

Review/analyze draft Term Sheet for Tribune 365.

| 05/14/09 | AK SOBCZAK | 2.50 | 625.00 |

Review and revise December 2008 through March 2009 monthly fee statements (2.30); e-mails with Chi regarding same (.10); e-mail edits to Schaefer and Chi (.10).

| 05/14/09 | R C THOMAS | 0.90 | 427.50 |

Review correspondence from client regarding Tribune 365 term sheet (.60) and communicate with Proger regarding same (.30).

| 05/15/09 | D N CHI | 0.80 | 280.00 |

Draft and revise supplemental disclosure.

| 05/16/09 | P A PROGER | 0.20 | 180.00 |

Review and analyze draft letter to _____ (.10); e-mail Liebentritt comments (.10).

| 05/18/09 | AK SOBCZAK | 1.00 | 250.00 |

Additional review of and edits to fee December, January and March fee statements (.80); e-mails with Proger, Dinh and Smith regarding same (.20).

| 05/19/09 | D N CHI | 0.10 | 35.00 |

Draft and revise fee application for period from Petition Date to May 31, 2009.

| 05/19/09 | AK SOBCZAK | 2.00 | 500.00 |

Review and edit December 2008 through March 2009 fee applications (1.80); e-mails with Dinh, Proger, and Smith regarding same (.20).

| 05/20/09 | AK SOBCZAK | 1.50 | 375.00 |

Review and revise fee statements (1.30); e-mails with Chi, Schaefer and Dinh regarding same (.20).

| 05/21/09 | D N CHI | 3.20 | 1,120.00 |

Draft and revise monthly fee application for period from Petition Date to May 31, 2009.

| 05/21/09 | AK SOBCZAK | 1.00 | 250.00 |

Review and make edits to fee statements (.80); e-mails and phone conference with Chi and Schaefer regarding same (.20).

| Corporate Antitrust Advice | | | | Page 2 |
|---|---|---|---|---|
| 05/22/09 | D A HALL | 1.50 | | 712.50 |

Review draft fee application (.80); telephone conference with Proger regarding potential confidentiality issues with respect to fee application (.30); review revisions on fee application with Chi (.40).

| | | | | |
|---|---|---|---|---|
| 05/27/09 | D N CHI | 3.60 | | 1,260.00 |

Draft and revise fee application from for period from Petition Date to May 31, 2009.

| | | | | |
|---|---|---|---|---|
| 05/27/09 | AK SOBCZAK | 1.00 | | 250.00 |

Redact December 2008 through March 2009 fee application (.80); e-mails with Chi regarding same (.20).

| TOTAL | | 26.60 | USD | 11,625.00 |

**EXHIBIT B**

CHI-1710709v1

# JONES DAY

<u>Tribune Company</u>                                                                                              <u>Page 1</u>

Freedom Communications

## DISBURSEMENT DETAIL - May 31, 2009

| Date | Timekeeper Name | Location | Amount | |
|---|---|---|---|---|
| **CALLING CARD CHARGES** | | | | |
| 05/14/09 | P A PROGER | WAS | 3.52 | |
| | Calling card charges:12/04-26/08 December Calling Card Charges | | | |
| 05/14/09 | P A PROGER | WAS | 1.66 | |
| | Calling card charges:10/28-11/26/09 October-November Calling Card Charges | | | |
| 05/14/09 | P A PROGER | WAS | 2.96 | |
| | Calling card charges:12/30/008-01/27/09 December-January Calling Card Charges | | | |
| 05/15/09 | P A PROGER | WAS | 0.40 | |
| | Calling card charges:01/28/09-02/18/09 January-February Calling Card Charges | | | |
| 05/15/09 | P A PROGER | WAS | 1.25 | |
| | Calling card charges:03/16-24/09 March Calling Card Charges | | | |
| | **Calling card charges Subtotal** | | | 9.79 |
| **COMPUTERIZED RESEARCH SERVICES** | | | | |
| 04/30/09 | CHI ACCOUNTING | CHI | 9.28 | |
| | Computerized research services - PACER SERVICE CENTER 1/01/2009 - 3/31/2009 | | | |
| | **Computerized research services Subtotal** | | | 9.28 |
| **CONFERENCE CALL CHARGES** | | | | |
| 04/22/09 | R C THOMAS | WAS | 2.08 | |
| | Conference Call Charges: 03/12/09 MARCH 2009 | | | |
| 05/14/09 | P A PROGER | WAS | 12.12 | |
| | Conference Call Charges:11/01-24/08 November Conference Call Charges | | | |
| 05/14/09 | P A PROGER | WAS | 2.38 | |
| | Conference Call Charges:12/05-31/08 December Conference Call Charges | | | |
| 05/14/09 | P A PROGER | WAS | 4.44 | |
| | Conference Call Charges:01/02-16/09 January Conference Call Charges | | | |
| | **Conference Call Charges Subtotal** | | | 21.02 |
| **LONG DISTANCE CHARGES** | | | | |
| 04/16/09 | WAS ACCOUNTING | WAS | 3.90 | |
| | Long distance charges through 04/16/2009 | | | |
| 04/30/09 | WAS ACCOUNTING | WAS | 3.00 | |
| | Long distance charges through 04/30/2009 | | | |
| 05/07/09 | WAS ACCOUNTING | WAS | 8.85 | |
| | Long distance charges through 05/07/2009 | | | |
| 05/14/09 | WAS ACCOUNTING | WAS | 5.10 | |
| | Long distance charges through 05/14/2009 | | | |
| 05/28/09 | WAS ACCOUNTING | WAS | 13.65 | |
| | Long distance charges through 05/28/2009 | | | |
| | **Long distance charges Subtotal** | | | 34.50 |
| **Total** | | | USD | 74.59 |
| **Grand Total** | | | USD | 74.59 |

**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.  I am a partner in the law firm of Jones Day. I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1710709v1

2. I have read the Second Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from April 1, 2008 through May 31, 2009 (the "Application").

3. A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated: July 6, 2009

/s/ Phillip A. Proger
Phillip A. Proger

CHI-1710709v1