IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, hereby certify that on July 7, 2009, I caused a copy of the foregoing **Notice of Deposition of Warren Beatty** to be served on the following parties in the manner indicated:

          COLE, SCHOTZ, MEISEL,
          FORMAN & LEONARD, P.A.

By: _/s/ Kate Stickles_
          J. Kate Stickles (No. 2917)
          500 Delaware Avenue, Suite 1410
          Wilmington, DE 19801
          Telephone: (302) 652-3131
          Facsimile: (302) 652-3117

**Tribune Company,** *et al.*
**Deposition Notice Service List**

Via Hand Delivery:

Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden, Arps, Slate,
Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Via First Class Mail:

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Bryan Krakauer, Esquire
Janet E. Henderson, Esquire
Michael Doss, Esquire
Gregory V. Demo, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603