# **EXHIBIT C**

*LAS Agreements to be Assigned to Advantage*

## EXHIBIT C

### LAS Agreements to be Assigned to Advantage

| | Debtor | Assignee | Customer Name | City | State/Province | Type of Service | Effective Date * | Termination Date ** |
|---|---|---|---|---|---|---|---|---|
| 1 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Arkansas Democrat-Gazette/NW Edition | Fayetteville | AR | Local Ad Sales | 07/20/07 | 07/20/10 |
| 2 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Big Rapids Pioneer | Big Rapids | MI | Local Ad Sales | 07/10/07 | 07/10/10 |
| 3 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Bristol Herald Courier | Bristol | VA | Local Ad Sales | 12/19/06 | 12/19/09 |
| 4 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Cape Breton Post | Sydney | NS | Local Ad Sales | 03/26/07 | 03/26/10 |
| 5 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Chronicle-Telegram | Elyria | OH | Local Ad Sales | 03/05/08 | 03/05/11 |
| 6 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Clinton Herald | Clinton | IA | Local Ad Sales | 05/08/09 | 05/08/10 |
| 7 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Cody Enterprise | Cody | WY | Local Ad Sales | 12/15/05 | 12/15/10 |
| 8 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Daily Corinthian | Corinth | MS | Local Ad Sales | 06/04/09 | 06/04/10 |
| 9 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Daily Herald | St. Maarten | Netherland Antilles | Local Ad Sales | 09/12/05 | 09/12/10 |
| 10 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Daily Rocket-Miner | Rock Springs | WY | Local Ad Sales | 08/02/05 | 08/02/10 |
| 11 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Daily Times | Harrison | AR | Local Ad Sales | 09/19/08 | 09/19/09 |
| 12 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Fort Wayne Newspapers | Fort Wayne | IN | Local Ad Sales | 06/29/07 | 06/29/11 |
| 13 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Green River Star | Green River | WY | Local Ad Sales | 12/02/05 | 12/02/10 |
| 14 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Herald | Rock Hill | SC | Local Ad Sales | 12/17/08 | 12/17/09 |
| 15 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Herald Review | Grand Rapids | MN | Local Ad Sales | 09/27/07 | 09/27/10 |
| 16 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Herald-Argus | La Porte | IN | Local Ad Sales | 11/18/05 | 11/18/09 |
| 17 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Hutchinson News | Hutchinson | KS | Local Ad Sales | 11/04/08 | 11/04/10 |
| 18 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Independent | Show Low | AZ | Local Ad Sales | 10/02/08 | 10/02/10 |
| 19 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Indiana Gazette | Indiana | PA | Local Ad Sales | 07/03/07 | 07/03/10 |
| 20 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Journal | Sturgis | MI | Local Ad Sales | 11/24/08 | 11/24/09 |
| 21 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Lehighton Times-News | Lehighton | PA | Local Ad Sales | 12/19/06 | 12/19/09 |
| 22 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Manistee News Advocate | Manistee | MI | Local Ad Sales | 07/10/07 | 07/10/10 |
| 23 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Maui News | Wailuku | HI | Local Ad Sales | 01/20/05 | 01/20/10 |
| 24 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | McAlester News Capital & Democrat | McAlester | OK | Local Ad Sales | 09/12/08 | 09/12/10 |
| 25 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Medicine Hat News | Medicine Hat | AB | Local Ad Sales | 12/17/08 | 12/17/11 |
| 26 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Moose Jaw Times Herald | Moose Jaw | SK | Local Ad Sales | 04/07/07 | 04/07/10 |
| 27 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Morning Journal | Lisbon | OH | Local Ad Sales | 08/27/08 | 08/27/10 |
| 28 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Mount Vernon News | Mount Vernon | OH | Local Ad Sales | 10/30/05 | 10/30/09 |
| 29 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | News & Chronicle Journal | Thunder Bay | ON | Local Ad Sales | 04/04/04 | 04/04/10 |
| 30 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | News Sun | Sebring | FL | Local Ad Sales | 09/08/08 | 09/08/11 |

\* As determined by latest contract signature date
\*\* Subject to renewal

**EXHIBIT C**

*LAS Agreements to be Assigned to Advantage*

| | Debtor | Assignee | Customer Name | City | State/Province | Type of Service | Effective Date * | Termination Date ** |
|---|---|---|---|---|---|---|---|---|
| 31 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | News Virginian | Waynesboro | VA | Local Ad Sales | 06/15/09 | 06/15/10 |
| 32 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | News-Miner | Fairbanks | AK | Local Ad Sales | 02/23/06 | 02/23/10 |
| 33 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | News-Times | Newport | OR | Local Ad Sales | 12/03/07 | 12/03/09 |
| 34 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Norman Transcript | Norman | OK | Local Ad Sales | 09/19/08 | 09/19/10 |
| 35 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Olney Daily Mail | Olney | IL | Local Ad Sales | 06/04/09 | 06/04/10 |
| 36 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Ottumwa Courier | Ottumwa | IA | Local Ad Sales | 06/04/09 | 06/04/10 |
| 37 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Penticton Herald | Penticton | BC | Local Ad Sales | 11/06/06 | 11/06/09 |
| 38 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Prince Albert Daily Herald | Prince Albert | SK | Local Ad Sales | 09/29/08 | 09/29/10 |
| 39 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Prince George Citizen | Prince George | BC | Local Ad Sales | 01/18/06 | 01/18/10 |
| 40 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Public Opinion | Chambersburg | PA | Local Ad Sales | 09/19/08 | 09/19/11 |
| 41 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Red Bluff Daily News | Red Bluff | CA | Local Ad Sales | 12/03/07 | 12/03/10 |
| 42 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Register-Mail | Galesburg | IL | Local Ad Sales | 06/30/08 | 06/30/10 |
| 43 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Republican Herald | Pottsville | PA | Local Ad Sales | 02/02/07 | 02/02/10 |
| 44 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Rolla Daily News | Rolla | MO | Local Ad Sales | 04/06/09 | 04/06/10 |
| 45 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Sierra Vista Herald | Sierra Vista | AZ | Local Ad Sales | 07/20/08 | 07/20/10 |
| 46 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Siskiyou Daily News | Yreka | CA | Local Ad Sales | 10/02/08 | 10/02/10 |
| 47 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Sun Chronicle | Attleboro | MA | Local Ad Sales | 11/14/08 | 11/14/10 |
| 48 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Temple Daily Telegram | Temple | TX | Local Ad Sales | 04/06/09 | 04/06/10 |
| 49 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Commercial | Leesburg | FL | Local Ad Sales | 09/13/06 | 09/13/09 |
| 50 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Courier | Kelowna | BC | Local Ad Sales | 11/06/06 | 11/06/09 |
| 51 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Herald | Columbia | TN | Local Ad Sales | 03/18/08 | 03/18/11 |
| 52 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Press | Ashland | WI | Local Ad Sales | 08/25/06 | 08/25/10 |
| 53 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Progress | Charlottesville | VA | Local Ad Sales | 06/15/09 | 06/15/10 |
| 54 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Daily Times | Ottawa | IL | Local Ad Sales | 06/06/08 | 06/06/10 |
| 55 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Lethbridge Herald | Lethbridge | AB | Local Ad Sales | 01/07/09 | 01/07/12 |
| 56 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Medina County Gazette | Medina | OH | Local Ad Sales | 03/05/08 | 03/05/11 |
| 57 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Monroe Times | Monroe | WI | Local Ad Sales | 01/31/07 | 01/31/10 |
| 58 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Progress-Index | Petersburg | VA | Local Ad Sales | 07/02/09 | 07/02/10 |
| 59 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Record | Sherbrooke | QC | Local Ad Sales | 11/24/08 | 11/24/09 |
| 60 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Register | Sandusky | OH | Local Ad Sales | 05/12/05 | 05/12/10 |
| 61 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Sudbury Star | Sudbury | ON | Local Ad Sales | 07/28/08 | 07/28/10 |
| 62 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Tampa Tribune | Tampa | FL | Local Ad Sales | 01/30/06 | 01/30/11 |
| 63 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | The Telegram | St. John's | NL | Local Ad Sales | 02/02/07 | 02/02/10 |

\* As determined by latest contract signature date
\*\* Subject to renewal

**EXHIBIT C**

*LAS Agreements to be Assigned to Advantage*

| | Debtor | Assignee | Customer Name | City | State/Province | Type of Service | Effective Date * | Termination Date ** |
|---|---|---|---|---|---|---|---|---|
| 64 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Times Colonist | Victoria | BC | Local Ad Sales | 10/19/08 | 10/19/09 |
| 65 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Times Publishing Company | Erie | PA | Local Ad Sales | 05/07/09 | 05/07/10 |
| 66 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Times-Standard | Eureka | CA | Local Ad Sales | 12/14/05 | 12/14/09 |
| 67 | Tribune Media Services, Inc. | Advantage Newspaper Consultants Inc. | Wellsville Daily Reporter | Wellsville | NY | Local Ad Sales | 01/04/07 | 01/04/10 |

\* As determined by latest contract signature date
\*\* Subject to renewal