# EXHIBIT 1

**Amended Exhibit A
CBS Agreements**

# EXHIBIT A (Amended)

## CBS Agreements

| | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|---|---|---|---|---|---|---|
| 1 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 2 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | Honeymooners and Honeymooners: The Lost Episodes (Complete) | 01/01/07 | 01/01/13 |
| 3 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | Frasier (2nd Cycle) | 03/06/06 | 03/06/11 |
| 4 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Odd Couple (Complete) | 03/15/08 | 09/09/12 |
| 5 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Honeymooners and Honeymooners: The Lost Episodes (Complete) | 01/02/10 | 01/01/13 |
| 6 | KTLA Inc. | CBS Studios Inc. | Los Angeles | KTLA | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 7 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | The Andy Griffith Show | 01/01/05 | 12/31/09 |
| 8 | WGN Continental Broadcasting Company | King World Productions, Inc. | Chicago | WGN-TV | Rachel Ray | 09/14/09 | 09/14/12 |
| 9 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | Matlock (Complete) | 01/01/03 | 08/28/11 |
| 10 | WGN Continental Broadcasting Company | CBS Studios Inc. | Chicago | WGN-TV | The Andy Griffith Show | 01/01/10 | 12/31/14 |
| 11 | Tribune Television Company | King World Productions, Inc. | Philadelphia | WPHL-TV | Half & Half | 09/17/07 | 09/12/10 |
| 12 | Tribune Television Company | Paramount Pictures Corp. * | Dallas | KDAF | I Love Lucy-1 | 01/01/06 | 12/31/13 |
| 13 | Tribune Television Company | CBS Studios Inc. | Dallas | KDAF | I Love Lucy-1 | 01/01/10 | 12/31/13 |
| 14 | Tribune Broadcasting Company, on behalf of Tribune Television Northwest, Inc.; Channel 39, Inc.; KWGN Inc.; Channel 40, Inc.; KPLR, Inc.; Tribune Television Company; WTXX Inc.; KSWB Inc.; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc. | King World Productions, Inc. | Seattle, Miami, Denver, Sacramento, St. Louis, Indianapolis, San Diego, Hartford, Grand Rapids, Harrisburg, New Orleans | KCPQ/KMYQ; WSFL; KWGN, KTXL, KPLR, WXIN/WTTV; KSWB; WTIC/WTXX; WXMI; WPMT, WGNO/WNOL | Everybody Loves Raymond (2nd Cycle) | 03/17/08 | 09/08/13 |
| 15 | KWGN, Inc. | CBS Studios Inc. | Denver | KWGN | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 16 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | One on One | 09/11/06 | 09/13/09 |
| 17 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | The Andy Griffith Show | 07/01/06 | 12/31/09 |
| 18 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | Little House on the Prairie | 07/01/07 | 12/31/09 |
| 19 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | Matlock (Complete) | 07/01/04 | 12/31/13 |
| 20 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | Matlock (Complete) | 01/01/07 | 12/31/13 |
| 21 | KPLR, Inc. | CBS Studios Inc. | St. Louis | KPLR-TV | Matlock (Complete) | 09/01/09 | 12/31/13 |
| 22 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | The Andy Griffith Show | 07/01/07 | 12/31/09 |
| 23 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | Judge Joe Brown (09) | 09/14/09 | 09/08/13 |
| 24 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | The Andy Griffith Show | 01/01/10 | 12/31/13 |
| 25 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | Cheers | 10/01/08 | 12/31/13 |
| 26 | Tribune Television Company; WTXX Inc. | CBS Studios Inc. | Hartford | WTIC / WTXX | Everybody Hates Chris | 09/21/09 | 09/16/12 |
| 27 | Tribune Television Company | CBS Studios Inc. | Hartford | WTIC | The Doctors (08 and 09) | 09/08/08 | 09/10/10 |

\* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.

## EXHIBIT A (Amended)

### CBS Agreements

| | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|---|---|---|---|---|---|---|
| 28 | Tribune Television Company; WTXX Inc. | Paramount Pictures Corp. * | Hartford | WTIC / WTXX | *Frasier* (2nd Cycle) | 03/06/06 | 03/06/11 |
| 29 | Tribune Television Company | Paramount Pictures Corp. * | Harrisburg | WPMT | *The Andy Griffith Show* | 01/16/06 | 12/31/09 |
| 30 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Xmas Titles | 10/01/08 | 12/31/10 |
| 31 | Tower Distribution Company | King World Productions, Inc. | Superstation WGN | WGN America | Xmas Titles | 12/16/08 | 12/31/10 |
| 32 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | *Nash Bridges* | 09/10/07 | 08/31/10 |
| 33 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | *Moesha* (November 2004) | 09/12/05 | 09/06/09 |
| 34 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | *Beverly Hillbillies* | 01/07/08 | 09/30/11 |
| 35 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | *Matlock* (Renewal & Orig. Term) | 01/01/03 | 08/28/11 |
| 36 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | *Honeymooners* (Jun08) | 06/08/08 | 08/31/09 |

\* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.