# EXHIBIT 2

## Black Lined Amended Exhibit A
## CBS Agreements

46429/0001-5818636v1

# EXHIBIT A

## CBS Agreements

| # | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|---|---|---|---|---|---|---|
| 1 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | *Star Trek* (Orig) 08 | 09/08/08 | 09/13/09 |
| 2 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | *Honeymooners* and *Honeymooners: The Lost Episodes* (Complete) | 01/01/07 | 01/01/13 |
| 3 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | *Frasier* (2nd Cycle) | 03/06/06 | 03/06/11 |
| 4 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | *Odd Couple* (Complete) | 03/15/08 | 09/09/12 |
| 5 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | *Honeymooners* and *Honeymooners: The Lost Episodes* (Complete) | 01/02/10 | 01/01/13 |
| 6 | KTLA Inc. | CBS Studios Inc. | Los Angeles | KTLA | *Star Trek* (Orig) 08 | 09/08/08 | 09/13/09 |
| 7 | ~~KTLA Inc.~~ | ~~CBS Studios Inc.~~ | ~~Los Angeles~~ | ~~KTLA~~ | ~~*Twilight Zone*~~ | ~~11/27/08~~ | ~~11/27/08~~ |
| 8 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | *The Andy Griffith Show* | 01/01/05 | 12/31/09 |
| 9 | WGN Continental Broadcasting Company | King World Productions, Inc. | Chicago | WGN-TV | *Rachel Ray* | 09/14/09 | 09/14/12 |
| 10 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | *Matlock* (Complete) | 01/01/03 | 08/28/11 |
| 11 | WGN Continental Broadcasting Company | CBS Studios Inc. | Chicago | WGN-TV | *The Andy Griffith Show* | 01/01/10 | 12/31/14 |
| 12 | Tribune Television Company | King World Productions, Inc. | Philadelphia | WPHL-TV | *Half & Half* | 09/17/07 | 09/12/10 |
| 13 | Tribune Television Company | Paramount Pictures Corp. * | Dallas | KDAF | *I Love Lucy-1* | 01/01/06 | 12/31/13 |
| 14 | Tribune Television Company | CBS Studios Inc. | Dallas | KDAF | *I Love Lucy-1* | 01/01/10 | 12/31/13 |
| 15 | Tribune Broadcasting Company, on behalf of Tribune Television Northwest, Inc.; Channel 39, Inc.; KWGN Inc.; Tribune Television Company; KPLR, Inc.; Tribune Television Company; WTXX Inc.; KSWB Inc.; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc. | King World Productions, Inc. | Seattle, Miami, Denver, Sacramento, St. Louis, Indianapolis, San Diego, Hartford, Grand Rapids, Harrisburg, New Orleans | KCPQ/KMYQ; WSFL; KWGN, KTXL, KPLR, WXIN/WTTV; KSWB; WTIC/WTXX; WXMI; WPMT, WGNO/WNOL | *Everybody Loves Raymond* (2nd Cycle) | 03/17/08 | 09/08/13 |
| 16 | ~~Tribune Television Northwest, Inc.~~ | ~~Paramount Pictures Corp. *~~ | ~~Seattle~~ | ~~KCPQ/KMYQ~~ | ~~*Little House on the Prairie*~~ | ~~12/06/04~~ | ~~12/31/08~~ |
| 17 | KWGN Inc. | CBS Studios Inc. | Denver | KWGN | *Star Trek* (Orig) 08 | 09/08/08 | 09/13/09 |
| 18 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | *One on One* | 09/11/06 | 09/13/09 |
| 19 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | *The Andy Griffith Show* | 07/01/06 | 12/31/09 |
| 20 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | *Little House on the Prairie* | 07/01/07 | 12/31/09 |
| 21 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | *Matlock* (Complete) | 07/01/04 | 12/31/13 |
| 22 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | *Matlock* (Complete) | 01/01/07 | 12/31/13 |
| 23 | KPLR, Inc. | CBS Studios Inc. | St. Louis | KPLR-TV | *Matlock* (Complete) | 09/01/09 | 12/31/13 |
| 24 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | *The Andy Griffith Show* | 07/01/07 | 12/31/09 |
| 25 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | *Judge Joe Brown* (09) | 09/14/09 | 09/08/13 |
| 26 | Tribune Television Company | Paramount Pictures Corp. * | Indianapolis | WXIN | *The Andy Griffith Show* | 01/01/07 | 12/31/13 |
| 27 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | *Cheers* | 10/01/08 | 12/31/13 |
| 28 | ~~Tribune Television Company~~ | ~~CBS Studios Inc.~~ | ~~Indianapolis~~ | ~~WXIN~~ | ~~Multiple Series~~ | ~~12/29/08~~ | ~~12/25/08~~ |

* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.

# EXHIBIT A

## CBS Agreements

| | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|---|---|---|---|---|---|---|
| 29 | ~~KSWB, Inc.~~ | ~~CBS Studios Inc.~~ | ~~San Diego~~ | ~~KSWB~~ | ~~Family Ties~~ | ~~06/01/06~~ | ~~12/31/08~~ |
| 30 | Tribune Television Company; WTXX Inc. | CBS Studios Inc. | Hartford | WTIC / WTXX | Everybody Hates Chris | 09/21/09 | 09/16/12 |
| 31 | Tribune Television Company | CBS Studios Inc. | Hartford | WTIC | The Doctors (08 and 09) | 09/08/08 | 09/10/10 |
| 32 | Tribune Television Company; WTXX Inc. | Paramount Pictures Corp. * | Hartford | WTIC / WTXX | Frasier (2nd Cycle) | 03/06/06 | 03/06/11 |
| 33 | ~~Tribune Television Company~~ | ~~CBS Studios Inc.~~ | ~~Hartford~~ | ~~WTIC / WTXX~~ | ~~Multiple Series~~ | ~~12/20/08~~ | ~~12/25/08~~ |
| 34 | Tribune Television Company | Paramount Pictures Corp. * | Harrisburg | WPMT | The Andy Griffith Show | 01/16/06 | 12/31/09 |
| 35 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Xmas Titles | 10/01/08 | 12/31/10 |
| 36 | Tower Distribution Company | King World Productions, Inc. | Superstation WGN | WGN America | Xmas Titles | 12/16/08 | 12/31/10 |
| 37 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Nash Bridges | 09/10/07 | 08/31/10 |
| 38 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | Moesha (November 2004) | 09/12/05 | 09/06/09 |
| 39 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Beverly Hillbillies | 01/07/08 | 09/30/11 |
| 40 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | Matlock (Renewal & Orig. Term) | 01/01/03 | 08/28/11 |
| 41 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Honeymooners (Jun08) | 06/08/08 | 08/31/09 |

\* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.

Tribune CBS Assumption List - Exhibit A - Redlined

06/26/09