# EXHIBIT 3

# Proposed Order

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to Docket Nos. 1651 and \_\_\_\_** |

## ORDER AUTHORIZING THE DEBTORS TO ASSUME CERTAIN SYNDICATED PROGRAM AGREEMENTS WITH CBS AND <u>APPROVING COMPROMISE OF CLAIMS</u>

Upon the Motion[2] of Debtors Tribune Broadcasting Company, Tribune Broadcast Holdings, Inc., WGN Continental Broadcasting Company, Tribune Television Company, Tribune Television Holdings, Inc., Tribune Television Northwest, Inc., Tribune Television New Orleans, Inc., Channel 39, Inc., Channel 40, Inc., KPLR, Inc., KSWB, Inc., KTLA Inc., KWGN

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion.

46429/0001-5818636v1

Inc., WPIX, Inc., WTXX Inc., and Tower Distribution Company (collectively, the "Tribune Parties") for entry of an order authorizing the assumption of certain syndicated program agreements with King World Productions, Inc., CBS Studios Inc., and/or CBS Television Distribution, a division of both King World Productions, Inc. and CBS Studios Inc. (collectively, "CBS") pursuant to section 365 the Bankruptcy Code, and the compromise, waiver, and release of certain claims pursuant to Bankruptcy Rule 9019; and upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interests of the Tribune Parties' estates, their creditors, and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Motion is granted and the Tribune Parties are hereby authorized to assume the CBS Agreements listed in Exhibit A attached hereto; and it is further

ORDERED, that the Tribune Parties are hereby authorized to seek assumption of the multiple CBS Agreements in one motion pursuant to Bankruptcy Rule 6006(e)(3) and (f); and it is further

ORDERED, that the Assumption Effective Date of the CBS Agreements shall be as of the date of the entry of this Order; and it is further

ORDERED, that the Cure Amount shall be fixed at $1,178,796 for the CBS Agreements; and it is further

ORDERED, that any and all amounts owing under the CBS Agreements, other than the Cure Amount, are waived and released by CBS and hereby extinguished, and CBS shall be forever barred from asserting any and all claims arising on or before the Assumption Effective

46429/0001-5818636v1

Date against the Tribune Parties, or their respective successors or assigns, with respect to the CBS Agreements; and it is further

ORDERED, that the Debtors' Claims and Noticing Agent is authorized and empowered to take all actions necessary to expunge or reduce the prepetition claims filed or scheduled in these chapter 11 cases with respect to the CBS Agreements that are waived, released, and extinguished pursuant to this Order, and that the application of Del. Bankr. L. R. 1009-2 (to the extent otherwise applicable) is waived in respect of such actions; and it is further

ORDERED, that the Tribune Parties are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Wilmington, Delaware
       July _____, 2009

                                              Honorable Kevin J. Carey, Chief
                                              United States Bankruptcy Judge

# EXHIBIT A

# List of CBS Agreements (Amended)

46429/0001-5818636v1

# EXHIBIT A (Amended)

## CBS Agreements

| # | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|--------|-----------------|-------------|---------|---------|------------|----------|
| 1 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 2 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | Honeymooners and Honeymooners: The Lost Episodes (Complete) | 01/01/07 | 01/01/13 |
| 3 | WPIX, Inc | Paramount Pictures Corp. * | New York | WPIX | Frasier (2nd Cycle) | 03/06/06 | 03/06/11 |
| 4 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Odd Couple (Complete) | 03/15/08 | 09/09/12 |
| 5 | WPIX, Inc | CBS Studios Inc. | New York | WPIX | Honeymooners and Honeymooners: The Lost Episodes (Complete) | 01/02/10 | 01/01/13 |
| 6 | KTLA Inc. | CBS Studios Inc. | Los Angeles | KTLA | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 7 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | The Andy Griffith Show | 01/01/05 | 12/31/09 |
| 8 | WGN Continental Broadcasting Company | King World Productions, Inc. | Chicago | WGN-TV | Rachel Ray | 09/14/09 | 09/14/12 |
| 9 | WGN Continental Broadcasting Company | Paramount Pictures Corp. * | Chicago | WGN-TV | Matlock (Complete) | 01/01/03 | 08/28/11 |
| 10 | WGN Continental Broadcasting Company | CBS Studios Inc. | Chicago | WGN-TV | The Andy Griffith Show | 01/01/10 | 12/31/14 |
| 11 | Tribune Television Company | King World Productions, Inc. | Philadelphia | WPHL-TV | Half & Half | 09/17/07 | 09/12/10 |
| 12 | Tribune Television Company | Paramount Pictures Corp. * | Dallas | KDAF | I Love Lucy-1 | 01/01/06 | 12/31/13 |
| 13 | Tribune Television Company | CBS Studios Inc. | Dallas | KDAF | I Love Lucy-1 | 01/01/10 | 12/31/13 |
| 14 | Tribune Broadcasting Company, on behalf of Tribune Television Northwest, Inc.; Channel 39, Inc.; KWGN Inc.; Tribune Television Company; KPLR, Inc.; Tribune Television Company; WTXX Inc.; KSWB Inc; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc. | King World Productions, Inc. | Seattle, Miami, Denver, Sacramento, St. Louis, Indianapolis, San Diego, Hartford, Grand Rapids, Harrisburg, New Orleans | KCPQ/KMYQ; WSFL, KWGN, KTXL, KPLR, WXIN/WTTV, KSWB; WTIC/WTXX; WXMI; WPMT, WGNO/WNOL | Everybody Loves Raymond (2nd Cycle) | 03/17/08 | 09/08/13 |
| 15 | KWGN, Inc. | CBS Studios Inc. | Denver | KWGN | Star Trek (Orig) 08 | 09/08/08 | 09/13/09 |
| 16 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | One on One | 09/11/06 | 09/13/09 |
| 17 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | The Andy Griffith Show | 07/01/06 | 12/31/09 |
| 18 | Channel 40, Inc. | CBS Studios Inc. | Sacramento | KTXL | Little House on the Prairie | 07/01/07 | 12/31/09 |
| 19 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | Matlock (Complete) | 07/01/04 | 12/31/13 |
| 20 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | Matlock (Complete) | 01/01/07 | 12/31/13 |
| 21 | KPLR, Inc. | CBS Studios Inc. | St. Louis | KPLR-TV | Matlock (Complete) | 09/01/09 | 12/31/13 |
| 22 | KPLR, Inc. | Paramount Pictures Corp. * | St. Louis | KPLR-TV | The Andy Griffith Show | 07/01/07 | 12/31/09 |
| 23 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | Judge Joe Brown (09) | 09/14/09 | 09/08/13 |
| 24 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | The Andy Griffith Show | 01/01/10 | 12/31/13 |
| 25 | Tribune Television Company | CBS Studios Inc. | Indianapolis | WXIN | Cheers | 10/01/08 | 12/31/13 |
| 26 | Tribune Television Company; WTXX Inc. | CBS Studios Inc. | Hartford | WTIC / WTXX | Everybody Hates Chris | 09/21/09 | 09/16/12 |
| 27 | Tribune Television Company | CBS Studios Inc. | Hartford | WTIC | The Doctors (08 and 09) | 09/08/08 | 09/10/10 |

* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.

# EXHIBIT A (Amended)

## CBS Agreements

| | DEBTOR | LICENSOR ENTITY | MARKET NAME | STATION | PRODUCT | START DATE | END DATE |
|---|---|---|---|---|---|---|---|
| 28 | Tribune Television Company; WTXX Inc. | Paramount Pictures Corp. * | Hartford | WTIC / WTXX | Frasier (2nd Cycle) | 03/06/06 | 03/06/11 |
| 29 | Tribune Television Company | Paramount Pictures Corp. * | Harrisburg | WPMT | The Andy Griffith Show | 01/16/06 | 12/31/09 |
| 30 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Xmas Titles | 10/01/08 | 12/31/10 |
| 31 | Tower Distribution Company | King World Productions, Inc. | Superstation WGN | WGN America | Xmas Titles | 12/16/08 | 12/31/10 |
| 32 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Nash Bridges | 09/10/07 | 08/31/10 |
| 33 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | Moesha (November 2004) | 09/12/05 | 09/06/09 |
| 34 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Beverly Hillbillies | 01/07/08 | 09/30/11 |
| 35 | Tower Distribution Company | Paramount Pictures Corp. * | Superstation WGN | WGN America | Matlock (Renewal & Orig. Term) | 01/01/03 | 08/28/11 |
| 36 | Tower Distribution Company | CBS Studios Inc. | Superstation WGN | WGN America | Honeymooners (Jun08) | 06/08/08 | 08/31/09 |

\* CBS Studios Inc. is the successor-in-interest to Paramount Pictures Corp.