LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2009
INVOICE # 9138381

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2009 | $58,918.00 |
| DISBURSEMENTS | 5,067.57 |
| TOTAL INVOICE | $63,985.57 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9138381

JUNE 30, 2009

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009

MORGAN STANLEY SWAP                                          MATTER NUMBER -   10180

| Date | Init. | Hours | Description | Amount |
|------|-------|-------|-------------|--------|
| 5/01/09 | SBW | 2.30 | { L120 } {A104} Reviewed court filings and briefs relating to ▇▇▇▇ and discussed same with M. Hankin and S. McNally (2.1); sent materials to M. Hankin and S. McNally in follow up to call (.2). | 1,207.50 |
| 5/01/09 | MZH | 1.50 | { L120 } {A103} Drafted e-mail to D. Bradford re ▇▇ (.1); attended to ▇▇ (.8); telephone conference with S. McNally and S. Wilkens re ▇▇ (.4); met with S. McNally re same and next steps (.2). | 1,087.50 |
| 5/01/09 | SRM | .60 | { L120 } {A105} Discussed ▇▇ with M. Hankin and S. Wilkens. | 195.00 |
| 5/03/09 | SRM | 1.70 | { L120 } {A102} Researched ▇▇. | 552.50 |
| 5/04/09 | DJB | .20 | { L110 } {A105} Office conference with S. Biller re review of ▇▇. | 175.00 |
| 5/04/09 | MZH | 1.30 | { L120 } {A104} Reviewed ▇▇. | 942.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                         Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/04/09 | SRM | 4.00 | { L120 } {A102} Researched ███████████ (2.9); researched ███████████ (1.1). | 1,300.00 |
|---|---|---|---|---|
| 5/05/09 | MZH | .50 | { L120 } {A104} Reviewed ███████████. | 362.50 |
| 5/05/09 | SEB | .20 | { L140 } {A105} Met with D. Bradford re ███████████ | 65.00 |
| 5/05/09 | SEB | 1.00 | { L110 } {A104} Read ███████████ ███████████. | 325.00 |
| 5/05/09 | SEB | 1.50 | { L140 } {A106} Reviewed ███████████. | 487.50 |
| 5/05/09 | SEB | .40 | { L140 } {A106} Reviewed ███████████. | 130.00 |
| 5/05/09 | SEB | .10 | { L140 } {A106} Reviewed ███████████. | 32.50 |
| 5/05/09 | SEB | 1.50 | { L140 } {A106} Reviewed ███████████. | 487.50 |
| 5/05/09 | SEB | 4.00 | { L110 } {A103} Created ███████████ ███████████ | 1,300.00 |
| 5/05/09 | SEB | .50 | { L110 } {A103} Wrote executive summary of findings for D. Bradford and M. Hankin. | 162.50 |
| 5/05/09 | SRM | 5.60 | { L120 } {A105} Discussed ███████████ with M. Hankin (.3); edited ███████████ memorandum to include new research (1.1); researched ███████████ (.8); researched ███████████ (3.4). | 1,820.00 |
| 5/06/09 | MZH | 1.60 | { L120 } {A105} Met with S. McNally re ███████████ (.7); reviewed summary of ███████████ and attended to next steps for first gathering (.9). | 1,160.00 |
| 5/06/09 | SEB | 5.80 | { L140 } {A104} Reviewed documents ███████████ ███████████. | 1,885.00 |
| 5/06/09 | SEB | .60 | { L110 } {A103} Supplemented and revised ███████████ | 195.00 |
| 5/06/09 | SRM | 1.00 | { L120 } {A102} Researched ███████████. | 325.00 |
| 5/07/09 | DJB | .50 | { L120 } {A101} Prepared for meeting with opposing counsel. | 437.50 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/07/09 | DJB | .50 | { L190 } {A107} Telephone conference with opposing counsel. | 437.50 |
| 5/07/09 | DJB | .80 | { L120 } {A106} Telephone conference with client re ███████████ (.30); prepared email to client re same (.50). | 700.00 |
| 5/07/09 | MZH | 1.20 | { L120 } {A105} Telephone conference with D. Bradford to review strategy in preparation for call with MS attorney and reviewed documents re same (.9); telephone conference with D. Bradford, S. Grosshandler and T. Maloney of Cleary re ███████████ (.3). | 870.00 |
| 5/07/09 | SEB | .20 | { L120 } {A105} Participated in conference call with D. Bradford and M. Hankin to discuss strategy. | 65.00 |
| 5/07/09 | SEB | .10 | { L120 } {A105} Conferred with S. McNally re █████████████████████. | 32.50 |
| 5/07/09 | SEB | .80 | { L120 } {A104} Read McNally memorandum re ████ █████████. | 260.00 |
| 5/07/09 | SEB | .20 | { L120 } {A105} Corresponded by email with S. McNally re follow up questions re memorandum. | 65.00 |
| 5/07/09 | SEB | .40 | { L190 } {A107} Participated in conference call with opposing counsel, S. Grosshandler of Cleary Gottlieb. | 130.00 |
| 5/07/09 | SEB | .10 | { L190 } {A105} Participated in conference call with client D. Eldersveld. | 32.50 |
| 5/07/09 | SRM | 1.10 | { L120 } {A105} Discussed ███████████ with S. Biller (.2); reviewed cases ███████ (.9). | 357.50 |
| 5/08/09 | SEB | .10 | { L190 } {A103} Outlined task list for ██████████. | 32.50 |
| 5/08/09 | SEB | 1.90 | { L190 } {A102} Researched ██████████████. | 617.50 |
| 5/08/09 | SEB | .90 | { L120 } {A104} Analyzed █████████████. | 292.50 |
| 5/08/09 | SEB | .30 | { L120 } {A104} ████████████████. | 97.50 |

 Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 4

| 5/11/09 | WAT | .30 | { L110 } {A104} Reviewed case law re ███████ ███████. | 142.50 |
| 5/11/09 | WAT | .80 | { L110 } {A105} Discussed factual development and research with S. Biller and reviewed documents re same. | 380.00 |
| 5/11/09 | SEB | 1.00 | { L120 } {A104} Read ████████████████ | 325.00 |
| 5/11/09 | SEB | .30 | { L190 } {A105} Met with W. Thomson to discuss fact findings and legal analysis ████████████. | 97.50 |
| 5/11/09 | SEB | 2.90 | { L120 } {A102} Researched ████████ | 942.50 |
| 5/12/09 | WAT | 4.10 | { L110 } {A102} Conducted research on ████████. | 1,947.50 |
| 5/12/09 | SEB | .90 | { L120 } {A102} Researched ████████. | 292.50 |
| 5/12/09 | SEB | .10 | { L190 } {A105} Met with W. Thomson re ████████. | 32.50 |
| 5/13/09 | WAT | 1.60 | { L110 } {A102} Conducted research on ████████. | 760.00 |
| 5/13/09 | WAT | .50 | { L110 } {A103} Drafted letter insert relating ████████. | 237.50 |
| 5/13/09 | SEB | 5.10 | { L120 } {A102} Researched ████████. | 1,657.50 |
| 5/13/09 | SEB | .50 | { L110 } {A104} Read ████████. | 162.50 |
| 5/14/09 | DJB | .40 | { L190 } {A103} Revised ████████. | 350.00 |
| 5/14/09 | DJB | .10 | { L190 } {A107} E-mail to opposing counsel. | 87.50 |
| 5/14/09 | WAT | .70 | { L110 } {A102} Conducted research on ████████. | 332.50 |
| 5/14/09 | WAT | .50 | { L110 } {A103} Drafted letter insert relating to ████████. | 237.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/14/09 | SEB | 4.00 | { L120 } {A103} Drafted ███████████ ███████. | 1,300.00 |
|---------|-----|------|-----|----------|
| 5/14/09 | SEB | .80 | { L110 } {A104} Analyzed ███████████ ██████. | 260.00 |
| 5/15/09 | WAT | .40 | { L110 } {A102} Conducted research on ████████ ██████. | 190.00 |
| 5/15/09 | WAT | .40 | { L110 } {A103} Drafted letter insert relating to ████. | 190.00 |
| 5/15/09 | WAT | .80 | { L110 } {A103} Drafted and revised ████. | 380.00 |
| 5/15/09 | SEB | 1.90 | { L120 } {A103} Revised ████████ ██████. | 617.50 |
| 5/15/09 | SEB | .20 | { L120 } {A104} Proofread W. Thomson's insert re ████ ███████████████. | 65.00 |
| 5/15/09 | SEB | .10 | { L120 } {A103} Revised ██████████ following discussion with W. Thomson. | 32.50 |
| 5/15/09 | SEB | .20 | { L120 } {A105} Met with W. Thomson re revisions to ████████. | 65.00 |
| 5/15/09 | SEB | .80 | { L120 } {A102} Researched ████████████ ████████████. | 260.00 |
| 5/15/09 | SEB | 1.10 | { L110 } {A103} Created factual chronology. | 357.50 |
| 5/17/09 | DJB | .50 | { L190 } {A104} Analyzed legal memoranda. | 437.50 |
| 5/18/09 | WAT | .20 | { L110 } {A103} Revised letter to Morgan Stanley. | 95.00 |
| 5/18/09 | MZH | .70 | { L120 } {A103} Drafted e-mail to D. Bradford setting forth ███████████. | 507.50 |
| 5/18/09 | SEB | .10 | { L120 } {A104} Read M. Hankin's email ████████████. | 32.50 |
| 5/18/09 | SEB | .10 | { L110 } {A103} Revised ███████████ for D. Bradford. | 32.50 |

     Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 5/18/09 | SEB | .10 | { L190 } {A103} Wrote follow-up email to D. Bradford and W. Thomson ██████████████ | 32.50 |
| 5/18/09 | SRM | 3.40 | { L120 } {A104} Reviewed briefs and decisions ██ ████████████████████████ (3.3); conferred with M. Hankin re same (.1). | 1,105.00 |
| 5/19/09 | DJB | .80 | { L190 } {A105} Telephone conference with M. Hankin re ███████████. | 700.00 |
| 5/19/09 | DJB | .30 | { L190 } {A103} Revised █████████ letter. | 262.50 |
| 5/19/09 | WAT | 1.30 | { L110 } {A104} Reviewed documents produced by client and law relating to letter to Morgan Stanley. | 617.50 |
| 5/19/09 | WAT | .60 | { L110 } {A105} Met with team re strategy. | 285.00 |
| 5/19/09 | MZH | .90 | { L120 } {A105} Telephone conference with D. Bradford, W. Thompson and S. Biller re MS swap strategy. | 652.50 |
| 5/19/09 | SEB | 1.10 | { L120 } {A102} Researched ████████████ ████████████. | 357.50 |
| 5/19/09 | SEB | .70 | { L120 } {A105} Participated in conference call with D. Bradford, M. Hankin, and W. Thomson re ███████ ███████. | 227.50 |
| 5/19/09 | SRM | .80 | { L120 } {A105} Participated in conference call with M. Hankin, D. Bradford, W. Thomson, S. Biller re litigation strategy. | 260.00 |
| 5/20/09 | DJB | .20 | { L190 } {A103} Finalized letter re ████████. | 175.00 |
| 5/20/09 | DJB | .20 | { L190 } {A107} Email to opposing counsel. | 175.00 |
| 5/20/09 | DJB | .30 | { L190 } {A102} Identified ████████. | 262.50 |
| 5/20/09 | WAT | 1.80 | { L110 } {A102} Conducted research on various issues relating to possible claims. | 855.00 |
| 5/20/09 | SEB | .30 | { L120 } {A102} Conducted follow-up research ██ ████████. | 97.50 |
| 5/20/09 | SEB | .20 | { L190 } {A105} Discussed ████████████ with | 65.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

W. Thomson.

| 5/20/09 | SEB | .50 | { L120 } {A102} Conducted follow up research on ████ | 162.50 |
|---|---|---|---|---|
| 5/21/09 | DJB | .80 | { L190 } {A104} Reviewed ████ | 700.00 |
| 5/21/09 | DJB | .30 | { L190 } {A103} Revised letter re ████ | 262.50 |
| 5/21/09 | DJB | .10 | { L190 } {A106} Email to client re letter. | 87.50 |
| 5/21/09 | WAT | 3.20 | { L110 } {A102} Conducted research relating to possible claims. | 1,520.00 |
| 5/21/09 | WAT | 1.80 | { L110 } {A104} Reviewed emails and revised ████ | 855.00 |
| 5/21/09 | SEB | 1.80 | { L120 } {A102} Conducted follow up research re ████ | 585.00 |
| 5/21/09 | SEB | .30 | { L120 } {A104} Read W. Thomson's analysis on ████ | 97.50 |
| 5/22/09 | SRM | .40 | { L120 } {A104} Reviewed ████ drafted by W. Thomson. | 130.00 |
| 5/25/09 | DJB | .50 | { L190 } {A104} Reviewed ████ | 437.50 |
| 5/25/09 | DJB | .50 | { L190 } {A103} Prepared email outlining issues for negotiation. | 437.50 |
| 5/25/09 | WAT | .20 | { L110 } {A104} Reviewed ████ | 95.00 |
| 5/25/09 | WAT | .20 | { L110 } {A105} Corresponded with team re strategy. | 95.00 |
| 5/25/09 | SEB | .10 | { L190 } {A105} Communicated with W. Thomson re ████ | 32.50 |
| 5/25/09 | SEB | .20 | { L190 } {A105} Read emails from W. Thomson re ████ | 65.00 |
| 5/25/09 | SEB | 1.70 | { L120 } {A102} Conducted research on ████ | 552.50 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

Page 8

| | | | | |
|---|---|---|---|---|
| 5/25/09 | SEB | 1.00 | { L120 } {A102} Researched ███████████████ ██████████████. | 325.00 |
| 5/26/09 | DJB | .80 | { L190 } {A105} Telephone conference with M. Hankin re ███████████████████. | 700.00 |
| 5/26/09 | WAT | .70 | { L110 } {A102} Researched ████████████ ███████████████. | 332.50 |
| 5/26/09 | WAT | .40 | { L110 } {A105} Met with team re strategy and issues. | 190.00 |
| 5/26/09 | MZH | 1.10 | { L120 } {A104} Attended to strategy for call with MS (.7); telephone conference with D. Bradford, W. Thompson and S. Biller re same (.4). | 797.50 |
| 5/26/09 | SEB | .60 | { L120 } {A102} Conducted follow-up research on ████████████████████████. | 195.00 |
| 5/26/09 | SEB | .20 | { L190 } {A105} Met with W. Thomson re ████████████████████████████. | 65.00 |
| 5/26/09 | SEB | .30 | { L120 } {A105}Participated in conference call with D. Bradford, M. Hankin and W. Thomson re ████████████████████████. | 97.50 |
| 5/26/09 | SEB | 2.20 | { L120 } {A102} Conducted follow-up research on ██████████████████████. | 715.00 |
| 5/26/09 | SEB | .70 | { L120 } {A105} Met with W. Thomson re ████████████████████████ and developed chart for D. Bradford on the issue. | 227.50 |
| 5/26/09 | MER | .30 | { L110 } {A102} Researched ██████████ ███████████████. | 78.00 |
| 5/27/09 | DJB | .50 | { L190 } {A105} Telephone conference with M. Hankin re ██████████████. | 437.50 |
| 5/27/09 | DJB | 1.10 | { L190 } {A106} Telephone conference with clients re strategy (.9); e-mails re same (.2). | 962.50 |
| 5/27/09 | WAT | 1.80 | { L110 } {A104} Reviewed and analyzed documents and memoranda re potential strategies. | 855.00 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 5/27/09 | MZH | 2.90 | { L120 } {A105} Telephone conference with D. Bradford and Tribune re preparation for settlement conference with MS (1.0); attended to ███████ issues (1.9). | 2,102.50 |
|---|---|---|---|---|
| 5/27/09 | SEB | .20 | { L190 } {A104} Analyzed ███████. | 65.00 |
| 5/27/09 | SEB | 3.00 | { L120 } {A104} Reviewed ███████. | 975.00 |
| 5/27/09 | SEB | 1.00 | { L120 } {A102} Conducted follow-up research on ███████. | 325.00 |
| 5/27/09 | SRM | 3.10 | { L120 } {A102} Researched ███████. | 1,007.50 |
| 5/28/09 | DJB | 1.50 | { L190 } {A101} Prepared for settlement discussion with Morgan Stanley. | 1,312.50 |
| 5/28/09 | WAT | .20 | { L110 } {A104} Reviewed ███████ | 95.00 |
| 5/28/09 | SRM | .70 | { L120 } {A102} Researched ███████. | 227.50 |
| 5/29/09 | DJB | .50 | { L190 } {A101} Prepared for telephone conference with opposing counsel. | 437.50 |
| 5/29/09 | DJB | 1.20 | { L190 } {A107} Telephone conference with Morgan Stanley counsel (1.0); e-mails with Morgan Stanley counsel re payment of $9 million (.2). | 1,050.00 |
| 5/29/09 | DJB | .30 | { L190 } {A106} Follow up discussion with client re telephone conference with Morgan Stanley. | 262.50 |
| 5/29/09 | MZH | 1.80 | { L120 } {A101} Prepared for settlement conference with MS (.8); participated in settlement conference with MS (1.0). | 1,305.00 |
| 5/29/09 | SEB | .10 | { L120 } {A104} Reviewed ███████. | 32.50 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/29/09 | SEB | .20 | { L120 } {A104} Read ███████████. | 65.00 |
|---|---|---|---|---|
| | | 131.10 | PROFESSIONAL SERVICES | 58,918.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 5/04/09 | Network Printing | 18.99 |
| 5/04/09 | Photocopy Expense | 19.44 |
| 5/04/09 | Photocopy Expense | 24.48 |
| 5/05/09 | Network Printing | 15.21 |
| 5/05/09 | Photocopy Expense | .18 |
| 5/06/09 | Photocopy Expense | 1.80 |
| 5/06/09 | UPS | 70.70 |
| 5/08/09 | Network Printing | 9.99 |
| 5/11/09 | Network Printing | 19.71 |
| 5/11/09 | Photocopy Expense | 4.68 |
| 5/13/09 | Network Printing | 21.06 |
| 5/18/09 | Network Printing | 15.12 |
| 5/18/09 | Network Printing | 5.04 |
| 5/20/09 | Network Printing | 2.70 |
| 5/28/09 | Network Printing | 1.08 |
| 5/31/09 | Lexis Research | 34.43 |
| 5/31/09 | Westlaw Research | 4,802.96 |
| | TOTAL DISBURSEMENTS | 5,067.57 |

## INVOICE TOTAL                    $ 63,985.57

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID J. BRADFORD | | 12.90 | 875.00 | 11,287.50 |
| MARC B. HANKIN | | 13.50 | 725.00 | 9,787.50 |
| SCOTT B. WILKENS | | 2.30 | 525.00 | 1,207.50 |
| WADE A. THOMSON | | 22.50 | 475.00 | 10,687.50 |
| SARAH R. MCNALLY | | 22.40 | 325.00 | 7,280.00 |
| SOFIA E. BILLER | | 57.20 | 325.00 | 18,590.00 |
| MARY E. RUDDY | | 0.30 | 260.00 | 78.00 |
| | TOTAL | 131.10 | | 58,918.00 |

Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10024

TRIBUNE COMPANY                                          JUNE 30, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9138332
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009                                         $ 62.50

DISBURSEMENTS                                                      0.00
                                                          _____
                                    TOTAL INVOICE          $ 62.50

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600                                                INVOICE # 9138332
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009

CUETO                                        MATTER NUMBER -    10024

| 5/18/09 | DLB | .10 | { L120 } {A104} Reviewed and analyzed court order. | 62.50 |
| | | 0.10 | PROFESSIONAL SERVICES | 62.50 |

**INVOICE TOTAL**                          **$ 62.50**

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|------|---|-------|------|--------|
| DEBBIE L. BERMAN | | 0.10 | 625.00 | 62.50 |
| | TOTAL | 0.10 | | 62.50 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

THE TRIBUNE COMPANY                                    JUNE 30, 2009
435 NORTH MICHIGAN AVENUE                        INVOICE # 9138380
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

## FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009                                          $3,376.00

DISBURSEMENTS                                                          3.51

                                    TOTAL INVOICE            $3,379.51

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                           INVOICE # 9138380
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009

FEE APPLICATION                                     MATTER NUMBER -    10164

| | | | | |
|---|---|---|---|---|
| 5/19/09 | MHM | .40 | { L210 } {A104} Reviewed form of no objection and reviewed docket for filing of same. | 108.00 |
| 5/27/09 | DHH | 1.00 | { L210 } {A104} Reviewed April time entries in connection with April fee application and communicated re same. | 400.00 |
| 5/28/09 | MXP | 4.40 | { L210 } {A103} Worked on reviewing matter invoices to prepare Jenner & Block invoice for April time and expenses for D. Hixson. | 748.00 |
| 5/28/09 | DHH | 1.50 | { L210 } {A103} Worked on April fee application, including revising narrative potion and communicating with M. Patterson re compiling summary charts. | 600.00 |
| 5/29/09 | DHH | 3.80 | { L210 } {A103} Worked on April fee application, including redacting confidential information and revising narrative portion. | 1,520.00 |
| | | 11.10 | PROFESSIONAL SERVICES | 3,376.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

Page 2

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## DISBURSEMENTS

| 5/29/09 | Network Printing | 3.51 |
|---|---|---|
|  | TOTAL DISBURSEMENTS | 3.51 |

**INVOICE TOTAL**                    $ 3,379.51

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| DAVID H. HIXSON | | 6.30 | 400.00 | 2,520.00 |
| MICHAEL H. MATLOCK | | 0.40 | 270.00 | 108.00 |
| MARC A PATTERSON | | 4.40 | 170.00 | 748.00 |
| | TOTAL | 11.10 | | 3,376.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

THE TRIBUNE COMPANY                                  JUNE 30, 2009
435 NORTH MICHIGAN AVENUE                     INVOICE # 9138377
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH MAY 31, 2009 | $33,040.00 |
| DISBURSEMENTS | 683.01 |
| TOTAL INVOICE | $33,723.01 |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $30,680.00 |
| TRIBUNES 13/14 PORTION OF DISBURSEMENTS | 634.22 |
| **TOTAL DUE FROM TRIBUNE** | **$31,314.22** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $2,360.00 |
| EGI'TRB'S 1/14TH PORTION OF DISBURSEMENTS | 48.79 |
| **TOTAL DUE FROM EGI-TRB** | **$2,408.79** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

LAW OFFICES
### JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9138377
ATTN: DONALD J. LIEBENTRITT

JUNE 30, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH MAY 31, 2009

ESOP/STAY ISSUES                                MATTER NUMBER -    10130

| Date | Initials | Hours | Description | Amount |
|------|----------|-------|-------------|--------|
| 5/01/09 | DAS | .30 | { L210 } {A107} Communicated with local counsel re preliminary injunction motion briefing schedule. | 157.50 |
| 5/01/09 | MMH | .20 | { L190 } {A105} Reviewed e-mails re scheduling and case administration issues. | 99.00 |
| 5/01/09 | DKM | .50 | { L140 } {A110} Uploaded correspondence to SharePoint site and entered data for same (.4); added correspondence to hard copy files (.1). | 115.00 |
| 5/04/09 | DJB | .20 | { L190 } {A106} E-mails re D. Liebentritt deposition and scheduling. | 175.00 |
| 5/04/09 | DAS | .50 | { L210 } {A107} Telephone conference with C. Smith re status of case (.2); communicated with local counsel re ████████████████████████ (.3). | 262.50 |
| 5/04/09 | DAS | .30 | { L210 } {A108} Contacted plaintiff's counsel re D. Liebentritt deposition and scheduling of same. | 157.50 |
| 5/04/09 | EPK | .20 | { L120 } {A105} Telephone conference with D. Sondgeroth re ██████ . | 65.00 |
| 5/04/09 | DKM | .20 | { L140 } {A110} Updated case calendar and consulted with Docketing re auto reminders for same. | 46.00 |
| 5/05/09 | DAS | .40 | { L210 } {A105} Communicated with D. Bradford re scheduling of D. Liebentritt deposition. | 210.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 5/05/09 | EPK | 2.30 | { L120 } {A102} Researched ████████████████ ████████. | 747.50 |
| 5/06/09 | DAS | .50 | { L210 } {A105} Reviewed ████████████ research by E. Kelly (.2); telephone conference with E. Kelly re same (.3). | 262.50 |
| 5/06/09 | EPK | 4.40 | { L120 } {A102} Researched ███████████████ ████████████████ (3.9); telephone conference with D. Sondgeroth re ████████████████ (.3); email to D. Sondgeroth re ████████████ (.2). | 1,430.00 |
| 5/06/09 | DKM | .50 | { L140 } {A110} Scanned correspondence and uploaded same to SharePoint site (.2); entered data into SharePoint site (.2); updated case calendar (.1). | 115.00 |
| 5/07/09 | DJB | .20 | { L120 } {A105} Email to D. Sondgeroth re ████ ████. | 175.00 |
| 5/07/09 | DAS | .20 | {L210} {A107} Telephone conference with J. McClelland at Sidley re Tribune insurance policies. | 105.00 |
| 5/07/09 | EPK | 9.80 | { L120 } {A102} Drafted memorandum and conducted research re ██████████████. | 3,185.00 |
| 5/08/09 | DAS | .90 | { L330 } {A108} Communicated with D. Feinberg re schedule for D. Liebentritt deposition and ██████osures (.6); contacted chambers re procedure for schedule (.3). | 472.50 |
| 5/08/09 | DAS | 1.20 | { L210 } {A105} Reviewed communication from E. Kelly re ████████████ (.2); reviewed draft memorandum re same by E. Kelly (1.00). | 630.00 |
| 5/08/09 | DAS | .5 | {L140} {A107} Coordinated collection and delivery of Tribune insurance policies to J. McClelland at Sidley. | 262.50 |
| 5/08/09 | EPK | 6.00 | { L120 } {A102} Drafted memorandum and conducted research re ██████████████. | 1,950.00 |
| 5/09/09 | EPK | 7.80 | { L120 } {A102} Drafted memorandum and conducted research re ███████████████. | 2,535.00 |

LAW OFFICES

Page 3

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/10/09 | EPK | .80 | { L120 } {A102} Researched ██████████ ████████. | 260.00 |
| 5/11/09 | DJB | .30 | { L190 } {A105} Office conference with D. Sondgeroth re ██████████. | 262.50 |
| 5/11/09 | DJB | .30 | { L190 } {A104} Reviewed ██████████. | 262.50 |
| 5/11/09 | DJB | .40 | { L190 } {A107} Telephone conference with B. Krakuer re ██████████. | 350.00 |
| 5/11/09 | DAS | .80 | { L210 } {A105} Office conference with E. Kelly re ██████████ (.3); office conference with D. Bradford re Rule 26(a)(1) disclosure (.5). | 420.00 |
| 5/11/09 | DAS | .80 | { L210 } {A107} Sent ██████████s to clients for review and comment (.2); telephone conference re same with J. Liebowicz at K&L Gates (.2); communicated with K&L Gates attorneys re same (.4). | 420.00 |
| 5/11/09 | DAS | .50 | { L210 } {A103} Edited ██████████. | 262.50 |
| 5/11/09 | EPK | 2.20 | { L120 } {A102} Drafted memorandum re ██████████. | 715.00 |
| 5/12/09 | DJB | .20 | { L190 } {A103} Worked on ██████████. | 175.00 |
| 5/12/09 | DAS | .60 | { L210 } {A103} Edited draft ██████████. | 315.00 |
| 5/12/09 | DAS | .30 | { L210 } {A105} Office conference with E. Kelly re revisions to memorandum on ██████████. | 157.50 |
| 5/12/09 | DAS | .50 | { L210 } {A104} Reviewed and edited memorandum re ██████████. | 262.50 |
| 5/12/09 | EPK | 3.90 | { L120 } {A105} Conferred with D. Sondgeroth re Tribune research (.3); drafted memorandum re ██████████ (3.6). | 1,267.50 |
| 5/13/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re ██████████. | 262.50 |
| 5/13/09 | DJB | .40 | { L190 } {A107} Telephone conference with opposing counsel (.3); e-mail to opposing counsel re schedule (.1). | 350.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 4

| | | | | |
|---|---|---|---|---|
| 5/13/09 | DAS | .30 | { L210 } {A107} Reviewed comments related to ██████ ██████████████. | 157.50 |
| 5/13/09 | DAS | .70 | { L210 } {A106} Telephone conference re ████████ ██████ with D. Liebentritt (.3); prepared communication re ████████ to D. Liebentritt (.4). | 367.50 |
| 5/13/09 | DAS | .40 | { L210 } {A103} Edited ██████████ based on comments from co-counsel. | 210.00 |
| 5/13/09 | DAS | .90 | { L210 } {A108} Telephone conference with D. Bradford and D. Feinberg re schedule in case (.5); reviewed communications with same re schedule (.4). | 472.50 |
| 5/14/09 | DJB | .30 | { L190 } {A107} E-mails to opposing counsel re agreement on stay issues. | 262.50 |
| 5/14/09 | DJB | .20 | { L190 } {A108} Telephone conference with court. | 175.00 |
| 5/14/09 | DAS | .30 | { L210 } {A108} Reviewed communications with plaintiff's counsel re schedule. | 157.50 |
| 5/15/09 | DJB | .60 | { L190 } {A107} Telephone conference with plaintiffs' counsel re scheduling of motion to dismiss and withdrawal of stay motion. | 525.00 |
| 5/15/09 | DAS | .80 | { L210 } {A103} Drafted joint stipulation re schedule. | 420.00 |
| 5/15/09 | DAS | .20 | { L210 } {A107} Email to co-counsel re status and schedule of case. | 105.00 |
| 5/15/09 | DAS | .40 | { L210 } {A108} Telephone conference re scheduling issues with D. Bradford and D. Feinberg. | 210.00 |
| 5/15/09 | DAS | 1.10 | { L210 } {A105} Communicated with D. Bradford re materials related to schedule (.3); prepared summary of ████████████████████████████ (.8). | 577.50 |
| 5/18/09 | BL | .50 | { L210 } {A105} Corresponded with D. Bradford re ████████████ (.2); conferred with D. Sondgeroth re status of bankruptcy and trial court proceedings (.5). | 350.00 |
| 5/18/09 | DJB | .20 | { L190 } {A107} Telephone conference with U.S. Trustee re developments. | 175.00 |
| 5/18/09 | DJB | .10 | { L190 } {A104} Reviewed ████████. | 87.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

LAW OFFICES

**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 5

| 5/18/09 | DAS | .60 | { L210 } {A107} Telephone conference with K. Stickles re █████████████ (.3); communicated with co-counsel re █████ (.3). | 315.00 |
|---------|-----|-----|------------------------------------------------------------------------------------------------------------------------------|--------|
| 5/18/09 | DAS | 2.50 | { L210 } {A103} Edited draft stipulation re scheduling order and joint motion re preliminary injunction. | 1,312.50 |
| 5/18/09 | DAS | .20 | { L210 } {A100} Sent ███████████dule to D. Liebentritt for comment and review. | 105.00 |
| 5/19/09 | DAS | 2.30 | { L210 } {A103} Edited materials for filing in Neil related to proposed schedule (2.00); prepared draft proposed scheduling order (.3). | 1,207.50 |
| 5/19/09 | DAS | .60 | { L210 } {A111} Coordinated filing of materials related to proposed schedule. | 315.00 |
| 5/19/09 | DAS | .30 | { L210 } {A105} Communicated with D. Bradford re draft filings in Neil. | 157.50 |
| 5/19/09 | DAS | .40 | { L210 } {A108} Communicated with D. Feinberg and M. Mulder re proposed schedule. | 210.00 |
| 5/19/09 | DKM | 1.50 | { L140 } {A110} Scanned documents (.4); uploaded correspondence to SharePoint site and entered data for same (.6); downloaded cases from Westlaw (.5). | 345.00 |
| 5/20/09 | DAS | .20 | { L210 } {A108} Prepared communication to D. Feinberg and M. Mulder re cancelling appearance on May 21 before Judge Pallmeyer. | 105.00 |
| 5/20/09 | DAS | .30 | { L210 } {A107} Edited and sent to local counsel notice to withdraw preliminary injunction motion and coordinated filing of same. | 157.50 |
| 5/20/09 | DAS | .20 | { L210 } {A105} Circulated to team order re schedule and reviewed same. | 105.00 |
| 5/20/09 | DKM | 1.50 | { L140 } {A110} Updated case calendar on SharePoint site (.3); uploaded documents to SharePoint site (.7); updated correspondence hard copy and electronic files (.5). | 345.00 |
| 5/21/09 | DKM | .50 | { L140 } {A110} Added documents to Concordance case file index and hard copy files for same. | 115.00 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 5/22/09 | JL | 2.00 | { L190 } {A104} Reviewed materials sent by D. Sondgeroth (1.0); researched ███████ (1.0) | 1,190.00 |
| 5/22/09 | DAS | .80 | { L210 } {A105} Office conference with D. Bradford re ████ (.2); office conference with E. Kelly re ████ (.3); communications with D. Bradford and J. Leon re ████ (.3). | 420.00 |
| 5/22/09 | DAS | .50 | { L210 } {A108} Drafted and sent communication to D. Feinberg re ████. | 262.50 |
| 5/22/09 | EPK | 1.50 | { L120 } {A102} Researched ████████. | 487.50 |
| 5/25/09 | EPK | 4.80 | { L120 } {A102} Researched ████████. | 1,560.00 |
| 5/27/09 | DJB | .40 | { L190 } {A107} Telephone conference with B. Krakauer re ███. | 350.00 |
| 5/27/09 | JL | .50 | { L190 } {A105} Worked with D. Sondgeroth re ████████. | 297.50 |
| 5/27/09 | DAS | .50 | { L320 } {A105} Telephone conference with J. Leon re █████████. | 262.50 |
| 5/28/09 | DAS | .40 | { L210 } {A107} Telephone conference with J. Bailey re █████████. | 210.00 |
| 5/28/09 | DAS | .10 | { L210 } {A105} Telephone conference with D. Bradford re ████████. | 52.50 |
| | | 79.00 | PROFESSIONAL SERVICES | 33,040.00 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 7

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

## DISBURSEMENTS

| | | |
|---|---|---:|
| 4/03/09 | Pacer Charges | .64 |
| 4/03/09 | Pacer Charges | 1.76 |
| 4/03/09 | Pacer Charges | 53.52 |
| 4/20/09 | In-City Transportation | 6.00 |
| 4/22/09 | UPS | 6.68 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 9.56 |
| 4/22/09 | UPS | 9.56 |
| 4/27/09 | In-City Transportation | 16.00 |
| 4/30/09 | Network Printing | -71.37 |
| 4/30/09 | Photocopy Expense | -46.71 |
| 5/01/09 | Photocopy Expense | 1.20 |
| 5/03/09 | Special Messenger Service | 6.50 |
| 5/04/09 | In-City Transportation | 30.00 |
| 5/18/09 | In-City Transportation | 7.00 |
| 5/18/09 | In-City Transportation | 32.00 |
| 5/19/09 | Network Printing | 2.07 |
| 5/22/09 | Network Printing | 12.42 |
| 5/26/09 | Network Printing | 9.54 |
| 5/31/09 | Westlaw Research | 574.82 |
| | TOTAL DISBURSEMENTS | 683.01 |

## INVOICE TOTAL                    $ 33,723.01

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE

Federal Identification No. 36-2192554

Page 8

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|------:|-----:|-------:|
| DAVID J. BRADFORD | 4.10 | 875.00 | 3,587.50 |
| BARRY LEVENSTAM | 0.50 | 700.00 | 350.00 |
| JORGE M. LEON | 2.50 | 595.00 | 1,487.50 |
| DOUGLAS A. SONDGEROTH | 23.30 | 525.00 | 12,232.50 |
| MELISSA M. HINDS | 0.20 | 495.00 | 99.00 |
| EAMON P. KELLY | 43.70 | 325.00 | 14,202.50 |
| DANIEL K. MORGAN | 4.70 | 230.00 | 1,081.00 |
| TOTAL | 79.00 | | 33,040.00 |

Federal Identification No. 36-2192554

**Exhibit B**

**(Summaries and Detailed Listings of Disbursements)**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| In-City Transportation | 91.00 |
| Lexis Research | 34.43 |
| Network Printing | 65.07 |
| Pacer Charges | 55.92 |
| Photocopy and Related Expenses | 5.07 |
| Special Messenger Service | 6.50 |
| UPS | 118.32 |
| Westlaw Research | 5,377.78 |
| **Total** | **$5,754.09** |

**Disbursement Details**

| Date | Expense | Amount |
|------|---------|--------|
| 4/03/09 | Pacer Charges | .64 |
| 4/03/09 | Pacer Charges | 1.76 |
| 4/03/09 | Pacer Charges | 53.52 |
| 4/20/09 | In-City Transportation | 6.00 |
| 4/22/09 | UPS | 6.68 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 9.56 |
| 4/22/09 | UPS | 9.56 |
| 4/27/09 | In-City Transportation | 16.00 |
| 4/30/09 | Network Printing | -71.37 |
| 4/30/09 | Photocopy Expense | -46.71 |
| 5/01/09 | Photocopy Expense | 1.20 |
| 5/03/09 | Special Messenger Service | 6.50 |
| 5/04/09 | In-City Transportation | 30.00 |
| 5/04/09 | Network Printing | 18.99 |
| 5/04/09 | Photocopy Expense | 19.44 |
| 5/04/09 | Photocopy Expense | 24.48 |
| 5/05/09 | Network Printing | 15.21 |
| 5/05/09 | Photocopy Expense | .18 |
| 5/06/09 | Photocopy Expense | 1.80 |
| 5/06/09 | UPS | 70.70 |
| 5/08/09 | Network Printing | 9.99 |
| 5/11/09 | Network Printing | 19.71 |
| 5/11/09 | Photocopy Expense | 4.68 |
| 5/13/09 | Network Printing | 21.06 |
| 5/18/09 | In-City Transportation | 7.00 |
| 5/18/09 | In-City Transportation | 32.00 |
| 5/18/09 | Network Printing | 15.12 |
| 5/18/09 | Network Printing | 5.04 |
| 5/19/09 | Network Printing | 2.07 |
| 5/20/09 | Network Printing | 2.70 |
| 5/22/09 | Network Printing | 12.42 |
| 5/26/09 | Network Printing | 9.54 |
| 5/28/09 | Network Printing | 1.08 |
| 5/29/09 | Network Printing | 3.51 |
| 5/31/09 | Westlaw Research | 574.82 |
| 5/31/09 | Lexis Research | 34.43 |

| Date | Expense | Amount |
|---|---|---|
| 5/31/09 | Westlaw Research | 4,802.96 |
| **Total:** | | **$5,754.09** |