## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | :  Chapter 11 |
| | :  Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY. et al., | :  Jointly Administered |
| | : |
| Debtors. | : |
| | : |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned, appearing as counsel for Schur

Packaging Systems, Inc., creditor and party-in-interest in the above-captioned matter, requests to

be administratively terminated in this case for the purpose of receiving notices. The undersigned

no longer wishes to receive notices from the Court, either by electronic form or first class mail.

**RAWLE & HENDERSON, LLP**

By: _____

George T. Lees III (#3647)
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1200 telephone
(302) 778-1400 facsimile
Counsel for Schur Packaging Systems, Inc.

Date: July _10_, 2009

3081096-1