UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| THE CHICAGO TRIBUNE COMPANY, et al., | Jointly Administered |
| Debtors. | |

### CERTIFICATE OF SERVICE

I, George T. Lees, III, hereby certify that on the 10th day of July, 2009, I caused a copy of Request to Discontinue Service of Notices to be served on the counsel of record.

RAWLE & HENDERSON, LLP

By: _____
George T. Lees III (#3647)
300 Delaware Avenue
Suite 1015
Wilmington, DE 19801
(302) 778-1200 telephone
(302) 778-1400 facsimile
Counsel for Schur Packaging Systems, Inc.

2