## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| Debtors. | **Jointly Administered** |

### AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
)  ss.:
COUNTY OF NEW YORK  )

DIANE STREANY, being duly sworn, deposes and says:

1.      I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On June 16, 2009, I supervised the mailing of:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

A.   "Notice of Amendment to Schedules of Assets and Liabilities," dated June 12, 2009, a sample of which is annexed hereto as <u>Exhibit A</u> (the "Amendment Notice"), and

B.   A Personalized Proof of Claim form, a sample of which is annexed hereto as <u>Exhibit B</u> (the "Proof of Claim"),

by causing true and correct copies to be delivered as follows:

i.   the Amendment Notice and Proof of Claim, enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Diane Streany
Diane Streany

Sworn to before me this
26th day of June, 2009

/s/ Time Darden

Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires 01-05-2013

**EXHIBIT A**



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket Nos. 1343 - 1453** |

## NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

**PLEASE TAKE NOTICE THAT:**

On June 12, 2009, Tribune Company and each of the debtors and debtors in possession listed on <u>Exhibit 1</u> (collectively, the "<u>Debtors</u>") filed the amended Schedules of Assets and Liabilities identified on <u>Exhibit 1</u> (collectively, the "<u>Amended Schedules</u>") with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Inc. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] The Amended Schedules and a copy of this Notice were each filed with the Bankruptcy Court pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

DKT. NO. 1563

DT. FILED 6/12/09

The Amended Schedules reflect the assets and liabilities of each Debtor and their businesses as of December 8, 2008 (the "Petition Date").  The Debtors filed the Amended Schedules in order to: (i) modify the amount of certain Claims[3]; (ii) change the description, nature, or classification of certain Claims; (iii) remove certain Claims from the Schedules; and (iv) add new Claims to the Schedules.

This Notice of Amendment to Schedules of Assets and Liabilities (the "Notice") is being provided to you because you may have an actual or potential Claim that is affected by the Amended Schedules.  If you have a Claim against any of the Debtors that arose prior to the Petition Date and that is affected by the Amended Schedules, you may need to file a proof of claim form ("Proof of Claim") or amend a previously filed Proof of Claim.

For your convenience, enclosed with this Notice is a customized Proof of Claim, which specifies (a) the identity of the Debtor against which the Claim is scheduled; (b) the amount of the scheduled Claim, if any; (c) whether the claim is listed as disputed, contingent, or unliquidated; and (d) whether the Claim is listed as a secured, unsecured priority, or unsecured nonpriority Claim, as the Claim appears in the Amended Schedules.

Copies of the Amended Schedules are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.  In addition, copies of the Debtors' Amended Schedules may be obtained for a charge through Delaware Document Retrieval, 2 East 7th Street, 2nd Floor, Wilmington, Delaware 19801, or viewed on the Internet at the Bankruptcy Court's website, http://www.deb.uscourts.gov, by following the directions for accessing the ECF system on such website.  Copies of the Amended Schedules may also be viewed and downloaded free of charge from the dedicated web page related to these chapter 11 cases: http://chapter11.epiqsystems.com/tribune.

### Who Must File a Proof of Claim and the Applicable Deadlines

On March 26, 2009, the Bankruptcy Court established procedures and deadlines for claimants to file Proofs of Claim against the Debtors (the "Bar Date Order") (Docket No. 813).  The Bar Date Order provides that if the Debtors amend their schedules, any affected claimant has 30 days after the claimant has received notice of the amendment in order to file a Proof of Claim or to amend any previously filed Proof of Claim.

Accordingly, if you disagree with the amount or the priority of your Claim as it is listed on the Amended Schedules or if your Claim is listed in the Amended Schedules as "contingent", "unliquidated", or "disputed" you **must** file a Proof of Claim or amend any previously filed Proof of Claim with Epiq Bankruptcy Solutions, LLC ("Epiq"), the claims and noticing agent in

---

[3] As used in this Notice, the term "Claim" shall have the meaning provided in the Bankruptcy Code: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right of payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured.

these chapter 11 cases, so that it is **actually received by Epiq on or before July 15, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Amended Schedules Bar Date").[4]

As provided for in the Bar Date Order, if you have a Claim that arises out of the rejection of an executory contract or unexpired lease pursuant to a Bankruptcy Court order entered prior to the confirmation of the Debtors' plan of reorganization, you must file a Proof of Claim so that it is actually received by Epiq on or before the later of (i) the Amended Schedules Bar Date or (ii) thirty (30) days after the effective date of the Bankruptcy Court order authorizing such rejection. The later of these dates is referred to in this Notice as the "Rejection Bar Date".

### *Who is Not Required to File a Proof of Claim*

The Bar Date Order provides that if your Claim is listed accurately (as to amount, priority, and as against the correct Debtor) and is not scheduled as "contingent", "unliquidated", or "disputed", you do **NOT** need to file a Proof of Claim.

You should not file a Proof of Claim if you do not have a Claim against the Debtors. The fact that you received this Notice does not necessarily mean that you have a Claim or that the Debtors believe that you have a Claim.

Additionally, the Bar Date Order establishes exemptions for certain classes of claimants from the requirement to file a Proof of Claim, some of which may be relevant to your Claim as amended by the Amended Schedules.

The following persons and Entities[5] need **NOT** file Proofs of Claim on or before the Amended Schedules Bar Date:

    a.    any person or Entity that has already properly filed a Proof of Claim against the applicable Debtor(s) with either Epiq or the Clerk of the Court for the United States Bankruptcy Court for the District of Delaware;

    b.    any person or entity that has a Claim against any of the affiliates of the Debtors that did not file petitions for relief under chapter 11 of the Bankruptcy Code;[6]

---

[4] Generally, if a Claim is designated as being "contingent", "unliquidated", or "disputed", the Claim amount is listed on the Amended Schedules as "undetermined" by the Debtors. Such Claims will appear on the customized proof of claim form in the amount of $0.00.

[5] As used in this Notice, the term "Entity" shall include individual, partnership, joint venture, corporation, limited liability company, estate, trust, or governmental unit.

[6] The non-debtor affiliates are: Chicago National League Ball Club, LLC; Chicago Cubs Dominican Baseball Operations, LLC; Diana-Quentin, LLC; Fairfax Media, Inc.; Multimedia Insurance Company; Professional Education Publishers International (Africa) Pty Ltd.; TMS Entertainment Guides Canada Corp.; Tribune (FN) Cable Ventures Inc.; Tribune Hong Kong, Ltd.; Tribune Interactive, Inc.; Tribune Media Services, B.V.; Tribune National

c.    professionals retained by the Debtors or the Committee pursuant to orders of this Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330, 331 and 503(b) of the Bankruptcy Code;

d.    any person or Entity that asserts an administrative expense claim against the Debtors pursuant to section 503(b) of the Bankruptcy Code; provided, however, that any person or Entity that has a Claim on account of goods received by the Debtors within twenty days of the Petition Date may (i) file a Proof of Claim with Epiq prior to the Amended Schedules Bar Date or (ii) file a request for payment of such Claim with the Court in accordance with section 503 of the Bankruptcy Code;

e.    current officers and directors[7] of the Debtors who assert Claims for indemnification and/or contribution arising as a result of such officers' or directors' prepetition or postpetition services to the Debtors;

f.    current employees of the Debtors, or labor unions authorized by law to represent current employees, in each case with respect to any Claim that arose prior to the Petition Date (i) based on the payment of wages, vacation pay, reimbursable expenses, worker's compensation claims, and other benefits, etc. that were previously authorized to be paid by order of the Court, including the Wage Order approved by the Court on December 10, 2008,[8] or (ii) based on the ordinary course of their employment with the Debtors and for which payment has not yet been authorized by order of the Court (e.g. various benefit plans and programs); provided, however, that if the Debtors provide written notice stating that the Debtors do not intend to pay any such Claim, the affected current employee shall have until the later of (i) the Amended Schedules Bar Date and (ii) thirty (30) days from the date of service of such written notice to file a Proof of Claim;

---

Marketing Company; Tribune ND, Inc.; Tribune Receivables LLC; Tribune Sports Network Holdings, LLC; and Wrigley Field Premium Tickets and Services, LLC. Claims against the non-debtor affiliates will not be administered in these proceedings.

[7] Current officers and directors shall include the officers and directors of the Debtors as of March 25, 2009 the date of the entry of the Bar Date Order (Docket No. 813).

[8] "Wage Order" means the Order Granting Debtors' Motion and (I) Authorizing: (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Compensation Owed to Independent Contractors and Temporary Workers; (C) Reimbursement of Prepetition Employee Business Expenses; (D) Payments for Which Prepetition Payroll and Tax Deductions Were Made; (E) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (F) Payment of Workers' Compensation Obligations; and (G) Payment to Third Parties of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Pay All Checks and Transfers Drawn On the Debtors' Payroll Accounts to Make the Foregoing Payments (Docket No. 53).

46429/0001-5512903v1

g.    any person or Entity whose Claim against the Debtors has been allowed by an order of the Court entered on or before the Amended Schedules Bar Date.

*Procedures for Filing a Proof of Claim*

Proofs of Claim sent by **first-class mail** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> FDR Station
> P.O. Box 5069
> New York, NY 10150-5069

Proofs of Claim sent by **messenger** or **overnight courier** must be sent to the following address:

> Tribune Company Claims Processing Center
> c/o Epiq Bankruptcy Solutions, LLC
> 757 Third Avenue, Third Floor
> New York, NY 10017

All Proofs of Claim must bear an original signature.  Epiq will not accept Proofs of Claim sent by facsimile, telecopy, e-mail or other electronic submission.

To be properly filed, a Proof of Claim must be filed in the bankruptcy case of the specific Debtor against which a claimant holds or asserts a Claim.  For example, if a claimant has a Claim against The Baltimore Sun Company, the Proof of Claim must be filed against The Baltimore Sun Company in case number 08-13209.  If a claimant wishes to assert a Claim against more than one Debtor, separate Proofs of Claim must be filed against each applicable Debtor.  A complete list of Debtors with corresponding case numbers is set forth in Exhibit 1.

Information relating to the Debtors' bankruptcy cases, including all documents referenced in this Notice and copies of a blank Proof of Claim are available free of charge on Epiq's dedicated web page related to these cases: http://chapter11.epiqsystems.com/tribune. Questions concerning the contents of this Notice and requests for Proofs of Claim may be directed to Epiq at (800) 622-1125 between the hours of 9 a.m. and 5 p.m. (prevailing Eastern Time), Monday through Friday.  Please note that Epiq's staff cannot give legal advice.  You should consult your own attorney for assistance regarding any other inquiries, such as questions concerning the completion or filing of a Proof of Claim.

5

Dated:  June 12, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
Kerriann S. Mills
D'Lisia E. Bergeron
Jillian K. McClelland
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:  (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

## EXHIBIT 1

| DEBTOR | CASE NO. | AMENDED SCHEDULES |
|---|---|---|
| Tribune Company | 08-13141 | F, G |
| 435 Production Company | 08-13142 | F |
| 5800 Sunset Productions Inc. | 08-13143 | F |
| Baltimore Newspaper Networks, Inc. | 08-13144 | F |
| California Community News Corporation | 08-13145 | F |
| Candle Holdings Corporation | 08-13146 | F |
| Channel 20, Inc. | 08-13147 | F |
| Channel 39, Inc. | 08-13148 | F |
| Channel 40, Inc. | 08-13149 | F, G |
| Chicago Avenue Construction Company | 08-13150 | F |
| Chicago River Production Company | 08-13151 | F |
| Chicago Tribune Company | 08-13152 | F |
| Chicago Tribune Newspapers, Inc. | 08-13153 | F |
| Chicago Tribune Press Service, Inc. | 08-13154 | F |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 | F |
| Chicagoland Publishing Company | 08-13156 | F |
| Chicagoland Television News, Inc. | 08-13157 | F |
| Courant Specialty Products, Inc. | 08-13159 | F |
| Direct Mail Associates, Inc. | 08-13160 | F |
| Distribution Systems Of America, Inc. | 08-13161 | F |
| Eagle New Media Investments, LLC | 08-13162 | F |
| Eagle Publishing Investments, LLC | 08-13163 | F |
| Forsalebyowner.com Corp. | 08-13165 | F |
| ForSaleByOwner.com Referral Services, LLC | 08-13166 | F |
| Fortify Holdings Corporation | 08-13167 | F |
| Forum Publishing Group, Inc. | 08-13168 | F |
| Gold Coast Publications, Inc. | 08-13169 | F |
| Greenco, Inc. | 08-13170 | F |
| Heart & Crown Advertising, Inc. | 08-13171 | F |
| Homeowners Realty, Inc. | 08-13172 | F |
| Homestead Publishing Co. | 08-13173 | F |
| Hoy Publications, LLC | 08-13175 | F |
| Hoy, LLC | 08-13174 | F |
| InsertCo, Inc. | 08-13176 | F |
| Internet Foreclosure Service, Inc. | 08-13177 | F |
| JuliusAir Company II, LLC | 08-13179 | F |
| JuliusAir Company, LLC | 08-13178 | F |
| KIAH Inc. | 08-13180 | F |
| KPLR, Inc. | 08-13181 | F |
| KSWB Inc. | 08-13182 | F |

| | | |
|---|---|---|
| KTLA Inc. | 08-13183 | F, G |
| KWGN Inc. | 08-13184 | F |
| Los Angeles Times Communications LLC | 08-13185 | F, G |
| Los Angeles Times International, Ltd. | 08-13186 | F |
| Los Angeles Times Newspapers, Inc. | 08-13187 | F |
| Magic T Music Publishing Company | 08-13188 | F |
| NBBF, LLC | 08-13189 | F |
| Neocomm, Inc. | 08-13190 | F |
| New Mass. Media, Inc. | 08-13191 | F |
| New River Center Maintenance Association, Inc. | 08-13192 | F |
| Newscom Services, Inc. | 08-13193 | F |
| Newspaper Readers Agency, Inc. | 08-13194 | F |
| North Michigan Production Company | 08-13195 | F |
| North Orange Avenue Properties, Inc. | 08-13196 | F |
| Oak Brook Productions, Inc. | 08-13197 | F |
| Orlando Sentinel Communications Company | 08-13198 | F |
| Patuxent Publishing Company | 08-13200 | F |
| Publishers Forest Products Co. of Washington | 08-13201 | F |
| Sentinel Communications News Ventures, Inc. | 08-13202 | F |
| Shepard's Inc. | 08-13203 | F |
| Signs of Distinction, Inc. | 08-13204 | F |
| Southern Connecticut Newspapers, Inc. | 08-13205 | F |
| Star Community Publishing Group, LLC | 08-13206 | F |
| Stemweb, Inc. | 08-13207 | F |
| Sun-Sentinel Company | 08-13208 | F |
| The Baltimore Sun Company | 08-13209 | F, G |
| The Daily Press, Inc. | 08-13210 | F |
| The Hartford Courant Company | 08-13211 | F |
| The Morning Call, Inc. | 08-13212 | F |
| The Other Company LLC | 08-13213 | F |
| Times Mirror Land And Timber Company | 08-13214 | F |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 | F |
| Times Mirror Services Company, Inc. | 08-13216 | F |
| TMLH 2, Inc. | 08-13217 | F |
| TMLS I, Inc. | 08-13218 | F |
| TMS Entertainment Guides, Inc. | 08-13219 | F |
| Tower Distribution Company | 08-13220 | F |
| Towering T Music Publishing Company | 08-13221 | F |
| Tribune Broadcast Holdings, Inc. | 08-13222 | F |
| Tribune Broadcasting Company | 08-13223 | F, G |
| Tribune Broadcasting Holdco, LLC | 08-13224 | F |
| Tribune Broadcasting News Network, Inc. | 08-13225 | F, G |
| Tribune California Properties, Inc. | 08-13226 | F |
| Tribune Direct Marketing, Inc. | 08-13227 | F |

| | | |
|---|---|---|
| Tribune Entertainment Company | 08-13228 | F |
| Tribune Entertainment Production Company | 08-13229 | F |
| Tribune Finance Service Center, Inc. | 08-13231 | F |
| Tribune Finance, LLC | 08-13230 | F |
| Tribune License, Inc. | 08-13232 | F |
| Tribune Los Angeles, Inc. | 08-13233 | F |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 | F |
| Tribune Media Net, Inc. | 08-13235 | F, G |
| Tribune Media Services, Inc. | 08-13236 | F |
| Tribune Network Holdings Company | 08-13237 | F |
| Tribune New York Newspaper Holdings, LLC | 08-13238 | F |
| Tribune Nm, Inc. | 08-13239 | F |
| Tribune Publishing Company | 08-13240 | F |
| Tribune Television Company | 08-13241 | F, G |
| Tribune Television Holdings, Inc. | 08-13242 | F, G |
| Tribune Television New Orleans, Inc. | 08-13244 | F |
| Tribune Television Northwest, Inc. | 08-13245 | F, G |
| ValuMail, Inc. | 08-13246 | F |
| Virginia Community Shoppers, LLC | 08-13247 | F |
| Virginia Gazette Companies, LLC | 08-13248 | F |
| WATL, LLC | 08-13249 | F, G |
| WCWN LLC | 08-13250 | F |
| WDCW Broadcasting, Inc. | 08-13251 | F |
| WGN Continental Broadcasting Company | 08-13252 | F, G |
| WLVI Inc. | 08-13253 | F |
| WPIX, Inc. | 08-13254 | F, G |
| WTXX, Inc. | 08-13255 | F |

**EXHIBIT B**

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| THE HARTFORD COURANT COMPANY | 08-13211 (KJC) |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 211027100*****
KRAFT,PETERR
98 NILAN STREET
HARTFORD, CT 06106

Telephone number:                     Email Address:

Name and address where payment should be sent (if different from above)

Telephone number:                     Email Address:

## THIS SPACE IS FOR COURT USE ONLY

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**
_____
(*If known*)

Filed on: _____

Your claim is scheduled by the Debtor as:
**$3,845.46 UNSECURED**

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1.    Amount of Claim as of Date Case Filed:**  $ _____

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete Item 5.

☐    Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.

☐    Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____ .

**2.    Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3.    Last four digits of any number by which creditor identifies debtor:** _____
**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4.    Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe: _____

Value of Property: $ _____    Annual Interest Rate _____%

Amount of arrearage and other charges as of time case filed included in secured claim, if any:

$ _____    Basis for perfection: _____

**Amount of Secured Claim:** $ _____    **Amount Unsecured:** $ _____

**5.    Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**6.    Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7.    Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the name of the debtor in the bankruptcy case and the bankruptcy case number. The full list of debtors is provided under the general information section on the Claims Agent's website http://chapter11.epiqsystems.com/tribune.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim. Also, check the appropriate box if all or a portion of your claim qualifies as an Administrative Expense priority under 11 U.S.C. § 503(b)(9) and provide the amount that is related to such priority.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **D E F I N I T I O N S** _____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at one of the following addresses:

*If by first-class mail:*
**Tribune Company Claims Processing Center**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, P.O. Box 5069**
**New York, NY 10150-5069**

*If by hand delivery or overnight mail:*
**Epiq Bankruptcy Solutions, LLC**
**Attn: Tribune Company Claims Processing Center**
**757 Third Avenue, 3rd Floor**
**New York, NY 10017**

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property

of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials

_____ **I N F O R M A T I O N** _____

of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the Claims Agent's website: (http://chapter11.epiqsystems.com/tribune) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), and applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ALEXANDER VIZANIARIS | S BONSAL ST BALTIMORE MD 21224 |
| ALLEN,CRAIG | 30 NANCY DRIVE MONROE CT 06468 |
| ANTHIA BAKOULAS | S PONCA ST BALTIMORE MD 21224 |
| ARAFHA ABYZUD | BELCLARE RD BALTIMORE MD 21222 |
| ARMANDO C. POLO | 72 ADMIRALBLVD BALTIMORE MD 21222 |
| ARMSTEAD,BLISSE | 225 REFLECTION DRIVE WILLIAMSBURG VA 23188 |
| ASWAH BROWNE | CLIFTON AVE BALTIMORE MD 21207 |
| AVENTURA CON LLC | BRIGHTWATER LN ABINGDON MD 21009 |
| AZ ZUBAIDI INTERNATIONAL LLC | POPLAR DR BALTIMORE MD 21207 |
| AZWAH SHABAZZ BROWNE | CLIFTON AVE BALTIMORE MD 21207 |
| BARCLAYS CAPITAL INC. | 200 PARK AVENUE NEW YORK NY 10166 |
| BARNHILL,FREDRICK | PO BOX 190929 DALLAS TX 75219 |
| BATES,RANDY | 20 WEST LUCERNE CIR. APT. 608 ORLANDO FL 32801 |
| BETTY MAE COLE | OCEAN GTWY CAMBRIDGE MD 21613 |
| BRANDI PIANKA | FARLOW RD NEW CHURCH VA 23415 |
| BRETT SPEDDEN | WALDON RD L ABINGDON MD 21009 |
| BRIAN FERRY | BROOKWOOD RD MILLERSVILLE MD 21108 |
| BROWN,JEROLENE | 3054 JOLLY POND ROAD WILLIAMSBURG VA 23188 |
| BROWN,MARVIN | 1844 STRAWBERRY RIDGE DR ST. LOUIS MO 63021 |
| BUD KURTZ | FLAT IRON SQUARE RD CHURCH HILL MD 21623 |
| BURKE,MICHAELP | 4510 CALVERT AVE. ORLANDO FL 32833 |
| BURKE,SUSANB | 330 SPRING LAKE TERRACE ROSWELL GA 30076 |
| C&D ENTERPRISE MANAGEMENT LIC | 2524 BOARMAN AV BALTIMORE MD 21215 |
| CAMACHO,JOSEA | 5942 S SAWYER CHICAGO IL 60629 |
| CANADAY,INGRID | 8 SIDEWINDER COURT WILLIAMSBURG VA 23185 |
| CANADAY,MAXINEE | 3003 JOLLY POND ROAD WILLIAMSBURG VA 23188 |
| CAPOLI,GUS | 30 BELLMERE AVENUE STAMFORD CT 06906 |
| CAROLYN BANNERMAN | APPLETON ST BALTIMORE MD 21217 |
| CASTELLUZZO,RENEEE | 409 CUMBERLAND PARK RIDGE IL 60068 |
| CHANNON,MARKP | 112 MEADOWVIEW DRIVE TORRINGTON CT 06790 |
| CHARLES HUFFMAN | TOWER RD ABERDEEN MD 21001 |
| CHARLES ZELLMER | BENTWILLOW DR GLEN BURNIE MD 21061 |
| CHE LANIER | GREENMOUNT AVE BALTIMORE MD 21218 |
| CHRISTOPHER HAYES | POT SPRING RD LUTHERVILLE-TIMONIUM MD 21093 |
| CLAYTON,JANETT | 655 S RIMPAU BLVD LOS ANGELES CA 90005 |
| CLEVELAND WILSON | CLOVER RD        1 BALTIMORE MD 21215 |
| CONRAD ORDAKOWSKI | RIDGEWAY RD BALTIMORE MD 21228 |
| COUTURE,FERN | 274 CHURCH STREET APT. #5A GUILFORD CT 06437 |
| CYNTHIA R. FOARD | DORIS AVE BROOKLYN MD 21225 |
| D&S DISTRIBUTORS | 13501 BRISTOL DR SW CUMBERLAND MD 21502 |
| DALE,ANJELAJ | 310 CALLE DE LA MESA NOVATO CA 94949 |
| DANIEL WHITT | MANORVIEW RD. BALTIMORE MD 21229 |
| DAVID OMBATI    BUY SELL | SOUTHALL RD        1 RANDALLSTOWN MD 21133 |
| DECILLIA J. CASTOR | EASTVIEW TER APT 11 ABINGDON MD 21009 |
| DELFINO,FRED | 13 SPRUCEBROOK TRAIL MONROE CT 06468 |
| DENNISOFT INC | OAKHURST AVE BALTIMORE MD 21221 |
| DEPURY,JAMESE | 437 DARTHA DR. DALLASTOWN PA 17313 |
| DESOUSA,JOHNB | 155 GRAHAM STREET STRATFORD CT 06615 |
| DIAMOND STATE NEWS | CHERYL DR BEAR DE 19701 |

| Claim Name | Address Information |
|---|---|
| DONALD HANSEL | LOWERYS LN CORRIGANVILLE MD 21524 |
| DRAKES COMMERCIAL SERVICES, LLC | REALM CT W ODENTON MD 21113 |
| DWAYNE GOODRICH | ROBIN HOOD WAY SKYESVILLE MD 21784 |
| DWAYNE GOODRICH | ROBIN HOOD WAY SKYESVILLE MD 21784 |
| DWAYNE GOODRICH | ROBIN HOOD WAY SYKESVILLE MD 21784 |
| EDLUND,RICHARDV | 1 OXFORD ROAD LARCHMONT NY 10538 |
| EGI-TRB, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| EPS ENTERPRISES INC | SPRING WILLOW CT OWINGS MILLS MD 21117 |
| ERIC WOOD | SYLVIEW DR PASADENA MD 21122 |
| EUGENE NIXON UDC | COPLEY RD BALTIMORE MD 21215 |
| EUGENE NIXON/U.D.C. | COPLEY RD BALTIMORE MD 21215 |
| FAULLERIII,BILLYL | 655 S RIMPAU BLVD LOS ANGELES CA 90005 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FLINT GROUP NORTH AMERICA CORP | 1455 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| FOARDIII,EDWINM | 2309 DALIB ROAD FINKSBURG MD 21048 |
| GALAUSKAS,JAMES | 14 N ORCHARD ROUND LAKE IL 60073 |
| GARCIA,MATHEW | 949 GREENWAY LANE CASTLE ROCK CO 80108 |
| GEORGE DAVIS | CHESTER AVE GLEN BURNIE MD 21061 |
| GEORGE PERSELIS | S LEHIGH ST BALTIMORE MD 21224 |
| GEORGE PERSELIS | S. LEHIGH ST. BALTIMORE MD 21224 |
| GERALD WELSH | BEACH RD WHITE MARSH MD 21162 |
| GILLESKI,JOSEPH | 110 ELMBROOK DRIVE STAMFORD CT 06906 |
| GRANT THORNTON LLP | 33562 TREASURY CENTER CHICAGO IL 60694-3500 |
| GRANT THORNTON LLP | 33562 TREASURY CENTER CHICAGO IL 60694-3500 |
| HARPREET SURI | ROXY DR WINDSOR MILL MD 21244 |
| HASELDEN,WILLIAMB | 411 S. OLD WOODWARD AVE #825 BIRMINGHAM MI 48009-6649 |
| HELTSLEY,MARK | 10 ONTARE ROAD ARCADIA CA 91006 |
| HENDERSON,KATHY | 38 STANDISH ROAD APT. 1 STAMFORD CT 06902 |
| HOSLER,KARENA | 12 CONSTITUTION AVE ANNAPOLIS MD 21401 |
| JACK CUPP | 1310 HIGH RIDGE DR WESTMINSTER MD 21157 |
| JAMES HAHN | CARRIAGE CT DAGSBORO DE 19939 |
| JAMES KNIGHT | CHURCH RD REISTERSTOWN MD 21136 |
| JAMES LIBERTINI | 2203 MELROSE LA FOREST HILL MD 21050 |
| JAMES W. TAYLOR | PLUM DR. MD 21678 |
| JENKINS,ALLIEL | P.O. BOX 550504 ORLANDO FL 328550504 |
| JENNER & BLOCK LLP | 330 N WABASH AVE CHICAGO IL 60611 |
| JENNER & BLOCK LLP | 330 N WABASH AVE CHICAGO IL 60611 |
| JH MEARS | BALTIMORE MD 21278 |
| JIM HAHN | CARRIAGE CT DAGSBORO DE 19939 |
| JOHN GRIMM | VALLEY LN ELLICOTT CITY MD 21043 |
| JONES DAY | 77 W WACKER DRIVE ATTN JULIE JONES CHICAGO IL 60601-1692 |
| JOSEPH STRACKE | GOODWOOD AVE BALTIMORE MD 21221 |
| JOSEPH STRACKE | GOODWOOD AVE BALTIMORE MD 21221 |
| JOSEPHINE SOLOMON | OSWEGO AVE BALTIMORE MD 21215 |
| JOSEPHINE SOLOMON | OSWEGO AVE BALTIMORE MD 21215 |

| Claim Name | Address Information |
|---|---|
| K A JOHNSON | BALTIMORE MD 21278 |
| K.R. ETTER | VERGILS CT CROFTON MD 21114 |
| KATHLEEN EWING | SUE CREEK DR BALTIMORE MD 21221 |
| KELLEY, GERALDE | 4900 SOUTH ULSTER STREET #13-102 DENVER CO 80237 |
| KENNETH FOLIO  BUY/SELL | 62ND ST BALTIMORE MD 21237 |
| KERRY HAMILTON | 4703  E. 23RD ST       7 BALTIMORE MD 21212 |
| KIMBERLY SUMMERLIN | OCEAN GTWY CAMBRIDGE MD 21613 |
| KLEINSCHMIDT, DON | 4915 W GRACE CHICAGO IL 60641 |
| KR ETTER DISTRIBUTORS LLC | VERGILS CT CROFTON MD 21114 |
| KR ETTER DISTRIBUTORS LLC | VERGILS CT CROFTON MD 21114 |
| KR ETTER DISTRIBUTORS LLC | VERGILS CT CROFTON MD 21114 |
| KRAFT, PETERR | 98 NILAN STREET HARTFORD CT 06106 |
| LANCASTER, SHARON | 2121 CORALTHORN RD BALTIMORE MD 21220 |
| LEE ADELE BURCHETTE | FRIENDSHIP RD PITTSVILLE MD 21850 |
| LEE ADELE BURCHETTE | FRIENDSHIP RD PITTSVILLE MD 21850 |
| LESORAVAGE, ALICEJ | 2345 CENTER STREET BETHLEHEM PA 18017 |
| LINDA WITHERSPOON | NORTHBOURNE RD BALTIMORE MD 21239 |
| LINDA WITHERSPOON | NORTHBOURNE RD BALTIMORE MD 21239 |
| LIPINSKI, ANNMARIE | 4919 S. WOODLAWN AVE. CHICAGO IL 60615 |
| LISA SUTLIFF | WATERLOO RD ELKRIDGE MD 21075 |
| LOCHRIDGE, MICHAELW | 782 SWAYING PALM DRIVE APOPKA FL 32712 |
| LOU-ANN STREVIG | 660 GENEVA DR WESTMINSTER MD 21157 |
| LUAI OMAR ABUKANAN | LIBERTY HEIGHTS AVE BALTIMORE MD 21215 |
| M & B | WALDON ROAD APT C ABINGDON MD 21009 |
| M&B | WALDON RD L ABINGDON MD 21009 |
| M.N.J. DISTRIBUTORS ED  DALTON | P.O. BOX 463 OCEAN CITY MD 21843 |
| MACE, LAURAL | 809 N KIOWA STREET ALLENTOWN PA 18109 |
| MANZI, JOHN | 3216 NW CHAPIN DR PORTLAND OR 97229 |
| MARC CANADA | W PARK DR BALTIMORE MD 21207 |
| MARCUS HAYES | DEVERON RD BALTIMORE MD 21234 |
| MARK A. NICHOLSON, JR. | HANSON RD EDGEWOOD MD 21040 |
| MARK CARVER | BARRENS RD N. STEWARTSTOWN PA 17363 |
| MARK T. ZAVOYNA | LODGE FARM RD BALTIMORE MD 21219 |
| MARTIN, ROBERTA | 3605 PEMBROOK DR. ORLANDO FL 32810 |
| MARY SCHOTT | VICTORY AVE 204 BALTIMORE MD 21234 |
| MBC DISTRIBUTORS, INC | GOLDENROD BALTIMORE MD 21234 |
| MCDERMOTT WILL & EMERY | 227 W MONROE STREET CHICAGO IL 60606 |
| MICHAEL & MARY BLAIR | STALLION CT ELLICOTT CITY MD 21043 |
| MICHAEL ALLEY | S MAIN ST GREESNBORO MD 21639 |
| MICHAEL T. PARKER | GWYNN OAK AVE BALTIMORE MD 21207 |
| MICHAEL WANKEL | POINT PLEASANT RD BALTIMORE MD 21206 |
| MICHAEL WANKEL | POINT PLEASANT RD BALTIMORE MD 21206 |
| MICHELE SCHAFFER | 1700 CONNOR PLACE FOREST HILL MD 21050 |
| MICHELLE SCHAEFFER | CONNER PL FOREST HILL MD 21050 |
| MILES, DANIELL | 45 EASY STREET RINGGOLD GA 30736 |
| MOREHOUSEIII, LCLARK | 1 OXFORD ROAD LARCHMONT NY 10538 |
| MYE MCCRABEY | MAPLE GROVE RD REISTERSTOWN MD 21136 |
| N.B.C DISTRIBUTORS | WOODELVES DR OWINGS MILLS MD 21117 |
| NEAL E. ALMEN | P.O. BOX 683 CHESTERTOWN MD 21620 |

| Claim Name | Address Information |
|---|---|
| NEAL E. ALMEN | P.O. BOX 683 CHESTERTOWN MD 21620 |
| NEWBORN ENTERPRISES | P.O. BOX 1713 ALTOONA PA 16601 |
| NOLAN,JOEC | 5611 SANFORD HOUSTON TX 77096 |
| NORMAN STANDIFORD | WALNUT AVE ABERDEEN MD 21001 |
| NORMAN, PEGGY L | 1638 N. ABINGDON ST. ARLINGTON VA 22207 |
| NULSEN,JOHNL | 30 NANCY DRIVE MONROE CT 06468 |
| NURMA A TIPTON | POPLAR DR BALTIMORE MD 21207 |
| NURMA TIPTON | POPLAR DR BALTIMORE MD 21207 |
| NURMA TIPTON | POPLAR DR BALTIMORE MD 21207 |
| OCEAN NEWS DISTRIBUTION INC. | P.O. BOX 1488 BERLIN MD 21811 |
| OSUALDO GRANADOS | 405 S. BOULDIN ST. BALTIMORE MD 21224 |
| PAM LINTON | CEDAR HALL RD POCOMOKE CITY MD 21851 |
| PAM LINTON | CEDAR HALL RD POCOMOKE CITY MD 21851 |
| PATRICK J. O'TOOLE | 125 E. MAIN ST WAYNESBORO PA 17268 |
| PEANUT SHELL DIST. | CUNNING CIR BALTIMORE MD 21220 |
| PEREZ,JUANJ | 1473 W RASCHER IST FL CHICAGO IL 60640 |
| POOLE,ANDREWL | 7349 S WOODWORD AVE H 301 WOODRIDGE IL 60517 |
| PULLEY,DANIEL | 7820 INVERNESS BLVD. #401 ENGLEWOOD CO 80112 |
| QUINN,KATHLEENM | 330 SPRING LAKE TERRACE ROSWELL GA 30076 |
| RANDALL,CAROLS | 6909 DIGBY RD BALTIMORE MD 21207 |
| RANDY CORY ROBERTSON | MUMMERT DR LITTLESTOWN PA 17340 |
| REED SMITH LLP | PO BOX 10096 UNIONDALE NY 11555-1009 |
| REED SMITH LLP | 435 SIXTH AVENUE PITTSBURGH PA 15219 |
| REED SMITH LLP | 2672 PAYSPHERE CIRCLE CHICAGO IL 60674 |
| RIGGLE,JOHNA | 81 CHURCHILL DR. YORK PA 17403 |
| RITCH,JONATHAN | 35 ORCHARD STREET COS COB CT 06807 |
| ROONEY,DONALD | 7637 SOUTH ONEIDA COURT CENTENNIAL CO 80112 |
| RUTH ANDERSON | SHARPTOWN RD MARDELA SPRINGS MD 21837 |
| S.W. KEASEY DISTRIBUTORS INC | EASTWOOD DR HAGERSTOWN MD 21742 |
| SAMUEL MUNYIRI | LIBERTY RD BALTIMORE MD 21207 |
| SAVINO,RICHARD | 4900 SOUTH ULSTER STREET #13-102 DENVER CO 80237 |
| SCHOLLY,ALISONR | 2137 W. HOMER CHICAGO IL 60647 |
| SHARON LANCASTER | 2121 CORALTHORN RD BALTIMORE MD 21220 |
| SHELLENBERGER,JANICEMARIE | 1461 MAIN STREET BETHLEHEM PA 18018 |
| SIDLEY AUSTIN LLC | 1 SOUTH DEARBORN ST. CHICAGO IL 60603 |
| SIDLEY AUSTIN LLC | 2 SOUTH DEARBORN ST. CHICAGO WI 60604 |
| SIDLEY AUSTIN LLP | BANK ONE PLAZA 10 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | BANK ONE PLAZA 10 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | BANK ONE PLAZA 10 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | BANK ONE PLAZA 10 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SIDLEY AUSTIN LLP | BANK ONE PLAZA 10 SOUTH DEARBORN STREET CHICAGO IL 60603 |
| SMITH,KATHERINEF | 912 JAMES DRIVE NEWPORT NEWS VA 23605 |
| STANCZAK,DIANEA | 3721 TIMBERLANE DRIVE EASTON PA 18045 |
| TABER,FRANKLINR | 13413 FOREST RIVER LOWELL MI 49331 |
| TERRELL E RICHARDSON | 4211 SPRINGDALE BALTIMORE MD 21207 |
| TERRELL ERVIN RICHARDSON | SPRINGDALE AVE BALTIMORE MD 21207 |
| TOWER CH, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER DC, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER DL, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |

| Claim Name | Address Information |
| --- | --- |
| TOWER EH, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER GREENSPUN DGSPT, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER GREENSPUN JGGSPT, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER GREENSPUN SGFFT, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER GREENSPUN, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER HZ, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER JB, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER JK, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER JP, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER JS, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER KS, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER LL, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER LM, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER LZ, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER MH, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER MS, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER MZ, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER NL, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER PH, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER PT, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER SF, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER TT, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER VC, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TOWER WP, LLC | TWO NORTH RIVERSIDE DRIVE SUITE 600 CHICAGO IL 60606 |
| TROY S. TYLER | BONNIE BROOK RD CAMBRIDGE MD 21613 |
| VLAHOS DIMITRIOS | UTRECHT RD BALTIMORE MD 21206 |
| VON FRANKLIN | P.O. BOX 353 CHURCHTON MD 20733 |
| WALT SCHEURER | WHITE AVE BALTIMORE MD 21206 |
| WALTER COOPER | ARNOLD CT BALTIMORE MD 21205 |
| WALTER COOPER | ARNOLD CT BALTIMORE MD 21205 |
| WALTER COOPER | ARNOLD CT BALTIMORE MD 21205 |
| WAYNE L EMBREY, SR. | LEGION RD MILLINGTON MD 21651 |
| WAYNE SISSON | ADVOCATE HILL D JARRETTSVILLE MD 21084 |
| WHISLER,JACK | 645 LINCOLN STREET GLENVIEW IL 60025 |
| WHITMORE,DONALDE | 6032 LAKEVILLE ROAD ORLANDO FL 32818 |
| WILKINSON NEWS SERVICE | BRICKCRAFTER RD OXFORD PA 17350 |
| WILKINSON NEWS SERVICE | BRICKCRAFTER RD OXFORD PA 17350 |
| WILLIAM D. MYER, JR. | WATERVIEW RD PA 17331 |
| WILLIAM FOARD | PUNJAB CIR BALTIMORE MD 21221 |
| WILLIAM ISAAC | BLACKSTONE RD RANDALLSTOWN MD 21133 |
| WILLIAM LANCASTER | 931 CROMWELL BRIDGE TOWSON MD 21286 |
| WILSON-SPENCER,PAMELA | 8030 SOLLEY ROAD GLEN BURNIE MD 21060 |
| WOLLNEY,JOHN | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| YOUNGMAN,OWEN | 40 KENMORE AVE. DEERFIELD IL 60015 |
| ZERWEKH,JAMESD | 4580 FOXTAIL CIRCLE GREENWOOD VILLAGE CO 801213942 |

TRIBUNE COMPANY
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

**Total Creditor Count 241**

| Claim Name | Address Information |
| --- | --- |
| ALTMAN,JAMES D. | 7 CLIFFMORE ROAD WEST HARTFORD CT 06107 |
| ANDERSON,GAIL E | 635 SOUTH NORTON AVENUE APT #404 LOS ANGELES CA 90005 |
| ARAGON,ALEJANDRO | 3607 ALBION PL. N. SEATTLE WA 98103 |
| ARCE GANIER,TROY C | 2252 BRONSON HILL DRIVE LOS ANGELES CA 90068 |
| ARGIANAS,GARETT | 1 LINDEN PLACE 200 HARTFORD CT 06106 |
| ARIAS,ERIKA A. | 59 THOMSON ROAD WEST HARTFORD CT 06107 |
| BAEKER,CATHY | 320 ROEBLING STREET APT. 126 BROOKLYN NY 11211 |
| BALTIMORE SUN TRUCK DRIVERS AND | HELPERS LOCAL 355 1030 S. DUKELAND BALTIMORE MD 21223 |
| BYRNES,LOGAN | 24 PRICE BLVD WEST HARTFORD CT 06110 |
| CANDIANI,ERIK | 5364 VALLEY HI DR SACRAMENTO CA 95823 |
| CHARLTON JR,JOHN F | 11 JEFFERSON STREET UNIONVILLE CT 06085 |
| CHASE, PETER | 2555 N. CLARK STREET APT 1006 CHICAGO IL 60614 |
| CHOUDHURY,NARMEEN Q. | 6 WOODROW STREET WEST HARTFORD CT 06107 |
| CHRISTENSEN,SUSAN | 8 CHELSEA LANE WEST HARTFORD CT 06119 |
| COPPOLA,RICHARD F | 26 BERKSHIRE CROSSING AVON CT 06001 |
| COX,TIMOTHY E | 12840 UNIVERSITY CRESCENT #1A CARMEL IN 46032 |
| FILLIPITCH,JOHN W | 602 N. WAIOLA LA GRANGE IL 60526 |
| FRANK,RACHEL L. | 711 FARMINGTON AVENUE B17 WEST HARTFORD CT 06119 |
| FRANKLIN, SHANA | 1616 TUSCAN RIDGE CIRCLE SOUTHLAKE TX 76092 |
| FRENCH,SARAH S. | 221 TRUMBULL STREET #407 HARTFORD CT 06103 |
| FRICKE,KEVIN CRAIG | 104 TEASEL ST. COMSTOCK PARK MI 49321 |
| FUNK,NEIL | 990 N. LAKE SHORE DRIVE # 11E CHICAGO IL 60611 |
| GARLAND,JAIME | 1900 LEONARD STREET YORK PA 17404 |
| GRAZIANO,RICHARD J | 17 TYLER COURT AVON CT 06001 |
| HARDIN,BRENT A | 9 FENWICK DR. AVON CT 06001 |
| HUGHES,VERGIL P | 13 FOX TRAIL LINCOLNSHIRE IL 60069 |
| JACOBS,SHANECA N. | 210 PINE STREET APT. 119 MANCHESTER CT 06040 |
| KALLIGONIS,MELANIE G | 2999 LEGACY LANE YORK PA 17402 |
| KINCAID, MICHAEL | 80-700 AVE 50 INDIO CA 92201 |
| KING,STACEY | 5340 PRAIRIE CROSSING LONG GROVE IL 60047 |
| KIRBY, SHEILA | 3730 N LAKESHORE DR #7B CHICAGO IL 60613-4203 |
| KNUTSON, KIRK | 9015 LLOYD PLACE WEST HOLLYWOOD CA 90069 |
| KRZYSKI, MARK | 10042 CLAIRE AVENUE NORTHRIDGE CA 91324 |
| LAHMERS,JENNIFER L | 2 PARK PLACE 10J HARTFORD CT 06106 |
| LE CUYER,MARCUS A | 5618 29TH CT S.E. LACEY WA 98503 |
| LUFRANO, MICHAEL | 5707 N. RAVENSWOOD AVE CHICAGO IL 60660 |
| MACKAY,EILEEN A | 148 N. SYCAMORE AVE LOS ANGELES CA 90036 |
| MARTINEZ, JASON | 1626 MORENO DR. GLENDALE CA 91207 |
| MATERRE,MICAH L | 2106 W. LUNT CHICAGO IL 60645 |
| MCCOY,MELISSA | 1225 N. CHESTER AVE. PASADENA CA 91104 |
| MCGUIRE, MARK | 519 ORCHARD LANE WILMETTE IL 60093 |
| MCMANUS,DOYLE D | 7802 OLDCHESTER ROAD BETHESDA MD 20817 |
| MILLER, REBECCA | 5108 CHELSEA DRIVE COLLEYVILLE TX 76034 |
| MULVEY,TERESA E | 1442 PENHURST ROSEVILLE CA 95747 |
| NAKRIN,JOY C. | 221 TRUMBULL STREET APT. 1204 HARTFORD CT 06103 |
| O'BRIEN, CHERYL | 374ÿ 4TH COURT WEST CARMEL IN 46033 |
| O'DELL,WILLIAM T | 1050 ISAAC FRANKLIN DRIVE GALLATIN TN 37066 |
| PARKER,FRANCES LOUISE | 1833 FOX HILLS DR. LOS ANGELES CA 90025 |
| PEREZ,LAURIE S | 146 WELLS STREET MANCHESTER CT 06040 |

| Claim Name | Address Information |
| --- | --- |
| PHILLIPS, DARSHA | 619 WINSTON STREET BRADBURY CA 91010 |
| POITRAS, STEVEN | 4300 MANSON AVE WOODLAND HILLS CA 91364 |
| PROTER, RONI | 6040 MEADOWCREST DRIVE DALLAS TX 75230 |
| PURNELL,DESMOND L. | 4518 W. NORTHGATE DRIVE APT. # 340 IRVING TX 75062 |
| RAMPY,GRANT | 18724 UPPER MEADOW DRIVE LEESBURG VA 20176 |
| RICE III, CARL | 1909 W. BELLE PLAINE CHICAGO IL 60613 |
| SALINAS, AMANDA | 8001 JOHN CARPENTER FREEWAY DALLAS TX 75247 |
| SINDLAND,SHELLY B | 44 MAYFLOWER STREET WEST HARTFORD CT 06110 |
| STEWART MURO,REBECCA | 25 LINCOLN AVENUE WEST HARTFORD CT 06117 |
| STONE, STEVE | 9261 N. 128TH WAY SCOTTSDALE AZ 85259 |
| TELEREP LLC | 1 DAG HAMMARSKJOLD 25TH FL NEW YORK NY 10017 |
| VALIN,JEFFREY T. | 60 BURROWS HILL ROAD AMSTON CT 06231 |
| WALT MACIBORSKI | 3913 SHARONDALE DRIVE FLOWER MOUND TX 75022 |
| WARNER BROS. DOMESTIC TELEVISION | DISTRIBUTION & TELEPICTURES DISTRIBUTION 4000 W. OLIVE AVENUE BLD 118, ROOM 4008, ATTN: PRESIDENT BURBANK CA 91505 |
| WILKE,MARTHA M | 900 N. KINGSBURY UNIT 1106 CHICAGO IL 60610 |
| WOLK,EMILY FRANCES | 253 WEST 73RD STREET APT 5N NEW YORK NY 10023 |
| ZAGER,ERIC D. | 5 HIGHWOOD DRIVE AVON CT 06002 |

**Total Creditor Count 66**