UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------- x
In re:                                   :    CHAPTER 11
                                         :
TRIBUNE COMPANY, et al.,                 :
                                         :    CASE NO. 08-13141 (KJC)
                     Debtors.            :    (Jointly Administered)
                                         :
---------------------------------------- x

## REQUEST FOR SPECIAL NOTICE BY COUNSEL FOR CREDITOR KEVIN SORBO

TO ALL INTERESTED PARTIES:

Kevin Sorbo, hereby requests special notice, through his counsel, for all pleadings and papers served on the 20 Largest Unsecured Creditors, any Plans and Disclosure Statements, and any motions, applications, orders or other documents filed in the above captioned case. The requested service should be made on:

Leslie A. Cohen
LESLIE COHEN LAW PC, 506 Santa Monica Blvd., Suite 200,
Santa Monica, California 90401 Telephone: (310) 394-5900 Fax:: (310) 394-9280
leslie@lesliecohenlaw.com

Kamakazee Kiwi Corporation, 3835-R East Thousand Oaks Blvd., #343,
Westlake Village, CA  91362

David B. Feldman
Bloom Hergott Diemer Rosenthal LaViolette Feldman & Goodman, LLP
150 S. Rodeo Drive, 3rd Floor, Beverly Hills, CA  90212, Phone: (310) 859-6868,
Fax:    (310) 860-6868, dave@bhdrl.com

Dated: July 8, 2009                      LESLIE COHEN LAW PC


                                         By: _____
                                             LESLIE A. COHEN

1