## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 506 Santa Monica Blvd. Ste. 200, Santa Monica, California 90401. On July 9, 2009, I served the within document(s) described as:

### REQUEST FOR SPECIAL NOTICE BY COUNSEL FOR KEVIN SORBO

on the interested parties in this action as stated on the attached mailing list.

☒ (BY MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ (BY EXPRESS MAIL) By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ (BY FAX) By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ (BY E-MAIL) By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2009, at Santa Monica, California.

| J'aime Williams | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |

2

## SERVICE LIST

**Counsel for Debtor [BY EMAIL]**
Bryan Krakauer
James F. Conlan
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
312-853-7000
Fax : 312-853-7036
Email: bkrakauer@sidley.com
jconlan@sidley.com

J. Kate Stickles
Norman L. Pernick
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
302-652-3131
Fax : 302-652-3117
Email: kstickles@coleschotz.com
Email: bankruptcy@coleschotz.com
Email: preilley@coleschotz.com

Michael A. Henry
Gross, McGinley, Labarre & Eaton, LLP
33 S. 7th Street
P. O. Box 4060
Allentown, PA 18105-4060
610-820-5450
Fax : 610-820-6006
Email: mhenry@grossmcginley.com

Patrick Theodore Garvey
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-372-0770
Fax : 312-372-9818
Email: garveyp@jbltd.com

**Debtor  [BY MAIL]**
Tribune Company, et al
435 N. Michigan Avenue
Chicago, IL 60611

**U.S. Trustee [BY MAIL]**
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

**Official Committee for Unsecured Creditors [ By Email]**

Adam G. Landis
Kerri K Mumford
Matthew B. McGuire
Mona A. Parikh
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: landis@lrclaw.com
Email: mumford@lrclaw.com
Email: mcguire@lrclaw.com
Email: parikh@lrclaw.com

Cynthia E. Moh
Edwards Angell Palmer & Dodge LLP
919 North Market Street
Suite 1500
Wilmington, DE 19801
302.777.7770
Fax : 302-777.7263
Email: cmoh@eapdlaw.com