UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| THE TRIBUNE COMPANY., et al., ) | Case No. 08-13141 (KJC) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**SECOND SUPPLEMENTAL DECLARATION OF ALAN D. HOLTZ OF ALIXPARTNERS, LLP AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Alan D. Holtz hereby declares under penalty of perjury, as follows:

1. I am a Managing Director of AlixPartners, LLP ("AlixPartners" or the "Firm") and am duly authorized to execute this second supplemental declaration (the "Second Supplemental Declaration") on behalf of AlixPartners, which maintains its principal office at 2000 Town Center, Suite 2400, Southfield, MI 48075.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. On February 20, 2009, this Court entered an order authorizing the retention of AlixPartners as financial advisors to the Unsecured Creditors Committee (the "Committee") of the Tribune Company, Inc. ("Tribune") and its affiliated debtors (the "Debtors"). In support of AlixPartners' retention, I filed an original declaration (the "Original Declaration") and a First Supplemental Declaration (the "First Supplemental Declaration").

ny-837482

4. In connection with AlixPartners' retention, the United States Trustee had requested additional information regarding the disclosure in the Original Declaration that an existing AlixPartners employee was a former Tribune employee. In response to that request, AlixPartners submitted its First Supplemental Declaration disclosing that the existing AlixPartners employee was Allison May, who worked as an internal auditor for Tribune from April of 2005 through October of 2006. In the First Supplemental Declaration, AlixPartners disclosed that Allison May was not working on the Tribune matter for AlixPartners.

5. In this Second Supplemental Declaration, AlixPartners would like to disclose that due to changed circumstances, commencing on or after July 6, 2009, Allison May will be assisting with valuation and cash flow issues in the Tribune matter. The current work is wholly unrelated to the work that Ms. May previously performed for Tribune. AlixPartners continues to believe that this does not present any conflict in this bankruptcy matter.

5. AlixPartners continues to submit that it holds no adverse interest as to the matters for which it has been employed by the Debtors and continues to reserve the right to supplement this and all previous declarations in the event that AlixPartners discovers any facts bearing on matters relevant to AlixPartners' employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated this 14th day of July, 2009

_____
Alan D. Holtz

ny-837482

2