UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objections Date: July 31, 2009 at 4:00 pm (EST) |
| | Hearing Date: Only if objection filed |

## NOTICE OF APPLICATION

TO: THE NOTICE PARTIES.

The First Combined Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation for the Period March 1, 2009, through April 30, 2009 (the "Application") has been filed with the Bankruptcy Court. The Application seeks allowance of interim fees in the amount of $62,237.50.

Objections to the Application, if any, are required to be filed on or before July 31, 2009, at 4:00 p.m. (ET) (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn: Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn: J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent: Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn: Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn: Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn: Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn: Howard Seife, Esq. and David M. LeMay, Esq.; and, (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal

Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT. ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION. ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:  July 14, 2009
        Saint Louis, Missouri

STUART MAUE

By: _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:  (314) 291-6546

**Fee Examiner**