**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objections Date: July 31, 2009 at 4:00 pm (EST) |
| | Hearing Date: Only if objection filed |

**FIRST COMBINED MONTHLY APPLICATION OF STUART MAUE
AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
FOR THE PERIOD MARCH 1, 2009 THROUGH APRIL 30, 2009**

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | March 1, 2009 through April 30, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 62,237.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $       0.00 |

This is a combined monthly application.

This combined monthly application includes no hours or fees incurred in connection with the preparation of a fee application.

Prior applications: None

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 21.00 | $ 6,825.00 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 43.30 | 11,907.50 |
| Lisa Savoy | Senior Legal Auditor | $275.00 | 3.50 | 962.50 |
| Pamela Snyder | Senior Legal Auditor | $275.00 | 56.60 | 15,565.00 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 44.00 | 12,100.00 |
| Jeffrey J. Struif | Senior Legal Auditor | $275.00 | 1.30 | 357.50 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 52.80 | 14,520.00 |
| Jennifer Minzghor | Data Control | $65.00 | 26.40 | 0.00 |
| | | **Grand Total:** | 248.90 | $62,237.50 |
| | | **Blended Rate:** | | $250.05 |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 248.90 | $62,237.50 |