**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024408**
**Matter Number: 1024408**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/20/2009 | JLM | 3.70 | Format and load electronic data into database find control files so that document can be loaded, talk to PSS about timekeepers - DEC - Jan. | N/C |
| 04/24/2009 | PSS | 2.50 | Reconcile fees in database to hard copy of interim fee application. | 687.50 |
| 04/29/2009 | JEP | 1.90 | Began the review of billing entries and the identification and classification of task descriptions references conferencing activities. | 522.50 |
| 04/30/2009 | JEP | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing vaguely described conferences. | 82.50 |
| | | 1.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing multiple attendances at conferences. | 385.00 |
| | | 0.60 | Continued the review of billing entries and the identification and classification of long billing days, block-billed entries, and potentially double-billed tasks. | 165.00 |
| | | 0.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research activities. | 165.00 |
| | | 0.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities, including both working and nonworking travel. | 247.50 |
| | | 1.90 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the retention of AlixPartners as well as the retention of other case professionals. | 522.50 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing intraoffice conferences. | 192.50 |
| | | 1.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing conferencing activities. | 302.50 |
| | | 0.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing conferences with nonfirm personnel. | 165.00 |
| | | **16.20** | | **$3,437.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024408
Matter Number: 1024408
Firm: AlixPartners, LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 04/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 10.00 | = | $2,750.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.50 | = | $687.50 |
| | | **Total for Legal Auditors:** | | **12.50** | | **$3,437.50** |
| **Data Entry** | | | | | | |
| Jennifer L. Minzghor | JLM | 0.00 | x | 3.70 | = | $0.00 |
| | | **Total for Data Entry:** | | **3.70** | | **$0.00** |
| | | **Total Hours Worked:** | | **16.20** | | |
| | | **Total Hours Billed:** | | **12.50** | | **$3,437.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/24/2009 | JLM | 3.50 | Format and load electronic data into database talk to PSS regarding new bankruptcy, make up folder, make up timekeeper and matter spreadsheets and ask ATT for assistance loading. | N/C |
| 03/24/2009 | PSS | 2.70 | Reconcile fees in database to hard copy of fee application. | 742.50 |
| 03/30/2009 | JLM | 0.50 | Format and load electronic data into database reload fees and expenses due to the others being truncated. | N/C |
| 03/31/2009 | PSS | 1.50 | Re-reconcile fees in database to hard copy of fee application - received new data from the firm. | 412.50 |
| 04/08/2009 | JLM | 1.00 | Format and load electronic data into database and update monthly spreadsheet. | N/C |
| 04/16/2009 | PSS | 2.00 | Reconcile fees in database to hard copy of interim fee application. | 550.00 |
| 04/24/2009 | LAS | 4.30 | Reviewed and classified entries as conferences. | 1,182.50 |
| | | 0.30 | Brief review of audit entries and how the firm bills. | 82.50 |
| | | 0.20 | Brief review of order authorizing retention and application for the order authorizing the employment of Alvarez and Marsal, North America. | 55.00 |
| 04/27/2009 | LAS | 0.60 | Reviewed and classified entries as legal research. | 165.00 |
| | | 0.30 | Reviewed and classified double billing questioned. | 82.50 |
| | | 1.60 | Reviewed conferences and began classifying entries as intraoffice conferences. Classified as Temp 1 for now. | 440.00 |
| | | 1.70 | Reviewed entries and began classifying in broad administrative and clerical category, ADM 1. | 467.50 |
| | | 0.20 | Reviewed and revised classifications on potential double billing. | 55.00 |
| | | 0.20 | Reviewed entries and added entries to conference classification. | 55.00 |
| 04/28/2009 | LAS | 0.70 | Reviewed entries classified intraoffice conferences and classified as conferences with nonfirm personnel where appropriate because entries were blocked and contained intraoffice and interoffice conferences. | 192.50 |
| | | 1.80 | Reviewed entries classified as intraoffice conferences and classified intraoffice conferences multiple attendance. | 495.00 |
| | | 0.10 | Reviewed and classified entries as interoffice conferences. | 27.50 |
| | | 1.70 | Finished reviewing and classifying entries as intraoffice conferences. | 467.50 |
| | | 1.60 | Reviewed entries classified as conferences with non-firm personnel and began classifying multiple attendance. | 440.00 |
| 04/29/2009 | LAS | 4.80 | Reviewed entries classified as conferences with nonfirm parties and continued classifying multiple attendance, manually marking multiple attendance on reports and periodically updating categorizations on audit. | 1,320.00 |
| | | 0.60 | Reviewed entries and classified appropriate entries as travel. | 165.00 |
| 04/30/2009 | LAS | 5.30 | Continued to review and classify multiple attendance on the report and transfer to the actual audit. | 1,457.50 |

**STUART/MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| | | **37.20** | | **$8,855.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Pamela S. Snyder | PSS | 275.00 | x | 6.20 | = | $1,705.00 |
| Laura A. Storck-Elam | LAS | 275.00 | x | 26.00 | = | $7,150.00 |
| | | **Total for Legal Auditors:** | | **32.20** | | **$8,855.00** |

**Data Entry**

| Jennifer L. Minzghor | JLM | 0.00 | x | 5.00 | = | $0.00 |
| | | **Total for Data Entry:** | | **5.00** | | **$0.00** |
| | | **Total Hours Worked:** | | **37.20** | | |
| | | **Total Hours Billed:** | | **32.20** | | **$8,855.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024409**
**Matter Number: 1024409**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/31/2009 | JLM | 2.20 | Format and load electronic data into database. Have issues loading talk to ES. Talk to PSS regarding how to handle TKID's and Invoice number, and ATT sat with me and helped me with the control files December and January. | N/C |
| | | 0.60 | Format electronic data into database February. | N/C |
| 04/01/2009 | JLM | 0.50 | Format and load electronic data into database February. | N/C |
| 04/01/2009 | PSS | 4.40 | Reconcile fees in database to fees requested in fee application. | 1,210.00 |
| 04/02/2009 | PSS | 2.30 | Continue to reconcile fees in database to fees requested in fee application. | 632.50 |
| 04/05/2009 | LKC | 3.10 | Begin initial review and analysis of fee entries for Chadbourne first and second monthly fee applications. | 1,007.50 |
| 04/07/2009 | KCT | 1.80 | Continue to review and analyze fee entries related to intra-office conferences. | 495.00 |
| | | 1.20 | Began review and analysis of fee entries related to intra-office conferences. | 330.00 |
| | | 0.70 | Review and analyze fee entries related to non-firm conferences. | 192.50 |
| 04/08/2009 | KCT | 0.60 | Continue to review and analyze fee entries related to administrative/clerical activity. | 165.00 |
| | | 0.20 | Review and analyze fee entries related to potential double billing. | 55.00 |
| | | 0.30 | Further review and analysis of fee entries related to conferences. | 82.50 |
| | | 1.00 | Continue to review and analyze fee entries related to nonfirm conferences. | 275.00 |
| | | 2.50 | Review and analyze fee entries related to administrative/clerical activity. | 687.50 |
| | | 0.20 | Review and analyze fee entries related to nonfirm conferences. | 55.00 |
| 04/08/2009 | LKC | 1.10 | Continue to review and analyze fee entries to identify research. | 357.50 |
| | | 0.40 | Continue to review and analyze fee entries to identify travel related activities. | 130.00 |
| | | 2.20 | Review and analyze Chadbourne retention documents and first monthly statement. | 715.00 |
| 04/09/2009 | LKC | 0.60 | Review and analyze fee entries to identify potential double billing. | 195.00 |
| 04/10/2009 | KCT | 0.50 | Review and analyze fee entries related to multiple attendance. | 137.50 |
| | | 0.40 | Review and analyze fee entries related to administrative/clerical activity. | 110.00 |
| 04/13/2009 | KCT | 1.40 | Review and analyze fee entries related to intraoffice multiple attendance. | 385.00 |
| | | 3.10 | Review and analyze fee entries related to multiple attendance. | 852.50 |
| | | 0.10 | Additional review and analysis of fee entries related to conferences. | 27.50 |
| | | 0.70 | Continue to review and analyze fee entries related to intraoffice multiple attendance. | 192.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/14/2009 | KCT | 0.10 | Review and analyze fee entries related to extended billing days. | 27.50 |
| | | 2.80 | Review and analyze fee entries related to multiple attendance questioned. | 770.00 |
| | | 1.50 | Continue to review and analyze fee entries related to intra-office multiple attendance. | 412.50 |
| | | 0.20 | Review and analyze fee entries related to transient billers. | 55.00 |
| | | 0.20 | Began review and analysis of fee entries related to legal research. | 55.00 |
| 04/15/2009 | KCT | 1.90 | Review and analyze fee entries related to legal research. | 522.50 |
| | | 0.10 | Review and analyze fee entries related to travel. | 27.50 |
| | | 3.20 | Review and analyze fee entries related to case professional retention and other case professional retention. | 880.00 |
| 04/17/2009 | KCT | 0.30 | Review and analyze fee entries related to blocked billing. | 82.50 |
| | | 1.30 | Review and analyze fee entries related to split tasks. | 357.50 |
| | | 1.00 | Review and analyze fee entries related to vague conferences. | 275.00 |
| | | 0.10 | Continue to review and analyze fee entries related to split tasks. | 27.50 |
| | | 0.30 | Begin review and analysis of all uncategorized fee entries. | 82.50 |
| | | 2.50 | Continue to review and analyze fee entries related to Case Professional Retention and Other Case Professional Retention. | 687.50 |
| | | 0.10 | Review and analyze fee entries related to additional administrative activity. | 27.50 |
| 04/20/2009 | KCT | 0.20 | Review and analyze fee entries related to potential additional clerical activity. | 55.00 |
| | | 0.20 | Review and analyze fee entries related to potential administrative activity with respect to action items list. | 55.00 |
| | | 0.60 | Review and analyze fee entries related to follow-up activity. | 165.00 |
| | | 0.20 | Review and analyze fee entries related to other vague activity. | 55.00 |
| | | 3.80 | Review and analyze all uncategorized fee entries. | 1,045.00 |
| 04/20/2009 | PSS | 1.00 | Revise database to split tasks per KCT. | 275.00 |
| 04/21/2009 | KCT | 1.20 | Review and analyze split tasks related to conferences, blocked billing and various other activity. | 330.00 |
| | | 0.30 | Review and analyze certain blocked fee entries. | 82.50 |
| | | 0.70 | Review and analyze fee entries categorized as administrative activity. | 192.50 |
| | | 1.90 | Review and analyze fee entries related to blocked billing. | 522.50 |
| | | 0.30 | Review and analyze fee entries related to potential orientation. | 82.50 |
| 04/21/2009 | PSS | 0.20 | Revise database to split additional tasks per KCT. | 55.00 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/22/2009 | KCT | 0.30 | Begin to review and analyze fee entries categorized as intra-office multiple attendance including additional conferences not classified as multiple attendance. | 82.50 |
| | | 0.10 | Review and analyze fee entries related to split activity. | 27.50 |
| | | 0.50 | Review and analyze fee entries categorized as clerical activity. | 137.50 |
| | | 1.40 | Continue to review and analyze fee entries related to intra-office multiple attendance. | 385.00 |
| | | 0.20 | Additional review and analysis of split fee entries related to intra-office conferences. | 55.00 |
| | | 2.60 | Review and analyze fee entries categorized as multiple attendance including additional conferences. | 715.00 |
| | | 0.10 | Review and analyze fee entries related to multiple attendance with particular attention to travel. | 27.50 |
| 04/22/2009 | PSS | 0.10 | Revise database to split additional tasks per KCT. | 27.50 |
| 04/23/2009 | KCT | 0.50 | Review and analyze fee entries categorized as blocked. | 137.50 |
| | | 0.30 | Review and analyze additional fee entries related to split activity. | 82.50 |
| | | 0.20 | Review and analyze fee entries categorized as vague conferences. | 55.00 |
| | | 0.50 | Review and analyze fee entries categorized as other vague activity. | 137.50 |
| | | 0.90 | Review and analyze fee entries categorized as legal research. | 247.50 |
| | | 0.30 | Begin review and analyze of fee entries categorized as multiple attendance questioned. | 82.50 |
| | | 1.10 | Review and analyze fee entries categorized as other case professional retention. | 302.50 |
| | | 0.60 | Review and analyze fee entries categorized as firm's retention including identification of additional administrative activity. | 165.00 |
| 04/23/2009 | PSS | 2.10 | Reconcile fees in database to hard copy of interim fee application. | 577.50 |
| | | 0.60 | Revise database to split additional tasks per KCT. | 165.00 |
| 04/27/2009 | KCT | 0.40 | Review and analyze fee entries related to additional split activity. | 110.00 |
| | | 2.00 | Review and analyze fee entries categorized as multiple attendance questioned. | 550.00 |
| | | 0.20 | Review and analyze fee entries categorized as travel with particular attention to travel billed at half rate. | 55.00 |
| | | 0.80 | Draft categories for review and finalize findings for LKC. | 220.00 |
| 04/28/2009 | KCT | 0.10 | Review and analyze fee entries categorized as intra-office multiple attendance. | 27.50 |
| | | **74.20** | | **$19,867.50** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 04/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 7.40 = | $2,405.00 |
| Pamela S. Snyder | PSS | 275.00 x | 10.70 = | $2,942.50 |
| Kathy C. Tahan | KCT | 275.00 x | 52.80 = | $14,520.00 |
| **Total for Legal Auditors:** | | | **70.90** | **$19,867.50** |
| **Data Entry** | | | | |
| Jennifer L. Minzghor | JLM | 0.00 x | 3.30 = | $0.00 |
| **Total for Data Entry:** | | | **3.30** | **$0.00** |
| **Total Hours Worked:** | | | **74.20** | |
| **Total Hours Billed:** | | | **70.90** | **$19,867.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024397**
**Matter Number: 1024397**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/22/2009 | JLM | 0.70 | Review hard copies and electronic data to try to determine what matters belonged to which entries. | N/C |
| | | **0.70** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024397**
**Matter Number: 1024397**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2009**

**Data Entry**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jennifer L. Minzghor | JLM | 0.00 | x | 0.70 | = | $0.00 |
| | | **Total for Data Entry:** | | **0.70** | | **$0.00** |
| | | **Total Hours Worked:** | | **0.70** | | |
| | | **Total Hours Billed:** | | **0.00** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024405**
**Matter Number: 1024405**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/16/2009 | JLM | 1.20 | Format and load electronic data into database. Find control files that would fit format. Make sure everything loaded. Print pdfs. | N/C |
| 04/17/2009 | JJS | 1.30 | Enter timekeepers and reconcile fees. | 357.50 |
| 04/20/2009 | PSS | 0.50 | Reconcile fees in database to hard copy of interim fee application. | 137.50 |
| 04/29/2009 | LS | 2.50 | Review and analysis of initial submission, specifically regarding legal research, travel, transient billers, and administrative items. | 687.50 |
| | | **5.50** | | **$1,182.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024405**
**Matter Number: 1024405**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Lisa Savoy | LS | 275.00 | x | 2.50 | = | $687.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.50 | = | $137.50 |
| Jeffrey J. Struif | JJS | 275.00 | x | 1.30 | = | $357.50 |
| | **Total for Legal Auditors:** | | | **4.30** | | **$1,182.50** |

**Data Entry**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jennifer L. Minzghor | JLM | 0.00 | x | 1.20 | = | $0.00 |
| | **Total for Data Entry:** | | | **1.20** | | **$0.00** |

| | | Hours | Amount |
|---|---|-------|--------|
| **Total Hours Worked:** | | **5.50** | |
| **Total Hours Billed:** | | **4.30** | **$1,182.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/02/2009 | JLM | 0.80 | Format and load electronic data into database talk to PSS to see if she wanted to use matter names on this bankruptcy. | N/C |
| 04/03/2009 | PSS | 0.90 | Reconcile fees in database to fees requested in fee application. | 247.50 |
| 04/09/2009 | JEP | 3.90 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences, intraoffice conferences, nonfirm conferences, multiple attendances, long billing days and potential double-billed entries. | 1,072.50 |
| 04/09/2009 | PSS | 0.20 | Revise database to proportionalize tasks per JEP. | 55.00 |
| | | 1.90 | Continue to reconcile fees in database to fees requested in fee application. | 522.50 |
| 04/10/2009 | JEP | 2.80 | Continued the rieview of billing entries and the further identification and classification of task descriptions referencing activities relating to the retention and compensation of Landis Rath, other case professionals, and vendors. | 770.00 |
| | | 5.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences, intraoffice conferences, attendaces at events, multiple attendances, travel and vaguely described conferences. | 1,430.00 |
| 04/13/2009 | JEP | 1.90 | Continued the review of billing entries and the further identification and classification of vague task descriptions. | 522.50 |
| | | 0.90 | Continued drafting a summary of billing categories reviewed and analyzed. | 247.50 |
| | | 0.80 | Continued the review of billing entries and the further identification and classification of tasks and entries by transient timekeepers. | 220.00 |
| | | 1.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing administrative and clerical activities. | 467.50 |
| | | 0.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing legal research activities. | 165.00 |
| | | 2.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing activities relating to the retention and compensation of case professionals. | 577.50 |
| 04/13/2009 | PSS | 0.10 | Revise database to proportionalize additional tasks per JEP. | 27.50 |
| 04/22/2009 | PSS | 0.70 | Reconcile fees in database to hard copy of interim fee application. | 192.50 |
| 04/23/2009 | PSS | 0.20 | Continue to reconcile fees in database to hard copy of interim fee application. | 55.00 |
| | | **24.70** | | **$6,572.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024396
Matter Number: 1024396
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 19.90 | = | $5,472.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.00 | = | $1,100.00 |
| | | **Total for Legal Auditors:** | | **23.90** | | **$6,572.50** |
| **Data Entry** | | | | | | |
| Jennifer L. Minzghor | JLM | 0.00 | x | 0.80 | = | $0.00 |
| | | **Total for Data Entry:** | | **0.80** | | **$0.00** |
| | | **Total Hours Worked:** | | **24.70** | | |
| | | **Total Hours Billed:** | | **23.90** | | **$6,572.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/21/2009 | JLM | 2.90 | Format and load electronic data into database perform OCR on the expenses. Talk to PSS about matter information and update spreadsheet. | N/C |
| 04/24/2009 | PSS | 2.60 | Reconcile fees in database to hard copy of interim fee application. | 715.00 |
| | | **5.50** | | **$715.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| | | | | | | |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 2.60 | = | $715.00 |
| **Total for Legal Auditors:** | | | | **2.60** | | **$715.00** |

**Data Entry**

| | | | | | | |
|------|----------|------|---|-------|---|--------|
| Jennifer L. Minzghor | JLM | 0.00 | x | 2.90 | = | $0.00 |
| **Total for Data Entry:** | | | | **2.90** | | **$0.00** |

**Total Hours Worked:** **5.50**

**Total Hours Billed:** **2.60**   **$715.00**

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024410**
**Matter Number: 1024410**
**Firm: Official Committee of Unsecured Creditors**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/18/2009 | LKC | 0.40 | Review monthly application for expenses submitted by creditor committee members. | 130.00 |
| 03/24/2009 | PSS | 1.90 | Review expenses for compliance with bankruptcy guidelines. | 522.50 |
| 03/31/2009 | PSS | 1.40 | Continue to review expenses for compliance with bankruptcy guidelines. | 385.00 |
| | | **3.70** | | **$1,037.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024410**
**Matter Number: 1024410**
**Firm: Official Committee of Unsecured Creditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| **For Professional Services through 04/30/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 0.40 | = | $130.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 3.30 | = | $907.50 |
| | **Total for Legal Auditors:** | | | **3.70** | | **$1,037.50** |
| | **Total Hours Worked:** | | | **3.70** | | |
| | **Total Hours Billed:** | | | **3.70** | | **$1,037.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024403**
**Matter Number: 1024403**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/25/2009 | JLM | 0.80 | Format and load electronic data into database look on pacer for first monthly fee statement, look for control files that will be used for this audit and make up folder in Microsoft Outlook. | N/C |
| 04/01/2009 | JLM | 1.40 | Format and load electronic data into database December, January, and February. Have ATT help me with control files. | N/C |
| 04/02/2009 | PSS | 2.90 | Reconcile fees in database to fees requested in fee application. | 797.50 |
| 04/03/2009 | PSS | 0.60 | Continue to reconcile fees in database to fees requested in fee application. | 165.00 |
| 04/08/2009 | LAS | 0.10 | Perform search for potential extended days in excess of 16 hours. | 27.50 |
| | | 0.50 | Reviewed entries classified as interoffice conferences and classified multiple attendance at interoffice conferences. | 137.50 |
| | | 1.40 | Reviewed entries to proportionalize and combine tasks. | 385.00 |
| | | 0.20 | Review tasks for potential double billing, and none found. | 55.00 |
| | | 0.20 | Prepare report of all entries classified as split tasks and determined where entries should be split. | 55.00 |
| | | 1.20 | Reviewed entries classified as conferences and classified intraoffice conferences. | 330.00 |
| | | 1.00 | Reviewed and classified entries as conferences. | 275.00 |
| | | 0.30 | Reviewed and classified entries as administrative temp category that were similar and involved review of the docket and forwarding documents to attorneys. | 82.50 |
| 04/09/2009 | LAS | 0.30 | Prepared summary of hours and fees by position and computed fees and identified transient billers billing less than 10 hours and notated all such billers on notes. | 82.50 |
| | | 0.50 | Started reviewing and classifying entries as legal research. | 137.50 |
| | | 0.90 | Reviewed and classified entries as intraoffice conferences, multiple attendance. | 247.50 |
| 04/09/2009 | PSS | 0.90 | Revise database to proportionalize tasks per LSE. | 247.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024403**
**Matter Number: 1024403**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/10/2009 | LAS | 0.20 | Reviewed entries classified as temporary administrative and determined whether administrative or clerical and classified accordingly. | 55.00 |
| | | 0.20 | Reviewed entries for patterns in reviewing docket and filings. | 55.00 |
| | | 0.10 | Finished classifying legal research entries. | 27.50 |
| | | 0.40 | Reviewed entries classified under temporary classification that involved retention of case professsionals, fee applications, and billing statements and separated into case professional retention and other case professional retention. | 110.00 |
| | | 0.10 | Reviewed and added additional entries to clerical classification. | 27.50 |
| | | 0.40 | Reviewed and classified entries under temporary administrative category to be split between administrative and clerical. | 110.00 |
| | | 0.40 | Reviewed proportionalzed entries and confirmed that categorizations on each entry were correct and revised categorizations where necessary. | 110.00 |
| | | 0.10 | Review and analyze entries for potential long billing days in excess of 16 hours. | 27.50 |
| | | 0.10 | Review and analyze entries for potential double billing. | 27.50 |
| | | 0.10 | Review entries to classify as travel. | 27.50 |
| | | 1.60 | Reviewed and classified all vague entries. | 440.00 |
| | | 0.40 | Reviewed and classified entries under a temporary classification that involve billing statements, fee applications, or retention of professionals. | 110.00 |
| | | 0.30 | Reviewed entries classified as multiple attendance and classified multiple attendance questioned. | 82.50 |
| | | 0.20 | Reviewed entries classified as vague and divided into category for vaguely described conferences and category for other vague tasks. | 55.00 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/15/2009 | LAS | 0.20 | Reviewed entries classified as clerical to confirm classifications correct. | 55.00 |
| | | 0.40 | Reviewed file, application for retention, and order granting application and determine date on which firm could start billing. Reviewed audit to determine if firm billed for periods before that date. | 110.00 |
| | | 0.20 | Reviewed entries classified as interoffice conferences and added to multiple attendance categorization in light of additions made to interoffice conference categorization. | 55.00 |
| | | 0.20 | Reviewed file and application for any rate increases. | 55.00 |
| | | 0.10 | Reviewed entries categorized as multiple attendance and revised categorizations on multiple attendance questioned categorization in light of additions to multiple attendance category. | 27.50 |
| | | 0.40 | Reviewed entries not categorized as conferences and added to conference categorization. | 110.00 |
| | | 0.30 | Reviewed and revised classifications on multiple attendance and multiple attendance questioned. | 82.50 |
| | | 0.90 | Reviewed all entries not previously classified and made some revisions to classifications. | 247.50 |
| | | 0.30 | Reviewed and analyze fee entries to identify blocked entries. | 82.50 |
| | | 0.20 | Determined which entries were added to conference categorization and categorized additional entries as interoffice or intraoffice conferences. | 55.00 |
| | | 0.20 | Reviewed and revised entries classified as conferences to confirm they are correct. | 55.00 |
| | | 0.70 | Added to entries classified as firm's and other firms' retention compensation and fee applications. | 192.50 |
| | | 0.30 | Reviewed and revised classifications on intraoffice conferences multiple attendance. | 82.50 |
| 04/16/2009 | LAS | 0.30 | Reviewed and revised classifications on legal research. | 82.50 |
| | | 0.80 | Reviewed entries classified as other vague entries and revised as necessary. Reviewed entries not so classified and added to other vague classification. | 220.00 |
| | | 0.20 | Reviewed entries categorized as firm's retention/compensation and fee application and confirmed correctly classified. | 55.00 |
| | | 0.10 | Reviewed entries classified as blocked billing and confirmed properly classified. | 27.50 |
| | | 0.20 | Reviewed and revised entries categorized as intraoffice conferences multiple attendance in light of additions made to intraoffice conferences category. | 55.00 |
| | | 0.50 | Reviewed entries and classification methodology and revised notes on categories for review. | 137.50 |
| | | 0.30 | Reviewed and revised entries categorized as vague conferences. | 82.50 |
| 04/23/2009 | PSS | 1.50 | Reconcile fees in database to hard copy of interim fee application. | 412.50 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024403**
**Matter Number: 1024403**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| | | **26.10** | | **$6,572.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024403**
**Matter Number: 1024403**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 5.90 | = | $1,622.50 |
| Laura A. Storck-Elam | LAS | 275.00 | x | 18.00 | = | $4,950.00 |
| **Total for Legal Auditors:** | | | | **23.90** | | **$6,572.50** |

**Data Entry**

| Jennifer L. Minzghor | JLM | 0.00 | x | 2.20 | = | $0.00 |
|------|------|------|--|------|--|------|
| **Total for Data Entry:** | | | | **2.20** | | **$0.00** |

| **Total Hours Worked:** | **26.10** | |
|---|---|---|
| **Total Hours Billed:** | **23.90** | **$6,572.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024402**
**Matter Number: 1024402**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/25/2009 | LKC | 0.40 | Review e-mail from L. Lankford at Reed Smith and attached first monthly application. | 130.00 |
| | | **0.40** | | **$130.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024402**
**Matter Number: 1024402**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 0.40 | = | $130.00 |
| | | **Total for Legal Auditors:** | | **0.40** | | **$130.00** |
| | | **Total Hours Worked** | | **0.40** | | |
| | | **Total Hours Billed:** | | **0.40** | | **$130.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024398**
**Matter Number: 1024398**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/07/2009 | JLM | 3.20 | Format and load electronic data into database. | N/C |
| 04/13/2009 | JLM | 1.30 | Format and load electronic data into database. | N/C |
| 04/14/2009 | JLM | 2.00 | Format and load electronic data into database December- February update spreadsheet. | N/C |
| 04/16/2009 | PSS | 1.10 | Reconcile fees in database to hard copy of interim fee application. | 302.50 |
| 04/17/2009 | PSS | 3.70 | Continue to reconcile fees in database to hard copy of interim fee application. | 1,017.50 |
| 04/20/2009 | PSS | 4.60 | Continue to reconcile fees in database to hard copy of interim fee application. | 1,265.00 |
| | | **15.90** | | **$2,585.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024398**
**Matter Number: 1024398**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 9.40 | = | $2,585.00 |
| | | **Total for Legal Auditors:** | | **9.40** | | **$2,585.00** |

**Data Entry**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jennifer L. Minzghor | JLM | 0.00 | x | 6.50 | = | $0.00 |
| | | **Total for Data Entry:** | | **6.50** | | **$0.00** |
| | | **Total Hours Worked:** | | **15.90** | | |
| | | **Total Hours Billed:** | | **9.40** | | **$2,585.00** |


LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R570 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 03/02/2009 | LKC | 0.90 | Review monthly fee applications from Chadbourne Park, Landis, and Creditor Committee expense request. | 292.50 |
| | | 0.80 | Preparation of case professionals' contact information, audit classifications, and retention information. | 260.00 |
| 03/05/2009 | LKC | 0.20 | Draft e-mail to K. Stickles regarding revised Fee Examiner Order, related certification, and Cooper affidavit. | 65.00 |
| | | 0.60 | Review and revise Fee Examiner order, Cooper affidavit, and certification. | 195.00 |
| | | 0.20 | Review and respond to e-mail from K. Stickles at Cole firm regarding Fee Examiner order and certification. | 65.00 |
| 03/11/2009 | PSS | 4.80 | Review PACER and download orders. | 1,320.00 |
| 03/17/2009 | LKC | 0.20 | Review and revise LKC affidavit for Stuart Maue retention. | 65.00 |
| | | 0.10 | Telephone conference with K. Stickles regarding Stuart Maue retention documents. | 32.50 |
| | | 0.10 | Draft letter and e-mail to K. Stickles regarding Cooper affidavit. | 32.50 |
| 03/18/2009 | LKC | 0.60 | Review docket to identify filed fee applications. | 195.00 |
| 03/18/2009 | PSS | 0.50 | Review PACER and download additional orders issued since last review. | 137.50 |
| | | 0.50 | Update monthly status worksheet. | 137.50 |
| 03/21/2009 | LKC | 1.70 | Begin review docket to identify monthly and quarterly fee applications filed to date. | 552.50 |
| 03/24/2009 | LKC | 0.40 | Review invoices from Alvarez regarding truncated entries. | 130.00 |
| 03/24/2009 | PSS | 0.30 | Review ALVA-TB1 with JLM and discuss invoice format. | 82.50 |
| 03/25/2009 | PSS | 0.90 | Review PACER and download additional orders issued since last review. | 247.50 |
| 03/26/2009 | PSS | 0.90 | Review new data provided by Alvarez for First Monthly and verify that it is not truncated. | 247.50 |
| 03/27/2009 | PSS | 1.00 | Review PACER and download additional orders issued since last review. | 275.00 |
| 03/31/2009 | JLM | 0.10 | Update spreadsheet. | N/C |
| 03/31/2009 | LKC | 0.40 | Review e-mail and attached fee and expense files from L. Llobrera at Paul Hastings. | 130.00 |
| 03/31/2009 | PSS | 0.10 | Update monthly status worksheet. | 27.50 |
| 04/02/2009 | LKC | 0.80 | Review e-mail from Fran Panchak at Landis firm and attached LEDES filed for first and second quarterly monthly application. | 260.00 |
| 04/03/2009 | LKC | 0.10 | Review and respond to e-mail from J. McClelland at Sidley Austin regarding electronic copies of invoices. | 32.50 |
| | | 0.10 | Review and respond to e-mail from Robert Sallmann at Alvarez regarding meeting scheduled for Monday. | 32.50 |
| | | 0.70 | Review Sidely Austin invoices dor December and January received from J. McClelland. | 227.50 |
| | | 0.50 | Preparation of request for notice of service of papers. | 162.50 |

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| 04/06/2009 | LKC | 0.20 | Telephone conference with R. Sallman and V. Garlati regarding Tribune audit process. | 65.00 |
| | | 0.80 | Review first application for reimbursement of expenses for the creditors' committee received from H. Lamb at Chadbourne firm. | 260.00 |
| | | 0.10 | Review e-mails from J. McClelland at Sidley and attached electronic data and invoices for first monthly fee statement. | 32.50 |
| | | 0.70 | Review electronic data and invoices from Sidley first monthly fee statement. | 227.50 |
| 04/13/2009 | LKC | 0.20 | Review e-mail from Jillian at Sidley Austin and attached LEDES files. | 65.00 |
| 04/13/2009 | PSS | 0.10 | Update status worksheet to reflect applications received today. | 27.50 |
| 04/15/2009 | LKC | 0.40 | Review e-mail and attached interim fee application from David Hixson at Jenner & Block. | 130.00 |
| | | 0.10 | Telephone conference with Fran at Landis firm regarding fee review process. | 32.50 |
| 04/16/2009 | JEP | 7.20 | Began drafting of a boilerplate format of a fee auditor's preliminary report regarding interim fee applications, including reviewing and analyzing reports utilized in other bankruptcy proceedings. | 1,980.00 |
| 04/16/2009 | PSS | 0.60 | Review docket and update status spreadsheet. | 165.00 |
| 04/17/2009 | JEP | 3.60 | Continued drafting of boilerplate for fee auditor's final report regarding interim fee applications. | 990.00 |
| | | 2.60 | Continued drafting of boilerplate for fee auditor's preliminary report regarding interim fee applications. | 715.00 |
| 04/17/2009 | LKC | 0.40 | Review e-mail and attached fee and expense detail from A. Leung at Alix Partners. | 130.00 |
| | | 0.10 | Telephone conference with A. Leung regarding first interim fee application for Alix partners. | 32.50 |
| 04/20/2009 | LKC | 0.40 | Review electronic data from Alix Partners. | 130.00 |
| 04/21/2009 | PSS | 0.60 | Update status worksheet to reflect applications received yesterday. | 165.00 |
| 04/22/2009 | LKC | 0.10 | Draft e-mail to P. Ratkowiak at Cole Schotz regarding matter information. | 32.50 |
| | | 0.30 | Review invoice and electronic data received from Cole Schotz for matter information. | 97.50 |
| 04/22/2009 | PSS | 1.20 | Review docket, download necessary documents and update status spreadsheet. | 330.00 |
| 04/24/2009 | LKC | 0.40 | Review e-mail from L. Lankford at Reed Smith and attached first interim fee applications. | 130.00 |
| 04/24/2009 | LS | 1.00 | Review and analysis of initial submissions for JENNER-TB1. | 275.00 |
| 04/30/2009 | LKC | 0.20 | Review e-mail and attached fee and expense data from Jenner & Block. | 65.00 |

STUART MAUE
LEGAL COST ∨ MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 04/30/2009** | | | | |
| | | **38.80** | | **$11,282.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R570 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|

**For Professional Services through 04/30/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| Linda K. Cooper | LKC | 325.00 | x | 12.80 | = | $4,160.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 13.40 | = | $3,685.00 |
| Lisa Savoy | LS | 275.00 | x | 1.00 | = | $275.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 11.50 | = | $3,162.50 |
| | | **Total for Legal Auditors:** | | **38.70** | | **$11,282.50** |

**Data Entry**

| | | | | | | |
|---|---|---|---|---|---|---|
| Jennifer L. Minzghor | JLM | 0.00 | x | 0.10 | = | $0.00 |
| | | **Total for Data Entry:** | | **0.10** | | **$0.00** |
| | | **Total Hours Worked:** | | **38.80** | | |
| | | **Total Hours Billed:** | | **38.70** | | **$11,282.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 04/30/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 X | 21.00 = | $6,825.00 |
| Janet E. Papageorge | JEP | 275.00 X | 43.30 = | $11,907.50 |
| Lisa Savoy | LS | 275.00 X | 3.50 = | $962.50 |
| Pamela S. Snyder | PSS | 275.00 X | 56.60 = | $15,565.00 |
| Laura A. Storck-Elam | LAS | 275.00 X | 44.00 = | $12,100.00 |
| Jeffrey J. Struif | JJS | 275.00 X | 1.30 = | $357.50 |
| Kathy C. Tahan | KCT | 275.00 X | 52.80 = | $14,520.00 |
| | | **Total for Legal Auditors:** | **222.50** | **$62,237.50** |
| **Data Entry** | | | | |
| Jennifer L. Minzghor | JLM | 0.00 X | 26.40 = | $0.00 |
| | | **Total for Data Entry:** | **26.40** | **$0.00** |
| | | **Total Hours Worked:** | **248.90** | |
| | | **Total Hours Billed:** | **222.50** | **$62,237.50** |