UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objections Date: July 31, 2009 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

### SECOND MONTHLY APPLICATION OF STUART MAUE AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD MAY 1, 2009 THROUGH MAY 31, 2008

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | May 1, 2009 through May 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 69,957.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $     0.00 |

This is a monthly application.

This monthly application includes no hours or fees incurred in connection with the preparation of a fee application.

Prior applications: This is the Second Monthly Application filed. The following is disclosed regarding the prior application:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/13/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | None | Not applicable |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Carl A. Beier, Jr. | Senior Legal Auditor | $275.00 | 5.20 | $ 1,430.00 |
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 46.70 | 15,177.50 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 43.40 | 11,935.00 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 0.30 | 0.00 |
| Lisa Savoy | Senior Legal Auditor | $275.00 | 2.00 | 550.00 |
| Pamela Snyder | Senior Legal Auditor | $275.00 | 42.60 | 11,715.00 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 106.00 | 29,150.00 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 0.30 | 0.00 |
| Jennifer Minzghor | Data Control | $65.00 | 5.50 | 0.00 |
| | | Grand Total: | 245.90 | $69,957.50 |
| | | Blended Rate: | | $284.50 |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 245.90 | $69,957.50 |