# EXHIBIT A

**STUART MAUE**
LEGAL COST MANAGEMENT

**Chandler Bigelow**
**Chief Financial Officer**

**Tribune Company**
**435 N. Michigan Avenue**
**Chicago, IL. 60611**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024408**
**Matter Number: 1024408**
**Firm: AlixPartners, LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/01/2009 | JEP | 0.70 | Began drafting summary of categories reviewed. | 192.50 |
| | | 4.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing questioned multiple attendances, blocked-billed entries, clerical and administrative activities. | 1,292.50 |
| 05/04/2009 | JEP | 1.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing case professional retention activities. | 385.00 |
| | | 3.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendances at intraoffice and nonfirm conferences. | 1,017.50 |
| | | 2.90 | Continued the review of billing entries and the further identification and classification of vaguely described tasks. | 797.50 |
| 05/06/2009 | PSS | 0.60 | Review and categorize expenses requested in interim application. | 165.00 |
| 05/26/2009 | JEP | 3.60 | Prepared initial draft of fee auditor's preliminary report regarding firm's first interim fee application and accompanying exhibit table. | 990.00 |
| 05/26/2009 | PSS | 1.70 | Continued to review and categorize expenses requested in interim application. | 467.50 |
| | | **19.30** | | **$5,307.50** |

*STUART* ∨ *MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024408
Matter Number: 1024408
Firm: AlixPartners, LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 17.00 | = | $4,675.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.30 | = | $632.50 |
| | | **Total for Legal Auditors:** | | **19.30** | | **$5,307.50** |
| | | **Total Hours Worked:** | | **19.30** | | |
| | | **Total Hours Billed:** | | **19.30** | | **$5,307.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/01/2009 | LAS | 4.50 | Reviewed entries classified as conferences with nonfirm personnel on spreadsheet and continued to match multiple attendance for 1/12/09 through 1/29/09. | 1,237.50 |
| | | 1.50 | Reviewed and classified entries for multiple attendance, 1/12/09 through 1/29/09. | 412.50 |
| 05/04/2009 | LAS | 4.50 | Reviewed spreadsheet of nonfirm conferences and highlighted entries of multiple attendance through February 22, 2009. | 1,237.50 |
| 05/05/2009 | LAS | 1.50 | Reviewed entries and classified additional multiple attendance by researching instances where an in-firm timekeeper was referenced in another timekeeper's entry but the referenced timekeeper's entry regarding the conference was not initially found. | 412.50 |
| | | 1.50 | Finished highlighting multiple attendance on spreadsheet containing all conferences with nofirm personnel. | 412.50 |
| | | 4.00 | Reviewed entries and classified multiple attendance in audit from spreadsheet and from report which was previously classifying multiple attendance, noting names of timekeepers who usually attend status meetings. | 1,100.00 |
| 05/06/2009 | LAS | 1.80 | Reviewed and classified entries as firm fee applications/retention and other firm fee applications/retention. | 495.00 |
| | | 0.90 | Added to multiple attendance categorization by finishing reviewing entries categorized as non-firm conferences that reference another in-firm timekeeper but do not match entries from the original search. | 247.50 |
| | | 0.70 | Reviewed entries and classified additional entries as administrative/clerical, to be later divided. | 192.50 |
| | | 2.00 | Reviewed entries that were classified as conference with nonfirm personnel and revised by categorizing as intraoffice conferences or administrative where appropriate. | 550.00 |
| 05/08/2009 | LAS | 1.40 | Reviewed audit and classified additional entries as administrative/clerical and started additional category for entries related to activities associated with databases. | 385.00 |
| | | 0.10 | Reviewed audit report for timekeepers that billed less than 10 hours. | 27.50 |
| | | 2.40 | Reviewed entries classified as intraoffice conferences and intraoffice conferences multiple attendance and added to and revised intraoffice conference multiple attendance classification after sorting by date rather than date and matter. | 660.00 |
| | | 1.40 | Reviewed entries classified as intraoffice conferences that referenced other in firm timekeepers where the other timekeeper's matching entry was not found against entire audit to find entries where the other timekeeper billed for the same meeting. | 385.00 |
| 05/11/2009 | LAS | 2.50 | Continued to revise and add to entries classified as administrative/clerical. | 687.50 |
| | | 1.30 | Divided entries classifed administrative/clerical and potential administrative clerical into administrative, clerical, and temporary classificiations for potential clerical/administrative and database activities. | 357.50 |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/12/2009 | LAS | 0.70 | Started reviewing entries classified as intraoffice conference, multiple attendance questioned and analyzing impact of block billed entries on intraoffice conferences, and multiple attendance. | 192.50 |
| | | 1.90 | Reviewed and revised entries classified as blocked billing. | 522.50 |
| | | 1.30 | Started reviewing entries classified as multiple attendance with nonfirm personnel and analyzing impact of block billed entries on this category. | 357.50 |
| 05/13/2009 | LAS | 2.00 | Continued to review entries classified as intraoffice conferences, multiple attendance, and analyzed impact of block billed entries. | 550.00 |
| | | 0.30 | Reviewed entries and began classifying vague conferences. | 82.50 |
| | | 0.90 | Prepared report of entries I classified as block billed entries that need to be adjusted in system regarding multiple attendance in intraoffice conferences and conferences with nonfirm personnel and made notes for appropriate adjustment by PSS. | 247.50 |
| | | 2.30 | Continued to review entries classified as conferences with nonfirm personnel, multiple attendance, and analyzed impact of block billed entries. | 632.50 |
| 05/13/2009 | PSS | 0.30 | Review and categorize expenses requested in interim application. | 82.50 |
| | | 0.40 | Revise database to proportionalize tasks per LSE. | 110.00 |
| 05/14/2009 | LAS | 1.20 | Reviewed entries that were adjusted in the system because of blocked time and revised categorizations on these entries. | 330.00 |
| | | 0.60 | Reviewed entries classified as multiple attendance and started classifying multiple attendance questioned. | 165.00 |
| | | 4.70 | Reviewed and analyzed classified as blocked billing where appropriate, making notes on additional terms used for administrative or clerical tasks. | 1,292.50 |
| 05/14/2009 | PSS | 0.50 | Continue to review and categorize expenses requested in interim application. | 137.50 |
| 05/15/2009 | LAS | 5.90 | Continued to review multiple attendance and classify multiple attendance questioned. | 1,622.50 |
| 05/16/2009 | LAS | 2.10 | Finished classifying multiple attendance questioned on entries previously classified as multiple attendance. | 577.50 |
| | | 2.20 | Reviewed entries classified as conferences for December 9 and February 3, 13 and 19 and classified additional multiple attendance and multiple attendance questioned. | 605.00 |
| 05/18/2009 | LAS | 3.80 | Continued reviewing all entries classified as conferences and classifying vague entries as vague conferences and other vague activities. | 1,045.00 |
| | | 0.20 | Classified long billing days. | 55.00 |
| | | 0.90 | Reviewed conferences for January 29, February 5 and 10, and classified additional multiple attendance and multiple attendance questioned. | 247.50 |

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/19/2009 | LAS | 0.10 | Reviewed entries classified as travel for nonworking travel, working travel, and travel billed at more than half rate. | 27.50 |
| | | 0.10 | Reviewed entries classified as legal research for presumably familiar research. | 27.50 |
| | | 3.30 | Reviewed and classified additional entries as administrative, clerical, and potentially clerical. | 907.50 |
| | | 1.70 | After reviewing entries classified as conferences for vague activities, continued classifying entries as vague conferences and other vague activities. | 467.50 |
| 05/20/2009 | LAS | 3.90 | Continued reviewing entries not already classified to find entries identified as vague. | 1,072.50 |
| 05/21/2009 | LAS | 0.30 | Reviewed entries classified as case professional retention and other case professional retention to ensure correctly classified. | 82.50 |
| | | 0.80 | Reviewed entries to see if any additional entries where a timekeeper billed to attend meeting with self. | 220.00 |
| | | 0.60 | Reviewed entries that were removed from multiple attendance classification and matched multiple attendance. | 165.00 |
| | | 0.10 | Reviewed entries classified as travel and nonworking travel to ensure correctly classified. | 27.50 |
| | | 5.00 | Finished reviewing all entries that were not previously classified and categorized where appropriate. | 1,375.00 |
| | | 0.10 | Reviewed potential double billing and potential double billing questioned to ensure correctly classified. | 27.50 |
| 05/22/2009 | LAS | 4.90 | Prepared report for intraoffice conferences and multiple attendance. Confirmed that more than one timekeeper billed for each conference and made revisions where necessary. | 1,347.50 |
| | | 0.10 | Reviewed and revised entries classified as legal research. Noted which of these entries is in need of additional attention because the firm billed more that one activity in an entry. | 27.50 |
| | | 0.10 | Reviewed and classified entries as transient billers and confirmed entries categorized as extended days were correct. | 27.50 |
| 05/26/2009 | LAS | 5.80 | Reviewed report of entries classified as multiple attendance at interoffice conferences and questioned for 12/08/08 through 1/30/09 and ensured that conferences match and at least one timekeeper's time was not questioned. | 1,595.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/27/2009 | LAS | 1.20 | Finished reviewing report of multiple attendance and multiple attendance questioned to confirm that conferences match and at least one timekeeper for each meeting is not questioned. | 330.00 |
| | | 1.10 | Started reviewing entries classified as clerical and three categories of entries that are potentially clerical/administrative to confirm they are properly classified. | 302.50 |
| | | 0.30 | Classified additional entries from multiple attendance and multiple attendance questioned that need to be revised because they were block billed. | 82.50 |
| | | 2.50 | Reviewed and revised entries classified as administrative and two potential administrative/clerical groups to ensure that entries are properly categorized. | 687.50 |
| 05/27/2009 | PSS | 2.80 | Continue to review and categorize expenses requested in interim application. | 770.00 |
| 05/28/2009 | LAS | 0.90 | Reviewed entries categorized as other vague activities and confirmed correctly categorized. Revised where necessary. | 247.50 |
| | | 1.40 | Finished reviewing clerical and three potential clerical categorizations to confirm properly categorized and revised where necesssary. | 385.00 |
| | | 0.60 | Reviewed and revised categorization on entries that were not properly proportionalized. | 165.00 |
| | | 0.10 | Reviewed entries classified as double billing questioned and revised so that such entries were not otherwise categorized. | 27.50 |
| | | 0.90 | Reviewed and revised entries categorized as vague conferences and confirmed correctly categorized. | 247.50 |
| | | 2.10 | Reviewed and revised entries categorized as blocked to confirm correctly categorized. | 577.50 |
| | | 1.20 | Revised categorization on entries that the firm block billed that will appear on an exhibit. | 330.00 |
| 05/28/2009 | LKC | 1.10 | Begin review and analysis of fee entries identified as potential block billing. | 357.50 |
| 05/29/2009 | LAS | 0.80 | Reviewed proportionalized entries and adjusted classifications as necessary. | 220.00 |
| | | 0.30 | Reviewed and revised categorizations where entries were classified as both intraoffice conference and interoffice conference. | 82.50 |
| | | 2.30 | Drafted preliminary report on findings. | 632.50 |
| | | 0.40 | Reviewed and updated the notes on categories for review including what was still not included in the report. | 110.00 |
| | | 0.10 | Additional meeting with LKC to discuss the preliminary report that I drafted and my notes. | N/C |
| | | 0.20 | Met with LKC and discussed drafting the report for this audit. | N/C |
| 05/29/2009 | LKC | 1.10 | Review and analyze classification of intraoffice conferences and multiple attendance. | 357.50 |
| 05/29/2009 | PSS | 0.80 | Revise database to proportionalize tasks as requested by LSE. | 220.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/31/2009 | LKC | 0.20 | Review and analyze fee entries identified as double billing. | 65.00 |
| | | 2.10 | Review and analyze fee entries identified as conferences with multiple attendees. | 682.50 |
| | | 1.20 | Review and analyze classification of entries identified as vaguely described activities. | 390.00 |
| | | 1.70 | Review and analyze classification of entries identified as administrative and clerical tasks. | 552.50 |
| | | 1.30 | Review and analyze classification of entries identified as block billing. | 422.50 |
| | | 0.20 | Preparation of exhibit list for Alvarez Marsal preliminary report for first quarter. | 65.00 |
| | | 3.30 | Review and revise draft of preliminary report for Alvarez first quarterly application. | 1,072.50 |
| | | 0.60 | Review and analyze transportation expenses related to out-of-town travel, local travel, overtime travel, and travel without sufficient detail. | 195.00 |
| | | **123.90** | | **$34,630.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024495**
**Matter Number: 1024495**
**Firm: Alvarez & Marsal, LLC**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 12.80 | = | $4,160.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.80 | = | $1,320.00 |
| Laura A. Storck-Elam | LAS | 0.00 | x | 0.30 | = | $0.00 |
| Laura A. Storck-Elam | LAS | 275.00 | x | 106.00 | = | $29,150.00 |
| | | **Total for Legal Auditors:** | | **123.90** | | **$34,630.00** |
| | | **Total Hours Worked:** | | **123.90** | | |
| | | **Total Hours Billed:** | | **123.60** | | **$34,630.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024409**
**Matter Number: 1024409**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/13/2009 | PSS | 2.30 | Review and categorize expenses requested in interim application. | 632.50 |
| 05/26/2009 | JEP | 1.90 | Began preparing initial draft of fee auditor's preliminary report regarding firm's first interim fee application and accompanying exhibit table. | 522.50 |
| 05/26/2009 | PSS | 1.10 | Continued to review and categorize expenses requested in interim application. | 302.50 |
| 05/27/2009 | JEP | 3.80 | Review new data received from firm. | 1,045.00 |
| 05/27/2009 | PSS | 1.40 | Continue to review and categorize expenses requested in interim application. | 385.00 |
| | | **10.50** | | **$2,887.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 5.70 | = | $1,567.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.80 | = | $1,320.00 |
| **Total for Legal Auditors:** | | | | **10.50** | | **$2,887.50** |
| **Total Hours Worked:** | | | | **10.50** | | |
| **Total Hours Billed:** | | | | **10.50** | | **$2,887.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/27/2009 | JLM | 0.20 | Look at data and save it on I drive, make up audit code. | N/C |
| | | **0.20** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1025035**
**Matter Number: 1025035**
**Firm: Chadbourne & Parke LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Data Entry**

| | | | | | |
|---|---|---|---|---|---|
| Jennifer L. Minzghor | JLM | 0.00 x | 0.20 = | $0.00 |

|  | | |
|---|---|---|
| **Total for Data Entry:** | **0.20** | **$0.00** |
| **Total Hours Worked:** | **0.20** | |
| **Total Hours Billed:** | **0.00** | **$0.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024405
Matter Number: 1024405
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/01/2009 | LS | 2.00 | Review and analysis of fee entries to identify administrative, travel, vague, orientation, and firm fees. | 550.00 |
| 05/14/2009 | PSS | 0.60 | Review and classify expenses requested in interim application. | 165.00 |
| 05/16/2009 | LKC | 0.30 | Review and analyze fee entries to identify potential block billing and double billing. | 97.50 |
| | | 5.10 | Preparation of draft of preliminary report. | 1,657.50 |
| | | 0.90 | Detailed review of First Quarterly Fee Application. | 292.50 |
| | | 0.50 | Detailed review of application for retention, order of retention and supplemental application for retention. | 162.50 |
| | | 0.30 | Review and analyze rate increases during first period for JennerBlock. | 97.50 |
| | | 1.10 | Review and analyze hours and fees and associated entries billed by each firm timekeeper. | 357.50 |
| | | 0.90 | Review and analyze classification of fee entries identified as conferences, intraoffice conferences, and multiple attendance. | 292.50 |
| 05/18/2009 | PSS | 1.00 | Perform an analysis of the hourly billing rates and determine the amount billed due to rate increases. | 275.00 |
| | | 1.60 | Revise report to agree to amounts on accompanying exhibits. | 440.00 |
| | | 1.00 | Prepare exhibits to accompany report. | 275.00 |
| 05/21/2009 | LKC | 0.60 | Continue to review and revise preliminary report for Jenner first quarterly application. | 195.00 |
| 05/28/2009 | JEP | 0.50 | Assisted in the review and revisions to draft of fee auditor's preliminary report regarding first interim fee application. | 137.50 |
| 05/29/2009 | JEP | 0.40 | Reviewed and made revisions to draft of fee auditor's preliminary report regarding firm first interim fee application. | 110.00 |
| 05/29/2009 | LKC | 0.20 | Draft letter to D. Bradford at Jenner Block regarding report for first quarterly application. | 65.00 |
| | | 0.60 | Review final draft of preliminary report for Jenner Block first quarterly application. | 195.00 |
| | | 0.70 | Review and revise exhibits for report for Jenner first quarterly application. | 227.50 |
| | | 0.10 | Draft e-mail to D. Bradford, C. Martin, and D. Hixon attaching report for Jenner Block first interim applicaiton. | 32.50 |
| | | 1.10 | Review report and exhibits with PSS to verify amounts in report. | 357.50 |
| 05/29/2009 | PSS | 0.50 | Revise exhibits. | 137.50 |
| | | 1.10 | Review report and exhibits with LKC. | 302.50 |

| | | **21.10** | | **$6,422.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024405**
**Matter Number: 1024405**
**Firm: Jenner & Block LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 05/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 12.40 | = | $4,030.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 0.90 | = | $247.50 |
| Lisa Savoy | LS | 275.00 | x | 2.00 | = | $550.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 5.80 | = | $1,595.00 |
| **Total for Legal Auditors:** | | | | **21.10** | | **$6,422.50** |
| **Total Hours Worked:** | | | | **21.10** | | |
| **Total Hours Billed:** | | | | **21.10** | | **$6,422.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/06/2009 | PSS | 1.70 | Review and categorize expenses requested in interim application. | 467.50 |
| 05/22/2009 | LKC | 1.30 | Begin review and analysis of classification of fee entries for compliance with guidelines. | 422.50 |
| 05/25/2009 | LKC | 2.70 | Continue to review and analyze classification of fee entries on first interim fee application for Landis Rath. | 877.50 |
| | | 3.60 | Preparation of preliminary report for Landis Rath first interim fee applicaiton. | 1,170.00 |
| | | 0.20 | Preparation of exhibit and table list for Landis Rath preliminary report for first interim application. | 65.00 |
| 05/26/2009 | PSS | 3.80 | Prepare exhibits to accompany report. | 1,045.00 |
| 05/28/2009 | LKC | 0.80 | Review the application for retention of Landis Rath and the first interim application. | 260.00 |
| | | 1.20 | Review and revise exhibits for preliminary report for Landis first quarterly report. | 390.00 |
| | | 0.70 | Review and revise preliminary report for Landis first quarterly application. | 227.50 |
| 05/29/2009 | JEP | 1.90 | Reviewed and made revisions to draft of fee auditor's preliminary report regarding firm's first interim fee application and accompanying exhibits, including in-firm conferences relating to same. | 522.50 |
| 05/29/2009 | LKC | 0.20 | Review report and exhibits with PSS to verify amounts in report. | 65.00 |
| 05/29/2009 | PSS | 1.50 | Revise exhibits. | 412.50 |
| | | 0.20 | Review report and exhibits with LKC. | 55.00 |
| | | **19.80** | | **$5,980.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024396**
**Matter Number: 1024396**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 10.70 | = | $3,477.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 1.90 | = | $522.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 7.20 | = | $1,980.00 |
| | | **Total for Legal Auditors:** | | **19.80** | | **$5,980.00** |
| | | **Total Hours Worked:** | | **19.80** | | |
| | | **Total Hours Billed:** | | **19.80** | | **$5,980.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024896**
**Matter Number: 1024896**
**Firm: Landis Rath & Cobb LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/06/2009 | JLM | 1.00 | Format and load electronic data into database. | N/C |
| | | **1.00** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024896**
**Matter Number: 1024896**
**Firm: Landis Rath & Cobb LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Data Entry**

| Jennifer L. Minzghor | JLM | 0.00 x | 1.00 = | $0.00 |
|------|------|------|------|------|
| | | **Total for Data Entry:** | **1.00** | **$0.00** |
| | | **Total Hours Worked:** | **1.00** | |
| | | **Total Hours Billed:** | **0.00** | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024406**
**Matter Number: 1024406**
**Firm: McDermott, Will & Emery**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/06/2009 | PSS | 0.50 | Review and categorize expenses requested in interim application. | 137.50 |
| 05/27/2009 | PSS | 0.10 | Continue to review and categorize expenses requested in interim application. | 27.50 |
| 05/28/2009 | PSS | 1.80 | Continue to review and categorize expenses requested in interim application. | 495.00 |
| 05/29/2009 | CAB | 4.50 | Review and analyze fee entries for compliance with guidelines. | 1,237.50 |
| | | 0.70 | Review and analyze initial application. | 192.50 |
| | | **7.60** | | **$2,090.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024406
Matter Number: 1024406
Firm: McDermott, Will & Emery

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 05/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Carl A. Beier, Jr. | CAB | 275.00 | x | 5.20 | = | $1,430.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.40 | = | $660.00 |
| | | **Total for Legal Auditors:** | | **7.60** | | **$2,090.00** |
| | | **Total Hours Worked:** | | **7.60** | | |
| | | **Total Hours Billed:** | | **7.60** | | **$2,090.00** |

*STUART MAUE*
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024897**
**Matter Number: 1024897**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/06/2009 | JLM | 0.10 | Make labels for folders. | N/C |
| 05/07/2009 | PSS | 0.50 | Reconcile fees in database to hard copy of monthly and interim fee applications. | 137.50 |
| 05/08/2009 | PSS | 0.50 | Continue to reconcile fees in database to hard copy of monthly and interim fee applications. | 137.50 |
| | | 1.00 | Review and categorize expenses requested in interim application. | 275.00 |
| 05/27/2009 | PSS | 0.10 | Continue to review and categorize expenses requested in interim application. | 27.50 |
| | | **2.20** | | **$577.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024897
Matter Number: 1024897
Firm: Moelis & Company LLC

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 2.10 | = | $577.50 |
| | | **Total for Legal Auditors:** | | **2.10** | | **$577.50** |
| **Data Entry** | | | | | | |
| Jennifer L. Minzghor | JLM | 0.00 | x | 0.10 | = | $0.00 |
| | | **Total for Data Entry:** | | **0.10** | | **$0.00** |
| | | **Total Hours Worked:** | | **2.20** | | |
| | | **Total Hours Billed:** | | **2.10** | | **$577.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/07/2009 | JLM | 1.00 | Format and load electronic data into database. | N/C |
| | | **1.00** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024898**
**Matter Number: 1024898**
**Firm: Moelis & Company LLC**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Data Entry**

| Jennifer L. Minzghor | JLM | 0.00 x | 1.00 = | $0.00 |
|------|----------|------|-------|--------|
| | | **Total for Data Entry:** | **1.00** | **$0.00** |
| | | **Total Hours Worked:** | **1.00** | |
| | | **Total Hours Billed:** | **0.00** | **$0.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024403**
**Matter Number: 1024403**
**Firm: Paul, Hastings, Janofsky & Walker LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/04/2009 | PSS | 0.50 | Review and categorize expenses requested in interim application. | 137.50 |
| 05/26/2009 | JEP | 2.70 | Prepared initial draft of preliminary report regarding firm's first interim fee application and accompanying exhibit table. | 742.50 |
| 05/27/2009 | PSS | 1.90 | Continue to review and categorize expenses requested in interim application. | 522.50 |
| 05/29/2009 | LKC | 0.70 | Review Paul Hastings application for retention and first and second monthly application. | 227.50 |
| 05/30/2009 | LKC | 0.70 | Review fee entries in Paul Hastings application by timekeeper. | 227.50 |
| | | 1.20 | Review and revise draft of preliminary report for Paul Hastings first quarterly application. | 390.00 |
| | | 0.50 | Review fee entries and identify activities related to firm retention and compensation. | 162.50 |
| | | 0.60 | Review and analyze fee entries of transient timekeepers. | 195.00 |
| | | 0.80 | Review and analyze fee entries identified as intraoffice conferences and identify multiple attendances. | 260.00 |
| | | 0.50 | Review and analyze fee entries identified as administrative and clerical activities. | 162.50 |
| | | 0.30 | Review and identify entries that are block billed. | 97.50 |
| | | **10.40** | | **$3,125.00** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 5.30 | = | $1,722.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 2.70 | = | $742.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.40 | = | $660.00 |
| | | **Total for Legal Auditors:** | | **10.40** | | **$3,125.00** |
| | | **Total Hours Worked:** | | **10.40** | | |
| | | **Total Hours Billed:** | | **10.40** | | **$3,125.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024402**
**Matter Number: 1024402**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/29/2009 | LKC | 0.10 | Review e-mail from Reed Smith regarding second monthly application. | 32.50 |
| | | **0.10** | | **$32.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024402**
**Matter Number: 1024402**
**Firm: Reed Smith LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Legal Auditors**

| | | | | |
|------|------|------|------|------|
| Linda K. Cooper | LKC | 325.00 x | 0.10 = | $32.50 |
| | **Total for Legal Auditors:** | | **0.10** | **$32.50** |
| | **Total Hours Worked:** | | **0.10** | |
| | **Total Hours Billed:** | | **0.10** | **$32.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024398**
**Matter Number: 1024398**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/07/2009 | PSS | 0.20 | Review and categorize expenses requested in interim application. | 55.00 |
| 05/12/2009 | PSS | 2.50 | Continue to review and categorize expenses requested in interim application. | 687.50 |
| 05/13/2009 | PSS | 3.30 | Continue to review and categorize expenses requested in interim application. | 907.50 |
| 05/21/2009 | LKC | 1.30 | Begin review and analysis of fee entries to identify conferences and hearings. | 422.50 |
| | | 0.30 | Preparation and review of timekeeper report for Sidley Austin first quarterly fee application. | 97.50 |
| | | 0.70 | Review first quarterly fee application of Sidley Austin. | 227.50 |
| 05/27/2009 | JEP | 2.20 | Began the review of billing entries and the identification and classification of task descriptions referencing conferences. | 605.00 |
| | | 1.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities. | 385.00 |
| | | 1.60 | Continued the review of billing entries and the identification and classification of task descriptions referencing legal research. | 440.00 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of task descriptions referencing attendances at events. | 192.50 |
| 05/27/2009 | PSS | 0.20 | Continue to review and categorize expenses requested in interim application. | 55.00 |
| 05/28/2009 | JEP | 2.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing legal research activities. | 742.50 |
| | | 5.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm and intraoffice conferences. | 1,402.50 |
| 05/29/2009 | JEP | 1.50 | Continued the review of billing entries and the further identification and classification of task descriptions referencing infirm and intraoffice conferences. | 412.50 |
| 05/29/2009 | PSS | 2.40 | Perform an analysis of the hourly billing rates and determine the amount billed due to rate increases. | 660.00 |
| | | **26.10** | | **$7,292.50** |

STUART MAUE
LEGAL COST ✓ MANAGEMENT

**Tribune Company**

Invoice Date: 06/26/2009
Invoice Number: R589 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 2.30 | = | $747.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 15.20 | = | $4,180.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 8.60 | = | $2,365.00 |
| **Total for Legal Auditors:** | | | | **26.10** | | **$7,292.50** |
| **Total Hours Worked:** | | | | **26.10** | | |
| **Total Hours Billed:** | | | | **26.10** | | **$7,292.50** |

**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/06/2009 | JLM | 2.40 | Format and load electronic data into database update spreadsheet. | N/C |
| | | **2.40** | | **$0.00** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 05/31/2009**

**Data Entry**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Jennifer L. Minzghor | JLM | 0.00 | x | 2.40 | = | $0.00 |
| | | Total for Data Entry: | | 2.40 | | $0.00 |
| | | Total Hours Worked: | | 2.40 | | |
| | | Total Hours Billed: | | 0.00 | | $0.00 |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 05/31/2009** | | | | |
| 05/04/2009 | JLM | 0.80 | Prepare firm multiple folders. | N/C |
| 05/05/2009 | PSS | 0.40 | Review status of interim applications. | 110.00 |
| 05/07/2009 | LKC | 0.40 | Review e-mail from V. Patel and Moellis third monthly fee application and expenses. | 130.00 |
| 05/08/2009 | LKC | 0.20 | Preparation of Request for Notice of Papers. | 65.00 |
| 05/09/2009 | LKC | 2.40 | Preparation of preliminary interim report for use in the review and analysis of each firm. | 780.00 |
| 05/14/2009 | PSS | 1.80 | Review expense guidelines and prepare worksheet to monitor review of expenses. | 495.00 |
| 05/28/2009 | LKC | 0.10 | Telephone conference with K. Stickles regarding format of fee applications. | 32.50 |
| 05/29/2009 | JEP | 0.30 | Conferred with team members in regard to the classification of activities relating to service lists and related activities. | N/C |
| | | **6.40** | | **$1,612.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

**Invoice Date: 06/26/2009**
**Invoice Number: R589 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 05/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 3.10 | = | $1,007.50 |
| Janet E. Papageorge | JEP | 0.00 | x | 0.30 | = | $0.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.20 | = | $605.00 |
| | **Total for Legal Auditors:** | | | **5.60** | | **$1,612.50** |
| **Data Entry** | | | | | | |
| Jennifer L. Minzghor | JLM | 0.00 | x | 0.80 | = | $0.00 |
| | **Total for Data Entry:** | | | **0.80** | | **$0.00** |
| | **Total Hours Worked:** | | | **6.40** | | |
| | **Total Hours Billed:** | | | **5.30** | | **$1,612.50** |

STUART MAUE
LEGAL COST MANAGEMENT

**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 05/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Carl A. Beier, Jr. | CAB | 275.00 X | 5.20 = | $1,430.00 |
| Linda K. Cooper | LKC | 325.00 X | 46.70 = | $15,177.50 |
| Janet E. Papageorge | JEP | 0.00 X | 0.30 = | $0.00 |
| Janet E. Papageorge | JEP | 275.00 X | 43.40 = | $11,935.00 |
| Lisa Savoy | LS | 275.00 X | 2.00 = | $550.00 |
| Pamela S. Snyder | PSS | 275.00 X | 42.60 = | $11,715.00 |
| Laura A. Storck-Elam | LAS | 0.00 X | 0.30 = | $0.00 |
| Laura A. Storck-Elam | LAS | 275.00 X | 106.00 = | $29,150.00 |
| | | **Total for Legal Auditors:** | **246.50** | **$69,957.50** |
| **Data Entry** | | | | |
| Jennifer L. Minzghor | JLM | 0.00 X | 5.50 = | $0.00 |
| | | **Total for Data Entry:** | **5.50** | **$0.00** |
| | | **Total Hours Worked:** | **252.00** | |
| | | **Total Hours Billed:** | **245.90** | **$69,957.50** |