IN THE UNITED BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 08-13141 (KJC) |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | Related to Docket No. 883 |

**CERTIFICATION OF COUNSEL REGARDING DOCKET
NO. 883, MOTION FOR RELIEF FROM AUTOMATIC STAY
WITH RESPECT TO PLAINTIFF E. MICHAEL GUTMAN, M.D., MIKE
GUTMAN, M.D. (MPAC), AND GUTMAN PAIN/ACCIDENT CENTER,
INC., A/K/A AND/OR D/B/A BACK PAIN INSTITUTE OF ORLANDO**

The undersigned counsel to the Estate of E. Michael Gutman, M.D., hereby certifies as follows:

1.  On April 9, 2009, the Motion for Relief from Automatic Stay (the "Motion")[Docket No. 883] With Respect to Plaintiff E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. a/k/a and/or d/b/a Back Pain Institute of Orlando (the "Movant"), was filed with this Court.

2.  On April 23, 2009, the above-captioned debtors and debtors in possession ("Debtors") filed Debtors' Opposition to the Motion (the "Opposition")[Docket No. 1079]. Also on April 23, 2009, the Committee of Unsecured Creditors filed its Joinder to the Debtors' Opposition (the "Joinder")[Docket No. 1080].

3.  An evidentiary hearing (the "Hearing") was held on June 30, 2009 wherein the Court heard evidence and oral arguments for and against the Motion. The proposed form of order (the "Order"), attached hereto as Exhibit "A," reflects the findings by the Court at the conclusion of the Hearing.

WM1A 930362v1 07/14/09

4.      Counsel for the Movant has circulated the attached Order among counsel for the Debtors and Committee and has obtained approval for the attached. Accordingly, counsel for the Movant respectfully requests that the Court enter the proposed Order.

Dated:      July 14, 2009

        FOX ROTHSCHILD LLP

        /s/ L. Jason Cornell
        L. Jason Cornell (No. 3821)
        919 N. Market Street, Suite 1300
        P.O. Box 2323
        Wilmington, DE 19899-2323
        (302) 654-7444
        jcornell@foxrothschild.com.