**JANUARY 12, 2009 - JANUARY 31, 2009**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Wu, Justin | 14-Jan-09 | $ 226 | 1.25 | $ 282.50 | Bankruptcy incentive research |
| Long, Marcia | 15-Jan-09 | $ 493 | 3.00 | $ 1,479.00 | Meet to discuss analysis with JD, Wu, & Rentsch; review comparator group; review client data, including previously preprared PwC reports |
| Wu, Justin | 15-Jan-09 | $ 226 | 7.00 | $ 1,582.00 | Bankruptcy incentive research |
| Wu, Justin | 16-Jan-09 | $ 226 | 7.50 | $ 1,695.00 | Bankruptcy incentive research |
| Long, Marcia | 19-Jan-09 | $ 493 | 8.00 | $ 3,944.00 | Peer review - bankruptcy research on incentive plans |
| Long, Marcia | 20-Jan-09 | $ 493 | 4.00 | $ 1,972.00 | Bankruptcy research - prepetition bonus plans, KEIP plans, peer review research, client meetings - conf call 1/18 with Trib |
| Long, Marcia | 20-Jan-09 | $ 493 | 2.00 | $ 986.00 | Document Drafting - summary for trib mgt on 2009 incentive plans |
| Long, Marcia | 20-Jan-09 | $ 493 | 2.00 | $ 986.00 | Meetings - conf call with Sidley & Trib mgt to discuss incentive plans |
| Wu, Justin | 20-Jan-09 | $ 226 | 5.50 | $ 1,243.00 | Bankruptcy incentive research |
| Dempsey John | 20-Jan-09 | $ 725 | 10.00 | $ 7,250.00 | Project initiation and planning (including review of Tribune compensation information and plan documents); Jan 20 meeting with Tribune management, and coordination and review of initial research |
| Long, Marcia | 21-Jan-09 | $ 493 | 4.00 | $ 1,972.00 | Document drafting - First draft - 2008 incentive payouts |
| Wu, Justin | 21-Jan-09 | $ 226 | 7.00 | $ 1,582.00 | Bankruptcy incentive research |
| Long, Marcia | 22-Jan-09 | $ 493 | 3.00 | $ 1,479.00 | Project management - meet with John and Justin to discuss analysis/next steps/additional research |
| Wu, Justin | 22-Jan-09 | $ 226 | 4.50 | $ 1,017.00 | Bankruptcy incentive research |
| Long, Marcia | 23-Jan-09 | $ 493 | 2.00 | $ 986.00 | Additional research and peer review on bankruptcy research |
| Wu, Justin | 23-Jan-09 | $ 226 | 3.50 | $ 791.00 | Bankruptcy incentive research |
| Long, Marcia | 26-Jan-09 | $ 493 | 2.00 | $ 986.00 | Review and update analysis; misc emails and calls |
| Wu, Justin | 26-Jan-09 | $ 226 | 0.50 | $ 113.00 | Bankruptcy incentive research |
| Wu, Justin | 28-Jan-09 | $ 226 | 5.25 | $ 1,186.50 | Bankruptcy incentive research |
| Czarnota Sarah | 28-Jan-09 | $ 348 | 2.25 | $ 783.00 | Proxy analysis for 2 companies |
| **Total:** | | | **84.25** | **$ 32,315.00** | |

**JANUARY 12, 2009 - JANUARY 31, 2009 EXPENSES**

| | | | |
|---|---|---|---|
| 15-Jan-09 | $ | 18.00 | Cab home - working late |
| 16-Jan-09 | $ | 18.00 | Cab home - working late |
| 20-Jan-09 | $ | 20.00 | Cab home - working late |
| 21-Jan-09 | $ | 6.00 | Cab from Mercer to Tribune |
| 21-Jan-09 | $ | 8.00 | Cab from Tribune to Union Station |
| 21-Jan-09 | $ | 19.00 | Cab home - working late |
| 23-Jan-09 | $ | 15.00 | Cab from Mercer to Tribune and from Tribune to Mercer |
| 28-Jan-09 | $ | 18.00 | Cab home - working late |
| 28-Jan-09 | $ | 17.00 | Dinner - working late |

**Total:    $    139.00**