## FEBRUARY 1, 2009 - FEBRUARY 28, 2009

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Beckett, Joshua | 2-Feb-09 | $ 290 | 4.25 | $ 1,232.50 | Bankruptcy incentive research |
| Beckett, Joshua | 3-Feb-09 | $ 290 | 0.50 | $ 145.00 | Bankruptcy incentive research |
| Beckett, Joshua | 4-Feb-09 | $ 290 | 3.75 | $ 1,087.50 | Bankruptcy incentive research |
| Beckett, Joshua | 5-Feb-09 | $ 290 | 1.00 | $ 290.00 | Bankruptcy incentive research |
| Long, Marcia | 5-Feb-09 | $ 493 | 4.00 | $ 1,972.00 | Meetings - attended by Sidley Austin, & John D.; Trib attendees include Don Liebentritt, Mike Bourgon, Sue O'Connor |
| Long, Marcia | 5-Feb-09 | $ 493 | 2.50 | $ 1,232.50 | Review new survey data, review discretion case studies, internal meetings and |
| Wu, Justin | 5-Feb-09 | $ 226 | 1.00 | $ 226.00 | Trib Mkt Pricing |
| Dempsey John | 5-Feb-09 | $ 725 | 7.00 | $ 5,075.00 | Report preparation and attendance at Feb 5 meeting with Tribune |
| Beckett, Joshua | 6-Feb-09 | $ 290 | 5.50 | $ 1,595.00 | Bankruptcy incentive research and addition |
| Czarnota Sarah | 6-Feb-09 | $ 348 | 3.75 | $ 1,305.00 | Financial benchmarking analysis |
| Czarnota Sarah | 6-Feb-09 | $ 348 | 0.25 | $ 87.00 | Discuss financial benchmarking analysis w/ |
| Long, Marcia | 6-Feb-09 | $ 493 | 1.50 | $ 739.50 | Attended by J. Dempsey and Sidley Austin; Trib attendees include Mike Bourgon, Sue |
| Long, Marcia | 6-Feb-09 | $ 493 | 5.00 | $ 2,465.00 | Prep for meeting, peer review, prelim benchmarking, review comp comm minutes, |
| Long, Marcia | 7-Feb-09 | $ 493 | 5.00 | $ 2,465.00 | Draft reports - 2008 payouts/2009 strawman plans; peer review market pricing |
| Long, Marcia | 8-Feb-09 | $ 493 | 8.00 | $ 3,944.00 | Develop KEIP awards, revise reports, revise mkt analysis |
| Czarnota Sarah | 9-Feb-09 | $ 348 | 0.50 | $ 174.00 | Financial benchmarking analysis - add |
| Long, Marcia | 9-Feb-09 | $ 493 | 2.00 | $ 986.00 | Meetings - meet with management & Sidley to review report and discuss comp programs: D Liebentritt, G Spector, C |
| Long, Marcia | 9-Feb-09 | $ 493 | 5.00 | $ 2,465.00 | Meeting prep/revisions to report and analysis based on mgt feedback; develop discussion doc for comp committee meeting |
| Dempsey John | 9-Feb-09 | $ 725 | 7.00 | $ 5,075.00 | Consulting review of preliminary analysis (compensation benchmarking, bankruptcy comps), draft 2/9 report |
| Dempsey John | 9-Feb-09 | $ 725 | 7.00 | $ 5,075.00 | 2/9 report preparation; attendance at Feb 9 meeting with Trib management |
| Long, Marcia | 10-Feb-09 | $ 493 | 6.00 | $ 2,958.00 | Identify add'l jobs for benchmarking; summarize prelim survey matches for review with Sue O'Connor; misc updates to exec benchmarking; revise/refine comp |
| Long, Marcia | 11-Feb-09 | $ 493 | 1.50 | $ 739.50 | Conference call with Brian Gold (Sidley) to review comp committee deck, meet with Sue O'Connor to review suggested job |
| Long, Marcia | 11-Feb-09 | $ 493 | 5.00 | $ 2,465.00 | Prep for meeting with Sue, update comp committee report per Brian Golds' comments, prelim KEIP awards for other |
| Long, Marcia | 12-Feb-09 | $ 493 | 6.00 | $ 2,958.00 | KEIP modeling - update based on mkt data, debtor vs non debtor analysis, data |

### FEBRUARY 1, 2009 - FEBRUARY 28, 2009

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 13-Feb-09 | $ 493 | 4.00 | $ 1,972.00 | Misc calls and emails with client; revisions to benchmarking and KEIP model based on Sue O'Connors input |
| Long, Marcia | 13-Feb-09 | $ 493 | 1.00 | $ 493.00 | Conference call with Gerry Spector: Review |
| Long, Marcia | 17-Feb-09 | $ 493 | 1.50 | $ 739.50 | Internal meetings with Christina and John to review benchmarking/discuss KEIP: follow up on conf call with Gerry |
| Dempsey John | 17-Feb-09 | $ 725 | 7.00 | $ 5,075.00 | Preparation of 2/11 revised report, Feb 17 conference call with Jerry Spector and misc |
| Dempsey John | 18-Feb-09 | $ 725 | 7.00 | $ 5,075.00 | Report preparation/revisions and attendance at Feb 6 meeting with Mike Bourgon and |
| Long, Marcia | 18-Feb-09 | $ 493 | 4.00 | $ 1,972.00 | Internal meetings with Christina and John to review benchmarking/discuss KEIP: follow up on conf call with Gerry |
| Long, Marcia | 19-Feb-09 | $ 493 | 4.00 | $ 1,972.00 | Review updated exec benchmarking results, conf call with Sue O'Connor to discuss group 2 benchmarking results |
| Long, Marcia | 19-Feb-09 | $ 493 | 0.50 | $ 246.50 | Conference call with Brian and Jonathon (Sidely) and J Dempsey |
| Sung, Christina | 22-Feb-09 | $ 226 | 9.25 | $ 2,090.50 | Executive Compensation Benchmarking - Top 30, Tier 1, Tier 2, KEIP modeling |
| Long, Marcia | 23-Feb-09 | $ 493 | 1.50 | $ 739.50 | Meet with Chandler Bigelow, Gerry Spector, Mike Bourgon to discuss bus plan, review KEIP eligibility, etc |
| Long, Marcia | 23-Feb-09 | $ 493 | 3.00 | $ 1,479.00 | Develop prelim payout curves based on bus plan; misc emails, phone calls; meeting |
| Sung, Christina | 23-Feb-09 | $ 226 | 9.25 | $ 2,090.50 | Executive Compensation Benchmarking - Top 30, Tier 1, Tier 2, KEIP modeling |
| Long, Marcia | 24-Feb-09 | $ 493 | 1.00 | $ 493.00 | Internal meetings , revisions to comp committee report; meet with Dempsey to |
| Sung, Christina | 24-Feb-09 | $ 226 | 9.25 | $ 2,090.50 | Executive Compensation Benchmarking - Top 30, Tier 1, Tier 2, KEIP modeling |
| Dempsey John | 25-Feb-09 | $ 725 | 1.00 | $ 725.00 | Conf calls to discuss 2009 bus plan - Mike Bourgon, Jonathon Lotsoff and Chandler |
| Long, Marcia | 25-Feb-09 | $ 493 | 1.00 | $ 493.00 | 2 conf calls to discuss 2009 bus plan - Mike Bourgon, Jonathon Lotsoff and Chandler |
| Long, Marcia | 25-Feb-09 | $ 493 | 4.00 | $ 1,972.00 | Review 2009 business plan and suggested KEIP awards; update analysis to reflect reduced participation, compile mkt practices |
| Sung, Christina | 25-Feb-09 | $ 226 | 9.25 | $ 2,090.50 | Executive Compensation Benchmarking - Top 30, Tier 1, Tier 2, KEIP modeling |
| Long, Marcia | 26-Feb-09 | $ 493 | 6.00 | $ 2,958.00 | Update market analysis based on comp committee chair feedback; peer review changes by Sung, revisions to deck |
| Sung, Christina | 26-Feb-09 | $ 226 | 1.50 | $ 339.00 | Executive Compensation Benchmarking - Top 30, Tier 1, Tier 2, KEIP modeling |
| Dempsey John | 27-Feb-09 | $ 725 | 1.00 | $ 725.00 | Review draft of report |
| Long, Marcia | 27-Feb-09 | $ 493 | 2.00 | $ 986.00 | Internal meetings revisions to comp committee report; meet with Dempsey to |

**FEBRUARY 1, 2009 - FEBRUARY 28, 2009**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Sung, Christina | 27-Feb-09 | $ 226 | 1.25 | $ 282.50 | Market Pricing Updates |
| | Total: | | 182.25 | $ 83,855.50 | |