IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) | **Related to Docket Nos. 1670, 1678, 1680 and 1700** |
|  | ) | **Hearing Date: July 16, 2009 at 3:30 p.m.** |

**MOTION FOR LEAVE TO FILE REPLY BY PPF OFF TWO PARK AVENUE OWNER, LLC TO DEBTORS' OBJECTION TO MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC FOR AN ORDER COMPELLING LEASE PAYMENTS**

PPF OFF Two Park Avenue Owner, LLC ("Landlord"), by and through its undersigned counsel, submits this motion (the "Motion for Leave") for entry of an order granting the Landlord leave and permission to file the reply (the "Reply") to the Debtors' Objection (the "Objection" or "Obj.") (D.I. 1700) to the motion (the "Motion")[1] (D.I. 1670) of Landlord for an order compelling Tenant, as one of the Debtors, to timely perform its obligations under Landlord's Lease by paying (i) rent and semiannual real estate taxes due July 1, 2009; (ii) the shortfall in January through June 2009 monthly rent due to Tenant's improper setoffs; (iii) other unpaid post-petition amounts due under the Lease for the period through June 30, 2009; and (iv) attorney's fees and interest incurred due to Tenant's post-petition Lease defaults. In support of this Motion, the Landlord respectfully submits as follows:

1. On June 30, 2009, the Landlord filed the Motion.

2. On July 2, 2009, the Landlord filed the Supplement to the Motion correcting the date stated in the Motion for the payment of real estate taxes by one of the Debtors (D.I. 1680).

3. On July 9, 2009, the Debtors filed the Objection.

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

#11240071 v1

4. By this Motion for Leave, the Landlord respectfully requests entry of an order granting the Landlord leave and permission to file the Reply in the form attached hereto as **Exhibit A**. The Reply responds to the various factual and legal arguments asserted by the Debtors and sets forth why those arguments and the Objection should be overruled and the Motion granted. Accordingly, the Landlord submits that the Reply will assist the Court in the consideration of the Motion.

WHEREFORE, the Landlord respectfully requests that this Court enter an order allowing the Landlord to file the Reply in the form attached as **Exhibit A** and granting such other and further relief as is just and necessary.

Dated: July 14, 2009
      Wilmington, DE

Respectfully submitted,

**PEPPER HAMILTON LLP**

By: /s/ Leigh-Anne M. Raport
David B. Stratton (No. 960)
Leigh-Anne M. Raport (No. 5055)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

and

**WILLKIE FARR & GALLAGHER LLP**
Alan J. Lipkin, Esq.
Jeremy E. Crystal, Esq.
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Co-Counsel for PPF OFF Two Park Avenue Owner, LLC

#11240071 v1