**TORO DECLARATION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### DECLARATION OF JOSE TORO IN SUPPORT OF MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC FOR AN ORDER COMPELLING PAYMENTS

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss: |
| COUNTY OF NEW YORK | ) |

JOSE TORO, hereby states:

1. I am Property Manager of PPF OFF Two Park Avenue Owner, LLC ("Landlord").

2. I submit this declaration in support of Landlord's motion (the "Motion")[1] for an order compelling post-petition lease payments by the Tribune Company ("Tenant") and in response to the Debtors' objection to the Motion (the "Objection"). Unless otherwise stated in this declaration, I have personal knowledge of the facts as set forth herein. If I were called upon to testify, I could and would testify to each of the facts set forth herein based on my personal knowledge.

3. I am familiar with Landlord's real property operations at the premises located at 2 Park Avenue, New York, New York (the "Premises") subject to the Lease Agreement, dated as of September 30, 2002, as amended by the First Amendment of Lease, dated as of January 24, 2003, and the Second Amendment of Lease, dated as of June 7, 2004, between Landlord and Tenant.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

4. After June 30, 2009, Tenant continued to store hundreds of items of its personal property at the Premises.

5. Landlord has not accepted surrender of the Premises by Tenant in any manner.

6. Tenant's security system at the Premises was not disabled by Landlord in June or July 2009.

7. On June 30, 2009 and thereafter Tenant and its employees and personnel have neither had their access to the Premises restricted nor complained about any such lack of access except for the single reference to such access in the Objection.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 14, 2009

_____
JOSE TORO