# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>) Related to Docket Nos. 1670, 1678, 1680 and 1700<br>) Hearing Date: July 16, 2009 at 3:30 p.m. |

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY BY PPF OFF TWO PARK AVENUE OWNER, LLC TO DEBTORS' OBJECTION TO MOTION OF PPF OFF TWO PARK AVENUE OWNER, LLC FOR AN ORDER COMPELLING LEASE PAYMENTS

Upon consideration of the motion (the "Motion For Leave") for entry of an order granting the Landlord leave and permission to file the reply (the "Reply") to the Objection (the "Objection") (D.I. 1700) to the motion (the "Motion")[1] (D.I. 1670) of Landlord for an order compelling Tenant, as one of the Debtors, to timely perform its obligations under Landlord's Lease by paying (i) rent and semiannual real estate taxes due July 1, 2009; (ii) the shortfall in January through June 2009 monthly rent due to Tenant's improper setoffs; (iii) other unpaid post-petition amounts due under the Lease for the period through June 30, 2009; and (iv) attorney's fees and interest incurred due to Tenant's post-petition Lease defaults; and it appearing that the Court has jurisdiction to consider the Motion for Leave pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that granting the relief requested in the Motion for Leave is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion for Leave has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion for Leave.

#11240198 v1

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion for Leave is granted.

2. The Landlord is granted leave and is permitted to file the Reply.

3. The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: _____, 2009
      Wilmington, Delaware                 _____
                                               UNITED STATES BANKRUPTCY JUDGE