## CERTIFICATE OF SERVICE

I, Leigh-Anne M. Raport, hereby certify that on the 14th day of July, 2009, I caused the foregoing **PPF OFF Two Park Avenue Reply to Debtors' Objection to the Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Payments** to be served upon the following individuals in the manner indicated.

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Kenneth P. Kansa, Esquire
Bridget J. Hauserman, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
**Fax: 312-853-7036**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
**Fax: 302-652-3117**

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
**Fax: 302-573-6497**

/s/ Leigh-Anne M. Raport
Leigh-Anne M. Raport

#11240008 v1