# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1718** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 16, 2009 AT 3:30 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1. Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Examination of Robert R. McCormick Tribune Foundation and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 (Filed June 10, 2009) (Docket No. 1334)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold font.**

Objection Deadline: July 9, 2009 at 4:00 p.m.
On consent of the parties, (i) the Objection Deadline is extended to 4:00 p.m. on July 16, 2009 for Robert R. McCormick Tribune Foundation and the Cantigny Foundation, and (ii) the Reply Deadline is extended to 4:00 p.m. on July 23, 2009 for the Official Committee of Unsecured Creditors.

Responses Received: None at this time.

Status: On consent of the parties, this matter is adjourned to the July 28, 2009 hearing at 1:00 p.m. This matter will not be going forward.

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION**

2.  South Florida Stadium Corporation's Motion for Relief from the Automatic Stay to Effectuate a Setoff of Certain PrePetition Amounts with Debtor Forum Publishing Group, Inc. (Filed June 26, 2009) (Docket No. 1647)

    Related Document(s):

    (a) Certification of Counsel Regarding South Florida Stadium Corporation's Motion for Relief from the Automatic Stay to Effectuate a Setoff of Certain PrePetition Amounts with Debtor Forum Publishing Group, Inc. (Filed July 10, 2009) (Docket No. 1703)

    (b) **Order Granting South Florida Stadium Corporation's Motion for Relief from the Automatic Stay to Effectuate a Setoff of Certain Prepetition Amounts with Debtor Forum Publishing Group, Inc. (Entered July 14, 2009) (Docket No. 1726)**

    Objection Deadline: July 9, 2009 at 4:00 p.m.

    Responses Received: None.

    **Status: The Court entered an Order granting the Motion. This matter will not be going.**

3.  Application for an Order Authorizing Debtors to Employ and Retain Dow Lohnes PLLC as Special Counsel for Certain Regulatory (FCC and Broadcast) Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107 (Filed June 26, 2009) (Docket No. 1650)

    Related Document(s):

    (a) Certification of No Objection Regarding Application for an Order Authorizing Debtors to Employ and Retain Dow Lohnes PLLC as Special Counsel for Certain Regulatory (FCC and Broadcast) Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107 (Filed July 13, 2009) (Docket No. 1714)

        (b)    **Order Authorizing Debtors to Employ and Retain Dow Lohnes, PLLC as Special Counsel for Certain Regulatory (FCC and Broadcast) Matters Pursuant to 11 U.S.C. §§ 327(e) and 1107 (Entered July 14, 2009) (Docket No. 1725)**

Objection Deadline: July 9, 2009 at 4:00 p.m.

Responses Received: None.

**Status:** **The Court entered an Order granting the Application. This matter will not be going.**

4.    Motion for an Order Pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 9019 Authorizing the Debtors to Assume Certain Syndicated Program Agreements with CBS and to Compromise Claims (Filed June 26, 2009) (Docket No. 1651)

Related Document(s):

        (a)    Notice of Filing Amended Exhibit A to Motion for an Order Pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 9019 Authorizing the Debtors to Assume Certain Syndicated Program Agreements with CBS and to Compromise Claims (Filed July 9, 2009) (Docket No. 1698)

        (b)    Certification of Counsel Regarding Motion for an Order Pursuant to 11 U.S.C. § 365 and Federal Rule of Bankruptcy Procedure 9019 Authorizing the Debtors to Assume Certain Syndicated Program Agreements with CBS and to Compromise Claims (Filed July 13, 2009) (Docket No. 1715)

        (c)    **Order Authorizing the Debtors to Assume Certain Syndicated Program Agreements with CBS and Approving Compromise of Claims (Entered July 14, 2009) (Docket No. 1724)**

Objection Deadline: July 9, 2009 at 4:00 p.m.

Responses Received: None.

**Status:** **The Court entered an Order granting the Motion. This matter will not be going.**

46429/0001-5792144v2

5.  Joint Motion of Debtors and CBS for Entry of an Order Authorizing them to File Under Seal Unredacted Versions of Certain Syndicated Program Agreements (Filed June 26, 2009) (Docket No. 1652)

    Related Document(s):

    (a) Certification of No Objection Regarding Joint Motion of Debtors and CBS for Entry of an Order Authorizing them to File Under Seal Unredacted Versions of Certain Syndicated Program Agreements (Filed July 13, 2009) (Docket No. 1716)

    **(b) Order Authorizing Debtors and CBS to File Under Seal Unredacted Versions of Certain Syndicated Program Agreements (Entered July 14, 2009) (Docket No. 1724)**

    Objection Deadline: July 9, 2009 at 4:00 p.m.

    Responses Received: None.

    **Status: The Court entered an Order granting the Motion. This matter will not be going.**

6.  Motion by JPMorgan Chase Bank, N.A. for Entry of an Order Pursuant to Fed. R. Evid. 502(d) (Filed June 26, 2009) (Docket No. 1644)

    Related Document(s):

    (a) Certificate of No Objection Regarding Motion by JPMorgan Chase Bank, N.A. for Entry of an Order Pursuant to Fed. R. Evid. 502(d) (Filed July 13, 2009) (Docket No. 1713)

    **(b) Order Pursuant to Fed. R. Evid. 502(d) (Entered July 14, 2009) (Docket No. 1723)**

    Objection Deadline: July 9, 2009 at 4:00 p.m.

    Responses Received: None.

    **Status: The Court entered an Order granting the Motion. This matter will not be going.**

46429/0001-5792144v2

## CONTESTED MATTERS GOING FORWARD

7.   Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) Shortfall in January through June Rent Due to Improper Setoffs; and (III) Attorneys Fees and Interest Incurred Due to Debtors Post-Petition Lease Defaults (Filed June 30, 2009) (Docket No. 1670)

   Related Document(s):

   (a)   Supplement to Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) shortfall in January through June Rent Due to Improper Setoffs; (III) Semiannual Real Estate Taxes; and (IV) Attorneys Fees and Interest Incurred Due to Debtors Post-Petition Lease Defaults (Filed July 2, 2009) (Docket No. 1680)

   **(b)   Motion for Leave to File Reply by PPF Off Two Park Avenue Owner, LLC to Debtors' Objection to Motion of PPF Off Two Park Avenue Owner, LLC for an Order Compelling Lease Payments (Filed July 14, 2009) (Docket No. 1732)**

   Objection Deadline: July 9, 2009 at 4:00 p.m.

   Responses Received:

   (a)   Debtors' Objection to the Motion of PPF Off Two Park Avenue Owner, LLC for an Order Compelling Payments (Filed July 9, 2009) (Docket No. 1700)

   Status:   This matter will be going forward.

## STATUS CONFERENCE

8.   Motion for Relief from Automatic Stay with Respect to E. Michael Gutman, M.D., Mike Gutman, M.D. (MPAC), P.A. and Gutman Pain/Accident Center, Inc. (Filed April 9, 2009) (Docket No. 883)

   Related Document(s):

   **(a)   Certification of Counsel Regarding Docket No. 883, Motion for Relief from Automatic Stay with Respect to Plaintiff E. Michael Gutman, M.D. (MPAC), and Gutman Pain/Accident Center, Inc., a/k/a and/or d/b/a Back Pain Institute of Orlando (Filed July 14, 2009 (Docket No. 1727)**

   Objection Deadline: April 23, 2009 at 4:00 p.m.

46429/0001-5792144v2

Status:   Pursuant to the Court's directive at the June 30, 2009 evidentiary hearing, this matter will be going forward as a status conference only.

Dated: July 15, 2009

    SIDLEY AUSTIN LLP

    Bryan Krakauer
    James F. Conlan
    Janet E. Henderson
    Kevin T. Lantry
    Kenneth P. Kansa
    One South Dearborn Street
    Chicago, IL 60603
    Telephone: (312) 853-7000
    Facsimile: (312) 853-7036

    -and-

    COLE, SCHOTZ, MEISEL,
    FORMAN & LEONARD, P.A.

By: ___/s/_____
    Norman L. Pernick (No. 2290)
    J. Kate Stickles (No. 2917)
    500 Delaware Avenue, Suite 1410
    Wilmington, DE 19801
    Telephone: (302) 652-3131
    Facsimile: (302) 652-3117

    ATTORNEYS FOR DEBTORS
    AND DEBTORS IN POSSESSION