IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, <br> Debtors. | Case No. 08-13141 (KJC) <br> Objection Date: August 4, 2009 at 4:00 p.m. <br> Hearing Date: TBD <br> Related to Docket Nos. 1223, 1274 and 1728 |

**SECOND INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MARCH 1, 2009 THROUGH MAY 31, 2009**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009** *nunc pro tunc* **to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **March 1, 2009 through May 31, 2009** |
| Total Amount of Compensation sought as actual, reasonable and necessary for applicable period: | **$256,560.00** |
| Total Amount of Expense Reimbursement sought as actual, reasonable and necessary for applicable period: | **$17,090.58** |
| Total Amount of Compensation Paid as actual, reasonable and necessary for applicable period: | **$143,003.60*** |
| Total Amount of Expense Reimbursement Paid as actual, reasonable and necessary for applicable period: | **$14,064.68*** |
| Total Amount of Holdback Fees Sought for applicable period ** | **$51,312** (includes 20% holdback attributable to third, fourth and fifth fee applications) |

\*   If no objections are received by August 4, 2009 to the fifth monthly fee application, Cole, Schotz, Meisel, Forman & Leonard, P.A. anticipates receipt of $62,244.40 in fees and $3,025.90 in expenses in connection with the fifth monthly fee applications.

\*\*  Applicant seeks allowance of the 20% holdback for the third, fourth and fifth monthly fee applications.

46429/0001-5842611v1

## TRIBUNE COMPANY, *et al.*

## SUMMARY OF BILLING BY PROFESSIONAL
## MARCH 1, 2009 THROUGH MAY 31, 2009

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 34.8 | $22,620.00 |
| Alan Rubin | 1981 | Member (since 1995) | $525.00 | 0.2 | $105.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 4.1 | $2,152.50 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 384.0 | $184,320.00 |
| Marion M. Quirk | 1998 | Member (since 2009) | $475.00 | 0.2 | $95.00 |
| David M. Bass | 1994 | Member (since 2006) | $425.00 | 0.2 | $85.00 |
| Mark J. Politan | 1998 | Member (since 2008) | $365.00 | 0.7 | $255.50 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 10.1 | $3,333.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 12.2 | $3,843.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 207.7 | $39,463.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 1.8 | $288.00 |
| TOTALS | | | | 656.00 | $256,560.00 |

**Blended Rate: $391.10**

\*    This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

TRIBUNE COMPANY, *et al.*

COMPENSATION BY PROJECT CATEGORY
MARCH 1, 2009 THROUGH MAY 31, 2009

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses, and Leases (Sec. 363) | 34.6 | $14,589.00 |
| Automatic Stay Matters/Litigation | 39.1 | $16,835.50 |
| Bank Claims and Litigation Matters | 0.2 | $130.00 |
| Case Administration | 87.4 | $28,957.50 |
| Cash Collateral and DIP Financing | 59.1 | $25,575.50 |
| Claims Analysis, Administration and Objections | 16.5 | $7,043.00 |
| Committee Matters and Creditor Meetings | 7.3 | $4,456.00 |
| Creditor Inquiries | 4.8 | $1,782.00 |
| Employee Matters | 35.5 | $14,979.00 |
| Executory Contracts | 13.3 | $5,456.00 |
| Fee Application Matters/Objections | 82.8 | $28,840.00 |
| Leases (Personal Property and Financing) | 0.6 | $288.00 |
| Leases (Real Property) | 16.6 | $6,366.00 |
| Litigation/General (Except Automatic Stay Relief) | 60.7 | $23,693.00 |
| Preparation for and Attendance at Hearings | 87.1 | $33,721.00 |
| Reorganization Plan | 9.9 | $4,525.00 |
| Reports; Statements and Schedules | 48.5 | $18,482.50 |
| Retention Matters | 47.0 | $18,273.00 |
| Tax/General | 0.3 | $144.00 |
| Utilities/Sec. 366 Issues | 0.6 | $271.50 |
| General Corporate Advice | 4.1 | $2,152.50 |
| **TOTAL** | **656.00** | **$256,560.00** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## MARCH 1, 2009 THROUGH MAY 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (27,134 pages @ $0.10/page) | | $2,713.40 |
| Telephone | | $21.59 |
| Telecopier | *Parcels, Inc.* | $1,412.25 |
| Postage | | $6,906.36 |
| Filing Fees (*Pro Hac Admissions; Amended Schedules*) | *U.S. District Court; U.S. Bankruptcy Court* | $2,320.50 |
| Document Retrieval/Court Documents | *PACER Service Center* | $34.88 |
| Overtime (Secretarial) | | $489.11 |
| Travel Expenses (public transportation, working meals) | *Eagle Transportation; PureBread Deli; Cavanaugh's* | $611.57 |
| Transcripts | *Transcripts Plus; Diaz Data Services* | $481.20 |
| Outside Photocopying | *Parcels, Inc.* | $320.21 |
| Messenger Service | *Parcels, Inc.* | $1,115.73 |
| Overnight Delivery | *Federal Express* | $59.48 |
| Certified Copies | *Parcels, Inc.* | $29.30 |
| Miscellaneous (Service Fee) | *Parcels, Inc.* | $575.00 |
| **TOTAL** | | **$17,090.58** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: August 4, 2009 at 4:00 p.m.<br>Hearing Date: TBD<br>Related to Docket Nos. 1223, 1274 and 1728 |

**SECOND INTERIM FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM PERIOD FROM MARCH 1, 2009 THROUGH MAY 31, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the Debtors in the above-captioned chapter 11 cases, hereby submits its second interim fee application (the "Interim Fee Application") for allowance of compensation and reimbursement of expenses for the interim period from March 1, 2009 through May 31, 2009, and respectfully represents as follows:

## INTRODUCTION

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

46429/0001-5842611v1

5.  On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee Members (the "Fee Order"), and on January 6, 2009, this Court entered an Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications (the "Fee Examiner Order"). Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim allowance of compensation for professional services rendered and for reimbursement of expenses necessarily incurred by Applicant in serving as co-counsel to the Debtors. Specifically, Applicant seeks interim approval and allowance of compensation in the amount of $256,560.00 for professional services rendered, and reimbursement of actual and necessary expenses incurred in the amount of $17,090.58, during the interim period from March 1, 2009 through May 31, 2009, as detailed in the chart below.

| Application Docket No. Date Filed | CONO Date Filed Docket No. | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses (100%) | Fee Holdback (20%) |
|---|---|---|---|---|---|---|---|
| Third Monthly D.I. 1223 Filed: 5/21/09 | 6/12/09 D.I. 1565 | 3/1/09 – 3/31/09 | $93,216.00 | $4,754.28 | $74,572.80 | $4,754.28 | $18,643.20 |
| Fourth Monthly D.I. 1274 Filed: 5/29/09 | 6/22/09 D.I. 1602 | 4/1/09- 4/30/09 | $85,538.50 | $9,310.40 | $68,430.80 | $9,310.40 | $17,107.70 |
| Fifth Monthly D.I. 1728 Filed: 7/14/09 | Obj. due 8/3/09 | 5/1/09 – 5/31/09 | $77,805.50 | $3,025.90 | *pending* | *pending* | *pending* |
| **Totals** | | | **$256,560.00** | **$17,090.58** | **$143,003.60** | **$14,064.68** | **$35,750.90** |

6.  Notice of this Interim Fee Application has been provided in accordance with the Fee Order to: (i) the Office of the United States Trustee; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent; (iii) counsel to the Administrative Agent for the Prepetition Lenders, JPMorgan Chase Bank, N.A.; (iv) the Debtors; (v) counsel to the Committee; and (vi) all parties in interest required to receive notice pursuant to Fed. R. Bankr. P. 2002. Applicant submits that no other or further notice need be provided.

2

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing interim allowance of compensation in the amount of $256,560.00 for professional services rendered and $17,090.58 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts, including the 20% holdback of fees as provided for in the Fee Order; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: July 15, 2009

                                           **COLE, SCHOTZ, MEISEL,**
                                           **FORMAN & LEONARD, P.A.**

                         By: _/s/ Norman L. Pernick_
                                Norman L. Pernick (No. 2290)
                                J. Kate Stickles (No. 2917)
                                500 Delaware Avenue, Suite 1410
                                Wilmington, DE 19801
                                Telephone: 302-652-3131
                                Facsimile: 302-652-3117

                                ATTORNEYS FOR THE DEBTORS
                                AND DEBTORS IN POSSESSION