**Exhibit B**

**(Summaries and Detailed Listings of Disbursements)**

**Summary of Disbursements**

| Description | Amount |
|---|---|
| Business Meals | 20.37 |
| In-City Transportation | 65.00 |
| Lexis Research | 165.09 |
| Messenger Service | 28.50 |
| Out-of-City Transportation | 694.07 |
| Photocopy and Printing Charges | 735.11 |
| UPS Charges | 131.44 |
| Westlaw Research | 1710.18 |
| **Total** | $3,549.76 |

**Disbursement Details**

| Date | Expense | Amount |
|---|---|---|
| 12/22/08 | Photocopy-NQue | 3.30 |
| 12/22/08 | UPS tracking# 1Z6134380196387889 Inv# 00000613438528 | 8.54 |
| 12/22/08 | UPS tracking# 1Z6134380197398697 Inv# 00000613438019 | 7.29 |
| 2/19/09 | Out of Town Travel; DEBBIE L. BERMAN; 02/19-20/2009 to Belleville, IL to court hearing in matter. | 694.07 |
| 2/19/09 | Business Meals; DEBBIE L. BERMAN; 02/19/2009 | 20.37 |
| 2/25/09 | UPS | 19.36 |
| 2/25/09 | UPS | 9.93 |
| 2/28/09 | Lexis Research | 96.26 |
| 2/28/09 | Westlaw Research | 396.14 |
| 3/02/09 | Photocopy Expense | 66.69 |
| 3/03/09 | In-City Transportation | 5.00 |
| 3/06/09 | Network Printing | 6.75 |
| 3/09/09 | Special Messenger Service | 28.50 |
| 3/10/09 | Photocopy Expense | 58.41 |
| 3/11/09 | Network Printing | 8.64 |
| 3/13/09 | In-City Transportation | 60.00 |
| 3/13/09 | Network Printing | 84.87 |
| 3/13/09 | Network Printing | 17.91 |
| 3/13/09 | UPS | 42.87 |
| 3/13/09 | UPS | .59 |
| 3/13/09 | UPS | 42.86 |
| 3/16/09 | Photocopy Expense | .26 |
| 3/16/09 | Network Printing | 13.68 |
| 3/17/09 | Network Printing | 13.05 |
| 3/17/09 | Photocopy Expense | 172.08 |
| 3/18/09 | Network Printing | 44.28 |
| 3/19/09 | Photocopy Expense | 4.05 |
| 3/19/09 | Network Printing | 67.05 |
| 3/19/09 | Photocopy Expense | 15.39 |
| 3/20/09 | Network Printing | 16.02 |
| 3/23/09 | Photocopy Expense | 65.46 |
| 3/23/09 | Network Printing | 18.99 |
| 3/25/09 | Network Printing | 8.55 |
| 3/26/09 | Network Printing | 3.60 |
| 3/27/09 | Network Printing | 1.62 |

| Date | Expense | Amount |
|---|---|---|
| 3/27/09 | Photocopy Expense | 44.46 |
| 3/31/09 | Westlaw Research | 1.70 |
| 3/31/09 | Lexis Research | .33 |
| 3/31/09 | Lexis Research | 68.50 |
| 3/31/09 | Westlaw Research | 1,267.62 |
| 3/31/09 | Westlaw Research | 44.72 |
| | **Totals:** | **$3,549.76** |

**Summary of Disbursements**

| Description | Amount |
|---|---|
| In-City Transportation | 16.00 |
| Network Printing | 253.44 |
| Pacer Charges | 101.92 |
| Photocopy and Related Expenses | 152.40 |
| Soundpath Conferencing Services | 10.11 |
| Special Messenger Service | 11.30 |
| Westlaw Research | 2,164.35 |
| **Total** | **$2,709.52** |

**Disbursement Details**

| Date | Expense | Amount |
|---|---|---|
| 1/31/09 | Westlaw Research | 166.77 |
| 3/20/09 | Soundpath Conferencing Services | 2.98 |
| 3/23/09 | Soundpath Conferencing Services | 7.13 |
| 3/30/09 | In-City Transportation | 16.00 |
| 3/31/09 | Pacer Charges | 2.40 |
| 3/31/09 | Westlaw Research | 613.49 |
| 4/01/09 | Network Printing | 3.87 |
| 4/02/09 | Network Printing | 4.59 |
| 4/03/09 | Pacer Charges | 22.32 |
| 4/03/09 | Pacer Charges | .88 |
| 4/03/09 | Pacer Charges | 1.28 |
| 4/03/09 | Pacer Charges | 4.56 |
| 4/03/09 | Pacer Charges | 48.16 |
| 4/03/09 | Pacer Charges | 22.32 |
| 4/05/09 | Special Messenger Service | 11.30 |
| 4/07/09 | Network Printing | 71.37 |
| 4/07/09 | Network Printing | 71.37 |
| 4/07/09 | Photocopy Expense | 46.71 |
| 4/07/09 | Photocopy Expense | 46.71 |
| 4/09/09 | Network Printing | 2.07 |
| 4/09/09 | Photocopy Expense | 51.24 |
| 4/09/09 | Photocopy Expense | .18 |
| 4/13/09 | Network Printing | 31.32 |
| 4/21/09 | Network Printing | 5.04 |
| 4/22/09 | Network Printing | 5.31 |
| 4/22/09 | Photocopy Expense | 3.60 |
| 4/23/09 | Photocopy Expense | 3.60 |
| 4/24/09 | Photocopy Expense | .36 |
| 4/27/09 | Network Printing | .90 |
| 4/27/09 | Network Printing | 17.64 |
| 4/28/09 | Network Printing | 9.63 |
| 4/28/09 | Network Printing | 2.34 |
| 4/29/09 | Network Printing | 9.90 |
| 4/30/09 | Network Printing | 18.09 |
| 4/30/09 | Westlaw Research | 196.91 |
| 4/30/09 | Westlaw Research | 385.47 |
| 4/30/09 | Westlaw Research | 801.71 |
| **Total:** | | **$2,709.52** |

SUMMARY OF DISBURSEMENTS

| **Description** | **Amount** |
| --- | ---: |
| In-City Transportation | 16.00 |
| Network Printing | 253.44 |
| Pacer Charges | 101.92 |
| Photocopy and Related Expenses | 152.40 |
| Soundpath Conferencing Services | 10.11 |
| Special Messenger Service | 11.30 |
| Westlaw Research | 2,164.35 |
| **Total** | **$2,709.52** |

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| In-City Transportation | 91.00 |
| Lexis Research | 34.43 |
| Network Printing | 65.07 |
| Pacer Charges | 55.92 |
| Photocopy and Related Expenses | 5.07 |
| Special Messenger Service | 6.50 |
| UPS | 118.32 |
| Westlaw Research | 5,377.78 |
| **Total** | **$5,754.09** |

**Disbursement Details**

| Date | Expense | Amount |
|---|---|---|
| 4/03/09 | Pacer Charges | .64 |
| 4/03/09 | Pacer Charges | 1.76 |
| 4/03/09 | Pacer Charges | 53.52 |
| 4/20/09 | In-City Transportation | 6.00 |
| 4/22/09 | UPS | 6.68 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 10.91 |
| 4/22/09 | UPS | 9.56 |
| 4/22/09 | UPS | 9.56 |
| 4/27/09 | In-City Transportation | 16.00 |
| 4/30/09 | Network Printing | -71.37 |
| 4/30/09 | Photocopy Expense | -46.71 |
| 5/01/09 | Photocopy Expense | 1.20 |
| 5/03/09 | Special Messenger Service | 6.50 |
| 5/04/09 | In-City Transportation | 30.00 |
| 5/04/09 | Network Printing | 18.99 |
| 5/04/09 | Photocopy Expense | 19.44 |
| 5/04/09 | Photocopy Expense | 24.48 |
| 5/05/09 | Network Printing | 15.21 |
| 5/05/09 | Photocopy Expense | .18 |
| 5/06/09 | Photocopy Expense | 1.80 |
| 5/06/09 | UPS | 70.70 |
| 5/08/09 | Network Printing | 9.99 |
| 5/11/09 | Network Printing | 19.71 |
| 5/11/09 | Photocopy Expense | 4.68 |
| 5/13/09 | Network Printing | 21.06 |
| 5/18/09 | In-City Transportation | 7.00 |
| 5/18/09 | In-City Transportation | 32.00 |
| 5/18/09 | Network Printing | 15.12 |
| 5/18/09 | Network Printing | 5.04 |
| 5/19/09 | Network Printing | 2.07 |
| 5/20/09 | Network Printing | 2.70 |
| 5/22/09 | Network Printing | 12.42 |
| 5/26/09 | Network Printing | 9.54 |
| 5/28/09 | Network Printing | 1.08 |
| 5/29/09 | Network Printing | 3.51 |
| 5/31/09 | Westlaw Research | 574.82 |
| 5/31/09 | Lexis Research | 34.43 |

| Date | Expense | Amount |
|---|---|---|
| 5/31/09 | Westlaw Research | 4,802.96 |
| **Total:** | | **$5,754.09** |