## MARCH 1, 2009 - MARCH 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 2-Mar-09 | $ 493 | 4 | $ 1,972.00 | Revisions to deck, payout curve, discussion of semi annual goals, title changes, etc |
| Sung, Christina | 2-Mar-09 | $ 226 | 1.25 | $ 282.50 | Market pricing changes, pay out curve, Board meeting deck creation |
| Long, Marcia | 3-Mar-09 | $ 493 | 7 | $ 3,451.00 | Meeting prep, update deck per feedback from Trib team, revenue scope change, title changes, annual CF goals, etc |
| Long, Marcia | 3-Mar-09 | $ 493 | 1 | $ 493.00 | Meeting with Don Liebentritt and Chandler Bigelow; attended by Dempsey and Sidley |
| Rentsch Eric | 3-Mar-09 | $ 226 | 0.75 | $ 169.50 | Peer review/providing supporting analysis |
| Sung, Christina | 3-Mar-09 | $ 226 | 2.5 | $ 565.00 | Market pricing changes, pay out curve, Board meeting deck creation |
| Dempsey John | 4-Mar-09 | $ 725 | 2 | $ 1,450.00 | Prep for and attendance at meeting |
| Long, Marcia | 4-Mar-09 | $ 493 | 0.5 | $ 246.50 | Conference call with Don Liebentritt and Chandler Bigelow to review proposed plans |
| Long, Marcia | 4-Mar-09 | $ 493 | 1.5 | $ 739.50 | Revisions to 2009 program proposal; project mgt - internal meetings/next steps |
| Sung, Christina | 4-Mar-09 | $ 226 | 1.5 | $ 339.00 | Market pricing changes, pay out curve, Board meeting deck creation |
| Dempsey John | 5-Mar-09 | $ 725 | 1 | $ 725.00 | Peer review of report |
| Long, Marcia | 5-Mar-09 | $ 493 | 2.5 | $ 1,232.50 | Summarize impact of changing KEIP multiples; multiple emails/calls/prep for 3/06 meeting, review MIP Payout materials |
| Burek, Melissa | 6-Mar-09 | $ 731 | 1 | $ 731.00 | Review John deck/call |
| Burek, Melissa | 6-Mar-09 | $ 731 | 0.25 | $ 182.75 | Comments/edits discuss |
| Dempsey John | 6-Mar-09 | $ 725 | 3 | $ 2,175.00 | Revisions to the deck |
| Dempsey John | 6-Mar-09 | $ 725 | 1 | $ 725.00 | Comp committee meeting |
| Long, Marcia | 6-Mar-09 | $ 493 | 6 | $ 2,958.00 | Update analysis based on comp committee feedback; debrief with Dempsey/Sung and |
| Long, Marcia | 6-Mar-09 | $ 493 | 1.5 | $ 739.50 | Comp committee discussion; Brian Greenspun, Maggie Wildentrotter, Bill Pate |
| Rentsch Eric | 6-Mar-09 | $ 226 | 3 | $ 678.00 | Peer review/providing supporting analysis |
| Soundararajan, Kanak | 6-Mar-09 | $ 435 | 2 | $ 870.00 | KT with Marcia and John, one call with client |
| Sung, Christina | 6-Mar-09 | $ 226 | 8.75 | $ 1,977.50 | Market pricing changes, pay out curve, Board meeting deck creation |
| Sung, Christina | 7-Mar-09 | $ 226 | 1.75 | $ 395.50 | Market pricing changes, pay out curve, Board meeting deck creation |
| Dempsey John | 8-Mar-09 | $ 725 | 4 | $ 2,900.00 | Prep for comp committee meeting on Monday |
| Sung, Christina | 8-Mar-09 | $ 226 | 0.75 | $ 169.50 | Update benchmarking and MIP modeling |
| Dempsey John | 9-Mar-09 | $ 725 | 2 | $ 1,450.00 | Prep for and attendance at comp committee |
| Long, Marcia | 9-Mar-09 | $ 493 | 4 | $ 1,972.00 | Project management for week of March 9; peer draft review report; discuss 2008 payouts with Kanak; misc calls/emails re: |
| Rentsch Eric | 9-Mar-09 | $ 226 | 0.5 | $ 113.00 | Meetings with Client Counsel to review |
| Dempsey John | 10-Mar-09 | $ 725 | 2 | $ 1,450.00 | Revisions to the report |
| Rentsch Eric | 10-Mar-09 | $ 226 | 0.75 | $ 169.50 | Meetings with Client Counsel to review |
| Soundararajan, Kanak | 10-Mar-09 | $ 435 | 0.75 | $ 326.25 | Tribune report review |
| Soundararajan, Kanak | 10-Mar-09 | $ 435 | 1 | $ 435.00 | Tribune report review |
| Soundararajan, Kanak | 10-Mar-09 | $ 435 | 2.5 | $ 1,087.50 | Various Tribune reviews |

## MARCH 1, 2009 - MARCH 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Soundararajan, Kanak | 10-Mar-09 | $ 435 | 3.5 | $ 1,522.50 | Tribune report updates, meetings and calls |
| Sung, Christina | 10-Mar-09 | $ 226 | 6 | $ 1,356.00 | Update benchmarking and MIP modeling |
| Dempsey John | 11-Mar-09 | $ 725 | 1 | $ 725.00 | Revisions to the report |
| Rentsch Eric | 11-Mar-09 | $ 226 | 0.5 | $ 113.00 | Meetings with Client Counsel to review |
| Rentsch Eric | 11-Mar-09 | $ 226 | 0.5 | $ 113.00 | Research on comparables for benchmarking |
| Sung, Christina | 11-Mar-09 | $ 226 | 5.75 | $ 1,299.50 | Update benchmarking and MIP modeling |
| Dempsey John | 12-Mar-09 | $ 725 | 1 | $ 725.00 | Conference call w/ Gerry and Don re:: KEIP and Benchmarking |
| Dempsey John | 12-Mar-09 | $ 725 | 2 | $ 1,450.00 | Prep of report for Comp committee |
| Rentsch Eric | 12-Mar-09 | $ 226 | 4 | $ 904.00 | Research on comparables for benchmarking |
| Soundararajan, Kanak | 12-Mar-09 | $ 435 | 1 | $ 435.00 | Tribune call and related conversations |
| Soundararajan, Kanak | 12-Mar-09 | $ 435 | 0.5 | $ 217.50 | Tribune peer review |
| Soundararajan, Kanak | 12-Mar-09 | $ 435 | 1.25 | $ 543.75 | Tribune peer review |
| Soundararajan, Kanak | 12-Mar-09 | $ 435 | 1.75 | $ 761.25 | Tribune peer review and other discussions |
| Sung, Christina | 12-Mar-09 | $ 226 | 7.5 | $ 1,695.00 | Update benchmarking and MIP modeling |
| Dempsey John | 13-Mar-09 | $ 725 | 3 | $ 2,175.00 | Prep for and attendance at comp committee |
| Dempsey John | 13-Mar-09 | $ 725 | 3 | $ 2,175.00 | Prep of materials for Monday |
| Sung, Christina | 13-Mar-09 | $ 226 | 5.25 | $ 1,186.50 | Update benchmarking and MIP modeling |
| Dempsey John | 15-Mar-09 | $ 725 | 3 | $ 2,175.00 | Prep of materials for Tuesday; 3/17 report |
| Sung, Christina | 15-Mar-09 | $ 226 | 4.5 | $ 1,017.00 | Creditors Deck Revisions; 3/17 report |
| Dempsey John | 16-Mar-09 | $ 725 | 3 | $ 2,175.00 | Prep of 3/17 materials for Tuesday |
| Long, Marcia | 16-Mar-09 | $ 493 | 1 | $ 493.00 | Review and revise deck for committee presentation/misc calls and emails; follow up on plan cost analysis, proxy analysis |
| Sung, Christina | 16-Mar-09 | $ 226 | 1.75 | $ 395.50 | Creditors Deck Revisions |
| Dempsey John | 17-Mar-09 | $ 725 | 6 | $ 4,350.00 | Preparation for and attendance at meeting with credits financial advisors |
| Long, Marcia | 17-Mar-09 | $ 493 | 2 | $ 986.00 | Preparation for and attendance at meeting with creditors financial advisors |
| Long, Marcia | 17-Mar-09 | $ 493 | 3.5 | $ 1,725.50 | Meeting prep/document review and production, revisions to analysis per creditor |
| Sung, Christina | 17-Mar-09 | $ 226 | 1 | $ 226.00 | MIP Participants Analysis |
| Sung, Christina | 17-Mar-09 | $ 226 | 2.75 | $ 621.50 | Creditors Deck Revisions |
| Dempsey John | 18-Mar-09 | $ 725 | 2 | $ 1,450.00 | Revisions to the report; 3/18 final |
| Long, Marcia | 18-Mar-09 | $ 493 | 3 | $ 1,479.00 | Peer review revisions to analysis, update |
| Nieting, Justin | 18-Mar-09 | $ 226 | 0.75 | $ 169.50 | Bankruptcy Research |
| Sung, Christina | 18-Mar-09 | $ 226 | 1.25 | $ 282.50 | Creditors Deck Revisions; 3/18 report |
| Wu, Justin | 18-Mar-09 | $ 226 | 2.75 | $ 621.50 | Recovery Research |
| Dempsey John | 19-Mar-09 | $ 725 | 2 | $ 1,450.00 | Revisions to the report; 3/18 final |
| Long, Marcia | 19-Mar-09 | $ 493 | 0.5 | $ 246.50 | MIP analysis for creditors |
| Long, Marcia | 19-Mar-09 | $ 493 | 1 | $ 493.00 | Misc calls and emails; follow up on plan cost analysis, proxy analysis |
| Nieting, Justin | 19-Mar-09 | $ 226 | 2 | $ 452.00 | Bankruptcy Research |
| Nieting, Justin | 19-Mar-09 | $ 226 | 1 | $ 226.00 | Proxy analysis |
| Sung, Christina | 19-Mar-09 | $ 226 | 0.75 | $ 169.50 | MIP Participants Analysis |
| Wu, Justin | 19-Mar-09 | $ 226 | 2 | $ 452.00 | Recovery Research |
| Wu, Justin | 20-Mar-09 | $ 226 | 1.25 | $ 282.50 | Recovery Research |
| Dempsey John | 22-Mar-09 | $ 725 | 1 | $ 725.00 | Misc |
| Mayer Julie | 23-Mar-09 | $ 72 | 9.75 | $ 702.00 | WRG ic charge |

## MARCH 1, 2009 - MARCH 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Sung, Christina | 23-Mar-09 | $ 226 | 1.25 | $ 282.50 | Answering Alix questions |
| Dempsey John | 24-Mar-09 | $ 725 | 2 | $ 1,450.00 | Questions from Alix |
| Long, Marcia | 24-Mar-09 | $ 493 | 8 | $ 3,944.00 | Prepare and review responses to creditor questions; research plan triggers for |
| Wu, Justin | 24-Mar-09 | $ 226 | 0.75 | $ 169.50 | Media Co BR Research |
| Dempsey John | 25-Mar-09 | $ 725 | 1 | $ 725.00 | Conf call re: Alix partners response; attended by Chandler Bigelow, Sue O'Connor, Sidley, |
| Long, Marcia | 25-Mar-09 | $ 493 | 1 | $ 493.00 | Conf call re: Alix partners response; attended by Chandler Bigelow, Sue O'Connor, Sidley, |
| Long, Marcia | 25-Mar-09 | $ 493 | 3 | $ 1,479.00 | Review revised responses and attachments; updates to trigger analysis |
| Moses, Michael | 25-Mar-09 | $ 226 | 2.5 | $ 565.00 | Proxy analysis |
| Wu, Justin | 25-Mar-09 | $ 226 | 0.5 | $ 113.00 | Media Co BR Research |
| Dempsey John | 26-Mar-09 | $ 725 | 1 | $ 725.00 | Data request from Alix |
| Long, Marcia | 26-Mar-09 | $ 493 | 2 | $ 986.00 | Media comp research |
| Long, Marcia | 26-Mar-09 | $ 493 | 1 | $ 493.00 | Meet with Dempsey to review next steps, additional analysis needed |
| Moses, Michael | 26-Mar-09 | $ 226 | 1.25 | $ 282.50 | Proxy analysis |
| Dempsey John | 27-Mar-09 | $ 725 | 1 | $ 725.00 | Alix questions |
| Long, Marcia | 27-Mar-09 | $ 493 | 2 | $ 986.00 | Updates to proxy analysis; draft termination provisions for plans |
| Moses, Michael | 27-Mar-09 | $ 226 | 5 | $ 1,130.00 | Proxy analysis |
| Czarnota Sarah | 30-Mar-09 | $ 348 | 1.5 | $ 522.00 | Revise financial benchmarking |
| Dempsey John | 30-Mar-09 | $ 725 | 3 | $ 2,175.00 | Reaction to counter proposals and revised deck including team conf call with Chandler et |
| Long, Marcia | 30-Mar-09 | $ 493 | 1 | $ 493.00 | Conf call - Trib, Sidley; discuss requirements for revised motion |
| Long, Marcia | 30-Mar-09 | $ 493 | 4 | $ 1,972.00 | Revisions to deck - exclude top 10 from 2008 mip/exclude mip review and update misc analyses in support of revised proposals |
| Moses, Michael | 30-Mar-09 | $ 226 | 10.25 | $ 2,316.50 | Proxy Data Analysis |
| Rentsch Eric | 30-Mar-09 | $ 226 | 4 | $ 904.00 | Research on award sizes on comparables by level, and participation in supplemental plans |
| Beckett, Joshua | 31-Mar-09 | $ 290 | 2 | $ 580.00 | Proxy peer review |
| Dempsey John | 31-Mar-09 | $ 725 | 2 | $ 1,450.00 | Peer review of revised report |
| Long, Marcia | 31-Mar-09 | $ 493 | 4 | $ 1,972.00 | Review payout analysis, refine revised report, misc calls and emails |
| Moses, Michael | 31-Mar-09 | $ 226 | 6.5 | $ 1,469.00 | Proxy Data Analysis |
| **Total:** | | | **250.5** | **$ 102,335.00** | |

## MARCH 1, 2009 - MARCH 31, 2009 EXPENSES

| Date | Amount | Description |
|---|---|---|
| 3-Mar-09 | $ 17.00 | Cab home - working late |
| 3-Mar-09 | $ 9.45 | Dinner - working late |
| 6-Mar-09 | $ 18.00 | Cab home - working late |
| 6-Mar-09 | $ 11.00 | Dinner - working late |
| 8-Mar-09 | $ 18.00 | Parking - working weekend |
| 9-Mar-09 | $ 6.00 | Taxi from Tribune - 435 N. Michigan |
| 9-Mar-09 | $ 6.00 | Taxi to Tribune - 435 N. Michigan |
| 10-Mar-09 | $ 6.00 | Taxi from Tribune - 435 N. Michigan |
| 10-Mar-09 | $ 6.00 | Taxi to Tribune - 435 N. Michigan |
| 10-Mar-09 | $ 17.00 | Cab home - working late |
| 10-Mar-09 | $ 9.45 | Dinner - working late |
| 11-Mar-09 | $ 20.00 | Cab home - working late |
| 11-Mar-09 | $ 12.70 | Dinner - working late |
| 12-Mar-09 | $ 6.00 | Taxi from Tribune - 435 N. Michigan |
| 12-Mar-09 | $ 6.00 | Taxi to Tribune - 435 N. Michigan |
| 13-Mar-09 | $ 6.00 | Taxi from Tribune - 435 N. Michigan |
| 13-Mar-09 | $ 6.00 | Taxi to Tribune - 435 N. Michigan |
| 13-Mar-09 | $ 6.00 | Taxi from Tribune - 435 N. Michigan (deadline delivery) |
| 13-Mar-09 | $ 6.00 | Taxi to Tribune - 435 N. Michigan (deadline delivery) |
| 13-Mar-09 | $ 18.00 | Cab home - working late |
| 13-Mar-09 | $ 9.45 | Dinner - working late |
| 15-Mar-09 | $ 18.00 | Parking - working weekend |
| 17-Mar-09 | $ 18.00 | Cab home - working late |
| 18-Mar-09 | $ 20.00 | Cab home - working late |
| 18-Mar-09 | $ 12.50 | Dinner - working late |

**Total    $ 288.55**