**APRIL 1, 2009 - APRIL 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Beckett, Joshua | 1-Apr-09 | $ 290 | 0.75 | $ 217.50 | Proxy peer review |
| Long, Marcia | 1-Apr-09 | $ 493 | 0.5 | $ 246.50 | Call with Trib, Sidley, to discuss feedback from creditors and next |
| Long, Marcia | 1-Apr-09 | $ 493 | 2 | $ 986.00 | Misc calls/emails, refresh analysis with new client data; adjust payout |
| Moses, Michael | 1-Apr-09 | $ 226 | 2 | $ 452.00 | Proxy analysis |
| Wu, Justin | 1-Apr-09 | $ 226 | 1.5 | $ 339.00 | Proxy Output and Peer Review |
| Long, Marcia | 2-Apr-09 | $ 493 | 1 | $ 493.00 | Misc calls/emails, refresh analysis with new client data; adjust payout |
| Wu, Justin | 2-Apr-09 | $ 226 | 4.5 | $ 1,017.00 | Proxy Output and Peer Review |
| Dempsey John | 3-Apr-09 | $ 725 | 1 | $ 725.00 | Call with Chandler |
| Long, Marcia | 3-Apr-09 | $ 493 | 0.5 | $ 246.50 | 4/3 conf call with Chandler and Dempsey to discuss 2009 incentive |
| Long, Marcia | 3-Apr-09 | $ 493 | 1.5 | $ 739.50 | Misc calls/emails, refresh analysis with new client data; adjust payout |
| Moses, Michael | 3-Apr-09 | $ 226 | 1 | $ 226.00 | Dilution |
| Wu, Justin | 3-Apr-09 | $ 226 | 1 | $ 226.00 | Proxy Output and Peer Review |
| Dempsey John | 6-Apr-09 | $ 725 | 0.5 | $ 362.50 | Project management misc |
| Klein, Jon | 6-Apr-09 | $ 226 | 3.5 | $ 791.00 | Dilution and Run Rate Analysis |
| Long, Marcia | 6-Apr-09 | $ 493 | 4 | $ 1,972.00 | Peer review plan cost analysis (for peers and bankruptcy group), review updated comp analysis-excluding ops execs from KEIP, |
| Moses, Michael | 6-Apr-09 | $ 226 | 5 | $ 1,130.00 | Dilution Analysis |
| Sung, Christina | 6-Apr-09 | $ 226 | 1.75 | $ 395.50 | Update discussion call, cost |
| Wu, Justin | 6-Apr-09 | $ 226 | 0.5 | $ 113.00 | BR Research and Proxy PR |
| Dempsey John | 7-Apr-09 | $ 725 | 0.5 | $ 362.50 | Project management misc |
| Klein, Jon | 7-Apr-09 | $ 226 | 4.5 | $ 1,017.00 | Dilution Analysis |
| Long, Marcia | 7-Apr-09 | $ 493 | 1.5 | $ 739.50 | Review updated analyses; conf |
| Moses, Michael | 7-Apr-09 | $ 226 | 2.75 | $ 621.50 | Dilution Analysis |
| Wu, Justin | 7-Apr-09 | $ 226 | 0.5 | $ 113.00 | BR Research and Proxy PR |
| Dempsey John | 8-Apr-09 | $ 725 | 0.5 | $ 362.50 | Project management misc |
| Klein, Jon | 8-Apr-09 | $ 226 | 1 | $ 226.00 | CC Media Holdings Dilution |
| Long, Marcia | 8-Apr-09 | $ 493 | 4 | $ 1,972.00 | Peer review updated plan cost anlaysis; update report, review with |
| Long, Marcia | 8-Apr-09 | $ 493 | 0.5 | $ 246.50 | Conf call with Harry Amsden and Brian Litman to discuss new payout |
| Wu, Justin | 8-Apr-09 | $ 226 | 2 | $ 452.00 | BR Research and Proxy PR |
| Dempsey John | 9-Apr-09 | $ 725 | 1 | $ 725.00 | Project management misc |
| Long, Marcia | 9-Apr-09 | $ 493 | 1 | $ 493.00 | Discuss changes to 2009 plan with Chandler, Gerry and Naomi - |
| Long, Marcia | 9-Apr-09 | $ 493 | 6 | $ 2,958.00 | Prep for meeting; update plan cost report, review analyst reports, review 2009 proxies, coordinate analysis, misc meetings, calls, |
| Moriarty, Kimberly | 9-Apr-09 | $ 360 | 1.5 | $ 540.00 | Researching analyst reports for numerous media firms for Justin |
| Moses, Michael | 9-Apr-09 | $ 226 | 5 | $ 1,130.00 | Proxy/Form 4 Analysis |
| Sung, Christina | 9-Apr-09 | $ 226 | 0.75 | $ 169.50 | Update discussion call, cost |

**APRIL 1, 2009 - APRIL 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Wu, Justin | 9-Apr-09 | $ 226 | 2.5 | $ 565.00 | BR Research and Proxy PR |
| Dempsey John | 10-Apr-09 | $ 725 | 1 | $ 725.00 | Project management misc |
| Long, Marcia | 10-Apr-09 | $ 493 | 6 | $ 2,958.00 | Internal meetings, revisions to 2008 payout materials, update materials for 2009 incentives, peer review |
| Moses, Michael | 10-Apr-09 | $ 226 | 6 | $ 1,356.00 | Proxy/Form 4 Analysis |
| Sung, Christina | 10-Apr-09 | $ 226 | 1.25 | $ 282.50 | Update discussion call, cost |
| Wadgaonkar, Shruti | 10-Apr-09 | $ 255 | 5 | $ 1,275.00 | Form 4 analysis |
| Wu, Justin | 10-Apr-09 | $ 226 | 6.75 | $ 1,525.50 | BR Research and Proxy PR |
| Dempsey John | 13-Apr-09 | $ 725 | 1.5 | $ 1,087.50 | 09 compensation plan design |
| Dempsey John | 13-Apr-09 | $ 725 | 0.25 | $ 181.25 | 08 MIP motion review |
| Long, Marcia | 13-Apr-09 | $ 493 | 6 | $ 2,958.00 | Peer review proxy analysis and cost analysis; prelim review of updated |
| Long, Marcia | 13-Apr-09 | $ 493 | 2 | $ 986.00 | Draft and revise 2009 proposed |
| Moses, Michael | 13-Apr-09 | $ 226 | 1.5 | $ 339.00 | Form 4 Data |
| Wu, Justin | 13-Apr-09 | $ 226 | 7.5 | $ 1,695.00 | Trib Financial Analysis |
| Dempsey John | 14-Apr-09 | $ 725 | 3.25 | $ 2,356.25 | 09 compensation plan design |
| Dempsey John | 14-Apr-09 | $ 725 | 0.5 | $ 362.50 | 08 MIP motion review |
| Long, Marcia | 14-Apr-09 | $ 493 | 5 | $ 2,465.00 | Peer review revised analyses |
| Long, Marcia | 14-Apr-09 | $ 493 | 2 | $ 986.00 | Draft and revise 2009 proposed |
| Long, Marcia | 14-Apr-09 | $ 493 | 1 | $ 493.00 | Conf call with Trib mgt and Sidley to discuss 2009 programs and next |
| Rentsch Eric | 14-Apr-09 | $ 226 | 1 | $ 226.00 | Updating plan cost benchmarking |
| Sung, Christina | 14-Apr-09 | $ 226 | 3.25 | $ 734.50 | 4-17 creditor's meeting deck |
| Wu, Justin | 14-Apr-09 | $ 226 | 8.5 | $ 1,921.00 | Trib Financial Analysis |
| Dempsey John | 15-Apr-09 | $ 725 | 2.75 | $ 1,993.75 | 09 compensation plan design |
| Dempsey John | 15-Apr-09 | $ 725 | 0.75 | $ 543.75 | 08 MIP motion review |
| Long, Marcia | 15-Apr-09 | $ 493 | 6 | $ 2,958.00 | Final peer of analyses; detailed review of Tribune BU plans; misc |
| Moses, Michael | 15-Apr-09 | $ 226 | 0.25 | $ 56.50 | CFO LTI Report |
| Sung, Christina | 15-Apr-09 | $ 226 | 2.25 | $ 508.50 | 4-17 creditor's meeting deck |
| Wu, Justin | 15-Apr-09 | $ 226 | 7 | $ 1,582.00 | Trib Financial Analysis |

**APRIL 1, 2009 - APRIL 30, 2009 TIME ENTRIES**

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey, John | 16-Apr-09 | $ 725 | 2 | $ 1,450.00 | Emails with Comp committee re KEIP award opportunities |
| Dempsey, John | 16-Apr-09 | $ 725 | 0.25 | $ 181.25 | 08 MIP motion review |
| Dempsey, John | 16-Apr-09 | $ 725 | 1 | $ 725.00 | 09 compensation plan design |
| Long, Marcia | 16-Apr-09 | $ 493 | 1 | $ 493.00 | Meeting with Tribune mgt to review |
| Long, Marcia | 16-Apr-09 | $ 493 | 4 | $ 1,972.00 | Peer review proxy analysis, peer cost analysis; review updated |
| Long, Marcia | 16-Apr-09 | $ 493 | 4 | $ 1,972.00 | Revise 2009 proposed |
| Sung, Christina | 16-Apr-09 | $ 226 | 5.25 | $ 1,186.50 | 4-17 creditor's meeting deck |
| Wu, Justin | 16-Apr-09 | $ 226 | 9.5 | $ 2,147.00 | Trib Financial Analysis |
| Dempsey, John | 17-Apr-09 | $ 725 | 2 | $ 1,450.00 | 09 compensation plan design |
| Dempsey, John | 17-Apr-09 | $ 725 | 2 | $ 1,450.00 | Meeting to review plan design |
| Dempsey, John | 17-Apr-09 | $ 725 | 0.5 | $ 362.50 | 409A issues |
| Dempsey, John | 17-Apr-09 | $ 725 | 0.75 | $ 543.75 | 08 MIP motion review |
| Den Uyl, Janet | 17-Apr-09 | $ 795 | 0.5 | $ 397.50 | Peer Review - Def. Comp. 409A |
| Long, Marcia | 17-Apr-09 | $ 493 | 1.5 | $ 739.50 | Meet with Tribune mgt and Sidley to discuss changes to 2008 MIP and |
| Long, Marcia | 17-Apr-09 | $ 493 | 4 | $ 1,972.00 | Revisions to 2008 report; update market analysis based on changes to 2008 bonus pool, discuss 2009 proposals with J Lotsoff; discuss |
| Sung, Christina | 17-Apr-09 | $ 226 | 0.5 | $ 113.00 | 4-17 creditor's meeting deck |
| Wu, Justin | 17-Apr-09 | $ 226 | 12.5 | $ 2,825.00 | Trib Financial Analysis |
| Dempsey, John | 19-Apr-09 | $ 725 | 2 | $ 1,450.00 | 09 comp proposals revised sent |
| Dempsey, John | 20-Apr-09 | $ 725 | 0.75 | $ 543.75 | 09 comp proposals revised sent |
| Long, Marcia | 20-Apr-09 | $ 493 | 4 | $ 1,972.00 | Finalize 2008 MIP deck, revisions to |
| Wu, Justin | 20-Apr-09 | $ 226 | 10 | $ 2,260.00 | MIP and KEIP Analysis |
| Dempsey, John | 21-Apr-09 | $ 725 | 1.25 | $ 906.25 | 09 comp proposals revised sent |
| Long, Marcia | 21-Apr-09 | $ 493 | 2 | $ 986.00 | Finalize 2008 MIP deck, revisions to |
| Mayer, Julie | 21-Apr-09 | $ 72 | 12 | $ 864.00 | Research/Miscellaneous analytical resources and support |
| Wu, Justin | 21-Apr-09 | $ 226 | 6.5 | $ 1,469.00 | MIP and KEIP Analysis |
| Dempsey, John | 22-Apr-09 | $ 725 | 0.75 | $ 543.75 | Review Mercer affidavit |
| Dempsey, John | 22-Apr-09 | $ 725 | 1 | $ 725.00 | 09 comp proposals revied sent 4/22 |
| Long, Marcia | 22-Apr-09 | $ 493 | 1 | $ 493.00 | Finalize 2008 MIP deck, revisions to |
| Wu, Justin | 22-Apr-09 | $ 226 | 4.5 | $ 1,017.00 | MIP and KEIP Analysis |
| Long, Marcia | 23-Apr-09 | $ 493 | 0.5 | $ 246.50 | Conf call with Chandler, Don and Mike re: 2009 programs |
| Long, Marcia | 23-Apr-09 | $ 493 | 2 | $ 986.00 | Finalize 2008 MIP deck, revisions to |
| Sung, Christina | 23-Apr-09 | $ 226 | 1.75 | $ 395.50 | MIP realignment |
| Wu, Justin | 23-Apr-09 | $ 226 | 0.5 | $ 113.00 | MIP and KEIP Analysis |
| Sung, Christina | 24-Apr-09 | $ 226 | 0.5 | $ 113.00 | MIP realignment |
| Dempsey, John | 27-Apr-09 | $ 725 | 1 | $ 725.00 | Prepare draft reports |
| Dempsey, John | 27-Apr-09 | $ 725 | 0.75 | $ 543.75 | New incentive plan development |
| Long, Marcia | 27-Apr-09 | $ 493 | 2 | $ 986.00 | Refine 2009 proposals deck, develop key operator model |
| Dempsey, John | 28-Apr-09 | $ 725 | 1 | $ 725.00 | Prepare draft reports |
| Dempsey, John | 28-Apr-09 | $ 725 | 1.5 | $ 1,087.50 | New incentive plan development |

## APRIL 1, 2009 - APRIL 30, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 28-Apr-09 | $ 493 | 6 | $ 2,958.00 | Develop and model key operator plan, update 2009 incentive plan |
| Dempsey  John | 29-Apr-09 | $ 725 | 1 | $ 725.00 | Prepare draft reports |
| Dempsey  John | 29-Apr-09 | $ 725 | 0.75 | $ 543.75 | New incentive plan development |
| Long, Marcia | 29-Apr-09 | $ 493 | 6 | $ 2,958.00 | Conf call with Chandler/revisions to report per feedback/update key |
| Sung, Christina | 29-Apr-09 | $ 226 | 4 | $ 904.00 | Creditors Deck 4-30, call with |
| Dempsey  John | 30-Apr-09 | $ 725 | 1 | $ 725.00 | New incentive plan development |
| Dempsey  John | 30-Apr-09 | $ 725 | 1 | $ 725.00 | Prepare draft reports |
| Den Uyl, Janet | 30-Apr-09 | $ 795 | 1 | $ 795.00 | Bankruptcy call |
| Sung, Christina | 30-Apr-09 | $ 226 | 6.25 | $ 1,412.50 | Creditors Deck 4-30, call with |
| **Total:** | | | **291.75** | **$ 106,803.75** | |

## APRIL 1, 2009 - APRIL 30, 2009 EXPENSES

| Date | Amount | Description |
|---|---|---|
| 1-Apr-09 | $ 113.27 | Verizon Wireless Monthly Bill-02/10/09-03/09/09 |
| 1-Apr-09 | $ 5.00 | Dinner - working late |
| 2-Apr-09 | $ 20.00 | Cab home - working late |
| 10-Apr-09 | $ 11.00 | Taxi to and from Tribune - 435 N. Michigan |
| 10-Apr-09 | $ 27.80 | Dinner - working late |
| 10-Apr-09 | $ 20.00 | Cab home - working late |
| 13-Apr-09 | $ 20.00 | Dinner - working late |
| 13-Apr-09 | $ 7.00 | Taxi to Tribune - 435 N. Michigan |
| 13-Apr-09 | $ 7.00 | Taxi from Tribune - 435 N. Michigan |
| 14-Apr-09 | $ 16.01 | Verizon Wireless Monthly Bill-02/10/09-03/09/09 |
| 14-Apr-09 | $ 18.00 | Cab home - working late |
| 14-Apr-09 | $ 14.25 | Dinner - working late |
| 14-Apr-09 | $ 5.00 | Dinner - working late |
| 15-Apr-09 | $ 7.00 | Taxi from Tribune - 435 N. Michigan |
| 15-Apr-09 | $ 7.00 | Taxi to Tribune - 435 N. Michigan |
| 15-Apr-09 | $ 23.98 | Dinner - working late |
| 16-Apr-09 | $ 20.00 | Cab home - working late |
| 16-Apr-09 | $ 37.00 | Dinner - working late |
| 17-Apr-09 | $ 20.00 | Cab home - working late |
| 20-Apr-09 | $ 19.00 | Cab home - working late |
| 20-Apr-09 | $ 20.00 | Dinner - working late |
| 21-Apr-09 | $ 15.00 | Dinner - working late |
| 28-Apr-09 | $ 38.80 | Lunch at Rivers |
| 28-Apr-09 | $ 19.54 | Client calls - AT&T |
| 28-Apr-09 | $ 15.00 | Dinner - working late |
| 30-Apr-09 | $ 6,504.75 | Legal |

**Total  $ 7,031.40**