## MAY 1, 2009 - MAY 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Dempsey John | 1-May-09 | $725 | 1.5 | $1,087.50 | Tribune working session |
| Dempsey John | 1-May-09 | $725 | 0.5 | $362.50 | Tribune project management |
| Dempsey John | 1-May-09 | $725 | 1 | $725.00 | Catch up call with Marcia, Jonathon Lotsoff, Christina Sung and Chandler Bigelow |
| Den Uyl, Janet | 1-May-09 | $795 | 0.5 | $397.50 | Engagement letter approved |
| Long, Marcia | 1-May-09 | $493 | 8 | $3,944.00 | Conf call with Chandler Bigelow and Jonathon Lotsoff to discuss 2009 Incentive Plans, revisions to report, peer review updated KOIP analysis; multiple emails and |
| Sung, Christina | 1-May-09 | $226 | 7.5 | $1,695.00 | Revisions to 2009 incentive plan deck |
| Dempsey John | 2-May-09 | $725 | 3 | $2,175.00 | 2009 management incentive plan preparation and consulting |
| Dempsey John | 4-May-09 | $725 | 2 | $1,450.00 | Incentive plan conference call |
| Long, Marcia | 4-May-09 | $493 | 1 | $493.00 | Conf call: 8:30-9:00, 2:30-3:00: discuss goals for LA Times, new KOIP provisions |
| Long, Marcia | 4-May-09 | $493 | 6 | $2,958.00 | Client/Project Management; revisions to 2009 recommendations, add SVP Corp Rel to KEIP, peer review updated analyses |
| Sung, Christina | 4-May-09 | $226 | 5.75 | $1,299.50 | Changes to market pricing, report |
| Dempsey John | 5-May-09 | $725 | 0.5 | $362.50 | Review draft report |
| Long, Marcia | 5-May-09 | $493 | 4 | $1,972.00 | Finalize 2009 incentive plan report; multiple edits, review plan cost analysis |
| Sung, Christina | 5-May-09 | $226 | 2.5 | $565.00 | Changes to market pricing, report |
| Dempsey John | 6-May-09 | $725 | 0.5 | $362.50 | Email Compensation Committee Chair re KOIP plan and follow up |
| Long, Marcia | 6-May-09 | $493 | 0.5 | $246.50 | draft email and review KOIP summary for |
| Dempsey John | 7-May-09 | $725 | 0.5 | $362.50 | Email Compensation Committee Chair re KOIP plan and follow up |
| Dempsey John | 8-May-09 | $725 | 0.75 | $543.75 | review materials for hearing |
| Dempsey John | 8-May-09 | $725 | 0.75 | $543.75 | Prepare for hearing with Lotsoff |
| Long, Marcia | 8-May-09 | $493 | 1.5 | $739.50 | peer review cc aip payout analysis and update 2008 payout report; and overall |
| Moses, Michael | 8-May-09 | $226 | 2 | $452.00 | Update proxy analysis |
| Rentsch, Eric | 8-May-09 | $226 | 0.5 | $113.00 | Gathering court documents on Tribune |
| Wu, Justin | 8-May-09 | $226 | 3 | $678.00 | Tribune Update Report |
| Dempsey John | 11-May-09 | $725 | 4 | $2,900.00 | Travel to DE and prep |
| Wu, Justin | 11-May-09 | $226 | 1.5 | $339.00 | Media co bankruptcy research |
| Dempsey John | 12-May-09 | $725 | 3 | $2,175.00 | Travel to CHI and DE |
| Dempsey John | 12-May-09 | $725 | 4 | $2,900.00 | Prep for and attendance at hearing |
| Long, Marcia | 12-May-09 | $493 | 2 | $986.00 | review Alix questions; meet with team to discuss additional documentation; draft |
| Long, Marcia | 12-May-09 | $493 | 2 | $986.00 | peer review form 4 methodology summary and bankruptcy comps plan summary |
| Moses, Michael | 12-May-09 | $226 | 0.5 | $113.00 | Peer review/verifying base salaries |
| Sung, Christina | 12-May-09 | $226 | 2.25 | $508.50 | Alix Partners Questions - Peer companies, bankruptcy database, KEIP |
| Wu, Justin | 12-May-09 | $226 | 5 | $1,130.00 | CCMO Proxy peer review and proxy output update, internal update meeting, Media |
| Dempsey John | 13-May-09 | $725 | 1.5 | $1,087.50 | Alix Questions: Review response |

## MAY 1, 2009 - MAY 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Long, Marcia | 13-May-09 | $493 | 2 | $986.00 | draft response to Alix questions; finalize and send supp materials |
| Long, Marcia | 13-May-09 | $493 | 2 | $986.00 | peer review supplemental materials for Alix |
| Long, Marcia | 13-May-09 | $493 | 0.5 | $246.50 | Internal meeting with Dempsey, Sung and Wu; review preliminary supplemental |
| Sung, Christina | 13-May-09 | $226 | 1.75 | $395.50 | Alix Partners Questions - Peer companies, bankruptcy database, KEIP |
| Wu, Justin | 13-May-09 | $226 | 3 | $678.00 | draft supplemental materials for alix: form 4 and peer group methodologies |
| Long, Marcia | 14-May-09 | $493 | 4 | $1,972.00 | KEIP payout timing research and |
| Wu, Justin | 14-May-09 | $226 | 7 | $1,582.00 | draft supplemental materials for alix: form 4 and peer group methodologies |
| Dempsey John | 15-May-09 | $725 | 0.25 | $181.25 | Response with Marcia |
| Long, Marcia | 15-May-09 | $493 | 1 | $493.00 | Draft response to Alix questions; finalize and send supp materials |
| Wu, Justin | 15-May-09 | $226 | 0.5 | $113.00 | revisions to supplemental materials for |
| Dempsey John | 18-May-09 | $725 | 1 | $725.00 | Conf Call with Tribune to review feedback from Blackstone & Alix partners |
| Long, Marcia | 18-May-09 | $493 | 1 | $493.00 | Conf call with Chandler Bigelow; debrief on Alix feedback and agree on next steps |
| Long, Marcia | 18-May-09 | $493 | 3 | $1,479.00 | Draft termination provsiions; project mgt, misc emails, internal debrief meetings |
| Wu, Justin | 18-May-09 | $226 | 1 | $226.00 | Update call on KEIP and KOIP |
| Long, Marcia | 19-May-09 | $493 | 3 | $1,479.00 | Update termination provisions to reflect |
| Long, Marcia | 19-May-09 | $493 | 1 | $493.00 | Conf call with J Lotsoff, M Bourgon to |
| Sung, Christina | 19-May-09 | $226 | 0.5 | $113.00 | Title changes, bankruptcy research - Sun |
| Wu, Justin | 19-May-09 | $226 | 1 | $226.00 | Finalize proxy output |
| Sung, Christina | 20-May-09 | $226 | 1.75 | $395.50 | Title changes, bankruptcy research - Sun |
| Dempsey John | 22-May-09 | $725 | 0.75 | $543.75 | Conf call with Lotsoff and team |
| Sung, Christina | 22-May-09 | $226 | 0.5 | $113.00 | Title changes, bankruptcy research - Sun |
| Wu, Justin | 22-May-09 | $226 | 1.5 | $339.00 | Conf call with Lotsoff and team |
| Sung, Christina | 24-May-09 | $226 | 0.5 | $113.00 | Review and validate most recent comp files |
| Long, Marcia | 25-May-09 | $493 | 1 | $493.00 | Peer review prelim motion for 2009 comp |
| Mayer, Julie | 26-May-09 | $72 | 12 | $864.00 | Bankruptcy research |
| Long, Marcia | 27-May-09 | $493 | 1 | $493.00 | Comments to Jonathon Lotsoff re: draft motion, model potential MIP curve |
| Sung, Christina | 27-May-09 | $226 | 1 | $226.00 | Catch up call with Tribune, Sidley, Alvarez |
| Dempsey John | 28-May-09 | $725 | 0.75 | $543.75 | UCC feedback |
| Long, Marcia | 28-May-09 | $493 | 1.5 | $739.50 | Internal meeting to discuss emergence equity approach and next steps for 2009 comp proposals; misc client emails |
| Sung, Christina | 28-May-09 | $226 | 0.5 | $113.00 | Catch up call with Tribune, Sidley, Alvarez |
| Wu, Justin | 28-May-09 | $226 | 0.75 | $169.50 | Catchup meeting with Mercer team |
| Dempsey John | 29-May-09 | $725 | 1 | $725.00 | Conf Call with Tribune management re: |
| Long, Marcia | 29-May-09 | $493 | 0.5 | $246.50 | Internal meeting; review next steps, review and verify current data |
| Long, Marcia | 29-May-09 | $493 | 1 | $493.00 | Conf call with Tribune mgt (Chandler, Don & Mike), and Sidley; debrief on Blackstone feedback, agree on next steps and timing |

## MAY 1, 2009 - MAY 31, 2009 TIME ENTRIES

| Employee | Date | Rate | Hours | Actual | Description |
|---|---|---|---|---|---|
| Sung, Christina | 29-May-09 | $226 | 4.25 | $ 960.50 | Deck revisions for 6.15 |
| Sung, Christina | 29-May-09 | $226 | 1 | $ 226.00 | Catch up call with Tribune, Sidley, Alvarez for motion deck (UCC Feedback) |
| Wu, Justin | 29-May-09 | $226 | 2 | $ 452.00 | Emergence database research, report |
| **Total:** | | | **146.25** | **$ 57,769.25** | |

**MAY 1, 2009 - MAY 31, 2009 EXPENSES**

| Date | Amount | Description |
|---|---|---|
| 1-May-09 | $ 19.00 | Cab home - working late |
| 4-May-09 | $ 18.00 | Cab home - working late |
| 4-May-09 | $ 13.12 | Dinner working late |
| 8-May-09 | $ 19.00 | Cab home - working late |
| 8-May-09 | $ 25.00 | Dinner working late |
| 11-May-09 | $ 10.00 | Airfare service charge |
| 11-May-09 | $ 395.55 | United flight |
| 11-May-09 | $ 116.42 | Hertz |
| 11-May-09 | $ 46.80 | Dinner |
| 11-May-09 | $ 218.90 | 57,769.25 |
| 11-May-09 | $ 40.00 | Cab to O'Hare airport |
| 11-May-09 | $ 18.00 | Cab home - working late |
| 11-May-09 | $ 29.00 | Dinner working late |
| 12-May-09 | $ 21.20 | Breakfast |
| 12-May-09 | $ 30.00 | Cab from O'Hare airport |
| 12-May-09 | $ 19.00 | Cab home - working late |
| 12-May-09 | $ 18.00 | Cab home - working late |
| 12-May-09 | $ 22.00 | Dinner working late |
| 13-May-09 | $ 19.00 | Cab home - working late |
| 13-May-09 | $ 19.00 | Cab home - working late |
| 13-May-09 | $ 24.00 | Dinner working late |
| 14-May-09 | $ 19.00 | Cab home - working late |
| 14-May-09 | $ 30.00 | Dinner working late |
| 15-May-09 | $ 20.00 | Cab home - working late |
| 18-May-09 | $ 19.00 | Cab home - working late |
| 22-May-09 | $ 18.00 | Cab home - working late |
| 28-May-09 | $ 20.00 | Cab home - working late |
| 29-May-09 | $ 18.00 | Cab home - working late |
| 29-May-09 | $ 14.01 | Dinner working late |
| 29-May-09 | $ 18.00 | Cab home - working late |
| 29-May-09 | $ 17.00 | Dinner working late |
| 31-May-09 | $ 1,878.41 | Legal |

**Total $ 3,212.41**