# EXHIBIT A

| Date | Name | Hours | Billable Amount | Description |
|---|---|---|---|---|
| 3/4/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Confer with G. Weitman re: Cubs, calendar of future events .5 |
| 3/5/2009 | Fulara, Mark R. | 3.5 | 332.5 | Initial meeting with J. Zilka, begin research on Tribune/Cubs. Develop recommendations for target journalists when announced. |
| 3/5/2009 | Keane, Sheila | 0.25 | 56.25 | Help M. Fulara Cubs media research. |
| 3/5/2009 | Zilka, Jeffrey R. | 1.5 | 1050 | Brief S. Keane and M. Fulara on needed research .25 Call G. Weitman and T. Holt re: Cubs and related matters. 1.25 |
| 3/6/2009 | Fulara, Mark R. | 5.5 | 522.5 | Completed the project, hand off to J. Zilka. |
| 3/6/2009 | Keane, Sheila | 0.5 | 112.5 | Assist M. Fulara with Cubs media research. |
| 3/6/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Field call from G. Weitman with update on Cubs following T. Holt conversation. Review M. Fulara's coverage of previous sports team; discuss with G. Weitman. |
| 3/9/2009 | Fulara, Mark R. | 1 | 95 | Gather information on WSJ reporter Stefan Fatsis for J. Zilka |
| 3/9/2009 | Zilka, Jeffrey R. | 1.25 | 875 | Review press release and plan .5 telephone conference with G. Weitman and T. Holt .75 |
| 3/19/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Catch up with G. Weitman re: Cubs, amend forward calendar .5 |
| 3/20/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Review mark up to release, discuss strategy with G. Weitman .5 |
|  | MARCH 1-31 2009 TOTAL | 15.5 | $4,443.75 |  |

| Date | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|
| 4/2/2009 | Zilka, Jeffrey R. | 0.25 | 175 | Discuss bar date filing with J. Dillard, respond to G. Weitman re: previous bar date media relations. |
| 4/6/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Update call with G. Weitman re: court dates. Update forward calendar .5 |
| 4/13/2009 | Zilka, Jeffrey R. | 0.25 | 175 | Email with G. Weitman re: DOL ESOP stories |
| 4/15/2009 | Zilka, Jeffrey R. | 0.75 | 525 | Call re: Bloomberg interview, coverage in Bloomberg, Tribune. Watch Bloomberg segment. |
| 4/16/2009 | Zilka, Jeffrey R. | 0.5 | 350 | Call with G. Weitman re: employee bar date letter 4/22 filing and 4/24 2008 comp hearing |
| 4/22/2009 | Zilka, Jeffrey R. | 0.25 | 175 | Review internal memo re: motions filed 4/22 for severance and 2008 incentive payments, call with G. Weitman .25 |
| | APRIL 1-30, 2009 TOTAL | 2.5 | $ 1,750.00 | |

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 5/15/2009 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Telephone conversation with G. Weitman re: Cubs .5 |
| 5/17/2009 | Tribune | Zilka, Jeffrey R. | 0.25 | 175 | Forward article to G. Weitman re: Cubs .25 |
| 5/26/2009 | Tribune | Zilka, Jeffrey R. | 0.5 | 350 | Update call with G. Weitman .25 Prepare and review April fee application .25 |
| | | **May 1 - May 31, 2009 TOTAL** | **1.25** | **$ 875.00** | |