IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**DEBTOR TRIBUNE MEDIA SERVICES, INC.'S
NOTICE OF DEPOSITION OF JEFFREY BACON**

TO: Counsel of record;

PLEASE TAKE NOTICE that Debtor Tribune Media Services, Inc., by its counsel, will take the deposition by oral examination of Jeffrey Bacon, of Savitsky, Satin & Bacon, commencing on <u>July 24, 2009, at 9:00 a.m.</u>, at the law offices of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067,[1] and continuing until completed or until adjourned by agreement. This deposition will be limited to the matters raised in the Motion to Lift the Automatic Stay (Docket Nos. 1598 and 1622), as set forth in the Court's Order issued June 26, 2009 (Docket No. 1654). The deposition will be transcribed by a court reporter and videotaped, and will be taken before a duly authorized officer pursuant to Federal Rule of Civil Procedure 30.

---

[1] The subpoena originally served on Mr. Bacon listed deposition date of July 20, 2009, but the deponent and Debtor's counsel have instead consented to July 24, 2009.

CH1 4768999v.1

Dated: July 15, 2009

                                  TRIBUNE MEDIA SERVICES, INC.,

                                  By: _____
                                      One of the Attorneys for
                                      Plaintiff, Tribune Media Services, Inc.

| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | SIDLEY AUSTIN LLP |
|---|---|
| Norman L. Pernick (No. 2290) | Bryan Krakauer |
| J. Kate Stickles (No. 2917) | Janet E. Henderson |
| 500 Delaware Avenue, Suite 1410 | Michael Doss |
| Wilmington, DE 19801 | Gregory V. Demo |
| Telephone: (302) 652-3131 | One S. Dearborn Street |
| Facsimile: (302) 652-3117 | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |

CH1 4768999v.1