# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**DEBTOR TRIBUNE MEDIA SERVICES, INC.'S
NOTICE OF DEPOSITION OF WARREN BEATTY**

TO: Counsel of record;

PLEASE TAKE NOTICE that Debtor Tribune Media Services, Inc., by its counsel, will take the deposition by oral examination of Warren Beatty, commencing on July 23, 2009, at 10:00 a.m., at the law offices of Greenberg Glusker Fields Claman & Machtinger LLP, 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067, and continuing until completed or until adjourned by agreement between the parties. This deposition will be limited to the matters raised in the Declaration of Warren Beatty in support of his Motion to Lift the Automatic Stay (Docket Nos. 1598 and 1622), as set forth in the Court's Order issued June 26, 2009 (Docket No.

1654). The deposition will be transcribed by a court reporter and videotaped, and will be taken before a duly authorized officer pursuant to Federal Rule of Civil Procedure 30.

Dated: July 7, 2009

TRIBUNE MEDIA SERVICES, INC.,

By: _____
One of the Attorneys for
Plaintiff, Tribune Media Services, Inc.

| COLE, SCHOTZ, MEISEL, | SIDLEY AUSTIN LLP |
|---|---|
| FORMAN & LEONARD, P.A. | Bryan Krakauer |
| Norman L. Pernick (No. 2290) | Janet E. Henderson |
| J. Kate Stickles (No. 2917) | Michael Doss |
| 500 Delaware Avenue, Suite 1410 | Gregory V. Demo |
| Wilmington, DE 19801 | One S. Dearborn Street |
| Telephone: (302) 652-3131 | Chicago, IL 60603 |
| Facsimile: (302) 652-3117 | Telephone: (312) 853-7000 |
|  | Facsimile: (312) 853-7036 |

2