**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                       :
In re:                                 :        Chapter 11
                                       :
TRIBUNE COMPANY, et al.,                :        Case No. 08-13141 (KJC)
                                       :
                    Debtors.           :        Jointly Administered
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PROTECTIVE ORDER, PURSUANT TO 11 U.S.C. § 105, FED. R. CIV. P.  26(c) AND**
**FED. R. BANKR. P. 7026,  QUASHING VIDEOTAPING OF DEPOSITION OF**
**WARREN BEATTY**

Upon consideration of the Emergency Motion of Warren Beatty, Pursuant to 11

U.S.C. § 105, Fed. R. Civ. P.  26(c) and Fed. R. Bankr. P. 7026, for Protective Order Quashing

Videotaping of Deposition of Warren Beatty (the "Motion");[1] and the Court having reviewed the

Motion and documents related thereto; and the Court having considered the record thereon; and

the Court having determined that, pursuant to Federal Rule 26(c), made applicable to this

proceeding pursuant to Bankruptcy Rule 7026, good cause exists to quash videotaping of Mr.

Beatty's deposition; now therefore, it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the Tribune is precluded from videotaping any deposition of Mr.

Beatty taken in connection with the Lift Stay Motion; provided, however, that the Tribune may

transcribe any such deposition by means of a court reporter.

Dated: Wilmington, Delaware
        July __, 2009
                                         _____ __ _____
                                         KEVIN J. CAREY
                                         CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.