## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 16th day of July, 2009, I caused a copy of the **Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Examination of Robert R. McCormick Tribune Foundation [sic] and the Cantigny Foundation and the Production of Documents pursuant to Bankruptcy Rule 2004** to be served upon the following *via* electronic mail:

Bryan Krakauer
Sidley, Austin, Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com

J. Kate Stickles
Cole, Schotz, Meisel, Forman & Leonard,
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com

Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801
landis@lrclaw.com

United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035
 USTPREGION03.WL.ECF@USDOJ.GOV

Jeffrey C. Wisler
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
jwisler@cblh.com

Thomas V. Askounis
Askounis & Darcy. PC
401 North Michigan Ave
Suite 550
Chicago, IL 60611
taskounis@askounisdarcy.com

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
khill@svglaw.com

Adam Scott Moskowitz
ASM Capital, LP
22 Jennings Lane
Woodbury, NY 11797
asmcapital@aol.com

Scott Golden
Hogan & Hartson LLP
875 Third Avenua
New York, NY 10022
sagolden@hhlaw.com


*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)