**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Tribune Company, *et al.*, | : | Case No. 08-13141-KJC |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL PAPERS**

PLEASE TAKE NOTICE that the Robert R. McCormick Foundation and the Cantigny

Foundation in Tribune Company, LLC (the "Foundations"), by and through their undersigned

counsel, pursuant to Bankruptcy Rule 2002 and Section 102(1) of the Bankruptcy Code, request

that all notices given or required to be given in these cases and all papers served in these cases be

given to and served upon the undersigned at the offices set forth below:

| | |
|---|---|
| Daniel K. Astin, Esquire | Leonard S. Shifflett, Esquire |
| Anthony M. Saccullo, Esquire | Faye B. Feinstein, Esquire |
| Mary E. Augustine, Esquire | Quarles & Brady LLP |
| Carl D. Neff, Esquire | 300 North LaSalle Street |
| Ciardi Ciardi & Astin | Suite 400 |
| Citizens Bank Center | Chicago, IL  60654-3422 |
| 919 North Market Street, Suite 700 | Tel: (312) 715-5000 |
| Wilmington,  DE 19801 | Fax: (312) 715-5155 |
| dastin@ciardilaw.com.com | leonard.shifflett@quarles.com |
| asaccullo@ciardilaw.com | faye.feinstein@quarles.com |
| maugustine@ciardilaw.com | |
| cneff@ciardilaw.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed hand

delivery, mail, telephone, telex, or otherwise which affects the Debtors or the property of the

Debtors.

PLEASE TAKE FURTHER NOTICE that the Foundations do not intend this Notice of

Appearance or any later appearance, pleading or claim to waive:  (1) their right to trial by jury in

any proceeding so triable in this case or in any case, controversy, or proceeding related to this

case; or (2) any other rights, claims, actions, defenses, set-offs, or recoupments to which they are

or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims,

actions, defenses, set-offs, and recoupments are expressly reserved.


Dated: July 16, 2009                                       CIARDI CIARDI & ASTIN
        Wilmington, Delaware


                              By:     */s/ Mary E. Augustine*
                                      Daniel K. Astin (No. 4068)
                                      Anthony M. Saccullo (No. 4141)
                                      Mary E. Augustine (No. 4477)
                                      Carl D. Neff (No. 4895)
                                      919 N. Market Street, Suite 700
                                      Wilmington, Delaware 19801
                                      Tel:  (302) 658-1100
                                      Fax:  (302) 658-1300
                                      dastin@ciardilaw.com
                                      asaccullo@ciardilaw.com
                                      maugustine@ciardilaw.com
                                      cneff@ciardilaw.com

                                      -and-

                                      Leonard S. Shifflett, Esquire
                                      Faye B. Feinstein, Esquire
                                      Quarles & Brady LLP
                                      300 North LaSalle Street
                                      Suite 400
                                      Chicago, IL  60654-3422
                                      Tel: (312) 715-5000
                                      Fax: (312) 715-5155
                                      faye.feinstein@quarles.com
                                      leonard.shifflett@quarles.com

                                      *Counsel to Robert R. McCormick Foundation and*
                                      *the Cantigny Foundation in Tribune Company, LLC*