# EXHIBIT 1

## Tribune Fourth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Deloitte Tax LLP[‡]<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Contact: Gerry Sullivan<br>Email: gesullivan@deloitte.com | Tax Consultants | $20,000 |
| Goldberg, Godles, Wiener and Wright<br>1229 Nineteenth Street N.W.<br>Washington, DC 20036<br>Contact: Vicky Taylor<br>Email: vtaylor@G2W2.com | Immigration Counsel for Chicago Tribune Company | $5,000 |
| Holmes Weddle & Barcott<br>701 W 8th Ave., Ste. 700<br>Anchorage, Alaska 99501-3510<br>Contact: David Freeman<br>Email: dfreeman@hwb-law.com | Local Patent Litigation Counsel | $30,000 |
| Lemery Greisler LLC<br>60 Railroad Place<br>Saratoga Springs, NY 12866<br>Contact: Karen S. Martell<br>Email: kmartell@lemeryqreisler.com | Employment and Immigration Counsel for Sun-Sentinel | $5,000 |
| Pepe State Tax Consulting PLLC<br>6601 Cherry Grove Circle<br>Orlando, FL 32809<br>Contact: Ralph Pepe<br>Email: pepetax@cfl.rr.com | Tax Counsel for Sun-Sentinel | $7,500 |
| Phyllis Volk[§]<br>250 E. Pearson St., Suite 906<br>Chicago, IL 60611<br>(312) 440-7266 | Real estate law | $20,000 |

---

[‡] Amended solely to specify the legal name of the Deloitte entity providing services to the Debtors in the ordinary course of business.

[§] Phyllis Volk was previously retained by the Debtors as an Ordinary Course Professional with a monthly cap of $10,000.

46429/0001-5852080v1

-2-

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Robertson, Freilich, Bruno and Cohen<br>The Legal Center<br>One Riverfront Plaza<br>Newark, NJ 07102<br>Contact: Irvin Freilich<br>Email: ifreilich@rbclaw.com | Litigation Counsel for Hartford Courant | $5,000 |
| The TAARP Group, LLP<br>8333 Douglas Avenue, Suite 1500<br>Dallas, TX 75225<br>Contact: David Veeder<br>Email: dveeder@taarpgroup.com | Tax Consultants for Chicago Tribune Company | 15% contingency fee on amounts collected |