# Attachment A

**FEE SUMMARY FOR THE QUARTERLY PERIOD FROM
MARCH 1, 2009 THROUGH MAY 31, 2009**

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 21.80 | $17,440.00 |
| Richard W. Astle | Partner/ Corporate/ 29 years. Admitted 1980. | $735 | .80 | $588.00 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 71.90 | $59,317.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 3.70 | $2,867.50 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $735 | 9.60 | $7,056.00 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 3.60 | $3,330.00 |
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 151.80 | $103,983.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| James W. Ducayet | Partner/ Litigation/ 13 years. Admitted 1996. | $685 | 1.50 | $1,027.50 |
| Max C. Fischer | Partner/ Employment/ 14 years. Admitted 1995. | $600 | 14.30 | $8,580.00 |
| Ronald S. Flagg | Partner/ Litigation/ 28 years. Admitted 1981. | $650 | 5.10 | $3,315.00 |
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | .90 | $697.50 |
| Lawrence R. Fullerton | Partner/ Litigation/ 31 years. Admitted 1978. | $800 | 18.00 | $14,400.00 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 70.40 | $44,814.40 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 437.80 | $361,185.00 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 17.00 | $12,325.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 118.90 | $98,092.50 |
| Robert W. Hirth | Partner/ Litigation/ 30 years. Admitted 1979. | $875 | 6.90 | $6,037.50 |
| Kevin J. Hochberg | Partner/ Banking and Financial Transactions/ 25 years. Admitted 1984. | $775 | 1.30 | $1,007.50 |
| Michael Hyatte | Partner/ Regulatory/ 30 years. Admitted 1979. | $850 | .50 | $425.00 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 8.60 | $6,020.00 |
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 60.70 | $41,579.50 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 376.20 | $252,011.25 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Brian M. Klapowitz | Partner/ Pooled Investment Entities/ 27 years. Admitted 1982. | $875 | .50 | $437.50 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 408.20 | $360,540.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 585.80 | $469,012.50 |
| Scott R. Lassar | Partner/ Litigation/ 34 years. Admitted 1975. | $850 | 1.90 | $1,615.00 |
| Robert J. Lewis | Partner/ Banking/ 14 years. Admitted 1995. | $650 | 33.90 | $22,035.00 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 259.20 | $155,303.50 |
| Larry J. Nyhan | Partner/ Bankruptcy/ 29 years. Admitted 1980. | $925 | 1.40 | $1,295.00 |
| Bridget R. O'Neill | Partner/ Tax/ 21 years. Admitted 1988. | $800 | 3.10 | $2,480.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Dennis V. Osimitz | Partner/ Corporate/ 33 years. Admitted 1976. | $775 | .30 | $232.50 |
| Ellen P. Pesch | Partner/ Insurance and Financial Services/ 20 years. Admitted 1989. | $800 | 1.50 | $1,200.00 |
| Kevin R. Pryor | Partner/ Tax/ 12 years. Admitted 1997. | $605 | .30 | $181.50 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 71.80 | $52,773.00 |
| Scott E. Saef | Partner/ Real Estate/ 17 years. Admitted 1992. | $630 | 2.40 | $1,512.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 51.50 | $32,187.50 |
| Eugene A. Schoon | Partner/ Litigation/ 27 years. Admitted 1982. | $685 | 2.0 | $1,370.00 |

| Name of Professional/<br>Individual | Position, Area of<br>Expertise, Number<br>of Years in Position,<br>Year of Obtaining<br>License to Practice | Hourly<br>Billing<br>Rate | Total<br>Hours<br>Billed | Total<br>Compensation |
|---|---|---|---|---|
| Stewart R. Shepherd | Partner/<br>Employee<br>Benefits/<br>33 years.<br>Admitted 1976. | $735 | 2.20 | $1,617.00 |
| Thomas McC. Souther | Partner/<br>Litigation/<br>24 years.<br>Admitted 1985. | $800 | 3.70 | $2,960.00 |
| Michael J. Sweeney | Partner/<br>Litigation/<br>33 years.<br>Admitted 1976. | $685 | 68.60 | $46,991.00 |
| Thomas P. Van Wazer | Partner/<br>Communications/<br>19 years.<br>Admitted 1990. | $600 | 117.30 | $70,380.00 |
| Robert R. Wootton | Retired Partner/<br>Tax/<br>30 years.<br>Admitted 1979. | $665 | 20.00 | $13,300.00 |
| Jay H. Zimbler | Partner/<br>Tax/<br>34 years.<br>Admitted 1975. | $850 | 27.10 | $23,035.00 |
| | | | | |
| Sally S. Neely | Senior Counsel/<br>Bankruptcy/<br>32 years.<br>Admitted 1977. | $800 | .10 | $80.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Richard T. Peters | Senior Counsel/ Bankruptcy/ 37 years. Admitted 1972. | $800 | 34.30 | $27,440.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 84.10 | $65,177.50 |
| David M. Miles | Counsel/ Financial Institution Regulation/ 30 years. Admitted 1979. | $635 | 30.80 | $20,790.00 |
| Jeffrey W. Stewart | Counsel/ Securitization/ 16 years. Admitted 1993. | $650 | 5.20 | $3,380.00 |
| James D. Weiss | Counsel/ Employment/ 16 years. Admitted 1993. | $575 | 1.00 | $575.00 |
| Sarah E. Adamczyk | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 99.80 | $37,425.00 |
| Baird S. Allis | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 10.00 | $3,950.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Keith P. Banner | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $330 | 107.20 | $35,376.00 |
| Megan Nogasky Beer | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 27.90 | $8,788.50 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 135.20 | $64,220.00 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 122.40 | $76,500.00 |
| Peter K. Booth | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $315 | 28.70 | $10,762.50 |
| Heather M. Bruce | Associate/ Employment/ 3 years. Admitted 2006. | $395 | 2.30 | $908.50 |
| Brenna M. Clark | Associate/ Employee Benefits/ 1 year. Admitted 2008. | $315 | 40.80 | $12,852.00 |
| Jay C. Coppoletta | Associate/ Corporate/ 6 years. Admitted 2003. | $495 | 2.40 | $1,188.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Geo. Tyler Coulson | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $295 | 28.90 | $10,837.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $475 | 39.30 | $18,667.50 |
| Reepal S. Dalal | Associate/ Employee Benefits/ 3 years. Admitted 2006. | $395 | 46.50 | $18,367.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 139.20 | $52,200.00 |
| Ruthanne M. Deutsch | Associate/ Litigation/ 5 years. Admitted 2004. | $475 | .30 | $142.50 |
| Gregory E. Durkin | Associate/ Corporate/ 2 years. Admitted 2007. | $355 | 11.00 | $3,905.00 |
| Rachel M. Fleischer | Associate/ Employment and Labor Law/ 2 years. Admitted 2007. | $355 | 17.70 | $6,283.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison L. Goico (formerly Miller) | Associate/ Employment and Labor Law/ 3 years. Admitted 2006. | $395 | 41.90 | $16,550.50 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 5.00 | $1,575.00 |
| Wendell M. Harp | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 26.00 | $11,050.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $425 | 108.20 | $45,985.00 |
| James R.M. Hemmings | Associate/ Product Liability and Mass Torts Litigation/ 6 years. Admitted 2003. | $495 | 12.40 | $6,138.00 |
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 2.20 | $1,375.00 |
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 96.30 | $49,594.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 487.20 | $182,700.00 |
| Sarah M. Konsky | Associate/ Employment and Labor Law/ 4 years. Admitted 2005. | $465 | 5.70 | $2,650.50 |
| Holly C. Kopack Willobee | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 2.30 | $1,069.50 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 147.30 | $46,399.50 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 121.10 | $47,834.50 |
| Alison R. Leff | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 45.50 | $16,636.50 |
| Bradley C. Martinson | Associate/ Tax/ 6 years. Admitted 2003. | $495 | 1.20 | $594.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jillian K. McClelland | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 523.10 | $222,317.50 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 478.70 | $250,740.00 |
| Neil S. Pai | Associate/ Corporate/ 1 year. Admitted 2008. | $295 | 29.90 | $9,418.50 |
| Tom A. Paskowitz | Associate/ Litigation/ 3 years. Admitted 2006. | $525 | 1.80 | $945.00 |
| Jen Peltz | Associate/ Litigation/ 6 years. Admitted 2003. | $495 | 1.00 | $495.00 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 128.50 | $59,752.50 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 68.50 | $25,687.50 |
| Richard M. Silverman | Associate/ Tax/ 2 years. Admitted 2007. | $355 | 17.60 | $6,248.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stuart Z. Stahl | Associate/ Securitization/ 5 years. Admitted 2004. | $600 | 141.90 | $85,140.00 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 62.20 | $33,588.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 77.70 | $29,137.50 |
| William Tran | Associate/ Employment/ 3 years. Admitted 2006. | $365 | 13.00 | $5,525.00 |
| Praju Tuladhar | Associate/ Banking and Financial Transactions/ 1 year. Admitted 2008. | $315 | 1.20 | $378.00 |
| Carla A. Varner | Associate/ Banking/ 7 years. Admitted 2002. | $530 | 6.10 | $3,233.00 |
| Leah K. Holt | Summer Associate | $175 | 6.90 | $1,207.50 |
| Richard Bryan | Legal Assistant/ Litigation/ < 1 year. | $190 | 21.60 | $4,104.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kelley Gmoser | Legal Assistant/ Bankruptcy/ 8 years. | $230 | 31.80 | $7,314.00 |
| Sally K. Jordan | Legal Assistant/ Banking/ 13 years. | $245 | 6.10 | $1,494.50 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 2.00 | $380.00 |
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 3.40 | $782.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 23 years. | $285 | 181.90 | $51,841.50 |
| Eileen A. McDonnell-O'Driscoll | Senior Legal Assistant/ Bankruptcy/ 24 years. | $290 | .80 | $232.00 |
| Branka V. Nastasic | Senior Legal Assistant/ Corporate/ 9 years. | $215 | 91.80 | $20,655.00 |
| Jason E. Navia | Legal Assistant/ Litigation/ 2 years. | $220 | 2.20 | $484.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 74.50 | $18,252.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 2.50 | $475.00 |
| Mandie Smolich | Legal Assistant/ Corporate/ 5 years. | $195 | 18.30 | $3,568.50 |
| Maud Such | Legal Assistant/ Product Liability and Mass Torts Litigation/ 21 years. | $220 | 15.80 | $3,476.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 163.40 | $31,046.00 |
| Liisi Vanaselja | Legal Assistant/ Food and Drug Law/ 12 years. | $280 | .40 | $112.00 |
| Mary L. Wiersema | Legal Assistant/ Investment Products and Derivatives/ 30 years. | $245 | 8.40 | $2,058.00 |
| | | | | |
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 300.80 | $79,712.00 |
| | | | | |

40

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jenny Y. Borrelli | Project Assistant/ 8 years. | $110 | 30.30 | $3,333.00 |
| Margaret DeBillie | Project Assistant/ 10 years. | $110 | 3.30 | $363.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 43.50 | $4,785.00 |
| Joanne Romanovich | Project Assistant/ 25 years. | $85 | 7.20 | $612.00 |
| Crystal Wu | Project Assistant/ 1 year. | $110 | 6.80 | $748.00 |
| | | | | |
| **Grand Total** | | | **7,814.80** | **$4,209,274.75** |
| **Blended Rate** | | **$538.63** | | |

[remainder of page intentionally left blank]

## COMPENSATION BY PROJECT CATEGORY FOR THE QUARTERLY PERIOD
## FROM MARCH 1, 2009 THROUGH MAY 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC Post Bankruptcy Matters (20100) | 546.20 | $224,783.00 |
| Fee Applications (30390) | 561.70 | $171,622.50 |
| Executory Contracts and Leases (30410) | 275.70 | $143,884.00 |
| Vendor Issues (30420) | 222.00 | $121,264.50 |
| Use/Sale/Lease of Assets (30430) | 135.80 | $78,763.00 |
| DIP Financing/Cash Collateral (30440) | 656.30 | $342,169.50 |
| Insurance Matters (30450) | 32.40 | $19,495.50 |
| Committee-Related Matters (30460) | 263.40 | $185,241.00 |
| Litigated Matters (30470) | 780.00 | $436,899.50 |
| Travel Time (30480) (with 50% discount) | 67.70 | $26,776.25 |
| Labor Issues (30490) | 138.70 | $82,666.00 |
| Plan and Disclosure Statement (30500) | 1,140.40 | $687,883.00 |
| Professional Retention (30510) | 204.30 | $102,573.50 |
| Tax Issues (30520) | 136.70 | $97,614.00 |
| Claims Processing (30530) | 251.10 | $142,873.50 |
| Business Operations (30550) | 353.50 | $185,945.50 |
| Case Administration (30560) | 346.90 | $164,725.00 |
| Creditor Communications (30570) | 49.20 | $27,764.00 |
| Bankruptcy Schedules (30580) | 217.80 | $124,778.50 |
| Employee Issues (30590) | 964.40 | $552,184.50 |
| Asset Disposition (30600) | 470.60 | $289,368.50 |
| **TOTAL** | **7,814.80** | **$4,209,274.75** |

# **Attachment B**

**EXPENSE SUMMARY FOR THE QUARTERLY PERIOD FROM
MARCH 1, 2009 THROUGH MAY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | | $12,196.41 |
| Duplicating Charges[1] | | $8,617.29 |
| Court Costs | | $295.50 |
| Document Delivery Services | | $646.40 |
| Document Services | | $1,077.00 |
| Filing Fees | | $7,005.00 |
| Ground Transportation | | $3,472.61 |
| Lexis Research Service | Lexis | $13,669.12 |
| Meals Out-of-Town | | $542.36 |
| Meals | | $274.50 |
| Messenger Services | | $245.12 |
| Overtime Services | | $1,369.69 |
| Document Production | | $462.50 |
| Search Services | | $14,282.58 |
| Telephone Tolls | | $1,314.95 |
| Travel/Lodging | | $5,064.41 |
| Westlaw Research Service | Westlaw | $34,988.92 |
| | | |
| **Total** | | **$105,524.36** |

---

[1] Sidley's rate for copying and facsimile transmission is $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).

44