# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** July 16, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| N. Chris Griffiths | Connolly Bove Lodge & Hutz | Capital Source |
| Thomas M. Horan | Womble Carlyle Sandridge & Rice | Great Bank |
| Alan Lipkin | Willkie Farr & Gallagher LLP | GDF off of Barclays |
| David Stratton | Pepper Hamilton | " |
| Adam Landis | Landis Rath & Cobb | Creditors' Committee |
| Douglas Deutsch | Chadbourne & Parke | " |
| Ken Kansa | Sidley Austin | Debtors |
| Kate Stickles | Cole Schotz | " |
| Richard Schepacarter | USDOJ-OUST | OUST |
| Fotini Antoniadis | Edwards Angell Palmer & Dodge | Barclays |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 07/16/2009
Calendar Time: 03:30 PM

1st Revision 07/15/2009 01:57 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2941972 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2941977 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2944391 | Bridget Hauserman | 212-839-8608 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2946488 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2944379 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2941527 | Sharon Katz | (212) 450-4000 | Davis Polk & Wardwell | Interested Party, JP Morgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2941959 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2926739 | Robert Craig Martin | (302) 425-7116 | Edwards Angell Palmer Dodge, LLP | Interested Party, Barclays Capital / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2941938 | Guy S. Neal | (202) 736-8000 | Sidley Austin | Debtor, Tribune / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2941525 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Interested Party, JP Morgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2947023 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Mastalis Foankel, LLP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2946690 | Matthew Stein | (212) 506-1717 | Kasowitz Benson Torres & Friedman | Creditor, Law Debenture Trust Company of the Americas / LISTEN ONLY |

Raymond Reyes    CourtConfCal2007