# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Tribune Company, *et al.*, *et al.*, | Case No. 08-13141-KJC |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Mary E. Augustine moves the admission *pro hac vice* of Faye B. Feinstein, Esquire, of Quarles & Brady LLP, to represent Robert R. McCormick Foundation and Cantigny Foundation in Tribune Company, LLC in the above-captioned chapter 11 cases.

*/s/ Mary E. Augustine*
Mary E. Augustine (No. 4477)
919 N. Market Street, Suite 700
Wilmington, Delaware 19801
Telephone: (302) 658-1100
Fax: (302) 658-1300
maugustine@ciardilaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that I caused the annual fee of $25.00 to be paid to the Clerk of the District Court.

*[signature]*

Faye B. Feinstein, Esquire
Quarles & Brady LLP
300 North LaSalle Street
Suite 400
Chicago, IL 60654-3422
Tel: (312) 715-5000
Fax: (312) 715-5155
faye.feinstein@quarles.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge