**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
   In re:                                :    Chapter 11
                                         :
   TRIBUNE COMPANY, et al.,              :    Case No. 08-13141 (KJC)
                                         :
                    Debtors.             :    Jointly Administered
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x    Related Docket Nos. 1753 & ____
```

**ORDER GRANTING MOTION TO SET EXPEDITED HEARING ON EMERGENCY MOTION OF WARREN BEATTY, PURSUANT TO 11 U.S.C. § 105, FED. R. CIV. P. 26(C) AND FED. R. BANKR. P. 7026, FOR PROTECTIVE ORDER QUASHING VIDEOTAPING OF DEPOSITION OF WARREN BEATTY**

Upon consideration of the motion to expedite (the "Motion to Expedite") a hearing on the Emergency Motion Of Warren Beatty, Pursuant To 11 U.S.C. § 105, Fed. R. Civ. P. 26(c) And Fed. R. Bankr. P. 7026, For Protective Order Quashing Videotaping Of Deposition Of Warren Beatty (the "Emergency Motion "); and the Court having reviewed the Motion to Expedite and documents related thereto; and good and sufficient cause having been shown; now therefore, it is hereby

ORDERED, that the Motion to Expedite is GRANTED; and it is further

ORDERED, that a hearing with respect to the Emergency Motion will take place on _____ at ___:___ __.m (ET); and if is further

ORDERED, that objections, if any, to the Emergency Motion shall be filed with the Court and served on counsel to Mr. Beatty so as to be receivedon or before _____ at ___:___ __.m (ET).

Dated: Wilmington, Delaware
       July __, 2009                    _____
                                        KEVIN J. CAREY
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE