IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
: 
In re: : Chapter 11
:
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
:
Debtors. : Jointly Administered
:
------------------------------x Related Docket Nos. 1753 & ____

## ORDER GRANTING MOTION TO SET EXPEDITED HEARING ON EMERGENCY MOTION OF WARREN BEATTY, PURSUANT TO 11 U.S.C. § 105, FED. R. CIV. P. 26(C) AND FED. R. BANKR. P. 7026, FOR PROTECTIVE ORDER QUASHING VIDEOTAPING OF DEPOSITION OF WARREN BEATTY

Upon consideration of the motion to expedite (the "Motion to Expedite") a hearing on the Emergency Motion Of Warren Beatty, Pursuant To 11 U.S.C. § 105, Fed. R. Civ. P. 26(c) And Fed. R. Bankr. P. 7026, For Protective Order Quashing Videotaping Of Deposition Of Warren Beatty (the "Emergency Motion "); and the Court having reviewed the Motion to Expedite and documents related thereto; and good and sufficient cause having been shown; now therefore, it is hereby

ORDERED, that the Motion to Expedite is GRANTED; and it is further

ORDERED, that a *telephonic* hearing with respect to the Emergency Motion will take place on _July 31_ at _1:30 p_.m (ET); and it is further

ORDERED, that objections, if any, to the Emergency Motion ~~shall be filed with the Court and served on counsel to Mr. Beatty so as to be received on or before~~ *may be presented at the time of telephonic hearing.* ~~at ___ __.m (ET).~~

Dated: Wilmington, Delaware
July __ 2009

KEVIN J. CAREY
CHIEF UNITED STATES BANKRUPTCY JUDGE

587195.01-Wilmington Server 1A - MSW