UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY., *et al.*, ) | |
| ) | 08-13141-KJC |
| Debtors. ) | |
| ) | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Susan E. Kaufman, Esquire of Cooch and Taylor P.A. and Susanne M. Mitchell, Esquire of the International Union UAW hereby withdraw their appearances and requests for notice on behalf of the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW").

DATED: July 20, 2009          Cooch and Taylor, P.A.

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19899
(302) 984-3893 / (302) 984-3939 Fax
Skaufman@coochtaylor.com

And

Susanne M. Mitchell, Esquire
International Union UAW
8000 E. Jefferson Avenue
Detroit, MI 48214
(313) (313) 926-5216
(313) 822-4844 (Fax)
smitch@uaw.net