UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRIBUNE COMPANY., *et al.*, ) | |
| ) | 08-13141-KJC |
| Debtors. ) | |
| ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2009, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Notice to be served on those below as indicated;

**VIA HAND DELIVERY**
Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attn: Norman L. Pernick
1000 North West Street, Suite 1200
Wilmington, DE 19801

          Cooch and Taylor, P.A.

          */s/ Susan E. Kaufman*
          Susan E. Kaufman, (DSB#3381)
          1000 West Street, 10th Floor
          The Brandywine Building
          Wilmington, DE 19899
          (302) 984-3893 / (302) 984-3939 Fax

Dated: July 20, 2009      Skaufman@coochtaylor.com