IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **TRIBUNE COMPANY, et al.**[1] | : | **Case No. 08-13141 (KJC)** |
| | : | |
| Debtors. | : | **Jointly Administered** |
| | : | |

-------------------------------------------------------------x   **Ref. No. 1306 and 1628**

**CERTIFICATION OF COUNSEL REGARDING STIPULATION BY AND BETWEEN
THE DEBTORS AND 233 BROADCAST, LLC EXTENDING THE DEADLINE
TO ASSUME OR REJECT CERTAIN UNEXPIRED LEASES OF NONRESIDENTAL
REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE**

The undersigned, counsel to Tribune Company, together with its affiliated debtors and

debtors in possession (collectively, the "Debtors") in the above-captioned Chapter 11 cases

(collectively, the "Cases"), hereby certifies that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

CH1 4774646v.1

1.      On June 5, 2009, the Debtors filed the Motion for Entry of an Order Authorizing Debtors to (I) Assume Certain Unexpired Leases of Nonresidential Real Property, and (II) Set Cure Amounts with Respect Thereto [Docket No. 1306] (the "Assumption Motion"), whereby the Debtors sought to assume certain leases, including, but not limited to, the Sears Tower Leases (as defined in the Stipulation referred to below).

2.      Subsequent to the filing of the Assumption Motion the Debtors received an informal objection from 233 Broadcast, LLC (the "Landlord") regarding the amounts required to cure all defaults under the Sears Tower Leases (the "Cure Amounts"). The Parties agreed to remove the Sears Tower Leases from the Assumption Motion and further extend the deadline to assume or reject the Sears Tower Leases in order to come to an agreement on the Cure Amounts.

3.      On June 25, 2009, the Court entered the Assumption Motion which, inter alia, further extended the deadline to assume or reject the Sears Tower Leases through and including July 21, 2009 (the "Current Deadline") [Docket No. 1628].

4.      The Debtors and the Landlord have since come to an agreement on the Cure Amounts; however, given that the Current Deadline is set to expire on July 21, 2009, and in order to avoid the potential automatic rejection of the Sears Tower Leases as a result of the Current Deadline, the Landlord has agreed to extend the deadline to assume or reject the Sears Tower Leases through and including August 12, 2009. Attached hereto as Exhibit 1 is a Stipulation By and Between the Debtors and 233 Broadcast, LLC Extending the Deadline to Assume or Reject Certain Unexpired Leases of Nonresidental Real Property Pursuant to Section 365(b)(4) of the Bankruptcy Code (the "Stipulation").

5.      Attached hereto as Exhibit 2 is a proposed Order Approving Stipulation By and Between the Debtors and 233 Broadcast, LLC Extending the Deadline to Assume or Reject

Certain Unexpired Leases of Nonresidental Real Property Pursuant to Section 365(d)(4) of The

Bankruptcy Code (the "Proposed Order"). The Debtors respectfully request the Court enter the

Proposed Order approving the Stipulation.

Date:  July 20, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

and

Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
Bridget J. Hauserman
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for the Debtors and Debtors In Possession