UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1696**<br>**Hearing Date: July 28, 2009 at 1:00 p.m. EDT** |

**NOTICE OF FILING (1) AMENDED EXHIBITS B AND C TO MOTION
FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 365 AND 363 AUTHORIZING
DEBTOR TRIBUNE MEDIA SERVICES, INC. TO ASSUME CERTAIN PREPETITION
LOCAL ADVERTISING SALES AGREEMENTS AND TO ASSIGN PREPETITION
AND POSTPETITION LOCAL ADVERTISING SALES AGREEMENTS
TO ADVANTAGE NEWSPAPER CONSULTANTS INC.
AND (2) REVISED PROPOSED ORDER**

**PLEASE TAKE NOTICE** that, on July 8, 2009, the Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. (the "Motion") (Docket No. 1696) was filed with the Court. Pursuant to this Motion, Tribune Media Services, Inc. seeks an order authorizing and approving the: (i) assumption of the Prepetition LAS Agreements[2]; and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Motion

46429/0001-5859153v1
CH1 4756256v.2

(ii) assignment of all LAS Agreements to Advantage Newspaper Consultants, Inc., as more fully described in the Motion. A list of the fifty-four (54) Prepetition LAS Agreements which the Debtors sought to assign was attached to the Motion as Exhibit B. A list of all of the LAS Agreements to be assigned to Advantage was attached to the Motion as Exhibit C.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** are amended Exhibits B and C to the Motion. Attached as **Exhibit 2** are black lined copies of amended Exhibits B and C which reflect all amendments to the Exhibits originally filed with the Motion. The amendments to Exhibits B and C include the addition of one Postpetition LAS Agreement to the assignment list, changes to certain effective/end dates, corrections to the names to two of the newspaper counterparties, and the removal of two of the newspaper counterparties from the assumption list. By virtue of the amendments to Exhibits B and C, TMS now seeks the assumption of 52 Prepetition LAS Agreements and the assignment of 68 LAS Agreements to Advantage.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is a revised proposed order (the "Revised Order"). Attached as **Exhibit 4** is black lined copy of the Revised Order, which reflects all changes to the proposed order filed with the Motion. The Debtors will request the Court approve the Motion with respect to the Revised Order and amended Exhibits B and C.

Date: July 20, 2009

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Jillian K. McClelland
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

- and –

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5859153v1