# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | | |
|---|---|---|
| **Debtor:** | Tribune Company | |
| **Case Number:** | 08-13141-KJC | **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JULY 16, 2009 03:30 PM   CRT#5, 5TH FL. | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | |
| **Courtroom Clerk:** | NANCY HUNT | |
| **Reporter / ECR:** | AL LUGANO | |

### *Matter:*

Omnibus
Status Conference w/ respect to E. Michael Gutman (set at 6/30 hearing)
**R / M #:**   0 /  0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Amended Agenda Item
#7 - Adjourned to 8/11/09
#8 - Status