# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 07/21/2009
Calendar Time: 01:30 PM

Amended Calendar 07/21/2009 08:57 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2958437 | Peg Brickley | (215) 462-0953 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2956829 | Douglas Deutsch | 212-408-5169 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2957741 | Michael Doss | (312) 853-7700 | Sidley & Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2955751 | Ian Fredericks | 302-651-3028 | Skadden Arps Slate Meagher & Flom | Interested Party, Warren Beatty / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2955745 | Gregg M. Galardi | 302-651-3239 | Skadden Arps Slate Meagher & Flom | Interested Party, Warren Beatty / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2956421 | Matthew B. McGuire | (302) 467-4431 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2958594 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Mastalis Foankel, LLP / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2957732 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |

Peggy Drasal                                    CourtConfCal2007