**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br><br>**Related to D.I. 1786** |
|---|---|

**MOTION PURSUANT TO BANKRUPTCY RULE 9006(c) AND LOCAL RULE 9006-1(e) TO SHORTEN NOTICE WITH RESPECT TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 554(a) OF THE BANKRUPTCY CODE AUTHORIZING TRIBUNE COMPANY TO ABANDON PROPERTY LOCATED AT 2 PARK AVENUE, NEW YORK, NY**

The debtors and debtors in possession in the above-captioned cases (the "Debtors") hereby file this motion (the "Motion to Shorten Notice"), pursuant to Rules 2002(a)(2) and 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

9006-1(e) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order shortening the notice period for the Debtors' Motion for an Order Authorizing Tribune Company to Abandon Property Located at 2 Park Avenue, New York, NY (the "Motion").[2] In further support hereof, the Debtors respectfully state as follows:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory and legal predicates for the relief sought herein are section 105 of the Bankruptcy Code, Bankruptcy Rules 2002(a)(2) and 9006(c)(1), and Local Rule 9006-1(e).

## RELIEF REQUESTED

2. By this Motion to Shorten Notice, the Debtors seek entry of an order, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), shortening the notice period with respect to the Motion and allowing the Motion to be heard during the hearing scheduled for July 28, 2009 (the "July 28 Hearing").

## BASIS FOR RELIEF

3. In order for the Motion to be heard on July 28, 2009, the Debtors need to be granted relief from the otherwise applicable fifteen (15) day notice requirement for any proposed abandonment or disposition of property of the estate. Fed. R. Bankr. P. 6007(a). Pursuant to Bankruptcy Rule 9006(c)(1), this Court may shorten the 15-day notice period for "cause shown." Local Rule 9006-1(e) further provides the notice period may be shortened by

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Debtors' Motion for Entry of an Order Pursuant to Section 554(a) of the Bankruptcy Code Authorizing Tribune Company to Abandon Property Located at 2 Park Avenue, New York, NY filed with this Court on July 21, 2009 [D.I. 1786].

order of the Court upon written motion "specifying the exigencies supporting shortened notice." Del. Bankr. L. R. 9006-1(e).

4. The Debtors submit that sufficient cause exists to justify shortening the applicable notice period for the Motion. As set forth more fully in the Motion, the Debtors seek to abandon any property of the Debtors' estates remaining at 2 Park Avenue, New York, NY (the "Premises"). The Court observed at the omnibus hearing on July 16, 2009 that a motion seeking the relief requested in the Motion should be filed by the Debtors so as to prevent the assertion by the landlord of the Premises (the "Landlord") of any further claims. Hence, the Landlord cannot claim prejudice from a lack of notice as to this Motion. Moreover, counsel for the Debtors advised counsel for the Landlord prior to the filing of this Motion to Shorten Notice and the Motion that such a filing was forthcoming, solely as a protective measure, in the event a settlement between the parties as to the matters set forth in the Landlord's motion was not reached. The parties are continuing to discuss such a settlement; however, as a means of protecting the estate's resources, the Debtors submit this Motion to Shorten Notice and request that the Motion be heard at the July 28, 2009 omnibus hearing.

5. The Debtors respectfully submit that the circumstances described above satisfy the requirement of cause under Rule 9006(c)(1), and the exigencies required under Local Rule 9006-1(e). Therefore, the Debtors respectfully request entry of an Order (i) authorizing the shortening the notice period, (ii) authorizing that the Motion be heard at the omnibus hearing to be held on July 28, 2009 at 1:00 p.m. (prevailing Eastern time), and (iii) requiring that any responses or objections to the Motion be submitted on or before July 27, 2009 at 10:00 a.m. (prevailing Eastern time).

**NOTICE**

6. Notice of this Motion to Shorten Notice has been provided to: (i) the Office of the United States Trustee; (ii) counsel for the Official Committee of Unsecured Creditors; (iii) the administrative agents for the Debtors' prepetition loan facilities; (iv) the administrative agent for Debtors' postpetition loan facility; (v) counsel to the Landlord and (vi) all parties having requested notice pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

**NO PRIOR REQUEST**

7. The Debtors have not previously sought the relief requested herein from this or any other Court.

WHEREFORE, Debtors respectfully request that the Court enter an Order in substantially the form attached hereto, pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e): (i) shortening the applicable notice period to allow the Motion to be heard on July 28, 2009 at 1:00 p.m. (prevailing Eastern time), and (ii) fixing July 27, 2009 at 10:00 a.m. (prevailing Eastern time) as the deadline for responses or objections to the Motion.

Dated: July 21, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kenneth P. Kansa
Bridget J. Hauserman
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION