IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, <u>et al</u>.,<br><br>          Debtors. | Chapter 11 Cases<br><br>Case No. 08-13141 (KJG) |

**VERIFIED STATEMENT OF HOGAN & HARTSON LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Hogan & Hartson LLP, as attorneys for certain creditors and/or parties-in-interest in the chapter 11 cases (the "Chapter 11 Cases") of Tribune Company, <u>et al</u>., the above-captioned debtors (the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

1.Hogan & Hartson LLP is performing services as attorneys for the following creditors and/or parties-in-interest in the Chapter 11 Cases:

(a)Abitibi Bowater, Inc., having an address at 1155 Metcalfe Street, Suite 800, Montreal, Quebec, Canada H3B 5H2;

(b)Abitibi Consolidated Sales Corporation, having an address at 1155 Metcalfe Street, Suite 800, Montreal, Quebec, Canada H3B 5H2;

(c) Bowater Inc., having an address at 1155 Metcalfe Street, Suite 800, Montreal, Quebec, Canada H3B 5H2;

(d)Dow Jones & Company, Inc., having an address at World Financial Center, 200 Liberty Street, New York, NY 10281; and

(e)NYP Holdings, Inc., having an address at 1211 Avenue of the Americas, New York NY 10036.

2.Hogan & Hartson LLP renders legal services to the above-named creditors and/or parties-in-interest on a regular basis in matters preceding and unrelated to the Chapter 11 Cases.

3. Hogan & Hartson LLP has been retained by each of the above-named creditors and/or parties-in-interest to render services as its counsel in the Chapter 11 Cases.

4. Upon information and belief, neither Hogan & Hartson LLP, nor the undersigned attorney, owns or has ever owned any claim against the Debtors in the Chapter 11 Cases, nor any interest in the Debtors.

I, <u>Ira S. Greene</u>, declare under penalty or perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: New York, New York
June 22, 2009

**HOGAN & HARTSON LLP**

By: <u>/s/ Ira. S. Greene</u>
　　Ira S. Greene
　　875 Third Avenue
　　New York, NY 10022
　　Telephone:  (212) 918-3000
　　Facsimile:  (212) 918-3100

*Attorneys for Abitibi Bowater, Inc., Abitibi Consolidated Sales Corp., Bowater Inc., Dow Jones & Company, Inc., and NYP Holdings, Inc.*

\\\NY - 075456/000300 - 1125523 v1