**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al., | ) | |
| | ) | Case No. 08-13141 (KJG) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF FILING

Attached hereto as Exhibit "A" is a Verified Statement of Hogan & Hartson LLP pursuant to Federal Rule of Bankruptcy Procedure 2019.

                Seitz, VanOgtrop & Green, P.A.

                /s/ Kevin A. Guerke
                R. Karl Hill, Esq. DE#2747
                Kevin A. Guerke, Esq. DE#4096
                222 Delaware Avenue
                Suite 1500, Box 68
                Wilmington, DE 19899
                Fax: 302-888-0606

                -and-

                Ira. S. Greene
                Hogan & Hartson LLP
                875 Third Avenue
                New York, NY 10022
                Tele: 212-918-3000
                Fax: 212-918-3100
                Attorneys for Abiti Bowater, Inc., Abiti
                Consolidated Sales Corp., Bowater Inc., Dow Jones
                & Company, Inc., and NYP Holdings

Dated: July 22, 2009

71872 v1