# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC       **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, JULY 21, 2009 01:30 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | AL LUGANO |

### *Matter:*

Expedited Hearing on Emergency Motion for Protective Order

**R / M #:**   0 / 0

### *Appearances:*

See Sign in Sheet

### *Proceedings:*

Agenda Item #1 - Order Due