# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| Debtors. | : | Jointly Administered |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### NOTICE OF DEPOSITION OF STEPHEN TIPPIE, VICE PRESIDENT OF LICENSING AND NEW MARKET DEVELOPMENT, TRIBUNE MEDIA SERVICES, INC.

To counsel of record:

PLEASE TAKE NOTICE that Warren Beatty, by his undersigned counsel, will take the deposition by oral examination of Stephen Tippie, Vice President of Licensing and New Market Development, Tribune Media Services, Inc., commencing on July 28, 2009 at 7:30 a.m. (ET), at the offices of Skadden, Arps, Slate, Meagher & Flom, LLP, One Rodney Square, 7th Floor, Wilmington, Delaware 19801, and continuing until completed or adjourned by agreement of the parties. This deposition will pertain to the matters related to or raised in the Declaration of Stephen Tippie dated July 21, 2009 (D.I.

1788). The deposition will be transcribed by a court reporter and videotaped, and will be taken before a duly authorized officer pursuant to Federal Rule of Civil Procedure 30.

Dated: July 22, 2009
       Wilmington, Delaware

                            SKADDEN, ARPS, SLATE, MEAGHER &
                                 FLOM LLP

                             */s/ Ian S. Fredericks*
                            Gregg M. Galardi (DE Bar No. 2991)
                            Ian S. Fredericks (DE Bar No. 4626)
                            One Rodney Square
                            P.O. Box 636
                            Wilmington, Delaware 19899-0636
                            (302) 651-3000
                            Gregg.Galardi@skadden.com
                            Ian.Fredericks@skadden.com

                            *Counsel for Warren Beatty*