## CERTIFICATE OF SERVICE

I, Ian S. Fredericks, hereby certify that on July 22, 2009, I caused the foregoing **Notice Of Deposition Of Stephen Tippie, Vice President Of Licensing And New Market Development, Tribune Media Services, Inc.** to be served on the parties listed on Exhibit A, attached hereto, in the manner indicated.

                                             */s/ Ian S. Fredericks*
                                             Ian S. Fredericks

**EXHIBIT A**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole Schotz Meisel Forman
 & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel:     302-652-3131
**By Hand Delivery**

James F. Conlan, Esq.
Janet E. Henderson, Esq.
Michael P. Doss, Esq.
Gregory V. Demo, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
Tel:     312-853-70000
**By Overnight Courier**

Office of The United States Trustee
844 North Market Street
Room 2207, Lock Box #37
Wilmington, DE 19801
**By Hand Delivery**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel:     302-467-4400
**By Hand Delivery**

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:     212-408-5100
**By Overnight Courier**