## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
In re: : Chapter 11
: 
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
: 
Debtors. : Jointly Administered
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF SERVICE OF WARREN BEATTY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO TRIBUNE MEDIA SERVICES, INC. AND ITS AFFILIATED DEBTORS**

I, Ian S. Fredericks, an attorney for movant Mr. Warren Beatty, hereby certify that I am not less than 18 years of age, and that on July 22, 2009, I caused copies of **Warren Beatty's First Set Of Requests For Production Of Documents Directed To Tribune Media Services, Inc. And Its Affiliated Debtors** to be served upon the parties listed on Exhibit A attached hereto in the manner indicated.

Dated:   July 22, 2009
           Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP


*/s/ Ian S. Fredericks*
Gregg M. Galardi (DE Bar No. 2991)
Ian S. Fredericks (DE Bar No. 4626)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Gregg.Galardi@skadden.com
Ian.Fredericks@skadden.com

Counsel for Movant, Warren Beatty

**EXHIBIT A**

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Patrick J. Reilley, Esq.
Cole Schotz Meisel Forman
 & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel:     302-652-3131
**By Hand Delivery**

James F. Conlan, Esq.
Janet E. Henderson, Esq.
Michael P. Doss, Esq.
Gregory V. Demo, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
Tel:     312-853-70000
**By Overnight Courier**

Office of The United States Trustee
844 North Market Street
Room 2207, Lock Box #37
Wilmington, DE 19801
**By Hand Delivery**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Mona A. Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Tel:     302-467-4400
**By Hand Delivery**

Howard Seife, Esq.
David M. LeMay, Esq.
Douglas E. Deutsch, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Tel:     212-408-5100
**By Overnight Courier**