# EXHIBIT D

# MERCER REPORT

# (FILED UNDER SEAL)