IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 1800 |

# DOCUMENT TO BE KEPT UNDER SEAL

Mercer (U.S.), Inc.'s report dated July 22, 2009 reviewing and analyzing the Debtors' (a) proposed 2009 Management Incentive Plan, including an ordinary course management incentive program ("MIP"), Transition MIP ("TMIP") and Key Operators Bonus ("KOB"), and (b) proposed 2008 MIP awards to nine of the Debtors' Top 10 executives, which is <u>Exhibit D</u> to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives [Docket No. 1800]

Dated:  Wilmington, Delaware
        July 22, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
Bryan Krakauer
Kevin T. Lantry
Brian J. Gold
Jonathan D. Lotsoff
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION