IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, *et al.*, | Case No. 08-13141 (KJC) |
| Debtors. | Objection Date: August 11, 2009 at 4:00 p.m. |
| | Hearing Date: *Only if Objections are filed* |

## SIXTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009** *nunc pro tunc* **to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **June 1, 2009 through June 30, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$106,998.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$5,684.58** |
| This is a: | **Sixth Monthly Application** |

The time expended for the preparation of the Applicant's fifth monthly fee application in June is approximately 5.4 hours, and the corresponding compensation requested is approximately $2,368. The time expended for the preparation of the Applicant's sixth monthly fee application will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | $74,572.80/$4,574.28 |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | $68,430.80/$9,310.40 |
| 5th | 7/14/09 | 5/1/09 – 5/31/09 | $77,805.50/$3,025.90 | *pending* |
| 6th | 7/22/09 | 6/1/09 – 6/30/09 | $106,998.50/$5,684.58 | *pending* |

46429/0001-5828391v1

**TRIBUNE COMPANY,** *et al.*

**SUMMARY OF BILLING BY ATTORNEY**
**JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 13.7 | $8,905.00 |
| Michael F. Bonkowski | 1983 | Member (since 2008) | $525.00 | 1.2 | $630.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 173.3 | $83,184.00 |
| Patrick J. Reilley | 2003 | Associate (since 2008) | $330.00 | 3.9 | $1,287.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 0.7 | $220.50 |
| Sanjay Bhatnagar | 2006 | Associate (since 2009) | $275.00 | 4.8 | $1,320.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 53.2 | $10,108.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 8.4 | $1,344.00 |
| **TOTALS** | | | | 259.20 | $106,998.50 |

**Blended Rate: $412.80**

\* This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

46429/0001-5828391v1

TRIBUNE COMPANY, *et al.*

COMPENSATION BY PROJECT CATEGORY
JUNE 1, 2009 THROUGH JUNE 30, 2009

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Automatic Stay Matters/Litigation | 22.9 | $10,404.00 |
| Case Administration | 17.1 | $6,205.50 |
| Cash Collateral and DIP Financing | 0.6 | $201.00 |
| Claims Analysis, Administration and Objections | 12.0 | $5,022.00 |
| Committee Matters and Creditor Meetings | 2.3 | $1,342.00 |
| Creditor Inquiries | 2.4 | $873.00 |
| Employee Matters | 12.3 | $5,005.00 |
| Executory Contracts | 14.6 | $6,221.00 |
| Fee Application Matters/Objections | 26.9 | $9,047.00 |
| Leases (Real Property) | 22.7 | $9,549.00 |
| Litigation/General (Except Automatic Stay Relief) | 37.5 | $15,978.00 |
| Preparation for and Attendance at Hearings | 36.4 | $14,059.00 |
| Reports; Statements and Schedules | 18.9 | $7,598.00 |
| Retention Matters | 12.1 | $4,543.00 |
| U.S. Trustee Matters and Meetings | 17.5 | $9,457.00 |
| Utilities/Sec. 366 Issues | 1.8 | $864.00 |
| General Corporate Advice | 1.2 | $630.00 |
| **TOTAL** | **259.20** | **$106,998.50** |

## TRIBUNE COMPANY, *et al.*

## EXPENSE SUMMARY
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (16,954 pages @ $0.10/page) | | $1,695.40 |
| Document Retrieval/Court Documents | *PACER Service Center* | $0.24 |
| Telephonic Appearance | *CourtCall* | $60.00 |
| Overtime *(Secretarial)* | | $195.09 |
| Travel Expenses (transportation to Court) | *Parcels, Inc.* | $75.00 |
| Transcript | *Jennifer Ryan Enslen* | $24.00 |
| Filing Fee (*Pro Hac Vice*) | *USDC* | $25.00 |
| Filing Fee *(Amended Schedules)* | *USBC* | $2,886.00 |
| Messenger Service | *Parcels, Inc.* | $106.00 |
| Outside Photocopying | *Parcels, Inc.* | $316.26 |
| Outside Postage | *Parcels, Inc.* | $157.59 |
| Outside Telecopier | *Parcels, Inc.* | $144.00 |
| **TOTAL** | | **$5,684.58** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| TRIBUNE COMPANY, *et al.*, : | Case No. 08-13141 (KJC) |
| Debtors. : | Objection Date: August 11, 2009 at 4:00 p.m. |
| : | Hearing Date: *Only if Objections are filed* |

## SIXTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to the Court for monthly allowance of compensation for services rendered, in the amount of $106,998.50, and reimbursement of expenses in the amount of $5,684.58 for the period from June 1, 2009 through June 30, 2009 (the "Application"), and respectfully represents as follows:

### Introduction

1. On December 8, 2008, each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On or about December 18, 2008, the United States Trustee appointed an official committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3. On January 15, 2009, this Court entered an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee

46429/0001-5828391v1

Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4. On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5. On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

## Relief Requested

6. Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $106,998.50, and reimbursement of actual and necessary expenses incurred, in the amount of $5,684.58, in serving as co-counsel to the Debtors during the period June 1, 2009 through June 30, 2009.

## Allowance of Compensation

7. Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8. Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from June 1, 2009 through June 30, 2009. This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

9. The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings. The following summary highlights the major areas in which the Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

a) <u>Automatic Stay Matters/Litigation</u> (22.9 hours; $10,404.00). This category includes time spent (i) responding to amended motion for relief from the automatic stay filed by Jayne Clement; (ii) preparing for evidentiary hearing regarding motion for relief from stay filed by Michael Gutman; (iii) preparing and filing notice of deposition relating to motion for relief from stay filed by Michael Gutman; (iv) preparing and filing pre-trial brief in connection with the Gutman hearing; (v) responding to motion for relief from the automatic stay filed by Warren Beatty; and (vi) reviewing motion for relief from the automatic stay filed by South Florida Stadium.

b) <u>Case Administration</u> (17.1 hours; $6,205.50). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately classifiable.

c) <u>Claims Analysis, Administration and Objections</u> (12.0 hours; $5,022.00). This category includes time spent related to filing notices of publication of bar date and reviewing and revising certification of publication of bar date.

46429/0001-5828391v1

d)  <u>Employee Matters</u> (12.3 hours; $5,005.00). This category includes time spent reviewing and revising motion granting authority to make payments pursuant to the 2009 management incentive program and motion to file the Mercer Report under seal.

e)  <u>Executory Contracts</u> (14.6 hours; $6,221.00). This category includes time spent (i) reviewing and filing revised settlement and release agreement in connection with the motion to assume certain amended ratings services agreements and ancillary agreements with The Nielsen Company (US), LLC; (ii) preparing and filing certification of no objection regarding joint motion to file exhibits under seal; (iii) reviewing, preparing and filing motion to assume syndicated program agreements with CBS; and (iv) reviewing, preparing and filing joint motion to file exhibits under seal.

f)  <u>Fee Application Matters/Objections</u> (26.9 hours; $9,047.00). This category includes time spent preparing and filing Applicant's first and second monthly fee application, as well as time spent corresponding with the Debtor's other professionals regarding their fee applications, the preparation and filing of such applications, and the preparation and filing of certifications with respect to fee applications.

g)  <u>Leases (Real Property)</u> (22.7 hours; $9,549.00). This category includes time spent reviewing, preparing and filing: (i) stipulation between 57-11 49th Place LLC and Insertco extending time for rejection of lease; (ii) fourth omnibus motion to reject certain leases of nonresidential real property; (iii) motion to assume certain unexpired leases of nonresidential real property and set cure amounts; and (iv) notice of revised order regarding motion to assume; and reviewing objections to motions.

h)  <u>Litigation/General (Except Automatic Stay Matters)</u> (37.5 hours; $15,978.00). This category includes time spent reviewing reply brief, compendium of cases,

motion for oral argument, notice of completion of briefing and motion to stay discovery in the Beatty adversary action, conferences with co-counsel regarding case strategy and hearing dates, reviewing 2004 motion and preparing and filing: (i) motion to extend time to remove actions; (ii) Rule 26 disclosures; (iii) motion for leave to file surreply in opposition to Beatty motion to dismiss; (iv) objection to lift stay motion regarding Beatty; and (v) objection to motion to stay discovery in Beatty adversary action.

i) <u>Preparation for and Attendance at Hearings</u> (36.4 hours; $14,059.00). This category includes time related to attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

j) <u>Reports; Statements and Schedules</u> (18.9 hours; $7,598.00). This category includes time reviewing, analyzing and filing second amended schedules.

k) <u>U.S. Trustee Matters and Meetings</u> (17.5 hours; $9,457.00). This category includes time spent reviewing and analyzing section 345(b) and rule 2015 issues, and preparing materials for meeting with United States Trustee on rule 2015, section 345(b) and monthly operating report issues.

## **Reimbursement of Expenses**

10. Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors. These costs for which reimbursement is requested total $5,684.58. The breakdown of costs includes the rate for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service, telephonic

appearance charges, travel expenses, transcript charges, filing fees and document retrieval charges. By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order: (i) granting the Application and authorizing allowance of compensation in the amount of $106,998.50 for professional services rendered, and $5,684.58 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated: July 22, 2009

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.

By: /s/ _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION