# EXHIBIT B

# Settlement Agreement

46429/0001-5874894v1

# SETTLEMENT AGREEMENT

This **SETTLEMENT AGREEMENT** (the "Agreement") is entered into by, between, and among Metromix LLC, a Delaware limited liability company ("Metromix"), and Gannett Satellite Information Network, Inc., a Delaware corporation ("Gannett"), on the one hand; and Tribune Company, a Delaware corporation, and Tribune Interactive, Inc., a Delaware corporation, (collectively, "Tribune"), on the other hand, as of the 22nd day of July 2009 (the "Effective Date").

## WITNESSETH:

**WHEREAS,** Tribune and Metromix are parties to that certain Services Agreement, dated as of October 29, 2007 (the "Services Agreement"), which expired on December 31, 2008;

**WHEREAS,** this Agreement is entered into for the purpose of resolving all disputes between Tribune, Gannett, and Metromix concerning the Services Agreement and amounts due thereunder;

**WHEREAS,** the parties have negotiated in good faith to memorialize the terms of the resolution of all disputes concerning the Services Agreement in this Agreement.

**NOW, THEREFORE,** in consideration of the foregoing and the mutual covenants and agreements contained herein and other good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, the parties hereto hereby agree as follows (all capitalized terms used but not defined herein shall have the meanings specified in the Services Agreement unless otherwise noted herein):

1. As a full and complete settlement of all disputes between the parties relating to the Services Agreement, (a) Metromix agrees to pay Tribune, simultaneous with its execution of this Agreement, the sum of One Million, Eight Hundred Thousand United States Dollars (US$1,800,000.00), which sum shall be paid by wire transfer in accordance with the wire transfer instructions set forth below:

    Account Name:  Tribune Company
    Account No.:  771057122
    Bank Name:  JP Morgan Chase
    ABA#: 021 000 021

and (b) Metromix and Gannett agree that Tribune will be deemed to have made an additional capital contribution of One Million Two Hundred and Forty-Nine Thousand Five Hundred and Sixty Seven United States Dollars (US$1,249,567.00) as of the Effective Date pursuant to that certain Metromix Limited Liability Company Agreement dated as of October 29, 2007, as amended by Amendment No. 1 to the Metromix Limited Liability Company Agreement, of even date herewith, by and among Tribune and certain of its affiliates and Gannett (the "LLC Agreement").

2. Upon execution of this Agreement by the parties hereto, Metromix on behalf of its parents, Members, subsidiaries, heirs, assigns, agents, and each of their officers, directors, employees, agents, insurers, attorneys, and affiliates of any kind hereby generally, irrevocably, unconditionally, and completely releases and discharges forever Tribune, its parents, subsidiaries, affiliates, heirs, assigns, agents, and each of their officers, directors, agents, employees, heirs, assigns, insurers, and attorneys from all claims, obligations, actions, demands, rights, costs, attorneys' fees, expenses, compensation, or causes of action of any nature whatsoever, asserted or unasserted, whether based on a tort, contract, common law, statutory or other theory of recovery, whether legal or equitable, and whether for compensatory, punitive, statutory or other forms of damage or relief from the beginning of time to the Effective Date of this Agreement, arising out of, or related to the Services Agreement.

3. Upon execution of this Agreement by the parties hereto, each of Tribune Company and Tribune Interactive, Inc. on behalf of its respective parents, subsidiaries, heirs, affiliates, assigns, agents, and each of their respective officers, directors, employees, agents, insurers, attorneys, and affiliates of any kind hereby generally, irrevocably, unconditionally, and completely releases and discharges forever Metromix, its parents, Members, subsidiaries, affiliates, heirs, assigns, agents, and each of their officers, directors, agents, employees, heirs, assigns, insurers, and attorneys from all claims, obligations, actions, demands, rights, costs, attorneys' fees, expenses, compensation, or causes of action of any nature whatsoever, asserted or unasserted, whether based on a tort, contract, common law, statutory or other theory of recovery, whether legal or equitable, and whether for compensatory, punitive, statutory or other forms of damage or relief from the beginning of time to the Effective Date of this Agreement, arising out of, or related to the Services Agreement.

4. Notwithstanding any provision of this Agreement to the contrary, this Agreement and each party's releases and obligations hereunder are conditioned upon and strictly subject to the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") approving, by a final order, Debtors' (as defined below) motions to (a) assume pursuant to Section 365 of the Bankruptcy Code the LLC Agreement, and (b) approve pursuant to Section 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9019 (i) this Agreement, (ii) the Transition Services Agreement, of even date herewith, by and between Tribune Company and Metromix, (iii) the Trademark Assignment, of even date herewith, by and between Metromix and Tribune Company, and (iv) the Agreement, of even date herewith, by and among Tribune and Metromix. In the event the Bankruptcy Court does not approve such motions by a final order, this Agreement shall forthwith become null and void and there shall be no liability or obligation hereunder on the part of any party hereto. For purposes of this Agreement, "Debtors" shall mean Tribune Company and each of its affiliated entities whose voluntary petitions for relief under the Bankruptcy Code were consolidated with that of Tribune Company for administrative purposes.

5. Each party to this Agreement agrees that it shall maintain the terms of this Agreement in the strictest confidentiality, except: (a) as necessary to comply with applicable law and the regulations of any governmental or administrative agency; (b) to

CH1 4766579v.3

the extent required by order of a court or governmental agency of competent jurisdiction; or (c) if the other parties hereto provide their prior written consent; provided, that each party may disclose the terms of this Agreement to its financial advisors, attorneys, accountants, consultants and other representatives who reasonably require access to such information and Tribune, in connection with the bankruptcy proceedings of Tribune Company, may disclose the terms of this Agreement to creditors of Tribune or its affiliates (and the respective representatives of such creditors) who are subject to agreements requiring such party to maintain the confidentiality of such information.

6. The parties agree that this Agreement contains the entire agreement among the parties with respect to the subject hereof; and that the terms of this Agreement cannot be modified except in a writing signed by each party hereto.

7. This Agreement and all rights and obligations arising herefrom shall be construed in accordance with, and governed by the laws of, the State of Delaware (without regard to any choice-of-law rules or principles of any other jurisdiction).

8. The parties warrant and represent that each has carefully reviewed this Agreement and is aware that the Agreement is a legally binding contract; that each has read and understood this Agreement; that each has had the assistance of legal counsel of its choosing (and such other professionals and advisors as it has deemed necessary) in the review and execution of this Agreement; that each intends to be bound by each provision of this Agreement; and that each has the authority to execute this Agreement.

9. Each party represents and warrants to the other as follows:

(a) It has all requisite power and authority (corporate and otherwise) to enter into this Agreement, and has duly authorized by all necessary action the execution and delivery hereof by the officer or individual whose name is signed on its behalf below.

(b) Its execution and delivery of this Agreement and the performance of its obligations hereunder, do not and will not conflict with or result in a breach of or a default under its organizational instruments.

(c) This Agreement has been duly and validly executed and delivered by it and constitutes its valid and legally binding obligation, enforceable in accordance with its terms, except as enforcement may be limited by bankruptcy, insolvency or other laws of general application relating to or affecting the enforcement of creditors' rights and except as enforcement is subject to general equitable principles.

10. All notices, requests, instructions, consents and other communications to be given pursuant to this Agreement shall be in writing and shall be deemed received (i) on the same day if delivered in person, by same-day courier or by telegraph, telex or facsimile transmission, (ii) on the next day if delivered by overnight mail or courier, or (iii) on the date indicated on the return receipt, or if there is no such receipt, on the third calendar day (excluding Sundays) if delivered by certified or registered mail, postage prepaid, to the party for whom intended to the following addresses:

CH1 4766579v.3

If to Tribune:

Tribune Company
435 N. Michigan Avenue
Chicago, Illinois 60611
ATTN: Dan Kazan, Senior Vice President/Development

and

Tribune Interactive, Inc.
435 N. Michigan Avenue
Chicago, Illinois 60611
ATTN: Marc Chase, President

with a copy to:

Tribune Company
Office of General Counsel
435 N. Michigan Avenue
Chicago, Illinois 60611
FAX: 312-222-3290

If to Metromix:

Metromix LLC
225 N. Michigan Avenue
Suite 1600
Chicago, Illinois 60601
ATTN: Kara Walsh, Chief Executive Officer

If to Gannett:

Gannett Co., Inc.
7950 Jones Branch Drive
McLean, VA 22107
ATTN: Jack Williams, President, Gannett Digital Ventures

with a copy to:

Gannett Co., Inc.
7950 Jones Branch Drive
McLean, VA 22107
ATTN: General Counsel

Each party may by written notice given to the other in accordance with this Agreement change the address to which notices to such party are to be delivered.

4

5

11. This Agreement may be executed in multiple counterparts, each of which shall be deemed an original, but which together shall constitute a single agreement. All signatures required under this Agreement need not appear in the same document. A facsimile or an original signature transmitted to the other party is effective as if the original was sent to the other party.

**[Signature Page Follows]**

      **IN WITNESS WHEREOF,** the parties hereto have executed this Settlement Agreement as of the Effective Date.

| **TRIBUNE COMPANY** |
| --- |
| |
| By: _____ |
| Name: |
| Title: |
| |
| **TRIBUNE INTERACTIVE, INC.** |
| |
| By: _____ |
| Name: |
| Title: |
| |
| **METROMIX LLC** |
| |
| By: _____ |
| Name: |
| Title: |
| |
| **GANNETT SATELLITE INFORMATION NETWORK, INC.** |
| |
| By: _____ |
| Name: |
| Title: |

CH1 4766579v.3