## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

B. Lane Hasler (ARDC# 6205444)
B. Lane Hasler, P.C.
1530 S. State Street, Suite 17A
Chicago, IL 60605
Telephone: (312) 893-0551
Facsimile: (312) 893-0551

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                         The Honorable Kevin J. Carey
                                         Chief United States Bankruptcy Judge

Assigned to: Kevin J. Carey
Chapter 11
Voluntary
Asset