IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | **Related to Docket No. 1788** |

## AFFIDAVIT OF SERVICE

I, Kim Berry, an employee of Parcels, Inc., hereby certify that on July 21, 2009, Parcels, Inc. caused a copy of the **Notice of Filing Declaration of Stephen Tippie in Support of Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay** to be served upon the parties on the attached service list in the manner indicated.

PARCELS, INC.

By: /s/ Kim Berry
Kim Berry
230 North Market Street
Wilmington, DE 19801
(302) 658-0900

Subscribed and sworn to before me
this 21st day of July, 2009

/s/ Carey M. Shea
Notary Public

CAREY M. SHEA
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires May 24, 2011

46429/0001-5881210v1

**TRIBUNE COMPANY,** *et al.*
**Service List re:**

**Via Hand Delivery:**
Gregg M. Galardi, Esquire
Ian S. Fredericks, Esquire
Skadden Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**Via First Class Mail**
Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112