# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| **TRIBUNE COMPANY, <u>et</u> <u>al</u>.,**[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

2. On July 20, 2009, I caused to be served true and correct copies of the following:

   a. "Notice of Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc.," to which is attached the "Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc.," dated July 8, 2009 [Docket No. 1696], (the "Advantage Paper Consultants Notice of Motion"), and

   b. "Notice of Filing (1) Amended Exhibits B and C to Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. and (2) Revised Proposed Order," dated July 20, 2009 [Docket No. 1778], (the "Advantage Paper Consultants Notice of Filing")

   enclosed securely in separate postage pre-paid envelopes, to be delivered as follows:

   i. the Advantage Paper Consultants Notice of Motion and Advantage Paper Consultants Notice of Filing via overnight mail to the party listed on the annexed <u>Exhibit A</u>,

   ii. the Advantage Paper Consultants Notice of Filing via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    <u>/s/ Samuel Garcia</u>
                                                    Samuel Garcia

Sworn to before me this
22th day of July, 2009
<u>/s/ Time Darden</u>
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires January 5, 2013

**EXHIBIT A**

The Sault Star
145 Old Garden River Road
Sault Ste. Marie, ON P6A 5M5
Canada

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ADVANTAGE NEWSPAPER CONSULTANTS INC. | ATTN: TIM DELLINGER,225 FAIRWAY DRIVE SUITE A, FAYETTEVILLE, NC 28305 |
| ARKANSAS DEMOCRAT-GAZETTE/NW EDITION | 212 NORTH EAST STREET, FAYETTEVILLE, AR 72701 |
| BIG RAPIDS PIONEER | 115 NORTH MICHIGAN, BIG RAPIDS, MI 49307 |
| BRISTOL HERALD COURIER | 320 MORRISON BLVD., BRISTOL, VA 24201 |
| CAPE BRETON POST | 255 GEORGE STREET, SYDNEY, NS B1S 6K6 CANADA |
| CHRONICLE-TELEGRAM | 222 EAST AVENUE, ELYRIA, OH 44036 |
| CLINTON HERALD | 221-6TH AVENUE S., CLINTON, IA 52732-4332 |
| CODY ENTERPRISE | 1549 SHERIDAN AVENUE, CODY, WY 82414 |
| DAILY CORINTHIAN | 1607 S. HARPER ROAD, CORINTH, MS 38834-6653 |
| DAILY HERALD | BUSH ROAD 22,PHILIPSBURG, ST. MAARTEN, ,    NETHERLAND ANTILES |
| DAILY ROCKET MINER | 215 D STREET, ROCK SPRINGS, WY 82902 |
| DAILY TIMES | 111 WEST RUSH ST., HARRISON, AR 72601 |
| FORT WAYNE NEWSPAPERS | 600 WEST MAIN STREET, FORT WAYNE, IN 46802 |
| GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC. | D/B/A: REGISTER-MAIL,140 SOUTH PRAIRIE STREET, GALESBURG, IL 61401 |
| GREEN RIVER STAR | 520 WILKES #6, GREEN RIVER, WY 82935 |
| HERALD | 132-136 W. MAIN, ROCK HILL, SC 29730 |
| HERALD ARGUS | 701 STATE STREET, LAPORTE, IN 46350 |
| HERALD REVIEW | 301 1ST AVENUE NW, GRAND RAPIDS, MN 55744 |
| HUTCHINSON NEWS | 300 WEST SECOND STREET, HUTCHINSON, KS 67501 |
| INDEPENDENT | 3191 SOUTH WHITE MOUNTAIN ROAD, SHOW LOW, AZ 85901 |
| INDIANA GAZETTE | 899 WATER STREET, INDIANA, PA 15701 |
| JOURNAL | 209 JOHN STREET, STURGIS, MI 49091 |
| LEHIGHTON TIMES-NEWS | 1ST AND IRON STREETS, LEHIGHTON, PA 18235 |
| MANISTEE NEWS ADVOCATE | 75 MAPLE STREET, MANISTEE, MI 49660 |
| MAUI NEWS | 100 MAHALANI STREET, WAILUKU, HI 96793 |
| MCALESTER NEWS CAPITAL & DEMOCRAT | 500 SOUTH 2ND STREET, MCALESTER, OK 74501 |
| MEDIA GENERAL OPERATIONS INC. | DBA THE TAMPA TRIBUNE,202 SOUTH PARKER STREET, TAMPA, FL 33606 |
| MEDICINE HAT NEWS | 3257 DUNMORE ROAD SOUTH EAST, MEDICINE HAT, AB T1A 7E6 CANADA |
| MOOSE JAW TIMES HERALD | 44 FAIRFORD STREET WEST, MOOSE JAW, SK S6H 1V1 CANADA |
| MOUNT VERNON NEWS | 18 EAST VINE STREET, MOUNT VERNON, OH 43050 |
| NEWS & CHRONICLE JOURNAL | 75 SOUTH CUMBERLAND STREET, THUNDER BAY, ON P7B 1A3 CANADA |
| NEWS SUN | 2227 WS 27 SOUTH, SEBRING, FL 33870 |
| NEWS VIRGINIAN | 1300 W. MAIN STREET, WAYNESBORO, VA 22980-2414 |
| NEWS-MINER | 200 N. CUSHMAN STREET, FAIRBANKS, AK 99701 |
| NEWS-TIMES | 831 NE AVERY STREET, NEWPORT, OR 97365 |
| NORMAN TRANSCRIPT | 215 EAST COMANCHE, NORMAN, OK 73069 |
| OGDEN GROUP | MORNING JOURNAL (LISBON OHIO),1500 MAIN STREET, WHEELING, WV 26003 |
| OLNEY DAILY MAIL | 206 WHITTLE AVENUE, OLNEY, IL 62450 |
| OTTUMWA COURIER | 213 E. 2ND STREET, OTTUMWA, IA 52501-2940 |
| PENTICTON HERALD | 186 NANAIMO AVENUE, PENTICTON, BC V2A 1N4 CANADA |
| PRINCE ALBERT DAILY HERALD | 30 - 10TH STREET EAST, PRINCE ALBERT, SK S6V 5R9 CANADA |
| PRINCE GEORGE CITIZEN | 150 BRUNSWICK STREET, PRINCE GEORGE, BC V2L 5K9 CANADA |
| PUBLIC OPINION | 77 NORTH 3RD STREET, CHAMBERSBURG, PA 17201 |
| RED BLUFF DAILY NEWS | 545 DIAMOND AVENUE, RED BLUFF, CA 96080 |
| REPUBLICAN HERALD | 111-113 MAHANTONGO STREET, POTTSVILLE, PA 17901 |
| ROLLA DAILY NEWS | 101 W. 7TH STREET, ROLLA, MO 65401 |
| SIERRA VISTA HERALD | 102 FAB AVENUE, SIERRA VISTA, AZ 85635 |
| SISKIYOU DAILY NEWS | 309 SOUTH BROADWAY, YREKA, CA 96097 |
| SUN CHRONICLE | 34 SOUTH MAIN STREET, ATTLEBORO, MA 02703 |

| Claim Name | Address Information |
| --- | --- |
| TEMPLE DAILY TELEGRAM | 10 SOUTH 3RD STREET, TEMPLE, TX 76501 |
| THE DAILY COMMERCIAL | 212 EAST MAIN STREET, LEESBURG, FL 34748 |
| THE DAILY COURIER | 550 DOYLE AVENUE, KELOWNA, BC V1Y 7V1 CANADA |
| THE DAILY HERALD | 1115-19 SOUTH MAIN STREET, COLUMBIA, TN 38401 |
| THE DAILY PRESS | 122 W. 3RD STREET, ASHLAND, WI 54806 |
| THE DAILY PROGRESS | 685 RIO ROAD, CHARLOTTESVILLE, VA 22901-1413 |
| THE DAILY TIMES | 110 W. JEFFERSON STREET, OTTAWA, IL 61350 |
| THE LETHBRIDGE HERALD | 504 7TH STREET, LETHBRIDGE, AB T1J 3Z7 CANADA |
| THE MEDINA COUNTY GAZETTE | 885 WEST LIBERTY STREET, MEDINA, OH 44256-1312 |
| THE MONROE TIMES | 1065 4TH AVENUE, MONROE, WI 53566 |
| THE PROGRESS-INDEX | 15 FRANKLIN STREET, PETERSBURG, VA 23803-4503 |
| THE RECORD | 2850 DELORME STREET, SHERBROOKE, QC J1K 1A1 CANADA |
| THE REGISTER | 314 WEST MARKET STREET, SANDUSKY, OH 44870 |
| THE SUDBURY STAR | 33 MCKENZIE STREET, SUDBURY, ON P3C 4Y1 CANADA |
| THE TELEGRAM | ONE COLUMBUS DRIVE, ST. JOHN'S, NL A1C 5X7 CANADA |
| TIMES COLONIST | 2621 DOUGLAS STREET, VICTORIA, BC V8T 4M2 CANADA |
| TIMES PUBLISHING COMPANY | 205 W. 12TH STREET, ERIE, PA 16534 |
| TIMES-STANDARD | 930 6TH STREET, EUREKA, CA 95501 |
| WELLSVILLE DAILY REPORTER | 159 N. MAIN STREET, WELLSVILLE, NY 14895 |

**Total Creditor Count 68**

TRB SVC – 07 20 09

Advantage Newspaper Consultants Inc.

225 Fairway Drive, Suite A

Fayetteville, NC 28305