# **Attachment 2**



# DOWNEY·SMITH·FIER
STATE & LOCAL TAX

# Invoice

Los Angeles Times
Donna Romero
202 West First Street
Los Angeles, CA 90012

**Date:** 5/18/2009
**Invoice #:** 2145

| **Period:** | 7/1/00 through 6/30/06 | **Project:** | Tax Recovery |

| Reference | Description | Hours | Amount |
|---|---|---|---|
| 20% Contingency | Contingent fee related to sales and use tax recoveries received from the State Board of Equalization; tax savings - 2,634,721. | | 526,944.00 |

**Total Fees** $526,944.00

Thank you for your business.

*Scott Smith, Partner*

**Send Payments To:**

Downey, Smith & Fier
4010 Watson Plaza Drive, Suite 190
Lakewood, CA 90712

Attn: Accounts Receivable
Office: (562) 249-6000

*LOS ANGELES TIMES*
California Sales and Use Tax Audit

Fee Calculation Tax Recovery Project

| Ref. | Area | BOE Prior Audit (3q00 - 1q03) | BOE Current Audit (2q03 - 2q06) | Total Audited Refunds |
|---|---|---|---|---|
| | **TRANSPORTATION DEDUCTION:** | | | |
| I | Transportation Billing Adjustment | $ (604,489) | $ (901,341) | $ (1,505,829) |
| II | Transportation Deduction - Service Level Adjustment | $ 116,000 | $ 72,304 | $ 188,305 |
| III | Carrier Rate Adjustment - Territory Report | $ 66,330 | $ 77,719 | $ 144,050 |
| IV | Transportation Deduction - Bad Debt & Bad Debt Recoveries | $ (473,929) | $ (507,815) | $ (981,743) |
| | Subtotal | $ (896,087) | $ (1,259,132) | $ (2,155,218) |
| | **USE TAX** | | | |
| IV | Accounts Payable Audit Assessment | $ - | $ 160,008 | 160,008 |
| V | Procurement Card Examination | $ - | $ (180,746) | (180,746) |
| VI | Use Tax Accrual | $ (44,209) | $ (16,536) | (60,745) |
| | Subtotal | $ (44,209) | $ (37,275) | $ (81,484) |
| | **TOTAL TAX** | $ (940,296) | $ (1,296,406) | $ (2,236,702) |
| | Estimated Credit Interest | $ (126,521) | $ (111,490) | $ (238,011) |
| | Estimated Total Refund | $ (1,066,817) | $ (1,407,897) | $ (2,474,713) |

**DSF FEE CALCULATION**

| | | | | |
|---|---|---|---|---|
| Total Refund | | $ (1,066,817) | $ (1,407,897) | $ (2,474,713) |
| Use Tax Accounts Payable Audit Assessment Add Back | | $ - | $ (160,008) | $ (160,008) |
| Total Estimated Refund Subject to DSF Fees | | $ (1,066,817) | $ (1,567,904) | $ (2,634,721) |
| DSF Applicable Fee Percent | | 20.00% | 20.00% | 20.00% |
| | DSF Fees | $ (213,363) | $ (313,581) | $ (526,944) |

BOE-1210(S1) REV. 11 (1-04)

STATE OF CALIFORNIA
BOARD OF EQUALIZATION
P.O. BOX 942879 SACRAMENTO, CALIFORNIA 94279-0001
NORWALK DISTRICT
(562) 466-1694

| FOR BOARD USE ONLY | |
|---|---|
| RE | PM |
| EFFECTIVE DATE OF PAYMENT | |
| MO | DAY | YEAR |

LOS ANGELES TIMES COMMUNICATIO
202 W 1ST ST FL 4
LOS ANGELES CA 90012-4105

**Account: SR AA 097-736741**

| Notice Id: | 0000 6386 721 | April 29, 2009 |
|---|---|---|

**Notice of Refund**

Total Amount of Refund     2,474,714.33

Schedule 20863

**NOTICE OF REFUND**
Examination of available records indicates that you are due a refund as shown below. If you have questions on our appeals procedures and your rights, visit our website at www.boe.ca.gov and see publications 17 and 70.

| Sales and Use Taxes SALES TAX REGULAR | TAX | Interest | Penalty | Total |
|---|---|---|---|---|
| Overpayment(s) made as follows: | | | | |
| Overpayment 02/04/09 For the period 04/01/03-06/30/06 | 1,296,406.67 | 111,490.31 | 0.40 | 1,407,897.38 |
| Overpayment 02/04/09 For the period 07/01/00-03/31/03 | 940,295.83 | 126,521.04 | 0.08 | 1,066,816.95 |
| Total Overpayments | | | | 2,474,714.33 |
| TOTAL REFUND | | | | 2,474,714.33 |

Total amount of Enclosed Refund Warrant 2,474,714.33

The amount refunded includes interest that may be reported per Section 6041 of the Internal Revenue Code.

Overpayment as disclosed by audit.

Overpayment as disclosed by investigation.

Always write your account number: 097-736741 on any correspondence with the State Board of Equalization.



00015037802

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - VIEW AT AN ANGLE

# STATE OF CALIFORNIA 04-721081

WARRANT NUMBER



H   THE TREASURER OF THE STATE WILL PAY OUT OF THE
IDENTIFICATION NO.

FUND NO.    FUND NAME
0094 RETAIL SALES TAX

0860    MO. DAY YR.
05 11 2009

80-1342/1211
04721081

TO:
721081
LOS ANGELES TIMES COMMUNICATIO

DOLLARS : CENTS
$*2474714.33

JOHN CHIANG
CALIFORNIA STATE CONTROLLER

⑴³¹¹¹³¹ ³³⑴° ⓞ¹ ⁷³¹ⓞ⁸¹¹ ⑴⁸