# Attachment 3



## Contact Info:

**Lyle A. Downey**
**Partner**

Lyle has specialized in state & local tax recovery and audit services for over 10 years. Prior to becoming a partner of Downey, Smith & Fier, he was the Director of Sales Tax for Kuhler & Associates in their Newport Beach Office. At Kuhler & Associates, his responsibilities included the development of an initial audit program, electronic data analysis, overall project management and the development of a specialized approach to performing recovery services. His sales and use tax recovery services team averaged annual recoveries of over $4 million per year.

Prior to joining Kuhler & Associates, Lyle was a member of Deloitte & Touche's multi-state services group in Costa Mesa, California. At Deloitte & Touche, he helped develop the D & T's Nevada Sales and Use Tax Recovery Program with which he serviced a significant number of casinos and manufacturers.

Lyle began his career in sales and use tax as an auditor with the California State Board of Equalization. During his tenure with the Board of Equalization, he was a trainer for new auditors and was also an Assistant Training Coordinator.

Lyle has industry expertise with multi-state retailers, manufacturers, the aerospace industry, newspapers, financial printers, insurance companies, biotechnology and high technology. For the past five years,

he has serviced the following clients:

- Allergan Sales
- B.F Goodrich (Rohr Aerospace)
- Bio-Rad Laboratories
- Bowne of Los Angeles
- California Casualty Management
- Farmers Insurance Group
- FEDCO Stores
- FileNet Corporation
- Gannett Newspaper
- ICN Pharmaceuticals & Biomedicals
- The New York Times Company
- Nobel Bio-Care
- Petco Animal Supplies
- Printrak International

Lyle received his Bachelor of Science degree in Accounting from the California State University, Dominguez Hills



## Contact Info:

## Scott Smith
## Partner

Prior to becoming a partner of Downey, Smith & Fier, Scott worked for over 10 years with Kuhler & Associates, a state and local tax recovery firm, specializing in Business Incentive Tax issues. As Practice Leader of the firm's Business Incentive Tax Recovery Services Group, he was responsible for all technical issues, including tax planning, strategies and techniques for maximizing business incentive credits and refunds. Under his direction, and since the firm's deployment of its California operations three years ago, the group has recovered more than 10 million dollars.

Prior to joining Kuhler & Associates, Scott worked for Vought Aircraft Industries, Inc., gaining an in-depth knowledge of major manufacturing operations. His experience there provided extensive interaction with major computer systems, launching a unique background for using technology to maximize manufacturing-based tax credits.

Scott has worked extensively in state and local tax arenas, both in Texas and California. He serves clients in the manufacturing, distribution, banking, retail, food service, insurance, bio-technology and high technology industries.

Scott has provided services to the following companies:

- Los Angles Times

- EW Scripps
- Bowne of Los Angeles
- BF Goodrich
- Gannett Newspapers
- Hitachi
- FileNet
- Pulitzer Newspapers
- IBP
- The New York Times Company
- Tatung of America
- Houston Chronicle
- Campbell Soup
- Boston Chicken
- Taco Bell
- BP Amoco
- GAF Building Materials

Scott received his Bachelor of Science degree in Business Management from the University of Texas, Arlington. He is a member of the California Association of Enterprise Zones.