# EXHIBIT 1

## Tribune Fifth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Duff and Phelps, LLC<br>311 South Wacker Drive<br>Suite 4200<br>Chicago, IL 60606<br>Contact: Elyse Bluth<br>Email: elyse.bluth@duffandphelps.com | Financial Advisor | $50,000 |
| Thomas M. Tully & Associates<br>33 North Dearborn Street, Suite 2450<br>Chicago, IL 60602<br>Contact: Thomas M. Tully<br>Email: thomas@tullyassoc.com | Counsel for Property Tax Appeals | 30% Contingency fee (plus costs) on any refunds obtained |