## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: August 14, 2009 at 4:00 pm (EST)**<br>**Hearing Date: Only if objection filed** |

### THIRD MONTHLY APPLICATION OF STUART MAUE
### AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES
### FOR THE PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009

Pursuant to Sections 330 and 331 of the United States Bankruptcy Code ("Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy procedure, Stuart Maue submits its third monthly application to this Court ("Application") for reasonable compensation for services rendered as fee examiner in the amount of $118,202.50, together with reimbursement for actual and necessary expenses incurred in the amount of $13.60, for the monthly period commencing June 1, 2009, through and including June 30, 2009 ("Compensation Period"). In support of its Application, Stuart Maue respectfully states the following:

1.　　On December 8, 2008, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code and this Court has entered an Order directing the joint administration of these Chapter 11 cases.

2.　　On March 19, 2009, the Court entered an order appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009 ("Order Appointing Fee Examiner") to examine the professional fees and expenses incurred in these cases and to make recommendations to the Court at interim and final fee application hearings.

3.    The Order Appointing Fee Examiner provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

4.    Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

5.    During the Compensation Period, Stuart Maue reconciled the hours and fees of each interim fee application filed by the various case professionals and reviewed and analyzed the professional fee activities and expenses.  The review and analysis, which is continuing, included an evaluation of the fees and expenses for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

6.    Stuart Maue is preparing and providing preliminary reports of its audit findings to each case professional and oral and written responses are being received from the case professionals for each of those reports.  After consideration of the responses, Stuart Maue is preparing final reports of its audit findings for filing with the Court, which include recommendations regarding the fees and expenses requested in the interim fee applications of each case professional.

7.    Stuart Maue requests interim allowance of compensation for the Compensation Period in the amount of $118,202.50 in connection with services rendered as fee examiner.  The total hours expended by Stuart Maue are 451.50 and attached as Exhibit A is a detailed statement of fees by timekeeper.  This exhibit includes a summary schedule that

identifies each Stuart Maue employee that rendered services in this matter, their respective hourly rates, and the total hours billed by each employee.

8.    Included in the detailed statement of fees are certain entries by professionals and paraprofessionals that are billed at "No Charge."  The fees for these entries total $2,616.00 and Stuart Maue has voluntarily reduced its fee request by this amount.

## DISBURSEMENTS

9.    During this Compensation Period, Stuart Maue incurred expenses for photocopies in the amount of $13.60 (136 copies at $0.10 per page).  Attached as Exhibit B is a statement of the expenses for which reimbursement is requested.

## VALUATION OF SERVICES

10.    Stuart Maue submits that the time entries included in the attached Exhibit A are in compliance with the requirements of Local Rule 2016-2.

11.    In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Stuart Maue is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Stuart Maue respectfully requests an award of compensation for professional services rendered as fee examiner during the Compensation Period in the amount of $118,202.50, together with reimbursement of expenses in the amount of $13.60, and for such other and further relief as this Court may deem just and proper.

DATED:  July 27, 2009
        Saint Louis, Missouri

**STUART MAUE**

By: _____

Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546

**Fee Examiner**

## **VERIFICATION**

STATE OF MISSOURI    )
                              )    SS:
ST. LOUIS COUNTY     )

    Linda K. Cooper, after being duly sworn according to law, deposes and says:

    1.    I am a licensed attorney and a Senior Legal Auditor at Stuart Maue.

    2.    I have personally performed many of the auditing services rendered by Stuart Maue, as fee examiner, and am familiar with all the work performed by the professionals and paraprofessionals in the firm.

    3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

_____
Linda K. Cooper

SWORN TO AND SUBSCRIBED before me this 27th day of July, 2009.

_____
Beverly A. Moore
Notary Public

BEVERLY A. MOORE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jefferson County
My Commission Expires: November 05, 2012
Commission Number: 08409154

My Commission Expires: November 5, 2012

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period June 1, 2009, through June 30, 2009, has been served via First Class Mail to the following Notice Parties on the 27th day of July, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

**STUART MAUE**

By: _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546

**Fee Examiner**