UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Deadline: August 14, 2009 at 4:00 pm (EST)<br>Hearing Date: Only if objection filed |

THIRD MONTHLY APPLICATION OF STUART MAUE
AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES
FOR THE PERIOD JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | June 1, 2009 through June 30, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $ 118,202.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $      13.60 |

This is a monthly application.

This monthly application includes no hours or fees incurred in connection with the preparation of fee applications.

Prior applications: This is the Third Monthly Application filed. The following is disclosed regarding the prior applications:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Compensation Period | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | None | Not Applicable |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | None | Not Applicable |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Carl A. Beier, Jr. | Senior Legal Auditor | $275.00 | 9.90 | $ 2,722.50 |
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 52.40 | 17,030.00 |
| Ernest W. James | Senior Legal Auditor | $275.00 | 6.10 | 1,677.50 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 1.00 | 0.00 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 139.60 | 38,390.00 |
| Lisa Savoy | Senior Legal Auditor | $275.00 | 65.50 | 18,012.50 |
| Pamela Snyder | Senior Legal Auditor | $275.00 | 0.50 | 0.00 |
| Pamela Snyder | Senior Legal Auditor | $275.00 | 87.90 | 24,172.50 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 0.10 | 0.00 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 24.50 | 6,737.50 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 1.20 | 0.00 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 33.10 | 9,102.50 |
| Amy T. Truong | Senior Legal Auditor | $275.00 | 1.30 | 357.50 |
| Laurie Donaldson | Data Control | $65.00 | 4.00 | 0.00 |
| Linda M Michely | Data Control | $65.00 | 3.20 | 0.00 |
| Jennifer Minzghor | Data Control | $65.00 | 21.20 | 0.00 |
| | | Grand Total: | 451.50 | $118,202.50 |
| | | Blended Rate: | | $261.80 |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 451.50 | $118,202.50 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (136 @ $0.10 per page) | $13.60 |
| Total: | $13.60 |