

TRIBUNE COMPANY, et al. **EXPENSE SUMMARY** Invoice Date: 7/27/2009
Invoice Number: R609 - Expenses

**TRIBUNE - JUNE EXPENSES**

**PHOTOCOPIES**

Photocopies 136 at $0.10/Page: $13.60

**TOTAL EXPENSES:** **$13.60**