IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Docket No. 1250 |

CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER
EXTENDING THE TIME FOR THE INTERNAL REVENUE SERVICE TO A FILE
PROOFS OF CLAIM

The undersigned hereby certifies as follows:

On May 27, 2009, the Court entered an order granting the Internal Revenue Service until August 10, 2009 to file a proof of claim in this proceeding, without prejudice to its moving for additional time or to other parties in interests' right to oppose such motion.

Subsequently, the Service and Debtors have engaged in discussions that have led to the agreed form of order attached hereto as Exhibit A.  The agreed form of order was circulated to and approved by (i) counsel for the Debtors and (ii) Counsel for the Service.

4482661.1

WHEREFORE, the Service respectfully requests the entry of the agreed order, substantially in the form attached hereto as Exhibit A, at the earliest convenience of the Court.

Dated: July 27, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE