IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CONSENT EXTENDING THE TIME FOR THE INTERNAL REVENUE SERVICE
TO FILE PROOFS OF CLAIM**

And now, this _____ day of _____, 2009, upon agreement of the Internal Revenue Service and the Debtors, it is ORDERED that the Internal Revenue Service shall have until September 30, 2009 to file a proof of claim in this proceeding, and shall not be granted any further enlargements of this time. This order is without prejudice to any rights of the Internal Revenue Service to amend claims after the bar date, nor to the rights of any parties in interest to object to such amendment.

_____
UNITED STATES BANKRUPTCY JUDGE

*Seen and Agreed*

YONATAN GELBLUM
U.S. Department of Justice - Tax Division
P.O. Box 227
Washington, DC 20044
Telephone: (202) 305-3136
Facsimile: (202) 514-6866
E-mail: Yonatan.Gelblum@usdoj.gov
*Counsel for the Internal Revenue Service*

KENNETH P. KANSA
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7163
Facsimile: (312) 853-7036
Email: kkansa@sidley.com
*Counsel for the Debtors*

4451553.1


EXHIBIT A