Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

Page 1

| Date | Initials | Name | Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|---|
| 06/19/2009 | | | | COPYOS | 1.00 | 1,025.73 | 1,025.73 | OUTSIDE COPYING - Vendor: PERFECT IMAGING & | 26375108 |
| | | | | | | | | DOCUMENT MANAGEMENT BLACK & WHITE COPIES, TABS | |
| | | | | | | | | & BINDERS | |
| | | | Voucher=1368937 Paid | | | | | Vendor=PERFECT IMAGING & DOCUMENT MANAGEMENT  Balance= .00 | |
| | | | | | | | | Amount= 1025.73 | |
| | | | | | | | | Check #316922  07/01/2009 | |
| | | | UNBILLED TOTALS:  WORK: | | | | 1,025.73 | 1 records | |
| | | | UNBILLED TOTALS:  BILL: | | | | 1,025.73 | | |
| | | | GRAND TOTAL:     WORK: | | | | 1,025.73 | 1 records | |
| | | | GRAND TOTAL:     BILL: | | | | 1,025.73 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

Page 1

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/06/2009 | | | FAX | 1.00 | 6.00 | 6.00 | FACSIMILE | 26364528 |
| | | | | | | | Fax No. : 908-277-6036 | |
| | | | | | | | Sender: WP | |
| | | | | | | | Recipient: Hall | |
| | | | | | | | ref no: 105739 | |
| 06/06/2009 | | | FAX | 1.00 | 20.00 | 20.00 | FACSIMILE | 26364529 |
| | | | | | | | Fax No. : 908-277-6036 | |
| | | | | | | | Sender: WP | |
| | | | | | | | Recipient: Hall | |
| | | | | | | | ref no: 105740 | |
| 06/26/2009 | | | FAX | 2.00 | 1.00 | 2.00 | FACSIMILE | 26409415 |
| | | | | | | | User`s Name: Fasano, Nancy | |
| | | | | | | | Time of Day: (H:M:S): 17:00 | |
| | | | | | | | 080509 | |
| | | UNBILLED TOTALS: WORK: | | | | 28.00 | 3 records | |
| | | UNBILLED TOTALS: BILL: | | | | 28.00 | | |
| | | GRAND TOTAL: WORK: | | | | 28.00 | 3 records | |
| | | GRAND TOTAL: BILL: | | | | 28.00 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM   Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 05/14/2009 | | | TEL | 1599.00 | 0.41 | 650.89 | TELEPHONE CHARGES<br>CALLER: Howard Seife<br>CNCT : 1599<br>NUMBER of CALLERS:: 29<br>TIME of DAY: 11:18 | 26393264 |
| 06/01/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 7<br>TIME of DAY: (H:M:S): 08:38<br>NUM CALLED: 7042271057<br>050530 | 26337385 |
| 06/01/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:13<br>NUM CALLED: 4158480335<br>050571 | 26337386 |
| 06/01/2009 | | | TEL | 5.00 | 0.42 | 2.12 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 5<br>TIME of DAY: (H:M:S): 12:10<br>NUM CALLED: 9734493025<br>050668 | 26337387 |
| 06/01/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 6<br>TIME of DAY: (H:M:S): 12:14<br>NUM CALLED: 4158480335<br>050674 | 26337388 |
| 06/01/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:33<br>NUM CALLED: 3128537523<br>050894 | 26337389 |
| 06/02/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:32<br>NUM CALLED: 4158480308<br>052331 | 26338074 |
| 06/02/2009 | | | TEL | 13.00 | 0.22 | 2.90 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 13<br>TIME of DAY: (H:M:S): 10:49<br>NUM CALLED: 7135472550<br>052367 | 26338075 |
| 06/02/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:14<br>NUM CALLED: 3128537515<br>052447 | 26338076 |
| 06/02/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:31<br>NUM CALLED: 4158480335<br>052467 | 26338077 |
| 06/02/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:26<br>NUM CALLED: 3125410151<br>052566 | 26338078 |
| 06/02/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 19:24 | 26338079 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                         Page 2
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 052780 | |
| 06/02/2009 | | | TEL | 12.00 | 0.22 | 2.68 | TELEPHONE CHARGES | 26338080 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 12 | |
| | | | | | | | TIME of DAY: (H:M:S): 20:15 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 052788 | |
| 06/02/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26338081 |
| | | | | | | | EXT: 265487 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:05 | |
| | | | | | | | NUM CALLED: 4123556536 | |
| | | | | | | | 052303 | |
| 06/02/2009 | | | TEL | 75.00 | 0.07 | 5.21 | TELEPHONE CHARGES | 26393262 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 75 | |
| | | | | | | | NUMBER of CALLERS:: 6 | |
| | | | | | | | TIME of DAY: 09:56 | |
| 06/03/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26338744 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:35 | |
| | | | | | | | NUM CALLED: 4152034046 | |
| | | | | | | | 054202 | |
| 06/03/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26338745 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:03 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 054062 | |
| 06/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26351205 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:53 | |
| | | | | | | | NUM CALLED: 2028874124 | |
| | | | | | | | 055844 | |
| 06/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26351206 |
| | | | | | | | EXT: 265168 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:25 | |
| | | | | | | | NUM CALLED: 3128537891 | |
| | | | | | | | 055697 | |
| 06/04/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26351207 |
| | | | | | | | EXT: 265356 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:36 | |
| | | | | | | | NUM CALLED: 3024674420 | |
| | | | | | | | 055774 | |
| 06/04/2009 | | | TEL | 1652.00 | 0.40 | 665.57 | TELEPHONE CHARGES | 26393265 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 1652 | |
| | | | | | | | NUMBER of CALLERS:: 10 | |
| | | | | | | | TIME of DAY: 11:18 | |
| 06/05/2009 | | | TEL | 4.00 | 0.42 | 1.69 | TELEPHONE CHARGES | 26351835 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 08:59 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 056887 | |
| 06/05/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26351836 |
| | | | | | | | EXT: 265356 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:43 | |
| | | | | | | | NUM CALLED: 3024674420 | |
| | | | | | | | 057283 | |
| 06/05/2009 | | | TEL | 15.00 | 0.22 | 3.35 | TELEPHONE CHARGES | 26351837 |
| | | | | | | | EXT: 265356 | |

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CNCT: 15 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:13 | |
| | | | | | | | NUM CALLED: 3128537780 | |
| | | | | | | | 057275 | |
| 06/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369675 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:27 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 058824 | |
| 06/08/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES | 26369676 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:52 | |
| | | | | | | | NUM CALLED: 2028575000 | |
| | | | | | | | 058851 | |
| 06/08/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26369677 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:55 | |
| | | | | | | | NUM CALLED: 9144377670 | |
| | | | | | | | 058854 | |
| 06/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369678 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:56 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 058856 | |
| 06/08/2009 | | | TEL | 4.00 | 0.42 | 1.69 | TELEPHONE CHARGES | 26369679 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:59 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 058863 | |
| 06/08/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26369680 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:33 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 058995 | |
| 06/08/2009 | | | TEL | 8.00 | 0.22 | 1.78 | TELEPHONE CHARGES | 26369681 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:19 | |
| | | | | | | | NUM CALLED: 3128537163 | |
| | | | | | | | 059034 | |
| 06/08/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26369682 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:41 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 059041 | |
| 06/08/2009 | | | TEL | 32.00 | 0.22 | 7.14 | TELEPHONE CHARGES | 26369703 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 32 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:55 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 059044 | |
| 06/08/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26369704 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:57 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 058963 | |
| 06/08/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369707 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:52 | |
| | | | | | | | NUM CALLED: 3024674420 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

Page 4

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 058910 | |
| 06/09/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 9<br>TIME of DAY: (H:M:S): 15:54<br>NUM CALLED: 7852343461<br>060993 | 26369683 |
| 06/09/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:21<br>NUM CALLED: 3024674416<br>061075 | 26369684 |
| 06/09/2009 | | | TEL | 22.00 | 0.22 | 4.91 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 22<br>TIME of DAY: (H:M:S): 19:07<br>NUM CALLED: 2028874124<br>061136 | 26369685 |
| 06/09/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:43<br>NUM CALLED: 3125513262<br>060753 | 26369708 |
| 06/09/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 1<br>TIME of DAY: (H:M:S): 11:58<br>NUM CALLED: 3024674420<br>060769 | 26369709 |
| 06/09/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 3<br>TIME of DAY: (H:M:S): 16:00<br>NUM CALLED: 3125513262<br>060991 | 26369710 |
| 06/09/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:04<br>NUM CALLED: 3024674420<br>060998 | 26369711 |
| 06/09/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 5<br>TIME of DAY: (H:M:S): 19:52<br>NUM CALLED: 3125513262<br>061143 | 26369712 |
| 06/10/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 10:10<br>NUM CALLED: 8184606660<br>061206 | 26369686 |
| 06/10/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 2<br>TIME of DAY: (H:M:S): 12:20<br>NUM CALLED: 8184606660<br>061318 | 26369687 |
| 06/10/2009 | | | TEL | 13.00 | 0.22 | 2.90 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 13<br>TIME of DAY: (H:M:S): 13:55<br>NUM CALLED: 3128537523<br>061403 | 26369688 |
| 06/10/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26369689 |

Case 08-13141-BLS   Doc 1832-11   Filed 07/27/09   Page 7 of 16

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                Page 5
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:54 | |
| | | | | | | | NUM CALLED: 8189546007 | |
| | | | | | | | 061441 | |
| 06/10/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26369690 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:45 | |
| | | | | | | | NUM CALLED: 4158480335 | |
| | | | | | | | 061608 | |
| 06/10/2009 | | -E | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26369691 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:29 | |
| | | | | | | | NUM CALLED: 9782507683 | |
| | | | | | | | 061664 | |
| 06/10/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES | 26369692 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 7 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:54 | |
| | | | | | | | NUM CALLED: 9782507683 | |
| | | | | | | | 061668 | |
| 06/10/2009 | | | TEL | 196.00 | 0.07 | 13.61 | TELEPHONE CHARGES | 26393263 |
| | | | | | | | CALLER: Douglas E. Deutsch | |
| | | | | | | | CNCT : 196 | |
| | | | | | | | NUMBER of CALLERS:: 6 | |
| | | | | | | | TIME of DAY: 17:25 | |
| 06/10/2009 | | | TEL | 1161.00 | 0.46 | 529.58 | TELEPHONE CHARGES | 26393266 |
| | | | | | | | CALLER: Howard Seife | |
| | | | | | | | CNCT : 1161 | |
| | | | | | | | NUMBER of CALLERS:: 27 | |
| | | | | | | | TIME of DAY: 11:19 | |
| 06/11/2009 | | | TEL | 4.00 | 0.42 | 1.69 | TELEPHONE CHARGES | 26369693 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:49 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 061943 | |
| 06/11/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26369694 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:51 | |
| | | | | | | | NUM CALLED: 2138966022 | |
| | | | | | | | 061945 | |
| 06/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369695 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:58 | |
| | | | | | | | NUM CALLED: 4158480335 | |
| | | | | | | | 061951 | |
| 06/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369696 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:09 | |
| | | | | | | | NUM CALLED: 3104432304 | |
| | | | | | | | 062080 | |
| 06/11/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26369697 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:06 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 062148 | |
| 06/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26369713 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:57 | |
| | | | | | | | NUM CALLED: 3024674420 | |
| | | | | | | | 061949 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 6
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/11/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265304<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:02<br>NUM CALLED: 4014314785<br>062011 | 26369714 |
| 06/12/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:31<br>NUM CALLED: 3128537523<br>062207 | 26369698 |
| 06/12/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 2<br>TIME of DAY: (H:M:S): 13:22<br>NUM CALLED: 8479970111<br>062411 | 26369699 |
| 06/12/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 13:29<br>NUM CALLED: 8479970111<br>062415 | 26369700 |
| 06/12/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 3<br>TIME of DAY: (H:M:S): 13:30<br>NUM CALLED: 7039459205<br>062419 | 26369701 |
| 06/12/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 6<br>TIME of DAY: (H:M:S): 13:34<br>NUM CALLED: 3128537523<br>062422 | 26369702 |
| 06/12/2009 | | | TEL | 15.00 | 0.22 | 3.35 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 15<br>TIME of DAY: (H:M:S): 15:32<br>NUM CALLED: 3128537523<br>062533 | 26369705 |
| 06/12/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 11<br>TIME of DAY: (H:M:S): 17:13<br>NUM CALLED: 3128537758<br>062634 | 26369706 |
| 06/16/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 09:36<br>NUM CALLED: 9734493025<br>068496 | 26399474 |
| 06/16/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 14:16<br>NUM CALLED: 3128537515<br>068716 | 26399475 |
| 06/16/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 7<br>TIME of DAY: (H:M:S): 15:19<br>NUM CALLED: 2023264000<br>068789 | 26399476 |
| 06/16/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248 | 26399477 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                Page 7
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:49 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 068602 | |
| 06/16/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26399478 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:28 | |
| | | | | | | | NUM CALLED: 3128537515 | |
| | | | | | | | 068952 | |
| 06/17/2009 | | | TEL | 6.00 | 0.22 | 1.34 | TELEPHONE CHARGES | 26401116 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 6 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:24 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 070113 | |
| 06/17/2009 | | | TEL | 4.00 | 0.42 | 1.69 | TELEPHONE CHARGES | 26401117 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:46 | |
| | | | | | | | NUM CALLED: 9738828108 | |
| | | | | | | | 070130 | |
| 06/17/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26401118 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:01 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 070137 | |
| 06/17/2009 | | | TEL | 1.00 | 0.42 | 0.42 | TELEPHONE CHARGES | 26401119 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:16 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 070142 | |
| 06/17/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES | 26401120 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:17 | |
| | | | | | | | NUM CALLED: 3129602707 | |
| | | | | | | | 070146 | |
| 06/17/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26401121 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:38 | |
| | | | | | | | NUM CALLED: 3025594799 | |
| | | | | | | | 070170 | |
| 06/17/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26401122 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:40 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 070172 | |
| 06/17/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26401125 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:53 | |
| | | | | | | | NUM CALLED: 3128537758 | |
| | | | | | | | 070001 | |
| 06/17/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES | 26401134 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 4 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:58 | |
| | | | | | | | NUM CALLED: 3128537758 | |
| | | | | | | | 070099 | |
| 06/17/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26401135 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:37 | |
| | | | | | | | NUM CALLED: 3024674400 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]                                                                                                Page 8
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 070121 | |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 1<br>TIME of DAY: (H:M:S): 19:12<br>NUM CALLED: 3024674416<br>071626 | 26401123 |
| 06/18/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265502<br>CNCT: 3<br>TIME of DAY: (H:M:S): 19:13<br>NUM CALLED: 7028137316<br>071628 | 26401124 |
| 06/18/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 7<br>TIME of DAY: (H:M:S): 11:13<br>NUM CALLED: 3024674435<br>071255 | 26401126 |
| 06/18/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 3<br>TIME of DAY: (H:M:S): 12:02<br>NUM CALLED: 3128537758<br>071305 | 26401127 |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 15:59<br>NUM CALLED: 3024674435<br>071508 | 26401128 |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:01<br>NUM CALLED: 3128537758<br>071509 | 26401129 |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:04<br>NUM CALLED: 3024674435<br>071515 | 26401130 |
| 06/18/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 2<br>TIME of DAY: (H:M:S): 16:21<br>NUM CALLED: 3024674435<br>071535 | 26401131 |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 16:37<br>NUM CALLED: 3128537523<br>071547 | 26401132 |
| 06/18/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265248<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:06<br>NUM CALLED: 3024674435<br>071576 | 26401133 |
| 06/19/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265111<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:25<br>NUM CALLED: 3125588302<br>072037 | 26401136 |
| 06/22/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES | 26402116 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

Page 9

| Date | Initial | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:10 | |
| | | | | | | | NUM CALLED: 3104432304 | |
| | | | | | | | 074193 | |
| 06/22/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402117 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:16 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 074196 | |
| 06/22/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402118 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:17 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 074198 | |
| 06/22/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402119 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:29 | |
| | | | | | | | NUM CALLED: 4158480335 | |
| | | | | | | | 074237 | |
| 06/22/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402120 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 09:26 | |
| | | | | | | | NUM CALLED: 3125513262 | |
| | | | | | | | 073816 | |
| 06/23/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402690 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:28 | |
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 075416 | |
| 06/23/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402691 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:28 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 075415 | |
| 06/23/2009 | | | TEL | 8.00 | 0.22 | 1.78 | TELEPHONE CHARGES | 26402692 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:48 | |
| | | | | | | | NUM CALLED: 3129602707 | |
| | | | | | | | 075604 | |
| 06/23/2009 | | | TEL | 8.00 | 0.22 | 1.78 | TELEPHONE CHARGES | 26402693 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 8 | |
| | | | | | | | TIME of DAY: (H:M:S): 15:58 | |
| | | | | | | | NUM CALLED: 3172632346 | |
| | | | | | | | 075610 | |
| 06/23/2009 | | | TEL | 13.00 | 0.22 | 2.90 | TELEPHONE CHARGES | 26402694 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 13 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:13 | |
| | | | | | | | NUM CALLED: 2149994961 | |
| | | | | | | | 075624 | |
| 06/23/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26402695 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:23 | |
| | | | | | | | NUM CALLED: 3107884400 | |
| | | | | | | | 075661 | |
| 06/24/2009 | | | TEL | 5.00 | 0.22 | 1.12 | TELEPHONE CHARGES | 26403344 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 5 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:14 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]    Page 10
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | NUM CALLED: 3024674416 | |
| | | | | | | | 076821 | |
| 06/24/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26403345 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:51 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 076844 | |
| 06/24/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26403346 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:19 | |
| | | | | | | | NUM CALLED: 2142090858 | |
| | | | | | | | 076872 | |
| 06/24/2009 | | | TEL | 3.00 | 0.42 | 1.27 | TELEPHONE CHARGES | 26403347 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 3 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:01 | |
| | | | | | | | NUM CALLED: 9734493025 | |
| | | | | | | | 076904 | |
| 06/24/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26403348 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 13:47 | |
| | | | | | | | NUM CALLED: 2149994961 | |
| | | | | | | | 076976 | |
| 06/24/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26403349 |
| | | | | | | | EXT: 265502 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:20 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 077123 | |
| 06/24/2009 | | | TEL | 21.00 | 0.22 | 4.68 | TELEPHONE CHARGES | 26403350 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 21 | |
| | | | | | | | TIME of DAY: (H:M:S): 17:15 | |
| | | | | | | | NUM CALLED: 2023264000 | |
| | | | | | | | 077204 | |
| 06/24/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26403351 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:38 | |
| | | | | | | | NUM CALLED: 3022524339 | |
| | | | | | | | 077235 | |
| 06/24/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26403352 |
| | | | | | | | EXT: 265364 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 16:45 | |
| | | | | | | | NUM CALLED: 3124663281 | |
| | | | | | | | 077149 | |
| 06/25/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26409841 |
| | | | | | | | EXT: 265172 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 10:20 | |
| | | | | | | | NUM CALLED: 3024674438 | |
| | | | | | | | 078353 | |
| 06/25/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26409842 |
| | | | | | | | EXT: 265356 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:37 | |
| | | | | | | | NUM CALLED: 3125513262 | |
| | | | | | | | 078424 | |
| 06/26/2009 | | | TEL | 22.00 | 0.22 | 4.91 | TELEPHONE CHARGES | 26410323 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 22 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:26 | |
| | | | | | | | NUM CALLED: 3142913030 | |
| | | | | | | | 079813 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  7/22/2009 10:26:47 AM

Page 11

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/26/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 1<br>TIME of DAY: (H:M:S): 12:35<br>NUM CALLED: 3024674438<br>079729 | 26410324 |
| 06/26/2009 | | | TEL | 4.00 | 0.22 | 0.89 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 4<br>TIME of DAY: (H:M:S): 13:11<br>NUM CALLED: 3142913030<br>079751 | 26410325 |
| 06/26/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265172<br>CNCT: 3<br>TIME of DAY: (H:M:S): 13:45<br>NUM CALLED: 8184605164<br>079772 | 26410326 |
| 06/26/2009 | | | TEL | 3.00 | 0.22 | 0.67 | TELEPHONE CHARGES<br>EXT: 265148<br>CNCT: 3<br>TIME of DAY: (H:M:S): 11:56<br>NUM CALLED: 3129847705<br>079690 | 26410327 |
| 06/29/2009 | | | TEL | 8.00 | 0.22 | 1.78 | TELEPHONE CHARGES<br>EXT: 268034<br>CNCT: 8<br>TIME of DAY: (H:M:S): 12:18<br>NUM CALLED: 3128537523<br>081378 | 26422742 |
| 06/29/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 268034<br>CNCT: 2<br>TIME of DAY: (H:M:S): 15:12<br>NUM CALLED: 4158480335<br>081496 | 26422743 |
| 06/29/2009 | | | TEL | 7.00 | 0.22 | 1.56 | TELEPHONE CHARGES<br>EXT: 265112<br>CNCT: 7<br>TIME of DAY: (H:M:S): 16:06<br>NUM CALLED: 3128537515<br>081554 | 26422744 |
| 06/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1<br>TIME of DAY: (H:M:S): 17:16<br>NUM CALLED: 3027787550<br>081605 | 26422745 |
| 06/29/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:43<br>NUM CALLED: 9193293882<br>081630 | 26422746 |
| 06/29/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 2<br>TIME of DAY: (H:M:S): 17:45<br>NUM CALLED: 8163917649<br>081636 | 26422747 |
| 06/29/2009 | | | TEL | 17.00 | 0.22 | 3.79 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 17<br>TIME of DAY: (H:M:S): 17:48<br>NUM CALLED: 6192979700<br>081651 | 26422748 |
| 06/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES<br>EXT: 265169<br>CNCT: 1 | 26422749 |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM                                         Page 12

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | TIME of DAY: (H:M:S): 18:09 | |
| | | | | | | | NUM CALLED: 3027787500 | |
| | | | | | | | 081655 | |
| 06/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422750 |
| | | | | | | | EXT: 268034 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:21 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 081660 | |
| 06/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422751 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 19:55 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 081682 | |
| 06/29/2009 | | | TEL | 2.00 | 0.23 | 0.45 | TELEPHONE CHARGES | 26422760 |
| | | | | | | | EXT: 265248 | |
| | | | | | | | CNCT: 2 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:02 | |
| | | | | | | | NUM CALLED: 3128537523 | |
| | | | | | | | 081650 | |
| 06/29/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422761 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 18:01 | |
| | | | | | | | NUM CALLED: 3125588302 | |
| | | | | | | | 081647 | |
| 06/30/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES | 26422752 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:37 | |
| | | | | | | | NUM CALLED: 3025716600 | |
| | | | | | | | 081852 | |
| 06/30/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422753 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 11:52 | |
| | | | | | | | NUM CALLED: 2152799383 | |
| | | | | | | | 081863 | |
| 06/30/2009 | | | TEL | 11.00 | 0.22 | 2.45 | TELEPHONE CHARGES | 26422754 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 11 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:28 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 081904 | |
| 06/30/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422755 |
| | | | | | | | EXT: 265169 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:39 | |
| | | | | | | | NUM CALLED: 3024674410 | |
| | | | | | | | 081907 | |
| 06/30/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422762 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:38 | |
| | | | | | | | NUM CALLED: 3125513262 | |
| | | | | | | | 081903 | |
| 06/30/2009 | | | TEL | 1.00 | 0.22 | 0.22 | TELEPHONE CHARGES | 26422763 |
| | | | | | | | EXT: 265111 | |
| | | | | | | | CNCT: 1 | |
| | | | | | | | TIME of DAY: (H:M:S): 12:39 | |
| | | | | | | | NUM CALLED: 3127053960 | |
| | | | | | | | 081906 | |
| 06/30/2009 | | | TEL | 9.00 | 0.22 | 2.01 | TELEPHONE CHARGES | 26422764 |
| | | | | | | | EXT: 261189 | |
| | | | | | | | CNCT: 9 | |
| | | | | | | | TIME of DAY: (H:M:S): 14:06 | |
| | | | | | | | NUM CALLED: 3127053960 | |
| | | | | | | | 081986 | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

Page 13

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | UNBILLED TOTALS: WORK: | | | | 1,987.92 | 138 records | |
| | | UNBILLED TOTALS: BILL: | | | | 1,987.92 | | |
| | | GRAND TOTAL: WORK: | | | | 1,987.92 | 138 records | |
| | | GRAND TOTAL: BILL: | | | | 1,987.92 | | |

Unbilled Recap Of Cost Detail - [19804.002 - BANKRUPTCY GENERAL]  Page 1
Client:19804 - TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE   7/22/2009 10:26:47 AM

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 06/17/2009 | | | MISC | 1.00 | 209.00 | 209.00 | MISCELLANEOUS - Vendor: EDWARD CHIN- PETTY | 26365275 |
| | | | | | | | CASHIER ALI-ABA SEGMENT 06/10 R.M. LEDER | |
| | | Voucher=1368644 Paid | | | | | Vendor=EDWARD CHIN- PETTY CASHIER  Balance= .00  Amount= | |
| | | | | | | | 4366.26 | |
| | | | | | | | Check #316551  06/17/2009 | |
| | | UNBILLED TOTALS:  WORK: | | | | 209.00 | 1 records | |
| | | UNBILLED TOTALS:  BILL: | | | | 209.00 | | |
| | | GRAND TOTAL:    WORK: | | | | 209.00 | 1 records | |
| | | GRAND TOTAL:    BILL: | | | | 209.00 | | |