# EXHIBIT "B"

## EXHIBIT "B" – PROFESSIONAL SERVICES – SUMMARIZED BY ACTIVITIES

June 1, 2009 through and including June 30, 2009

| Project Code | Description | Amount |
|---|---|---|
| 005735.00001 | Business Analysis | 12,343.50 |
| 005735.00002 | Cash Management | 6,923.50 |
| 005735.00004 | Current Financials | 85,647.50 |
| 005735.00005 | Prospective Financials | 65,711.50 |
| 005735.00006 | Vendor Issues | 1,071.00 |
| 005735.00007 | Employee Issues | 19,295.00 |
| 005735.00008 | Plan of Reorganization | 32,465.00 |
| 005735.00009 | Executory Contracts | 12,958.50 |
| 005735.00011 | Misc. Motions | 1,275.00 |
| 005735.00014 | Avoidance Actions | 60,688.00 |
| 005735.00015 | UCC Meetings | 26,293.50 |
| 005735.00017 | Billing and Retention | 13,260.00 |
| 005735.00018 | Travel Time (billed at 50%) | 22,558.75 |
| **Total Fees Incurred** | | **360,490.75** |

Re:                Business Analysis
Client/Matter #     005735.00001

| Date | Consultant | Description of Services | Hours |
|---|---|---|---|
| 06/01/09 | HYL | Gathered and reviewed industry data for reporting to UCC. | 0.70 |
| 06/02/09 | HYL | Reviewed Moelis Weekly Media Update which contains news, information on publicly traded comparable companies and debt pricing for comparable companies. | 0.90 |
| 06/02/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 06/02/09 | KMC | Analyzed industry research and Tribune's competitive market position in preparation for UCC meeting. | 2.40 |
| 06/02/09 | BH | Reviewed and analyze industry news regarding Freedom Communications, an industry competitor/peer. | 0.30 |
| 06/03/09 | HYL | Reviewed Homefinder.com documents posted in DataSite. | 1.20 |
| 06/03/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| 06/05/09 | KMC | Followed up on open issues related to committee meeting and answered questions from A&M on incentive plan. | 1.30 |
| 06/05/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.80 |
| 06/08/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. Data included recent news regarding potential new debt-for-equity swap for lenders. | 1.20 |
| 06/08/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 06/09/09 | HYL | Reviewed and analyzed Moelis "Media Industry Update (6.5.09)". | 0.90 |
| 06/10/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.40 |
| 06/10/09 | HYL | Reviewed and analyzed Moelis media update. | 0.20 |
| 06/11/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.40 |
| 06/12/09 | HYL | Reviewed letter from Tribune bondholder requesting a UCC meeting to facilitate a dialogue. Reviewed Barclays newspaper factbook. | 0.50 |
| 06/17/09 | HYL | Reviewed and analyzed Moelis Weekly Media Update. | 0.90 |
| 06/17/09 | HYL | Gathered and reviewed industry and competitor information for reporting to UCC. | 0.70 |
| 06/19/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 1.10 |
| 06/22/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| 06/23/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.60 |

Re:                  Business Analysis
Client/Matter #      005735.00001

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/24/09 | HYL | Reviewed and analyzed 6/19/09 'Moelis Weekly Media Update' which contains news, information on publicly traded comparable companies and debt pricing for comparable companies. | 0.90 |
| 06/24/09 | BH | Reviewed industry information on current news effecting Tribune. Review and analyze the news at New York Times related to Boston Globe cost restructuring. | 0.50 |
| 06/26/09 | HYL | Gathered and reviewed industry and competitor data for reporting to UCC. | 0.90 |
| 06/30/09 | HYL | Gathered and reviewed industry data and competitor information for reporting to UCC. | 1.00 |
| | | **Total Hours** | **22.80** |

Re:                          Business Analysis
Client/Matter #              005735.00001


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kevin M. Carmody | 3.70 | 685.00 | 2,534.50 |
| Harold Lee | 18.30 | 510.00 | 9,333.00 |
| Brad Hall | 0.80 | 595.00 | 476.00 |
| **Total Hours & Fees** | **22.80** | | **12,343.50** |

Re:                    Cash Management
Client/Matter #        005735.00002

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 05/05/09 | BH | Reviewed and edited the weekly report to UCC pertaining to revenue trends and liquidity analysis. | 1.40 |
| 05/08/09 | ANL | Analyzed and reviewed cash flow results, publishing revenue flash and broadcasting revenue flash. Reviewed first day order disbursement results. | 1.70 |
| 05/20/09 | MJH | Reviewed and analyzed TREC and cashflow system, and payments to insiders | 1.00 |
| 05/28/09 | MM | Reviewed and analyzed weekly revenue flash and cash flow results. Reviewed 13 week cash flow forecast. | 1.20 |
| 06/15/09 | ANL | Reviewed and revised Chadbourne memorandum to Unsecured Creditors' Committee on Food Network cash distribution and management. | 1.80 |
| 06/15/09 | BH | Reviewed the Chadbourne memo on Food Network cash in Non-debtor's control. Revise memo content and send edited version to Chadbourne. | 1.60 |
| 06/18/09 | BH | Advise Chadbourne of additional cash receipt of Food TV distributions as it impacts the cash management motion and potential non-compliance of Debtor. | 0.20 |
| 06/22/09 | ANL | Reviewed and analyzed various 13-week cash flow forecast and weekly cash flow results for Debtors and non-Debtors. | 1.60 |
| 06/24/09 | BH | Developed a follow-up request list for discussion with Brian Whittman at A&M. | 0.70 |
| 06/29/09 | BH | Reviewed and edited memo to the Committee on potential Cash Management violations due to Non-Debtors retention of Food TV network distributions. | 0.60 |
| 06/29/09 | HYL | Reviewed and provided feedback regarding Chadbourne & Parke LLP memorandum on Cash Management issue related to Food Network Transaction. | 0.80 |
| | | **Total Hours** | **12.60** |

Re:                      Cash Management
Client/Matter #          005735.00002

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael Murphy | 1.20 | 790.00 | 948.00 |
| Harold Lee | 0.80 | 510.00 | 408.00 |
| Brad Hall | 4.50 | 595.00 | 2,677.50 |
| Mike Haftl | 1.00 | 595.00 | 595.00 |
| Albert Leung | 5.10 | 450.00 | 2,295.00 |
| **Total Hours & Fees** | **12.60** | | **6,923.50** |

Re:                 Current Financials
Client/Matter #     005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 05/28/09 | ANL | Analyzed and reviewed weekly revenue flash and weekly cash flow results. Reviewed and updated 13 week cash flow forecast. | 2.30 |
| 06/01/09 | HYL | Reviewed and analyzed equity ownership documents posted on A&M DataSite. | 0.80 |
| 06/01/09 | BH | Reviewed, analyzed and edited the weekly report to the UCC regarding financial results compared to plan. | 1.00 |
| 06/01/09 | YK | Reviewed and analyzed current financial reports and identified issues to address. | 0.50 |
| 06/04/09 | HYL | Prepared and updated weekly status report to UCC. | 3.10 |
| 06/05/09 | HYL | Updated and reviewed weekly status report to UCC. | 2.00 |
| 06/05/09 | YK | Reviewed and analyzed current financial reports and identified issues to address. | 0.50 |
| 06/05/09 | ANL | Prepared weekly status update presentation to the Unsecured Creditors' Committee. Prepared summary of cash flow results. | 2.90 |
| 06/05/09 | ANL | Reviewed and analyzed publishing revenue flash summary and broadcasting revenue flash. Reviewed 13 week cash forecast. | 2.10 |
| 06/07/09 | HYL | Reviewed and updated weekly report to UCC. | 0.60 |
| 06/08/09 | AH | Reviewed weekly report to UCC | 0.50 |
| 06/08/09 | MM | Reviewed weekly status update to the UCC. | 0.50 |
| 06/08/09 | YK | Reviewed recent financial reports and associated docket reports. | 0.50 |
| 06/09/09 | HYL | Prepared and reviewed May 2009 operating results report to UCC. | 1.10 |
| 06/10/09 | HYL | Prepared and updated May 2009 operating report to UCC. | 3.60 |
| 06/11/09 | ANL | Analyzed and reviewed publishing and broadcasting revenue flash summaries. | 1.30 |
| 06/11/09 | ANL | Prepared weekly status update report to the UCC. | 1.20 |
| 06/11/09 | BH | Reviewed and analyzed latest weekly report data provided by Debtors' advisors. | 1.20 |
| 06/11/09 | MM | Analyzed and reviewed weekly status update to the UCC. Reviewed weekly revenue flash summary and cash flow results. | 1.20 |
| 06/11/09 | HYL | Prepared and reviewed weekly update report to UCC. | 3.70 |
| 06/12/09 | HYL | Reviewed and analyzed two handouts which the Debtors plan to review at 6/12/09 meeting. Documents included May 2009 Operating Results and Tribune Interactive presentation. | 1.10 |

Re:              Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/12/09 | ANL | Reviewed and analyzed May 2009 year to date results and Tribune Interactive materials. | 1.70 |
| 06/12/09 | YK | Reviewed recent financial reports and associated docket reports. | 0.50 |
| 06/15/09 | BH | Reviewed and analyzed amended SOFA schedules provided by Debtor. | 1.20 |
| 06/15/09 | ANL | Reviewed and analyzed Food TV Networks historical income statements.  Reviewed Food TV partnership agreement. | 2.60 |
| 06/15/09 | MM | Reviewed Chadbourne memorandum on Food TV cash distributions and Food TV partnership agreement. | 0.80 |
| 06/16/09 | MM | Reviewed Debtors' latest 13 week cash flow forecast and results. | 1.20 |
| 06/16/09 | HYL | Reviewed and analyzed May 2009 Operating Report. | 1.30 |
| 06/16/09 | HYL | Reviewed and analyzed May 2009 FTE schedules provided by Debtors. | 0.60 |
| 06/16/09 | ANL | Analyzed and reviewed May 2009 and May 2009 year to date results for Broadcasting and Publishing segments. | 2.20 |
| 06/16/09 | BH | Reviewed and analyzed weekly performance data provided by the Company. Reviewed and edited the weekly report to the UCC. | 2.10 |
| 06/16/09 | YK | Reviewed and updated draft of May 2009 Operating Report. | 1.50 |
| 06/16/09 | HYL | Reviewed and analyzed details regarding amendments to statements and schedules. | 1.60 |
| 06/17/09 | YK | Reviewed and updated Publishing business segment of May 2009 Operating Report draft summary. | 3.50 |
| 06/17/09 | YK | Reviewed and updated Broadcasting business segment of May 2009 Operating Report draft summary. | 3.50 |
| 06/17/09 | YK | Reviewed and updated draft of Corporate operations segment of May 2009 Operating Report summary. | 2.20 |
| 06/17/09 | BH | Edited draft report of weekly results provided to UCC. | 0.50 |
| 06/17/09 | HYL | Updated and reviewed weekly report to UCC. | 1.20 |
| 06/17/09 | ANL | Analyzed and reviewed Publishing results for May 2009 by business unit and Broadcasting results by business unit. Prepared questions for Debtors. | 2.70 |
| 06/17/09 | ANL | Prepared UCC presentation on May 2009 results. | 1.60 |
| 06/17/09 | ANL | Analyzed and reviewed year to date newsprint variance and commercial printing variances. | 0.90 |
| 06/17/09 | ANL | Reviewed and revised weekly status update to UCC. | 0.80 |

Re:             Current Financials
Client/Matter #  005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/17/09 | MM | Reviewed Debtors' May 2009 management operating report to analyze May 2009 financial results. | 2.10 |
| 06/17/09 | HYL | Updated and reviewed May 2009 operating results presentation to UCC. | 2.20 |
| 06/17/09 | YK | Reviewed and updated general operating statistics (e.g., headcount) related to May 2009 Operating Report summary. Performed analysis of commercial printing and delivery business. | 2.90 |
| 06/18/09 | YK | Review and updated general operating statistics (e.g., headcount) related to May 2009 Operating Report summary. Performed analysis of commercial printing and delivery business. | 0.90 |
| 06/18/09 | HYL | Prepared and reviewed weekly report to UCC. | 2.20 |
| 06/18/09 | HYL | Reviewed and updated May 2009 operating results presentation to UCC. | 3.60 |
| 06/18/09 | ANL | Prepared for and participate in weekly call with Alvarez & Marsal and Debtors' management to review weekly results and cash flow results. | 0.80 |
| 06/18/09 | ANL | Analyzed and reviewed weekly revenue flash, cash flow results, May 2009 results and first day motion disbursements. Prepared weekly status update to UCC. | 2.70 |
| 06/18/09 | ANL | Prepared UCC presentation on May 2009 detail broadcasting and publishing results. | 2.60 |
| 06/18/09 | BH | Review and analyze the OCF variances and determine the impact of timing versus additional cost reductions causing the variance. | 0.50 |
| 06/18/09 | HYL | Prepared for and participated in weekly financial advisors call. Discussion included highlights of May 2009 results, weekly flash reporting, cash variance analysis and motion disbursements. | 1.50 |
| 06/19/09 | BH | Reviewed and analyzed the May 2009 actual results and made editing recommendations to Operating Report to UCC. | 2.90 |
| 06/19/09 | BH | Reviewed, analyzed and edited weekly report to UCC on current financial results. | 1.60 |
| 06/19/09 | BH | Discussed the OCF projection for the balance of 2009 with A&M. | 0.50 |
| 06/19/09 | ANL | Reviewed and revised weekly update report to UCC. Reviewed Tribune Barclays facility borrowing base calculation. | 1.70 |
| 06/19/09 | HYL | Prepared and reviewed May 2009 operating results presentation to UCC. | 4.60 |

Re:                     Current Financials
Client/Matter #         005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/19/09 | HYL | Updated and reviewed weekly report for UCC. | 0.90 |
| 06/19/09 | YK | Reviewed recent financial reports and associated docket reports. | 0.40 |
| 06/21/09 | HYL | Prepared for and discussed May 2009 operating results presentation to UCC with B. Hall (AlixPartners). | 0.50 |
| 06/21/09 | BH · | Participated in call with H. Lee (AlixPartners) to discuss changes to the May 2009 operating report to UCC. | 0.30 |
| 06/22/09 | BH | Participated in review and editing session of the Draft May 2009 operating report to UCC. | 3.80 |
| 06/22/09 | BH | Reviewed latest version of May 2009 operating report and undertake Quality Control review of the numbers in the report. | 3.30 |
| 06/22/09 | HYL | Reviewed and updated May 2009 operating results presentation to UCC. | 4.60 |
| 06/22/09 | HYL | Analyzed and prepared information requested from Harry Amsden, Tribune SVP / Financial Operations, regarding Plan Publishing FTEs in Period 4 and Period 5. | 0.70 |
| 06/22/09 | AH | Reviewed weekly report. | 1.30 |
| 06/22/09 | ANL | Reviewed and revised the weekly status update presentation to the Unsecured Creditors' Committee and counsel. | 0.70 |
| 06/22/09 | ANL | Analyzed and reviewed May 2009 and May 2009 year to date results for Corporate expenses, Broadcasting revenue and Publishing revenue details and reviewed January through April 2009 operating results. | 3.40 |
| 06/22/09 | ANL | Prepared May 2009 results presentation to UCC. Prepared summary of Broadcasting year to date financials. | 3.20 |
| 06/22/09 | ANL | Prepared liquidity analysis for UCC presentation. | 1.10 |
| 06/22/09 | YK | Reviewed and updated summaries of May 2009 Operating Report related to Broadcasting line of business. | 3.30 |
| 06/22/09 | YK | Reviewed and updated summaries of May 2009 Operating Report related to Publishing line of business. | 3.20 |
| 06/22/09 | YK | Reviewed and updated summaries of May 2009 Operating Report related to Corporate operations. | 1.50 |
| 06/23/09 | YK | Reviewed financial reports and associated docket reports. | 0.40 |
| 06/23/09 | AH | Reviewed and made changes to report on May 2009 monthly and YTD results | 2.00 |
| 06/23/09 | ANL | Reviewed and analyzed broadcasting May 2009 and May year to date results. Reviewed May 2009 operating report. | 1.30 |
| 06/23/09 | HYL | Reviewed and updated May 2009 operating results report to UCC. | 1.00 |

Re:                    Current Financials
Client/Matter #        005735.00004

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/24/09 | BH | Reviewed document request list for Debtors regarding May 2009 operating results, weekly cash results and incentive programs. | 0.60 |
| 06/24/09 | YK | Reviewed financial reports and associated docket reports. | 0.50 |
| 06/24/09 | HYL | Reviewed and analyzed May 2009 Operating Report (MOR). | 1.30 |
| 06/24/09 | HYL | Followed up with A&M via email regarding open items related to May 2009 operating report (Compensation expense versus Plan, seasonal sequential revenue uptick, other positive variances, FTEs, etc.). | 0.40 |
| 06/25/09 | HYL | Reviewed and analyzed May 2009 Operating Report (MOR). | 1.40 |
| 06/25/09 | BH | Participated in phone call with Brian Whitman in response to follow-up questions regarding May 2009 operating results in Publishing and Broadcasting. | 0.60 |
| 06/25/09 | BH | Reviewed, analyzed and edited the weekly report to UCC on financial results. | 0.90 |
| 06/26/09 | ANL | Analyzed and reviewed weekly revenue flash summaries and weekly cash flow results. | 2.10 |
| 06/26/09 | ANL | Prepared weekly status update to the UCC. | 1.20 |
| 06/26/09 | HYL | Reviewed weekly flash reporting, cash flow variance analysis, borrowing base report and weekly motion disbursements schedule. | 1.30 |
| 06/26/09 | HYL | Prepared and reviewed weekly report to UCC. | 1.30 |
| 06/26/09 | HYL | Updated and reviewed May 2009 operating results presentation to UCC. | 0.70 |
| 06/26/09 | HYL | Prepared for and participated in discussion with Brian Whitman (A&M) regarding information request open items, May 2009 operating results and prior week results. | 1.10 |
| 06/29/09 | HYL | Updated and reviewed weekly report to UCC. | 1.20 |
| 06/29/09 | HYL | Updated analysis and reviewed intercompany balance detail as provided by May 2009 Monthly Operating Report (MOR). | 1.90 |
| 06/29/09 | BH | Drafted report on May 2009 results to be provided to UCC in meeting on 7-1 | 2.00 |
| 06/29/09 | BH | Reviewed, analyzed and edited the weekly report to UCC on financial results. | 1.70 |
| 06/29/09 | MM | Reviewed weekly cash flow results and revenue flash reports. Reviewed weekly status update to the UCC. | 1.50 |
| 06/29/09 | ANL | Analyzed and reviewed weekly flash summaries and weekly | 2.20 |

Re:                      Current Financials
Client/Matter #          005735.00004

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | cash flow results. Prepared weekly status report. | |
| 06/30/09 | ANL | Analyzed and reviewed supplemental May 2009 Monthly Operating Report (MOR) details including legal entity balance sheets and income statements and supplemental notes. | 1.80 |
| 06/30/09 | MM | Reviewed Motion to Assume CBS programming contracts and exhibits. | 1.00 |
| 06/30/09 | BH | Prepared comments for presentation to UCC of May 2009 Monthly Operating Report (MOR) and latest Weekly Report. | 2.00 |
| 06/30/09 | AH | Reviewed weekly report to Committee re: operating performance and cash | 0.40 |
| | | **Total Hours** | **165.20** |

Re:                     Current Financials
Client/Matter #         005735.00004

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael Murphy | 8.30 | 790.00 | 6,557.00 |
| Alan Holtz | 4.20 | 790.00 | 3,318.00 |
| Harold Lee | 53.10 | 510.00 | 27,081.00 |
| Brad Hall | 26.70 | 595.00 | 15,886.50 |
| Albert Leung | 47.10 | 450.00 | 21,195.00 |
| Young Kim | 25.80 | 450.00 | 11,610.00 |
| **Total Hours & Fees** | **165.20** | | **85,647.50** |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/01/09 | ANL | Revised presentation to UCC on the 2009 Operating Plan and due diligence results. | 2.30 |
| 06/01/09 | ANL | Reviewed and revised due diligence presentation on WGN, Houston, New York, and Baltimore. | 1.80 |
| 06/01/09 | HYL | Updated and reviewed 2009 Operating Plan Due Diligence report to UCC. | 6.00 |
| 06/01/09 | HYL | Discussed and reviewed with Moelis 2009 Operating Plan Due Diligence report. | 0.80 |
| 06/01/09 | JK | Reviewed calculations and analyzed financial results under various sensitivity scenarios. | 2.60 |
| 06/01/09 | KMC | Analyzed sensitivity cases to the 2009 Operating Plan across both publishing and broadcasting segments in preparation for UCC meeting. | 2.70 |
| 06/01/09 | KMC | Reviewed and edited UCC presentation on the 2009 Operating Plan. | 2.20 |
| 06/01/09 | KMC | Analyzed supporting schedules and details that were used to develop 2009 Operating Plan. | 1.20 |
| 06/01/09 | AH | Reviewed latest Operating Plan report to UCC | 1.90 |
| 06/01/09 | BH | Obtained input from Moelis on draft report of 2009 Operating Plan. Discussed edits and produce new draft. | 2.80 |
| 06/01/09 | BH | Reviewed sensitivity cases and industry overview section of the draft report to UCC on 2009 Operating Plan. Prepared final version for posting to Intralinks site. | 2.10 |
| 06/01/09 | MM | Reviewed presentation to Unsecured Creditors' Committee on the 2009 Operating Plan and due diligence and appendix. Reviewed company overview section and conclusions. | 1.80 |
| 06/01/09 | YK | Reviewed, analyzed and edited 2009 Operating Plan exhibits and appendix related to Tribune's publishing business. Compared findings to source materials. | 2.30 |
| 06/01/09 | YK | Reviewed, analyzed and edited 2009 Operating Plan presentation related to publishing business. Compared findings to source materials. | 2.50 |
| 06/01/09 | YK | Reviewed, analyzed and edited 2009 Operating Plan presentation related to broadcasting business. Compared findings to source materials. | 2.70 |
| 06/01/09 | YK | Reviewed, analyzed and edited 2009 Operating Plan exhibits and appendix related to Tribune's broadcasting business. Compared findings to source materials. | 2.50 |
| 06/01/09 | AG | Reviewed and edited sensitivity tables for the Operating Plan presentation. | 3.00 |

Re:                    Prospective Financials
Client/Matter #        005735.00005

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/01/09 | MFR | Reviewed and revised UCC presentation. | 2.75 |
| 06/01/09 | AG | Reviewed and analyzed supporting analyses for the Operating Plan presentation. | 2.60 |
| 06/02/09 | AG | Reviewed and analyzed Operating Plan presentation and related sensitivity tables and other analyses. | 2.30 |
| 06/02/09 | AG | Compared supporting schedules for the publishing business to the Operating Plan presentation. | 2.70 |
| 06/02/09 | MFR | Reviewed and revised UCC presentation including revisions sensitivity scenarios. | 3.80 |
| 06/02/09 | MFR | Revised UCC presentation related to site visits. | 2.90 |
| 06/02/09 | AG | Compared supporting schedules for the broadcasting business to the Operating Plan presentation. | 3.20 |
| 06/02/09 | YK | Followed up on outstanding matters related to the review of 2009 Operating Plan presentation. Prepared back up materials including key source documents. | 1.30 |
| 06/02/09 | MM | Reviewed executive summary and preliminary results sections of the UCC report. | 1.20 |
| 06/02/09 | MM | Reviewed 2009 summary, company overview and appendix sections of the UCC report. | 1.60 |
| 06/02/09 | BH | Created disclaimer for report to UCC on 2009 Operating Plan and made edits to Risks and Opportunities section. | 1.90 |
| 06/02/09 | BH | Prepared detailed outline to guide the verbal presentation of 2009 Operating Plan report to UCC. Discussed sharing of presentation and content with Kevin Carmody. | 6.30 |
| 06/02/09 | KMC | Reviewed and edited 2009 Operating Plan presentation. | 2.80 |
| 06/02/09 | HYL | Updated and reviewed 2009 Operating Plan due diligence report to UCC. | 4.10 |
| 06/02/09 | ANL | Discussed changes to presentation with Moelis. Revised presentation to UCC on the 2009 Operating Plan and due diligence results. | 2.30 |
| 06/02/09 | ANL | Reviewed and revised due diligence presentation on Tribune Media Services, Houston, Chicago, and Florida. | 2.30 |
| 06/02/09 | JK | Reviewed calculations and analyzed financial results under various sensitivity scenarios. | 3.10 |
| 06/03/09 | HYL | Updated and reviewed 2009 Operating Plan Due Diligence report to UCC. | 3.30 |
| 06/03/09 | KMC | Analyzed supporting materials in preparation for UCC 2009 Operating Plan presentation. | 3.20 |
| 06/03/09 | KMC | Reviewed and drafted changes to 2009 Operating Plan presentation. | 2.80 |

Re:              Prospective Financials
Client/Matter #   005735.00005

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/03/09 | AH | Followed up on open issues in Operating Plan presentation to UCC | 1.00 |
| 06/03/09 | ANL | Reviewed executive summary, year to date results and company overview for UCC presentation on 2009 Operating Plan. | 3.20 |
| 06/03/09 | ANL | Revised due diligence site presentation and reviewed detail location analysis and strategic summaries. | 3.10 |
| 06/03/09 | BH | Completed final edits to outline for presentation to UCC of report on 2009 Operating Plan. | 1.50 |
| 06/03/09 | MM | Reviewed summary of observations and conclusions regarding 2009 Operating Plan. Reviewed UCC report for 2009 Operating Plan. | 0.80 |
| 06/03/09 | JK | Reviewed and edited the draft 2009 Operating Plan presentation. | 0.80 |
| 06/03/09 | MFR | Responded to various questions from Alan Holtz (AlixPartners) re: UCC presentation. | 1.70 |
| 06/04/09 | MFR | Participated in call with UCC and presented our findings of the Operating Plan review. | 2.60 |
| 06/04/09 | JK | Prepared sensitivity analysis and summarized analysis in the 2009 Operating Plan presentation to the UCC. | 1.30 |
| 06/04/09 | BH | Discussed with A. Leung (AlixPartners) about coordinating comments on the presentation to UCC of 2009 Operating Plan review and recommendations. | 2.50 |
| 06/04/09 | ANL | Discussed with B. Hall (AlixPartners) year to date 2009 preliminary results, company overview, and observations sections of the UCC report. | 2.70 |
| 06/04/09 | KMC | Analyzed presentation materials in preparation for 2009 Operating Plan discussion with UCC. | 3.60 |
| 06/18/09 | ANL | Prepared run rate scenario analysis for June through December 2009. Calculated full year 2009 operating cash flows. | 2.10 |
| 06/19/09 | ANL | Prepared operating cash flow scenario analysis. Reviewed Tribune 2009 Operating Plan details. | 1.80 |
| 06/30/09 | HYL | Reviewed and analyzed "Interactive Joint Ventures/Investments - Financial Information" posted on DataSite. Document provides JV Revenue, Expense/ Cost of Revenue, EBITDA and Net Income (Loss) for 2006 through 2009 Operating Plan. | 1.00 |
| | | **Total Hours** | **127.35** |

Re:                          Prospective Financials
Client/Matter #              005735.00005

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kevin M. Carmody | 18.50 | 685.00 | 12,672.50 |
| Michael Murphy | 5.40 | 790.00 | 4,266.00 |
| Alan Holtz | 2.90 | 790.00 | 2,291.00 |
| Mark F. Rule | 13.75 | 510.00 | 7,012.50 |
| Harold Lee | 15.20 | 510.00 | 7,752.00 |
| Brad Hall | 17.10 | 595.00 | 10,174.50 |
| Albert Leung | 21.60 | 450.00 | 9,720.00 |
| Jeffrey W. Kopa | 7.80 | 395.00 | 3,081.00 |
| Young Kim | 11.30 | 450.00 | 5,085.00 |
| Andrew Gust | 13.80 | 265.00 | 3,657.00 |
| **Total Hours & Fees** | **127.35** | | **65,711.50** |

Re:                       Vendor Issues
Client/Matter #         005735.00006

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/02/09 | HYL | Reviewed Memorandum re Amended Nielsen Agreements as posted on Intralinks. | 0.30 |
| 06/02/09 | BH | Provided edits to Nielsen motion memo to UCC. | 0.60 |
| 06/10/09 | HYL | Reviewed orders related to authorizing Debtors to assume amended ratings services agreements with The Nielsen Company. | 0.50 |
| 06/19/09 | HYL | Reviewed and updated summary of critical vendor and 503(b)9 claimant payment schedule. | 0.60 |
| | | **Total Hours** | **2.00** |

Re:                Vendor Issues
Client/Matter #     005735.00006

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 1.40 | 510.00 | 714.00 |
| Brad Hall | 0.60 | 595.00 | 357.00 |
| **Total Hours & Fees** | **2.00** | | **1,071.00** |

Re:                        Employee Issues
Client/Matter #            005735.00007

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/01/09 | HYL | Reviewed and edited 2009 Employee Incentive Programs presentation. | 1.60 |
| 06/01/09 | ANL | Reviewed and revised 2009 Employee Incentive Plan presentation to the Unsecured Creditors' Committee and counsel. | 3.60 |
| 06/01/09 | ANL | Reviewed 2009 Employee Incentive Plan detail by individual.  Prepared summary of incentive plans. | 2.10 |
| 06/01/09 | ANL | Reviewed 2009 Employee Incentive Plan payout scenarios provided by Debtors. | 1.60 |
| 06/01/09 | ANL | Reviewed Debtors' answers to AlixPartners' Employee Incentive Plan questions. | 1.80 |
| 06/01/09 | BH | Reviewed and analyzed latest draft report presentation to the UCC on the 2009 Employee Incentive Plan. Provide suggested edits. | 1.60 |
| 06/01/09 | AH | Reviewed latest Employee Incentive Plan report to UCC | 1.60 |
| 06/01/09 | AH | Reviewed correspondence with Committee co-chairs and advisors re: report drafts (bonus program and Employee Incentive Plan) | 0.70 |
| 06/02/09 | ANL | Reviewed and revised draft of 2009 Employee Incentive Plans presentation to UCC. Reviewed observations and conclusions. | 2.80 |
| 06/02/09 | ANL | Reviewed details on Key Employee Incentive Plan and Key Operator Incentive Plan details. | 1.60 |
| 06/03/09 | MM | Reviewed and analyzed 2009 Employee Incentive Plan presentation to the UCC. | 1.10 |
| 06/03/09 | ANL | Reviewed and revised the Unsecured Creditors' Committee presentation on the 2009 Employee Incentive Plan. | 1.70 |
| 06/04/09 | ANL | Reviewed 2009 individual target percentages and bonus statistics. Reviewed top 10 executive bonus compensation and other bankruptcy incentive programs. | 2.60 |
| 06/04/09 | KMC | Participated in call with Debtor and Debtor's advisors to provide update on the UCC meeting and proposed incentive plans. | 1.20 |
| 06/08/09 | ANL | Analyzed and reviewed 2009 Employee Incentive Plan - including KEIP and KOIP details by individual and performance matrix. | 1.80 |
| 06/08/09 | ANL | Prepared for and participated on conference call with B. Whittman (Alvarez & Marsal), T. Hill (Alvarez & Marsal), K. Carmody (AlixPartners) and A. Holtz (AlixPartners) to discuss UCC's view on 2009 Employee Incentive Plans. | 0.90 |
| 06/08/09 | AH | Participated in call with K. Carmody and A. Leung (both AlixPartners), B. Whitman and T. Hill (A&M) re: Employee | 0.80 |

Re:                    Employee Issues
Client/Matter #        005735.00007

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Incentive Plan. | |
| 06/08/09 | AH | Prepared for A&M call re: incentive comp. Charted alternative Employee Incentive Plan structure. | 0.30 |
| 06/09/09 | ANL | Reviewed and analyzed proposed insider severance payments for Orlando Sentinel and Morning Call. Verified severance payments were compliant with Court Order. | 1.10 |
| 06/11/09 | ANL | Discussed latest Debtors' 2009 bonus proposals (related to Employee Incentive Plan) with Alvarez & Marsal. | 0.60 |
| 06/17/09 | AH | Participated in call w/ M. Kulnis (UCC Co-chair) re: incentive compensation programs | 0.40 |
| 06/17/09 | AH | Participated in call w/ C. Bigelow (CFO) re: Employee Incentive Plan. | 0.50 |
| 06/18/09 | AH | Analyzed alternative targets to discuss with UCC for 2009 Employee Incentive Plan. | 2.30 |
| 06/19/09 | AH | Participated in call with C. Bigelow (CFO) and B. Whittman (A&M) re: proposed revisions to Employee Incentive Plan. | 0.50 |
| 06/23/09 | AH | Participated in call with C. Bigelow (CFO) re: status of Employee Incentive Plan and follow-up emails to C&P and UCC co-chairs | 0.30 |
| | | **Total Hours** | **35.10** |

Re:                         Employee Issues
Client/Matter #             005735.00007

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kevin M. Carmody | 1.20 | 685.00 | 822.00 |
| Michael Murphy | 1.10 | 790.00 | 869.00 |
| Alan Holtz | 7.40 | 790.00 | 5,846.00 |
| Harold Lee | 1.60 | 510.00 | 816.00 |
| Brad Hall | 1.60 | 595.00 | 952.00 |
| Albert Leung | 22.20 | 450.00 | 9,990.00 |
| **Total Hours & Fees** | **35.10** | | **19,295.00** |

Re:                    Plan of Reorganization
Client/Matter #        005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/09/09 | AH | Participated in follow-up call with Moelis re: deliverables needed for POR discussions | 0.20 |
| 06/10/09 | AH | Participated in call with Chadbourne re: POR | 0.80 |
| 06/11/09 | AH | Participated in call with A&M re: POR | 0.80 |
| 06/11/09 | HYL | Prepared for and participated in meeting with Alvarez and Marsal (Brian Whitman and Tom Hill) regarding intercompany Analysis. Discussion also included Status of Bonus Programs. | 1.10 |
| 06/12/09 | BH | Participated in meeting with Lazard and Moelis professionals to review Lazard's 5 year plan summary and potential terms of a Reorganization Plan. | 2.10 |
| 06/14/09 | HYL | Reviewed SOFA report in preparation for intercompany model presentation and discussion with Alvarez & Marsal. | 1.60 |
| 06/14/09 | BH | Drafted and sent comments to Alan Holtz on the impact of cash usage of proceeds for 2008 Employee Incentive Plan top ten payments in the POR. | 0.30 |
| 06/15/09 | BH | Reviewed and analyzed Lazard's 10 page Plan of Reorganization (POR) summary. | 0.70 |
| 06/15/09 | BH | Reviewed and analyzed the intercompany model provided by A&M. | 1.80 |
| 06/15/09 | BH | Reviewed Claims Distribution Powerpoint presentation provided by A&M. | 0.60 |
| 06/15/09 | HYL | Prepared for and participated in discussion with Alvarez & Marsal regarding intercompany model. | 2.10 |
| 06/15/09 | HYL | Reviewed the intercompany model provided by Alvarez & Marsal. | 3.50 |
| 06/15/09 | ANL | Analyzed and reviewed Debtors' intercompany balance presentation and intercompany model. | 1.60 |
| 06/15/09 | AH | Met with B. Whittman and others of A&M to review POR intercompany model | 1.80 |
| 06/16/09 | ANL | Analyzed and reviewed Tribune intercompany model and presentation. | 1.70 |
| 06/16/09 | HYL | Reviewed and analyzed inter-company model and prepared presentation to UCC. | 3.60 |
| 06/16/09 | BH | Reviewed and analyzed listing of all contracts held by Debtors and summarized by A&M. | 2.60 |
| 06/17/09 | HYL | Reviewed and analyzed intercompany model and prepare presentation to UCC. | 2.10 |
| 06/18/09 | HYL | Prepared for and participated in meeting with Moelis regarding intercompany model and 2009 Plan of | 1.10 |

Re:              Plan of Reorganization
Client/Matter #  005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Reorganization. | |
| 06/18/09 | HYL | Prepared and modified intercompany model for Moelis to review and analyze. | 0.90 |
| 06/18/09 | BH | Participated in call with Moelis to discuss the intercompany model and ability to make assumption changes in the model. | 0.70 |
| 06/19/09 | BH | Reviewed and analyzed the report on intercompany model for the UCC. | 1.40 |
| 06/19/09 | HYL | Reviewed and analyzed intercompany model prepared by Debtors. Prepared and reviewed intercompany model presentation to UCC. | 2.80 |
| 06/22/09 | HYL | Followed -up with Alvarez and Marsal (Matthew Frank) and Moelis (Vishal Patel, Evan Glucoft) to coordinate and set-up meeting for inter company model discussion. | 0.60 |
| 06/22/09 | BH | Developed questions to be addressed to the Company based upon review of intercompany model. | 1.10 |
| 06/24/09 | BH | Discussed status of claims analysis with A&M. | 0.40 |
| 06/25/09 | BH | Participated in call on Intercompany model with A. Holtz (AlixPartners) and H. Lee (AlixPartners). | 0.50 |
| 06/25/09 | HYL | Reviewed and analyzed intercompany model. Updated and reviewed presentation of intercompany model to UCC. | 3.70 |
| 06/25/09 | AH | Reviewed report to UCC on intercompany model, and discussed model with B. Hall and H. Lee (both AlixPartners). | 1.70 |
| 06/26/09 | HYL | Reviewed and analyzed intercompany model. Updated and reviewed presentation of intercompany model to UCC. Discussed model with A. Holtz (AlixPartners) and B. Hall (AlixPartners). | 2.70 |
| 06/29/09 | AH | Participated in conference call among UCC professionals and Debtor professionals to plan for POR meeting in NY on 7/1 | 1.00 |
| 06/29/09 | HYL | Reviewed and updated intercompany model presentation to UCC. | 1.60 |
| 06/29/09 | BH | Reviewed and edited the report on the Intercompany model. | 0.80 |
| 06/29/09 | BH | Discussed and obtained an update on the Solvency Analysis as it pertains to potential Fraudulent Conveyance issues. | 0.40 |
| 06/29/09 | HYL | Reviewed and analyzed supporting backup as provided to Moelis by Alvarez and Marsal. Supporting backup consists of 2008 actual cash balances and legal entity P&L for the period 12/31/07 through 12/28/08. | 2.10 |
| 06/30/09 | HYL | Reviewed Memorandum on Intercompany Transactions prepared by Chadbourne & Parke LLP. | 0.60 |

Re:                        Plan of Reorganization
Client/Matter #            005735.00008

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/30/09 | HYL | Prepared for and participated in discussion with Moelis regarding adjustments to the intercompany model and discussion concerning the allocated value to the legal entities as determined by Lazard. | 1.10 |
| 06/30/09 | HYL | Reviewed and analyzed intercompany opening balances. Followed-up with discussion and open request with Matthew Frank of Alvarez and Marsal. | 2.30 |
| 06/30/09 | ANL | Reviewed and revised Intercompany claims and model presentation to UCC. | 2.10 |
| | | **Total Hours** | **58.60** |

Re:                          Plan of Reorganization
Client/Matter #              005735.00008


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Alan Holtz | 6.30 | 790.00 | 4,977.00 |
| Harold Lee | 33.50 | 510.00 | 17,085.00 |
| Brad Hall | 13.40 | 595.00 | 7,973.00 |
| Albert Leung | 5.40 | 450.00 | 2,430.00 |
| **Total Hours & Fees** | **58.60** | | **32,465.00** |

Re:                    Executory Contracts
Client/Matter #        005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/08/09 | HYL | Reviewed and analyzed dockets #1302 - Motion to Reject Lease or Executory Contract (Fourth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property and #1306) - Motion to Authorize Debtors to (I) Assume Certain Unexpired Leases of and (II) Set Cure Amounts. | 1.10 |
| 06/10/09 | ANL | Analyzed and reviewed Fourth Omnibus Motion to Reject Certain Leases in Non-residential Real Estate filed by the Debtors and exhibits. | 1.60 |
| 06/10/09 | ANL | Reviewed Debtors' lease rejection summary and damage calculation. | 1.40 |
| 06/10/09 | ANL | Analyzed and reviewed Motion to Assume Certain Unexpired Leases of Non-Residential Real Estate and exhibits. | 1.70 |
| 06/10/09 | HYL | Reviewed and analyzed lease rejection memorandum to Chadbourne & Parke LLP. | 0.90 |
| 06/10/09 | MM | Reviewed Motion to Assume Certain Unexpired Leases of Non-Residential Real Estate and exhibits and Debtors' supporting schedules. | 1.10 |
| 06/11/09 | ANL | Reviewed supporting schedules for lease rejection analysis. | 1.20 |
| 06/12/09 | ANL | Prepared memorandum for UCC counsel on the assumption and rejection of non-residential real estate leases. | 1.60 |
| 06/12/09 | ANL | Reviewed and analyzed lease assumption summary and lease rejection damage calculations. | 0.70 |
| 06/12/09 | MM | Reviewed Debtors' lease rejection damage calculations. | 0.40 |
| 06/17/09 | HYL | Reviewed and analyzed contracts assumption / rejection analysis prepared by Alvarez and Marsal. | 1.10 |
| 06/22/09 | HYL | Reviewed and analyzed Tribune Company summaries of projected broadcasting and publishing savings from negotiated contract acceptance or rejection. | 0.50 |
| 06/22/09 | BH | Reviewed and analyzed the revised Order on the Lease Assumption Motion. | 1.20 |
| 06/23/09 | ANL | Analyzed and reviewed Motion to Assume Certain Unexpired Leases of Non-Residential Real Estate and exhibits and revised order. | 2.10 |
| 06/24/09 | ANL | Reviewed top 100 contract information and broadcast rights summary. | 2.20 |
| 06/24/09 | BH | Requested information on the extent of existing contracts with CBS and the status of contract review by A&M. | 0.30 |
| 06/25/09 | ANL | Reviewed and analyzed contract summary and summary of broadcast rights contracts. | 2.60 |

Re:                      Executory Contracts
Client/Matter #          005735.00009

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/29/09 | ANL | Reviewed and analyzed Debtors motion to assume CBS programming agreements. Reviewed exhibits. | 2.10 |
| 06/29/09 | ANL | Reviewed and analyzed Debtors' summary of contract savings from 2009 to 2014. | 1.70 |
| 06/30/09 | ANL | Reviewed and analyzed CBS programming contracts. | 1.20 |
| | | **Total Hours** | **26.70** |

Re:               Executory Contracts
Client/Matter #    005735.00009

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael Murphy | 1.50 | 790.00 | 1,185.00 |
| Harold Lee | 3.60 | 510.00 | 1,836.00 |
| Brad Hall | 1.50 | 595.00 | 892.50 |
| Albert Leung | 20.10 | 450.00 | 9,045.00 |
| **Total Hours & Fees** | **26.70** | | **12,958.50** |

Re:                   Misc. Motions
Client/Matter #       005735.00011

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/09/09 | HYL | Reviewed Motion for Relief from Stay: Clement Class Action memo from Chadbourne & Parke LLP. | 0.30 |
| 06/10/09 | HYL | Reviewed motion for relief of stay to allow Warren Beatty to proceed with litigation. | 0.20 |
| 06/11/09 | HYL | Reviewed motion related to the Robert R. McCormick Tribune Foundation and the Cantigny Foundation discovery request Bankruptcy Rule 2004 motion (a discovery motion). | 0.60 |
| 06/11/09 | HYL | Reviewed memorandum and accompanying schedule related to the Debtors' application to employ Ernst & Young LLP to provide certain business modeling and market survey services which are unrelated to the Debtors' Plan of Reorganization. | 0.20 |
| 06/16/09 | HYL | Reviewed 'Notice of Deposition of Donna Gerhart Gutman'. | 0.20 |
| 06/17/09 | HYL | Reviewed Warren Beatty Motion for Relief from the Automatic Stay. | 0.50 |
| 06/19/09 | HYL | Reviewed and analyzed Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay regarding Dick Tracy movie and TV rights. | 0.50 |
| | | **Total Hours** | **2.50** |

Re:                        Misc. Motions
Client/Matter #            005735.00011

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Harold Lee | 2.50 | 510.00 | 1,275.00 |
| **Total Hours & Fees** | **2.50** | | **1,275.00** |

Re:             Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/04/09 | MJB | Reviewed post filing financial results memo | 0.60 |
| 06/05/09 | CR | Completed edits to bankruptcy filing timeline report. | 0.80 |
| 06/05/09 | RBD | Updated financial analysis related to valuation | 0.70 |
| 06/05/09 | MJB | Participated in call with T. Zink re: Tribune post filing financial results | 0.20 |
| 06/05/09 | MJB | Reviewed and edited Tribune post-filing financial results memo | 0.90 |
| 06/09/09 | MFR | Reviewed debtors and UCC data rooms for Q4 2007 financials and analysis of financials. | 3.70 |
| 06/09/09 | CR | Reviewed and analyzed 2006 Management Operating Reports. | 2.60 |
| 06/09/09 | CR | Reviewed and analyzed 2007 Management Operating Reports. | 2.60 |
| 06/09/09 | CR | Revised ratio tables to include non-public information from MOR's. | 1.80 |
| 06/09/09 | MJB | Reviewed investigative report and supporting documents | 1.70 |
| 06/09/09 | MJB | Reviewed correspondence with F. Vazquez of Chadbourne & Park re: investigative report | 0.20 |
| 06/10/09 | AMJ | Analyzed and reviewed financial data in memo and report. | 2.40 |
| 06/10/09 | AMJ | Quality review - reviewed memo content to ensure accuracy with analysis. | 1.90 |
| 06/10/09 | AMJ | Reviewed and analyzed financial data in memo to ensure accuracy. | 2.70 |
| 06/10/09 | MJB | Reviewed Q4 2008 financial and operational data | 1.10 |
| 06/10/09 | MJB | Reviewed investigative report | 1.10 |
| 06/10/09 | MJB | Participated in call with B. Whittman of A&M regarding Q4 08 financial data | 0.20 |
| 06/10/09 | AMJ | Reviewed industry analysis to ensure accuracy. | 2.10 |
| 06/10/09 | AMJ | Analyzed company historical data and financial data in memo. | 2.30 |
| 06/10/09 | CR | Revised solvency tables in timeline report to reflect non-public MOR data. | 2.70 |
| 06/10/09 | CR | Revised liquidity tables and economic statistic to incorporate Q4-2008 analysis. | 2.30 |
| 06/10/09 | CR | Researched debt covenant and cross-default provisions. | 1.60 |
| 06/10/09 | CR | Completed bankruptcy timeline report quality review. | 1.00 |
| 06/11/09 | CR | Completed quality review of bankruptcy timeline report. | 1.80 |
| 06/11/09 | CR | Researched PHONES obligations calculations and related | 1.70 |

Re:                    Avoidance Actions
Client/Matter #        005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| | | indentures. | |
| 06/11/09 | MJB | Reviewed FYE 2008 debt balances | 0.40 |
| 06/11/09 | AMJ | Quality review - reviewed revenue analysis chart for accuracy. | 0.70 |
| 06/11/09 | AMJ | Updated analysis with quality review comments. | 0.40 |
| 06/11/09 | MJB | Reviewed investigative report | 1.60 |
| 06/11/09 | AMJ | Reviewed and analyzed historical credit analysis data. | 0.70 |
| 06/11/09 | AMJ | Prepared updated report to ensure accuracy. | 2.20 |
| 06/11/09 | AMJ | Reviewed economic data in memo to ensure accuracy. | 1.90 |
| 06/11/09 | ANL | Reviewed 2007 10-K and other SEC documents for information on the PHONES debt and fair value analysis. Reviewed CFO affidavit. | 0.90 |
| 06/12/09 | MJB | Reviewed Tribune investigative report and underlying documents | 2.00 |
| 06/12/09 | CR | Analyzed Q4-2008 financial data from Management Operating Reports. | 2.10 |
| 06/15/09 | CR | Reviewed bond indentures. | 0.80 |
| 06/15/09 | MFR | Reviewed memo of findings re: public information and workpapers. | 3.80 |
| 06/15/09 | AMJ | Revised updated memo that included new data provided by company. | 1.30 |
| 06/15/09 | MJB | Reviewed Tribune Q4 financial data | 0.30 |
| 06/16/09 | MJB | Reviewed correspondence with Chadbourne re: investigative report | 0.30 |
| 06/16/09 | MJB | Completed the Tribune investigative report | 1.30 |
| 06/16/09 | MFR | Reviewed memo of findings re: public information and workpapers. | 4.60 |
| 06/16/09 | CR | Performed quality review of bankruptcy timeline report. | 1.10 |
| 06/23/09 | AMJ | Reviewed documents received 6.23.2009. | 0.90 |
| 06/23/09 | MFR | Performed preliminary review of first third of documents in dataroom produced by JP Morgan / identification of key documents for more detailed review. | 3.30 |
| 06/23/09 | MFR | Performed preliminary review of second third of documents in dataroom produced by JP Morgan / identification of key documents for more detailed review. | 3.30 |
| 06/23/09 | MFR | Performed preliminary review of final third of documents in dataroom produced by JP Morgan / identification of key documents for more detailed review. | 3.30 |
| 06/24/09 | MFR | Completed detailed review of various financial models in JP | 2.10 |

Re:              Avoidance Actions
Client/Matter #   005735.00014

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| | | Morgan production. | |
| 06/24/09 | MFR | Performed preliminary review of first third of documents in dataroom produced by Debtors / identification of key documents for more detailed review. | 3.10 |
| 06/24/09 | MFR | Performed preliminary review of second third of documents in dataroom produced by Debtors / identification of key documents for more detailed review. | 3.10 |
| 06/24/09 | MFR | Performed preliminary review of final third of documents in dataroom produced by Debtors / identification of key documents for more detailed review. | 3.10 |
| 06/24/09 | AMJ | Reviewed and summarized documents received 6.23.2009. | 6.40 |
| 06/24/09 | AMJ | Reviewed and summarized documents received 6.23.2009 | 2.10 |
| 06/24/09 | AMJ | Reviewed documents received 6.23.2009. | 3.50 |
| 06/24/09 | JB | Prepared Tribune financial documents received from Debtors. | 1.00 |
| 06/25/09 | JB | Prepared Tribune financial documents received from Debtors. | 3.00 |
| 06/25/09 | RBD | Reviewed VRC production on valuation | 3.30 |
| 06/25/09 | MJB | Participated in call with Ted Zink re: debt payments | 0.30 |
| 06/25/09 | MJB | Reviewed Tribune debt documents | 0.50 |
| 06/25/09 | AMJ | Reviewed and summarized documents received June 23, 2009. | 5.20 |
| 06/25/09 | MFR | Performed preliminary review of first half of documents in dataroom produced by Valuation Research Corp / identification of key documents for more detailed review. | 3.90 |
| 06/26/09 | MFR | Performed preliminary review of second half of documents in dataroom produced by VRC / identification of key documents for more detailed review. | 4.00 |
| 06/27/09 | AMJ | Reviewed documents received 6.24.2009. | 2.90 |
| 06/29/09 | AMJ | Financial research - reviewed financial literature to support position. | 2.40 |
| 06/29/09 | AMJ | Reviewed and summarized documents received 6.24.2009. | 2.90 |
| 06/29/09 | MFR | Performed preliminary review of documents in dataroom produced by Zell entities / identification of key documents for more detailed review. | 3.70 |
| 06/29/09 | AMJ | Reviewed and summarized documents received in June. | 5.30 |
| 06/29/09 | MJB | Reviewed Tribune debt payment data | 0.30 |
| 06/30/09 | MJB | Reviewed Tribune debt payments data | 0.40 |
| 06/30/09 | AH | Discussed status of solvency project with M. Rule | 0.50 |

Re:                   Avoidance Actions
Client/Matter #     005735.00014

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| | | (AlixPartners) and summarized for presentation to UCC | |
| 06/30/09 | AMJ | Reviewed and summarized documents received June 24, 2009. | 5.30 |
| 06/30/09 | MFR | Participated in calls with A. Holtz (AlixPartners) and Frank Vazquez (ChadBourne) re: status of analysis and documents reviewed to date. | 0.80 |
| 06/30/09 | MFR | Performed preliminary review of new documents produced and placed in dataroom (Zell, JPM) / identification of key documents for further detailed review. | 2.30 |
| 06/30/09 | AMJ | Reviewed and summarized documents received in June. | 0.80 |
| | | **Total Hours** | **150.10** |

Re:               Avoidance Actions
Client/Matter #    005735.00014

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|------:|-----:|-------:|
| R. Bruce Den Uyl | 4.00 | 835.00 | 3,340.00 |
| Alan Holtz | 0.50 | 790.00 | 395.00 |
| Mark F. Rule | 48.10 | 510.00 | 24,531.00 |
| Marc J. Brown | 13.40 | 595.00 | 7,973.00 |
| Albert Leung | 0.90 | 450.00 | 405.00 |
| Adam M. Janovsky | 56.30 | 295.00 | 16,608.50 |
| Christopher Rubel | 22.90 | 295.00 | 6,755.50 |
| Jennifer Braverman | 4.00 | 170.00 | 680.00 |
| **Total Hours & Fees** | **150.10** | | **60,688.00** |

Re:             UCC Meetings
Client/Matter #  005735.00015

| Date | Consultant | Description of Services | Hours |
|------|------------|-------------------------|-------|
| 06/02/09 | BH | Participated in Chadbourne call with UCC professionals. | 0.30 |
| 06/04/09 | BH | Participated in UCC meeting. Presented report on 2009 Operating Plan review and due diligence. | 4.20 |
| 06/04/09 | KMC | Presented to UCC Committee on the 2009 business plan and incentive plan proposal from Debtors. | 3.50 |
| 06/04/09 | HYL | Prepared for and participated in weekly financial advisors call with Tribune management and advisors. | 2.30 |
| 06/04/09 | ANL | Prepared for and participated in the Unsecured Creditors' Committee meeting and counsel to discuss Debtors' 2009 Operating Plan and proposed 2009 incentive programs. | 3.80 |
| 06/04/09 | AH | Prepared with A. Leung (AlixPartners) for meeting with UCC | 1.40 |
| 06/04/09 | AH | Attended UCC meeting at Chadbourne | 4.60 |
| 06/09/09 | HYL | Prepared for and participated on UCC professionals' call with Moelis, Chadbourne & Parke and A. Holtz (AlixPartners) to discuss Plan of Reorganization issues, Cubs, Debtors on site visit, 2009 Employee Incentive Plan discussions, and other matters. | 1.20 |
| 06/09/09 | AH | Prepared for and participated on UCC professionals' call with Moelis, Chadbourne & Parke, A. Leung (AlixPartners) and H. Lee (AlixPartners) to discuss issues, Cubs transaction update, 2009 Employee Incentive Plan discussions, and other matters. | 1.20 |
| 06/09/09 | ANL | Prepared for and participated on UCC professionals' call with Moelis, Chadbourne & Parke, A. Holtz (AlixPartners) and H. Lee (AlixPartners) to discuss Plan of Reorganization issues, Cubs transaction update, Debtors Chicago meeting, 2009 Employee Incentive Plan discussions, and other matters. | 1.20 |
| 06/10/09 | ANL | Prepared for and participated on telephonic Unsecured Creditors' Committee meeting with to discuss Plan of Reorganization issues, insolvency analysis, Debtors' Chicago meeting, and other matters. | 0.90 |
| 06/10/09 | HYL | Prepared for and participated in 'Special Telephonic Committee Meeting at the request of the Committee chairs. Meeting topics included discussion of the plan of reorganization process going forward. | 1.20 |
| 06/12/09 | AH | Attended UCC Meeting in Chicago re: Strategy | 3.00 |
| 06/12/09 | BH | Attended meeting of UCC members and Tribune management to discuss Interactive impact on future business and management's plans for the balance of 2009. | 2.90 |

Re:              UCC Meetings
Client/Matter #  005735.00015

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/16/09 | AH | Prepared for and participated in weekly update call with UCC professionals | 0.80 |
| 06/16/09 | BH | Participated in professionals call with Chadbourne. | 0.50 |
| 06/18/09 | BH | Prepared comments for presentation to the UCC committee members of current financial results. | 1.40 |
| 06/18/09 | BH | Participated in telephonic UCC meeting. | 2.00 |
| 06/18/09 | BH | Reviewed and discussed with A. Leung (AlixPartners) regarding the Centerbridge letter to the UCC requesting an audience at an upcoming UCC meeting. | 0.40 |
| 06/18/09 | AH | Participated in weekly conference call with creditors' committee (telephonic) | 2.00 |
| 06/18/09 | ANL | Prepared for and participated in telephonic UCC meeting to discuss plan of reorganization and management incentive plans and various motions and issues. Reviewed the Centerbridge letter with Brad Hall. | 1.60 |
| 06/24/09 | BH | Reviewed the proposed agenda items for a presentation by debtors at the 7-1 UCC meeting. | 0.40 |
| 06/29/09 | BH | Participated in Professionals call including Debtor/A&M and Lazard to discuss agenda for 7-1 meeting. | 0.40 |
| 06/29/09 | BH | Participated in professionals call with Chadbourne and Moelis to discuss our presentation to UCC on the Debtors Plan. | 0.70 |
| | | **Total Hours** | **41.90** |

Fee Recap:

| Consultant | Hours | Rate | Amount |
|------------|-------|------|--------|
| Kevin M. Carmody | 3.50 | 685.00 | 2,397.50 |
| Alan Holtz | 13.00 | 790.00 | 10,270.00 |
| Harold Lee | 4.70 | 510.00 | 2,397.00 |
| Brad Hall | 13.20 | 595.00 | 7,854.00 |
| Albert Leung | 7.50 | 450.00 | 3,375.00 |
| **Total Hours & Fees** | **41.90** | | **26,293.50** |

Re:                Billing and Retention
Client/Matter #     005735.00017

| Date | Consultant | Description of Services | Hours |
|------|-----------|-------------------------|-------|
| 06/10/09 | YK | Reviewed and formatted May 2009 draft invoice in preparation for fee application. | 2.50 |
| 06/16/09 | ANL | Prepared draft letter AlixPartners response to fee examiner report. | 1.10 |
| 06/16/09 | ANL | Prepared for and participated in conference call with A. Holtz (AlixPartners) and L. Cooper, Fee Examiner (Stuart Maue). Reviewed fee examiner preliminary report. | 1.30 |
| 06/16/09 | AH | Participated in conference call with L. Cooper (Fee Examiner) re: preliminary report on first fee application of AlixPartners | 0.70 |
| 06/17/09 | ANL | Prepared response to fee examiner report. | 1.10 |
| 06/17/09 | MM | Reviewed May 2009 fee application and exhibits. | 0.70 |
| 06/19/09 | ANL | Reviewed and revised the May 2009 fee application and exhibits. Prepared court fee application document. | 2.30 |
| 06/22/09 | AH | Reviewed the May 2009 Fee Application | 2.20 |
| 06/22/09 | ANL | Reviewed and revised the May 2009 fee application and exhibits. Prepared court fee application document. | 1.10 |
| 06/23/09 | ANL | Revised the May 2009 fee application and exhibits and prepared court document for the monthly application. | 1.60 |
| 06/24/09 | ANL | Reviewed and revised the May 2009 fee application time detail and disbursement detail. Prepared cover court document. | 2.10 |
| 06/24/09 | AH | Reviewed the May 2009 fee application Word document | 1.10 |
| 06/25/09 | AH | Completed a final review of the May 2009 fee application and sent to local counsel | 0.40 |
| 06/25/09 | ANL | Reviewed and revised the May 2009 fee application and court document. | 1.40 |
| 06/29/09 | AH | Prepared responses to the Fee Examiner's Preliminary Report re: first fee application | 2.40 |
| 06/29/09 | ANL | Prepared responses to the fee examiner's report. Prepared responses to examiner's Exhibits. | 1.10 |
| 06/30/09 | ANL | Prepared supporting details for response to fee examiner report. | 0.70 |
| | | **Total Hours** | **23.80** |

Re:                          Billing and Retention
Client/Matter #              005735.00017

Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Michael Murphy | 0.70 | 790.00 | 553.00 |
| Alan Holtz | 6.80 | 790.00 | 5,372.00 |
| Albert Leung | 13.80 | 450.00 | 6,210.00 |
| Young Kim | 2.50 | 450.00 | 1,125.00 |
| **Total Hours & Fees** | **23.80** | | **13,260.00** |

Re:              Travel Time (billed at 50%)
Client/Matter #  005735.00018

| Date | Consultant | Description of Services | Hours |
|------|-----------|------------------------|-------|
| 06/03/09 | BH | Travel from San Francisco to New York for UCC meeting. | 8.50 |
| 06/03/09 | KMC | Travel from Detroit to New York for UCC meeting. | 3.00 |
| 06/04/09 | BH | Travel from New York to San Francisco following UCC meeting. | 9.00 |
| 06/05/09 | KMC | Traveled from New York to Chicago. | 3.00 |
| 06/11/09 | BH | Travel from San Francisco to Chicago for meeting with UCC and Tribune management. | 7.00 |
| 06/12/09 | BH | Travel from Chicago to Reno, NV following meeting of UCC and Tribune management. | 8.50 |
| 06/12/09 | AH | Travel to/from Chicago re: Strategy meeting. | 6.00 |
| 06/14/09 | HYL | Travel from San Francisco to Chicago for intercompany meeting. | 3.50 |
| 06/15/09 | HYL | Travel from Chicago to San Francisco. | 4.50 |
| 06/15/09 | AH | Travel time to/from NJ and Chicago for intercompany model review. | 7.00 |
| 06/29/09 | KMC | Travel from Chicago to Detroit. | 2.00 |
| 06/30/09 | BH | Travel from San Francisco to New York for UCC meeting. | 9.50 |
| | | **Total Hours** | **71.50** |

Re:                       Travel Time (billed at 50%)
Client/Matter #           005735.00018


Fee Recap:

| Consultant | Hours | Rate | Amount |
|---|---|---|---|
| Kevin M. Carmody | 8.00 | 685.00 | 5,480.00 |
| Alan Holtz | 13.00 | 790.00 | 10,270.00 |
| Harold Lee | 8.00 | 510.00 | 4,080.00 |
| Brad Hall | 42.50 | 595.00 | 25,287.50 |
| **Total Hours & Fees** | **71.50** | | **45,117.50** |