# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Expenses | Amount |
| --- | ---: |
| Airfare - Coach | 1,287.64 |
| Cab Fare/Ground Transportation | 1,000.90 |
| Phone - Internet Access | 25.90 |
| Lodging | 218.11 |
| Meals & Tips | 128.42 |
| Mileage | 28.60 |
| Parking & Tolls | 84.00 |
| Outsource Report Preparation | 2,483.96 |
| **Total Disbursements** | **$5,257.53** |

| Date | Disbursement Description | Amount |
| --- | --- | --- |
| 05/28/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. K. Carmody | 83.44 |
| 05/28/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. K. Carmody | 21.42 |
| 05/28/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. K. Carmody | 45.29 |
| 06/01/09 | Cab Fare/Ground Transportation Young Kim | 29.50 |
| 06/01/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 06/01/09 | Meals & Tips Albert Leung-Dinner | 21.00 |
| 06/02/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur Limo A Leung | 130.95 |
| 06/02/09 | Phone - Hotel Internet Access Albert Leung | 12.95 |
| 06/03/09 | Airfare Alan Holtz-June 12-CHICAGO / NEWARK Coach | 274.60 |
| 06/03/09 | Cab Fare/Ground Transportation Alan Holtz | 45.00 |
| 06/03/09 | Cab Fare/Ground Transportation Alan Holtz | 47.00 |
| 06/03/09 | Cab Fare/Ground Transportation Albert Leung | 10.00 |
| 06/03/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Brad Hall | 102.95 |
| 06/04/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. Brad Hall | 88.05 |
| 06/05/09 | Outsource Report Preparation - - VENDOR: Xact Duplicating Services Supplies Index Tabs/Binding/Copying (UCC presentation books) | 2,483.96 |
| 06/09/09 | Phone - Hotel Internet Access Albert Leung | 12.95 |
| 06/11/09 | Airfare Harold Lee-06/14/2009-SAN FRANCISCO / CHICAGO Coach | 1,013.04 |
| 06/11/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 06/11/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall | 101.20 |
| 06/12/09 | Cab Fare/Ground Transportation Alan Holtz | 47.00 |
| 06/14/09 | Cab Fare/Ground Transportation Harold Lee | 47.00 |
| 06/14/09 | Cab Fare/Ground Transportation - - VENDOR: California Pacific/Larkspur B Hall | 117.10 |
| 06/14/09 | Lodging Harold Lee-Westin Hotels And Resorts--6/14/2009 | 29.11 |
| 06/14/09 | Lodging Harold Lee-Westin Hotels And Resorts--6/14/2009 | 189.00 |
| 06/14/09 | Meals & Tips Harold Lee-Dinner | 50.73 |
| 06/14/09 | Meals & Tips Harold Lee-Lunch | 8.69 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 06/14/09 | Mileage Harold Lee-26 Miles | 14.30 |
| 06/15/09 | Cab Fare/Ground Transportation Harold Lee | 6.00 |
| 06/15/09 | Meals & Tips Harold Lee-Breakfast | 7.00 |
| 06/15/09 | Meals & Tips Harold Lee-Dinner | 19.00 |
| 06/15/09 | Mileage Harold Lee-26 Miles | 14.30 |
| 06/16/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 06/16/09 | Airport Parking & Tolls Harold Lee | 66.00 |
| 06/17/09 | Cab Fare/Ground Transportation Young Kim | 35.00 |
| 06/17/09 | Meals & Tips Young Kim-Dinner | 5.00 |
| 06/18/09 | Meals & Tips Albert Leung-Dinner | 17.00 |
| 06/18/09 | Parking & Tolls Albert Leung | 18.00 |
| 06/22/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| | **Total Disbursements** | **5,257.53** |