# EXHIBIT A

698.001-W0001634

**Tribune Company, et al. Exhibit A – Summary Sheet**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Buena Vista Television (Disney) | $2,668.55 |
| Deutsche Bank Trust Company | $843.72 |
| JPMorgan Chase | $771.38 |
| William Niese | $874.15 |
| Warner Brothers | $1,008.30 |
| Washington- Baltimore Newspaper Guild, Local 32035 | $1,330.91 |
| Washington-Baltimore Newspaper Guild, Local 32035 (Counsel) | $1,481.11 |
| Wilmington Trust Counsel | $1,296.34 |
| **TOTAL** | **$10,274.46** |

2

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SCHEDULE OF EXPENSES**

Gabrielle Davis
Buena Vista Television
500 South Buena Vista Street
Burbank, CA  91521

| __Type of Expense__ | June 4, 2009 Meeting (New York) | June 12, 2009 Meeting (Chicago) |
|---|---|---|
| Airfare | $735.15 | $707.89 |
| Airfare (additional charge) | .00 | 5.67 * |
| Hotel | 299.83 | 271.17 |
| Transportation | 199.58 | 230.42 * |
| Parking | 60.00 | 59.00 * |
| Cab Fare | 13.30 | 5.00 |
| Meals:<br>    Dinner        - $47.00<br>    Snacks (hotel) -  10.30 | $57.30 | 8.54 * |
| Tips (including cabs) | 7.70 | 8.00 |
| | | |
| Total: | $1,372.86 | $1,295.69 |

\* Charges reflected in attached Rider (credit card summary).

**TOTAL ALLOWED AMOUNT:  $2,668.55**

**June 4, 2009 (New York)**

**Receipts**

Print this page    Close this window

DISNEY CORPORATE TRAVEL
FARES ARE NOT GUARANTEED UNTIL TICKETED.
Phone: 818-553-7000

## Electronic Invoice

Prepared For:

**DAVIS/GABRIELLE**          Ref:    1107-114-5475161-620005

| | |
|---|---|
| SALES PERSON | 98 |
| INVOICE NUMBER | 0508178 |
| INVOICE ISSUE DATE | 02JUN2009 |
| RECORD LOCATOR | DGISDV |
| CUSTOMER NUMBER | 250DIS0693 |

**Client Address**                    **Delivery Address**

BUENA VISTA TV - CA
GABRIELLE DAVIS
12130 HOLLYGLEN PLACE
STUDIO CITY CA 91604
MAIL CODE 4264

Notes
FARE IS 2349.20
SUBJECT TO CHANGE/CANCELLATION UNLESS TICKETED

### DATE: Wed, Jun 03

**Flight: UNITED AIRLINES  84**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 0625A |
| To | NEW YORK JFK, NY | Arrives | 0246P |
| Departure Terminal | 7 | Arrival Terminal | 7 |
| Duration | 05hr(s)  21min(s) | Class | Business |
| Type | BOEING 757 JET | Meal | Breakfast |
| Stops | Non Stop | | |
| Seat(s) Details | DAVIS/GABRIELLE | Seat(s) - 11B | UA - XXXXXXXXX77 |

### DATE: Wed, Jun 03

**Hotel: JUMEIRAH , JUMEIRAH ESSEX HOUS**
**160 CENTRAL PARK SOUTH**
**NEW YORK NY 10019**

| | |
|---|---|
| Service City | NEW YORK LGA |

| | | | |
|---|---|---|---|
| Check-In | 03JUN | Check-Out | 04JUN |
| Rooms(s) | 1 | Room Type | ESSEX QUEEN-300SQ FT-NEWLY REN BED-ART DECO DESIGN-INTERIOR V |
| Night(s) | 1 | Rate per Night | 260.00 USD |
| Confirmation Number | 12698SY185467 | Frequent Traveler | |
| Service Information | NS AWAY FROM ELEV Guaranteed Late Arrival | Phone | 1-212-2470300 |

### DATE: Thu, Jun 04

**Flight: UNITED AIRLINES 29**

| | | | |
|---|---|---|---|
| From | NEW YORK JFK, NY | Departs | 0829P |
| To | LOS ANGELES, CA | Arrives | 1151P |
| Departure Terminal | 7 | Arrival Terminal | 7 |
| Duration | 06hr(s) :22min(s) | Class | Business |
| Type | BOEING 757 JET | Meal | Snack |
| Stops | Non Stop | | |
| Seat(s) Details | DAVIS/GABRIELLE | Seat(s) - 08C | UA - XXXXXXXXX77 |

## Ticket Information

Ticket Number    UA 7432349134                      DAVIS GABRIELLE

Billed to:        VI XXXXXXXXXX7247                          * 2,349.20

Total base fare amount    **2,165.58**

Total Taxes    **183.62**

Net Credit Card Billing    **2,349.20**

----------

Total Amount Due    **0.00**

OFFICE HOURS ARE 8AM-6PM PST MON-FRI.
PLEASE CALL 818-553-7000 DURING OFFICE HOURS
FOR EMERGENCY ASSISTANCE AFTERHOURS CALL 888-645-0645

DUE TO ENHANCED SECURITY MEASURES AT THE AIRPORT
CHECK IN IS 2 HOURS PRIOR TO DEPARTURE FOR DOMESTIC
FLIGHTS AND 3 HOURS PRIOR TO DEPARTURE FOR INTL FLIGHTS

IMPORTANT: PLEASE VERIFY THE NAME ON THIS RESERVATION
COINCIDES WITH THE NAME ON YOUR GOVERNMENT ISSUED ID
WHEN TRAVELING DOMESTICALLY OR YOUR PASSPORT WHEN
TRAVELING INTERNATIONALLY
(CONTACT CORP TRAVEL IMMEDIATELY IF THEY DO NOT MATCH)

FOR DOMESTIC AFTER HOURS EMERGENCY ASSISTANCE WITHIN
THE UNITED STATES ALASKA HAWAII PUERTO RICO THE
VIRGIN ISLANDS AND CANADA PLEASE DIAL 1-888-645-0645
NO CAR REQUESTED

REFUNDABLE ELECTRONIC TICKET ISSUED.
ANY UNUSED REFUNDABLE E-TICKET WILL BE REFUNDED
72 HOURS AFTER LAST TRAVEL DATE
IN CASE OF CANCELLATION PLEASE NOTIFY CORPORATE TRAVEL
FOR IMMEDIATE REFUND PROCESSING

HU*

*Coach fare rate is $735.15 for this trip* (handwritten)



**Jumeirah**
**ESSEX HOUSE**

160 Central Park South New York, NY 10019
Tel:+1(212)247 0300 Fax:+1(212)315 1839
Jumeirah.com

### INFORMATION INVOICE

**Mrs Gabrielle Davis**
**923 NFaumous**
**Burbank CA**
**United States**

| | |
|---|---|
| **Room Number:** | 0750 |
| **Arrival Date:** | 06-03-09 |
| **Departure Date:** | 06-04-09 |
| **Voucher/PO No.:** | |
| **Page No:** | 1 of 1 |

**Travel Agent :** HOGG ROBINSON USA L.L.C.
**Company:**    Walt Disney ABC

| | |
|---|---|
| **Confirmation No.:** | 6467409 |
| **Folio No:** | |

**06-04-09**

| Date | Description | Reference | Charges/Adj | Payments |
|------|-------------|-----------|-------------|----------|
| 06-03-09 | Minibar (NA) | Room# 0750 : CHOC HAZELNUTS ROSEB Lost Interface Postings 9500 #9500=>Davis Gabrielle #0750 | 9.50 | |
| 06-03-09 | Minibar Sales Tax 8.375% | Lost Interface Postings 9500 #9500=>Davis Gabrielle #0750 | 0.80 | |
| 06-03-09 | Package Charge | | 260.00 | |
| 06-03-09 | Sales Tax 8.375% | | 21.35 | |
| 06-03-09 | City Occ Tax 5.875% | | 14.98 | |
| 06-03-09 | City Occ Tax per Rm/Night | | 2.00 | |
| 06-03-09 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |

*Handwritten: $10.30*

*Handwritten: $299.83*

| | | Charges/Adj | Payments |
|---|---|---|---|
| **Total** | | 310.13 | 0.00 |
| **Balance** | | 310.13 | |

**Garcia, Rita L**

| | |
|---|---|
| **From:** | hrodriguez@blslimo.com |
| **Sent:** | Wednesday, June 03, 2009 9:16 AM |
| **To:** | Garcia, Rita L |
| **Subject:** | Reservation# 681049 is Confirmed. |

---

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

## Reservation Confirmation
NEW YORK RUNS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pickup Date: | 06/03/09 Wednesday | Pickup Time: | 14:00 | Drop: | | Pax#: | 1 | Chauf.: |
| Res#: | BLS-681049 | Start Time: | | End: | | Veh Type: TC | | Veh.#: |

| | | | |
|---|---|---|---|
| Passenger: | DAVIS, GABRIELLE | Pickup Phone: | - - |
| Caller: | SYLVIA HARRIS, | Caller#: | 818-553-7076 |
| Account: | 209566-DAVIS,GABRIELLE/DISNEY , Dept#: DGISDV | Paid By: | Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Airport: | JFK AIRPORT | Street#/Name: | 160 CENTRAL PARK SOUTH |
| Airline: | UA - United Airlines | Apt#/Room#: | |
| Flight#: | 84 ETA: 14:11 | Dropoff Point: | JUMEIRAH ESSEX HOUSE |
| Origin Info: | LAX - LOS ANGELES. CA | Address Line2: | |
| Airport Landmark: | | Cross Streets: | NEW YORK, NY 10019 |
| Pickup Point: | | City: | RADIO CITY, NY 10019 |
| Pickup Directions: | | Dropoff Directions: | |

Special Instructions: PNR=DGISDV; O:818-460-5164; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD

| | | | |
|---|---|---|---|
| SAP# | 11071145475161620005 | Flat Rate | $84.00 |
| RECORD LOCATOR# | DGISDV | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $84.00 |
| | | Taxes | $7.39 |
| | | ISC | $4.20 |
| | | FUEL SUR | $4.20 |
| | | Amount Due | $99.79 |

**Terms & Conditions:**

Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http://messenger.providesupport.com/messenger/bls.html - The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above. Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for international travel. If you do cancel a reservation, please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.

**Garcia, Rita L**

| | |
|---|---|
| **From:** | bdaniels@blslimo.com |
| **Sent:** | Thursday, June 04, 2009 11:26 AM |
| **To:** | Garcia, Rita L |
| **Subject:** | Reservation# 681547 is Confirmed. |

---

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

## Reservation Confirmation
### NEW YORK RUNS

| | | | | | |
|---|---|---|---|---|---|
| Pickup Date: 06/04/09 Thursday | Pickup Time: | 17:45 | Drop: | Pax#:   1 | Chauf.: |
| Res#:   BLS-681547 | Start Time: | | End: | Veh Type: TC | Veh.#: |

| | | |
|---|---|---|
| Passenger: DAVIS, GABRIELLE | Pickup Phone: | 818-460-5164 |
| Caller:   SYLVIA HARRIS, | Caller#: | 818-553-7076 |
| Account:   209566-DAVIS,GABRIELLE/DISNEY | Paid By: | Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Street#/Name: | 1133 AVENUE OF THE AMERICAS | Airport: | JFK AIRPORT |
| Apt#/Room#: | | Airline: | UA - United Airlines |
| Pickup Point: | ABC DOMESTIC TV 6TH AVE BETWEE | Flight#: | 29 ETD: 20:29 |
| Address Line2: | | Destination Info: | LAX - LAX |
| Cross Streets: | NEW YORK, NY 10036 | Airport Landmark: | |
| City: | NEW YORK, NY 10036 | Dropoff Point: | |
| Pickup Directions: | | Dropoff Directions: | |

| | |
|---|---|
| Special Instructions: | PNR=DGISDV; O:818-460-5164; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD |

| | | | |
|---|---|---|---|
| SAP# | 1107114547516162005 | Flat Rate | $84.00 |
| RECORD LOCATOR# | DGISDV | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $84.00 |
| | | Taxes | $7.39 |
| | | ISC | $4.20 |
| | | FUEL SUR | $4.20 |
| | | Amount Due | $99.79 |

**Terms & Conditions:**
Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http://messenger.providesupport.com/messenger/bls.html - The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above. Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for international travel. If you do cancel a reservation, please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.



```
I ♡ NEW YORK

MED #            7K25
DATE: 06/03/2009
START TIME  22:57
END TIME    23:02
TRIP #         910
RATE No.         1
STAND. CITY RATE
MILES R1      0.78
FARE1 $       4.50
SURCHARGE     0.50
TOTAL $       5.00

Contact TLC Dial
      3-1-1
```

*# 72*
*+ 1*
*tip*
*= #10⁰⁰*

*+ ª 1 ⁰⁰ tip*
*= # 6 ⁰⁰*

```
LAX AIRPORT LOT F 1
    1 WORLD WAY
LOS ANGELES, CA. 90045-5803
     310-646-2911

Merchant ID: 001467298
Term ID: 0031940000146729834017

           Sale

xxxxxxxxxxx7297
VISA          Entry Method: Swiped

Amount:         $      60.00
Tax:            $       0.00
                ------------
Total:          $      60.00

06/04/09              23:51:03
Inv #: 002640   Appr Code: 010770
Apprvd: Online
Cust #: 1111

        Customer Copy
```

*See*
*Parking @ LAX airport*
*( did not use the pick up*
*service.*

**June 12, 2009 (Chicago)**

**Receipts**

Print this page    Close this window

DISNEY CORPORATE TRAVEL
FARES ARE NOT GUARANTEED UNTIL TICKETED.
Phone: 818-553-7000

## Electronic Invoice

Prepared For:
**DAVIS/GABRIELLE**        Ref:    **1107-114-5475161-620005**

| | |
|---|---|
| SALES PERSON | 98 |
| INVOICE NUMBER | 0509093 |
| INVOICE ISSUE DATE | 09JUN2009 |
| RECORD LOCATOR | JVAFCQ |
| CUSTOMER NUMBER | 250DIS0693 |

**Client Address**

**Delivery Address**

BUENA VISTA TV - CA
GABRIELLE DAVIS
2300 WEST RIVERSIDE AVENUE
4264
BURBANK CA 91521
MAIL CODE 4264

Notes
FARE IS 1224 20/MUST BE TICKETED BY JUN 9/TUESDAY
SUBJECT TO CHANGE/CANCELLATION UNLESS TICKETED

---

**DATE: Thu, Jun 11**

**Flight: UNITED AIRLINES  122**

| | | | |
|---|---|---|---|
| From | LOS ANGELES, CA | Departs | 4:50pm |
| To | CHICAGO OHARE, IL | Arrives | 10:49pm |
| Departure Terminal | 7 | Arrival Terminal | 1 |
| Duration | 03hr(s) :59min(s) | Class | First |
| Type | AIRBUS INDUSTRIE A319 JET | Meal | Dinner |
| Stops | Non Stop | | |
| Seat(s) Details | DAVIS/GABRIELLE | Seat(s) - 01B | UA - XXXXXXXXX77 |

**DATE: Thu, Jun 11**

**Hotel: FOUR SEASONS HTL , FOUR SEASONS CHICAG**
**120 E DELAWARE ST**

**CHICAGO IL 60611**

| | | | |
|---|---|---|---|
| Service City | CHICAGO OHARE | | |
| Check-In | 11JUN | Check-Out | 13JUN |
| Rooms(s) | 1 | Room Type | MODERATE ROOM KING PARTIAL CIT LARGE WINDOWS MAX OCC 3 |
| Night(s) | 2 | Rate per Night | 235.00 USD |
| Confirmation Number | 88304944 | Frequent Traveler | |
| CD- | 12688 | | |
| Service Information | NS KING Guaranteed Late Arrival | Phone | 312-280-8800 |

### DATE: Thu, Jun 11

**Others**

CHICAGO OHARE
BLS/TEL 800-992-0570/RATE-
$112.21/CONF-682999/VEH-
SEDAN/TYPE-TRANSFER/PU-ORD
AIRPORT AT 1049P/DO-FOUR
SEASONS CHICAGO-120 E
DELAWARE ST
CHICAGO/727726639/RESERVATION
L1

### DATE: Sat, Jun 13

**Flight: UNITED AIRLINES  945**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 11:55am |
| To | LOS ANGELES, CA | Arrives | 2 09pm |
| Departure Terminal | 1 | Arrival Terminal | 7 |
| Duration | 04hr(s) :14mm(s) | Class | First |
| Type | BOEING 757 200 SERIES JET | Meal | Lunch |
| Stops | Non Stop | | |
| Seat(s) Details | DAVIS/GABRIELLE | Seat(s) - 05C | UA - XXXXXXXXX77 |

### DATE: Sat, Jun 13

**Others**

CHICAGO OHARE
BLS/TEL 800-992-0570/RATE-
$112.21/CONF-683000/VEH-
SEDAN/TYPE-TRANSFER/PU-FOUR
SEASONS CHICAGO-120 E
DELAWARE ST CHICAGO AT
1000A/DO-ORD
AIRPORT/163999678/RESERVATION
L2

### DATE: Mon, Feb 08

**Others**

LOS ANGELES
HAVE A PLEASANT
TRIP

## Ticket Information

Virtually There                                                                 Page 3 of 3

Ticket Number  UA
7682160302                      DAVIS GABRIELLE

                      Billed to:      VI XXXXXXXXXX7247                    ⁎ 1,224.20

                                              Total base fare amount      **1,119.06**

                                                         Total Taxes      **105.14**

                                                 Net Credit Card Billing   **1,224.20**

                                                                          ----------

                                                     Total Amount Due     **0.00**

OFFICE HOURS ARE 8AM-6PM PST MON-FRI
PLEASE CALL 818-553-7000 DURING OFFICE HOURS.
FOR EMERGENCY ASSISTANCE AFTERHOURS CALL 888-645-0645

DUE TO ENHANCED SECURITY MEASURES AT THE AIRPORT
CHECK IN IS 2 HOURS PRIOR TO DEPARTURE FOR DOMESTIC
FLIGHTS AND 3 HOURS PRIOR TO DEPARTURE FOR INTL FLIGHTS

IMPORTANT- PLEASE VERIFY THE NAME ON THIS RESERVATION
COINCIDES WITH THE NAME ON YOUR GOVERNMENT ISSUED ID
WHEN TRAVELING DOMESTICALLY OR YOUR PASSPORT WHEN
TRAVELING INTERNATIONALLY.
/CONTACT CORP TRAVEL IMMEDIATELY IF THEY DO NOT MATCH/

FOR DOMESTIC AFTER HOURS EMERGENCY ASSISTANCE WITHIN
THE UNITED STATES ALASKA HAWAII PUERTO RICO THE
VIRGIN ISLANDS AND CANADA PLEASE DIAL 1-888-645-0645
LIMOUSINE NOTICE - DRIVER GRATUITY IS INCLUDED
UPON FLIGHT ARRIVAL PLEASE MEET YOUR DRIVER AT
BAGGAGE CLAIM. IF YOU CANNOT LOCATE YOUR DRIVER
PLEASE CALL THE LIMO COMPANY OR CORPORATE TRAVEL
IMMEDIATELY
A MINIMUN OF 2 HOURS IS REQUIRED FOR ANY CHANGES OR
CANCELLATIONS ON ANY LOS ANGELES OR NEW YORK CARS
4 HOURS MINIMUM IS REQUIRED FOR THE REST OF THE
US AND CANADA / 24 HOURS IS REQUIRED FOR
INTERNATIONAL BOOKINGS.

REFUNDABLE ELECTRONIC TICKET ISSUED
ANY UNUSED REFUNDABLE E-TICKET WILL BE REFUNDED
72 HOURS AFTER LAST TRAVEL DATE
IN CASE OF CANCELLATION PLEASE NOTIFY CORPORATE TRAVEL
FOR IMMEDIATE REFUND PROCESSING

HU*
U75-DISNEY CORP VISA CARD

*Coach fare for
this trip "101 82*

Your travel arranger provides the information contained in this document. Virtually There® is not responsible for the content of this
document. If you have any questions about the contents of this document, please contact your travel arranger.



sabre
virtuallythere

https://www.virtuallythere.com/new/einvoice.html                         6/9/2009



# FOUR SEASONS HOTEL
*Chicago*

Gabrielle Davis

US

INVOICE

| | |
|---|---|
| Arrival | 06-11-09 |
| Departure | 06-12-09 |
| Room No. | 3510 |
| Folio No. | 279485 |
| Cashier | 215 |
| Page No. | 1 of 1 |

| Date | Description | | | Debit | Credit |
|---|---|---|---|---|---|
| 06-11-09 | Room Charge | | | 235.00 | |
| 06-11-09 | Room Tax | | | 36.17 | |
| 06-12-09 | Visa | XXXXXXXXXXXX7247 | XX/XX | | 271.17 |
| | | | Balance | | 0.00 |

*120 East Delaware Place, Chicago, IL 60611 U.S.A TEL: (312) 280-8800  FAX: (312) 280-1748  www.fourseasons.com*

**Garcia, Rita L**

**From:** hrodriguez@blslimo.com
**Sent:** Tuesday, June 09, 2009 9:32 AM
**To:** Garcia, Rita L
**Subject:** Reservation# 682999 is Confirmed.

---

**BLS Limousine Service**
**18-20 Steinway Street**
**Astoria, NY 11105**
**Phone: 800-843-5752 Fax: 718-274-2408**
**Email: resvndept@blslimo.com**
**Web: www.blslimo.com/terms**

## Reservation Confirmation
### USA RUNS

| Pickup Date: 06/11/09 Thursday | Pickup Time: | 22:49 | Drop: | | Pax#: | 1 | Chauf.: |
|---|---|---|---|---|---|---|---|
| Res#: | BLS-682999 | Start Time: | | End: | | Veh Type: TC | Veh.#: |

| | | | | |
|---|---|---|---|---|
| Passenger: | DAVIS, GABRIELLE | | Pickup Phone: | - - |
| Caller: | SYLVIA HARRIS, | | Caller#: | 818-553-7076 |
| Account: | 209566-DAVIS,GABRIELLE/DISNEY , Dept#: JVAFCQ | | Paid By: | Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Airport: | CHICAGO-OHARE INTERNATIONAL AI | Street#/Name: | 120 E DELAWARE ST |
| Airline: | UA - United Airlines | Apt#/Room#: | |
| Flight#: | 122 ETA: 22:49 | Dropoff Point: | FOUR SEASONS CHICAGO |
| Origin Info: | LAX - LOS ANGELES, CA | Address Line2: | |
| Airport Landmark: | | Cross Streets: | CHICAGO, IL 60611 |
| Pickup Point: | | City: | CHICAGO, IL 60611 |
| Pickup Directions: | | Dropoff Directions: | |

| Special Instructions: PNR=JVAFCQ; O:818-460-5164; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD |
|---|

| SAP# | 11071145475161620005 | Hourly Rate $55.00/hour (1.50 hrs.) | $582.50 |
|---|---|---|---|
| RECORD LOCATOR# | JVAFCQ | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $82.50 |
| | | Taxes | $0.00 |
| | | Acct. Service Chg. | $16.50 |
| | | ISC | $9.08 |
| | | FUEL SUR | $4.13 |
| | | Amount Due | $112.21 |

**Terms & Conditions:**
Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http ://messenger.providesupport.com/messenger/bls.html -The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for International travel. If you do cancel a reservation, please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.

**Garcia, Rita L**

From:      hrodriguez@blslimo.com
Sent:      Tuesday, June 09, 2009 9:34 AM
To:        Garcia, Rita L
Subject:   Reservation# 683000 is Confirmed.

| BLS Limousine Service |
|---|
| 18-20 Steinway Street |
| Astoria, NY 11105 |
| Phone: 800-843-5752 Fax: 718-274-2408 |
| Email: resvndept@blslimo.com |
| Web: www.blslimo.com/terms |

## Reservation Confirmation
USA RUNS

| Pickup Date: 06/13/09 Saturday | Pickup Time: | 10:00 | Drop: | | Pax#: | 1 | Chauf.: | |
|---|---|---|---|---|---|---|---|---|
| Res#: | BLS-683000 | Start Time: | | End: | | Veh Type: TC | Veh#: | |

| Passenger: DAVIS, GABRIELLE | Pickup Phone: 312-280-8800 |
|---|---|
| Caller: SYLVIA HARRIS, | Caller#: 818-553-7076 |
| Account: 209566-DAVIS,GABRIELLE/DISNEY , Dept#: JVAFCQ | Paid By: Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Street#/Name: | 120 E DELAWARE ST | Airport: | CHICAGO-OHARE INTERNATIONAL AI |
| Apt#/Room#: | | Airline: | UA - United Airlines |
| Pickup Point: | FOUR SEASONS CHICAGO | Flight#: | 945 ETD: 11:55 |
| Address Line2: | | Destination Info: | LAX - LOS ANGELES, CA |
| Cross Streets: | CHICAGO, IL 60611 | Airport Landmark: | |
| City: | CHICAGO, IL 60611 | Dropoff Point: | |
| Pickup Directions: | | Dropoff Directions: | |

| Special Instructions: PNR=JVAFCQ; O:818-460-5184; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD |
|---|

| SAP# | 11071145475161620005 | Hourly Rate $55.00/hour (1.50 hrs.) | $82.50 |
|---|---|---|---|
| RECORD LOCATOR# | JVAFCQ | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $82.50 |
| | | Taxes | $0.00 |
| | | Acct. Service Chg. | $16.50 |
| | | ISC | $9.08 |
| | | FUEL SUR | $4.13 |
| | | Amount Due | $112.21 |

**Terms & Conditions:**
Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http://messenger.providesupport.com/messenger/bls.html - The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above. Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for international travel. If you do cancel a reservation, please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.

$118.21

(SEE RIDER)

6/9/2009

Cash

**RECEIPT**
# KING DRIVE CAB AFFILIATION
### HU 7-9000

| | | | |
|---|---|---|---|
| Date 6.12.09 | Time 9:40 A. | | |
| From four Seasons | To Tribune Tower | | |
| Fare $ 5.00 + $1.00 tip | Cab No. 5 | | |
| Driver | | | |

**THANK YOU FOR YOUR PATRONAGE**

tips
# 1.00 tip as indicated above
   7.00 tips - Bellman, Maid Svc.
   $ 8.00

## *Create Expense Report* — RIDER

- 1
- 2
- 3

General Data       Enter Receipts       Review and Send       Complete

**Employee** Gabrielle B Davis ( 94021858 )    **Schema** TRAVEL    **Start Date** 07/13/2009    **End Date** 07/13/2009

Previous Step | Review    | Save Draft    Start Over | Cancel

⊗ Required entry field "Document Number" is empty
⊗ Required entry field "Code of Service Provider" is empty

Available Credit Card Receipts (31 )

### Available Credit Card Receipts

All Receipts        ▼ 07/13/2009  07/13/2009  Refresh    Select All | Deselect All

| Receipt Date | Expense Type | Description | Amount |
|---|---|---|---|
| 06/13/2009 | PARKING | LAX AIRPORT LOT P 7 LOS ANGELES CA US | 59.00 ✳ |
| 06/15/2009 | GROUND TRANSPORTATION | BLS LIMOUSINE SERVICE OF 718-2675439 NY US | 118.21 ✳ |
| 06/17/2009 | GROUND TRANSPORTATION | BLS LIMOUSINE SERVICE OF 718-2675439 NY US | 112.21 |

Row 17 of 31

Include in This Expense Report

### Receipts in This Expense Report

New Entry | Copy | Delete | Copy and Set Next Date

| No | Status | Expense Type | | Receipt Amount | Receipt Currency | | Receipt Date | Ar |
|---|---|---|---|---|---|---|---|---|
| 001 | △ | AIR TRAVEL | ▼ | 1,224.20 | United States Dollar | ▼ | 06/09/2009 | 1 |
| 002 | △ | TRAVEL MEALS AND SNACKS | ▼ | 8.54 | United States Dollar | ▼ | 06/12/2009 | ✳ |
| 003 | △ | AIR TRAVEL | ▼ | 5.67 | United States Dollar | ▼ | 06/12/2009 | ✳ |
| 004 | ⊘ | LODGING (ROOM & TAX ONLY) | ▼ | 271.17 | United States Dollar | ▼ | 06/16/2009 | |

From Date:    06/13/2009    To Date: 06/13/2009

Number:    1

Description:    FOUR SEASONS HOTELS

Provider Code:    Four Seasons Hotels    ▼    Document No.:    279485

Location:    CHICAGO    Country / Region:    ILL

Rodney Gaughan
Deutsche Bank Trust Company Americas
60 Wall Street
New York, NY  10005

| **Type of Expense** | **June 12, 2009 Meeting (Chicago)** |
|---|---|
| | |
| Airfare | $559.20 |
| Hotel | 217.77 |
| Cab Fare | 38.75 |
| Transportation | 28.00 |
| | |
| Total: | $843.72 |

**TOTAL ALLOWED AMOUNT:  $843.72**



**EMBASSY SUITES**
**HOTELS®**

600 N. State St. • Chicago, IL 60610
Phone (312) 943-3800 • Fax: (312) 943-7629
For reservations across the nation
www.embassysuites.com or 1-800-EMBASSY

| Name & Address |
| --- |

GAUGHAN, RODNEY
35 HILLCREST DR

DUMONT, NJ 07628
US

| | |
| --- | --- |
| Suite | 922/KNGN |
| Arrival Date | 6/11/2009    5:36:00PM |
| Departure Date | 6/12/2009 |
| | |
| Adult/Child | 1/0 |
| Suite Rate | $179.00 |

RATE PLAN        L-HH7
HH#  434910983 BLUE
AL
BONUS AL                CAR

Confirmation: 87089562

6/12/2009        PAGE        1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 6/11/2009 | 3796959 | HIGH SPEED INTERNET | $9.95 |
| 6/11/2009 | 3796959 | HIGH SPEED TAX | $1.25 |
| 6/11/2009 | 3797371 | GUEST ROOM | $179.00 |
| 6/11/2009 | 3797371 | STATE TAX | $21.30 |
| 6/11/2009 | 3797371 | CITY TAX | $6.27 |
| | | WILL BE SETTLED TO AX *1003 | $217.77 |
| | | EFFECTIVE BALANCE OF | $0.00 |

*Hilton HHonors*
*Points & Miles*

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.*

ESTIMATED CURRENCY TOTAL

*Thank you for staying with us. Visit embassysuites.com for more information on hotel packages, subscribe to our E-nnouncements newsletter, or plan your next stay at close to 200 destinations.*

### EXPRESS CHECK-OUT

**Good Morning ! We hope you enjoyed your stay. With Express Check-Out there is no need to stop at the Front Desk to check out.**

- Please review this statement. It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call the Front Desk from your suite and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the suite.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| --- | --- |
| AUTHORIZATION    711585 | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | 0.00 |

T H A N K

Y O U

Print this page    Close this window



HRG NORTH AMERICA
Phone: 410-895-4359

## Electronic Invoice

Prepared For:
GAUGHAN/RODNEY            Ref:    GLOBAL TRANSACTION BANKIN

| | |
|---|---|
| SALES PERSON | A5 |
| INVOICE NUMBER | 1271872 |
| INVOICE ISSUE DATE | 05JUN2009 |
| RECORD LOCATOR | EPXDMN |
| CUSTOMER NUMBER | 25GDBC2500 |

**Client Address**

DEUTSCHE BANK TRAVEL SERVICES
60 WALL STREET 34FLR
NEW YORK NY 10005
CC-6201211075

**Delivery Address**

RODNEY GAUGHAN / MS27TH FLOOR
DEUTSCHE BANK TRUST COMPANY AMERICAS
60 WALL STREET
NEW YORK NY 10005

Notes
RECOMMENDED CHECK IN TIMES ARE...
...DOMESTIC 1 HOUR / INTERNATIONAL 2 TO 3 HOURS
DUE TO POSSIBLE LAST MINUTE AIRLINE SCHEDULE CHANGES
PLEASE VERIFY YOUR FLIGHT THE DAY OF YOUR TRAVEL

### DATE: Thu, Jun 11

**Flight: CONTINENTAL AIRLINES  1185**

| | | | |
|---|---|---|---|
| From | NEWARK, NJ | Departs | 4:55pm |
| To | CHICAGO OHARE, IL | Arrives | 6:57pm |
| Departure Terminal | C | Arrival Terminal | 2 |
| Duration | 03hr(s) :02min(s) | Class | Economy |
| Type | BOEING 737-500 JET | Meal | Snack |
| Stops | Non Stop | | |
| Seat(s) Details | GAUGHAN/RODNEY | | CO - XXXXXX91 |
| Notes | ** SEATING RESTRICTED TO AIRPORT CHECK IN. | | |

### DATE: Fri, Jun 12

**Flight: CONTINENTAL AIRLINES  1186**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 5:15pm |
| To | NEWARK, NJ | Arrives | 9:05pm |
| Departure Terminal | 2 | Arrival Terminal | C |
| Duration | 02hr(s) :50min(s) | Class | Economy |
| Type | BOEING 737-300 JET | Meal | Snack |
| Stops | Non Stop | | |
| Seat(s) Details | GAUGHAN/RODNEY | | CO - XXXXXX91 |
| Notes | ** SEATING RESTRICTED TO AIRPORT CHECK IN.* | | |

**DATE: Thu, Sep 10**

**Others**

       NEWARK
       THANK YOU FOR USING
       HRG NORTH AMERICA

## Ticket Information

**Ticket Number**   CO 7433372894               GAUGHAN RODNEY
                         **Billed to:**     AX XXXXXXXXXX1003

|  |  |
|---|---|
|  | * 509.20 |
| **SubTotal** | 509.20 |
| **Net Credit Card Billing** | 509.20 |
|  | ---------- |
| **Total Amount Due** | 0.00 |

\* BOOK TRAVEL ON DB'S CORPORATE ON-LINE BOOKING SITE
\*AVAILABLE 24HRS A DAY. WCP.GETTHERE.NET/DBONLINETRAVEL
.AFTERHOUR CALL 800-310-6809 USE S.O.S CODE WSAV64
INTERNATIONAL TRAVELERS ASK INTERNATIONAL OPERATOR
. TO CALL U.S. COLLECT AT 303-876-4190

FOR HEALTH REQUIREMENTS / RESTRICTIONS / ADVISORIES
DEUTSCHE BANK MEDICAL OFFICE -- 212-250-9226
FOR MEDICAL EMERGENCIES CALL -- 212-250-3501

AIRLINE CONTRACT PRICING IS CONFIDENTIAL AND SHOULD
NOT BE DISCLOSED TO PARTIES OUTSIDE OF DEUTSCHE BANK
THE TRAVEL REFLECTED ON THIS ITINERARY MAY RESULT IN
ADDITIONAL TAX LIABILITIES AND COMPLIANCE OBLIGATIONS
FOR YOU AND/OR DEUTSCHE BANK GROUP. DETAILED RECORDS OF
ALL BUSINESS TRAVEL MUST BE KEPT AND SUBMITTED AS PER
THE REQUIREMENTS OF THE DB GROUP POLICY ON
INTERNATIONAL BUSINESS
TRAVEL *TRIP* DESCRIBED IN DETAIL AT
//HR.INTRANET.DB.COM/HRI
---
CHANGES TO THIS NON REFUNDABLE TICKET MUST BE MADE
PRIOR TO TICKETED DEPARTURE TIME. AFTER THE
TICKETED DEPARTURE TIME THE TICKET WILL HAVE NO VALUE
FOR EXCHANGE OR REFUND.
ONCE TICKETED THIS TICKET IS NON-REFUNDABLE.
CARRIER ASSESSES A FEE FOR ALL EXCHANGE TICKETS.
---------ELECTRONIC TICKET-------------------
YOUR TRANSACTION HAS BEEN ISSUED ELECTRONICALLY
IF YOUR TICKET IS NOT USED YOU MUST CONTACT THE TRAVEL
DEPARTMENT IN ORDER TO PROCESS YOUR REFUND.

HU*
HU*

Your travel arranger provides the information contained in this document. Virtually There® is not responsible for the content of this document. If you have any
questions about the contents of this document, please contact your travel arranger.





**Continental Airlines**

Issue Date: 12 JUN 2K09 ORD ATO

| Number | Description | Qty | Fees |
|---|---|---|---|
| 33728942 | Flight Change; Standby Fee | 1 | $50.00 |

*Your credit card will not be charged until you receive a seat assignment*

**Method of Payment**
American Express XXXXXXXXXX1003

**Cardholder Name**
R GAUGHAN

ɔHT CHANGE FEES    Total Fees:    USD $50.00

Confirmation:  **BF1WQ1**

**STOMER COPY**    AGENT REFERENCE:  GG SDC

For up to the minute standby information,
go to pda.continental.com.

```
        AIRPORT EXPRESS-O'HARE
           10000 WEST OHARE
          CHICAGO, IL 60666

CREDIT I.D. :            0091713700100;
DEBIT I.D. :            000000*DEBIT*01

AMEX                           TLR: 14
XXXXXXXXXXXX1003
SALE
BATCH: 000610         INVOICE: 147169
DATE: JUN 11, 09          TIME: 15:17
RRN: 8300137          AUTH NO: 561420


TOTAL                    $28.00


R GAUGHAN

X---------------------------------------

   THANK YOU & HAVE A NICE DAY

  I AGREE TO PAY ABOVE TOTAL AMOUNT
  ACCORDING TO CARD ISSUER AGREEMENT
 (MERCHANT AGREEMENT IF CREDIT VOUCHER)
```

*airport to hotel*

```
YELLOW CAB CO
    CAB # 4294
06/12/09 TR 8758
START  END MILES
13:34 14:16 17.7
FARE :  $  37.25
EXTRA:  $   1.50
TOTAL:  $  38.75
DEPT OF CONSUMER
SERVICE 311
HAVE A NICE DAY
```

*cash from hotel to airport*

Miriam T. Kulnis
JPMorgan Chase
277 Park Avenue
8th Floor
New York, NY  10172

| **Type of Expense** | **June 12, 2009 Meeting (Chicago)** |
|---|---|
| Airfare | $415.43 |
| Hotel | 207.70 |
| Cab Fare | 88.25 |
| Transportation | 60.00 |
| Total: | $771.38 |

**TOTAL ALLOWED AMOUNT:  $771.38**

Electronic Ticket Receipt                                                                                     Page 1 of 1

*Travelport* ViewTrip

## Electronic Ticket Receipt

Print e-Ticket Receipt

| Passenger Name | Billing Address: | Delivery Address: |
| --- | --- | --- |
| KULNIS, MIRIAM T | No Address On Record | XXX DDMMM |
| | | MIRIAM KULNIS |
| U106938 | | 277 PARK AVENUE |
| | | NY1-L134 |
| | | NEW YORK NY 10172-0003 |

**Agency Information**

CWT DOWNERS GROVE
1430 Branding Lane
Downers Grove, IL   60515
USA
Agency Phone: 800-294-4825 -RESERVATIONS
Agency IATA Number: 14531812

| e-Ticket Receipt - 0057537390965 - CO 1181 - 11 Jun 2009 - EWR | | Today's Date: 10 Jun 2009 |
| --- | --- | --- |
| e-Ticket Number : 0057537390965 | Apollo Reservation Number: MP4914 | Ticket Issue Date: 4 Jun 2009 |
| Frequent Traveller Number | Passenger | |
| LX242013 Continental Airlines (CO) | KULNIS, MIRIAM T | |

**Flight Information**

**11 Jun 2009**
Continental Airlines (CO) 1181                    Economy Class (H)                    Continental Airlines Confirmation Number: ARRHQR

| Depart: | Newark Liberty Intl Arpt (EWR) , Terminal C | 2:50 PM | Baggage: | 1 Piece |
| --- | --- | --- | --- | --- |
| | | | Fare Basis: | HA7BN |
| Arrive: | O'Hare Intl Arpt (ORD), Terminal 2 Chicago | 4:26 PM | Not Valid Before: | 11 Jun |
| | | | Not Valid After: | 11 Jun |
| | | | Status: | Confirmed |

**12 Jun 2009**
Continental Airlines (CO) 1170                    Economy Class (M)                    Continental Airlines Confirmation Number: ARRHQR

| Depart: | O'Hare Intl Arpt (ORD) , Terminal 2 Chicago | 3:45 PM | Baggage: | 1 Piece |
| --- | --- | --- | --- | --- |
| | | | Fare Basis: | MA7BN |
| | | | Not Valid Before: | 12 Jun |
| Arrive: | Newark Liberty Intl Arpt (EWR) , Terminal C | 7:24 PM | Not Valid After: | 12 Jun |
| | | | Status: | Confirmed |

**Fare Information**

Fare Calculation:
FC 11JUN EWR CO CHI 175.18HA7BN/R322 CO EWR 191.55MA7BN/R322 USD366.73EN
D ZPEWRORD XT 7.20ZP 5.00AY 9.00XFEWR4.5ORD4.5

Form of Payment:   CA  xx0189

| Fare: | USD | 366.73 |
| --- | --- | --- |
| Taxes/Fees/Charges: | USD | 27.50 US |
| | USD | 21.20 XT |
| Total: | USD | 415.43 |

IMPORTANT INFORMATION FOR TRAVELERS WITH ELECTRONIC TICKETS - PLEASE READ.

Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions
may be obtained from the issuing carrier

Copyright © 2000-2009 Galileo International, L.L.C. All Rights Reserved



# THE RITZ-CARLTON
*Chicago*
A FOUR SEASONS HOTEL

Ms. Miriam T Kulnis

USA

Arrival   :  06/11/09
Departure :  06/12/09
Room No. :  1501

*INVOICE 85548*

*Ritz Carlton Chicago, 06/12/09    Cashier: 119 / W=1*         *Page: 1*

| Date | Description | Charges / Credits | Payments |
|------|-------------|-------------------|----------|
| 06/11/09 | Room Charge | 180.00 | |
| 06/11/09 | Room Tax | 27.70 | |
| 06/12/09 | Master Card | | 207.70 |
| | XXXXXXXXXXXX0189 XX/XX | | |

| | Balance Due: | $ 0.00 |
|---|---|---|

*Car to Newark airport - Tribune/*

### Westfield Limousine Service Inc.
Chauffeured Luxury Transportation    *Chicago*

501 South Avenue West
Westfield, New Jersey 07090

### 866.795.8294    908.654.1140

| Date | THUR JUN 11 | | | 1 | AM PM |
|------|-------------|--|--|---|-------|

| Name | KOCASS |
|------|--------|

| From | 671 SUMMIT AVE - WF |
|------|---------------------|

| To | EWR |
|----|-----|

| Airline | CONT K | FL # | |
|---------|--------|------|--|

| Cell- | 708 518 0635 | Price | |
|-------|--------------|-------|--|
| Home- | | $ 50.00 | |

| Passengers | Luggage | Gratuity |
|------------|---------|----------|
| 1 | 1 | $ 10 — |

| AMEX | VISA | MASTERCARD |
|------|------|------------|
| 5478 9900 0031 0189 | | |

| Exp. Date 06/11 | Total $ 60.00 |
|-----------------|----------------|

X *M Kelrey*

# TAXI CASH RECEIPT
## Newark, N. J.

Cab No. _366_ Date _06/12/09_

Pick-up from Newark Int'l Airport

To _Westfield_

Amount $ _13.00_

☐ Inc. Tolls ☐ Luggage ☐ Several Stops

  ☐ Tips ☐ $ 1.00 for Luggage 24' size

*Cash - Cab from airport home*

---

CHICAGO CARRIAGE
CAB
   (1217)
06/11/09   17:20

AUTH# 651111

XXXXXXXXXXXXX0189
ED: 0611
#200906111172009
FARE:    38.25

TIP:      4

TOTAL: --------

*O'Hare to*
*hotel*

---

CHOICE
★ TAXI ASSOCIATION INC. ★

For Cab Service Call
(773) 338-9502
Thank you for your
patronage.

We accept AmEx, Visa, MC, Discover, Diners Club

Date _6/12/09_ Time_____

From _4 Seasons_

To _Tribune_

Cab No._____ Driver_____

Cab Fare $ 7 —

Visit **CabMarket.com**
for all your taxi industry needs

*hotel to Tribune*

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| Type of Expense | June 12, 2009 Meeting (Chicago) |
| --- | --- |
| | |
| Airfare | $587.20 |
| Hotel | 218.00 |
| Cab Fare | 40.95 |
| Parking | 28.00 |
| | |
| Total: | $874.15 |

**TOTAL ALLOWED AMOUNT:  $874.15**

## Bill Niese

**From:**     "Southwest Airlines" <SouthwestAirlines@mail.southwest.com>
**To:**       <NIESESR@cox.net>
**Sent:**     Wednesday, June 03, 2009 11:19 AM
**Subject:**  Ticketless Confirmation - NIESE/WILLIAM - JN5DL6

☒ Southwest Airlines
  Receipt and
  Itinerary

Receipt and Itinerary as of 06/03/09 1:19 PM

### Confirmation Number
### JN5DL6

☒ Where Will
  I Sit?

Confirmation Date: 06/03/09
Received: WN/WILLIAM

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

### Passenger Information

| Passenger Name | Account Number | Ticket# | Expulsion[1] |
|---|---|---|---|
| NIESE/WILLIAM | - None Entered - | 5262133753817 | 06/03/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

### Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Thu Jun 11 | 3948 | Depart SAN DIEGO CA (SAN) at 10:55 AM<br>Arrive in CHICAGO MIDWAY (MDW) at 4:55 PM |
| Fri Jun 12 | 1512 | Depart CHICAGO MIDWAY (MDW) at 8:00 PM<br>Arrive in SAN DIEGO CA (SAN) at 10:15 PM |

### Cost and Payment Summary

| | |
|---|---|
| Air | $ 393.49 |
| Tax | $ 36.71 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |

**Total Payment:  444.20**

Current payment(s)
06/03/09 Visa XXXXXXXXXXXX7926 $444.20

### Fare Rule(s)

NON REFUNDABLE/ STANDBY REQ UPGRADE TO YL. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Any change to this itinerary
may result in a fare increase.

Fare Calculation:

SAN WN CHI204.65W7NR WN SAN188.84R7NR 393.49 END ZPSANMDW

6/3/2009

JUN-19-2009 10:04 AM   WILLIAM A. NIESE            760 758 7101            P.02

PEACE TAXI

```
CAB #          2521
DATE: 06/11/2009
START TIME 16:56
END TIME    17:47
TRIP #      8932
MILES       12.19
FARE $      31.45
EXTRAS $    1.50
Tips\Toll   8.00
TOTAL $     40.95
```

Dept of Consumer
     Services
     Call 311

```
00Y20070050453
CARDNUMBER: 7928
AUTHOR.# 04573D
```

ALADDIN AIRPORT PARKING
548 Kettner Blvd.
USA-92101 San Diego
     Tax CodeUS0

  3      06/12/09 19:36
ipt 077292

-term parking tkt
No. 088303
11/09 08:55 -
12/09 19:36 -
iod 1d10h42'
x)
al                  $28.00
                 ----------
                    $28.00
yment Received
ISA                 $28.00
--Thank You----
---Ampco System Parking-
----Aladdin Garage----
----Aladdin Garage----

  Total          $28.00

Amounts in USD.
Date-Receipt Date

---

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

# E-TICKET UPGRADE RECEIPT

ISSUED BY AND VALID ONLY ON
**SOUTHWEST AIRLINES**

I ACKNOWLEDGE RECEIPT OF TICKET(S) AND/OR COUPONS FOR RELATED CHARGES DESCRIBED HEREON.
PAYMENT IN FULL TO BE MADE WHEN BILLED OR IN EXTENDED PAYMENTS IN ACCORDANCE WITH
STANDARD POLICY OF COMPANY ISSUING CARD. NO REFUNDS ON LOST TICKETS.

X _____

SIGNATURE OF CARDHOLDER

NAME OF PASSENGER
**NIESE/WILLIAM**
TO        FROM
**CHICAGO MIDWAY**
TO
**SAN DIEGO CA**

ENDORSEMENTS/RESTRICTIONS

VI XXXXXXXXXXXX7928 0909 NIESE/WILLIAM $143.00

FP VI AUTH: $143.00

DATE OF ISSUE  12JUN09
NOT TRANSFERABLE
PURCHASER'S CODE  JN5DL6/WN
**NOT VALID FOR TRAVEL**
FARE BASIS/TICKET DESIGNATOR

ISSUED IN EXCHANGE FOR

CLASS  DATE
NOT VALID BEFORE

CONJUNCTION TICKETS

PLACE OF ISSUE  MDWAGA07
TIME      STATUS
NOT VALID AFTER

ISO CODE  US
AGENT CODE  007
070045

NAME OF PASSENGER
NIESE/WILLIAM

ITINERARY

MDWSANWN3143       12JUN

FARE  ----------
TAX   ----------
TAX   ----------
TOTAL  $143.00

MISC  ----------

ROUTH. FARE FB.
CPN        0

ALLOW FEE  WT  UNCKD
DOCUMENT NUMBER  CK
5262135607821   1

NOT VALID FOR TRAVEL

0      5262135607821       1

JUN-19-2009 10:05 AM    WILLIAM A. NIESE              760 758 7101              P.03



# INTERCONTINENTAL.
### HOTELS & RESORTS

06/12/09

| | | | |
|---|---|---|---|
| Mr William Niese | Folio No. : | Cashier No. : **155** | Room No. : **1941** |
| 6061 Lake Vista Dr | A/R Number : | | Arrival : **06/11/09** |
| Bonsall CA 92003 | Group Code : | | Departure : **06/12/09** |
| US | Company : **Tribune Company** | | Conf. No. : **68809714** |
| | Membership No. : **PC     567235726** | | Rate Code : **ILTR8** |
| | Invoice No. : | | Page No. : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/11/09 | *Accommodation | 189.00 | |
| 06/11/09 | City Hotel Room Tax | 6.62 | |
| 06/11/09 | State Hotel Room Tax | 22.49 | |
| 06/11/09 | Visa | | 218.11 |

Thank you for using your Priority Club Worldwide card. Your account will be credited with the appropriate points / miles for this stay. We look forward to welcoming you back!

| | | |
|---|---|---|
| **Total** | 218.11 | 218.11 |
| **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Chicago
505 North Michigan Avenue
Chicago, IL 60611-3807, USA
Telephone: (312) 944-4100  Fax: (312) 944-1320

Wayne M. Smith
Warner Bros. Television
4000 Warner Boulevard
Building 156
Room 5158
Burbank, CA  91522

| **Type of Expense** | **June 12, 2009 Meeting (Chicago)** |
| --- | --- |
| Airfare | $  598.78 |
| Hotel | 206.68 |
| Transportation | 159.84 |
| Cab Fare | 43.00 |
| | |
| Total: | $1,008.30 |

**TOTAL ALLOWED AMOUNT:  $1,008.30**

```
          BASE FARE            TAXES        TOTAL
  1-   USD537.28            61.50XT     USD598.78ADT
      XT    40.30US     7.20ZP    5.00AY    9.00XF
         537.28           61.50       598.78TTL
ADT-01  HA0KY/NPS
 LAX UA CHI268.64HA0KY/NPS UA LAX268.64HA0KY/NPS USD537.28END
 ZPLAXORD XFLAX4.5ORD4.5
S/CVA TIME WARNER
PRIVATE FARE APPLIED - CHECK RULES FOR CORRECT TICKETING
VALIDATING CARRIER - UA

 1 UA 122H 16JUN T LAXORD SS1   450P 1049P /DCUA /E
 2 UA 943H 17JUN W ORDLAX SS1   310P  533P /DCUA /E
```

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

43 —          6/11/09
$          Time          Date

Received from:
O'HARE
Cab fare from:

To:
N. BRICONT, WENTA
Driver:

Cab #:

Account #:

*Thank you for*
*riding with us!*

312-243-2537    312-829-4222





**INTERCONTINENTAL.**
HOTELS & RESORTS

06/12/09

| Wayne Smith | | | |
|---|---|---|---|
| Folio No. : 1050849    Cashier No. : 136 | | Room No. : 3202 | |
| A/R Number : | | Arrival : 06/11/09 | |
| Group Code : | | Departure : 06/12/09 | |
| Company : Bcd Travel | | Conf. No. : 60290407 | |
| Membership No. : | | Rate Code : IPBCD | |
| Invoice No. : | | Page No. : 1 of 1 | |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/11/09 | *Accommodation | 179.10 | |
| 06/11/09 | City Hotel Room Tax | 6.27 | |
| 06/11/09 | State Hotel Room Tax | 21.31 | |
| 06/12/09 | American Express        XXXXXXXXXXX1001 | | 206.68 |
| | **Total** | **206.68** | **206.68** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Chicago
505 North Michigan Avenue
Chicago, IL 60611-3807, USA
Telephone: (312) 944-4100   Fax: (312) 944-1320

Reservation Receipt (Res#682819)                                                  Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD                          Ride Receipt          Account#   : 194014
BLDG 156 ROOM 5158                                             Invoice#   : CCB061209
BURBANK, CA 91522                                              Inv Date   : 6/12/2009

| Date | Description | Charges | Credits |
|---|---|---|---|
| 6/11/2009 | Res#: 682819     PU: 4000 WARNER BLVD BLS 156 S RM 5158 BURBANK CA 91522<br>Drop: LAX 122 UA<br>Pickup: 14:50    Dropoff: 15:45    Passenger: SMITH WAYNE M<br>Flat:                                                          TC<br>Req By: CHERYL ANN KRUG,  Chauf: 5615            Gratuity:<br><br>Discount:<br>Deposit: | <br><br><br>$79.92<br>$0.00 | |
| | | Ride Total: $79.92 | |
| | Paid By Credit Card xxxxxxxxxxx1001          Trip Amount Due: | $0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3)   All Rights Reserved.

Reservation Receipt (Res#682820)                                    Page 1 of 1

BLS Limousine Service
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS                                Account#   : 194014
4000 WARNER BLVD                      Ride Receipt          Invoice#   :
BLDG 156 ROOM 5158                                          Inv Date   :
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|---|---|---|---|
| 6/12/2009 | **Res#:** 682820   **PU:** LAX 943 UA<br>**Drop:** 285 W HUNTINGTON DR. ARCADIA CA 91007<br>**Pickup:** 17:33   **Dropoff:** 19:25   **Passenger:** SMITH WAYNE M<br>Flat:                                                          TC<br>Req By: CHERYL ANN KRUG,  Chauf: 6001          Gratuity:<br><br>Discount:<br>Deposit: | <br><br><br>$79.92<br>$0.00 | |
| | **Paid By Credit Card xxxxxxxxxxx1001**   **Trip Amount Due:** | Ride Total:   $79.92<br>$0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3)   All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                        6/15/2009

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| <u>Type of Expense</u> | June 4, 2009 Meeting (New York) | June 12, 2009 Meeting (Chicago) |
|---|---|---|
| Airfare | $     .00 | $437.20 |
| Train Fare | 360.00 | .00 |
| Hotel | .00 | 242.60 |
| Transportation | .00 | 23.00 |
| Parking | 9.00 | 38.00 |
| Cab Fare | .00 | 35.00 |
| Mileage | 20.90 | 20.90 |
| Meals | .00 | 144.31* |
| | | |
| Total: | $389.90 | $941.01 |

\* Dinner expense (Mr. Salganik and Robert Paul, counsel to Washington-Baltimore
   Newspaper Guild)


**TOTAL ALLOWED AMOUNT: $1,330.91**

**June 4, 2009 (New York)**

**Receipts**

# THE NEWSPAPER GUILD - CWA

6-4-09





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 15688
——.—5 20:2—   #19 A#  1  Txn# 26235
06/04/09 07:57 —  06/04/09 20:25 Out
Tkt# 138497
4                 $ 9.00—
XXXXXXXXXXXXX2309 04/12
Approval No. : 03126C
Reference No. : 00000068

**June 12, 2009 (Chicago)**

**Receipts**

# THE NEWSPAPER GUILD - CWA

6-12-09

O.W.L. AIRPORT PARKING
MAIN TERMINAL GARAGE
TAXI AND PARKING

```
                              AIRPORT EXPRESS-MIDWAY
                                5700 SOUTH CICERO AVE
                                  CHICAGO, IL 60637

              CREDIT I.D. :              00917137000581
              DEBIT I.D. :  -           000000*DEBIT*01

              VISA                                TLR: 13
              XXXXXXXXXXXX2309
              SALE
              BATCH: 000106            INVOICE: 533133
              DATE: JUN 11, 09            TIME: 16:50
              RRN: 3903270           AUTH NO: 04518C


              TOTAL                        $23.00


              MARC SALGANIK

              X-----------------------------------------

                    THANK YOU & HAVE A NICE DAY

                  I AGREE TO PAY ABOVE TOTAL AMOUNT
                  ACCORDING TO CARD ISSUER AGREEMENT
                 (MERCHANT AGREEMENT IF CREDIT VOUCHER)
```



DATE 6-12-09        TIME _____
PICK UP LOCATION Tribune   —
DROP OFF LOCATION Midway Airport
CAB NO. _____  DRIVER _____
CAB FARE $35

**773 • 561 • 4444**
**taxiwithus.com**

## 437 RUSH

437 N. Rush
CHICAGO, IL
Tel: 3122220101
Check: 383254

Server: Ioana          Date: 06/11/2009
 Table: 42            Time: 20:31

VISA
************-2309
GALGANTK/MARC
AUTH          08712C     ONLINE
MERCHANT#      9999

SUBTOTAL $      120.31

TIP $       2Y

TOTAL $      14Q31

** CUSTOMER COPY **

PLAN YOUR NEXT PARTY
@PHIL STEFANI'S 437 RUSH
CALL US AT 312-222-0101

Gmail - Ticketless Confirmation - SALGANIK/MARC - NOFI4V - bi...

http://mail.google.com/mail/?shva=1

**Gmail** Calendar Documents Photos Reader Sites Web more ▼

billsalganik@gmail.com | Settings | Older ve

Search Mail    Search the Web    *Show search options*
*Create a filter*

Flying with WiFi? - www.dayinthecloud.com - On June 24th: The Most Intense Internet Scavenger Hunt. Learn more

Compose Mail

**Inbox (31)**
Starred
Chats
Sent Mail
Drafts
All Mail
**Spam (351)**
Trash

Contacts

Chat

Search, add, or invite

Bill Salganik
Set status here

Talk face to face
Try video chat

Tina Parshall
Yoko Kuramoto-Eidsmoe
Deutsch, Douglas
Holtz, Alan
Kunis, Miriam
Lamb, Helen
LeMay, David
Mahmoodzadegan, Navic
Robert Paul
Seife, Howard

Options    Add Contact

Labels

Edit labels

Invite a friend

Give Gmail to:

Send invite    50 left
Preview Invite

« Back to Inbox    Archive    Report spam    Delete    Move to    Labels    More actions

New window
Print all
Expand all
Forward all

‹ Nev

## Ticketless Confirmation - SALGANIK/MARC - NOFI4V    Inbox   X

Southwest Airlines to me    Show details Jun 8 (2 days ago)    Reply

**Images are not displayed.**
Display images below - Always display images from SouthwestAirlines@mail.southwest.com

Southwest Airlines Receipt and Itinerary

Receipt and Itinerary as of 06/08/09 7:55 PM

### Confirmation Number

**NOFI4V**

*Where Will I Sit?*

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

Confirmation Date: 06/08/09
Received: WN/MARC SALGANIK BY ICBM

**Passenger Information**

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| SALGANIK/MARC | 00001057874856 | 5262134745561 | 06/08/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

**Itinerary**

| Date | Flight | Routing Details |
|---|---|---|
| Thu Jun 11 | 3510 | Depart BALTIMORE WASHNTN (BWI) at 3:55 PM<br>Arrive in CHICAGO MIDWAY (MDW) at 4:55 PM |
| Fri Jun 12 | 0074 | Depart CHICAGO MIDWAY (MDW) at 4:30 PM<br>Arrive in BALTIMORE WASHNTN (BWI) at 7:20 PM |

**Cost and Payment Summary**

| | |
|---|---|
| Air | $ 386.98 |
| Tax | $ 36.22 |
| PFC Fee | $ 9.00 |
| Security Fee | $ 5.00 |
| **Total Payment:** | **437.20** |

Current payment(s)
06/08/09 Visa XXXXXXXXXXXX2309 $437.20

**Fare Rule(s)**

All travel involving funds from this Confirmation Number must be completed by the expiration date.

Sponso

1st Class Upgra
People who sit upf
the money. They h
FirstClassFlyer.co

JetBlue to Chica
Chicago flights at ..
Find a fare & book
JetBlue.com/Chica

$99-$129 Midwa
Just 2 mins walk to
Free shuttle, b'kfas
www.CarltonInnMic

JetAirways™ Ol
US-India-US Startii
Surcharge. Book C
Jetairways.com/Bo

Airline Boarding
Put your message
boarding passes, c
www.sojern.com

Cheapest Airlin
Find Cheap Flights
Get Nonstop Total
Smartfares.com/Di

Fly With kuwait
Get Great Deals or
Only @ India's No-
MakeMyTrip.Com/I

Fleet Reservatio
Online vehicle requ
Billing; Usage repo
www.agilefleet.con

| Bill Salganik

6/10/2009 9:02 PM



# INTERCONTINENTAL.
### HOTELS & RESORTS

06/12/09

| **Marc Salganik** | | | | |
|---|---|---|---|---|
| Folio No. | : | | Room No. : | **3106** |
| A/R Number | : | Cashier No.  : **155** | Arrival : | **06/11/09** |
| Group Code | : | | Departure : | **06/12/09** |
| Company | : | **Abc Corporate Services Bta** | Conf. No.  : | **68325347** |
| Membership No. | : | | Rate Code : | **IPABC** |
| Invoice No. | : | | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/11/09 | Internet Access    18:31 Room# 3106 : CHECK# 1 [1] | 12.95 | |
| 06/11/09 | *Accommodation | 199.00 | |
| 06/11/09 | City Hotel Room Tax | 6.97 | |
| 06/11/09 | State Hotel Room Tax | 23.68 | |
| 06/11/09 | Visa | | 242.60 |
| | **Total** | **242.60** | **242.60** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | June 4, 2009 Meeting (New York) | June 12, 2009 Meeting (Chicago) |
|---|---|---|
| Airfare | $    .00 | $673.20 |
| Train Fare | $376.00 | .00 |
| Hotel | .00 | 229.65 |
| Parking | 17.00 | 40.00 |
| Cab Fare | 17.80 | 79.75 |
| Meals | .00 | 47.71* |
| | | |
| Total: | $410.80 | $1,070.31 |

* Breakfast expense (Mr. Paul and William Salganik, Washington-Baltimore Newspaper
  Guild)


**TOTAL ALLOWED AMOUNT:  $1,481.11**

**June 4, 2009 (New York)**

**Receipts**



I ♡ NEW YORK
                    *                    1E92
RATE: 06/04/2009
START TIME    15:18
END TIME      15:31
TRIP #        27083
RATE No.            1
STAND. CITY RATE.
MILES R1        1.1x
FARE1 $         7.70
            tax  7.70
Contact TLC Dial
        3-1-1

MED#          5Y63
06/04/09 TR 6443
START  END MILES
18:58 11:16  1.4 ↗
Regular Fare
RATE.1:$  10.18
SURCH:.$   0.00
TOTAL:.$  10.18
      THANKS
TO CONTACT TLC
DIAL 3-1-1

**June 12, 2009 (Chicago)**

**Receipts**

**Robert Paul**

| | |
|---|---|
| **From:** | UNITED-CONFIRMATION@UNITED.COM |
| **Sent:** | Tuesday, June 09, 2009 3:46 PM |
| **To:** | Robert Paul |
| **Subject:** | Your United flight confirmation - June 11, 2009 - Washington to Chicago |

**Reservation complete: See details below**

Your ticket(s) have been issued as an **E-Ticket**

**Your e-ticket was issued**

- You will receive a confirmation email in a few minutes
- To check in for your flight use EasyCheck-inOnline
  Available 1-24 hours before domestic flights and 2-24 hours before international flights
- View the Traveler guide to learn about itinerary changes, travel tips, meal and entertainment offerings

**Your confirmation number is V5NX1Y**                    EasyCheck-in Online

**Total price: USD 673.20**

**Thu, Jun 11, 2009 DCA to ORD**

| United 0623 | Depart: DCA 3:48 PM<br>Arrive: ORD 4:50 PM | Non-stop<br>2h 2m<br>733<br>612 miles traveled | Fare basis code:<br>UA0KYD<br>Booking class: U<br>Economy<br>612 Award miles<br>No Meal Service | Seats:N/A |
|---|---|---|---|---|

**Fri, Jun 12, 2009 ORD to DCA**

| United 0620 | Depart: ORD 4:02 PM<br>Arrive: DCA 6:52 PM | Non-stop<br>1h 50m<br>319<br>612 miles traveled | Fare basis code:<br>UA0KYD<br>Booking class: U<br>Economy<br>612 Award miles<br>No Meal Service | Seats:N/A |
|---|---|---|---|---|

**Additional Information:**

**Check-in information**

Please note that valid, government-issued photo identification must be presented at check-in.



## InterContinental.
### HOTELS & RESORTS

06/12/09

| Robert Paul | Folio No. | : | | Room No. | : | **0907** |
|---|---|---|---|---|---|---|
| | A/R Number | : | Cashier No.  :  **155** | Arrival | : | **06/11/09** |
| | Group Code | : | | Departure | : | **06/12/09** |
| | Company | : | **Abc Corporate Services Bta** | Conf. No. | : | **68322706** |
| | Membership No. | : | | Rate Code | : | **IPABC** |
| | Invoice No. | : | | Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/11/09 | *Accommodation | 199.00 | |
| 06/11/09 | City Hotel Room Tax | 6.97 | |
| 06/11/09 | State Hotel Room Tax | 23.68 | |
| 06/11/09 | American Express | | 229.65 |
| | **Total** | **229.65** | **229.65** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Chicago
505 North Michigan Avenue
Chicago, IL 60611-3807, USA
Telephone: (312) 944-4100  Fax: (312) 944-1320

**Taxi Affiliation Services, LLC**
**2230 South Michigan**
**Chicago, Illinois 60616**
www.yellowcabchicago.com

$40.00    2:00    6/12/09

| | | |
|---|---|---|
| $ | Time | Date |

Received from:
*Twe Tower*

Cab fare from:
*ORD*

To:

Driver:

Cab #:

Account #:

*Thank you for
riding with us!*


CHECKER TAXI AFFL. INC. 243-2537


YELLOW CAB

**312-243-2537    312-829-4222**

---

ZEST RESTURANT
INTERCONTINENTAL CHICAGO
CHICAGO, IL
CHECK:        2 1 0 7
TABLE:        3 0 / 1
SERVER:       401 Tony
DATE:         12JUN'09  8:37AM
CARD TYPE:    American Express
ACCT #:       XXXXXXXXXX3003
EXP DATE:     XX/XX
AUTH CODE:    588345
              ROBERT E PAUL

SUBTOTAL:        3 9 . 7 1

Tip:_____ *8 00*_____

Total:_____ *47.71*_____

Signature:_____

    I Agree to pay above total
amount according to card holder
        agreement

---

NO_COMMUNICATION

---

GEOBE CAB CO
CAB NUMBER 6532
06/11/09 TR 7634
START  END MILES
17:40 18:32 17.9
FARE  : $  38.25
EXTRA : $   1.50
TOTAL : $  39.75
DEPT OF CONSUMER
SERVICE CALL 311
HAVE A NICE DAY





Wilmington Trust Company (Counsel)
Daniel J. Saval, Esq.
Brown Rudnick, LLP
Seven Times Square
New York, NY  10036

| Type of Expense | June 12, 2009 Meeting (Chicago) |
|---|---|
| | |
| Airfare | $741.20 |
| Airfare (exchange penalty) | 182.00 |
| Hotel | 254.94 |
| Cab Fare | 118.20 |
| | |
| Total: | $1,296.34 |

**TOTAL ALLOWED AMOUNT:  $1,296.34**

### INVOICE / RECEIPT
**Please retain for your records**

RE: Ticket No. 7682-851-013

    4208-Brown Rudnick               Customer Number: 0454 19345
    c/o GARBER TRAVEL SERVICE        Invoice Number: 1010403_4YDA
    One Financial Center - 17th FL     Invoice Date: 11JUN09
    Boston, MA  02111            Record Locator: HFHFSA

    BROWN RUDNICK                BROWN RUDNICK
    ONE FINANCIAL CTR            ONE FINANCIAL CTR
    BOSTON MA 02111             BOSTON MA 02111

    PLEASE CAREFULLY REVIEW YOUR ITINERARY
    AND REPORT ANY DISCREPANCIES WITHIN 24 HOURS
    PLEASE CAREFULLY REVIEW YOUR ITINERARY AND
    REPORT ANY DISCREPANCIES WITHIN 24 HOURS.
    THIS IS AN ELECTRONIC TICKET TRANSACTION

June 11, 2009 - Thursday
SAVAL/DANIEL J [00000000272130001,C]

    AIR     AMERICAN AIRLINES     FLT-371   CLASS-M  SEAT-16E EQUIP-S80
            DEPART [LGA] NEW YORK/LA GUARDIA, NY   8:35PM
            ARRIVE [ORD] CHICAGO/O'HARE, IL      10:09PM

        SEATING RESRICTED TO AIRPORT CHECK IN

    HOTEL CHI CHICAGO, IL        IN DATE: 11JUN09   OUT DATE: 12JUN09
      INTERCONTINENTAL CH       CONF#: 63330570
      505 N MICHIGAN AVE        TYPE : 1 CTSA RATE: 179.10USD
      CHICAGO IL 60611          FONE 312-944-4100
                          FAX 312-944-1320

      RQST NS KING
      RESERVATION CANNOT BE CANCELED

June 12, 2009 - Friday
    AIR     AMERICAN AIRLINES     FLT-360   CLASS-W  SEAT-32C EQUIP-757
            DEPART [ORD] CHICAGO/O'HARE, IL     3:25PM
            ARRIVE [LGA] NEW YORK/LA GUARDIA, NY   6:40PM

Documents / Sales Issued
  New Air Ticket AA (001)7682-851-013 SAVAL/DANIEL J         $709.20
  Service Fee XD (890)0500-390-285 SAVAL/DANIEL J           $32.00
-------------------------------------------------------------- -----------
                            Total Invoice Amount   $741.20

Net Amount Charged To AX XXXXXXXXXXX1009               $741.20

-------------------------------------------------------------- -----------
                                  AMOUNT DUE   $0.00

```
4208-Brown Rudnick                    Customer Number: 0454 19345
c/o GARBER TRAVEL SERVICE               Invoice Number: 1010403_4YDA
One Financial Center - 17th FL            Invoice Date: 11JUN09
Boston, MA  02111                      Record Locator: HFHFSA

BROWN RUDNICK                          BROWN RUDNICK
ONE FINANCIAL CTR                      ONE FINANCIAL CTR
BOSTON MA 02111                        BOSTON MA 02111
```

```
TRAVEL ASSISTANCE INFORMATION -
 - 617-856-8500 MON - FRI 9.00AM - 5.30PM
 - 800-508-7445 AFTER HOURS EMERGENCY TRAVEL CENTER
 - 4YDA - IS YOUR EXECUTIVE TRAVELER CODE
 - THERE IS AN ADDITIONAL FEE TO USE THIS SERVICE
.
THIS INVOICE TOTAL DOES *INCLUDE* OUR PER PERSON,
NON REFUNDABLE SERVICE FEE OF 32.00
--------------------------------------------------------
-VALID GOVERNMENT ISSUED PHOTO ID REQUIRED FOR TRAVEL.

WE SUGGEST YOU TRAVEL WITH A COPY OF YOUR ITINERARY.
HTTP.//WWW.VIRTUALLYTHERE.COM OR YOUR E-INVOICE

MOST AIRLINES ALLOW ONLINE CHECK IN 24 HOURS PRIOR TO
DEPARTURE. CHECK YOUR AIRLINES WEBSITE FOR DETAILS.

RECOMMENDED MINIMUM CHECK IN TIMES -
 -DOMESTIC FLIGHTS/ 1-2 HOURS
 -INTERNATIONAL FLIGHTS/ 3 HOURS
 -FLIGHT INFO    HTTP.//WWW.FAA.GOV
 -TSA WEB SITE   HTTP.//WWW.TSA.GOV
 -WAIT TIME       HTTP.//WAITTIME.TSA.DHS.GOV/INDEX.HTML
 -TRAVEL TOOLS   HTTP.//GARBER.FCM.TRAVEL/CLIENT.ASP
.
 -SOME AIRLINES ARE CHARGING FOR CHECKED LUGGAGE.
 -LUGGAGE TAGS ARE RECOMMENDED ON THE INSIDE/OUTSIDE.
--------------------------------------------------------
--------------------------------------------------------
FARE RESTRICTIONS AS FOLLOWS -
THIS TICKET IS NON REFUNDABLE.
TICKET MUST BE CANCELED PRIOR TO SCHEDULED
DEPARTURE DATE AND TIME. FAILURE TO CANCEL
WILL CONSTITUTE A NO SHOW AND RESULT IN YOUR
TICKET HAVING NO VALUE. YOUR TICKET MUST BE
USED WITHIN ONE YEAR FROM DATE OF ORIGINAL ISSUE.
CHANGES WILL RESULT IN AN AIRLINE FEE, PLUS ANY
FARE DIFFERENCE. SOME SPECIAL FARES MAY BE EXCLUDED.
CHECK WITH YOUR TRAVEL AGENT FOR COMPLETE DETAILS.
NO CAR REQUESTED FOR CHICAGO
```

**INVOICE / RECEIPT**

**Please retain for your records**

RE: Ticket No. 7682-851-019

```
    4208-Brown Rudnick                      Customer Number: 0454 19345
    c/o GARBER TRAVEL SERVICE                Invoice Number: 1010413_4YDA
    One Financial Center - 17th FL             Invoice Date: 12JUN09
    Boston, MA  02111                       Record Locator: HFHFSA

    BROWN RUDNICK                           BROWN RUDNICK
    ONE FINANCIAL CTR                       ONE FINANCIAL CTR
    BOSTON MA 02111                         BOSTON MA 02111
```

```
    PLEASE CAREFULLY REVIEW YOUR ITINERARY
    AND REPORT ANY DISCREPANCIES WITHIN 24 HOURS
    PLEASE CAREFULLY REVIEW YOUR ITINERARY AND
    REPORT ANY DISCREPANCIES WITHIN 24 HOURS.
    THIS IS AN ELECTRONIC TICKET TRANSACTION
```

June 12, 2009 - Friday
SAVAL/DANIEL J [0000000272130001,C]

```
    AIR    AMERICAN AIRLINES        FLT-346   CLASS-W  SEAT-     EQUIP-S80
           DEPART [ORD] CHICAGO/O'HARE, IL         7:45PM
           ARRIVE [LGA] NEW YORK/LA GUARDIA, NY   11:14PM
```

```
Documents / Sales Issued
    New Air Ticket AA (001)7682-851-019 SAVAL/DANIEL J               $709.20
    Exchange Penalty For Passenger SAVAL/DANIEL J                    $150.00
    Service Fee XD (890)0500-390-296 SAVAL/DANIEL J                   $32.00
Returned Documents / Sales
    Exchanged Air Ticket AA 7682851013 Original Value $709.20
              Credit Towards New Ticket                             -$709.20
----------------------------------------------------------------- -----------
                                      Total Invoice Amount          $182.00


Net Amount Charged To AX XXXXXXXXXXX1009                            $182.00

----------------------------------------------------------------- -----------
                                             AMOUNT DUE               $0.00
```

```
4208-Brown Rudnick                Customer Number: 0454 19345
c/o GARBER TRAVEL SERVICE          Invoice Number: 1010413_4YDA
One Financial Center - 17th FL        Invoice Date: 12JUN09
Boston, MA  02111                  Record Locator: HFHFSA

BROWN RUDNICK                     BROWN RUDNICK
ONE FINANCIAL CTR                 ONE FINANCIAL CTR
BOSTON MA 02111                   BOSTON MA 02111


TRAVEL ASSISTANCE INFORMATION -
- 617-856-8500 MON - FRI 9.00AM - 5.30PM
- 800-508-7445 AFTER HOURS EMERGENCY TRAVEL CENTER
- 4YDA - IS YOUR EXECUTIVE TRAVELER CODE
- THERE IS AN ADDITIONAL FEE TO USE THIS SERVICE
.
THIS INVOICE TOTAL DOES *INCLUDE* OUR PER PERSON,
NON REFUNDABLE SERVICE FEE OF 32.00
--------------------------------------------------------
-VALID GOVERNMENT ISSUED PHOTO ID REQUIRED FOR TRAVEL.

WE SUGGEST YOU TRAVEL WITH A COPY OF YOUR ITINERARY.
HTTP.//WWW.VIRTUALLYTHERE.COM OR YOUR E-INVOICE
.
MOST AIRLINES ALLOW ONLINE CHECK IN 24 HOURS PRIOR TO
DEPARTURE. CHECK YOUR AIRLINES WEBSITE FOR DETAILS.

RECOMMENDED MINIMUM CHECK IN TIMES -
-DOMESTIC FLIGHTS/ 1-2 HOURS
-INTERNATIONAL FLIGHTS/ 3 HOURS
-FLIGHT INFO    HTTP.//WWW.FAA.GOV
-TSA WEB SITE   HTTP.//WWW.TSA.GOV
-WAIT TIME      HTTP.//WAITTIME.TSA.DHS.GOV/INDEX.HTML
-TRAVEL TOOLS   HTTP.//GARBER.FCM.TRAVEL/CLIENT.ASP

-SOME AIRLINES ARE CHARGING FOR CHECKED LUGGAGE.
-LUGGAGE TAGS ARE RECOMMENDED ON THE INSIDE/OUTSIDE.
--------------------------------------------------------
--------------------------------------------------------
FARE RESTRICTIONS AS FOLLOWS -
THIS TICKET IS NON REFUNDABLE.
TICKET MUST BE CANCELED PRIOR TO SCHEDULED
DEPARTURE DATE AND TIME. FAILURE TO CANCEL
WILL CONSTITUTE A NO SHOW AND RESULT IN YOUR
TICKET HAVING NO VALUE. YOUR TICKET MUST BE
USED WITHIN ONE YEAR FROM DATE OF ORIGINAL ISSUE.
CHANGES WILL RESULT IN AN AIRLINE FEE, PLUS ANY
FARE DIFFERENCE. SOME SPECIAL FARES MAY BE EXCLUDED.
CHECK WITH YOUR TRAVEL AGENT FOR COMPLETE DETAILS.
NO CAR REQUESTED FOR CHICAGO
```



**InterContinental.**

HOTELS & RESORTS

06/12/09

| Daniel Saval | | |
|---|---|---|
| Folio No. : **1050873**   Cashier No. : **110** | Room No. : | **0961** |
| A/R Number : | Arrival : | **06/11/09** |
| Group Code : | Departure : | **06/12/09** |
| Company : **Abc Corporate Services Bta** | Conf. No. : | **63330570** |
| Membership No. : | Rate Code : | **IPABC** |
| Invoice No. : | Page No. : | **1 of 1** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06/11/09 | *Accommodation | | 179.10 | |
| 06/11/09 | City Hotel Room Tax | | 6.27 | |
| 06/11/09 | State Hotel Room Tax | | 21.31 | |
| 06/11/09 | Room Service Late Night - Foo Line# 0961 : CHECK# 0503862 | | 23.91 | |
| 06/12/09 | Zest Brkfst -Food | Line# 0961 : CHECK# 0432137 | 24.35 | |
| 06/12/09 | American Express | XXXXXXXXXX1003 | | 254.94 |
| | | **Total** | **254.94** | **254.94** |
| | | **Balance** | **0.00** | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

InterContinental Chicago
505 North Michigan Avenue
Chicago, IL 60611-3807, USA
Telephone: (312) 944-4100   Fax  (312) 944-1320

FOR CAB
SERVICE CALL
(773) 725-6500
Lost and Found:
(773) 725-8200

GLOBE TAXI ASSN, INC.

Date 6/12 Time_____

From Chicago

To O'Hare

Cab No._____ Driver_____

Cab Fare $ 20.00

Visit CabMarket.com
for all your taxi industry needs

---

I ♡ NEW YORK

MED #            6E73
DATE: 06/12/2009
START TIME 23:05
END TIME   23:25
TRIP #    127:48
RATE No.       1
STAND. CITY RATE
MILES R1    9.46
FARE1 $    22.90
SURCHARGE   0.50
TOTAL $    23.40
 Mid-Tun    4.15
GR.TOT.    27.55

Contact TLC Dial
    3-1-1

---

MED#    5H21
06/11/09 TR 3743
START  END MILES
19:12 19:32  9.3
REGULAR FARE
RATE 1:$  22.50
SURCH: $   1.00
MTNL:$    4.15
TOTAL: $ ____
    THANK
TO CONTACT TLC
DIAL 3-1-1

---

# CHICAGO CARRIAGE CAB CO.



DATE  6/11

TIME

FROM  O'Hare

TO  Chicago

DRIVER  Saval

PASSENGER

CAB NO.

FARE AMOUNT  $43.00

CABI
PHONE: 312-326-2221   TOLL FREE: 866-440-TAXI
INE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE:   www.chicagocarriagecab.com