IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**CONSENT EXTENDING THE TIME FOR THE INTERNAL REVENUE SERVICE
TO FILE PROOFS OF CLAIM**

And now, this _____ day of _____, 2009, upon agreement of the Internal Revenue Service and the Debtors, it is ORDERED that the Internal Revenue Service shall have until September 30, 2009 to file a proof of claim in this proceeding, and shall not be granted any further enlargements of this time. This order is without prejudice to any rights of the Internal Revenue Service to amend claims after the bar date, nor to the rights of any parties in interest to object to such amendment.

_____
UNITED STATES BANKRUPTCY JUDGE

*Seen and Agreed*

/s/ Yonatan Gelblum                                /s/ Kenneth P. Kansa
YONATAN GELBLUM                                    KENNETH P. KANSA
U.S. Department of Justice - Tax Division          Sidley Austin LLP
P.O. Box 227                                        One South Dearborn Street
Washington, DC 20044                                Chicago, Illinois 60603
Telephone: (202) 305-3136                           Telephone: (312) 853-7163
Facsimile: (202) 514-6866                           Facsimile: (312) 853-7036
E-mail: Yonatan.Gelblum@usdoj.gov                   Email: kkansa@sidley.com
*Counsel for the Internal Revenue Service*         *Counsel for the Debtors*

4451553.1


EXHIBIT A