IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Objection Date: August 17, 2009 at 4:00 p.m.<br>Hearing Date: *Only if Objections are filed* |

SIXTH MONTHLY FEE APPLICATION OF SIDLEY AUSTIN LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD OF JUNE 1, 2009 THROUGH JUNE 30, 2009

| | |
|---|---|
| Name of Applicant: | **Sidley Austin LLP** |
| Authorized to Provide Professional Services to: | **Debtors** |
| Date of Retention: | **February 20, 2009 (nunc pro tunc to December 8, 2008)** |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Period for Which Compensation and Reimbursement is Sought: **June 1, 2009 through June 30, 2009**

Amount of compensation sought as actual, reasonable and necessary: **$1,227,903.25**

Amount of Expense Reimbursement sought as actual, reasonable and necessary **$25,981.81**

This is a(n):   __X__ monthly   _____ interim   _____ final application

Requested Payment Amount:

Fees at 80%         **$982,322.60**

Expenses at 100%    **$25,981.81**

# FEE SUMMARY FOR THE PERIOD FROM
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Suresh Advani | Partner/ Tax/ 17 years. Admitted 1992. | $800 | 3.40 | $2,720.00 |
| Larry A. Barden | Partner/ Corporate/ 27 years. Admitted 1982. | $825 | 48.70 | $40,177.50 |
| James F. Bendernagel, Jr. | Partner/ Litigation/ 32 years. Admitted 1977. | $775 | 4.60 | $3,565.00 |
| Kevin F. Blatchford | Partner/ Corporate/ 23 years. Admitted 1986. | $735 | .80 | $588.00 |
| James F. Conlan | Partner/ Bankruptcy/ 21 years. Admitted 1988. | $925 | 2.00 | $1,850.00 |
| Michael P. Doss | Partner/ Litigation/ 12 years. Admitted 1997. | $685 | 104.90 | $71,856.50 |
| Ronald S. Flagg | Partner/ Litigation/ 28 years. Admitted 1981. | $650 | 1.60 | $1,040.00 |

3

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Cliff Fonstein | Partner/ Litigation/ 15 years. Admitted 1994. | $775 | 1.30 | $1,007.50 |
| Brian J. Gold | Partner/ Employment/ 27 years. Admitted 1982. | $660 | 4.20 | $2,772.00 |
| Janet E. Henderson | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $825 | 179.90 | $143,178.75 |
| Scott J. Heyman | Partner/ Tax/ 22 years. Admitted 1987. | $725 | 16.60 | $12,035.00 |
| Arthur F. Hickok | Partner/ Securitization/ 15 years. Admitted 1994. | $825 | 2.10 | $1,732.50 |
| Robert W. Hirth | Partner/ Litigation/ 30 years Admitted 1979. | $875 | 3.90 | $3,412.50 |
| Michael Hyatte | Partner/ Regulatory/ 30 years Admitted 1979. | $850 | .50 | $425.00 |
| Pran Jha | Partner/ Corporate/ 18 years. Admitted 1991. | $700 | 16.90 | $11,830.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Matthew E. Johnson | Partner/ Employee Benefits/ 17 years. Admitted 1992. | $685 | 4.60 | $3,151.00 |
| Kenneth P. Kansa | Partner/ Bankruptcy/ 10 years. Admitted 1999. | $675 | 52.90 | $35,707.50 |
| Mark L. Kaufman | Partner/ Corporate/ 20 years. Admitted 1989. | $660 | 2.20 | $1,452.00 |
| John P. Kelsh | Partner/ Corporate/ 13 years. Admitted 1996. | $600 | 2.60 | $1,690.00 |
| Bryan Krakauer | Partner/ Bankruptcy/ 27 years. Admitted 1982. | $900 | 91.50 | $78,075.00 |
| Kevin T. Lantry | Partner/ Bankruptcy/ 18 years. Admitted 1991. | $825 | 110.90 | $90,502.50 |
| Jonathan D. Lotsoff | Partner/ Employment/ 15 years. Admitted 1994. | $605 | 67.90 | $41,079.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Guy S. Neal | Partner/ Bankruptcy/ 16 years. Admitted 1993. | $725 | 51.30 | $32,480.00 |
| Bridget R. O'Neill | Partner/ Tax/ 21 years. Admitted 1988. | $800 | .30 | $240.00 |
| Marc E. Raven | Partner/ Litigation/ 25 years. Admitted 1984. | $660 | 1.50 | $990.00 |
| Priscilla E. Ryan | Partner/ Employee Benefits/ 27 years. Admitted 1982. | $735 | 2.50 | $1,837.50 |
| Scott E. Saef | Partner/ Real Estate/ 17 years. Admitted 1992. | $630 | .50 | $315.00 |
| Mark D. Schneider | Partner/ Communications/ 24 years. Admitted 1985. | $625 | 1.00 | $625.00 |
| Thomas McC. Souther | Partner/ Litigation/ 24 years. Admitted 1985. | $800 | .50 | $400.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael J. Sweeney | Partner/ Litigation/ 33 years. Admitted 1976. | $685 | 14.30 | $9,795.50 |
| Dennis M. Twomey | Partner/ Bankruptcy/ 9 years. Admitted 2000. | $650 | .70 | $455.00 |
| Thomas P. Van Wazer | Partner/ Communications/ 19 years. Admitted 1990. | $600 | 49.60 | $29,760.00 |
| Robert R. Wootton | Retired Partner/ Tax/ 30 years. Admitted 1979. | $665 | 17.80 | $11,837.00 |
| Jay H. Zimbler | Partner/ Tax/ 34 years. Admitted 1975. | $850 | 23.40 | $19,890.00 |
| R. Clark Wadlow | Senior Counsel/ Communications/ 37 years. Admitted 1972. | $775 | 5.00 | $3,875.00 |
| Baird S. Allis | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 3.00 | $1,185.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Megan Nogasky Beer | Associate/ Litigation/ 1 year. Admitted 2008. | $315 | 28.40 | $8,946.00 |
| D'Lisia E. Bergeron | Associate/ Bankruptcy/ 3 years. Admitted 2006. | $475 | 22.90 | $10,877.50 |
| Jessica C.K. Boelter | Associate/ Bankruptcy/ 7 years. Admitted 2002. | $625 | 21.60 | $12,875.00 |
| Heather M. Bruce | Associate/ Employment/ 3 years. Admitted 2006. | $395 | .10 | $39.50 |
| Christina M. Craige | Associate/ Bankruptcy/ 3 years. Admitted 2007. | $475 | 20.10 | $9,547.50 |
| Gregory V. Demo | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 126.40 | $47,400.00 |
| Ruthanne M. Deutsch | Associate/ Litigation/ 5 years. Admitted 2004. | $475 | 6.30 | $2,992.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison L. Goico (formerly Miller) | Associate/ Employment and Labor Law/ 3 years. Admitted 2006. | $395 | .30 | $118.50 |
| Brian P. Guarraci | Associate/ Employment/ 7 years. Admitted 2002. | $515 | 19.00 | $9,785.00 |
| Christopher R. Hale | Associate/ Corporate/ 1 year. Admitted 2008. | $315 | 38.80 | $12,222.00 |
| Wendell M. Harp | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 4.00 | $1,700.00 |
| Bridget J. Hauserman | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $425 | 74.60 | $31,705.00 |
| Michael P. Heinz | Associate/ Corporate/ 5 years. Admitted 2004. | $465 | 5.70 | $2,650.50 |
| Eric G. Hoffman | Associate/ Litigation/ 5 years. Admitted 2004. | $625 | 2.10 | $1,312.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Seth H. Katz | Associate/ Corporate/ 7 years. Admitted 2002. | $515 | 69.30 | $35,689.50 |
| Candice L. Kline | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 105.80 | $37,237.50 |
| Christopher S. Krueger | Associate/ Corporate/ 1 year/ Admitted 2008. | $315 | 63.40 | $19,971.00 |
| James P. Langdon | Associate/ Corporate/ 3 years. Admitted 2006. | $395 | 131.70 | $52,021.50 |
| Alison R. Leff | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 29.20 | $10,950.00 |
| Jillian K. McClelland | Associate/ Bankruptcy/ 2 years. Admitted 2007. | $425 | 153.20 | $65,110.00 |
| Kerriann S. Mills | Associate/ Bankruptcy/ 4 years. Admitted 2005. | $525 | 84.20 | $44,205.00 |
| Sandra F. Palmer | Associate/ Litigation/ 6 years. Admitted 2003. | $505 | 39.30 | $19,846.50 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jen Peltz | Associate/ Litigation/ 6 years. Admitted 2003. | $495 | 41.50 | $20,542.50 |
| Benjamin A. Rosemergy | Associate/ Employee Benefits/ 5 years. Admitted 2004. | $465 | 6.80 | $3,162.00 |
| Allison E. Ross | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 11.70 | $4,387.50 |
| Jennifer B. Tatel | Associate/ Communications/ 9 years. Admitted 2000. | $540 | 6.20 | $3,348.00 |
| Ariella Thal Simonds | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $375 | 50.30 | $18,862.50 |
| Hsin Hsin Yang | Associate/ Bankruptcy/ 1 year. Admitted 2008. | $330 | 31.40 | $10,362.00 |
| Tyler F. Mark | Summer Associate | $175 | 13.00 | $2,275.00 |
| Megan Scholl Lindberg | Legal Assistant/ Litigation/ 5 years. | $190 | 9.00 | $1,710.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy J. Lusk | Legal Assistant/ Bankruptcy/ 7 years. | $230 | 1.50 | $345.00 |
| David J. Lutes | Senior Legal Assistant/ Bankruptcy/ 24 years. | $285 | 64.80 | $18,468.00 |
| Branka V. Nastasic | Legal Assistant/ Corporate/ 8 years. | $225 | 1.20 | $270.00 |
| Jason E. Navia | Legal Assistant/ Litigation/ 2 years. | $220 | .50 | $110.00 |
| Karen A. Nelms | Legal Assistant/ Litigation/ 14 years. | $245 | 17.30 | $4,238.50 |
| Arturo J. Rodriguez | Legal Assistant/ Employment and Labor Law/ 11 years. | $190 | 1.00 | $190.00 |
| Emily K. Root | Legal Assistant/ Litigation/ 1 year. | $220 | .80 | $176.00 |
| Maud Such | Legal Assistant/ Product Liability and Mass Torts Litigation/ 21 years. | $220 | 13.40 | $2,948.00 |
| Susan L. Summerfield | Legal Assistant/ Bankruptcy/ 18 years. | $190 | 65.00 | $12,350.00 |

| Name of Professional/ Individual | Position, Area of Expertise, Number of Years in Position, Year of Obtaining License to Practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laurie J. McCarty | Communications Specialist/ 14 years. | $265 | 85.40 | $22,631.00 |
| Jenny Y. Borrelli | Project Assistant Coordinator/ 8 years. | $110 | 3.30 | $363.00 |
| Lupe Fernandez | Project Assistant/ 20 years. | $110 | 3.90 | $429.00 |
| **Grand Total** | | | 2,369.80 | $[1]1,227,903.25 |
| **Blended Rate** | | $518.15 | | |

---

[1] $115.00 of this amount represents professional fees performed before June 1, 2009 that were not included in any prior monthly fee application.

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM JUNE 1, 2009 THROUGH JUNE 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---:|---:|
| FCC Matters (20100) | 145.80 | $59,231.00 |
| Fee Applications (30390) | 106.50 | $30,991.50 |
| Executory Contracts and Leases (30410) | 117.20 | $60,945.00 |
| Vendor Issues (30420) | 23.80 | $11,780.00 |
| Use/Sale/Lease of Assets (30430) | 5.10 | $4,207.50 |
| DIP Financing/Cash Collateral (30440) | 3.50 | $2,072.50 |
| Insurance Issues (30450) | 3.00 | $1,540.00 |
| Committee-Related Matters (30460) | 132.30 | $73,444.50 |
| Litigated Matters (30470) | 394.90 | $227,738.00 |
| Travel Time (30480) (with 50% discount) | 52.60 | $18,278.75 |
| Labor Issues (30490) | 2.70 | $2,002.50 |
| Plan and Disclosure Statement (30500) | 450.70 | $249,152.00 |
| Professional Retention (30510) | 62.80 | $29,912.50 |
| Tax Issues (30520) | 76.60 | $56,057.00 |
| Claims Processing (30530) | 76.10 | $39,335.00 |
| Business Operations (30550) | 426.20 | $194,503.00 |
| Case Administration (30560) | 102.30 | $50,973.00 |
| Creditor Communications (30570) | 11.00 | $6,135.00 |
| Bankruptcy Schedules (30580) | 26.10 | $13,692.50 |
| Employee Issues (30590) | 127.40 | $79,397.00 |
| Asset Disposition (30600) | 23.20 | $16,515.00 |
| **TOTAL** | **2,369.80** | **$1,227,903.25** |

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JUNE 1, 2009 THROUGH JUNE 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Air Transportation | Various | $1,143.52 |
| Duplicating Charges[2] | | $3,567.80 |
| Document Delivery Services | | $21.67 |
| Document Production | | $12.50 |
| Filing Fees | | $3,085.00 |
| Ground Transportation | | $474.69 |
| Lexis Research Service | Lexis | $2,261.05 |
| Meals Out-of-Town | | $212.98 |
| Messenger Services | | <$4.91> |
| Search Services | | $79.79 |
| Telephone Tolls | | $337.13 |
| Travel/Lodging | | $613.80 |
| Westlaw Research Service | Westlaw | $14,176.79 |
| | | |
| **Total** | | **$25,981.81** |

---

[2] Sidley's rate for copying and facsimile transmission is $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii).