## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>　　　　　　　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 08-13141 (KJC)<br>)<br>) Jointly Administered<br>)<br>)<br>)<br>) |

## **VERIFICATION**

| STATE OF ILLINOIS | ) |
|---|---|
|  | ) ss |
| COUNTY OF COOK | ) |

I, David J. Bradford, after being duly sworn according to law, deposes and says:

(a)　I am a partner of the applicant firm, Jenner & Block LLP, and have been admitted to the bar of the State of Illinois since 1976.

(b)　I am familiar with the work performed on behalf of the Debtors by the attorneys and paraprofessionals in the firm.

(c)　I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the application substantially complies with such order.

_____
　　　　　　　David J. Bradford

SUBSCRIBED AND SWORN TO BEFORE ME
THE 27TH DAY OF JULY, 2009.

_____
Notary Public

"OFFICIAL SEAL"
Francine M. Sattelmayer
Notary Public, State of Illinois
My Commission Expires July 9, 2010

1778046.1