**EXHIBIT A**

LAW OFFICES
# JENNER & BLOCK LLP
330 N, WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10130

EGI-TRB, L.L.C.  
TWO NORTH RIVERSIDE PLAZA  
SUITE 600  
CHICAGO, IL  60606  
ATTN: JONATHAN D. WASSERMAN, ESQ.

JULY 31, 2009  
INVOICE # 9142708

TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL  60611-4041  
ATTN: DONALD J. LIEBENTRITT

### ESOP/STAY ISSUES

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2009 | $6,937.50 |
| DISBURSEMENTS | 244.11 |
| **TOTAL INVOICE** | **$7,181.61** |
| TRIBUNE'S 13/14TH PORTION OF PROFESSIONAL SERVICES | $6,441.96 |
| TRIBUNE'S 13/14 PORTION OF DISBURSEMENTS | 226.67 |
| **TOTAL DUE FROM TRIBUNE** | **$6,668.63** |
| EGI-TRB'S 1/14TH PORTION OF PROFESSIONAL SERVICES | $495.54 |
| EGI-TRB'S 1/14TH PORTION OF DISBURSEMENTS | 17.44 |
| **TOTAL DUE FROM EGI-TRB** | **$512.98** |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

EGI-TRB, L.L.C.
TWO NORTH RIVERSIDE PLAZA
SUITE 600
CHICAGO, IL 60606
ATTN: JONATHAN D. WASSERMAN, ESQ.

INVOICE # 9142708

TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

JULY 31, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009


ESOP/STAY ISSUES                                                         MATTER NUMBER -    10130

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/01/09 | DJB | .30 | { L190 } {A106} Telephone conference with J. Wasserman, EGI's General Counsel, re strategy. | 262.50 |
| 6/01/09 | EPK | 3.80 | { L120 } {A103} Drafted memorandum re providing documents under ERISA 104. | 1,235.00 |
| 6/01/09 | DKM | .30 | { L140 } {A110} Consulted with Applied Technology Group re alteration needed for SharePoint site. | 69.00 |
| 6/02/09 | DJB | .20 | { L190 } {A106} Telephone conference with J. Wasserman, EGI counsel, re proof of claim as basis for stay. | 175.00 |
| 6/02/09 | EPK | .60 | { L120 } {A103} Drafted memorandum re duty to provide documents under ERISA 104. | 195.00 |
| 6/04/09 | EPK | 2.30 | { L120 } {A102} Conducted research re duty to produce stock valuation reports. | 747.50 |
| 6/10/09 | DKM | .50 | { L140 } {A110} Updated SharePoint site. | 115.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                              Federal Identification No. 36-2192554

LAW OFFICES  Page 2
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/11/09 | JL | .80 | { L190 } {A104} Reviewed response letter re ESOP document requests and telephone conference with D. Sondgeroth re same. | 476.00 |
| 6/12/09 | DKM | .80 | { L140 } {A110} Scanned correspondence documents (.2); uploaded documents to SharePoint site and entered data for same (.4); updated hard copy case and correspondence files (.2). | 184.00 |
| 6/17/09 | DKM | .50 | { L140 } {A110} Prepared documents for production. | 115.00 |
| 6/19/09 | JL | .10 | { L190 } {A105} Telephone conference with D. Sondgeroth re 5500s. | 59.50 |
| 6/19/09 | PXR | .50 | { L140 } {A110} Retrieved insurance policies and organized and assembled 4 sets of exhibits per S. McGee request. | 85.00 |
| 6/19/09 | DKM | 1.00 | { L140 } {A110} Prepared production documents. | 230.00 |
| 6/22/09 | JL | .50 | { L190 } {A105} Telephone conference with D. Sondgeroth re 5500 issues and researched same. | 297.50 |
| 6/22/09 | DKM | 2.50 | { L140 } {A110} Prepared documents for production. | 575.00 |
| 6/24/09 | DAS | .50 | { L210 } {A107} Communicated with co-counsel in Delaware re issues related to hearing on June 25. | 262.50 |
| 6/24/09 | DAS | .40 | { L210 } {A105} Communicated with D. Bradford re issues related to June 25 hearing. | 210.00 |
| 6/25/09 | DJB | 1.00 | { L190 } {A109} Appeared telephonically for status conference. | 875.00 |
| 6/25/09 | DJB | .20 | { L190 } {A101} Prepared for status conference. | 175.00 |
| 6/25/09 | DAS | 1.00 | { L210 } {A109} Participated in telephonic hearing in adversary proceeding related to Tribune v. Neil. | 525.00 |
| 6/26/09 | DKM | .30 | { L140 } {A110} Edited format of SharePoint site. | 69.00 |
|  |  | 18.10 | PROFESSIONAL SERVICES | 6,937.50 |

Page 3

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/09/09 | Network Printing | 2.88 |
| 6/17/09 | Network Printing | 18.90 |
| 6/18/09 | Network Printing | 4.14 |
| 6/18/09 | Photocopy Expense | 16.56 |
| 6/19/09 | Network Printing | 10.08 |
| 6/22/09 | Network Printing | 8.01 |
| 6/22/09 | UPS | 11.02 |
| 6/30/09 | Westlaw Research | 158.18 |
| 6/30/09 | Photocopy Expense | 14.34 |
| | TOTAL DISBURSEMENTS | 244.11 |

**INVOICE TOTAL**                                           $ 7,181.61

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 1.70 | 875.00 | 1,487.50 |
| JORGE M. LEON | 1.40 | 595.00 | 833.00 |
| DOUGLAS A. SONDGEROTH | 1.90 | 525.00 | 997.50 |
| EAMON P. KELLY | 6.70 | 325.00 | 2,177.50 |
| DANIEL K. MORGAN | 5.90 | 230.00 | 1,357.00 |
| PANAGIOTA RAMOS | 0.50 | 170.00 | 85.00 |
| TOTAL | 18.10 | | 6,937.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10148

THE TRIBUNE COMPANY  
435 NORTH MICHIGAN AVENUE  
SUITE 600  
CHICAGO, IL 60611-4041  
ATTN: DONALD J. LIEBENTRITT

JULY 31, 2009  
INVOICE # 9142709

**DOL SUBPOENA**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2009 | $1,298.50 |
| DISBURSEMENTS | 3.42 |
| TOTAL INVOICE | $1,301.92 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9142709

JULY 31, 2009

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009

DOL SUBPOENA                                                                          MATTER NUMBER -   10148

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 6/18/09 | DKM | 1.20 | { L140 } {A110} Consulted with ATG re document production and Concordance database (.1); reviewed Concordance database (.1); prepared documents for production (1.0). | 276.00 |
| 6/18/09 | DXW | .80 | { L140 } {A110} Conferred with D. Morgan re tiff conversion and document production project (.1); copied data to server for processing and loading to Concordance for attorney review and production (.6); emailed data management team re tiff conversion project specifications (.1). | 220.00 |
| 6/18/09 | RRO | .50 | { L140 } {A110} Converted data and loaded same into the Concordance database, "Client Document-Review." | 137.50 |
| 6/19/09 | DXW | .80 | { L140 } {A110} Reviewed data loaded to the Client Review Documents database for integrity and in preparation for production (.6); emailed D. Morgan re completion of data loading project (.1); emailed data management team re document production specifications (.1). | 220.00 |
| 6/19/09 | RRO | .50 | { L140 } {A110} Created data production database. | 137.50 |
| 6/19/09 | JXA | .20 | { L140 } {A110} Performed quality check on conversion of data project. | 55.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                                         Federal Identification No. 36-2192554

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
330 N. WABASH AVENUE<br>
CHICAGO, ILLINOIS 60611<br>
(312) 222-9350

Page 2

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 6/22/09 | JXA | .30 | { L140 } {A110} Performed quality check on production volume database. | 82.50 |
| 6/25/09 | PXR | 1.00 | { L140 } {A110} Updated email and correspondence files and SharePoint site. | 170.00 |
| | | 5.30 | PROFESSIONAL SERVICES | 1,298.50 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 6/21/09 | Network Printing | 3.42 |
| | TOTAL DISBURSEMENTS | 3.42 |

**INVOICE TOTAL**                                $ 1,301.92

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID WIRKIOWSKI | 1.60 | 275.00 | 440.00 |
| JENNIFER ANDERSON | 0.50 | 275.00 | 137.50 |
| ROBERT R. OHTON, JR. | 1.00 | 275.00 | 275.00 |
| DANIEL K. MORGAN | 1.20 | 230.00 | 276.00 |
| PANAGIOTA RAMOS | 1.00 | 170.00 | 170.00 |
| TOTAL | 5.30 | | 1,298.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                         Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10164

| | |
|---|---|
| THE TRIBUNE COMPANY<br>435 NORTH MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL  60611-4041<br>ATTN: DONALD J. LIEBENTRITT | JULY 31, 2009<br>INVOICE # 9142711 |

**FEE APPLICATION**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2009 | $7,947.50 |
| DISBURSEMENTS | 58.22 |
| TOTAL INVOICE | $8,005.72 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9142711

JULY 31, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009

FEE APPLICATION                                                           MATTER NUMBER -    10164

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/01/09 | MHM | 3.90 | { L210 } {A103} Reviewed invoices and prepared preliminary summaries of individual attorney time (1.4); prepared table of fees by attorney (1.1); reviewed individual disbursement entries and prepared summary of disbursements by category (0.8); updated summary charts for fee application (0.6). | 1,053.00 |
| 6/01/09 | DHH | 4.10 | { L210 } {A103} Worked on April fee application, including revising to include additional invoices, redacting time entries, and revising narrative portion and summary charts. | 1,640.00 |
| 6/02/09 | MHM | 1.10 | { L120 } {A103} Reviewed additional invoices and updated summary charts for monthly fee statement. | 297.00 |
| 6/02/09 | DJB | .50 | { L190 } {A103} Edited fee petition. | 437.50 |
| 6/02/09 | DHH | 1.80 | { L210 } {A103} Worked on Tribune fee applications, including revising narrative per D. Bradford's comments, reviewing summary charts, and coordinating filing with local counsel. | 720.00 |
| 6/15/09 | DHH | 1.00 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 400.00 |
| 6/16/09 | DHH | 2.00 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 800.00 |

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
330 N. WABASH AVENUE<br>
CHICAGO, ILLINOIS 60611<br>
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/17/09 | CS | .30 | { L190 } {A103} Prepared revisions to fee examiner response. | 217.50 |
| 6/17/09 | DJB | .30 | { L190 } {A103} Edited response to fee report. | 262.50 |
| 6/17/09 | DHH | 2.20 | { L210 } {A103} Worked on response to fee examiner's preliminary report. | 880.00 |
| 6/18/09 | DHH | .80 | { L210 } {A103} Worked on response to fee examiner's preliminary report, including revising per C. Steege and D. Bradford comments. | 320.00 |
| 6/26/09 | DHH | 1.20 | { L210 } {A103} Worked on May 2009 fee application, including reviewing time entries and revising narrative. | 480.00 |
| 6/29/09 | DHH | .60 | { L210 } {A103} Worked on May 2009 fee application, including reviewing and redacting time entries. | 240.00 |
| 6/30/09 | DHH | .50 | { L210 } {A103} Worked on May 2009 fee application, including reviewing and redacting time entries. | 200.00 |
|  |  | 20.30 | PROFESSIONAL SERVICES | 7,947.50 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 6/01/09 | Network Printing | 4.86 |
| 6/02/09 | Network Printing | 8.73 |
| 6/03/09 | Network Printing | 11.97 |
| 6/04/09 | Network Printing | 1.53 |
| 6/30/09 | Westlaw Research | 31.13 |
|  | TOTAL DISBURSEMENTS | 58.22 |

**INVOICE TOTAL**                                   **$ 8,005.72**

Page 3

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.80 | 875.00 | 700.00 |
| CATHERINE L. STEEGE | 0.30 | 725.00 | 217.50 |
| DAVID H. HIXSON | 14.20 | 400.00 | 5,680.00 |
| MICHAEL H. MATLOCK | 5.00 | 270.00 | 1,350.00 |
| TOTAL | 20.30 | | 7,947.50 |

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER   10180

| | |
|---|---|
| THE TRIBUNE COMPANY<br>435 NORTH MICHIGAN AVENUE<br>SUITE 600<br>CHICAGO, IL  60611-4041<br>ATTN: DONALD J. LIEBENTRITT | JULY 31, 2009<br>INVOICE # 9142712 |

## MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2009 | $7,602.50 |
| DISBURSEMENTS | 1.08 |
| TOTAL INVOICE | $7,603.58 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE          Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL 60611-4041
ATTN: DONALD J. LIEBENTRITT

INVOICE # 9142712

JULY 31, 2009

CLIENT NUMBER -   45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JUNE 30, 2009


MORGAN STANLEY SWAP                                          MATTER NUMBER -   10180

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/01/09 | DJB | .20 | { L190 } {A103} Edited letter demanding payment. | 175.00 |
| 6/01/09 | SEB | 1.70 | { L190 } {A103} Drafted letter to Morgan Stanley re total amount owed on swap agreement and calculation of default rate of interest. | 552.50 |
| 6/17/09 | DJB | .70 | { L190 } {A103} Edit demand letter re interest calculation. | 612.50 |
| 6/17/09 | MZH | .40 | { L120 } {A105} Telephone conferences with S. Biller re calculation of interest on swap. | 290.00 |
| 6/17/09 | SEB | 3.30 | { L190 } {A105} Conferred with D. Bradford re interest calculation (.1); analyzed and calculated termination amount, compounded interest and total payment owed (2.0); conferred with M. Hankin re ▮▮▮ (.2); revised demand letter (.2); wrote email memorandum to D. Bradford re calculation of total amount owed (.2); made follow-up revisions to demand letter ▮▮▮ (.1); conferred with M. Hankin re ▮▮▮ (.1); responded by email to D. Bradford re ▮▮▮ (.2); further revised demand letter to include details on computation (.2). | 1,072.50 |
| 6/18/09 | DJB | .20 | { L190 } {A106} Telephone conference with clients. | 175.00 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                         Federal Identification No. 36-2192554

LAW OFFICES<br>
**JENNER & BLOCK LLP**<br>
330 N. WABASH AVENUE<br>
CHICAGO, ILLINOIS 60611<br>
(312) 222-9350

Page 2

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 6/18/09 | DJB | .40 | { L190 } {A103} Edited demand letter to Morgan Stanley. | 350.00 |
| 6/18/09 | MZH | 2.00 | { L120 } {A104} Reviewed and revised letter to MS re calculation of interest arising under swap (1.7); telephone conferences with S. Biller re same (.3). | 1,450.00 |
| 6/18/09 | SEB | .60 | { L190 } Conferred with M. Hankin re ▮▮▮ (.1); proofread payment demand letter to Morgan Stanley (.2); conferred with M. Hankin and D. Bradford re ▮▮▮ (.1); ▮▮▮ (.2). | 195.00 |
| 6/19/09 | DJB | .50 | { L190 } {A103} Edited demand letter. | 437.50 |
| 6/19/09 | DJB | .50 | { L190 } {A106} Telephone conference with J. Rodden, Tribune CFO, re ▮▮▮. | 437.50 |
| 6/19/09 | MZH | 1.60 | { L120 } {A103} Drafted letter to MS re calculation of swap termination amount (1.2); revised same ▮▮▮ (.3); telephone conference with D. Bradford re same (.1). | 1,160.00 |
| 6/19/09 | SEB | 1.50 | { L190 } Conferred with M. Hankin and made further revisions to letter (.1); prepared ▮▮▮ (.7); conferred with M. Grobel re ▮▮▮ (.2); revised demand letter to Morgan Stanley (.2); revised demand letter ▮▮▮ (.3). | 487.50 |
| 6/22/09 | DJB | .20 | { L190 } {A103} Finalized demand letter. | 175.00 |
| 6/22/09 | SEB | .10 | { L190 } {A103} Proofread demand letter to MS and letter requesting information to evaluate calculation. | 32.50 |
| | | 13.90 | PROFESSIONAL SERVICES | 7,602.50 |

LAW OFFICES  
**JENNER & BLOCK LLP**  
330 N. WABASH AVENUE  
CHICAGO, ILLINOIS 60611  
(312) 222-9350

Page 3

## DISBURSEMENTS

| 6/22/09 | Photocopy Expense | 1.08 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 1.08 |

**INVOICE TOTAL**           $ 7,603.58

### SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 2.70 | 875.00 | 2,362.50 |
| MARC B. HANKIN | 4.00 | 725.00 | 2,900.00 |
| SOFIA E. BILLER | 7.20 | 325.00 | 2,340.00 |
| TOTAL | 13.90 | | 7,602.50 |

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE            Federal Identification No. 36-2192554

**EXHIBIT B**

SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---:|
| Network Printing | 74.52 |
| Photocopy Expense | 31.98 |
| UPS | 11.02 |
| Westlaw Research | 189.31 |
| **Total** | **306.83** |

5