IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: : Chapter 11
:
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
:
Debtors. : Jointly Administered
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x  **Related Docket No. 1753**

**CERTIFICATION OF COUNSEL WITH RESPECT TO EMERGENCY MOTION OF WARREN BEATTY, PURSUANT TO 11 U.S.C. § 105, FED. R. CIV. P. 26(c) AND FED. R. BANKR. P. 7026, FOR PROTECTIVE ORDER QUASHING VIDEOTAPING OF DEPOSITION OF WARREN BEATTY**

On July 16, 2009, Warren Beatty ("Mr. Beatty") filed his Emergency Motion of Warren Beatty, Pursuant to 11 U.S.C. § 105, Fed. R. Civ. P. 26(c) and Fed. R. Bankr. P. 7026, for Protective Order Quashing Videotaping of Deposition of Warren Beatty (the "Emergency Motion").

On July 17, 2009, Tribune Media Services, Inc. ("TMS") filed its objection to the Emergency Motion.

On July 21, 2009, this Court held a telephonic hearing with respect to the Emergency Motion (the "Hearing"). At the conclusion of the Hearing, this Court denied the specific relief requested in the Emergency Motion, but directed the parties to negotiate a consensual form of protective order concerning Mr. Beatty's deposition.

Following the Hearing, the parties negotiated in good faith and agreed upon a consensual form of protective order, a copy of which is annexed as Exhibit 1 (the "Protective Order").

1

2

WHEREFORE, Mr. Beatty, with TMS's consent, hereby requests that this Court enter the Protective Order at the Court's earliest convenience.

Dated: July 28, 2009
Wilmington, Delaware

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Ian S. Fredericks*
Gregg M. Galardi (DE Bar No. 2991)
Ian S. Fredericks (DE Bar No. 4626)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Gregg.Galardi@skadden.com
Ian.Fredericks@skadden.com

Counsel for Warren Beatty

2