# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 1818** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 28, 2009 AT 1:00 P.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTINUED MATTERS

1.    Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

   Objection Deadline:  March 5, 2009 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments are in bold font.**

On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

Responses Received:

(a)     Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

(b)     Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

Status:     On consent of the parties, this matter is adjourned to the **September 4**, 2009 hearing.  This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

2.     Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. (Filed July 8, 2009) (Docket No. 1696)

Related Document(s):

(a)     Notice of Filing (1) Amended Exhibits B and C to Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. and (2) Revised Proposed Order (Filed July 20, 2009) (Docket No. 1778)

(b)     Certification of No Objection Regarding Motion for an Order Pursuant to 11 U.S.C. §§ 365 and 363 Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. (Filed July 23, 2009) (Docket No. 1809)

(c)     **Order Authorizing Debtor Tribune Media Services, Inc. to Assume Certain Prepetition Local Advertising Sales Agreements and to Assign Prepetition and Postpetition Local Advertising Sales Agreements to Advantage Newspaper Consultants Inc. (Entered July 24, 2009) (Docket No. 1822)**

Objection Deadline:  July 21, 2009 at 4:00 p.m.

46429/0001-5792149v2

Responses Received:  None.

**Status:**          **The Court entered an order granting the Motion.  This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD

3.       Motion of the Debtors for an Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis, and (IV) Granting Administrative Expense Status to Postpetition Intercompany Transactions (Filed December 8, 2008) (Docket No. 10)

Related Document(s):

(a)      Final Order (I) Approving Cash Management Systems, (II) Authorizing Use of Prepetition Bank Accounts and Business Forms, and (III) Granting Superpriority Expense Status to Postpetition Intercompany Transactions (Entered April 30, 2009) (Docket No. 1116)

(b)      Motion for an Order Granting a Further Interim Extension of Time For Debtors to Comply with the Requirements of 11 U.S.C. § 345 (Filed May 22, 2009) (Docket No. 1232)

(c)      Order Granting a Further Interim Extension of Time for Debtors to Comply with the Requirements (Entered June 9, 2009) (Docket No. 1319)

Objection Deadline:  December 29, 2008 at 5:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on July 7, 2009 for the United States Trustee to object to the section 345(b) relief.

Responses Received:  None.

Status:          The Debtors and the U.S. Trustee have resolved outstanding issues with respect to certain accounts and practices relating to section 345(b) of the Bankruptcy Code and intend to submit a form of order for the Court's consideration.  This matter will be going forward.

46429/0001-5792149v2

4.    Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

Related Document(s):

(a)    Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

(b)    Second Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed March 23, 2009) (Docket No. 790)

(c)    Third Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed April 9, 2009) (Docket No. 887)

Objection Deadline:  January 27, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on July 7, 2009 for the United States Trustee.

Responses Received:  None.

Status:        On consent of the parties, this matter will be going forward as a status conference only.

5.    Motion [of Warren Beatty] for Relief from Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 9, 2009) (Docket No. 1325)

Related Document(s):

(a)    Reply to Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 22, 2009) (Docket No. 1598)

46429/0001-5792149v2

      (b)      Notice of Filing of Exhibits to Declaration of Warren Beatty Filed in Support of Reply to Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay Under Bankruptcy Code Section 362(d)(1) to Allow Warren Beatty to Proceed with Litigation in California District Court (Filed June 24, 2009) (Docket No. 1622)

      (c)      Order Regarding Lift Stay Motion and Discovery Motion (Entered June 29, 2009) (Docket No. 1654) (Adv. Docket No. 34)

Objection Deadline:  June 18, 2009 at 4:00 p.m.

Responses Received:

      (a)      Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1587)

      (b)      Joinder of the Official Committee of Unsecured Creditors in the Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed June 18, 2009) (Docket No. 1588)

      (c)      Notice of Filing Declaration of Michael A. Parks in Support of Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed July 15, 2009) (Docket No. 1749)

      (d)      Notice of Filing Declaration of Stephen Tippie in Support of Debtor Tribune Media Services, Inc.'s Objection to Motion for Relief from the Automatic Stay (Filed July 21, 2009) (Docket No. 1788)

Status:      The final hearing on this matter will be going forward.

6.      Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Examination of Robert R. McCormick Tribune Foundation and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 (Filed June 10, 2009) (Docket No. 1334)

Related Document(s):

      (a)      Reply of the Official Committee of Unsecured Creditors to Objection of Robert R. McCormick Foundation and Cantigny Foundation to Committee's Motion for an Order Authorizing the Examination of Robert R. McCormick Foundation and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 (Filed July 23, 2009) (Docket No. 1804)

Objection Deadline:  July 9, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on July 16, 2009 for Robert R. McCormick Tribune Foundation and the Cantigny Foundation.

Reply Deadline:  On consent of the parties, the Reply Deadline was extended to 4:00 p.m. on July 23, 2009 for the Official Committee of Unsecured Creditors.

Responses Received:

(a)    Robert R. McCormick Foundation's and Cantigny Foundation's Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Examination of Robert R. McCormick Tribune Foundation [sic] and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 (Filed July 16, 2009) (Docket No. 1754)

**Status:**    **On consent of the parties, this matter was adjourned from the July 16, 2009 hearing. The parties have reached an agreement in principal subject to documentation. This matter will be going forward.**

7.    Defendant's [Warren Beatty] Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (Filed May 8, 2009) (Adv. Case No. 09-50486) (Adv. Docket No. 7)

Related Document(s):

(a)    Defendant's Opening Brief on Support of Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (Filed May 8, 2009) Adv. Docket No. 8)

(b)    Compendium of Unreported Decisions in Support of Defendant's Opening Brief in Support of Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (Filed May 8, 2009) (Adv. Docket No. 9)

(c)    Defendant's Reply Brief in Support of Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (Filed June 2, 2009) (Adv. Docket No. 13)

(d)    Compendium of Unreported Decisions in Support of Defendant's Reply Brief in Support of Motion to Dismiss Complaint Under Rule 12(b) for Improper Venue and Lack of Personal Jurisdiction (Filed June 2, 2009) (Adv. Docket No. 14)

(e)    Order Granting Motion to Exceed Page Limitation (Entered June 4, 2009) (Adv. Docket No. 17)

(f)    Defendant's Notice of Completion of Briefing (Filed June 8, 2009) (Adv. Docket No. 20)

(g)    Order Scheduling Oral Argument (Entered June 10, 2009) (Adv. Docket No. 27)

Objection Deadline:  June 18, 2009 at 4:00 p.m.

Responses Received:

    (a)    Tribune Media Services' Answering Brief in Opposition to Defendant's Motion to Dismiss (Filed May 26,2009) (Adv. Docket No. 11)

    (b)    Compendium of Unreported Decisions in Support of Tribune Media Services' Answering Brief in Opposition to Defendant's Motion to Dismiss (Filed May 26, 2009) (Adv. Docket No. 12)

    (c)    Debtor Tribune Media Services' Motion to File a Four-Page Surreply in Opposition to Defendant's Motion to Dismiss (Filed June 8, 2009) (Adv. Docket No. 21)

    (d)    Order Granting Debtor Tribune Media Services' Motion to File a Four-Page Surreply in Opposition to Defendant's Motion to Dismiss (Entered June 10, 2009) (Adv. Docket No. 26)

Status:    This matter will be going forward.

8.    Motion for Entry of an Order Pursuant to Section 554(a) of the Bankruptcy Code Authorizing Tribune Company to Abandon Property Located at 2 Park Avenue, New York, NY (Filed July 21, 2009) (Docket No. 1786)

Related Document(s):

    (a)    Order Granting Motion Pursuant to Bankruptcy Rule 9006(c) and Local Rule 9006-1(e) to Shorten Notice with Respect to the Debtors' Motion for Entry of an Order Pursuant to Section 554(a) of the Bankruptcy Code Authorizing Tribune Company to Abandon Property Located at 2 Park Avenue, New York, NY (Entered July 22, 2009) (Docket No. 1794)

    **(b)**    **Certification of No Objection Regarding Motion for Entry of an Order Pursuant to Section 554(a) of the Bankruptcy Code Authorizing Tribune Company to Abandon Property Located at 2 Park Avenue, New York, NY (Filed July 28, 2009) (Docket No. 1833)**

Objection Deadline:  July 27, 2009 at 10:00 a.m.

Responses Received:  None at this time.

46429/0001-5792149v2

**Status:**      **A Certification of No Objection was filed with the Court.  This matter will not be going forward unless otherwise directed by the Court.**

Dated:  July **28**, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By:  _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5792149v2