**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, <u>et</u> <u>al.</u>, | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | **Objection Date: August 28, 2009** |
| | ) | **Hearing Date: September 4, 2009 @ 10:00 a.m.** |

## NOTICE OF MOTION

TO: Debtor's Counsel, Counsel for the Official Committee of Unsecured Creditors, The United States Trustee and all other parties directly affected by this motion.

Anthony LaMantia filed a motion for relief from the automatic stay to allow him to proceed with the filing and service of a personal injury claim in the Circuit Court of Cook County, Illinois.

**HEARING ON THE MOTION WILL BE HELD SEPTEMBER 4, 2009, AT 10:00 A.M.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least five business days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

> Daniel K. Hogan, Esquire
> THE HOGAN FIRM
> 1311 Delaware Avenue
> Wilmington, DE 19806
> (302) 656-7540

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

| | |
|---|---|
| <u>July 28, 2009</u> | By:  <u>/s/Daniel K. Hogan</u> |
| Date | Daniel K. Hogan (DE #2814) |