**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. _____ |

**ORDER GRANTING MOTION OF ANTHONY LAMANTIA FOR RELIEF FROM**
**AUTOMATIC STAY**
**UNDER SECTION 362 OF THE BANKRUPTCY CODE**

Upon the Motion of Anthony LaMantia ("Movant"), for relief from the automatic stay; and adequate notice of the Motion having been given; and this Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the automatic stay be modified and that Movant be allowed to file and serve a state court action against Debtors in Cook County Circuit Court, State of Illinois to final judgment and collection of the same, to the extent of the insurance coverage only, and that any amount of judgment in excess of the insurance limits, or not covered by insurance, may not be enforced against the Debtors without further order of this Court;

**IT IS FURTHER ORDERED**, that this Court shall return jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED** this ____ day of _____, 2009.

_____
Kevin J. Carey
Chief United States Bankruptcy Judge