**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.*, | ) | Case No. 08-13141 (KJC) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, Esquire, certify that I am not less than 18 years of age, and that a true and correct copy of the Motion of Anthony LaMantia for Relief from Automatic Stay was served upon the parties registered for electronic service via CM/ECF <u>and</u> first class mail and/or electronic mail upon counsel to the Debtors, and each Committee in these cases, and the U.S. Trustee's Office.

Under penalty of perjury, I declare the foregoing is true and correct.

Date:  July 28, 2009

*/s/ Daniel K. Hogan*
Daniel K. Hogan (#2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, DE 19806
(302) 656-7540
(302) 656-7599- facsimile