# SIGN-IN-SHEET

CASE NAME: Tribune Company
CASE NO. 08-13141-KJC

COURTROOM LOCATION: 5
DATE: July 28, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath + Cobb | Committee |
| David K. Astin | Giardi Giardi & Astin | McCormick Tribune |
| Leonard S. Shifflett | Quarles & Brady LLP | McCormick Tribune |
| David L McCoy | Chadbourne Parke LLP | Committee |
| Gregg M Galardi | Skadden Arps, et al. | Warren Beatty |
| Ian S. Fredericks | " " | " " |
| David Klauder | U.S. Trustee | U.S. Trustee |
| John Strock | Womble Carlyle | GreatBanc Trust |
| Michael Doss | Sidley Austin | Debtors |
| Janet Henderson | Sidley Austin | " " |
| Kate Stickles | Cole Schotz | " " |
| | | |
| | | |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

Calendar Date: 07/28/2009
Calendar Time: 01:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 2967326 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2967328 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2970080 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2967322 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2967331 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 2967541 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 2970181 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |