# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, JULY 28, 2009 01:00 PM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | SHERRY JOHNSON | | |
| **Reporter / ECR:** | AL LUGANO | | |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Cash Management
   **R / M #:**   0 / 0

3) **ADV: 1-09-50486**
   **Oral Argument**
   **R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item
#2 - Order Sigined
#3 - Order Due
#4 - Status
#5 - Under Advisement
#6 - Order Due
#7 - Under Advisement
#8 - Order Due