UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered<br>**Related to Docket No. 322** |

SUPPLEMENTAL AFFIDAVIT OF NORMAN L. PERNICK
PURSUANT TO 11 U.S.C. § 327(a) AND RULE 2014 OF THE
**FEDERAL RULES OF BANKRUPTCY PROCEDURE**

STATE OF DELAWARE      )
                       )  ss:
COUNTY OF NEW CASTLE   )

I, Norman L. Pernick, being duly sworn, depose and say as follows:

1. I am an attorney at law admitted to practice before this Court and a member in the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("Cole Schotz"), which maintains

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

offices for the practice of law at 500 Delaware Avenue, Suite 1410, Wilmington, Delaware. The Firm also maintains offices in Hackensack, New Jersey, New York, New York and Baltimore, Maryland. I am authorized to make this supplemental affidavit (the "Supplemental Affidavit") on Cole Schotz's behalf.

2. On January 7, 2009, the Affidavit of Norman L. Pernick (the "Initial Affidavit") was filed in support of the Application of the Debtors for an Order Authorizing the Employment and Retention of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel to the Debtors Pursuant to 11 U.S.C. § 327(a) *Nunc Pro Tunc* to the Petition Date [Docket No. 172].

3. On February 3, 2009, the United States Bankruptcy Court for the District of Delaware entered an Order Authorizing Retention and Employment of Cole, Schotz, Meisel, Forman & Leonard, P.A. as Co-Counsel to the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Docket No. 322].

4. Cole Schotz has continued to review its files to ensure that no conflicts or other disqualifying circumstances exist or arise in these cases. This Supplemental Affidavit discloses the following relationships:

Cole Schotz Employee Disclosure:

5. Cole Schotz has employed Sandi Van Dyk as a bankruptcy paralegal, effective June 22, 2009. Prior to joining Cole Schotz, Ms. Van Dyk was employed as a bankruptcy paralegal at Benesch, Friedlander, Coplan & Aronoff LLP, counsel to Wilmington Trust Company as successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029, in these chapter 11 cases. Ms. Van Dyk will not provide any paralegal services to the Debtors and will be screened from any involvement in these chapter 11 cases.

46429/0001-5644253v2

Cole Schotz Current Clients:

6. Cole Schotz currently represents the following parties who may be parties in interest, or affiliates of parties in interest, in matters wholly unrelated to these chapter 11 cases:

    a) Oracle Corporation. Oracle USA, Inc. and Oracle Credit Corporation filed a notice of appearance in the chapter 11 cases. Oracle USA, Inc. filed a proof of claim in these cases.

    b) ProLogis. Catellus Development, an affiliated corporation of ProLogis, filed a notice of appearance and proof of claim in these cases.

7. To the best of my knowledge, except as specifically disclosed in the Initial Affidavit and this Supplemental Affidavit, Cole Schotz neither holds nor represents an interest adverse to the Debtors. If any new material relevant facts or relationships are discovered or arise, Cole Schotz will promptly file a supplemental affidavit pursuant to Rule 2014(a) of Federal Rules of Bankruptcy Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of July, 2009.

_____
Norman L. Pernick

Sworn and subscribed to before me this 29th day of July, 2009.

_____
NOTARY PUBLIC

PAULINE Z. RATKOWIAK
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

46429/0001-5644253v2