# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

# PERIODIC REPORT OF DEBTORS PURSUANT TO
# BANKRUPTCY RULE 2015.3

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network, Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

B26 (Official Form 26) (06/09) - Cont

This is the Bankruptcy Rule 2015.3 report as of June 28, 2009 (the "Periodic Report") on the value, operations and profitability of certain non-debtor entities in which one or more Debtors hold a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estates of Tribune Company, Tribune Broadcasting Company, TMS Entertainment Guides, Inc., and Tribune Media Services, Inc., directly holds all or substantially all of the equity interest in the following entities:

| Name of Entity | Interest of the Estate | Valuation, Income Statement, Balance Sheet, Cash Flow, and Equity Roll Forward Attached |
|---|---|---|
| Fairfax Media, Incorporated | 72.4% | See Note 1. |
| Multimedia Insurance Company | 100% | ✓ |
| Tribune (FN) Cable Ventures, Inc. | 100% | ✓ |
| Tribune Interactive, Inc. | 100% | ✓ |
| Tribune National Marketing Company | 100% | ✓ |
| Tribune ND, Inc. | 100% | ✓ |
| Tribune Receivables, LLC | 100% | ✓ |
| TMS Entertainment Guides Canada Corp | 100% | ✓ |
| Tribune Hong Kong Ltd. | 100% | ✓ |
| Tribune Media Services B.V. | 100% | ✓ |
| Professional Education Publishers International (Africa) Pty Ltd. | 100% | See Note 1. |
| Tribune Employee Lease Company LLC | 100% | See Note 1. |
| Tribune Technology LLC | 100% | See Note 1. |

1. Inactive company, with no operations and no financial results.

This Periodic Report contains separate reports (the "Entity Reports") on the operations and profitability of each entity listed above. This report does <u>not</u> include Chicago Cubs Dominican Baseball Operations, LLC, Chicago National League Ball Club, LLC, Diana-Quentin, LLC, Tribune Sports Network Holdings, LLC, and Wrigley Field Premium Ticket Services, LLC, (collectively, the "Cubs Entities"), nor does it include entities in which the Debtors directly hold a 50% or less interest (the "Non Majority Interest Entities").[2]

The undersigned, having reviewed the above listing of entities in which the estates of Tribune Company, Tribune Broadcasting Company, TMS Entertainment Guides, Inc., and Tribune Media Services, Inc., directly hold a substantial or controlling interest, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.

---

[2] The Debtors do not believe that they have a "substantial or controlling" interest in the Non Majority Interest Entities within the meaning of Rule 2015.3 and further believe that cause exists to excuse compliance if such entities are deemed to be within the requirements of Rule 2015.3.

Date: 7/28, 2009

_[signature]_

Chandler Bigelow III

_____

Senior Vice President & Chief Financial Officer

B26 (Official Form 26) (06/09) - Cont

## General Notes

*Condensed Statements* – The condensed financial statements and supplemental information contained herein are unaudited, preliminary, and may not comply with generally accepted accounting principles in the United States of America ("U.S. GAAP") in all material respects. Information is presented on the same basis as it is aggregated into the consolidated results of Tribune Company; however, such presentation may not be appropriate for each entity on a stand-alone basis.

The Debtors are providing balance sheets, income and cash flow statements, and statements of shareholders equity for each of the Non-Debtors that are directly wholly owned by the Debtors. The reporting excludes the Cubs Entities and the Non Majority Interest Entities.

The unaudited condensed financial statements presented in this report have been derived from the books and records of the Non-Debtors. This information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with U.S. GAAP, and upon the application of such procedures, the Debtors and the Non-Debtors believe that the financial information could be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments, but does not include all of the adjustments that would typically be made in accordance with U.S. GAAP.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position, and cash flows of the Non-Debtors in the future.

*Intercompany Transactions* – Receivables and payables <u>between</u> the Non-Debtors and Debtors and/or <u>among</u> the Non-Debtors have not been eliminated. No conclusion as to the legal obligation related to these intercompany transactions is made by the presentation herein.

*Valuation* – The valuation information provided herein is based on the book value of the Non-Debtors (book value of assets less book value of liabilities). The Debtors do not maintain fair market value or other basis of valuation for these entities.

## Exhibit A
## Valuation Estimate for Non-Debtor Entities

($000s)

| Legal Entity | Interest of the Estate | Net Book Value [1] |
|---|---|---|
| Multimedia Insurance Company | 100% | ($476) |
| Tribune (FN) Cable Ventures, Inc. | 100% | $299,668 |
| Tribune Interactive, Inc. | 100% | $6,060 |
| Tribune National Marketing Company | 100% | ($22,850) |
| Tribune ND, Inc. | 100% | $543,132 |
| Tribune Receivables, LLC | 100% | $64,210 |
| TMS Entertainment Guides Canada Corp | 100% | $4,604 |
| Tribune Hong Kong Ltd. | 100% | $75 |
| Tribune Media Services B.V. | 100% | ($5,385) |

**Notes:**

1. The basis for the valuation of each Non-Debtor Entity is the net book value calculated as total assets less total liabilities as of June 28, 2009.

B26 (Official Form 26) (06/09) - Cont

# Exhibit B-1
## Balance Sheets for Non-Debtor Entities
### As of December 28, 2008 and June 28, 2009 [1]
### Unaudited
### (Dollars in Thousands)

|  | Multimedia Insurance Company | | Tribune (FN) Cable Ventures, Inc. | | Tribune Interactive, Inc. | |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
|  | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 2,591 | $ 2,638 | $ - | $ 56,848 | $ 9,994 | $ 9,900 |
| Accounts receivable, net | 3 | 1 | - | - | 6,107 | 6,121 |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | - | - | - | 7,500 | 1,077 | 921 |
| Total current assets | 2,594 | 2,639 | - | 64,348 | 17,178 | 16,942 |
| **Property, plant and equipment, net** | - | - | - | - | 13,762 | 11,515 |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | 864 | 864 |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | - | - | 158,136 | 132,241 | (5,445) | (6,307) |
| Intercompany receivables / (payables), net | 1,592 | 1,592 | 106,201 | 106,237 | (18,446) | (12,005) |
| Other | - | - | - | - | 46 | - |
| **Total Assets** | $ 4,186 | $ 4,231 | $ 264,337 | $ 302,826 | $ 7,959 | $ 11,009 |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 4,598 | $ 4,694 | $ 425 | $ 425 | $ 13,785 | $ 2,448 |
| Short term debt | - | - | - | - | (51) | - |
| Total current liabilities | 4,598 | 4,694 | 425 | 425 | 13,734 | 2,448 |
| Other obligations | 21 | 13 | - | 2,733 | - | 2,501 |
| **Total Liabilities** | 4,619 | 4,707 | 425 | 3,158 | 13,734 | 4,949 |
| **Shareholders' Equity (Deficit)** | (433) | (476) | 263,912 | 299,668 | (5,775) | 6,060 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 4,186 | $ 4,231 | $ 264,337 | $ 302,826 | $ 7,959 | $ 11,009 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

## Exhibit B-1 (Cont)
## Balance Sheets for Non-Debtor Entities
## As of December 28, 2008 and June 28, 2009 [1]
## Unaudited
## (Dollars in Thousands)

| | Tribune National Marketing Company | | Tribune ND, Inc. | | Tribune Receivables, LLC | |
|---|---|---|---|---|---|---|
| | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts receivable, net | 3 | 3 | (324) | 233 | 504,458 | 390,332 |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | - | - | 342 | 342 | - | - |
| Total current assets | 3 | 3 | 18 | 575 | 504,458 | 390,332 |
| **Property, plant and equipment, net** | - | - | 76,285 | 74,991 | - | - |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | - | - | - | - | - | - |
| Investments in subsidiaries | - | - | 589,664 | 589,664 | - | - |
| Other investments | 210,513 | 212,416 | 11,650 | 11,650 | - | - |
| Intercompany receivables / (payables), net | (239,442) | (234,961) | (114,558) | (113,462) | (216,912) | (155,315) |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ (28,926) | $ (22,542) | $ 563,059 | $ 563,418 | $ 287,546 | $ 235,017 |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ 308 | $ 308 | $ 5,917 | $ 13,929 | $ 1,927 | $ 713 |
| Short term debt | - | - | - | - | 225,000 | 170,000 |
| Total current liabilities | 308 | 308 | 5,917 | 13,929 | 226,927 | 170,713 |
| Other obligations | - | - | 15,767 | 6,357 | 134 | 94 |
| **Total Liabilities** | 308 | 308 | 21,684 | 20,286 | 227,061 | 170,807 |
| **Shareholders' Equity (Deficit)** | (29,234) | (22,850) | 541,375 | 543,132 | 60,485 | 64,210 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (28,926) | $ (22,542) | $ 563,059 | $ 563,418 | $ 287,546 | $ 235,017 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-1 (Cont)**
**Balance Sheets for Non-Debtor Entities**
**As of December 28, 2008 and June 28, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

|  | TMS Entertainment Guides Canada Corp | | Tribune Hong Kong Ltd. | | Tribune Media Services B.V. | |
|---|---|---|---|---|---|---|
|  | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 | Dec. 28, 2008 | Jun. 28, 2009 |
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 89 | $ 215 | $ 34 | $ 33 | $ 189 | $ 248 |
| Accounts receivable, net | 125 | 187 | - | - | 161 | 156 |
| Inventories | - | - | - | - | - | - |
| Prepaid expenses and other | 12 | 11 | 6 | 4 | 90 | 114 |
| Total current assets | 226 | 413 | 40 | 37 | 440 | 518 |
| **Property, plant and equipment, net** | 1 | 8 | - | - | 92 | 76 |
| **Other Assets** | | | | | | |
| Goodwill and other intangible assets, net | 816 | 817 | - | - | - | - |
| Investments in subsidiaries | - | - | - | - | - | - |
| Other investments | - | - | - | - | - | - |
| Intercompany receivables / (payables), net | 191 | 213 | 54 | 66 | (5,645) | (7,622) |
| Other | - | - | - | - | - | - |
| **Total Assets** | $ 1,234 | $ 1,451 | $ 94 | $ 103 | $ (5,113) | $ (7,028) |
| **Liabilities and Shareholders' Equity (Deficit)** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts payable, accrued expenses, and other | $ (2,063) | $ (3,154) | $ 23 | $ 28 | $ (163) | $ (1,643) |
| Short term debt | - | - | - | - | - | - |
| Total current liabilities | (2,063) | (3,154) | 23 | 28 | (163) | (1,643) |
| Other obligations | - | 1 | - | - | - | - |
| **Total Liabilities** | (2,063) | (3,153) | 23 | 28 | (163) | (1,643) |
| **Shareholders' Equity (Deficit)** | 3,297 | 4,604 | 71 | 75 | (4,950) | (5,385) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,234 | $ 1,451 | $ 94 | $ 103 | $ (5,113) | $ (7,028) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-2**
**Statements of Operations for Non-Debtor Entities**
**Year Ended December 28, 2008 and Six Month Period Ending June 28, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

|  | Multimedia Insurance Company | | Tribune (FN) Cable Ventures, Inc. | | Tribune Interactive, Inc. | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 |
| Total Revenue | $ - | $ - | $ - | $ - | $ 95,966 | $ 36,962 |
| Operating Expenses | | | | | | |
| Cost of sales | - | - | - | - | 30,991 | 15,055 |
| Selling, general and administrative | 141 | 50 | - | - | 45,371 | 15,492 |
| Depreciation | - | - | - | - | 5,301 | 2,946 |
| Amortization of intangible assets | - | - | - | - | - | - |
| Total operating expenses | 141 | 50 | - | - | 81,663 | 33,493 |
| Operating Income (Loss) | (141) | (50) | - | - | 14,303 | 3,469 |
| Net income / (loss) on equity investments | - | - | 92,625 | 43,916 | (3,814) | (862) |
| Interest income (expense), net | 2,114 | 9 | - | (12) | (19,645) | 150 |
| Management fee income / expense | - | - | - | - | 18,221 | 9,062 |
| Non-operating income (loss), net | - | - | - | (8,148) | - | 14 |
| Income (Loss) Before Income Taxes | 1,973 | (41) | 92,625 | 35,756 | 9,065 | 11,833 |
| Income Taxes | 2,553 | - | 7,112 | - | (1,348) | - |
| Net Income (Loss) | $ 4,526 | $ (41) | $ 99,737 | $ 35,756 | $ 7,717 | $ 11,833 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

### Exhibit B-2 (Cont)
### Statements of Operations for Non-Debtor Entities
### Year Ended December 28, 2008 and Six Month Period Ending June 28, 2009 [1]
### Unaudited
### (Dollars in Thousands)

|  | Tribune National Marketing Company | | Tribune ND, Inc. | | Tribune Receivables, LLC | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 |
| Total Revenue | $ - | $ - | $ 2,317 | $ 2,770 | $ - | $ - |
| Operating Expenses | | | | | | |
| Cost of sales | - | - | (79) | 3 | - | - |
| Selling, general and administrative | 22 | - | 1,013 | (376) | 42 | 159 |
| Depreciation | - | - | 1,124 | 1,294 | - | - |
| Amortization of intangible assets | - | - | - | - | - | - |
| Total operating expenses | 22 | - | 2,058 | 921 | 42 | 159 |
| Operating Income (Loss) | (22) | - | 259 | 1,849 | (42) | (159) |
| Net income / (loss) on equity investments | (9,679) | 6,303 | - | - | - | - |
| Interest income (expense), net | 2 | 83 | 26,672 | (11) | (15,564) | (16,056) |
| Management fee income / expense | - | - | (2,593) | (78) | - | - |
| Non-operating income (loss), net | (4,677) | - | 1,000 | - | 16,090 | 19,942 |
| Income (Loss) Before Income Taxes | (14,376) | 6,386 | 25,338 | 1,760 | 484 | 3,727 |
| Income Taxes | 2,460 | - | 48,260 | - | - | - |
| Net Income (Loss) | $ (11,916) | $ 6,386 | $ 73,598 | $ 1,760 | $ 484 | $ 3,727 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-2 (Cont)**
**Statements of Operations for Non-Debtor Entities**
**Year Ended December 28, 2008 and Six Month Period Ending June 28, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

|  | TMS Entertainment Guides Canada Corp | | Tribune Hong Kong Ltd. | | Tribune Media Services B.V. | |
| --- | --- | --- | --- | --- | --- | --- |
|  | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 31, 2007 through Dec. 28, 2008 | Dec. 29, 2008 through Jun. 28, 2009 |
| Total Revenue | $ 974 | $ 418 | $ 181 | $ 90 | $ 1,062 | $ 590 |
| Operating Expenses |  |  |  |  |  |  |
| Cost of sales | 234 | 112 | 171 | 85 | 863 | 363 |
| Selling, general and administrative | 7 | - | - | - | 1,049 | 459 |
| Depreciation | 39 | (5) | - | - | 56 | 18 |
| Amortization of intangible assets | 95 | 42 | - | - | 0 | - |
| Total operating expenses | 375 | 149 | 171 | 85 | 1,968 | 840 |
| Operating Income (Loss) | 599 | 269 | 10 | 5 | (906) | (250) |
| Net income / (loss) on equity investments | - | - | - | - | - | - |
| Interest income (expense), net | 36 | - | - | - | (41) | (35) |
| Management fee income / expense | (12) | (6) | - | - | - | - |
| Non-operating income (loss), net | - | - | - | - | 8 | - |
| Income (Loss) Before Income Taxes | 623 | 263 | 10 | 5 | (939) | (285) |
| Income Taxes | 634 | (91) | 1 | - | 731 | (156) |
| Net Income (Loss) | $ 1,257 | $ 172 | $ 11 | $ 5 | $ (208) | $ (441) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

Page 11

B26 (Official Form 26) (06/09) - Cont

**Exhibit B-3**
**Statements of Cash Flows for Non-Debtor Entities**
**Six Month Period Ending June 28, 2009** [1]
**Unaudited**
**(Dollars in Thousands)**

|  | Multimedia Insurance Company | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. | Tribune National Marketing Company |
|---|---|---|---|---|
|  | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 |
| Beginning Cash | $ 2,591 | $ - | $ 9,994 | $ - |
| Net Income | (41) | 35,756 | 11,833 | 6,386 |
| Operating Activities |  |  |  |  |
| Depreciation and amortization | - | - | 2,946 | - |
| Decrease / (increase) in accounts receivables | 2 | - | (14) | - |
| Increase / (decrease) in current liabilities | 94 | - | (11,336) | - |
| Increase / (decrease) in other obligations | (8) | 2,733 | 2,502 | - |
| Gain / (loss) on foreign exchange | - | - | - | - |
| Decrease / (increase) in other current assets | - | (7,500) | 156 | - |
|  | 88 | (4,767) | (5,746) | - |
| Net Cash Flow from Operating Activities | 47 | 30,989 | 6,087 | 6,386 |
| Investing Activities |  |  |  |  |
| Capital expenditures | - | - | (699) | - |
| Decrease / (increase) in intangible assets | - | - | - | - |
| Decrease / (increase) In other assets | - | - | 46 | - |
| Decrease / (increase) In other investments | - | 25,895 | 862 | (1,904) |
| Net Cash Flow from Investing Activities | - | 25,895 | 209 | (1,904) |
| Financing Activities |  |  |  |  |
| Decrease / (increase) in intercompany receivables | - | (36) | (6,441) | (4,482) |
| Increase / (decrease) in short term debt | - | - | 51 | - |
| Net Cash Flow from Financing Activities | - | (36) | (6,390) | (4,482) |
| Net Cash Flow | 47 | 56,848 | (94) | - |
| Ending Cash | $ 2,638 | $ 56,848 | $ 9,900 | $ - |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

# Exhibit B-3 (Cont)
## Statements of Cash Flows for Non-Debtor Entities
## Six Month Period Ending June 28, 2009 [1]
## Unaudited
## (Dollars in Thousands)

| | Tribune ND, Inc. | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp | Tribune Hong Kong Ltd. | Tribune Media Services B.V. |
|---|---|---|---|---|---|
| | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 | Dec. 29, 2008 through Jun. 28, 2009 |
| Beginning Cash | $ - | $ - | $ 89 | $ 34 | $ 189 |
| Net Income | 1,760 | 3,727 | 172 | 5 | (441) |
| Operating Activities | | | | | |
| Depreciation and amortization | 1,293 | - | 38 | - | 18 |
| Decrease / (increase) in accounts receivables | (557) | 114,125 | (61) | - | 5 |
| Increase / (decrease) in current liabilities | 8,011 | (1,214) | (1,090) | 5 | (1,480) |
| Increase / (decrease) in other obligations | (9,410) | (40) | 1 | - | - |
| Gain / (loss) on foreign exchange | - | - | 1,131 | - | 4 |
| Decrease / (increase) in other current assets | - | - | 1 | 2 | (24) |
| | (663) | 112,871 | 20 | 7 | (1,477) |
| Net Cash Flow from Operating Activities | 1,097 | 116,598 | 192 | 12 | (1,918) |
| Investing Activities | | | | | |
| Capital expenditures | - | - | (2) | - | - |
| Decrease / (increase) in intangible assets | - | - | (42) | - | - |
| Decrease / (increase) In other assets | - | - | (1) | - | - |
| Decrease / (increase) In other investments | - | - | - | - | - |
| Net Cash Flow from Investing Activities | - | - | (45) | - | - |
| Financing Activities | | | | | |
| Decrease / (increase) in intercompany receivables | (1,097) | (61,598) | (21) | (13) | 1,977 |
| Increase / (decrease) in short term debt | - | (55,000) | - | - | - |
| Net Cash Flow from Financing Activities | (1,097) | (116,598) | (21) | (13) | 1,977 |
| Net Cash Flow | - | - | 126 | (1) | 59 |
| Ending Cash | $ - | $ - | $ 215 | $ 33 | $ 248 |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

B26 (Official Form 26) (06/09) - Cont

# Exhibit B-4
## Statements of Changes in Shareholders' Equity (Deficit) for Non-Debtor Entities
### Six Month Period Ending June 28, 2009 [1]
### Unaudited
### (Dollars in Thousands)

|  | Multimedia Insurance Company | Tribune (FN) Cable Ventures, Inc. | Tribune Interactive, Inc. | Tribune National Marketing Company |
|---|---|---|---|---|
| Shareholders Equity at Dec. 28, 2008 | $ (433) | $ 263,912 | $ (5,775) | $ (29,234) |
| Net Income | (41) | 35,756 | 11,833 | 6,386 |
| Foreign Currency Translation Adjustment | - | - | - | - |
| Shareholders Equity at Jun. 28, 2009 | $ (476) | $ 299,668 | $ 6,060 | $ (22,850) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

**Exhibit B-4 (Cont)**
**Statements of Changes in Shareholders' Equity (Deficit) for Non-Debtor Entities**
**Six Month Period Ending June 28, 2009 [1]**
**Unaudited**
**(Dollars in Thousands)**

|  | Tribune ND, Inc. | Tribune Receivables, LLC | TMS Entertainment Guides Canada Corp | Tribune Hong Kong Ltd. | Tribune Media Services B.V. |
|---|---|---|---|---|---|
| Shareholders Equity at Dec. 28, 2008 | $ 541,375 | $ 60,485 | $ 3,297 | $ 71 | $ (4,950) |
| Net Income | 1,760 | 3,727 | 172 | 5 | (441) |
| Foreign Currency Translation Adjustment | - | - | 1,131 | - | 4 |
| Shareholders Equity at Jun. 28, 2009 | $ 543,132 | $ 64,210 | $ 4,604 | $ 75 | $ (5,385) |

**Notes:**

1. The information contained herein is provided to fulfill the requirements of Bankruptcy Rule 2015.3. All information contained herein is unaudited and subject to future adjustment.

## Exhibit C
## Description of Operations for Non-Debtor Entities

| Legal Entity | Operating Description | Parent Company |
|---|---|---|
| Multimedia Insurance Company | Captive insurance company which is being wound down. | Tribune Company |
| Tribune (FN) Cable Ventures, Inc. | Holds minority investment in Television Food Network, G.P. | Tribune Broadcasting Company |
| Tribune Interactive, Inc. | Centralized entity that manages the website operations for Tribune's publishing and broadcasting subsidiaries, and helps manage Tribune's various online classified businesses. | Tribune Company |
| Tribune National Marketing Company | Owns interests in several of Tribune's joint ventures. | Tribune Company |
| Tribune ND, Inc. | Formerly published Newsday; Holds 3% interest in Newsday Holdings, LLC pursuant to the Newsday/Cablevision transaction that closed in July 2008. | Tribune Company |
| Tribune Receivables, LLC | Facilitates transactions related to a trade receivables securitization facility. | Tribune Company |
| TMS Entertainment Guides Canada Corp | Canadian sales of a program guide for the Entertainment Information Products Group. | TMS Entertainment Guides, Inc. |
| Tribune Hong Kong Ltd. | Operates a local sales office for Tribune Media Service's News & Features international syndication business to support sales efforts for Asian and multinational customers. | Tribune Company |
| Tribune Media Services B.V. | Operates a local sales office and data center for Tribune Media Service's Entertainment Information Products Group in the Netherlands. | Tribune Media Services, Inc. |