# EXHIBIT "A"

## EXHIBIT "A" – SUMMARY SHEET

June 1, 2009 through and including June 30, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00 | 17.50 | $10,412.50 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 45.00 | $23,625.00 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 21.50 | $8,062.50 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 41.30 | $15,281.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 9.20 | $2,530.00 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | .30 | $60.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 34.60 | $6,920.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | .80 | $144.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | 1.50 | $187.50 |
| | | | Total | 171.70 | $67,222.50 |

**Blended Rate: $391.51**

W0001620.DOC