# EXHIBIT "B"

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors

July 29, 2009
Account No:   698-001
Statement No:      9769

Tribune Company, et al. bankruptcy

### Fees through 06/30/2009

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 06/09/2009 | AGL | B110 | A101 | conference with and emails to and from mcguire re: investigation, timing, presentation to committee | 0.20 | 119.00 |
|  |  |  | **B110 - Asset Analysis/Recovery** | | **0.20** | **119.00** |
| 06/24/2009 | AGL | B112 | A100 | meeting with counsel to potential acquiror re: publicly available case information and process issues | 0.90 | 535.50 |
|  |  |  | **B112 - Asset Disposition** | | **0.90** | **535.50** |
| 06/24/2009 | MBM | B114 | A100 | review 4th omni rejection order | 0.10 | 37.00 |
|  |  |  | **B114 - Assum/Rej of Lease/Cont** | | **0.10** | **37.00** |
| 06/03/2009 | AGL | B120 | A100 | review alix report re: 2009 business plan review | 1.10 | 654.50 |
| 06/08/2009 | AGL | B120 | A100 | review alix weekly status report | 0.40 | 238.00 |
| 06/10/2009 | AGL | B120 | A100 | review and analyze moelis weekly update | 0.40 | 238.00 |
| 06/22/2009 | AGL | B120 | A100 | review and analyze alix weekly status report | 0.50 | 297.50 |
|  |  |  | **B120 - Business Operations** | | **2.40** | **1,428.00** |
| 06/01/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Cole Schotz fourth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Sidley Austin fourth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memorandum and distribute | 0.40 | 80.00 |
|  | FAP | B122 | A100 | Review Clement notice of motion and update critical dates | 0.10 | 20.00 |
| 06/02/2009 | FAP | B122 | A100 | Review Majestic Realty, et al. notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Reed Smith third monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review memo re: debtors' motion to assume Nielsen agreements; update critical dates with extended objection deadline | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Moelis' weekly update | 0.10 | 20.00 |

Tribune Company, et al. bankruptcy

|  |  |  |  | | Hours | |
|---|---|---|---|---|---|---|
| 06/04/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Donna Gutman notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review order approving stipulation allowing PBGC to file consolidated claims under one case | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of Edelman second monthly fee application; update critical dates | 0.10 | 20.00 |
| 06/05/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| 06/08/2009 | FAP | B122 | A100 | Review notice of Alvarez & Marsal fourth monthly fee application | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to retain Ernst & Young; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of fourth omni motion to reject leases; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to further extend time to remove actions | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of motion to assume leases; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of amended Clement motion; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review AlixPartners' weekly update | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review SunGard notice of appearance; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.30 | 60.00 |
| 06/09/2009 | FAP | B122 | A100 | Review order granting further extension of time for debtors to comply with 345 requirements | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Moelis' weekly update | 0.10 | 20.00 |
| 06/10/2009 | FAP | B122 | A100 | Review notice of Beatty's motion for relief from stay; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Goldenberg notice of appearance; update 2002 service list | 0.10 | 20.00 |
| 06/11/2009 | FAP | B122 | A100 | Review order extending time for Federal Communications to file POC; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review memo re: debtors' motion to retain Ernst & Young | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| 06/15/2009 | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Update critical dates memo and distribute | 0.20 | 40.00 |
| | FAP | B122 | A100 | Begin brief review of second amended schedules | 0.20 | 40.00 |
| 06/16/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review amended schedules | 0.20 | 40.00 |
| | FAP | B122 | A100 | Briefly review Chadbourne's memorandum re: Beatty lift stay motion and Debtors' motions scheduled for 6/25 hearing | 0.10 | 20.00 |
| 06/17/2009 | FAP | B122 | A100 | Briefly review Moelis' weekly update | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of PWC's third monthly fee app; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review U.S. Dept. of Labor's notices of appearances; update 2002 service list | 0.10 | 20.00 |
| 06/18/2009 | FAP | B122 | A100 | Briefly review 6/18 meeting agenda, related reports and distribute | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Continue brief review of second amended schedules | 1.70 | 340.00 |
| 06/19/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Continue brief review of second amended schedules | 0.30 | 60.00 |
| | FAP | B122 | A100 | Review multiple emails re: 7/1/09 committee meeting with company | 0.10 | 20.00 |
| 06/22/2009 | FAP | B122 | A100 | Review updated docket; email A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
| | FAP | B122 | A100 | Update critical dates memo and distribute | 0.20 | 40.00 |
| | FAP | B122 | A100 | Briefly review Clement reply to debtors' objection to stay motion | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review Beatty reply to debtors' objection to stay motion | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review notice of filing revised proposed form of order and exhibit to motion to assume leases and set cure amounts | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review J. Porter email re: special telephonic meeting for 2009 KEIP; update critical dates | 0.10 | 20.00 |
| 06/23/2009 | FAP | B122 | A100 | Briefly review AlixPartners' weekly report | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Email exchanges with J. Porter re: pro hac motion (.1); draft same (.1) | 0.20 | 40.00 |
| | FAP | B122 | A100 | Begin compiling and coordinate binding of second amended schedules | 1.20 | 240.00 |
| | FAP | B122 | A100 | Review J. Porter email re: future committee meetings/presentations; update critical dates | 0.10 | 20.00 |
| 06/24/2009 | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |

Official Committee of Unsecured Creditors                         July 29, 2009
                                                         Account No:  698-001
                                                         Statement No:     9769

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                                          | Hours |       |
|------------|-----|------|------|------------------------------------------------------------------------------------------|-------|-------|
|            | FAP | B122 | A100 | Briefly review May operating report                                                      | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                                 | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review order further extending removal period; update critical dates                     | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Coordinate payment of annual fee for J. Porter pro hac (.1); file same (.1); submit to chambers (.1); email exchanges with G. Bradshaw (.1) | 0.40  | 80.00 |
|            | FAP | B122 | A100 | Review order granting pro hac admission of J. Porter (.1); correspondence to J. Porter re: same (.1) | 0.20  | 40.00 |
|            | FAP | B122 | A100 | Discussion with DBR re: status of pending motions and matters going forward at 6/25 hearing | 0.10  | 20.00 |
| 06/25/2009 | FAP | B122 | A100 | Review Constellation Energy notice of withdrawal of appearance; update 2002 service list | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                                 | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Sidley Austin fifth monthly fee application; update critical dates       | 0.10  | 20.00 |
| 06/26/2009 | FAP | B122 | A100 | Briefly review pre-trial memo , exhibits, brief and memorandum of law in support of Gutman Stay Motion | 0.40  | 80.00 |
|            | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                                 | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Reed Smith fourth monthly fee application; update critical dates         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Reed Smith second interim fee application; update critical dates         | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of JPMC's motion Fed.R. 502(d); update critical dates                       | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review South Florida Stadium motion for relief from stay; update critical dates           | 0.10  | 20.00 |
| 06/29/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire                                 | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Paul Hastings monthly fee application; update critical dates             | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of motion to assume certain CBS agreements; update critical dates           | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of joint motion to file under seal certain unredacted versions of CBS agreements; update critical dates | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review order granting certain relief for Beatty stay motion                               | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review notice of Dow Lohnes retention application; update critical dates                  | 0.10  | 20.00 |
|            | FAP | B122 | A100 | Review Intralinks weekly court calendar (.1) call with D. Bava re: 6/30 evidentiary hearing (.1) | 0.20  | 40.00 |
|            | FAP | B122 | A100 | Update critical dates memo and distribute                                                | 0.30  | 60.00 |
|            | FAP | B122 | A100 | Briefly review AlixPartners weekly report                                                 | 0.10  | 20.00 |
|            | FAP | B122 | A100 | File maintenance and organization of pleadings                                           | 0.20  | 40.00 |

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| | FAP | B122 | A100 | Compile second amended schedules and prepare indices for same | 1.40 | 280.00 |
| 06/30/2009 | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
| | FAP | B122 | A100 | Finalize compiling second amended schedules | 0.80 | 160.00 |
| | FAP | B122 | A100 | Review notice of Paul Hastings fifth fee application; update critical dates | 0.10 | 20.00 |
| | | | | **B122 - Case Administration** | **16.10** | **3,220.00** |
| 06/03/2009 | AGL | B126 | A100 | review alix reports re: 2009 incentive program | 1.20 | 714.00 |
| | | | | **B126 - Employ Benefits/Pension** | **1.20** | **714.00** |
| 06/01/2009 | DBR | B133 | A100 | Review and analyze LBO case law in preparation for report to committee re: preliminary investigation | 2.50 | 1,312.50 |
| 06/03/2009 | DBR | B133 | A100 | Draft memo to committee re: preliminary investigation | 3.20 | 1,680.00 |
| | RLB | B133 | A100 | Review and analyze case law re: financial advisor liability for unjust enrichment and fraudulent conveyance for preliminary report. | 3.30 | 1,237.50 |
| 06/04/2009 | DBR | B133 | A100 | review and revise prelim report to committee | 4.20 | 2,205.00 |
| | RLB | B133 | A100 | Finish review of first draft of preliminary report.(2.0) Summarize comments to draft (1.0) | 3.00 | 1,125.00 |
| 06/05/2009 | DBR | B133 | A100 | research delaware specific law re: preliminary report to committee | 4.00 | 2,100.00 |
| 06/06/2009 | DBR | B133 | A100 | review and analyze research summaries re: preliminary report | 2.00 | 1,050.00 |
| 06/08/2009 | DBR | B133 | A100 | follow up re: discovery re: Morgan Stanley and Citibank(.4); call with F Vazquez re: same and Goldman investigation (.3); work on preliminary committee report (1.4); review info relating to investigation of Goldman and confer with Butcher re: same (.6); confer with Landis re: investigation (.2) | 2.90 | 1,522.50 |
| 06/09/2009 | DBR | B133 | A100 | call with F Vasquez re: 2004 exam for and coordinating review of same(.4); review letters re: compliance with local rules(.2); review local rules(.2); review materials for investigation request to Goldman (.6); further work on prelim report (1.6); review McCormick 2004 exam motions and related papers (1.1); communications re: same (.3) | 4.40 | 2,310.00 |
| | FAP | B133 | A100 | Review M. McGuire email re: LBO investigation and weekly meetings for same | 0.10 | 20.00 |
| | FAP | B133 | A100 | Email exchanges with M. McGuire and D. Rath re: 2004 motion | 0.10 | 20.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
|  | RLB | B133 | A100 | Discussion of Rule 2004 motions. (.2)   Discuss investigation with MBM (.1) | 0.30 | 112.50 |
|  | MBM | B133 | A100 | emails with Rath re: 2004 motions (.2); conferences with Rath re: same (.5); review of draft 2004 motions (.8); calls with Vasquez re: same (.3) | 1.80 | 666.00 |
| 06/10/2009 | FAP | B133 | A100 | Review and revise 2004 motion, certification and proposed order (.4); compile exhibits thereto (.1) | 0.50 | 100.00 |
|  | FAP | B133 | A100 | Draft/revise notice of 2004 motion | 0.20 | 40.00 |
|  | FAP | B133 | A100 | Draft affidavit of service for 2004 motion | 0.10 | 20.00 |
|  | FAP | B133 | A100 | Discussion with M. McGuire re: 2004 motion revisions (.1); further revise same (.1) | 0.20 | 40.00 |
|  | FAP | B133 | A100 | Finalize for filing and coordinate service of Rule 2004 motion for Castigny and McCormick Foundations (.5); correspondence to F. Vazquez re: notification of filing same (.1) | 0.60 | 120.00 |
|  | DBR | B133 | A100 | Review and revise on 2004 motions (1.5), coordinate filing of same (.4); review and revise confidentally agreements re: JPM (.5) | 2.40 | 1,260.00 |
|  | MBM | B133 | A103 | Draft/revise McCormick 2004 examination (1.1); emails with Rath and Vazquez re: same (.4); conferences with Rath re: same (.2) | 1.70 | 629.00 |
|  | MVG | B133 | A100 | Confer w/F. Panchak re: 2004 Motion | 0.10 | 20.00 |
| 06/11/2009 | DBR | B133 | A100 | Conference with Butcher re: prelim report and review research re: same(2.0); confer with F Vazquez re: same (.3); working on investigation of Goldman (.4); | 2.70 | 1,417.50 |
|  | AGL | B133 | A101 | emails to and from hall, rath re: confi stip, jpm investigation issues | 0.30 | 178.50 |
|  | MBM | B133 | A100 | review revised report to committee re: LBO investigation | 0.90 | 333.00 |
|  | RLB | B133 | A100 | Review revised version of preliminary report (1.9); Research re: 102(B)(7) and return of dividend statutes (2.2); Summarize comments (.7) | 4.80 | 1,800.00 |
| 06/15/2009 | DBR | B133 | A100 | review and execute confi stipulation(.2); analyze discovery matters relating to investigations (2.0) | 2.20 | 1,155.00 |
|  | MBM | B133 | A105 | emails with Rath and Butcher re: LBO investigation (.2); conference with Butcher re: same (.3) | 0.50 | 185.00 |
|  | RLB | B133 | A100 | Discuss status of discovery with MBM (.3)   Call to Morgan Stanley re: discovery (.2) | 0.50 | 187.50 |
| 06/16/2009 | DBR | B133 | A100 | continue investigation and drafting memo re: same (2.9); confer with Mcguire re: same (.2) | 3.10 | 1,627.50 |
|  | LR | B133 | A100 | Draft letter to Thomas Hall enclosing confidentiality agreement | 0.10 | 18.00 |
|  | MBM | B133 | A100 | emails and conferences with Landis, Butcher and Rath re: status of LBO investigation (.3); review of preliminary report re: same (.8) | 1.10 | 407.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | MBM | B133 | A100 | emails with Rath and Vasquez re: 2004 exams (.2); review of GDC letter re: same (.1); conference with Rath re: same (.2) | 0.50 | 185.00 |
|  | RLB | B133 | A100 | Research re: Goldman role for requests (1.0) Discuss with MBM (.3) E-mails re: presentation of preliminary report (.3)  E-mails re: status of investigation (.3) | 1.90 | 712.50 |
| 06/17/2009 | DBR | B133 | A100 | Review and analyze preliminary report material on investigation | 2.00 | 1,050.00 |
| 06/18/2009 | DBR | B133 | A100 | meet with Butcher and McGuire re: status of investigation (.5); review materials re: same (.7) | 1.20 | 630.00 |
| 06/20/2009 | RLB | B133 | A100 | E-mails re: LBO investigation and document production with co-counsel. | 0.30 | 112.50 |
| 06/22/2009 | DBR | B133 | A100 | Research and analyze material re: investigations relating to Citi and Goldman (1.3); confer with Butcher and McGuire re: same (.3) | 1.60 | 840.00 |
|  | MBM | B133 | A100 | conference with Rath and Butcher re: investigation status (.3); review of discovery requests (.6); review of Foundation 2004 Motions (.5) | 1.40 | 518.00 |
|  | RLB | B133 | A100 | E-mail with co-counsel re: filings on investigation documents. | 0.30 | 112.50 |
| 06/23/2009 | DBR | B133 | A100 | review and execute confidentiality agreements and circulate same (.4); communications re: above (.2); determine deadline for filing foundations reply to 2004 motion, consult para and correspond re: same(.6) | 1.20 | 630.00 |
|  | FAP | B133 | A100 | Discussion with D. Rath re: responses to Rule 2004 motion (.1); review docket and McCormick response to debtors' motion to further extend time to remove actions (.1); calculate and email filing response/reply deadlines to D. Rath (.1) | 0.30 | 60.00 |
|  | LR | B133 | A100 | Draft and mail letter to F. Vasquez-Chadbourne & Parke enclosing Confidentiality Agreements re: Sam Zell, EGI-BRB, L.L.C. et al., and Valuation Research Corporation (.2); organize and maintain file re: current correspondence (.3) | 0.50 | 90.00 |
|  | DBR | B133 | A100 | review updates re: investigations of MerrilL, Goldman, Citi and Morgan (.3); confer with Butcher re: same (.3); follow up on Morgan documents (.3); follow up on Citi documents (.3) | 1.20 | 630.00 |
|  | MBM | B133 | A100 | conference with Rath re: 2004 motions (.1); emails with Butcher, rath adn Vazquez re: same (.3) | 0.40 | 148.00 |
|  | RLB | B133 | A100 | E-mail re: update on status of Tribune investigations and forward requests | 0.30 | 112.50 |

Official Committee of Unsecured Creditors                                      July 29, 2009
                                                                        Account No:   698-001
                                                                        Statement No:    9769

Tribune Company, et al. bankruptcy

| | | | | Hours | |
|---|---|---|---|---|---|
| 06/24/2009 | DBR | B133 A100 | review and revise motion for inadvertent production protection by JPM (.4); correspond re: same (.2); following up on discovery to Citi and Morgan (.5) | 1.10 | 577.50 |
| | RLB | B133 A100 | Research re: Goldman role in LBO (.6)  Draft and revise informal discovery requests to Goldman (1.6) | 2.20 | 825.00 |
| | MBM | B133 A100 | review of 502(d) order (.5); emails with Rath re: same (.2), emails with Vasquez re: same (.2); conference with Rath re: LBO discovery issues (.2) | 1.10 | 407.00 |
| 06/26/2009 | RLB | B133 A100 | Revise and edit Goldman requests.(.4)  Research re: Goldman service (.4) | 0.80 | 300.00 |
| 06/29/2009 | LR | B133 A100 | Prepare fedex package with letter addressed to Gregory K. Palm at Goldman Sachs & Co. along with a request for production | 0.20 | 36.00 |
| | RLB | B133 A100 | E-mail with co-counsel re: investigation status (.4)  Draft and revise letter to Goldman re: informal requests. (.5)  Revise informal requests (.3)  Call and e-mail to Citi counsel re: documents (.4)  Call to and from Morgan counsel re: documents (.4) | 2.00 | 750.00 |
| | DBR | B133 A100 | follow up on investigation/discovery issues | 1.80 | 945.00 |
| 06/30/2009 | DBR | B133 A100 | Continue to review and analyze material re: investigation of lbo re: docs to Citi, Morgan and Goldman | 1.30 | 682.50 |
| | RLB | B133 A100 | E-mails with Citigroup counsel re: production (.4)  E-mails with Chadbourne re: status of investigation and Goldman requests (.4)  Draft summary of status of investigation for AGL meeting (.4)  Draft confidentiality agreement for Morgan Stanley (.6) | 1.80 | 675.00 |
| | MBM | B133 A100 | emails and conferences with Butcher and Rath re: LBO discovery | 0.40 | 148.00 |
| | | | **B133-LBO & Related Trans** | 79.60 | 36,076.00 |
| 06/04/2009 | FAP | B134 A100 | Review notice of rescheduled hearing to 7/16/09; update critical dates | 0.10 | 20.00 |
| 06/08/2009 | FAP | B134 A100 | Review notice of agenda for 6/10/09 hearing | 0.10 | 20.00 |
| 06/09/2009 | FAP | B134 A100 | Coordinate telephonic appearance at 6/10/09 hearing for D. Deutsch (.1); email exchanges with M. McGuire and D. Deutsch re: same (.1) | 0.20 | 40.00 |
| | FAP | B134 A100 | Prepare 6/10/09 hearing file | 0.10 | 20.00 |
| | FAP | B134 A100 | Review amended agenda for 6-10-09 hearing (.1); telephone call with Court Call and email exchanges with M. McGuire and D. Deutsch reconfirming telephonic appearance (.1) | 0.20 | 40.00 |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
|  | FAP | B134 | A100 | Coordinate telephonic appearance for M. McGuire at 6/10/09 hearing | 0.10 | 20.00 |
| 06/23/2009 | AGL | B134 | A100 | emails to and from and call with deutsch re: thursday hearing (.2); review agenda re: same (.1) | 0.30 | 178.50 |
|  | MBM | B134 | A100 | review of agenda for 6/25 hearing (.2); calls and emails with Porter re: same (.3) | 0.50 | 185.00 |
|  | FAP | B134 | A100 | Review notice of agenda for 6/25 hearing | 0.10 | 20.00 |
| 06/24/2009 | FAP | B134 | A100 | Prepare 6/25/09 hearing binder | 1.60 | 320.00 |
|  | AGL | B134 | A100 | call with porter re: hearing issues (.2); review hearing binder and prepare for issues to be raised and argued at hearing in connection with lift stay motions and beatty motion (1.2) | 1.40 | 833.00 |
| 06/25/2009 | FAP | B134 | A100 | Review amended agenda for 6/25/09 hearing | 0.10 | 20.00 |
|  | FAP | B134 | A100 | Review second amended agenda for 6/25/09 hearing (.1); supplement hearing binder with Beatty exhibits (.1) | 0.20 | 40.00 |
|  | AGL | B134 | A100 | prepare for (.2) and attend hearing (1.0) | 1.20 | 714.00 |
| 06/26/2009 | FAP | B134 | A100 | Review 6/30/09 notice of agenda (.1); prepare hearing binder (1.0) | 1.10 | 220.00 |
| 06/30/2009 | MBM | B134 | A100 | prepare for (2.7); and attend (1.5) stay relief evidentiary hearing; conference with Landis re: same (.1); meeting with Porter re: same (.5) | 4.80 | 1,776.00 |
|  |  |  | **B134 - Hearings** |  | **12.10** | **4,466.50** |
| 06/24/2009 | MBM | B135 | A100 | review order extending removal deadline | 0.10 | 37.00 |
|  |  |  | **B135 - Litigation** |  | **0.10** | **37.00** |
| 06/02/2009 | FAP | B136 | A100 | Review Stuart Maue preliminary report for first interim fee application | 0.40 | 80.00 |
|  | AGL | B136 | A101 | preliminary review of stuart maue response to fee application (.4); conference with mcguire re: same (.1) | 0.50 | 297.50 |
|  | MBM | B136 | A101 | Review of fee examiner initial report | 1.20 | 444.00 |
| 06/04/2009 | MBM | B136 | A108 | prepare response to fee auditor preliminary report | 0.60 | 222.00 |
| 06/08/2009 | FAP | B136 | A100 | Begin review/revise May prebills | 0.40 | 80.00 |
| 06/09/2009 | FAP | B136 | A100 | Continue review/revise May prebills | 0.20 | 40.00 |
|  | FAP | B136 | A100 | Discussion with M. Parikh re: revisions to prebills and examiners report | 0.10 | 20.00 |
|  | AGL | B136 | A101 | conferences with mcguire re: fee examiner response | 0.20 | 119.00 |
|  | MVG | B136 | A100 | Confer w/M. McGuire re: Fee Examiner report on LRC fee apps.; brief research re: same | 0.10 | 20.00 |

```
                                                                 Page: 10
Official Committee of Unsecured Creditors                  July 29, 2009
                                                     Account No:  698-001
                                                     Statement No:   9769


Tribune Company, et al. bankruptcy
```

|            |     |      |      | | Hours | |
|------------|-----|------|------|---|------|--------|
| 06/15/2009 | MAP | B136 | A104 | Review/analyze May prebill and revise same (.3); begin drafting LRC 4th monthly fee app (.7). | 1.00 | 275.00 |
| 06/16/2009 | MBM | B136 | A100 | prepare response to fee auditor report (.9); emails with Landis re: same (.2) | 1.10 | 407.00 |
| 06/17/2009 | FAP | B136 | A100 | Review LRC response to fee examiner preliminary report | 0.10 | 20.00 |
|            | AGL | B136 | A101 | review and revise response to fee examiner (1.2); conferences with mcguire re: same (.2); emails to and from cooper re: same (.2) | 1.60 | 952.00 |
|            | MBM | B136 | A100 | prepare response to fee examiner report (.9); conferences with Landis re: same (.3) | 1.20 | 444.00 |
| 06/18/2009 | FAP | B136 | A100 | Email exchanges with A. Landis and M. McGuire re: responses to LRC fourth fee app | 0.10 | 20.00 |
|            | MAP | B136 | A107 | Review May invoice for LRC 5th Monthly Fee App and revise same | 0.50 | 137.50 |
|            | MVG | B136 | A100 | Confer w/F. Panchak re: expense amendment to LRC Fee App. | 0.10 | 20.00 |
|            | FAP | B136 | A100 | Draft Certificate of No Objection to LRC fourth fee app (.1); discussion with M. Parikh re: expenses requested | 0.20 | 40.00 |
| 06/19/2009 | FAP | B136 | A100 | Discussion with M. McGuire re: expense error in LRC 4th monthly application (.1); revise Certificate of No Objection to same (.1) | 0.20 | 40.00 |
|            | FAP | B136 | A100 | Prepare affidavit of service for Certificate of No Objection to LRC fourth monthly fee app (.1); file and serve Certificate of No Objection (.3) | 0.40 | 80.00 |
| 06/23/2009 | CL  | B136 | A100 | Revisions to LRC May invoice | 0.80 | 100.00 |
| 06/24/2009 | CL  | B136 | A103 | Revisions to LRC May 2009 Invoice | 0.70 | 87.50 |
|            | MBM | B136 | A100 | review LRC fee application | 0.70 | 259.00 |
|            | MAP | B136 | A100 | Draft LRC 5th Monthly Fee App (2.5); emails to/from Lewicki and discussions re: prebill status (.3); emails and discussions w Panchak re: same (.3); revise LRC 5th monthly Fee App and review final bill per edits from McGuire (.4); emails to/from McGuire and Panchak re: final draft of LRC 5th monthly Fee App (.2). | 3.70 | 1,017.50 |
| 06/25/2009 | FAP | B136 | A100 | Email exchanges with M. Parikh and further revisions to LRC fifth monthly fee app | 0.20 | 40.00 |
|            | FAP | B136 | A100 | Prepare affidavit of service for LRC fifth monthly fee application | 0.10 | 20.00 |
|            | FAP | B136 | A100 | Finalize for filing and coordinate service of LRC fifth monthly fee application | 0.40 | 80.00 |
|            | MBM | B136 | A100 | review, revise and finalize May LRC fee application | 1.30 | 481.00 |
|            |     |      |      | **B136 - LRC Ret. & Fee Matters** | **18.10** | **5,843.00** |

Official Committee of Unsecured Creditors

Tribune Company, et al. bankruptcy

|  |  |  |  |  | **Hours** |  |
|---|---|---|---|---|---|---|
| 06/01/2009 | MBM | B138 A108 | review Alix reports on 2009 business operations and MIP in preparation for Committee meeting (1.3); participate in Committee meeting (3.8) | | 5.10 | 1,887.00 |
| 06/02/2009 | FAP | B138 A100 | Review D. Deutsch email re: committee mtg. w/Tribune Management team; update critical dates | | 0.10 | 20.00 |
| | MBM | B138 A101 | conference call with committee professionals re: case status | | 0.80 | 296.00 |
| 06/03/2009 | MBM | B138 A108 | conference call with Debtors' counsel re: case status | | 0.70 | 259.00 |
| | AGL | B138 A100 | review docket update and pleadings received in advance of committee meeting | | 0.60 | 357.00 |
| 06/04/2009 | FAP | B138 A100 | Review 6/4/09 committee mtg. agenda and related reports | | 0.30 | 60.00 |
| | AGL | B138 A100 | review draft committee minutes | | 0.20 | 119.00 |
| 06/09/2009 | FAP | B138 A100 | Review D. Deutsch email scheduling additional committee meeting; update critical dates | | 0.10 | 20.00 |
| | AGL | B138 A101 | emails to and from chadbourne group re: agenda items for committee and professional calls (.2); emails to and from mcguire re: professional call issues from agenda (.2) | | 0.40 | 238.00 |
| | MBM | B138 A100 | prepare for and attend committee professionals conference call | | 1.30 | 481.00 |
| | MBM | B138 A100 | attend weekly professionals status call | | 0.80 | 296.00 |
| 06/10/2009 | MBM | B138 A100 | prepare for and attend committee meeting | | 1.80 | 666.00 |
| 06/12/2009 | FAP | B138 A100 | Briefly review and distribute 6/12/09 committee mtg. materials | | 0.10 | 20.00 |
| 06/16/2009 | MBM | B138 A107 | attend weekly call with Committee professionals | | 1.00 | 370.00 |
| 06/18/2009 | AGL | B138 A101 | review alix, moelis materials in preparation for committee meeting (.7); attend meeting re: agenda items listed (2.0) | | 2.70 | 1,606.50 |
| | MBM | B138 A100 | review presentation materials re: MIP in advance of committee meeting (1.2); attend meeting (1.1) | | 2.30 | 851.00 |
| 06/24/2009 | MBM | B138 A100 | prepare for and attend conference call with Committee and Debtor professionals | | 0.80 | 296.00 |
| 06/30/2009 | FAP | B138 A100 | Review and distribute 7/1/09 agenda and materials | | 0.10 | 20.00 |
| | AGL | B138 A100 | review plan issues in preparation for committee meeting | | 0.50 | 297.50 |
| | | | **B138 - Creditors' Cmte Mtgs** | | **19.70** | **8,160.00** |

Page: 12

Official Committee of Unsecured Creditors
July 29, 2009
Account No:   698-001
Statement No:     9769

Tribune Company, et al. bankruptcy

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 06/04/2009 | FAP | B140 | A100 | Telephone call with J. Milan re: creditor clarification for completing proof of claim | 0.10 | 20.00 |
| 06/08/2009 | FAP | B140 | A100 | Telephone call with J. Dunaway re: confirmation of POC filing (.1); review claims agent website to confirm same (.1) | 0.10 | 20.00 |
| 06/09/2009 | FAP | B140 | A100 | Follow-up call with J. Dunaway re: filed proofs of claims and navigating claims agent website | 0.10 | 20.00 |
|  | FAP | B140 | A100 | Follow-up call from J. Milan re: proof of claim | 0.10 | 20.00 |
| 06/10/2009 | AGL | B140 | A100 | review letter from centerbridge (.3) and review analyze committee infomation sharing obligations in connection with same (.6) | 0.90 | 535.50 |
| 06/12/2009 | FAP | B140 | A100 | Telephone call from Stan Levine re: filing deadline for POC | 0.10 | 20.00 |
|  | AGL | B140 | A101 | calls from and emails to and from counsel to noteholder re: case status | 0.20 | 119.00 |
| 06/30/2009 | AGL | B140 | A100 | calls with creditors re: case issues (diamond dealer and supplier) | 0.40 | 238.00 |
|  |  |  |  | **B140 - Creditor Inquiries** | **2.00** | **992.50** |
| 06/02/2009 | FAP | B144 | A100 | Email exchanges with A. Leung re: upcoming deadlines for interim fee applications | 0.10 | 20.00 |
| 06/06/2009 | AGL | B144 | A101 | Plan and prepare for emails to and from deutsch re: fee examiner issues for chadbourne to consider | 0.20 | 119.00 |
| 06/08/2009 | MBM | B144 | A101 | call from Porter re: E&Y retention (.2); review E&Y retention application and affidavit in support (1.1) | 1.30 | 481.00 |
| 06/09/2009 | FAP | B144 | A100 | Discussion with M. McGuire re: Ernst & Young retention application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Telephone call with V. Patel re: Moelis' fourth monthly fee application | 0.10 | 20.00 |
|  | FAP | B144 | A100 | Review Moelis' fourth monthly fee application in preparation of filing | 0.20 | 40.00 |
|  | FAP | B144 | A100 | Draft notice of Moelis' fourth monthly fee application (.1); draft affidavit of service for same (.1) | 0.20 | 40.00 |
|  | FAP | B144 | A100 | Finalize for filing and service of Moelis' fourth monthly fee application (.5); correspondence to V. Patel re: notification of filing same (.1) | 0.60 | 120.00 |
|  | AGL | B144 | A101 | Emails to and from mcguire, deutsch, porter re: fee examiner process, timing of responses | 0.20 | 119.00 |
|  | MBM | B144 | A100 | review EY retention application (.6); call with porter re: same (.2); conference with Landis re: same (.1) | 0.90 | 333.00 |

Official Committee of Unsecured Creditors                                July 29, 2009
                                                                  Account No:  698-001
                                                                  Statement No:    9769


Tribune Company, et al. bankruptcy


                                                                        <u>Hours</u>

| | | | | | |
|---|---|---|---|---|---:|---:|
| 06/12/2009 | FAP | B144 | A100 | Briefly review spreadsheet for professionals' first interim fees/expenses | 0.10 | 20.00 |
| 06/15/2009 | FAP | B144 | A100 | Email exchanges with H. Lamb re: objection deadline for fifth monthly fee apps and filing deadline for second interim fee app | 0.10 | 20.00 |
| 06/16/2009 | FAP | B144 | A100 | Email exchanges with A. Leung and A. Holtz re: responses to AlixPartners' fourth fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with H. Seife, D. Deutsch and D. LeMay to Chadbourne's' fourth fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Draft Certificate of No Objection to AlixPartners' fourth monthly fee application | 0.10 | 20.00 |
| | FAP | B144 | A100 | Draft Certificate of No Objection to Chadbourne's fourth fee application | 0.50 | 100.00 |
| 06/17/2009 | FAP | B144 | A100 | Revise Certificate of No Objection to Chadbourne and AlixPartners fourth monthly fee applications (.1); prepare affidavit of service for same (.1); file same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | Finalize for filing and serve Certificate of No Objection to Chadbourne's fourth fee application (.2); correspondence to Chadbourne re: same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | Finalize for filing and serve Certificate of No Objection to AlixPartners' fourth fee application (.2); correspondence to AlixPartners re: same (.1) | 0.30 | 60.00 |
| | AGL | B144 | A101 | call with deutsch re: fee examiner issues and response | 0.30 | 178.50 |
| 06/25/2009 | FAP | B144 | A100 | Telephone call with H. Lamb re: status of Chadbourne and committee members' monthly fee applications | 0.10 | 20.00 |
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: AlixPartners fifth monthly fee application (.1); review and revise application (..2); draft notice for same (.1); draft affidavit of service (.1) | 0.50 | 100.00 |
| | FAP | B144 | A100 | Finalize for filing and coordinate service of AlixPartners fifth monthly fee application | 0.50 | 100.00 |
| | MBM | B144 | A100 | review Alix May fee application | 0.40 | 148.00 |
| 06/26/2009 | FAP | B144 | A100 | Telephone call with H. Lamb re: committee members' expenses and local rules for same (.1); follow-up discussion with M. McGuire (.1) | 0.20 | 40.00 |
| | FAP | B144 | A100 | Prepare notice of Chadbourne fifth monthly fee application (.1); email exchanges with M. McGuire and H. Lamb re: same (.1); prepare affidavit of service (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | Finalize for filing and coordinate service of Chadbourne's fifth monthly fee application | 0.90 | 180.00 |

Tribune Company, et al. bankruptcy


                                                              Hours

| | | | | | Hours | |
|---|---|---|---|---|---|---|

06/30/2009 FAP  B144 A100  Email exchanges with V. Patel re: responses to
                           Moelis' fourth monthly fee application (.1);
                           draft Certificate of No Objection for same (.1)    0.20      40.00
           AGL  B144 A100  call with deutsch re: fee examiner issues          0.20     119.00
                                                                              ----   --------
                           **B144 - Non-LRC Ret. & Fee Matt**                 9.40   2,677.50

06/10/2009 MBM  B150 A103  review Beatty complaint (.4); review of motion
                           to dismiss (.9); participate in telephonic
                           hearing re: same (.5)                              1.80     666.00

06/17/2009 MAP  B150 A107  Emails and telephone call to/from Bradshaw re:
                           filing Committee's joinder to Debtors'
                           Objections to Beatty Motions (.2); review and
                           analyze draft objections re: same (.3);
                           discussion w McGuire re: same (.1).                0.60     165.00
           MBM  B150 A100  review Debtor response to Beatty stay relief
                           motion                                             0.90     333.00

06/18/2009 FAP  B150 A100  Discussion with M. Parikh re: filing joinder to
                           debtors' objection to Beatty motion for relief
                           from stay in core and adversary                    0.10      20.00
           FAP  B150 A100  Further discussion with M.Parikh re: joinders
                           to debtors' objection to Beatty stay motions
                           (.1); revise same (.1)                             0.20      40.00
           FAP  B150 A100  Briefly review debtors' objection to Beatty
                           stay motion in main case and revise joinder
                           (.1); Finalize for filing and coordinate
                           service of joinder (.3); email exchanges with
                           B. Gilbert re: notification of filing (.1)         0.50     100.00
           FAP  B150 A100  Briefly review debtors' objection to Beatty
                           stay motion in adversary and revise joinder
                           (.1); Finalize for filing and coordinate
                           service of joinder (.4)                            0.50     100.00
           FAP  B150 A100  Revise joinder to debtors' objection to Clement
                           Stay Motion (.1); file and serve same (.3)         0.40      80.00
           MAP  B150 A107  Emails and telephone calls to/from Bradshaw re:
                           Beatty Joinders and Clement Joinder (.6);
                           discussion w McGuire re: revisions to same and
                           rules for adversary proceeding filing (.1);
                           telephone call to Bradshaw re: discussion w
                           McGuire and timeliness of Joinders (.1); email
                           to Bradshaw re: timeliness of Joinder (.1);
                           discussion w Panchack filing Beatty & Clement
                           Joinders (.2); review and revise Beatty (.8)
                           and Clement (.3) Joinders; telephone calls &
                           emails to/from Bradshaw re: revisions to
                           Clement Joinder (.5); discussion w Panchak re:
                           same (.1); review and revise latest version of
                           Clement joinder (.3); telephone call to
                           Bradshaw re: revisions to same (.1); emails
                           to/from Bradshaw and Panchak re: filing of
                           Clement Joinder and as-filed copies of all
                           Joinders (.2).                                     3.40     935.00

Official Committee of Unsecured Creditors                                July 29, 2009
                                                              Account No:    698-001
                                                              Statement No:     9769

Tribune Company, et al. bankruptcy

|            |     |      |      |                                                                 | Hours |         |
|------------|-----|------|------|-----------------------------------------------------------------|-------|---------|
| 06/19/2009 | FAP | B150 | A100 | Prepare affidavit of service and service list for Joinder in Beatty adversary (.2); file same (.1) | 0.30 | 60.00 |
|            | FAP | B150 | A100 | Prepare affidavit of service and service list for Joinder to Clement stay motion (.2); file same (.1) | 0.30 | 60.00 |
|            | FAP | B150 | A100 | Prepare affidavit of service and service list for Joinder in objection to Beatty stay motion (.2); file same (.1) | 0.30 | 60.00 |
| 06/30/2009 | AGL | B150 | A100 | conferences with mcguire and porter re: gutman lift stay motion (.4); emails to and from guy neal re: same (.1) | 0.50 | 297.50 |
|            |     |      |      | **B150 - Relief from Stay**                                     | **9.80** | **2,916.50** |
|            |     |      |      | **For Current Services Rendered**                               | **171.70** | **67,222.50** |

W0001710.DOC

Official Committee of Unsecured Creditors

July 29, 2009
Account No:  698-001
Statement No:     9769

Tribune Company, et al. bankruptcy

### Task Code Recapitulation

|      |                                                   |     Fees   |  Hours |
|------|---------------------------------------------------|-----------:|-------:|
| B110 | Asset Analysis and Recovery                       |     119.00 |   0.20 |
| B112 | Asset Disposition                                 |     535.50 |   0.90 |
| B114 | Assumption/Rejection of Leases and Contracts      |      37.00 |   0.10 |
| B120 | Business Operations                               |   1,428.00 |   2.40 |
| B122 | Case Administration                               |   3,220.00 |  16.10 |
| B126 | Employee Benefits/Pensions                        |     714.00 |   1.20 |
| B133 | LBO and Related Transactions                      |  36,076.00 |  79.60 |
| B134 | Hearings                                          |   4,466.50 |  12.10 |
| B135 | Litigation                                        |      37.00 |   0.10 |
| B136 | LRC Retention & Fee Matters                       |   5,843.00 |  18.10 |
| B138 | Creditors' Committee Meetings/Communications      |   8,160.00 |  19.70 |
| B140 | Creditor Inquiries                                |     992.50 |   2.00 |
| B144 | Non-LRC Retention & Fee Matters                   |   2,677.50 |   9.40 |
| B150 | Relief from Stay/Adequate Protection Proceedings  |   2,916.50 |   9.80 |
|      |                                                   | ---------- | ------ |
| **TOTAL** |                                              | **$67,222.50** | **171.70** |