# EXHIBIT "C"

Official Committee of Unsecured Creditors									July 29, 2009
										Account No:   698-001
										Statement No:      9769

Tribune Company, et al. bankruptcy

## Expenses

| | |
|---|---:|
| Postage | 26.04 |
| Travel expense | 253.00 |
| Copying | 149.20 |
| Filing fee | 25.00 |
| Courier Fees | 446.90 |
| Online research LEXIS | 91.94 |
| Outside Duplication Services | 2,411.27 |
| Electronic Filing - PACER | 49.36 |
| US Postage | 526.28 |
| Client meals | 91.80 |
| Conference Call Service | 30.00 |
| **Total Expenses Thru 06/30/2009** | **4,100.79** |

| Client | Trans Date | E/A | C T | Tcode/ Task Code | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 06/09/2009** | | | | | | | | |
| 698.001 | 06/09/2009 | E | 2 | B100　E101 | 0.100 | 533.00 | 53.30 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/09/2009 | E | 4 | B100　E108 | | | 12.05 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/09/2009** | | | | | | Billable | 65.35 | |
| **Transaction Date 06/10/2009** | | | | | | | | |
| 698.001 | 06/10/2009 | E | 2 | B100　E101 | 0.100 | 2.00 | 0.20 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/10/2009 | E | 2 | B100　E101 | 0.100 | 174.00 | 17.40 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/10/2009 | A | 3 | B100　E216 | | | 261.00 | Courier Fee - Advance TriState Courier & Carriage - 30632<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/10/2009 | A | 0 | B100　E211 | | | 1,015.85 | Outside printing - Advance Digital Legal Services, LLC - 49668<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/10/2009 | A | 0 | B100　E210 | | | 335.50 | US Postage # Digital Legal Services, LLC - 49668<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/10/2009** | | | | | | Billable | 1,629.95 | |
| **Transaction Date 06/11/2009** | | | | | | | | |
| 698.001 | 06/11/2009 | A | 3 | B100　E216 | | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 30632<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/11/2009** | | | | | | Billable | 17.40 | |
| **Transaction Date 06/12/2009** | | | | | | | | |
| 698.001 | 06/12/2009 | E | 2 | B100　E101 | 0.100 | 21.00 | 2.10 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/12/2009** | | | | | | Billable | 2.10 | |
| **Transaction Date 06/15/2009** | | | | | | | | |
| 698.001 | 06/15/2009 | A | 0 | B100　E226 | | | 30.00 | Conference Call Service<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/15/2009** | | | | | | Billable | 30.00 | |
| **Transaction Date 06/17/2009** | | | | | | | | |
| 698.001 | 06/17/2009 | E | 2 | B100　E101 | 0.100 | 95.00 | 9.50 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/17/2009 | E | 4 | B100　E108 | | | 6.30 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/17/2009 | A | 3 | B100　E216 | | | 26.00 | Courier Fee - Advance TriState Courier & Carriage - 30789<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/17/2009** | | | | | | Billable | 41.80 | |
| **Transaction Date 06/18/2009** | | | | | | | | |
| 698.001 | 06/18/2009 | E | 2 | B100　E101 | 0.100 | 10.00 | 1.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/18/2009 | E | 2 | B100　E101 | 0.100 | 21.00 | 2.10 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/18/2009 | E | 4 | B100　E108 | | | 1.22 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/18/2009 | E | 4 | B100　E108 | | | 5.25 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |

| Client | Trans Date | E/A | C T | Tcode/ Task Code | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 06/18/2009** | | | | | | | | |
| 698.001 | 06/18/2009 | A | 3 | B100 E216 | | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 30789<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/18/2009 | A | 3 | B100 E216 | | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 30789<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/18/2009** | | | | | | Billable | 22.57 | |
| **Transaction Date 06/19/2009** | | | | | | | | |
| 698.001 | 06/19/2009 | A | 3 | B100 E216 | | | 15.00 | Courier Fee - Advance TriState Courier & Carriage - 30632<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/19/2009 | A | 3 | B100 E216 | | | 19.50 | Courier Fee - Advance TriState Courier & Carriage - 30789<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/19/2009** | | | | | | Billable | 34.50 | |
| **Transaction Date 06/22/2009** | | | | | | | | |
| 698.001 | 06/22/2009 | A | 0 | B100 E211 | | | 842.46 | Outside printing - Advance Digital Legal Services, LLC - 49760<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/22/2009 | A | 3 | B100 E216 | | | 6.50 | Courier Fee - Advance TriState Courier & Carriage - 30859<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/22/2009** | | | | | | Billable | 848.96 | |
| **Transaction Date 06/23/2009** | | | | | | | | |
| 698.001 | 06/23/2009 | E | 4 | B100 E108 | | | 1.22 | Postage<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/23/2009 | E | 2 | B100 E101 | 0.100 | 11.00 | 1.10 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/23/2009 | E | 2 | B100 E101 | 0.100 | 10.00 | 1.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/23/2009 | A | 0 | B100 E211 | | | 252.00 | Outside printing - Advance Digital Legal Services, LLC - 49803<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/23/2009** | | | | | | Billable | 255.32 | |
| **Transaction Date 06/24/2009** | | | | | | | | |
| 698.001 | 06/24/2009 | A | 1 | B100 E214 | | | 25.00 | Filing Fee Clerk, U.S. District Court - annual fee, Pro Hac - Jason Porter<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/24/2009 | E | 2 | B100 E101 | 0.100 | 131.00 | 13.10 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/24/2009 | A | 3 | B100 E216 | | | 16.50 | Courier Fee - Advance TriState Courier & Carriage - 30859<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/24/2009** | | | | | | Billable | 54.60 | |
| **Transaction Date 06/25/2009** | | | | | | | | |
| 698.001 | 06/25/2009 | E | 2 | B100 E101 | 0.100 | 220.00 | 22.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/25/2009 | E | 2 | B100 E101 | 0.100 | 250.00 | 25.00 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/25/2009 | A | 0 | B100 E211 | | | 107.93 | Outside printing - Advance Digital Legal Services, LLC - 49823<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/25/2009 | A | 0 | B100 E210 | | | 24.75 | US Postage # Digital Legal Services, LLC - 49823 |

| Client | Trans Date | E/A | C T | Tcode/ Task Code | Rate | Units | Amount | |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 06/25/2009** | | | | | | | | |
| 698.001 | 06/25/2009 | A | 3 | B100 E216 | | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30859<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/25/2009** | | | | | | Billable | 215.68 | |
| **Transaction Date 06/26/2009** | | | | | | | | |
| 698.001 | 06/26/2009 | A | 0 | B100 E211 | | | 141.28 | Outside printing - Advance Digital Legal Services, LLC - 49830<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/26/2009 | A | 0 | B100 E210 | | | 166.03 | US Postage # Digital Legal Services, LLC - 49830<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/26/2009 | A | 3 | B100 E216 | | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30859<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/26/2009** | | | | | | Billable | 343.31 | |
| **Transaction Date 06/29/2009** | | | | | | | | |
| 698.001 | 06/29/2009 | E | 2 | B100 E101 | 0.100 | 14.00 | 1.40 | Copying<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/29/2009 | A | 0 | B100 E211 | | | 36.00 | Outside printing - Advance Digital Legal Services, LLC - Velo Binding- 49846<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/29/2009** | | | | | | Billable | 37.40 | |
| **Transaction Date 06/30/2009** | | | | | | | | |
| 698.001 | 06/30/2009 | A | 0 | B100 E111 | | | 91.80 | Meals Cavanaugh's Restaurant - Matthew McGuire<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/30/2009 | A | 0 | B100 E106 | | | 91.94 | Online research LexisNexis<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/30/2009 | A | 0 | B100 E211 | | | 15.75 | Outside printing - Advance Digital Legal Services, LLC - Velo Binding - 49865<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/30/2009 | E | 3 | B100 E110 | | | 253.00 | Out-of-town travel - AGL<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| 698.001 | 06/30/2009 | A | 0 | B100 E208 | | | 49.36 | Electronic Filing PACER-Advance PACER Service Center<br>Official Committee of Unsecured Creditors<br>Tribune Company, et al. bankruptcy |
| **Total for Transaction Date 06/30/2009** | | | | | | Billable | 501.85 | |
| **GRAND TOTALS** | | | | | | Billable | 4,100.79 | |