# EXHIBIT A

**Tribune Co.**



Time Log

**Moelis & Company**
**Summary of Hours Worked**
**June 1, 2009 - June 30, 2009**

| Name | Position | Hours Worked |
|------|----------|--------------|
| Thane Carlston | Managing Director, Restructuring Group | 22.0 |
| Navid Mahmoodzadegan | Managing Director, Media | 19.0 |
| John Momtazee | Managing Director, Media | 10.0 |
| Zul Jamal | Senior Vice President, Restructuring Group | 23.5 |
| Larry Kwon | Vice President, Restructuring Group | 25.5 |
| Ashish Ajmera | Vice President, Media | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| | **Total Moelis Team Hours** | **272.5** |

**Tribune Co.**

MOELIS & COMPANY

Time Log - June 2009

### I. Summary

| | | |
|---|---|---:|
| Thane Carlston | Managing Director | 22.0 |
| Navid Mahmoodzadegan | Managing Director | 19.0 |
| John Momtazee | Managing Director | 10.0 |
| Zul Jamal | Sr. Vice President | 23.5 |
| Larry Kwon | Vice President | 25.5 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| **Total** | | **272.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---:|---|
| Ashish Ajmera | 06/01/09 | 3.0 | Review of documents and due diligence |
| Evan Glucoft | 06/01/09 | 3.0 | Review of documents and due diligence |
| Vishal Patel | 06/01/09 | 5.0 | Review of documents and due diligence |
| Evan Glucoft | 06/01/09 | 2.0 | Financial analysis and presentation development |
| Zul Jamal | 06/02/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/02/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 06/02/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 06/02/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 06/02/09 | 1.0 | Financial analysis and presentation development |
| Vishal Patel | 06/02/09 | 1.0 | Financial analysis and presentation development |
| John Momtazee | 06/03/09 | 0.5 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 06/03/09 | 0.5 | Internal Discussions / Calls |
| Thane Carlston | 06/03/09 | 0.5 | Internal Discussions / Calls |
| Zul Jamal | 06/03/09 | 0.5 | Internal Discussions / Calls |
| Ashish Ajmera | 06/03/09 | 0.5 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 06/03/09 | 3.0 | Review of documents and due diligence |
| Thane Carlston | 06/03/09 | 2.0 | Review of documents and due diligence |
| Ashish Ajmera | 06/04/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/04/09 | 0.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 06/04/09 | 1.5 | UCC Committee Meeting |
| Ashish Ajmera | 06/04/09 | 1.5 | UCC Committee Meeting |
| Larry Kwon | 06/04/09 | 1.5 | UCC Committee Meeting |
| Evan Glucoft | 06/04/09 | 1.5 | UCC Committee Meeting |
| Vishal Patel | 06/04/09 | 1.5 | UCC Committee Meeting |
| Navid Mahmoodzadegan | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/04/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 06/04/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 06/04/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/04/09 | 0.5 | Review of documents and due diligence |
| Vishal Patel | 06/05/09 | 2.0 | Financial analysis and presentation development |

**Tribune Co.**                                                MOELIS & COMPANY

Time Log - June 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 22.0 |
| Navid Mahmoodzadegan | Managing Director | 19.0 |
| John Momtazee | Managing Director | 10.0 |
| Zul Jamal | Sr. Vice President | 23.5 |
| Larry Kwon | Vice President | 25.5 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| **Total** | | **272.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 06/08/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 06/08/09 | 0.5 | Review of documents and due diligence |
| John Momtazee | 06/08/09 | 0.5 | Review of documents and due diligence |
| Thane Carlston | 06/08/09 | 0.5 | Review of documents and due diligence |
| Zul Jamal | 06/08/09 | 0.5 | Review of documents and due diligence |
| Ashish Ajmera | 06/08/09 | 0.5 | Review of documents and due diligence |
| Larry Kwon | 06/08/09 | 0.5 | Review of documents and due diligence |
| Thane Carlston | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Zul Jamal | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Larry Kwon | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 06/09/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 06/09/09 | 0.5 | Financial analysis and presentation development |
| Larry Kwon | 06/09/09 | 0.5 | Financial analysis and presentation development |
| Vishal Patel | 06/09/09 | 1.0 | Financial analysis and presentation development |
| Thane Carlston | 06/09/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 06/09/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 06/09/09 | 1.5 | Internal Discussions / Calls |
| Ashish Ajmera | 06/09/09 | 1.5 | Internal Discussions / Calls |
| Evan Glucoft | 06/09/09 | 1.5 | Internal Discussions / Calls |
| Vishal Patel | 06/09/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 06/09/09 | 1.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 06/10/09 | 0.5 | Internal Discussions / Calls |
| Ashish Ajmera | 06/10/09 | 0.5 | Internal Discussions / Calls |
| Thane Carlston | 06/10/09 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 06/10/09 | 2.0 | UCC Committee Meeting |
| Larry Kwon | 06/10/09 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 06/10/09 | 2.0 | UCC Committee Meeting |
| Evan Glucoft | 06/10/09 | 2.0 | UCC Committee Meeting |
| Vishal Patel | 06/10/09 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 06/10/09 | 1.0 | Financial analysis and presentation development |
| Larry Kwon | 06/10/09 | 1.0 | Financial analysis and presentation development |
| Evan Glucoft | 06/10/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 06/10/09 | 1.0 | Financial analysis and presentation development |
| John Momtazee | 06/10/09 | 1.0 | Review of documents and due diligence |
| Larry Kwon | 06/11/09 | 4.0 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 06/11/09 | 2.0 | Review of documents and due diligence |
| Thane Carlston | 06/12/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 06/11/09 | 2.0 | Review of documents and due diligence |

**Tribune Co.**                                                    M O E L I S & C O M P A N Y

Time Log - June 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 22.0 |
| Navid Mahmoodzadegan | Managing Director | 19.0 |
| John Momtazee | Managing Director | 10.0 |
| Zul Jamal | Sr. Vice President | 23.5 |
| Larry Kwon | Vice President | 25.5 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| **Total** | | **272.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Ashish Ajmera | 06/11/09 | 2.0 | Review of documents and due diligence |
| Larry Kwon | 06/12/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/12/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/12/09 | 1.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/12/09 | 2.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 06/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 06/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 06/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/12/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/12/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/13/09 | 3.5 | Review of documents and due diligence |
| Vishal Patel | 06/13/09 | 4.0 | Financial analysis and presentation development |
| Vishal Patel | 06/13/09 | 2.0 | Financial analysis and presentation development |
| Evan Glucoft | 06/14/09 | 2.0 | Financial analysis and presentation development |
| Vishal Patel | 06/14/09 | 1.0 | Financial analysis and presentation development |
| Zul Jamal | 06/15/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/15/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| John Momtazee | 06/15/09 | 2.0 | Review of documents and due diligence |
| Zul Jamal | 06/15/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 06/15/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/15/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 06/15/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 06/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 06/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 06/16/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Evan Glucoft | 06/16/09 | 2.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 06/16/09 | 2.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/17/09 | 1.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Thane Carlston | 06/18/09 | 1.0 | Internal Discussions / Calls |
| John Momtazee | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |

# Tribune Co.

**M O E L I S & C O M P A N Y**

Time Log - June 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 22.0 |
| Navid Mahmoodzadegan | Managing Director | 19.0 |
| John Momtazee | Managing Director | 10.0 |
| Zul Jamal | Sr. Vice President | 23.5 |
| Larry Kwon | Vice President | 25.5 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| **Total** | | **272.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 06/18/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/18/09 | 3.0 | Presentation Development |
| Larry Kwon | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 06/18/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/19/09 | 2.5 | Financial analysis and presentation development |
| Vishal Patel | 06/19/09 | 5.0 | Financial analysis and presentation development |
| Navid Mahmoodzadegan | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Thane Carlston | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Zul Jamal | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Larry Kwon | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/19/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/20/09 | 4.5 | Financial analysis and presentation development |
| Vishal Patel | 06/20/09 | 6.0 | Financial analysis and presentation development |
| Evan Glucoft | 06/21/09 | 5.0 | Financial analysis and presentation development |
| Vishal Patel | 06/21/09 | 6.0 | Financial analysis and presentation development |
| Vishal Patel | 06/21/09 | 4.0 | Financial analysis and presentation development |
| Evan Glucoft | 06/21/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/23/09 | 1.5 | Review of documents and due diligence |
| Evan Glucoft | 06/23/09 | 1.5 | Review of documents and due diligence |
| Navid Mahmoodzadegan | 06/23/09 | 1.0 | Review of documents and due diligence |
| John Momtazee | 06/23/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 06/23/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 06/23/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 06/23/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/23/09 | 1.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/23/09 | 1.0 | Internal Discussions / Calls |
| Vishal Patel | 06/23/09 | 1.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 06/24/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 06/24/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/24/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Evan Glucoft | 06/24/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Vishal Patel | 06/24/09 | 1.5 | Meetings/Calls w Debtors/Debtor Professionals |
| Ashish Ajmera | 06/24/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 06/24/09 | 1.0 | Review of documents and due diligence |
| Vishal Patel | 06/24/09 | 2.0 | Review of documents and due diligence |
| Larry Kwon | 06/24/09 | 1.0 | Meetings/Calls w Debtors/Debtor Professionals |
| Navid Mahmoodzadegan | 06/24/09 | 1.0 | Internal Discussions / Calls |

**Tribune Co.**

M O E L I S & C O M P A N Y

Time Log - June 2009

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 22.0 |
| Navid Mahmoodzadegan | Managing Director | 19.0 |
| John Momtazee | Managing Director | 10.0 |
| Zul Jamal | Sr. Vice President | 23.5 |
| Larry Kwon | Vice President | 25.5 |
| Ashish Ajmera | Vice President | 42.5 |
| Evan Glucoft | Associate | 59.5 |
| Vishal Patel | Analyst | 70.5 |
| **Total** | | **272.5** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Thane Carlston | 06/24/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 06/24/09 | 1.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/24/09 | 1.0 | Internal Discussions / Calls |
| Navid Mahmoodzadegan | 06/26/09 | 1.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Thane Carlston | 06/26/09 | 1.0 | Internal Discussions / Calls |
| Zul Jamal | 06/26/09 | 1.0 | Internal Discussions / Calls |
| Larry Kwon | 06/26/09 | 1.0 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Ashish Ajmera | 06/26/09 | 2.0 | Internal Discussions / Calls |
| Evan Glucoft | 06/26/09 | 3.0 | Internal Discussions / Calls |
| Vishal Patel | 06/27/09 | 4.0 | Review of documents and due diligence |
| Evan Glucoft | 06/28/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 06/28/09 | 4.0 | Financial analysis and presentation development |
| Thane Carlston | 06/29/09 | 1.0 | Review of documents and due diligence |
| Zul Jamal | 06/29/09 | 1.0 | Review of documents and due diligence |
| Larry Kwon | 06/29/09 | 1.0 | Review of documents and due diligence |
| Ashish Ajmera | 06/29/09 | 1.0 | Review of documents and due diligence |
| Evan Glucoft | 06/30/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Vishal Patel | 06/30/09 | 0.5 | Meetings/Calls w UCC/Unsec'd Creditor Professionals |
| Navid Mahmoodzadegan | 06/30/09 | 1.5 | Internal Discussions / Calls |
| John Momtazee | 06/30/09 | 1.5 | Internal Discussions / Calls |
| Thane Carlston | 06/30/09 | 1.5 | Internal Discussions / Calls |
| Zul Jamal | 06/30/09 | 2.0 | Internal Discussions / Calls |
| Ashish Ajmera | 06/30/09 | 1.5 | Internal Discussions / Calls |
| Ashish Ajmera | 06/30/09 | 2.0 | Review of documents and due diligence |
| Vishal Patel | 06/30/09 | 1.0 | Financial analysis and presentation development |
| | **Total** | **272.5** | |