# EXHIBIT B

# Tribune Co.

Moelis & Company - June 2009 Expense Summary

|  | June 2009 |
|---|---|
| Airfare | $ 6,675.64 |
| Lodging | 1,078.98 |
| Travel / Overtime / Weekend meals | 648.56 |
| Taxi / Transportation / Parking | 917.77 |
| Telephone | 238.33 |
| Presentations | 820.55 |
| Other | - |
| **Total** | **$ 10,379.83** |

**Tribune Co.**
Moelis & Company - June 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **AIRFARE** | | | | | | |
| Airfare | 5/3/2009 | Airfare | United #840 LAX ORD Economy Class | Ashish Ajmera | $356.60 | $356.60 |
| Airfare | 5/3/2009 | Airfare | Economy Plus Upgrade | Ashish Ajmera | 39.00 | 39.00 |
| Airfare | 5/3/2009 | Airfare | Airline Segment Fee | Ashish Ajmera | 2.78 | 2.78 |
| Airfare | 5/5/2009 | Airfare | New Reservation Fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 5/5/2009 | Airfare | United #129 ORD LAX Economy Class | Ashish Ajmera | 356.60 | 356.60 |
| Airfare | 5/5/2009 | Airfare | Changed Reservation Fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 5/12/2009 | Airfare | Cancelled Reservation Fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 6/9/2009 | Airfare | Airline Segment Fee - United Airlines | Evan Glucoft | 2.78 | 2.78 |
| Airfare | 6/9/2009 | Airfare | Airline Fee - United Airlines | Evan Glucoft | 45.00 | 45.00 |
| Airfare | 6/9/2009 | Airfare | United Airlines - Los Angeles To Chicago - Roundtrip | Evan Glucoft | 1,429.20 | 1,200.00 |
| Airfare | 6/10/2009 | Airfare | Invoice #28418 (6/11-2/09 NY-MIA-IL-NY) - Protravel Service Fee | Lawrence Kwon | 45.00 | 45.00 |
| Airfare | 6/10/2009 | Airfare | Invoice #28452 (6/11-2/09 NY-MIA-IL-NY) - American Flight #843: MIA-IL | Lawrence Kwon | 2.78 | 2.78 |
| Airfare | 6/11/2009 | Airfare | United # 126 LAX To ORD First Class | Ashish Ajmera | 1,464.60 | 1,200.00 |
| Airfare | 6/11/2009 | Airfare | New Reservation Fee | Ashish Ajmera | 47.78 | 47.78 |
| Airfare | 6/11/2009 | Airfare | Invoice #28452 ( 6/11-2/09 NY-MIA-IL-NY) - American Flight #358: IL-NY | Lawrence Kwon | 444.60 | 444.60 |
| Airfare | 6/12/2009 | Airfare | Southwest #772 MDW To LAX Economy Class | Ashish Ajmera | 386.60 | 386.60 |
| Airfare | 6/12/2009 | Airfare | Agent Fees For Airfare From Boston To Chicago And Chicago To LAX For Tribune Mtgs | Navid A. Mahmoodzadegan | 2.78 | 2.78 |
| Airfare | 6/12/2009 | Airfare | Airfare From Boston To Chicago And Chicago To LAX For Tribune Mtgs | Navid A. Mahmoodzadegan | 1,250.90 | 1,200.00 |
| Airfare | 6/30/2009 | Airfare | United Airlines - Roundtrip Los Angeles To New York - Business Class | Evan Glucoft | 2,755.00 | 1,200.00 |
| | | | | **Total Requested** | | **$6,675.64** |
| **LODGING** | | | | | | |
| Lodging | 6/11/2009 | Lodging | W hotel Lakeshore - 1 night - room rate $259.00 | Evan Glucoft | $298.89 | $298.89 |
| Lodging | 6/12/2009 | Lodging | Intercontinental Chicago 1 night $179.10 + tax | Ashish Ajmera | 206.68 | 206.68 |
| Lodging | 6/12/2009 | Lodging | Intercontinental Chicago hotel tip 1 night | Ashish Ajmera | 5.00 | 5.00 |
| Lodging | 6/17/2009 | Lodging | W hotel Lakeshore - 6/11-12/09 one night stay | Lawrence Kwon | 269.00 | 269.00 |
| Lodging | 6/30/2009 | Lodging | W hotel New York - 2 night stay - room rate: $259.00 | Evan Glucoft | 299.41 | 299.41 |
| | | | | **Total Requested** | | **$1,078.98** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals Overtime | 5/7/2009 | Meals Overtime | OT Meal Culinart | Ashish Ajmera | $4.10 | $4.10 |
| Meals Overtime | 5/11/2009 | Meals Overtime | OT Meal Pink Taco | Ashish Ajmera | 25.00 | 25.00 |
| Meals Overtime | 5/14/2009 | Meals Overtime | OT Meal Barenaked Yogurt | Ashish Ajmera | 3.95 | 3.95 |
| Meals Overtime | 6/10/2009 | Meals Overtime | OT Meal - dinner at whole foods | Evan Glucoft | 24.26 | 24.26 |
| Meals Overtime | 6/11/2009 | Meals Overtime | OT Meal Glesons  6/11 Thurs | David W. Cotton | 17.88 | 17.88 |
| Meals Overtime | 6/11/2009 | Meals Overtime | OT Meal - Baja Fresh | Vishal Patel | 10.68 | 10.68 |
| Meals Overtime | 6/13/2009 | Meals Overtime | OT Weekend Meal - Lunch at gulen's mediterranean | Evan Glucoft | 13.34 | 13.34 |
| Meals Overtime | 6/14/2009 | Meals Overtime | OT Weekend Meal - Lunch at oliver | Evan Glucoft | 14.37 | 14.37 |
| Meals Overtime | 6/15/2009 | Meals Overtime | OT Meal - Dinner at ummba grill | Evan Glucoft | 23.94 | 23.94 |
| Meals Overtime | 6/16/2009 | Meals Overtime | OT Meal Tues 6/16 Coral Tree | David W. Cotton | 20.10 | 20.10 |
| Meals Overtime | 6/16/2009 | Meals Overtime | OT Meal - Dinner at gelson's market | Evan Glucoft | 22.37 | 22.37 |
| Meals Overtime | 6/17/2009 | Meals Overtime | OT Meal - Dinner at gelson's market | Evan Glucoft | 22.90 | 22.90 |
| Meals Overtime | 6/20/2009 | Meals Overtime | OT Weekend Meal - Dinner at ummba grill | Evan Glucoft | 23.58 | 23.58 |
| Meals Overtime | 6/20/2009 | Meals Overtime | OT Weekend Meal - Lunch at loteria grill | Evan Glucoft | 15.00 | 15.00 |
| Meals Overtime | 6/21/2009 | Meals Overtime | OT Weekend Meal - Dinner at poquito mas | Evan Glucoft | 21.69 | 21.69 |
| Meals Overtime | 6/21/2009 | Meals Overtime | OT Weekend Meal - Breakfast at starbucks | Evan Glucoft | 6.80 | 6.80 |
| Meals Overtime | 6/22/2009 | Meals Overtime | OT Meal - Dinner at fresh corn grill | Evan Glucoft | 25.00 | 25.00 |
| Meals Overtime | 6/23/2009 | Meals Overtime | OT Meal - dinner at the izaka-ya | Evan Glucoft | 25.00 | 25.00 |
| Meals Overtime | 6/27/2009 | Meals Overtime | OT Weekend Meal - lunch at panda express | Evan Glucoft | 11.90 | 11.90 |
| Meals Overtime | 6/28/2009 | Meals Overtime | OT Weekend Meal - dinner at ummba grill | Evan Glucoft | 24.87 | 24.87 |
| Meals Overtime | 6/28/2009 | Meals Overtime | OT Weekend Meal - lunch at mr. marcel gourmet market | Evan Glucoft | 15.00 | 15.00 |
| Meals Overtime | 6/29/2009 | Meals Overtime | OT Meal - dinner at gelson's market | Evan Glucoft | 24.29 | 24.29 |
| Meals Overtime | 6/30/2009 | Meals Overtime | OT Meal Cuvee | Ashish Ajmera | 20.65 | 20.65 |
| Meals Travel | 6/11/2009 | Meals Travel | Traveling Meal Starbucks | Ashish Ajmera | 2.73 | 2.73 |
| Meals Travel | 6/11/2009 | Meals Travel | Traveling Meal Labrea Bakery LAX | Ashish Ajmera | 5.23 | 5.23 |
| Meals Travel | 6/11/2009 | Meals Travel | Traveling Meal - Jodi Maroni's | Evan Glucoft | 16.03 | 16.03 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal Potbelly Sandwich Works MDW | Ashish Ajmera | 9.12 | 9.12 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Lou Malnatis | Evan Glucoft | 25.00 | 25.00 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Evan Glucoft Paid For Ashish Ajmera - Zest Restaurant | Evan Glucoft | 33.33 | 33.33 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Evan Glucoft Paid For Larry Kwon - Zest Restaurant | Evan Glucoft | 33.33 | 33.33 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Zest Restaurant | Evan Glucoft | 24.30 | 24.30 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Argo Tea | Evan Glucoft | 4.92 | 4.92 |
| Meals Travel | 6/12/2009 | Meals Travel | Traveling Meal - Muchie Bar At The W Hotel Lakeshore | Evan Glucoft | 15.78 | 15.78 |
| Meals Travel | 6/17/2009 | Meals Travel | W Hotel, Chicago (6/11-12/09) - In Room | Lawrence Kwon | 34.20 | 34.20 |
| Meals Travel | 6/30/2009 | Meals Travel | Traveling Meal - La Brea Bakery at the airport | Evan Glucoft | 27.92 | 27.92 |
| | | | | **Total Requested** | | **$648.56** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transporation | 6/12/2009 | Parking | LAX Parking 1 day | Ashish Ajmera | $30.00 | $30.00 |
| Transporation | 6/12/2009 | Parking | LAX parking for trip to Boston and Chicago - Tribune | Navid A. Mahmoodzadegan | 43.10 | 43.10 |
| Transporation | 6/13/2009 | Parking | Lax Airport Lot P4 - 2 days | Evan Glucoft | 60.00 | 60.00 |
| Transporation | 6/2/2009 | Taxi/Car Service | Arecibo Car Service - 6/2/2009, Early Morning, 6:30am - Home to Office | Lawrence Kwon | 27.00 | 27.00 |
| Transporation | 6/11/2009 | Taxi/Car Service | Chicago Carriage Cab - O'hare To W Hotel Lakeshore | Evan Glucoft | 45.00 | 45.00 |
| Transporation | 6/11/2009 | Taxi/Car Service | Taxi, Chicago, IL - 6/11/09, O'Hare AP to W Hotel | Lawrence Kwon | 40.00 | 40.00 |
| Transporation | 6/11/2009 | Taxi/Car Service | Car Service From Airport To Four Seasons | Navid A. Mahmoodzadegan | 162.54 | 162.54 |
| Transporation | 6/12/2009 | Taxi/Car Service | Chicago Taxi ORD to Hotel | Ashish Ajmera | 42.00 | 42.00 |
| Transporation | 6/12/2009 | Taxi/Car Service | Chicago Taxi Hotel to Mdw | Ashish Ajmera | 45.00 | 45.00 |
| Transporation | 6/12/2009 | Taxi/Car Service | Chicago  Carriage Cab - W Hotel to Intercontinental | Evan Glucoft | 6.00 | 6.00 |
| Transporation | 6/12/2009 | Taxi/Car Service | Taxi from Hotel to Tribune Mtgs | Navid A. Mahmoodzadegan | 15.00 | 15.00 |
| Transporation | 6/12/2009 | Taxi/Car Service | Car service from Chicago - Tribune mtgs to airport after mtgs | Navid A. Mahmoodzadegan | 142.54 | 142.54 |
| Transporation | 6/13/2009 | Taxi/Car Service | Taxi Affiliation Services - W Hotel To O'hare | Evan Glucoft | 43.00 | 43.00 |
| Transporation | 6/16/2009 | Taxi/Car Service | 6/12/09 Chicago Taxi to O'Hare Airport | Lawrence Kwon | 40.00 | 40.00 |
| Transporation | 6/18/2009 | Taxi/Car Service | Big Apple Voucher #553798 - 6/12/09, flight was late from LGA to home | Lawrence Kwon | 78.64 | 78.64 |
| Transporation | 6/23/2009 | Taxi/Car Service | Taxi Med. #6E96 - 6/23/09, late night - 22:50-23:09 | Lawrence Kwon | 17.00 | 17.00 |
| Transporation | 6/23/2009 | Taxi/Car Service | Taxi Med. #5M86 - 6/23/09, returning from meeting with client | Lawrence Kwon | 11.00 | 11.00 |
| Transporation | 6/30/2009 | Taxi/Car Service | Cab in New York | Evan Glucoft | 43.00 | 43.00 |
| Transporation | 6/12/2009 | Mileage | Roundtrip LAX mileage | Ashish Ajmera | 13.20 | 13.20 |
| Transporation | 6/13/2009 | Mileage | Roundtrip LAX mileage | Evan Glucoft | 13.75 | 13.75 |
| | | | | **Total Requested** | | **$917.77** |

**Tribune Co.**

Moelis & Company - June 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---|---|
| **TELEPHONE** | | | | | | |
| Communications | 5/20/2009 | Phone | AT&T Cell Phone April statement | Ashish Ajmera | $49.56 | $49.56 |
| Communications | 5/28/2009 | Phone | ATT Mobile Allocation - 4/29/09 - 5/23/09 | Zul Jamal | 43.47 | 43.47 |
| Communications | 6/11/2009 | Internet | Internet Service - The W Hotel Lakeshore | Evan Glucoft | 27.95 | 27.95 |
| Communications | 6/13/2009 | Phone | ATT Blackberry Allocation - 5/14/09 - 6/13/09 | Zul Jamal | 19.61 | 19.61 |
| Communications | 6/16/2009 | Phone | AT&T Cell Phone Allocation (May) | Ashish Ajmera | 49.79 | 49.79 |
| Communications | 6/16/2009 | Phone | AT&T Blackberry Allocation - 5/17/09-6/16/09 | Evan Glucoft | 40.00 | 40.00 |
| Communications | 6/30/2009 | Internet | Boingo Internet on United Airlines flight | Evan Glucoft | 7.95 | 7.95 |
| | | | | **Total Requested** | | **$238.33** |
| | | | | | | |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $820.55 | $820.55 |
| | | | | **Total Requested** | | **$820.55** |
| | | | | | | |
| | | | | **Month Total** | $ | 10,379.83 |

Note:

1   Moelis has implemented the following adjustments to certain costs:

- First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip.  We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City