# EXHIBIT A

**(Fee Statement)**

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792927

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### Post-Petition General Matter
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $10,667.50 |
| Costs incurred and advanced | 6.30 |
| **Current Fees and Costs** | **$10,673.80** |
| **Total Balance Due** | **$10,673.80** |

<u>**Wiring Instructions:**</u>
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

<u>**Remittance Address:**</u>
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792927

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $10,667.50 |
| Costs incurred and advanced | 6.30 |
| **Current Fees and Costs Due** | **$10,673.80** |
| **Total Balance Due** | **$10,673.80** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul|Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792927

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending June 30, 2009

<u>**Post-Petition General Matter**</u>                         **$10,667.50**

**B110   Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/03/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/04/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/05/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1792927

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/09/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/11/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/12/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/18/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/19/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1792927

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1); retrieve and distribute certificate of no objection to accounting department (0.2) | 0.30 | 205.00 | 61.50 |
| 06/25/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/26/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 06/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | Subtotal: B110  Case Administration | | 2.30 | | 471.50 |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/09 | RPR | Work on April fee application (1.2) | 1.20 | 320.00 | 384.00 |
| 06/02/09 | RPR | Work on April fee application (0.5) and exhibits (1.1) | 1.60 | 320.00 | 512.00 |
| 06/03/09 | RPR | Work on April fee application (1.2) and exhibits (0.9); compile and forward to K. Newmarch (0.1) | 2.20 | 320.00 | 704.00 |
| 06/13/09 | KDN | Reviewing May monthly bills for privilege (0.6) | 0.60 | 635.00 | 381.00 |
| 06/15/09 | RPR | Work on May billing statement (1.6) | 1.60 | 320.00 | 512.00 |
| 06/17/09 | RPR | Review May billing statement comments received from K. Newmarch (0.1); work on May billing statement (1.6); forward same to L. Llobrera (0.1) | 1.80 | 320.00 | 576.00 |
| 06/17/09 | SSP2 | Review fee examiner order for deadlines (0.4) | 0.40 | 360.00 | 144.00 |

Tribune Company
75245-00001
Invoice No. 1792927

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/18/09 | RPR | Work on May billing statement (2.9) | 2.90 | 320.00 | 928.00 |
| 06/19/09 | EFP | Review and edit May billing statement (1.0) | 1.00 | 225.00 | 225.00 |
| 06/19/09 | KDN | Draft email to J. Bender and S. Park regarding fee auditor information (0.1) | 0.10 | 635.00 | 63.50 |
| 06/19/09 | SSP2 | Review fee examiner report (0.3) | 0.30 | 360.00 | 108.00 |
| 06/22/09 | JPB7 | Telephone conference with L. Cooper, fee auditor, and K. Newmarch regarding fee applications (0.4); respond to fee application report (0.1) | 0.50 | 515.00 | 257.50 |
| 06/22/09 | KDN | Conference call with J. Bender and fee auditor regarding first initial report (0.4) | 0.40 | 635.00 | 254.00 |
| 06/22/09 | RPR | Work on May billing statement (0.9) | 0.90 | 320.00 | 288.00 |
| 06/23/09 | RPR | Work on May billing statement (1.1); work on preparing monthly fee statement (0.7) | 1.80 | 320.00 | 576.00 |
| 06/24/09 | KDN | Draft email to J. Brown regarding certifications of no objection for third monthly fee application (0.1) | 0.10 | 635.00 | 63.50 |
| 06/24/09 | RPR | Work on May billing statement (1.4); work on May fee statement (0.8) | 2.20 | 320.00 | 704.00 |
| 06/25/09 | EFP | Review and edit May billing statement (2.3) | 2.30 | 225.00 | 517.50 |
| 06/25/09 | KDN | Draft responsive email to R. Rosen regarding April monthly fee application; draft email to H. Jimenez regarding same (0.1) | 0.10 | 635.00 | 63.50 |
| 06/25/09 | RPR | Work on May billing statement (1.8); work on May fee statement (0.9) | 2.70 | 320.00 | 864.00 |
| 06/26/09 | HUJ | Review fee application and conference with R. Rosen regarding same (0.6); correspond with local counsel regarding same (0.2) | 0.80 | 425.00 | 340.00 |

Tribune Company
75245-00001
Invoice No. 1792927

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/09 | KDN | Draft email to H. Jimenez regarding April monthly fee application (0.1) | 0.10 | 635.00 | 63.50 |
| 06/26/09 | RPR | Work on finalizing May fee statement (1.9) and exhibits (1.2); compile and forward same to K. Newmarch (0.1) | 3.20 | 320.00 | 1,024.00 |
| 06/29/09 | HUJ | Review and edit fifth monthly fee application (May) (0.7); correspondence with K. Newmarch and local counsel regarding same (0.3) | 1.00 | 425.00 | 425.00 |
| 06/29/09 | KDN | Draft multiple emails to H. Jimenez regarding May monthly fee application (0.1) | 0.10 | 635.00 | 63.50 |
| | | **Subtotal: B160  Fee/ Employment Applications** | **29.90** | | **10,041.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/23/09 | JPB7 | Follow up on broadcast tower ownership (0.3) | 0.30 | 515.00 | 154.50 |
| | | **Subtotal: B250   Real Estate** | **0.30** | | **154.50** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| HUJ | Hilla U. Jimenez | ASSOCIATE | 1.80 | 425.00 | 765.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 0.80 | 515.00 | 412.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 1.50 | 635.00 | 952.50 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 0.70 | 360.00 | 252.00 |
| EFP | Emily F. Peter | PARALEGAL | 3.30 | 225.00 | 742.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 22.10 | 320.00 | 7,072.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 2.30 | 205.00 | 471.50 |

Tribune Company
75245-00001
Invoice No. 1792927

| | |
|---|---|
| **Current Fees and Costs** | $10,673.80 |
| **Total Balance Due** | $10,673.80 |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
    Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792928

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $7,677.00 |
| **Current Fees and Costs Due** | **$7,677.00** |
| **Total Balance Due** | **$7,677.00** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792928

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**34th Street Lease**
PHJ&W LLP File# 75245-00002
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $7,677.00 |
| **Current Fees and Costs Due** | **$7,677.00** |
| **Total Balance Due** | **$7,677.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792928

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

### 34th Street Lease $7,677.00

## B185  Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/09 | GES3 | Review and draft correspondence regarding lease rejections (0.7); telephone conference with D. Kazan, S. Pater, R. McGerald and T. Chandran regarding rejection issues (0.4); follow up with landlord's counsel regarding extension agreement and stipulation (0.3); telephone conference with S. Pater regarding rejection timing and responses (0.4); review docket filings (0.2) | 2.00 | 810.00 | 1,620.00 |

Tribune Company
75245-00002
Invoice No. 1792928

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/02/09 | GES3 | Correspondence with K. Kansa and T. Chandran regarding stipulation revisions (0.4); review docket filings (0.2); review and revise landlord letter (0.2); telephone conference with T. Chandran regarding stipulation revisions (0.2); draft correspondence regarding same (0.1); correspondence with S. Pater regarding stipulation (0.1); correspondence with landlord's counsel regarding landlord letter (0.2) | 1.40 | 810.00 | 1,134.00 |
| 06/02/09 | TJC3 | Revise Insertco lease stipulation (0.7); meet with G. Spitzer regarding same (0.4) | 1.10 | 580.00 | 638.00 |
| 06/03/09 | GES3 | Correspondence with S. Markowitz regarding stipulation (0.3); conference and correspondence with T. Chandran regarding Insertco lease status (0.4); correspondence with S. Pater regarding stipulation status (0.1); correspondence with K. Kansa regarding stipulation (0.2) | 1.00 | 810.00 | 810.00 |
| 06/03/09 | TJC3 | Review and revise Insertco stipulation (0.6); conference with G. Sptizer regarding same (0.1) | 0.70 | 580.00 | 406.00 |
| 06/05/09 | GES3 | Review stipulation for extension, assumption and rejection motions (0.5); correspondence with S. Markowitz regarding filed stipulation and extension (0.2); conference with T. Chandran regarding landlord requests (0.1) | 0.80 | 810.00 | 648.00 |
| 06/05/09 | TJC3 | Revise Insertco stipulation (0.2); conference with G. Spitzer regarding same (0.2) | 0.40 | 580.00 | 232.00 |

Tribune Company
75245-00002
Invoice No. 1792928

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/15/09 | TJC3 | Revise side letter relating to extension of assumption/rejection period for Insertco lease (0.1); conference with G. Spitzer regarding same (0.2) | 0.30 | 580.00 | 174.00 |
| | | **Subtotal: B185  Assumption/ Rejection of Leases and Contracts** | **7.70** | | **5,662.00** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/09 | TJC3 | Revise Insertco stipulation (0.3); telephone conference with D. Kazan, S. Pater, R. McGerald and G. Spitzer regarding Insertco stipulation (0.4); follow up with landlord's counsel regarding same (0.4) | 1.10 | 580.00 | 638.00 |
| 06/15/09 | GES3 | Correspondence with S. Markowitz regarding Insertco lease and landlord correspondence (0.1); conference with T. Chandran regarding document deliveries (0.2) | 0.30 | 810.00 | 243.00 |
| 06/24/09 | GES3 | Correspondence with D. Kazan and S. Pater regarding Insertco lease questions (0.2); review Insertco lease documents (0.4) | 0.60 | 810.00 | 486.00 |
| 06/25/09 | GES3 | Correspondence with S. Pater and D. Kazan regarding Insertco lease questions (0.1) | 0.10 | 810.00 | 81.00 |
| 06/30/09 | GES3 | Telephone conference with D. Kazan, S. Pater and R. McGerald regarding co-tenancy and lease issues related to 34th Street property (0.6); correspondence with T. Chandran regarding lease issues at property (0.1) | 0.70 | 810.00 | 567.00 |
| | | **Subtotal: B250   Real Estate** | **2.80** | | **2,015.00** |

Tribune Company
75245-00002
Invoice No. 1792928

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|------|-------------------|-----------|-------|--------|----------|
| GES3 | Gregory E. Spitzer | PARTNER | 6.90 | 810.00 | 5,589.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 3.60 | 580.00 | 2,088.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$7,677.00** |
| **Total Balance Due** | **$7,677.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings·

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792929

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $2,700.00 |
| **Current Fees and Costs Due** | **$2,700.00** |
| **Total Balance Due** | **$2,700.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                July 28, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL  60611-4096                        Invoice Number: 1792929

Attn:  David Eldersveld, Esq.                  PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $2,700.00 |
| **Current Fees and Costs Due** | **$2,700.00** |
| **Total Balance Due** | **$2,700.00** |

**Wiring Instructions:**
   Bank of America
   ABA # 0260-0959-3
   CHIPS Address:  0959
   SWIFT Address:  BOFAUS3N
   100 West 33rd Street
   New York, New York  10001
   Account Number: 14599-04796
   Account Name: Paul, Hastings, Janofsky & Walker LLP
   Comment: Please refer to the invoice number listed above.

**Remittance Address:**
   Paul, Hastings, Janofsky & Walker LLP
   191 N. Wacker Drive
   30th Floor
   Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792929

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

**Lease Rejections**                                               **$2,700.00**

**B110  Case Administration**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/03/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 06/05/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 06/15/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| 06/24/09 | GES3 | Review docket filings (0.6) | 0.60 | 810.00 | 486.00 |
| 06/25/09 | GES3 | Review docket filings (0.2) | 0.20 | 810.00 | 162.00 |
| | | **Subtotal: B110  Case Administration** | **1.40** | | **1,134.00** |

**B185  Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/04/09 | JSR6 | Telephone conference with S. Pater, D. Perlman and G. Spitzer regarding lease assumption/rejection issues (1.0) | 1.00 | 675.00 | 675.00 |

Tribune Company
75245-00003
Invoice No. 1792929

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/08/09 | GES3 | Correspondence with K. Kansa regarding stipulation (0.1); conference with T. Chandran regarding landlord requests (0.2); review docket filings regarding same (0.1) | 0.40 | 810.00 | 324.00 |
| 06/30/09 | GES3 | Review docket filings (0.3); correspondence with K. Kansa regarding contract rejection and filing issues (0.4) | 0.70 | 810.00 | 567.00 |
| | Subtotal: | **B185   Assumption/ Rejection of Leases and Contracts** | **2.10** | | **1,566.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 2.50 | 810.00 | 2,025.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 1.00 | 675.00 | 675.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$2,700.00** |
| **Total Balance Due** | | **$2,700.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792930

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Real Estate Assumption Matters**
PHJ&W LLP File# 75245-00004
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $63.50 |
| **Current Fees and Costs Due** | **$63.50** |
| **Total Balance Due** | **$63.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792930

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Real Estate Assumption Matters**
PHJ&W LLP File# 75245-00004
Daniel J. Perlman

Legal fees for professional services
for the period ending June 30, 2009

|  |  |
|---|---:|
| | $63.50 |
| **Current Fees and Costs Due** | **$63.50** |
| **Total Balance Due** | **$63.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792930

PHJ&W Tax ID No. 95-2209675

---

**FOR PROFESSIONAL SERVICES RENDERED**
for the period ending June 30, 2009

### Real Estate Assumption Matters        $63.50

## B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/04/09 | KDN | Telephone call with J. Bender regarding assumption procedures related to amended lease agreements (0.1) | 0.10 | 635.00 | 63.50 |
| | | **Subtotal: B185  Assumption/ Rejection of Leases and Contracts** | **0.10** | | **63.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.10 | 635.00 | 63.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$63.50** |
| **Total Balance Due** | **$63.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
          Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792931

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $10,650.00 |
| Costs incurred and advanced | 48.15 |
| **Current Fees and Costs** | **$10,698.15** |
| **Total Balance Due** | **$10,698.15** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792931

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $10,650.00 |
| Costs incurred and advanced | 48.15 |
| **Current Fees and Costs Due** | **$10,698.15** |
| **Total Balance Due** | **$10,698.15** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792931

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

**St. Louis**                                                        **$10,650.00**

**B131  Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/09 | DMS5 | Draft escrow instruction letter for title company for St. Louis closing (1.4) | 1.40 | 360.00 | 504.00 |
| 06/01/09 | JPB7 | Coordinate closing of St. Louis transaction (1.7) | 1.70 | 515.00 | 875.50 |
| 06/02/09 | JPB7 | Coordinate closing of St. Louis transaction (1.1) | 1.10 | 515.00 | 566.50 |
| 06/02/09 | JSR6 | Preparation for closing of sale of property including finalizing closing documents and closing statement (3.5) | 3.50 | 675.00 | 2,362.50 |
| 06/03/09 | JPB7 | Coordinate transaction closing (1.8) | 1.80 | 515.00 | 927.00 |
| 06/03/09 | JSR6 | Closing of sale of property (5.5) | 5.50 | 675.00 | 3,712.50 |
| 06/09/09 | DMS5 | Conference with J. Brown regarding closing book (0.3) | 0.30 | 360.00 | 108.00 |
| 06/10/09 | JBB3 | Organize closing documents (2.1); prepare closing book index (0.4) | 2.50 | 205.00 | 512.50 |

Tribune Company
75245-00010
Invoice No. 1792931

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/11/09 | DMS5 | Telephone conference with J. Brown regarding closing book (0.2) | 0.20 | 360.00 | 72.00 |
| 06/11/09 | JBB3 | Organize closing documents (1.1); prepare closing book index (0.2) | 1.30 | 205.00 | 266.50 |
| 06/17/09 | JBB3 | Update closing book index per J. Bender's comments (0.3); organize closing documents (0.4) | 0.70 | 205.00 | 143.50 |
| 06/17/09 | JSR6 | Address post-closing issues regarding July rent invoices and property tax assessments (0.5) | 0.50 | 675.00 | 337.50 |
| 06/24/09 | JBB3 | Update closing book index (0.2) | 0.20 | 205.00 | 41.00 |
| 06/25/09 | DMS5 | Compose letter to K. Hackett regarding closing binder (0.5) | 0.50 | 360.00 | 180.00 |
| 06/29/09 | JBB3 | Review closing book CDs (0.1) and upload closing documents to system (0.1) | 0.20 | 205.00 | 41.00 |
| | | **Subtotal:  B131   Sale of Real Estate** | **21.40** | | **10,650.00** |

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 9.50 | 675.00 | 6,412.50 |
| DMS5 | Daniel M. Simon | ASSOCIATE | 2.40 | 360.00 | 864.00 |
| JPB7 | Justin P. Bender | ASSOCIATE | 4.60 | 515.00 | 2,369.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 4.90 | 205.00 | 1,004.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$10,698.15** |
| **Total Balance Due** | **$10,698.15** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company                                 July 28, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                          Please refer to
Chicago, IL 60611-4096                          Invoice Number: 1792932

Attn: David Eldersveld, Esq.                    PHJ&W Tax ID No. 95-2209675
     Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $12,885.50 |
| Costs incurred and advanced | 1.60 |
| **Current Fees and Costs** | **$12,887.10** |
| **Total Balance Due** | **$12,887.10** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792932

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**KTLA**
PHJ&W LLP File# 75245-00013
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $12,885.50 |
| Costs incurred and advanced | 1.60 |
| **Current Fees and Costs Due** | **$12,887.10** |
| **Total Balance Due** | **$12,887.10** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792932

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

## KTLA

$12,885.50

### B185   Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/01/09 | PAR | Various telephone conferences with S. Kalt and S. Pater regarding revisions to lease amendment (1.0); conference call with Hudson and S. Pater regarding response to lease amendment (0.3); prepare email to S. Pater regarding same (0.2) | 1.50 | 810.00 | 1,215.00 |
| 06/02/09 | DJP2 | Review KTLA lease amendment (0.8); call with client regarding same (0.6) | 1.40 | 790.00 | 1,106.00 |
| 06/02/09 | GES3 | Review and draft correspondence regarding lease amendment issues (0.2) | 0.20 | 810.00 | 162.00 |
| 06/02/09 | PAR | Telephone conference with  S. Kalt (0.5); prepare email to S. Pater regarding same (0.5); review new lease amendment (0.5); conference call with client regarding lease amendment (0.5) | 2.00 | 810.00 | 1,620.00 |
| 06/02/09 | RAC6 | Review agreement and telephone call with P. Ramsey regarding approval issues (0.3) | 0.30 | 895.00 | 268.50 |

Tribune Company
75245-00013
Invoice No. 1792932

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/03/09 | DJP2 | Review revised KTLA lease (1.2) | 1.20 | 790.00 | 948.00 |
| 06/03/09 | FLH | Prepare correspondence to S. Kalt regarding revised lease amendment (0.2); revise KTLA lease amendment (0.2); correspondence to S. Kalt regarding same (0.1) | 0.50 | 335.00 | 167.50 |
| 06/03/09 | PAR | Revise KTLA lease amendment (1.0); telephone conference with S. Kalt regarding same (0.3); prepare emails regarding same (0.2) | 1.50 | 810.00 | 1,215.00 |
| 06/04/09 | FLH | Conference call with P. Ramsey and S. Kalt (0.2); revise KTLA lease amendment (0.1); correspondence to S. Kalt regarding same (0.1); conference call with P. Ramsey and S. Kalt regarding revisions to lease amendment (0.1); revise amendment (0.1); correspondence to S. Kalt regarding revisions (0.1); further revise amendment to include landlord lender and legal fees (0.1); correspondence to/from S. Kalt and S. Pater regarding final form of amendment and execution of same (0.1) | 0.90 | 335.00 | 301.50 |
| 06/04/09 | PAR | Prepare responsive emails to S. Pater (0.3); telephone conferences with S. Kalt regarding lease amendment issues (0.5); additional revisions (0.3); prepare email to R. Chesley (0.1); prepare emails to S. Kalt (0.3); prepare emails to S. Pater regarding lease amendment revisions (0.3) | 1.80 | 810.00 | 1,458.00 |
| 06/05/09 | FLH | Correspondence to/from S. Pater regarding final lease amendment (0.2); review correspondence from S. Kalt regarding execution of lease amendment (0.1) | 0.30 | 335.00 | 100.50 |
| 06/05/09 | PAR | Review various emails regarding lease amendment execution from S. Kalt and S. Pater (0.3) | 0.30 | 810.00 | 243.00 |

Tribune Company
75245-00013
Invoice No. 1792932

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/08/09 | FLH | Correspondence to/from S. Pater regarding payment under lease amendment (0.1); correspondence to S. Kalt regarding fully-executed first amendment to lease (0.2); correspondence to S. Kalt regarding timing for payment under lease amendment (0.2) | 0.50 | 335.00 | 167.50 |
| 06/09/09 | FLH | Conference call with S. Kalt regarding Exhibit C to first amendment depicting Gordon Street garage (0.2); correspondence from S. Kalt regarding same (0.1); correspondence from S. Kalt regarding Tribune motion to assume lease (0.1); correspondence to/from S. Pater regarding same (0.1) | 0.50 | 335.00 | 167.50 |
| 06/12/09 | PAR | Review email exchange regarding bankruptcy motion (0.2); email to KTLA lawyer regarding same (0.3) | 0.50 | 810.00 | 405.00 |
| 06/16/09 | FLH | Correspondence to/from D. Fidler regarding status of amendment to motion (0.3) | 0.30 | 335.00 | 100.50 |
| 06/17/09 | PAR | Review various lease assumption issues related to studion (0.3) | 0.30 | 810.00 | 243.00 |
| 06/26/09 | PAR | Telephone conference with client regarding bankruptcy motion (0.3) | 0.30 | 810.00 | 243.00 |
| 06/30/09 | PAR | Email to R. Chesley regarding bankruptcy motion (0.2); email to S. Kalt regarding same (0.2); reply from S. Kalt regarding same (0.1) | 0.50 | 810.00 | 405.00 |
| | | **Subtotal: B185  Assumption/ Rejection of Leases and Contracts** | **14.80** | | **10,536.50** |

Tribune Company
75245-00013
Invoice No. 1792932

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/09/09 | PAR | Review various emails regarding bankruptcy issues (0.3) | 0.30 | 810.00 | 243.00 |
| 06/15/09 | PAR | Review communications from bankruptcy counsel for Hudson counsel (0.3); review emails regarding same (0.2) | 0.50 | 810.00 | 405.00 |
| 06/16/09 | PAR | Responses to KTLA bankruptcy counsel communications (0.5) | 0.50 | 810.00 | 405.00 |
| 06/25/09 | PAR | Conference with S. Kalt regarding lease amendment (0.8) | 0.80 | 810.00 | 648.00 |
| 06/25/09 | PAR | Telephone conference with S. Kalt regarding lease amendments (0.3); telephone conference with S. Node (0.2); prepare memorandum to S. Pater and R. Chesley (0.3) | 0.80 | 810.00 | 648.00 |
| | **Subtotal:  B250   Real Estate** | | **2.90** | | **2,349.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 2.60 | 790.00 | 2,054.00 |
| GES3 | Gregory E. Spitzer | PARTNER | 0.20 | 810.00 | 162.00 |
| PAR | Patrick A. Ramsey | PARTNER | 11.60 | 810.00 | 9,396.00 |
| RAC6 | Richard A. Chesley | PARTNER | 0.30 | 895.00 | 268.50 |
| FLH | Felicia L. Holley | PARALEGAL | 3.00 | 335.00 | 1,005.00 |

|  |  |
|--|--|
| **Current Fees and Costs** | **$12,887.10** |
| **Total Balance Due** | **$12,887.10** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792933

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $12,690.00 |
| **Current Fees and Costs Due** | **$12,690.00** |
| **Total Balance Due** | **$12,690.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792933

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Construction Contract**
PHJ&W LLP File# 75245-00016
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $12,690.00 |
| **Current Fees and Costs Due** | **$12,690.00** |
| **Total Balance Due** | **$12,690.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PaulHastings**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
     Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792933

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

**Construction Contract**                                                    **$12,690.00**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/08/09 | JSR6 | Telephone conference with S. Pater regarding revised construction contract and general conditions (0.5); telephone conference with V. Gutekanst regarding same (0.3); review open issues regarding general conditions (2.2) | 3.00 | 675.00 | 2,025.00 |
| 06/11/09 | JSR6 | Review GMP for construction contract (1.0); review insurance requirements for contractor (1.0); review issues relating to additional owner costs under construction contract (1.5) | 3.50 | 675.00 | 2,362.50 |
| 06/12/09 | JSR6 | Telephone conference with V. Gutekanst regarding revised construction contract (0.5); prepare comments to revised construction contract (3.0) | 3.50 | 675.00 | 2,362.50 |

Tribune Company
75245-00016
Invoice No. 1792933

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/15/09 | JSR6 | Work on open issues in construction contract and general conditions for WGN/CLTV consolidation (2.5); review comments to construction contract from J. Dewey (1.0) | 3.50 | 675.00 | 2,362.50 |
| 06/18/09 | JSR6 | Telephone conference with S. Pater and J. Douglas regarding construction contract (0.5); telephone conference with V. Gutekanst regarding same (1.0); review open issues in construction contract (1.3) | 2.80 | 675.00 | 1,890.00 |
| 06/25/09 | JSR6 | Review issues regarding use of AIA forms stamped with "draft" watermark (0.7); finalize construction contract (0.8) | 1.50 | 675.00 | 1,012.50 |
| 06/30/09 | JSR6 | Finalize construction contract with Clune (1.0) | 1.00 | 675.00 | 675.00 |
| | **Subtotal: B250   Real Estate** | | **18.80** | | **12,690.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 18.80 | 675.00 | 12,690.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$12,690.00** |
| **Total Balance Due** | | **$12,690.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul|Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

July 28, 2009

Please refer to
Invoice Number: 1792934

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $16,065.00 |
| **Current Fees and Costs Due** | **$16,065.00** |
| **Prior Balance Due** | **$27,988.00** |
| **Total Balance Due** | **$44,053.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792934

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

Legal fees for professional services
for the period ending June 30, 2009

|  |  |
|---|---|
| Legal fees for professional services for the period ending June 30, 2009 | $16,065.00 |
| **Current Fees and Costs Due** | **$16,065.00** |
| **Prior Balance Due** | **$27,988.00** |
| **Total Balance Due** | **$44,053.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
75245-00022
Invoice No. 1792934

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 06/25/09 | 1788182 | $27,988.00 | $0.00 | $0.00 | $27,988.00 |

| | |
|---|---|
| **Total Prior Due** | **$27,988.00** |
| **Balance Due** | **$44,053.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792934

PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

<u>3 Westbrook</u>                                                                                    **$16,065.00**

**B250   Real Estate**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 06/01/09 | JSR6 | Finalize comments to revised sublease (1.6); telephone conference with K. Hackett regarding sublease (0.4) | 2.00 | 675.00 | 1,350.00 |
| 06/02/09 | JSR6 | Multiple telephone conferences with S. Pater, K. Hackett, J. Semaris, D. Hartnett and D. Riekse regarding sublease (1.5) | 1.50 | 675.00 | 1,012.50 |
| 06/04/09 | JSR6 | Review revised sublease (2.0); telephone conference with K. Hackett regarding same (0.5); prepare non-disturbance agreement (2.0); review landlord consent to sublease (1.0) | 5.50 | 675.00 | 3,712.50 |
| 06/05/09 | JSR6 | Prepare revisions to sublease (2.0); telephone conference with K. Hackett regarding same (0.5) | 2.50 | 675.00 | 1,687.50 |
| 06/09/09 | JSR6 | Review issues regarding master landlord and master sublandlord consent and sublease and non-disturbance agreement from master landlord and master sublandlord (3.5) | 3.50 | 675.00 | 2,362.50 |

Tribune Company
75245-00022
Invoice No. 1792934

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/16/09 | JSR6 | Review revised sublease for master landlord and master sublandlord consent issues (1.0) | 1.00 | 675.00 | 675.00 |
| 06/18/09 | JSR6 | Telephone conference with S. Pater, J. Semoris and K. Hackett regarding revised sublease (0.8); prepare revisions to sublease based on client's comments (1.0) | 1.80 | 675.00 | 1,215.00 |
| 06/19/09 | JSR6 | Telephone conference with S. Pater, K. Hackett, J. Semaris, D. Rieske, D. Hartnett and C. Loeb regarding sublease (1.0); prepare revisions to sublease (1.0); review issues regarding court approval of sublease (0.5); review issues regarding security system approval (0.5) | 3.00 | 675.00 | 2,025.00 |
| 06/26/09 | JSR6 | Review consent to sublease from master landlord and consent to sublease from master sublandlord and prepare comments to same (2.0) | 2.00 | 675.00 | 1,350.00 |
| 06/29/09 | JSR6 | Review issues regarding consent to sublease from master landlord and master sublandord (1.0) | 1.00 | 675.00 | 675.00 |
| | Subtotal: B250   Real Estate | | 23.80 | | 16,065.00 |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 23.80 | 675.00 | 16,065.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$16,065.00** |
| **Prior Balance Due** | 27,988.00 |
| **Total Balance Due** | **$44,053.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792935

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**Northlake**
PHJ&W LLP File# 75245-00024
Daniel J. Perlman

Legal fees for professional services
for the period ending June 30, 2009

|  |  |
|---|---:|
| | $14,731.50 |
| **Current Fees and Costs Due** | **$14,731.50** |
| **Prior Balance Due** | **$18,122.50** |
| **Total Balance Due** | **$32,854.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
  Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792935

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Northlake**
PHJ&W LLP File# 75245-00024
Daniel J. Perlman

Legal fees for professional services
for the period ending June 30, 2009 | $14,731.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$14,731.50** |
| **Prior Balance Due** | **$18,122.50** |
| **Total Balance Due** | **$32,854.00** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

Tribune Company
75245-00024
Invoice No. 1792935

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 06/25/09 | 1788184 | $18,122.50 | $0.00 | $0.00 | $18,122.50 |

| | |
|---|---|
| **Total Prior Due** | **$18,122.50** |
| **Balance Due** | **$32,854.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                                July 28, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                         Please refer to
Chicago, IL  60611-4096                        Invoice Number: 1792935

Attn: David Eldersveld, Esq.                   PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

**<u>Northlake</u>**                                                    **$14,731.50**

## B240   Tax Issues

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 06/08/09 | JPB7 | Review modified third amendment to lease (0.6) | 0.60 | 515.00 | 309.00 |
| | **Subtotal: B240   Tax Issues** | | **0.60** | | **309.00** |

## B250   Real Estate

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 06/02/09 | JSR6 | Review revised third amendment to lease and provide comments to same (2.0) | 2.00 | 675.00 | 1,350.00 |
| 06/03/09 | JPB7 | Telephone conference with S. Pater, J. Semaras and J. Rheeling regarding lease amendment (0.8); revise lease amendment (1.4) | 2.20 | 515.00 | 1,133.00 |
| 06/03/09 | JSR6 | Telephone conferences with S. Pater, J. Bender and J. Semaras regarding lease amendment (0.8); prepare revisions to lease amendment (0.7) | 1.50 | 675.00 | 1,012.50 |
| 06/04/09 | JPB7 | Revise third amendment to lease agreement (1.2) | 1.20 | 515.00 | 618.00 |

Tribune Company
75245-00024
Invoice No. 1792935

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/04/09 | JSR6 | Prepare revisions to third amendment (2.0) | 2.00 | 675.00 | 1,350.00 |
| 06/09/09 | JPB7 | Revise third amendment (0.8) | 0.80 | 515.00 | 412.00 |
| 06/09/09 | JSR6 | Review revised third amendment to lease (2.3); telephone conference with S. Pater and J. Semaras regarding third amendment (1.2) | 3.50 | 675.00 | 2,362.50 |
| 06/10/09 | JPB7 | Revise third amendment to lease (1.3) | 1.30 | 515.00 | 669.50 |
| 06/10/09 | JSR6 | Revise third amendment to lease (3.0) | 3.00 | 675.00 | 2,025.00 |
| 06/11/09 | JPB7 | Revise third amendment to lease (1.3) | 1.30 | 515.00 | 669.50 |
| 06/15/09 | JPB7 | Revise third amendment to lease agreement (1.6) | 1.60 | 515.00 | 824.00 |
| 06/15/09 | JSR6 | Review revised draft of lease amendment (1.0); telephone conference with J. Semaras regarding lease amendment revisions (0.5) | 1.50 | 675.00 | 1,012.50 |
| 06/16/09 | JPB7 | Review final form of third amendment (0.6) | 0.60 | 515.00 | 309.00 |
| 06/16/09 | JSR6 | Review existing guaranty for lease (0.8); review reaffirmation of guaranty in amendment to lease (0.2) | 1.00 | 675.00 | 675.00 |
| **Subtotal: B250   Real Estate** | | | **23.50** | | **14,422.50** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Jeffrey S. Rheeling | 14.50 | hours at | $675.00 |
| Justin P. Bender | 9.60 | hours at | $515.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$14,731.50** |
| **Prior Balance Due** | **18,122.50** |
| **Total Balance Due** | **$32,854.00** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792936

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

### CLTV Mortgage Advertising Advice
PHJ&W LLP File# 75245-00025
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $917.50 |
| **Current Fees and Costs Due** | **$917.50** |
| **Total Balance Due** | **$917.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792936

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**CLTV Mortgage Advertising Advice**
PHJ&W LLP File# 75245-00025
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $917.50 |
| **Current Fees and Costs Due** | **$917.50** |
| **Total Balance Due** | **$917.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company                              July 28, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                       Please refer to
Chicago, IL 60611-4096                       Invoice Number: 1792936

Attn: David Eldersveld, Esq.                 PHJ&W Tax ID No. 95-2209675
      Vice President & Deputy General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

## CLTV Mortgage Advertising Advice                              $917.50

### B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/23/09 | JSR6 | Telephone conference with C. Sennet, R. Mariella and L. Kaplan regarding advertising plan (0.5) | 0.50 | 675.00 | 337.50 |
| 06/23/09 | LDK3 | Telephone conference with C. Sennett and R. Mariella at client's office regarding CLTV advertisement (0.5); review proposed scripts for proposed advertisement (0.3) | 0.80 | 725.00 | 580.00 |
| | | **Subtotal: B250   Real Estate** | **1.30** | | **917.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 0.50 | 675.00 | 337.50 |
| LDK3 | Lawrence D. Kaplan | OF COUNSEL | 0.80 | 725.00 | 580.00 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$917.50** |
| **Total Balance Due** | | **$917.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792937

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $6,609.00 |
| Costs incurred and advanced | 0.40 |
| **Current Fees and Costs** | **$6,609.40** |
| **Total Balance Due** | **$6,609.40** |

<u>**Wiring Instructions:**</u>
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

<u>**Remittance Address:**</u>
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
         Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792937

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending June 30, 2009 | $6,609.00 |
| Costs incurred and advanced | 0.40 |
| **Current Fees and Costs Due** | **$6,609.40** |
| **Total Balance Due** | **$6,609.40** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

July 28, 2009

Please refer to
Invoice Number: 1792937

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending June 30, 2009

## Sale of 250 Miller Place, Hicksville          $6,609.00

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/23/09 | KLS3 | Prepare draft of purchase and sale agreement (2.50) | 2.50 | 475.00 | 1,187.50 |
| 06/23/09 | LW9 | Draft purchase and sale agreement (0.8) | 0.80 | 360.00 | 288.00 |
| 06/24/09 | JSR6 | Revise initial draft of purchase agreement (3.0) | 3.00 | 675.00 | 2,025.00 |
| 06/24/09 | KLS3 | Conference with J. Rheeling regarding comments to purchase and sale agreement (0.5); revise purchase and sale agreement per comments from J. Rheeling (1.5) | 2.00 | 475.00 | 950.00 |
| 06/24/09 | NAY2 | Conferences with K. Steffy and I. Lerman regarding New York provisions of purchase and sale agreement (0.1); review same (0.1); email correspondence regarding same (0.1) | 0.30 | 585.00 | 175.50 |
| 06/25/09 | JBB3 | Research transfer tax in Nassau County, NY per K. Steffy (0.2) | 0.20 | 205.00 | 41.00 |

Tribune Company
75245-00026
Invoice No. 1792937

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/25/09 | KLS3 | Prepare promissory note for seller financing in connection with sale (1.0) | 1.00 | 475.00 | 475.00 |
| 06/26/09 | NAY2 | Conferences with R. Wertheimer and M. McCarthy regarding mortgage (0.1); email correspondence regarding same (0.1) | 0.20 | 585.00 | 117.00 |
| 06/30/09 | JSR6 | Review updated draft of purchase and sale agreement (2.0) | 2.00 | 675.00 | 1,350.00 |
| | | **Subtotal:  B131   Sale of Real Estate** | **12.00** | | **6,609.00** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 5.00 | 675.00 | 3,375.00 |
| KLS3 | Kate L. Steffy | ASSOCIATE | 5.50 | 475.00 | 2,612.50 |
| LW9 | Leah Weiss | ASSOCIATE | 0.80 | 360.00 | 288.00 |
| NAY2 | Nathalia A. Young | ASSOCIATE | 0.50 | 585.00 | 292.50 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 0.20 | 205.00 | 41.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$6,609.40** |
| **Total Balance Due** | **$6,609.40** |