# EXHIBIT B

## (Expenses Statement)

**EXPENSE SUMMARY**
**JUNE 1, 2009 THROUGH JUNE 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies (Corporate Documents) | | $0.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $25.54 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $5.61 |
| Photocopy Charges ($0.10 per page) | | $25.30 |
| Facsimile | | $0.00 |
| TOTAL | | $56.45 |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

July 28, 2009  

Please refer to  
Invoice Number: 1792927  

PHJ&W Tax ID No. 95-2209675  

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 06/17/2009 | RPR | Photocopy Charges | 62 | 0.10 | 6.20 |
| 06/29/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | **$6.30** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
Vice President & Deputy General Counsel  

July 28, 2009

Please refer to  
Invoice Number: 1792931

PHJ&W Tax ID No. 95-2209675

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2009 | DMS5 | Photocopy Charges | 7 | 0.10 | 0.70 |
| 06/19/2009 | JBB3 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 06/22/2009 | JBB3 | Photocopy Charges | 4 | 0.10 | 0.40 |
| 06/25/2009 | DMS5 | Photocopy Charges | 179 | 0.10 | 17.90 |
| 06/10/2009 | DJP2 | Long Distance Telephone Charges - Genesys Conferencing, Inc. Inv. #I-722218, 02.21.09 – conference call | | | 25.00 |
| 06/10/2009 | DJP2 | Long Distance Telephone Charges - Genesys Conferencing, Inc. Inv. #C-751908, 05.14.09 - conference call credit from Inv. #I-722218 dated 02/21/09 | | | (21.49) |
| 05/28/2009 | PHJW | UPS 05/28/09 Benjamin Randall, Randall & Kenig, Chicago, IL 60611 | | | 11.88 |
| 06/01/2009 | PHJW | UPS 06/01/09 Kelly Cochran, St. Louis Title Company, St Louis, MO 63105 | | | 13.66 |
| | | **Total Costs** | | | **$48.15** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

July 28, 2009  

Please refer to  
Invoice Number: 1792932  

PHJ&W Tax ID No. 95-2209675  

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2009 | FLH | SP - Conference Calls | | | 1.60 |
| | | **Total Costs** | | | **$1.60** |

LEGAL_US_E # 84577607.1

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL  60611-4096  

Attn:  David Eldersveld, Esq.  
        Vice President & Deputy General Counsel

July 28, 2009

Please refer to  
Invoice Number: 1792937

PHJ&W Tax ID No. 95-2209675

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 06/25/2009 | PHJW | Long Distance Telephone Charges | | | 0.40 |
| | | **Total Costs** | | | **$0.40** |