# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025149 |
| Invoice Date: | 04/22/2009 |

## Remittance Copy
### Billing for services rendered through 03/31/2009

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---|
| Total Services | $ 5,415.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 5,415.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025149 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

0040 General Employee Benefits Matters
Client/Reference Number: 0000000847

| | |
|---|---|
| Total Services | $ 5,415.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 5,415.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 2025149
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0040        General Employee Benefits Matters
                    Client/Reference Number: 0000000847

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/14/09 | J. Boyles | 1.80 | Conference with Paul Compernolle regarding Chicago Newspaper Publishers Union Pension Fund withdrawal liability issues (.80); research and attention to same (1.20). |
| 01/16/09 | P. Compernolle | 2.00 | Research and review materials regarding Local 706 multiemployer plan (1.60); telephone conference with K. Lantry of Sidley regarding regarding same (.40). |
| 01/16/09 | J. Boyles | 1.00 | Conference call with Paul Compernolle and bankruptcy counsel regarding Chicago Newspaper Publishers Drivers Union Pension (.50); Preparation for same (.20); Research and attention to partition rules (.30). |
| 01/26/09 | J. Boyles | 1.30 | Reviewed funding notice from GCIU-Employer Retirement Fund, along with documents regarding funding status (.80); Attention to surcharge assessment issues (.50). |
| 01/27/09 | P. Compernolle | 1.00 | Review and research surcharge contribution (.90); voicemail to T. Fair regarding same (.10). |
| 01/27/09 | D. Senecoff | 0.80 | Review critical status notice and PPA/technical corrections guidance on critical status requirements for multiemployer plan (.60). Email to Paul Compernolle describing (.20). |
| 02/05/09 | P. Compernolle | 0.30 | Telephone conference with D. Kazan regarding MEWA issues for Classified Ventures. |
| 02/09/09 | P. Compernolle | 0.50 | Email to M. Bourgon regarding multi-employer plan liability; review emails. |

| | | Total Hours | 8.70 | | Total For Services | $5,415.00 |
|---|---|---|---|---|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2025149
Invoice Date:   04/22/2009

**Total This Invoice** _____ **$5,415.00**

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025149

04/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0040  General Employee Benefits Matters | 8.70 | 5,415.00 | 0.00 | 0.00 | 5,415.00 |

U.S. practice conducted through McDermott Will & Emery LLP.

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025150 |
| Invoice Date: | 04/22/2009 |

## Remittance Copy
### Billing for services rendered through 03/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

Total Services $ 30,659.50

Total Costs and Other Charges Posted Through Billing Period 0.00

**Total This Invoice** **$ 30,659.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025150 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 30,659.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 30,659.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 2025150
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0041          Welfare Plans
                      Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/05/09 | P. Compernolle | 0.30 | Telephone conference with R. DeBoer re status of United Healthcare documentation. |
| 01/05/09 | P. Compernolle | 0.50 | Research regarding COBRA rights of retiree medical plan participants after bankruptcy filing. |
| 01/05/09 | A. Gordon | 2.80 | Conference call with S. O'Connor regarding performance guarantees (.50); conference call with R. DeBoer re: United Contracts (.40); review United HealthCare contracts (1.90). |
| 01/06/09 | A. Gordon | 1.30 | Review and revise UHC documents. |
| 01/07/09 | A. Gordon | 3.50 | Review e-mail from R. DeBoer regarding negotiations with United and respond to same (.30); research and draft e-mail to P. Compernolle regarding COBRA in bankruptcy (3.20). |
| 01/08/09 | P. Compernolle | 0.50 | Review status of negotiations and documentation with United Healthcare and other providers for medical plan. |
| 01/08/09 | P. Compernolle | 0.30 | Email to M. Bourgon regarding COBRA issues. |
| 01/08/09 | A. Gordon | 1.80 | Review and respond to e-mail from R. DeBoer (.30); review and revise UHC documents (1.50). |
| 01/14/09 | S. Nash | 1.30 | Office conference with P. Compernolle regarding MSP reporting rules (.30); telephone call with Kevin Dansart regarding same (.20); telephone call with Kevin Dansart regarding furnishing SPD to plan participant (.20); research MSP reporting requirements (.60). |
| 01/20/09 | A. Gordon | 1.50 | Review and revise Spectera Agreement. |
| 01/21/09 | A. Gordon | 1.80 | Review and revise the Spectera agreement. |
| 01/30/09 | P. Compernolle | 0.50 | Review deferred compensation issues relating to Times Mirror plan (.40); telephone conference with M. Bourgon |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2025150
Invoice Date:   04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | regarding same (.10). |
| 02/03/09 | A. Gordon | 0.80 | Conference call with R. DeBoer regarding confidentiality agreement between Medco, UHG and Tribune (.40); review agreement (.40). |
| 02/09/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding ERISA plan. |
| 02/11/09 | S. Nash | 0.30 | Telephone call with Kevin Dansart regarding change in status under 125 plan. |
| 02/12/09 | P. Compernolle | 0.50 | Review materials regarding Guild spousal surcharge and effect on benefit plans. |
| 02/12/09 | A. Gordon | 1.30 | (Baltimore Sun) Review arbitration regarding spousal surcharge (.90); discuss same with P. Compernolle (.40). |
| 02/13/09 | P. Compernolle | 0.50 | Research, telephone conference with K. Dansart, A. Gordon regarding open election for Guild participants. |
| 02/13/09 | A. Gordon | 1.80 | Review Baltimore Sun arbitration agreement (.50); discuss same with P. Compernolle and client (.30); draft change in status provisions (1.00). |
| 02/16/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding COBRA and stimulus package. |
| 02/17/09 | P. Compernolle | 0.50 | Research regarding COBRA and stimulus bill (.20); conference with A. Gordon, telephone conference with K. Dansart regarding same (.30). |
| 02/17/09 | A. Gordon | 1.30 | Review and email S. O'Connor and R.DeBour comments on the Four Party Disclosure Agreement (.80); review new COBRA provisions for K.Dansik and advise P.Compernolle re: same (.50). |
| 02/18/09 | P. Compernolle | 0.50 | Review materials regarding COBRA and new legislation (.30); emails to K. Dansart regarding same (.20). |
| 02/18/09 | S. Nash | 0.80 | Review and reply to email from K. Dansart regarding COBRA stimulus bill provisions. |
| 02/18/09 | A. Gordon | 0.80 | Review and draft email responses to R.DeBour regarding Four Party Non Disclosure Agreement (.40); draft COBRA email to P.Compernolle (.40).. |
| 02/20/09 | A. Gordon | 0.30 | Review email from R.DeBour regarding Third Party Non-Disclosure agreement and draft response to same. |
| 02/23/09 | S. Nash | 0.50 | Telephone call with K. Dansart regarding COBRA subsidy and termination of employment (.10); draft email to K. Dansart regarding DOL website on COBRA |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2025150
Invoice Date: 04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | subsidy (.40). |
| 02/23/09 | A. Gordon | 0.30 | Review voice message from K.Dansart and respond to same regarding no increase in cost and the Arbitration decision. |
| 02/26/09 | P. Compernolle | 1.00 | Telephone conference with K. McCabe regarding severance plan (.20); review election request (.20); research regarding severance plan exceptions to deferred compensation (.60). |
| 02/26/09 | A. Gordon | 0.30 | Conference call with K. Dansart regarding Baltimore arbitration decision. |
| 02/27/09 | S. Nash | 0.80 | Telephone call with Kevin Dansart regarding appeal document request and legal review of SPD and plan document (.50); office conference with Paul Compernolle regarding same (.30). |
| 03/02/09 | S. Nash | 0.80 | Review and edit letter to Romney regarding appeal record (.30); draft email to Kevin Dansart regarding same (.20); review and reply to email regarding COBRA subsidy (.30). |
| 03/03/09 | P. Compernolle | 0.30 | Review materials regarding Romney claim for benefits. |
| 03/03/09 | S. Nash | 1.50 | Review and analyze health plan spreadsheet and medical/dental plan document (1.30); draft email to K. Dansart regarding same (1.20). |
| 03/04/09 | S. Nash | 2.00 | Telephone call with Kevin Dansart regarding plan document structure (.60); began review of SPD language (1.40). |
| 03/06/09 | S. Nash | 1.00 | Began review and edit legal portions of medical plan SPD. |
| 03/10/09 | P. Compernolle | 0.30 | Review emails re prescription drug contract. |
| 03/11/09 | S. Nash | 1.00 | Continue review and edit legal provisions of FSA and health plan SPDs. |
| 03/12/09 | S. Nash | 0.80 | Continue to review and edit legal content of medical SPD. |
| 03/13/09 | A. Gordon | 4.50 | Review and revise the BCBS Medicare Part D agreement. |
| 03/19/09 | S. Nash | 0.30 | Draft email to K. Dansart regarding model COBRA subsidy notices. |
| 03/24/09 | S. Nash | 2.00 | Finalize review and edit of medical SPD (1.50); draft email to Kevin Dansart regarding same (.50). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2025150
Invoice Date:    04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/25/09 | S. Nash | 2.00 | Finalize review and edit of FSA SPD (1.50); draft email to Kevin Dansart regarding same (.30); review reply to email from Kevin Dansart regarding COBRA subsidy (.20). |
| 03/26/09 | S. Nash | 1.50 | Finalize review and edit of Flexible Spending Account SPD (1.10); draft email to Kevin Dansart regarding same (.40). |

| | **Total Hours** | **47.00** | **Total For Services** | **$30,659.50** |
|---|---|---|---|---|
| | | | **Total This Invoice** | **$30,659.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025150

04/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0041  Welfare Plans | 47.00 | 30,659.50 | 0.00 | 0.00 | 30,659.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025151 |
| Invoice Date: | 04/22/2009 |

---

### Remittance Copy
#### Billing for services rendered through 03/31/2009

---

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 1,144.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,144.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  DDsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025151 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 1,144.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 1,144.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 2025151
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042          Non-Qualified Plans
                      Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/29/09 | P. Compernolle | 0.50 | Telephone conference with M. Bourgon regarding discontinuance of supplemental pension; review emails and memos regarding same. |
| 02/17/09 | P. Compernolle | 0.50 | Research regarding liability for deferred compensation plan. |
| 02/17/09 | K. Simonsen | 0.30 | Conference with Paul Compernolle regarding treatment of non-qualified plan liabilities and rabbi trust assets in bankruptcy. |
| 03/16/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding status of deferred compensation plan. |

|  | **Total Hours** | **1.60** |  | **Total For Services** | **$1,144.00** |
|--|-----------------|----------|--|------------------------|---------------|
|  |  |  |  | **Total This Invoice** | **$1,144.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025151

04/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0042  Non-Qualified Plans | 1.60 | 1,144.00 | 0.00 | 0.00 | 1,144.00 |

# McDermott Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025152 |
| Invoice Date: | 04/22/2009 |

## Remittance Copy
### Billing for services rendered through 03/31/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 70,421.50 |
| Total Costs and Other Charges Posted Through Billing Period | 9.30 |
| **Total This Invoice** | **$ 70,430.80** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025152 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

0047 ESOP
Client/Reference Number: 0000001574

Total Services                                                    $ 70,421.50

Total Costs and Other Charges Posted Through Billing Period                9.30

**Total This Invoice**                                           **$ 70,430.80**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 2025152
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0047       ESOP
                   Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/20/09 | W. Merten | 1.30 | Telephone call from D. Liebentritt regarding ESOP issues and bankruptcy (.10). Follow-up with S. Schaefer regarding initial impressions as to voice message from D. Liebentritt (.30).  Related follow-up and Telephone call to D. Liebentritt regarding same (.30).  Receive follow-up phone call from D. Liebentritt and engage in call with D. Liebentritt regarding same (.30).  Related follow-up analysis on same (.30). |
| 01/20/09 | S. Schaefer | 2.80 | Discussions with B. Merten regarding ESOP issues and bankruptcy (.50).  Follow-up discussion with B. Merten regarding valuation issues and whether there is a reason not to get an updated valuation (.20).  Research regarding valuation requirements (2.10). |
| 01/21/09 | W. Merten | 0.20 | Telephone call from E. Bluth  regarding work to be completed and timetable associated therewith. |
| 01/22/09 | S. Schaefer | 2.30 | Research regarding whether valuation report will be required (1.80).  Discussions with B. Merten regarding the same (.50). |
| 01/23/09 | P. Compernolle | 1.00 | Begin preparing Section 415 amendment. |
| 01/23/09 | W. Merten | 1.50 | Follow-up regarding issues discussed with D. Liebentritt (.60); called K. Lantry at Sidley regarding forgiveness of indebtedness aspect of issues discussed with D. Liebentritt (.10); tried to reach K. Lantry on his cell regarding same (.10); required fifty-five hundred deadline and possible "extension" deadline (.20); telephone call from K. Lantry regarding loan forgiveness and seeking of court authority in connection of same |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2025152
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.40); call to K. Lantry's cell regarding same (.10). |
| 01/23/09 | S. Schaefer | 1.80 | Discussions with P. Compernnolle regarding 415 amendment (.30). Review valuation issues in light of bankruptcy (1.0). Consult with B. Merten regarding timing and method of valuation (.50). |
| 01/27/09 | W. Merten | 0.40 | Telephone call from K. Lantry (at Sidley) regarding correspondence with Trustee group and Trustee's request for involvement by ESOP financial advisor (.20). Review email from K. Lantry (.10) and begin review of Duff engagement letter (.10). |
| 01/27/09 | S. Schaefer | 0.80 | Discussion with B. Merten regarding issues raised by trustee's engagement of Duff & Phelps to examine bankruptcy issues. |
| 01/28/09 | W. Merten | 0.80 | Telephone call from E. Bluth regarding discussion of viewpoint of Trustee group as to same (.10). Follow-up call from E. Bluth regarding setting up call with restructuring group (.10). Meet with S. Schaefer regarding expenses proposed by Trustee, propriety of same and possible alternatives (.60). |
| 01/28/09 | S. Schaefer | 1.30 | Discussions with B. Merten regarding trustee's desire to use a sophisticated financial assessment of bankruptcy process (1.0). Discussion with B. Merten regarding proper use of time of Duff & Phelps by trustee (.30). |
| 01/29/09 | W. Merten | 0.60 | Review email from E. Bluth regarding conversation with Sidley attorney (.10). Review email from E. Bluth regarding call to come from J. Madden (of Duff restructuring group) (.10). Review as to Duff engagement letter (.20). Correspondence with J. Madden regarding same (.20). |
| 01/29/09 | L. Granados | 1.00 | Research regarding proposed restructure and begin memorandum regarding same. |
| 02/02/09 | W. Merten | 0.30 | Telephone call from E. Bluth regarding speaking with J. Madden and regarding Trustee's view as to necessary analysis (.20). Telephone call to J. Madden (.10). |
| 02/02/09 | L. Granados | 2.00 | Memo regarding potential restructuring. |
| 02/03/09 | L. Granados | 1.00 | Complete and send memo regarding potential restructuring. |
| 02/04/09 | W. Merten | 1.80 | Telephone call from J. Madden regarding engagement |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2025152
Invoice Date: 04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (Duff & Phelps) (.50); engage in detailed discussion with J. Madden regarding work which would be performed by Duff & Phelps under their proposed engagement (.50); related follow-up phone call from E. Bluth (Duff & Phelps) regarding same (.50); related telephone call to D. Liebentritt (.30). |
| 02/05/09 | W. Merten | 1.60 | Review as to email from D. Liebentritt; reply to same (.20); conversations with E. Bluth and J. Madden (Duff & Phelps) (.30); telephone call from D. Liebentritt regarding structure being reviewed; related analysis as to issues pertaining to same (1.10). |
| 02/05/09 | L. Granados | 0.30 | Telephone conference with and email to B. Rubin regarding restructuring alternative. |
| 02/06/09 | W. Merten | 4.60 | Analysis regarding board's fiduciary responsibilities with regard to ESOP trustee as pertains to various bankruptcy matters; discussion with S. Schaefer regarding same (1.00); analysis regarding structure issues discussed with D. Liebentritt (.80); analysis regarding "plan asset" and other aspects of proposed structure (1.20); call K. Lantry at Sidley regarding same (.20); telephone call to D. Liebentritt regarding same (.10); telephone call from B. Rubin and A. Whiteway regarding various structure issues; related follow-up (1.30). |
| 02/06/09 | S. Schaefer | 2.00 | Discussions with B. Merten regarding actions to be taken with respect to bankruptcy, restructuring company and trustee ownership transfer (1.20). Discussions with B. Merten regarding use of bankruptcy advisor by trustee (.40). Telephone calls to K. Lantry to discuss with ESOP trustee engagement of bankruptcy advisor (.40). |
| 02/06/09 | L. Granados | 1.00 | Telephone conference with and email to B. Rubin regarding alternative structure (.30); telephone conference with B. Merten regarding same (.70). |
| 02/09/09 | D. Rogers | 1.00 | Meet with L. Granados regarding ESOP, leased employee issues; review 414(m) and proposed structure at Tribune. |
| 02/09/09 | W. Merten | 2.20 | Telephone call from C. Smith (Kirkpatrick) regarding conversations with E. Bluth (Duff and Phelps) (.30). Follow-up with L. Granados regarding issues discussed |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2025152
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with B. Rubin.  Additional analysis and follow-up regarding structure and related issues.  Telephone conversations with L. Granados regarding same and send related email to B. Rubin (1.0).  Review structure emails from L. Granados (.20).  Meet with Susan Schaeffer regarding ESOP related issues (.40).  Review and analysis regarding points mentioned in email from L. Granados to B. Rubin (.30). |
| 02/09/09 | L. Granados | 1.50 | Research regarding identification of employer (.50); discuss with D. Rogers (.50); email B. Rubin (.50). |
| 02/10/09 | W. Merten | 0.10 | Telephone call to C. Smith. |
| 02/11/09 | W. Merten | 1.30 | Analysis regarding bankruptcy structure issues discussed with B. Rubin and L. Granados (.50); telephone call to C. Smith (returning his call); discussions with C. Smith regarding satisfying trustees' concern to be apprised as to bankruptcy matters and have an understanding of same; discuss means of attaining trustees' goals in this regard (.70); telephone call from W. Smith regarding call to be received from M. Cook (Schulte Roth) (.10). |
| 02/12/09 | W. Merten | 1.50 | Review emails from A. Whiteway regarding structure.  Conversation regarding same with L. Granados (.60).  Telephone call to and telephone call from A. Whiteway regarding same.  Telephone call from M. Cook at Shulte (as to conversations with Duff and Phelps) (.20).  Review email from L. Granados regarding structure (.20).  Call with B. Rubin, L. Granados and A. Whiteway.  Receive follow-up message from Shulte (.50). |
| 02/12/09 | L. Granados | 0.50 | Telephone conference with B. Merten, B. Rubin, A. Whiteway regarding employee leasing structure. |
| 02/13/09 | W. Merten | 0.70 | Telephone call from D. Liebentritt regarding placement of employees; discuss related issues; follow up phone call to L. Granados regarding same and regarding memo to be drafted. |
| 02/13/09 | L. Granados | 0.80 | Research regarding determination of leased employee status. |
| 02/17/09 | P. Compernolle | 0.30 | Conference with B. Merten regarding ESOP valuation and other issues. |
| 02/17/09 | W. Merten | 2.50 | Telephone call from D. Liebentritt regarding another |

# McDermott
# Will & Emery

| | | | |
|---|---|---|---|
| Tribune Company | | Client: | 020336 |
| | | Invoice: | 2025152 |
| | | Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | variation of fact pattern (.30). Analysis regarding need for valuation and related timing (.50). Related discussion with Susan Schaeffer. Telephone call to D. Liebentritt regarding same (.20). Review email from D. Liebentritt. Draft email to L. Granados. Review emails between B. Rubin and D. Liebentritt (.30). Telephone call from E. Bluth (Duff and Phelps) (.10). Conversations with P. Compernnolle regarding whether valuation is necessary (in terms of "topping off" 2008 contribution to get to 3% benefit level (.30). Review email from D. Liebentritt regarding allocations (.10). Review related letters from Principal (.20). Review email from B. Rubin regarding desire of Sidley attorney for call (.10). Leave message for B. Rubin regarding same (.10). Review follow-up email from B. Rubin. Telephone call to D. Liebentritt regarding same (.10). Review email from Don Liebentritt to Michael Bourgon. Review reply from Michae Bourgon (.10). Send related email to Susan Schaeffer regarding same (.10). |
| 02/18/09 | P. Compernolle | 0.50 | Telephone conference with K. Dansart and B. Merten regarding ESOP allocations. |
| 02/18/09 | W. Merten | 1.80 | Review memo draft by L. Granados (.30). Follow-up with Susan Schaeffer regarding issues (.20). Review and modify memo. Call to L. Granados regarding same (.30). Review email from Susan Schaeffer regarding D. Liebentritt's email (.20). Leave message with P. Compernnolle (.10). Review email from L. Granados regarding memo re-draft (.10). Review email correspondence with K. Lantry (at Sidley) regarding size of ESOP payment (.10). Review email from Michael Bourgon regarding size of amortization amount (.10). Review related email from D. Liebentritt. Review related email from C. Bigelow (.10). Review email from P. Compernnolle regarding desire of some to make allocations now (.10). Discussion with P. Compernnolle regarding whether Principal is possibly pushing for an earlier evaluation because it is allocating on the basis of stock value or because distributions will be made prior to |

# McDermott
# Will&Emery

Tribune Company

Client: 020336
Invoice: 2025152
Invoice Date: 04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | this summer (.10). Telephone call to B. Rubin regarding call to Sidley (.10). |
| 02/18/09 | S. Schaefer | 0.50 | Discussions with B. Merten regarding timing of valuations. |
| 02/18/09 | L. Granados | 4.50 | Draft of memo regarding potential restructuring. |
| 02/19/09 | P. Compernolle | 0.50 | Telephone conference with B. Merten and M. Bourgon regarding ESOP allocations, valuation and other issues. |
| 02/19/09 | D. Rogers | 0.50 | Telephone conference with L. Granados regarding controlled group leased employee issues. |
| 02/19/09 | W. Merten | 4.40 | Review memo draft. Analysis regarding statements made in draft. Make modifications to draft. Dictate related cover letter (1.10). Conversations with L. Granados regarding conversations with B. Rubin regarding memo. Related follow-up regarding comments (.50). Additional discussions with L. Granados regarding key employee long-term contracts to satisfy creditors (.40). Follow-up regarding memo attachment (.60). Review email from B. Rubin regarding discussions with Sidley. Review as to revised memo. Modify same. Review email from B. Rubin (.60). Review email from Sidley (.10). Call to P. Compernnolle regarding whether there are possible needs for valuation in April (e.g., as to employee distributions to be made) (.10). Telephone call from P. Compernnolle (.10). Call with B. Rubin, A. Whiteway and Sidley attorney (B. Krakauer) as to bankruptcy considerations with regard to continuing ESOP (.30). Discuss possible alternative of adopting new ESOP. Contrast differences between new and old ESOPs. Discuss related issues (.60). |
| 02/19/09 | L. Granados | 2.30 | Discuss memo revisions with B. Rubin and W. Merten (1.00); revise restructuring memo 1.30). |
| 02/20/09 | P. Compernolle | 1.00 | Review memorandum on employee leasing and plan document for distribution. |
| 02/20/09 | W. Merten | 0.50 | Leave message with P. Compernnolle. Follow-up call with P. Compernnolle regarding possible need for evaluation as to anyone entitled to distributions. Also describe conversation with Sidley and related issues (.30). Review email from D. Liebentritt regarding memo. |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2025152
Invoice Date: 04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Arrange for sending of follow-up email to D. Liebentritt (.20). |
| 02/20/09 | S. Schaefer | 0.30 | Discussion with P. Compernnolle regarding structuring resulting ESOP ownership. |
| 02/22/09 | W. Merten | 0.10 | Review email from C. Bigelow regarding memo. |
| 02/26/09 | W. Merten | 0.50 | Telephone call from B. Rubin regarding new alternative proposed structure (.30). Correspondence to L. Granados regarding same (.20). |
| 02/26/09 | L. Granados | 0.30 | Email B. Merten regarding alternative ESOP structure. |
| 02/27/09 | W. Merten | 1.00 | Analysis regarding C corporation proposed structure (.40). Review email from L. Granados regarding same (.10). Draft related email (.20). Conversation with L. Granados regarding same (.10). Telephone conversation with B. Rubin regarding same (.10). Review slides as to transaction structure sent by B. Rubin (.10). |
| 03/01/09 | W. Merten | 0.20 | Analysis regarding memo requested by Sidley attorney comparing retention of existing ESOP versus adoption of new ESOP and follow-up as to payment of fees in light of financial distress and Company's ability to pay independent trustee fees. |
| 03/03/09 | W. Merten | 1.60 | Review email from D. Liebentritt; respond to same (.50); correspondence with D. Liebentritt regarding meeting (.20); send email to L. Granados regarding same (.10); review email from L. Granados regarding call; draft follow-up email (.20); prepare for and engage in call with D. Liebentritt, Chandler Bigelow, B. Rubin, L. Granados and others regarding issues pertaining to ESOP (.40); correspondence regarding audit letter (.20). |
| 03/03/09 | L. Granados | 0.50 | Telephone conference with B. Merten, B. Rubin, et al. regarding restructuring. |
| 03/04/09 | W. Merten | 0.10 | Review email from L. Granados regarding concern as to warrants. |
| 03/04/09 | L. Granados | 0.80 | Research 409 (p) implication of restructuring (.60); email to B. Merten regarding 409(p) implication of restructuring (.20). |
| 03/09/09 | W. Merten | 0.40 | Telephone call from D. Liebentritt regarding allocation issues pertaining to ESOP; leave message with Susan Schaeffer regarding same; leave follow-up message with |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2025152
Invoice Date: 04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | D. Liebentritt. |
| 03/10/09 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon re determination letter and DOL request for documents. |
| 03/10/09 | W. Merten | 0.30 | Discussion with Susan Schaeffer regarding content of statement as to allocations (.10); meet with P. Compernnolle regarding Department of Labor investigation under Title I (.20). |
| 03/10/09 | S. Schaefer | 0.80 | Discussions with B. Merten regarding timing of allocation under plan and communications to employees (.40). Review plan document for relevant provisions (.40). |
| 03/11/09 | P. Compernolle | 1.00 | Telephone conference with K. Dansart regarding allocation of shares for 2008 (.30); review SPD (.70). |
| 03/11/09 | W. Merten | 0.20 | Discussion with P. Compernnolle regarding allocation issues and company purchase obligation in view of bankruptcy. |
| 03/13/09 | P. Compernolle | 0.30 | Telephone conference with M. Bourgon regarding allocation issues. |
| 03/13/09 | W. Merten | 0.70 | Call from A. Whiteway regarding Sidley structure description; related analysis; related telephone call from B. Rubin; related follow-up. |
| 03/14/09 | W. Merten | 2.30 | Review email from D. Liebentritt. Send reply (.40). Telephone call to L. Granados (.40). Review alternative reorganization plans (1.50). |
| 03/15/09 | W. Merten | 1.90 | Conversation with L. Granados regarding alternative reorganization plan (.50). Give comments regarding alternative reorganization plan to L. Granados (.30). Related discussions with L. Granados (.40). Review draft of same email by L. Granados (.20). Related conversations with A. Whiteway (.50). |
| 03/16/09 | P. Compernolle | 0.50 | Email to D. Liebentritt regarding IRS request for document. |
| 03/16/09 | S. Schaefer | 0.30 | Discussions with P. Compernnolle regarding timing of valuation and allocation of stock. |
| 03/17/09 | P. Hamburger, P.C. | 0.50 | Review issues w/L. Granados re: ESOP restructuring and bankruptcy. |
| 03/17/09 | W. Merten | 1.70 | Review attachment to email from D. Liebentritt regarding IRS information document request (.40); review Sunday |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2025152
Invoice Date:   04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | evening email from A. Whiteway regarding revised terms sheet (.30); review email from P. Compernnolle regarding allocations (.20); call L. Granados regarding response to Sidley (.20); review email from L. Granados responding as to Sidley inquiry (.20); review email plan term sheets (.20); call to L. Granados regarding same (.10); modify memorandum to A. Whiteway (.10). |
| 03/17/09 | L. Granados | 3.30 | Draft memo regarding restructuring plan. |
| 03/18/09 | P. Compernolle | 0.50 | Review materials regarding ESOP allocations. |
| 03/18/09 | W. Merten | 0.80 | Review email from B. Rubin regarding McDermott's response as to Sidley's point regarding having vesting only in the future; respond to same (.40); meet with P. Compernnolle regarding allocation and regarding discussions with B. Rubin and Sidley regarding divesting prior participants (.20); send email to D. Liebentritt regarding allocations; forward to P. Compernnolle email regarding recommendations to Sidley; review P. Compernnolle's email regarding allocations (.10); meet with P. Compernnolle regarding revised terms sheet; locate and send same to P. Compernnolle (.10). |
| 03/19/09 | P. Compernolle | 0.80 | Telephone conference with D. Liebentritt and others regarding allocation issues (.30); review IRS request and proposed response (.50). |
| 03/19/09 | W. Merten | 1.50 | Prepare for call with B. Rubin, L. Granados and P. Compernnolle. Engage in call to discuss response to Sidley (.60). Prepare for call with P. Compernnolle regarding allocations. Engage in call with P. Compernnolle (.30). Related discussions (.20). Review email from B. Rubin regarding revised Sidley term sheet (.10). Review email from B. Rubin to Sidley (.10). Review email from Sidley regarding call (.20). |
| 03/19/09 | L. Granados | 0.80 | Telephone conference with B. Merten and B. Rubin regarding response to terms sheet. |
| 03/20/09 | P. Compernolle | 1.50 | Telephone conference with K. Lantry and others regarding ESOP issues (.50); review various documents regarding reorganization (1.00). |
| 03/20/09 | W. Merten | 1.40 | Prepare for call with Sidley; related discussions and analysis; engage in call with Sidley. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2025152
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/20/09 | L. Granados | 0.80 | Telephone conference with K. Lantry, et al. regarding ESOP restructuring. |
| 03/23/09 | P. Compernolle | 0.80 | Review draft memorandum on ESOP restricting. |
| 03/23/09 | W. Merten | 0.60 | Conversation with L. Granados regarding memo (.10). Review email from L. Granados regarding memo as to alternatives (.10). Review P. Compernnolle's email regarding same (.10). Follow-up regarding memo and make modifications to same (.30) |
| 03/23/09 | L. Granados | 2.00 | Memo regarding transaction alternatives. |
| 03/24/09 | L. Granados | 0.30 | Revise ESOP structure memo. |
| 03/26/09 | W. Merten | 0.50 | Finish memo to be sent to Sidley. Discussion regarding same with L. Granados (.30). Leave message for B. Rubin regarding same (.10). Draft cover letter (.10). |
| 03/27/09 | W. Merten | 1.40 | Telephone call from C. Bigelow regarding desired call (.10). Review related emails and respond to same (.40). Prepare for call with Sidley (.20). Discussion regarding matters to be addressed with L. Granados in preparation for call (.20). Call with Sidley regarding making timely ESOP loan payments and related sub-issues (.50). |
| 03/27/09 | L. Granados | 0.50 | Telephone conference with B. Merten, et al. regarding ESOP loan payment. |
| 03/30/09 | W. Merten | 0.30 | Review email from D. Liebentritt and Chandler Bigelow regarding determination letter process. Draft email to L. Granados regarding same. |
| 03/30/09 | R. Fernando | 3.50 | Review and draft revisions to ESOP summary plan description (1.50); forward comments and proposed revisions to P. Compernolle (.50); review plan document in connection with same (1.50). |
| 03/31/09 | P. Compernolle | 1.00 | Review open issues in allocation and loans (.50); review SPD (.50). |
| 03/31/09 | W. Merten | 2.80 | Review email from Chandler Bigelow. Respond to same (.40). Call up L. Granados regarding Section 5300 as to employee leasing (.20). Telephone conversation with Marilyn Marchetti (GreatBanc) as to paying with forgiveness of indebtness. Review related email (.40). Meet with P. Compernnolle to bring him up to speed regarding calls pretaining to allocations and employee leasing inquiry. Review email from L. Granados (.20). |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025152 |
| Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Review email from Chandler Bigelow (.20). Telephone call to Marilyn Marchetti and telephone call from Marilyn Marchetti (.20). Discuss review as to loan forgiveness issue undertaken by Kelly Smith (.20). Review correspondence regarding same from Chandler Bigelow and sent email regarding documenting contribution authorization (.20). Modifying response to Donald Liebentritt regarding employee leasing (.20). Continue modifying memo regarding determination letter process (.20). Telephone call from D. Liebentritt regarding email. Call to D.C. office to try to obtain example of employee lease arrangements (.20). Review of files regarding same (.20). |
| 03/31/09 | L. Granados | 0.50 | TC B.Merten (.20); email re employee leasing determination letter procedures (.30). |
| 03/31/09 | R. Fernando | 0.80 | Consult with P. Compernolle regarding suggested revisions to ESOP SPD (.40); draft final revisions to SPD and forward to K. Dansart for review (.40). |

| | | | |
|---|---|---|---|
| **Total Hours** | **102.30** | **Total For Services** | **$70,421.50** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Facsimile | 9.00 |
| Telecommunications | 0.30 |
| **Total Costs and Other Charges** | **$9.30** |
| **Total This Invoice** | **$70,430.80** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025152

04/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|-------------|-------|------|-------------------------|----------|-------|
| 0047  ESOP | 102.30 | 70,421.50 | 9.30 | 0.00 | 70,430.80 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1994758 |
| Invoice Date: | 04/22/2009 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2009

---

Total by Matter
    0500 General Tax
    Client/Reference Number: 0000001842          $ 280.50

Total Services        $ 280.50

Total Costs and Other Charges Posted Through Billing Period        0.00

**Total This Invoice**        **$ 280.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1994758 |
| Invoice Date: | 04/22/2009 |

---

## Client Copy
### Billing for services rendered through 03/31/2009

---

Total by Matter
    0500 General Tax                                             $ 280.50
    Client/Reference Number: 0000001842

Total Services                                        $ 280.50

Total Costs and Other Charges Posted Through Billing Period       0.00

**Total This Invoice**                                   **$ 280.50**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 1994758
Client: 020336

Tribune Company
Donald J. Liebentritt, Esq.
Executive Vice President and General Counsel
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0500          General Tax
                      Client/Reference Number: 0000001842

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/03/09 | M. Bloom | 0.60 | Generate audit letter response request and send to attorneys. |
| 03/06/09 | M. Bloom | 0.50 | Draft audit letter response and send to B. Rubin. |
| | **Total Hours** | **1.10** | **Total For Services** $280.50 |

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| M. Bloom | 1.10 | 280.50 |
| **Totals** | **1.10** | **$280.50** |
| | Total This Invoice | **$280.50** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1994712 |
| Invoice Date: | 04/22/2009 |

---

## Remittance Copy
### Billing for services rendered through 03/31/2009

---

Total by Matter
    0504 Corporate/Credit Agreement/PHONES            $ 24,918.40
    Client/Reference Number: 0000001846

Total Services            $ 24,914.50

Total Costs and Other Charges Posted Through Billing Period            3.90

**Total This Invoice**            **$ 24,918.40**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1994712 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

Total by Matter
  0504 Corporate/Credit Agreement/PHONES         $ 24,918.40
  Client/Reference Number: 0000001846

Total Services                                                                   $ 24,914.50

Total Costs and Other Charges Posted Through Billing Period          3.90

**Total This Invoice**                                                       **$ 24,918.40**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

04/22/2009

Invoice: 1994712
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/06/09 | G. Chan | 1.70 | Meet with B. Rubin, A. Whiteway and J. Finkelstein regarding PHONES built-in gain tax opinion letter (0.8); review background documents and memoranda regarding PHONES (0.9). |
| 03/06/09 | B. Rubin | 1.50 | Preparation for and meeting with co-counsel regarding preparation of opinion regarding tax consequences of put exercise (.50); research and analysis regarding same (1.00). |
| 03/06/09 | J. Finkelstein | 0.80 | Discuss PHONES opinion with Gale Chan, Blake Rubin and Andrea Whiteway. |
| 03/10/09 | G. Chan | 4.30 | Review background memoranda, closing agreement documents, and SEC prospectus regarding PHONES (3.20); review 1.1275-4 and "ordinary income" language (1.10). |
| 03/11/09 | G. Chan | 5.30 | Research and analyze Centennial Savings Bank case and authority applying Centennial holding. |
| 03/12/09 | G. Chan | 6.30 | Analyze and research Reg. 1.61-12 regarding "repurchase" (3.0); continue review of authorities citing Centennial Savings Bank case (3.10); conference with B. Rubin and A. Whiteway regarding PHONES opinion (.20). |
| 03/13/09 | G. Chan | 1.50 | Prepare outline of PHONES opinion. |
| 03/17/09 | G. Chan | 1.40 | Draft PHONES opinion letter. |
| 03/18/09 | G. Chan | 2.00 | Draft PHONES opinion letter. |
| 03/19/09 | G. Chan | 4.60 | Draft PHONES opinion letter. |
| 03/20/09 | G. Chan | 7.20 | Research "repurchase" issue (2.60); discuss "repurchase" issue with B. Rubin and J. Finkelstein (.60); draft |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 1994712 |
| Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | PHONES opinion letter (4.0). |
| 03/23/09 | G. Chan | 4.10 | Draft opinion regarding early PHONES retirement. |
| 03/24/09 | G. Chan | 4.20 | Draft opinion regarding early PHONES retirement (3.40); draft email to B. Rubin identifying additional facts (.80). |
| 03/24/09 | B. Rubin | 1.10 | Conference with co-counsel and correspondence regarding factual issues relevant to PHONES opinion (.5); review and analyze spreadsheets from client (.6). |
| 03/25/09 | G. Chan | 6.10 | Review spreadsheet from Tribune regarding PHONES (1.20); draft opinion regarding PHONES retirement (4.90). |
| 03/26/09 | G. Chan | 2.90 | Draft opinion regarding PHONES retirement. |
| 03/27/09 | G. Chan | 2.40 | Draft opinion regarding PHONES retirement. |
| 03/30/09 | J. Finkelstein | 1.50 | Review ABL facility documents. |
| 03/31/09 | G. Chan | 3.70 | Research "repurchase" language under 1.61-12(c) and 1.1275-4(b)(7) (3.20); discuss "repurchase" issue with A. Whiteway (.50). |
| 03/31/09 | B. Rubin | 0.90 | Review and analyze PLR regarding Centennial Savings Bank issue (.9). |
| 03/31/09 | J. Finkelstein | 3.30 | Review ABL facility documents (2.90); discuss same with Andrea Whiteway (.40). |

| | **Total Hours** | **66.80** | **Total For Services** | **$24,914.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| G. Chan | 57.70 | 18,464.00 |
| J. Finkelstein | 5.60 | 3,248.00 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 1994712
Invoice Date: 04/22/2009

| Name | Hours | Amount |
|------|-------|--------|
| B. Rubin | 3.50 | 3,202.50 |
| **Totals** | **66.80** | **$24,914.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.90 |
| **Total Costs and Other Charges** | **$3.90** |
| **Total This Invoice** | **$24,918.40** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

## Remittance Copy
### Billing for services rendered through 03/31/2009

Total by Matter
    0515 Chapter 11 Restructuring      $ 230,071.83

Total Services      $ 227,863.00

Total Costs and Other Charges Posted Through Billing Period      2,208.83

**Total This Invoice**      **$ 230,071.83**

| Invoice | Date | |
|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 |
| 1987658 | 04/13/2009 | 195,283.30 |
| 1987660 | 04/13/2009 | 261,588.34 |

Total Outstanding Balance      528,529.20

Total Balance Due      **$ 758,601.03**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

## Client Copy
### Billing for services rendered through 03/31/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 230,071.83 | |
| Total Services | | $ 227,863.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 2,208.83 |
| **Total This Invoice** | | **$ 230,071.83** |

| Invoice | Date | | |
|---|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 | |
| 1987658 | 04/13/2009 | 195,283.30 | |
| 1987660 | 04/13/2009 | 261,588.34 | |
| Total Outstanding Balance | | | 528,529.20 |
| Total Balance Due | | | $ 758,601.03 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

04/22/2009

Invoice: 1987656
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/02/09 | B. Rubin | 4.40 | Research and analysis regarding tax issues relating to corporate emergence structures (2.50); preparation for meeting with clients (.70); research and correspondence with Lazard regarding SOFA requirements (1.20). |
| 03/02/09 | A. Whiteway | 3.00 | Travel to Chicago for meeting regarding Tax Exposure Issues in Bankruptcy. |
| 03/02/09 | A. Whiteway | 6.00 | Preparation for meeting with client regarding tax exposure (1.8); research and review PHONES tax issues (1.5); review no net value issue research (1.0); review and analysis of 99-5 issue and research (1.0); telephone conference with client regarding C corporation alternatives (.7). |
| 03/03/09 | P. Levine | 0.80 | Review memorandum comparing LLC and corporate structures. |
| 03/03/09 | G. Ravert | 0.20 | Communications with A. Rutkoff concerning Tribune and UST comments to McDermott retention. |
| 03/03/09 | B. Rubin | 5.30 | Preparation for and meeting with clients regarding tax exposure (3.0); meeting with Mr. Shanahan and Ms. Melgarejo regarding possible simplification of structure and follow up (1.5); conference call regarding ESOP issues arising in bankruptcy restructuring (.8). |
| 03/03/09 | A. Whiteway | 3.00 | Travel from meeting in Chicago with client to discuss Tax Exposure in Bankruptcy. |
| 03/03/09 | A. Whiteway | 5.30 | Preparation for and meeting with Mr. Shanahan, Mr. Liebentritt, Mr. Eldersveld, Mr. Larsen, Ms. Melgarejo, Mr. Kazan regarding Tax Exposure (3.0); preparation for and meeting with Mr. Shanahan and Ms. Melgarejo regarding entity structures and liquidations (1.5); analysis |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        1987656
Invoice Date:   04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | of freezing the ESOP (.8). |
| 03/03/09 | J. Finkelstein | 1.50 | Discuss tax issues with Mark Opper and Phil Levine and Gale Chan. |
| 03/03/09 | J. Finkelstein | 0.80 | Participate in conference call regarding ESOP issues. |
| 03/04/09 | P. Levine | 2.80 | Revise memorandum comparing C corporation and LLC structures (1.00); research Reg. 1.1502-6 (1.00); conference with J. Finkelstein regarding same (.80). |
| 03/04/09 | G. Ravert | 3.20 | Telephone call with J. McMahon regarding preference issues (.30); telephone call with K. Kansa regarding same (.20); communications with B. Rubin, A. Whiteway, A. Rutkoff and B. Smith regarding resolution of UST objections to retention (.80); conduct ordinary course defense analysis focusing on mean median and mode (2.50); communications with T. Crosier regarding same (.40). |
| 03/04/09 | T. Shuman | 2.80 | Draft memorandum regarding treatment of LLC as publicly traded partnership. |
| 03/04/09 | G. Chan | 2.60 | Discuss FSA regarding COD and timing with J. Finkelstein (0.4); continue to draft memorandum regarding COD rules and timing (2.2). |
| 03/04/09 | B. Rubin | 4.00 | Correspondence regarding SOFA (.2); review and comment on memo regarding ESOP synthetic equity issues (.8); conference with co-counsel and correspondence regarding retention issues (.6); review and comment on memo regarding Plan of Reorganization term sheet (.6); research and analysis regarding Rev. Rul. 99-5 issue raised by Davis Polk (1.8). |
| 03/04/09 | A. Whiteway | 2.30 | Correspondence with B. Rubin regarding SOFA (.2); correspond with Mr. Krakauer regarding same (.3); legal research and analysis of qualified liability issues (1.8). |
| 03/04/09 | J. Finkelstein | 2.50 | Review emails and term sheet proposal (1 hour); discuss tax issues with Phil Levine (.5 hours); review memos (1 hour). |
| 03/05/09 | W. Smith | 1.20 | Multiple calls among B.Rubin, G.Ravert, A.Rutkoff regarding resolution. |
| 03/05/09 | G. Ravert | 4.10 | Continue ordinary course analysis (1.60); communications with J. McMahon regarding proposed Pillowtex payments (.30); review spreadsheets and |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | discuss same with A. Rutkoff, B. Smith, B. Rubin, A. Whiteway, and G. Raicht (.50); telephone conference with J. McMahon regarding resolution of Pillowtex matter (.20); telephone call with F. Vasquez regarding preference waiver (.20); telephone calls with A. Rutkoff regarding same (.30); telephone calls with B. Smith and G. Raicht regarding same (.40); follow-up call with J. McMahon regarding settlement and other objections to McDermott's application (.30); draft email summary of settlement terms to McDermott team (.30). |
| 03/05/09 | T. Shuman | 1.00 | Discuss choice of entity memorandum with P. Levine and revise same. |
| 03/05/09 | G. Chan | 1.10 | Draft memorandum regarding COD rules and timing. |
| 03/05/09 | B. Rubin | 6.80 | Preparation for and conference call with Creditor representatives regarding tax structure and issues (1.4); research and analysis regarding Rev Rul 99-5 issue and memo to Creditor representatives regarding same (2.8); review and analyze from Trustee regarding preference issues and conference and correspondence with co-counsel regarding same (1.4); review memo from client regarding term sheet for Plan of Reorganization and conference with co-counsel regarding same (1.2). |
| 03/05/09 | A. Whiteway | 6.80 | Preparation for and conference call with Creditor representatives regarding tax structure and issues (1.4); research and analysis regarding Rev Rul 99-5 issue and memo to Creditor representatives regarding same (2.8); review and analyze from Trustee regarding preference issues and conference and correspondence with co-counsel regarding same (1.4); review memo from client regarding term sheet for Plan of Reorganization and conference with co-counsel regarding same (1.2). |
| 03/05/09 | A. Whiteway | 2.00 | Correspondence with Mr. Rutkoff and Mr. Ravert re retention application (.5); analysis of billing records information (1.0); telephone conference with Mr. Ravert regarding same (.5). |
| 03/05/09 | J. Finkelstein | 4.50 | Participate in conference call with Davis Polk regarding Master LLC structure and discuss tax issues with Blake Rubin and Andrea Whiteway (2.50); research tax issues |

# McDermott
# Will&Emery

Tribune Company

Client:         020336
Invoice:        1987656
Invoice Date:   04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (2.0). |
| 03/06/09 | G. Ravert | 3.50 | Draft supplemental declaration and route same to B. Rubin and A. Whiteway for comments (2.30); telephone conference with K. Kansa regarding settlement issue (.30); communications with A. Rutkoff regarding same (.40); telephone call with B. Rubin and A, Whiteway regarding same (.30); revise same and route to J. McMahon for review and comment (.20). |
| 03/06/09 | G. Chan | 2.10 | Draft memorandum regarding COD rules and timing (1.9); draft email regarding same to B. Rubin, A. Whiteway and J. Finkelstein (0.2). |
| 03/06/09 | B. Rubin | 5.60 | Review and edit memo regarding COD mechanics and bankruptcy exclusion (1.5); research and analysis regarding Rev. Rul. 99-5 issue raised by Davis Polk and memo regarding same (2.8); review and comment on draft Supplemental Declaration relating to retention and conference with co-counsel and correspondence regarding same (1.3). |
| 03/06/09 | A. Whiteway | 5.00 | Research and analysis of Tribune COD issues (1.5); review COD memo (.5); research corporation stock for debt cases and correspondence with Davis Polk regarding tax structure issues (1.0); analysis of partnership versus corporation treatment and master LLC versus corporate structure tax issues (2.0). |
| 03/06/09 | J. Finkelstein | 3.50 | Research regarding S corporation restructuring in bankruptcy (2.5 hours); discuss tax issues with Blake Rubin and Andrea Whiteway (1 hour). |
| 03/07/09 | T. Shuman | 1.60 | Draft memorandum regarding publicly traded partnership analysis of Master LLC structure and send same to P. Levine. |
| 03/09/09 | P. Levine | 4.80 | Review PTP memorandum (1.20); research PTP issues (2.80); conference with J. Finkelstein and T. Shuman regarding same (.80). |
| 03/09/09 | G. Ravert | 1.50 | Finalize supplemental declaration and communications regarding same with B.Rubin and A. Whiteway (1.0); communications with K. Kansa and K. Stickles regarding filing and service of same and certification of counsel (.10); prepare for hearing on retention application (.40). |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/09/09 | T. Shuman | 1.10 | Discuss publicly traded partnership memorandum with P. Levine and J. Finkelstein (.8); revise same and send to B. Rubin and A. Whiteway (.3). |
| 03/09/09 | P. McCurry | 3.00 | Call with Blake Rubin (0.3); research level of deference paid to IRS interpretations of ambiguous Treasury Regulations in litigation (2.7). |
| 03/09/09 | B. Rubin | 5.50 | Research and analysis regarding Rev. Rul. 99-5 issue (2.5); discuss Master LLC structure with co-counsel (.4); review and edit memo regarding C corporation structure (1.1); review and comment on revised retention declaration (.3); review and comment on PTP memo (1.2). |
| 03/09/09 | A. Whiteway | 2.00 | Review and comment on mark-up of supplemental declaration (1.3); conference with Mr. Ravert regarding hearing issues (.7) |
| 03/09/09 | J. Finkelstein | 1.50 | Discuss Master LLC structure with Phil Levine and Tim Shuman and review memo regarding C corporation structure. |
| 03/10/09 | G. Ravert | 4.00 | Travel to Delaware for hearing on McDermott retention application and review application and related filings on route (2.0); communications with K. Stickly regarding Judge Carey's comments and prepare supplemental disinterestedness declaration in response to court request (1.50); route same to B. Rubin with comments; follow-up communications regarding same (.50). |
| 03/10/09 | P. McCurry | 2.60 | Research level of deference afforded to an IRS's litigation position on the interpretation of Treasury Regulation. |
| 03/10/09 | B. Rubin | 4.20 | Correspondence regarding retention issues and review and comment on draft disinterestedness declaration (.8); research and analysis regarding deference to IRS litigating position in Master LLC context and conference with co-counsel and correspondence regarding same (2.9); memo to Davis Polk regarding discussions with Treasury (.5). |
| 03/10/09 | A. Whiteway | 3.20 | Analysis of 99-5 issue (1.0); meeting with Treasury regarding 99-5 issue (1.0); research qualified liability issue (1.2). |
| 03/10/09 | J. Finkelstein | 1.50 | Research regarding S corporation restructuring (1.0); |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        1987656
Invoice Date:   04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | review email to Davis Polk and discuss with Blake Rubin (.50). |
| 03/11/09 | M. White | 0.70 | Conference with T. Shuman regarding proposed structures. |
| 03/11/09 | P. Levine | 0.30 | Research section 351(e)(2). |
| 03/11/09 | G. Ravert | 0.50 | Communications with B. Rubin and K. Stickles concerning McDermott's supplemental declaration and entry of the retention order. |
| 03/11/09 | T. Shuman | 1.50 | Discuss C corporation structuring issues with M. White (1.0); research regarding same (.50). |
| 03/11/09 | P. McCurry | 0.90 | Research issue of level of deference given by courts to IRS's interpretation of Treasury Regulation in litigation. |
| 03/11/09 | B. Rubin | 4.20 | Preparation for and conference call with Davis Polk and Kramer Levin personnel regarding Master LLC structure (1.4); research and analysis regarding issues raised by Davis Polk and conference with co-counsel regarding same (2.2); memo to client regarding call (.6). |
| 03/11/09 | A. Whiteway | 5.00 | Preparation for telephone conference with Creditor's Committee counsel (1.4); telephone conference with Davis Polk and Kramer Levin regarding same (1.3); research and analysis of Corporate Tax Provisions (1.2); research deference provisions (1.1). |
| 03/11/09 | J. Finkelstein | 3.00 | Participate in conference call with Davis Polk (1.30); discuss with Blake Rubin and Andrea Whiteway and draft email regarding same (1.70). |
| 03/12/09 | M. White | 0.80 | Conference with P. Levine and T. Shuman regarding proposed structures. |
| 03/12/09 | P. Levine | 2.50 | Research sections 351(e)(2) and 351(d)(2) (1.40); conference with B. Rubin, M. White and T. Shuman (1.10). |
| 03/12/09 | G. Ravert | 1.20 | Communications with B. Rubin regarding Kramer Levin representation and review docket sheet regarding same (.3); review McDermott retention order route same to B. Rubin (.2); communications with K. Stickles regarding same (.1); communications with B. Rubin regarding fee guidelines and route materials regarding same (.6). |
| 03/12/09 | T. Shuman | 2.70 | Discuss section 351 transfers in bankruptcy with M. White and P. Levine (1.1); research regarding same (.8); |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | discuss same with B. Rubin and P. Levine (.8). |
| 03/12/09 | P. McCurry | 1.30 | Research level of deference to IRS's interpretation of Treasury Regulations in litigation. |
| 03/12/09 | B. Rubin | 6.70 | Preparation for and conference call regarding status (1.1); research and analysis regarding IRS procedures for expedited PLR consideration (.8); correspondence regarding possible issues included in PLR request ( .3); research regarding Kramer Levin client issues and correspondence regarding same (.5); follow up research on level of deference to IRS litigating position (.7); review retention order and monthly compensation order and conference with co-counsel regarding same (1.2); research and analysis and conference with co-counsel regarding 351(e)(2) issue (1.1); preparation for and conference call with Chadbourne personnel regarding Master LLC structure and correspondence regarding same (1.2). |
| 03/12/09 | A. Whiteway | 5.80 | Analysis of corporate 351 issues (1.2); telephone conference with Mr. Leder and Mr. Markson (1.0); review retention order (.2); research disguised sale issues (2.5); conference with co-counsel (.9). |
| 03/12/09 | J. Finkelstein | 1.30 | Research regarding expedited private letter ruling process (.8 hours); review email regarding private letter ruling and discuss with Blake Rubin (.5 hours). |
| 03/13/09 | G. Ravert | 0.50 | Communications with K. Kansa regarding payment of Pillowtex funds. |
| 03/13/09 | J. Zajac | 0.50 | Review order establishing procedures for monthly administrative expenses (.10); review US Trustee's guidelines for administrative expenses (.20); discuss same with G. Ravert (.20). |
| 03/13/09 | B. Rubin | 6.00 | Review and comment on draft term sheet (2.4); preparation for and conference call regarding same (1.1); review TAM cited by Herzog and memo to Herzog regarding same (1.3); respond to memo from Chadbourne and preparation for and conference call with Chadbourne regarding same (1.2). |
| 03/13/09 | A. Whiteway | 11.50 | Review and analysis of Term Sheet (2.8); mark-up term sheet vis a vis proper tax treatment of transaction (4.0); |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | conference with Mr. Rubin (.2); telephone conference with co-counsel regarding Term Sheet (1.5); correspondence with Chadbourne and research in response to their inquiries (3.0). |
| 03/13/09 | J. Finkelstein | 4.00 | Review restructuring plan term sheet and discuss with Blake Rubin and Andrea Whiteway (1.5 hours); participate in conference call with Sidley Austin regarding plan term sheet (1 hour); review revised draft term sheet (1.5 hours). |
| 03/14/09 | B. Rubin | 2.80 | Review and analyze memo from client regarding reorganization term sheet issues (1.0); review and and comment on revised plan term sheet and coordinate comments with co-counsel (1.8). |
| 03/14/09 | A. Whiteway | 2.00 | Review and comment on draft of Bankruptcy Plan Term Sheet (1.5); correspond with co-counsel regarding same (.5). |
| 03/14/09 | J. Finkelstein | 1.50 | Review and mark-up revised plan term sheet and discuss same with Blake Rubin and Andrea Whiteway. |
| 03/15/09 | A. Whiteway | 3.40 | Review comments to Plan Term Sheet (1.0); revise Plan Term Sheet (1.5); telephone conference with Mr. Merten regarding ESOP issues (.3); review and circulate plan term sheet (.3); review correspondence from co-counsel (.3). |
| 03/16/09 | R. Feldgarden, PC | 0.50 | Discussion with P. Levine regarding cancellation of stock and issuance of new stock. |
| 03/16/09 | P. Levine | 1.00 | Research cancellation of Tribune stock (.60); conference with A. Whiteway, R. Feldgarden and T. Shuman regarding same (.30); telephone conference with B. Rubin regarding same (.10). |
| 03/16/09 | T. Shuman | 0.30 | Discuss recapitalization of Tribune stock as part of bankruptcy with P. Levine. |
| 03/16/09 | P. McCurry | 0.50 | Research level of deference to IRS's interpretation of Treasury Regulations in litigation (.30); call with Jon Finkelstein regarding the same (.20). |
| 03/16/09 | B. Rubin | 3.30 | Correspondence and conference with co-counsel regarding terms sheet comments (1.9); review ESOP comments and conference with co-counsel and correspondence regarding same (1.4). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/16/09 | A. Whiteway | 1.60 | Correspondence regarding plan term sheet with Sidley (.8); review ESOP changes to memo (.6); correspondence with Davis Polk's Mr. Dimon regarding ESOP issues (.2) |
| 03/17/09 | G. Ravert | 0.90 | Attend to wire request and communications related thereto (.30); communications with A. Rutkoff regarding same (.10); telephone call with C. Lowry regarding same (.30); review and revise payment schedule for attachment to wire (.20). |
| 03/17/09 | B. Rubin | 1.90 | Review and comment on revised draft term sheet and correspondence regarding same (1.5); review memo regarding ESOP issues and correspondence regarding same (.4). |
| 03/18/09 | G. Ravert | 0.50 | Telephone call with C. Lowry regarding nature of transfer and related issues. |
| 03/18/09 | T. Shuman | 0.30 | Review AHYDO rules for memorandum. |
| 03/18/09 | B. Rubin | 1.00 | Review and comment on memo regarding ESOP issues and correspondence regarding same (1.0). |
| 03/19/09 | P. Compernolle | 1.00 | Review ERISA issues in proposed restructuring; telephone conference with B. Rubin. |
| 03/19/09 | B. Rubin | 2.50 | Preparation for and conference call regarding ESOP issues and research and analysis regarding same and follow up regarding plan term sheet description (1.9); arrange for wire of potential preference amount to client (.6). |
| 03/19/09 | J. Finkelstein | 0.50 | Participate in conference call regarding ESOP issues. |
| 03/20/09 | G. Ravert | 0.50 | Communications with C. Lowry, K. Kansa and J. McMahon regarding transfer of Pillowtex payments. |
| 03/20/09 | T. Shuman | 0.50 | Discuss AHYDO memorandum with P. Levine (.3); review AHYDO rules (.2). |
| 03/20/09 | B. Rubin | 2.40 | Research and analysis regarding ESOP issues and preparation for and conference call with Sidley regarding same (2.2); correspondence regarding return of potential preference (.2). |
| 03/20/09 | J. Finkelstein | 0.80 | Participate in conference call with Sidley regarding term sheet (.8 hours). |
| 03/22/09 | J. Finkelstein | 1.70 | Review comments on LLC agreement and tax matters agreement and revise closing documents. |
| 03/23/09 | G. Ravert | 0.50 | Review and respond to email from B. Rubin concerning |

# McDermott
# Will & Emery

Tribune Company

| | | | |
|---|---|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Tribune bills and compliance with Interim Comp Order. |
| 03/23/09 | T. Shuman | 0.30 | Draft memorandum regarding AHYDO rules. |
| 03/23/09 | M. Opper | 1.00 | Meeting with B. Rubin and J. Finkelstein; begin review of 1.752-7 liability issue. |
| 03/23/09 | B. Rubin | 2.90 | Preparation for and conference with Mark Opper and Jon Finkelstein regarding tax issues raised by Master LLC structure (.8 hours);  preparation for and conference call with IRS regarding Master LLC structure and correspondence regarding same (1.1); research and analysis regarding 1.752-7 and Clark issues relating to funding of tax liability (1.0). |
| 03/23/09 | J. Finkelstein | 1.80 | Discuss tax issues with Mark Opper and Blake Rubin (.8 hours); participate in conference call with Chadbourne (.5 hours); discuss Beverly Katz call with Blake Rubin and review email (.5 hours). |
| 03/24/09 | P. Levine | 0.50 | Conference with B. Rubin, J. Finkelstein and M. Wilder regarding sections 1503 and 382 issues. |
| 03/24/09 | M. Opper | 0.30 | Analyze issue involving contingent liability assumption; review relevant articles. |
| 03/24/09 | B. Rubin | 3.60 | Preparation for and conference call with Chadbourne regarding Master LLC structure (.7); preparation for and conference call with IRS regarding possible private letter ruling (1.3); research and analysis regarding 1.752-7 and Clark issues relating to funding of tax liability (1.6). |
| 03/24/09 | J. Finkelstein | 1.40 | Discuss consolidated return issues with Blake Rubin, Phil Levine and Mike Wilder (.70); participate in conference call with IRS regarding master LLC structure (.70). |
| 03/25/09 | P. Levine | 1.50 | Research application of section 382. |
| 03/25/09 | T. Shuman | 1.80 | Draft memorandum on AHYDO rules and Master LLC structure. |
| 03/25/09 | M. Opper | 1.50 | Review Reg.1.752-7 and analyze tax indemnity payment issues. |
| 03/25/09 | B. Rubin | 0.80 | Correspondence regarding Master LLC structure (.2); research and analysis regarding issue raised by Dimon regarding PHONES (.6). |
| 03/25/09 | A. Whiteway | 0.70 | Correspondence regarding Master LLC structure (.2); research and analysis regarding issue raised by Dimon regarding PHONES (.5). |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 03/25/09 | J. Finkelstein | 1.20 | Distribute documents for posting on creditors' committee data room (.2 hours); review structure memo (1 hour). |
| 03/26/09 | G. Ravert | 0.70 | Office conference with M. Weinstein regarding Tribune bills and discuss guidelines (.4); communications with B. Rubin and A. Whiteway regarding same (.1); additional communications with M. Weinstein regarding same (.2). |
| 03/26/09 | M. Opper | 6.00 | Analyze alternatives for tax indemnification payments (2 hrs); review Clark line of authorities and relevant article and treatise sections (3 hrs); draft preliminary conclusions to each alternative (1hr). |
| 03/26/09 | M. Weinstein | 5.60 | Meeting with GRavert regarding fee statement assignment (.2); conference call with GRavert regarding same (.2); Review docket for fee statements by other counsel (.3); Review and mark-up fee statement bill to comply with bankruptcy rules (3.6); Correspondence with multiple parties regarding information needed to mark-up fee statement (1.2); Correspondence with GRavert regarding fee statement assignment (.1). |
| 03/26/09 | B. Rubin | 3.70 | Preparation for and conference call with Davis Polk regarding Master LLC and PHONES issues (1.1); research and analysis regarding PHONES issues raised by Mr. Dimon (1.4); review and comment on memo regarding ESOP issues (.9); review and comment on exclusivity motion (.3). |
| 03/26/09 | A. Whiteway | 3.20 | Review and comment on memo regarding ESOP issues (.6); review and comment to Sidley on exclusivity motion (.3); preparation for and conference call with Davis Polk regarding Master LLC and PHONES issues (1.1); research and analysis regarding PHONES issues raised by Mr. Dimon (1.2). |
| 03/26/09 | J. Finkelstein | 2.50 | Participate in conference call with Davis Polk regarding restructuring tax issues and discuss with Blake Rubin and Andrea Whiteway (1.2 hours); draft email summary of call with Davis Polk (.8 hours); review draft transaction motion (.5 hours). |
| 03/27/09 | P. Levine | 1.30 | Draft email regarding application of section 382 to LLC structure. |
| 03/27/09 | G. Ravert | 1.00 | Several communications with M. Weinstein regarding |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | preparation of time records and fees statements for filing (.8); telephone call to K. Kansa regarding same (.1); review interim fee order (.1). |
| 03/27/09 | T. Shuman | 0.80 | Draft memorandum regarding application of AHYDO rules to Master LLC structure. |
| 03/27/09 | M. Opper | 6.30 | Review Old Colony, Centex cases, and private letter rulings (2.80); articles and treatises regarding income exclusion for tax indemnification payments (1.90); review Preamble to 1.752-7 regulations; discuss with J. Finkelstein (.60); review and edit memos by D. Dodds (1.0). |
| 03/27/09 | M. Weinstein | 4.20 | Conference calls with GRavert to discuss fee statement application (.6); preparation for and conference calls with AWhiteway and BRubin concerning fee statement information (.1); draft fee application and cover page to fee application (2.5); continue mark-up of fee statement including mark-ups based on responses to correspondence (.8); review guidelines for fee applications under 11 U.S.C. 330 (.2). |
| 03/27/09 | B. Rubin | 0.80 | Review and comment on memo regarding IRC section 382 issues (.8). |
| 03/27/09 | A. Whiteway | 1.00 | Review and comment on memo regarding IRC section 382 issues (1.0). |
| 03/27/09 | J. Finkelstein | 1.30 | Review email from Phil Levine regarding application of section 382 to master LLC structure (.3 hours); review tax structure memo (1 hour). |
| 03/29/09 | G. Ravert | 1.50 | Review draft fee application. |
| 03/29/09 | T. Shuman | 1.20 | Draft memorandum regarding application of AHYDO rules to Master LLC structure. |
| 03/29/09 | M. Opper | 2.80 | Review and edit memos by D. Dodds and research related issues involving 1.1274-5 and the step transaction doctrine (2.0); review and edit D. Dodds memo on passive investment income (.80). |
| 03/29/09 | B. Rubin | 1.90 | Memo to clients regarding call with Davis Polk (.4); research and analysis regarding PHONES issues raised by Davis Polk (1.5). |
| 03/29/09 | A. Whiteway | 1.90 | Memo to clients regarding call with Davis Polk (.4); research and analysis regarding PHONES issues raised |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      1987656
Invoice Date:  04/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | by Davis Polk (1.5). |
| 03/30/09 | G. Ravert | 2.20 | Review draft fee application and proposed monthly fee statements (1.2); communications with M. Weinstein regarding same (.2); telephone call to K. Kansa regarding same (.1); telephone call with B. Rubin regarding fee statement and quarterly fee application (.2); review time records for compliance with UST guidelines (.5). |
| 03/30/09 | T. Shuman | 0.60 | Draft memorandum regarding application of AHYDO rules to Master LLC structure. |
| 03/30/09 | M. Opper | 7.00 | Review and edit memos by D. Dodds and G. Chan (5.60); discussions with D. Dodds and G. Chan to go over proposed edits and changes to the memos (1.0); discussion with J. Finkelstein regarding same (.40). |
| 03/30/09 | M. Weinstein | 1.90 | Conference calls with GRavert regarding fee statement (.3); Correspondence with BRubin regarding same (.2); Correspondence with GRaicht regarding missing information (.1); markup of prebill used for fee application (.3); meeting with GRavert to discuss fee application (.2); edit and revise monthly fee application (.2); review docket for sample quarterly fee applications (.5); correspondence with GRavert regarding same (.1). |
| 03/30/09 | G. Chan | 0.50 | Discuss COD memo with M. Opper. |
| 03/30/09 | B. Rubin | 3.30 | Memo to client regarding C Corporation emergence structure (.5); review and comment on tax savings sensitivity analysis and conference with co-counsel regarding same (1.6); review and comment on memo regarding section 382 issues (.8); correspondence regarding funding of tax liability with A. Whiteway (.4). |
| 03/30/09 | A. Whiteway | 5.00 | Review Sidley Court filing draft and comment (2.2); review and comment on Receivables Credit Agreement (2.3); review and comment on PV Tax Savings spreadsheet (.5). |
| 03/30/09 | J. Finkelstein | 3.70 | Draft tax savings spreadsheet and discuss with Blake Rubin (2.0); review bankruptcy court filings relevant to same (1.70). |
| 03/30/09 | D. Dodds | 0.80 | Discuss memos (step transaction doctrine; Consequence of Tribune's status as a non-managing member; applicability of Regulation 1.1274-5 to Tribune's |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | restructuring) with M. Opper |
| 03/31/09 | P. Levine | 1.30 | Research section 382 issues. |
| 03/31/09 | G. Ravert | 2.00 | Review examiner fee order (.2); telephone call with L. Cooper regarding electronic submissions (.4): telephone call with C. Lowry regarding same (.2); communications with B. Rubin regarding bills and submission requirements (.3); communications with M. Weinstein regarding same (.5). review time entries (.4). |
| 03/31/09 | M. Opper | 2.00 | Review 1.752-7 liability issue and search for additional authorities (1.30); begin draft of alternative summary for contingent liabilities (.70). |
| 03/31/09 | M. Weinstein | 2.80 | Conference calls with GRavert concerning fee application (.2); review docket to determine standard for fee applications (.2); conference call with GRavert regarding fee applications (.3); research local DE rules regarding submitting fee application (.5); correspondence with GRavert summarizing findings (.3); multiple correspondence with GRavert regarding fee application (.1); edit and revise prebill that will be attached to fee application (.4); correspondence with BRubin and GRavert regarding revised prebill (.1); conference call with GRavert regarding fee application and discussions with fee examiner (.1); draft and edit cover sheets for fee application based off DE local forms (.6). |
| 03/31/09 | B. Rubin | 1.20 | Review research regarding section 382 ownership change and COD issues (1.2). |
| 03/31/09 | A. Whiteway | 4.20 | Review and comment on Credit Agreement (3.0); conference with Mr. Finkelstein (1.0); telephone Sidley (.2). |
| 03/31/09 | J. Finkelstein | 3.00 | Review bankruptcy motions (2.5 hours); discuss section 1374 issue with Mark Opper (.5 hours). |
| 03/31/09 | D. Dodds | 0.80 | Review emails with M. Opper and T. Shuman regarding "Step Transaction Memo (.30);" research regarding that memo (.50). |

| | | | | |
|---|---|---|---|---|
| **Total Hours** | **336.30** | | **Total For Services** | **$227,863.00** |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        1987656
Invoice Date:   04/22/2009

## Timekeeper Summary

| Name | Hours | Amount |
|------|------:|-------:|
| G. Chan | 6.30 | 2,016.00 |
| P. Compernolle | 1.00 | 715.00 |
| D. Dodds | 1.60 | 448.00 |
| R. Feldgarden, PC | 0.50 | 417.50 |
| J. Finkelstein | 43.50 | 25,230.00 |
| P. Levine | 16.80 | 14,028.00 |
| P. McCurry | 8.30 | 2,531.50 |
| M. Opper | 26.90 | 13,181.00 |
| G. Ravert | 28.50 | 16,672.50 |
| B. Rubin | 84.80 | 77,592.00 |
| T. Shuman | 16.50 | 5,280.00 |
| W. Smith | 1.20 | 954.00 |
| M. Weinstein | 14.50 | 4,712.50 |
| M. White | 1.50 | 997.50 |
| A. Whiteway | 83.90 | 62,925.00 |
| J. Zajac | 0.50 | 162.50 |
| **Totals** | **336.30** | **$227,863.00** |

## Costs and Other Charges

| Description | Amount |
|-------------|-------:|
| Facsimile | 3.00 |
| Fax sent to (813) 375-6609. | |
| Photocopy | 0.80 |
| Device 03WDC16C. | |
| Photocopy | 2.80 |
| Device 03WDC14C. 06673 | |
| Photocopy | 4.80 |
| Device 03WDC14C. 08450 | |
| Photocopy | 5.80 |
| Device 09NYK05C. | |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

| Description | Amount |
|---|---|
| Postage | 0.84 |
| Telecommunications | 26.85 |
| VENDOR: Conference Plus, Incorporated; INVOICE #22758093; INVOICE DATE: 04/01/09; Call Date: 03/02/09; Order #24023600; Host NAME: Blake Rubin | |
| Telecommunications | 0.30 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 1.05 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.60 |
| Ext. 75598 called WILMINGTON, (302) 573-6492. | |
| Telecommunications | 12.15 |
| Ext. 68425 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 1.80 |
| Ext. 75598 called WILMINGTON, (302) 573-6492. | |
| Telecommunications | 0.15 |
| Ext. 68424 called CHICAGO, (312) 832-4575. | |
| Telecommunications | 0.30 |
| Ext. 64215 called TAMPA, (813) 375-6609. | |
| Telecommunications | 0.60 |
| Ext. 75598 called WILMINGTON, (302) 295-4929. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 12.75 |
| Ext. 68425 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 6.45 |
| Ext. 68424 called NEW YORK, (212) 408-5128. | |
| Telecommunications | 1.50 |
| Ext. 68425 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 4.65 |
| Ext. 68425 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 0.30 |
| Ext. 68424 called CHICAGO, (312) 222-4707. | |
| Telecommunications | 0.75 |
| Ext. 68425 called NEW YORK, (212) 408-5128. | |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 |
| Invoice: | 1987656 |
| Invoice Date: | 04/22/2009 |

| **Description** | **Amount** |
|---|---|
| Telecommunications | 2.65 |
| VENDOR: Conference Plus, Incorporated; INVOICE #22857193; INVOICE DATE: 04/01/09; Call Date: 03/14/09; Order #24125710; Host NAME: Blake Rubin | |
| Telecommunications | 0.30 |
| Ext. 68425 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 5.55 |
| Ext. 68425 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 2.55 |
| Ext. 68425 called NEW YORK, (212) 408-5128. | |
| Telecommunications | 21.21 |
| VENDOR: Conference Plus, Incorporated; INVOICE #22907769; INVOICE DATE: 04/01/09; Call Date: 03/20/09; Order #24177217; Host NAME: Blake Rubin | |
| Telecommunications | 1.20 |
| Ext. 68425 called NEW YORK, (212) 408-5479. | |
| Telecommunications | 0.45 |
| Ext. 68426 called NEW YORK, (212) 408-5128. | |
| Telecommunications | 3.45 |
| Ext. 68426 called NEW YORK, (212) 408-5128. | |
| Telecommunications | 0.30 |
| Ext. 68424 called CHICAGO, (312) 222-4707. | |
| Telecommunications | 0.90 |
| Ext. 68424 called CHICAGO, (312) 222-4707. | |
| Telecommunications | 5.70 |
| Ext. 68426 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.15 |
| Ext. 75598 called CHICAGO, (312) 853-7163. | |
| Telecommunications | 0.30 |
| Ext. 68426 called CHICAGO, (312) 222-4707. | |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       1987656
Invoice Date:  04/22/2009

| Description | Amount |
|---|---|
| Telecommunications | 0.15 |
| Ext. 68425 called CHICAGO, (312) 853-7363. | |
| Telecommunications | 1.95 |
| Ext. 75598 called LADUE, (314) 291-3030. | |
| Transportation/Parking | 248.00 |
| Train trip and taxi to hearing in Delaware. | |
| Travel Expenses | 121.55 |
| Transportation to Chicago meeting. | |
| Travel Expenses | 11.24 |
| Meet with client in Chicago. | |
| Travel Expenses | 1,037.40 |
| Meet with client in Chicago. | |
| Travel Expenses | 447.30 |
| Meet with client in Chicago. | |
| Travel Expenses | 201.69 |
| Meet with client in Chicago. | |
| Travel Expenses | 6.00 |
| Meal while traveling to hearing. | |

**Total Costs and Other Charges**        **$2,208.83**

**Total This Invoice**        **$230,071.83**