# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006380 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

Total by Matter
   0507 Newsday                              $ 5,861.65
   Client/Reference Number: 0000001849

Total Services                                             $ 5,861.50

Total Costs and Other Charges Posted Through Billing Period       0.15

**Total This Invoice**                                     **$ 5,861.65**

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006380 |
| Invoice Date: | 05/22/2009 |

## Client Copy
### Billing for services rendered through 04/30/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0507 Newsday | $ 5,861.65 | |
| Client/Reference Number: 0000001849 | | |
| Total Services | | $ 5,861.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 0.15 |
| **Total This Invoice** | | **$ 5,861.65** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2006380
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0507        Newsday
                    Client/Reference Number: 0000001849

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/17/09 | A. Whiteway | 0.20 | Review correspondence from Cablevision and circulate to client. |
| 04/27/09 | M. Bilut | 1.80 | Review e-mails from M. Anderson re question on underground tank removal at Newsday (.10); review formation agreement and from lease on M. Anderson's tank removal question (1.50); draft e-mails to M. Anderson re tank removal question (.20). |
| 04/28/09 | B. Gruemmer | 1.50 | Reviewing UST clean-up liability and provisions in Lease and Formation Agreement related to same (.50); conference with D. Fuchs and M. Bilut to review same (.50); reviewing and revising email on same (.50). |
| 04/28/09 | M. Bilut | 4.40 | Review final executed lease for 235 Pinelawn for tank removal issue (1.5); review Formation Agreement schedules (.50); conferences with D. Fuchs and B. Gruemmer re review of Formation Agreement and lease (.50); telephone call with M. Anderson re discussion on tank removal questions (.20); review and respond to e-mails from D. Eldersveld re tank issue (.10); draft memorandum to M. Anderson answers to questions on thank removal questions (1.30); review D. Fuchs' and B. Gruemmer's comments to draft memo; edit memorandum to M. Anderson on tank removal obligations (.20). |
| 04/30/09 | B. Gruemmer | 1.00 | Reviewing proposal letter to CVC on deferred compensation claim (.40) and conference with D. Fuchs on same (.30); call with D. Eldersveld on same (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:        2006380
Invoice Date:   05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/30/09 | M. Bilut | 0.50 | Telephone call with M. Anderson re analysis of Newsday lease (.30); review M. Anderson's e-mail re tank removal (.20). |

| | **Total Hours** | **9.40** | **Total For Services** | **$5,861.50** |
|---|---|---|---|---|

### Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| M. Bilut | 6.70 | 3,986.50 |
| B. Gruemmer | 2.50 | 1,725.00 |
| A. Whiteway | 0.20 | 150.00 |
| **Totals** | **9.40** | **$5,861.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Telecommunications | 0.15 |

| **Total Costs and Other Charges** | **$0.15** |
|---|---|

| **Total This Invoice** | **$5,861.65** |
|---|---|

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006371 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

Total by Matter
    0504 Corporate/Credit Agreement/PHONES             $ 27,296.75
    Client/Reference Number: 0000001846

| | |
|---|---|
| Total Services | $ 27,241.50 |
| Total Costs and Other Charges Posted Through Billing Period | 55.25 |
| **Total This Invoice** | **$ 27,296.75** |

| Invoice | Date | | |
|---|---|---|---|
| 1994712 | 04/22/2009 | 24,918.40 | |
| Total Outstanding Balance | | | 24,918.40 |
| Total Balance Due | | | $ 52,215.15 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006371 |
| Invoice Date: | 05/22/2009 |

## Client Copy
### Billing for services rendered through 04/30/2009

| | | |
|---|---|---|
| Total by Matter | | |
| 0504 Corporate/Credit Agreement/PHONES | $ 27,296.75 | |
| Client/Reference Number: 0000001846 | | |
| Total Services | | $ 27,241.50 |
| Total Costs and Other Charges Posted Through Billing Period | | 55.25 |
| **Total This Invoice** | | **$ 27,296.75** |

| Invoice | Date | | |
|---|---|---|---|
| 1994712 | 04/22/2009 | 24,918.40 | |
| Total Outstanding Balance | | | 24,918.40 |
| Total Balance Due | | | $ 52,215.15 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2006371
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0504          Corporate/Credit Agreement/PHONES
                      Client/Reference Number: 0000001846

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/09 | J. Finkelstein | 2.40 | Review DIP documents and participate in conference call with Sidley regarding DIP documentation (1.8 hour); draft and review emails regarding DIP documentation (.6 hours). |
| 04/02/09 | G. Chan | 0.60 | Review Garlock treatise regarding "repurchase" language upon retirement. |
| 04/02/09 | J. Finkelstein | 1.20 | Review revised DIP documentation and proposed language. |
| 04/03/09 | B. Rubin | 2.00 | Research and analysis regarding issues raised by Davis Polk relating to consequences of put exercise. |
| 04/03/09 | A. Whiteway | 2.00 | Research and analysis regarding issues relating to consequences of put exercise. |
| 04/06/09 | G. Chan | 7.20 | Research "repurchase" issue regarding PHONES retirement (4.80); draft opinion regarding PHONES (2.40). |
| 04/06/09 | J. Finkelstein | 0.20 | Review emails regarding DIP documentation. |
| 04/07/09 | G. Chan | 4.30 | Draft opinion regarding PHONES (2.10); research definition of "retirement" under Treas. Reg. 1.1275-4 (2.20). |
| 04/08/09 | G. Chan | 6.50 | Review and analyze cases discussing the definition of "retirement" (4.40); draft opinion regarding PHONES (2.10). |
| 04/09/09 | B. Rubin | 1.20 | Preparation for and conference call with clients regarding possible settlement (.8); review and analyze prior draft settlement (.4). |
| 04/09/09 | A. Whiteway | 1.20 | Preparation for and conference call with clients regarding possible settlement (.8); review and analyze prior draft |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2006371 | |
| Invoice Date: | 05/22/2009 | |

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | settlement (.4). |
| 04/20/09 | G. Chan | 0.10 | Telephone call with A. Whiteway regarding PHONES opinion. |
| 04/21/09 | G. Chan | 2.70 | Review TAM 200606037 (.80); draft PHONES opinion (1.90). |
| 04/22/09 | G. Chan | 3.10 | Draft PHONES opinion. |
| 04/23/09 | G. Chan | 1.20 | Draft PHONES opinion. |
| 04/24/09 | B. Rubin | 0.80 | Review and comment on draft settlement proposal (.30); analysis regarding same (.50). |
| 04/24/09 | A. Whiteway | 1.00 | Review closing agreement (.50); correspondence with client regarding same (.50). |
| 04/27/09 | B. Rubin | 2.00 | Review and comment on draft IRS settlement agreement and analysis regarding impact of same (1.0); preparation for and conference call with clients (1.0). |
| 04/27/09 | A. Whiteway | 2.20 | Review closing agreement (.50); conference with Mr. Rubin regarding same (.60); preparation for and telephone conference with Mr. Shanahan regarding closing agreement (1.10). |
| 04/27/09 | J. Finkelstein | 1.50 | Review revised PHONES settlement agreement (.40), discuss with Blake Rubin and Andrea Whiteway and participate in conference call with client regarding same (1.10). |
| 04/28/09 | A. Whiteway | 1.10 | Review tax opinion. |
| 04/29/09 | B. Rubin | 1.00 | Review and comment on draft tax opinion. |
| 04/29/09 | A. Whiteway | 1.00 | Review tax opinion. |
| 04/30/09 | B. Rubin | 1.90 | Review Closing Agreement and redemption spreadsheets (.40); revise opinion (1.0); research regarding same (.50). |
| 04/30/09 | A. Whiteway | 1.90 | Review Closing Agreement and redemption spreadsheets (.50); revise opinion (.70); research regarding same (.70). |

| | **Total Hours** | **50.30** | **Total For Services** | **$27,241.50** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|---|---|---|
| G. Chan | 25.70 | 8,224.00 |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2006371
Invoice Date: 05/22/2009

| Name | Hours | Amount |
|------|-------|--------|
| J. Finkelstein | 5.30 | 3,074.00 |
| B. Rubin | 8.90 | 8,143.50 |
| A. Whiteway | 10.40 | 7,800.00 |
| **Totals** | **50.30** | **$27,241.50** |

## Costs and Other Charges

| Description | Amount |
|-------------|--------|
| Computer Assisted Research | 55.25 |
| **Total Costs and Other Charges** | **$55.25** |
| **Total This Invoice** | **$27,296.75** |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006377 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

Total by Matter
    0515 Chapter 11 Restructuring      $ 232,525.40

Total Services      $ 230,956.00

Total Costs and Other Charges Posted Through Billing Period      1,569.40

**Total This Invoice**      **$ 232,525.40**

| Invoice | Date | | |
|---|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 | |
| 1987658 | 04/13/2009 | 195,283.30 | |
| 1987660 | 04/13/2009 | 261,588.34 | |
| 1987656 | 04/22/2009 | 230,071.83 | |

Total Outstanding Balance      758,601.03

Total Balance Due      $ 991,126.43

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006377 |
| Invoice Date: | 05/22/2009 |

---

## Client Copy
### Billing for services rendered through 04/30/2009

---

| | | |
|---|---|---|
| Total by Matter | | |
| 0515 Chapter 11 Restructuring | $ 232,525.40 | |
| Total Services | | $ 230,956.00 |
| Total Costs and Other Charges Posted Through Billing Period | | 1,569.40 |
| **Total This Invoice** | | **$ 232,525.40** |

| Invoice | Date | | |
|---|---|---|---|
| 1987004 | 04/13/2009 | 71,657.56 | |
| 1987658 | 04/13/2009 | 195,283.30 | |
| 1987660 | 04/13/2009 | 261,588.34 | |
| 1987656 | 04/22/2009 | 230,071.83 | |
| Total Outstanding Balance | | | 758,601.03 |
| Total Balance Due | | | $ 991,126.43 |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP  Lockbox – Washington DC
P.O. Box 7247-6751
Philadelphia, PA 19170-6751

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2006377
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0515          Chapter 11 Restructuring

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/01/09 | P. Levine | 1.00 | Review AHYDO memorandum (.60); conference with T. Shuman regarding same (.40). |
| 04/01/09 | G. Ravert | 1.00 | Review and revise fee application (.8); communications with M. Weinstein regarding same (.2). |
| 04/01/09 | T. Shuman | 1.10 | Finalize draft memorandum regarding AHYDO rules and discuss with P. Levine (.9); send memorandum to B. Rubin, A. Whiteway and J. Finkelstein (.2). |
| 04/01/09 | M. Opper | 0.30 | Discuss legal issue with J. Finkelstein regarding 705(a)(2)(B) with respect to contingent liability. |
| 04/01/09 | M. Weinstein | 0.50 | Conference call with GRavert concerning recent call with Blake Rubin and Fee application (.1); conference call with GRavert to discuss changes to our monthly-quarterly fee application (.2); multiple correspondences with GRavert concerning fee application (.2). |
| 04/01/09 | B. Rubin | 4.00 | Follow-up correspondence regarding DIP provisions (.2); review DIP financing provisions (.8); preparation for and conference call regarding DIP financing issues(.7); email to client (.3); review and comment on AHYDO memo (1.0); analysis and correspondence regarding Pierce case issue (1.0). |
| 04/01/09 | A. Whiteway | 4.10 | Review DIP documents and participate in conference call with Sidley regarding DIP documentation (2.5 hour); draft and review emails regarding DIP documentation (.6 hours); review and comment on AHYDO memo (.5); telephone conference with Mr. Ravert regarding US Trustee filings (.5). |
| 04/01/09 | J. Finkelstein | 0.50 | Review AHYDO opinion (.5 hours). |
| 04/02/09 | G. Ravert | 0.60 | Telephone call with B. Rubin regarding fee application |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | (.4); follow up call with M. Weinstein regarding same (.2). |
| 04/02/09 | M. Opper | 3.00 | Analyze debt assumption by partnership (1.50); analyze indemnification of partner by partnership (1.50). |
| 04/02/09 | M. Weinstein | 4.00 | Draft and revise fee application (2.4); conference calls with GRavert concerning fee application (.2); meeting with GRavert concerning comments to the fee application (.3); correspondence with numerous parties at once regarding information needed for application (.3); correspondence with GRavert concerning fee application (.1); correspondence with billing people regarding same (.1); markup recently received bills for fee application exhibit (.6). |
| 04/02/09 | G. Chan | 3.00 | Revise memorandum regarding COD income and rules. |
| 04/02/09 | B. Rubin | 5.70 | Review and comment on revised DIP documents and correspondence regarding same (1.1); review and comment on revised draft plan term sheets and coordinate comments with co-counsel (2.2 hours); review and respond to inquiry from Davis Polk regarding tax sharing agreements (.5 hours); review UST Guidelines and compensation order (.4) prepare description of services for fee application and correspondence regarding same (.8); review and comment on memo regarding ESOP issues (.7). |
| 04/02/09 | A. Whiteway | 4.80 | Telephone conference with Mr. Ravert regarding fee application (.2); review memo regarding AHYDO rules (.6); review prepaid income analysis (.4); telephone conference with Sidley regarding revised loan documents (1.0); correspondence with client regarding loan documents (.3); review with ESOP lawyers Plan Term Sheet (2.3). |
| 04/02/09 | J. Finkelstein | 2.70 | Review revised plan term sheet and discuss with Blake Rubin and Andrea Whiteway (2.2 hours); review and respond to emails regarding tax sharing agreements (.5 hours). |
| 04/03/09 | P. Levine | 4.00 | Draft memorandum regarding section 382 issues. |
| 04/03/09 | M. Weinstein | 0.80 | Prepare bills and correspondence with BRubin attaching marked up bills for exhibit to fee application (.2); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | correspondence with multiple parties seeking description of services for fee application (.2); multiple conference calls with GRavert discussing fee application and progress (.2); edit fee application and cover sheet (.2). |
| 04/03/09 | G. Chan | 7.40 | Revise memorandum regarding COD income and rules (7.2); draft email to M. Opper (0.2). |
| 04/03/09 | B. Rubin | 2.80 | Review and comment on revised plan term sheets (1.0); coordinate comments from co-counsel (.7); review memo and comments regarding ESOP issues (.5); review and comment on DIP financing documents (.6). |
| 04/03/09 | A. Whiteway | 4.50 | Review and comment on revised plan term sheets and circulate to Sidley (2.5); coordinate comments from co-counsel (.7); review memo and comments regarding ESOP issues (.5); review and comment on DIP financing documents (.6); correspond with Mr. Eldersveld regarding DIP language regarding dispositions (.2). |
| 04/03/09 | D. Dodds | 0.20 | Emails with M. Opper regarding 1.1274-5 issue. |
| 04/04/09 | T. Shuman | 0.80 | Review memorandum regarding application of section 382 to Master LLC structure (.60); send comments to P. Levine and M. Wilder (.20). |
| 04/05/09 | M. Weinstein | 0.40 | Correspondence with G. Ravert regarding fee application (.2); conference call with G. Ravert regarding same (.1); correspondence with B. Gruemmer regarding description of services in fee application (.1). |
| 04/06/09 | P. Levine | 0.80 | Review section 382 memorandum (.50); conference with M. Wilder (.30). |
| 04/06/09 | G. Ravert | 1.00 | Communications with B. Rubin concerning summaries (.4); review draft summary (.2); telephone calls with M. Weinstein regarding same and review draft application (.4). |
| 04/06/09 | M. Opper | 4.50 | Review memo revision by G. Chan (.60); provide extensive edits to memo (1.70); review 108 issues (2.0); respond to inquiry for D.Dodds regarding 1.1274-5 memo (.20). |
| 04/06/09 | M. Weinstein | 0.50 | Edit fee application and correspondence with G. Ravert with updated application (.2); conference calls with G. Ravert regarding fee application (.1); review docket for fee application filing of Sidley Austin (.1); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with B. Rubin attaching same (.1). |
| 04/06/09 | G. Chan | 0.30 | Discuss memorandum regarding COD income timing in bankruptcy with M. Opper. |
| 04/06/09 | B. Rubin | 3.90 | Review and comment on DIP language changes regarding permitted dispositions (.3); conference with co-counsel at Sidley (.3); review and comment on proposed plan term sheet language (1.5); correspond with Mr. Shanahan regarding tax sharing agreement (.2); conference with Ms. Whiteway regarding UST (.2); correspond with Mr. Dimon (.3); review and edit memo regarding section 382 issues (1.1). |
| 04/06/09 | A. Whiteway | 5.10 | Review DIP language changes regarding permitted dispositions (.3); conference with co-counsel at Sidley (.3); review proposed plan term sheet language (2.5); review and comment on fastball disposition motion (1.0); correspond with Sidley regarding plan term sheet (.5); correspond with Mr. Shanahan regarding tax sharing agreement (.2); conference with Mr. Rubin regarding UST (.2); correspond with Mr. Dimon (.1). |
| 04/06/09 | D. Dodds | 7.00 | Revise Treas. Reg. Section 1.1274-5 memorandum (6.20); discuss with M. Opper (.80). |
| 04/06/09 | M. Wilder | 0.50 | Assist P. Levine on Section 382 memo. |
| 04/07/09 | P. Levine | 5.00 | Research effect of ownership change (3.20); research section 1504(a)(3) (2.80). |
| 04/07/09 | G. Ravert | 1.50 | Communications with L. Burke concerning expenses and expense charts (.3); office conference with M. Weinstein about status of application (.2); review and mark-up draft application (.3); communications with P. Compernolle regarding billing matters (.4); review and finalize pro hac vice motion (.3). |
| 04/07/09 | M. Opper | 4.00 | Discuss bankruptcy issues with J. Finkelstein (.30); complete second revision of 1017 memo and provide comments to G. Chan (2.90); review revised version of 1.1274-5 memo from D.Dodds (.80). |
| 04/07/09 | M. Weinstein | 1.50 | Edit fee application and corresponding notice (.4); call with G. Ravert concerning fee application (.1); review docket for sample of fee application and forward same to B. Rubin (.1); review docket for samples of pro hac vice |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | motions (.1); draft pro hac vice motions for B. Rubin and G. Ravert (.7); correspondence with G. Ravert regarding same (.1). |
| 04/07/09 | G. Chan | 4.40 | Review M. Opper's comments regarding COD income timing memorandum (0.8); revise memorandum regarding COD income timing in bankruptcy (2.9); conference with B. Rubin, A. Whiteway and J. Finkelstein regarding new assignments for minimum size of partnership interest, section 108(i), and publicly traded partnerships (0.7). |
| 04/07/09 | B. Rubin | 3.40 | Meetings with co-counsel regarding open tax issues relating to Tribune restructuring proposals (2.0); conference with Gale Chan regarding publicly traded partnership tax issues and 108(i) issue (.9); correspondence regarding tax sharing issue (.3); follow up with IRS regarding 108(e)(8) issue (.2). |
| 04/07/09 | A. Whiteway | 3.40 | Meetings with co-counsel regarding open tax issues relating to Tribune restructuring proposals (2.0); conference with Ms. Chan regarding publicly traded partnership tax issues and 108(i) issue (.9); correspondence regarding tax sharing issue (.3); follow up with IRS regarding 108(e)(8) issue (.2). |
| 04/07/09 | J. Finkelstein | 5.00 | Discuss master LLC structure tax issues with Blake Rubin and Andrea Whiteway (4 hours); discuss master LLC tax issues with Gale Chan (.5 hours); revise master LLC tax issues list (.5 hours). |
| 04/07/09 | D. Dodds | 8.10 | Revise memo regarding the effect of Tribune's status as a non-managing member in the Master LLC (5.30); discuss with M. Opper (.70); revise step transaction memo (2.10). |
| 04/08/09 | P. Levine | 0.50 | Research section 1504(a)(3). |
| 04/08/09 | G. Ravert | 0.70 | Communications with M. Weinstein regarding pro hac motions (.1); telephone call with K. Stickles regarding same (.3); finalize, execute and route same to K. Stickles for filing (.1); review application (.2). |
| 04/08/09 | T. Shuman | 4.70 | Review memorandum regarding prepaid income issues (2.5); meeting with M. Wilder and P. Levine regarding same (1.0); revise same (1.2). |
| 04/08/09 | M. Opper | 3.00 | Complete review of 1.1274-5 memorandum (.60); |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | research issues raised in 1.1274-5 memorandum (1.20); prepared outline of arguments for memorandum (1.0); discuss changes to 1.1274-5 memorandum with D. Dodds (.20). |
| 04/08/09 | M. Weinstein | 0.20 | Correspondence with B. Rubin regarding pro hac vice motion (.1); conference call and correspondence with G. Ravert regarding fee application (.1). |
| 04/08/09 | G. Chan | 1.60 | Research minimum size of partnership interest. |
| 04/08/09 | B. Rubin | 1.20 | Review and comment on memo regarding ability to file consolidated tax return if Tribune emerges as a C corporation (.7); research and analysis (.5). |
| 04/08/09 | A. Whiteway | 4.00 | Review master LLC structure tax issues memos (2.8); review and comment on memo regarding ability to file consolidated tax return if Tribune emerges as a C corporation (.7); research and analysis (.5). |
| 04/08/09 | J. Finkelstein | 3.50 | Review master LLC structure tax issues memos. |
| 04/08/09 | D. Dodds | 4.80 | Discuss Treas. Reg. 1.1274-5 memo with M. Opper (.50); conduct further research on that memo (3.20); revise that memo (1.10). |
| 04/08/09 | M. Wilder | 2.20 | Discuss 1504(a)(3) issue with B. Rubin and A. Whiteway (.80); research alternate structures (1.30); send out email (.10). |
| 04/09/09 | P. Levine | 6.00 | Conference with B. Rubin and A. Whiteway regarding consolidation (.20); draft memorandum regarding same (5.40); conference with M. Wilder (.40). |
| 04/09/09 | T. Shuman | 1.70 | Review revised memorandum regarding treatment of prepaid income and liabilities. |
| 04/09/09 | M. Opper | 6.30 | Review inquiry from D. Dodds regarding bankruptcy matter (.20); analyze sections 483 and 1274 and the regulations thereunder (2.70); email suggested course of action to D. Dodds regarding a review of the legislative history and discussion of the limited precedential value of FSAS (.90); review memo on 99-5 by G. Chan and edit memo (2.10); meeting with G. Chan to discuss comments on 99-5 memo (.40). |
| 04/09/09 | M. Weinstein | 3.70 | Meeting with G. Ravert regarding comments on fee application and plan of action to ensure application is timely filed (.6); revise and edit fee application (.6); |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2006377
Invoice Date: 05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | correspondence with B. Rubin concerning fee application and pro hac vice motion (.2); correspondence with B. Rubin, G. Ravert, C. Lowry, E. Burke and M. Simons regarding bills and time records (.1); revise and edit bills and time records to conform with court rules (1.8); correspondence with B. Rubin regarding time records (.2); prepare bills and correspondence with multiple parties regarding same (.2). |
| 04/09/09 | G. Chan | 7.60 | Discuss COD Memo with M. Opper (0.2); revise COD Memo (2.9); discuss memo regarding Rev. Rul. 99-5 with M. Opper (0.3); research minimum size of partnership interest (1.4); draft memo regarding minimum size of partnership interest (2.6); preliminary review of publicly traded partnership rules (0.2). |
| 04/09/09 | B. Rubin | 1.90 | Review and comment on fee application and supporting documents (.5) correspondence regarding same (.2); research and analysis regarding consolidated return issue (1.2). |
| 04/09/09 | A. Whiteway | 2.70 | Review and comment on fee application and supporting documents (.5) correspondence regarding same (.2); research and analysis regarding consolidated return issue (1.2); conference with Mr. Wilder regarding G reorg issues (.8). |
| 04/09/09 | D. Dodds | 2.80 | Revise 1274-5 memo. |
| 04/09/09 | M. Wilder | 4.60 | Discuss 1506(c)(3) issues with B. Rubin and A. Whiteway (.80); assist P. Levine in preparing a memo and analyzing the issues (1.30); begin research on memo regarding advantages of filing a consolidated return (2.50). |
| 04/10/09 | P. Levine | 1.80 | Research section 1504(a)(3). |
| 04/10/09 | G. Ravert | 0.40 | Communications with M. Weinstein and B. Rubin regarding fee application, time records and pro hac motion. |
| 04/10/09 | M. Opper | 7.00 | Review revised 1.1274-5 memo from D. Dodds (.20); research issue involving significant modification (2.10); research interplay between 483 and 1274 (2.10); extensive mark-up of 1.1274-5 memo (2.60). |
| 04/10/09 | M. Weinstein | 3.10 | Conference call with G. Ravert regarding fee application |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | (.2); correspondence with B. Rubin and others regarding time records (.3); review time records to separate time for new retention matter (.5); revise charts summarizing time in fee application (1.6); correspondence with G. Ravert regarding fee application (.1); conference call with M. Simons regarding billing records (.1); correspondence with B. Rubin regarding pro hac vice motion (.1); review edits to time records to ensure accuracy (.2). |
| 04/10/09 | A. Whiteway | 1.60 | Review plan term sheet (.6); draft memo regarding publicly traded partnership issues (.8); correspond with Sidley (.2). |
| 04/10/09 | J. Finkelstein | 2.60 | Discuss guarantee with Blake Rubin and Andrea Whiteway (.3 hours); review tax issues memos (2.3 hours). |
| 04/10/09 | M. Wilder | 4.80 | Discuss 1504(a)(3) issues with P. Levine (.20); research issues relating to advantages and disadvantages of filing a consolidated return (3.40); draft and circulate email memo (1.20). |
| 04/11/09 | B. Rubin | 0.20 | Correspondence with IRS regarding conference call. |
| 04/12/09 | M. Opper | 1.00 | Update memorandum on contingent tax liabilities (.60); review additional points to add to memo from B. Rubin and A. Whiteway article on 1.752-7 (.40). |
| 04/13/09 | P. Levine | 1.80 | Research section 1504(a)(3). |
| 04/13/09 | G. Ravert | 0.80 | Review draft fee pleading (.5); telephone call with M. Weinstein regarding same and related matters (.3). |
| 04/13/09 | M. Opper | 6.50 | Continue drafting memorandum regarding tax treatment of assumption of contingent liability (1.60); discuss additional edits to 1.1274-5 memorandum with D. Dodds (.70); further revisions to contingent liability memorandum (1.90); review and edit memorandum on 1362 by D. Dodds (2.30). |
| 04/13/09 | M. Weinstein | 1.10 | Correspondence with local counsel and B. Rubin regarding pro hac vice motion (.1); correspondence with B. Rubin regarding comments on fee application (.1); conference call with B. Rubin regarding fee application (.3); edit and revise fee application, cover sheet and notice provision (.4); conference call with G. Ravert regarding status of fee application (.1); correspondence |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/13/09 | B. Rubin | 2.10 | with B. Rubin regarding finalizing fee application (.1). Review and edit pro hac vice motion (.3); correspondence regarding same (.2); review and comment on supplemental declaration (.3); review and edit memo regarding consolidated return issues (1.3). |
| 04/13/09 | A. Whiteway | 2.00 | Review memo regarding consolidated return issues (1.0); revise PTP memo (1.0). |
| 04/13/09 | J. Finkelstein | 2.00 | Review tax issues memos. |
| 04/13/09 | D. Dodds | 0.80 | Review and discuss revisions to 1274-5 memo with M. Opper. |
| 04/13/09 | M. Wilder | 0.30 | Telephone call to Mark Weiss at IRS regarding 1504(a)(3) private letter ruling. |
| 04/14/09 | P. Levine | 5.30 | Draft memorandum regarding section 1504(a)(3). |
| 04/14/09 | G. Ravert | 0.50 | Review final fee application and discuss same with M. Weinstein (.5). |
| 04/14/09 | M. Opper | 5.00 | Draft additional sections for contingent liability memo (2.90); discuss edits to B62 memo with D. Dodds (.40); expand discussion of liability assumption and agreement to indemnity for potential tax liabilities (1.20); add legal authorities to contingent liability memo (.50). |
| 04/14/09 | M. Weinstein | 0.70 | Conference call with G. Ravert regarding fee application (.1); correspondence with G. Ravert regarding same (.1); correspondence with local counsel regarding filing of fee application (.4); correspondence with G. Ravert regarding fee examiner (.1). |
| 04/14/09 | G. Chan | 8.10 | Additional research on minimum partnership size (1.2); draft memo regarding minimum partnership size (6.9). |
| 04/14/09 | B. Rubin | 0.30 | Correspondence with Mr. Dimon regarding tax and structure issues (.3). |
| 04/14/09 | D. Dodds | 0.30 | Review and discuss Section 1362 memo with M. Opper. |
| 04/14/09 | M. Wilder | 0.30 | Begin review of 1504(a)(3) memo. |
| 04/15/09 | P. Levine | 1.50 | Conference with M. Wilder and T. Shuman regarding section 1504(a)(3) memorandum (.60); revise same (.90). |
| 04/15/09 | G. Ravert | 0.50 | Telephone communications with M. Weinstein about filings, service and service of Ledes files (.5). |
| 04/15/09 | T. Shuman | 1.20 | Review memorandum regarding section 1504(a)(3) and discuss same with P. Levine. |
| 04/15/09 | M. Opper | 7.30 | Continue drafting contingent liability memo (2.0); draft |

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:        2006377
Invoice Date:   05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | tax indemnification payment section of memo (1.40); research and begin drafting gross income allocation section of contingent liability memo (2.10); review revised version of 1.1274-5 memo from D. Dodds (.50); brief discussion with J. Finkelstein (.20); revise 1.1274-5 memo from discussion with D. Dodds (1.10). |
| 04/15/09 | M. Weinstein | 0.30 | Conference call with G. Ravert regarding fee application (.1); correspondence with G. Ravert regarding same (.1); conference call and correspondence with local counsel regarding same (.1). |
| 04/15/09 | G. Chan | 8.40 | Review M. Opper's comments on Rev. Rul. 99-5, et. al. memo (0.5); additional research regarding situation 2 of Rev. Rul. 99-5 and indebtedness as property under sec. 721 (1.1); revise memo regarding Rev. Rul. 99-5, et. al. (6.8). |
| 04/15/09 | B. Rubin | 2.10 | Preparation for and conference call with IRS regarding COD issues (1.6); respond to inquiry from Mr. Dimon regarding financial models and follow up with clients regarding same (.5). |
| 04/15/09 | A. Whiteway | 1.10 | Telephone conference with IRS regarding LLC issues (.7); correspond with Mr. Dimon (.2); review plan correspondence (.2). |
| 04/15/09 | J. Finkelstein | 0.70 | Participate in conference call with IRS regarding tax issues. |
| 04/15/09 | D. Dodds | 6.10 | Revise 1274-5 memo (2.70); revise 1362 memo (3.40). |
| 04/15/09 | M. Wilder | 1.00 | Review of section 1504(a)(3) memo and discuss comments with P. Levine. |
| 04/16/09 | P. Levine | 2.00 | Revise memorandum regarding section 1504(a)(3). |
| 04/16/09 | T. Shuman | 0.20 | Discuss section 351 analysis with P. Levine. |
| 04/16/09 | M. Opper | 4.30 | Follow-up review of 99-5 memo from G. Chan (.40); review legal authorities and related emails from J. Finkelstein (.40); additional review of COD rules memo from G. Chan (.90); discuss changes to 1.1275-5 memo with D. Dodds (.60); review additional revised version of 1.1274-5 memo (.40); continue editing 99-5 memo (1.60). |
| 04/16/09 | M. Weinstein | 0.20 | Correspondence with fee examiner regarding filed fee application. |

# McDermott
# Will & Emery

Tribune Company

Client:      020336
Invoice:     2006377
Invoice Date: 05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/16/09 | G. Chan | 8.30 | Discuss Rev. Rul. 99-5 memo with M. Opper (0.2); discuss COD memo with M. Opper (0.2); draft memo regarding minimum size of a partnership interest (2.2); review section 108(i) and legislative history (1.5); draft memo regarding section 108(i) (4.2). |
| 04/16/09 | B. Rubin | 1.30 | Review and edit memo regarding consolidated return issues post-reorganization (1.3). |
| 04/16/09 | A. Whiteway | 1.00 | Correspond with Mr. Shanahan (.3); review 1504 memo (.5); research and analysis of same (.2). |
| 04/16/09 | J. Finkelstein | 0.50 | Review tax issues memos. |
| 04/16/09 | D. Dodds | 2.30 | Revise 1274-5 memo; revise 1362 memo. |
| 04/17/09 | P. Levine | 3.30 | Research section 382 built-in loss issue. |
| 04/17/09 | D. Fuchs | 1.00 | Review written notice asserting indemnification and Formation Agreement regarding same; correspondence regarding same with Dave Eldersveld. |
| 04/17/09 | G. Chan | 4.80 | Review M. Opper's comments to COD memo (0.5); revise COD memo (2.5); review M. Opper's comments to Rev. Rul. 99-5 memo (0.5); revise Rev. Rul. 99-5 memo (1.3). |
| 04/17/09 | B. Rubin | 0.70 | Review and comment on consolidated return memo (.7). |
| 04/17/09 | A. Whiteway | 0.80 | Correspond with co-counsel regarding C corporation consolidated return issue (.3); research and analysis of same (.5). |
| 04/17/09 | M. Wilder | 1.20 | Discussed section 382 issues with P. Levine (.40); researched treatment of COD income under section 382 (.80). |
| 04/20/09 | G. Chan | 2.70 | Analyze PTP rules in the Code and regulations (0.6); draft memo regarding PTP rules (2.1). |
| 04/20/09 | B. Rubin | 2.40 | Review and analyze cash flow model to respond to Steering Committee request (1.8); correspondence regarding same (.2); follow up regarding call with IRS (.2); follow up regarding FIN 48 issues (.2). |
| 04/20/09 | J. Finkelstein | 1.00 | Review tax issues memos. |
| 04/20/09 | D. Dodds | 2.30 | Revise step transaction memo. |
| 04/21/09 | G. Chan | 5.30 | Draft memo regarding PTP rules (3.4); draft memo regarding section 108(i) (0.6); draft memo regarding minimum size of partnership interest (1.2); email memos to B. Rubin, A. Whiteway, and J. Finkelstein (0.1). |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:      2006377
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/21/09 | B. Rubin | 3.90 | Preparation for and conference call with client regarding FIN 48 and other issues (1.3); research and analysis regarding section 1017 issues (2.2); correspondence regarding same (.2); follow up with IRS regarding tax issue (.2). |
| 04/21/09 | A. Whiteway | 0.50 | Telephone conference with Mr. Shanahan regarding FIN 48 issues. |
| 04/21/09 | J. Finkelstein | 2.30 | Prepare for and participate in conference call with Tribune regarding Master LLC and C corp restructuring models (1.0); research regarding section 1017 adjustments (1.30). |
| 04/21/09 | M. Wilder | 2.00 | Start formal memo regarding advantages and disadvantages of filing a consolidated return. |
| 04/22/09 | G. Chan | 3.80 | Revise COD memo (1.2); revise memo regarding Rev. Rul 99-5 et. al. (2.6). |
| 04/22/09 | B. Rubin | 1.60 | Research and analysis regarding section 1017 and 752 issues (1.2); conference with co-counsel regarding same (.5); preparation for and conference call with IRS regarding tax issues (.8). |
| 04/22/09 | A. Whiteway | 1.60 | Review legal analysis regarding liability allocations (1.1); conference with co-counsel regarding same (.5). |
| 04/22/09 | J. Finkelstein | 3.50 | Research regarding section 1017 and section 752 (2.5 hours); participate in conference call with IRS regarding master LLC structure and distribute section 108(e)(8) history summary (1 hour). |
| 04/22/09 | M. Wilder | 1.50 | Continue drafting memo regarding consolidation and inserting citations. |
| 04/23/09 | P. Levine | 0.50 | Research section 382 issue (.40); conference with J. Finkelstein and M. Wilder regarding same (.10). |
| 04/23/09 | B. Rubin | 1.20 | Research and analysis regarding section 1017 and section 752 (.7 hours); discuss section 1017 and section 752 with client and co-counsel (.2 hours); review and edit memo to client regarding call with creditors (.3). |
| 04/23/09 | J. Finkelstein | 3.70 | Research regarding section 1017 and section 752 (1.5 hours); discuss section 1017 and section 752 with Pat Shanahan (.2 hours); participate in conference call with creditors committees' professionals and Tribune and draft email regarding same (2 hours). |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2006377
Invoice Date: 05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/23/09 | M. Wilder | 0.70 | Discussion of 382(h) issues with P. Levine relating to potential COD income in bankruptcy restructuring (.10); research into same (.60). |
| 04/24/09 | P. Compernolle | 0.50 | Review PBGC claim and request for plan information (.20); telephone conference with K. Dansart regarding same (.30). |
| 04/24/09 | P. Levine | 2.30 | Research section 382 issues. |
| 04/24/09 | B. Rubin | 0.70 | Correspondence regarding response to Ms. Katz at IRS (.5); review and comment on summary of conference call with creditors committees' professionals (.2). |
| 04/24/09 | A. Whiteway | 1.20 | FIN 48 tax reserve analysis (.8); conference with Mr. Rubin (.3); correspond with Mr. Shanahan (.1). |
| 04/24/09 | J. Finkelstein | 3.00 | Draft summary of conference call with creditors committees' professionals and discuss with Blake Rubin (1 hour); research regarding tax year of terminated S corporation and discuss with Phil Levine and Michael Wilder (1 hour); review tax issues memo (1 hour). |
| 04/24/09 | M. Wilder | 2.00 | Continue drafting consolidated return memo (1.00); research and discussion with J. Finkelstein relating to interaction of 382(h)(b), COD income attribute reduction, and S corporation termination rules (1.00). |
| 04/26/09 | M. Opper | 0.30 | Review step transaction memo by D. Dodds. |
| 04/27/09 | P. Levine | 1.30 | Conference with M. Wilder regarding section 382 issues. |
| 04/27/09 | A. Whiteway | 0.80 | Review email from Sam Dimon (.1 hours); research regarding short S corporation short taxable year (.7 hours). |
| 04/27/09 | J. Finkelstein | 0.80 | Review email from Sam Dimon (.1 hours); research regarding short s corporation short taxable year (.7 hours). |
| 04/27/09 | M. Wilder | 2.80 | Discussed issues relating to termination of S corporation year, excluded COD and section 382(h)(6) issues with P. Levine (1.30); researched same (.60); continued drafting memo on consolidated returns (.90). |
| 04/28/09 | M. Opper | 1.50 | Continue review of step transaction memo by D.Dodds (.60); edit and revise memorandum (.80); send revised version with comments to B. Rubin, A. Whiteway and J. Finkelstein (.10). |
| 04/28/09 | B. Rubin | 2.20 | Review and comment on memo regarding consolidated |

# McDermott
# Will & Emery

Tribune Company

Client: 020336
Invoice: 2006377
Invoice Date: 05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | return issues (1.0); review and comment on memo regarding COD issues (1.2). |
| 04/28/09 | J. Finkelstein | 2.20 | Discuss tax memo with Mark Opper (.30); review and research for tax memos (1.90). |
| 04/28/09 | M. Wilder | 0.50 | Proofread and amended first draft of consolidated return memo. |
| 04/29/09 | R. Feldgarden, PC | 0.50 | Discussion with M. Opper regarding treatment of debt, modification. |
| 04/29/09 | P. Levine | 2.30 | Review M. Wilder's memorandum regarding benefits of filing a consolidated return (.40); draft memorandum regarding section 382 issues (1.20); research same (.70). |
| 04/29/09 | M. Opper | 6.50 | Additional review and revision of 1.1274-5 memo (3.20); discuss 1.1274-5 application with R. Feldgarden (.50); brief discussion about ordering of transaction steps with J. Finkelstein (.30); additional review and mark-up of 1.1274-5 memo and analysis of regulation section (2.50). |
| 04/29/09 | G. Chan | 2.40 | Revise COD memo (1.1); revise memo regarding Rev. Rul .99-5 (1.3). |
| 04/29/09 | B. Rubin | 2.00 | Review and edit memo relating to 1362 issue (1.0); review and edit consolidated return memo (1.0). |
| 04/29/09 | A. Whiteway | 2.00 | Analysis of consolidated return issue (1.0); review 1362 memo (1.0). |
| 04/29/09 | J. Finkelstein | 0.50 | Discuss tax issues with Mark Opper (.5 hours). |
| 04/29/09 | D. Dodds | 1.00 | Review revised 1362 memo (.30); re-format memo (.40); emails with M. Opper regarding the same (.30). |
| 04/29/09 | M. Wilder | 1.80 | Completed first draft of consolidated memo and circulated it to P. Levine and T. Shuman. |
| 04/30/09 | P. Levine | 5.80 | Review memorandum comparing consolidated return and single entity treatment (1.0); conference with M. Wilder regarding same (.60); draft memorandum regarding section 382 (4.20). |
| 04/30/09 | T. Shuman | 0.80 | Review memorandum regarding advantages and disadvantages of filing consolidated returns and send comments to M. Wilder. |
| 04/30/09 | M. Opper | 7.80 | Draft substantial revisions to 1.1274-5 memorandum (7.20); edit and revise draft memo, send with comments to B. Rubin, A. Whiteway, and J. Finkelstein for review (.30); also send reformatted 1362 memo to MWE group |

# McDermott
# Will & Emery

Tribune Company

| | | |
|---|---|---|
| Client: | 020336 | |
| Invoice: | 2006377 | |
| Invoice Date: | 05/22/2009 | |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with comments (.30). |
| 04/30/09 | G. Chan | 1.30 | Revise memo regarding Rev. Rul. 99-5. |
| 04/30/09 | B. Rubin | 2.40 | Conference with co-counsel and correspondence regarding response to Dimon inquiry (.3); review and edit memo regarding contingent liability issue (2.1). |
| 04/30/09 | A. Whiteway | 1.00 | Review consolidated return research and memo. |
| 04/30/09 | D. Dodds | 0.70 | Review revised 1274-5 memo; emails with M. Opper regarding the same. |
| 04/30/09 | M. Wilder | 2.10 | Discussed memo with Phil Levine (.60); made suggested revisions (.40); briefly researched state tax issue and circulated final draft (1.10). |

| | **Total Hours** | **406.80** | **Total For Services** | **$230,956.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Name | Hours | Amount |
|------|-------|--------|
| G. Chan | 69.40 | 22,208.00 |
| P. Compernolle | 0.50 | 357.50 |
| D. Dodds | 36.40 | 10,192.00 |
| R. Feldgarden, PC | 0.50 | 417.50 |
| J. Finkelstein | 34.50 | 20,010.00 |
| D. Fuchs | 1.00 | 315.00 |
| P. Levine | 45.20 | 37,742.00 |
| M. Opper | 68.30 | 33,467.00 |
| G. Ravert | 7.00 | 4,095.00 |
| B. Rubin | 46.00 | 42,090.00 |
| T. Shuman | 10.50 | 3,360.00 |
| M. Weinstein | 17.00 | 5,525.00 |
| A. Whiteway | 42.20 | 31,650.00 |

# McDermott
# Will & Emery

Tribune Company

| | Client: | 020336 |
|---|---|---|
| | Invoice: | 2006377 |
| | Invoice Date: | 05/22/2009 |

| Name | Hours | Amount |
|---|---|---|
| M. Wilder | 28.30 | 19,527.00 |
| **Totals** | **406.80** | **$230,956.00** |

## Costs and Other Charges

| Description | Amount |
|---|---|
| Computer Research | 167.75 |
| Computer Research, MCCURRY, PATRICK | |
| Computer Research | 49.86 |
| Computer Research, MCCURRY, PATRICK | |
| Computer Research | 108.34 |
| Computer Research, MCCURRY, PATRICK | |
| Computer Research | 280.64 |
| Computer Research, MCCURRY, PATRICK | |
| Computer Research | 0.40 |
| Pacer Invoice: Billing Cycle 1/1/09-3/31/09 | |
| Computer Research | 50.40 |
| Pacer Invoice: Billing Cycle 1/1/09-3/31/09 | |
| Computer Research | 17.36 |
| Pacer Invoice: Billing Cycle 1/1/09-3/31/09 | |
| Credit Card Calls | 0.37 |
| (212) 450-5999 NEW YORK at 1:30:33PM | |
| Credit Card Calls | 7.45 |
| (212) 450-5999 NEW YORK at 1:33:12PM | |
| Photocopy | 9.80 |
| Device 03WDC14C. | |
| Photocopy | 28.00 |
| Device 03WDC16C. | |
| Photocopy | 11.20 |
| Device 03WDC16C. | |
| Photocopy | 2.80 |
| Device 03WDC14C. 06673 | |
| Photocopy | 0.60 |

# McDermott
# Will & Emery

Tribune Company

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2006377 |
| Invoice Date: | 05/22/2009 |

| **Description** | **Amount** |
|---|---|
| Device 03WDC16C. | |
| Telecommunications | 0.15 |
| Ext. 68425 called NEW YORK, (212) 408-5491. | |
| Telecommunications | 0.15 |
| Ext. 75598 called WILMINGTON, (302) 295-4862. | |
| Telecommunications | 0.15 |
| Ext. 75598 called WILMINGTON, (302) 651-2001. | |
| Telecommunications | 7.65 |
| Ext. 68425 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 1.20 |
| Ext. 75757 called NEW YORK, (917) 453-1819. | |
| Telecommunications | 2.10 |
| Ext. 68425 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 0.15 |
| Ext. 75757 called WILMINGTON, (302) 651-2001. | |
| Telecommunications | 0.60 |
| Ext. 68424 called NEW YORK, (212) 622-5101. | |
| Telecommunications | 0.30 |
| Ext. 68424 called NEW YORK, (212) 622-2371. | |
| Telecommunications | 6.75 |
| Ext. 68425 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 13.20 |
| Ext. 68426 called NEW YORK, (212) 450-5999. | |
| Telecommunications | 1.20 |
| Ext. 68426 called CHICAGO, (312) 222-3017. | |
| Telecommunications | 0.30 |
| Ext. 68426 called CHICAGO, (312) 222-3638. | |
| Travel Expenses | 11.33 |
| Client meeting in New York. | |
| Travel Expenses | 789.20 |
| Client meeting in New York. | |

| **Total Costs and Other Charges** | **$1,569.40** |
|---|---|

# McDermott
# Will & Emery

Tribune Company

Client:          020336
Invoice:         2006377
Invoice Date:    05/22/2009

**Total This Invoice        $232,525.40**

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025154 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 2,307.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,307.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox — Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.
Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025154 |
| Invoice Date: | 05/22/2009 |

---

## Client Copy
### Billing for services rendered through 04/30/2009

---

0041 Welfare Plans
Client/Reference Number: 0000000848

| | |
|---|---|
| Total Services | $ 2,307.00 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 2,307.00** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2025154
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0041        Welfare Plans
                    Client/Reference Number: 0000000848

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/03/09 | S. Nash | 0.30 | Review and reply to email from Kevin Dansart regarding commuter benefit SPD. |
| 04/10/09 | S. Nash | 0.80 | Review and edit Commuter Benefits Program communication (.40); draft email to Kevin Dansart regarding same (.40). |
| 04/21/09 | A. Gordon | 0.80 | Review BCBS audit agreements for R. DeBoer (.40); discuss same with R. DeBoer (.40). |
| 04/24/09 | P. Compernolle | 0.50 | Review non-qualified deferred compensation plan documents (.30); email regarding same to S. O'Connor (.20). |
| 04/27/09 | P. Compernolle | 0.50 | E-mails to M. Bourgon regarding severance policy. |
| 04/27/09 | S. Nash | 0.50 | Telephone call with Kevin Dansert regarding ARRA COBRA subsidy. |

|  | **Total Hours** | **3.40** | **Total For Services** | **$2,307.00** |
|--|-----------------|----------|------------------------|---------------|
|  |                 |          | **Total This Invoice** | **$2,307.00** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025154

05/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0041  Welfare Plans | 3.40 | 2,307.00 | 0.00 | 0.00 | 2,307.00 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| Client: | 020336 |
| Invoice: | 2025153 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 4,818.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,818.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025153 |
| Invoice Date: | 05/22/2009 |

## Client Copy
### Billing for services rendered through 04/30/2009

0042 Non-Qualified Plans
Client/Reference Number: 0000000849

| | |
|---|---|
| Total Services | $ 4,818.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 4,818.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds
using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2025153
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Services Rendered in Connection with:

Matter: 0042        Non-Qualified Plans
                    Client/Reference Number: 0000000849

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/15/09 | P. Compernolle | 1.00 | Review non-qualified plan documents (.60), telephone conference with K. Dansart regarding same (.20); telephone conference with K. Lantry regarding status of various plans (.20). |
| 04/21/09 | P. Compernolle | 1.00 | Telephone conference with K. Dansart, S. O'Connor regarding nonqualified deferred compensation plan and legal requirements (.20); review documents (.80). |
| 04/22/09 | P. Compernolle | 0.50 | Begin review of non-qualified plan for compliance with 409A. |
| 04/27/09 | P. Compernolle | 1.00 | Review nonqualified plan for compliance with 409A. |
| 04/29/09 | P. Compernolle | 2.00 | Review supplemental defined contribution plan and excess plan for compliance with Code Section 409A. |
| 04/29/09 | R. Fernando | 0.30 | Office conference with P. Compernolle to discuss 409A documentary compliance for SERP. |
| 04/30/09 | P. Compernolle | 1.00 | Review TM excess plan for administrative issues under Code Section 409A (.80); email to K. Dansart regarding same (.20). |

| | Total Hours | 6.80 | Total For Services | $4,818.50 |
|---|---|---|---|---|
| | | | Total This Invoice | $4,818.50 |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025153

05/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0042  Non-Qualified Plans | 6.80 | 4,818.50 | 0.00 | 0.00 | 4,818.50 |

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C.  20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025155 |
| Invoice Date: | 05/22/2009 |

## Remittance Copy
### Billing for services rendered through 04/30/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 7,926.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,926.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

**Invoice**

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

| | |
|---|---|
| Client: | 020336 |
| Invoice: | 2025155 |
| Invoice Date: | 05/22/2009 |

## Client Copy
### Billing for services rendered through 04/30/2009

0047 ESOP
Client/Reference Number: 0000001574

| | |
|---|---|
| Total Services | $ 7,926.50 |
| Total Costs and Other Charges Posted Through Billing Period | 0.00 |
| **Total This Invoice** | **$ 7,926.50** |

To ensure prompt and accurate application of your payment, please mail payment and remittance copy or wire transfer the funds using the following information (include your client, matter, and statement numbers):

**Wire Transfer Information:**
McDermott Will & Emery LLP
MWE Master Account
Citibank, N.A.
ABA #: 021000089
Account #: 30525705

**Mail Payment To:**
McDermott Will & Emery LLP Lockbox – Chicago
P.O. Box 2995
Carol Stream, IL 60132-2995

Tax Identification #: 36-1453176
Terms: Payable Upon Receipt

U.S. practice conducted through McDermott Will & Emery LLP.

Boston  Brussels  Chicago  Düsseldorf  Houston  London  Los Angeles  Miami  Milan  Munich  New York  Orange County  Rome  San Diego  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

05/22/2009

Invoice: 2025155
Client: 020336

Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Services Rendered in Connection with:

Matter: 0047        ESOP
                    Client/Reference Number: 0000001574

| Date | Name | Hours | Description |
|---|---|---|---|
| 04/01/09 | P. Compernolle | 0.50 | Telephone conference with M. Bourgon regarding summary plan description (.20); conference with B. Merten regarding leasing agreement issues (.30). |
| 04/01/09 | W. Merten | 0.80 | Review email from J. Marino (GreatBanc) regarding contribution. Review correspondence between C. Bigelow and J. Marino regarding same (.30). Review emails regarding loan payment evidence for last year (.10). Follow-up regarding samples of leased employee agreements to send to D. Liebentritt (.20). Conversation with A. Nesburg regarding same and related follow-up (.20). |
| 04/02/09 | P. Compernolle | 0.50 | Research regarding stock allocations and certificates. |
| 04/02/09 | W. Merten | 0.90 | Meet with P. Compernolle regarding employee leasing example (.10); review related emails from P. Compernolle (.30); review file for examples of leasing agreements/arrangements (.30); review arrangements sent by P. Compernolle (.10); conversation with Al Nesburg regarding lease arrangements/agreements (.10). |
| 04/02/09 | W. Merten | 0.20 | Review email from Dave Eldersveld regarding certificates as shares are released from ESOP loan suspense account; send related eemail. |
| 04/02/09 | W. Merten | 0.20 | Review email from A. Whiteway regarding mark-up of reorganization plan by Sidley. |
| 04/02/09 | L. Granados | 0.30 | Telephone conference with B. Merten regarding share release procedure. |
| 04/03/09 | P. Compernolle | 0.30 | Review documents regarding proposed restricting and current ESOP loan. |

# McDermott
# Will & Emery

Tribune Company

Client:        020336
Invoice:       2025155
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/03/09 | W. Merten | 2.00 | Review e-mail from L. Granados regarding structure advanced by Sidley (.20); review e-mail from A. Whiteway regarding structure and send e-mail regarding same (.40); review revised structure descriptions (1.20); draft e-mail to A. Whiteway regarding same (.20). |
| 04/03/09 | W. Merten | 0.50 | Review and send correspondence regarding drafting certificates to reflect released shares (.10); related call to John Moreno (GreatBanc Trust) (.20); telephone call from Don Liebentritt regarding certificated shares versus book entry (.20). |
| 04/03/09 | L. Granados | 1.50 | Telephone conference with B. Merten (.30); comments on reorganization proposal (1.20). |
| 04/07/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding IRS audit. |
| 04/10/09 | W. Merten | 0.10 | Review email from B. Rubin to A. Whiteway regarding comments sent regarding structure desciption. |
| 04/14/09 | W. Merten | 0.40 | Review email from J. Boelter regarding Tuesday meeting with senior lenders (.10).  Review email correspondence between P. Compernolle and B. Rubin re: structure advanced by Sidley (.10).  Review email from P. Compernolle regarding call with PriceCooper. Send related email to L. Granados (.20). |
| 04/15/09 | P. Compernolle | 0.50 | Telephone conference with J. Steffan regarding plan audit issues. |
| 04/15/09 | W. Merten | 0.30 | Call with L. Granados regarding questions referencing leasing arrangements. |
| 04/21/09 | P. Compernolle | 0.50 | Review materials regarding various IRS required tests for plan. |
| 04/21/09 | S. Schaefer | 0.30 | Discussion with Paul Compernolle regarding data necessary for annual testing requirements for Principal. |
| 04/27/09 | P. Compernolle | 0.50 | Review materials regarding Internal Revenue Service testing and telephone conference with K. Dansart regarding same. |
| 04/27/09 | W. Merten | 0.40 | Review email from Don Liebentritt regarding ESOP issues (.20).  Meet with P. Compernolle regarding materials from Principal sent over by K. Lawtry (.20). |

# McDermott
# Will & Emery

Tribune Company

Client:         020336
Invoice:       2025155
Invoice Date:  05/22/2009

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 04/28/09 | P. Compernolle | 0.30 | Telephone conference with K. Dansart regarding ESOP allocation and release of shares. |

|  | **Total Hours** | **11.30** | **Total For Services** | **$7,926.50** |
|--|-----------------|-----------|------------------------|---------------|
|  |  |  | **Total This Invoice** | **$7,926.50** |

# McDermott
# Will & Emery

600 13th Street, N.W.
Washington, D.C. 20005-3096
+1 202 756 8000

Tribune Company
Invoice: 2025155

05/22/2009

## Invoice Totals

| Matter Name | Hours | Fees | Costs and Other Charges | Retainer | Total |
|---|---|---|---|---|---|
| 0047 ESOP | 11.30 | 7,926.50 | 0.00 | 0.00 | 7,926.50 |

U.S. practice conducted through McDermott Will & Emery LLP.