# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue           **Chapter:** 11
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation
Tribune Media Services, Inc.
435 N. Michigan Ave.
Chicago, IL 60611
 **EIN:** 13–0571080              *Case No*.:  08–13141–KJC

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 7/21/2009 was filed on 7/31/2009 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/21/2009 .

If a request for redaction is filed, the redacted transcript is due 8/31/2009 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 10/29/2009 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

*/s/ David D. Bird*
Clerk of Court

Date: 7/31/09

(ntc)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Brandon           Page 1 of 1            Date Rcvd: Jul 31, 2009
Case: 08-13141                Form ID: ntcBK          Total Noticed: 6

The following entities were noticed by first class mail on Aug 02, 2009.
db/db        +Tribune Company,   Tribune Media Services, Inc.,   435 N. Michigan Avenue,
              Chicago, IL 60611-4024
aty          +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
              Wilmington, DE 19801-1496
aty          +James F. Conlan,   Sidley Austin LLP,   One South Dearborn Street,   Chicago, IL 60603-2323
aty          +Norman L. Pernick,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue,Suite 1410,
              Wilmington, DE 19801-1496
aty          +Patrick J. Reilley,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
              Wilmington, DE 19801-1496
aty          +Patrick Theodore Garvey,   Johnson & Bell, Ltd,   33 W. Monroe, Suite 2700,
              Chicago, IL 60603-5404
The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
              Wilmington, DE 19801-1496
                                                                                          TOTALS: 0, * 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2009**              **Signature:**    *Joseph Speetjens*