# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING
SERVICES FROM JUNE 1, 2009 THROUGH JUNE 30, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 7.00 | $3,605.00 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | .20 | $86.00 |
| J.C. Falgowski | Associate. Joined firm in 2004. Member of DE bar since 2004. | $360.00 | .90 | $324.00 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | 5.10 | $1,530.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 4.20 | $525.00 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 10.90 | $1,580.50 |
| Grand Total: | | | 28.30 | $7,650.50 |
| Blended Rate: | | | | $270.34 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $420.08 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 3.20 | $1,358.00 |
| Insurance Counseling – 00005 | 2.80 | $935.00 |
| Marsh – 60008 | 8.40 | $2,371.50 |
| Fee Applications – 00009 | 13.90 | $2,986.00 |
| **TOTAL:** | **28.30** | **$7,650.50** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1882451
Invoice Date: July 20, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2009

|     |                                   | Current Fees | Current Costs | Total for Matter |
|-----|-----------------------------------|-------------|---------------|------------------|
| RE: | Reliance/Times Mirror 503842.00004 | $1,358.00   | $0.80         | $1,358.80        |
| RE: | Insurance Counseling 503842.00005  | $935.00     | $0.00         | $935.00          |
| RE: | Marsh 503842.00008                 | $2,371.50   | $0.20         | $2,371.70        |
| RE: | Fee Applications 503842.00009      | $2,986.00   | $148.45       | $3,134.45        |
|     | **Current Invoice Total:**         | **$7,650.50** | **$149.45**  | **$7,799.95**    |

**REMITTANCE COPY**

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 071000505
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1882451)

July 20, 2009                                                                    Invoice: 1882451
RE:        Reliance/Times Mirror                                                Page 2
           (503842.00004)


**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/02/09 | JDS | Exchanged e-mails with counsel for Reliance-in-Liquidation regarding Notices of Determination involving Tribune claims (.20); telephone conference with client regarding same (.20). | 0.40 |
| 06/03/09 | TPL | Reviewed Liquidity Solutions e-mail regarding offer to purchase claims against Reliance. | 0.20 |
| 06/05/09 | JDS | Analyzed and exchanged e-mails with client regarding guarantee fund claim issues. | 0.20 |
| 06/10/09 | JDS | Communications regarding Liquidator's stated intention to request appointment of Referee to resolve Tribune claims. | 0.20 |
| 06/11/09 | SS | Analyzed and organized correspondence and other documents. | 0.70 |
| 06/11/09 | JDS | Analyzed issues related to disposition of claims on Reliance estate. | 0.20 |
| 06/16/09 | JDS | Prepared email to client regarding proceedings on claims against Reliance in Liquidation. | 0.20 |
| 06/24/09 | JDS | Analyzed Liquidator's petition to appoint referee to resolve Tribune claims. | 0.40 |
| 06/25/09 | JDS | Telephone conference with client regarding Liquidator's petition to appoint referee to resolve claims dispute in Reliance liquidation. | 0.70 |

TOTAL FEES:                            $1,358.00


**CURRENT DISBURSEMENTS**


06/30/2009  Duplicating/Printing/Scanning                                              0.80

                                                    Total Disbursements              0.80

                                               Fees & Disbursements      $1,358.80

July 20, 2009                                                                                      Invoice: 1882451
RE:          Reliance/Times Mirror                                                     Page 3
              (503842.00004)


**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.30 | 515.00 | 1,184.50 |
| TPL | T.P. Law | 0.20 | 430.00 | 86.00 |
| SS | S. Somoza | 0.70 | 125.00 | 87.50 |
|    |       | 3.20 |      | 1,358.00 |

July 20, 2009                                                                      Invoice: 1882451
RE:        Insurance Counseling                                        Page 4
           (503842.00005)


**RE:    Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/11/09 | JDS | Telephone conferences with client, defense counsel, bankruptcy counsel, insurer representative regarding upcoming mediation of third-party claim. | 0.50 |
| 06/22/09 | SS | Reviewed and catalogued sub folders with material obtained from J. Shugrue. | 0.50 |
| 06/22/09 | SS | Analyzed and organized correspondence case files and prepared new sub folders per J. Shugrue. | 0.80 |
| 06/30/09 | JDS | Analyzed correspondence from ACE regarding mediation of third-party suit (.4); prepared email to client regarding same (.4); telephone conference with client regarding same (.2). | 1.00 |

TOTAL FEES:            $935.00

Fees & Disbursements        $935.00


**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 1.50 | 515.00 | 772.50 |
| SS | S. Somoza | 1.30 | 125.00 | 162.50 |
| | | 2.80 | | 935.00 |

July 20, 2009
RE:       Marsh
          (503842.00008)

**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 06/03/09 | DR | Corresponded with J. Shugrue regarding invoices for which Tribune should seek reimbursement. | 0.30 |
| 06/12/09 | JDS | Communications with D. Rosenfield regarding submissions to Marsh. | 0.20 |
| 06/16/09 | DR | Drafted letter to Marsh's counsel requesting reimbursement (.5); reviewed invoices and related materials as needed (.5). | 1.00 |
| 06/23/09 | DR | Worked on reimbursement submissions per prior agreement. | 1.00 |
| 06/23/09 | JDS | Worked on submissions per prior agreement. | 0.40 |
| 06/24/09 | SS | Revised spreadsheet with new information relating to defense costs. | 0.80 |
| 06/24/09 | DR | Worked on reimbursement submissions (1.1); revised reimbursement request letter to Marsh (.5). | 1.60 |
| 06/24/09 | JDS | Worked on preparation of submissions per agreement. | 0.30 |
| 06/25/09 | JDS | Followed up on submission of materials per prior agreement and conferred with client regarding same. | 0.20 |
| 06/26/09 | SS | Revised spreadsheet with outstanding attorney fee information. | 0.80 |
| 06/26/09 | DR | Analyzed past reimbursement submissions (.5); revised reimbursement request letter for pre and post bankruptcy incurred fees (.7). | 1.20 |
| 06/29/09 | SS | Revised summary of reimbursements chart. | 0.60 |

TOTAL FEES:                    $2,371.50

**CURRENT DISBURSEMENTS**

| 06/30/2009 | Duplicating/Printing/Scanning | 0.20 |
|------------|-------------------------------|------|
|            | Total Disbursements           | 0.20 |
|            | Fees & Disbursements          | $2,371.70 |

July 20, 2009
RE:        Marsh
           (503842.00008)

**Fee Summary: Marsh**

| ID  | Names         | Hours | Rate   | Amount   |
|-----|---------------|-------|--------|----------|
| JDS | J.D. Shugrue  | 1.10  | 515.00 | 566.50   |
| DR  | D. Rosenfield | 5.10  | 300.00 | 1,530.00 |
| SS  | S. Somoza     | 2.20  | 125.00 | 275.00   |
|     |               | 8.40  |        | 2,371.50 |

July 20, 2009                                                                    Invoice: 1882451
RE:        Fee Applications                                          Page 7
           (503842.00009)


**RE:     Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/01/09 | JDS | Worked on fee application and supporting documentation. | 0.30 | 154.50 |
| 06/02/09 | LL | Reviewed and revised RS's 3rd Monthly Fee Application (1.); e-filed and perfected service of same (.6); e-mail correspondence to fee auditor (.1); drafted CNO regarding same (.3). | 2.00 | 290.00 |
| 06/02/09 | JCF | Reviewed Fee Applications and communicated with L. Lankford regarding documents and filing. | 0.60 | 216.00 |
| 06/02/09 | JDS | Worked on fee application. | 0.20 | 103.00 |
| 06/09/09 | LL | Drafted RS's 4th Monthly Fee Application. | 1.60 | 232.00 |
| 06/17/09 | LL | Drafted 2nd quarterly fee application (.3); e-mail correspondence regarding 4th monthly and 2nd quarterly fee applications (.1). | 0.40 | 58.00 |
| 06/19/09 | LL | Revisions to 4th Monthly Fee Application (.6); revisions to 2nd Interim Fee application (.4); e-mail correspondence regarding same (.2). | 1.20 | 174.00 |
| 06/22/09 | JDS | Worked on monthly and interim fee application documents. | 0.40 | 206.00 |
| 06/23/09 | LL | Reviewed edits to 2nd Interim Fee Application (.2); instructions to business center regarding same (.1). | 0.30 | 43.50 |
| 06/24/09 | LL | Reviewed RS's 2nd Interim Fee Application (.1); e-mailed correspondence regarding same (.1); revisions to RS's 4th Monthly Fee Application (.4); e-mail correspondence (.2); reviewed and revised CNO regarding RS's 3rd Monthly Fee Application (.2); drafted e-mail to fee examiner (.1). | 1.10 | 159.50 |
| 06/24/09 | JDS | Worked on monthly and interim fee applications. | 0.70 | 360.50 |
| 06/25/09 | LL | E-mail correspondence regarding 2nd Interim and 4th Monthly Fee Applications (.2); conferred with C. Falgowski regarding same (.2); reviewed and prepared exhibits for same (1.0); | 1.40 | 203.00 |
| 06/25/09 | JCF | Reviewed Fee Applications. | 0.30 | 108.00 |
| 06/26/09 | LL | Conferred with C. Falgowski regarding fee applications (.1); revisions to 4th Monthly Fee Application (.4); e-filed and perfected service of same (.6); revisions to 2nd Interim Fee Application (.4); e-filed and perfected service of same (.6). | 2.10 | 304.50 |

July 20, 2009                                                    Invoice: 1882451
RE:          Fee Applications                                   Page 8
             (503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 06/30/09 | LL | Revisions to CNO regarding Third Monthly (.2); e-file and perfect service of same (.4); e-mail per order (.2). | 0.80 | 116.00 |
| 06/30/09 | JDS | Worked on fee applications and issues related to same. | 0.50 | 257.50 |

TOTAL FEES:          $2,986.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2009 | Duplicating/Printing/Scanning | 6.30 |
| 06/30/2009 | Courier Service - Outside | 37.50 |
| 06/30/2009 | Outside Duplicating | 104.65 |
| | Total Disbursements | 148.45 |
| | Fees & Disbursements | $3,134.45 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 2.10 | 515.00 | 1,081.50 |
| JCF | J.C. Falgowski | 0.90 | 360.00 | 324.00 |
| LL | L. Lankford | 10.90 | 145.00 | 1,580.50 |
| | | 13.90 | | 2,986.00 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1882451
Invoice Date: July 20, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL  60611

For Professional Services Rendered Through June 30, 2009

| | | Current Fees | Current Costs | Total for Matter |
|---|---|---|---|---|
| RE: | Reliance/Times Mirror 503842.00004 | $1,358.00 | $0.80 | $1,358.80 |
| RE: | Insurance Counseling 503842.00005 | $935.00 | $0.00 | $935.00 |
| RE: | Marsh 503842.00008 | $2,371.50 | $0.20 | $2,371.70 |
| RE: | Fee Applications 503842.00009 | $2,986.00 | $148.45 | $3,134.45 |
| | **Current Invoice Total:** | **$7,650.50** | **$149.45** | **$7,799.95** |

**INVOICE IS PAYABLE UPON RECEIPT**