# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $7.30 |
| Duplicating – Outside | | $37.50 |
| Courier Service – Outside | Parcels, Inc. | $104.65 |
| **TOTAL** | | **$149.45** |

US_ACTIVE-101990774.1-LALANKFO

July 20, 2009                                                                              Invoice: 1882451
RE:      Reliance/Times Mirror                                                             Page 2
        (503842.00004)

**RE:    Reliance/Times Mirror**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/02/09 | JDS | Exchanged e-mails with counsel for Reliance-in-Liquidation regarding Notices of Determination involving Tribune claims (.20); telephone conference with client regarding same (.20). | 0.40 |
| 06/03/09 | TPL | Reviewed Liquidity Solutions e-mail regarding offer to purchase claims against Reliance. | 0.20 |
| 06/05/09 | JDS | Analyzed and exchanged e-mails with client regarding guarantee fund claim issues. | 0.20 |
| 06/10/09 | JDS | Communications regarding Liquidator's stated intention to request appointment of Referee to resolve Tribune claims. | 0.20 |
| 06/11/09 | SS | Analyzed and organized correspondence and other documents. | 0.70 |
| 06/11/09 | JDS | Analyzed issues related to disposition of claims on Reliance estate. | 0.20 |
| 06/16/09 | JDS | Prepared email to client regarding proceedings on claims against Reliance in Liquidation. | 0.20 |
| 06/24/09 | JDS | Analyzed Liquidator's petition to appoint referee to resolve Tribune claims. | 0.40 |
| 06/25/09 | JDS | Telephone conference with client regarding Liquidator's petition to appoint referee to resolve claims dispute in Reliance liquidation. | 0.70 |

                                       TOTAL FEES:                            $1,358.00

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2009 Duplicating/Printing/Scanning | | 0.80 |
| | Total Disbursements | 0.80 |
| | Fees & Disbursements | $1,358.80 |

July 20, 2009  Invoice: 1882451
RE:     Marsh  Page 5
        (503842.00008)

**RE:    Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/03/09 | DR | Corresponded with J. Shugrue regarding invoices for which Tribune should seek reimbursement. | 0.30 |
| 06/12/09 | JDS | Communications with D. Rosenfield regarding submissions to Marsh. | 0.20 |
| 06/16/09 | DR | Drafted letter to Marsh's counsel requesting reimbursement (.5); reviewed invoices and related materials as needed (.5). | 1.00 |
| 06/23/09 | DR | Worked on reimbursement submissions per prior agreement. | 1.00 |
| 06/23/09 | JDS | Worked on submissions per prior agreement. | 0.40 |
| 06/24/09 | SS | Revised spreadsheet with new information relating to defense costs. | 0.80 |
| 06/24/09 | DR | Worked on reimbursement submissions (1.1); revised reimbursement request letter to Marsh (.5). | 1.60 |
| 06/24/09 | JDS | Worked on preparation of submissions per agreement. | 0.30 |
| 06/25/09 | JDS | Followed up on submission of materials per prior agreement and conferred with client regarding same. | 0.20 |
| 06/26/09 | SS | Revised spreadsheet with outstanding attorney fee information. | 0.80 |
| 06/26/09 | DR | Analyzed past reimbursement submissions (.5); revised reimbursement request letter for pre and post bankruptcy incurred fees (.7). | 1.20 |
| 06/29/09 | SS | Revised summary of reimbursements chart. | 0.60 |

TOTAL FEES:    $2,371.50

**CURRENT DISBURSEMENTS**

| 06/30/2009 | Duplicating/Printing/Scanning | 0.20 |
|---|---|---|
| | Total Disbursements | 0.20 |
| | Fees & Disbursements | $2,371.70 |

July 20, 2009 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice: 1882451
RE:　　Fee Applications　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 8
　　　　(503842.00009)

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/30/09 | LL | Revisions to CNO regarding Third Monthly (.2); e-file and perfect service of same (.4); e-mail per order (.2). | 0.80 | 116.00 |
| 06/30/09 | JDS | Worked on fee applications and issues related to same. | 0.50 | 257.50 |
| | | **TOTAL FEES:** | | **$2,986.00** |

## CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 06/30/2009 | Duplicating/Printing/Scanning | 6.30 |
| 06/30/2009 | Courier Service - Outside | 37.50 |
| 06/30/2009 | Outside Duplicating | 104.65 |
| | Total Disbursements | 148.45 |
| | Fees & Disbursements | $3,134.45 |

**Fee Summary: Fee Applications**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.10 | 515.00 | 1,081.50 |
| JCF | J.C. Falgowski | 0.90 | 360.00 | 324.00 |
| LL | L. Lankford | 10.90 | 145.00 | 1,580.50 |
| | | 13.90 | | 2,986.00 |