# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, <u>et al.</u>, | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECALARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing First Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period May 13, 2009 through June 30, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's First Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 3d day of August, 2009.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

### FEE SUMMARY FOR THE MONTHLY PERIOD FROM
### MAY 13, 2009 THROUGH JUNE 30, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 0.3 | 75.00 |
| Michael D. Basile | Member (since 1992); Communications; 1983 (DC) | 655 | 4.6 | 3,013.00 |
| Patrick J. Byrnett | Associate (since 2008); Communications; 2008 (VA) | 255 | 4.9 | 1,249.50 |
| Scott D. Dailard | Member (since 2003); Media and I.P.; 1994 (CA) & 1995 (DC) | 530 | 0.6 | 318.00 |
| J. Parker Erkmann | Senior Counsel (since 2009); Litigation; 1999 (AK) & 2005 (DC) | 430 | 0.9 | 387.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 72.1 | 52,272.50 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 15.3 | 2,218.50 |
| Michael D. Hays | Member (since 1988); Litigation; 1977 (DC) & 1991 (MD) | 665 | 5.6 | 3,724.00 |
| Adam M. Jones | Associate (since 2008); Litigation; 2005 (NC) & 2007 (DC) | 275 | 6.8 | 1,870.00 |
| Benjamin W. Karpf | Associate (since 2007); Media & I.P.; 2007 (GA) & 2008 (DC) | 255 | 1.8 | 459.00 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 12.2 | 4,087.00 |
| Kevin P. Latek | Member (since 2005); Communications; 1997 (DC) | 520 | 0.5 | 260.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 92.6 | 59,727.00 |
| Christopher L. Meazell | Of Counsel (since 2007); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 24.0 | 9,600.00 |
| Allyson E. Mejia | Cable Specialist (since 1996); Communications; n/a | 240 | 1.0 | 240.00 |

| | | | | |
|---|---|---|---|---|
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 67.0 | 17,085.00 |
| J. Christopher Redding | Member (since 1989); Communications; 1979 (OK) & 1981 (DC) | 575 | 1.2 | 690.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 56.1 | 32,257.50 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 645 | 16.1 | 10,384.50 |
| **TOTALS** | | | **383.6** | **199,917.50** |
| **BLENDED RATE** | | **$521.16** | | |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual

### COMPENSATION BY PROJECT CATEGORY
### FOR THE QUARTERLY PERIOD FROM
### MAY 13, 2009 THROUGH JUNE 30, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 365.3 | 192,597.50 |
| Fee Applications 08656.0101 | 18.3 | 7,320.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0.00 |
| **TOTAL** | **383.6** | **199,917.50** |

# ☽ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222
Federal Tax ID: 53-0186774

July 31, 2009                                                                                    Page 1

Tribune Company                                                                    Invoice 514325
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through July 31, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 05/13/09 | Telephone conference with D. Eldersveld and D. Liebentritt re FCC processing for Tribune re bankruptcy, timing and ownership issues. | |
| | J. Feore | 0.80 hrs. |
| 05/20/09 | Telephone conference with Tribune re TV-newspaper cross-ownership, FCC-imposed conditions re WWOR and timing and transfer application. | |
| | J. Feore | 0.50 hrs. |
| 05/21/09 | Research re WWOR-TV requirements to serve Northern New Jersey (2.4); draft comments re same (0.3). | |
| | J. Pila | 2.70 hrs. |
| 05/22/09 | Review new release Fox pro forma order to WWOR conditions (0.9); draft comments re same (0.3); research re main studio requirements for WWOR-TV (0.3); draft comments re same (0.1). | |
| | J. Pila | 1.60 hrs. |
| 05/23/09 | Review FCC decisions re WWOR-TV, special operating conditions and requests for N.J. Television. | |
| | J. Feore | 0.50 hrs. |
| 05/26/09 | Review and analysis of timing issues in connection with FCC consents to emerge from bankruptcy (1.3); analysis of alternatives for emergence from bankruptcy using pro forma Form 316 procedures (0.6); analysis of issues in connection with Hart-Scott approval requirements for pre-closing LMA arrangement (0.5); review issues regarding prospects for pre-closing LMA and possible terms for use in Tribune transaction (0.7); analyze status of waivers for 2007 transfer and potential impact of long-form FCC application | |

|          | or pending court challenge to newspaper broadcast cross-ownership rules (1.1); prepare memorandum regarding potential FCC issues in emergence from bankruptcy (1.2); review issues regarding FCC implications of structure of post-bankruptcy successor to Tribune (1.0). | |
|          | J. Logan | 6.40 hrs. |
| 05/27/09 | Review FCC procedures and issues re bankruptcy proceeding, new owners and expedited processing. | |
|          | J. Feore | 0.90 hrs. |
| 05/27/09 | Review 2007 transfer order regarding political FCC concerns in emergence from bankruptcy (1.7); review issues regarding status of licenses (0.9); review bankruptcy filings regarding possible FCC issues in substitution of equity for debt (1.2); review consent and application issues regarding emergence from bankruptcy (0.8). | |
|          | J. Logan | 4.60 hrs. |
| 05/28/09 | Respond to inquiry regarding HSR process for a transaction in bankruptcy. | |
|          | J. Erkmann | 0.70 hrs. |
| 05/28/09 | Telephone conference with Tribune officials regarding pending FCC matters re Tribune and Court appeals, bankruptcy issues, outline LMA options for bankruptcy appeal and FCC issues. | |
|          | J. Feore | 2.30 hrs. |
| 05/28/09 | Review re "failing station" definition (0.7); review outline of FCC options (0.2). | |
|          | M. Swanson | 0.90 hrs. |
| 05/28/09 | Research Pappas bankruptcy orders and approvals for management changes (0.2); preparation of memorandum re same (0.4). | |
|          | M. Basile | 0.60 hrs. |
| 05/28/09 | Analysis of HSR implications of proposed acquisition of broadcast stations from bankruptcy estate. | |
|          | S. Dailard | 0.60 hrs. |
| 05/29/09 | Telephone conferences with R. Michaels, D. Liebentritt and counsel for company re FCC procedures, applications and timing re bankruptcy (0.5); research LMA issues (1.0). | |
|          | J. Feore | 1.50 hrs. |
| 05/29/09 | Research and analysis regarding identification of potential FCC issues in available structures for emerging from bankruptcy (1.6); review FCC order on 2007 transition (0.4); review LMA arrangement from Pappas bankruptcy (0.4); prepare memorandum regarding points to adopt for use in connection with possible bankruptcy emergence plan (1.2). | |
|          | J. Logan | 2.60 hrs. |
| 05/29/09 | Review and revise outline of FCC options. | |
|          | M. Swanson | 0.50 hrs. |

Tribune Company

| | | |
|---|---|---|
| 05/30/09 | Review FCC-related issues re bankruptcy and transfer of control applications (0.6); outline possible LMA structures and Communications Act compliance (0.3); memo re same (0.4). | |
| | J. Feore | 1.30 hrs. |
| 06/01/09 | Conference regarding potential exemptions to HSR Act. | |
| | J. Erkmann | 0.20 hrs. |
| 06/01/09 | Telephone conference with Tribune re FCC bankruptcy applications, ownership issues with FCC requirements and timing on filing and grant (1.0); research re new owners (2.0). | |
| | J. Feore | 3.00 hrs. |
| 06/01/09 | Research and analysis regarding prospects for use of interim trust to expedite emergence from bankruptcy (1.6); review issues regarding effect of interim separation of newspaper and broadcast interests in process of emerging from bankruptcy (0.8). | |
| | J. Logan | 2.40 hrs. |
| 06/01/09 | Review issues re contemplated lender ownership interests in Tribune for FCC multiple and foreign ownership compliance. | |
| | M. Basile | 0.50 hrs. |
| 06/02/09 | Review revised FCC Form 315 re issues with multiple parties and multiple attributable interests (0.8); draft comments re same (0.3). | |
| | J. Pila | 1.10 hrs. |
| 06/02/09 | Review FCC ownership structure re Tribune, bankruptcy proposal and FCC rule compliance (1.5); telephone conferences with Tribune officials re FCC compliance and conference with counsel for lenders (1.3). | |
| | J. Feore | 2.80 hrs. |
| 06/02/09 | Review FCC attribution issues arising from structure for lenders to receive equity in exchange for debt (1.3); review issues regarding proposed New World structure as alternative model (1.4); review alternatives for dealing with attributable media interests held by proposed equity owners (0.2). | |
| | J. Logan | 2.90 hrs. |
| 06/02/09 | Review re potential Form 315 issues. | |
| | M. Swanson | 0.20 hrs. |
| 06/02/09 | Work on issues list and recommendations for FCC application structure and approvals. | |
| | M. Basile | 0.90 hrs. |
| 06/03/09 | Research re need for FCC consent for Bankruptcy Court-ordered ownership changes after initial debtor-in-possession assignment application (4.0); draft memorandum re same (1.3). | |
| | J. Pila | 5.30 hrs. |
| 06/03/09 | Telephone conferences with counsel for lenders (1.0); conference | |

|  |  |  |
|---|---|---|
|  | with company bankruptcy counsel re structure and FCC issues (0.8); review and research use of trust and FCC applications, timing issues and compliance issues (0.7). |  |
|  | J. Feore | 2.50 hrs. |
| 06/03/09 | Research and analysis regarding prospects for justifying pro forma procedures for transfer to trust arrangement (1.8); research and analysis regarding FCC deference to bankruptcy court ordered changes in ownership of debtor-in-possession (1.8); telephone conference with Sidley and Austin regarding proposed use of interim trust arrangement (0.3). |  |
|  | J. Logan | 3.90 hrs. |
| 06/03/09 | Review re potential waiver issues. |  |
|  | M. Swanson | 0.90 hrs. |
| 06/03/09 | Review Tribune organizational chart and senior lender list re FCC regulatory issues. |  |
|  | M. Basile | 0.70 hrs. |
| 06/03/09 | Research FCC definition of indicia of newspaper control or ownership as related to newspaper/broadcast cross-ownership restrictions. |  |
|  | P. Byrnett | 3.90 hrs. |
| 06/03/09 | Research re Tribune cross-ownership waivers. |  |
|  | S. Anderson (Practice Group Professional) | 0.30 hrs. |
| 06/04/09 | Review previous waiver applications and list of licensee subsidiaries (0.4); draft comments re same (0.1). |  |
|  | J. Pila | 0.50 hrs. |
| 06/04/09 | Telephone conferences with Tribune and counsel for creditors (1.0); review trust, LMA and pre-FCC approval operations, FCC precedent and issues (0.8); conference re ownership appeal, issues and court proceedings (0.4). |  |
|  | J. Feore | 2.20 hrs. |
| 06/04/09 | Research and analyses regarding continuation of FCC orders appeal rights with respect to newly reorganized Tribune entity (2.4); review and analyses of issues in connection with proposed trust interim arrangement and temporary separation of newspaper and broadcast assets (1.1); preparation and expansion of memorandum regarding issues overview (0.3). |  |
|  | J. Logan | 3.80 hrs. |
| 06/04/09 | Research re cross-ownership waivers in renewals and transfer applications. |  |
|  | K. Gallagher (Paralegal) | 1.00 hrs. |
| 06/04/09 | Research re waiver issues re transferability and length (2.6); conference re same (0.4); draft memo re potential waivers (1.2). |  |
|  | M. Swanson | 4.20 hrs. |

Tribune Company                                                    Invoice 514325

| 06/04/09 | Work on analysis of various regulatory issues (0.3); memo re same (0.4). | |
| | M. Basile | 0.70 hrs. |

| 06/04/09 | Review FCC decisions pre-dating newspaper/broadcast cross-ownership rule for FCC views on indicia of newspaper ownership. | |
| | P. Byrnett | 1.00 hrs. |

| 06/05/09 | Research re timing issues for newspaper/broadcast cross-ownership waivers. | |
| | D. Kirkpatrick | 1.10 hrs. |

| 06/05/09 | Review and research on FCC issues for Tribune's application to transfer control re bankruptcy (0.8); memo re trust, review and timing issues (1.4). | |
| | J. Feore | 2.00 hrs. |

| 06/05/09 | Research and analysis regarding retention of appeal rights in waiver proceeding by post-bankruptcy entity (2.9); prepare memorandum with several of principal FCC issues in emergence from bankruptcy (2.4); review issues regarding availability of pro forma procedures (0.5). | |
| | J. Logan | 5.80 hrs. |

| 06/05/09 | Draft memo re potential waivers (0.9); research re same (1.1); review appellate dockets challenging cross-ownership rule (0.9); telephone conference with FCC OGC re same (0.2); review and revise memo (0.6). | |
| | M. Swanson | 3.70 hrs. |

| 06/05/09 | Review issues re change in control and effectiveness of NBCO waivers. | |
| | M. Basile | 0.50 hrs. |

| 06/05/09 | Review corporate disclosure and waiver issues (0.3); review order (0.1); analyze issues regarding continued effectiveness of waivers (0.6); prepare correspondence regarding same (0.3). | |
| | M. Hays | 1.30 hrs. |

| 06/06/09 | Research FCC and appellate issues on ownership re FCC transfer application and use of trust following reorganization (0.8); memo on issues (1.0). | |
| | J. Feore | 1.80 hrs. |

| 06/06/09 | Review re challenges to previous waiver requests (1.6); review status of current court litigation over 2007 waivers and research re recent court filings (0.5). | |
| | M. Swanson | 2.10 hrs. |

| 06/08/09 | Research regarding bankruptcy impact on FCC administrative appeal and waiver rights. | |
| | C. Meazell | 1.20 hrs. |

| 06/08/09 | Research re NBCO waivers and continued Court appeals following | |

reorganization (1.0); update re prospective owners and FCC
compliance issues (1.0); review outline of Trust and LMA
agreements for Tribune (0.6).
J. Feore                                              2.60 hrs.

06/08/09        Review issues regarding effect of bankruptcy transfer application on
                retention of appellate rights in connection with 2007 transfer orders
                (1.4); review issues regarding duopoly showings given DTV
                transition (1.5); revisions to memorandum on pending FCC issues
                (0.8).
                J. Logan                              3.70 hrs.

06/08/09        Telephone conferences with J. Lewis (FCC) and G. Pash (FCC) re
                Free Press status and strategy (0.4); review FCC status reports (0.3).
                M. Swanson                            0.70 hrs.

06/08/09        Review various regulatory issues re bankruptcy proceedings (0.2);
                work on memo re same (0.2).
                M. Basile                             0.40 hrs.

06/08/09        Review correspondence regarding status reports.
                M. Hays                               0.30 hrs.

06/09/09        Research whether Rule 43 of the Federal Rules of Appellate
                Procedure would prevent a successor to Tribune Company from
                maintaining the pending appeal of the FCC's November 30, 2007
                order, which denied Tribune's requests for permanent waivers of the
                newspaper/broadcast cross-ownership rule.
                A. Jones                              2.50 hrs.

06/09/09        Research regarding bankruptcy impact on FCC administrative
                appeal and waiver rights.
                C. Meazell                            2.80 hrs.

06/09/09        Review and analysis of regional sports network and telecasting
                issues.
                D. Wittenstein                        1.40 hrs.

06/09/09        Review filings re divestiture trusts.
                D. Kirkpatrick                        0.70 hrs.

06/09/09        Telephone conference with counsel re lenders and structure of FCC
                applications (0.7); review and outline FCC issues for trust
                arrangement and long form application (1.0); research re ownership
                appellate litigation and Tribune strategy (0.6).
                J. Feore                              2.30 hrs.

06/09/09        Preparation of memorandum regarding preservation of appellate
                rights (1.7); research and analysis regarding right to continue
                prosecuting appeal under possible trust structures for emergence
                from bankruptcy (1.7); revisions to summary memorandum on FCC
                issues to be addressed in connection with emergence from
                bankruptcy (0.7); telephone conference with FCC counsel to lenders
                regarding additional information for waiver requests (0.7).

Tribune Company

|          |                                                                                     |           |
|----------|-------------------------------------------------------------------------------------|-----------|
|          | J. Logan                                                                            | 4.80 hrs. |
| 06/09/09 | Review and revise memo re appellate rights and bankruptcy/waiver issues; review re 2007 decision conditions. | |
|          | M. Swanson                                                                          | 1.40 hrs. |
| 06/09/09 | Review and analyze issues relating to ability to continue with litigation (0.3); review issues relating to substitution of parties and bankruptcy (0.4). | |
|          | M. Hays                                                                             | 0.70 hrs. |
| 06/10/09 | Research whether Rule 43 of the Federal Rules of Appellate Procedure would prevent a successor to Tribune Company from maintaining the pending appeal of the FCC's November 30, 2007 order, which denied Tribune's requests for permanent waivers of the newspaper/broadcast cross-ownership rule (3.1); draft memorandum regarding same (1.2). | |
|          | A. Jones                                                                            | 4.30 hrs. |
| 06/10/09 | Analysis re Section 111 of the Copyright Act regarding passive carrier exemption and cable rebroadcast compulsory license (0.3); case law research re same (0.2); analysis re same (1.0). | |
|          | B. Karpf                                                                            | 1.50 hrs. |
| 06/10/09 | Research regarding bankruptcy impact on FCC administrative appeal and waiver rights. | |
|          | C. Meazell                                                                          | 1.20 hrs. |
| 06/10/09 | Research and analysis regarding copyright issues in connection with possible distribution of Cubs games on WGN and America and in other platforms. | |
|          | D. Wittenstein                                                                      | 2.10 hrs. |
| 06/10/09 | Analysis of copyright issues related to Section 111 passive carrier exemption and modification of WGN programming for national distribution of Chicago Cubs games. | |
|          | J. Redding                                                                          | 0.70 hrs. |
| 06/10/09 | Research re continuing viability of satellite, failing station waivers and duopoly situations (2.0); draft comments re same (0.6). | |
|          | J. Pila                                                                             | 2.60 hrs. |
| 06/10/09 | Telephone conferences with N. Larsen and D. Eldersveld re station, superstation and regulatory issues (0.9); conference with counsel for lenders (0.6); work on FCC issues and waivers re transfer application and update on timing for appeal (1.7). | |
|          | J. Feore                                                                            | 3.20 hrs. |
| 06/10/09 | Work on revisions to memorandum on principal FCC issues (1.1); review issues on effect of emergence from bankruptcy on appellate rights (1.7); review issues on the effect of changes in the DTV transition on waiver showing (0.6). | |
|          | J. Logan                                                                            | 3.40 hrs. |

July 31, 2009                                                        Page 8

Tribune Company                                              Invoice 514325

| 06/10/09 | Review re bankruptcy timing issue(0.8); research re Section 73.3555 Note 4  administrative history and transferability of waivers (2.1). |
|---|---|
| | M. Swanson | 2.90 hrs. |

| 06/10/09 | Review and analyze issues relating to substitution of parties (0.4), effect upon waivers (0.1) and transfer of interest (0.1). |
|---|---|
| | M. Hays | 0.60 hrs. |

| 06/11/09 | Analyze Section 111 of Copyright Act. |
|---|---|
| | B. Karpf | 0.30 hrs. |

| 06/11/09 | Research (1.3) and analysis (0.5) regarding superstation and compulsory copyright license issues. |
|---|---|
| | D. Wittenstein | 1.20 hrs. |

| 06/11/09 | Telephone conference with lender's counsel re FCC issues (0.9); memo re transfer and FCC waivers, pending appeals and ownership (0.5); research re Tribune stations (1.4). |
|---|---|
| | J. Feore | 2.80 hrs. |

| 06/11/09 | Revise memorandum regarding principal FCC issues (0.9); review and analysis of issues regarding effect of emergence from bankruptcy on appellate rights (1.2); review issues regarding effect of changes in DTV transition on waiver showing (0.5); prepare for telephone conference with creditors' FCC counsel (0.3). |
|---|---|
| | J. Logan | 2.70 hrs. |

| 06/11/09 | Research re note and transferability of waivers (1.8); review previous waiver requests to draft proposed structure for new requests (1.7). |
|---|---|
| | M. Swanson | 3.50 hrs. |

| 06/12/09 | Review and analysis of proposal for Cubs telecasts and superstation and new Cubs RSN and prepare email memorandum regarding copyright effect of same. |
|---|---|
| | D. Wittenstein | 1.80 hrs. |

| 06/12/09 | Review waiver requests and other pleadings re cross-ownership (1.6), failing station (0.4) and satellite waivers (0.2). |
|---|---|
| | D. Kirkpatrick | 2.20 hrs. |

| 06/12/09 | Telephone conference with R. Wiley re FCC applications (1.3); draft chart letters re request for complaints (0.6); research re effect of DTV transition on Kokomo satellite waiver (0.6); draft comments re same (1.0). |
|---|---|
| | J. Pila | 3.50 hrs. |

| 06/12/09 | Telephone conference with counsel for lenders re FCC ownership issues, waivers and timing of FCC approval process re reorganization (1.1); research re waiver showings for FCC (0.8); telephone conference re Tribune and superstation regulatory compliance with copyright issues and operation of regional sports network (1.1). |
|---|---|
| | J. Feore | 3.00 hrs. |

| | | |
|---|---|---|
| 06/12/09 | Telephone conference with FCC counsel to Tribune lenders (R. Wiley, J. Bayes, Wiley Rein) (0.8); review issues regarding affect of termination of analog standards on satellite and other waiver requirements (1.8); review issues regarding FCC staff acceptance of proposed applications prior to plan approval (0.9). | |
| | J. Logan | 3.50 hrs. |
| 06/12/09 | Review Third Circuit stay re ruling (0.2); conference re waiver issues (0.6); research re same and available documentation (1.0); organize waiver facts (1.0). | |
| | M. Swanson | 2.80 hrs. |
| 06/13/09 | Research copyright issues re superstations and outline of RSN proposal (0.9); review Tribune TV station pending FCC applications, waivers and investigations re transfer of control application for regional company (1.9). | |
| | J. Feore | 2.80 hrs. |
| 06/13/09 | Review re previous waiver requests and data collection issues. | |
| | M. Swanson | 2.70 hrs. |
| 06/14/09 | Research and analysis regarding WGN superstation and copyright issues, creation of new Cubs RSN issues. | |
| | D. Wittenstein | 1.50 hrs. |
| 06/14/09 | Review re previous data requests and data collection issues. | |
| | M. Swanson | 2.20 hrs. |
| 06/15/09 | Research and analysis regarding superstation copyright issues and RSN issues regarding Cubs telecasts (0.7); telephone conference with Tribune personnel regarding same (0.5). | |
| | D. Wittenstein | 1.20 hrs. |
| 06/15/09 | Analysis of alternative cable copyright strategies regarding carriage of Chicago Cubs games on WGN America. | |
| | J. Redding | 0.50 hrs. |
| 06/15/09 | Telephone conference with Tribune officials regarding Cubs, superstation carriage and creation of an RSN (1.0); review FCC and copyright issues (0.9); telephone conference with lender's counsel and work on FCC transfer application and waiver showings re cross-ownership, and reorganization issues at FCC (1.6). | |
| | J. Feore | 3.50 hrs. |
| 06/15/09 | Review prior Tribune waiver requests (1.6); correspondence with FCC counsel to Tribune lenders regarding proposed structure of emergence from bankruptcy (0.4); review issues regarding prior waiver requests in connection with telephone conference with FCC counsel to Tribune (0.4); work on memorandum regarding appellate rights and effect of bankruptcy and long form transfer (1.0). | |
| | J. Logan | 3.40 hrs. |
| 06/15/09 | Finalize and send complaints letters re Tribune due diligence. | |

|  |  |  |
|---|---|---|
|  | K. Gallagher (Paralegal) | 0.40 hrs. |
| 06/15/09 | Review and analyze memo regarding Rule 43 substitution of parties (0.4); correspondence regarding same (0.2); review and analyze issues (0.1). |  |
|  | M. Hays | 0.70 hrs. |
| 06/16/09 | Research re requests for waiver / modification of cross-ownership rule and showings re diversity and competition. |  |
|  | D. Kirkpatrick | 2.10 hrs. |
| 06/16/09 | Telephone conference with Wiley Rein re waiver requests (1.5); draft memorandum re action items (1.5); research re Fox 2008 New York market description (1.0). |  |
|  | J. Pila | 4.10 hrs. |
| 06/16/09 | Telephone conference with counsel for lenders re FCC ownership structure and issues, preparation of FCC application and review timing issues (1.5); research re cross-ownership issues, FCC showing and pending litigation (0.9); conference re FCC meeting on regional company and ownership waivers (0.8). |  |
|  | J. Feore | 3.20 hrs. |
| 06/16/09 | Telephone conference with lenders' FCC counsel regarding steps in preparing for applications and waiver requests (1.2); review prior waiver filings (0.8); revisions to memorandum on preservation of appellate rights (2.7); revisions to memorandum for on FCC process issues in connection with application filing (0.9). |  |
|  | J. Logan | 5.60 hrs. |
| 06/16/09 | Review re Connecticut attorney general inquiry (0.4); telephone conference with Wiley attorneys re application and waiver procedures (1.3); review and revise memo re points raised in same (0.5). |  |
|  | M. Swanson | 2.20 hrs. |
| 06/16/09 | Review correspondence regarding waiver issues (0.2); review memo regarding same (0.5). |  |
|  | M. Hays | 0.70 hrs. |
| 06/17/09 | Research regarding appellate issues involving FCC waivers. |  |
|  | C. Meazell | 0.50 hrs. |
| 06/17/09 | Review and analysis of revised Cubs RSN and superstation proposal (0.5); comments regarding same (0.4). |  |
|  | D. Wittenstein | 0.90 hrs. |
| 06/17/09 | Revise memorandum re appellate abandonment of NBCO waivers (3.2); draft memorandum re necessary updates to waiver requests (1.4). |  |
|  | J. Pila | 4.60 hrs. |
| 06/17/09 | Telephone conference with counsel for lenders (0.3); update with expert re study for cross-ownership waivers (0.7); research re |  |

Tribune Company

|  |  |  |
|---|---|---|
| | ownership appeals (0.5); prepare issues memo re FCC compliance (0.5); review RSN graphs re FCC and copyright issues (0.7). | |
| | J. Feore | 2.70 hrs. |
| 06/17/09 | Revisions to memorandum on appellate rights (0.8); complete and send memorandum to FCC counsel to Tribune lenders regarding approach to waiver requests (2.5); review issues regarding elements of waiver requests (0.5). | |
| | J. Logan | 3.80 hrs. |
| 06/17/09 | Research and review re FCC complaints against Tribune stations (0.4); telephone conference with L. Johnson (FCC) re same (0.1). | |
| | M. Swanson | 0.50 hrs. |
| 06/17/09 | Review and analyze issues relating to bankruptcy proceedings and preservation of waivers (0.2); review and analyze legal issues (0.2); review and edit memo (0.2). | |
| | M. Hays | 0.60 hrs. |
| 06/18/09 | Research and analysis regarding superstation issues in connection with Cubs telecasts. | |
| | D. Wittenstein | 0.20 hrs. |
| 06/18/09 | Review revised RSN proposal and copyright issues (0.9); conference re FCC application process, information requests and work on trust/LMA issues (1.3). | |
| | J. Feore | 2.20 hrs. |
| 06/18/09 | Review and revise memorandum regarding appellate rights (0.6); prepare memorandum regarding additional items to obtain for FCC counsel to Tribune lenders (0.7); review and work on outline for waiver requests (1.6). | |
| | J. Logan | 2.90 hrs. |
| 06/18/09 | Telephone conferences with L. Pulley (FCC) re complaint against Tribune station (0.2); review waiver issue (0.3). | |
| | M. Swanson | 0.50 hrs. |
| 06/18/09 | Review and analyze issues re preserving rights in bankruptcy to waivers. | |
| | M. Hays | 0.70 hrs. |
| 06/19/09 | Work on superstation (0.1) and copyright issues (0.1). | |
| | D. Wittenstein | 0.20 hrs. |
| 06/19/09 | Research re FTC investigation of media ownership (0.7); research re local websites (1.2). | |
| | D. Kirkpatrick | 1.90 hrs. |
| 06/19/09 | Research re Hartford static websites and video websites (8.0); draft exhibit re same (2.6). | |
| | J. Pila | 10.60 hrs. |
| 06/19/09 | Telephone conferences with counsel re FCC application and | |

Tribune Company

|  |  |  |
|---|---|---|
|  | preparation, use of trust and LMA issues (0.7); review cross-ownership waiver material (0.8); telephone conference re RSN issues, update re copyright and Cubs proposals and multicast channel (1.0). |  |
|  | J. Feore | 2.50 hrs. |
| 06/19/09 | Work on proposed outline of waiver requests for newspaper/broadcast cross-ownership markets (1.8); work on proposed station management questionnaire regarding synergies from cross-ownership (0.4). |  |
|  | J. Logan | 2.20 hrs. |
| 06/19/09 | Telephone conference with K. Mikkelson (EI) re data issues (0.3); review and revise market questionnaire (1.8); review FCC complaint issues (0.4); revise waiver template draft (3.9); review and revise Hartford internet lists (1.9). |  |
|  | M. Swanson | 8.30 hrs. |
| 06/20/09 | Email memoranda with Tribune personnel (0.2); work on Cubs RSN and superstation issues (0.2). |  |
|  | D. Wittenstein | 0.40 hrs. |
| 06/20/09 | Memo re meetings with lender's counsel and outline FCC options re operators, licensees and transfer applications (1.0); work on structures for presentation to FCC (1.3). |  |
|  | J. Feore | 2.30 hrs. |
| 06/20/09 | Review re outline changes. |  |
|  | M. Swanson | 0.20 hrs. |
| 06/22/09 | Research and analysis regarding superstation, copyright and related issues (0.8); telephone call with C. Sennet regarding same (0.6); telephone conference with Tribune personnel regarding same (0.7); follow-up research and analysis regarding retransmission consent and copyright issues in connection with superstation and RSN proposal (1.3). |  |
|  | D. Wittenstein | 3.40 hrs. |
| 06/22/09 | Review lists of non-broadcast authorizations. |  |
|  | D. Kirkpatrick | 0.30 hrs. |
| 06/22/09 | Revise Hartford websites exhibit (0.6); research re application of superstation exemption to multicast streams (2.8); draft comments re same (0.2); research re earth station and private radio licenses (0.4); draft comments re same (0.2). |  |
|  | J. Pila | 4.20 hrs. |
| 06/22/09 | Work on FCC application issues for reorganization (0.8); telephone conference with counsel and review expert studies (0.7); telephone conference with Tribune re RSN proposal and follow-up re carriage, copyright and programming issues(1.0). |  |
|  | J. Feore | 2.50 hrs. |
| 06/22/09 | Work on issues regarding changes in waiver presentations for |  |

|  |  |  |
|---|---|---|
|  | newspaper/broadcast cross owned markets (2.8); research and analysis regarding attribution issues in connection with possible LMA approaches for expediting emergence from bankruptcy (2.1). | |
|  | J. Logan | 4.90 hrs. |
| 06/22/09 | Prepare chart of Tribune earth station and private radio licenses (2.0); prepare chart of Tribune broadcast auxiliary licenses (0.5). | |
|  | K. Gallagher (Paralegal) | 2.50 hrs. |
| 06/22/09 | Analyze retransmission consent requirements and strategy for WGN multicast CUBS channel. | |
|  | K. Latek | 0.50 hrs. |
| 06/22/09 | Review re waiver/application issue. | |
|  | M. Swanson | 0.20 hrs. |
| 06/22/09 | Review issues regarding FCC application for approvals required by bankruptcy process. | |
|  | M. Basile | 0.30 hrs. |
| 06/23/09 | Research and analysis regarding retransmission consent and copyright issues in connection with superstation and Cubs RSN strategies. | |
|  | D. Wittenstein | 0.70 hrs. |
| 06/23/09 | Research re legislative history and analogous situations re continuation of superstation retransmission consent exemption for multicast channels (4.9); draft memorandum re same (1.7). | |
|  | J. Pila | 6.60 hrs. |
| 06/23/09 | Telephone conference with Tribune and counsel for lenders re FCC application, LMA and approval process (1.3); telephone conference with media consultants re studies for FCC applications and rule waivers and work on showings (2.2). | |
|  | J. Feore | 3.50 hrs. |
| 06/23/09 | Research and analysis regarding attribution issues in connection with proposed LMA structures for emerging from bankruptcy (3.8); prepare correspondence with counsel to Tribune lenders regarding non-broadcast licenses (0.6); telephone conference with FCC counsel to Tribune lenders regarding information on structure contemplated by lender as an element of showing to FCC staff regarding permissible date for filing long-form application (1.2). | |
|  | J. Logan | 5.60 hrs. |
| 06/23/09 | Prepare chart of Tribune broadcast auxiliary licenses. | |
|  | K. Gallagher (Paralegal) | 1.50 hrs. |
| 06/23/09 | Review re waiver issue. | |
|  | M. Swanson | 0.20 hrs. |
| 06/24/09 | Review and analysis of retransmission consent, superstation and copyright issues in connection with proposed WGN America and Cubs RSN distribution. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | D. Wittenstein | 0.70 hrs. |
| 06/24/09 | Telephone conferences with lender's counsel and Tribune (0.8); work on FCC application structure, FCC compliance and LMA issues (1.5). | |
|  | J. Feore | 2.30 hrs. |
| 06/24/09 | Research regarding application of attribution and ownership rules of the FCC to alternate approaches to emergence from bankruptcy (2.6); preparation of memorandum regarding FCC implications of alternate approaches to emergence from bankruptcy (2.5). | |
|  | J. Logan | 5.10 hrs. |
| 06/24/09 | Revise waiver request outline (0.9); review cross-ownership data (0.9). | |
|  | M. Swanson | 1.80 hrs. |
| 06/25/09 | Revise memorandum re attribution (0.9); revise exhibits re Hartford local websites (0.5). | |
|  | J. Pila | 1.40 hrs. |
| 06/25/09 | Telephone conference with lenders counsel (0.6); review and revise outline of waiver requests for FCC (0.8); work on FCC waiver requests and updates re FCC meetings (0.6). | |
|  | J. Feore | 2.00 hrs. |
| 06/25/09 | Review and comment on pleadings to be filed with bankruptcy court (0.8); complete draft memorandum regarding FCC attribution issues and approaches for addressing them in LMA-based structures for emergence from bankruptcy (3.1); review and work on proposed outline for waiver requests in FCC long-form application (1.3). | |
|  | J. Logan | 5.20 hrs. |
| 06/25/09 | Review re attribution and appellate rights issues (0.6); work on waiver issues (0.3); revise station questionnaire, internet list and cross-ownership template (3.2); email J. Bayes (Wiley) re same (0.2). | |
|  | M. Swanson | 4.30 hrs. |
| 06/26/09 | Review and revise charts for print publications in Hartford market. | |
|  | D. Kirkpatrick | 1.80 hrs. |
| 06/26/09 | Research re Hartford print dailies and weeklies (0.5); draft exhibit re same (1.9). | |
|  | J. Pila | 6.90 hrs. |
| 06/26/09 | Telephone conference with D. Liebentritt (0.4); follow-up memo re LMA proposal, FCC issues and timing (0.8); work on issues memo and waiver outline (0.3). | |
|  | J. Feore | 1.50 hrs. |
| 06/26/09 | Research and analysis regarding attribution issues in connection with proposed use of LMA in plan for emergence from bankruptcy (2.1); review proposed outline of waiver requests and related issues | |

Tribune Company                                                        Invoice 514325

|         |                                                                          |          |
|---------|--------------------------------------------------------------------------|----------|
|         | (1.3). | |
|         | J. Logan | 3.40 hrs. |
| 06/26/09 | Research re daily newspaper ownership in the Miami and Chicago DMA's. | |
|         | K. Gallagher (Paralegal) | 1.60 hrs. |
| 06/26/09 | Review re waiver data collection issues (0.7); conference re newspaper data (0.1); voice mails messages to EI and H. Furchtgott-Roth re data proposals (0.1); review re attribution issues (0.9); research re waiver data for satellite and duopoly (3.1). | |
|         | M. Swanson | 4.90 hrs. |
| 06/27/09 | Research re Tribune transfer issues on LMA ownership and pro forma transfer options (0.6); work on issues memo and appellate review issues (0.9). | |
|         | J. Feore | 1.50 hrs. |
| 06/27/09 | Telephone conference with H. Furchtgott-Roth re request for econometric proposal (0.6); email previous requests to same (0.3). | |
|         | M. Swanson | 0.90 hrs. |
| 06/28/09 | Research re magazines, journals and shoppers re Hartford print media exhibit. | |
|         | J. Pila | 5.90 hrs. |
| 06/29/09 | Research (0.3) and telephone call with Copyright Office staff (0.2) regarding resources for determining carriage of WGN as a distant grandfathered signal. | |
|         | A. Mejia (Practice Group Professional) | 0.50 hrs. |
| 06/29/09 | Revise Hartford print media exhibit. | |
|         | J. Pila | 2.30 hrs. |
| 06/29/09 | Review LMA and trust operational issues and outline of possible FCC filings (1.0); conference re expert studies and waiver showings for FCC transfer applications, issues to be reviewed and FCC timing matters (0.6). | |
|         | J. Feore | 1.60 hrs. |
| 06/29/09 | Research and create chart re Los Angeles DMA daily newspaper ownership (1.5); updates to Chicago, IL and Miami, FL DMA charts re daily newspaper ownership (0.5); research and create chart re Miami, FL weekly newspapers (1.0). | |
|         | K. Gallagher (Paralegal) | 3.00 hrs. |
| 06/29/09 | Telephone conferences with K. Mikkelson (EI) and H. Furchtgott-Roth re econometric issues and data collection (0.6); email past proposals to EI (0.1); review M. Fratrik (BIA) draft (0.2); telephone conference with M. Fratrik re same (0.4). | |
|         | M. Swanson | 1.30 hrs. |
| 06/30/09 | Research (0.2) and telephone call (0.3) with Cable Data Corp. regarding WGN carriage analysis. | |

| | A. Mejia (Practice Group Professional) | 0.50 hrs. |

| 06/30/09 | Research and analysis with Cable Data Corp. regarding WGN (TV) grandfathering on cable systems for superstation issue. | |
| | D. Wittenstein | 0.40 hrs. |

| 06/30/09 | Review charts of print media in Hartford (0.3), Miami (0.4), Chicago (0.6) and Los Angeles markets (0.8). | |
| | D. Kirkpatrick | 2.10 hrs. |

| 06/30/09 | Research re weekly and Shopper publications in Chicago (2.8); update print media exhibit re same (0.3). | |
| | J. Pila | 3.10 hrs. |

| 06/30/09 | Telephone conference with D. Liebentritt re Tribune, LMA and trust matters, FCC issues and FCC filings (0.4); prepare memo re issues (0.8); review waiver studies and drafts (0.8). | |
| | J. Feore | 2.00 hrs. |

| 06/30/09 | Research (2.6) and prepare chart (2.7) of Miami, FL DMA weekly and specialty newspapers/magazine ownership. | |
| | K. Gallagher (Paralegal) | 5.30 hrs. |

| 06/30/09 | Telephone conferences with H. Furchtgott-Roth and M. Fratrik re econometric proposals (0.3); telephone conference with J. Bayes (Wiley) re waiver, data and attribution issues (0.4); review econometric proposals (1.4). | |
| | M. Swanson | 2.10 hrs. |

BILLING SUMMARY

| | Hours | Rate/Hr | Amount |
|---|---|---|---|
| BASILE | 4.60 | 655.00 | 3,013.00 |
| DAILARD | 0.60 | 530.00 | 318.00 |
| FEORE | 72.10 | 725.00 | 52,272.50 |
| HAYS | 5.60 | 665.00 | 3,724.00 |
| LATEK | 0.50 | 520.00 | 260.00 |
| LOGAN | 92.60 | 645.00 | 59,727.00 |
| REDDING | 1.20 | 575.00 | 690.00 |
| SWANSON | 56.10 | 575.00 | 32,257.50 |
| WITTENSTEIN | 16.10 | 645.00 | 10,384.50 |
| MEAZELL | 5.70 | 400.00 | 2,280.00 |
| ERKMANN | 0.90 | 430.00 | 387.00 |
| BYRNETT | 4.90 | 255.00 | 1,249.50 |
| JONES | 6.80 | 275.00 | 1,870.00 |
| KARPF | 1.80 | 255.00 | 459.00 |
| KIRKPATRICK | 12.20 | 335.00 | 4,087.00 |
| PILA | 67.00 | 255.00 | 17,085.00 |
| ANDERSON | 0.30 | 250.00 | 75.00 |
| MEJIA | 1.00 | 240.00 | 240.00 |

July 31, 2009                                                                      Page 17

Tribune Company                                                      Invoice 514325

| | | | |
|---|---|---|---|
| GALLAGHER | 15.30 | 145.00 | 2,218.50 |
| TOTAL | 365.30 | 527.23 | 192,597.50 |

Fees for Professional Services ............................................................ $        192,597.50

| | | | |
|---|---|---|---|
| | FACSIMILE | $ | 7.65 |
| | LEXIS-NEXIS | $ | 719.39 |
| | POSTAGE | $ | 0.43 |
| | REPRODUCTION | $ | 391.42 |
| | TELEPHONE | $ | 13.80 |
| 06/27/09 | J. Feore inv#ERJRF062709 - Tele conferences | $ | 111.07 |

Total Reimbursable Costs ................................................................... $        1,243.76
Total Current Billing For This File....................................................... $        193,841.26

Our File # 08656.0101              For Services Through July 31, 2009
Retention and Fee Applications

06/01/09          Research regarding declaration in support of application for
                  retention as special counsel (1.4); preparation of declaration in
                  support of application for retention as special counsel (1.7).
                  C. Meazell                                      3.10 hrs.

06/02/09          Research regarding declaration in support of application for
                  retention as special counsel (0.4); preparation of declaration in
                  support of application for retention as special counsel (1.7);
                  preparation of correspondence to Debtors' counsel regarding same
                  (0.2); telephone conference with Debtors' counsel regarding same
                  (0.3).
                  C. Meazell                                      2.60 hrs.

06/08/09          Research regarding conflicts for declaration in support of application
                  for retention as special counsel (1.8); preparation of declaration in
                  support of application for retention as special counsel (1.3).
                  C. Meazell                                      3.10 hrs.

06/09/09          Research regarding declaration in support of application for
                  retention as special counsel (1.1); preparation of declaration in
                  support of application for retention as special counsel (1.2);
                  preparation of correspondence to Debtors' counsel regarding same;
                  telephone conference with Debtors' counsel regarding same (0.3).
                  C. Meazell                                      2.60 hrs.

06/11/09          Preparation of declaration in support of application for retention as

July 31, 2009                                                                                                    Page 18

Tribune Company                                                                                   Invoice 514325

|  |  |  |
|---|---|---|
|  | special counsel (0.3); research regarding compensation and retention orders (0.8). | |
|  | C. Meazell | 1.10 hrs. |
| 06/12/09 | Research regarding declaration in support of application for retention as special counsel (0.4); preparation of declaration in support of application for retention as special counsel (0.9). | |
|  | C. Meazell | 1.30 hrs. |
| 06/17/09 | Telephone conference with debtor's counsel regarding special counsel application. | |
|  | C. Meazell | 0.20 hrs. |
| 06/25/09 | Preparation of retention application (2.3); preparation of correspondence to Debtor's counsel regarding same (0.3). | |
|  | C. Meazell | 2.60 hrs. |
| 06/26/09 | Preparation of retention application. | |
|  | C. Meazell | 1.70 hrs. |

### BILLING SUMMARY

|  | Hours | Rate/Hr | Amount |
|---|---|---|---|
| MEAZELL | 18.30 | 400.00 | 7,320.00 |
| TOTAL | 18.30 | 400.00 | 7,320.00 |

Fees for Professional Services .......................................................................... $           7,320.00
Total Current Billing For This File................................................................... $           7,320.00

Total Current Billing for This Invoice............................................................. $       201,161.26
PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $       201,161.26

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## MAY 13, 2009 THROUGH JUNE 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | 0.00 |
| Duplicating Charges (1) | | 391.42 |
| Court Costs | | 0.00 |
| Document Delivery Services | | 0.00 |
| Document Services | | 0.00 |
| Outgoing Facsimile Charges (1) | | 7.65 |
| Filing Fees | | 0.00 |
| Ground Transportation | | 0.00 |
| Lexis Research Service | Lexis | 719.39 |
| Meals Out-of-Town | | 0.00 |
| Meals | | 0.00 |
| Messenger Services | | 0.00 |
| Overtime Services | | 0.00 |
| Document Production | | 0.00 |
| Professional Services/Specialists | | 0.00 |
| Postage | | 0.43 |
| Search Services | | 0.00 |
| Telephone Tolls | | 124.87 |
| Travel/Lodging | | 0.00 |
| Westlaw Research Service | | 0.00 |
| **Total** | | **1,243.76** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are
$0.10 and $.85 per page respectively and are in compliance with the
rates as required by Local Rule 2016-2(e)(iii)