IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x
: 
In re:                                    : Chapter 11
TRIBUNE COMPANY, et al.,                  : Case No. 08-13141 (KJC)
    Debtors.                              : Jointly Administered
                                          :
-------------------------------------------------------------x

## NOTICE OF SERVICE OF OBJECTIONS TO WARREN BEATTY'S FIRST SET OF REQUESTS OF PRODUCTION OF DOCUMENTS

As set forth on the attached Certificate of Service, a copy of Debtors' **Objections to Warren Beatty's First Set of Requests of Production of Documents** was served via Federal Express overnight delivery, postage prepaid and electronic mail upon the following individual:

> Gregg M. Galardi, Esquire
> Skadden, Arps, Slate,
> Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
>
> By: _____
> Norman L. Pernick (No. 2290)
> J. Kate Stickles (No. 2917)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE 19801
> (302) 652-3131
>
> ATTORNEYS FOR DEBTORS
> AND DEBTORS IN POSSESSION