## CERTIFICATE OF SERVICE

I, Gregory V. Demo, an attorney, hereby certify that on this date I have caused a copy of the foregoing Tribune Media Services, Inc.'s, Objections to Warren Beatty's First Set of Requests of Production of Documents to be served on counsel to Mr. Beatty on July 27, 2009, by Federal Express overnight mail, postage prepaid, and electronic mail.

*/s/ Gregory V. Demo*
Gregory V. Demo

CH1 4793435v.3