IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
: 
In re: : Chapter 11
TRIBUNE COMPANY, et al., : Case No. 08-13141 (KJC)
Debtors. : Jointly Administered
:
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, J. Kate Stickles, Esquire, hereby certify that on August 4, 2009, I caused a copy of the foregoing **Notice of Service of Objections to Warren Beatty's First Set of Requests of Production of Documents** to be served via First Class Mail upon the following individual:

> Gregg M. Galardi, Esquire
> Skadden, Arps, Slate,
> Meagher & Flom LLP
> One Rodney Square
> P.O. Box 636
> Wilmington, DE 19899

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

46429/0001-5902829v1