July 30, 2009

The Honorable Kevin J. Carey, Chief Judge
U.S. Bankruptcy Court
District of Delaware
824 North Market Street
5th Floor, Courtroom #5
Wilmington, DE 19801



Re: Bankruptcy Petition #: 08-13222-KJC

Dear Your Honor,

I wrote you a letter a few months back, but I'm not sure if you received it. My name is Chuck Philips. I am a creditor in the Tribune bankruptcy case.

I am writing to let you know that Tribune has repeatedly violated contracts and lied to ex-employees since eliminating our jobs. I suspect that Tribune has also lied to you, Your Honor.

This week, I noticed that Tribune sought your permission to lavish millions of dollars in bonuses on its crack management team. Please, do not allow the robber barons that drove Tribune into bankruptcy to pad their own pockets with funds they fleeced from working stiffs like me.

I worked diligently for 20 years as a reporter for the Tribune-owned Los Angeles Times. My journalism won the industry's highest honors - the Pulitzer Prize and the George Polk Award – professional recognition that helped bolster the company's image in financial circles.

When Tribune laid me off, its managers offered to pay me a severance package of about $60,000. The company's attorneys drafted a contract outlining the terms of the buyout and I signed it at their request. According to the contract, Tribune was responsible for holding my money in a cash-balance account until the day I wanted to withdraw it.

Given what I've read about your decision in May, it appears that lawyers for Tribune misled you to believe that the company had notified employees in advance regarding a purported post-petition severance policy. But that's not true, Your Honor.

No one advised us before or after the bankruptcy filing in December that we would lose access to our severance funds if we did not withdraw the money immediately. No warning. Not by letter. Not by phone. Not by email.

To the contrary, the day after the bankruptcy was filed, I was assured by representatives of the LA Times, and Tribune, and Hewitt, that the bankruptcy action would have no effect on my account.

The fact is Tribune did not bother to issue a memo officially announcing its purported post-petition severance policy until January 30, 2009 – six weeks after it was too late for employees to do anything about it. In my case, I never saw the memo until April 18 – and then only because I repeatedly demanded that a copy be sent to me. (I am including it here.)

I know my severance might seem like a pittance to Tribune, but my family and I need the money. Over the past six months, I have pleaded with a dozen employees and managers at Hewitt (the agency hired to administer Tribune's cash balance / severance / benefit program), to no avail. Tribune and its agents have done nothing but mislead or obstruct me.

As late as this month, I received paperwork from Hewitt encouraging me [again] to withdraw my money in a lump sum payment or an IRA rollover. But when I called to try, Hewitt shut me down again. (I am enclosing the paperwork with this letter for you to see.)

I know you are a busy man, Your Honor. But please take a few moments to ferret out the truth in this matter. Please do not allow these fat cats to suck another penny out of the Tribune's coffers until they pay us working stiffs what we are owed.

Thanks for your time.

Respectfully,

Chuck Philips

(310) 721 2983
charlesalanphilips@gmail.com

632 Pacific Street – Unit #4
Santa Monica, CA 90405