UNITED STATES POSTAGE

PITNEY BOWES
$ 27.95⁰
02 1M    JUL 07 2009
0004264717
MAILED FROM ZIP CODE 60069

JULY 7, 2009
POSTMARK





your
ribune Company
enefits



*your*
**Tribune Company**

**Cash Balance
Starting Your Pension Benefit**

Statement Date 07-06-2009



RECEIVED
7-9-09


V000004
CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA CA  90405

Here is the information you requested to start your pension benefit from the Cash Balance Plan. Starting your pension benefit requires several decisions on your part. The enclosed materials will help you through those decisions. **Please keep this material for your records.**

## What You Need to Do

- Review all the enclosed information:
    - Pension Election Worksheet
    - Pension Calculation Statement
    - Pension Option Descriptions
    - Notice of Rights
    - Relative Value Notice
    - Special Tax Notice
    - Smart Moves brochure, which covers how to stay invested

- Use the Pension Election Worksheet as a guide in making your decisions.

- Call the Hewitt Retirement Center if there are any errors or changes in the information on the Pension Calculation Statement that was used to calculate your benefit. A change in any of the information could cause a difference in the actual benefit you receive.

- Make your choices. You may enter all of your choices at the Your Benefits Resources™ Web site or you may call the Hewitt Retirement Center.

- You have requested to start receiving your pension benefit on June 1, 2009. We expect that the first payment you will receive will be on October 1, 2009 with retroactive payments back to June 1, 2009. In order to receive payments on October 1, 2009 you will need to make your elections by **July 10, 2009**. If you do not make your elections by this date, your pension payment may be delayed further.

delivered by **Hewitt**

049000037 03265-V000004



## Payment Option Information

Your cash balance benefit has been calculated using current interest rates. Your actual cash balance benefit will be converted to the annuity options based on the interest rate in effect on your payment start date. If the interest rate at the time your payment begins is different from the current rate, your annuity options may be higher or lower than the amounts shown below.

Your cash balance benefit has been calculated to consider:
- Your account value from this plan.

## Payment Option Information

Following is a list of payment options that are available to you. Please refer to the Pension Option Descriptions for additional options that may be available. To make your pension elections, you must select **one** of the options below. Regardless of the payment option you select, you cannot change your payment option after the date you begin receiving benefits.

The  Single Life Annuity is the automatic payment form if you're single, unless you elect a different payment option. The 50% Joint and Survivor Annuity is the automatic payment form if you're married, unless you elect a different payment option and your spouse consents.

## Your Payment Options

| Monthly Payments as of July 1, 2009 | Payable to You | Payable to Your Beneficiary Upon Your Death |
|---|---|---|
| **Lump Sum** | | |
| *This option is a one-time payment.* | $63,350.85 | $0.00 |
| **Single Life Annuity** | $387.54 | $0.00 |
| **50% Joint and Survivor Annuity** | $352.89 | $176.45 |
| **75% Joint and Survivor Annuity** | $337.78 | $253.33 |
| **100% Joint & Survivor Annuity** | $323.94 | $323.94 |

Pension Calculation Statement                                              Page 3

| Monthly Payments as of July 1, 2009 | Payable to You | Payable to Your Beneficiary Upon Your Death |
|---|---|---|
| **5 Year Certain and Life** | $386.49 | $386.49 |
| *If you die after receiving 5 years of payments, no benefit would be payable to your beneficiary.* | | |
| **10 Year Certain and Life** | $383.08 | $383.08 |
| *If you die after receiving 10 years of payments, no benefit would be payable to your beneficiary.* | | |

Tribune Company reserves the right to correct any errors. If it is determined at any time that the information provided on this statement conflicts with the benefit defined by the Cash Balance Plan, the Cash Balance Plan will prevail. Under the law, a plan must be operated in accordance with its terms.

## For More Information

If you need additional information, access Your Benefits Resources™ at **www.yourretirementbenefits.net/tribune** or call the Hewitt Retirement Center toll-free at **800/872-2222.** Hewitt Retirement Center Representatives are available between 8 a.m. and 6 p.m., Central time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Management Company LLC.





*your*
Tribune Company

## Cash Balance
## Pension Option Descriptions

Statement Date 07-06-2009

V000004
CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA CA  90405

Here are descriptions of your payment options under the Cash Balance Plan:

## Single Life Annuity

Your monthly payments under this option are larger than those under the Joint and Survivor Annuity. However, all pension payments stop when you die regardless of your marital status. If you're married and choose this option, your spouse must consent to your choice.

This is the automatic payment form if you're single, unless you choose a different payment option.

## 50% Joint and Survivor Annuity

This option provides a monthly payment until your death. After your death, 50% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.

Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity. The amount of the reduction depends on the age of both you and your designated beneficiary and on the percentage to be continued after your death.

The 50% Joint and Survivor Annuity is the automatic payment form if you're married, unless you choose a different payment option and your spouse consents. If you're married and choose this option without your spouse as your beneficiary, your spouse must consent to your choice.

## 75% Joint and Survivor Annuity

This option provides a monthly payment until your death. After your death, 75% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.



Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity. The amount of the reduction depends on the age of both you and your designated beneficiary and on the percentage to be continued after your death.

If you're married and choose this option, your spouse must consent to your choice.

## 100% Joint & Survivor Annuity

This option provides a monthly payment until your death. After your death, 100% of the amount you receive will be paid to your designated beneficiary as long as he or she lives.

Under this option, the amount you would receive during your lifetime is less than the amount you would receive under the Single Life Annuity. The amount of the reduction depends on the age of both you and your designated beneficiary and on the percentage to be continued after your death.

If you're married and choose this option, your spouse must consent to your choice.

## 5 Year Certain and Life

This option provides a monthly payment until your death. If you die before you receive payments for 5 years, your designated beneficiary(ies) will receive the remaining payments. If you and your designated beneficiary(ies) die before 5 years of payments are made, the value of the remaining payments will be paid according to plan rules. If you die after you receive 5 years of payments, no further benefits will be paid to your designated beneficiary(ies). If you're married and choose this option, your spouse must consent to your choice.

## 10 Year Certain and Life

This option provides a monthly payment until your death. If you die before you receive payments for 10 years, your designated beneficiary(ies) will receive the remaining payments. If you and your designated beneficiary(ies) die before 10 years of payments are made, the value of the remaining payments will be paid according to plan rules. If you die after you receive 10 years of payments, no further benefits will be paid to your designated beneficiary(ies). If you're married and choose this option, your spouse must consent to your choice.

## Lump Sum

This option provides a single payment of the value of your entire benefit. If you're married and choose this option, your spouse must consent to your choice.

## For More Information

If you need additional information, access Your Benefits Resources™ at
**www.yourretirementbenefits.net/tribune** or call the Hewitt Retirement Center toll-free at
**800/872-2222**.  Hewitt Retirement Center Representatives are available between 8 a.m. and 6 p.m.,
Central time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Management Company LLC.





*your*
**Tribune Company**

**Cash Balance
Notice of Rights**

Statement Date 07-06-2009



V000004
CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA CA  90405

As a participant in the Cash Balance Plan (the "Plan"), you and your spouse (if you're married) have legal rights of which you must be notified. This statement summarizes and describes each of these rights. You should review these rights before choosing your benefits.

## Commencement of Benefits

You can always choose to delay the start of your pension benefits until at least Normal Retirement Date. If you choose to start your benefit before your Normal Retirement Date, the Plan may reduce the amount you receive to account for the longer period of time that a life annuity would be paid. In addition, when your benefit is paid, it will be subject to income taxes. Choosing to start your benefit now will result in immediate taxation, but delaying the start of your benefit will also delay taxation.

You have the right to at least 30 days to consider whether to consent to begin receiving benefits. You can waive this 30-day period by choosing to begin your benefits.

## Explanation of the Qualified Joint and Survivor Annuity

Unless you and your spouse, if married, waive your rights to the Qualified Joint and Survivor Annuity, the Plan will pay your benefit as described below.

### If You're Married When Your Benefits Begin

A Qualified Joint and Survivor Annuity is an annuity that is payable for your lifetime with a survivor annuity payable for the life of your spouse (if you're married at the time of commencement). The 50% Joint and Survivor Annuity is the Qualified Joint and Survivor Annuity. The amount of this benefit is indicated on your Pension Calculation Statement.

delivered by **Hewitt**                                                049000037 03265-V000004

The Qualified Joint and Survivor Annuity provides you with a reduced monthly benefit for your lifetime compared to the benefits you'd receive under the Single Life Annuity. After you die, your surviving spouse receives a portion of your reduced monthly benefit for his or her lifetime. The benefit is reduced because benefits are paid over the lifetimes of both you and your spouse. The amount of this benefit will depend on your age and your spouse's age when you first begin receiving benefits.

## If You're Not Married When Your Benefits Begin

The Qualified Joint and Survivor Annuity is considered to be a monthly Single Life Annuity benefit payable for your lifetime. After you die, no benefits are payable.

### Financial Effect and Relative Values

For information on the financial effect and the relative values of each payment option, see the enclosed Pension Calculation Statement and Relative Values Notice.

Tribune Company is legally required to provide you with relative value information for the payment options available to you. This information will help you compare the values of your payment options, relative to each other. Note that these relative values are calculated using legally-defined interest rate and life expectancy assumptions. These assumptions may be different from those used by the plan to calculate the amount of each payment option. This information doesn't change which payment options are available or the amount of the payment options provided on the Pension Calculation Statement.

### Financial Effect and Relative Values

The payment option amounts provided on the Pension Calculation Statement are all approximately equal in relative value to the 50% Joint and Survivor Annuity. This relative value comparison is made by comparing the value of each payment option available to the value of the 50% Joint and Survivor Annuity. This comparison uses interest and average life expectancy assumptions. For the comparison of the lump sum, the interest rate assumption is 4.6% for the first five years, 4.82% for years 5 through 19 and 4.91% for 20 years and later. An interest rate assumption of 5.50% was used for all other optional forms of payment. The actual relative value of payments made to you will depend on your actual longevity. If you would like more information on the average life expectancies used in this calculation, please call the Hewitt Retirement Center.

Any premiums for retiree health and group benefit coverage will be deducted from your monthly benefit, provided these deductions don't exceed your monthly benefit after taxes. If there are premiums and they exceed your monthly benefit or if you choose a lump-sum payment, you'll be billed directly for the cost of your insurance coverages.

You may stop deductions from being taken and begin to be billed directly by notifying the Tribune Benefits Service Center of your request at least 30 days prior to the date you want such change to take effect.

# Federal Income Tax Withholding

The payments you receive from the Cash Balance Plan that aren't eligible to roll over will be subject to federal income tax withholding unless you choose not to have withholding apply. Withholding for payments that are rollover-eligible is described in the Special Tax Notice Regarding Plan Payments.

Withholding will only apply to the portion of your benefit that is already included in your income subject to federal income tax and will be determined similar to wage withholding.

You may elect not to have federal withholding apply to these payments, or you may elect to have withholding apply based upon a marital status and number of allowances. You may also specify an additional dollar amount to withhold.

Your election will remain in effect until you revoke it. You may revoke your election at any time. Any election or revocation will be effective no later than the first of the month following the 30-day period after your election or revocation is received. You may make and revoke your election not to have withholding apply as often as you wish. To make or revoke your withholding elections, you may access the *Your Benefits Resources*™ Web site or you may call the Hewitt Retirement Center.

If you do not make an election, federal income tax will be withheld from the taxable portion of your payment as if you were married and claiming three withholding allowances.

If you elect not to have withholding apply to your pension payments or if you do not have enough federal income tax withheld from your pension payments, you may be responsible for payment of estimated tax. Penalties may be assessed under the estimated tax rules if your withholding and estimated tax payments are not sufficient.

## Rights to Waive the Qualified Joint and Survivor Annuity

You can choose to waive the Qualified Joint and Survivor Annuity benefit and choose another pension option. You can revoke any such choice at any time before your pension payment starting date. If you revoke your choice to waive the Qualified Joint and Survivor Annuity, you can make another choice.

If you're married and choose a payment option other than the Qualified Joint and Survivor Annuity, your spouse must consent to (1) the payment option and (2) the beneficiary, if applicable. Your spouse's consent must be witnessed by a Notary Public. Afterward, you can't change the payment option or beneficiary designation without obtaining your spouse's consent unless you change to the Qualified Joint and Survivor Annuity.

## Notification Period

Your decisions are important. Legal rules require you to have at least 30 days to think about your pension benefit choices. This 30-day notification period begins on the date you receive this Notice of Rights. If you can make your decisions in less time, you and your spouse, if applicable, can waive the 30-day period. To waive the 30-day period, you and your spouse, if applicable, should sign and return the Pension Election Authorization Form you'll receive after making your choices.

Note that your decision to waive the 30-day waiting period doesn't obligate the plan to make payments within 30 days. When your payment is made depends on whether you waive the 30-day period, when you and your spouse, if applicable, consent to your choices, and the administrative processing of your benefit.

If you want the full 30 days to make your decision, don't return the Pension Election Authorization Form until you've had this Notice of Rights for 30 days and have had time to consider your pension benefit choices. After you start your benefit, you cannot change the payment option.

## Special Tax Notice Regarding Plan Payments

The Special Tax Notice Regarding Plan Payments provides some general tax information, including information regarding payments from the Plan that are rollover-eligible. You have the right to at least 30 days from receipt of this notice to consider whether to directly roll over your benefit. You can waive this 30-day period by returning the Pension Election Authorization Form.

You'll find the Special Tax Notice Regarding Plan Payments as a separate statement included in your materials.

## Deductions for Retiree Health and Group Benefit Coverage Premiums



## State Income Tax Withholding

The pension payments you receive from the Cash Balance Plan that are not rolled over may be subject to state income tax withholding.

Each state has different withholding requirements. While some states require state income tax withholding, other states have no income tax withholding. In addition, for some states, income tax withholding is optional and you can choose to not have withholding apply. More information on the specific withholding options for your state is available through the Your Benefits Resources™ Web site or through the Hewitt Retirement Center.

You can make or revoke any withholding choice by accessing the Your Benefits Resources™ Web site or by calling the Hewitt Retirement Center. Your choice will remain in effect until you revoke it. You can revoke your choice at any time. Any choice or revocation will be effective no later than the first of the month following the 30-day period after your choice or revocation is received. You can make and revoke your choice not to have withholding apply as often as you wish.

If you do not make an election, state income tax will be withheld from the taxable portion of your payment based on the rules of the state of your permanent address.

If you elect not to have withholding apply to your pension payments or if you do not have enough state income tax withheld from your pension payments, state tax penalties may apply. For additional tax guidance, please consult a personal tax advisor.

## For More Information

If you need additional information, access Your Benefits Resources™ at **www.yourretirementbenefits.net/tribune** or call the Hewitt Retirement Center toll-free at **800/872-2222.** Hewitt Retirement Center Representatives are available between 8 a.m. and 6 p.m., Central time, Monday through Friday.

Your Benefits Resources™ is a trademark of Hewitt Management Company LLC.



If you have additional questions after reading this notice, you can contact the Hewitt Retirement Center.

# Summary

There are two ways you may be able to receive a Plan payment that is eligible for rollover:

1) Certain payments can be made directly to a traditional IRA that you establish or to an eligible employer plan that will accept it and hold it for your benefit (**"direct rollover"**); or
2) The payment can be **paid to you**.

### *If you choose a direct rollover:*
- Your payment will not be taxed in the current year and no income tax will be withheld.

- You choose whether your payment will be made directly to your traditional IRA or to an eligible employer plan that accepts your rollover. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account because these are not traditional IRAs.

- The taxable portion of your payment will be taxed later when you take it out of the traditional IRA or the eligible employer plan. Depending on the type of plan, the later distribution may be subject to different tax treatment than it would be if you received a taxable distribution from this Plan.

### *If you choose to have a Plan payment that is eligible for rollover paid to you:*
- You will receive only 80% of the taxable amount of the payment, because the Plan Administrator is required to withhold 20% of that amount and send it to the IRS as income tax withholding to be credited against your taxes.

- The taxable amount of your payment will be taxed in the current year unless you roll it over. Under limited circumstances, you may be able to use special tax rules that could reduce the tax you owe. However, if you receive the payment before age 59-1/2, you may have to pay an additional 10% tax.

- You can roll over all or part of the payment by paying it to your traditional IRA or to an eligible employer plan that accepts your rollover within 60 days after you receive the payment. The amount rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

- If you want to roll over 100% of the payment to a traditional IRA or an eligible employer plan, you must find other money to replace the 20% of the taxable portion that was withheld. If you roll over only the 80% that you received, you will be taxed on the 20% that was withheld and that is not rolled over.



*your*
Tribune Company

**benefits**

# Cash Balance
# Special Tax Notice Regarding Plan
# Payments
Statement Date 07-06-2009

V000004
CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA CA  90405

This notice explains how you can continue to defer federal income tax on your retirement savings in the Cash Balance Plan (the "Plan") and contains important information you will need before you decide how to receive your Plan benefits.

This notice is provided to you by the Hewitt Retirement Center because all or part of the payment that you will soon receive from the Plan may be eligible for rollover by you or your Plan Administrator to a traditional IRA or an eligible employer plan. A rollover is a payment by you or the Plan Administrator of all or part of your benefit to another plan or IRA that allows you to continue to postpone taxation of that benefit until it is paid to you. Your payment cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account (formerly known as an education IRA). An "eligible employer plan" includes a plan qualified under section 401(a) of the Internal Revenue Code, including a 401(k) plan, profit-sharing plan, defined benefit plan, stock bonus plan, and money purchase plan; a section 403(a) annuity plan; a section 403(b) tax-sheltered annuity; and an eligible section 457(b) plan maintained by a governmental employer (governmental 457 plan).

An eligible employer plan is not legally required to accept a rollover. Before you decide to roll over your payment to another employer plan, you should find out whether the plan accepts rollovers and, if so, the types of distributions it accepts as a rollover. You should also find out about any documents that are required to be completed before the receiving plan will accept a rollover. Even if a plan accepts rollovers, it might not accept rollovers of certain types of distributions, such as after-tax amounts. If this is the case, and your distribution includes after-tax amounts, you may wish instead to roll your distribution over to a traditional IRA or split your rollover amount between the employer plan in which you will participate and a traditional IRA. If an employer plan accepts your rollover, the plan may restrict subsequent distributions of the rollover amount or may require your spouse's consent for any subsequent distribution. A subsequent distribution from the plan that accepts your rollover may also be subject to different tax treatment than distributions from this Plan. Check with the administrator of the plan that is to receive your rollover prior to making the rollover.



**Your Right to Waive the 30-Day Notice Period.** Generally, neither a direct rollover nor a payment can be made from the plan until at least 30 days after your receipt of this notice. Thus, after receiving this notice, you have at least 30 days to consider whether or not to have your withdrawal directly rolled over. If you do not wish to wait until this 30-day notice period ends before your election is processed, you may waive the notice period by making an affirmative election indicating whether or not you wish to make a direct rollover. Your withdrawal will then be processed in accordance with your election as soon as practical after it is received by the Hewitt Retirement Center.

## More Information

I.   Payments That Can and Cannot Be Rolled Over

II.  Direct Rollover

III. Payment Paid to You

IV.  Surviving Spouses, Alternate Payees, and Other Beneficiaries

## I. Payments That Can and Cannot Be Rolled Over

Payments from the Plan may be "eligible rollover distributions." This means that they can be rolled over to a traditional IRA or to an eligible employer plan that accepts rollovers. Payments from a plan cannot be rolled over to a Roth IRA, a SIMPLE IRA, or a Coverdell Education Savings Account. The Hewitt Retirement Center should be able to tell you what portion of your payment is an eligible rollover distribution.

**After-tax Contributions.** If you made after-tax contributions to the Plan, these contributions may be rolled into either a traditional IRA or to certain employer plans that accept rollovers of the after-tax contributions. The following rules apply:

- **Rollover into a Traditional IRA.** You can roll over your after-tax contributions to a traditional IRA either directly or indirectly. The Hewitt Retirement Center should be able to tell you how much of your payment is the taxable portion and how much is the after-tax portion.

  If you roll over after-tax contributions to a traditional IRA, it is your responsibility to keep track of, and report to the Service on the applicable forms, the amount of these after-tax contributions. This will enable the nontaxable amount of any future distributions from the traditional IRA to be determined.

  Once you roll over your after-tax contributions to a traditional IRA, those amounts **cannot** later be rolled over to an employer plan.

- **Rollover into an Employer Plan.** You can roll over after-tax contributions from an employer plan that is qualified under Code section 401(a) or a section 403(a) annuity plan to another such plan using a direct rollover if the other plan provides separate accounting for amounts rolled over, including separate accounting for the after-tax employee contributions and earnings on those contributions. You can also roll over after-tax contributions from a section 403(b) tax-sheltered annuity to another section 403(b) tax-sheltered annuity using a direct rollover if the other tax-sheltered annuity provides separate accounting for amounts rolled over, including separate accounting for the after-tax employee contributions and earnings on those contributions. You **cannot** roll over after-tax contributions to a governmental 457 plan. If you want to roll over your after-tax contributions to an employer plan that accepts these rollovers, you cannot have the after-tax contributions paid to you first. You must instruct the Hewitt Retirement Center to make a direct rollover on your behalf. Also, you cannot first roll over after-tax contributions to a traditional IRA and then roll over that amount into an employer plan.

The following types of payments **cannot** be rolled over.

**Payments Spread Over Long Periods.** You cannot roll over a payment if it is part of a series of equal (or almost equal) payments that are made at least once a year and that will last for:

- Your lifetime (or a period measured by your life expectancy);

- Your lifetime and your beneficiary's lifetime (or a period measured by your joint life expectancies); or

- A period of 10 years or more.

**Required Minimum Payments.** Beginning when you reach age 70-1/2 or retire, whichever is later, a certain portion of your payment cannot be rolled over because it is a "required minimum payment" that must be paid to you. Special rules apply if you own more than 5% of your employer.

**Hardship Distributions.** A hardship distribution cannot be rolled over.

**ESOP Dividends.** Cash dividends paid to you on employer stock held in an employee stock ownership plan cannot be rolled over.

**Corrective Distributions.** A distribution that is made to correct a failed nondiscrimination test or because legal limits on certain contributions were exceeded cannot be rolled over.

**Loans Treated as Distributions.** The amount of a plan loan that becomes a taxable deemed distribution because of a default cannot be rolled over. However, a loan offset amount is eligible for rollover, as discussed in Part III below. Ask the Hewitt Retirement Center if distribution of your loan qualifies for rollover treatment.

The Hewitt Retirement Center should be able to tell you if your payment includes amounts which cannot be rolled over.

## II. Direct Rollover

A **direct rollover** is a direct payment of the amount of your Plan benefits to a traditional IRA or an eligible employer plan that will accept it. You can choose a direct rollover of all or any portion of your payment that is an eligible rollover distribution, as described in Part I above. You are not taxed on any taxable portion of your payment for which you choose a direct rollover until you later take it out of the traditional IRA or eligible employer plan. In addition, no income tax withholding is required for any taxable portion of your Plan benefits for which you choose a direct rollover. This plan might not let you choose a direct rollover if your distributions for the year are less than $200.

**Direct Rollover to a Traditional IRA.** You can open a traditional IRA to receive the direct rollover. If you choose to have your payment made directly to a traditional IRA, contact an IRA sponsor (usually a financial institution) to find out how to have your payment made in a direct rollover to a traditional IRA at that institution. If you are unsure of how to invest your money, you can temporarily establish a traditional IRA to receive the payment. However, in choosing a traditional IRA, you may wish to make sure that the traditional IRA you choose will allow you to move all or a part of your payment to another traditional IRA at a later date, without penalties or other limitations. See IRS Publication 590, Individual Retirement Arrangements, for more information on traditional IRAs (including limits on how often you can roll over between IRAs).

**Direct Rollover to a Plan.** If you are employed by a new employer that has an eligible employer plan, and you want a direct rollover to that plan, ask the plan administrator of that plan whether it will accept your rollover. An eligible employer plan is not legally required to accept a rollover. Even if your new employer's plan does not accept a rollover, you can choose a direct rollover to a traditional IRA. If the employer plan accepts your rollover, the plan may provide restrictions on the circumstances under which you may later receive a distribution of the rollover amount or may require spousal consent to any subsequent distribution. Check with the plan administrator of that plan before making your decision.

**Direct Rollover of a Series of Payments.** If you receive a payment that can be rolled over to a traditional IRA or an eligible employer plan that will accept it, and it is paid in a series of payments for less than 10 years, your choice to make or not make a direct rollover for a payment will apply to all later payments in the series until you change your election. You are free to change your election for any later payment in the series.

**Change in Tax Treatment Resulting from a Direct Rollover.** The tax treatment of any payment from the eligible employer plan or traditional IRA receiving your direct rollover might be different than if you received your benefit in a taxable distribution directly from the Plan. For example, if you were born before January 1, 1936, you might be entitled to ten-year averaging or capital gain treatment, as explained below. However, if you have your benefit rolled over to a section 403(b) tax-sheltered annuity, a governmental 457 plan, or a traditional IRA in a direct rollover, your benefit will no longer be eligible for that special treatment. See the sections below entitled "Additional 10% Tax if You Are Under Age 59-1/2" and "Special Tax Treatment if You Were Born Before January 1, 1936".

## III. Payment Paid to You

If your payment can be rolled over (see Part I above) and the payment is made to you in cash, it is subject to 20% federal income tax withholding on the taxable portion (state tax withholding may also apply). The payment is taxed in the year you receive it unless, within 60 days, you roll it over to a traditional IRA or an eligible employer plan that accepts rollovers. If you do not roll it over, special tax rules may apply.

**Income Tax Withholding**

- **Mandatory Withholding.** If any portion of your payment can be rolled over under Part I above and you do not elect to make a direct rollover, the Plan is required by law to withhold 20% of the taxable amount. This amount is sent to the IRS as federal income tax withholding. For example, if you can roll over a taxable payment of $10,000, only $8,000 will be paid to you because the Plan must withhold $2,000 as income tax. However, when you prepare your income tax return for the year, unless you make a rollover within 60 days (see "Sixty-Day Rollover Option" below), you must report the full $10,000 as a taxable payment from the Plan. You must report the $2,000 as tax withheld, and it will be credited against any income tax you owe for the year. There might not be any income tax withholding if your payments for the year are less than $200.

- **Voluntary Withholding.** If any portion of your payment is taxable but cannot be rolled over under Part I above, the mandatory withholding rules described above do not apply. In this case, you may elect not to have withholding apply to that portion. If you do nothing, an amount will be taken out of this portion of your payment for federal income tax withholding. To elect out of withholding, access the *Your Benefits Resources*™ Web site or call the Hewitt Retirement Center.

**Sixty-Day Rollover Option.** If you receive a payment that can be rolled over under Part I above, you can still decide to roll over all or part of it to a traditional IRA or to an eligible employer plan that accepts rollovers. If you decide to roll over, you must contribute the amount of the payment you received to a traditional IRA or eligible employer plan within 60 days after you receive the payment. The portion of your payment that is rolled over will not be taxed until you take it out of the traditional IRA or the eligible employer plan.

You can roll over up to 100% of your payment that can be rolled over under Part I above, including an amount equal to the 20% of the taxable portion that was withheld. If you choose to roll over 100%, you must find other money within the 60-day period to contribute to the traditional IRA or the eligible employer plan, to replace the 20% that was withheld. On the other hand, if you roll over only the 80% of the taxable portion that you received, you will be taxed on the 20% that was withheld.

> **Example:** The taxable portion of your payment that can be rolled over under Part I above is $10,000, and you choose to have it paid to you. You will receive $8,000, and $2,000 will be sent to the IRS as income tax withholding. Within 60 days after receiving the $8,000, you may roll over the entire $10,000 to a traditional IRA or an eligible employer plan. To do this, you roll over the $8,000 you received from the Plan, and you will have to find $2,000 from other sources (your savings, a loan, etc.). In this case, the entire $10,000 is not taxed until you take it out of the traditional IRA or an eligible employer plan. If you roll over the entire $10,000, when you file your income tax return you may get a refund of part or all of the $2,000 withheld.

> If, on the other hand, you roll over only $8,000, the $2,000 you did not roll over is taxed in the year it was withheld. When you file your income tax return, you may get a refund of part of the $2,000 withheld. (However, any refund is likely to be larger if you roll over the entire $10,000.)

**Additional 10% Tax if You Are Under Age 59-1/2.** If you receive a payment before you reach age 59-1/2 and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of the payment. The additional 10% tax generally does not apply to (1) payments that are paid after you separate from service with your employer during or after the year you reach age 55, (2) payments that are paid because you retire due to disability, (3) payments that are paid as equal (or almost equal) payments over your life or life expectancy (or your and your beneficiary's lives or life expectancies), (4) dividends paid with respect to stock by an employee stock ownership plan (ESOP) as described in Code section 404(k), (5) payments that are paid directly to the government to satisfy a federal tax levy, (6) payments that are paid to an alternate payee under a qualified domestic relations order, or (7) payments that do not exceed the amount of your deductible medical expenses. See IRS Form 5329 for more information on the additional 10% tax.

The additional 10% tax will not apply to distributions from a governmental 457 plan, except to the extent the distribution is attributable to an amount you rolled over to that plan (adjusted for investment returns) from another type of eligible employer plan or IRA. Any amount rolled over from a governmental 457 plan to another type of eligible employer plan or to a traditional IRA will become subject to the additional 10% tax if it is distributed to you before you reach age 59-1/2, unless one of the exceptions applies.

**Special Tax Treatment if You Were Born Before January 1, 1936.** If you receive a payment from a plan qualified under section 401(a) or a section 403(a) annuity plan that can be rolled over under Part I and you do not roll it over to a traditional IRA or an eligible employer plan, the payment will be taxed in the year you receive it. However, if the payment qualifies as a "lump sum distribution," it may be eligible for special tax treatment. (See also "Employer Stock or Securities," below.) A lump sum distribution is a payment, within one year, of your entire balance under the Plan (and certain other similar plans of the employer) that is payable to you after you have reached age 59-1/2 or because you have separated from service with your employer (or, in the case of a self-employed individual, after you have reached age 59-1/2 or have become disabled). For a payment to be treated as a lump sum distribution, you must have been a participant in the plan for at least five years before the year in which you received the distribution. The special tax treatment for lump sum distributions that may be available to you is described below.

- **Ten-Year Averaging.** If you receive a lump sum distribution and you were born before January 1, 1936, you can make a one-time election to figure the tax on the payment by using "10-year averaging" (using 1986 tax rates). Ten-year averaging often reduces the tax you owe.

- **Capital Gain Treatment.** If you receive a lump sum distribution and you were born before January 1, 1936, and if you were a participant in the Plan before 1974, you may elect to have the part of your payment that is attributable to your pre-1974 participation in the Plan taxed as long-term capital gain at a rate of 20%.

There are other limits on the special tax treatment for lump sum distributions. For example, you can generally elect this special tax treatment only once in your lifetime, and the election applies to all lump sum distributions that you receive in that same year. You may not elect this special tax treatment if you rolled amounts into this Plan from a 403(b) tax-sheltered annuity contract, a governmental 457 plan, or from an IRA not originally attributable to a qualified employer plan. If you have previously rolled over a distribution from this Plan (or certain other similar plans of the employer), you cannot use this special averaging treatment for later payments from the Plan. If you roll over your payment to a traditional IRA, governmental 457 plan, or 403(b) tax-sheltered annuity, you will not be able to use special tax treatment for later payments from that IRA, plan, or annuity. Also, if you roll over only a portion of your payment to a traditional IRA, governmental 457 plan, or 403(b) tax-sheltered annuity, this special tax treatment is not available for the rest of the payment. See IRS Form 4972 for additional information on lump sum distributions and how you elect the special tax treatment.

**Employer Stock or Securities.** There is a special rule for a payment from the Plan that includes employer stock (or other employer securities). To use this special rule, 1) the payment must qualify as a lump sum distribution, as described above, except that you do not need five years of plan participation; or 2) the employer stock included in the payment must be attributable to "after-tax" employee contributions, if any. Under this special rule, you may have the option of not paying tax on the "net unrealized appreciation" of the stock until you sell the stock. Net unrealized appreciation generally is the increase in the value of the employer stock while it was held by the Plan. For example, if employer stock was contributed to your Plan account when the stock was worth $1,000 but the stock was worth $1,200 when you received it, you would not have to pay tax on the $200 increase in value until you later sold the stock.

You may instead elect not to have the special rule apply to the net unrealized appreciation. In this case, your net unrealized appreciation will be taxed in the year you receive the stock, unless you roll over the stock. The stock can be rolled over to a traditional IRA or another eligible employer plan, either in a direct rollover or a rollover that you make yourself. Generally, you will no longer be able to use the special rule for net unrealized appreciation if you roll the stock over to a traditional IRA or another eligible employer plan.

If you receive only employer stock in a payment that can be rolled over, no amount will be withheld from the payment. If you receive cash or property other than employer stock, as well as employer stock, in a payment that can be rolled over, the 20% withholding amount will be based on the entire taxable amount paid to you (including the value of the employer stock determined by excluding the net unrealized appreciation). However, the amount withheld will be limited to the cash or property (excluding employer stock) paid to you.

If you receive employer stock in a payment that qualifies as a lump sum distribution, the special tax treatment for lump sum distributions described above (such as 10-year averaging) also may apply. See IRS Form 4972 for additional information on these rules.

**Repayment of Plan Loans.** If your employment ends and you have an outstanding loan from your Plan, your employer may reduce (or "offset") your balance in the Plan by the amount of the loan you have not repaid. The amount of your loan offset is treated as a distribution to you at the time of the offset and will be taxed unless you roll over an amount equal to the amount of your loan offset to another qualified employer plan or a traditional IRA within 60 days of the date of the offset. If the amount of your loan offset is the only amount you receive or are treated as having received, no amount will be withheld from it. If you receive other payments of cash or property from the Plan, the 20% withholding amount will be based on the entire amount paid to you, including the amount of the loan offset. The amount withheld will be limited to the amount of other cash or property paid to you (other than any employer securities). The amount of a defaulted plan loan that is a taxable deemed distribution cannot be rolled over.

# IV. Surviving Spouses, Alternate Payees, and Other Beneficiaries

In general, the rules summarized above that apply to payments to employees also apply to payments to surviving spouses of employees and to spouses or former spouses who are "alternate payees." You are an alternate payee if your interest in the Plan results from a "qualified domestic relations order," which is an order issued by a court, usually in connection with a divorce or legal separation.

If you are a surviving spouse or an alternate payee, you may choose to have a payment that can be rolled over, as described in Part I above, paid in a direct rollover to a traditional IRA or to an eligible employer plan or paid to you. If you have the payment paid to you, you can keep it or roll it over yourself to a traditional IRA or to an eligible employer plan. Thus, you have the same choices as the employee.

If you are a beneficiary other than a surviving spouse or an alternate payee, you **cannot** choose a direct rollover, and you **cannot** roll over the payment yourself.

If you are a surviving spouse, an alternate payee, or another beneficiary, your payment is generally not subject to the additional 10% tax described in Part III above, even if you are younger than age 59-1/2.

If you are a surviving spouse, an alternate payee, or another beneficiary, you may be able to use the special tax treatment for lump sum distributions and the special rule for payments that include employer stock, as described in Part III above. If you receive a payment because of the employee's death, you may be able to treat the payment as a lump sum distribution if the employee met the appropriate age requirements, whether or not the employee had five years of participation in the Plan.

## How to Obtain Additional Information

This notice summarizes only the federal (not state or local) tax rules that might apply to your payment. The rules described above are complex and contain many conditions and exceptions that are not included in this notice. Therefore, you may want to consult with a professional tax advisor before you take a payment of your benefits from your Plan. Also, you can find more specific information on the tax treatment of payments from qualified employer plans in IRS Publication 575, Pension and Annuity Income, and IRS Publication 590, Individual Retirement Arrangements. These publications are available from your local IRS office, on the IRS's Internet Web Site at www.irs.gov, or by calling 1-800-TAX-FORMS.

Your Benefits Resources™ is a trademark of Hewitt Associates LLC.