

V000004

CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA CA  90405

*RECEIVED APRIL 18, 2009*

Tribune Company
435 North Michigan Avenue
Chicago, Illinois 60611

# TRIBUNE

312/222-9100

January 30, 2009

1002430
CHUCK PHILIPS
632 PACIFIC ST.
APT #4
SANTA MONICA, CA 90405

Dear Tribune Company Cash Balance Pension Plan Participant:

We've received many questions about the funded status of the Tribune Company Cash Balance Pension Plan (including the Tribune and Times Mirror Pension Plans and the Sunpapers Guild Pension Plan) and I want to give you an update. Hewitt Associates, an independent valuation firm, usually determines the funded status of the plan after completing a lengthy review each summer. Because of the Chapter 11 filing, however, this year's review has been accelerated and is currently underway.

Due to the extreme volatility in the public equity and debt markets, Hewitt's preliminary estimate indicates the pension plan is likely to be between 98% and 102% funded. A final determination about the plan's funded status will be completed in late spring.

As a result of our filing and the uncertainty with respect to the plan's funded status, the company is legally required to make some changes for the time being in how participants receive their retirement benefit, once they elect to take it. Until Hewitt completes its review and can certify the plan's funded status, the plan is prevented from offering eligible participants the option of receiving a lump sum (this includes rollovers to other qualified plans) or a level income option. This restriction may be lifted when the plan is certified as fully-funded, or when Tribune emerges from Chapter 11, depending on the plan's funded status at that time. The annuity options available under the plan continue to be offered.

If you are already receiving a benefit payment from the plan, it is not affected by this change.

If you have questions about the pension plan, please contact the Hewitt Retirement Center at 800/872-2222.

Sincerely,

Gerry Spector
Chief Administrative Officer

*This notice is provided in good faith compliance with Code Section 436(d)(2) and ERISA Sections 101(j) and 206(g)(3)(B). The purpose of this notice is to provide you with details about your plan benefit. Eligibility and benefit determinations are governed by the plan documents. In the event of any discrepancy between this material and the plan, the plan documents will govern. Your eligibility for benefits or coverage under the plan does not guarantee continued employment with Tribune Company. Please direct any questions to your local human resources department or the Tribune Benefits Service Center.*



APRIL 15, 09
POST MARK

