# EXHIBIT 1

## Tribune Sixth Supplemental List of Ordinary Course Professionals

| Firm Name & Address | Services Provided | Estimated Monthly Cap |
|---|---|---|
| Baker & Daniels<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Contact: Vicky Norman<br>Email: vicky.norman@bakerd.com<br>Phone: (317) 237-0300 | Tax Counsel for WXIN | 15% contingency fee on amounts collected |
| Bert M. Goodman<br>60 Soldiers Square<br>Wayne, PA 19087<br>Contact: Bert Goodman<br>Email: assessmantlaw@aol.com<br>Phone: (610) 240-0345 | Tax Counsel for Morning Call | $10,000 |
| Deloitte Consulting LLP[‡]<br>111 S. Wacker Drive<br>Chicago, IL 60606<br>Contact: Gerry Sullivan<br>Email: gesullivan@deloitte.com | Tax Consultants | $20,000 |
| Harvey, Scott and St. Charles<br>Meadowlands Corporate Center 1099<br>Wall Street West<br>Lyndhurst, NJ 07071<br>Contact: Charlie Boitano<br>Email: cboitanohss@aol.com<br>Phone: (201) 507-1100 | Tax Counsel for WPIX | 15% contingency fee on amounts collected |
| Meyers, Saxon & Cole<br>3620 Quentin Road<br>Brooklyn, NY 11234<br>Contact: Robert Saxon<br>Email: rsaxon3620@msn.com | Tax Counsel for WPIX | 15% contingency fee on amounts collected |
| T. Scott Basik P.A.<br>5801 Smith Avenue, Suite 245<br>Baltimore, MD 21209<br>Contact: Scott Basik<br>Email: basiklaw@comcast.net<br>Phone: (410) 735-4545 | Tax Counsel for Daily Press | $10,000 |

---

[‡]  Amended solely to specify the legal name of the Deloitte entity providing services to the Debtors in the ordinary course of business.

46429/0001-5903493v1