## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Related to Docket No. 227 |

### DECLARATION OF HOWARD FREIDIN IN SUPPORT OF
### DEBTORS' RETENTION OF DELOITTE CONSULTING LLP
### AS PROFESSIONAL SERVICES PROVIDER IN THE ORDINARY COURSE

HOWARD FREIDIN, deposes and says:

1.      I am a director of the firm of Deloitte Consulting LLP ("Deloitte

Consulting"), which has an office located 111 South Wacker Drive, Chicago, Illinois.  I make

this declaration pursuant to the Court's Order Authorizing the Debtors to Retain, Employ and

Compensate Certain Professionals Utilized by the Debtors in the Ordinary Course of Business,

dated January 15, 2009.  The above–captioned debtors (the "Debtors") seek to retain Deloitte

Consulting in the ordinary course to provide certain professional services described herein and

other ordinary course services.

2.      The statements set forth in this Declaration are based upon my personal

knowledge, upon information and belief, and upon client matter records kept in the ordinary

course of business that were reviewed by me or other personnel of Deloitte Consulting or its

affiliates.

3.      Except as set forth herein or as set forth on the attached Exhibit 1, to my

knowledge based on reasonable inquiry, (1) Deloitte Consulting, and the partners, principals, and

1

directors of Deloitte Consulting (the "Deloitte Consulting Engagement

Partners/Principals/Directors") that are anticipated to provide the services as part of the

engagement team on the engagement for which Deloitte Consulting is to be retained in these

chapter 11 cases (the "Tribune Engagement Team"), and the employees of Deloitte Consulting

who are anticipated to provide the services as part of the Tribune Engagement Team, do not hold

or represent any interest adverse to any of the Debtors with respect to the matters on which

Deloitte Consulting is to be retained in these chapter 11 cases, and (2) Deloitte Consulting and

the Deloitte Consulting Engagement Partners/Principals/Directors have no relationship to any of

the Debtors, any of the Debtors' significant creditors, other known parties-in-interest in these

chapter 11 cases, or to the Debtors' attorneys that have been identified as assisting the Debtors in

these chapter 11 cases, except as described herein or as set forth on the attached Exhibit 1.

    4.  From time to time, Deloitte Consulting and its affiliates have provided,

currently provide or may currently provide services and likely will continue to provide services,

to certain creditors of the Debtors and various other parties potentially adverse to the Debtors in

matters unrelated to these chapter 11 cases.

    5.  As described below, Deloitte Consulting has undertaken a search to

determine, and to disclose, whether it or its affiliates is or has been employed by or has other

relationships with any of the Debtors or their affiliates, subsidiaries, directors or officers, or any

of the Debtors' significant creditors, customers, equity security holders, professionals or other

entities with significant relationships with the Debtors identified on a schedule provided to

Deloitte Consulting. Deloitte Consulting and its affiliates have or may have provided

professional services to, currently provide or may currently provide professional services to, and

may in the future provide professional services in matters unrelated to these chapter 11 cases to

certain of the Debtors' creditors, other parties-in-interest, or to attorneys and accountants that

have been identified to us to be assisting the Debtors or various committees.  Additionally,

certain of these creditors, parties-in-interest, attorneys or accountants have or may have provided

goods or services to, currently provide or may currently provide goods or services to, and may in

the future provide goods or services to, Deloitte Consulting or its affiliates and the Deloitte

Consulting Engagement Partners/Principals/Directors in matters unrelated to these chapter 11

cases.

      6.      Deloitte Consulting provided prepetition services to the Debtors.  Deloitte

Consulting did not receive any amounts in the ninety days prior to December 8, 2008 (the

"Petition Date").  As of the Petition Date, approximately $34,000 was owed by the Debtors to

Deloitte Consulting in respect of services provided prior to such date.

      7.      Deloitte & Touche LLP ("Deloitte & Touche") and Deloitte Tax LLP

("Deloitte Tax"), affiliates of Deloitte Consulting, provided services to the Debtors prior to the

Petition Date.  Neither of these entities was owed any amounts by the Debtors as of the Petition

Date in respect of services provided prior to such date.  Deloitte & Touche received

approximately $750,000 in from the Debtors in the 90 days prior to the Petition Date.

      8.      To check upon and disclose possible relationships with parties-in-interest

in these chapter 11 cases, Deloitte Consulting researched its client databases and performed

reasonable due diligence to determine whether it or its affiliates had any relationships with any

of the Debtors or their affiliates, subsidiaries, directors or officers, or any of the Debtors'

significant creditors, equity security holders, professionals or other such entities with significant

relationships with the Debtors. The identities of these parties in interest were provided to Deloitte Consulting by counsel to the Debtors.

9.      Despite the efforts described above to identify and disclose Deloitte Consulting's connections with the parties-in-interest in these chapter 11 cases, because Deloitte Consulting is a nationwide firm with thousands of personnel, and because the Debtors are a large enterprise, Deloitte Consulting is unable to state with certainty that every client relationship or other connection has been disclosed. In this regard, if Deloitte Consulting discovers additional material information that it determines requires disclosure, it will file a supplemental disclosure promptly with the Court.

10.     From this internal search, Deloitte Consulting has determined that certain relationships should be disclosed as follows:

a.      Deloitte Consulting provides services in matters unrelated to these chapter 11 cases to certain of the Debtors' largest unsecured creditors and other parties in interest listed on Exhibit 1 or their affiliates.

b.      Law firms identified on Exhibit 1, including Sidley Austin LLP, the Debtors' counsel, have provided, currently provide and may in the future provide legal services to Deloitte Consulting or its affiliates in matters unrelated to these chapter 11 cases, and/or Deloitte Consulting or its affiliates have provided, currently provide, and may in the future provide services to such firms

c.      In the ordinary course of its business, Deloitte Consulting and its affiliates have business relationships in unrelated matters with its principal competitors which together with their affiliates, may be parties-in-interest in these chapter 11 cases. For example, from time to time, Deloitte Consulting and one or more of such entities may work on assignments for the same client or may otherwise engage each other for various purposes.

d.      Certain financial institutions or their respective affiliates (including Barclay's Bank and JP Morgan Chase Bank) listed on Exhibit 1 are lenders to an affiliate of Deloitte Consulting. Deloitte Consulting is a guarantor of such indebtedness. These financial institutions, including the foregoing as well as Bank of America and Citibank, may have also

4

financed a portion of the capital and/or capital loan requirements of various partners and principals, respectively, of Deloitte Consulting and its affiliates.

e.    Deloitte Consulting or its affiliates provides professional services to certain of the Debtors current or former officers and directors listed on Exhibit 1.

f.    Certain parties-in-interest may be adverse to and/or involved in litigation matters with Deloitte Consulting or its affiliates in connection with matters unrelated to these chapter 11 cases.

11.    Furthermore, through reasonable inquiry, I do not believe there is any connection between the personnel of Deloitte Consulting or its affiliates who are anticipated to provide services to the Debtors and the United States Bankruptcy Judge presiding in these chapter 11 cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, and the attorney therefor assigned to these chapter 11 cases.

12.    Except as may be disclosed herein, to the best of my knowledge, Deloitte Consulting and the Deloitte Consulting Engagement Partners/Principals/Directors do not hold or represent any interest adverse to the Debtors, and I believe that Deloitte Consulting and the Deloitte Consulting Engagement Partners/Principals/Directors are "disinterested persons" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

13.    Subject to the terms of the applicable engagement letter between the Debtors and Deloitte Consulting, Deloitte Consulting proposes to render, as may be requested by

the Debtors and as may be agreed to by Deloitte Consulting, various professional services (the

"Services")[1] which may include the following:

      a.   Assist the Debtors in their analysis of amounts due to certain executives; and

      b.   Assist the Debtors in connection with information requests by governmental authorities related to such amounts.

    14.    Deloitte Consulting has significant qualifications and experience in performing the Services.

    15.    Pursuant to the applicable engagement letter, Deloitte Consulting will bill at the hourly rates set forth below:

| Category of Professional | Rate |
| --- | --- |
| Partner/Principal | $660 per hour |
| Director | $600 per hour |
| Senior Manager | $530 per hour |
| Manager | $500 per hour |
| Senior Consultant | $400 per hour |

    16.    In the normal course of business, Deloitte Consulting may revise the hourly rates set forth above to reflect changes in responsibilities, increased experience, and increased costs of doing business.  Accordingly, Deloitte Consulting requests that the aforementioned rates be revised to the hourly rates that will be in effect from time to time. Changes in regular hourly rates will be noted on the invoices for the first time period in which the revised rates became effective.

---

[1]    The following description is a summary of the scope of services contained in the engagement letter and is not intended and shall not be deemed to modify the terms of this letter.

17.     Except as otherwise set forth in the applicable engagement letter, the professional fees charged for the Services are calculated from the actual hours expended in providing the services multiplied by the hourly billing rates for the specific personnel involved. In addition, reasonable expenses, including travel, report production, delivery services, and other expenses incurred in providing the services, will be included in the total amount billed.

18.     Deloitte & Touche LLP ("Deloitte & Touche"), an affiliate of Deloitte Consulting, has completed a reorganization of some of its businesses, including its financial advisory services, tax services, solutions, human capital and outsourcing businesses. This reorganization is intended to align the organizational structure more closely with the manner in which business is conducted. These businesses are now being conducted by entities affiliated with Deloitte & Touche, including Deloitte Tax LLP, Deloitte Financial Advisory Services LLP, and Deloitte Consulting. Accordingly, some services incidental to the tasks to be performed by Deloitte Consulting in these chapter 11 cases may be performed by personnel now employed by or associated with such entities or their respective subsidiaries, including subsidiaries located outside of the United States. The fees and expenses with respect to such services, if any, will be included in the fees of Deloitte Consulting.

19.     Deloitte Consulting has received no promises regarding compensation in these chapter 11 cases other than in accordance with the Bankruptcy Code and as set forth in this Declaration. Deloitte Consulting has no agreement with any nonaffiliated entity to share any compensation earned in these chapter 11 cases.

7

**EXHIBIT 1**

Parties-in-Interest for whom Deloitte Consulting LLP or its affiliates has provided or is currently
providing services in matters unrelated to these chapter 11 cases or with whom such parties have
other relationships, including banking relationships.

435 Production Company
5800 Sunset Productions Inc.
Abitibi Consolidated
Baltimore Newspaper Network, Inc.
Bank of America, N.A.
Barclays Capital
Bowater Inc.
Brown, Thomas F.
Career Builder
Channel 39, Inc.
Channel 40, Inc.
Chicago Avenue Construction Company
Chicago Land
Chicago River Production Company
Citicorp North America Inc.
Citigroup Global Markets, Inc.
Citizens State Bank
Credit Suisse Securities
Davis, Polk & Wardwell
Deutsche Bank National Trust Company
Direct Mail Associates
Distribution Systems of America, Inc.
Eagle New Media Investments, LLC
ForSaleByOwner.com
Forum Publishing Group, Inc.
FTI Consulting
Gannett Co, Inc.
GreenCo, Inc.
Hartford Courant Company, The
Heart & Crown Advertising, Inc.
Homeowners Realty, Inc.
Hoy Publications, LLC

J.P. Morgan Chase Bank, N.A.
KPLR, Inc.
KSWB Inc.
KTLA Inc.
KWGN Inc.
Landis Rath & Cobb LLP
Los Angeles Times
Magic T Music Publishing Company
Mayer Brown, LLP
Merrill Lynch Capital Corporation
Merrill, Lynch, Pierce, Fenner & Smith Inc.
Microsoft Corporation
Morning Call Inc., The
NBC Universal Domestic Television
Neocomm, Inc.
New Mass Media, Inc.
Newspaper Readers Agency, Inc.
Nielsen Media Research Inc.
North Michigan Production Company
Oak Brook Productions, Inc.
Orlando Sentinel Communications Company
Paramount Picture Corporation
Pate, William C.
Patuxent Publishing Company
Sentinel Communications News Ventures, Inc.
Shapiro, Mark
Sidley Austin LLP
Sony Pictures Television
Southern Connecticut Newspapers, Inc.
SP Newsprint Company
Star Community Publishing Group, LLC
Stemweb, Inc.
Sun Sentinel Company
TMLH2, Inc.
TMLS1, Inc.
TMS Entertainment Guides, Inc.
Tribune Broadcast Holdings, Inc.
Tribune California Properties, Inc.

Tribune Company
Tribune Finance
Tribune License, Inc.
Tribune Television
Tribune Television
ValuMail, Inc.
Virginia Community Shoppers, LLC
Virginia Gazette Companies, LLC
Warner Brothers Television
WDCW Broadcasting, Inc.
WGN Continental Broadcasting Company
Williams, David D.
Wilson, Ed
WPIX, Inc.