UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, *et al.*,<br><br>Debtor. | Chapter 11<br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>Hearing date: August 11, 2009 at 10:00 a.m.<br>Objection deadline: August 4, 2009 at 4:00 p.m.<br>Re: D.I. Nos. 1800, 1801 & 1889 |

### JOINDER OF NEWSPAPER GUILD OF NEW YORK, CWA LOCAL 31003 TO OBJECTION OF WASHINGTON-BALTIMORE NEWSPAPER GUILD TO (1) THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES AND (2) THE MOTION OF THE DEBTORS TO FILE UNDER SEAL AN EXHIBIT TO MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES AND MOTION TO CONTINUE THE AUGUST 11, 2009 HEARING [D.I. NO. 1889]

The Newspaper Guild of New York, CWA Local 31003 (the "New York Guild") by and through their undersigned co-counsel, hereby joins in the Objection of the Washington-Baltimore Newspaper Guild to Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives, and to the Motion of the Washington-Baltimore Newspaper Guild to Continue the August 11, 2009 Hearing and respectfully states:

### BACKGROUND

1. The New York Guild represents twenty-nine (29) people employed by Debtor WPIX, Inc. ("WPIX"). Those people work in job titles including News Editor, Assignment Editor, Writer, Graphic Artist, News Assistant, Production, and Training and Interns. These New York Guild-represented employees work on WPIX news shows, and also provide content for the WPIX website.

2.  The most recent collective bargaining agreement between the New York Guild and WPIX expired on December 31, 2008. The New York Guild and WPIX have, since then, been in negotiations in an attempt to reach a successor collective bargaining agreement.

3.  On or about July 23, 2009, after a number of months of unsuccessful negotiations, WPIX presented to the New York Guild a "last and final offer." That offer contained a proposal for a wage freeze for 2009 and 2010, and 2% wage increases effective January 1, 2011 and January 1, 2012. The Guild membership voted to accept these proposals on July 30, 2009. Since the New York Guild-represented employees received their last increase on January 1, 2008, they will end up going three years without any general wage increase.

4.  In light of this, it is impossible for the New York Guild-represented WPIX employees to understand how the Tribune Company Management – the management who was, by in large, in charge of the company during the period leading up to its filing of this Chapter 11 petition – should receive millions of dollars in bonuses in addition to their existing compensation packages. Moreover, given the profound problems in the media industry – including the recent Chapter 11 filing of the Minneapolis Star Tribune, the publicly reported troubles at the New York Times, the February 5, 2009 announcement by media conglomerate News Corporation that it had lost 6.4 billion dollars in the prior quarter, the 10% workforce cut imposed by the Associated Press in November, 2008, the 3100 job cuts implemented by USA Today publisher Gannet in August and December, 2008, the 2500 jobs cut by McClatchy Company in June, 2008 and September, 2008, the 400 jobs cut by E.W. Scripts Company in November, 2008, the 14% workforce reduction imposed by A.H. Belo Corp. in January, 2009, the near death experience of the Star Ledger in Newark, New Jersey in October, 2008, the well publicized struggles of the Boston Globe, the February 15, 2009 shutdown of the Baltimore Examiner, the September, 2008 shutdown of the New York Sun, the December, 2008 end of seven day per week home delivery of the Detroit News and Detroit Free Press, and the early 2009 shutdown of the Rocky Mountain

News – it is unlikely that there is a substantial risk that most of the Tribune Company management employees eligible for bonuses under this program at issue would have significant opportunities elsewhere in the media industry. There is no retention-based need for the compensation programs which management seeks to implement. If there are specific employees who are at risk of being poached, those employees can be dealt with on an individual basis. However, there does not appear to be any need for an across the board bonus scheme, given that this management team led the Debtors into bankruptcy and that the media industry is undergoing a severe contraction.

5. For these reasons and for all the reasons set forth in the Washington/Baltimore Guild's objection, the New York Guild objects to Debtors' Motion For An Order Authorizing It To Implement A 2009 Management Incentive Plan And To Pay Earned 2008 Management Incentive Plan Awards To Certain Executives, and joins in the Motion of the Washington-Baltimore Newspaper Guild to Continue the August 11, 2009 hearing.

Dated: August 4, 2009
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher C. Simon (No. 3697)
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
Wilmington, DE 19801
T: (302) 777-4200
F: (302) 777-4224
email: mjoyce@crosslaw.com

- and-

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
P.O. Box 822
New York, NY 10018
T: (212) 239-4999
F: (212) 239-1311
email: hkolko@msek.com
*Counsel for the Newspaper Guild of New York, CWA Local 31003*