UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtor. ) | |
| ) | Hearing date: August 11, 2009 at 10:00 a.m. |
| ) | Objection deadline: August 4, 2009 at 4:00 p.m. |
| ) | Re: D.I. Nos. 1800, 1801 & 1889 |

**JOINDER OF TEAMSTERS LOCAL UNION NO. 355 AND TEAMSTERS LOCAL NO. 888 TO OBJECTION OF WASHINGTON-BALTIMORE NEWSPAPER GUILD TO (1) THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES AND (2) THE MOTION OF THE DEBTORS TO FILE UNDER SEAL AN EXHIBIT TO MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO IMPLEMENT A 2009 MANAGEMENT INCENTIVE PLAN AND TO PAY EARNED 2008 MANAGEMENT INCENTIVE PLAN AWARDS TO CERTAIN EXECUTIVES AND MOTION TO CONTINUE THE AUGUST 11, 2009 HEARING [D.I. NO. 1889]**

The Truck Drivers, Helpers, Taxicab Drivers, Garage Employees and Airport Employees Local 355 ("Teamsters Local Union No. 355") and the Baltimore Mailers Union Teamsters Local No. 888 ("Teamsters Local No. 888"), by and through their undersigned counsel, hereby joins in and incorporate the objection (the "Objection" D.I. No. 1889) of the Washington-Baltimore Newspaper Guild to the (1) Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "MIP Motion") and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Seal Motion"). In support hereof, Teamsters Local Union No. 355 and Teamsters Local No. 888 respectfully state as follows:

1.  For the reasons set forth in the Objection, the Teamsters Local Union No. 355 and the Teamsters Local No. 888 object to Debtors' Motion For An Order Authorizing It To Implement A 2009 Management Incentive Plan And To Pay Earned 2008 Management Incentive Plan Awards To Certain Executives.

## CONCLUSION

WHEREFORE, the Teamsters Local Union No. 355 and the Teamsters Local No. 888 respectfully request that this Court issue an order denying the Motions or granting other and further relief consistent with the Objection.

Dated: August 4, 2009
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Michael J. Joyce (No. 4563)
Ryan M. Ernst (No. 4788)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
mjoyce@crosslaw.com

-and-

Paul D. Starr, Esquire
H. Victoria Hedian, Esquire
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
(410) 321-0990 (Telephone)

*Counsel to Teamsters Local Union No. 355 and the Teamsters Local No. 888*