## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| TRIBUNE COMPANY, *et al.,* | ) |
| | ) |
| Debtor. | ) |
| | ) |

Chapter 11
Case No. 08-13141 (KJC)

(Jointly Administered)

### NOTICE OF SERVICE

I, Michael J. Joyce, hereby certify that on the 4th day of August, 2009, I did cause to

be served a true and correct copy of **Washington-Baltimore Newspaper Guild's First**

**Request for Production of Documents and First Set of Interrogatories Directed to the**

**Debtors** to be served on the parties on the attached service list as indicated thereon.


Dated: August 4, 2009

CROSS & SIMON, LLC

By:_____
    Michael J. Joyce (No. 4563)
    913 North Market Street, 11th Floor
    P.O. Box 1380
    Wilmington, Delaware  19899-1380
    302-777-4200
    302-777-4224 (fax)
    mjoyce@crosslaw.com

*Counsel for Washington-Baltimore Newspaper*
*Guild*

**BY HAND DELIVERY**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Ave., Suite 1410
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603