# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
  **EIN:** 36–1880355
Times Mirror Corporation
Tribune Media Services, Inc.
435 N. Michigan Ave.
Chicago, IL 60611
  **EIN:** 13–0571080

**Chapter:** 11

*Case No*.: 08–13141–KJC

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

  A transcript of the proceeding held on 7/28/2009 was filed on 8/5/2009 . The following deadlines apply:

  The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 8/26/2009 .

  If a request for redaction is filed, the redacted transcript is due 9/8/2009 .

  If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 11/3/2009 unless extended by court order.

  To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

                                                                        Clerk of Court

Date: 8/5/09

(ntc)