## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on this 5th day of August, 2009, I caused copies of the foregoing *Exhibit A to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing* to be served on the parties listed below as indicated.

**VIA HAND DELIVERY**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph McMahon, Esquire
The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox # 35
Wilmington, DE 19899-0035

**VIA FACSIMILE**
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Brian J. Gold, Esquire
Jonahtan D. Lotsoff, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036

Michael J. Joyce (No. 4563)