MICHAEL S. AMATO (MA-5225)
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

Attorneys for Esther Rhein

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
---------------------------------------------------------------X
In re:

                                                                           Case No.: 08-13141

TRIBUNE COMPANY, et al.,

                                                                           Chapter 11

                       Debtor.
---------------------------------------------------------------X

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ruskin Moscou Faltischek, P.C. ("RMF") hereby appears on behalf of Esther Rhein, and pursuant to Rules 2002, 2018, 4001, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon RMF at the following address:

                        Michael S. Amato, Esq.
                        Ruskin Moscou Faltischek, P.C.
                        East Tower, 15th Floor
                        1425 RXR Plaza
                        Uniondale, NY 11556-1425
                        (516) 663-6600
                        E-mail: mamato@rmfpc.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request,

461734

complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, electronic mail or otherwise, which affect or seeks to affect in any way, any rights, claims or interests of the Debtor.

Dated: Uniondale, New York
August 5, 2009

RUSKIN MOSCOU FALTISCHEK, P.C.
Attorneys for Esther Rhein

By: /s/ Michael S. Amato
Michael S. Amato (MA-5225)
East Tower, 15th Floor
1425 RXR Plaza
Uniondale, NY 11556-1425
(516) 663-6600

TO: Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Bryan Krakauer, Esq.
Sidley Austin Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, suite 1200
Wilmington, DE 19801

James F. Conlan, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael A. Henry, Esq.
Gross McGinley Labarre & Eaton LLP
33 S. 7th Street
P.O. Box 4060
Allentown PA 18105

461734        2

Norman Pernick, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

Patrick Theodore Garvey, Esq.
Johnson & Bell Ltd
33 W Monroe, Suite 2700
Chicago, IL 60603

Patrick J. Reilly, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

U.S. Trustee
844 King Street. Room 2204
Lockbox # 35
Wilmington, DE 19899

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Cynthia E. Moh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Kerri K Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Matthew B. McQuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Mona A Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801