MICHAEL S. AMATO (MA-5225)
RUSKIN MOSCOU FALTISCHEK, P.C.
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, New York 11556-1425
(516) 663-6600

Attorneys for Esther Rhein

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------------X
In re:

TRIBUNE COMPANY, et al.,

                    Debtor.
-----------------------------------------------------------------X

Case No.: 08-13141

Chapter 11

## AFFIDAVIT OF SERVICE

**DONNA M. OLSEN,** being duly sworn, depose and says:

I am not a party to the action, am over 18 years of age and reside in Garden City Park, New York.

On, August 5, 2009, I served a true copy of the annexed **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** by first class mail, by depositing true copies of same, enclosed in sealed envelopes with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York, addressed to the parties listed below at the last known address set forth after each name:

SEE ATTACHED MAILING LIST

                                          /s/ Donna M. Olsen
                                          DONNA M. OLSEN

Sworn to before me this
5th day of August, 2009.

/s/ Michael S. Amato
Notary Public
Michael S. Amato, Notary Public
Attorney and Counselor at Law
State of New York, No. 02AM5042612
Qualified in Suffolk County
Commission Expires April 24, 2011

461769

## MAILING LIST

Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611

Bryan Krakauer, Esq.
Sidley Austin Brown & Wood LLP
One S. Dearborn Street
Chicago, IL 60603

J. Kate Stickles, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, suite 1200
Wilmington, DE 19801

James F. Conlan, Esq.
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Michael A. Henry, Esq.
Gross McGinley Labarre & Eaton LLP
33 S. 7th Street
P.O. Box 4060
Allentown PA 18105

Norman Pernick, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

Patrick Theodore Garvey, Esq.
Johnson & Bell Ltd
33 W Monroe, Suite 2700
Chicago, IL 60603

Patrick J. Reilly, Esq.
Cole Schotz Meisel Forman & Leonard
1000 N West Street, Suite 1200
Wilmington, DE 19801

U.S. Trustee
844 King Street. Room 2204
Lockbox # 35
Wilmington, DE 19899

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Cynthia E. Moh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Kerri K Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Matthew B. McQuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

Mona A Parikh, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801