# EXHIBIT A



**CROSS & SIMON, LLC**

Michael J. Joyce
mjoyce@crosslaw.com

ATTORNEYS AT LAW
913 NORTH MARKET STREET
11ᵀᴴ FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

July 28, 2009

**BY HAND DELIVERY**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Ave., Suite 1410
Wilmington, DE 19801

**BY FEDERAL EXPRESS**
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

   Re: *The Tribune Company, et al.*
      *Bankr. D. Del. Case No. 08-13141 (KJC)*

Dear Norm:

  We are counsel to the Washington-Baltimore Newspaper Guild (the "WBNG") in the above-referenced Chapter 11 cases. We are writing in regard to the Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (the "Motion"), and in an effort to obtain relevant information without the filing of a motion to compel examination/document production pursuant Fed. R. Bankr. P. 2004 and Del. Bankr. LR. 2004-1. The Motion currently has an objection deadline of August 4ᵗʰ and is set for hearing on August 11ᵗʰ.

  Given the impending objection deadline, we need to immediately begin reviewing documents and other information related to the Motion. My hope is that we can work with you to obtain such information informally and without formal discovery requests. However, please let me know immediately if we need to serve formal discovery on the Debtors in order to obtain the requested information.

  The WBNG requests that the Debtors produce and safeguard the following records and documents:
- The Mercer Report (filed under seal as Exhibit D);
- Any and all documents referred to and/or relied upon in formulating the Mercer Report;
- All communications between Mercer (U.S.), Inc. and the Official Committee of Unsecured Creditors in connection with the matters addressed in the Motion;
- All communications between Mercer (U.S.), Inc. and the steering committee of the Debtors' senior lenders in connection with the matters addressed in the Motion;

CROSS & SIMON, LLC
July 28, 2009
Page 2 of 3

- The Debtors' 2009 performance targets, as referenced in the Motion, and any and all documents evidencing how they compare to past targets;
- Any and all documents describing and/or evidencing the process for formulating the 2009 performance targets;
- The Debtors 2009 consolidated operating cash flow records;
- Any and all documents demonstrating the potential allocation of funds for each proposed recipients of payments via the MIP[1] bonus pool described in the Motion;
- Any and all documents that have been provided to or made available to the Official Committee of Unsecured Creditors in connection with the matters addressed in the Motion;
- Any and all documents that have been provided to or made available to the steering committee of the Debtors' senior lenders in connection with the matters addressed in the Motion;
- Any and all documents that have been provided or made available to the Compensation Committee of the Company's Board of Directors in connection with the matters addressed in the Motion;
- Any and all documents reflecting corresponding performance targets with respect to the market median data described in the Motion;
- The number of FTEs (full time equivalent positions) eliminated since the filing of the Petition in each of the following categories:  managers, supervisors, and non-managerial/non-supervisory employees;
- The identity of the representative(s) of the Debtors most knowledgeable of the matters addressed herein;
- The identity of each individual serving on the Compensation Committee of the Company's Board of Directors;
- The identity of the representative(s) of the Debtors most knowledgeable of the positions taken in labor relations matters by the management of any Tribune property;
- All communications between the Debtors financial advisors and the Official Committee of Unsecured Creditors in connection with the matters addressed in the Motion;
- All communications between the Debtors financial advisors and the steering committee of the Debtors' senior lenders; and
- Any and all documents evidencing the Debtors' due diligence with respect to its exercise of business judgment in formulating the 2009 MIP.

Additionally, with respect to the August 11th hearing on the Motion, please provide:

---

[1]  "MIP" refers to the Management Incentive Program for 2009, the '"Transition MIP"', the '"Key Operators Bonus"', and the 2008 MIP, as each is described in the Motion.

CROSS & SIMON, LLC
July 28, 2009
Page 3 of 3

- Copies of all documents the Debtors intend or anticipate the will be introduced into evidence at the hearing;
- The identity of all fact witnesses the Debtors intend or anticipate will be called at the hearing; and
- The identity of all expert witnesses the Debtors intend or anticipate will be called at the hearing.

Please contact me upon your receipt of this letter so that we can arrange a mutually agreeable time for the production and review of the above-requested information, or if you have any questions or concerns regarding this request. Again, we hope to resolve these issues without the need to file a formal motion in the Bankruptcy Court. We thank you for your continued courtesies in this matter.

Sincerely yours,

Michael J. Joyce

MJJ:mh

cc:    Paul Robert, Esq.
       Bill Salganik, Esq.
       File Copy