# EXHIBIT B

REDACTED

# MERCER

MARSH   MERCER   KROLL
GUY CARPENTER   OLIVER WYMAN

Consulting. Outsourcing. Investments.

July 22, 2009

# Tribune Company
## 2009 Incentive Program and 2008 MIP

John Dempsey

john.dempsey@mercer.com

This report is confidential to Tribune Company restructuring. It may not be used for any other purpose. Receipt of and use of this document in connection with Tribune's restructuring shall serve as acceptance of the confidentiality of the material herein.

www.mercer.com



# Introduction and Background

Tribune Company ("Tribune") is seeking Court approval of an Incentive Plan for 2009

- Consistent with historic practice, the 2009 Incentive Plan provides opportunities for key managers across the organization to earn incentive awards. The 2009 plan will consist of the following key elements:

  – Management Incentive Program ("MIP")

  – Transition Management Incentive Program ("TMIP") for key executives

  – Key Operators Bonus ("KOB") for key business unit leaders

- Mercer has assisted Tribune in the design of the proposed incentive plan, and compared the proposed design to available market data (both media industry and bankruptcy specific practices) in order to assess the reasonableness of the terms and compensation levels associated with the proposed program

- In addition to gathering competitive information, Tribune and its advisors have sought input from key stakeholders (including the Official Unsecured Creditors Committee and the Senior Lender Steering Committee) to help ensure the program adheres to the following guiding principles:

  – Maintain incentives to continue to operate the business effectively while ensuring continued alignment with stakeholder interests

  – Provide incentive to maximize value for stakeholders by increasing profitability

  – Create and maintain competitive pay opportunities

- As a result of the ongoing discussions with key stakeholders, Tribune management reformulated the plan, changing performance targets, decreasing potential payouts by millions of dollars, and in some instances, modifying structural aspects of the plan

# Introduction and Background

- In addition to the 2009 programs, Tribune proposes to pay earned benefits under the 2008 MIP for the Top 10 Executives, totaling approximately $3.1 million

- The terms of the 2009 plan and the 2008 MIP awards have been reviewed and approved by the Compensation Committee of the Board of Directors

- The remainder of this report provides:

  – An overview of recommendations regarding the revised 2009 incentive plans

  – Details of competitive positioning and relative plan costs

  – Proposed supplemental award opportunities

  – Plan cost analysis

  – Summary of 2008 MIP awards



# Introduction and Background
Rationale for 2009 Incentive Plan

- Tribune has relied for many years on incentive pay programs to create and support a performance oriented culture

- Following the going private transaction, many members of previous management departed; their replacements were attracted to Tribune by the effort to revive and transform the publishing, broadcasting and interactive businesses given the changing media landscape

  – These executives bring a wealth of experience to Tribune

  – The recession and weak advertising environment has resulted in unexpectedly disappointing results for the stakeholders and below market competitive compensation for management

  – Reasonable upside incentive compensation is needed to maintain proper incentives, and to attract high quality managers while in bankruptcy

  – While the job market is poor, high-quality talent is always in demand as companies look to upgrade and find individuals to drive change

  – Furthermore, the Incentive Plan generally does not provide for the establishment of an award pool for less than planned performance

- Tribune management recognizes the need to manage compensation expenses in light of recent declines in OCF and is proposing that the 2009 MIP for achieving planned OCF in 2009 be paid at 50% of target

  – In past years, achievement of budget would have resulted in funding 100% of target awards

- Without an incentive program for 2009, compensation opportunities will be far below market levels, and employee incentives and morale may suffer as a result. Efforts and sacrifices necessary to reinvent these businesses need to be recognized, particularly given the additional challenges posed by the Chapter 11 process

# Summary of Recommended 2009 Incentive Plan

| | Recommendations | Rationale for Recommendations | Plan Costs 2009 |
|---|---|---|---|
| **Management Incentive Program ("MIP")** | ▪ **Eligibility:** consistent with 2008 participation (approximately 720 employees, including the Top 10, as defined on page 8 of this document) <br> ▪ **Goals:** Consolidated Operating Cash Flow ("OCF") <br> –Strategic and operational goals applied during allocation process <br> ▪ Performance levels are set to achieve "self-funding" of plan cost | ▪ Align employee focus with key financial measures <br> ▪ Ensure no cash outlay occurs without underlying operational funding <br> ▪ Maintain employee incentives and morale <br> ▪ All aspects of program design fall under competitive practice in media industry | **Plan: $17.5 M** <br> **Stretch: $35 M** <br> **Max: $45.6 M** |
| **Transition Management Incentive Program ("TMIP")** | ▪ To be implemented for 21 key executives with top-level responsibility and ability to create substantial value through operational and restructuring duties <br> ▪ Awards determined based on fixed payment opportunities set by person <br> –Paid earlier of effective date of plan of reorganization ("POR") or June 30, 2011 <br> ▪ Discretionary Pool for up to additional 50 additional employees focused on restructuring efforts <br> ▪ Performance levels are set to achieve "self-funding" of plan cost | ▪ Additional compensation drives motivation of business-critical employees to maximize operating cash flow <br> ▪ Brings compensation closer to market competitive levels for critical employees <br> ▪ Ensure no cash outlay occurs without underlying operational funding <br> ▪ All aspects of program design fall under competitive practice in media industry | **Plan: $4.0 M [2]** <br> **Stretch: $8.5 M [2]** <br> **Max: $11.9 M [2]** |
| **Key Operator Bonus ("KOB")** | ▪ 21 executives leading key business units will be eligible for a supplemental cash bonus linked to OCF of the specific business unit for 2009 <br> –Awards sizes based on incremental OCF above 2009 stretch budget <br> ▪ CAO and COO will also participate with awards tied to consolidated OCF, above stretch <br> ▪ Performance levels are set to achieve "self-funding" of plan cost <br> ▪ Paid earlier of effective date of POR or June 30, 2011 | ▪ In addition to the rationale outlined for the TMIP, the KOP provides strong line of sight to operating results in 2009 | **Plan: $0 M [3]** <br> **Stretch: $0 M[3]** <br> **Max: $9.3 M[3]** |
| | | **Total Cost** | **Plan: $21.5 M** <br> **Stretch: $43.5 M** <br> **Max: $66.8M** |

[1] MIP costs exclude Cubs and 27 potential "insiders" that participate in local sales incentive plans
[2] Includes discretionary pool of $500K, $1M, and $1.3M respectively, for Planned, Stretch and Max performance
[3] Threshold is set at stretch performance for 2009, therefore, "target" costs are $0, maximum costs are $9.3M



# 2009 MIP Mechanics

## Eligibility

- Consistent with 2008 MIP participation (currently about 720 participants, including the Top 10)

  – New participants to be added at management discretion, including any new hires or employees promoted to management whose target incentive is at least 15% of base salary (excluding managers participating in a sales incentive program)

    ◦ Total pool, for achieving 2009 stretch OCF, is set at approximately $35.0 million and any additional participants will not change this pool

## Performance Goals

- Funding will be based upon annual consolidated OCF excluding equity compensation, ESOP expense, non-operating items and special items, reorganization costs and discontinued operations

  – If consolidated OCF goals are missed, the plan provides for funding at the business unit level for business units that achieved plan, subject to a 60% haircut

  – This plan provision applies only to the business unit level and not to corporate or group office staff; no pool will be funded for consolidated OCF below plan

- While overall plan funding will be determined by financial results, awards will be allocated to business units and individuals based upon a combination of financial, operational, and relative metrics

REDACTED

# 2009 MIP Mechanics

Performance goals, based on the Board approved 2009 operating plan, are shown below

**Performance Goals**

- Planned performance of _____ is the OCF included in the Company's 2009 operating plan that was approved by the Board of Directors in March 2009 (the "Plan")

- This OCF goal includes the impact of payouts, making the plan "self-funding"
  - <u>Plan set at</u> _____ , results in funding at 50% of target
  - <u>Stretch budget</u>, set at 142% of planned performance, results in funding at 100% of target
  - <u>Maximum</u>, set at 200% of planned performance, results in funding at 130% of target
  - Payouts interpolated between results

- If the planned consolidated OCF _____ is not achieved, the plan provides for partial funding at the business unit level, for those business units that achieve at least planned performance
  - Helps motivate employees to push for achievement of business unit goals, and allows management to reward top performers
  - Funding would be subject to a 60% haircut to keep each unit focused on cross selling, content sharing, and other ways of helping the entire Company meet plan



2009 Consolidated Operating Cash Flow

| Operating Cash Flow | Planned | Stretch | Max |
|---|---|---|---|
| Approximate Payout | $17.5 | $35.0 | $45.6 |
| Payout as % of Target | 50% | 100% | 130% |

# 2009 MIP Mechanics – Allocation Approach

- In order to maintain focus on other critical strategic and operational goals, management will allocate the bonus pool, once funded to any extent, based on a blend of financial, operational and strategic metrics

  – 50% of the bonus pool will be based on OCF

  – 20%-25% will be reserved for management discretion to recognize innovation, leadership, change management, and other measures of success and value creation

  – Remaining 25-30% will be allocated based on the following operational goals

    □ See pages 25-28 for specific business unit goals and allocation example

| Publishing | | Broadcasting |

**REDACTED**

07/22/09

7

# TMIP Terms - Eligibility

The TMIP provides additional motivation for key executive participants to increase the Tribune's profitability, which in turn maximizes value for stakeholders

| Element | Proposed Terms |
|---|---|
| Eligibility | <ul><li>Key corporate leaders across staff functions and business / operations functions</li></ul><table><tr><td colspan="2">**Top 10 ***</td><td colspan="2">**Other Key Executives**</td></tr><tr><td>**Position**</td><td>**Incumbent**</td><td colspan="2">**Position**</td></tr><tr><td>COO</td><td></td><td colspan="2">EVP, Chief Technology Officer</td></tr><tr><td>EVP - CAO</td><td></td><td colspan="2">SVP, Corporate Relations</td></tr><tr><td>EVP - General Counsel</td><td></td><td colspan="2">SVP, Deputy General Counsel/Corporate Secretary</td></tr><tr><td>EVP</td><td></td><td colspan="2">SVP, Development</td></tr><tr><td>SVP - CFO</td><td></td><td colspan="2">SVP, Financial Operations</td></tr><tr><td>EVP</td><td>REDACTED</td><td colspan="2">SVP, Strategy</td></tr><tr><td>President - Tribune Broadcasting</td><td></td><td colspan="2">SVP, Administration & CFO</td></tr><tr><td>Publisher - Los Angeles Times</td><td></td><td colspan="2">VP, Controller</td></tr><tr><td>President - Tribune Interactive</td><td></td><td colspan="2">VP, HR</td></tr><tr><td>EVP - Tribune Publishing</td><td></td><td colspan="2">VP, Tax</td></tr><tr><td></td><td></td><td colspan="2">VP, Treasurer</td></tr></table><ul><li>A small number of key employees who have taken on additional responsibilities in the restructuring process (up to 50)</li></ul> |

*Top 10 officers identified in the report are considered key leaders in the organization and report directly to the CEO, the COO or the CAO



# TMIP Terms – Individual Opportunities

Award opportunities for the TMIP were based on role criticality, internal equity and market competitiveness of total compensation as well as stakeholder input

- Participants have payout opportunities at planned [redacted], stretch [OCF], and max [OCF] performance levels
  - Results will be interpolated based on level of OCF achievement

- 100% of payments under the TMIP and KOB *(discussed on next slide)* will be deferred until the earlier of the effective date of the Plan of Reorganization or June 30, 2011 (see page 30 for details)
  - Program is self-funding

| | Base | Total Proposed TMIP $ | | | Proposed TMIP (% of base) | | |
|---|---|---|---|---|---|---|---|
| | | Planned | Stretch | Max | Planned | Stretch | Max |
| **Tier 1: Top 10 Executives** | | | | | | | |
| [redacted] | | | | | | | |
| EVP - CAO | | | | | | | |
| EVP - General Counsel | | | | | | | |
| EVP [redacted] | | | | | | | |
| EVP [redacted] | | | | | | | |
| EVP - Restructuring | | | | | | | |
| [redacted] | | | | | | | |
| Publisher - Los Angeles Times | | | | | | | |
| [redacted] | | | | | | | |
| EVP - Tribune Publishing | | | | | | | |
| **Total - Tier 1** | **$6,930** | **$2,090** | **$4,680** | **$7,356** | | | |
| EVP: Chief Technology Officer | | | | | | | |
| [redacted] | | | | | | | |
| SVP, Deputy General Counsel/Corp. Secy | | | | | | | |
| [redacted] | | | | | | | |
| VP: Tax | | | | | | | |
| [redacted] | | | | | | | |
| VP: Controller | | | | | | | |
| VP: Treasurer | | | | | | | |
| [redacted] | | | | | | | |
| SVP, Corporate Relations | | | | | | | |
| **Total - Tier 2** | **$3,160** | **$1,421** | **$2,843** | **$3,253** | | | |
| **Total - Tiers 1 & 2** | **$9,090** | **$3,511** | **$7,503** | **$10,608** | | | |

REDACTED



# Key Operator Bonus ("KOB") Terms

## Rationale

- The key operator pool will motivate key business unit leaders to continue to focus on transformation of the respective businesses throughout 2009

- Executives are charged with reviving and transforming the businesses, and should be rewarded for successful efforts

- The KOB provides an opportunity to participate directly in a successful transformation by sharing in a percentage of the incremental OCF above 2009 stretch goals for a business unit, further aligning executives with stakeholder interests

  – Awards will only be earned if participants achieve superior financial performance, well above planned and also above "stretch" performance levels for 2009

  – For OCF above stretch levels, the KOB closes some of the gap to market for key operators (see pages 35-36 in the appendix for details)

## Overview

- Eligibility - The following key business unit executives will be eligible for a KOB incentive award based on incremental OCF of the respective business units, above the applicable 2009 stretch budget

| Top 10 | | Other Key Executives - Publishing | | Other Key Executives - Broadcasting | |
|---|---|---|---|---|---|
| **Position** | | **Position** | | **Position** | |
| COO | | Publisher - Chicago Tribune | | President/KTLA-TV | |
| EVP - CAO | | President & CEO - Sun Sentinel/Orlando Sentinel/WSFL-TV | | President/GM, WPIX-TV | |
| President - Tribune Broadcasting | | CEO, Pres. & Publisher - Hartford Courant/WTIC/WTXX | | VP/GM, KSWB-TV | |
| Publisher - Los Angeles Times | | Publisher & CEO - Baltimore Sun | | VP/GM, WGN-TV & CLTV | |
| President - Tribune Interactive | | President & CEO - Tribune Media Services | | VP/GM, KDAF-TV | |
| EVP - Tribune Publishing | | Publisher & CEO - The Morning Call, Inc. | | SVP/GM, KCPQ/KMYQ/KRCW | |
| | | President & CEO - Daily Press | | VP/GM, KTXL-TV | |
| | | | | VP/GM, WPHL-TV | |
| | | | | VP/GM, WDCW-TV | |
| | | | | VP/GM, KIAH-TV | |

- Slight overlap with TMIP participants with limited cross opportunities for six top executives with substantial line operating and restructuring responsibilities



# KOB Terms

## REDACTED

### Overview Continued

- <u>Funding</u> – For Business Units, funding is based upon achievement of incremental OCF above the 2009 stretch budget for the specific operations of each participant (see following page)

  – COO and CAO threshold is based on consolidated OCF of            , which is above stretch budget for the company

  – Individual awards fund if stretch performance is exceeded for 2009

  – Participants would be eligible to share 1-3% of every additional dollar of OCF above stretch, with awards capped at 1 times base salary, except the COO and CAO who would be capped at 0.4x and 0.33x base salary

  – Program is self-funding

- <u>Payout</u> – Full value of awards will be deferred until the earlier of the effective date of a Plan of Reorganization or June 30, 2011 (see page 30 for details)

# KOB Terms – Payout Calculation Rates and Provisions

- The table below summarizes key elements of the plan, including proposed payout calculation rates, maximum awards, and business unit thresholds

- Maximum costs of $9.3M based on a cap of 1x base salary (except for the COO and CAO, who are capped at 0.4x and 0.33x of base salary, respectively)

**REDACTED**



| Position | | | |
|---|---|---|---|
| COO | | | |
| EVP- CAO | | | |
| President - Tribune Broadcasting | 3.0% | | |
| Publisher - Los Angeles Times | 2.0% | | |
| President - Tribune Interactive | 2.0% | | |
| EVP - Tribune Publishing | 2.0% | | |
| Publisher - Chicago Tribune | 2.0% | | |
| President & CEO - Sun Sentinel/Orlando Sentinel/WSFL | 2.0% | | |
| CEO, Pres. & Publisher - Hartford Courant/WTIC/WTXX | 2.0% | | |
| Publisher & CEO - Baltimore Sun | 2.0% | | |
| President & CEO - Tribune Media Services | 2.0% | | |
| Publisher & CEO - The Morning Call, Inc. | 2.0% | | |
| President & CEO - Daily Press | 2.0% | | |
| VP/GM, KTLA-TV | 2.0% | | |
| President/GM, WPIX-TV | 2.0% | | |
| VP/GM, KSWB-TV | 2.0% | | |
| VP/GM, WGN-TV & CLTV | 2.0% | | |
| VP/GM, KDAF-TV | 2.0% | | |
| SVP/GM, KCPQ/KMYQ/KRCW | 2.0% | | |
| VP/GM, KTXL-TV | 2.0% | | |
| VP/GM, WPHL-TV | 2.0% | | |
| VP/GM, WDCW-TV | 2.0% | | |
| VP/GM, KIAH-TV | 2.0% | | |
| **Total** | | | |

(1) Maximum proposed bonus for COO is   , for the CAO it is   and for other participants it is 1x base salary

(2) Threshold OCF for COO and CAO is based on consolidated OCF, above Tribune stretch performance levels for MIP and TMIP



# Impact on Total Direct Compensation ("TDC")

Overall, current compensation for key positions, which is comprised of base salary only, significantly lags market*

- In the absence of the proposed 2009 Incentive Programs (including the MIP, TMIP and KOB) compensation will fall to 40% of market median TDC for the Top 10 executives (excluding the CEO)

  – For other key executives, compensation will fall to 44% of market median TDC

- Overall, implementing the plan closes the gap to market

  – At planned performance, total compensation for key management is 66% of market median TDC overall

  – At stretch, total compensation for key management is 91% of market median TDC overall

    ▫ Note: this analysis assumes no bonuses paid under the KOB, as participants must exceed stretch OCF goals for any award to be earned

  – Mercer also evaluated the impact of maximum awards relative to market maximum TDC and found that overall, TDC remains below market, falling at 85% of the median for market maximum TDC levels

  – Mercer considers total compensation to be competitive if it falls within 15% of market, as competitive pay is generally defined as a range, not a point, due to inherent variations in market data

  – Competitiveness varies by individual; please see appendix pages 31-36 for details

A severe shortfall in compensation could significantly dilute motivation to operate the company profitably and create value for stakeholders, particularly for individuals who have substantial additional day-to-day restructuring burdens on top of their regular duties

*Survey market data is effective as of March, 2008; industry specific proxy data reflects 2009 compensation as disclosed in 2009 proxy statements; for details on the proxy analysis, please see page 37-47

# Impact on TDC – at Plan

- The table below illustrates the overall impact of awards for achieving planned performance under the proposed incentive plan based on the following assumptions:

  - Tribune achieves planned OCF resulting in annual MIP payouts at 50% of target and planned TMIP payouts

  - No payouts under the KOB for planned OCF performance

| 2009 Cash Compensation | | | Planned Compensation | | | Planned Compensation with MIP, TMIP and KOB | | |
|---|---|---|---|---|---|---|---|---|
| Tier | Base Salary | Market Index | Planned TCC (Base + MIP)* | Market Index | Planned TMIP Award | Planned KOB Award | Planned TDC* | Mkt Median TDC | Market Index |
| Top 10 w/ CEO | $5,930 | 32% | $8,782 | 48% | $2,090 | $0 | $10,732 | $18,268 | 59% |
| Other Key Execs** | $9,367 | 44% | $11,772 | 55% | $1,421 | $0 | $13,193 | $21,496 | 61% |
| Overall | $15,297 | 42% | $20,554 | 57% | $4,011 | $0 | $23,925 | $36,291 | 66% |

\*Planned TCC equals base plus 50% of target MIP; Planned TDC equals base plus 50% of target MIP, planned payouts under the TMIP and no awards under the KOB

\*\* Other Key Execs includes TMIP and KOB participants outside the Top 10

# Impact on TDC – at Stretch

- The table below illustrates the overall impact of awards for achieving stretch performance under the proposed incentive plan based on the following assumptions:

  – Tribune achieves stretch OCF resulting in annual MIP payouts at 100% of target and stretch TMIP payouts

  – No payouts under the KOB for stretch OCF performance

| Tier | 2009 Cash Compensation | | | | Stretch Compensation with MIP, TMIP and KOB | | | | |
|------|-----------|--------|-----------|--------|-----------|-----------|---------|-----------|--------|
| | Base Salary | Market Index | Stretch TCC (Base + MIP)* | Market Index | Stretch TMIP Award | Stretch KOB Award | Stretch TDC* | Mkt Median TDC | Market Index |
| Top 10 w/ CEO | $5,930 | 32% | $11,354 | 62% | $4,660 | $0 | $15,014 | $18,268 | 88% |
| Other Key Execs** | $9,367 | 44% | $14,177 | 66% | $2,843 | $0 | $17,019 | $21,496 | 79% |
| Overall | $15,297 | 42% | $25,530 | 70% | $8,503 | $0 | $33,033 | $36,291 | 91% |

*Stretch TCC equals base plus 100% of target MIP; Stretch TDC equals base plus 100% of target MIP, stretch payouts under the TMIP and no awards under the KOB

** Other Key Execs includes TMIP and KOB participants outside the Top 10

07/22/09

15



# Impact on TDC – All Awards at Maximum

- The table below illustrates the overall impact of awards for achieving the maximum benefits for each of the Tribune bonus programs (assumes 130% of target award for MIP, and maximum awards for the TMIP and KOB)

- Competitive market data was adjusted to reflect maximum market TDC, assuming payouts of 2x median target annual and long-term incentive levels

- Overall, total compensation for key executives falls at 85% of market median for maximum TDC

- Implementing the TMIP and KOB in conjunction with MIP brings compensation levels for the Top 10 to 98% of market maximum TDC

| 2009 Cash Compensation | | | Maximum Compensation with MIP, TMIP and KOB | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tier | Base Salary | Market Index | Max TCC (Base + MIP) | Market Index | Max TMIP Award | Max KOB Award | Max TDC | Mkt Max TDC | Market Index |
| Top 10 w/ CEO | $5,930 | 20% | $12,981 | 43% | $7,355 | $3,105 | $23,440 | $29,885 | 78% |
| Other Key Execs** | $9,367 | 28% | $15,620 | 47% | $3,253 | $6,207 | $25,080 | $32,956 | 76% |
| Overall | $15,297 | 27% | $28,600 | 50% | $11,908 | $9,312 | $48,520 | $56,860 | 85% |

\* Market Max TDC assumes 2x target annual and long-term incentives
\** Other Key Execs includes TMIP and KOB participants outside the Top 10

# Incentive Plan Cost Analysis

# Incentive Plan Cost Analysis

- Mercer collected and reviewed available market comparator data to assess the reasonableness of the compensation levels associated with the proposed plan (the MIP, the TMIP and the Key Operator Bonus) and found the program to be reasonable and within the expected range of competitive practice

- To provide appropriate context, we reviewed bankruptcy specific practices

  - Bankruptcy data was gathered from corporations who filed after the implementation of BAPCA (with court-approved performance plans), outside the financial services industry, with sales above $900M

- This section summarizes Mercer's review of the reasonableness of the TMIP and KOB with respect to the program maximum cost

# TMIP and KOB Comparable Data

- Mercer focused on those corporations that filed after the implementation of BAPCA legislation, (with court-approved performance plans), outside the financial services industry, with sales above $900M

- The comparable companies vary substantially in size; Tribune ranks fifth largest in revenue (based on 2007 revenues) and third largest in employee size (based on current FTEs)

| Company | Industry | Revenue ($B) [1] | Petition Date FTE |
|---|---|---|---|
| Delphi Corporation | Automobiles & Components | $28.62 | 184,600 |
| SemGroup, LLP | Energy | $13.20 | 1,688 |
| Calpine Corporation | Power & Utilities | $8.65 | 3,302 |
| Nortel Networks Inc. | Communications Equipment | $8.00 [2] | 19,148 |
| Quebecor World Inc. | Commercial Services & Supplies | $5.70 | 19,531 |
| Movie Gallery, Inc. | Media & Entertainment | $2.54 | 38,800 |
| Dura Automotive Systems | Automobiles & Components | $2.44 | 6,440 |
| WCI Communities, Inc. | Homebuilding & Real Estate | $0.94 | 1,800 |
| *Average* | -- | **$8.76** | **34,364** |
| *Median* | -- | **$6.85** | **12,794** |
| Tribune [3] | Media | $4.60 | 15,000 |

*1 Revenue reflects the annual sales of the corporation for the latest fiscal year end and prior to the petition date*
*2 Nortel Networks revenue excludes operations in Europe, Middle East, & Africa (where employees were not considered for participation in the US court-approved plan)*
*3 Tribune revenue displayed for Fiscal Year 2007 adjusted to exclude discontinued operations; FTEs includes non-debtors*

# TMIP and KOB Cost Comparison
## Maximum plan costs

- The cost of the TMIP is consistent with market practice; the KOB pushes the combined program costs toward the higher end of the market range; The cost of the KOB is appropriate because there is no cost at stretch— above stretch, the participants receive 1-3% of the benefit with 97-99% going to Tribune

| Company | Revenue ($B) | Full-Time Employees | Maximum Cost ($M) | % of Revenue |
|---|---|---|---|---|
| WCI Communities | $0.94 | 1,800 | $5.29 | 0.565% |
| Nortel Networks Inc. | $8.00 | 19,148 | $45.00 [1] | 0.563% |
| Calpine Corporation | $8.65 | 3,302 | $45.14+ | 0.522% |
| Delphi Corporation | $28.62 | 184,600 | $103.50 | 0.362% |
| Quebecor World Inc. | $5.70 | 19,531 | $18.00 | 0.316% |
| Dura Automotive | $2.44 | 6,440 | $6.80 | 0.278% |
| SemGroup, LLP | $13.20 | 1,688 | $15.90 | 0.120% |
| Movie Gallery, Inc. | $2.54 | 38,400 | $1.50 | 0.059% |
| Average | | | | 0.348% |
| Median | | | | 0.339% |
| Tribune (w/o KOB) [2] | $4.60 | 15,000 | $11.91 | 0.259% |
| Tribune (w/ KOB) [2] | $4.60 | 15,000 | $21.22 | 0.461% |

Note: A portion of the payout under Calpine's "Success Fee" Emergence Incentive Plan was not disclosed — the above value understates the actual award granted in 2008 (indicated by the "+")

[1] The maximum value of the cash and equity bonus to be awarded to the top executives upon emergence was $103.50 M; this value has not yet been earned

[2] Tribune plan costs assume maximum awards for TMIP ($10.6 M), the Discretionary Pool ($1.3M) and where noted, maximum awards for Key Operator Bonus ($9.3M)



Supplemental Compensation Program Cost as % of Revenue

0.6%
0.5%
0.4%
0.3%
0.2%
0.1%
0.0%

Tribune (w/ KOB): 0.461%
Tribune (w/o KOB): 0.259%



2008 MIP Awards



# Executive Summary – 2008 MIP Payouts - Rationale

Similar to other MIP participants whose 2008 bonuses were approved by the Court at the May 12, 2009 hearing, Tribune Top 10 executives earned their 2008 MIP awards

- Payment of these awards is reasonable in light of the following:

  – **Awards are performance-based:** executives were largely responsible for the implementation of initiatives and strategic dispositions that, together generated nearly $1.5 billion in incremental operating cash flow in 2008. Achievements in 2008 include:

    □ Major redesigns of all eight of their newspapers, new newspaper circulation programs,

    □ Rebranding/repositioning of several broadcasting stations

    □ Implementation of major cost savings initiatives

    □ Increases in market share for 21 of 23 television stations

    □ Closing of transactions that generated over $1 billion in proceeds in 2008 alone, which the Debtors used to pay down debt and sustain their operations

  – **Awards are consistent with industry norms:** a review of recently filed 2009 proxy statements of Tribune peers indicates that 9 of 10 companies paid bonuses to named executive officers for 2008 performance (see p. 48 in the appendix for details)

    □ Award levels are within the range of competitive practice

  – **Gap to Market:** in absence of the payouts, compensation for these executives falls to 43% of market median TDC; even with the awards, total compensation remains below market overall, at 64% of market median TDC

# Executive Summary – 2008 MIP Payouts

## REDACTED

- The following payouts would be made to the Top 10 eligible executives under the 2008 MIP
  - Excludes one EVP, hired in December 2008, and therefore ineligible for a bonus in 2008

| Position | Base Salary | MIP Target % | MIP Target $[1] | 2008 MIP Payouts | Payout (% of target)[2] | Tribune Adj. 2008 TCC[3] | Market Data[3] | Market Index |
|---|---|---|---|---|---|---|---|---|
| COO | | | | | | | | |
| EVP - CAO | | | | | 93% | | | |
| EVP - General Counsel | | | | | | | | |
| EVP | | | | | 46% | | | |
| SVP - CFO | | | | | | | | |
| President - Tribune Broadcasting | | | | | 100% | | | |
| President - Los Angeles Times | | | | | | | | |
| President - Tribune Interactive | | | | | 46% | | | |
| EVP - Tribune Publishing | | | | | | | | |
| **Total** | **$5,480** | | **$4,802** | **$3,101** | **65%** | **$8,147** | **$12,818** | **64%** |

- Note: To be conservative, Mercer compared Tribune 2008 compensation to 2009 market data. For 2009 market data, Mercer applied a 50% discount to 2008 LTI levels resulting in substantially lower market TDC than actual 2008 market TDC

(1) Bonus target $s are based on pro-rated 2008 service time; the General Counsel, EVP, and President – Tribune Interactive received a pro-rata award based on length of service in 2008

(2) The CAO, President – Tribune Broadcasting and President – LA Times have mandatory bonus payouts based on pre-existing agreements

(3) Tribune TCC and market data for the General Counsel, EVP, and President – Tribune Interactive were pro-rated to reflect the 2008 service time for those incumbents



# Appendix

- MIP Goals by Property
- Termination provisions for incentive programs
- Incentive Plan Impact – Gap to Market
- Peer Group Proxy Analysis – Methodology and details



# 2009 MIP Mechanics – Publishing OCF Goals by Property

**REDACTED**

| | 2009 Bonus Achievement Targets [1] | | |
|---|---|---|---|
| | Planned [2] | Stretch | Max |
| | 50% | 100% | 130% |
| Los Angeles | | | |
| Chicago | | | |
| South Florida | | | |
| Orlando | | | |
| Baltimore | | | |
| Hartford | | | |
| Allentown | | | |
| Newport News | | | |
| Tribune Media Services | | | |
| Interactive Central [4] | | | |
| ForSaleByOwner.com | | | |
| TPC Group Office | | | |
| Other [3] | | | |
| Total Publishing | | | |

(1) Excludes equity compensation, ESOP expense, non-operating items and special items.

(2) Represents 2009 operating plan amounts approved by the Board of Directors in March 2009.

(3) Other includes rental income on Newsday properties, Insertco operating results , certain retained legal and retirement expenses related to Newsday and the reclassification for the depreciation component of the service center charges at the business units.

(4) Amounts here basically represent expenses for TI Central only, not all of interactive.  MIP participants at TI Central will have their pool determined by the performance of the Company's entire interactive operations, not just TI Central.

Note:  Pool will be allocated as follows:

* 50% based on Operating Cash Flow

* 25% based on relative performance on key financial metrics such as

* 25% Discretionary



# 2009 MIP Mechanics – Broadcasting OCF Goals by Property

| | 2009 Bonus Achievement Targets [1] | | |
|---|---|---|---|
| | Planned [2]<br>50% | Stretch<br>100% | Max<br>130% |
| New York (WPIX) | | | |
| Los Angeles (KTLA) | | | |
| Chicago (WGN & CLTV) | | | |
| Philadelphia (WPHL) | | | |
| Dallas (KDAF) | | | |
| Washington (WDCW) | | | |
| Houston (KIAH) | | | |
| Seattle (KCPQ, KMYQ) & Portland (KRCW) [4] | | | |
| Miami (WSFL) | | | |
| Sacramento (KTXL) | | | |
| Indianapolis (WXIN, WTTV) | | | |
| San Diego (KSWB) | | | |
| Hartford (WTIC, WTXX) | | | |
| Grand Rapids (WXMI) | | | |
| Harrisburg (WPMT) | | | |
| New Orleans (WGNO, WNOL) | | | |
| WGN America (includes Tower Distribution) | | | |
| WGN-Radio | | | |
| TBC Group Office | | | |
| Tribune Entertainment | | | |
| Other | | | |
| Total excluding LMA stations | | | |
| *Local Management Agreements:* | | | |
| Denver (KWGN) and St. Louis (KPLR) [5] | ___ | ___ | ___ |
| Total Broadcasting | ___ | ___ | ___ |

**REDACTED**

(1) Excludes equity compensation, ESOP expense, non-operating items and special items.
(2) Represents 2009 operating plan amounts approved by the Board of Directors in March 2009.
(3)
(4) Includes Seattle (KCPQ/KMYQ) and Portland (KRCW) stations as there is a single management team for the three stations.
(5) In October 2008, the Denver and St. Louis stations entered into operating agreements with Local TV.



# 2009 MIP Mechanics – Broadcasting Allocation Example

Management will allocate the funded pool based on financial contribution and other key strategic and operational measures, as illustrated below

**Revenue Metrics**

REDACTED

07/22/09

27



# 2009 MIP Mechanics – Overview of Allocation Process

- If consolidated planned OCF is not achieved, the plan provides for partial funding at the business unit level, for those business units/operations that achieve at least plan
  - Ensures ability to reward top performers
  - Provides additional incentive to achieve goals at the business unit level

- Funding will be based on level of achievement at the business unit level, multiplied by the business unit weight
  - Business unit performance is weighted 40%
  - Level of planned, stretch, and maximum achievement varies by business unit, as shown on the previous pages

## Business Unit Achievement

| | Planned | Stretch | Max |
|---|---|---|---|
| MIP Payout (absent "haircut") | 50% | 100% | 130% |
| BU Payout | 20% | 40% | 52% |

# MIP Terms – Termination Provisions

| Element | Proposed Terms |
|---|---|
| **Termination Provisions – Prior to Payment Date** | |
| *Death, Disability (long-term), Retirement* | • Pro-rata award[1] based on percentage of performance period worked |
| *Leave of Absence [2]* | • Pro-rata award[1] based on percentage of performance period worked |
| *Involuntary Termination (without Cause)* | • Employee forfeits any right to earn an award at the time of such termination |
| *Voluntary Termination or Involuntary Termination (with Cause)* | • Employee forfeits any right to earn an award at the time of such termination |

[1] Pro-rata is defined as the number of full months (actively) worked during the performance period (2009) divided by 12
[2] Any leave of absence of more than 5 consecutive days, not including authorized vacations

# TMIP/KOB – Termination Provisions

| Element | Proposed Terms |
|---|---|
| **Termination Provisions – Prior to 12/31/2009** | |
| *Death, Disability (long-term), Retirement* | • **Pro-rata award** [1] payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 [2] |
| *Leave of Absence* [3] | • **Pro-rata award** [1] payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 [2] |
| *Involuntary Termination (without Cause)* | • **Pro-rata award** [1] payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 [2] |
| *Voluntary Termination or Involuntary Termination (with Cause)* | • Employee forfeits any right to earn award |
| **Termination Provisions – On or After 12/31/2009** | |
| *Death, Disability (long-term), Retirement* | • **Full award** payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 |
| *Leave of Absence* [3] | • **Full award** payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 |
| *Involuntary Termination (without Cause)* | • **Full award** payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 |
| *Resignation with Good Reason* | • **Full award** payable upon the earlier of i) plan effective date that constitutes a change-in-control under IRC Section 409A, or ii) June 30, 2011 |
| *Voluntary Termination (without Good Reason) or Involuntary Termination (for Cause)* | • Employee forfeits any right to earn award |

[1] Pro-rata is defined as the number of full months (actively) worked during the performance period (2009) divided by 12

[2] The date to provide certain payment is conservatively set well beyond what the Debtors anticipate to be the actual plan effectiveness date – to ensure that participants are not unfairly disadvantaged and denied their Transition MIP and/or KOB payouts entirely by circumstances beyond their control in the unlikely event that plan effectiveness does not constitute a change in control for Section 409A purposes

[3] Any leave of absence of more than 5 consecutive days, not including authorized vacations

# TMIP/KOB Awards for Top 10 Compared to Market - at Plan

- The program brings overall pay opportunities within the market range; it is typical for actual pay to vary from incumbent to incumbent based on multiple factors including pay required to initially attract the candidate to the organization, prior pay and individual potential

| Position | Base ($000s) | Target MIP | 2009 Proposed Total Direct Compensation | | | | | | Market TDC | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Planned MIP | Planned TCC* | Gap to Market | Planned TMIP | Planned MIP + TMIP | KOB Payout | Planned TDC | 50th Percentile ($000s) | Market Index |
| **Transition Management Incentive Plan** | | | | | | | | | | |
| CEO | | | | | | | | | | |
| CEO | | | | | | | | | | |
| EVP - CAO | | | | | | | | | | |
| EVP | | | | | | | | | | |
| EVP | | | | | | | | | | |
| EVP - Restructuring | | | | | | REDACTED | | | | |
| President - Tribune Broadcasting | | | | | | | | | | |
| President - Tribune Interactive | | | | | | | | | | |
| **Total Cost w/ CEO** | $6,930 | | $2,712 | $9,762 | | $3,090 | $4,802 | $0 | $10,732 | $18,268 | 69% |
| **Total Cost w/o CEO** | $6,930 | | $2,712 | $9,762 | | $3,090 | $4,802 | $0 | $10,732 | $14,795 | 73% |
| **Overall Total (w/o CEO)***| $15,297 | | $5,117 | $20,564 | | $3,511 | $8,628 | $0 | $23,926 | $36,291 | 66% |

*Planned TCC reflects 50% payouts under the MIP for achieving budgeted OCF; Planned TDC reflects 50% payouts for achieving budgeted OCF under the MIP, planned payouts under the TMIP and no payouts under the KOB

**Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool

# TMIP/KOB Awards for Other Key Executives Compared to Market - at Plan

| Position | Base ($000s) | Target MIP | Planned MIP | Planned TCC | Gap to Market | Planned TMIP | Planned MIP + TMIP | KOB Payout | Planned TDC | 50th Percentile ($000s) | Market Index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other TMIP Participants** | | | | | | | | | | | |
| EVP, Chief Technology Officer | | | | | | | | | | | |
| SVP, Deputy General Counsel/Corp. Secy | | | | | | | | | | | |
| VP, Tax | | | | | | | | | | | |
| VP, Controller | | | | | | | | | | | |
| VP, Treasurer | | | | | | | | | | | |
| SVP, Corporate Relations | | | | | | | | | | | |
| **Other Key Operator Bonus Participants** | | | | | | | | | | | |
| Publisher - Chicago Tribune | | | | | | | | | | | |
| CEO, Pres. & Publisher - Hartford Courant/WTIC/WTXX | | | | | | | | | | | |
| President & CEO - Tribune Media Services | | | | | | | | | | | |
| President & CEO - Daily Press | | | | | | | | | | | |
| President/GM, WPIX-TV | | | | | | | | | | | |
| VP/GM, WGN-TV & CLTV | | | | | | | | | | | |
| VP/GM, KCPQ/KMYQ/KRCW | | | | | | | | | | | |
| SVP/GM, KCPQ/KMYQ/KRCW | | | | | | | | | | | |
| VP/GM, WPHL-TV | | | | | | | | | | | |
| VP/GM, KIAH-TV | | | | | | | | | | | |
| **Total - Other Key Executives** | $9,367 | | $2,405 | $11,772 | | $1,421 | $3,826 | $0 | $13,193 | $21,456 | 61% |
| **Total - Top 10 (w/o CEO)** | $5,839 | | $2,712 | $8,642 | | $2,090 | $4,802 | $0 | $10,732 | $14,795 | 73% |
| **Overall Total (w/o CEO)**\*\* | $15,297 | | $5,117 | $20,414 | | $3,511 | $8,628 | $0 | $23,925 | $36,251 | 66% |

REDACTED

\* Planned TCC reflects 50% payouts under the MIP for achieving budgeted OCF; Planned TDC reflects 50% payouts for achieving budgeted OCF under the MIP, planned payouts under the TMIP and no payouts under the KOB

\*\* Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool

# TMIP/KOB Awards for Top 10 Compared to Market - at Stretch

- The program brings overall pay opportunities within the market range; it is typical for actual pay to vary from incumbent to incumbent based on multiple factors including pay required to initially attract the candidate to the organization, prior pay and individual potential

| Position | Base ($000s) | 2009 Proposed Total Direct Compensation | | | | | | | Market TDC | |
| Transition Management Incentive Plan | | Target MIP | Stretch MIP | Stretch TCC¹ | Gap to Market | Stretch TMIP | Stretch MIP + TMIP | KOB Payout | Stretch TDC¹ | 50th Percentile ($000s) | Market Index |
| CEO | | | | | | | | | | | |
| EVP | | | | | | | | | | | |
| EVP - CAO | | | | | | | | | | | |
| EVP | | | | | | | | | | | |
| EVP | | | | | | | | | | | |
| EVP - Restructuring | | | | | | | | | | | |
| President - Tribune Broadcasting | | | | | | | | | | | |
| President - Tribune Interactive | | | | | | | | | | | |
| | | | | REDACTED | | | | | | | |
| Total Cost w/ CEO | $5,930 | $5,424 | $11,354 | | $4,660 | $10,084 | $0 | $16,014 | $18,268 | 88% |
| Total Cost w/o CEO | $5,930 | $5,424 | $11,354 | | $4,660 | $10,084 | $0 | $16,014 | $14,795 | 108% |
| Overall Total (w/o CEO)** | $16,297 | $10,233 | $26,530 | | $7,503 | $17,736 | $0 | $33,033 | $36,291 | 91% |

*Stretch TCC reflects 100% payouts under the MIP for achieving stretch OCF; Stretch TDC reflects 100% payouts for achieving stretch OCF under the MIP, stretch payouts under the TMIP and no payouts under the KOB

**Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool

# TMIP/KOB Awards for Other Key Executives Compared to Market - at Stretch

| Position | Base ($000s) | Target MIP | Stretch MIP | Stretch TCC | Gap to Market | Stretch TMIP | Stretch MIP + TMIP | KOB Payout | Stretch TDC* | 50th Percentile ($000s) | Market Index |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other TMIP Participants** | | | | | | | | | | | |
| EVP, Chief Technology Officer | | | | | | | | | | | |
| SVP, Deputy General Counsel/Corp. Secy | | | | | | | | | | | |
| VP, Tax | | | | | | | | | | | |
| VP Controller | | | | | | | | | | | |
| VP, Treasurer | | | | | | | | | | | |
| SVP, Corporate Relations | | | | | | | | | | | |
| **Other Key Operator Bonus Participants** | | | | | | | | | | | |
| Publisher - Chicago Tribune | | | | | | | | | | | |
| CEO, Pres. & Publisher - Hartford Courant/WTIC/WTXX | | | | | | | | | | | |
| President & CEO - Tribune Media Services | | | | | | | | | | | |
| President & CEO - Daily Press | | | | | | | | | | | |
| President/GM, WPIX-TV | | | | | | | | | | | |
| VP/GM, WGN-TV & CLTV | | | | | | | | | | | |
| SVP/GM, KCPQ/KMYQ/KRCW | | | | | | | | | | | |
| VP/GM, WPHL-TV | | | | | | | | | | | |
| VP/GM, KIAH-TV | | | | | | | | | | | |
| **Total - Other Key Executives** | $9,367 | | $4,810 | $14,177 | $2,843 | $7,663 | | $0 | $17,019 | $21,496 | 79% |
| **Total - Top 10 (w/o CEO)** | $5,930 | | $5,424 | $11,364 | $4,660 | $10,084 | | $0 | $16,014 | $14,795 | 108% |
| **Overall Total (w/o CEO)**\*\* | $15,297 | | $10,233 | $26,530 | $7,503 | $17,736 | | $0 | $33,033 | $36,291 | 91% |

REDACTED

\* Stretch TCC reflects 100% payouts under the MIP for achieving stretch OCF. Stretch TDC reflects 100% payouts for achieving stretch OCF under the MIP, stretch payouts under the TMIP and no payouts under the KOB

\*\* Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool



# TMIP/KOB Awards for Top 10 Compared to Market Maximum Awards
## – At Maximum

- The tables below show the cumulative impact of the 2009 MIP awards at max budget performance levels (resulting in payouts of 130% of target) and maximum awards under the TMIP and KOB

| Position | Base ($000s) | 2009 Proposed Total Direct Compensation | | | | | | | | Market Max TDC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Target MIP | Max MIP | Max TCC* | Gap to Market | Max TMIP | Max MIP + TMIP | KOB Payout | Max TDC* | 50th Percentile ($000s) | Market Index |
| **Transition Management Incentive Plan** | | | | | | | | | | | |
| COO | | | | | | | | | | | |
| EVP - General Counsel | | | | | | | | | | | |
| SVP - CFO | | | | | | | | | | | |
| **Key Operator Bonus** | | | | | | | | | | | |
| Publisher - Los Angeles Times | | | | | | | | | | | |
| EVP - Tribune Publishing | | | | | | | | | | | |
| Total Cost w/ CEO | $6,930 | $7,061 | $12,981 | | $7,385 | $14,405 | $3,105 | $23,440 | $29,886 | 78% |
| Total Cost w/o CEO | $5,930 | $7,061 | $12,981 | | $7,386 | $14,405 | $3,106 | $23,440 | $33,906 | 98% |
| **Overall Total (w/o CEO)** ** | $15,297 | $13,304 | $26,600 | | $10,608 | $23,911 | $9,312 | $48,520 | $56,860 | 86% |

*Max TCC reflects 130% payouts under the MIP for achieving max OCF; Max TDC reflects 130% payouts for achieving max OCF under the MIP and max payouts under the TMIP and KOB

*Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool

REDACTED



# TMIP/KOB Awards for Other Key Executives Compared to Market – At Maximum

- The tables below show the cumulative impact of the 2009 MIP awards at max budget performance levels (resulting in payouts of 130% of target) and maximum awards under the TMIP and KOB

| Position | Base ($000s) | 2009 Proposed Total Direct Compensation | | | | | | | | Market Max TDC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Target MIP | Max. MIP | Max. TCC* | Gap to Market | Max TMIP | Max MIP + TMIP | KOB Payout | Max TDC* | 50th Percentile ($000s) | Market Index |
| **Other TMIP Participants** | | | | | | | | | | | |
| SVP: Development | | | | | | | | | | | |
| SVP: Financial Operations | | | | | | | | | | | |
| VP: HR | | | | | | | | | | | |
| SVP: Administration & CFO | | | | | | | | | | | |
| SVP: Strategy | | | | | | | | | | | |
| **Key Operator Bonus** | | | | | | | | | | | |
| President & CEO - Sun Sentinel/Orlando Sentinel/WSFL-TV | | | | | | | | | | | |
| Publisher & CEO - Baltimore Sun | | | | | | | | | | | |
| Publisher & CEO - The Morning Call, Inc. | | | | | | | | | | | |
| VP/GM, KTLA-TV | | | | | | | | | | | |
| VP/GM, KSWB-TV | | | | | | | | | | | |
| VP/GM, KDAF-TV | | | | | | | | | | | |
| VP/GM, KTXL-TV | | | | | | | | | | | |
| VP/GM, WDCW-TV | | | | | | | | | | | |
| **Total - Other Key Executives** | $9,367 | $6,263 | $15,620 | | | $9,506 | $6,207 | $25,080 | $32,956 | 76% | |
| Total - Top 10 (w/o CEO) | $5,930 | $7,061 | $12,981 | $7,355 | $14,405 | $3,105 | $23,440 | $23,906 | 98% | | |
| Overall Total (w/o CEO)** | $15,297 | $13,304 | $28,600 | $10,508 | $23,911 | $9,312 | $48,520 | $56,860 | 85% | | |

REDACTED

*Max TCC reflects 130% payouts under the MIP for achieving max OCF; Max TDC reflects 130% payouts for achieving max OCF under the MIP and max payouts under the TMIP and KOB

**Overall Total includes all TMIP and KOB Participants, excludes TMIP discretionary pool

# Peer Group Profile

| Company Name | Sub-Industry | 2009 Proj. Sales | 2008 Sales | Business Description |
|---|---|---|---|---|
| Gannett Co | Publishing | $4,500 | $6,768 | Gannett Co., Inc. operates as a news and information company. It operates in three segments: Publishing, Digital, and Broadcasting. |
| Thomson-Reuters Corp | Publishing | $13,260 | $11,707 | Thomson Reuters Corporation provides intelligent information for businesses and professionals in the financial, legal, tax and accounting, scientific, healthcare, and media markets worldwide. It operates in two divisions, Markets and Professional. |
| Cc Media Holdings Inc | Broadcasting & Cable TV | $5,743 | $6,689 | CC Media Holdings, Inc. operates as a media and entertainment company in the United States. The company operates in three segments: Radio Broadcasting, Americas Outdoor Advertising, and International Outdoor Advertising. |
| Cablevision Sys Corp | Broadcasting & Cable TV | $6,911 | $7,230 | Cablevision Systems Corporation operates as a cable operator in the United States. The company also operates cable programming networks, entertainment businesses, and telecommunications companies. |
| Washington Post | Publishing | $4,623 | $4,462 | The Washington Post Company, together with its subsidiaries, operates as a diversified education and media company in the United States and internationally. |
| New York Times Co | Publishing | $2,643 | $2,949 | The New York Times Company operates as a diversified media company in the United States. It operates in two segments, News Media and About Group. |
| EW Scripps | Publishing | $818 | $1,002 | The E. W. Scripps Company, together with its subsidiaries, operates as a diverse media company with interests in newspaper publishing, television stations, and licensing and syndication. |
| McClatchy Co | Publishing | $1,829 | $1,900 | The McClatchy Company operates as a newspaper company in the United States. The company's newspapers include The Miami Herald, The Sacramento Bee, the (Fort Worth) Star-Telegram, The Kansas City Star, The Charlotte Observer, and The (Raleigh) News & Observer. |
| Lee Enterprises Inc | Publishing | $944 | $1,029 | Lee Enterprises, Incorporated provides local news, information, and advertising primarily in midsize markets in the United States. |
| Meredith Corp | Publishing | $1,459 | $1,587 | Meredith Corporation, a media and marketing company, engages in magazine and book publishing, television broadcasting, integrated marketing, and interactive media business in the United States. It operates in two segments, Publishing and Broadcasting. |
| | | | | |
| 75th Percentile | | $5,463 | $6,748 | |
| 50th Percentile | | $3,571 | $3,705 | |
| 25th Percentile | | $1,552 | $1,665 | |
| **Tribune Company** | **Publishing** | **$3,079** | **$3,897** | |

Note: 2009 projected sales based on FY2009 analyst reports



# Top 5 Benchmarking - Proxy Analysis Methodology

- Mercer gathered 2008 compensation data from 2009 proxy statements for select media companies (listed on previous page)

- We matched Tribune executives to the proxy named executives as follows:
  - COO: compared to blend of #1 and #2 highest paid executives
  - CAO: compared to blend of #2 and #3 highest paid executives
  - CFO: compared to CFOs
  - General Counsel: compared to #4 highest paid executive

- To be conservative, Mercer is assuming that '09 long-term incentive awards will be half of the previous prevailing level

# Top 5 Benchmarking - Proxy Analysis Methodology

- Tribune compensation was compared to proxy data as follows:

| Compensation Element | Tribune – Target | Proxy Comparator Group |
|---|---|---|
| Base Salary | FY09 base salary | Most recent base salary [1] |
| Annual Incentive (% of salary) | 100% of target MIP applied to most recent base salary (consistent with stretch performance payout) | Target percentage used where available, otherwise 3-yr average actual bonus as a % of base salary applied to most recent base salary |
| Total Cash Compensation (TCC) | Base salary + 100% of target MIP | Base salary + target annual incentive (or 3 year average actual when target is not available) |
| Long-Term Incentive (LTI) (% of salary) | Proposed TMIP at stretch performance  Proposed KOB at stretch OCF (0% payout) | 3-yr average value of restricted shares, cash plans (at target) and Black-Scholes value of options (value of mega grants annualized over 3 years) discounted by 50%[2] |
| Total Direct Compensation (TDC) | TCC + FY09 Stretch TMIP (KOB awards are assumed to be 0) | TCC + Discounted LTI |

[1] Where base pay reductions were disclosed, the adjusted base salary was used
[2] Discount is based on median reduction in 2009 equity compensation based on an analysis of Form 4 filings of the peers

# COO Compared to Proxy Average Rank 1 & 2

All values in USD '000s (except where noted)

| Company | 2009 Proj. Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2009 LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Gannett | 4,500 | Average of Rank 1 & 2 | | | | | | | | |
| | | | | | | | | | | |
| Washington Post | 4,623 | Average of Rank 1 & 2 | | | | | | | | |
| | | | | | | | | | | |
| McClatchy | 1,829 | Average of Rank 1 & 2 | | | | | | | | |
| | | | | | | | | | | |
| Thomson Corp | 13,260 | Average of Rank 1 & 2 | | | | | | | | |
| | | | | | | | | | | |
| Meredith | 1,459 | Average of Rank 1 & 2 | | | | | | | | |

| Providence | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Analysis Summary Statistics | | | | | | | | | | |
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| Average | 4,273 | | | | | | | | | |

| Tribune | 3,079 | COO | | | | | | | | |

(‡) Bonus and total cash compensation reflect 3-yr avg bonus

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

REDACTED

07/22/09

40

# CAO Compared to Proxy Average Rank 2 & 3

*All values in USD '000s (except where noted)*

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI — As a % of Base | 2009 Target STI — As a USD Amount | Total Cash Comp | 2009 LTI — As a % of Base | 2009 LTI — As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| Clear Channel Communications | | | Average of Rank 2 & 3 | | | | | | | |
| Gannett | 4,500 | | Average of Rank 2 & 3 | | | | | | | |
| New York Times | | | Average of Rank 2 & 3 | | | | | | | |
| Washington Post | 4,623 | | Average of Rank 2 & 3 | | | | | | | |
| Cablevision Systems | | | Average of Rank 2 & 3 | | | | | | | |
| McClatchy | 1,829 | | Average of Rank 2 & 3 | | | | | | | |
| EW Scripps | | | Average of Rank 2 & 3 | | | | | | | |
| Thomson Corp | 13,260 | | Average of Rank 2 & 3 | | | | | | | |
| | | | Average of Rank 2 & 3 | | | | | | | |
| Meredith | 1,459 | | Average of Rank 2 & 3 | | | | | | | |
| **Prevalence** | | | | | | | | | | |
| **Analysis Summary Statistics** | | | | | | | | | | |
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| **Average** | 4,273 | | | | | | | | | |
| **Tribune** | 3,079 | | EVP & CAO | | | | | | | |

(1) Bonus and total cash compensation reflect 3-yr avg. bonus

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

REDACTED

# CFO Compared to Proxy CFO

*All values in USD '000s (except where noted)*

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI | | | 2009 LTI | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | As a % of Base | As a USD Amount | Cash Comp Total | As a % of Base | As a USD Amount | Total Direct Comp |
| Gannett | 4,500 | Martore, G. [2] | SVP & CFO | | | | | | | |
| New York Times | 4,623 | Morse Jr., J. | SVP-Finance & CFO | | | | | | | |
| Washington Post | | | | | | | | | | |
| McClatchy | 1,829 | Talamantes, P. [4] | VP Finance & CFO | | | | | | | |
| E.W. Scripps | | | | | | | | | | |
| Thomson Corp | 13,260 | Daleo, R. | EVP & CFO | | | | | | | |
| Meredith + | 1,459 | Radia, S. [7] | VP - CFO | | | | | | | |

**Prevalence**

**Analysis Summary Statistics**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| *Average* | *4,273* | | | | | | | | | |

| Tribune | 3,079 | | SVP & CFO | | | | | | | |

(+) *Incumbent terminated / resigned during fiscal year - partial year data shown*

(‡) *Bonus and total cash compensation reflect 3-yr avg. bonus*

**REDACTED**

**Notes**

[1] Part of Mr. Mays' salary and STIP is reimbursed by Clear Channel Outdoor, a publicly traded subsidiary of Clear Channel

[2] Bonuses determined by Board at their discretion

[3] Calculated using the average of the high and low (per share) of Class A common stock on the New York Stock Exchange on October 1, 2008 less the $0.01 par value paid by the executive officer multiplied by the number of shares vesting. A $10.00 per share special dividend declared in April 2006 and $0.10 per share dividends declared in August and November 2008, respectively, were associated with this vesting in addition to the value realized and reflected in the table.

[4] Salary was frozen at Fiscal 2007 Levels, as requested by the CEO. The incumbent took a 10% pay cut in March 2009.

[5] Mr. Stautberg took his position on July 1, 2008

[6] Annual incentives were eliminated for the second half of 2008 at the request of the CEO.

[7] Mr. Radia resigned effective March 13, 2008. Base salary per Summary Compensation Table has been annualized to reflect full year.

Note: Tribune LTI amounts are based on stretch TMIP payouts

# General Counsel Compared to Proxy Rank 4



*All values in USD '000s (except where noted)*

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2009 LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| **Gannett** | 4,500 | Dickey, R. | President/USCP | | | | | | | |
| | | | | | | | | | | |
| Washington Post | 4,623 | Graham, D. | Chair & CEO | | | | | | | |
| | | | | | | | | | | |
| McClatchy | 1,829 | Talamantes, P. | VP Finance & CFO | | | | | | | |
| | | | | | | | | | | |
| Thomson Corp | 13,260 | Smith, J. | Pres. & CEO, Professional Division | | | | | | | |
| | | | | | | | | | | |
| Meredith | 1,459 | Zesel, J. | Chief Development Officer, GC & Secretary | | | | | | | |
| **Prevalence** | | | | | | | | | | |
| **Analysis Summary Statistics** | | | | | | | | | | |
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| **Average** | 4,273 | | | | | | | | | |
| **Tribune** | 3,079 | | EVP & General Counsel | | | | | | | |

*(‡) Bonus and total cash compensation reflect 3-yr avg bonus*

**Notes**

1  Bonuses determined by Board at their discretion
2  Represents a           relocation bonus in connection with his promotion to President/USCP
3  Salary was frozen at Fiscal 2007 Levels, as requested by the CEO. The incumbent took a 10% pay cut in March 2009.
4  Annual incentives were eliminated for the second half of 2008 at the request of the CEO.

**REDACTED**

Note:  Tribune LTI amounts are based on stretch TMIP payouts

# Proxy – Rank 1

All values in USD '000s (except when noted)

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI As a % of Base | 2009 Target STI As a USD Amount | Total Cash Comp | 2009 LTI As a % of Base | 2009 LTI As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| Gannett | 4,500 | Dubow, C. | Pres. & CEO/ Broadcasting Division | | | | | | | |
| Newspaper | | | | | | | | | | |
| Washington Post | 4,623 | Rosberg, G. | SVP Planning & Dev. | | | | | | | |
| | 1,829 | Pruitt, G. | Chair Pres & CEO | | | | | | | |
| McClatchy | | | | | | | | | | |
| Thomson Corp | 13,260 | Glocer, T. | CEO | | | | | | | |
| Meredith | 1,459 | Lacy, S. | President & CEO | | | | | | | |

**Prevalence**

**Analysis Summary Statistics**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| **Average** | **4,273** | | | | | | | | | |

(1) Bonus and total cash compensation reflect 3-yr avg. bonus

**Notes**

1  Part of Mr. Mays' salary and STIP is reimbursed by Clear Channel Outdoor, a publicly traded subsidiary of Clear Channel
2  As of November 1, 2008, base salary is ... due to a voluntary pay cut.
3  Bonuses determined by Board at their discretion
4  Gerald M. Rosberg became Senior Vice President–Planning and Development of Washington Post Company in June 2008
5  Salary was frozen at Fiscal 2007 Levels, as requested by the CEO. The incumbent took a 15% pay cut in March 2009.
6  Mr. Pruitt asked not to receive a bonus for 2008.
7  Mr. Boehne assumed his position on July 1, 2008
8  Annual incentives were eliminated for the second half of 2008 at the request of the CEO.

REDACTED

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

# Proxy – Rank 2

All values in USD '000s (except where noted)

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2009 LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Gannett | 4,500 | Martore, G. | SVP & CFO | | | | | | | |
| | | | SVP-Finance & CFO | | | | | | | |
| Washington Post | 4,623 | Morse Jr., J. | SVP-Finance & CFO | | | | | | | |
| | 819 | | VP Operations | | | | | | | |
| McClatchy | 1,829 | Weil, R. | VP Operations | | | | | | | |
| | 818 | | | | | | | | | |
| Thomson Corp | 13,260 | Wong, D. | Pres. & CEO, Markets Division | | | | | | | |
| | | | | | | | | | | |
| Meredith | 1,459 | Griffin, Jr., J. | President-Publishing Group | | | | | | | |
| **Prevalence** | | | | | | | | | | |
| **Analysis Summary Statistics** | | | | | | | | | | |
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| **Average** | **4,273** | | | | | | | | | |

(‡) Bonus and total cash compensation reflect 3-yr avg. bonus

**REDACTED**

### Notes
1 Part of Mr. Mays' salary and STIP is reimbursed by Clear Channel Outdoor, a publicly traded subsidiary of Clear Channel
2 Bonuses determined by Board at their discretion
3 Recognizing the impact of a multi-year salary freeze the Committee approved one-time discretionary bonuses.
4 Salary was frozen at Fiscal 2007 Levels, as requested by the CEO. The incumbent took a 10% pay cut in March 2009.
5 Annual incentives were eliminated for the second half of 2008 at the request of the CEO.

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

# Proxy – Rank 3



*All values in USD '000s (except where noted)*

| Company | 2009 Proj Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI As a % of Base | As a USD Amount | Total Cash Comp | 2009 LTI As a % of Base | As a USD Amount | Total Direct Comp |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Gannett | 4,500 | Sandakis, C. | SVP and CDO | | | | | | | |
| | | | | | | | | | | |
| Washington Post | 4,623 | McDaniel, A. | SVP HR | | | | | | | |
| | | | | | | | | | | |
| McClatchy | 1,829 | Whittaker, F. | VP Operations | | | | | | | |
| | | | | | | | | | | |
| Thomson Corp | 13,260 | Daleo, R. | EVP & CFO | | | | | | | |
| | | | | | | | | | | |
| Meredith | 1,459 | Karpowicz, P. | President-Broadcasting | | | | | | | |

| Prevalence | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| *Analysis Summary Statistics* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,463 | | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | | |
| 25th Percentile | 1,552 | | | | | | | | | |
| *Average* | 4,273 | | | | | | | | | |

(‡) Bonus and total cash compensation reflect 3-yr avg bonus

**Notes**

1  Part of Mr. Meyer's salary and STIP is reimbursed by Clear Channel Outdoor, a publicly traded subsidiary of Clear Channel
2  Bonuses determined by Board at their discretion
3  This is part of the Digital Long Term Incentive Plan
4  Ann L. McDaniel became Senior Vice President-Human Resources of Washington Post Company in June 2008
5  Salary was frozen at Fiscal 2007 Levels, as requested by the CEO. The incumbent took a 10% pay cut in March 2009.
6  Mr. Staufberg took his position on July 1, 2008
7  Annual incentives were eliminated for the second half of 2008 at the request of the CEO.

**REDACTED**

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

07/22/09

46

# Proxy – Rank 5

*All values in USD '000s (except where noted)*

| Company | 2009 Proj. Revenue (M USD) | Incumbent | Title | 2009 Base Salary | 2009 Target STI | | Total | 2009 LTI | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | As a % of Base | As a USD Amount | Cash Comp | As a % of Base | As a USD Amount | Direct Comp |
| New York Times | 2,643 | Ainsley, P. | Publisher, The Boston Globe | | | | | | |
| Cablevision Systems | 6,911 | Huseby, M. | EVP & CFO | | | | | | |
| Thomson Corp | 13,260 | Dando, S. | EVP & Chief Human Resources Officer | | | | | | |
| Meredith + | 1,459 | [4] Radia, S. | VP - CFO | | | | | | |

**Prevalence**

| Analysis Summary Statistics | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 75th Percentile | 5,195 | | | | | | | | |
| 50th Percentile | 3,571 | | | | | | | | |
| 25th Percentile | 1,737 | | | | | | | | |
| **Average** | **4,521** | | | | | | | | |

**Prevalence**

**REDACTED**

**Notes**

[1] Bonuses determined by Board at their discretion
[2] Mr. Jones was elected Vice Chair on February 26, 2008.
[3] The incumbent took a 10% pay cut in March 2009.
[4] Mr. Radia resigned effective March 13, 2008.  Base salary per Summary Compensation Table has been annualized to reflect full year.

(+) Incumbent terminated / resigned during fiscal year - partial year data shown

(‡) Bonus and total cash compensation reflect 3-yr avg bonus

Note: Tribune LTI amounts are based on stretch TMIP payouts only; no payouts under the KOB would occur at stretch performance

# 2008 MIP Payouts

- Nine of ten companies paid 2008 bonuses to at least some named executive officers

- The CEO of the Washington Post declined his 2008 bonus, however, other executives were awarded bonuses of 20-25% of target

- Excluding the impact of guaranteed awards, Tribune proposed payouts ranging from 38%-46% of target, falls within the range of awards paid by other media companies (ranging from 20% of target opportunity to over 100%)

| Company name | 2009 Proxy filed? | 2008 Bonus | Payout as a % of Target | Comments |
|---|---|---|---|---|
| CC MEDIA HOLDINGS INC | Y | Y | 23-68% | CEO, CFO and Chairman met financial targets but agreed to reduce bonus payout, other NEOs missed financial targets but paid out on qualitative metrics |
| GANNETT CO | Y | Y | n/a | Targets not disclosed, bonuses were approximately 50% of 2007 levels |
| NEW YORK TIMES CO | Y | Y | 41-65% | |
| WASHINGTON POST | Y | Y | 19-24% | CEO requested not to receive bonus |
| CABLEVISION SYS CORP | Y | Y | 123% | All NEOs received payouts above target |
| MCCLATCHY CO | Y | N | 0% | No targets disclosed, no bonuses paid out |
| E W SCRIPPS | Y | Y | 20-35% | Payouts for executives in the surviving EW Scripps company only |
| THOMSON-REUTERS CORP | Y | Y | 96-102% | Excludes compensation for closing Thomson-Reuters merger |
| LEE ENTERPRISES INC | Y | Y | 20-28% | CEO did not receive a bonus due to missed financial goals |
| MEREDITH CORP | Y | Y | 54-116% | CFO resigned March 13, 2008, and is not considered in this analysis |
| | | | 9 of 10 | |