# EXHIBIT C

Case 08-13141-BLS    Doc 1900-4    Filed 08/05/09    Page 1 of 3

www.crosslaw.com

Michael J. Joyce
mjoyce@crosslaw.com

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

August 3, 2009

**BY HAND DELIVERY**
Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Ave., Suite 1410
Wilmington, DE 19801

**BY EMAIL**
Kevin T. Lantry, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603

Re:   *The Tribune Company, et al.*
      *Bankr. D. Del. Case No. 08-13141 (KJC)*

Dear Kevin:

Per our telephone conversation of Friday, and in an effort to assist the Debtors in their production, we have narrowed our requests for information relevant to the 2009 Management Incentive Plan. Accordingly, the WBNG requests that the Debtors produce the following without any confidentially restrictions:

- The Mercer Report (filed under seal as Exhibit D);
- Any and all documents referred to and/or relied upon in formulating the Mercer Report;
- The Debtors' 2009 performance targets, as referenced in the Motion, and any and all documents evidencing how they compare to past targets for the five preceding years;
- Any and all documents describing and/or evidencing the process for formulating the 2009 performance targets;
- The Debtors 2009 consolidated operating cash flow records;
- Any and all documents demonstrating the potential allocation of funds for each of the top 10 (by dollar amount) proposed recipients of payments via the MIP[1] bonus pool described in the Motion;
- Any and all documents reflecting corresponding performance targets with respect to the market median data described in the Motion;

---

[1] "MIP" refers to the Management Incentive Program for 2009, the "'Transition MIP'", the "'Key Operators Bonus'", and the 2008 MIP, as each is described in the Motion.

Cross & Simon, LLC
August 3, 2009
Page 2 of 2

- The number of FTEs (full time equivalent positions) eliminated since the filing of the Petition in each of the following categories: managers, supervisors, and non-managerial/non-supervisory employees;
- The identity of the representative(s) of the Debtors most knowledgeable of the matters addressed herein;
- The identity of the representative(s) of the Debtors most knowledgeable of the positions taken in labor relations matters by the management of any Tribune property;
- Any and all documents describing all items excluded from operating cash flow for purposes of MIP funding, included but not limited to equity compensation, ESOP expense, non-operating items and special items, re-organization costs and discontinued operations;
- The dollar amount of each of the items listed in the above bullet for 2009 to date and, to the extent applicable, for any/all of the preceding five years;
- The Debtors consolidated operating cash flow records for the past five years;
- Copies of all documents the Debtors intend or anticipate will be introduced into evidence at the hearing;
- The identity of all fact witnesses the Debtors intend or anticipate will be called at the hearing; and
- The identity of all expert witnesses the Debtors intend or anticipate will be called at the hearing.

I look forward to our conference call this afternoon. Again, and per your email of August 1 where you indicate the Debtors are willing to produce some of the previously requested information, my hope is that we can obtain the above without the need for formal discovery.

Sincerely yours,

Michael J. Joyce

MJJ:mh

cc: Paul Robert, Esq.
Bill Salganik, Esq.
Jonathan Lotsoff, Esq.
Eric Hoffman, Esq.
File Copy