IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, et al., | : | Case No. 08-13141 (KJC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | **Related to Docket Nos. 1900 and 1901** |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, an employee of Cole, Schotz, Meisel, Forman & Leonard, P.A., hereby certify that on August 5, 2009, I caused a copy of the following pleadings to be served upon the parties on the attached service list in the manner indicated:

1. Motion of Debtors and Debtors in Possession for a Protective Order with Regard to Discovery Propounded by the Washington-Baltimore Newspaper Guild (Docket No. 1900); and

2. Motion to Set an Expedited Hearing on Motion of Debtors and Debtors in Possession for a Protective Order with Regard to Discovery Propounded by the Washington-Baltimore Newspaper Guild (Docket No. 1901)

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Pauline Z. Ratkowiak
Paralegal
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 652-3131

Subscribed and sworn to before me
this 6th day of August, 2009

_____
Notary Public

KIMBERLY A. STAHL
NOTARY PUBLIC STATE OF DELAWARE
MY COMMISSION EXPIRES 1/26/2011

46429/0001-5908818v1

TRIBUNE COMPANY, *et al.*
Service List

**Via Hand Delivery and Electronic Mail**

Joseph J. McMahon, Jr., Esquire
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Stuart M. Brown, Esquire
William E. Chipman, Jr., Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

Mark Collins, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Michael Joyce, Esquire
Cross & Simon LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

**Via Electronic Mail**

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Brian Trust, Esquire
Barbara Yan, Esquire
Amit K. Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420

46429/0001-5908818v1