L A W   O F F I C E S   O F

# HOLMES WEDDLE & BARCOTT

A  PROFESSIONAL  CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700 · ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666 · FAX (907) 277-4657

*From the Desk of: David M. Freeman*
*Direct e-mail: dfreeman@hwb-law.com*
*Direct phone: (907) 222-8409*

May 13, 2009

## VIA EMAIL TRANSMISSION

ForSaleByOwner.com
   Attn: Salvador Karottki (SKarottki@Tribune.com)

Leslie Rae Young
   Attn: Leslie Rae Young (LeslieRae@e-ListState.com)

RE:   Holmes Weddle & Barcott, P.C. Representation
      Our File No.: 5108-23233

Dear Sal and Leslie:

First, I want to thank Sal for contacting our offices to assist ForSaleByOwner.com and Leslie Young with Leslie's dispute with the State of Alaska, Department of Commerce.

Second, pursuant to recent orders issued by the Alaska Supreme Court, Alaska lawyers must have a written fee agreement for any clients whose fees on any given matter may exceed $500 per year. To comply with that requirement, with the least inconvenience to you, we have prepared a general legal fee agreement for all matters we handle for you now or in the future. You should sign both originals, return one to us by mail and email, and keep the other for your files.

Third, although we did not discuss this specifically, I assume that we should be sending copies of our monthly statements to both of you so you can read what we are doing from our billing descriptions. However, I also assume that payment for our work

EXHIBIT_____1_____

PAGE ___1___ OF _4_

ForSaleByOwner.com
Leslie Rae Young
May 13, 2009
Page 2

will come from ForSaleByOwner.com or Tribune.com and then one or both of those companies will deal with Leslie if there is any reimbursement issue relative to her independent contractor status with ForSaleByOwner.com. Obviously, let me know immediately if my assumption is incorrect.

Very truly yours,

HOLMES WEDDLE & BARCOTT, P.C.

David M. Freeman

DMF/pm
Enclosures
X:\5108\23233\Corr\feeagreeltr.051309.doc

EXHIBIT ____1____

PAGE __2__ OF __4__

LAW  OFFICES  OF

# HOLMES WEDDLE & BARCOTT

A PROFESSIONAL CORPORATION

701 WEST EIGHTH AVENUE, SUITE 700  ANCHORAGE, ALASKA 99501-3408
TELEPHONE (907) 274-0666  FAX (907) 277-4657

## LEGAL FEE AGREEMENT

In all legal matters hereafter handled by HOLMES WEDDLE & BARCOTT, PC (hereinafter "Attorney"), for or at the request of the undersigned Client, Client agrees to pay Attorney for services rendered on the following terms:

**ATTORNEY FEES:**  The following minimum hourly rates shall be paid for time billed by the referenced attorneys:  David M. Freeman ($235), Grant E. Watts ($235), other shareholder attorneys ($170 - $250), and associate attorneys ($130 - $180).

**PARALEGAL FEES:**  A minimum of $125 will be billed as the hourly rate for all time expended by a paralegal at the direction of Attorney or Client.

**TIME CHARGES:**  Time shall be charged in units of one-tenth (1/10th) of an hour.

**DISBURSEMENTS:**  Client agrees to pay for all disbursements necessarily incurred in this legal matter.  These are billed as Expenses and include but are not limited to such items as court costs; fees paid to third parties such as court clerks, state agencies and officials, process servers, police agencies, recorders, court reporters, investigators, claims consultants, experts and other witnesses; necessary travel, transportation, food and lodging costs; other than usual secretarial services, copying of documents and records, duplication costs, telephone and telegraph charges and postage; fees charged by escrow and title companies; charges for computerized research or research by others under contract with Attorney. Attorney may, at its discretion, advance payment of such charges but is not obligated to do so. Billings by third parties for more than $25.00 may be forwarded to Client for payment and Client agrees to immediately remit payment to the third party.

**PAYMENT OF BILLS:**  The closing date of each month's billing cycle is the last day of each month.  Bills are payable when received.  A service charge calculated at the rate of ten and one-half percent (10-1/2%) per annum will be assessed against any amount not paid within 60 days of the statement date.

SEATTLE OFFICE  WELLS FARGO CENTER  999 THIRD AVENUE, SUITE 2600  SEATTLE, WASHINGTON 98104-4011  TELEPHONE (206) 292-8008  FAX (206) 340-0289

**MODIFICATION:** The hourly fee schedule may be changed from time to time by Attorney in accordance with general fee increases by Attorney at its discretion. Advance notice of any such fee increase shall be given to Client. Any other modification of this agreement must be in writing and signed by both Attorney and Client.

CLIENT:                          FORSALEBYOWNER.COM

Date: _____            By: _____
                                      Salvador Karottki


                                 LESLIE RAE YOUNG

Date: 05/13/2009                 By: _____
                                      Leslie Rae Young


ATTORNEY:                        HOLMES WEDDLE & BARCOTT, P.C.


Date: 5/13/09                    By: _____
                                      David M. Freeman, Esq.

X:\5108\23233\feeagree.051309.doc


                    Legal Fee Agreement
                       Page 2 of 2

EXHIBIT _____1_____

PAGE _4_ OF _4_