# Exhibit A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | . | Chapter 11 |
| | . | |
| SUN-TIMES MEDIA GROUP, INC., | . | Case No. 09-11092(CSS) |
| et al., | . | (Jointly Administered) |
| | . | |
| Debtors. | . | June 10, 2009 (10:07 a.m.) |
| | . | (Wilmington) |

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY COURT JUDGE

Appearances:

| | |
|---|---|
| For the Debtor: | Pauline K. Morgan, Esq.<br>Young, Conaway, Stargatt & Taylor<br>David A. Agay, Esq.<br>Kirkland & Ellis LLP |
| For the Committee: | Thomas A. Pitta, Esq.<br>Lowenstein Sandler<br>Christopher Simon, Esq.<br>Cross & Simon |
| For the U.S. Trustee: | Joseph McMahon, Esq.<br>U.S. Trustee's Office |
| For the Chicago<br>Newspaper Guild: | Susan Kaufman, Esq.<br>Cooch and Taylor |
| For the IRS: | Jan Geht, Esq.<br>U.S. Department of Justice |

| | |
|---|---|
| Audio Operator: | Leslie Murin |
| Transcriber: | Elaine M. Ryan<br>(302) 683-0221 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

```
 1    situation where the debtor wants to file something.  The
 2    default is that that which is filed is public unless it meets
 3    a more narrow criteria of not being public.  Now, the list of
 4    employees, what the employees are going to get paid, et
 5    cetera, I think that clearly falls within the context of
 6    107(b) and should be protected.  I'm not so sure in
 7    connection with the actual sale milestones.  And that really
 8    leads us to the next issue which is sealing the courtroom.
 9    The Third Circuit has told me, thankfully not personally,
10    that in order to seal a courtroom, and this is the - let me
11    get the cite right.  This is the Publicker Industries case,
12    Publicker v. Cohen, 733 F2d 1059 from 1984, "Procedurally a
13    trial court in closing a proceeding must both articulate the
14    countervailing interest it seeks to protect and make findings
15    specific enough that a reviewing court can determine whether
16    the closure order was properly entered.  Substantively, the
17    record before the trial court must demonstrate an overriding
18    interest based on findings that closure is essential to
19    preserve higher values and is narrowly tailored to serve that
20    interest."  And it goes on to say, "Business information" -
21    this is in the Republic of the Philippines case from 1991,
22    "Business information alleged to be confidential is not
23    entitled to the same level of protection from disclosure as
24    trade secret information, for example, and the party seeking
25    the close of proceedings must present significant evidence
```

```
 1   that the release of the confidential materials result in
 2   competitive harm."  That's the law that I have to apply.  I
 3   don't see that the debtors have made a sufficient showing to
 4   indicate and meet the criteria that the sale milestones and
 5   the trigger events and the trigger results would be
 6   sufficiently damaging to overcome the public interests of
 7   having open judicial proceedings.  And it also goes to the
 8   merits of the motion itself.  I don't think the Court or the
 9   litigants can properly try the merits of this case without
10   knowing and being able to discuss openly the very issues that
11   the debtor seeks to keep confidential, and there are parties
12   who have a right to know what's going on in the case who
13   would be unable to do that if I were to grant the seal
14   motion.  Alright, all that said, here's where I am.  I leave
15   it to the debtors in the exercise of their business judgment
16   to make a decision about whether or not to go forward.  As
17   far as I'm concerned, as of now, everything is still under
18   seal.  If you wish to proceed with the motion at this time,
19   we're going to need to - I'm not going to seal the courtroom,
20   and I am going to allow publication of the sale milestones as
21   we discussed.  I understand and appreciate and take as true
22   the testimony about the very real need to motivate the
23   employees to go above and beyond the call of duty in order to
24   maximize value of the estate on behalf of the IRS.  It's not
25   something - you know, a lot of people who aren't employees of
```