## CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on this 10th day of August, 2009, I caused copies of the foregoing *Objection of Washington-Baltimore Newspaper Guild to the Motion of the Debtors and Debtors in Possession for a Protective Order With Regard to Discovery Propounded by The Washington-Baltimore Newspaper Guild* to be served on the parties listed below as indicated.

**VIA HAND DELIVERY**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA FACSIMILE**
Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Brian J. Gold, Esquire
Jonahtan D. Lotsoff, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036

_____
Michael J. Joyce (No. 4563)