IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related Docket No. 1915** |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON AUGUST 11, 2009 AT 10:00 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## RESOLVED MATTERS WITH CERTIFICATION OF COUNSEL

1.  Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) Shortfall in January through June Rent Due to Improper Setoffs; and (III) Attorneys Fees and Interest Incurred Due to Debtors Post-Petition Lease Defaults (Filed June 30, 2009) (Docket No. 1670)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold font.**

46429/0001-5881022v1

Related Document(s):

(a) Supplement to Motion of PPF OFF Two Park Avenue Owner, LLC for an Order Compelling Debtors to Timely Perform under Real Property Lease by Paying: (I) July Rent; (II) shortfall in January through June Rent Due to Improper Setoffs; (III) Semiannual Real Estate Taxes; and (IV) Attorneys Fees and Interest Incurred Due to Debtors Post-Petition Lease Defaults (Filed July 2, 2009) (Docket No. 1680)

(b) Motion for Leave to File Reply by PPF Off Two Park Avenue Owner, LLC to Debtors' Objection to Motion of PPF Off Two Park Avenue Owner, LLC for an Order Compelling Lease Payments (Filed July 14, 2009) (Docket No. 1732)

(c) Certification of Counsel Regarding Stipulation Between Tribune Company and PPF OFF Two Park Avenue Owner, LLC (I) Resolving Motion for an Order Compelling Certain Payments, (II) Fixing Administrative and Unsecured Claims and (III) Granting Related Relief (Filed August 7, 2009) (Docket No. 1914)

(d) **Order Approving Stipulation Between Tribune Company and PPF Off Two Park Avenue Owner, LLC (I) Resolving Motion for an Order Compelling Certain Payments, (II) Fixing Administrative and Unsecured Claims and (III) Granting Related Relief (Entered August 10, 2009) (Docket No. 1926)**

Objection Deadline: July 9, 2009 at 4:00 p.m.

Responses Received:

(a) Debtors' Objection to the Motion of PPF Off Two Park Avenue Owner, LLC for an Order Compelling Payments (Filed July 9, 2009) (Docket No. 1700)

**Status:** **The Court entered an Order Approving the Stipulation. This matter will not be going forward.**

2

46429/0001-5881022v1

**UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION**

2. Motion of Debtors Tribune Company and Chicago Tribune Company for an Order Authorizing the Debtors to (I) Assume the Metromix LLC Limited Liability Company Agreement, as Amended, Pursuant to 11 U.S.C. § 365; (II) Compromise and Release Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Enter into New Agreements Pursuant to 11 U.S.C. § 363(b) (Filed July 22, 2009) (Docket No. 1803)

    Related Document(s):

    (a) Certification of No Objection Regarding Motion of Debtors Tribune Company and Chicago Tribune Company for an Order Authorizing the Debtors to (I) Assume the Metromix LLC Limited Liability Company Agreement, as Amended, Pursuant to 11 U.S.C. § 365; (II) Compromise and Release Claims Pursuant to Federal Rule of Bankruptcy Procedure 9019; and (III) Enter into New Agreements Pursuant to 11 U.S.C. § 363(b) (Filed August 7, 2009) (Docket No. 1913)

    (b) **Order Authorizing Debtors Tribune Company and Chicago Tribune Company to (I) Assume the Limited Liability Company Agreement of Metromix LLC, as Amended; (II) Compromise and Release Claims; and (III) Enter into New Agreements (Entered August 10, 2009) (Docket No. 1925)**

    Objection Deadline: August 4, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was extended to 11:59 p.m. on August 6, 2009 for the Official Committee of Unsecured Creditors.

    Responses Received: None.

    **Status:     The Court entered an Order authorizing the Motion. This matter will not be going forward.**

3. Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto (Filed July 24, 2009) (Docket No. 1820)

    Related Document(s):

    (a) Certification of Counsel Regarding Debtors' Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Further Extending Debtors' Exclusive Periods Within Which to File a Chapter 11 Plan and Solicit Acceptances Thereto (Filed August 6, 2009) (Docket No. 1911)

    Objection Deadline: August 4, 2009 at 4:00 p.m.

    Responses Received: None.

46429/0001-5881022v1

        Status:        A Certification of Counsel, together with a revised proposed form of order, was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

4. Application for an Order Authorizing Debtors to Retain and Employ Deloitte & Touche LLP to Provide Certain Financial, Accounting, and Advisory Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to June 26, 2009 (Filed July 24, 2009) (Docket No. 1823)

    Related Document(s):

    (a) Certification of No Objection Regarding Application for an Order Authorizing Debtors to Retain and Employ Deloitte & Touche LLP to Provide Certain Financial, Accounting, and Advisory Services to the Debtors Pursuant to 11 U.S.C. §§ 327(a) and 1107, Nunc Pro Tunc to June 26, 2009 (Filed August 6, 2009) (Docket No. 1912)

    Objection Deadline: August 4, 2009 at 4:00 p.m.

    Responses Received: None.

    Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS GOING FORWARD**

5. Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed July 22, 2009) (Docket No. 1800)

    Related Document(s):

    (a) Debtors' Reply to Objections to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed August 6, 2009) (Docket No. 1903)

    Objection Deadline: August 4, 2009 at 4:00 p.m.

    Responses Received:

    (a) Letter from Chuck Philips (Filed August 4, 2009) (Docket No. 1886)

    (b) Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an

        Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 4, 2009) (Docket No. 1889)

(c)      Joinder of Newspaper Guild of New York, CWA Local 31003 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1890)

(d)      Joinder of Teamsters Local Union No. 355 and Teamsters Local Union No. 888 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for An Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1891)

(e)      The United States Trustee's (I) Response to the Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Awards to Certain Executives and (II) Objection to the Related Motion to Seal the Mercer Report (Docket Entry #s 1800, 1801) (Filed August 5, 2009) (Docket No. 1893)

(f)      Exhibit A to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 5, 2009) (Docket No. 1895)

(g)      International Brotherhood of Electrical Workers, Local 1212's Letter Objection to Motion to Implement and Pay Management Incentive Plan (Received August 4, 2009)

Status:    The Debtors have requested that this matter go forward; however, the Debtors understand that there is limited time available for the hearing. The Debtors intend to proceed with the related motions appearing at Agenda Items Nos. 6 and 7 and defer to the Court with respect to the proceeding on this matter. The Debtors are prepared to go forward.

6.  Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed July 22, 2009) (Docket No. 1801)

    Objection Deadline: August 4, 2009 at 4:00 p.m.

    Responses Received:

    (a)  Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 4, 2009) (Docket No. 1889)

    (b)  Joinder of Newspaper Guild of New York, CWA Local 31003 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1890)

    (c)  Joinder of Teamsters Local Union No. 355 and Teamsters Local Union No. 888 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for An Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1891)

      (d)      The United States Trustee's (I) Response to the Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Awards to Certain Executives and (II) Objection to the Related Motion to Seal the Mercer Report (Docket Entry #s 1800, 1801) (Filed August 5, 2009) (Docket No. 1893)

      (e)      Exhibit A to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 5, 2009) (Docket No. 1895)

Status: This matter will be going forward.

7. Motion of Debtors and Debtors in Possession for a Protective Order with Regard to Discovery Propounded by the Washington-Baltimore Newspaper Guild (Filed August 5, 2009) (Docket No. 1900)

Related Document(s):

      (a)      Order Granting Motion to Set an Expedited Hearing on Motion of Debtors and Debtors in Possession for a Protective Order with Regard to Discovery Propounded by the Washington-Baltimore Newspaper Guild (Entered August 6, 2009) (Docket No. 1902)

Objection Deadline: August 10, 2009 at 11:00 a.m.

Responses Received:

      **(a)**      **Objection of Washington-Baltimore Newspaper Guild to the Motion of the Debtors and Debtors in Possession for a Protective Order with Regard to Discovery Propounded by the Washington-Baltimore Newspaper Guild (Filed August 10, 2009) (Docket No. 1924)**

Status: This matter will be going forward.

Dated: August 10, 2009

SIDLEY AUSTIN LLP

Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5881022v1