# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 11, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Strock | Womble Carlyle | Great Banc Trust |
| David LeMay | Chadbourne & Parke | Creditors' Committee |
| Jonathan Lotsoff | Sidley Austin | Tribune Company |
| Kevin Lantry | " | " |
| Kate Stickles | Cole Schotz | " |
| Adam Landis | Landis Rath & Cobb | Creditors' Committee |
| Michael Joyce | Class & Simon | Washington-Balt Newspaper Guild |
| Joseph J. McMahon, Jr. | U.S. Dep't of Justice | Office of the U.S. Trustee |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 08/11/2009
Calendar Time: 10:00 AM

Amended Calendar 08/11/2009 06:36 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992968 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2995817 | Peg Brickley | (215) 462-0953 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992974 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992956 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992964 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992977 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2992579 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 2995507 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Mastalis Frankel, LLP / LISTEN ONLY |