UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>Jointly Administered |

FEE AUDITOR'S FINAL REPORT
REGARDING FIRST AND SECOND MONTHLY APPLICATIONS OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Stuart Maue, acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the First and Second Monthly Applications of the Official Committee of Unsecured Creditors ("Committee") for the period from December 18, 2008, through February 28, 2009 ("Applications"), seeking approval of expenses that total $8,883.11.

Background

1. Stuart Maue reviewed the Applications, including each of the expense entries shown in the exhibits to the monthly statements, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

2. Stuart Maue prepared and submitted a preliminary report to the Committee, and Chadbourne Parke, counsel for the Committee, conferred with the fee examiner in response to that report. After consideration of the firm's responses to the preliminary report, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

## Discussion of Findings

### Reconciliation of Expenses

3. Stuart Maue recomputed the expenses requested in the Applications and the recomputation revealed no difference between the amount requested and the amount computed.

### Review of Expenses

4. **Complete and Detailed Itemization of Expenses.** The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include ... Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." The Applications provided itemized detail and supporting documentation for the expenses requested.

5. **Travel Meals.** Based on prior rulings of this Court, a reasonable amount for meal charges is $15.00 per person for breakfast, $25.00 per person for lunch, and $50.00 per person for dinner. Two Committee members incurred breakfast charges in excess of $15.00. One breakfast charge was incurred at The Ritz-Carlton in Chicago, Illinois, in the amount of $21.37 and the other breakfast charge was incurred at the Intercontinental in Chicago, Illinois, in the amount of $38.44. Stuart Maue requested that the Official Committee of Unsecured Creditors provide additional information regarding these expenses.

Counsel to the Committee responded stating, "... in the Report were two breakfasts at hotels that Committee members were staying at and that it did not appear fair or appropriate to require the Committee members to go to another location for what might be a more 'reasonable' breakfast where the meal in question was certainly not abusive."

Stuart Maue acknowledges the response of the counsel for the Committee and understands that while the charges do not appear abusive, they exceed the amounts allowed by the Court. Therefore, Stuart Maue recommends that the request for reimbursement of expenses be reduced by the amounts for the two breakfast charges that exceed $15.00, totaling $29.81.

### Conclusion

Stuart Maue submits this final report regarding the Applications and the fees and expenses discussed above. Stuart Maue recommends reimbursement of expenses in the amount of $8,853.30 ($8,883.11 minus $29.81) for the period from December 18, 2008, through February 28, 2009. A summary of the fee auditor's findings is attached to this final report and marked as Appendix A.

Respectfully submitted,

**STUART MAUE**

By: _____
Linda K. Cooper

3840 McKelvey Road
St. Louis, Missouri 63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
l.cooper@smmj.com

Fee Examiner

# APPENDIX A

## OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### SUMMARY OF FINDINGS

#### First and Second Monthly Applications (December 18, 2008 through January 31, 2009)

**A.   Amounts Requested and Computed**

| | | |
|---|---:|---:|
| Fees Requested | $ 0.00 | |
| Expenses Requested | 8,883.11 | |
| TOTAL FEES AND EXPENSES REQUESTED | | $8,883.11 |
| Fees Computed | $ 0.00 | |
| Expenses Computed | 8,883.11 | |
| TOTAL FEES AND EXPENSES COMPUTED | | $8,883.11 |

**B.   Recommended Fee Allowance and Expense Reimbursement**

| | | | |
|---|---:|---:|---:|
| Expenses Requested | $8,883.11 | | |
| *Recommended Reduction for Travel Expenses-Meals* | | *($29.81)* | |
| Subtotal | | *($29.81)* | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | | $8,853.30 |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | | $8,853.30 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 12th day of August, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

_____
Linda K. Cooper