# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## FEE EXAMINER'S FINAL REPORT
## REGARDING FIRST INTERIM APPLICATION OF
## CHADBOURNE & PARKE LLP

Stuart Maue, acting in its capacity as fee examiner in the above-captioned bankruptcy proceeding, submits its final report with respect to the First Interim Application of Chadbourne & Parke LLP for the period from December 18, 2008, through February 28, 2009 ("Application"), seeking approval of fees that total $1,668,062.00 and reimbursement of expenses that total $63,179.22. Chadbourne & Parke LLP ("Chadbourne") is co-counsel to the official committee of unsecured creditors.

## Background

Stuart Maue reviewed the Application, including each of the billing and expense entries shown in the exhibits to the monthly statements and application, for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

1.      This report includes exhibits that detail and support the findings discussed below. Each time entry associated with a specific category, as well as a summary of the total hours and fees, are

displayed on the exhibit. Those tasks included in a specific category are underlined on the fee exhibits. For purpose of context, the other tasks within the same entry are also displayed but not underlined.

2.      Stuart Maue's methodology for reviewing fees and expenses includes addressing the uncertainty of quantifying time resulting from block billing. Block billing is the practice of billing more than one task in a single entry with a single time increment assigned to the entire entry. As an alternative to discounting the entire amount billed for an entry that is block billed, Stuart Maue assigns an equal proportional amount of time to each of the tasks contained within the blocked entry. This methodology has been adopted by courts when evaluating fees and ruling on fee applications. *See ACLU v. Barnes,* 168 F.3d 423, 429 (11th Cir. 1999). Courts have found this proportional method of analyzing block billing a reasonable solution to the problem created by timekeepers who resort to this practice. The alternative to using proportionalized time is to question the blocked entry in its entirety.

3.      Stuart Maue prepared and submitted a preliminary report to Chadbourne and the firm responded to that report, both orally and in writing. Upon completion of the review of the firm's responses to the preliminary report, Stuart Maue prepared this final report and submits the following findings and recommendations to the Court.

<u>Discussion of Findings</u>

<u>Recomputation of Fees and Expenses</u>

4.      Stuart Maue recomputed the fees and expenses requested in the Application. The hours billed by each professional or paraprofessional were totaled and these amounts were multiplied by that individual's hourly rate. The recomputation of fees revealed that the requested amount is $8.50 more than the computed amount. The discrepancy is the result of task hours within certain entries not equal to time billed for the entries as a whole. The discrepancy and the related entries are displayed below:

| Invoice Number | Entry Number | Matter | Timekeeper Name | Entry Date | Rate | Hours Billed | Hours Computed | Fees Billed | Fees Computed | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overcharges** | | | | | | | | | | | |
| 1313412002 | 93 | Bankruptcy General | Deutsch | 12/27/08 | $625.00 | 1.70 | 1.20 | $1,062.50 | $750.00 | 0.50 | $312.50 |
| 1313412002 | 130 | Bankruptcy General | Porter | 01/07/09 | $395.00 | 4.80 | 4.70 | $1,896.00 | $1,856.50 | 0.10 | 39.50 |
| 1313412005 | 479 | DIP Financing | Deutsch | 01/12/09 | $625.00 | 0.60 | 0.40 | $375.00 | $250.00 | 0.20 | 125.00 |
| 1313412005 | 531 | DIP Financing | Giannini | 01/27/09 | $585.00 | 0.80 | 0.50 | $468.00 | $292.50 | 0.30 | 175.50 |
| | | | | | | | **Total Overcharges** | | | **1.10** | **$652.50** |
| | | | | | | | | | | | |
| **Undercharges** | | | | | | | | | | | |
| 1313412002 | 87 | Bankruptcy General | Bava | 12/30/08 | $260.00 | 1.50 | 1.90 | $390.00 | $494.00 | (0.40) | ($104.00) |
| 1313412008 | 48 | Asset Disposition/Sale | Seife | 01/23/09 | $955.00 | 0.90 | 1.40 | $859.50 | $1,337.00 | (0.50) | (477.50) |
| 1313432016 | 592 | Tax Issues | Deutsch | 02/06/09 | $625.00 | 1.20 | 1.30 | $750.00 | $812.50 | (0.10) | (62.50) |
| | | | | | | | **Total Undercharges** | | | **(1.00)** | **($644.00)** |
| | | | | | | | | | | | |
| | | | | | | | **Net Total Discrepancy** | | | **0.10** | **$ 8.50** |

The recomputation of expenses revealed no difference between the amount requested and the amount computed. This report is based on the fees and expenses computed by Stuart Maue.

### Review of Fees

5.    **Potential Double Billing.**  Potentially double-billed entries are those billing entries or entry activities that appear to be duplicated (i.e., on the same date by the same timekeeper with identical or nearly identical descriptions and time increments). Stuart Maue identified two tasks in the Chadbourne billing statements, totaling 0.70 hour and $437.50 in associated fees, which appear to be duplicated. The entries classified as potential double billings are displayed on Exhibit A. The questioned tasks, totaling $437.50 in associated fees, are highlighted in bold print and marked with an ampersand [&] on the exhibit.

In its response, the firm agreed that the 0.70 hours was duplicative and stated, "We will reduce our fee request by this amount." Stuart Maue recommends that the Chadbourne fee request be reduced by $437.50 for the double-billed entries.

6.    **Firm Staffing.**  The Guidelines in Section II.A.3 state that "The following information should be provided in every fee application: ... (3) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from

those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11."

The Application provides the names, positions, and hourly rates of the Chadbourne professionals and paraprofessionals who bill to this matter. This matter is staffed with 43 professionals and paraprofessionals, including 15 partners, 2 counsel, 11 associates, 6 law clerks, 6 paraprofessionals, and 3 librarians. A summary of hours and fees billed by each timekeeper is displayed on Exhibit B.

The firm bills a total of 2,780.90 hours with associated fees of $1,668,053.50.[1] The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 1,027.40 | 37% | $ 858,642.00 | 51% |
| Counsel | 518.30 | 19% | 319,851.25 | 19% |
| Associate | 605.40 | 22% | 295,896.75 | 18% |
| Law Clerk | 412.00 | 15% | 142,140.00 | 9% |
| Paraprofessional | 193.30 | 7% | 48,513.50 | 3% |
| Librarian | 24.50 | * | 3,010.00 | * |
| TOTAL | 2,780.90 | 100% | $1,668,053.50 | 100% |

* Less than 1%

The blended hourly rate for the Chadbourne professionals is $685.41 and the blended hourly rate for professionals and paraprofessionals is $599.83.

In the Chadbourne retention application, the firm stated that the current hourly rates charged by its professionals and paraprofessionals are as follows:

| Billing Category | Range |
|---|---|
| Partners | $635 - $955 |
| Counsel | $585 - $745 |
| Associates | $345 - $595 |
| Paraprofessionals | $135 - $295 |

In the Application, the firm billed for services by timekeepers whose positions were identified as law clerks, billing at a rate of $345.00 per hour, and as librarians, billing at hourly rates

---

[1] This amount is based on the fees computed by Stuart Maue.

between $120.00 and $175.00 per hour. The positions of these timekeepers and the hourly rates were not disclosed in the application for retention. The Application indicates that the timekeepers identified as law clerks were persons who graduated from law school, but were not licensed to practice law. The fee entries of the law clerks totaled 4 12.00 hours, with $142,140.00 in associated fees. In its preliminary report, Stuart Maue requested that Chadbourne provide additional information regarding the justification for billing hourly rates for law clerks at $345.00 per hour and explaining why the intended use of these timekeepers and their hourly rate charges were not disclosed in the retention application. Stuart Maue further requested information on why the use of librarians was not disclosed in the firm's retention application.

> In its response, Chadbourne stated:
>
> With respect to the Law Clerks' hourly rates, $345 dollars is the standard rate billed and collected for law firm employees with similar skills and educational background....While these lawyers were not yet admitted to the bar, they had all passed the New York State bar exam prior to Chadbourne's retention in this matter and were merely awaiting formal admission...
>
> With respect to the "non disclosure" of the hourly billable rates of law clerks, we believe a common reading of the word "associates"...would include all first year employees who had graduated from law school, whether they passed the bar or not...We are updating our retention application to ensure this fact is properly presented.
>
> ...Our lack of specific disclosure concerning librarians was an unintentional oversight. We believe that our librarians provide very cost-effective assistance (librarian rates are lower than associate rates) and are used for specific and targeted research inquiries. Accordingly, we will file a supplemental affidavit to disclose Chadbourne's use of librarians and their hourly rates.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with the services provided by these timekeepers. Exhibit C displaying those entries billed by timekeepers identified as law clerks was included in the preliminary report. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

7.    **Hourly Rate Increases.**    Chadbourne did not increase the hourly rates of any professional or paraprofessional during the first interim period.

8.    **Transient Timekeepers.**    The activities of those timekeepers whose participation appears to be limited and sporadic become questionable if the value of their involvement and necessity of their contribution is unclear.   There are several Chadbourne professionals and paraprofessionals that bill fewer than 10.00 hours during this interim period.   Stuart Maue recognizes that some professionals or paraprofessionals have specialized knowledge or expertise and they may be called upon to provide services to the case on a limited basis; however, it appears that some of these timekeepers had minimal involvement in the case and bill for activities that may have been performed by other timekeepers or timekeepers billing at a lower rate.   Stuart Maue requested that Chadbourne provide additional information regarding the role of the timekeepers identified as transient billers.   The billing entries of these timekeepers total 18.50 hours and $10,802.50 in associated fees.

In its response, the firm provided detailed information regarding the roles of the timekeepers identified as transient billers and further stated that:

> Chadbourne utilized most so-called "transient timekeepers" in discrete tasks that required unique and specialized legal advice, often on an accelerated timeframe.   Given the expertise of almost all of these individuals,   -   who, for the most part, are being used in ongoing projects in the Tribune bankruptcy cases – the Tribune estates obtained substantial benefit as existing Chadbourne case professionals were not required to learn bodies of law that were foreign to them.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these entries. Exhibit D displaying those entries billed by timekeepers identified as transient billers was included in the preliminary report.   Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

9.    **Complete and Detailed Task Descriptions.**   Local Rule 2016-2 (d) states "...activity descriptions ... shall be sufficiently detailed to allow the Court to determine whether all the time, or any

portion thereof, is actual, reasonable, and necessary." The rules further provide that the fee applications shall include complete and detailed activity descriptions and that each activity description shall include the nature and subject matter of the activity. Section II.D.5 of the Guidelines states that "Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication. Time entries for court hearings and conferences should identify the subject of the hearing or conference."

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained and a determination may be made that the time expended was reasonable and necessary. Contrary to the requirements of the Local Rules and the Guidelines, many of the activity descriptions included in the Application did not meet the requisite specificity standards. Failure to provide sufficient detail in task descriptions denies the Court or any person reviewing the fees the opportunity to confirm whether the activities are relevant and have utility to the proceeding, whether the activities are clerical or administrative, whether the activities are duplicative of activities performed and billed by other timekeepers, or whether the time billed is excessive. Activities have been identified as either vaguely described conferences or other vaguely described activities and are discussed below.

a.    **Vaguely Described Conferences.** Stuart Maue identified several billing entries for conferences that did not include the name of the person(s) with whom the communication was held and/or the subject or purpose of the communication. These entries, totaling 26.28 hours with $18,450.00 in associated fees, are identified as vaguely described conferences. Exhibit E displaying those entries was included in the preliminary report provided to the firm.

In response to the preliminary report, the firm stated:

...Chadbourne recognizes that this is an area in which there is always room for some improvement, and will make every attempt to provide more detailed descriptions going forward.

We note, however that the entries which are described as "vaguely described conferences" only represent a very small percentage of our

total bill. More importantly, most of the flagged entries in Exhibit E
were minor "follow-up" items related to more substantial activities that
were fully described in the preceding entry or entries. When reviewed
in conjunction with the previous entry, we believe almost all of those
"follow-up" entries provide sufficient detail to allow the Court to make
a determination that the fees were actual, reasonable and necessary.

Stuart Maue accepts the explanation provided by Chadbourne and does not
make a recommendation for a reduction in fees associated with these entries. Because there is no
recommendation for a reduction in the fees for these entries, Exhibit E has not been included in the
final report.

       **b.**    **Other Vaguely Described Activities.** Activity descriptions for the review of
documents and correspondence should identify the document or the person or party who prepared the
document or correspondence and its subject matter. Similarly, a description for preparation of
pleadings should identify the pleading drafted or revised. Activity descriptions for legal research
should include the issues researched and the purpose of the research. The activity description must be
sufficiently detailed to allow a determination of whether the research is case-related, whether the
research is presumably familiar to experienced professionals, or whether the research is being
performed by a professional with an appropriate experience level. Activity descriptions that use the
phrases "attention to," "follow up," or "work on" generally do not provide sufficient detail to
determine the actual task that is being performed (e.g., conference, review, research, etc.). The entries
identified as other vaguely described entries, totaling 78.53 hours with $54,065.17 in associated fees,
were displayed on Exhibit F included in the preliminary report.

In response, Chadbourne stated:

We disagree, however, that additional detail is required in most of the
instances highlighted in Exhibit F. For example, we believe that it is
prudent for Chadbourne to use a more general description such as
"review numerous case-related e-mails and follow-up on same" where
that attorney reads and responds to over 100 daily Tribune case related
emails....Additionally, as discussed above, we note that many of the
flagged entries were minor "follow-up" entries related to more
substantial activities that were fully described in a preceding entry.

When reviewed in conjunction with the previous entry, we believe these "follow-up" entries provide appropriate detail.

Finally, with respect to research (a modest amount of the time at issue), we note that we seek to provide an appropriate description that is consistent with case confidentiality concerns. In some instances, we do not believe that anyone outside of the Committee should know the exact issues that are being researched. This is especially true where confidentiality agreements contain restrictive provisions (such as information related to the Cubs).

Stuart Maue accepts the firm's explanation; however, in many instances the "follow-up entries" do not provide sufficient detail even when reviewed in conjunction with the preceding entries. In addition, correspondence and e-mails should identify the sender or intended recipient and the subject matter of the communication so they comply with the Local Rules and Guidelines.

Stuart Maue makes no recommendation for a reduction in fees associated with these entries but requests that, in future applications, Chadbourne provide sufficient detail for each entry. Because there is no recommendation for a reduction in the fees for these entries, Exhibit F has not been included in the final report.

10.    **Block Billing.** The Guidelines in Section II.D.5 state "... Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; ...." Chadbourne often lumped or block billed numerous activity descriptions into one entry with a single time increment. The tasks that are lumped total 98.40 hours with $71,664.00 in associated fees. These lumped activities were identified to allow review by the firm so that corrective action may be taken to assure that future fee applications do not include block billing.

In its response to the preliminary report, the firm stated:

...We note for this review that almost all of the identified entries related to time in the very busy initial period following our retention on the case. We further note that most of these entries related to matters that are entangled to each other and may be properly considered as one task. Nevertheless, Chadbourne appreciates those comments and will seek to ensure that future fee applications do not include entries that could be considered "block billing".

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these entries. Exhibit G displaying these entries was included in the preliminary report provided to the firm. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

11.    **Conferences, Hearings, and Other Events.**    Local Rule 2016-2 (d)(ix) provides "...The activity descriptions shall individually identify all meetings and hearings, each participant, the subject(s) of the meeting or hearing, and the participant's role." Section II.D.5 of the Guidelines states "...If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees." While it may be appropriate to have multiple attendees at some conferences, hearings or other events, the attendance of multiple professionals should be justified. *See In Re Busy Beaver Bldg. Centers, Inc.* 19 F.3d 833, 856 (3rd Cir. 1994). Stuart Maue identified all conferences, hearings, and other events and classified them either as a nonfirm conference, hearing, and other event, or as an intraoffice conference. Nonfirm conferences are identified as a conference attended by at least one person from outside the firm. Intraoffice conferences are identified as conferences attended exclusively by firm personnel. Contrary to Local Rule 2016-2, neither the fee application nor the activity descriptions explained the need for multiple attendees or, in most instances, the role of each participant.

a.    **Nonfirm Conferences, Hearings, and Events.**    Stuart Maue identified those occasions when two or more Chadbourne timekeepers bill for attendance at the same nonfirm conference, hearing, or other event. Those entries total 183.61 hours with $123,720.98 in associated fees. Stuart Maue requested that Chadbourne provide a brief explanation of the necessity of the multiple billers.

Chadbourne responded stating:

> To satisfy the requirements of Local Rule 2016-2, Chadbourne submits that ... the size and complexity of this case and the scope and breadth of the matters being addressed often required that more than one attorney be involved with a matter, attend a hearing or meeting or otherwise

perform services on behalf of the Committee. Nevertheless, we have clearly sought to limit multiple participants to matters which they are truly needed. For example, you will note that Chadbourne's tax attorneys, corporate attorneys or bankruptcy attorneys might attend a Committee meeting where relevant tax or corporate topics are discussed. Those members of the Chadbourne team, however, have only participated in that part of the Committee meeting in which their particular specialty is required (such entries will state: "attend part of Committee meeting" or simply reflect fewer hours for the specific professional)...We believe, in this regard, that Chadbourne has acted prudently and appropriately and that the 183.61 hours is justified.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these entries. Exhibit H displaying all multiple attendances at nonfirm conferences, hearings, and events was included in the preliminary report provided to the firm. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

      **b.**    **Intraoffice Conferences.**   Frequent intraoffice conferences may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. The fees billed by Chadbourne for intraoffice conferences total 265.50 hours with $171,218.68 in associated fees, which represents approximately 10% of the total fees requested in the Application.

In some instances, two or more firm professionals and/or paraprofessionals bill to attend the same internal conference. The intraoffice conferences attended by more than one timekeeper total 154.45 hours with $102,650.93 in associated fees. Stuart Maue requested that Chadbourne provide a brief explanation for the necessity of more than one participant billing for the same intraoffice conference.

In its response, Chadbourne stated:

...the size and complexities of these cases often required coordination between multiple Chadbourne professionals. Moreover, many of the intraoffice conferences dealt with complex issues (such as the transfer of the Cubs, tax issues or FCC issues) which required input from lawyers with different skill sets. We believe that involving the appropriately skilled attorney in tasks where such skills are needed provides great benefit to the Creditors' Committee and the bankruptcy estates and results in lower fees.

Additionally, the Committee has been able to use one law firm -- Chadbourne -- as its Cubs transaction counsel, tax counsel and its FCC counsel. These capabilities have undoubtedly saved the Tribune estates substantial dollars even though it means Chadbourne has multiple seats at the table. We also note that while the Report has highlighted certain assignment meetings as being unnecessary, given the complex nature of many issues in this case (i.e. tax issues and DIP financing issues), we believe it is much more cost-effective to meet and discuss assignments in person than *via* e-mail or another route. In summary, Chadbourne believes that the time recorded on intraoffice conferences was appropriate and necessary in these circumstances.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these entries. Exhibit I displaying all multiple attendances at intraoffice conferences were included in the preliminary report provided to the firm. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

12.    **Administrative Activities.**  Activities associated with the day-to-day operations of the firm are considered administrative in nature and as such are reflected in the hourly rates charged by the firm. Likewise, activities relating to the training and assignment of tasks to staff members or the "supervision" of any administrative functions should be considered a cost of doing business and a factor considered in establishing the firm's hourly rates. Also included in administrative tasks is time expended to review and edit time entries and invoices. "Where the time entries require revision to conform to the court's standards, the editing services are administrative functions that are not compensable even if they are performed by a professional. *See In Re CF & I Fabricators of Utah*, 131 B.R. 474, 485 (D. Utah 1991). The entries identified as administrative activities in the preliminary report totaled 14.30 hours with $5,533.00 in associated fees.

The firm responded that:

...in complex cases such as Tribune, many assignments require meetings in order to accurately convey assignments and to discuss the complex legal issues involved, particularly so that time is not misspent on wrong assignments. Additionally, the Report highlights other tasks that we believe are inherently para-professional (and thus compensable)

> and not administrative.  For example, ...Chadbourne submits that the
> proper use of the Intralinks website requires extensive training and also
> requires the exercise of discretion and substantial knowledge of the
> case.  In short, Chadbourne believes that the related entries are not
> administrative in nature.

Stuart Maue reviewed the firm's response and reexamined those tasks identified as administrative activities.  Based on the firm's response, some entries were removed from the exhibit; however, some tasks remain classified as administrative activities.  Although these activities may be necessary to the administration of the case, they should be considered part of the firm's overhead costs. These entries are displayed on Exhibit J and total 9.30 hours with $3,663.50 in associated fees.  Stuart Maue recommends that the Chadbourne fee request be reduced by that amount.

13.    **Administrative Activities – Conflicts Checks.**  As a general rule, the time spent to perform the conflicts checks required as a condition of a firm's retention is not compensable.  *See In Re ACT Manufacturing, Inc.,* 281 B.R. 468, 490 (Bankr. D. Mass. 2002).   In the preliminary report, Stuart Maue identified 16 entries relating to conflicts checks, totaling 35.00 hours with $13,869.00 in associated fees.  Those entries were displayed on the Exhibit K.

> In its response to the preliminary report, the firm stated:

> First, with respect to the initial activity related to the preparation and
> filing of our retention papers, we believe this activity is generally
> appropriate and properly compensable.  Second, with respect to the
> additional activity necessitated by issues raised by the U.S. Trustee
> (which were not limited to Chadbourne and, we believe, were atypical),
> these efforts were required and should be paid for....Finally, we
> understand, and have not sought to charge for, more customary conflict
> checking.   However, with respect to connection-related activities
> necessitated by the enhanced disclosure requirements in the Bankruptcy
> Code, we believe such legal work is compensable under relevant Third
> Circuit authority.

Stuart Maue reviewed the response from Chadbourne and reexamined the entries identified as administrative – conflicts checks.  Based on that reexamination, Stuart Maue determined that the entries were not conflicts checks but references to the conflicts checks in relation to the preparation of the firm's retention affidavit and response to the U.S. Trustee.

Stuart Maue does not make a recommendation for a reduction related to these entries. Because there is no recommendation for a reduction in the fees for these entries, Exhibit K has not been included in the final report.

14.    **Clerical Activities.**    Clerical activities include tasks that do not require legal acumen and may be effectively performed by administrative assistants, secretaries, or support personnel. Clerical activities include, but are not limited to, filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, scanning documents, and photocopying.   Some courts have determined that the performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.   "Fees for services that are purely clerical, ministerial, or administrative should be disallowed."   *See Missouri v. Jenkins,* 491 U.S. 274, 288 fn.10, 109 S.Ct. 2463, 105 L.Ed.2d 229 (1989).   However, other courts have determined that clerical activities are billable at a clerical rate.   *See In Re Busy Beaver Bldg. Centers, Inc.* 19 F.3d 833, (3rd Cir. 1994).   The entries identified as clerical activities in the preliminary report totaled 60.80 hours with $18,298.00 in associated fees.

In response to those entries classified as clerical activities, the firm stated the following:

> Most of the time entries identified in this category fall within the following categories: (a) creating and updating the case calendar; (b) creating daily docket reports; and (c) preparing and posting documents on the Intralinks case site. Chadbourne submits that these tasks are not administrative in nature; instead, they require extensive training and the exercise of discretion and substantial knowledge.  For example, the daily docket report (which requires access to PACER and an individual's ability to distinguish between important and unimportant docket entries), saves all of Chadbourne's bankruptcy lawyers working on this case the time of having to review PACER daily.   Instead, Chadbourne's attorneys can quickly glance at the paralegal-created report and access only court papers of importance.   This saves substantial attorney time (and cost) and is a very effective use of estate resources.  The same holds true of the case calendar.  Creating a docket calendar requires paralegal review of each court paper for change in hearing dates; this is no small task in a big bankruptcy case.  Our use of a para-professional to perform these tasks is, therefore, appropriate and very cost effective.

> Finally, we note that Chadbourne is aware of no case in which its timekeepers (or others) have been compensated for such services at less than the customary hourly rates charged for similar services in a comparable non-bankruptcy matter. Chadbourne submits that it is appropriate, particularly in a complex case such as this one, for its timekeepers to bill their customary rates for functions that require a higher level of para-professional sophistication.

Stuart Maue reviewed the firm's response and reexamined those tasks identified as clerical activities. Based on the firm's response, some entries were removed from the exhibit; however other entries remain classified as clerical activities. Although clerical tasks are necessary to the administration of the case, they are generally not compensable or should be paid at a lower hourly rate. In this Court there has been a practice by Stuart Maue and other fee examiners of recommending that clerical activities be paid at the rate of $80.00 per hour. It is Stuart Maue's intent to follow that same practice in this case. The remaining activities that are identified as clerical total 33.70 hours with $8,687.00 in associated fees. These entries are displayed on Exhibit L. Stuart Maue recommends that the rates associated with these entries be reduced to $80.00 per hour for a total allowed fee of $2,696.00; thereby reducing the requested fees by $5,991.00.

15.  **Travel.**  Local Rule 2016-2(d)(viii) provides "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates;..." Stuart Maue identified seven billing entries that describe travel activities totaling 19.60 hours and $7,207.50 in associated fees. All travel tasks were billed at 50% of the timekeeper's approved hourly rates.

16.  **Extended Hours.**  Professionals necessarily must spend some portion of each day on personal matters (such as meals and coffee breaks) and frequently spend time on administrative matters, such as training or supervising others. Professionals may periodically work extraordinarily long hours without many breaks due to the demands of the representation. However, such long hours are generally related to identifiable circumstances, such as court deadlines, travel, or event attendances.

Stuart Maue identified two days on which law clerk Young Yoo billed in excess of 16.00 hours. Most of that time was spent engaged in legal research.

In its response, the firm provided an explanation of the necessity of billing the extended days. According to Chadbourne, law clerk Young Yoo was under severe time constraints for various reasons including the necessity of providing research information for imminent creditors' meetings.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these entries. The entries on these long billing days, totaling 34.40 hours with $11,868.00 in associated fees, were set forth on Exhibit M which was included in the preliminary report provided to the firm. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

17. **Chadbourne Retention/Compensation.** Stuart Maue reviewed and identified entries related to the retention and compensation of Chadbourne. The firm bills 166.60 hours with associated fees of $90,361.00 to prepare the firm's retention documents and applications for compensation, which represents approximately 5% of the total fees billed by the firm. The fee entries identified as Chadbourne Retention/Compensation activities were displayed on Exhibit N, which was included in the preliminary report provided to the firm.

Chadbourne responded as follows:

...With respect to the remaining time entries, however, a significant number of those remaining were related to (a) Chadbourne's responses to specific follow-up questions posed by the U.S. Trustee ... and (b) Chadbourne's review of the retention materials of the Debtors' and Committee's professionals and its reports to the Committee on those proposed retentions. Accordingly, we believe that these remaining entries are properly included in our fee application.

The fees billed by the firm for its retention and compensation appear reasonable and Stuart Maue makes no recommendation for a reduction in these fees. Because there is no recommendation for a reduction in the fees for these entries, the exhibit has not been included in the final report.

## Review of Expenses

18.    **Complete and Detailed Itemization of Expenses.**   The Guidelines in Section II.E.3 state "Factors relevant to a determination that the expense is proper include ...  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate, destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred."  Chadbourne provides an itemization for its expenses that includes the category, the date, the description, the amount, and the name of the timekeeper incurring the charge.

19.    **Photocopies.**  Local Rule 2016-2(e)(iii) states "The motion shall state the requested rate for copying charges (which shall not exceed $0.10 per page, ... ."  The firm requested reimbursement of $3,057.50 for duplication charges.  Chadbourne states in the Application that its rate for duplication has been reduced from the firm's standard charge of $0.20 per page to $0.10 per page, however, several copies were billed at $0.20 per page.  The overcharge for duplication is $154.50.  Exhibit O displays the detail for these entries.

The firm responded that, "This overcharge was due to an error in our accounting department and has been corrected.  We apologize for this error and will reduce Chadbourne's reimbursement request for this amount."

Stuart Maue accepts the explanation of the firm and recommends that the request for expense reimbursement be reduced by $154.50.

20.    **Computer-Assisted Legal Research.**  Local Rule 2016-2(e)(iii) states "The motion shall state ...computer-assisted legal research charges (which shall not be more than the actual cost)... ."  The firm bills $15,523.97 for computer-assisted legal research and the Application states: "With respect to legal research expenses, Chadbourne has entered into flat-fee contracts with

Lexis/Nexis and Westlaw for the provision of online research services. In order to determine charges to individual clients, the flat fees charged to Chadbourne by Lexis/Nexis and Westlaw are allocated among those clients based on the actual number and scope of searches conducted on behalf of those clients."

21.    **Facsimile.**    Local Rule 2016-2(e)(iii) states "The motion shall state ... outgoing facsimile transmission charges (which shall not exceed $1.00 per page, with no charge for incoming facsimiles)." The Application states that the firm "customarily charges its clients $1.25/per page for out-going facsimile transmissions...For purposes of these cases, the firm has reduced this charge to $1.00/per page." Chadbourne requested reimbursement for facsimile charges totaling $27.00.

22.    **Overhead Expenses – Overtime Expenses.**    Section II.E.7 of the Guidelines states "Factors relevant to a determination that the expense is proper include the following: Whether the expenses appear to be in the nature of nonreimbursable overhead. Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges."

Chadbourne requested reimbursement for late night and weekend carfare totaling $1,963.03, late night and weekend meals totaling $788.82, and paralegal overtime totaling $1,232.72. These charges, totaling $3,984.57, are displayed on Exhibit P. In the preliminary report Chadbourne was advised that, pending additional information from the firm, it was Stuart Maue's intent to recommend that these overtime expenses be reduced from the requested expense reimbursement.

In its response to the preliminary report, the firm provided additional information for the overtime expenses, and further stated:

> In all cases, the carfare costs identified are the actual costs billed by Chadbourne's vendors and do not include any profit to Chadbourne. Chadbourne's billing policy only permits client reimbursement for meals in two circumstances: (a) working meetings during mealtime or (b) when, due to the exigencies of the case, Chadbourne personnel are required to stay late in the evening working and/or work over weekends

on this matter.   The costs incurred are the actual costs billed by Chadbourne's vendors and do not include any profit to Chadbourne.  In all cases, the meals identified by the Fee Auditor meets these requirements.

With respect to paralegal overtime, both Mr. Bava and Ms. Chan were required to work past normal working hours to meet various deadlines and client needs.   Mr. Bava's overtime was incurred on January 2, 2009 (an official firm holiday), soon after the Committee retained Chadbourne and during the busy holiday season.  Ms. Chan's overtime was incurred February 3 and 4, 2009 and related to the review and distribution of important time sensitive Cubs' transaction documents.

Although a firm may have a policy that personnel may be reimbursed for travel home when working late and meals for employees while working late, such charges are generally considered part of the firm's overhead.   In addition, overtime charges for employees working late are also considered part of a firm's overhead.   Stuart Maue recommends that the request for expense reimbursement be reduced by $3,984.57 for the overtime expenses displayed on Exhibit P.

23.   **Telephone Charges.**  Chadbourne requested reimbursement of $2,550.40 for telephone charges.  Five of these charges were in excess of $50.00.  Stuart Maue requested that Chadbourne provide an explanation for the charges displayed in the following table:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 1313412002 | 01/26/09 | $76.20 | TELEPHONE CHARGES - VENDOR: HOWARD SEIFE BLACKBERRY PHONE REINBURSEMENT |
| 1313432002 | 02/12/09 | $688.67 | TELEPHONE CHARGES CALLER: HOWARD SEIFE CNCT : 1826 NUMBER OF CALLERS:: 11 TIME OF DAY: 11:16 |
| 1313432002 | 02/20/09 | $557.51 | TELEPHONE CHARGES - VENDOR: INTERCALL INC CONFERENCE CALLS H.SEIFE 01/06/09 |
| 1313432002 | 02/20/09 | $779.42 | TELEPHONE CHARGES - VENDOR: INTERCALL INC CONFERENCE CALLS H.SEIFE 01/22/09 |
| 1313432002 | 02/24/09 | $89.94 | TELEPHONE CHARGES - VENDOR: HOWARD SEIFE CELL PHONE CHARGES REINBURSEMENT |

Chadbourne responded as follows:

...Three of the charges relate to conference call services in connection with weekly meetings with the Committee and its professionals ...Although each of the foregoing meetings was held in person at Chadbourne's offices, conference call services were provided for those who could not attend in person.

The two other telephone charges...were charges reimbursed to Howard Seife for use of his Blackberry phone for committee related calls, in particular, for the period of time he was out of the country at the end of December 2008 through early January 2009. Although every effort was made to portion out each telephone call and email related to the Tribune cases, Chadbourne has agreed to cap its request for the foregoing charges at $50.00 resulting in a write-down $25.20 and $39.94 respectively. Therefore, we will reduce our reimbursement request by $65.14.

Stuart Maue accepts the explanation of the firm and recommends that the request for expense reimbursement be reduced by $65.14.

24.    **Intralinks Fee.**    Chadbourne requested reimbursement of an Intralinks fee in the amount of $10,000.00. The Application states "Chadbourne established an Intralinks account, a confidential repository for important documentation in these chapter 11 cases for access by members of the Committee, in which yearly renewal fees and maintenance fees are paid to an outside vendor." Stuart Maue requested that Chadbourne provide additional information regarding this expense, including how the charge was determined, the amounts of renewal and maintenance fees, and other costs that may be associated with this account.

In its response, Chadbourne stated:

...Chadbourne was asked by the Committee members to establish the Intralinks access to facilitate secure communication and distribution of documents. Intralinks is an invaluable tool for the committee that greatly reduces the fees and expenses that are ultimately incurred by Committee professionals. ...each memo, report or other document that the Committee professionals distribute is posted to Intralinks. From the Tribune Committee's secure Intralinks website, the Committee members are alerted to the existence of the new document. Cost savings are generated because all Committee members and Committee professionals can quickly and easily access the posted materials at any time. This means that the Committee members no longer need to call the Committee professionals to request (the same) documents multiple times and that Committee professionals do not call each other for the same requests. This saves real money and provides great convenience to all.

Stuart Maue accepts the explanation provided by Chadbourne and does not make a recommendation for a reduction in fees associated with these expenses.

25.    **Expenses Associated With Multiple Attendances.**  Stuart Maue identified one event, a hearing on January 15 and 16, 2009, in Wilmington, Delaware, that was attended by three Chadbourne timekeepers and the firm requested reimbursement for expenses associated with those multiple attendances.  The expenses associated with multiple attendances total $924.20 and are displayed below:

| Invoice Number | Entry Date | Amount | Description |
|---|---|---|---|
| 1313412002 | 01/16/09 | $308.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - VENDOR: DOUGLAS DEUTSCH 1/15/09 ATTEND TRIBUNE HEARING IN DELAWARE |
| 1313412002 | 01/28/09 | $4.50 | MEALS - LONG DISTANCE TRAVEL - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL 01/15 D. DEUTSCH |
| 1313412002 | 01/16/09 | $308.00 | TRANSPORTATION - LONG DISTANCE TRAVEL - VENDOR: DAVID LEMAY 1/15/09 TRAVEL TO WILMINGTON, DELAWARE |
| 1313412002 | 01/20/09 | $300.10 | TRANSPORTATION - LONG DISTANCE TRAVEL - VENDOR: DAVID LEMAY 1/16/09 TRAVEL TO WILMINGTON, DELAWARE. WILMINGTON |
| 1313412002 | 01/20/09 | $3.60 | MEALS - LONG DISTANCE TRAVEL - VENDOR: DAVID LEMAY 1/16/09 TRAVEL TO WILMINGTON, DELAWARE. WILMINGTON |

In its response, the firm stated:

> ...(b) the trip to Delaware also served the purpose of allowing the most senior Creditors Committee's lawyers to be introduced to the Court for the first time and (c) the trip coincided with an "all-hands" meeting in Delaware with the Debtors' counsel and therefore served multiple purposes.  For the foregoing reasons, we believe it was appropriate for the three senior members of Chadbourne's bankruptcy team to attend the day's hearings and that all time and related expenses should be paid by the Tribune bankruptcy estates.

The fee entries associated with these expenses are discussed in paragraph 12.a.  Stuart Maue accepted the explanation provided by Chadbourne regarding the multiple attendances and makes no recommendation for a reduction in fees relating to the fees relating to same.  Therefore, no recommendation is made for a reduction in any associated expenses.

## Conclusion

Stuart Maue submits this final report regarding the Application and the fees and expenses discussed above.  Stuart Maue recommends the approval of fees in the amount of $1,657,961.50 ($1,668,062.00 minus $10,100.50) and reimbursement of expenses in the amount of $58,975.01 ($63,179.22 minus $4,204.21) for the period from December 18, 2008, through February 28, 2009.

Respectfully submitted,

**STUART MAUE**

By: _____
    Linda K. Cooper

3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:    (314) 291-3030
Facsimile:    (314) 291-6546
l.cooper@smmj.com

Fee Examiner

# APPENDIX A

## CHADBOURNE & PARKE LLP

### SUMMARY OF FINDINGS

#### First Interim Application (December 18, 2008 through February 28, 2009)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Fees Requested | $1,668,062.00 | |
| Expenses Requested | 63,179.22 | |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,731,241.22 |
| | | |
| Fees Computed | $1,668,053.50 | |
| Expenses Computed | 63,179.22 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,731,232.72 |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $      8.50 |

#### B.    Recommended Fee Allowance and Expense Reimbursement

| | | |
|---|---|---|
| Fees Requested | $1,668,062.00 | |
| *Reduction for Fee Discrepancy* | | ($      8.50) |
| *Agreed Reduction for Potential Double Billing* | | (437.50) |
| *Recommended Reduction for Administrative Activities* | | (3,663.50) |
| *Recommended Reduction for Clerical Activities* | | (5,991.00) |
| Subtotal | | ($10,100.50) |
| | | |
| RECOMMENDED FEE ALLOWANCE | | $1,657,961.50 |
| | | |
| Expenses Requested | $63,179.22 | |
| *Agreed Reduction for Photocopies* | | ($   154.50) |
| *Recommended Reduction for Overtime Expenses* | | (3,984.57) |
| *Agreed Reduction for Telephone Charges* | | (65.14) |
| Subtotal | | ($  4,204.21) |
| | | |
| RECOMMENDED EXPENSE REIMBURSEMENT | | 58,975.01 |
| | | |
| TOTAL RECOMMENDED FEE ALLOWANCE AND EXPENSE REIMBURSEMENT | | $1,716,936.51 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via First Class Mail, postage prepaid, to the following Notice Parties on the 12th day of August, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Linda K. Cooper

EXHIBIT F

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 1.40 | 875.00 |
| | 1.40 | $875.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 0.70 | 437.50 |
| | 0.70 | $437.50 |

EXHIBIT F
POTENTIAL DOUBLE BILLING
Chadbourne & Parke LLP

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy General | 0.70 | 437.50 |
| Committee Meetings | 0.70 | 437.50 |
| | 1.40 | $875.00 |

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy General | 0.00 | 0.00 |
| Committee Meetings | 0.70 | 437.50 |
| | 0.70 | $437.50 |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/16/09 | Deutsch, D | 1.80 | 0.70 | 437.50 | 0.20 | F | 1 | REVIEW VARIOUS CASE RELATED E-MAILS (.2): |
| Mon | 1313432002/148 | | | | 0.10 | F | 2 | TELEPHONE CONVERSATION WITH ADAM LANDIS TO DISCUSS PENDING ITEMS (.1): |
| | | | | | 0.30 | F | 3 | CONFERENCE WITH DAVID LEMAY TO DISCUSS STATUS OF VARIOUS MATTERS (.3): |
| | | | | | 0.20 | F | 4 | TELEPHONE CONVERSATION WITH MATT MCGUIRE (DELAWARE COUNSEL) RE: VARIOUS MATTERS (.2): |
| | | | | | 0.30 | F | 5 | UPDATE ON ACTION ITEM LIST (.3): |
| | | | | | 0.50 | F | 6 | REVIEW MATERIALS AND DRAFT PROPOSED AGENDA FOR TOMORROW'S COMMITTEE PROFESSIONALS MEETING (.5): |
| | | | | | 0.20 | F | 7 | TELEPHONE CONVERSATION AND EXCHANGE E-MAILS WITH ALAN HOLTZ RE: SAME (.2). |
| | | | | | | | | *MATTER NAME: Committee Meetings* |
| 02/16/09 | Deutsch, D | 0.70 | 0.70 | 437.50 | 0.50 | F & | 1 | REVIEW MATERIALS AND DRAFT PROPOSED AGENDA FOR TOMORROW'S COMMITTEE PROFESSIONALS MEETING (.5): |
| Mon | 1313432003/238 | | | | 0.20 | F & | 2 | TELEPHONE CONVERSATION AND EXCHANGE E-MAILS WITH ALAN HOLTZ RE: SAME (.2). |

| | | | | |
|---|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 1.40 | $875.00 | |
| TOTAL ENTRY COUNT: | 2 | | | |
| TOTAL TASK COUNT: | 4 | | | |
| TOTAL OF & ENTRIES | | 0.70 | $437.50 | |
| TOTAL ENTRY COUNT: | 1 | | | |
| TOTAL TASK COUNT: | 2 | | | |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 1.40 | 875.00 |
| | 1.40 | $875.00 |

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Deutsch, D | 0.70 | 437.50 |
| | 0.70 | $437.50 |

EXHIBIT F

POTENTIAL DOUBLE BILLING

Chadbourne & Parke LLP

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy General | 0.70 | 437.50 |
| Committee Meetings | 0.70 | 437.50 |
| | 1.40 | $875.00 |

SUMMARY OF HOURS AND FEES BY MATTER FOR

POTENTIAL DOUBLE BILLING - QUESTIONED

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Bankruptcy General | 0.00 | 0.00 |
| Committee Meetings | 0.70 | 437.50 |
| | 0.70 | $437.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 0525 | Seife, Howard | PARTNER | $477.50 | $955.00 | 283.70 | $267,591.00 |
| 0351 | LeMay, David M. | PARTNER | $412.50 | $825.00 | 315.70 | $260,040.00 |
| 0819 | Alpert, Marc A. | PARTNER | $795.00 | $795.00 | 137.60 | $109,392.00 |
| 0361 | Leder, Richard M. | PARTNER | $955.00 | $955.00 | 57.30 | $54,721.50 |
| 0668 | Markson, Edouard S. | PARTNER | $735.00 | $735.00 | 71.40 | $52,479.00 |
| 1257 | Berson, Scott | PARTNER | $675.00 | $675.00 | 65.50 | $44,212.50 |
| 1534 | Dunn, Vincent | PARTNER | $735.00 | $735.00 | 44.50 | $32,707.50 |
| 0685 | Zink Jr., N. Theodore | PARTNER | $765.00 | $765.00 | 21.90 | $16,753.50 |
| 0723 | Smith, Kevin | PARTNER | $725.00 | $725.00 | 13.80 | $10,005.00 |
| 6587 | Gallai, David | PARTNER | $635.00 | $635.00 | 10.90 | $6,921.50 |
| 2486 | Glover, Marjorie M. | PARTNER | $755.00 | $755.00 | 2.60 | $1,963.00 |
| 0546 | Hanchuk, Walter G. | PARTNER | $755.00 | $755.00 | 1.00 | $755.00 |
| 1770 | Giaccia, Andrew A. | PARTNER | $755.00 | $755.00 | 0.80 | $604.00 |
| 0359 | Frix, Dana | PARTNER | $675.00 | $675.00 | 0.50 | $337.50 |
| 0240 | Hall, Thomas J. | PARTNER | $795.00 | $795.00 | 0.20 | $159.00 |
| | No. of Billers for Position: 15 | Blended Rate for Position: | $835.74 | | 1,027.40 | $858,642.00 |
| | | | | | % of Total: 36.94% | % of Total: 51.48% |
| 1426 | Deutsch, Douglas E. | COUNSEL | $312.50 | $625.00 | 512.10 | $316,906.25 |
| 7681 | Stenger, James A. | COUNSEL | $475.00 | $475.00 | 6.20 | $2,945.00 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $617.12 | | 518.30 | $319,851.25 |
| | | | | | % of Total: 18.64% | % of Total: 19.18% |
| 6832 | Porter, Jason | ASSOCIATE | $197.50 | $395.00 | 245.30 | $96,597.25 |
| 3643 | Vazquez, Francisco | ASSOCIATE | $595.00 | $595.00 | 130.10 | $77,409.50 |
| 6692 | Giannini, Joseph | ASSOCIATE | $585.00 | $585.00 | 123.70 | $72,364.50 |
| 6754 | Gayda, Robert J. | ASSOCIATE | $535.00 | $535.00 | 45.30 | $24,235.50 |
| 6834 | Towers, Meghan | ASSOCIATE | $395.00 | $395.00 | 34.10 | $13,469.50 |
| 5993 | Carson, Benjamin | ASSOCIATE | $395.00 | $395.00 | 19.70 | $7,781.50 |
| 3908 | Wright, Richard | ASSOCIATE | $595.00 | $595.00 | 4.00 | $2,380.00 |
| 3627 | Giuliano, Kimberly | ASSOCIATE | $535.00 | $535.00 | 1.20 | $642.00 |

## SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL

## COMPUTED AT STANDARD RATES

### Chadbourne & Parke LLP

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|---|---|---|---|---|---|---|
| 6800 | Klein, Megan J. | ASSOCIATE | $465.00 | $465.00 | 1.30 | $604.50 |
| 6703 | Nashat, Kessar N. | ASSOCIATE | $585.00 | $585.00 | 0.40 | $234.00 |
| 3019 | Przybylko, Eric | ASSOCIATE | $595.00 | $595.00 | 0.30 | $178.50 |
| No. of Billers for Position: 11 | | Blended Rate for Position: | $488.76 | | 605.40 | $295,896.75 |
| | | | | % of Total: | 21.77% | % of Total:  17.74% |
| 6851 | Bradshaw, Gilbert | LAW CLERK | $345.00 | $345.00 | 191.70 | $66,136.50 |
| 6878 | Yoo, Young | LAW CLERK | $345.00 | $345.00 | 101.00 | $34,845.00 |
| 6850 | Betheil, Blake | LAW CLERK | $345.00 | $345.00 | 57.40 | $19,803.00 |
| 6855 | Dye, Bonnie | LAW CLERK | $345.00 | $345.00 | 34.30 | $11,833.50 |
| 6862 | Kronstadt, Alison | LAW CLERK | $345.00 | $345.00 | 17.60 | $6,072.00 |
| 6864 | Kurth, Rachel | LAW CLERK | $345.00 | $345.00 | 10.00 | $3,450.00 |
| No. of Billers for Position: 6 | | Blended Rate for Position: | $345.00 | | 412.00 | $142,140.00 |
| | | | | % of Total: | 14.82% | % of Total:  8.52% |
| 8036 | Bava, David | PARAPROFESSIONA | $260.00 | $260.00 | 69.10 | $17,966.00 |
| 7797 | Lamb, Helen M. | PARAPROFESSIONA | $260.00 | $260.00 | 68.30 | $17,758.00 |
| 8008 | Chan, Sarah | PARAPROFESSIONA | $245.00 | $245.00 | 30.50 | $7,472.50 |
| 8229 | Garry, Kristen | PARAPROFESSIONA | $190.00 | $190.00 | 16.20 | $3,078.00 |
| 8576 | Scott, Tom | PARAPROFESSIONA | $245.00 | $245.00 | 6.20 | $1,519.00 |
| 7952 | Buzaglo, Sandra | PARAPROFESSIONA | $240.00 | $240.00 | 3.00 | $720.00 |
| No. of Billers for Position: 6 | | Blended Rate for Position: | $250.98 | | 193.30 | $48,513.50 |
| | | | | % of Total: | 6.95% | % of Total:  2.91% |
| 9839 | Schubeck, Barbara | LIBRARIAN | $120.00 | $120.00 | 20.50 | $2,460.00 |
| 9959 | Lederer, Adam | LIBRARIAN | $125.00 | $125.00 | 3.00 | $375.00 |
| 5206 | Danielson, Tania | LIBRARIAN | $175.00 | $175.00 | 1.00 | $175.00 |

EXHIBIT B

**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**

**COMPUTED AT STANDARD RATES**

**Chadbourne & Parke LLP**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED |
|----------|------|----------|--------------|--------------|----------------|---------------|
| | No. of Billers for Position: 3 | Blended Rate for Position: | $122.86 | | 24.50 | $3,010.00 |
| | | | | | % of Total: 0.88% | % of Total: 0.18% |
| | Total No. of Billers: 43 | Blended Rate for Report: | $599.83 | | 2,780.90 | $1,668,053.50 |

EXHIBIT J

ADMINISTRATIVE ACTIVITIES

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
| --- | --- | --- |
| Bava, D | 4.60 | 1,196.00 |
| Bradshaw, G | 0.20 | 69.00 |
| Deutsch, D | 2.70 | 1,687.50 |
| Porter, J | 1.80 | 711.00 |
| | 9.30 | $3,663.50 |

| MATTER NAME | HOURS | FEES |
| --- | --- | --- |
| Asset Disposition/Sale | 0.20 | 79.00 |
| Bankruptcy General | 8.10 | 3,061.50 |
| Committee Meetings | 0.20 | 125.00 |
| Executory Contracts | 0.20 | 125.00 |
| Fee/Retention Applications | 0.40 | 148.00 |
| Inter-Company Issues/Cash Management | 0.20 | 125.00 |
| | 9.30 | $3,663.50 |

EXHIBIT J

ADMINISTRATIVE ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|-------------|
| 12/19/08 Fri | Deutsch, D 1313412002/70 | 2.20 | 0.10 | 62.50 | 0.70 | F | 1 | MEETING WITH C&P TEAM TO DISCUSS ACTION ITEM LIST (.7); |
| | | | | | 0.10 | F | 2 | MEETING WITH J. PORTER TO DISCUSS NEW ASSIGNMENTS (.1); |
| | | | | | 0.30 | F | 3 | CALLS TO FINANCIAL ADVISORS RE: INTERVIEWS (.3); |
| | | | | | 0.20 | F | 4 | FOLLOW-UP E-MAILS RE: DEBTORS' PROFESSIONALS' CONTACT INFORMATION (.2); |
| | | | | | 0.20 | F | 5 | WORK ON REVISING ACTION LIST (.2); |
| | | | | | 0.40 | F | 6 | ADDITIONAL CALLS WITH DEBTORS' COUNSEL AND COMMITTEE'S DELAWARE COUNSEL (.4); |
| | | | | | 0.30 | F | 7 | FOLLOW-UP WITH DEBTORS' RE: INFORMATION FOR ALIXPARTNERS REQUEST (.3). |
| 12/20/08 Sat | Deutsch, D 1313412002/72 | 3.80 | 0.40 | 250.00 | 0.50 | F | 1 | REVIEW NUMEROUS CASE-RELATED E-MAILS AND FOLLOW-UP ON SAME (.5); |
| | | | | | 1.90 | F | 2 | REVIEW CASE MATERIALS AND CONTINUE WORK ON ACTION ITEM LISTS (1.9); |
| | | | | | 0.80 | F | 3 | PREPARE FOR AND PARTICIPATE IN CALL WITH ALIX PARTNERS TEAM AND DAVID LEMAY RE: CASE FIRST STEPS (.8); |
| | | | | | 0.20 | F | 4 | MEETING WITH JASON PORTER TO DISCUSS RESEARCH MATTERS (.2); |
| | | | | | 0.40 | F | 5 | FOLLOW-UP E-MAILS TO VARIOUS C&P TEAM MEMBERS TO ADDRESS VARIOUS ASSIGNMENTS (.4). |
| 12/22/08 Mon | Deutsch, D 1313412002/80 | 8.40 | 1.10 | 687.50 | 3.10 | F | 1 | REVIEW SECOND ROUND OF DEBTORS' COURT FILINGS AND WORK ON OUTLINE MEMO RELATED TO SAME (3.1); |
| | | | | | 1.80 | F | 2 | PREPARE FOR MEETING WITH DEBTORS' COUNSEL AND DAVID LEMAY AND PARTICIPATE IN SAME (1.8); |
| | | | | | 1.70 | F | 3 | WORK ON ACTION LIST RELATED TO OUTSTANDING MATTERS (1.7); |
| | | | | | 1.10 | F | 4 | MEETINGS AND CALLS ROBERT GAYDA, JASON PORTER AND DAVID BAVA RE: VARIOUS CASE ASSIGNMENTS (1.1); |
| | | | | | 0.40 | F | 5 | FOLLOW-UP WITH ALIX PARTNERS TEAM RE: ACTION ITEMS (.4); |
| | | | | | 0.30 | F | 6 | MULTIPLE CASE-RELATED CALLS (.3). |
| 12/31/08 Wed | Bava, D 1313412002/88 | 5.20 | 2.60 | 676.00 | 0.80 | F | 1 | REVIEW AND REVISE CALENDAR BASED ON CURRENT ADJOURN DATES PROVIDED BY DEBTOR (.80); |
| | | | | | 2.60 | F | 2 | UPDATE AND FORMAT INTRALINKS WORKSPACE (2.60); |
| | | | | | 1.80 | F | 3 | PREPARE FOR ATTORNEYS SUMMARY OF MATTERS/MATERIALS SCHEDULED TO BE HEARD ON JANUARY 15, 2009 (1.8). |
| 01/02/09 Fri | Bava, D 1313412002/113 | 3.90 | 2.00 | 520.00 | 1.40 | F | 1 | ORGANIZATION OF CONTACTS RE: INTRALINKS WORKSPACE (1.40); |
| | | | | | 0.60 | F | 2 | ACTIVATE INTRALINKS SYSTEM FOR USE (.60); |
| | | | | | 0.40 | F | 3 | CREATE INTRALINKS FOLDERS RE: ORGANIZATION OF INFORMATION (.40); |
| | | | | | 0.80 | F | 4 | POST SPECIFIC DOCUMENTS (.80); |
| | | | | | 0.30 | F | 5 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.40 | F | 6 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.40). |
| 01/08/09 Thu | Porter, J 1313412002/162 | 1.40 | 1.40 | 553.00 | 1.40 | F | 1 | COORDINATED UPDATE TO INTRALINKS SITE TO INCLUDE MORE DETAILED INFORMATION (1.4). |
| 01/26/09 Mon | Deutsch, D 1313412006/752 | 0.20 | 0.20 | 125.00 | 0.20 | F | 1 | MEETING WITH GIL BRADSHAW TO DISCUSS ASSIGNMENT (.2). |
| 01/27/09 Tue | Deutsch, D 1313412003/346 | 0.60 | 0.20 | 125.00 | 0.40 | F | 1 | MULTIPLE E-MAILS AND CALLS WITH COMMITTEE MEMBERS RE: TOMORROW'S MEETING IN CHICAGO (.4); |
| | | | | | 0.20 | F | 2 | FOLLOW-UP ON MINISTERIAL MATTERS RELATED TO SAME (.2). |

*Matter name headers:*
- 12/19/08: MATTER NAME: Bankruptcy General
- 12/20/08: MATTER NAME: Bankruptcy General
- 12/22/08: MATTER NAME: Bankruptcy General
- 12/31/08: MATTER NAME: Bankruptcy General
- 01/02/09: MATTER NAME: Bankruptcy General
- 01/08/09: MATTER NAME: Bankruptcy General
- 01/26/09: MATTER NAME: Inter-Company Issues/Cash Management
- 01/27/09: MATTER NAME: Committee Meetings

~ See the last page of exhibit for explanation

EXHIBIT J

ADMINISTRATIVE ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 02/03/09 Tue | Porter, J 1313432008/20 | 1.50 | 0.20 | 79.00 | 1.30 | F | 1 | REVIEWED DEBTORS' MOTION TO EXTEND LETTER AGREEMENT WITH JPM INVESTMENT BANKING AND TO TRANSFER THE AGREEMENT TO A NON-DEBTOR ENTITY (1.3); |
| | | | | | 0.20 | F | 2 | MEETING WITH D DEUTSCH TO RECEIVE ASSIGNMENT RE MEMORANDUM (.2) |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/05/09 Thu | Bradshaw, G 1313432010/364 | 0.20 | 0.20 | 69.00 | 0.20 | F | 1 | CONF W/J. PORTER RE ASSIGNMENT RE: ORDINARY COURSE (.2); |
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/05/09 Thu | Deutsch, D 1313432002/100 | 1.50 | 0.50 | 312.50 | 0.10 | F | 1 | CONFERENCE WITH JASON PORTER RE: STATUS OF PENDING PROJECT (.1); |
| | | | | | 0.20 | F | 2 | REVIEW INQUIRY RE: RESEARCH REQUEST (.2); |
| | | | | | 0.30 | F | 3 | REVIEW VARIOUS CASE-RELATED E-MAILS (.3); |
| | | | | | 0.30 | F | 4 | WORK ON ACTION LIST FOR TODAY FOR C&P TEAM (.3); |
| | | | | | 0.10 | F | 5 | MEETING WITH HOWARD SEIFE TO DISCUSS FOLLOW-UP ITEMS (.1); |
| | | | | | 0.30 | F | 6 | REVIEW DAILY REPORTS, PLEADINGS THEREIN AND CALENDAR FOR LAST TWO DAYS (.3); |
| | | | | | 0.20 | F | 7 | FOLLOW-UP WITH JASON PORTER RE: TWO ASSIGNMENTS (.2). |
| | | | | | | | | *MATTER NAME: Executory Contracts* |
| 02/05/09 Thu | Deutsch, D 1313432012/355 | 0.40 | 0.20 | 125.00 | 0.20 | A | 1 | REVIEW DRAFT MEMORANDUM RE: REJECTION OF CERTAIN LEASES, EDIT SAME |
| | | | | | 0.20 | A | 2 | AND DRAFT FOLLOW-UP LIST FOR JASON PORTER (.4). |
| | | | | | | | | *MATTER NAME: Fee/Retention Applications* |
| 02/05/09 Thu | Porter, J 1313432010/375 | 1.40 | 0.20 | 79.00 | 0.30 | F | 1 | MEETING WITH D. DEUTSCH RE COMMITTEE MEMORANDUM (.3); |
| | | | | | 0.90 | F | 2 | REVIEWED ORDINARY COURSE PROCESS AND AFFIDAVIT (.9); |
| | | | | | 0.20 | F | 3 | MEETING WITH G. BRADSHAW RE: ORDINARY COURSE SPREADSHEET ASSIGNMENT (.2). |

| | | | | |
|---|---|---|---|---|
| Total | | 9.30 | $3,663.50 | |
| Number of Entries: | 13 | | | |

EXHIBIT J

ADMINISTRATIVE ACTIVITIES

Chadbourne & Parke LLP

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 4.60 | 1,196.00 |
| Bradshaw, G | 0.20 | 69.00 |
| Deutsch, D | 2.70 | 1,687.50 |
| Porter, J | 1.80 | 711.00 |
| | 9.30 | $3,663.50 |

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Disposition/Sale | 0.20 | 79.00 |
| Bankruptcy General | 8.10 | 3,061.50 |
| Committee Meetings | 0.20 | 125.00 |
| Executory Contracts | 0.20 | 125.00 |
| Fee/Retention Applications | 0.40 | 148.00 |
| Inter-Company Issues/Cash Management | 0.20 | 125.00 |
| | 9.30 | $3,663.50 |

(-) REASONS FOR TASK HOUR ASSIGNMENTS

A       Task Hours Allocated By Fee Auditor

F       FINAL BILL

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 23.90 | 6,214.00 |
| Chan, S | 3.90 | 955.50 |
| Danielson, T | 0.50 | 87.50 |
| Deutsch, D | 0.10 | 62.50 |
| Garry, K | 1.50 | 285.00 |
| Lamb, H | 3.10 | 806.00 |
| Porter, J | 0.70 | 276.50 |
| | 33.70 | $8,687.00 |

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Disposition/Sale | 4.00 | 1,018.00 |
| Bankruptcy General | 24.60 | 6,490.50 |
| Committee Meetings | 0.50 | 130.00 |
| DIP Financing | 1.50 | 285.00 |
| Fee/Retention Applications | 2.60 | 676.00 |
| Review of PrePetition Financings | 0.50 | 87.50 |
| | 33.70 | $8,687.00 |

EXHIBIT L  PAGE 1 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 12/19/08 Fri | Bava, D 1313412002/65 | 0.80 | 0.30 | 78.00 | 0.40 0.10 0.10 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Bankruptcy General ORGANIZATION OF MATERIALS RE: MEETING TO SELECT FINANCIAL ADVISORS (.40); DRAFT FORM OF DAILY REPORT (.10); CONFERENCE WITH J. PORTER RE: CALENDAR (.10); DRAFT AND REVISE CALENDAR (.20). |
| 12/19/08 Fri | Porter, J 1313412002/68 | 1.00 | 0.20 | 79.00 | 0.50 0.30 0.20 | F F F | 1 2 3 | MATTER NAME: Bankruptcy General FOLLOW-UP ON CREDITORS' COMMITTEE CONTACT LIST (.5); REVIEWED BROKER DEALER MOTION (.3); DRAFTED CASE CALENDAR (.2); |
| 12/23/08 Tue | Bava, D 1313412002/75 | 1.80 | 0.70 | 182.00 | 0.60 0.70 0.50 | F F F | 1 2 3 | MATTER NAME: Bankruptcy General REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.60); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.70); TELEPHONE CONFERENCE WITH G. MIRAKU OF INTRALINKS RE: ACCOUNT SET UP AND INSTALLATION OF WORKSPACE BUILDER 2.0 SOFTWARE (.50). |
| 01/02/09 Fri | Bava, D 1313412002/113 | 3.90 | 1.20 | 312.00 | 1.40 0.60 0.40 0.80 0.30 0.40 | F F F F F F | 1 2 3 4 5 6 | MATTER NAME: Bankruptcy General ORGANIZATION OF CONTACTS RE: INTRALINKS WORKSPACE (1.40); ACTIVATE INTRALINKS SYSTEM FOR USE (.60); CREATE INTRALINKS FOLDERS RE: ORGANIZATION OF INFORMATION (.40); POST SPECIFIC DOCUMENTS (.80); REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.40). |
| 01/02/09 Fri | Lamb, H 1313412010/615 | 3.50 | 2.60 | 676.00 | 2.60 0.90 | F F | 1 2 | MATTER NAME: Fee/Retention Applications FURTHER REVIEW OF INTERESTED PARTY CONNECTIONS AND FINALIZE SUMMARY CHART FOR SAME (2.6); REVIEW DRAFT RETENTION AFFIDAVIT IN CONNECTION WITH SAME (.9). |
| 01/05/09 Mon | Bava, D 1313412002/114 | 2.80 | 2.30 | 598.00 | 0.30 1.60 0.50 0.40 | F F F F | 1 2 3 4 | MATTER NAME: Bankruptcy General ADD PARTICIPANT TO INTRALINKS WORKSPACE (.30); POST SPECIFIC DOCUMENTS (1.60); REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.50); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.40). |
| 01/06/09 Tue | Bava, D 1313412002/107 | 2.30 | 2.10 | 546.00 | 0.10 1.80 0.20 0.20 | F F F F | 1 2 3 4 | MATTER NAME: Bankruptcy General ADD PARTICIPANT TO INTRALINKS WORKSPACE (.10); POST SPECIFIC DOCUMENTS TO INTRALINKS (1.80); REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| 01/07/09 Wed | Bava, D 1313412002/108 | 2.60 | 1.80 | 468.00 | 0.20 1.40 0.20 0.20 0.60 | F F F F F | 1 2 3 4 5 | MATTER NAME: Bankruptcy General ADD PARTICIPANTS TO INTRALINKS WORKSPACE (.20); POST SPECIFIC DOCUMENTS TO INTRALINKS (1.40); REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); REVIEW AND ANALYSIS OF FILES RE: FIRST DAY MOTIONS (.60). |

~  See the last page of exhibit for explanation

EXHIBIT L  PAGE 2 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------------|-------------|-------|------|------------|---|---|-------------|
| 01/08/09 Thu | Bava, D 1313412002/143 | 2.70 | 1.90 | 494.00 | 0.40 | F | 1 | *MATTER NAME: Bankruptcy General* ADD PARTICIPANTS TO INTRALINKS WORKSPACE (.40); |
| | | | | | 1.30 | F | 2 | POST SPECIFIC DOCUMENTS TO INTRALINKS (1.30); |
| | | | | | 0.40 | F | 3 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.40); |
| | | | | | 0.20 | F | 4 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 5 | TELEPHONE CONFERENCES WITH C. RYBARCZYK, INFORMATION TECHOLOGY, RE: CREATION OF PUBLIC USER CASE/EVENTS CALENDAR (.40). |
| 01/09/09 Fri | Bava, D 1313412002/144 | 1.80 | 1.00 | 260.00 | 0.60 | F | 1 | *MATTER NAME: Bankruptcy General* TELEPHONE CONFERENCE WITH ACCOUNT REPRESENTATIVE, T. KADE OF INTRALINKS, RE: WORKSPACE ISSUES (.60); |
| | | | | | 0.80 | F | 2 | POST SPECIFIC DOCUMENTS TO INTRALINKS (.80); |
| | | | | | 0.20 | F | 3 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 4 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| 01/12/09 Mon | Bava, D 1313412002/145 | 2.10 | 0.20 | 52.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 1.40 | F | 3 | ORGANIZATION OF MATERIALS FOR JANUARY 15TH HEARING RE: (A) DIP/SECURITIZATION MOTION AND (B) ALL OTHER MATTERS SCHEDULED TO BE HEARD (1.40); |
| | | | | | 0.30 | F | 4 | DRAFT INDICIES FOR MATERIALS RE: (A) DIP/SECURITIZATION MOTION AND (B) ALL OTHER MATTERS (.30). |
| 01/13/09 Tue | Bava, D 1313412002/146 | 1.50 | 0.80 | 208.00 | 0.60 | F | 1 | *MATTER NAME: Bankruptcy General* POST SPECIFIC DOCUMENTS TO INTRALINKS (.60); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 4 | REVIEW SEC FILINGS FOR 2001 RE: LISTING OF CORPORATE DIRECTORS (.40). |
| 01/13/09 Tue | Porter, J 1313412002/167 | 1.60 | 0.50 | 197.50 | 0.30 | F | 1 | *MATTER NAME: Bankruptcy General* UPDATED BYLAWS TO REFLECT COMMITTEE COMMENTS (.3); |
| | | | | | 0.40 | F | 2 | COORDINATED WITH MOELIS RE: BARCLAYS FEE INFORMATION (.4); |
| | | | | | 0.40 | F | 3 | REVIEWED DAILY REPORT (.4) |
| | | | | | 0.50 | F | 4 | UPDATED TRIBUNE CALENDAR (.5). |
| 01/14/09 Wed | Bava, D 1313412002/147 | 1.60 | 0.90 | 234.00 | 0.70 | F | 1 | *MATTER NAME: Bankruptcy General* POST SPECIFIC DOCUMENTS TO INTRALINKS (.70); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 4 | ORGANIZATION OF HEARING MATERIALS RE: AGENDA AND ADDITIONAL DOCUMENTS FILED (.40). |
| 01/16/09 Fri | Bava, D 1313412002/150 | 0.70 | 0.40 | 104.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* POST SPECIFIC DOCUMENTS TO INTRALINKS (.20); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| 01/19/09 Mon | Bava, D 1313412002/152 | 0.80 | 0.20 | 52.00 | 0.30 | F | 1 | *MATTER NAME: Bankruptcy General* RECONFIGURE INTRALINKS WORKSPACE (.30); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |

~  See the last page of exhibit for explanation

EXHIBIT L  PAGE 3 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 01/20/09 Tue | Bava, D 1313412002/163 | 1.30 | 1.00 | 260.00 | 0.80 | F | 1 | *MATTER NAME: Bankruptcy General* POST SPECIFIC DOCUMENTS TO INTRALINKS (.80); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| 01/21/09 Wed | Bava, D 1313412002/174 | 1.80 | 0.20 | 52.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 1.20 | F | 3 | ORGANIZATION OF MATERIALS FOR FEBRUARY 3, 2009 HEARING RE: (A) PROFESSIONAL RETENTION MOTIONS AND (B) OTHER MATTERS SCHEDULED TO BE HEARD (1.20); |
| | | | | | 0.20 | F | 4 | DRAFT CORRESPONDING INDEX (.20). |
| 01/22/09 Thu | Bava, D 1313412002/170 | 2.00 | 1.00 | 260.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.60 | F | 3 | POST SPECIFIC MATERIALS TO INTRALINKS (.60); |
| | | | | | 0.20 | F | 4 | ADD PARTICIPANTS TO INTRALINKS (.20); |
| | | | | | 0.80 | F | 5 | CREATE CONFIDENTIAL INTRALINKS GROUP FOR THE POSTING OF MATERIALS GOVERNED BY CONFIDENTIALITY AGREEMENT (.80). |
| 01/23/09 Fri | Bava, D 1313412002/171 | 0.80 | 0.40 | 104.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.20 | F | 3 | ADD PARTICIPANTS TO INTRALINKS (.20); |
| | | | | | 0.20 | F | 4 | MANAGE ACCESS TO CONFIDENTIAL INTRALINKS GROUP FOR THE POSTING OF MATERIALS GOVERNED BY CONFIDENTIALITY AGREEMENT (.20) |
| 01/26/09 Mon | Bava, D 1313412002/187 | 0.70 | 0.40 | 104.00 | 0.30 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.20 | F | 3 | POST SPECIFIC DOCUMENTS TO INTRALINKS (.20) |
| 01/27/09 Tue | Bava, D 1313412002/188 | 0.70 | 0.40 | 104.00 | 0.30 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.20 | F | 3 | POST SPECIFIC DOCUMENTS TO INTRALINKS (.20). |
| 01/28/09 Wed | Bava, D 1313412002/189 | 0.40 | 0.20 | 52.00 | 0.20 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| 01/29/09 Thu | Bava, D 1313412002/190 | 1.10 | 0.80 | 208.00 | 0.60 | F | 1 | *MATTER NAME: Bankruptcy General* POST SPECIFIC DOCUMENTS TO INTRALINKS (.60); |
| | | | | | 0.30 | F | 2 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 3 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| 01/30/09 Fri | Bava, D 1313412002/191 | 0.50 | 0.20 | 52.00 | 0.30 | F | 1 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.30); |
| | | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 4 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| 02/02/09 Mon | Bava, D 1313432002/90 | 1.20 | 1.00 | 260.00 | 0.20 0.20 0.20 0.60 | F F F F | 1 2 3 4 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); ADD PARTICIPANTS TO INTRALINKS (.20); POST MEMORANDUM TO INTRALINKS RE: ORDINARY COURSE SALE OF ST. LOUIS PARCEL OF REAL PROPERTY (.60). |
| 02/03/09 Tue | Bava, D 1313432002/114 | 1.90 | 0.20 | 52.00 | 0.20 0.20 0.10 0.40 1.00 | F F F F F | 1 2 3 4 5 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); REMOVE PARTICIPANT FROM INTRALINKS (.10); REVIEW FILES RE: PLEADINGS SCHEDULED FOR HEARING ON FEBRUARY 20, 2009 (.40); ORGANIZATION OF HEARING MATERIALS RE: RETENTIONS AND OTHER MOTIONS SCHEDULED TO BE HEARD ON FEBRUARY 20TH (1.0). |
| 02/04/09 Wed | Bava, D 1313432002/115 | 1.10 | 0.20 | 52.00 | 0.20 0.20 0.20 0.20 0.30 | F F F F F | 1 2 3 4 5 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); REVISE ACCESS TO INTRALINKS TO INCLUDE ADDITIONAL WORKSPACE MANAGERS (.20); TELEPHONE CONFERENCE WITH V. PATEL OF MOELIS & CO. AND J. PORTER RE: INTRALINKS OVERVIEW (.20); REVISE HEARING NOTEBOOK RE: PLEADINGS SCHEDULED FOR HEARING ON FEBRUARY 20, 2009 (.30). |
| 02/05/09 Thu | Bava, D 1313432002/116 | 1.20 | 0.20 | 52.00 | 0.20 0.20 0.40 0.40 | F F F F | 1 2 3 4 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); TELEPHONE CONFERENCE WITH V. PATEL OF MOELIS & CO. RE: INTRALINKS POSTING OF WEEKLY REPORT (.40); REVIEW AND ANALYSIS OF FILES RE: FORMS OF ORDER RELATED TO CASH MANAGEMENT SYSTEMS (.40). |
| 02/05/09 Thu | Garry, K 1313432005/295 | 1.50 | 1.50 | 285.00 | | F | 1 | *MATTER NAME: DIP Financing* REVIEW AND ORGANIZE UCCS FOR DISTRIBUTION. |
| 02/06/09 Fri | Bava, D 1313432002/117 | 1.30 | 0.20 | 52.00 | 0.20 0.20 0.90 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); REVIEW AND ANALYSIS OF FILES RE: FORMS OF FEE EXAMINER REPORTS (.90). |
| 02/09/09 Mon | Bava, D 1313432002/118 | 0.70 | 0.20 | 52.00 | 0.20 0.20 0.30 | F F F | 1 2 3 | *MATTER NAME: Bankruptcy General* REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); REVIEW AND ANALYSIS OF FILES RE: FORMS OF FEE EXAMINER REPORTS FOR COMMITTEE PROFESSIONALS (.30). |
| 02/09/09 Mon | Chan, S 1313432008/21 | 0.50 | 0.50 | 122.50 | | F | 1 | *MATTER NAME: Asset Disposition/Sale* REVIEWED AND ORGANIZED MATERIALS ON FASTBALL PROJECT. |
| 02/09/09 Mon | Lamb, H 1313432003/203 | 0.50 | 0.50 | 130.00 | | F | 1 | *MATTER NAME: Committee Meetings* ATTENTION TO ARRANGEMENTS/LOGISTICS FOR FEB. 12 IN-PERSON COMMITTEE MEETING. |

~  See the last page of exhibit for explanation

EXHIBIT L  PAGE 5 of 8

EXHIBIT L
CLERICAL ACTIVITIES
Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 02/10/09 Tue | Bava, D 1313432002/129 | 2.10 | 0.40 | 104.00 | | | *MATTER NAME: Bankruptcy General* |
| | | | | | 0.20 | F | 1 REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.30 | F | 3 REVIEW INTRALINKS POSTINGS RE: MEMORANDA (.30); |
| | | | | | 0.30 | F | 4 CREATE RESOURCE BINDER RE: MEMORANDA (.30); |
| | | | | | 0.20 | F | 5 CREATE CONFIDENTIAL GROUP OF INTRALINKS USERS RE: CERTAIN RETENTION ISSUES (.20); |
| | | | | | 0.20 | F | 6 POST MATERIALS REGARDING THE RETENTION OF JPMORGAN SECURITIES (.20); |
| | | | | | 0.30 | F | 7 ADD CERTAIN MATERIALS TO INTRALINKS RE: MATTERS BEFORE THE COMMITTEE'S NEXT SCHEDULED MEETING(.30); |
| | | | | | 0.40 | F | 8 TELEPHONE CONFERENCES WITH Y. KIM OF ALIXPARTNERS RE: ASSIST WITH INTRALINKS POSTING OF WEEKLY STATUS REPORT (.40). |
| 02/11/09 Wed | Chan, S 1313432008/28 | 3.40 | 3.40 | 833.00 | | | *MATTER NAME: Asset Disposition/Sale* |
| | | | | | | F | 1 REVIEWED AND ORGANIZED MATERIALS IN FASTBALL DATAROOM, DISTRIBUTED DOCUMENTS. |
| 02/12/09 Thu | Bava, D 1313432002/130 | 1.80 | 0.20 | 52.00 | | | *MATTER NAME: Bankruptcy General* |
| | | | | | 0.20 | F | 1 REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 3 REVIEW FILES RE: PLEADINGS SCHEDULED FOR HEARING ON FEBRUARY 20, 2009 (.40); |
| | | | | | 1.00 | F | 4 ORGANIZATION OF CURRENT HEARING MATERIALS RE: MOTIONS SCHEDULED TO BE HEARD ON FEBRUARY 20TH (1.0). |
| 02/13/09 Fri | Bava, D 1313432002/131 | 0.80 | 0.60 | 156.00 | | | *MATTER NAME: Bankruptcy General* |
| | | | | | 0.20 | F | 1 REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 3 POST CERTAIN SALE TRANSACTION REQUESTS FOR INFORMATION TO INTRALINKS (.40). |
| 02/13/09 Fri | Deutsch, D 1313432008/40 | 2.70 | 0.10 | 62.50 | | | *MATTER NAME: Asset Disposition/Sale* |
| | | | | | 0.20 | F | 1 REVIEW VARIOUS E-MAILS ON REQUEST TO DEBTORS RE: CUBS TRANSACTION (.2); |
| | | | | | 0.20 | F | 2 FOLLOW-UP AND DRAFT E-MAILS RELATED TO SAME (.2); |
| | | | | | 0.20 | F | 3 REVIEW E-MAIL FROM LARRY KWON ON VISA/MC SETTLEMENT ISSUE AND RESPOND TO SAME (.2); |
| | | | | | 0.10 | F | 4 EXCHANGE E-MAILS ON OPEN CUBS ISSUE WITH MARC ALPERT AND MOELIS (.1); |
| | | | | | 1.10 | F | 5 REVIEW VARIOUS E-MAILS RE: DRAFT LETTER TO DEBTORS RE: CUBS INFORMATION REQUESTS AND RELATED EXHIBITS AND UPDATE MATERIALS TO REFLECT SAME (1.1); |
| | | | | | 0.50 | F | 6 EXCHANGED E-MAILS AND CALLS WITH COMMITTEE'S AND SENIOR LENDERS' PROFESSIONALS RE: FOLLOW-UP ON VARIOUS PENDING CUBS TRANSACTION MATTERS (.5); |
| | | | | | 0.30 | F | 7 EXCHANGE E-MAILS AND CALLS RE: FORMATION AGREEMENT ISSUES (.3); |
| | | | | | 0.10 | F | 8 FOLLOW-UP ON POSTING CUBS-RELATED LETTER TO INTRALINKS (.1). |
| 02/16/09 Mon | Bava, D 1313432002/132 | 0.80 | 0.60 | 156.00 | | | *MATTER NAME: Bankruptcy General* |
| | | | | | 0.20 | F | 1 REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.40 | F | 3 POST CERTAIN RETENTION MATERIAL AND EXPLANATORY MEMORANDA TO INTRALINKS (.40). |
| 02/17/09 Tue | Bava, D 1313432002/133 | 1.10 | 0.20 | 52.00 | | | *MATTER NAME: Bankruptcy General* |
| | | | | | 0.20 | F | 1 REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20); |
| | | | | | 0.20 | F | 2 REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20); |
| | | | | | 0.50 | F | 3 WESTLAW RESEARCH, D&B DATABASES, RE: CORPORATE STATUS/DESIGNATION INFORMATION REGARDING VARIOUS NON-DEBTOR ENTITIES (.50); |
| | | | | | 0.20 | F | 4 DRAFT CHART (.20). |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 6 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

| DATE | TIMEKEEPER NAME | ENTRY HOURS | HOURS | FEES | TASK HOURS | ~ | | DESCRIPTION |
|------|----------------|-------------|-------|------|------------|---|---|-------------|
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/18/09 | Bava, D | 0.40 | 0.20 | 52.00 | 0.20 | F | 1 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20): |
| Wed | 1313432002/137 | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES AND RECENTLY FILED HEARING AGENDA (.20). |
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/19/09 | Bava, D | 1.30 | 0.20 | 52.00 | 0.20 | F | 1 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20): |
| Thu | 1313432002/138 | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20): |
| | | | | | 0.40 | F | 3 | REORGANIZATION OF LEGAL RESEARCH RE: CASES REGARDING SECTION 548 (.40): |
| | | | | | 0.10 | F | 4 | REVISE INDEX (.10): |
| | | | | | 0.40 | F | 5 | WESTLAW AND LEXIS SEARCHES, CORPORATE FILINGS DATABASES, RE: CORPORATE STATUS OF TRIBUNE ND, INC. AND TRIBUNE INTERACTIVE (.40). |
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/20/09 | Bava, D | 0.70 | 0.20 | 52.00 | 0.50 | F | 1 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.50): |
| Fri | 1313432002/158 | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |
| | | | | | | | | *MATTER NAME: Review of PrePetition Financings* |
| 02/25/09 | Danielson, T | 0.50 | 0.50 | 87.50 | | F | 1 | RESEARCH AND RETRIEVE MATERIALS FOR G.BRADSHAW. |
| Wed | 1313432019/536 | | | | | | | |
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/26/09 | Bava, D | 1.90 | 0.70 | 182.00 | 0.20 | F | 1 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20): |
| Thu | 1313432002/159 | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20): |
| | | | | | 0.40 | F | 3 | REVIEW FILES RE: FORM OF ALTERNATE DISPUTE RESOLUTION MOTION (.40): |
| | | | | | 0.60 | F | 4 | REVIEW FILES RE: EXAMINER REPORT (.60): |
| | | | | | 0.50 | F | 5 | POST MATERIALS TO INTRALINKS RE: MINUTES OF COMMITTEE MEETING AND CONFIDENTIAL SUPPLEMENT (.50). |
| | | | | | | | | *MATTER NAME: Bankruptcy General* |
| 02/27/09 | Bava, D | 0.40 | 0.20 | 52.00 | 0.20 | F | 1 | REVIEW AND ANALYSIS OF DOCKET SHEET RE: DAILY CASE ACTIVITY (.20): |
| Fri | 1313432002/160 | | | | 0.20 | F | 2 | REVIEW, REVISE AND FINALIZE CASE CALENDAR BASED ON CURRENT DOCKET ENTRIES (.20). |

|  | | | 33.70 | $8,687.00 | | | | |
|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | |
| Number of Entries: | 47 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT L  PAGE 7 of 8

EXHIBIT L

CLERICAL ACTIVITIES

Chadbourne & Parke LLP

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER NAME | HOURS | FEES |
|---|---|---|
| Bava, D | 23.90 | 6,214.00 |
| Chan, S | 3.90 | 955.50 |
| Danielson, T | 0.50 | 87.50 |
| Deutsch, D | 0.10 | 62.50 |
| Garry, K | 1.50 | 285.00 |
| Lamb, H | 3.10 | 806.00 |
| Porter, J | 0.70 | 276.50 |
| | 33.70 | $8,687.00 |

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | HOURS | FEES |
|---|---|---|
| Asset Disposition/Sale | 4.00 | 1,018.00 |
| Bankruptcy General | 24.60 | 6,490.50 |
| Committee Meetings | 0.50 | 130.00 |
| DIP Financing | 1.50 | 285.00 |
| Fee/Retention Applications | 2.60 | 676.00 |
| Review of PrePetition Financings | 0.50 | 87.50 |
| | 33.70 | $8,687.00 |

(--) REASONS FOR TASK HOUR ASSIGNMENTS

F        FINAL BILL

EXHIBIT L  PAGE 8 of 8

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| 01/02/09 | 1313412002/136 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: HELEN LAMB TIME OF DAY: (H:M:S): 17:24 210593<br>342Number of units: 5 |
| 01/02/09 | 1313412002/123 | 1.40 | 0.70 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: MEGHAN TOWERS TIME OF DAY: (H:M:S): 14:57 481222<br>329Number of units: 7 |
| 01/02/09 | 1313412002/117 | 0.80 | 0.40 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: MAYA NAIR TIME OF DAY: (H:M:S): 22:21 511363<br>323Number of units: 4 |
| 01/02/09 | 1313412002/116 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: MAYA NAIR TIME OF DAY: (H:M:S): 23:18 511362<br>322Number of units: 5 |
| 01/02/09 | 1313412002/115 | 2.00 | 1.00 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: FRANCISCO VAZQUEZ TIME OF DAY: (H:M:S): 17:23 511284<br>321Number of units: 10 |
| 01/02/09 | 1313412002/137 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: MEGHAN TOWERS TIME OF DAY: (H:M:S): 14:15 210593<br>343Number of units: 5 |
| 01/02/09 | 1313412002/139 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: HELEN LAMB TIME OF DAY: (H:M:S): 17:32 210602<br>345Number of units: 5 |
| 01/02/09 | 1313412002/138 | 0.40 | 0.20 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: HELEN LAMB TIME OF DAY: (H:M:S): 17:28 210601<br>344Number of units: 2 |
| 01/04/09 | 1313412002/141 | 0.40 | 0.20 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 12:35 210601<br>347Number of units: 2 |
| 01/04/09 | 1313412002/142 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 12:35 210602<br>348Number of units: 5 |
| 01/04/09 | 1313412002/140 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 12:35 210593<br>346Number of units: 5 |
| 01/05/09 | 1313412002/319 | 0.60 | 0.30 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 10:36 SCAN FILE 881319<br>525Number of units: 3 |
| 01/05/09 | 1313412002/158 | 0.20 | 0.10 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 16:08 481281<br>364Number of units: 1 |
| 01/05/09 | 1313412002/157 | 1.20 | 0.60 | MATTER NAME: 19804.002 - Bankruptcy General<br>REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 20:51 481116<br>363Number of units: 6 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/122 | 0.80 | 0.40 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 13:47 511416 |
| | | | | 328Number of units: 4 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/121 | 0.80 | 0.40 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 13:45 511416 |
| | | | | 327Number of units: 4 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/120 | 1.60 | 0.80 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 13:21 511416 |
| | | | | 326Number of units: 8 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/119 | 3.20 | 1.60 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 12:15 511416 |
| | | | | 325Number of units: 16 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/118 | 2.20 | 1.10 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 11:12 511284 |
| | | | | 324Number of units: 11 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/166 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 21:49 210621 |
| | | | | 372Number of units: 5 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/318 | 1.20 | 0.60 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 10:35 SCAN FILE 881318 |
| | | | | 524Number of units: 6 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/317 | 1.20 | 0.60 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 10:35 SCAN FILE 881317 |
| | | | | 523Number of units: 6 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/254 | 1.60 | 0.80 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 12:18 881422 |
| | | | | 460Number of units: 8 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/05/09 | 1313412002/253 | 12.00 | 6.00 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 10:58 881349 |
| | | | | 459Number of units: 60 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/180 | 1.60 | 0.80 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:28 511362 |
| | | | | 386Number of units: 8 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/181 | 0.60 | 0.30 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 15:10 511363 |
| | | | | 387Number of units: 3 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/182 | 0.20 | 0.10 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 15:14 511363 |
| | | | | 388Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/183 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:17 511363 |
| | | | | 389Number of units: 5 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/184 | 0.40 | 0.20 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 12:46 511535 390Number of units: 2 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/212 | 0.20 | 0.10 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 18:23 481281 418Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/175 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:34 511284 381Number of units: 10 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/223 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 18:13 210621 429Number of units: 10 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/258 | 25.60 | 12.80 | REPRODUCTION USER'S NAME: GARDNER, NORMAN TIME OF DAY: (H:M:S): 17:45 883124 464Number of units: 128 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/179 | 1.20 | 0.60 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 14:39 511362 385Number of units: 6 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/178 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:35 511284 384Number of units: 9 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/177 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 14:19 511284 383Number of units: 9 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/176 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 12:30 511284 382Number of units: 9 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/06/09 | 1313412002/213 | 0.20 | 0.10 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 18:16 481294 419Number of units: 1 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/185 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: FRANCISCO VAZQUEZ TIME OF DAY: (H:M:S): 17:58 511284 391Number of units: 10 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/186 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:29 511284 392Number of units: 10 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/187 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:04 511284 393Number of units: 10 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/188 | 2.00 | 1.00 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:06 511284 394Number of units: 10 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| 01/07/09 | 1313412002/189 | 2.00 | 1.00 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:33 511284 <br> 395Number of units: 10 |
| 01/07/09 | 1313412002/190 | 1.80 | 0.90 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: FRANCISCO VAZQUEZ TIME OF DAY: (H:M:S): 17:59 511362 <br> 396Number of units: 9 |
| 01/07/09 | 1313412002/191 | 1.80 | 0.90 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:48 511362 <br> 397Number of units: 9 |
| 01/07/09 | 1313412002/192 | 1.80 | 0.90 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:12 511362 <br> 398Number of units: 9 |
| 01/07/09 | 1313412002/193 | 1.80 | 0.90 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:31 511362 <br> 399Number of units: 9 |
| 01/07/09 | 1313412002/194 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: FRANCISCO VAZQUEZ TIME OF DAY: (H:M:S): 18:00 511363 <br> 400Number of units: 5 |
| 01/07/09 | 1313412002/195 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:54 511363 <br> 401Number of units: 5 |
| 01/07/09 | 1313412002/196 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 16:52 511363 <br> 402Number of units: 5 |
| 01/07/09 | 1313412002/197 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 16:58 511363 <br> 403Number of units: 5 |
| 01/07/09 | 1313412002/198 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:05 511363 <br> 404Number of units: 5 |
| 01/07/09 | 1313412002/199 | 1.00 | 0.50 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 17:43 511363 <br> 405Number of units: 5 |
| 01/07/09 | 1313412002/200 | 0.20 | 0.10 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: ANGIE BELEVAN TIME OF DAY: (H:M:S): 16:30 511685 <br> 406Number of units: 1 |
| 01/07/09 | 1313412002/201 | 0.40 | 0.20 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 16:09 511685 <br> 407Number of units: 2 |
| 01/07/09 | 1313412002/202 | 0.40 | 0.20 | MATTER NAME: 19804.002 - Bankruptcy General <br> REPRODUCTION USER`S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 16:18 511685 <br> 408Number of units: 2 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/214 | 3.60 | 1.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 11:04 481382 |
| | | | | 420Number of units: 18 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/07/09 | 1313412002/215 | 3.60 | 1.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 18:54 481382 |
| | | | | 421Number of units: 18 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/203 | 4.00 | 2.00 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:13 511284 |
| | | | | 409Number of units: 20 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/204 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 10:16 511362 |
| | | | | 410Number of units: 9 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/225 | 0.80 | 0.40 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 17:43 210681 |
| | | | | 431Number of units: 4 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/224 | 2.80 | 1.40 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 14:21 210664 |
| | | | | 430Number of units: 14 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/217 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 11:35 481453 |
| | | | | 423Number of units: 5 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/216 | 0.80 | 0.40 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 11:35 481382 |
| | | | | 422Number of units: 4 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/207 | 0.80 | 0.40 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 12:31 511774 |
| | | | | 413Number of units: 4 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/206 | 0.60 | 0.30 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 18:23 511774 |
| | | | | 412Number of units: 3 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/08/09 | 1313412002/205 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: LUCILLE BONILLA TIME OF DAY: (H:M:S): 11:45 511363 |
| | | | | 411Number of units: 5 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/09/09 | 1313412002/313 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: KRONSTADT, ALISON TIME OF DAY: (H:M:S): 15:37 SCAN FILE 886970 |
| | | | | 519Number of units: 9 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/09/09 | 1313412002/314 | 0.40 | 0.20 | REPRODUCTION USER'S NAME: PORTER, JASON TIME OF DAY: (H:M:S): 16:00 SCAN FILE 886990 |
| | | | | 520Number of units: 2 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/09/09 | 1313412002/310 | 3.80 | 1.90 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 12:37 SCAN FILE 886868 |
| | | | | 516Number of units: 19 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/311 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: KRONSTADT, ALISON TIME OF DAY: (H:M:S): 15:27 SCAN FILE 886961 |
| | | | | 517Number of units: 9 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/312 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: KRONSTADT, ALISON TIME OF DAY: (H:M:S): 15:30 SCAN FILE 886963 |
| | | | | 518Number of units: 9 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/208 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: FRANCISCO VAZQUEZ TIME OF DAY: (H:M:S): 17:21 511363 |
| | | | | 414Number of units: 5 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/209 | 2.40 | 1.20 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 09:46 511774 |
| | | | | 415Number of units: 12 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/210 | 0.40 | 0.20 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 09:59 511774 |
| | | | | 416Number of units: 2 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/218 | 3.60 | 1.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 11:07 481382 |
| | | | | 424Number of units: 18 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/315 | 0.60 | 0.30 | REPRODUCTION USER'S NAME: PORTER, JASON TIME OF DAY: (H:M:S): 16:02 SCAN FILE 886992 |
| | | | | 521Number of units: 3 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/316 | 1.80 | 0.90 | REPRODUCTION USER'S NAME: KRONSTADT, ALISON TIME OF DAY: (H:M:S): 17:17 SCAN FILE 887077 |
| | | | | 522Number of units: 9 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/249 | 4.80 | 2.40 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 11:10 886811 |
| | | | | 455Number of units: 24 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/250 | 5.20 | 2.60 | REPRODUCTION USER'S NAME: PENDER, SHEILA TIME OF DAY: (H:M:S): 12:34 886870 |
| | | | | 456Number of units: 26 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/09/09 | 1313412002/211 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: SHEILA PENDER TIME OF DAY: (H:M:S): 14:23 511913 |
| | | | | 417Number of units: 5 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/10/09 | 1313412002/226 | 1.00 | 0.50 | REPRODUCTION USER'S NAME: DOUGLAS DEUTSCH TIME OF DAY: (H:M:S): 10:23 210556 |
| | | | | 432Number of units: 5 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/12/09 | 1313412002/243 | 3.60 | 1.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 13:31 481382 |
| | | | | 449Number of units: 18 |
| | | | | MATTER NAME: 19804.002 - Bankruptcy General |
| 01/12/09 | 1313412002/251 | 137.00 | 68.50 | REPRODUCTION USER'S NAME: GARDNER, NORMAN TIME OF DAY: (H:M:S): 18:19 889229 |
| | | | | 457Number of units: 685 |

EXHIBIT O

Photocopies at $0.20

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY# | AMOUNT BILLED | QUESTIONED AMOUNT | DESCRIPTION |
|------|----------------|---------------|-------------------|-------------|
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/12/09 | 1313412002/245 | 0.60 | 0.30 | REPRODUCTION USER'S NAME: DAVID BAVA TIME OF DAY: (H:M:S): 17:32 481727 |
| | | | | 451Number of units: 3 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/12/09 | 1313412002/219 | 3.60 | 1.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 11:13 481382 |
| | | | | 425Number of units: 18 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/12/09 | 1313412002/244 | 1.60 | 0.80 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 18:53 481716 |
| | | | | 450Number of units: 8 |
| | | | | *MATTER NAME: 19804.002 - Bankruptcy General* |
| 01/13/09 | 1313412002/475 | 7.20 | 3.60 | REPRODUCTION USER'S NAME: JASON PORTER TIME OF DAY: (H:M:S): 12:04 481382 |
| | | | | 681Number of units: 36 |
| | | $309.00 | $154.50 | |

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 12/18/08 | 1313412002/174 | 101.49 | | 101.49 | CARFARE CSEIFE, H. FROM: 401 7 AV M PENNSYLVANI TO: A 2 WILLOW AVE LARCHMONT1 00000.000 > MAT |
| | | | | | * 380Number of units: 1 |
| 12/29/08 | 1313412002/561 | 28.56 | | 28.56 | CARFARE SMITH CHERYL 50 W 50 ST E 85 ST 0031242 437417 |
| | | | | | * 767Number of units: 1 |
| 12/29/08 | 1313412002/568 | 58.14 | | 58.14 | CARFARE GREEN TIMOTHY 257 FENIMORE ST 30 ROCKEFELLER PLAZ 0031240 437417 |
| | | | | | * 774Number of units: 1 |
| 12/30/08 | 1313412002/640 | 59.16 | | 59.16 | CARFARE BELEVAN ANGIE 49 W 49 ST OAKLAND GARDENS 0220645 437938 |
| | | | | | * 846Number of units: 1 |
| 12/30/08 | 1313412002/563 | 108.62 | | 108.62 | CARFARE ALPERT MARC A. 50 W 50 ST HICKSVILLE 0035605 437417 |
| | | | | | * 769Number of units: 1 |
| 12/31/08 | 1313412002/4 | 7.00 | | 7.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 12/29 H.M. LAMB |
| | | | | | * 210Number of units: 1 |
| 12/31/08 | 1313412002/5 | 8.00 | | 8.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 12/30 H.M. LAMB |
| | | | | | * 211Number of units: 1 |
| 12/31/08 | 1313412002/566 | 24.48 | | 24.48 | CARFARE BERSON SCOTT D. 49 W 49 ST 350 W 50 ST 0166672 437417 |
| | | | | | * 772Number of units: 1 |
| 12/31/08 | 1313412002/562 | 28.56 | | 28.56 | CARFARE MUELLER ROBERT 317 W 105 ST 49 W 49 ST 0033501 437417 |
| | | | | | * 768Number of units: 1 |
| 01/01/09 | 1313412002/564 | 41.31 | | 41.31 | CARFARE ISLER JASON 1309 5 AVE 49 W 49 ST 0033504 437417 |
| | | | | | * 770Number of units: 1 |
| 01/01/09 | 1313412002/565 | 35.70 | | 35.70 | CARFARE ONDREJKA M 49 W 49 ST 540 FT WASHINGTON A 0033505 437417 |
| | | | | | * 771Number of units: 1 |
| 01/04/09 | 1313412002/567 | 30.60 | | 30.60 | CARFARE MUELLER ROBERT 317 W 105 ST 49 W 49 ST 0204041 437417 |
| | | | | | * 773Number of units: 1 |
| 01/12/09 | 1313412002/156 | 15.00 | | 15.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 01/05 J. PORTER |
| | | | | | * 362Number of units: 1 |
| 01/12/09 | 1313412002/114 | 24.85 | | 24.85 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 12/29&30 A. KRONSTADT |
| | | | | | * 320Number of units: 1 |
| 01/16/09 | 1313412002/519 | 44.00 | | 44.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS & MTA 12/20 ,27 ,29&30 D. DEUTSCH |
| | | | | | * 725Number of units: 1 |
| 01/20/09 | 1313412002/829 | 46.92 | | 46.92 | CARFARE MARKSON EDOUARD S. 50 W 50 ST 68 GREENE AVE 0586584 439096 |
| | | | | | * 1035Number of units: 1 |

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 01/20/09 | 1313412002/832 | 28.56 | | 28.56 | CARFARE BETHEIL BLAKE 50 W 50 ST 184 THOMPSON ST 0033574 439096<br>*  1038Number of units: 1 |
| 01/20/09 | 1313412002/824 | 93.84 | | 93.84 | CARFARE ALPERT MARC A. 50 W 50 ST HICKSVILLE 0035607 438460<br>*  1030Number of units: 1 |
| 01/21/09 | 1313412002/834 | 93.84 | | 93.84 | CARFARE ALPERT MARC 50 W 50 ST HICKSVILLE 0035608 439096<br>*  1040Number of units: 1 |
| 01/22/09 | 1313412002/833 | 72.42 | | 72.42 | CARFARE GREEN TIMOTHY 257 FENIMORE ST 30 ROCKEFELLER PLAZ 0033586 439096<br>*  1039Number of units: 1 |
| 01/22/09 | 1313412002/835 | 58.14 | | 58.14 | CARFARE MARKSON EDOUARD S. 50 W 50 ST 68 GREEN ST 0608488 439096<br>*  1041Number of units: 1 |
| 01/22/09 | 1313432002/279 | 29.58 | | 29.58 | CARFARE BETHEIL BLAKE 50 W 50 ST BLEECKER ST 0033585 439698<br>*  453Number of units: 1 |
| 01/22/09 | 1313412002/569 | 9.40 | | 9.40 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 12/30 G. BRADSHAW<br>*  775Number of units: 1 |
| 01/26/09 | 1313412002/831 | 54.06 | | 54.06 | CARFARE GIANNINI JOSEPH F. 49 W 49 ST 827 WASHINGTON ST 0204326 439096<br>*  1037Number of units: 1 |
| 01/27/09 | 1313432002/277 | 49.98 | | 49.98 | CARFARE DEUTSCH DOUGLAS E. 425 WEST END AVE LAGUARDIA AIRPORT 0029924 439698<br>*  451Number of units: 1 |
| 01/27/09 | 1313432002/278 | 28.56 | | 28.56 | CARFARE SILVERMAN LIDA 50 W 50 ST 40 PARK AVE 0034408 439698<br>*  452Number of units: 1 |
| 01/28/09 | 1313412002/705 | 8.00 | | 8.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 01/21 R.M. LEDER<br>*  911Number of units: 1 |
| 01/28/09 | 1313412002/706 | 34.00 | | 34.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER MTA & TAXIS 01/02 ,06 ,13 & 18 D. DEUTSCH<br>*  912Number of units: 1 |
| 01/28/09 | 1313412002/707 | 77.00 | | 77.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 01/04 ,05 ,07 ,10 ,14 ,18 & 20 D. DEUTSCH<br>*  913Number of units: 1 |
| 01/29/09 | 1313412002/830 | 30.60 | | 30.60 | CARFARE MUELLER ROBERT 317 W 105 ST 49 W 49 ST 0034416 439096<br>*  1036Number of units: 1 |
| 02/02/09 | 1313432002/542 | 54.06 | | 54.06 | CARFARE GIANNINI JOSEPH F. 49 W 49 ST HOBOKEN 0636507 440318<br>*  716Number of units: 1 |
| 02/03/09 | 1313432002/539 | 54.06 | | 54.06 | CARFARE GIANNINI@ JOSEPH F. 49 W 49 ST HOBOKEN 0223915 440318<br>*  713Number of units: 1 |

EXHIBIT P

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Carfare (Late Night/Weekends) | | | | | |
| 02/04/09 | 1313432002/2 | 31.80 | | 31.80 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 01/26&27 J. PORTER<br>* 176Number of units: 1 |
| 02/04/09 | 1313432002/3 | 9.00 | | 9.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 01/28 Y. YOO<br>* 177Number of units: 1 |
| 02/04/09 | 1313432002/538 | 54.06 | | 54.06 | CARFARE GIANNINI JOSEPH F. 49 W 49 ST HOBOKEN 0192213 440318<br>* 712Number of units: 1 |
| 02/06/09 | 1313432002/540 | 64.26 | | 64.26 | CARFARE GIANNINI JOSEPH F. 49 W 49 ST HOBOKEN 0223919 440318<br>* 714Number of units: 1 |
| 02/06/09 | 1313432002/537 | 115.26 | | 115.26 | CARFARE 10/6ALPERT MARC 49 W 49 ST 15 OTSEAGO PL 0034455 440318<br>* 711Number of units: 1 |
| 02/11/09 | 1313432002/541 | 99.96 | | 99.96 | CARFARE BERSON SCOTT D. 49 W 49 ST WOODCLIFF LAKE 0589862 440318<br>* 715Number of units: 1 |
| 02/12/09 | 1313432002/153 | 8.00 | | 8.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 02/05 H. LAMB<br>* 327Number of units: 1 |
| 02/20/09 | 1313432002/398 | 19.00 | | 19.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 01/21&26 D. DEUTSCH<br>* 572Number of units: 1 |
| 02/20/09 | 1313432002/397 | 10.20 | | 10.20 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 02/11 G. BRADSHAW<br>* 571Number of units: 1 |
| 02/27/09 | 1313432002/518 | 58.00 | | 58.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 02/03 ,10 ,12 ,13&14 D. DEUTSCH<br>* 692Number of units: 1 |
| 02/27/09 | 1313432002/517 | 14.00 | | 14.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXI 02/11 M. TOWERS<br>* 691Number of units: 1 |
| 02/27/09 | 1313432002/500 | 31.00 | | 31.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER TAXIS 02/11 ,17 & 19 D. DEUTSCH<br>* 674Number of units: 1 |
| 02/27/09 | 1313432002/501 | 10.00 | | 10.00 | CARFARE - VENDOR: EDWARD CHIN- PETTY CASHIER CAR ALLOW 02/17 A. WALKER<br>* 675Number of units: 1 |
| | | 1,963.03 | | 1,963.03 | |

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 12/30/08 | 1313412002/715 | 30.96 | | 30.96 | MEALS NAMES OF DINERS: BRADSHAW, GILBERT REFERENCE NO: 104406915 NAME OF RESTAURANT: MARIACHI' S APPROVED BY: GILBERT BRADSHAW<br>* 921Number of units: 1 |
| 12/30/08 | 1313412002/716 | 24.77 | | 24.77 | MEALS NAMES OF DINERS: BERSON, SCOTT REFERENCE NO: 104413080 NAME OF RESTAURANT: BLUE CHILI RESTAURANT APPROVED BY: SCOTT BERSON<br>* 922Number of units: 1 |
| 12/30/08 | 1313412002/714 | 29.15 | | 29.15 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 104398518 NAME OF RESTAURANT: BURGER HEAVEN (49TH ST.) APPROVED BY: DOUGLAS DEUTSCH<br>* 920Number of units: 1 |
| 12/31/08 | 1313412002/3 | 7.36 | | 7.36 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL WORKED WEEKEND 12/20 J. PORTER<br>* 209Number of units: 1 |
| 01/05/09 | 1313432002/519 | 29.15 | | 29.15 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 104709702 NAME OF RESTAURANT: BURGER HEAVEN (49TH ST.) APPROVED BY: DOUGLAS DEUTSCH<br>* 693Number of units: 1 |
| 01/09/09 | 1313412002/527 | 15.93 | | 15.93 | BUSINESS MEALS 50% NAMES OF DINERS: LEDER REFERENCE NO: 2009010286 NUMBER OF DINERS: 1<br>* 733Number of units: 1 |
| 01/13/09 | 1313432002/522 | 19.98 | | 19.98 | MEALS NAMES OF DINERS: PORTER, JASON REFERENCE NO: 105497157 NAME OF RESTAURANT: GOOD HEALTH BURGERS APPROVED BY: JASON PORTER<br>* 696Number of units: 1 |
| 01/13/09 | 1313432002/521 | 26.10 | | 26.10 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 105499674 NAME OF RESTAURANT: BURGER HEAVEN (49TH ST.) APPROVED BY: DOUGLAS DEUTSCH<br>* 695Number of units: 1 |
| 01/14/09 | 1313432002/520 | 26.32 | | 26.32 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 105626208 NAME OF RESTAURANT: BURGER HEAVEN (49TH ST.) APPROVED BY: DOUGLAS DEUTSCH<br>* 694Number of units: 1 |
| 01/16/09 | 1313412002/518 | 29.45 | | 29.45 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEALS WORKED LATE 12/20 ,27&29 D. DEUTSCH<br>* 724Number of units: 1 |
| 01/19/09 | 1313432002/523 | 31.04 | | 31.04 | MEALS NAMES OF DINERS: BRADSHAW, GILBERT REFERENCE NO: 106000062 NAME OF RESTAURANT: HAVANA CENTRAL (TIME SQUARE) APPROVED BY: GILBERT BRADSHAW<br>* 697Number of units: 1 |
| 01/20/09 | 1313412002/530 | 9.19 | | 9.19 | BUSINESS MEALS - VENDOR: HOWARD SEIFE 1/15/09 PRIMO CAPPUCCINO-DE-HOWARD SEIFE C&P PARTNER-LUNCH WHILE ATTENDING COURT HEARING<br>* 736Number of units: 1 |
| 01/21/09 | 1313432002/524 | 24.33 | | 24.33 | MEALS NAMES OF DINERS: BETHEIL, BLAKE REFERENCE NO: 106241679 NAME OF RESTAURANT: CAFE BASIL APPROVED BY: BLAKE BETHEIL<br>* 698Number of units: 1 |

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 01/26/09 | 1313432002/598 | 26.44 | | 26.44 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 106662480 NAME OF RESTAURANT: GOODBURGER (LEX) APPROVED BY: DOUGLAS DEUTSCH<br>* 772Number of units: 1 |
| 01/28/09 | 1313412002/702 | 46.75 | | 46.75 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEALS WORKED LATE & WEEKEND 01/02 ,06 ,08 ,10& 19 D. DEUTSCH<br>* 908Number of units: 1 |
| 01/28/09 | 1313412002/701 | 17.85 | | 17.85 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL WORKED LATE 01/21 T. MARKSON<br>* 907Number of units: 1 |
| 01/28/09 | 1313432002/600 | 22.84 | | 22.84 | MEALS NAMES OF DINERS: PORTER, JASON REFERENCE NO: 106896327 NAME OF RESTAURANT: CAFE SPICE EXPRESS APPROVED BY: JASON PORTER<br>* 774Number of units: 1 |
| 01/28/09 | 1313412002/704 | 55.96 | | 55.96 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEALS WORKED LATE & WEEKEND 01/04 ,07 ,18&20 D. DEUTSCH<br>* 910Number of units: 1 |
| 01/29/09 | 1313432002/599 | 26.90 | | 26.90 | MEALS NAMES OF DINERS: GIANNINI, JOSEPH REFERENCE NO: 107014983 NAME OF RESTAURANT: HARU ON BROADWAY (MIN 12% P) APPROVED BY: JOSEPH GIANNINI<br>* 773Number of units: 1 |
| 02/02/09 | 1313432002/605 | 26.89 | | 26.89 | MEALS NAMES OF DINERS: GIANNINI, JOSEPH REFERENCE NO: 107326080 NAME OF RESTAURANT: PITA GRILL OF HELL`S KITCHEN APPROVED BY: JOSEPH GIANNINI<br>* 779Number of units: 1 |
| 02/03/09 | 1313432002/602 | 20.80 | | 20.80 | MEALS NAMES OF DINERS: GIANNINI, JOSEPH REFERENCE NO: 107456796 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: JOSEPH GIANNINI<br>* 776Number of units: 1 |
| 02/03/09 | 1313432002/608 | 30.88 | | 30.88 | MEALS NAMES OF DINERS: DYE, BONNIE REFERENCE NO: 107432295 NAME OF RESTAURANT: CONNOLLYS IRISH PUB & RANT APPROVED BY: BONNIE DYE<br>* 782Number of units: 1 |
| 02/03/09 | 1313432002/606 | 30.45 | | 30.45 | MEALS NAMES OF DINERS: BRADSHAW, GILBERT REFERENCE NO: 107430420 NAME OF RESTAURANT: LILI S 57 (57TH STREET) APPROVED BY: GILBERT BRADSHAW<br>* 780Number of units: 1 |
| 02/03/09 | 1313432002/601 | 28.92 | | 28.92 | MEALS NAMES OF DINERS: DEUTSCH, DOUGLAS REFERENCE NO: 107443518 NAME OF RESTAURANT: BURGER HEAVEN (49TH ST.) APPROVED BY: DOUGLAS DEUTSCH<br>* 775Number of units: 1 |
| 02/04/09 | 1313432002/1 | 27.89 | | 27.89 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEALS 01/20&26 J. PORTER<br>* 175Number of units: 1 |
| 02/04/09 | 1313432002/604 | 22.15 | | 22.15 | MEALS NAMES OF DINERS: GIANNINI, JOSEPH REFERENCE NO: 107562846 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: JOSEPH GIANNINI<br>* 778Number of units: 1 |

Overtime Expenses

Chadbourne & Parke LLP

| DATE | INVOICE/ENTRY # | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | DESCRIPTION |
|------|-----------------|---------------|---------------|----------------|-------------|
| Category: Late Night/Weekend Meals | | | | | |
| 02/06/09 | 1313432002/603 | 20.66 | | 20.66 | MEALS NAMES OF DINERS: GIANNINI, JOSEPH REFERENCE NO: 107779308 NAME OF RESTAURANT: ENERGY KITCHEN (2ND AVE) APPROVED BY: JOSEPH GIANNINI  *  777Number of units: 1 |
| 02/07/09 | 1313432002/607 | 30.11 | | 30.11 | MEALS NAMES OF DINERS: BRADSHAW, GILBERT REFERENCE NO: 107842050 NAME OF RESTAURANT: COSMIC DINER APPROVED BY: GILBERT BRADSHAW  *  781Number of units: 1 |
| 02/20/09 | 1313432002/395 | 7.91 | | 7.91 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL WORKED WEEKEND 02/14 F. VAZQUEZ  *  569Number of units: 1 |
| 02/20/09 | 1313432002/396 | 8.10 | | 8.10 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL WORKED LATE 01/22 D. DEUTSCH  *  570Number of units: 1 |
| 02/27/09 | 1313432002/498 | 25.49 | | 25.49 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEALS WORKED WEEKEND & LATE 02/14 & 17 D. DEUTSCH  *  672Number of units: 1 |
| 02/27/09 | 1313432002/499 | 8.10 | | 8.10 | MEALS - VENDOR: EDWARD CHIN- PETTY CASHIER MEAL WORKED LATE 02/12 D. DEUTSCH  *  673Number of units: 1 |
| | | 788.82 | | 788.82 | |
| Category: Paralegal Overtime | | | | | |
| 02/27/09 | 1313432002/652 | 35.55 | | 35.55 | PARALEGAL OVERTIME PR 02/27/2009- S.CHAN  *  826Number of units: .5 |
| 02/27/09 | 1313432002/650 | 592.90 | | 592.90 | PARALEGAL OVERTIME PR 02/27/2009- D.BAVA  *  824Number of units: 7.75 |
| 02/27/09 | 1313432002/651 | 604.27 | | 604.27 | PARALEGAL OVERTIME PR 02/27/2009- S.CHAN  *  825Number of units: 8.5 |
| | | 1,232.72 | | 1,232.72 | |
| | | $3,984.57 | | $3,984.57 | |