**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> TRIBUNE COMPANY, et al.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 08-13141 (KJC) <br><br> Jointly Administered |

**AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL**

STATE OF CALIFORNIA     )
                        :   ss.:
COUNTY OF LOS ANGELES   )

William Brody, being duly sworn, deposes and says:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; K1AH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

1. I am a shareholder of Buchalter Nemer, a Professional Corporation (the "Firm"), which maintains offices at 1000 Wilshire Boulevard, Suite 1500, Los Angeles, CA 90017-2457.

2. This Affidavit is submitted in connection with an Order of the United States Bankruptcy Court for the District of Delaware, entered on or about July 28, 2009, authorizing the above-captioned debtors in possession (each a "Debtor" and collectively, the "Debtors"), to employ and compensate certain professionals in the ordinary course of business during the pendency of these chapter 11 cases.

3. The Firm is being requested by certain Debtors to represent and advise such Debtors as legal counsel with respect to certain aspects of such Debtors' business operations. The Debtors have requested, and the Firm has agreed, to provide such services to the Debtors on a postpetition basis during the course of these chapter 11 cases.

4. The Firm's current customary rates, subject to change from time to time range from $200/hour to $600/hour for those professionals most likely to be involved in the work associated with the foreseeable assignments in this matter. In the normal course of its business, the Firm revises its billing rates each year and requests that, effective January of each year, the aforementioned rates be revised to the regular hourly rates which will be in effect at that time.

5. In the ordinary course of its business, the Firm maintains a database for purposes of performing "conflict checks." The Firm's database contains information regarding the Debtors' present and past representations. Pursuant to Federal Rule of Bankruptcy Procedure 2014(a), I obtained a list of the entities identified in Rule 2014(a) from counsel to the Debtors for purposes of searching the aforementioned database and determining the connection(s) which the Firm has with such entities. The Firm's search of the database identified the connections set forth in the schedule attached hereto as Exhibit 1.

6. Neither I nor any shareholder, director or officer of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm, as permitted by 11 U.S.C. §594(b).

7. I understand that any compensation paid to the Firm is subject to disallowance and/or disgorgement under 11 U.S.C. §328(c) and applicable law.

8. Neither I nor any shareholder, director, or officer, of, or professional employed by the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which the Firm is to be employed. If the Firm is not a law firm, the Firm does not hold an interest adverse to the Debtors' estates and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

9. The Debtors do not owe the Firm for prepetition services.

10. The Firm currently does not hold a retainer from the Debtors.

11. As of the Petition Date, the Firm was not party to a services agreement with the Debtors.

12. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

///

///

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2009

_____
Affiant

Sworn to and subscribed before me
this 12th day of August, 2009

_____
Notary Public

R. DUNN
Commission # 1744639
Notary Public - California
Los Angeles County
My Comm. Expires Jun 9, 2011

EXHIBIT 1

Schedule of Entities Indentified in the Firm's Data Base with Connections with certain Entities Identified in the List of Entities Provided by Counsel for the Debtors Under Rule 2014(a)

| | | |
|---|---|---|
| Abrams, Lee | New Commercial Capital | New York Life Insurance |
| Anderson, Julie | Osborn, William | Nomura |
| Asher, Mike | Shapiro, Mark | Onex |
| Baker, Cynthia | Zell, Samuel | Oppenheimer |
| Bennett, David | Bowater | Perry Corp. |
| Boyd, Kevin | Deutsche Bank | Phoenix Investment |
| Brown, Tom | Morgan J.P. | Pioneer Investment |
| Brown, Thomas | Chase | Putnam |
| Christie, Robert | Merrill Lynch | Quadrangle Group |
| Connor, Kevin | Canadian Bank | Sandell Asset |
| Davidson, Thomas | Canyon Capital | Sandelman Partners |
| Davis, Catherine | Capitalsource Finance | Scotia Capital |
| Farber, Steven | Carlyne Investment | Security Management Co. |
| Friedman, Andy | Universal | Wilmington Trust |
| Gamble, Rich | Paramount | Sumitomo |
| Moran, Roaldo | Sony | Taconic |
| Hunter, Tony | Twentieth Television | Varde Partners |
| Johnson, Kim | Warner Brothers | Wells Capital |
| Jones, Lee | 40/86 | Executive Risk |
| Kelly, Anne | ABN Amro | Federal Insurance |
| Levine, Jeff | ABP Investments | Hartford |
| Mitchell, Susan | Aegon | Illinois National |
| Sullivan, Scott | AIG | Indian Harbor |
| Thomas, Doug | Anchorage Capital | Lexington Insurance |
| O'Brien, Dennis | Angelo Gordon | Banc America |
| O'Connor, Mike | Banc Investment Group | Bank America |
| Patton, Rob | Bank America | Bank Montreal |
| Ramsey, Robert | Basso Capital | Bank New York |
| Ray, Charles | Barclays | First Interstate Bank |
| Ryan, Tim | Bear Sterns | Wilmington Trust |
| NBC | ING | Davis Polk |
| Thomas, Tim | Invesco | Wells Fargo |
| Weiner, Michael | Jefferson Pilot | Mayer Brown |
| Williams, David | Davidson Kempner | Cole Schotz |
| Williams, Roger | Lyon Capital | Deloitte Touche |
| Wilson, Ann | Metropolitan Insurance | Edelman |
| Wilson, Ed | Metropolitan West Asset | Jenner Block |
| Wolf, Ed | Garda | Jones Day |
| Young, Joseph | Levine Leichtman | Lazard  Freres |

BN 4073653v2

| | |
|---|---|
| Morgan Lewis Bockius | Wallace, Curtis |
| Navigant | Neil, Daniel |
| Nixon Peabody | Kissi, David |
| Paul Hastings | Sylvester, Donald |
| Pricewaterhousecoopers | Allen, James |
| Price Waterhouse | Thomas, Jessy |
| Reed Smith | Lawson, Jo Anne |
| Sidley Austin | Eastern Financial |
| Chubb | Arnett, Ed |
| Southwest Airlines | Johnson, Edward |
| Warner Communication | First United Bank |
| Cellular U.S. | Gallagher's |
| Lloyd's | Accident Center |
| Zurich | Nelson, Jack |
| Arby's | Allen, James |
| Cablevision | Treuhaft, Robert |
| Carl's Jr. | Lacey, Robert |
| Carnival | Smithers, Shirley |
| Domino's | Johnson, Joyce |
| Dunkin Donuts | Owens, Michael |
| Foodmaker | Realty Executives |
| General Mills | TV Guide |
| Glaxo | Tweeter Home |
| Chevy | U.S. Bank National |
| ITT Educational | Cruz, Victor |
| Kraft | Canyon Corp. |
| Lincoln Technical | Catellus Development |
| Lowes | Davis Partners |
| Procter Gamble | L&L Holding |
| Progressive Insurance | L&L Realty |
| Six Flags | Majestic Realty |
| Viacom | Microsoft |
| Volkswagen | Wells Fargo |
| Wachovia | Walsh, Peter |
| Washington Mutual | Kenney, Mark |
| Kentucky Fried | Goldman Sachs |
| KFC | Camden Partnership |
| Pizza Hut | Citadel |
| Taco Bell | Sandelman |
| Martin, Andy | Hearst Corporation |
| Arco | Sunbeam |
| CBS | Gannett |
| Charlemagne | Consumer Network |
| Evans, Charles | CareerBuilder |
| New Haven | Comcast |

BN 4073653v2