**EXHIBIT 1**

## TRIBUNE COMPANY DEBTOR LIST

| Name | Case No. |
|---|---|
| Tribune Company | 08-13141 |
| 435 Production Company | 08-13142 |
| 5800 Sunset Productions Inc. | 08-13143 |
| Baltimore Newspaper Networks, Inc. | 08-13144 |
| California Community News Corporation | 08-13145 |
| Candle Holdings Corporation | 08-13146 |
| Channel 20, Inc. | 08-13147 |
| Channel 39, Inc. | 08-13148 |
| Channel 40, Inc. | 08-13149 |
| Chicago Avenue Construction Company | 08-13150 |
| Chicago River Production Company | 08-13151 |
| Chicago Tribune Company | 08-13152 |
| Chicago Tribune Newspapers, Inc. | 08-13153 |
| Chicago Tribune Press Service, Inc. | 08-13154 |
| ChicagoLand Microwave Licensee, Inc. | 08-13155 |
| Chicagoland Publishing Company | 08-13156 |
| Chicagoland Television News, Inc. | 08-13157 |
| Courant Specialty Products, Inc. | 08-13159 |
| Direct Mail Associates, Inc. | 08-13160 |
| Distribution Systems of America, Inc. | 08-13161 |
| Eagle New Media Investments, LLC | 08-13162 |
| Eagle Publishing Investments, LLC | 08-13163 |
| forsalebyowner.com corp. | 08-13165 |
| ForSaleByOwner.com Referral Services, LLC | 08-13166 |
| Fortify Holdings Corporation | 08-13167 |
| Forum Publishing Group, Inc. | 08-13168 |
| Gold Coast Publications, Inc. | 08-13169 |
| GreenCo, Inc. | 08-13170 |
| Heart & Crown Advertising, Inc. | 08-13171 |
| Homeowners Realty, Inc. | 08-13172 |
| Homestead Publishing Co. | 08-13173 |
| Hoy, LLC | 08-13174 |
| Hoy Publications, LLC | 08-13175 |
| InsertCo, Inc. | 08-13176 |
| Internet Foreclosure Service, Inc. | 08-13177 |
| JuliusAir Company, LLC | 08-13178 |
| JuliusAir Company II, LLC | 08-13179 |
| KIAH Inc. | 08-13180 |
| KPLR, Inc. | 08-13181 |
| KSWB Inc. | 08-13182 |
| KTLA Inc. | 08-13183 |
| KWGN Inc. | 08-13184 |
| Los Angeles Times Communications LLC | 08-13185 |
| Los Angeles Times International, Ltd. | 08-13186 |
| Los Angeles Times Newspapers, Inc. | 08-13187 |
| Magic T Music Publishing Company | 08-13188 |
| NBBF, LLC | 08-13189 |
| Neocomm, Inc. | 08-13190 |
| New Mass. Media, Inc. | 08-13191 |
| New River Center Maintenance Association, Inc. | 08-13192 |
| Newscom Services, Inc. | 08-13193 |
| Newspaper Readers Agency, Inc. | 08-13194 |
| North Michigan Production Company | 08-13195 |
| North Orange Avenue Properties, Inc. | 08-13196 |

## TRIBUNE COMPANY DEBTOR LIST

| | |
|---|---|
| Oak Brook Productions, Inc. | 08-13197 |
| Orlando Sentinel Communications Company | 08-13198 |
| Patuxent Publishing Company | 08-13200 |
| Publishers Forest Products Co. of Washington | 08-13201 |
| Sentinel Communications News Ventures, Inc. | 08-13202 |
| Shepard's Inc. | 08-13203 |
| Signs of Distinction, Inc. | 08-13204 |
| Southern Connecticut Newspapers, Inc. | 08-13205 |
| Star Community Publishing Group, LLC | 08-13206 |
| Stemweb, Inc. | 08-13207 |
| Sun-Sentinel Company | 08-13208 |
| The Baltimore Sun Company | 08-13209 |
| The Daily Press, Inc. | 08-13210 |
| The Hartford Courant Company | 08-13211 |
| The Morning Call, Inc. | 08-13212 |
| The Other Company LLC | 08-13213 |
| Times Mirror Land and Timber Company | 08-13214 |
| Times Mirror Payroll Processing Company, Inc. | 08-13215 |
| Times Mirror Services Company, Inc. | 08-13216 |
| TMLH 2, Inc. | 08-13217 |
| TMLS I, Inc. | 08-13218 |
| TMS Entertainment Guides, Inc. | 08-13219 |
| Tower Distribution Company | 08-13220 |
| Towering T Music Publishing Company | 08-13221 |
| Tribune Broadcast Holdings, Inc. | 08-13222 |
| Tribune Broadcasting Company | 08-13223 |
| Tribune Broadcasting Holdco, LLC | 08-13224 |
| Tribune Broadcasting News Network, Inc. | 08-13225 |
| Tribune California Properties, Inc. | 08-13226 |
| Tribune Direct Marketing, Inc. | 08-13227 |
| Tribune Entertainment Company | 08-13228 |
| Tribune Entertainment Production Company | 08-13229 |
| Tribune Finance, LLC | 08-13230 |
| Tribune Finance Service Center, Inc. | 08-13231 |
| Tribune License, Inc. | 08-13232 |
| Tribune Los Angeles, Inc. | 08-13233 |
| Tribune Manhattan Newspaper Holdings, Inc. | 08-13234 |
| Tribune Media Net, Inc. | 08-13235 |
| Tribune Media Services, Inc. | 08-13236 |
| Tribune Network Holdings Company | 08-13237 |
| Tribune New York Newspaper Holdings, LLC | 08-13238 |
| Tribune NM, Inc. | 08-13239 |
| Tribune Publishing Company | 08-13240 |
| Tribune Television Company | 08-13241 |
| Tribune Television Holdings, Inc. | 08-13242 |
| Tribune Television New Orleans, Inc. | 08-13244 |
| Tribune Television Northwest, Inc. | 08-13245 |
| ValuMail, Inc. | 08-13246 |
| Virginia Community Shoppers, LLC | 08-13247 |
| Virginia Gazette Companies, LLC | 08-13248 |
| WATL, LLC | 08-13249 |
| WCWN LLC | 08-13250 |
| WDCW Broadcasting, Inc. | 08-13251 |
| WGN Continental Broadcasting Company | 08-13252 |
| WLVI Inc. | 08-13253 |

## TRIBUNE COMPANY DEBTOR LIST

| WPIX, Inc. | 08-13254 |
|------------|----------|
| WTXX Inc.  | 08-13255 |

CURRENT AND FORMER DIRECTORS AND OFFICERS
OF TRIBUNE COMPANY AND OTHER DEBTORS

| | |
|---|---|
| Lee Abrams | Tim Dukes |
| Lynne Adamson | David P. Eldersveld |
| Harry A. Amsden | Steve Farber |
| Julie D. Anderson | Richard S. Feeney |
| Thomas J. Anischik | James Feher |
| Michael D. Asher | Jay Fehnel |
| Chris Avetisian | Peter D. Filice |
| Cynthia Baker | Thomas S. Finke |
| Roger A. Bare | Karen H. Flax |
| Robertson Barrett | Michael C. Foux |
| Alexa A. Bazanos | Timothy Franklin |
| Robert E. Bellack | Chris L. Fricke |
| David A. Bennett | Andy Friedman |
| Kelly F. Benson | Travis B. Fuller |
| Steve Bentz | Steve Gable |
| Betty Ellen Berlamino | Rich Gamble |
| Judith Berman | Michael Gart |
| Theodore J. Biedron | Ernie C. Gates |
| Chandler Bigelow III | Vince Giannini |
| Michael G. Bourgon | Russell Gilbert |
| Kevin C. Boyd | Dawn M. Girocco |
| Thomas F. Brown | Karlene W. Goller |
| Becky Brubaker | Bradley Good |
| David A. Bucknor | Roger Goodan |
| Stephen M. Budihas | Richard J. Graziano |
| Thomas G. Caputo | Howard Greenberg |
| Denise Carlisle | Robert Gremillion |
| Patricia M. Carroll | Charlotte H. Hall |
| Stephen D. Carver | Eddy W. Hartenstein |
| Vincent Casanova | Linda Hastings |
| Patti Cazeaux | Dana C. Hayes, Jr. |
| Jeffrey Chandler | Greg Healy |
| Steve Charlier | John R. Hendricks |
| Marc Chase | Ardith Hilliard |
| Robert Christie | Chris Hochschild |
| Sean D. Compton | Carolyn S. Hudspeth |
| Kevin J. Connor | Hank J. Hundemer |
| Ray Daley | Bonnie B. Hunter |
| Tom Davidson | Tony Hunter |
| Catherine A. Davis | Richard E. Inouye |
| Sam DeFroscia | Alice T. Iskra |
| Jennifer DeKarz | Kamran Izadapanah |
| Larry Delia | Janice Jacobs |
| Robert Delo | Juliana Jaoudi |
| Phil Doherty | Kim Johnson |
| John D'Orlando | Lee Jones |
| Jeff Dorsey | Judy Juds |

2334662.1

| | |
|---|---|
| Jeff Kapugi | Pamela S. Pearson |
| Daniel G. Kazan | John F. Poelking |
| Gerould W. Kern | Scott G. Pompe |
| Anne S. Kelly | Andrea M. Pudiner |
| Timothy R. Kennedy | Myrna Ramierez |
| Jerry L. Kersting | Robert S. Ramsey |
| Avido Khahaifa | Charles Ray |
| Jack D. Klunder | Justo Rey |
| Patricia A. Kolb | Jack Rodden |
| Timothy Koller | Robert R. Rounce |
| Glenn G. Kranzley | Sheau-Ming Ross |
| Kim A McCleary LaFrance | Timothy Ryan |
| Eric Laimins | Naomi B. Sachs |
| Thomas E. Langmyer | Linda Schaible |
| Jeffrey S. Levine | Raymond J. Schonbak |
| Donald J. Liebentritt | Stephen G. Seidl |
| Brian F. Litman | Henry M. Segal |
| Walter Mahoney | Lynne A. Segall |
| Christopher Manis | Charles J. Sennet |
| John Manzi | Dinesh Shah |
| Jerome P. Martin | Patrick M. Shanahan |
| Earl R. Maucker | Shaun M. Sheehan |
| Gina Mazzaferri | Sharon A. Silverman |
| David R. Mayersky | Digby A. Solomon |
| Richard McGerald | Laurence J. Sotsky |
| Patrick Scott McKibben | Gerald A. Spector |
| Don W. Meek | Russ Stanton |
| Nancy A. Meyer | William Stinehart, Jr. |
| Eric Meyrowitz | Scott Sullivan |
| Randy Michaels | Laura L. Tarvainen |
| Susan M. Mitchell | Lou Tazioli |
| Paul Mitnick | Clifford L. Teutsch |
| Dan Mitrovich | Doug Thomas |
| John S. Moczulski | Timothy J. Thomas |
| Richard D. Molchany | Kathy K. Thomson |
| Roaldo W.Moran | Steve Tippie |
| Christopher C. Morrill | John P. Trainor |
| Robyn L. Motley | William C. Trimarco |
| Robin Mulvaney | Cam Trinh |
| Gwen P. Murkami | Phil Waterman |
| Russ Newton | Michael E. Weiner |
| Tom Nork | Gary Weitman |
| Dennis G. O'Brien | Jack Whisler |
| Mike O'Connor | Marty Wilke |
| William C. O'Donovan | David D. Williams |
| John T. O'Loughlin | Roger Williams |
| Daniel O'Sullivan | Ann B. Wilson |
| Bert Ortiz | Ed Wilson |
| Rob T. Patton | Timothy F. Windsor |

2334662.1

| | |
|---|---|
| Ed Wolf | Randy Michaels |
| Feli M. Wong | Jeffrey S. Berg |
| John D. Worthington, IV | Brian L. Greenspun |
| Julie K. Xanders | Betsy D. Holden |
| Joseph A. Young | William A. Osborn |
| Owen Youngman | William C. Pate |
| John S. Zabetakis | Mark Shapiro |
| John E. Zelenka | Maggie Wilderotter |
| Chandler Bigelow III | Frank Wood |
| David P. Eldersveld | Samuel Zell |
| Daniel G. Kazan | |
| Donald J. Liebentritt | |

2334662.1

## THIRTY LARGEST UNSECURED CREDITORS (CONSOLIDATED)

Abitibi Consolidated
Barclays Capital
Bowater Inc.
Deutsche Bank National Trust Company
Horst Bergman
J.P. Morgan Chase Bank, N.A.
Mark Willes
Merrill Lynch Capital Corporation
NBC Universal Domestic Television
Nielsen Media Research
Paramount Pictures Corporation
Raymond Jansen Jr.
Robert Erburu
Sony Pictures Television
SP Newsprint Company
Tower DC, LLC
Tower EH, LLC
Tower JK, LLC
Tower MS, LLC
Tower PT, LLC
Twentieth Television
Warner Brothers Television

## Prepetition Lenders to the Debtors

JPMORGAN BK BRANCH - 0802
1798 GLOBAL PARTNERS USA CORP
40/86 ADVISORS INC  AS AGT
AEGON USA INVESTMENT MANAGEMENT AS AGT
AHAB CAPITAL MANAGEMENT INC
AIG GLOBAL INVESTMENT CORP AS AGENT
ALADDIN CAPITAL MANAGEMENT LLC
ALLSTATE INVESTMENT MANAGEMENT COMPANYAS AGT
AMERICO LIFE INC
AMIDA CAPITAL MANAGEMENT II, LLC
ANCHORAGE CAPITAL GROUP LLC
ANGELO GORDON & CO L P
AVENUE ADVISORS LLC
BABSON CAPITAL MANAGEMENT LLC AS AGENT
BANC INVESTMENT GROUP LLC
BANK OF AMERICA N A
BARCLAYS BANK PLC
BEAR STEARNS & CO INC
BEAR STEARNS ASSET MANAGEMENT AS AGT
BENNETT MANAGEMENT CORPORATION
BHCO MASTER LTD
BLACKSTONE DEBT ADVISORS LP
BLUE MOUNTAIN CAPITAL MANAGEMENT LLC
BREVAN HOWARD MASTER FUND LIMITED
BRISCOE CAPITAL MANAGEMENT
BROOKVILLE CAPITAL MANAGEMENT
BROOKVILLE HORIZONS FUND LP
CALLIDUS CAPITAL MANAGEMENT LLC
CANYON CAPITAL ADVISORS LLC
CAPITALSOURCE FINANCE LLC
CARLYLE INVESTMENT MANAGEMENT LLC
CARVAL INVESTORS LLC
CATALYST INVESTMENT MANAGEMENT CO LLC
CHURCHILL PACIFIC ASSET MANAGEMENT LLC
CITICORP NORTH AMERICA INC
CITIGROUP FINANCIAL PRODUCTS INC
CLINTON GROUP INC
COLUMBUS NOVA CREDIT INVESTMENTS MANAGEMENT LLC
CONTRARIAN CAPITAL MANAGEMENT LLC
CREDIT SUISSE ASSET MANAGEMENT AGT
CREDIT SUISSE GROUP AG
CSFB ALTERNATIVE CAPITAL INC
CYPRESSTREE INVESTMENT MANAGEMENT CO INC
DAVIDSON KEMPNER CAPITAL MANANGEMENT LLC
DC FUNDING PARTNERS LLC
DEERFIELD CAPITAL MANAGEMENT LLC
DEUTSCHE BANK AG
DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC AS AGENT
DIMAIO AHMAD CAPITAL LLC
DRY BROOK CREDIT OPPORTUNITIES MASTER FUND LTD

EATON VANCE MGMT
EBF & ASSOCIATES LP
ELLIOTT MANAGEMENT CORPORATION
FARALLON CAPITAL MANAGEMENT LLC
FIDELITY INVESTMENT/FIDELITY MUTUAL FUNDCOMP
FIDELITY INVESTMENTS
FIG LLC
FIRSTLIGHT FINANCIAL CORP
FOUR CORNERS CAPITAL MANAGEMENT LLC AS AGT
FRANKLIN ADVISERS INC AS AGT FOR
FRASER SULLIVAN INVESTMENT MANAGEMENT LLC
GE ASSET MANAGEMENT INC AS AGENT
GENERAL ELECTRIC CAPITAL CORPORATION
GLOBEOP FINANCIAL SERVICES CAYMAN LTD
GM PENSION PLAN
GOLDENTREE ASSET MANAGEMENT LP
GOLDMAN SACHS ASSET MANAGEMENT LP AS AGT
GOLDMAN SACHS GROUP INC
GREYWOLF CAPITAL MANAGEMENT LP
GRUSS ASSET MANAGEMENT LIMITED PARTNERSHIP
GSO CAPITAL PARTNERS  LP
GUGGENHEIM INVESTMENT MANAGEMENT LLC
GUGGENHEIM MANAGEMENT LLC
GULF STREAM ASSET MANAGEMENT LLC
H PARTNERS MANAGEMENT LLC
HARBOURMASTER CLO 10 B V
HARBOURMASTER CLO 7 B V
HARBOURMASTER CLO 9 B V
HARBOURMASTER PRO RATA CLO 2 B V
HARCH CAPITAL MGMT AS AGENT
HARTFORD INVESTMENT MANAGEMENT COMPANY AS AGT
HIGHLAND CAPITAL MANAGEMENT LP
HILLMARK CAPITAL MANAGEMENT LP
IKB CAPITAL CORPORATION
ING INVESTMENT MANAGEMENT LLC AS AGT
INVESCO INST NA INC AS AGT
JEFFERIES & COMPANY INC
JEFFERIES CAPITAL MANAGEMENT INC
JPMORGAN CHASE & CO
JPMORGAN CHASE BANK NATIONAL ASSOCIATION
KKR FINANCIAL CORPORATION
KKR FINANCIAL HOLDINGS LLC
KS MANAGEMENT CORPORATION
LATIGO PARTNERS LP
LEHMAN BROTHERS HOLDINGS INC
LEVINE LEICHTMAN CAPITAL PARTNERS INC
LOEWS CORPORATION
LOOMIS SAYLES & COMPANY LP AS AGT
LUFKIN ADVISORS LLC
MARATHON ASSET MANAGEMENT LLC

2

2335489.1

MARINER INVESTMENT GROUP INC AS AGENT
MASSACHUSETTS FINANCIAL SERVICES COMPANYAS AGENT
MCDONNELL INVESTMENT MANAGEMENT LLC ASAGT
MERRILL LYNCH & CO INC
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN WEST ASSET MANAGEMENT LLC
MJX ASSET MANAGEMENT LLC
MOORE CAPITAL MANAGEMENT LLC
MORGAN STANLEY
MORGAN STANLEY INVESTMENT MANAGEMENT CONISTON B V
MORGAN STANLEY INVESTMENT MANAGEMENT GARDA BV
MORGAN STANLEY INVESTMENT MANAGEMENT INCAS AGT
MORGAN STANLEY INVESTMENT MANAGEMENT MEZZANO B V
MOUNTAIN CAPITAL ADVISORS
MSD CAPITAL LP
NATIONAL CITY CORPORATION
NEUBERGER BERMAN LLC
NEW YORK LIFE INVESTMENT MANAGEMENT ASAGENT
NICHOLAS-APPLEGATE CAPITAL MANAGEMENT LLC AS AGENT
NOMURA CORPORATE RESEARCH & ASSET MGMT INC AS AGT
NOMURA CORPORATE RESEARCH & ASSSET MANAGEMENT INC
NORMANDY HILL CAPITAL LP
NZC GUGGENHEIM MASTER FUND LIMITED
OAK HILL ADVISORS LP
OAKTREE CAPITAL MANAGEMENT LP
ONEX CREDIT PARTNERS LLC
OPPENHEIMER FUNDS INC   AS AGENT
ORCHID INVESTMENTS, LLC
ORE HILL PART LLC
OZ MANAGEMENT LP
PACIFIC INVESTMENT MANAGEMENT COMPANY A S AGT
PANGAEA ASSET MANAGEMENT LLC
PAR IV CAPITAL MANAGEMENT LLC
PATRIARCH PARTNERS LLC
PENTWATER CAPITAL MANAGEMENT LP
PERRY CORPORATION
PLAINFIELD ASSET MANAGEMENT LLC
PRINCETON ADVISORY GROUP INC
PRUDENTIAL INVESTMENT MANAGEMENT INC AS AGT
PUTNAM ADVISORY CO LLC AS AGENT
PUTNAM INVESTMENT MANAGEMENT LLC AS AGE NT
R3 CAPITAL MANAGEMENT LLC
RABOBANK INT'L
RAVEN ASSET MANAGEMENT LLC
RE/ENETERPRISE ASSET MANAGEMENT LLC
REDBOURN PARTNERS LTD
RENAISSANCE REINSURANCE LIMITED
RIVERSOURCE INVESTMENTS LLC AS AGENT
ROYAL BANK OF CANADA
ROYAL BANK OF SCOTLAND PLC

3

SANDELL ASSET MANAGEMENT CORPORATION
SANDELMAN PARTNERS  LP
SANKATY ADVISORS BAIN CAPITAL
SATELLITE ASSET MANAGEMENT LP
SCOGGIN LLC
SECURITY MANAGEMENT COMPANY
SEIX INVESTMENT ADVISORS INCORPORATED A S AGT
SENECA CAPITAL MANAGEMENT
SILVERMINE CAPITAL MANAGEMENT LLC
STONE HARBOR INVESTMENT PARTNERS LP ASAGENT
STONE TOWER DEBT ADVISORS LLC
STRATEGIC VALUE PARTNERS LLC
Sycamore Opportunities Fund, L.P.
SYMPHONY ASSET MANAGEMENT LLC AS AGT
TACONIC CAPITAL ADVISORS LLC
TALON ASSET MANAGEMENT INC
TCW ASSET MANAGEMENT CO AS AGENT
THIRD POINT LLC
TRIMARAN ADVR LLC
TUDOR INVESTMENT CORPORATION
UBS AG
UBS O'CONNOR LLC
VAN KAMPEN ASSET MANAGEMENT AS AGT
VARDE PARTNERS INC
VENOR CAPITAL MASTER FUND LTD
VIKING GLOBAL PERFORMANCE LLC
W R HUFF ASSET MANAGEMENT AS AGENT
WEST GATE HORIZONS ADVISORS LLC
WESTERN ASSET MANAGEMENT COMPANY AS AGT-WESTERN ASSET ASIAN OPPORTUNITIES FUND
WESTLB AG
WEXFORD CAPITAL LP
WHITEHORSE CAPITAL PARTNERS LP
WOODLANDS COMMERCIAL BANK
YORK CAPITAL MANAGEMENT
ZOHAR II 2005-1 LTD
ZZ CIT GROUP INCORPORATED

## Bridge Lender Group - Fund (Manager)

AIG ANNUITY INSURANCE COMPANY (AIG GLOBAL INVESTMENT GROUP)
Banc of America Bridge LLC (BANC OF AMERICA)
Barclays Bank PLC (BARCLAYS BANK PLC)
Citicorp North America, Inc. (n/a)
Citigroup Financial Products Inc. (CITIGROUP)
Commerzbank AG London Branch (NON-APPLICABLE)
Deutsche Bank AG London Branch (DEUTSCHE BANK SECURITIES INC.)
Goldman Sachs Lending Partners LLC (GOLDMAN SACHS & CO.)
JPMorgan Chase Bank, N.A. (JPM Chase Bank)
Kelts LLC (RBS GREENWICH CAPITAL MKTS)
King Street Acquisition Company, L.L.C. (KING STREET)
King Street Capital L.P. (KING STREET)

4

Lehman Brothers Commerical Bank (LEHMAN)
Lispenard Street Credit (Master), Ltd. (DIMAIO AHMED CAPITAL LLC)
McDonnell Loan Opportunity Ltd. (MCDONNELL)
Merrill Lynch Capital Corporation (MERRILL LYNCH CAPITAL CORPORATION)
MERRILL LYNCH CAPITAL SERVICES INC (MERRILL LYNCH CAPITAL SERVICES INC)
MERRILL LYNCH INTERNATIONAL (MERRILL LYNCH)
Morgan Stanley Prime Income Trust (MORGAN STANLEY INVESTMENT MANAGEMENT INC.)
Stonehill Institutional Partners, LP (STONEHILL)
Stonehill Offshore Partners Limited (STONEHILL)
SWISS RE FINANCIAL PRODUCTS CORPORATION (NON-APPLICABLE)
Van Kampen Dynamic Credit Opportunities Fund (VAN KAMPEN ASSET MANAGEMENT)
Van Kampen Senior Income Trust (VAN KAMPEN ASSET MANAGEMENT)
Van Kampen Senior Loan Fund (VAN KAMPEN ASSET MANAGEMENT)
Zodiac Fund-Morgan Stanley US Senior Loan Fund (MORGAN STANLEY INVESTMENT MANAGEMENT INC.)

2335489.1

PROFESSIONALS RETAINED BY PREPETITION LENDERS

Davis Polk & Wardwell
FTI Consulting
Kaye Scholer LLP

INSURANCE CARRIERS

Ace American Insurance Company
Allied World Insurance Company, Ltd. (AWAC)
Axis Reinsurance Company
Chubb Atlantic Indemnity Ltd.
Executive Risk Indemnity Inc. (Chubb)
Federal Insurance Company (Chubb)
FM Global
Global Aerospace
The Hartford Insurance Group
Illinois National Insurance Company (AIG)
Indian Harbor Insurance/ESC (XL)
Lexington Insurance Company
Lloyd's
Multimedia Insurance Company
St. Paul Fire & Marine Insurance Company (Travelers)
Scottsdale GL
XL Insurance (Bermuda) Ltd.
Zurich American Insurance Company

Committee of General Unsecured Creditors:

JPMorgan Chase Bank, N.A., in its capacity as lender
Merrill Lynch Capital Corporation, in its capacity as lender
Deutsche Bank Trust Company Americas, As Indenture Trustee
Warner Bros. Television
Buena Vista Television
William Niese
Pension Benefit Guaranty Corporation
Washington-Baltimore Newspaper Guild, Local 32035
Wilmington Trust Company, as successor Indenture Trustee

Counsel to Unsecured Creditors Committee:

Chadbourne & Parke LLP
Landis Rath & Cobb LLP

Financial Advisors to the Committee:

AlixPartners LLP

Investment Bank to the Committee:

Moelis & Company LLC

Debtor's Counsel:

Sidley Austin LLP
Cole, Schotz, Meisel, Forman & Leonard, PA

Debtor's Investment Bank

Lazard Freres & Co. LLC

Debtor's Financial Advisors:

Alvarez & Marsal

2335045.1

## MAJOR CUSTOMERS OF THE DEBTORS

American Express Co.
Anheuser Busch
Arby's Restaurants Ltd.
AT&T
AT&T (A)
AT&T (B)
Bank of America
Cablevision
Carl's Jr. Fast Food
Carmax
Carnival Corp.
Circuit City
Citigroup
Comcast
Comcast Cable
Corinthian Schools
Countrywide Financial
CP Chrysler Factory
CP Dodge Dealer Association
CP Jeep/Eagle Dealer Association
Dell
Disney – Buena Vista
Domino's Pizza
Dunkin Donuts
Empire Home Services
Everest College
Foodmaker/Jack in the Box
Ford
Ford Dealer Associations
Ford Mazda Factory
GE – Vivendi Universal
GEICO
General Mills
General Motors
Glaxo Smith Kline Beecham Welcome
GM Chevy Dealer Associations
GM Chevy Factors
GM General Motors Corp.
Honda Acura Factory
Honda Dealer Associations
Honda Factory
Hyundai Dealer Associations
Issue Advertising – Political
ITT Educational Services
Johnson & Johnson

Kent Advertising
Kia Factory Motors
Kraft General Foods
Liberty Travel
Lincoln Technical Institute
Lowe's – Home Improvement
Maximum Coverage Media - Euro RSCG
McDonalds – McDonald's
Metro Cable
News America Publg FSI
News Corp.
News Corp – 20th Century Fox – Home – Theatrical
Nissan Dealer Associations
Nissan Factory
Nissan Infiniti Factory
Pepsi – Pepsi Cola Various
Pfizer
Political Advertiser
Procter & Gamble – P&G
Program Buy-Miscellaneous
Progressive Insurance
Quest Personals
Qwest Communications
Raymour & Flanigan
Reckitt Benckiser
Six Flags Great America Parks
Sony Entertainment – Pictures – Columbia Tristar
Southwest Airlines
Sprint/Nextel
Subway
Target Stores
T-Mobile
T-Mobile/Voice Stream
Toyota Dealer Associations
Toyota Lexus Dealer Associations
Toyota Local Dealers
TW New Line Cinema – Home Video
TW Time Warner
TW Warner Brothers [a]
TW Warner Communications
U.S. Cellular
Valassis
Verizon Wireless

Verizon Wireless – Cellular
Viacom Paramount
Volkswagen Factory
Wachovia Bank
Washington Mutual

Westwood College
White Castle
Yum Brands – Kentucky Fried Chicken
Yum Brands – Pizza Hut
Yum Brands – Taco Bell

## PARTIES TO SIGNIFICANT LITIGATION WITH THE DEBTORS

Aaron Wider
Abner Boy Shepard Holy Ghost
Albert E. Brooke
Allen Francisco
Andrea Dworkin
Andrew Faggio
Andy Martin
Angel T. Haldeman
Anthony Conte
AP&J
AR Sandri Inc.
Arco Gas Station
Artini-Zak Corporation, Inc.
Barbara Roessner
Beneficial Innovations, Inc.
Bijan Kohanzad
Bill McNair
Body Solutions of Manhattan
Bonnie Cronin
Bruce Mickelson
Cbs Broadcasting Inc.
Cbs Radio Inc.
Chalemagne Louis-Charles
Charles Evans
City of New Haven
College Point Restaurant, Corp.
Corie Brown
Crag House of Douglaston, Inc.
Curtis Wallace
Dan Neil
Danial Mazurkewicz
Daniel Kohanof
David Kissi
Derrick Bell
Donald Sylvester
Douglas M. Guetzloe
Dylan Frederick Balbon Glorioso

Elite Staffing Inc.
ET Week Publication, Inc.
Felicidad Balbon
First United Bank; Illinois Banking Corporate
Gallagher's II
Gary Grant
Gary Libow
Gary W. Garcia
George Liberman Enterprises, Inc.
George Spanos
Gerald Breimon
Gerald Posner
Geraldine A. Feichtel
Gerard E. Schultz
Grace M. Moreo
Greenberg & Stein, LLP
Gutman Pain/Accident Center Inc.
Henry Weinstein
Herschel Collins
Hillard J. Quint
HTFC Corporation
Hustedt Chevrolet, Inc.
Hy-Ko Products Company
Isaiah Shannon
Jack Nelson
Jacqueline Espinal
James Allen
James Gleick
Jay Feldman
Jay R. Serkin
Jayne Clement
Jennifer Faggio
Jesse Jackson
Jessy Thomas
Jill Hueckel
Jo Anne Lawson
John Gallant

2

East Coast Preferred Properties, Inc.
East Coast Realtors, Inc.
Eastern Financial Florida Credit Union
Edd Arnett
Edgar Wilburn Jr.
Edward Arnett Johnson
Edward Roeder
Electronic Imaging Systems of America, Inc.
Kevin Grams
Letty Cottin Pogrebin
Lisa M. Leger
Loretta Grant
Louis Muscari
Luqman H. Mohammed
Lynn Brenner
Mamie Hector
Marie Winn
Marion Milton
Mary Ann Sherman
Medically Speaking LLC
Michael Castleman, Inc.
Michael Cordts
Michael E. Gutman
Michael W. Owens
Mike Gutman MD
Miriam Raftery
Myron Levin
Neala Olson
Norton Giffs
P/K Associates, Inc.
Pamela Peyck
Parallel Productions, Inc.
Park Avenue Aesthetic Surgery, PC
Parren J. Mitchell
Paul Newer
Paula McDonald
Pearl Evans
Penelope Henderson
R. L. Wilson
Rachel De Maso
Realty Executives
Reed Simpson
Richard Shannon

John William Smithers, Sr.
Jon Robert Van Sensus
Joseph DeSola
Joseph Mauro
Joyce Johnson
Julie Ficht
Keiffer J. Mitchell, Sr.
Kevin Early
Robert E. Treuhaft and Jessica L. Treuhaft
Trust
Robert Lacey
Robin Vaughan
Ron Bon Pub, Inc.
Ronald Hayman
Scott A. Russo
Sean Serrao
Shirley Ann Smithers
Simone Ano Conigliaro
Southern Connecticut Newspapers, Inc.
Spectron Site Group
Tac Catering, Inc.
Taki House, Inc.
The Authors Guild, Inc.
The Bikini Network.com
The National Writers Union
Thomas L. Knight
Tom Dunkel
TV Guide Online, Inc.
TV Guide Online, LLC
Tweeter Home Etertainment Group
TWTR, Inc.
U.S. Bank National Association
Victor Cruz
Victoria Vogel
VW Sterling Corporation
Walter Roche, Jr.
Warren Beatty

3

2334989.1

## SIGNIFICANT LANDLORDS OF THE DEBTORS

1920 Colorado, Inc.
20 Church Street, LLC
220 News Building LLC
220 News LLC c/o The Witkoff Group LLC
9090 Enterprises
BBL Tribune, Inc.
BKM 3128 Redhill Associates LLC
Boca Warehousing, Inc.
Braver and Sauer Investments
Canyon Corporate Centre, Ltd.
Carson Dominguez Properties, LP
Catellus Development Corporation
Davis Partners LLC
Duke Realty Limited Partnership
Duke York Road, LLC c/o Duke Realty Corp.
Forest Lawn Cemetery Association
Galleria Operating Co., LLC
IAC Aviation LLC
Isadore Samuel Socransky & Socransky Family Trust
J. Ahzaraba Investors LLC
JKS-CMFV, LLC
L&L Holding company, LLC
L&L Realty LLC
L/B Via Colinas LLC
Lauderdale River, Inc.
LIT Finance L.P.
Luc and Shirley Matilla
Majestic Realty Co. and Yorba Linda Sub, LLC
N&S Butters
North Hills Industrial Park, Inc.
Northlake Property, LLC
Penzance 2121 Wisconsin Ave., LLC
Realty Associates Fund VIII LP
Richard and Grace Dickman
RR Crane Investment Corporation
Santa Monica HSR L.P. c/o The Beacon Companies
Symbiont, L.P.
The Cracchiolo Group, LP
The J. David Gladstone Institutes
The Richlar Partnership
Trio Associates
Viola Industries
Vornado 330 West 34th Street LLC
Wells Fargo Bank, N.A.
Woodies Holding, LLC
Zellwin Farms Company

JUDGES ON THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

Kevin J. Carey
Judith K. Fitzgerald
Kevin Gross
Brendan L. Shannon
Peter J. Walsh
Mary F. Walrath
Christopher S. Sontchi

OFFICE OF THE UNITED STATES TRUSTEE

David Buchbinder
Jane Leamy
Joseph McMahon
Mark Kenney
Richard Schepacarter
Roberta A. DeAngelis
William K. Harrington

ESOP TRUSTEE

GreatBanc Trust Company

ENTITIES INVOLVED IN LEVERAGED ESOP TRANSACTIONS

EGI-TRB, L.L.C.
Sam Investment Trust
TRIBUNE EMPLOYEE STOCK OWNERSHIP PLAN
TESOP CORPORATION
GOLDMAN SACHS & CO.

SIGNIFICANT FORMER SHAREHOLDERS

CANTIGNY FOUNDATION
CHANDLER TRUST NO. 1
CHANDLER TRUST NO. 2
ROBERT R. MCCORMICK TRIBUNE FOUNDATION
TMCT, LLC
TMCT II, LLC

MAJOR HOLDERS OF PHONES

Camden Partners
Citadel
Sandelman
Suttonbrook

COUNTERPARTIES TO RECENT SIGNIFICANT ASSET DISPOSITIONS

FREEDOM COMMUNICATIONS, INC.
GANNETT CO., INC.
HEARST CORPORATION
SUNBEAM TELEVISION CORPORATION
TARGET MEDIA PARTNERS

JOINT VENTURE PARTNERS

GANNETT CO., INC.
THE MCCLATCHY CO., INC.
MEDIANEWS GROUP, INC.
MICROSOFT CORPORATION

OTHER

EQUITY GROUP INVESTMENTS LLC

EQUITY METHOD INVESTMENTS

CAREERBUILDER, LLC
CALIFORNIA INDEPENDENT POSTAL SYSTEMS
CLASSIFIED VENTURES, LLC
COMCAST SPORTSNET CHICAGO
CONSUMER NETWORKS
LEGACY.COM
METROMIX, LLC
SHOPLOCAL, LLC
TOPIX, LLC
TELEVISION FOOD NETWORK, G.P.

FORMER INDENTURE TRUSTEES

BANK OF MONTREAL TRUST COMPANY
BANK OF NEW YORK
CITIBANK, N.A.
FIRST INTERSTATE BANK OF CALIFORNIA
WELLS FARGO BANK, N.A.

2

2335045.1