**EXHIBIT 2**

## EXHIBIT 2
## CONFLICTS SEARCH SUMMARY

1. Representations by Zuckerman of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

2. Representations by Zuckerman of current or former officers and directors of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

3. Representations by Zuckerman of the thirty largest creditors (consolidated):

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| An affiliate of Sony Pictures Television | NBC Universal Domestic Television |
| An affiliate of Warner Brothers Television | |

4. Representations by Zuckerman of the pre-petition lenders to the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Goldman Sachs & Co. | J.P. Morgan Chase |
| An affiliate of AIG Global Investment Corp. | Bank of America |
| Jefferies & Co. | Barclays Bank |
| Highland Capital Management LP | Bear Stearns |
| UBS AG | An affiliate of Callidus Capital Management |

Attorneys now with Zuckerman at their prior firms previously represented Blackstone, MetLife CIT, UBS and affiliates of Blackstone Debt Advisors and Mountain Capital Advisors at their other firms. These representations did not involve the Debtors.

5. Representations by Zuckerman of professionals retained by pre-petition lenders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Davis, Polk & Wardell | None |

6. Representations by Zuckerman of professionals engaged by the Debtors or the Creditors' Committee in these cases:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

7. Representations by Zuckerman of the Debtors' insurance carriers:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| An affiliate of Lexington Insurance Company | Ace American Insurance Company |
| Lloyd's | Chubb |
| | An affiliate of Hartford Insurance Group |
| | An affiliate of XL Insurance (Bermuda) Ltd. |

8. Representations by Zuckerman of major customers of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Affiliates of Honda Factory | Cablevision |
| An affiliate of TW Warner Brothers | An affiliate of Carnival Corp. |
| | An affiliate of John & Johnson |
| | Bank of America |
| | Pfizer |
| | An affiliate of Toyota |
| | An affiliate of Verizon Wireless-Cellular |
| | Wachovia Bank |

9. Representations by Zuckerman of parties to significant litigation with the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| | An Affiliate of CBS Broadcasting Inc. and CBS Radio inc. |

10. Representations by Zuckerman of significant landlords of the Debtors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Penzance Company | None |

11. Representations by Zuckerman of Judges on the United States Bankruptcy Court for the District of Delaware:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

12. Representations by Zuckerman of the United States Trustee or attorneys in that Office in this District:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

13. Representations by Zuckerman of the ESOP Trustee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

14. Representation by Zuckerman of entities involved in the Leveraged ESOP Transactions:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| Goldman Sachs & Co. | |

15. Representations by Zuckerman of significant former shareholders:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

8

2335549.1

16. Representations by Zuckerman of major holders of PHONES:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | Camden Partners |

17. Representations by Zuckerman of counterparties to recent significant asset dispositions:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

18. Representations by Zuckerman of joint venture partners:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

19. Representations by Zuckerman of equity method investors:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| An affiliate of Comcast Sportsnet Chicago | None |

20. Representations by Zuckerman of former indenture trustees:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | None |

21. Representations by Zuckerman of members of the Creditors' Committee:

| Active Unrelated Representations | Former Unrelated Representations |
|---|---|
| None | J.P. Morgan Chase |

2335549.1