## **EXHIBIT A**

CHI-1715944v1

# JONES DAY

Potential Newspaper Acquisition #1

| | | | |
|---|---|---|---|
| 06/01/09 | P A PROGER | 0.40 | 360.00 |
| | Review and analyze draft Distribution Agreement. | | |
| 06/01/09 | R C THOMAS | 1.90 | 902.50 |
| | Review draft term sheet regarding distribution agreement with analysis of same (.40). | | (1.50); review prior |
| 06/02/09 | R C THOMAS | 0.30 | 142.50 |
| | Review correspondence tracking cost saving projects. | | |
| 06/03/09 | P A PROGER | 0.60 | 540.00 |
| | Communicate with Xanders regarding coverage (.30); conference call with Thomas, Stanton and Xanders regarding content sharing (.30); review ad operations (.10). | | |
| 06/03/09 | R C THOMAS | 0.60 | 285.00 |
| | Review correspondence regarding content sharing project with teleconference with Proger, Stanton, and Xanders regarding same (.40). | | (.20); participate in |
| 06/04/09 | R C THOMAS | 0.40 | 190.00 |
| | Review correspondence regarding content sharing project with with Xanders regarding same (.20); communicate with Proger regarding same (.10). | | (.10); communicate |
| 06/08/09 | R C THOMAS | 0.80 | 380.00 |
| | Review correspondence regarding Tribune projects (.10); draft revise fields for tracking (.50); communicate with Xanders regarding same (.20). | | |
| 06/09/09 | R C THOMAS | 2.10 | 997.50 |
| | Review correspondence regarding Tribune projects (.20); review list of Tribune properties, analyze by geographic area, and communicate with regarding same (1.50); review draft preprint transaction documents (.40). | | |
| 06/10/09 | R C THOMAS | 2.10 | 997.50 |
| | Review correspondence regarding Tribune projects (.20); draft chart for same (1.50); review draft preprint transaction documents (.40). | | |
| 06/12/09 | P A PROGER | 0.20 | 180.00 |
| | Review and analyze updated Term Sheet for preprint transaction. | | |
| 06/12/09 | R C THOMAS | 2.20 | 1,045.00 |
| | Review draft preprint transaction documents and prior analyses of same (1.50); communicate with Xanders, Dittoe, and Avetisian regarding same (.50); communicate with Proger regarding same (.20). | | |
| 06/16/09 | R C THOMAS | 1.80 | 855.00 |
| | Review production project with (1.00); communicate with Proger regarding same (.20); review file regarding same (.20); communicate with Xanders regarding and (.20); communicate with Proger regarding same (.20). | | |
| 06/18/09 | R C THOMAS | 0.40 | 190.00 |
| | Review production project with (.30); communicate with Proger regarding same (.10). | | |
| 06/22/09 | R C THOMAS | 0.30 | 142.50 |
| | Review draft of definitive preprint agreement. | | |
| 06/24/09 | R C THOMAS | 0.60 | 285.00 |
| | Review draft of definitive preprint agreement, distribution agreement, and commercial delivery language. | | |
| 06/25/09 | R C THOMAS | 2.10 | 997.50 |
| | Analyze draft of definitive preprint agreement, distribution agreement, and commercial delivery language. | | |

## JONES DAY

Potential Newspaper Acquisition #1

| 06/26/09 | P A PROGER | 0.40 | 360.00 |
|---|---|---|---|

Analysis of draft language regarding assumption of commercial delivery contracts (.30); discussion with Thomas regarding same (.10).

| 06/26/09 | R C THOMAS | 2.10 | 997.50 |
|---|---|---|---|

Analyze draft of distribution agreement and commercial delivery language (1.50) and communicate with Proger (.10); communicate with Xanders and Avetisian regarding same (.50).

| 06/29/09 | R C THOMAS | 1.10 | 522.50 |
|---|---|---|---|

Analyze draft of distribution agreement and commercial delivery language (.80) and communicate with Xanders regarding same (.30).

| **TOTAL** | | **20.40** | **USD** | **10,370.00** |
|---|---|---|---|---|

# JONES DAY

| Corporate Antitrust Advice | | | Page 1 |

| | | | |
|---|---|---|---|
| 06/01/09 | D N CHI | 1.20 | 420.00 |
| Conference call with debtor's counsel (McClelland) regarding filing of fee application (.20); conference with local counsel regarding same (.20); revise fee application (.80). | | | |
| 06/01/09 | P A PROGER | 0.40 | 360.00 |
| Communicate with Xanders on conference call with | regarding | | content |
| sharing. | | | |
| 06/05/09 | P A PROGER | 0.10 | 90.00 |
| Communicate with | regarding content sharing with | . | |
| 06/08/09 | P A PROGER | 0.40 | 360.00 |
| Review and analyze draft agreement regarding Tribune 365 (.30); telephone conversation with Xanders and Thomas regarding same (.10). | | | |
| 06/08/09 | R C THOMAS | 2.10 | 997.50 |
| Review draft advertising sales representative agreement (2.00); communicate with Proger and Xanders regarding same (.10). | | | |
| 06/09/09 | J DEVERINES | 4.00 | 1,300.00 |
| Review and analyze Tribune Company properties by markets and business description. | | | |
| 06/09/09 | P A PROGER | 1.00 | 900.00 |
| Review and analyze revised Agreement (.50); conference call with Thomas, Xanders and | | | regarding |
| revised Tribune 365 (.50). | | | |
| 06/09/09 | R C THOMAS | 2.60 | 1,235.00 |
| Review draft advertising sales representative agreement (.50); prepare for and participate in teleconference with Proger and Xanders regarding same (.50); review Tribune 365 business model (.50); draft antitrust guidelines (1.10). | | | |
| 06/11/09 | D N CHI | 0.10 | 35.00 |
| Review compensation procedures and draft schedule of future steps. | | | |
| 06/11/09 | R C THOMAS | 3.40 | 1,615.00 |
| Review draft advertising sales representative agreement (.50); review Tribune 365 business model (.90); draft and revise antitrust guidelines (2.00). | | | |
| 06/12/09 | P A PROGER | 0.50 | 450.00 |
| Review and analyze draft Antitrust Guidelines (.40); office conference with Thomas regarding same (.10). | | | |
| 06/12/09 | R C THOMAS | 0.40 | 190.00 |
| Review draft advertising sales representative agreement (.10); review Tribune 365 business model (.10); draft and revise antitrust guidelines (.10); communicate with Proger regarding same (.10). | | | |
| 06/25/09 | R C THOMAS | 1.10 | 522.50 |
| Analyze proposed preprint optimization program by | | and | |
| 06/26/09 | P A PROGER | 0.30 | 270.00 |
| Review and analyze proposed preprint optimization program (.20); discussion with Thomas regarding same (.10). | | | |
| 06/26/09 | R C THOMAS | 1.60 | 760.00 |
| Analyze proposed preprint optimization program by | | and | and |
| communicate with Proger (1.50); communicate with Xanders regarding same (.10). | | | |
| 06/29/09 | D N CHI | 1.10 | 385.00 |
| Draft and revise April-May fee application and bills. | | | |
| 06/29/09 | P A PROGER | 0.30 | 270.00 |
| Analyze | and | potential overlaps for Tribune 365 (.10); communicate with Thomas | |
| regarding same (.20). | | | |

# JONES DAY

| Corporate Antitrust Advice | | | Page 2 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 06/29/09 | R C THOMAS | 0.60 | 285.00 |
| | Analyze proposed national sales representation arrangement and review file, including legal guidelines, regarding same (.30); communicate with Proger and client (.30). | | |
| 06/30/09 | D N CHI | 1.90 | 665.00 |
| | Draft and revise April-May fee application. | | |
| 06/30/09 | P A PROGER | 0.40 | 360.00 |
| | Review and analyze draft press release regarding (.20); email Xanders regarding comments on draft press release (.20). | | |
| 06/30/09 | A K SOBCZAK | 1.50 | 375.00 |
| | Draft, review and revise cover pages for April and May 2009 fee applications (1.30); e-mails and phone conference with Chi regarding same (.20). | | |
| 06/30/09 | R C THOMAS | 1.30 | 617.50 |
| | Review draft press release regarding national sales relationship with and provide comments to Xanders (.60); revise press release to incorporate various comments (.50); review legal memorandum on Tribune 365 guidelines (.20). | | |

| **TOTAL** | **26.30** | **USD** | **12,462.50** |
|---|---|---|---|

**<u>EXHIBIT B</u>**

CHI-1715944v1

# JONES DAY

Tribune Company                                                                 Page 1

Potential Newspaper Acquisition #1

### DISBURSEMENT DETAIL - June 30, 2009

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|--|
| **LONG DISTANCE CHARGES** | | | | |
| 06/04/09 | CHI ACCOUNTING | CHI | 1.20 | |
| | Long distance charges through 06/04/2009 | | | |
| 06/04/09 | WAS ACCOUNTING | WAS | 5.70 | |
| | Long distance charges through 06/04/2009 | | | |
| 06/11/09 | WAS ACCOUNTING | WAS | 1.20 | |
| | Long distance charges through 06/11/2009 | | | |
| 06/25/09 | WAS ACCOUNTING | WAS | 1.35 | |
| | Long distance charges through 06/25/2009 | | | |
| | **Long distance charges Subtotal** | | | 9.45 |
| | **Total** | | **USD** | 9.45 |

Corporate Antitrust Advice

### DISBURSEMENT DETAIL - June 30, 2009

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|--|
| **LONG DISTANCE CHARGES** | | | | |
| 06/11/09 | WAS ACCOUNTING | WAS | 5.70 | |
| | Long distance charges through 06/11/2009 | | | |
| | **Long distance charges Subtotal** | | | 5.70 |
| | **Total** | | **USD** | 5.70 |
| **Grand Total** | | | **USD** | 15.15 |

**EXHIBIT C**

CHI-1715944v1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268).  The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

CHI-1715944v1

2.      I have read the Third Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from June 1, 2009 through June 30, 2009 (the "Application").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "Guidelines") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.

Dated:  August 13, 2009                    /s/ Phillip A. Proger_____
                                          Phillip A. Proger