IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |
| | **Docket Ref. No. 1334** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION RESOLVING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FILED ON JUNE 10, 2009, FOR AN ORDER AUTHORIZING THE EXAMINATION OF ROBERT R. MCCORMICK TRIBUNE FOUNDATION AND THE CANTIGNY FOUNDATION AND THE PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004**

1. On June 10, 2009 the Official Committee of Unsecured Creditors of Tribune Company, Inc., *et al.* (the "Committee") filed the Motion for 2004 Examination of Robert R. McCormick Tribune Foundation and the Cantigny Foundation (the "Foundations") and the Production of Documents Pursuant to Bankruptcy Rule 2004 [Docket No. 1334] (the "2004

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC (0893); KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

{698.001-W0002117.}

Motion"). Consistent with the notice accompanying the 2004 Motion, objections were to be filed with the Court on or before July 9, 2009 (the "Objection Deadline").

2. Prior to the Objection Deadline, the Foundations filed the Objection to the Motion of the Official Committee of Unsecured Creditors for an Order Authorizing the Examination of Robert R. McCormick Tribune Foundation [sic] and the Cantigny Foundation and the Production of Documents pursuant to Bankruptcy Rule 2004 [Docket No. 1754]. On July 23, 2009, the Committee filed the Reply to Objection of Robert R. McCormick Foundation and Cantigny Foundation to Committee's Motion for an Order Authorizing the Examination of Robert R. McCormick Foundation and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 [Docket No. 1804].

3. Prior to the hearing to consider the 2004 Motion, the Committee and Foundations met and conferred and agreed to a consensual resolution of the 2004 Motion. As represented to the Court by undersigned counsel at the July 28, 2009 hearing, the parties have memorialized their agreement with respect to the resolution of the 2004 Motion in that certain Stipulation Resolving Motion of the Official Committee of Unsecured Creditors Filed on June 10, 2009, for an Order Authorizing the Examination of Robert G. McCormick Tribune Foundation and the Cantigny Foundation and the Production of Documents Pursuant to Bankruptcy Rule 2004 (the "Stipulation"). A copy of the Stipulation is attached hereto as Exhibit A.

4. Undersigned counsel respectfully requests the Court enter an order, in the form attached hereto as Exhibit B, at the Court's earliest convenience.

Dated: August 14, 2009  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_/s/ Matthew B. McGuire_

Adam G. Landis (No. 3407)  
Matthew B. McGuire (No. 4366)  
Mona A. Parikh (No. 4901)  
919 Market Street, Suite 1800  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

- and -

Howard Seife  
David M. LeMay  
Douglas E. Deutsch  
**CHADBOURNE & PARKE LLP**  
30 Rockefeller Plaza  
New York, NY 10112  
Telephone: (212) 408-5100  
Facsimile: (212) 541-5369

*Counsel to the Official  
Committee of Unsecured Creditors*