# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey #5

Calendar Date: 08/14/2009
Calendar Time: 02:00 PM

Amended Calendar 08/14/2009 09:02 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006244 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009289 | Scott Bynum | 212-902-8060 | Goldman Sachs & Company | Interested Party, Goldman Sachs & Company / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009311 | Alan D. Holtz | 312-551-3268 | AlixPartners, LLC | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006234 | Michael J. Joyce | 302-777-4200 | Cross & Simon | Interested Party, Washington Baltimore Newspaper Guild / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009306 | Adam Landis | 302-467-4411 | Landis Rath & Cobb, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006236 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009304 | David LeMay | (212) 408-5100 | Chadbourne & Park, LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006247 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006241 | Jonathan D. Lotsoff | (312) 853-4602 | Sidley Austin LLP | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009348 | Joseph McMahon | 302-573-6491 | US Trustee Office Of Wilmington | Interested Party, US Trustee Office Of Wilmington Delware / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006251 | Robert Paul | (202) 857-5000 | Zwerdling, Paul, Kahn & Wolly | Interested Party, Washington Baltimore Newspaper Guild / LIVE |

Peggy Drasal                                                                 CourtConfCal2007                                                                 Page 2 of 3

Case 08-13141-BLS    Doc 1962    Filed 08/14/09    Page 2 of 2</a

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3000930 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009334 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel, LLP | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006237 | Christopher Simon | 302-777-4200 | Cross & Simon | Interested Party, Washington Baltimore Newspaper Guild / LIVE |
| Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3006248 | J. Kate Stickles | (302) 652-3131 | Cole, Schotz, Meisel, Forman & | Debtor, Tribune Company / LIVE |
| Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3009280 | John H. Strock | 302-252-4335 | Womble Carlyle Sandridge & Rice, | Interested Party, GreatBanc Trust Company / LIVE |

Peggy Drasal    CourtConfCal2007    Page 3 of 3</a