IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No.  08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Docket No. 1250 |

CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER
EXTENDING THE TIME FOR THE INTERNAL REVENUE SERVICE TO A FILE
PROOFS OF CLAIM

The undersigned hereby certifies as follows:

On May 27, 2009, the Court entered an order granting the Internal Revenue

Service until August 10, 2009 to file a proof of claim in this proceeding, without

prejudice to its moving for additional time or to other parties in interests' right to

oppose such motion.

Subsequently, the Service and Debtors have engaged in discussions that

have led to the agreed form of order attached hereto as Exhibit A.  The agreed

form of order was circulated to and approved by (i) counsel for the Debtors and

(ii) Counsel for the Service.

4482661.1

WHEREFORE, the Service respectfully requests the entry of the agreed

order, substantially in the form attached hereto as Exhibit A, at the earliest

convenience of the Court.

Dated: August 18, 2009.


By:    /s/ Yonatan Gelblum
       Yonatan Gelblum
       Trial Attorney, Tax Division
       U.S. Department of Justice
       Post Office Box 227
       Washington, D.C. 20044
       Telephone: (202) 305-3136
       Facsimile: (202) 514-6866
       Yonatan.Gelblum@usdoj.gov
       Cal Bar. #254297
       Street Address for Overnight
       Delivery:
       555 4th St. NW Room 6110
       Washington, DC 20001

4482661.1