# EXHIBIT A

## Declaration of Christopher L. Meazell

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## DECLARATION OF CHRISTOPHER L. MEAZELL

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Second Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period July 1, 2009 through July 31, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Second Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

46429/0001-5940224v1

4.      There is no agreement or understanding between Dow Lohnes and any other person for a

division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.


5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.


I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 20th day of August, 2009.

Christopher L. Meazell

# EXHIBIT B

# Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## JULY 1, 2009 THROUGH JULY 31, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 13.7 | 3,425.00 |
| Michael D. Basile | Member (since 1992); Communications; 1983 (DC) | 655 | 1.2 | 786.00 |
| Edward P. Cadagin | Paralegal (since 2008); General Support; n/a | 110 | 24.0 | 2,640.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 59.7 | 43,282.50 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 30.9 | 4,480.50 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 84.4 | 28,274.00 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 19.0 | 12,255.00 |
| Christopher L. Meazell | Of Counsel (since 2007); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 10.6 | 4,240.00 |
| Christian J. Pena | Paralegal (since 2005); Communications; n/a | 200 | 2.7 | 540.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 130.6 | 33,303.00 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 85.5 | 49,162.50 |
| David J. Wittenstein | Member (since 1990); Media & I.P.; 1981 (DC) & 1982 (GA) | 645 | 0.2 | 129.00 |

**TOTALS** — 462.5 — 182,517.50
**BLENDED RATE** — 394.6324324

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes's next Firm-wide rate adjustment will be $725 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 451.9 | 178,277.50 |
| Fee Applications 08656.0101 | 10.6 | 4,240.00 |
| Travel Time  08656.0102 (with 50% discount) | 0.0 | 0.00 |
| **TOTAL** | **462.5** | **182,517.50** |

# ☿ DowLohnes

Dow Lohnes PLLC
Attorneys At Law
Washington, DC | Atlanta, GA

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

August 21, 2009                                                  Page 1

Tribune Company                                          Invoice 514567
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100            For Services Through July 31, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 07/01/09 | Research and analysis regarding WGN TV superstation copyright issues. | |
| | D. Wittenstein | 0.20 hrs. |
| 07/01/09 | Research re Miami print magazines (8.0); draft exhibit re same (1.6). | |
| | J. Pila | 9.60 hrs. |
| 07/01/09 | Telephone conference with counsel for lenders re (Wiley) preparation of FCC application (0.9); review expert proposals (0.6); work on waiver showings and issues (0.3); memo re FCC issues on LMA and trust (0.2). | |
| | J. Feore | 2.00 hrs. |
| 07/01/09 | Research and create charts for Miami, FL (1.2), Los Angeles, CA (2.2) and Chicago, IL (1.6) DMA's re newspaper ownership. | |
| | K. Gallagher (Paralegal) | 5.00 hrs. |
| 07/01/09 | Telephone conference with K. Mikkelsen (EI) re clarification on econometric proposal (0.3); conference with H. Furchtgott-Roth re clarification (0.4); conference with J. Feore re all proposals (0.2); draft email to client re same (0.3); review re likely interpretation from "new FCC" (0.3). | |
| | M. Swanson | 1.50 hrs. |
| 07/01/09 | Research print media in Los Angeles (2.7) and Chicago (2.0) markets. | |
| | S. Anderson (Practice Group Professional) | 4.70 hrs. |
| 07/02/09 | Research re weekly and daily newspapers in Chicago, IL DMA (1.0); research re magazines and journals in the Chicago, IL DMA (1.0); prepare chart re various media voices in Chicago, IL DMA | |

Tribune Company                                                    Invoice 514567

|  |  |  |
|---|---|---|
|  | (0.7).<br>C. Pena (Paralegal) | 2.70 hrs. |
| 07/02/09 | Prepare charts of print media in Los Angeles market (6.0); review charts of media in Miami (1.4) and Chicago markets (1.0).<br>D. Kirkpatrick | 8.40 hrs. |
| 07/02/09 | Research re Chicago print publications (11.0); draft exhibit re same (2.3).<br>J. Pila | 13.30 hrs. |
| 07/02/09 | Telephone conferences with Tribune, D. Libentritt and S. Sheehan (0.8); work on LMA and trust issues for Company memo (0.8); review experts proposals for FCC studies (0.4); work on drafting FCC application for transfer (1.0).<br>J. Feore | 3.00 hrs. |
| 07/02/09 | Research and create charts for Miami, FL (2.0), Los Angeles, CA (2.1) and Chicago, IL (2.0) DMA's re newspaper ownership.<br>K. Gallagher (Paralegal) | 6.10 hrs. |
| 07/02/09 | Review re data collection.<br>M. Swanson | 0.30 hrs. |
| 07/02/09 | Work on memorandum re FCC requirements for trust and LMA structure.<br>M. Basile | 1.20 hrs. |
| 07/02/09 | Research magazines and journals in the Indiana counties of the Chicago DMA.<br>S. Anderson (Practice Group Professional) | 4.00 hrs. |
| 07/03/09 | Research re Los Angeles print publication (7.0); draft exhibit re same (0.7).<br>J. Pila | 7.70 hrs. |
| 07/03/09 | Research re expert studies for FCC application (0.4); review of waiver rulings and outline of showings (0.3); follow-up re FCC meetings and timing on appeals (0.5); memo re same (0.5).<br>J. Feore | 1.70 hrs. |
| 07/03/09 | Review and revise drafts of print data reports for FCC waivers (2.9); research re 2007 and 2008 waiver standards (2.0).<br>M. Swanson | 4.90 hrs. |
| 07/05/09 | Research re Los Angeles print publication (7.0); draft letter portions of exhibit re same (2.8).<br>J. Pila | 9.80 hrs. |
| 07/05/09 | Review and revise drafts of print data reports for FCC waivers.<br>M. Swanson | 4.30 hrs. |
| 07/06/09 | Research re local print publications and cable television in cross-ownership markets.<br>D. Kirkpatrick | 4.90 hrs. |

| | | |
|---|---|---|
| 07/06/09 | Revise Hartford print exhibit re foreign language publications and college publications (2.0); research re Los Angeles print publications (6.0); draft further portions of exhibit re same (1.9). | |
| | J. Pila | 9.90 hrs. |
| 07/06/09 | Telephone conference with M. Fratrik re cross-ownership and duopoly studies (0.6); review experts proposals and outline of waiver for FCC application (0.8); research re pending Tribune ownership appeals and impact on transfer of control (1.0). | |
| | J. Feore | 2.40 hrs. |
| 07/06/09 | Work on issues regarding information and data sources for waiver requests. | |
| | J. Logan | 1.30 hrs. |
| 07/06/09 | Research and create charts for Los Angeles, CA DMA re newspaper ownership. | |
| | K. Gallagher (Paralegal) | 5.80 hrs. |
| 07/06/09 | Telephone conference with J. Bayes (Wiley) re econometric proposals (0.5); email to J. Bayes re same (0.1); review re Chicago media interests (0.9); conference with H. Furchtgott-Roth re possible data sources (0.4); review Wiley outline (0.9); review and revise re Chicago, Miami and Los Angeles media charts (1.8). | |
| | M. Swanson | 4.60 hrs. |
| 07/07/09 | Review and revise exhibits re print media (2.1); research re local cable programming in Miami market (3.4). | |
| | D. Kirkpatrick | 5.50 hrs. |
| 07/07/09 | Prepare Los Angeles print exhibit re foreign language publications and collect publications (10.0); revise Miami print exhibit re foreign language publications and college publications (1.8). | |
| | J. Pila | 11.80 hrs. |
| 07/07/09 | Telephone conferences with lenders counsel (Wiley) re FCC studies, waivers and expert studies (2.1); telephone conference with D. Liebentritt re LMA structure, trust and waiver showings (0.9). | |
| | J. Feore | 3.00 hrs. |
| 07/07/09 | Work on issues regarding trust arrangement and procedures. | |
| | J. Logan | 1.20 hrs. |
| 07/07/09 | Review and updates to newspaper ownership charts re Los Angeles, CA (4.1) and Miami, FL (1.8). | |
| | K. Gallagher (Paralegal) | 5.90 hrs. |
| 07/07/09 | Research re sources of Internet usage data (0.2); preparation for and telephone conference with R. Wiley (Wiley), J. Bayes (Wiley) and W. Johnson (Wiley) re waiver issues (0.1); review and revise market charts (0.3); prepare synthesized list of necessary data and facts for waiver requests (0.9). | |
| | M. Swanson | 2.40 hrs. |

Tribune Company

| 07/07/09 | Review Los Angeles DMA print media to proofread accuracy of owner/newspaper names.<br>S. Anderson (Practice Group Professional)          2.00 hrs. |
|---|---|
| 07/08/09 | Revise Chicago print exhibit re foreign language publications and college publications.<br>J. Pila          2.90 hrs. |
| 07/08/09 | Telephone conferences with Wiley attorneys (0.6); work on FCC application outlines, ownership waivers and timing issues (1.2).<br>J. Feore          1.80 hrs. |
| 07/08/09 | Review and revise draft issues on surveys required for waiver requests.<br>J. Logan          2.70 hrs. |
| 07/08/09 | Review and updates to newspaper ownership chart for Chicago, IL DMA.<br>K. Gallagher (Paralegal)          2.70 hrs. |
| 07/08/09 | Review re issues related to hiring economists.<br>M. Swanson          0.30 hrs. |
| 07/09/09 | Prepare charts of local cable television programming in Hartford market.<br>D. Kirkpatrick          0.70 hrs. |
| 07/09/09 | Telephone conferences with lenders counsel (Wiley) re waiver showings, FCC application and preparation of application (1.0); follow-up memo re LMA/trust issues and FCC and court matters (1.0); research re FCC policies re trusts and application processing (1.0).<br>J. Feore          3.00 hrs. |
| 07/09/09 | Telephone conference with R. Wiley and J. Bayes (counsel to lenders) regarding trust approach and prospects for early filings with the FCC (0.8); prepare for conference with M. Fratrik (BIA) regarding studies to be prepared for waiver requests in FCC transfer application (1.4 ); review issues regarding elements of needed studies for waiver request (0.7 ); telephone conference with J. Bayes (counsel to Steering Committee) and M. Fratrik (BIA) regarding exhibits for waiver showings in FCC applications (0.8 ).<br>J. Logan          3.70 hrs. |
| 07/09/09 | Preparation of email for client re factual research and data collection (6.0); preparation for and conference call with J. Bayes (Wiley), W. Johnson (Wiley) and M. Fratrik (BIA) re data collection (2.7).<br>M. Swanson          3.30 hrs. |
| 07/10/09 | Research re Chicago print media (2.9); prepare exhibit re same (1.0).<br>D. Kirkpatrick          3.90 hrs. |
| 07/10/09 | Research re Chicago Internet sites (6.0); draft exhibit re same (1.0). |

|  |  |  |
|---|---|---|
|  | J. Pila | 7.00 hrs. |

| 07/10/09 | Telephone conference with S. Sheehan re Hill and FCC lobby efforts for reorganized Tribune (0.8); telephone conferences with lenders counsel (Wiley)(0.6); work on drafts of ownership waiver showings for Tribune market (0.6). |  |
|---|---|---|
|  | J. Feore | 2.00 hrs. |

| 07/10/09 | Review issues regarding outline of waiver requests (1.8); telephone conference with J. Bayes (FCC counsel to Steering Committee) regarding information needed for waiver requests and arguments to be advanced (0.6). |  |
|---|---|---|
|  | J. Logan | 2.40 hrs. |

| 07/10/09 | Research and prepare chart of Chicago Now blogs and locally produced video. |  |
|---|---|---|
|  | K. Gallagher (Paralegal) | 1.20 hrs. |

| 07/10/09 | Review and revise Chicago media draft (3.1); preparation for and telephone conference with J. Bayes (Wiley) and E. Reed (Wiley) re waiver template and parties' responsibilities (1.7). |  |
|---|---|---|
|  | M. Swanson | 4.80 hrs. |

| 07/11/09 | Prepare revised draft exhibit re daily and weekly newspapers and magazines in Chicago market. |  |
|---|---|---|
|  | D. Kirkpatrick | 2.60 hrs. |

| 07/11/09 | Research re Chicago Internet sites (3.3); draft exhibit re same (0.8). |  |
|---|---|---|
|  | J. Pila | 4.10 hrs. |

| 07/11/09 | Review drafts of media studies, legal analysis and outline for ownership waivers to be filed with FCC (1.0); research re further LMA and trust issues (0.9). |  |
|---|---|---|
|  | J. Feore | 1.90 hrs. |

| 07/11/09 | Review and revise data reports for cross-ownership markets (1.8); email to J. Bayes (Wiley) and M. Fratrik (BIA) re Chicago data reports (0.3). |  |
|---|---|---|
|  | M. Swanson | 2.10 hrs. |

| 07/12/09 | Research re Chicago Internet sites (10.0); draft exhibit re same (1.4). |  |
|---|---|---|
|  | J. Pila | 11.40 hrs. |

| 07/13/09 | Review and revise exhibits re print media in Hartford and Miami markets (1.0); research re local cable television offerings in Hartford market (3.2). |  |
|---|---|---|
|  | D. Kirkpatrick | 4.20 hrs. |

| 07/13/09 | Finalize Chicago Internet exhibit. |  |
|---|---|---|
|  | J. Pila | 6.60 hrs. |

| 07/13/09 | Telephone conferences with D. Liebentritt, S. Sheehan and B. Krakauer re FCC issues re Tribune transfer (1.0); review draft waiver showings (1.0); conference with lenders counsel (0.5). |  |
|---|---|---|

|  |  |  |
|---|---|---|
|  | J. Feore | 2.50 hrs. |
| 07/13/09 | Review issues regarding applicant structure and timing of filing (1.3); telephone call to Steering Committee counsel regarding BIA research contract (0.3). | |
|  | J. Logan | 1.60 hrs. |
| 07/13/09 | Conference with H. Furchtgott-Roth (0.2) and telephone conference with K. Mikkelsen re selection of BIA (0.1); review and revise Miami print outlet exhibit (1.5); email same to M. Fratrik and Wiley attorneys (0.2); telephone conference with J. Lewis (FCC)(0.3); research status of Tribune/Zell court appeal (0.3). | |
|  | M. Swanson | 2.60 hrs. |
| 07/13/09 | Review charts of print media in Chicago DMA. | |
|  | S. Anderson (Practice Group Professional) | 3.00 hrs. |
| 07/14/09 | Research re local cable television offerings in Hartford and Chicago markets (3.1); prepare exhibits re same (1.1). | |
|  | D. Kirkpatrick | 4.20 hrs. |
| 07/14/09 | Research re school websites in Los Angeles DMA (4.0); draft portions of exhibit re same (0.5). | |
|  | E. Cadagin (Paralegal) | 4.50 hrs. |
| 07/14/09 | Research re Miami Internet exhibit (6.7); prepare exhibit re same (1.1). | |
|  | J. Pila | 7.80 hrs. |
| 07/14/09 | Telephone conference with B. Krakauer and counsel for creditors committee and update re FCC filings (1.0); telephone conference with M. Fratrik and Tribune counsel (0.6); work on waiver requests (0.9); telephone conference with B. Kreisman and C. Pendarvis re timing on FCC long form application (0.9). | |
|  | J. Feore | 3.40 hrs. |
| 07/14/09 | Telephone conference with W. Johnsen (FCC counsel to Steering Committee) regarding issues in connection with structuring post-bankruptcy entity and related matters involving FCC qualifications (0.7); work on proposed corporate articles provision to address FCC ownership matters (0.9). | |
|  | J. Logan | 1.60 hrs. |
| 07/14/09 | Review BIA proposed task list (0.3); review previous waivers and revise BIA document (0.7); telephone conference with M. Fratrik (BIA) re same (0.2); work on print outlet exhibits (3.9). | |
|  | M. Swanson | 5.10 hrs. |
| 07/15/09 | Research re local cable programming in Chicago and Los Angeles markets. | |
|  | D. Kirkpatrick | 2.80 hrs. |
| 07/15/09 | Research regarding FCC requirements for separate operation of cross-owned properties. | |

Tribune Company

|  |  |  |
|---|---|---|
|  | D. Kirkpatrick | 2.30 hrs. |
| 07/15/09 | Research re food and entertainment websites in Los Angeles DMA (7.0); draft portions of exhibit re same (0.7). | |
|  | E. Cadagin (Paralegal) | 7.70 hrs. |
| 07/15/09 | Finalize Miami Internet exhibit (1.1); research re Los Angeles Internet sites (5.5); prepare exhibit re same (0.5). | |
|  | J. Pila | 7.10 hrs. |
| 07/15/09 | Telephone conferences with M. Fratrik re waiver showings (0.9); memo re BIA contract and proposed changes (0.6); work on FCC application issues, timing and review of waiver requests (0.5). | |
|  | J. Feore | 2.00 hrs. |
| 07/15/09 | Complete sections for corporate articles to address FCC foreign ownership and multiple ownership issues (0.6); correspondence with FCC counsel to Steering Committee regarding inserts to proposed articles of incorporation (0.2). | |
|  | J. Logan | 0.80 hrs. |
| 07/15/09 | Review revised BIA contract (0.2); email exchange with M. Fratrik (BIA) re same (0.1); finalize contract (0.2). | |
|  | M. Swanson | 0.50 hrs. |
| 07/15/09 | Review FCC precedent regarding separate operations at cross-owned properties (1975 2d R&O and progeny). | |
|  | M. Swanson | 1.50 hrs. |
| 07/16/09 | Research regarding application of separate operations conditions to newspaper/broadcast cross-ownership. | |
|  | D. Kirkpatrick | 2.30 hrs. |
| 07/16/09 | Research re school websites in Los Angeles DMA (6.5); revise portions of exhibit re same (1.0). | |
|  | E. Cadagin (Paralegal) | 7.50 hrs. |
| 07/16/09 | Research re Los Angeles Internet sites (6.0); prepare exhibit re same (1.1). | |
|  | J. Pila | 7.10 hrs. |
| 07/16/09 | Telephone conferences regarding FCC application (0.5); work on FCC application and waiver showings re ownership, FCC compliance issues re new owners and alien ownership issues (0.9). | |
|  | J. Feore | 1.40 hrs. |
| 07/16/09 | Review issues regarding scope of study by M. Fratrik and local media information. | |
|  | J. Logan | 0.70 hrs. |
| 07/16/09 | Research and create chart re Los Angeles DMA congressional districts political party websites and hospital websites. | |
|  | K. Gallagher (Paralegal) | 2.00 hrs. |
| 07/16/09 | Email exchange with M. Fratrik (BIA) re report organization and | |

Tribune Company                                         Invoice 514567

|  |  |  |
|---|---|---|
|  | format (0.2); telephone conference with Wiley lawyers re same (0.2); email M. Fratrik (0.2); email exchanges with same re L.A. report (0.2). | |
|  | M. Swanson | 0.80 hrs. |
| 07/17/09 | Research regarding FCC requirements regarding separation of newspaper and broadcast properties. | |
|  | D. Kirkpatrick | 5.10 hrs. |
| 07/17/09 | Research re food and entertainment websites in Los Angeles DMA (3.7); revise portions of exhibit re same (0.6). | |
|  | E. Cadagin (Paralegal) | 4.30 hrs. |
| 07/17/09 | Research re Los Angeles Internet sites (5.0); finalize exhibit re same (1.0); telephone conferences with Internet data firms re local Internet usage data (1.8). | |
|  | J. Pila | 7.80 hrs. |
| 07/17/09 | Telephone conferences with D. Libentritt regarding bankruptcy and FCC issues (1.0); work on FCC application and waiver showings (0.4); review experts comments (0.4). | |
|  | J. Feore | 1.80 hrs. |
| 07/17/09 | Review issues regarding proposed format for media studies and local studies of non-legacy media. | |
|  | J. Logan | 0.70 hrs. |
| 07/17/09 | Research regarding cooking, food festivals and video blogs in the Los Angeles DMA. | |
|  | K. Gallagher (Paralegal) | 1.00 hrs. |
| 07/17/09 | Telephone conferences with Internet usage data companies (Hitwise, Comscore, Neilsen, Forrester) re data availability and quotes (0.9); telephone conference with J. Timmerman (NAB), M. Schooler (NCTA) and J. Perlman (AAF) re Internet usage data (0.8); email exchanges with M. Fratrik (BIA) re review and discussion of draft. (0.3). | |
|  | M. Swanson | 2.00 hrs. |
| 07/18/09 | Review M. Fratrik revised media studies re FCC waivers (1.0); work on draft FCC showings (0.6). | |
|  | J. Feore | 1.60 hrs. |
| 07/18/09 | Review and revise M. Fratrik (BIA) Los Angeles draft (1.2); review re 2007 data for Los Angeles (0.9); research Kelsey methodology (0.8); telephone conference with M. Fratrik (BIA) re proposed changes (1.0). | |
|  | M. Swanson | 3.90 hrs. |
| 07/19/09 | Review FCC precedent regarding separation of cross-owned operations; revise memorandum regarding same. | |
|  | M. Swanson | 6.70 hrs. |
| 07/20/09 | Review and revise memorandum regarding FCC prohibitions on | |

|  | sharing in newspaper/broadcast cross-ownerships. | |
|  | D. Kirkpatrick | 1.30 hrs. |
| 07/20/09 | Telephone conference with M. Fratrik re studies for waivers (0.3); work on FCC showing and application requests (0.5); review drafts for FCC (0.5). | |
|  | J. Feore | 1.30 hrs. |
| 07/20/09 | Preparation of final memorandum regarding cross-ownership waiver standards and separation issues. | |
|  | M. Swanson | 0.40 hrs. |
| 07/20/09 | Review emails re BIA contract (0.2); telephone conference with J. Bayes (Wiley) re Internet usage survey companies, local market data and BIA draft (0.4); preparation of email summarizing same (0.4). | |
|  | M. Swanson | 1.00 hrs. |
| 07/21/09 | Research re local cable television in Los Angeles market (2.0); prepare exhibit re same (0.8). | |
|  | D. Kirkpatrick | 2.80 hrs. |
| 07/21/09 | Research re local Chicago Internet sites tracked by Nielsen online (1.9); draft comments re same (0.4). | |
|  | J. Pila | 2.30 hrs. |
| 07/21/09 | Review media studies for Tribune's cross-ownership markets and exhibits for FCC transfer application out of bankruptcy. | |
|  | J. Feore | 1.00 hrs. |
| 07/21/09 | Telephone conference with M. Fratrik (BIA) re need for executed contract and retainer (0.2); preparation for and telephone conference with E. Reed (Wiley) re internet usage data and related research and need for financial data for Chicago and Hartford cross-ownership waivers (0.8); review Internet site research and Nielsen data (0.7). | |
|  | M. Swanson | 1.70 hrs. |
| 07/22/09 | Research re traditional, legacy media available in Nielsen Chicago online report (1.7); draft comments re same (0.4). | |
|  | J. Pila | 2.10 hrs. |
| 07/22/09 | Telephone conferences with D. Liebentritt re preparation of waiver showings (0.7); review of BIA contract and obtaining station information (0.5); revise BIA agreement (0.5); telephone conference with S. Sheehan re FCC and Hill lobbying re transfer issues (0.8). | |
|  | J. Feore | 2.50 hrs. |
| 07/22/09 | Telephone conference with R. Wiley (Wiley) re data collection efforts (0.1); telephone conferences with Internet usage firms re available information on local Internet sites (0.9); email exchange with E. Reed (Wiley) re same (0.1); review Nielsen report of 1300 Chicago Internet sites (1.0). | |
|  | M. Swanson | 2.10 hrs. |
| 07/23/09 | Review filing in opposition to 2007 transfer of control re diversity | |

|          |                                                                                                  |            |
|----------|--------------------------------------------------------------------------------------------------|------------|
|          | and competition showings (2.3); conference call with E. Reed and J. Bayes re waiver requests(2.0). |            |
|          | D. Kirkpatrick                                                                                    | 4.30 hrs.  |
| 07/23/09 | Research re local Chicago sites tracked by Hitwise.                                               |            |
|          | J. Pila                                                                                           | 1.40 hrs.  |
| 07/23/09 | Review and revise media market showings for FCC applications and waiver (1.6); telephone conference with Tribune re FCC-Hill strategies, FCC meetings and timing issues (0.9); work on update to alien ownership corporate restrictions (0.5). |            |
|          | J. Feore                                                                                          | 3.00 hrs.  |
| 07/23/09 | Telephone conference Nielsen representative re Chicago report and other options for Internet usage data (0.9); telephone conference Hitwise representatives re same (0.4); email Wiley attorneys re Chicago Internet data (0.3); preparation for and telephone conference with E. Reed (Wiley) and J. Bayes (Wiley) re data collection (1.8); telephone conference with M. Fratrik (BIA) re Los Angeles report revisions (1.0); review additional data request from M. Fratrik (.2); prepare list of additional data needs (1.3). |            |
|          | M. Swanson                                                                                        | 5.90 hrs.  |
| 07/24/09 | Telephone conference with D. Liebentritt and conference with S. Sheehan re D.C. strategy re application and meeting (0.6); work on FCC application and waiver showings for 5 markets (1.4); review BIA material and revise (0.6). |            |
|          | J. Feore                                                                                          | 2.60 hrs.  |
| 07/24/09 | Telephone call (v.mail) to Steering Committee FCC counsel regarding status of structure for post-bankruptcy entity.       |            |
|          | J. Logan                                                                                          | 0.10 hrs.  |
| 07/24/09 | Letter to M. Fratrik (BIA) re signed contract (0.3); review and revise M. Fratrik (BIA) L.A. report (1.9); telephone conference and email with Nielsen representative re data (0.3); review BIA "benchmarks" for all cross-owned markets (0.3); email L.A. revisions to M. Fratrik and E. Reed (Wiley) (0.1). |            |
|          | M. Swanson                                                                                        | 2.90 hrs.  |
| 07/25/09 | Review and revise consultants draft studies for FCC waivers (0.9); work on memo re preserving Tribune appellate rights in bankruptcy (0.9). |            |
|          | J. Feore                                                                                          | 1.80 hrs.  |
| 07/27/09 | Prepare exhibit re local cable television in Los Angeles market (0.9); review questionnaire for calls with market managers; telephone conference with L. Washburn re same (1.3). |            |
|          | D. Kirkpatrick                                                                                    | 2.20 hrs.  |
| 07/27/09 | Research re required FCC assignment applications (0.7); draft comments re same (0.2).             |            |
|          | J. Pila                                                                                           | 0.90 hrs.  |

August 21, 2009                                                    Page 11

Tribune Company                                          Invoice 514567

| | | |
|---|---|---|
| 07/27/09 | Telephone conference with counsel for Creditors Committee re FCC issues and status of FCC application (0.9); review waiver study drafts and work on FCC application (0.9); memo re Bankruptcy Court language re FCC ownership issues (0.5). | |
| | J. Feore | 2.30 hrs. |
| 07/27/09 | Telephone conference with FCC counsel to Steering Committee regarding structure of new Tribune and treatment of ownership issues for application (0.3); review and analysis of applications to be filed in connection with setting up FCC templates (0.4); telephone conference with E. Washburn (Tribune) regarding FCC license list for preparation of application templates (0.2); correspondence to E. Washburn (Tribune) regarding FCC license spreadsheet (0.3). | |
| | J. Logan | 1.20 hrs. |
| 07/27/09 | Research re Tribune transfer applications. | |
| | K. Gallagher (Paralegal) | 1.20 hrs. |
| 07/27/09 | Research and review re FCC lobbying and strategy objectives (0.3); telephone conference with L. Washburn re market calls and research re facts for FCC (0.3); email same with 2007 waivers (0.2); telephone conference with L. Washburn re market calls and market history (1.0); review emails to all markets re call schedule and emails to L. Washburn re correction to same (0.3). | |
| | M. Swanson | 2.10 hrs. |
| 07/28/09 | Prepare binder of waiver requests (0.4); telephone conference with M. Wilke, G. Caputo and L. Washburn re convergence efforts in Chicago market (1.7); prepare narrative statement re benefits from convergence in Chicago market (2.4). | |
| | D. Kirkpatrick | 4.50 hrs. |
| 07/28/09 | Telephone conferences with S. Sheehan and outline lobby options for Hill and FCC on transfer application (0.8); memo and follow-up re Creditor's Committee counsel and FCC status report (0.7); review and revise draft waiver studies and exhibits for FCC applications (1.2). | |
| | J. Feore | 2.70 hrs. |
| 07/28/09 | Review additional procedures for establishing electronic application templates for proposed filing. | |
| | J. Logan | 0.80 hrs. |
| 07/28/09 | Review re possible plan filing extension and effect on FCC filing (0.1); exchange emails with J. Timmerman (NAB) re Internet usage sources and review same (0.2); exchange emails with M. Fratrik (BIA) re schedule (0.1); prepare for and telephone conference with Chicago general manager and staff re facts needed for FCC waiver request (2.3); exchange emails with L. Washburn re bankruptcy timing and FCC filing (0.1). | |
| | M. Swanson | 2.80 hrs. |
| 07/29/09 | Prepare narrative statements re benefits of convergence in Chicago | |

Tribune Company

|  |  |  |
|---|---|---|
|  | (3.6) and Hartford (2.5) markets; telephone conference with R. Graziano, B. Rockstroh and L. Washburn re convergence in Hartford market (1.4). | |
|  | D. Kirkpatrick | 7.50 hrs. |
| 07/29/09 | Telephone conferences re Tribune station material for waiver showings and work on draft reviews (0.9); research and finalize memo re reorganized Tribune and current appeals of FCC orders (1.2); memo re Hill lobby issues and role of S. Sheehan (0.4). | |
|  | J. Feore | 2.50 hrs. |
| 07/29/09 | Review issues regarding codes and reference numbers for application preparation (0.1); telephone call (v.mail) to E. Washburn (Tribune) re same (0.1). | |
|  | J. Logan | 0.20 hrs. |
| 07/29/09 | Prepare for and telephone conference with Hartford general manager and staff re facts needed for FCC waiver request (1.5); research re FCC political issues for July 30 meeting (0.2); review ratings and exchange emails with R. Graziano re market call (0.1); exchange emails with E. Reed (Wiley) re newspaper data (0.2); exchange emails with R. Reed re July 30 schedule (0.1); prepare for telephone conference with Los Angeles market (0.4); review Chicago market data and write-up (1.3); review Wiley data request and email to L. Washburn re same (0.6). | |
|  | M. Swanson | 4.40 hrs. |
| 07/30/09 | Prepare statements re benefits of joint ownership in Hartford (3.2), Miami (2.7) markets; prepare for and particpate in conference call with A. Meyers, B. Gremillion and L. Washburn re benefits of common ownership in Miami market (1.5); prepare charts of ratings and local news in Chicago (0.4) and Hartford (0.4) markets. | |
|  | D. Kirkpatrick | 8.20 hrs. |
| 07/30/09 | Meetings with D. Liebentritt, L. Washburn, S. Sheehan, J. Bayes, W. Johnson and E. Reed re FCC issues including compliance of new ownership, timing of filing and waiver showings (3.6); work on appellate review of ownership memo and status of Tribune applications. (0.9). | |
|  | J. Feore | 4.50 hrs. |
| 07/30/09 | Prepare for and telephone conference with R. Gremillion and A. Meyers re Miami market (1.5); review re M. Fratrik Los Angeles draft (0.5); prepare for and meeting with S. Sheehan, D. Liebentritt and L. Washburn (2.3); meeting with same and J. Bayes, E. Reed and W. Johnson (Wiley) (1.0); meet with same and M. Fratrik (0.9); email to A. Savastra re Hartford data (0.1); letter to D. Liebentritt and L. Washburn re 2007 waivers (0.1). | |
|  | M. Swanson | 6.40 hrs. |
| 07/31/09 | Prepare for and participate in telephone conference with B. Berlamino and K. Scott re New York market; prepare follow-up email re same (2.4); prepare for and participation in telephone | |

Tribune Company                                              Invoice 514567

|  |  |  |
|---|---|---|
| | conference with D. Corsini and C. Sennet re convergence efforts in Los Angeles; prepare follow-up email re same (2.5); prepare narrative statements re benefits of convergence in Hartford (0.9), Miami (0.9) markets. | |
| | D. Kirkpatrick | 6.70 hrs. |
| 07/31/09 | Review FCC issues on Newsday transaction and attribution for ownership purposes (1.0); work on cross-ownership waiver showings and review of M. Fratrik study (1.0). | |
| | J. Feore | 2.00 hrs. |
| 07/31/09 | Exchange emails with D. Liebentritt re 2007 waivers (0.1); exchange emails with E. Reed (Wiley) re M. Fratrik report status (0.1); telephone conference with J. Bayes (Wiley) re same (0.1); prepare for and interview New York general manager and news director re facts needed for waiver request (1.3); organize data materials previously sent to client and send to L. Washburn (0.6); exchange emails with E. Reed re telephone conference re review of newspaper research (0.1); prepare for and telephone conference with Los Angeles general manager and staff re facts needed (1.8); email to L. Washburn re M. Fratrik reports (0.1). | |
| | M. Swanson | 4.20 hrs. |

### BILLING SUMMARY

|  | Hours |
|---|---|
| BASILE | 1.20 |
| FEORE | 59.70 |
| LOGAN | 19.00 |
| SWANSON | 85.50 |
| WITTENSTEIN | 0.20 |
| KIRKPATRICK | 84.40 |
| PILA | 130.60 |
| ANDERSON | 13.70 |
| CADAGIN | 24.00 |
| GALLAGHER | 30.90 |
| PENA | 2.70 |
| TOTAL | 451.90 |

Fees for Professional Services ........................................................... $          178277.50

| | | |
|---|---|---|
| COURIER SERVICE | $ | 76.23 |
| INFORMATION SERVICES | $ | 1.71 |
| LEXIS-NEXIS | $ | 755.05 |
| REPRODUCTION | $ | 557.38 |

August 21, 2009                                                    Page 14

Tribune Company                                                   Invoice 514567

|  |  | | |
|---|---|---|---|
|  | TELEPHONE | $ | 87.84 |
|  | WESTLAW INFORMATION SERVICE | $ | 510.11 |
| 06/25/09 | Berry Best Inv#52740609- electronics search of FCC releases. | $ | 21.15 |

Total Reimbursable Costs ............................................................ $          2009.47

Total Current Billing For This File ............................................. $         180286.97


Our File # 08656.0101            For Services Through July 31, 2009
Retention and Fee Applications


| 07/10/09 | Review dockets regarding retention application (0.2); correspondence with debtor's counsel regarding same (0.2); research regarding fee application process (0.4); review orders regarding same (0.3). |
|---|---|
|  | C. Meazell                          1.10 hrs. |
| 07/15/09 | Retrieve and review retention orders (0.7); research regarding fee application process and billing standards (1.4); correspondence with debtor's counsel regarding same (0.2); preparation of first monthly fee application (0.5). |
|  | C. Meazell                          2.80 hrs. |
| 07/16/09 | Telephone conference with Fee Examiner regarding fee application process and billing standards (0.2); preparation of first monthly fee application (2.1). |
|  | C. Meazell                          2.30 hrs. |
| 07/23/09 | Research regarding fee application requirements (0.6); telephone conference with K. Stickles regarding same (0.2); preparation of fee application (0.4). |
|  | C. Meazell                          1.20 hrs. |
| 07/30/09 | Preparation of first monthly fee application. |
|  | C. Meazell                          1.40 hrs. |
| 07/31/09 | Preparation of first monthly fee application. |
|  | C. Meazell                          1.80 hrs. |

BILLING SUMMARY

|  | Hours |
|---|---|
| MEAZELL | 10.60 |
| TOTAL | 10.60 |

August 21, 2009                                    Page 15

Tribune Company                                    Invoice 514567

Fees for Professional Services ........................................................ $          4240.00

Total Current Billing For This File................................................... $          4240.00

Total Current Billing for This Invoice............................................. $        184,526.97
Billed and Unpaid (All Files)........................................................ $        201,161.26
PLEASE REMIT TOTAL INVOICE BALANCE DUE ............................... $        385,688.23

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JULY 1, 2009 THROUGH JULY 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | |
| Duplicating Charges (1) | | 557.38 |
| Court Costs | | |
| Document Delivery Services | | |
| Document Services | | |
| Facsimile Charges (1) | | |
| Filing Fees | | |
| Ground Transportation | | |
| Lexis Research Service | Lexis | 755.05 |
| Meals Out-of-Town | | |
| Meals | | |
| Messenger Services | UPS | 76.23 |
| Overtime Services | | |
| Document Production | | |
| Professional Services/Specialists | Pacer | 1.71 |
| Postage | | |
| Search Services | Berry Best | 21.15 |
| Telephone Tolls | | 87.84 |
| Travel/Lodging | | |
| Westlaw Research Service | Westlaw | 510.11 |
| **Total** | | **2,009.47** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii)