# SIGN-IN-SHEET - CHAMBERS CONFERENCE

**CASE NAME:** Tribune Company  
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5  
**DATE:** August 21, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matt McGuirk | Landis Rath & Cobb | Committee |
| David Lemay | Chadbourne & Parke | Committee |
| Marc Alpert | Chadbourne & Parke | Committee |
| Norman Pernick | Cole Schotz | Debtor |
| Dan Liebenstritt | Tribune | " |
| David Eldersveld | " | " |
| Brian Krakauer | Sidley Austin | " |
| Ken Kansa | " | " |
| KAREN E. WAGNER | Davis Polk & Wardwell | JPMorgan |
| Mark Collins | Richards Layton | " |
| Alfred Levitt | Ricketts Family | Ricketts Family |
| Michael Small | Foley | " |