# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x

In re:                                    :        Chapter 11
                                          :
TRBUNE COMPANY, et al.,                   :        Case No. 08-13141 (KJC)
                                          :
                          Debtors.        :        (Jointly Administered)
                                          :
------------------------------------------------------- :
                                          x        **Hearing Date:  September 4, 2009 @ 10:00 a.m.**
                                                   **Related Dkt. No. 1920**

## 57-11 49TH PLACE, LLC'S LIMITED OBJECTION TO THE DEBTOR'S MOTION AUTHORIZING DEBTORS TO REJECT CERTAIN LEASES OF NONRESIDENTIAL REAL PROPERTY AND RELATED EXECUTORY CONTRACTS PURSUANT TO §365 OF THE BANKRUPTCY CODE

57-11 49th Place, LLC (the "Landlord") by and through its counsel, Tarter Krinsky &

Drogin LLP and Messana Rosner & Stern LLP respectfully submits the following limited

objection (the "Objection") to the Debtors' motion (the "Motion") to reject under §365 of the

Bankruptcy Code the lease of the nonresidential property for the premises commonly known as

57-11 49th Place, New York, New York (the "Premises").

## 57-11 49TH PLACE, LLC WILL HAVE A SUBSTANTIAL CLAIM FOR REJECTION DAMAGES PURSUANT TO §502(b)(6) OF THE BANKRUPTCY CODE AND RIGHTFULLY RETAINS THE DEBTOR'S SECURITY DEPOSIT TO BE USED TO SETOFF SUCH CLAIM

1.      Landlord is the owner of the Premises and entered into a lease (the "Lease") of

the Premises dated as of April 24, 2003 by and between the Landlord and Insertco, Inc.

("Insertco") for the term beginning June 1, 2003 and ending February 28, 2013.

2.      In paragraph "12" of the Motion, Debtor states that once Insertco vacates the

Premises, Shuttle Printing, Inc. ("Shuttle"), Insertco's co-tenant, will be liable for all obligations

under the Lease and therefore the Landlord will have few rejection damages as a result of

{00001273. }

Debtor's rejection of the Lease.  Landlord contends that this statement is incorrect.  Shuttle has represented that it does not intend, nor does it have the means to, take over Insertco's portion of the Premises or the Lease.  Therefore, once an Order is entered authorizing the Debtor to reject the Lease, the Landlord will have a substantial claim for rejection damages pursuant to §502(b)(6) of the Bankruptcy Code.

3.     The Landlord currently holds a security deposit for the Premises of approximately $410,000.00.  Approximately $60,000.00 of this security deposit is pursuant to section 24 of the Lease.  The remaining $350,000.00 was provided as an additional security deposit pursuant to a letter agreement dated as of July 23, 2008 by and between Insertco and the Landlord as provided for in section 30 of the Lease.  Landlord rightfully retains the entire security deposit and is under no obligation to return any part of the security deposit at this time.  Landlord is entitled to retain the security deposit and deduct the amount of the security deposit from its allowed claim for rejection damages.  In re PPI Enterprises (U.S.), Inc., 324 F. 3d 197 (3rd Cir. 2003); Matter of TIE/Communications, Inc., 163 B.R. 435 (Bankr. D. Del. 1994); Oldden v. Tonto Realty Corp., 143 F.2d 916 (2nd Cir. 1944).

4.     Landlord reserves all rights under the Lease and in connection with the Premises.

**WHEREFORE**, the Landlord respectfully requests that the Order be modified to the extent necessary to reserve all the Landlord's rights with respect to the allocation of the security

deposit and grant such other and further relief as the Court deems just and proper.

Dated: August 24, 2009
       Wilmington, Delaware

**MESSANA ROSNER & STERN LLP**

/s/ Frederick B. Rosner
Frederick B. Rosner (DE #3995)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 777-1111

and

**TARTER KRINSKY & DROGIN LLP**

/s/ Scott S. Markowitz
Scott S. Markowitz, Esq.
1350 Broadway, 11th Floor
New York, New York 10018
Telephone:  (212) 216-8000

*Attorneys for 57-11 49th Place, LLC*