# EXHIBIT C

*Publication Notice*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

### NOTICE OF (I) PROPOSED BUSINESS COMBINATION INVOLVING THE CHICAGO CUBS MAJOR LEAGUE BASEBALL FRANCHISE AND RELATED ASSETS AND (II) RELATED COURT DATES AND DEADLINES

**IMPORTANT**: THIS NOTICE PROVIDES YOU WITH INFORMATION CONCERNING MATTERS THAT MAY AFFECT YOUR LEGAL RIGHTS. IF YOU WISH TO BE HEARD BY THE BANKRUPTCY COURT CONCERNING THE TRANSACTIONS DESCRIBED HEREIN, OR YOU WANT TO OBJECT TO THOSE TRANSACTIONS, YOU MUST DO SO BY SEPTEMBER 17, 2009 (THE "**OBJECTION DEADLINE**") OR YOU WILL BE BARRED FROM SUBMITTING THOSE OBJECTIONS AFTER THAT DATE.

**PLEASE TAKE NOTICE THAT** on August 24, 2009, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Tribune Debtors"), filed a Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances; and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcasting Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (the "Tribune Transaction Approval Motion") (Docket No. [__] ).

**PLEASE TAKE FURTHER NOTICE THAT** the Tribune Transaction Approval Motion seeks authority from the Bankruptcy Court for, among other things, the proposed business combination involving the business, assets, and operations of the Chicago Cubs Major League Baseball franchise (the "Cubs Business"). Both the Tribune Debtors and Chicago National League Ball Club, LLC ("Cubs LLC"), will seek authority to enter into and perform the necessary agreements, obligations, and similar items respecting the proposed business combination and separately, to implement the proposed business combination.

**PLEASE TAKE FURTHER NOTICE THAT** to facilitate and document the proposed business combination, Tribune Company ("Tribune") and CNLBC will seek approval for their entry into and performance of obligations under that certain Formation Agreement (the

46429/0001-5943995v1

"Formation Agreement"), a copy of which was filed with the Bankruptcy Court on August 24, 2009, by and among Tribune, CNLBC and certain of its affiliates, Ricketts Acquisition LLC (the "Bidder") and RAC Education Trust OSA, LLC ("OSA"). The Formation Agreement, together with certain ancillary agreements (the "Ancillary Agreements"), provides for the acquisition by the Bidder of a majority interest in a joint venture that will operate the Cubs Business. The joint venture will be named Chicago Baseball Holdings, LLC ("New Cubs LLC"), and the Bidder's acquisition of a majority interest in New Cubs LLC will be financed by OSA.

PLEASE TAKE FURTHER NOTICE THAT the Formation Agreement contemplates that New Cubs LLC and its subsidiaries will continue to operate the Cubs Business, including all baseball operations, in substantially the same way it was operated when owned by Tribune and its affiliates. Most claims against CNLBC and other claims relating to the Cubs Business will be assumed and paid by New Cubs LLC, including claims of trade creditors. Most contracts with CNLBC will be assumed and assigned to New Cubs LLC.

PLEASE TAKE FURTHER NOTICE THAT **a hearing to approve the Tribune Transaction Approval Motion is scheduled for September 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-In-Interest of Tribune Debtors and Cubs Entities, (II) Approving Process for Effecting Proposed Business Combination and Setting Transaction Hearing and Related Deadlines, And (III) Approving Certain Investor Protections entered by the Court on [August 31, 2009] (Docket No. [__]) (the "Notice and Procedures Approval Order"), any objection to the Proposed Business Combination, any transaction contemplated by the Formation Agreement and/or any of the Ancillary Agreements must be filed and served upon all parties listed in the Notice and Procedures Approval Order.

**PLEASE TAKE FURTHER NOTICE THAT ANY AND ALL OBJECTIONS TO THE APPROVAL AND CONSUMMATION OF THE PROPOSED BUSINESS COMBINATION OR ANY TRANSACTIONS CONTEMPLATED THEREBY, OR ANY OTHER RELIEF REQUESTED IN THE TRIBUNE TRANSACTION APPROVAL MOTION (AN "OBJECTION"), MUST BE MADE IN WRITING, FILED WITH THE COURT AND SERVED SO AS TO BE ACTUALLY RECEIVED BY 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 17, 2009 (THE "OBJECTION DEADLINE") BY ALL PARTIES LISTED IN THE NOTICE AND PROCEDURES APPROVAL ORDER, INCLUDING THE FOLLOWING:**

2

| | |
|---|---|
| **SIDLEY AUSTIN LLP** | **COLE, SCHOTZ, MEISEL,** |
| Bryan Krakauer | **FORMAN & LEONARD, P.A.** |
| James F. Conlan | Norman L. Pernick |
| Kenneth P. Kansa | J. Kate Stickles |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL 60603 | Wilmington, DE 19801 |
| Telephone: (312) 853-7000 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 574-2101 |

**PLEASE TAKE FURTHER NOTICE THAT** if the Tribune Transaction Approval Motion is granted by the Bankruptcy Court, the Tribune Debtors and CNLBC intend for CNLBC to commence a chapter 11 case very soon thereafter. The Tribune Debtors and CNLBC will also ask the Bankruptcy Court after that filing to approve immediately the proposed business combination in the Cubs LLC chapter 11 case (the "Cubs Transaction Approval Motion" and together with the Tribune Transaction Approval Motion, the "Transaction Approval Motions"). The Cubs Transaction Approval Motion will seek immediate entry of an order in the CNLBC chapter 11 case (i) authorizing CNLBC to (a) enter into and perform its obligations under the Formation Agreement and Ancillary Agreements; (b) effect the proposed business combination concerning the Cubs Business; and (c) assume and assign substantially all executory contracts to which CNLBC is a party relating to the Cubs Business; (ii) authorizing Cubs LLC to pledge its interests in New Cubs LLC; and (iii) granting related relief.

**PLEASE TAKE FURTHER NOTICE THAT** assuming the Tribune Transaction Approval Motion is granted, the Tribune Debtors and CNLBC anticipate that **a hearing on the Cubs Transaction Approval Motion will be scheduled for October 1, 2009 at 1:30 p.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE THAT** the Tribune Transaction Approval Hearing and the Cubs LLC Transaction Approval Hearing may be rescheduled from time to time without further notice except as posted on the Tribune Debtors' website at http://chapter11.epiqsystems.com/tribune.

**PLEASE TAKE FURTHER NOTICE THAT** if you wish to object to the proposed business combination, you must file and serve your objection by the Objection Deadline or you will be precluded from having such objection heard at the Cubs LLC Transaction Approval Hearing.

**IF YOU FAIL TO RESPOND IN A TIMELY MANNER IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE TRANSACTION APPROVAL MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 574-2101

**ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION**

4

46429/0001-5943995v1
LA1 1616723v.5