UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                      :    Chapter 11
                                            :
TRIBUNE COMPANY, et al.,                    :    Case No.: 08-13141 (KJC)
                                            :
                        Debtors.            :    (Jointly Administered)
                                            :
---------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

Karen Menendez, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

On August 24, 2009, I served a true copy of the **57-11 49th Place, LLC's Limited Objection to the Debtor's Motion Authorizing Debtors to Reject Certain Leases of Non-Residential Real Property and Related Executory Contracts Pursuant to §365 of the Bankruptcy Code** by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of Federal Express overnight courier addressed to the addressees on the attached Service List.

/s/ Karen Menendez
Karen Menendez

Sworn to before me this
24th day of August, 2009

/s/ Phaedra Hernandez
Phaedra Hernandez
Notary Public - State of New York
No. 01HE6103041
Qualified in Richmond County
Commission Expires 12/15/2011

{Client\003045\BANK159\00212109.DOC;1}

## SERVICE LIST

SIDLEY AUSTIN LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Dridget J. Hauserman, Esq.
One South Dearborn Street
Chicago, IL 60603

and

COLE, SCHOTZ, MEISEL,
 FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Attorneys for Debtors
and Debtors-in-Possession*