**Exhibit F-3**

**PERMITTED LIENS**

Chicago Title Insurance Company Policy Number 1401-008452428 (7/28/09) – Gold Lot

AD*, O, P and AA

Chicago Title Insurance Company Policy Number 1401-008452424 (7/28/09) – Brown Lot

Z*, L and W

Chicago Title Insurance Company Policy Number 1401-008452423 (7/28/09) – Green Lot

AT*, H, I, J, K, L, M, N, O, AA, AB, AC and AP

Chicago Title Insurance Company Policy Number 1401-008452422 (7/28/09) – Blue Lot

AK*, N, AG, O, AI and AN

Also, Exception L on title commitment dated January 13, 2009
has been waived by Chicago Title Insurance Company and is
not an exception on the pro forma title policy.

Chicago Title Insurance Company Policy Number 1401-008452421 (7/28/09) – Red Lot

AL*, N, Q, AI and AJ

Chicago Title Insurance Company Policy Number 1401-008452420 (7/28/09) – Wrigley Field

AE*, J, K, AB and AC

Real covenant recorded by Tribune Company pursuant to
the Agreement between Mr. William Wrigley,
individually and as Trustee under the Will of Phillip K.
Wrigley, dated November 4, 1981.

Chicago Title Insurance Company Policy Number 1401-008452425 (7/28/09) – Mueller Building and T-Building

AY*, AC, O, AH, U and AV

Chicago Title Insurance Company Policy Number 1401-008452429 (7/28/09) – Triangle Property

AJ*, S and AF

Chicago Title Insurance Company Policy Number 1401-008452427 (7/28/09) – Orange Lot

AI*, J, G, Q, R and AC

Chicago Title Insurance Company Policy Number 1401-008457715 (7/28/09) – 3822 N. Racine

AB*, D, V and X

Also, Exception E on title commitment dated January 20, 2009 has been waived by Chicago Title Insurance Company and is not an exception on the pro forma title policy.

Note - * denotes an exception for general property taxes and, in some instances, special service area taxes. The letter designation for this exception may change from time to time.