**Exhibit F-4**

**EXCLUDED CONTRACTS**

None.