## Exhibit F-6

## CERTAIN CUBS EXCLUDED LIABILITIES

1. Any obligation, liability or Loss, whether civil, criminal, or otherwise, of any Tribune Party or any of its Representatives related to or resulting from any discussion, communication, understanding or agreement between any Tribune Party and any state, city or other Government Authority in the State of Illinois, including the Governor's office, the Illinois Finance Authority and the Illinois Sports Facilities Authority, or any official or representative thereof regarding a sale, lease, disposition, renovation or financing of Wrigley Field and any matters related thereto or resulting therefrom. Tribune Company has fully cooperated with the relevant authorities in connection with this matter and, as previously publicly disclosed, Tribune Company continues to believe that the actions of the company and its executives and advisors working on such matter were appropriate at all times. Further, there have been no material developments on this matter with respect to any Tribune Party over the past several months.