# Lemery Greisler LLC

Attorneys at Law

<u>Karen S. Martell, Member</u>

Email: kmartell@lemerygreisler.com
Telephone: (518) 581-8800
Fax: (518) 581-8823

September 10, 2008

Debra Ann Meier
Executive Director of HR
Tribune Media Services
40 Media Drive
Queensbury, NY  12804

Re:    Legal Representation

Dear Ms. Meier:

   I want to thank you for engaging Lemery Greisler LLC to act as counsel to Tribune Media Services.  The purpose of this letter is to set forth an understanding of the services we are expected to provide, and to establish the basis and procedure for the billing and payment of fees and disbursements.

   1. <u>Professional Undertaking</u>.  We will represent Tribune Media Services in respect to assisting Craig Stevenson in obtaining a permanent resident visa ("Green Card").  The scope of our representation may be changed by developments in these matters, as well as by further instruction from you.

   2. <u>Fees</u>.  We will perform the work described above on an hourly basis.  Currently, our hourly billing rates range from $75 for paralegals to $300 for partners.  Hourly rates are reviewed annually and may increase during the course of our engagement.  I will be the primary attorney-in-charge of this matter and will be assisted whenever appropriate by partners, associates and paralegals in the firm.  We will apply our personnel in these matters so as to provide high quality legal services in a manner that is economically efficient.  My current hourly rate is $275.00.

   As a general rule, we do not attempt to give estimates of the amount of time a legal matter will consume as many of the factors which would allow us to make such an estimate are beyond our control.  For instance, the attorney representing the opposing party may be most reasonable and willing to work toward a quick resolution of an issue.  On the other hand, the opposing attorney or his client may be most unreasonable requiring the expenditure of substantially more time than should otherwise be required.  Likewise, the complexity of issues may not be fully apparent at the outset of representation.  Any estimate of anticipated fees which we provide at the request of a client, whether for budgeting purposes or otherwise, is, in view of the uncertainties involved, necessarily only an approximation of our potential fees and other charges.  Under no circumstances is such an estimate a maximum or minimum fee quotation.  Our actual fees will be determined in accordance with the policies described above.

   3. <u>Disbursements</u>.  The firm also will bill periodically for out-of-pocket expenses incurred on behalf of the Company, including without limitation those for photocopying, telecopying, overnight delivery, postage, travel, long-distance telephone, messengers, computerized legal research and the like.  As a matter of course, we provide detailed billing statements setting forth the legal services provided and expenses incurred.  Our statements are due upon receipt.  An additional explanation of our billing practices is provided in the enclosure, "Terms of Retention", to which we direct your attention.  If you have any questions about our arrangement or billing practices, please let me know.

# Lemery Greisler LLC

Debra Ann Meier
September 10, 2008
Page 2 of 2

    4.    <u>Electronic Communication</u>. In order to serve our clients better, each attorney at our firm has electronic mail ("e-mail") capability. My e-mail address is kmartell@lemerygreisler.com. Although e-mail can enhance significantly the ability to transmit documents in a timely and efficient manner, the security of e-mail communications cannot be assured. Lemery Greisler always will seek to preserve the confidences and secrets associated with our representation, but we cannot guarantee the security of e-mail communications. Accordingly, we will not transmit communications to you via e-mail unless you authorize us to do so. Please indicate in the space provided below whether you authorize e-mail communications.

    If the terms of this letter are acceptable to you, please sign the copy of this letter enclosed herewith in the signature block provided below, and return the executed copy to me for our files.

    Please let me take this opportunity to thank you on behalf our firm for choosing us as your lawyers. We know how important a decision that is and we take our obligation to you extremely seriously. We thank you for your confidence and look forward to working with you in what I hope will be a long and mutually satisfactory relationship. I am also enclosing a copy of the statement of client's rights which this law firm adheres to and which you as a client have every right to expect will be part of the relationship with us.

Very truly yours,

LEMERY GREISLER LLC

*/s/ Karen S. Martell*
Karen S. Martell

AGREED AND ACCEPTED THIS
15 DAY OF September, 2008

*/s/ Debra Ann Meier*
Debra Ann Meier
Executive Director of HR
Tribune Media Services


I HEREBY AUTHORIZE COMMUNICATION
BY ELECTRONIC MAIL

*/s/ Debra Ann Meier*
Debra Ann Meier

# Lemery Greisler LLC

Attorneys at Law

<u>Karen S. Martell, Member</u>

Email: kmartell@lemerygreisler.com
Telephone: (518) 581-8800
Fax: (518) 581-8823

April 7, 2009

Debra Ann Meier
Executive Director of HR
Tribune Media Services
40 Media Drive
Queensbury, NY 12804

Re:     Legal Representation

Dear Ms. Meier:

      I want to thank you for engaging Lemery Greisler LLC to act as counsel to Tribune Media Services. The purpose of this letter is to set forth an understanding of the services we are expected to provide, and to establish the basis and procedure for the billing and payment of fees and disbursements.

      1.     <u>Professional Undertaking</u>. We will represent Tribune Media Services in respect to assisting Craig Stevenson in obtaining a permanent resident visa as a multinational executive or manager. The scope of our representation may be changed by developments in these matters, as well as by further instruction from you.

      2.     <u>Fees</u>. We will perform the work described above on an hourly basis. Currently, our hourly billing rates range from $75 for paralegals to $300 for partners. Hourly rates are reviewed annually and may increase during the course of our engagement. I will be the primary attorney-in-charge of this matter and will be assisted whenever appropriate by partners, associates and paralegals in the firm. We will apply our personnel in these matters so as to provide high quality legal services in a manner that is economically efficient. My current hourly rate is $300.00.

      As a general rule, we do not attempt to give estimates of the amount of time a legal matter will consume as many of the factors which would allow us to make such an estimate are beyond our control. For instance, the attorney representing the opposing party may be most reasonable and willing to work toward a quick resolution of an issue. On the other hand, the opposing attorney or his client may be most unreasonable requiring the expenditure of substantially more time than should otherwise be required. Likewise, the complexity of issues may not be fully apparent at the outset of representation. Any estimate of anticipated fees which we provide at the request of a client, whether for budgeting purposes or otherwise, is, in view of the uncertainties involved, necessarily only an approximation of our potential fees and other charges. Under no circumstances is such an estimate a maximum or minimum fee quotation. Our actual fees will be determined in accordance with the policies described above.

      3.     <u>Disbursements</u>. The firm also will bill periodically for out-of-pocket expenses incurred on behalf of the Company, including without limitation those for photocopying, telecopying, overnight delivery, postage, travel, long-distance telephone, messengers, computerized legal research and the like. As a matter of course, we provide detailed billing statements setting forth the legal services provided and expenses incurred. Our statements are due upon receipt. An additional explanation of our billing practices is provided in the enclosure, "Terms of Retention", to which we direct your attention. If you have any questions about our arrangement or billing practices, please let me know.

Lemery Greisler LLC

Debra Ann Meier
April 7, 2009
Page 2 of 2

      4.      <u>Electronic Communication</u>. In order to serve our clients better, each attorney at our firm has electronic mail ("e-mail") capability. My e-mail address is <u>kmartell@lemerygreisler.com</u>. Although e-mail can enhance significantly the ability to transmit documents in a timely and efficient manner, the security of e-mail communications cannot be assured. Lemery Greisler always will seek to preserve the confidences and secrets associated with our representation, but we cannot guarantee the security of e-mail communications. Accordingly, we will not transmit communications to you via e-mail unless you authorize us to do so. Please indicate in the space provided below whether you authorize e-mail communications.

      If the terms of this letter are acceptable to you, please sign the copy of this letter enclosed herewith in the signature block provided below, and return the executed copy to me for our files.

      Please let me take this opportunity to thank you on behalf our firm for choosing us as your lawyers. We know how important a decision that is and we take our obligation to you extremely seriously. We thank you for your confidence and look forward to working with you in what I hope will be a long and mutually satisfactory relationship. I am also enclosing a copy of the statement of client's rights which this law firm adheres to and which you as a client have every right to expect will be part of the relationship with us.

Very truly yours,

LEMERY GREISLER LLC

*[signature]*

Karen S. Martell

AGREED AND ACCEPTED THIS
7 DAY OF APRIL, 2009

*[signature]*

Debra Ann Meier
Executive Director of HR
Tribune Media Services


I HEREBY AUTHORIZE COMMUNICATION
BY ELECTRONIC MAIL

*[signature]*

Debra Ann Meier

# Lemery Greisler LLC

## STATEMENT OF CLIENT'S RIGHTS

1. You are entitled to be treated with courtesy and consideration at all times by your lawyer and the other lawyers and personnel in your lawyer's office.

2. You are entitled to an attorney capable of handling your legal matter competently and diligently, in accordance with the highest standards of the profession. If you are not satisfied with how your matter is being handled, you have the right to withdraw from the attorney-client relationship at any time (court approval may be required in some matters and your attorney may have a claim against you for the value of services rendered to you up to the point of discharge).

3. You are entitled to your lawyer's independent professional judgment and undivided loyalty uncompromised by conflicts of interest.

4. You are entitled to be charged a reasonable fee and to have your lawyer explain at the outset how the fee will be computed and the manner and frequency of billing. You are entitled to request and receive a written itemized bill from your attorney at reasonable intervals. You may refuse to enter into any fee arrangement that you find unsatisfactory.

5. You are entitled to have your questions and concerns addressed in a prompt manner and to have your telephone calls returned promptly.

6. You are entitled to be kept informed as to the status of your matter and to request and receive copies of papers. You are entitled to sufficient information to allow you to participate meaningfully in the development of your matter.

7. You are entitled to have your legitimate objectives respected by your attorney, including whether or not to settle your matter (court approval of a settlement is required in some matters).

8. You have the right to privacy in your dealings with your lawyer and to have your secrets and confidences preserved to the extent permitted by law.

9. You are entitled to have your attorney conduct himself or herself ethically in accordance with the Code of Professional Responsibility.

10. You may not be refused representation on the basis of race, creed, color, religion, sex, sexual orientation, age, national origin or disability.

# Lemery Greisler LLC

# Lemery Greisler LLC

## TERMS OF RETENTION
## OF
## LEMERY GREISLER LLC

Except as modified in writing, the following provisions will apply to the relationship between LEMERY GREISLER LLC, or any successor (the "Firm") and the client ("you"), as identified in the accompanying letter agreement:

1. <u>Professional Fees</u>. The Firm will bill you for the professional fees of attorneys and paralegals incurred on your behalf. The billing rates of our attorneys and paralegals vary, depending generally upon the experience and capabilities of the attorney or paralegal involved, and we adjust these rates from time to time. Unless otherwise agreed in writing, we will charge you for their services at their assigned rates. Upon any adjustment in our assigned rates, we will charge you the adjusted rates.

2. <u>Costs and Ancillary Services</u>. The Firm will invoice you for the cost of certain ancillary services incurred on your behalf. Generally, no markup or profit element is included in calculating these costs. Additionally, we will not charge you for certain services, such as word processing and regular secretarial time. Whenever practicable, discounts obtained from vendors will be passed on to you. Under certain circumstances, we may ask you to advance anticipated costs or to pay outside vendors directly for their services. The primary ancillary services and our specific policies regarding billing are set forth below. Other services may be rendered during the course of our engagement, and will also be billed to you. Our charges for these costs and ancillary services are subject to change from time to time.

2.1. <u>Word Processing</u>. Our offices have advanced word processing capabilities and are linked by a network which facilitates efficiency and service to clients. The Firm does not charge for equipment usage or word processing time.

2.2. <u>Secretarial Time</u>. The Firm will not charge you for regular secretarial time. We bill for secretarial overtime services only if your specific demands require late night work or in other unusual circumstances (typically a large case or transaction with dedicated secretaries). The standard fee for overtime secretarial services is $30 per hour.

2.3. <u>Duplicating/Copying</u>. The Firm has a substantial investment in duplicating equipment. In-house copying is billed to the client at a flat rate of $.20 per page. If you instruct us to do so, we will use outside copying services to the extent possible. Outside duplicating services are charged to the client at the Firm's actual cost with no mark-up.

2.4. <u>Telephone</u>. The Firm will not charge you for local telephone service. Long distance calls are charged at actual cost.

2.5. <u>Telecopy</u>. The Firm provides in-house FAX services for convenience and efficiency in serving clients. There is no charge for incoming FAX documents. Charges for outgoing documents are $6.00 per document. There is not a per page charge.

2.6. <u>Legal Research</u>. Computerized research (such as Lexis and Westlaw) is available at the attorney's desk or in a central library location. The Firm charges for on-line computer

# Lemery Greisler LLC

research time based on the cost to the Firm of those services. The rates clients pay reflect the benefit of any discounts.

2.7. <u>Overnight And Local Deliveries</u>. We will charge you for overnight deliveries and local deliveries. We will pass on negotiated discounts to you.

2.8. <u>Postage</u>. The Firm charges you for postage at the Firm's actual cost.

2.9. <u>File Storage</u>. The Firm will not charge you for file storage except in extraordinary circumstances and only after consultation with you and your agreement.

2.10. <u>Office Supplies</u>. We will not charge you for routine quantities of office supplies. You may incur a charge, equal to the Firm's actual cost, for substantial and unusual orders of office supplies required for a particular matter.

2.11. <u>Travel and Subsistence</u>. Our attorneys are instructed to incur transportation, lodging, meal and other travel costs at reasonable rates. The Firm instructs its attorneys to comply with the policies of individual clients regarding airline usage and to obtain the lowest fare available consistent with those policies. We will bill you for all travel costs at the Firm's actual cost.

2.12. <u>Other Costs</u>. Other costs that we incur for your benefit (such as expert witness fees, filing fees, etc.) will be billed at the Firm's actual cost.

3. <u>Estimates Not Binding</u>. It is often impractical to determine in advance the amount of effort that will be needed to complete all the necessary work on a matter or the total amount of fees and costs which may be incurred. Obviously, any estimates or budgets may need to be adjusted upwards or downwards as changes occur. Moreover, these estimates and budgets are not intended to be binding, are subject to unforeseen circumstances, and by their nature are inexact.

4. <u>Billing and Payment</u>. Fees and expenses will generally be billed monthly and are payable upon presentation, but in no event more than 30 days from presentation of our statement. We expect prompt payment, and our experience indicates that prompt billing and prompt payment enhances the working relationship. We reserve the right to postpone or defer providing additional services or to discontinue our representation, to the extent legally permissible, if billed amounts are not paid when due. A late fee of 1% per month on all sums that are not paid within 30 days of presentation of our statement will be charged. You also agree that you will promptly review our statements and raise any questions regarding the amounts and items billed within 30 days of presentation.

5. <u>Advance Payments</u>. The Firm may require an advance payment before working on a matter. Unless otherwise agreed, all advance payments shall be deemed to be advances for attorneys' fees and shall not constitute advances for costs and expenses. The Firm will maintain such advance fee payments in a escrow account. Of course, the amount of work which we are called upon to perform may subsequently exceed our prior expectations. Due to such circumstances, the Firm reserves its right, as a condition to the provision of further services, to require an increase in the advance.

# Lemery Greisler LLC

6. <u>Termination of Representation</u>.

6.1. <u>Termination By You</u>. You have the right to terminate our services at any time. If you decide to terminate our services, you agree to give us prompt written notice of such termination. Upon our termination, you will remain obligated to pay for all services rendered and costs or expenses paid or incurred on your behalf prior to the date of such termination or which are reasonably necessary thereafter. If we are attorneys of record in any proceeding, you agree to execute and return to us a Substitution of Attorney promptly upon receipt from us.

6.2. <u>Termination By Us</u>. We also have the right to withdraw from this representation if, among other things, you fail to honor the terms of our engagement letter and these Terms of Retention, you fail to make payment of any of our statements in a timely manner, you fail to cooperate or to follow our advice on a material matter, or any fact or circumstance occurs that would, in our view, render our continuing representation unlawful or unethical, and we determine that we are permitted, by law, to withdraw our representation. If we elect to withdraw, you will take all steps necessary to free us of any obligation to perform further services, including the execution of any documents necessary to complete our withdrawal. Notwithstanding such termination, you will remain obligated to pay us for all services provided and to reimburse us for all costs and expenses paid or incurred on your behalf.

6.3. <u>Date of Termination</u>. Our representation of you will be considered terminated at the earlier of (a) your termination of our representation, (b) our withdrawal from our representation of you or (c) the completion of our work for you.

7. <u>Identity of the Client</u>. The Firm's client for purposes of this engagement is only the person(s), entity or entities identified in the accompanying letter agreement. Unless expressly agreed, we are not undertaking the representation of any related or affiliated person or entity, nor any family member, parent corporation or entity, subsidiary, or affiliated corporation or entity, nor any of your or their officers, directors, agents, partners or employees.

8. <u>Conflicts of Interest</u>. To allow us to conduct a conflicts check, you represent that you have identified for us all persons and entities that are or may become involved in this matter, including all persons and entities that are affiliated with you and the other involved or potentially involved parties (such as parent corporations, subsidiaries and other affiliates, officers, directors and principals). You also agree that you will promptly notify us if you become aware of any other persons or entities that are or may become involved in this matter.

9. <u>Related Proceedings and Activities</u>. If any claim is brought against the Firm or any of its personnel based on your negligence or misconduct, if we are asked to testify as a result of our representation of you, or if we must defend the confidentiality of your communications in any proceeding, you agree to pay us for any resulting costs, including for our time, calculated at the hourly rate for the particular individuals involved, even if our representation of you has ended.

10. <u>No Guarantee of Outcome</u>. We do not and cannot guarantee the outcome in any matter.

11. <u>Document Retention and Destruction</u>. In the course of our representation of you, we are likely to come into possession of copies or originals of documents or other materials

Lemery Greisler LLC

belonging to you or others (collectively, "materials"). Once the particular matter to which those materials relate has been concluded, we will make arrangements either to return the documents to you, retain them in our storage facilities or to dispose of the materials. In the absence of any other arrangements made with you, the Firm's records retention policy provides that upon the expiration of seven years after a matter file has been closed, all materials in the file may be destroyed or, where appropriate, returned to the client unless the partner in charge of the matter determines that it would be inappropriate or impermissible to destroy all or any portion of the materials in the file.

12. <u>Application to Subsequent Matters</u>. The agreement reflected in these Terms of Retention, and in the accompanying letter, applies to our present representation of you and to any subsequent matters which we agree to undertake on your behalf, unless we agree in writing to some different arrangement.

13. <u>Arbitration.</u> In the event that a dispute arises between us relating to our fees, you may have the right to arbitration of the dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which will be provided to you upon request.

14. <u>Entire Agreement</u>. These Terms of Retention and the accompanying letter agreement supersede all other prior and contemporaneous written and oral agreements and understandings between us and contain the entire agreement between the parties. This agreement may be modified only by subsequent written agreement of the parties. You acknowledge that no promises have been made to you other than those stated in this agreement.

15. <u>Partial Invalidity</u>. If any provision or portion of this agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire agreement will be severable and remain in effect.

16. <u>Applicable Law</u>. This agreement shall be governed by the internal law, and not the law pertaining to choice or conflict of laws, of the State of New York.