# EXHIBIT B

**REED SMITH LLP'S SUMMARY OF PROFESSIONALS AND PARAPROFESSIONALS RENDERING SERVICES FROM JULY 1, 2009 THROUGH JULY 31, 2009**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Year of Obtaining License to Practice | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John D. Shugrue | Partner. Joined Firm in 2008. Member of IL Bar since 1987. | $515.00 | 37.80 | $19,467.00 |
| P.R. Walker-Bright | Partner. Joined Firm in 2008. Member of IL Bar since 1994. | $495.00 | 4.10 | $2,029.50 |
| T.P. Law | Partner. Joined firm in 2008. Member of PA Bar since 1995. Member of NJ Bar since 1996. | $430.00 | 2.50 | $1,075.00 |
| J.C. Falgowski | Associate. Joined firm in 2004. Member of DE bar since 2004. | $360.00 | .90 | $324.00 |
| D. Rosenfield | Associate. Joined Firm in 2007. Member of IL Bar since 2005. | $300.00 | 3.10 | $930.00 |
| S. Somoza | Paralegal since 2007. Joined Firm in 2007. | $125.00 | 3.70 | $462.50 |
| Lisa A. Lankford | Practice Group Specialist since 2002. Joined Firm in 2000. | $145.00 | 4.00 | $580.00 |
| M. Todd | Paralegal for 27 years. Joined Firm in 2008. | $130.00 | 5.40 | $702.00 |
| Grand Total: | | | 61.50 | $25,570.00 |
| Blended Rate: | | | | $415.77 |
| Blended Rate (excluding paralegal and paraprofessional time): | | | | $492.26 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Compensation |
|---|---:|---:|
| Reliance/Times Mirror – 00004 | 17.30 | $6,007.00 |
| Insurance Counseling – 00005 | 30.70 | $15,130.50 |
| Marsh – 60008 | 5.70 | $2,269.00 |
| Fee Applications – 00009 | 7.80 | $2,163.50 |
| **TOTAL:** | **61.50** | **$25,570.00** |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1894256
Invoice Date: August 19, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through July 31, 2009

|     |                             | Current Fees | Current Costs | Total for Matter |
|-----|-----------------------------|--------------|---------------|------------------|
| RE: | Reliance/Times Mirror 503842.00004 | $6,007.00 | $108.20 | $6,115.20 |
| RE: | Insurance Counseling 503842.00005 | $15,130.50 | $0.00 | $15,130.50 |
| RE: | Marsh 503842.00008 | $2,269.00 | $20.40 | $2,289.40 |
| RE: | Fee Applications 503842.00009 | $2,163.50 | $62.30 | $2,225.80 |
|     | **Current Invoice Total:**  | **$25,570.00** | **$190.90** | **$25,760.90** |

### REMITTANCE COPY

Please Remit To:
Mail To:
Reed Smith LLP
2672 Paysphere Circle
Chicago, IL 60674

Wire Instructions:
Bank of America N.A.
Chicago, IL
ABA Number: 071000505
Swift Code: BOFAUS3N
Account #5201742490
(Please Reference Invoice No. 1894256)

## RE: Reliance/Times Mirror

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/09 | JDS | Conferred with P. Walker-Bright regarding claim status. | 0.10 |
| 07/07/09 | JDS | Prepared email to Liquidator's counsel regarding possible claim resolution discussions. | 0.20 |
| 07/08/09 | JDS | Analyzed and exchanged emails with counsel for Liquidator regarding discussion concerning possible claim resolution. | 0.20 |
| 07/13/09 | TPL | Telephone call with Referee. | 0.30 |
| 07/13/09 | JDS | Analyzed Order appointing Referee regarding LPT claims on Reliance estate. | 0.20 |
| 07/14/09 | JDS | Analyzed and exchanged emails regarding Order appointing Referee, scheduling preliminary telephone conference with Referee. | 0.60 |
| 07/15/09 | SS | Reviewed and catalogued correspondence. | 0.80 |
| 07/15/09 | JDS | Analyzed and exchanged emails regarding preliminary telephone conference with Referee Bailey. | 0.20 |
| 07/16/09 | TPL | Telephone call with Tribune regarding potential mediation with Referee. | 0.40 |
| 07/17/09 | SS | Reviewed and catalogued correspondence. | 0.30 |
| 07/20/09 | JDS | Analyzed claim materials in preparation for telephone conference with Referee Bailey. | 0.60 |
| 07/21/09 | PRW | Reviewed documents regarding time line of events in Reliance claim and worked on revisions to same. | 1.00 |
| 07/21/09 | TPL | Telephone call with Referee Bailey, J. Shugrue and Liquidator's counsel (1.5); prepared for call (.1). | 1.60 |
| 07/21/09 | JDS | Telephone conference with Referee Bailey, opposing counsel J. Hyle and I. Long (Pepper Hamilton) and P. Rothbardt (Reliance), T. Law (local counsel) regarding claim status, possible resolution discussions regarding same (1.5); analyzed materials in preparation for same (1.5); analyzed and revised outline regarding claim issues (.3). | 3.30 |
| 07/22/09 | PRW | Worked on revisions to time line of events in dispute with Reliance | 0.30 |
| 07/22/09 | MT | Prepared IOLTA information for pro hac vice admission of J. Shugrue (1.3); emailed instructions for IOLTA papers (.3). | 1.60 |
| 07/22/09 | JDS | Telephone conference with client regarding results of preliminary conference with Referee Bailey. | 0.50 |

August 19, 2009                  Invoice: 1894256
RE:      Reliance/Times Mirror              Page 3
         (503842.00004)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/23/09 | MT | Drafted letter to IOLTA Board submitting application for J. Shugrue for admission pro hac vice. | 0.70 |
| 07/28/09 | MT | Drafted motion for admission pro hac vice for J. Shugrue. | 1.50 |
| 07/29/09 | SS | Reviewed and catalogued case related documents received from D. Rosenfield. | 0.40 |
| 07/29/09 | MT | Revisions to pro hac vice motion for J. Shugrue. | 0.60 |
| 07/29/09 | JDS | Analyzed and revised draft affidavit in support of pro hac vice admission motion. | 0.30 |
| 07/30/09 | JDS | Analyzed revised draft timeline of events (.2); revised and finalized affidavit in connection with motion for admission pro hac vice (.2). | 0.40 |
| 07/31/09 | TPL | Finalized and filed pro hac vice papers. | 0.20 |
| 07/31/09 | MT | Preparation and filing of motion for pro hac vice admission of J. Shugrue; drafted letter to court. | 1.00 |

                     TOTAL FEES:              $6,007.00

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2009 | Duplicating/Printing/Scanning | 8.20 |
| 07/31/2009 | Filing Fees | 100.00 |
| | Total Disbursements | 108.20 |
| | Fees & Disbursements | $6,115.20 |

**Fee Summary: Reliance/Times Mirror**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 6.60 | 515.00 | 3,399.00 |
| PRW | P.R. Walker-Bright | 1.30 | 495.00 | 643.50 |
| TPL | T.P. Law | 2.50 | 430.00 | 1,075.00 |
| SS | S. Somoza | 1.50 | 125.00 | 187.50 |
| MT | M. Todd | 5.40 | 130.00 | 702.00 |
| | | 17.30 | | 6,007.00 |

RE:     **Insurance Counseling**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/01/09 | JDS | Analyzed liability insurance policies in connection with upcoming mediation of third-party lawsuit (.9); analyzed insurer communications regarding same (.9); analyzed emails regarding issuance of policy endorsements regarding December 2008 renewals (.2). | 2.00 |
| 07/02/09 | JDS | Telephone conference with client, bankruptcy counsel and defense counsel regarding insurance coverage issues related to upcoming mediation of third-party lawsuit (.7); telephone conference with client, bankruptcy counsel, defense counsel and insurer counsel regarding same (.8); analyzed insurance policies in preparation for telephone conferences (.5). | 2.00 |
| 07/06/09 | JDS | Analyzed insurer correspondence regarding mediation of underlying third-party suit (.1); analyzed defense counsel correspondence regarding same (.2). | 0.30 |
| 07/07/09 | JDS | Analyzed emails regarding status of issuance of various endorsements for D&O and FLI policies. | 0.20 |
| 07/08/09 | JDS | Exchanged emails with bankruptcy and defense counsel regarding motion to bankruptcy court regarding insurer payment of defense costs in Neil suit. | 0.20 |
| 07/09/09 | JDS | Analyzed and provided comments on draft motion to bankruptcy court regarding defense costs payment/advancement regarding third-party suit. | 1.20 |
| 07/10/09 | JDS | Exchanged emails with bankruptcy counsel regarding insurance coverage issues related to Neil lawsuit. | 0.60 |
| 07/13/09 | JDS | Telephone conference with client regarding providing notice to insurers regarding new third-party claim. | 0.20 |
| 07/14/09 | SS | Prepared case files for additional sub folders and catalogued correspondence. | 0.60 |
| 07/14/09 | JDS | Worked on revised insurance provisions for use in asset sale transaction (2.5); exchanged emails with client regarding same (.8); telephone conferences with client regarding same (.5); telephone conferences with client regarding notice to insurers regarding new third party claim (.1). | 3.90 |
| 07/15/09 | PRW | Reviewed insurance policy regarding coverage for third-party claim (1.0); prepared draft of notice letter to insurer regarding same (0.3). | 1.30 |

August 19, 2009 Invoice: 1894256
RE:   Insurance Counseling Page 5
      (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/15/09 | JDS | Analyzed insurance coverage terms and conditions related to possible asset sale transaction (.5); prepared email to client regarding same (.3); worked on notice to insurers regarding new third party claim (.2). | 1.00 |
| 07/16/09 | PRW | Revised draft of notice to D&O insurer regarding third-party claim. | 0.20 |
| 07/16/09 | JDS | Worked on notice to insurers regarding new third-party claim (.3); worked on alternative language regarding insurance issues for use in asset sale transaction (.8); telephone conference with client regarding same (.7); telephone conference with client and transaction counsel (R. Harris) regarding same (.8). | 2.60 |
| 07/17/09 | JDS | Exchanged emails regarding telephone conference on insurance issues related to pending asset sale transaction. | 0.20 |
| 07/20/09 | JDS | Analyzed and worked on revisions to motion to bankruptcy court regarding insurer payment of defense costs regarding third party suit (1.4); telephone conference with bankruptcy counsel regarding same (.4); worked on proposed revisions to insurance provisions of asset sale agreement (.8); telephone conferences with client, transaction counsel regarding same (1.5). | 4.10 |
| 07/21/09 | JDS | Analyzed email from client regarding insurer participation in upcoming mediation of third party suit. | 0.20 |
| 07/22/09 | PRW | Prepared draft correspondence to insurer, court regarding mediation of third-party suit. | 0.50 |
| 07/22/09 | JDS | Analyzed insurer correspondence regarding upcoming mediation of third party suit (.2); telephone conference with client, defense counsel, bankruptcy counsel regarding same (.6); worked on correspondence regarding same (1.9). | 2.70 |
| 07/23/09 | SS | Prepared files and entered sub folder information into Elite database for future reference by attorneys. | 0.60 |
| 07/23/09 | PRW | Telephone conference with insurer regarding attendance at mediation of third-party suit. | 0.20 |
| 07/23/09 | JDS | Analyzed and exchanged emails with client, defense counsel and bankruptcy counsel regarding mediation of third party suit, insurer participation in same. | 0.50 |
| 07/24/09 | JDS | Analyzed and exchanged emails and telephone conferences with client regarding insurance provisions of asset sale agreement. | 0.60 |
| 07/27/09 | JDS | Communications with client regarding revisions to insurance-related provisions of asset sale agreement (.3); analyzed revised endorsement for D&O excess policy (.2). | 0.50 |

August 19, 2009  Invoice: 1894256
RE:     Insurance Counseling  Page 6
        (503842.00005)

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/28/09 | JDS | Analyzed and provided comment on revised insurance-related provisions of asset sale agreement (.5); exchanged emails with insurer counsel regarding motion to bankruptcy court regarding payment of defense costs regarding third party suit (.2). | 0.70 |
| 07/29/09 | JDS | Telephone conference with insurer counsel regarding draft motion to bankruptcy court regarding payment of defense costs regarding third party suit (.4); worked on revisions to draft motion (.6); telephone conference with client regarding outcome of mediation of third party suit (.2). | 1.20 |
| 07/30/09 | SS | Analyzed and catalogued case correspondence. | 0.40 |
| 07/30/09 | JDS | Worked on revisions to insurance related provisions of asset purchase agreement (.4); analyzed and proposed revisions to group health services agreement (.4). | 0.80 |
| 07/31/09 | PRW | Reviewed draft policy regarding scope coverage (.4); telephone conference with client regarding same (.20). | 0.60 |
| 07/31/09 | JDS | Telephone conference with transaction counsel regarding insurance-related provisions in asset sale agreement (.1); communications with client regarding insurance renewal issues (.2); communications with P. Walker-Bright regarding same (.3). | 0.60 |

                    TOTAL FEES:            $15,130.50

                                Fees & Disbursements    $15,130.50

**Fee Summary: Insurance Counseling**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 26.30 | 515.00 | 13,544.50 |
| PRW | P.R. Walker-Bright | 2.80 | 495.00 | 1,386.00 |
| SS | S. Somoza | 1.60 | 125.00 | 200.00 |
|  |  | 30.70 |  | 15,130.50 |

**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/09/09 | DR | Finalized letter seeking reimbursement per agreement and corresponded with J. Shugrue regarding same. | 0.40 |
| 07/14/09 | DR | Worked on request for reimbursement per agreement (.5); corresponded with client regarding same (.3). | 0.80 |
| 07/14/09 | JDS | Worked on correspondence and submission to Marsh pursuant to settlement agreement (.5); telephone conference with client regarding same (.1). | 0.60 |
| 07/15/09 | DR | Finalized letter to Marsh requesting reimbursement pursuant to settlement agreement (.30); compiled invoices and attachments to same (.30). | 0.60 |
| 07/16/09 | DR | Corresponded with client regarding reimbursement request. | 0.30 |
| 07/16/09 | JDS | Attempted follow up with Marsh counsel on issues related to performance under parties' existing settlement agreement. | 0.20 |
| 07/17/09 | JDS | Analyzed email from Marsh counsel M. Auslander and forwarded same to client. | 0.20 |
| 07/21/09 | DR | Drafted letter to M. Auslander (Marsh counsel) regarding Liquidator's petition for appointment of referee and order granting same (.7); corresponded with M. Auslander and J. Shugrue regarding same (.3). | 1.00 |
| 07/21/09 | JDS | Worked on providing recent Reliance claim documents to Marsh. | 0.20 |
| 07/23/09 | JDS | Followed up with Marsh counsel M. Auslander regarding outstanding issues regarding settlement agreement performance. | 0.20 |
| 07/27/09 | JDS | Email communications with Marsh counsel M. Auslander regarding outstanding issues. | 0.20 |
| 07/29/09 | JDS | Telephone conference with Marsh counsel M. Auslander regarding outstanding issues (.6); telephone conference with client regarding same (.2). | 0.80 |
| 07/30/09 | JDS | Communications with client regarding third party inquiry regarding terms of settlement. | 0.20 |

|  |  | TOTAL FEES: | $2,269.00 |

**CURRENT DISBURSEMENTS**

07/31/2009  Duplicating/Printing/Scanning                                                            20.40

August 19, 2009            Invoice: 1894256
RE:     Marsh                                                                                    Page 8
        (503842.00008)

|   |   |   |   |
|---|---|---|---|
|   | Total Disbursements | | 20.40 |
|   | Fees & Disbursements | | $2,289.40 |

**Fee Summary: Marsh**

| ID | Names | Hours | Rate | Amount |
|---|---|---|---|---|
| JDS | J.D. Shugrue | 2.60 | 515.00 | 1,339.00 |
| DR | D. Rosenfield | 3.10 | 300.00 | 930.00 |
|   |   | 5.70 |   | 2,269.00 |

August 19, 2009                        Invoice: 1894256
RE:     Fee Applications                           Page 9
       (503842.00009)

### RE: Fee Applications

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/30/09 | JCF | Reviewed Fee Auditor report and Order appointing fee auditor and setting procedures for responding to fee auditor information requests (.3); communications with J. Shugrue regarding fee auditor response (.1). | 0.40 | 144.00 |
| 07/07/09 | JDS | Worked on fee application matters. | 0.70 | 360.50 |
| 07/09/09 | LL | Conferred with C. Falgowski regarding fee examiner's report (.1); e-mail correspondence with J. Shugrue same (.1). | 0.20 | 29.00 |
| 07/09/09 | JCF | Communications related to Fee Examiner's report. | 0.10 | 36.00 |
| 07/14/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 07/14/09 | JDS | Worked on fee application submissions and issues. | 0.80 | 412.00 |
| 07/21/09 | LL | Reviewed June 2009 invoice (.4); drafted CNO regarding RS's 4th Monthly Fee Application (May 2009) (.4); drafted RS's 5th Monthly Fee Application (1.2); revisions to same (.5). | 2.50 | 362.50 |
| 07/21/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 07/24/09 | LL | E-mail correspondence regarding RS's 4th Monthly CNO (.1); revisions to same (.2); e-filed and perfected service of same (.4); conferred with C. Falgowski regarding RS's 5th Monthly (.1). | 0.80 | 116.00 |
| 07/27/09 | LL | E-mail correspondence with J. Shugrue (.1); revisions to RS's 5th Monthly Fee Application (.4). | 0.50 | 72.50 |
| 07/27/09 | JCF | Reviewed Fee Applications for filing. | 0.40 | 144.00 |
| 07/31/09 | JDS | Worked on fee application. | 0.80 | 412.00 |
| | | **TOTAL FEES:** | | **$2,163.50** |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2009 | Telecopy Expense | 24.00 |
| 07/31/2009 | Duplicating/Printing/Scanning | 0.80 |
| 07/31/2009 | Courier Service - Outside | 37.50 |
| | Total Disbursements | 62.30 |

Fees & Disbursements     $2,225.80

## Fee Summary: Fee Applications

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 2.30  | 515.00 | 1,184.50 |
| JCF | J.C. Falgowski | 0.90  | 360.00 | 324.00   |
| SS  | S. Somoza      | 0.60  | 125.00 | 75.00    |
| LL  | L. Lankford    | 4.00  | 145.00 | 580.00   |
|     |                | 7.80  |        | 2,163.50 |

# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: 312.207.1000
Facsimile: 312.207.6400
Tax ID # 25-0749630

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ BEIJING ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

Invoice Number: 1894256
Invoice Date: August 19, 2009

Privileged & Confidential

Cara Leeman
Tribune Company
435 North Michigan Avenue
Chicago, IL 60611

For Professional Services Rendered Through July 31, 2009

|     |                              | Current Fees | Current Costs | Total for Matter |
|-----|------------------------------|-------------:|--------------:|-----------------:|
| RE: | Reliance/Times Mirror        |              |               |                  |
|     | 503842.00004                 | $6,007.00    | $108.20       | $6,115.20        |
| RE: | Insurance Counseling         |              |               |                  |
|     | 503842.00005                 | $15,130.50   | $0.00         | $15,130.50       |
| RE: | Marsh                        |              |               |                  |
|     | 503842.00008                 | $2,269.00    | $20.40        | $2,289.40        |
| RE: | Fee Applications             |              |               |                  |
|     | 503842.00009                 | $2,163.50    | $62.30        | $2,225.80        |
|     | **Current Invoice Total:**   | **$25,570.00** | **$190.90** | **$25,760.90**   |

**INVOICE IS PAYABLE UPON RECEIPT**