# EXHIBIT C

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | |
|---|---|---|
| In-House Duplicating/Printing/Scanning | | $53.40 |
| Courier Service – Outside | Parcels, Inc. | $37.50 |
| Filing Fees | | $100.00 |
| **TOTAL** | | **$190.90** |

US_ACTIVE-102108830.1-JCFALGOW

August 19, 2009 {.hidden}
Invoice: 1894256
RE: Reliance/Times Mirror (503842.00004)
Page 3

| DATE | ATTY | DESCRIPTION | HOURS |
|------|------|-------------|-------|
| 07/23/09 | MT | Drafted letter to IOLTA Board submitting application for J. Shugrue for admission pro hac vice. | 0.70 |
| 07/28/09 | MT | Drafted motion for admission pro hac vice for J. Shugrue. | 1.50 |
| 07/29/09 | SS | Reviewed and catalogued case related documents received from D. Rosenfield. | 0.40 |
| 07/29/09 | MT | Revisions to pro hac vice motion for J. Shugrue. | 0.60 |
| 07/29/09 | JDS | Analyzed and revised draft affidavit in support of pro hac vice admission motion. | 0.30 |
| 07/30/09 | JDS | Analyzed revised draft timeline of events (.2); revised and finalized affidavit in connection with motion for admission pro hac vice (.2). | 0.40 |
| 07/31/09 | TPL | Finalized and filed pro hac vice papers. | 0.20 |
| 07/31/09 | MT | Preparation and filing of motion for pro hac vice admission of J. Shugrue; drafted letter to court. | 1.00 |

TOTAL FEES:       $6,007.00

### CURRENT DISBURSEMENTS

| 07/31/2009 | Duplicating/Printing/Scanning | | 8.20 |
|------------|-------------------------------|--|------|
| 07/31/2009 | Filing Fees | | 100.00 |
| | | Total Disbursements | 108.20 |
| | | Fees & Disbursements | $6,115.20 |

Fee Summary: Reliance/Times Mirror

| ID | Names | Hours | Rate | Amount |
|----|-------|-------|------|--------|
| JDS | J.D. Shugrue | 6.60 | 515.00 | 3,399.00 |
| PRW | P.R. Walker-Bright | 1.30 | 495.00 | 643.50 |
| TPL | T.P. Law | 2.50 | 430.00 | 1,075.00 |
| SS | S. Somoza | 1.50 | 125.00 | 187.50 |
| MT | M. Todd | 5.40 | 130.00 | 702.00 |
| | | 17.30 | | 6,007.00 |

**RE:   Marsh**

| DATE | ATTY | DESCRIPTION | HOURS |
|---|---|---|---|
| 07/09/09 | DR | Finalized letter seeking reimbursement per agreement and corresponded with J. Shugrue regarding same. | 0.40 |
| 07/14/09 | DR | Worked on request for reimbursement per agreement (.5); corresponded with client regarding same (.3). | 0.80 |
| 07/14/09 | JDS | Worked on correspondence and submission to Marsh pursuant to settlement agreement (.5); telephone conference with client regarding same (.1). | 0.60 |
| 07/15/09 | DR | Finalized letter to Marsh requesting reimbursement pursuant to settlement agreement (.30); compiled invoices and attachments to same (.30). | 0.60 |
| 07/16/09 | DR | Corresponded with client regarding reimbursement request. | 0.30 |
| 07/16/09 | JDS | Attempted follow up with Marsh counsel on issues related to performance under parties' existing settlement agreement. | 0.20 |
| 07/17/09 | JDS | Analyzed email from Marsh counsel M. Auslander and forwarded same to client. | 0.20 |
| 07/21/09 | DR | Drafted letter to M. Auslander (Marsh counsel) regarding Liquidator's petition for appointment of referee and order granting same (.7); corresponded with M. Auslander and J. Shugrue regarding same (.3). | 1.00 |
| 07/21/09 | JDS | Worked on providing recent Reliance claim documents to Marsh. | 0.20 |
| 07/23/09 | JDS | Followed up with Marsh counsel M. Auslander regarding outstanding issues regarding settlement agreement performance. | 0.20 |
| 07/27/09 | JDS | Email communications with Marsh counsel M. Auslander regarding outstanding issues. | 0.20 |
| 07/29/09 | JDS | Telephone conference with Marsh counsel M. Auslander regarding outstanding issues (.6); telephone conference with client regarding same (.2). | 0.80 |
| 07/30/09 | JDS | Communications with client regarding third party inquiry regarding terms of settlement. | 0.20 |

TOTAL FEES:                 $2,269.00

**CURRENT DISBURSEMENTS**

07/31/2009   Duplicating/Printing/Scanning                                           20.40

|  |  | Total Disbursements | 20.40 |
|---|---|---|---|
|  |  | Fees & Disbursements | $2,289.40 |

**Fee Summary: Marsh**

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 2.60  | 515.00 | 1,339.00 |
| DR  | D. Rosenfield  | 3.10  | 300.00 | 930.00   |
|     |                | 5.70  |        | 2,269.00 |

RE:     **Fee Applications**

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/30/09 | JCF | Reviewed Fee Auditor report and Order appointing fee auditor and setting procedures for responding to fee auditor information requests (.3); communications with J. Shugrue regarding fee auditor response (.1). | 0.40 | 144.00 |
| 07/07/09 | JDS | Worked on fee application matters. | 0.70 | 360.50 |
| 07/09/09 | LL | Conferred with C. Falgowski regarding fee examiner's report (.1); e-mail correspondence with J. Shugrue same (.1). | 0.20 | 29.00 |
| 07/09/09 | JCF | Communications related to Fee Examiner's report. | 0.10 | 36.00 |
| 07/14/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 07/14/09 | JDS | Worked on fee application submissions and issues. | 0.80 | 412.00 |
| 07/21/09 | LL | Reviewed June 2009 invoice (.4); drafted CNO regarding RS's 4th Monthly Fee Application (May 2009) (.4); drafted RS's 5th Monthly Fee Application (1.2); revisions to same (.5). | 2.50 | 362.50 |
| 07/21/09 | SS | Reviewed and catalogued case correspondence. | 0.30 | 37.50 |
| 07/24/09 | LL | E-mail correspondence regarding RS's 4th Monthly CNO (.1); revisions to same (.2); e-filed and perfected service of same (.4); conferred with C. Falgowski regarding RS's 5th Monthly (.1). | 0.80 | 116.00 |
| 07/27/09 | LL | E-mail correspondence with J. Shugrue (.1); revisions to RS's 5th Monthly Fee Application (.4). | 0.50 | 72.50 |
| 07/27/09 | JCF | Reviewed Fee Applications for filing. | 0.40 | 144.00 |
| 07/31/09 | JDS | Worked on fee application. | 0.80 | 412.00 |
|  |  | TOTAL FEES: |  | $2,163.50 |

### CURRENT DISBURSEMENTS

| | | |
|---|---|---|
| 07/31/2009 | Telecopy Expense | 24.00 |
| 07/31/2009 | Duplicating/Printing/Scanning | 0.80 |
| 07/31/2009 | Courier Service - Outside | 37.50 |
|  | Total Disbursements | 62.30 |

Fees & Disbursements     $2,225.80

### Fee Summary: Fee Applications

| ID  | Names          | Hours | Rate   | Amount   |
|-----|----------------|-------|--------|----------|
| JDS | J.D. Shugrue   | 2.30  | 515.00 | 1,184.50 |
| JCF | J.C. Falgowski | 0.90  | 360.00 | 324.00   |
| SS  | S. Somoza      | 0.60  | 125.00 | 75.00    |
| LL  | L. Lankford    | 4.00  | 145.00 | 580.00   |
|     |                | 7.80  |        | 2,163.50 |