# EXHIBIT A

## TRIBUNE COMPANY, et al.

## SUMMARY OF SERVICES BY PROJECT CATEGORY

## July 1, 2009 through July 31, 2009

| Project Category | Matter # | Hours | Fees Requested |
|---|---|---|---|
| Bankruptcy General | 002 | 46.40 | 22,736.50 |
| Committee Meetings | 003 | 127.70 | 83,450.50 |
| Creditor Communications | 004 | 8.90 | 6,867.50 |
| Inter-Company Issues/Cash Management | 006 | 2.90 | 2,107.50 |
| Business Operations | 007 | 51.00 | 24,430.00 |
| Asset Disposition/Sale | 008 | 207.30 | 123,765.50 |
| Fee/Retention Applications | 010 | 66.10 | 26,011.00 |
| Plan and Disclosure Statement | 011 | 70.20 | 53,697.00 |
| Executory Contracts | 012 | 86.00 | 46,010.50 |
| Employee Issues | 014 | 65.60 | 41,279.00 |
| Relief from Stay Issues | 015 | 14.30 | 5,716.50 |
| Tax Issues | 016 | 27.90 | 23,680.50 |
| General Litigation | 017 | 7.30 | 2,515.50 |
| Non-Working Travel* | 018 | 4.90 | 1,745.75 |
| Review of PrePetition Financings | 019 | 1,932.30 | 989,967.00 |
| **Total** | | **2,718.80** | **$1,453,980.25** |

* Billed at 50% of normal hourly rates.

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

                              For Services Through July 31, 2009

Our Matter #19804.002
        BANKRUPTCY GENERAL


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/01/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post specific discussion/presentation materials to Intralinks (.60). | 1.20 hrs. |
| 07/01/09 | J. B. PORTER | Reviewed daily docket report (.8). | 0.80 hrs. |
| 07/02/09 | J. B. PORTER | Reviewed and replied to various emails re Tribune (.5); reviewed docket report (.4). | 0.90 hrs. |
| 07/02/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10). | 0.50 hrs. |
| 07/06/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.20). | 0.50 hrs. |
| 07/06/09 | D. M. LeMAY | Review of all most recent court filings. | 0.90 hrs. |
| 07/07/09 | D. E. DEUTSCH | Review last several pleading reports (.2) and court calendar (.1); review and edit posting note for Committee (.1); review and edit agenda for tomorrow's meeting with Debtors' professional team (.2). | 0.60 hrs. |
| 07/07/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

|            |                |                                                                                                                                                                                                                |           |
|------------|----------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | docket entries (.10).                                                                                                                                                                                          |           |
| 07/08/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20). | 0.60 hrs. |
| 07/08/09   | D. E. DEUTSCH  | Prepare for (.2) and participate in call with Debtors' professionals re: pending matters (.7); review case materials and edit action item list (.5); review docket report and calendar (.2). | 1.60 hrs. |
| 07/08/09   | J. B. PORTER   | Review of Daily docket report (.4)                                                                                                                                                                            | 0.40 hrs. |
| 07/08/09   | D. M. LeMAY    | Weekly call w/Debtors and Advisors.                                                                                                                                                                           | 1.00 hrs. |
| 07/09/09   | J. B. PORTER   | Review of daily docket report.                                                                                                                                                                                | 0.90 hrs. |
| 07/09/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post specific memorandum to Intralinks (.10). | 0.70 hrs. |
| 07/10/09   | J. B. PORTER   | Review of daily report (.2)                                                                                                                                                                                   | 0.20 hrs. |
| 07/10/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.20). | 0.70 hrs. |
| 07/13/09   | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); distribute reports (.10). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| | | | |
|---|---|---|---|
| 07/13/09 | D. M. LeMAY | Review all most recent court filings. | 0.60 hrs. |
| 07/14/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post meeting agenda, meeting minutes and specific memoranda to Intralinks (.50). | 1.10 hrs. |
| 07/14/09 | D. E. DEUTSCH | E-mail Matt McGuire re: Thursday's hearing (.1); review case agenda (.1); follow-up with Jason Porter re: coverage of Thursday's hearing (.1); review various court filings (.2); update action item list (.2). | 0.70 hrs. |
| 07/14/09 | J. B. PORTER | Reviewed daily docket report (.3). | 0.30 hrs. |
| 07/15/09 | D. E. DEUTSCH | Review request from Debtors re: rescheduling legal team meeting (.1); follow-up with C&P team on same (.1). | 0.20 hrs. |
| 07/15/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); post investment bank presentations to Intralinks (.40). | 1.00 hrs. |
| 07/16/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.20); organization of materials scheduled to be heard by the Court on July 16th (1.20). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 07/16/09 | D. E. DEUTSCH | E-mail Debtors' team re: agenda and rescheduling of professional meeting (.1); review materials for today's court hearing on various matters (1.1); participate in hearing (1.2); post hearing meeting with Debtors' team (.2). | 2.60 hrs. |
| 07/17/09 | D. E. DEUTSCH | Review materials to prepare for (.4) and participate in weekly meeting with Debtors' professionals (.5). | 0.90 hrs. |
| 07/17/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (1.4). | 1.70 hrs. |
| 07/20/09 | H. LAMB | Review Court dockets (.2); prepare and distribute daily report of new pleadings filed and updated case calendar (.4). | 0.60 hrs. |
| 07/20/09 | D. M. LeMAY | Review of all latest court filings. | 1.30 hrs. |
| 07/20/09 | J. B. PORTER | Draft agenda re Professional meeting (.5). | 0.50 hrs. |
| 07/20/09 | D. E. DEUTSCH | Review court filings (.1); follow-up with Jason Porter re: tomorrow's hearing matters (.1); work on updating action item list (.2). | 0.40 hrs. |
| 07/21/09 | D. E. DEUTSCH | Review various case related e-mails (.2); review distributed court postings (.2); review and edit agenda for meetings with Debtors' professionals (.2); follow-up with Jason Porter on item related to same (.1). | 0.70 hrs. |
| 07/21/09 | J. B. PORTER | Drafted agenda for weekly meeting with Sidley (.4); Reviewed daily docket report (.6); Attended Tribune hearing via telephone (.5). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 07/21/09 | H. LAMB | Review court docket (.2); prepare and distribute daily report of new pleadings and updated case calendar (.4). | 0.60 hrs. |
|---|---|---|---|
| 07/22/09 | H. LAMB | Review court dockets (.2); prepare and distribute daily report of new pleadings filed and updated case calendar (.4). | 0.60 hrs. |
| 07/23/09 | J. B. PORTER | Review of daily docket report. | 0.50 hrs. |
| 07/23/09 | D. E. DEUTSCH | Review various case related e-mails (.2); respond to general case inquiry e-mail from Kevin Lantry (Debtors' counsel ) (.1); review recent pleading reports and court calendar (.3). | 0.60 hrs. |
| 07/23/09 | H. LAMB | Review court dockets (.2); prepare and distribute daily report of new pleadings filed and updated calender (.4). | 0.60 hrs. |
| 07/24/09 | H. LAMB | Review court dockets (.2); prepare and distribute daily report of new pleadings filed and updated calendar (.4). | 0.60 hrs. |
| 07/24/09 | J. B. PORTER | Review of daily docket report. | 0.50 hrs. |
| 07/27/09 | D. BAVA | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.30); review, revise and finalize case calendar based on current docket entries (.10). | 0.40 hrs. |
| 07/27/09 | D. M. LeMAY | Review of all latest court filings. | 1.20 hrs. |
| 07/27/09 | D. E. DEUTSCH | Review recent court filings (.3); review court agenda and e-mail Delaware counsel re: tomorrow's hearing (.1); telephone conversation with Jason Porter to discuss Tribune assignments (.1); conference with David LeMay to discuss tomorrow's hearing and other matters (.2); call with Delaware counsel (Matt McGuire) re: tomorrow's hearing (.2); | 1.30 hrs. |

|          |                |                                                                                                                                                            |            |
|----------|----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |                | review and edit draft agenda for meeting with Committee professionals (.1); review last week's AlixPartner's Tribune report (.3).                           |            |
| 07/28/09 | D. E. DEUTSCH  | Exchange e-mails with Matt McGuire re: today's hearing (.2): review materials and update action item list (.6); review and edit agenda for tomorrow's meeting with Debtors' professionals (.1). | 0.90 hrs.  |
| 07/28/09 | J. B. PORTER   | Creation of agenda for weekly meeting with Debtors' counsel (.3); Review of daily docket report for important filings and pleadings (.2).                   | 0.50 hrs.  |
| 07/28/09 | D. M. LeMAY    | Prepare for (0.7) and attend (2.1) omnibus hearing in US Bankruptcy Court.                                                                                  | 2.80 hrs.  |
| 07/28/09 | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize case calendar based on current docket entries (.40). | 0.90 hrs.  |
| 07/29/09 | D. M. LeMAY    | Attend weekly status call w/Sidley.                                                                                                                        | 0.50 hrs.  |
| 07/29/09 | J. B. PORTER   | Review of daily docket report.                                                                                                                             | 0.30 hrs.  |
| 07/29/09 | D. E. DEUTSCH  | Prepare for (.2) and meeting with Debtors' professional team (.6).                                                                                         | 0.80 hrs.  |
| 07/29/09 | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post meeting materials to Intralinks (.60). | 1.10 hrs.  |
| 07/30/09 | D. BAVA        | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.50); review, revise and finalize | 0.70 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            August 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page     7

|            |               |                                                                                                                                                                                                                           |            |
|------------|---------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |               | case calendar based on current docket entries (.10); post additional meeting materials to Intralinks (.10).                                                                                                                |            |
| 07/30/09   | D. E. DEUTSCH | Review various case-related e-mails (.2).                                                                                                                                                                                  | 0.20 hrs.  |
| 07/30/09   | J. B. PORTER  | Reviewed daily docket report;                                                                                                                                                                                              | 0.40 hrs.  |
| 07/30/09   | H. SEIFE      | Telephone conference with B.Krakauer regarding case status and open issues.                                                                                                                                                | 0.80 hrs.  |
| 07/31/09   | D. E. DEUTSCH | Review court calendar and follow-up with David Bava and Jason Porter re: updates to same (.2).                                                                                                                             | 0.20 hrs.  |
| 07/31/09   | D. BAVA       | Review and analysis of docket sheets, including Neil district court litigation and adversary proceeding re: daily case activity (.40); review, revise and finalize case calendar based on current docket entries (.10); post materials to Intralinks (.40). | 0.90 hrs.  |

       **Total Fees for Professional Services............. $22,736.50**


                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate   | Hours | Amount  |
|-------------------|--------|-------|---------|
| D. M. LeMAY       | 825.00 | 8.30  | 6847.50 |
| H. SEIFE          | 955.00 | .80   | 764.00  |
| D. E. DEUTSCH     | 635.00 | 11.70 | 7429.50 |
| D. BAVA           | 260.00 | 14.90 | 3874.00 |
| J. B. PORTER      | 395.00 | 7.70  | 3041.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8
```

```
H. LAMB                         260.00    3.00        780.00
                       TOTALS            46.40      22736.50
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2009

Our Matter #19804.003
      COMMITTEE MEETINGS

| | | | |
|---|---|---|---|
| 07/01/09 | D. M. LeMAY | Prepare for (.5) and attend preparation session of Committee's professionals (1.0).  Attend in person Committee Meeting (4.2). Participate in followup meeting of C&P team to address to-do items (0.9). | 6.60 hrs. |
| 07/01/09 | R. M. LEDER | Participate in (by phone) Committee Meeting to hear debtors' proposed plan of reorganization. | 2.10 hrs. |
| 07/01/09 | J. B. PORTER | Prepared materials for Creditors Committee meeting (2.3); Recorded detailed minutes of Creditors' Committee meeting with the Debtors (4.3). | 6.60 hrs. |
| 07/01/09 | D. E. DEUTSCH | Exchange e-mails with Damian Schaible re: today's Committee meeting (.2); attend pre-meeting with Committee professionals (1.0); participate in Committee meeting with full Committee, professionals, Debtors and Debtors' professionals (4.4). | 5.60 hrs. |
| 07/01/09 | H. SEIFE | Preparation for in-person Committee meeting (1.2); meeting with Moelis and AlixPartners to prepare for Committee meeting (.9); attend in-person meeting with Committee and Debtors (4.2). | 6.30 hrs. |
| 07/02/09 | H. SEIFE | Preparation for 7/15 Committee meeting (.8); review of Moelis draft of responsibilities for 7/15 meeting (.7). | 1.50 hrs. |
| 07/07/09 | D. E. DEUTSCH | E-mail Committee professional team re: possible cancellation of Thursday's Committee meeting (.2). | 0.20 hrs. |
| 07/07/09 | J. B. PORTER | Drafted agendas for meetings with Debtors and Committee's professionals (.4). | 0.40 hrs. |
| 07/07/09 | J. B. PORTER | Revise Committee Meeting minutes. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2

| 07/08/09 | D. E. DEUTSCH | Exchange e-mails with C&P bankruptcy team re: Thursday Committee meeting (.2); call with co-chair Wayne Smith re: same (.2); exchange e-mails with co-chair Miriam Kulnis on same (.1); review and revise draft memo to Committee on same (.1); follow-up with Jason Porter re: cancellation of this week's Committee meeting (.2); review e-mail from co-chair (Wayne Smith) re: next week's Committee meeting and e-mail C&P team on same (.2). | 1.00 hrs. |
|---|---|---|---|
| 07/08/09 | J. MARRERO | Review and revise meeting minutes for July 1 Committee meeting (3.2); discuss with J.Porter (.2). | 3.40 hrs. |
| 07/08/09 | J. B. PORTER | Emails and calls to Committee members re: cancellation of the weekly Committee meeting (.6). | 0.60 hrs. |
| 07/09/09 | D. E. DEUTSCH | Review and edit minutes for June 10, 2009 and June 18, 2009 Committee meeting (.3). | 0.30 hrs. |
| 07/09/09 | J. B. PORTER | Drafted meeting Agenda. | 0.50 hrs. |
| 07/10/09 | J. B. PORTER | Call with Committee professionals re the agenda and other details of July 15 Creditors Committee meeting (.9); Revision of detailed Creditors' Committee Agenda (.9). | 1.80 hrs. |
| 07/10/09 | D. E. DEUTSCH | Prepare for (.3) and participate in call with Committee professionals re: next week's presentation on ESOP transaction and various related matters (.9). | 1.20 hrs. |
| 07/10/09 | D. M. LeMAY | Participate in conference call of Committee advisors to prepare for next week's presentation. | 0.80 hrs. |
| 07/11/09 | D. E. DEUTSCH | E-mail Jason Porter re: matters scheduled for Monday's Committee professional meeting (.2). | 0.20 hrs. |
| 07/13/09 | D. M. LeMAY | Prepare for 7/15/09 Committee meeting presentations. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   3


| 07/13/09 | J. B. PORTER | Recorded notes of Committee professional meeting re the 7/15 Committee meeting (.8); Drafted Committee meeting agenda (.4) | 2.20 hrs. |
| 07/13/09 | J. B. PORTER | Reviewed and revised meeting minutes for the 6/10, 6/18, and 7/1 committee meetings. | 1.60 hrs. |
| 07/13/09 | H. SEIFE | Prepare for in-person Committee meeting. | 1.00 hrs. |
| 07/14/09 | D. E. DEUTSCH | Meeting with Jason Porter on creating new presentation chart for tomorrow's Committee meeting (.2); call with Damian Schaible (JPMorgan's counsel) re: topics to be addressed at tomorrow's Committee meeting (.2); exchange e-mails with Moelis re: presentation issue for tomorrow's meeting (.3); review draft materials distributed by Moelis and AlixPartners for tomorrow's presentation to Committee and edit same (1.3); hold two meetings with Moelis and AlixPartners re: same (1.6). | 3.60 hrs. |
| 07/14/09 | D. M. LeMAY | Review Alix and Moelis presentations for tomorrow's meeting (1.7).  Participate in call for meeting of all committee professionals (1.7). | 3.40 hrs. |
| 07/14/09 | D. BAVA | Prepare materials for July 15th Creditors' Committee meeting (.60). | 0.60 hrs. |
| 07/14/09 | J. B. PORTER | Finalize edits to Committee 7/15 meeting agenda (.6); Call with Committee professionals re the Debtors' business plan and the ESOP/LBO investigation and committee meeting preparation (2.3); Review of Alix Business plan materials (.9); Responded to emails from the PBGC re UCC meeting details (.2). | 4.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 07/14/09 | H. LAMB | Preparations for July 15 in-person Committee meeting (1.5); conferences with J.Porter regarding same (.3). | 1.80 hrs. |

| 07/15/09 | N. T. ZINK | Prepare for presentation at July 15 Creditors' Committee meeting (2.7); attend Creditors' Committee meeting (6.0). | 8.60 hrs. |

| 07/15/09 | D. BAVA | Assist with preparation of materials for in-person Committee meeting (1.20). | 1.20 hrs. |

| 07/15/09 | M. A. ALPERT | Attended portion of Committee meeting re: Cubs. (1.1). | 1.10 hrs. |

| 07/15/09 | D. M. LeMAY | Attend preparation session for today's in-person Committee meeting (0.6).  Attend in-person meeting of the Committee (5.2). Attend followup meeting of C&P team to deal with "to do" items from Committee meeting (1.3). | 7.10 hrs. |

| 07/15/09 | D. E. DEUTSCH | E-mail Jason Porter re: materials for today's Committee meeting (.2); review materials posted by AlixPartners (.4) and Moelis for today's Committee meeting (.5); participate in pre-meeting with Committee's professionals (.5); participate in Committee meeting (5.4) and post-meeting discussions with various Committee members (.4). | 7.40 hrs. |

| 07/15/09 | J. B. PORTER | Meeting preparation including finalizing and circulating documents to the Committee (1.6); Recorded minutes of the Committee meeting (5.4); review and revise same (1.0). | 8.00 hrs. |

| 07/15/09 | H. SEIFE | Participation in meeting with Committee at C&P. | 5.20 hrs. |

| 07/20/09 | D. M. LeMAY | Prepare for (1.8) and participate in (1.5) special meeting of the Committee re: 2009 MIP. Follow up w/AlixPartners on outstanding MIP issues (0.5). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5

| | | | |
|---|---|---|---|
| 07/20/09 | J. MARRERO | Review and revise Committee Meeting Minutes from July 1, 2009 meeting | 0.30 hrs. |
| 07/20/09 | D. GALLAI | Participated in call w/ Committee on MIP (1.4). | 1.40 hrs. |
| 07/20/09 | J. B. PORTER | Record minutes of Creditors' Committee Meeting (1.9); review and revised July 1, 2009 Committee meeting minutes (.3). | 2.20 hrs. |
| 07/20/09 | D. E. DEUTSCH | Prepare for Committee meeting (.2), including call with Alan Holtz (.2); participate in telephonic Committee meeting (1.4). | 1.80 hrs. |
| 07/20/09 | H. SEIFE | Prepare for meeting with Bryan Krakauer (Sidley). | 0.80 hrs. |
| 07/21/09 | D. E. DEUTSCH | Review, revise and distribute draft agenda for Thursday's Committee meeting (.2); exchange e-mails with Committee chairs re: this week's meeting (.2); follow-up calls to Committee chair re: same (.1); exchange additional e-mails with Committee co-chair counsel re: agenda and scheduling related to Committee meeting (.3). | 0.80 hrs. |
| 07/21/09 | J. B. PORTER | Drafted agenda for Committee meeting (.5). | 0.50 hrs. |
| 07/22/09 | D. M. LeMAY | E-mail to Committee re: this week's meeting (0.4).  Meet w/H. Seife to discuss pending motion by R. Stark (1.1).  Work on list of possible special counsel for upcoming Committee meeting (0.8). | 2.30 hrs. |
| 07/22/09 | D. E. DEUTSCH | Exchange additional e-mails with Committee chairs and Committee professionals re: Thursday's Committee meeting (.3). | 0.30 hrs. |
| 07/22/09 | H. SEIFE | Prepare for Committee meeting. | 0.50 hrs. |
| 07/24/09 | D. M. LeMAY | Review minutes from 7/1/09 meeting. | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  August 24, 2009
435 N. MICHIGAN AVENUE       Invoice ******
CHICAGO, IL 60611         Page 6

| 07/27/09 | J. B. PORTER | Create agenda for weekly professionals' meeting. | 0.30 hrs. |
|---|---|---|---|
| 07/27/09 | D. M. LeMAY | Meeting w/H. Seife to prepare for Thursday's Committee Meeting (0.8). | 0.80 hrs. |
| 07/28/09 | D. M. LeMAY | T/cs to PBGC (0.1) and Guild (0.3) re: agenda item for 7/30/09 meeting. | 0.40 hrs. |
| 07/28/09 | D. E. DEUTSCH | Meeting with Jason Porter to discuss next steps related to Committee meeting (.2); review and edit alternative (confidential/non-confidential) agendas for Thursday's Committee meeting (.2); telephone conversation with counsel to JPM (co-chair) re: Thursday's Committee meeting (.2). | 0.60 hrs. |
| 07/28/09 | D. E. DEUTSCH | Prepare for (.4) and participate in call with Committee professionals (.6). | 1.00 hrs. |
| 07/28/09 | J. B. PORTER | Drafted detailed agenda for weekly UCC meeting (.4). | 0.40 hrs. |
| 07/29/09 | D. E. DEUTSCH | Review and edit memorandum to Committee re: agenda for tomorrow and follow-up with Jason Porter on posting of same (.2); telephone conversation with Larry Kwon re: tomorrow's presentations (.2). | 0.40 hrs. |
| 07/29/09 | D. M. LeMAY | Prepare presentations for tomorrow's meeting (1.2).  T/c w/Zuckerman Spaeder (0.2) re: same. Conference w/H. Seife (0.4) re: same. | 1.80 hrs. |
| 07/30/09 | D. E. DEUTSCH | Review due diligence memoranda and prepare outline on same and exclusivity for today's Committee meeting (1.4); participate in Committee meeting (1.5); e-mail Helen Lamb re: next Committee meeting items (.2). | 3.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7

| | | | |
|---|---|---|---|
| 07/30/09 | J. B. PORTER | Recorded minutes of committee meeting (2.0); Meeting preparations (.5). | 2.50 hrs. |
| 07/30/09 | D. M. LeMAY | Participate in telephonic meeting of the Committee (1.6). Follow up w/special counsel candidates (0.5). | 2.10 hrs. |
| 07/31/09 | D. M. LeMAY | Review and revise interview scheduling for Tuesday's in-person meeting. | 0.60 hrs. |
| 07/31/09 | D. E. DEUTSCH | E-mail with Jason Porter re: scheduling matters for next Tuesday's Committee meeting (.3); calls to Committee members (Buena Vista/Niese/Warner) re: scheduling item (.2); exchange e-mails with Moelis (.2) and AlixPartners re: participation in next week's Committee meeting (.2); meeting with Howard Seife re: interview schedule for meeting (.2). | 1.10 hrs. |

**Total Fees for Professional Services............. $83,450.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 31.10 | 25657.50 |
| H. SEIFE | 955.00 | 15.30 | 14611.50 |
| M. A. ALPERT | 795.00 | 1.10 | 874.50 |
| N. T. ZINK | 765.00 | 8.60 | 6579.00 |
| R. M. LEDER | 955.00 | 2.10 | 2005.50 |
| D. E. DEUTSCH | 635.00 | 28.60 | 18161.00 |
| D. BAVA | 260.00 | 1.80 | 468.00 |
| D. GALLAI | 635.00 | 1.40 | 889.00 |
| J. B. PORTER | 395.00 | 32.20 | 12719.00 |
| H. LAMB | 260.00 | 1.80 | 468.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     8
```

```
J. MARRERO                    275.00    3.70         1017.50
                     TOTALS            127.70        83450.50
```

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through July 31, 2009

Our Matter #19804.004
          CREDITOR COMMUNICATIONS


| | | | |
|---|---|---|---|
| 07/02/09 | D. E. DEUTSCH | Review and respond to inquiry from Committee member (Buena Vista) re: next week's meeting matters (.2). | 0.20 hrs. |
| 07/06/09 | D. E. DEUTSCH | Review and respond to inquiry from counsel to Warner re: Cubs (.2); review and respond to inquiry from Buena Vista Television re: meeting matters (.2). | 0.40 hrs. |
| 07/10/09 | D. E. DEUTSCH | Review inquiry from ex-employee on pension matters and draft related follow-up e-mail to AlixPartners on same (.3). | 0.30 hrs. |
| 07/14/09 | D. E. DEUTSCH | E-mail Brad Hall re: inquiry from individual creditor (.1). | 0.10 hrs. |
| 07/14/09 | J. B. PORTER | Email to the Co-Chairs re the Committee meeting agenda. | 0.50 hrs. |
| 07/15/09 | D. E. DEUTSCH | Review response from AlixPartners re: follow-up on ex-employee pension issue (.1); draft e-mail response to ex-employee (.1); review inquiry from counsel to JPMorgan re: requested discussion at today's Committee meeting and respond to same (.2); address inquiry from Buena Vista (.1); e-mail Jason Porter on same (.1); e-mail Edward Sassover re: today's Committee matters (.1). | 0.70 hrs. |
| 07/16/09 | D. E. DEUTSCH | Review inquiry from Committee Member (Wilmington Trust) (.1); follow-up with David LeMay re: research on same (.1). | 0.20 hrs. |
| 07/20/09 | D. E. DEUTSCH | Telephone conversation with Frank Anderson, counsel to PBGC, re: various open matters (.2). | 0.20 hrs. |
| 07/21/09 | J. B. PORTER | Conversations with Committee chairs re appropriateness of canceling the weekly Committee meeting. | 0.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2
```

| | | | |
|---|---|---|---|
| 07/21/09 | H. SEIFE | Telephone conference with DPW (.3); telephone conference Stark (.3) re open matters. | 0.60 hrs. |
| 07/22/09 | H. SEIFE | Telephone conference with Stark (.3) and telephone conference with Sassower (.4) regarding open issues. | 0.70 hrs. |
| 07/23/09 | H. SEIFE | Telephone conference with Lipkind (.5) and telephone conference with DPW (.3) re open matters. | 0.80 hrs. |
| 07/23/09 | D. E. DEUTSCH | Telephone conversation with counsel to PBGC re: various case matters (.2); telephone conversation with landlord's counsel re: recovery question (.1). | 0.30 hrs. |
| 07/24/09 | H. SEIFE | Telephone conference with PBGC regarding issues for upcoming meeting. | 0.40 hrs. |
| 07/27/09 | D. E. DEUTSCH | Telephone conversation with counsel to Committee member (Buena Vista) re: various case matters (.3). | 0.30 hrs. |
| 07/28/09 | D. E. DEUTSCH | Review and address two inquiries from Buena Vista (.3); address inquiry from PBGC (Frank Anderson) (.1). | 0.40 hrs. |
| 07/28/09 | H. SEIFE | Telephone conference with Sassower (.3), telephone conference with D.Adler (.2), telephone conference with J.Teitlebaum (.4), telephone conference with A.Lipkind (.6) and telephone conference with PBGC (.4) regarding open issues and upcoming meeting. | 1.90 hrs. |
| 07/29/09 | D. E. DEUTSCH | Exchange calls (.1) and e-mails with counsel to Warner re: various case matters (.1); review and respond to e-mail (.1) and hold call with Bob Stark (.1); telephone conversation with Edward Sassover (Warner counsel) re: tomorrow's meeting issues (.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    3

**Total Fees for Professional Services.............    $6,867.50**

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 4.40 | 4202.00 |
| D. E. DEUTSCH | 635.00 | 3.70 | 2349.50 |
| J. B. PORTER | 395.00 | .80 | 316.00 |
| TOTALS | | 8.90 | 6867.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through July 31, 2009

Our Matter #19804.006
              INTER COMPANY ISSUES/CASH MANAGEMENT


| | | | |
|---|---|---|---|
| 07/09/09 | D. E. DEUTSCH | Review notes on cash management issues and work on analysis related to same (.4); telephone conversation (.1) and exchange e-mails with Joseph Giannini re: required follow-up research (.2); review research and draft memorandum to AlixPartners (Brad Hall) re: next analytical steps required on same (.4). | 1.10 hrs. |
| 07/22/09 | D. M. LeMAY | Work on issue re: Food Network Proceeds. | 0.40 hrs. |
| 07/27/09 | D. E. DEUTSCH | Review e-mails from Debtors and proposed order re: Section 345 requirements (.3); e-mail Debtors' counsel on same (.1). | 0.40 hrs. |
| 07/28/09 | D. M. LeMAY | Review Alix analysis re: Food Network proceeds (0.4).  E-mail D. Deutsch re: same (0.2). | 0.60 hrs. |
| 07/29/09 | D. M. LeMAY | Work on stipulation to resolve Food Networks proceeds issue. | 0.40 hrs. |


            **Total Fees for Professional Services..............    $2,107.50**




                         TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 1.40 | 1155.00 |
| D. E. DEUTSCH | 635.00 | 1.50 | 952.50 |
| TOTALS | | 2.90 | 2107.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                              For Services Through July 31, 2009

Our Matter #19804.007
            BUSINESS OPERATIONS


| 07/01/09 | H. SEIFE | Review of Moelis media update report. | 0.30 hrs. |
|---|---|---|---|
| 07/08/09 | J. A. STENGER | Office conference with D.Deutsch re FCC regulatory issues. | 0.30 hrs. |
| 07/08/09 | D. E. DEUTSCH | Call with James Stenger re: next steps on FCC issues (.3); e-mail Bryan Krakauer related to same (.2). | 0.50 hrs. |
| 07/08/09 | H. SEIFE | Review of Moelis weekly report. | 0.30 hrs. |
| 07/09/09 | D. E. DEUTSCH | Review AlixPartners' summary financial reports (.5); review Debtors' monthly operating report (.2). | 0.70 hrs. |
| 07/10/09 | D. E. DEUTSCH | Review news materials on ownership issue and follow-up e-mail to Jim Stenger (FCC team) on same (.2). | 0.20 hrs. |
| 07/13/09 | J. A. STENGER | Review correspondence re FCC application for approval of reorganization and research re same. | 0.80 hrs. |
| 07/14/09 | J. A. STENGER | Research re FCC application for approval of reorganization (.7); t/c with Debtor FCC counsel re same (.8); prep draft of memo to creditor committee re same (1.3). | 2.80 hrs. |
| 07/14/09 | D. E. DEUTSCH | Review materials to prepare for FCC issues related meeting (.5); participate in call (.8); follow-up call with FCC counsel (Jim Stenger) re: next steps (.2); review weekly AlixPartners' financial report (.2). | 1.70 hrs. |
| 07/14/09 | M. STRAND | Research RE: FCC transfer application process (.6); office conference with J.Stenger re: same (.1). | 0.70 hrs. |
| 07/14/09 | H. SEIFE | Review of AlixPartners weekly operations report. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


| | | | |
|---|---|---|---|
| 07/15/09 | J. A. STENGER | Draft memo to creditors committee re FCC application process for approval of reorganization (2.2); research re same (1.3). | 3.50 hrs. |
| 07/16/09 | J. A. STENGER | Continue research re FCC application for approval of reorganization (2.7); continue preparing draft memo to creditors committee re same (1.1). | 3.80 hrs. |
| 07/16/09 | M. STRAND | Research RE: prior Tribune transfer application with FCC, waiver of cross-ownership rules. | 1.20 hrs. |
| 07/17/09 | J. A. STENGER | Research re FCC pending cases and case law challenging Tribune television - newspaper cross-ownership waivers. | 4.30 hrs. |
| 07/17/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: FCC analysis (.2). | 0.20 hrs. |
| 07/20/09 | M. STRAND | Office conference with J.Stenger RE: researching past FCC decisions regarding transfer applications, Tribune (.2). Research RE: same (2.2). | 2.40 hrs. |
| 07/21/09 | M. STRAND | Research pleadings in Zell v. FCC and Comcast v. FCC before the DC Circuit (1.1).  Coordinate delivery of documents in both dockets and review materials (.3). | 1.40 hrs. |
| 07/22/09 | M. STRAND | Research case law on past FCC decisions RE: transfer applications, waiver of rules, and prior Tribune proceedings. | 0.90 hrs. |
| 07/23/09 | M. STRAND | Office correspondence with J.Stenger RE: Tribune pleadings from DC Circuit (.2).  Review materials on docket (.5). | 0.70 hrs. |
| 07/23/09 | D. E. DEUTSCH | Review materials on FCC approval matters (1.1); telephone conversation with James Stenger re: same (.3). | 1.40 hrs. |

435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   3

| | | | |
|---|---|---|---|
| 07/23/09 | J. A. STENGER | Research re FCC reconsideration petitions and DC Circuit and Third Circuit Appeals. | 3.80 hrs. |
| 07/24/09 | J. A. STENGER | Research re FCC media ownership rules and waiver requests for Tribune markets (1.6) and revise draft memo re same (.9). | 2.50 hrs. |
| 07/24/09 | M. STRAND | Research pending 3d Circuit cases RE: Tribune and the FCC (1.2). Review documents on this docket (.6). | 1.80 hrs. |
| 07/27/09 | M. STRAND | Research RE: Zell v. FCC docket before DC Circuit. | 0.40 hrs. |
| 07/27/09 | H. SEIFE | Review of AlixPartners report on operations. | 0.40 hrs. |
| 07/27/09 | J. A. STENGER | Telephone call with Tribune FCC counsel re drafting of FCC applications (.7); research re Tribune pending litigation in two FCC proceedings and two court proceedings (2.8). | 3.50 hrs. |
| 07/28/09 | J. A. STENGER | Review pending cases at FCC, D.C. Circuit and 3rd Circuit and prepare revised memo re same. | 2.50 hrs. |
| 07/29/09 | J. A. STENGER | Revise draft memo re FCC approval process and re pending litigation impact on same. | 4.50 hrs. |
| 07/29/09 | D. E. DEUTSCH | Exchange e-mails with James Stenger re: addition to FCC analysis (.1). | 0.10 hrs. |
| 07/30/09 | J. A. STENGER | Work on revised draft of Tribune FCC approval memo (1.2); research re same (1.5) and correspondence with M.Strand re same (.3). | 3.00 hrs. |

Total Fees for Professional Services..............  $24,430.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    4
```

**TOTAL DUE FOR THIS MATTER**.....................................   $24,430.00


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| H. SEIFE | 955.00 | 1.40 | 1337.00 |
| J. A. STENGER | 475.00 | 35.30 | 16767.50 |
| D. E. DEUTSCH | 635.00 | 4.80 | 3048.00 |
| M. STRAND | 345.00 | 9.50 | 3277.50 |
| TOTALS |  | 51.00 | 24430.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2009

Our Matter #19804.008
          ASSET DISPOSITION


| | | | |
|---|---|---|---|
| 07/01/09 | M. A. ALPERT | Reviewed new Ricketts data room documents. | 1.80 hrs. |
| 07/01/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.20 hrs. |
| 07/02/09 | M. A. ALPERT | Reviewed new Ricketts data room documents. | 1.20 hrs. |
| 07/02/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.60 hrs. |
| 07/06/09 | D. M. LeMAY | Review and revise draft e-mail to Committee re: Cubs. | 0.30 hrs. |
| 07/06/09 | D. E. DEUTSCH | Review article on Cubs sale and e-mail Moelis team on same (.2); related e-mail to Bryan Krakauer (.1); review response to same (.1); review additional Cubs related e-mails and attachments from Nils Larsen (.6); review new posted Cubs documents (.3); follow-up call on review of Cubs documents with Marc Alpert (.2); discuss next steps with Howard Seife and, in part, Moelis team on new Cubs news (.5); draft memorandum to Committee on news and prepare and circulate draft to Moelis and C&P teams (.8). | 2.80 hrs. |
| 07/06/09 | M. A. ALPERT | Reviewed new Ricketts data room documents (1.4); correspondence with Debtors re: deal status (0.8). | 2.20 hrs. |
| 07/06/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.60 hrs. |
| 07/06/09 | J. B. PORTER | Reviewed emails re Cubs transaction. | 0.60 hrs. |
| 07/06/09 | H. SEIFE | Exchange multiple emails regarding Cubs transaction (.5); review updates on Cubs transaction (.4). | 0.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| | | | |
|---|---|---|---|
| 07/06/09 | J. P. NARVAEZ | Discussion with M. Alpert and B. Carson (0.2); reviewed and prepared summary of Restated Television Broadcast Rights Agreement (3.9). | 4.10 hrs. |
| 07/07/09 | J. P. NARVAEZ | Reviewed and prepared summary of Television Broadcast Rights Agreement and Radio Broadcast Rights Agreement. | 6.80 hrs. |
| 07/07/09 | H. SEIFE | Review emails regarding Cubs transaction. | 0.40 hrs. |
| 07/07/09 | S. CHAN | Reviewed documents in Fastball data room (1.8) distributed documents (1.0). | 2.80 hrs. |
| 07/07/09 | M. A. ALPERT | Reviewed new Ricketts data room documents (1.8); correspondence and confs. with Moelis re: Cubs transaction (0.9). | 2.70 hrs. |
| 07/07/09 | D. E. DEUTSCH | E-mail and call with Marc Alpert re: Cubs matters (.2); review news reports on Cubs transaction (.1); review bidder reimbursement agreement (.2); e-mails with Moelis team re: Cubs transaction and missing documents related to same (.3); review new news article on alleged Tribune transaction involving Utay (.2); follow-up e-mails to Moelis re: confirmation re: same (.2); draft memorandum to Committee providing update on alleged Tribune transaction involving Utay (.3). | 1.50 hrs. |
| 07/07/09 | D. M. LeMAY | Review and revise memo to Committee regarding Cubs. | 0.30 hrs. |
| 07/07/09 | B. G. CARSON | Review revised drafts of formation agreement and TV and radio agreements. | 2.40 hrs. |
| 07/08/09 | D. E. DEUTSCH | Exchange e-mails with Moelis team re: call with Tribune on Cubs status (.2); exchange e-mails with Marc Alpert re: Cubs next steps (.2); participate in meeting with Moelis re: report on meeting with | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

|            |                |                                                                                                                                                                                      |           |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | Tribune team re: Cubs and next Committee steps related to same (.5).                                                                                                                  |           |
| 07/08/09   | S. CHAN        | Reviewed documents in Fastball data room                                                                                                                                             | 0.50 hrs. |
| 07/08/09   | M. A. ALPERT   | Reviewed new Ricketts data room documents (3.3); correspondence and confs. with Moelis re: transaction (0.5).                                                                         | 3.80 hrs. |
| 07/08/09   | H. SEIFE       | Telephone conference with Navid regarding Cubs transaction (.4); telephone conference with Sidley regarding status of transaction (.3).                                               | 0.70 hrs. |
| 07/08/09   | J. P. NARVAEZ  | Reviewed and prepared summary of Television Broadcast Rights Agreement and Radio Broadcast Rights Agreement.                                                                          | 3.70 hrs. |
| 07/09/09   | H. SEIFE       | Review of Nils Larsen email regarding Cubs transaction.                                                                                                                               | 0.30 hrs. |
| 07/09/09   | S. CHAN        | Reviewed documents in Fastball data room                                                                                                                                             | 0.50 hrs. |
| 07/09/09   | M. A. ALPERT   | Reviewed new Ricketts data room documents.                                                                                                                                           | 2.50 hrs. |
| 07/10/09   | M. A. ALPERT   | Reviewed new Ricketts data room documents.                                                                                                                                           | 2.20 hrs. |
| 07/10/09   | S. CHAN        | Reviewed documents in Fastball data room                                                                                                                                             | 0.50 hrs. |
| 07/10/09   | H. SEIFE       | Review of updates on Cubs transaction.                                                                                                                                               | 0.30 hrs. |
| 07/11/09   | J. P. NARVAEZ  | Revised summaries of Television Broadcast Rights Agreement and Radio Broadcast Rights Agreement.                                                                                      | 3.60 hrs. |
| 07/11/09   | D. E. DEUTSCH  | Review memorandum from Debtors' on status of proposed Cubs transaction (.3); e-mail Ashish Ajmera re: follow-up with company on same (.1); review Marc Alpert re: various issues related to review of draft Cubs transaction | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4

|  |  |  |  |
|---|---|---|---|
|  |  | documents (.2); e-mail Howard Seife re: next update to Committee on Cubs transaction matters (.2); exchange multiple e-mails with Ashish Ajmera re: term sheet (.3); exchange e-mails with Bryan Krakauer (Debtors' counsel) re: same (.1). |  |
| 07/13/09 | M. A. ALPERT | Reviewed new Ricketts Media Agreements (3.8); worked on summaries (3.3). | 7.10 hrs. |
| 07/13/09 | D. E. DEUTSCH | Review e-mail from Adam Landis re: Cubs matter (.1); review and respond to inquiry from Marc Alpert re: next steps on Cubs document request (.2); review e-mails from Debtors' counsel (Bryan Krakauer) re: Cubs transaction (.1): follow-up e-mail to Moelis team on Cubs term sheet (.1); telephone conversation with Navid Mahmoodzadegan re: Cubs transaction issue (.2). | 0.70 hrs. |
| 07/13/09 | H. SEIFE | Emails with Sidley regarding transaction status. | 0.40 hrs. |
| 07/13/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/13/09 | J. P. NARVAEZ | Meeting with M. Alpert to discuss Television Broadcast Rights Agreement. | 0.50 hrs. |
| 07/13/09 | J. P. NARVAEZ | Revisions to summary of draft Television Broadcast Rights Agreement. | 2.30 hrs. |
| 07/13/09 | B. G. CARSON | Review and revise summary of Cubs transaction formation agreement based on updated draft of agreement. | 5.80 hrs. |
| 07/14/09 | J. P. NARVAEZ | Discussion with M. Alpert re: Radio Broadcast Rights Agreement. | 0.30 hrs. |
| 07/14/09 | J. P. NARVAEZ | Reviewed and prepared summary of the drafts of the Television and Radio Broadcast Rights Agreements. | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     5


| 07/14/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
|---|---|---|---|
| 07/14/09 | H. SEIFE | Review emails regarding status of Cubs transaction. | 0.40 hrs. |
| 07/14/09 | D. E. DEUTSCH | Call with Marc Alpert re: status of Cubs document review (.2); review materials attached to e-mail from Marc Alpert re: Cubs matters (.3); exchange e-mails with Moelis team re: status of letter agreement re: Cubs and review related response (.2); draft memorandum to Committee re: letter agreement (.5); telephone conversation with Marc Alpert re: draft memorandum issue (.2). | 1.40 hrs. |
| 07/14/09 | M. A. ALPERT | Reviewed new Ricketts Media Agreements (1.4); worked on summaries (1.3); reviewed Formation Agreement (3.3). | 6.00 hrs. |
| 07/15/09 | M. A. ALPERT | Reviewed documents in preparation for Committee meeting (1.7); worked on agreement summaries (4.5); reviewed Formation Agreement (1.2). | 7.40 hrs. |
| 07/15/09 | D. E. DEUTSCH | Revise and distributed detailed e-mail memorandum to Committee re: reimbursement letter approval related to Cubs transaction (.4). | 0.40 hrs. |
| 07/15/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/15/09 | J. P. NARVAEZ | Meeting with M. Alpert re: Radio and Television Broadcast Rights Agreement summaries (.4); revisions to summaries (1.8). | 2.20 hrs. |
| 07/16/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/16/09 | B. G. CARSON | Review and prepare summary of draft of transition services agreement in connection with Cubs transaction. | 2.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    6
```

| 07/16/09 | D. E. DEUTSCH | Review analysis and materials on Cubs transaction media rights agreements (1.4). | 1.40 hrs. |
| 07/16/09 | M. A. ALPERT | Worked on agreement summaries (2.2); reviewed Formation Agreement (3.3). | 5.50 hrs. |
| 07/17/09 | M. A. ALPERT | Worked on agreement summaries (1.8); reviewed Formation Agreement (3.7). | 5.50 hrs. |
| 07/17/09 | D. E. DEUTSCH | Review Cubs transaction e-mails (.2); call Marc Alpert re: analysis of additional deal documents (.1); e-mail Moelis team re: status of Cubs transaction term sheet (.1). | 0.40 hrs. |
| 07/17/09 | H. SEIFE | Review of email update on Cubs transaction. | 0.30 hrs. |
| 07/17/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/20/09 | B. G. CARSON | Review and revise summary of Cubs transaction formation agreement based on updated draft of agreement. | 3.50 hrs. |
| 07/20/09 | J. P. NARVAEZ | Reviewed and prepared summaries of revised drafts of Television and Radio Broadcast Rights Agreements. | 3.90 hrs. |
| 07/20/09 | S. CHAN | Reviewed documents in Fastball data room. | 1.00 hrs. |
| 07/20/09 | M. A. ALPERT | Worked on agreement summaries (2.2); reviewed new Formation and Media Agreements (3.7). | 5.90 hrs. |
| 07/21/09 | M. A. ALPERT | Reviewed agreement summaries (1.6); reviewed new Formation and Media Agreements (3.1); conference with H.Seife re: status (.2). | 4.90 hrs. |
| 07/21/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7


| 07/21/09 | J. P. NARVAEZ | Reviewed and prepared summaries of revised drafts of Television and Radio Broadcast Rights Agreements. | 3.60 hrs. |
| 07/21/09 | H. SEIFE | Telephone conference Moelis regarding Cubs transaction (.4); telephone conference M.Alpert regarding Cubs status (.2). | 0.60 hrs. |
| 07/22/09 | H. SEIFE | Review updates regarding Cubs transaction. | 0.30 hrs. |
| 07/22/09 | J. P. NARVAEZ | Reviewed and prepared summaries of revised drafts of Television and Radio Broadcast Rights Agreements. | 0.90 hrs. |
| 07/22/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/22/09 | M. A. ALPERT | Reviewed agreement summaries (1.5); reviewed new Formation and Media Agreements (3.6). | 5.10 hrs. |
| 07/23/09 | M. A. ALPERT | Reviewed agreement summaries (1.3); reviewed new deal documents (4.5). | 5.80 hrs. |
| 07/23/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/23/09 | H. SEIFE | Telephone conference M.Alpert regarding Cubs status. | 0.20 hrs. |
| 07/23/09 | D. E. DEUTSCH | Telephone conversation with Marc Alpert re: Cubs transaction (.1). | 0.10 hrs. |
| 07/24/09 | M. A. ALPERT | Reviewed new deal documents (1.7); confs. with MWE (0.8). | 2.50 hrs. |
| 07/24/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/24/09 | B. G. CARSON | Conference call with Tribune counsel to discuss status of Cubs transaction. | 0.60 hrs. |
| 07/27/09 | D. E. DEUTSCH | Review e-mails from C&P team re: new Cubs transaction documents (.2); telephone conversation with Marc Alpert re: follow-up with Debtors on Cubs transaction (.1); review Cubs transaction related | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    8


                               news report (.1).

07/27/09   M. A. ALPERT       Reviewed new deal documents.         4.30 hrs.

07/27/09   B. DYE             Updating Project Fastball summary    0.30 hrs.
                              chart.

07/27/09   S. CHAN            Reviewed documents in Fastball       1.00 hrs.
                              data room, distributed documents.

07/27/09   K. NASHAT          Conf. M. Alpert re: sale of Cubs     5.20 hrs.
                              (0.6); reviewed Ricketts formation
                              agreement (4.6).

07/28/09   K. NASHAT          Reviewed and drafted comparison of   5.90 hrs.
                              Ricketts and Utay formation
                              agreements (5.6); conf. M. Alpert
                              re: foregoing (0.3).

07/28/09   M. A. ALPERT       Reviewed new deal documents (5.2);   5.60 hrs.
                              worked on update email (0.4).

07/28/09   J. P. NARVAEZ      Prepared summaries of Utay drafts    2.50 hrs.
                              of TV and Radio Broadcast Rights
                              Agreements (1.2) and prepared
                              comparison chart against Ricketts
                              drafts of same agreements (1.3).

07/28/09   B. G. CARSON       Review notes and prepare summary     0.50 hrs.
                              of conference call with Tribune
                              counsel on status of Cubs
                              transaction.

07/28/09   S. CHAN            Reviewed documents in Fastball       0.50 hrs.
                              data room.

07/28/09   H. SEIFE           Review of report on Cubs            0.40 hrs.
                              transaction.

07/29/09   H. SEIFE           Conference call with Sidley          0.30 hrs.
                              regarding Cubs transaction.

07/29/09   S. CHAN            Reviewed documents in Fastball       0.50 hrs.
                              data room.

07/29/09   J. P. NARVAEZ      Prepared summaries of Utay drafts    2.20 hrs.
                              of TV and Radio Broadcast Rights
                              Agreements (1.0) and prepared
                              comparison chart against Ricketts
                              drafts of same agreements (1.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    9


| 07/29/09 | K. NASHAT | Continued review and drafting of comparison of Ricketts and Utay formation agreements (8.5). | 8.50 hrs. |
|---|---|---|---|
| 07/30/09 | K. NASHAT | Continued review and drafting of Ricketts and Utay formation agreements (3.6); TC M. Alpert re: foregoing (0.2). | 3.80 hrs. |
| 07/30/09 | J. P. NARVAEZ | Prepared summaries of Utay drafts of TV and Radio Broadcast Rights Agreements (1.3) and prepared comparison chart against Ricketts drafts of same agreements (1.5). | 2.80 hrs. |
| 07/30/09 | B. DYE | Reviewing new Project Fastball documents (1.2) and updating summary chart for same (.5). | 1.70 hrs. |
| 07/30/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.60 hrs. |
| 07/31/09 | S. CHAN | Reviewed documents in Fastball data room. | 0.50 hrs. |
| 07/31/09 | B. G. CARSON | Review and revise draft summary of Ricketts Cubs transaction formation agreement. | 1.30 hrs. |
| 07/31/09 | J. P. NARVAEZ | Prepared summaries of Utay drafts of TV and Radio Broadcast Rights Agreements (2.2) and prepared comparison chart against Ricketts drafts of same agreements (2.6). | 4.80 hrs. |
| 07/31/09 | K. NASHAT | Reviewed and drafted comparison of Ricketts and Utay formation agreements (4.2); conf. and TC B. Carson re: foregoing (0.3). | 4.50 hrs. |


**Total Fees for Professional Services.............. $123,765.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    10
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .60 | 495.00 |
| H. SEIFE | 955.00 | 5.50 | 5252.50 |
| M. A. ALPERT | 795.00 | 82.00 | 65190.00 |
| B. G. CARSON | 395.00 | 16.30 | 6438.50 |
| D. E. DEUTSCH | 635.00 | 11.20 | 7112.00 |
| S. CHAN | 245.00 | 14.30 | 3503.50 |
| J. P. NARVAEZ | 395.00 | 46.90 | 18525.50 |
| J. B. PORTER | 395.00 | .60 | 237.00 |
| K. NASHAT | 585.00 | 27.90 | 16321.50 |
| B. DYE | 345.00 | 2.00 | 690.00 |
| TOTALS | | 207.30 | 123765.50 |