```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through July 31, 2009

Our Matter #19804.010
          FEE/RETENTION APPLICATIONS

| | | | |
|---|---|---|---|
| 07/01/09 | J. B. PORTER | Review Dow Lohnes Retention materials and drafted memorandum re the same. | 2.20 hrs. |
| 07/03/09 | H. LAMB | Research additional information requested in Fee Examiner report and update response with same. | 1.20 hrs. |
| 07/04/09 | H. LAMB | Comprehensive review of billing proformas/time and expense detail in preparation of monthly fee application (June). | 5.50 hrs. |
| 07/06/09 | H. LAMB | Review of Fee Examiner report on Committee expenses during First Interim Period (.2); conferences with D.Deutsch regarding same (.2). | 0.40 hrs. |
| 07/06/09 | D. M. LeMAY | Review and edit proposed response to fee examiner. | 3.20 hrs. |
| 07/06/09 | Y. YOO | Attended meeting with Douglas Deutsch re Fee Examiner inquiry on Committee charges. | 0.30 hrs. |
| 07/06/09 | F. VAZQUEZ | Review fee application item for follow-up (0.4); e-mail to and from Y.Yoo and B.Dye re: same (0.1). | 0.50 hrs. |
| 07/06/09 | H. SEIFE | Review and revised section of response to fee examiner report. | 1.10 hrs. |
| 07/07/09 | F. VAZQUEZ | Further review of fee application in connection with investigation matter. | 0.40 hrs. |
| 07/07/09 | G. BRADSHAW | Conf. w/D. Deutsch Re: ordinary course professionals May quarterly and monthly statement (.3). | 0.30 hrs. |
| 07/07/09 | D. E. DEUTSCH | E-mail Gilbert Bradshaw re: ordinary course monthly statement (.1); review preliminary comments from fee examiner re: Committee member charges (.2); telephone conversation with Adam Landis re: several fee issues (.2); review draft retention summary on Dow | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     2

|  |  |  |  |
|---|---|---|---|
| | | Lohnes and discuss same with Jason Porter (.2); review analysis on break-out of connections charges for Fee Examiner inquiry and discuss same with Helen Lamb (.3); telephone conversation with Fee Examiner re: Committee member charges (.2). | |
| 07/07/09 | J. MARRERO | Review case law re: compensable fees for conflicts/connections checks for D.Deutsch. | 2.90 hrs. |
| 07/07/09 | J. B. PORTER | Finalized memo to the Committee re the Debtors' proposed retention of Dow Lohnes (1.6). | 1.60 hrs. |
| 07/08/09 | J. MARRERO | Compile research re: compensable fees for conflicts/connections checks (2.0); discuss with D.Deutsch (.3). | 2.30 hrs. |
| 07/08/09 | H. LAMB | Further comprehensive review of billing proformas/time detail in prepration of monthly fee statement (1.4); conferences and emails with D.Deutsch regarding related issues (.4). | 1.80 hrs. |
| 07/09/09 | D. E. DEUTSCH | Draft memorandum to Committee re: Fee Examiner review and comments on expenses (.5). | 0.50 hrs. |
| 07/09/09 | G. BRADSHAW | Reviewed fee examiner order for ordinary course professionals analysis (.3). | 0.30 hrs. |
| 07/10/09 | G. BRADSHAW | Reviewed ordinary course professionals Affidavits (.4). | 0.40 hrs. |
| 07/10/09 | J. MARRERO | Meet with D.Deutsch to discuss research re: compensable conflicts check fees (.3); shepardize and review key cases and code provisions re: conflicts checks fees (1.8). | 2.10 hrs. |
| 07/11/09 | D. E. DEUTSCH | Review updated report on ordinary course professionals and related e-mails from Gilbert Bradshaw (.3); e-mail Gilbert Bradshaw re: required follow-up on same (.1). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3


| 07/12/09 | H. LAMB | Further drafting of monthly fee application. | 1.70 hrs. |
| 07/13/09 | G. BRADSHAW | Preparation for conf. call to Sidley re: ordinary course professional quarterly fee application (.4). | 0.40 hrs. |
| 07/13/09 | D. E. DEUTSCH | Telephone conversation with Frank Vazquez and, in part, Robert Schwinger re: Zell copying cost request (.2); review related e-mails (.1); e-mail and call to Adam Landis re: procedures related to same (.1). | 0.40 hrs. |
| 07/14/09 | D. E. DEUTSCH | Review fee materials (.3) and follow-up with Adam Landis re: fee examiner issue (.2); call with fee examiner re: concerns (.2); review inquiry from Committee member re: fee issue and follow-up with Helen Lamb on same (.2). | 0.90 hrs. |
| 07/14/09 | G. BRADSHAW | Reviewed Ernst & Young ordinary course professional Affidavits (.5); Reviewed Ernst & Young Application for employment (.4); reviewed Ernst & Young retainer, prepetition, and postpetition expenses (particularly invoices) (.4); called J. McLelland of Sidley re: same (.3). | 1.60 hrs. |
| 07/14/09 | H. LAMB | Finalize Second Interim Fee Application (.6) and arrange for filing (.2). | 0.80 hrs. |
| 07/17/09 | G. BRADSHAW | Reviewed docket for ordinary course affidavits (.3); reviewed updated ordinary course supplemental list filed by debtors (.8); conference with J. McLelland at Sidley re: supplemental filing and other discrepancies in quarterly report (.5). | 1.60 hrs. |
| 07/19/09 | D. E. DEUTSCH | Review June pro formas for fee application (3.8). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page     4

| 07/20/09 | H. LAMB | Review of June expenses (.8) and preparation of exhibits for monthly fee application (1.0); review of Committee member expenses for June and begin preparation of expense summaries for submission to court (1.3). | 3.10 hrs. |
|---|---|---|---|
| 07/21/09 | Y. YOO | Conference with Helen Lamb re: fee application issue. | 0.10 hrs. |
| 07/21/09 | D. E. DEUTSCH | Review materials on Committee member reimbursement issue (.2); draft e-mail to Linda Cooper re: same (.2). | 0.40 hrs. |
| 07/22/09 | H. LAMB | Review Committee member (Buena Vista) expense receipts (.2) and follow up call with member to clarify certain issues (.2). | 0.40 hrs. |
| 07/23/09 | H. LAMB | Review, organization and preparation of Committee member expense summaries for submission to court. | 2.60 hrs. |
| 07/23/09 | D. E. DEUTSCH | Review issues list re: time recording and follow-up with specific C&P team members re: same (.6). | 0.60 hrs. |
| 07/23/09 | F. VAZQUEZ | Revise fee application re discussion of pre-petition investigation. | 0.50 hrs. |
| 07/24/09 | G. BRADSHAW | Reviewed ordinary course professionals June rolling monthly summary (.9). | 0.90 hrs. |
| 07/24/09 | K. GARRY | Review and revise expense detail in connection with monthly fee application. | 2.80 hrs. |
| 07/27/09 | H. LAMB | Finalize fee application and exhibits for filing (.8); finalize Committee expense request for filing (.4). | 1.20 hrs. |
| 07/27/09 | G. BRADSHAW | Reviewed new ordinary course professional materials and update summary chart to reflect same (.9). | 0.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    5


| 07/27/09 | D. E. DEUTSCH | Review and edit written summaries for June fee application (.7). | 0.70 hrs. |
| 07/28/09 | D. E. DEUTSCH | Review ordinary course fee memorandum (.2) and discuss same with Gil Bradshaw (.2). | 0.40 hrs. |
| 07/28/09 | G. BRADSHAW | Prepared June 2009 ordinary course monthly summary analysis (.5); conf. w/D. Deutsch re: same (.3); follow-up work re: same (.3). | 1.10 hrs. |
| 07/29/09 | G. BRADSHAW | Reviewed retention application for Downey, Smith & Fier (.6); reviewed pleadings re: Deloitte & Touche retention application (.3); draft memo to Committee re: Deloitte & Touche retention application (.5). | 1.40 hrs. |
| 07/29/09 | D. E. DEUTSCH | Follow-up review and call with David LeMay on retention affidavit and possible conflict issue (.2). | 0.20 hrs. |
| 07/29/09 | J. B. PORTER | Review of Delloit & Touche retention application. | 0.10 hrs. |
| 07/30/09 | D. E. DEUTSCH | Review notes and other materials on fee examiner discussions (.1); call with fee examiner re: status of C&P and Committee application (.1); review and edit memorandum to Debtors re: outstanding ordinary course issues (.3); review related e-mails to/from Debtors (.1). | 0.60 hrs. |
| 07/30/09 | G. BRADSHAW | Review June 2009 monthly ordinary course analysis (.3); and draft detailed email to Sidley re: same (.7); Reviewed Deloitte & Touche agreement regarding Debtors retention motion (1.6); continued drafting Committee memo re: Debtors motion to retain Deloitte & Touche (1). | 3.60 hrs. |
| 07/31/09 | G. BRADSHAW | Reviewed and analyzed Deloitte & Touche Retention agreement (2); continued preparing committee memorandum re: Deloitte & Touche retention (1); reviewed quarterly | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    6

                         professional retention
                         applications ( .8); reviewed
                         weekly ordinary course
                         professional applications and
                         updated weekly report (.5).

07/31/09   D. E. DEUTSCH    Review and edit draft e-mails to       0.40 hrs.
                         potential special litigation
                         counsel re: meeting with Committee
                         next week (.4).


        **Total Fees for Professional Services.............. $26,011.00**


                        TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 3.20 | 2640.00 |
| H. SEIFE | 955.00 | 1.10 | 1050.50 |
| D. E. DEUTSCH | 635.00 | 10.50 | 6667.50 |
| F. VAZQUEZ | 595.00 | 1.40 | 833.00 |
| K. GARRY | 170.00 | 2.80 | 476.00 |
| J. B. PORTER | 395.00 | 3.90 | 1540.50 |
| G. BRADSHAW | 345.00 | 16.80 | 5796.00 |
| H. LAMB | 260.00 | 18.70 | 4862.00 |
| J. MARRERO | 275.00 | 7.30 | 2007.50 |
| Y. YOO | 345.00 | .40 | 138.00 |
| TOTALS | | 66.10 | 26011.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    1
```

                              For Services Through July 31, 2009

Our Matter #19804.011
          PLAN AND DISCLOSURE STATEMENT


| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/01/09 | D. E. DEUTSCH | Review plan matters with Howard Seife and David LeMay (.9); e-mail Moelis team re: plan issue (.2); e-mail Richard Leder re: tax matters raised in draft plan documents and requested follow-up on same (.3). | 1.40 hrs. |
| 07/01/09 | H. SEIFE | Review of Lazard materials rearding proposed plan (1.4); review of revised plan term sheet (.8). | 2.20 hrs. |
| 07/01/09 | D. M. LeMAY | Review latest and more detailed term sheet from Sidley. | 1.50 hrs. |
| 07/02/09 | D. M. LeMAY | Review and analysis of Debtor's more detailed term sheet for Plan of Reorganization. | 1.10 hrs. |
| 07/02/09 | H. SEIFE | Review of AlixPartners interco model report. | 2.30 hrs. |
| 07/03/09 | H. SEIFE | Review of proposed plan and options. | 1.70 hrs. |
| 07/06/09 | D. E. DEUTSCH | Review materials from AlixPartners and Moelis re: plan model and various plan options (1.4); e-mail Larry Kwon re: possible agenda for meeting with Moelis on plan (.2). | 1.60 hrs. |
| 07/06/09 | H. SEIFE | Review of plan inter-creditor issues (1.3); conference call with Moelis regarding plan issues (.6). | 1.90 hrs. |
| 07/07/09 | H. SEIFE | Review of plan value allocation issues. | 0.80 hrs. |
| 07/08/09 | H. SEIFE | Conference call with Sidley regarding plan process (.6); review of Moelis email regarding recovery scenarios (.5). | 1.10 hrs. |
| 07/09/09 | H. SEIFE | Revised Moelis memo on recovery scenarios (.4); review of Tribune 5-year business model for plan (.5). | 0.90 hrs. |

| 07/09/09 | D. E. DEUTSCH | Telephone conversation with Larry Kwon re: Plan matters (.3). | 0.30 hrs. |
| 07/10/09 | H. SEIFE | Work on creditor value allocation scenarios. | 1.10 hrs. |
| 07/13/09 | D. E. DEUTSCH | Review of plan-related memoranda (1.4); research and review of applicable plan-related case law (3.2). | 4.60 hrs. |
| 07/14/09 | D. E. DEUTSCH | Review certain caselaw on plan settlement issue (.8). | 0.70 hrs. |
| 07/14/09 | H. SEIFE | Review of AlixPartners draft intercompany model. | 1.80 hrs. |
| 07/15/09 | H. SEIFE | Review of Moelis review of business plan and valuation. | 2.10 hrs. |
| 07/15/09 | D. E. DEUTSCH | Meeting with Howard Seife re: next steps on prepetition financings and Plan matters and Committee's response to various issues (.9). | 0.90 hrs. |
| 07/16/09 | D. E. DEUTSCH | Prepare for (.2) and participate in call with Tribune's General Counsel, Bryan Krakauer and Howard Seife re: plan matters (.3); follow-up meeting on next steps with Howard Seife and, in part, David LeMay and AlixPartners (.4). | 0.90 hrs. |
| 07/16/09 | Y. YOO | Drafted memorandum re: PHONES Debt analyis issue (.6); reviewed PHONES Debt Prospectus Supplement, Indenture and Form of PHONES Debt re: same (2.4); attended meeting with David LeMay re: same (.2); corresponded by phone and email with David LeMay re: same (.2). | 3.40 hrs. |
| 07/16/09 | H. SEIFE | Meeting with Centerbridge and Milbank regarding plan issues (1.1); follow-up conference with D.LeMay regarding same (.5). | 1.60 hrs. |
| 07/16/09 | H. SEIFE | Prepare for (.8) and conference call with B.Krakauer regarding plan term sheet and open issues (.4); follow-up conference with D.Deutsch regarding same (.5). | 1.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     3

| | | | |
|---|---|---|---|
| 07/16/09 | D. M. LeMAY | Meeting w/HS and Centerbridge (bondholder) re: plan issues (1.2).  Followup meeting w/HS re: intercreditor issues (0.6). | 1.80 hrs. |
| 07/16/09 | D. M. LeMAY | Followup on response to R. Stark's question about possible collateral for PHONES bonds and nature of Tribune's account receivable relating to TW stock (1.3). E-mail R. Stark re: same (0.1). | 1.40 hrs. |
| 07/17/09 | H. SEIFE | Review of further materials on Plan. | 1.40 hrs. |
| 07/17/09 | Y. YOO | Continued drafting and revising memorandum re: PHONES Debt distributions (1.0); reviewed PHONES Debt Prospectus Supplement, Indenture and Form of PHONES Debt re: same (.4); corresponded by email with David LeMay re: same (.3). | 1.70 hrs. |
| 07/20/09 | Y. YOO | Further revised memorandum re: PHONES Debt (.2); corresponded by email with Thomas Montgomery and David LeMay re: same (.4). | 0.60 hrs. |
| 07/20/09 | D. M. LeMAY | Preparation of response to several questions raised by counsel to Wilmington Trust concerning PHONES debt issues (2.8); and coordination with AlixPartners concerning related financial due diligence questions (.7). | 3.50 hrs. |
| 07/21/09 | D. M. LeMAY | Prepare for (0.9) and participate in meeting w/D. Liebentritt and B. Krakauer and H. Seife re: Plan issues (1.2).  Followup meeting w/H. Seife re: "to do" items arising from meeting (.8).  Review debt and structure materials to prepare for senior bank negotiations (2.1). | 5.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    4


| | | | |
|---|---|---|---|
| 07/21/09 | H. SEIFE | Prepare for meeting with B.Krakauer (.7); meeting with B.Krakauer and D.Liebentritt (1.5); conference with D.LeMay regarding plan issues (.7). | 2.90 hrs. |
| 07/21/09 | D. E. DEUTSCH | Exchange e-mails with Bryan Krakauer re: today's meeting agenda with C&P, Sidley and Debtors' GC (.2); draft detailed agenda for same (.4); participate in conference with C&P plan team (1.4). | 2.00 hrs. |
| 07/22/09 | D. E. DEUTSCH | Review draft exclusivity motion and e-mail Jason Porter re: next steps related to same (.5). | 0.50 hrs. |
| 07/22/09 | H. SEIFE | Consideration of extension of exclusivity issues. | 0.40 hrs. |
| 07/22/09 | D. M. LeMAY | T/c w/Krakauer re: exclusivity (0.2) and e-mail H. Seife re: same (0.1). | 0.30 hrs. |
| 07/22/09 | J. B. PORTER | Drafted and circulated memorandum to the Committee re the Debtors' motion to extend exclusivity. | 4.20 hrs. |
| 07/23/09 | D. E. DEUTSCH | Review e-mail and attached materials on exclusivity (.2); review revised Moelis plan analysis presentation for Committee (.4). | 0.60 hrs. |
| 07/24/09 | D. M. LeMAY | Review of exclusivity motion and debtors current plan outline. | 2.10 hrs. |
| 07/27/09 | D. E. DEUTSCH | Meeting with Howard Seife to discuss plan matters (.2). | 0.20 hrs. |
| 07/28/09 | D. E. DEUTSCH | Review revised materials from Moelis for Committee on plan recoveries and provide detailed mark-up of document and explanatory memorandum on same (2.3); follow-up e-mail to David LeMay re: plan/corporate form analysis issue (.2); e-mails (.3) and calls with Moelis re: further changes to JPMorgan recovery analysis per Ted Zink requests | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   5

| | | | |
|---|---|---|---|
| | | (.2). | |
| 07/28/09 | H. SEIFE | Telephone conference with B.Krakauer regarding plan issues. | 0.40 hrs. |
| 07/29/09 | H. SEIFE | Conference call with Sidley regarding plan and exclusivity (.4). | 0.40 hrs. |
| 07/30/09 | H. SEIFE | Email to Stark regarding plan (.3); review of Zell interview (.3); telephone conference with B.Krakauer regarding plan (.4). | 1.00 hrs. |
| 07/31/09 | H. SEIFE | Review of plan structure and issues. | 1.20 hrs. |

Total Fees for Professional Services.............  $53,697.00

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 16.70 | 13777.50 |
| H. SEIFE | 955.00 | 26.90 | 25689.50 |
| D. E. DEUTSCH | 635.00 | 16.70 | 10604.50 |
| J. B. PORTER | 395.00 | 4.20 | 1659.00 |
| Y. YOO | 345.00 | 5.70 | 1966.50 |
| TOTALS | | 70.20 | 53697.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1
```

For Services Through July 31, 2009

Our Matter #19804.012
            EXECUTORY CONTRACTS

| | | | |
|---|---|---|---|
| 07/01/09 | M. A. ALPERT | Reviewed motion re: CBS syndication agreements and agreements. | 2.20 hrs. |
| 07/01/09 | J. B. PORTER | Coordinated with AlixPartners re CBS contract review and summary (.9); Discussion with Debtors' counsel re motion to assume certain CBS contracts (.9). | 1.80 hrs. |
| 07/01/09 | D. E. DEUTSCH | Review and respond to e-mail from Jason Porter re: CBS motion issue (.2). | 0.20 hrs. |
| 07/01/09 | G. BRADSHAW | Review motion and begin drafting memorandum re: assumption of CBS Prepetition Syndicated Programming Agreements. | 2.80 hrs. |
| 07/02/09 | G. BRADSHAW | Reviewed unredacted CBS Agreements (1.5); continued drafting memo to the Committee (1.7). | 3.20 hrs. |
| 07/02/09 | B. G. CARSON | Review certain CBS syndication agreements in connection with motion to assume agreements. | 3.80 hrs. |
| 07/02/09 | M. A. ALPERT | Reviewed certain CBS syndication agreements and agreements. | 3.20 hrs. |
| 07/06/09 | G. BRADSHAW | Finish first draft of CBS Syndicated License Assumption Memo (.9); conf. w/D. Deutsch re: same (.1). | 1.00 hrs. |
| 07/06/09 | M. A. ALPERT | Reviewed certain CBS syndication agreements. | 2.70 hrs. |
| 07/06/09 | D. BAVA | Preapre unredacted CBS agreements for additional review. | 1.10 hrs. |
| 07/06/09 | B. G. CARSON | Review certain CBS syndication agreements in connection with motion to assume agreements. | 2.10 hrs. |
| 07/07/09 | J. B. PORTER | Review parts of CBS motion memo to the Committee and revise same. | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    2


07/07/09    M. A. ALPERT        Continue review of certain CBS          1.50 hrs.
                                syndication agreements (1.2);
                                emails with D.Deutsch re: same
                                (0.3).

07/07/09    G. BRADSHAW         Continued drafting revisions to         2.20 hrs.
                                CBS  Memo to Committee (1); conf.
                                w/B. Carson re: legal analysis of
                                unredacted agreements (.4); conf.
                                w/A. Leung of AlixPartners re:
                                financial analysis of assumption
                                of CBS agreements (.3);
                                incorporated B. Carson's legal
                                analysis and A. Leung's financial
                                analysis into the Committee Memo
                                (.5).

07/07/09    D. E. DEUTSCH       Review e-mail on open points with       1.20 hrs.
                                CBS agreement from Gilbert
                                Bradshaw (.2); follow-up e-mail to
                                Marc Alpert re: document issues
                                follow-up related to same (.2);
                                review motion to compel and
                                follow-up with Brad Hall
                                (AlixPartners) and Jason Porter
                                re: status of same (.3); exchange
                                e-mails with Debtors' counsel/Gil
                                Bradshaw on settlement of stadium
                                deposit issue (.2); e-mail from
                                Marc Alpert re: corporate review
                                of CBS agreements and follow-up
                                e-mail to Gil Bradshaw on next
                                steps re: same (.1); review
                                agreement on settlement of stadium
                                deposit and follow-up with Gilbert
                                Bradshaw on same (.2).

07/08/09    M. A. ALPERT        Review specific CBS syndication         0.70 hrs.
                                agreements issue.

07/08/09    G. BRADSHAW         Finished researching and writing        0.90 hrs.
                                memorandum re: CBS Syndicated
                                Agreements (.9).

07/09/09    G. BRADSHAW         Additional follow-up on legal           2.10 hrs.
                                analysis on assumption issue for
                                CBS Agreements (1.5); drafted memo
                                to committee re: assumption of TMS
                                contracts (.6).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    3

| 07/09/09 | D. E. DEUTSCH | Discuss court filing on assumption of certain contracts with Jason Porter and follow-up on same (.2); review and edit memo (.3). | 0.50 hrs. |
| 07/09/09 | J. B. PORTER | Draft memo to the Committee re the Debtors' motion to assign certain third party marketing and sales agreements. | 1.50 hrs. |
| 07/09/09 | D. M. LeMAY | Review and edit memo to the Committee re: control assumption issue. | 0.70 hrs. |
| 07/16/09 | D. E. DEUTSCH | Participate in pre-hearing meetings re: landlord action with counsel to landlord (.5) and Debtors' counsel (.3); post-hearing meeting with landlord's counsel re: possible settlement of issues (.4). | 1.20 hrs. |
| 07/20/09 | D. E. DEUTSCH | Review proposal to landlord re: lease rejection settlement (.3); exchange e-mails with Ken Kansa (Sidley) re: same (.2); exchange e-mails (.3) and call with landlord's counsel re: lease rejection issues and settlement (.2). | 1.00 hrs. |
| 07/21/09 | D. E. DEUTSCH | Review multiple settlement letters between landlord and Debtors (.5); calls with both sides re: same (.2). | 0.70 hrs. |
| 07/23/09 | D. E. DEUTSCH | Telephone conversation with Ken Kansa re: settlement of landlord claim (.2); e-mail Alan Lipkin (landlord counsel) re: same (.1). | 0.30 hrs. |
| 07/23/09 | J. B. PORTER | Review motion and draft memorandum to the Committee re the Debtors' Metromix motion. | 1.90 hrs. |
| 07/24/09 | M. A. ALPERT | Reviewed Metromix deal documents (5.5). | 5.50 hrs. |
| 07/27/09 | M. A. ALPERT | Worked on Metromix documents (2.2); confs with D.Deutsch re: same (0.7). | 2.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE      Invoice ******
CHICAGO, IL 60611      Page   4

| | | | |
|---|---|---|---|
| 07/27/09 | D. E. DEUTSCH | Call with Marc Alpert re: Metromix analysis (.2); follow-up e-mail and subsequent call to Walter Hanchuk re: IP analysis related to same (.2); exchange e-mails with Janet Henderson (Debtors' counsel) re: status of request for additional Metromix materials (.2); review mark-up of Metromix document (.2). | 0.80 hrs. |
| 07/27/09 | B. G. CARSON | Review and prepare deal comments relating to assumption of Metromix agreements. | 3.10 hrs. |
| 07/28/09 | J. B. PORTER | Review and edit Metromix memorandum to reflect additional information received from the Debtors (1.4). | 1.40 hrs. |
| 07/29/09 | G. BRADSHAW | Research re: assumption of Metromix agreement. | 0.40 hrs. |
| 07/29/09 | D. E. DEUTSCH | Review and respond to e-mails from Janet Henderson re: Metromix matters (.2). | 0.20 hrs. |
| 07/29/09 | K. A. GIULIANO | Review Tribune-Metromix motion and transaction documents regarding intellectual property concerns and conduct searches regarding trademark assignments. | 5.00 hrs. |
| 07/30/09 | K. A. GIULIANO | Participate in teleconference with team regarding Tribune-Metromix restructuring corporate and IP issues (1.0); review additional documents (2.7); confer with K. Johnson (.3). | 4.00 hrs. |
| 07/30/09 | B. G. CARSON | Conference call with team to discuss motion to assume Metromix agreements. | 1.10 hrs. |
| 07/30/09 | K. L. JOHNSON | Confer with K. Giuliano regarding legal issues (.3); review background documents in preparation for meeting (.7). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5


07/30/09   D. E. DEUTSCH       Review and edit additional related       2.60 hrs.
                               materials re: Metromix motion
                               (.5); discuss follow-up on issues
                               in same with Jason Porter (.2);
                               e-mail Debtors' counsel (Janet
                               Henderson) re: missing documents
                               related to Metromix motion
                               analysis (.1); review e-mails from
                               corporate team and from Debtors'
                               counsel re: Metromix matters (.3);
                               conference with Jason Porter re:
                               Metromix follow-up (.2); review
                               and edit memorandum to Committee
                               re: media agreement (.6); call
                               with Jason Porter re: media
                               agreement (.2); call with Janet
                               Henderson re: various media/JV
                               agreement (.5).

07/30/09   G. BRADSHAW         Contacted Sidley re: follow-up          0.90 hrs.
                               requests re: additional Metromix
                               document access (.5); Reviewed
                               related Metromix contracts and
                               documents (.4);

07/30/09   J. B. PORTER        Meeting with IP attorney's re the       3.10 hrs.
                               impact of the proposed amendments
                               on valuable trademarks (1.0);
                               revised memorandum to the
                               Committee re Metromix motion in
                               light of IP ramifications (2.1).

07/31/09   J. B. PORTER        Call with Debtors' counsel re IP        4.60 hrs.
                               issues related to the Metromix
                               amended contracts (1.2); meeting
                               with K.Johnson and K.Guiliano re
                               IP issues related to the Metromix
                               agreement (.7); revised Metromix
                               memorandum to Committee to reflect
                               various IP and business issues
                               (2.7).

07/31/09   D. E. DEUTSCH       Review e-mails re: Metromix and         2.10 hrs.
                               granting of objection extension
                               (.2); draft memorandum to Brad
                               Hall (AlixPartners) re: media JV
                               agreements and future review of
                               same (.2); attend part of meeting
                               with IP group re: next steps on
                               Metromix (.4); begin review and
                               editing of lengthy FCC memorandum
                               to Committee (1.3).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 07/31/09 | K. L. JOHNSON | Confer with K. Giuliano and P. Bucci regarding trademark issues associated with restructured JV (.3); follow up with D. Deutsch and J. Porter regarding same (.3); participate in teleconference with counsel for Tribune regarding trademark issues (1.0); review and edit draft e-mail to bankruptcy team regarding our conclusions/recommendations (.5). | 2.10 hrs. |
| 07/31/09 | K. A. GIULIANO | Confer with K. Johnson re trademark issues (.4); confer with, D. Deutsch, J. Porter and B. Carson regarding Tribune-Metromix transaction and IP issues (.5) ; prepare for (.7) and participate in conference call with Debtors' counsel regarding same (1.0). | 3.70 hrs. |


         Total Fees for Professional Services.............  $46,010.50




                          TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | .70 | 577.50 |
| M. A. ALPERT | 795.00 | 18.70 | 14866.50 |
| K. L. JOHNSON | 625.00 | 3.10 | 1937.50 |
| B. G. CARSON | 395.00 | 10.10 | 3989.50 |
| D. E. DEUTSCH | 635.00 | 10.80 | 6858.00 |
| K. A. GIULIANO | 535.00 | 12.70 | 6794.50 |
| D. BAVA | 260.00 | 1.10 | 286.00 |
| J. B. PORTER | 395.00 | 15.30 | 6043.50 |
| G. BRADSHAW | 345.00 | 13.50 | 4657.50 |
| TOTALS | | 86.00 | 46010.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    1

For Services Through July 31, 2009

Our Matter #19804.014
          EMPLOYEE ISSUES

| | | | |
|---|---|---|---|
| 07/01/09 | D. E. DEUTSCH | Review materials from today's meeting on pension issue (.2) and draft e-mail to AlixPartners re: follow-up research related to same (.2). | 0.40 hrs. |
| 07/07/09 | D. GALLAI | Conf. w/ J. Porter re: motion related to 2009 incentive compensation papers (.2); began to review motion papers (1.8). | 2.00 hrs. |
| 07/07/09 | D. E. DEUTSCH | Review e-mail from Alan Holtz re: Debtors' new intentions with respect to MIP/KOIP (.2); follow-up with Howard Seife re: possible related next steps (.1); two calls with Bryan Krakauer re: same (.4); e-mail Alan Holtz and Brad Hall re: follow-up on MIP/KOIP (.2); preliminary review of draft MIP/KOIP motion provided by Debtors (.5); meeting with Jason Porter on same (.2); e-mail and call with Brad Hall re: preliminary analysis for Committee (.2); review related e-mail from Alan Holtz (.1); review draft analysis for Committee on MIP/KOIP and mark-up same (.4); draft related e-mails for follow-up to Brad Hall et al. (.3); e-mail Bryan Krakauer re: Steering Committee review of MIP/KOIP (.1); e-mails with Brad Hall and team re: update to chart (.2). | 2.90 hrs. |
| 07/07/09 | J. B. PORTER | Review of Debtors' revised 2009 Employee Incentive Plan (3); Draft email memorandum to the Committee re the Debtors' revised 2009 Employee Incentive Plan (.9) | 3.90 hrs. |
| 07/08/09 | J. B. PORTER | Review of Debtors' Proposed 2009 Incentive Plan (1); revisions to memorandum re same (1.6). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    August 24, 2009
435 N. MICHIGAN AVENUE    Invoice ******
CHICAGO, IL 60611    Page   2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/08/09 | D. E. DEUTSCH | Review and revise memorandum to Committee on employee incentive plan motion (.4); two calls with Bryan Krakauer re: employee incentive plan motion (.3); draft memorandum to AlixPartners' team re: next steps on employee incentive plan analysis (.3); review draft detailed memorandum on drivers' pension plan issues (.6). | 1.60 hrs. |
| 07/08/09 | D. GALLAI | Continued to review documentation re: 2009 incentive compensation plan. | 1.50 hrs. |
| 07/08/09 | D. M. LeMAY | E-mail to the Committee re: 2009 Incentive Plan. | 0.80 hrs. |
| 07/09/09 | D. E. DEUTSCH | Review notes on lengthy Committee memorandum on pension issue (.2) and hold call with Marjorie Glover to discuss revisions to same (.2); review e-mail from Alan Holtz re: pension matter and update follow-up list to incorporate same (.2); review severance plan matter (.3). | 0.90 hrs. |
| 07/10/09 | D. E. DEUTSCH | Detailed review of incentive management plan motion and related attachments (2.1); review e-mail from David Gallai re: analysis of outstanding incentive plan issue and respond to follow-up requests related to same (.5); review and revise final draft of memo to Committee on employee incentive plan next steps (.6). | 3.20 hrs. |
| 07/10/09 | D. GALLAI | Continued to review 2009 incentive compensation-related documents and potential 409A issues (1.0); correspondence w/ D. Deutsch, Alix, and Sidley re: same (.3). | 1.30 hrs. |
| 07/11/09 | D. E. DEUTSCH | Review e-mails from AlixPartners team re: management incentive program (.2). | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    3

| | | | |
|---|---|---|---|
| 07/13/09 | D. GALLAI | Prepared for today's call w/ Sidley re: 409A issues (0.3); reviewed related correspondence from Alix (0.2); call w/ R. Kurth and Sidley (0.3). | 0.80 hrs. |
| 07/13/09 | D. E. DEUTSCH | Exchange e-mails with Alan Holtz re: incentive management program and review related materials (.3); review update on revisions to incentive program and follow-up call to Alan Holtz on same (.3). | 0.60 hrs. |
| 07/13/09 | M.M. GLOVER | Revise multiemployer pension plan memorandum. | 1.20 hrs. |
| 07/13/09 | R. KURTH | Conference call about 2009 Management Incentive Program with D. Gallai, J. Lotsoff and B. Rosemergy | 0.30 hrs. |
| 07/14/09 | D. E. DEUTSCH | Exchange e-mails with David Gallai and AlixPartners team re: next steps on incentive program (.4); review draft memorandum from Marjorie Glover on pension issues and edit same (.5); preliminary review of new incentive program (.4); discuss same with Alan Holtz (.3). | 1.60 hrs. |
| 07/14/09 | D. GALLAI | Reviewed and commented on draft memo re: multiemployer pension plan (1.6); reviewed revised document and summary of 2009 incentive compensation program (1.4). | 3.00 hrs. |
| 07/15/09 | D. GALLAI | Drafted correspondence to D. Deutsch and Alix re: new proposed incentive compensation arrangement (0.8). | 0.80 hrs. |
| 07/15/09 | D. E. DEUTSCH | Review e-mails from Debtors re: MIP (.2). | 0.20 hrs. |
| 07/16/09 | D. GALLAI | Confs. w/ D. Deutsch and M. Glover re: MIP memo (0.4); revised and distributed memo (1.1). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    4


| 07/16/09 | H. SEIFE | Conference call with B.Krakauer and D.Liebentritt regarding MIPs (.8); emails to Committee regarding incentive plan status (.5). | 1.30 hrs. |
|----------|----------|---|-----------|
| 07/17/09 | H. SEIFE | Review of Holtz email regarding MIP charges and open issues. | 0.60 hrs. |
| 07/17/09 | D. M. LeMAY | Review latest draft of MIP Motion and Mercer report. | 2.10 hrs. |
| 07/17/09 | D. GALLAI | Reviewed revised documents (motion and Mercer report) re: 2009 incentive compensation (2.5). | 2.50 hrs. |
| 07/17/09 | D. E. DEUTSCH | Review various e-mails re: revised MIP (.2); telephone conversation with Alan Holtz re: next steps on same (.1); exchange e-mails from David Gallai re: pension analysis matters (.2). | 0.50 hrs. |
| 07/17/09 | J. B. PORTER | Reviewed Debtors' revised MIP proposal. | 0.60 hrs. |
| 07/20/09 | D. M. LeMAY | Review certain provisions of latest draft MIP and Mercer report. | 0.80 hrs. |
| 07/20/09 | D. E. DEUTSCH | Review materials on new MIP proposal (1.4) and related e-mails on analysis of same from David Gallai and Alan Holtz (.5); related call with Alan Holtz (.2); telephone conversation with David Gallai on MIP proposal follow-up items (.1); review various additional e-mails with Holtz, Seife and Gallai related to today's schedule call with Committee on MIP (.3). | 2.50 hrs. |
| 07/20/09 | D. GALLAI | Correspondence w/ D. Deutsch re: incentive compensation issues (0.2); drafted correspondence to Alix re: same (0.4). | 0.60 hrs. |
| 07/20/09 | H. SEIFE | Review of revisions to proposed incentive plan. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 07/20/09 | J. B. PORTER | Review of incentive plan revised materials (.6) | 0.60 hrs. |
| 07/21/09 | H. SEIFE | Review of emails regarding incentive plan. | 0.60 hrs. |
| 07/21/09 | D. GALLAI | Reviewed revised motion papers re: 2009 incentive compensation program (1.5). | 1.50 hrs. |
| 07/21/09 | D. E. DEUTSCH | Review e-mails from David Gallai re: MIP (.2); review e-mails from Alan Holtz re: follow-up items on MIP and e-mail David Gallai on same (.2); review revised MIP motion and report (1.2); follow-up with David Gallai on same (.1); review additional comments on MIP materials and exchange related e-mails with David Gallai (.5). | 2.20 hrs. |
| 07/21/09 | D. M. LeMAY | Review Debtors 2009 MIP and related motion to ensure consistency w/Committee's position. | 2.10 hrs. |
| 07/22/09 | D. E. DEUTSCH | Additional review of revised incentive plan motion (.6); review related e-mail from Alan Holtz (.1); draft detailed memorandum to Debtors re: required changes to revised incentive plan motion (.2). | 0.90 hrs. |
| 07/22/09 | D. GALLAI | Prepared for call w/ Sidley re: 2009 MIP program (0.3); call w/ Sidley re: same (0.4); correspondence w/ Alix re: same (0.3); reviewed Mercer report re: 2009 MIP program (1.0). | 2.00 hrs. |
| 07/23/09 | D. GALLAI | Confs. w/ D. Deutsch and J. Porter re: MEPP memo (0.6). | 0.60 hrs. |
| 07/23/09 | D. E. DEUTSCH | Review revised memorandum on pension benefits (1.4); discuss same with David Gallai (.2); meeting with Jason Porter to discuss pension research issue (.2); related e-mails with Jason Porter re: additional research issues (.2). | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                August 24, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page     6


| | | | |
|---|---|---|---|
| 07/23/09 | J. B. PORTER | Research re the effect of early termination of PBGC pension plans on the priority of claims. | 3.50 hrs. |
| 07/29/09 | D. GALLAI | Reviewed discovery letter from Union Guild re: 2009 MIP motion (0.2); conf. w/ D. Deutsch re: same (0.1). | 0.30 hrs. |
| 07/29/09 | D. E. DEUTSCH | Review Guild letter re: 2004 exam on MIP (.2); follow-up with David Gallai and Alan Holtz on same (.2); related calls with Kevin Lantry (Debtors' counsel) (.3). | 0.70 hrs. |
| 07/29/09 | H. SEIFE | Review of discovery request regarding MIP. | 0.30 hrs. |
| 07/30/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: MIP issues and discovery issues (.3); review cases and draft memorandum re: pension issue and bankruptcy claims (2.1). | 2.40 hrs. |
| 07/31/09 | D. E. DEUTSCH | Review, research and further edit to memorandum on pension issues (1.3); meeting with Marjorie Glover on same (.5). | 1.80 hrs. |
| 07/31/09 | M.M. GLOVER | Meeting with D. Deutsch re multiemployer pension plan memorandum. | 0.40 hrs. |
| 07/31/09 | M.M. GLOVER | Revised and distributed draft of memorandum re multiemployer pension plan. | 0.40 hrs. |


            Total Fees for Professional Services.............    $41,279.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    7
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 5.80 | 4785.00 |
| H. SEIFE | 955.00 | 3.30 | 3151.50 |
| M.M. GLOVER | 755.00 | 2.00 | 1510.00 |
| D. E. DEUTSCH | 635.00 | 24.60 | 15621.00 |
| D. GALLAI | 635.00 | 18.40 | 11684.00 |
| J. B. PORTER | 395.00 | 11.20 | 4424.00 |
| R. KURTH | 345.00 | .30 | 103.50 |
| TOTALS | | 65.60 | 41279.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2009

Our Matter #19804.015
      RELIEF FROM STAY ISSUES

| | | | |
|---|---|---|---|
| 07/02/09 | G. BRADSHAW | Updated lift-stay motion database (1.0); reviewed Beatty Order (.3); reviewed Gutman case status (.3). | 1.60 hrs. |
| 07/06/09 | G. BRADSHAW | Reviewed Dolphins stadium lift-stay materials (.2); called K. Mills at Sidley re: same (.2); reviewed Beatty lift-stay order (.3); Reviewed Gutman lift-stay case (.2); Conf. w/D. Deutsch re: Gutman case (.2). | 1.10 hrs. |
| 07/06/09 | D. E. DEUTSCH | Review updated lift stay summary and follow-up call to Gil Bradshaw re: same (.2). | 0.20 hrs. |
| 07/06/09 | G. BRADSHAW | Reviewed proceedings in Beatty litigation adversary, California proceeding, and in main bankruptcy case (.3). | 0.30 hrs. |
| 07/07/09 | G. BRADSHAW | Conf. w/K. Mills at Sidley re: proposed order for Dolphin stadium setoff motion (.3); Reviewed Beatty lift-stay proceedings (.4) | 0.70 hrs. |
| 07/08/09 | D. E. DEUTSCH | Review materials and e-mails on possible ADR procedures (.5); call with Kevin Lantry re: same (.8). | 1.30 hrs. |
| 07/10/09 | G. BRADSHAW | Reviewed Beatty Lift-Stay case and updated general lift-stay summary chart (.4). | 0.40 hrs. |
| 07/11/09 | D. E. DEUTSCH | Review revised Gilbert Bradshaw report on lift stay actions and follow-up on same (.2). | 0.20 hrs. |
| 07/14/09 | G. BRADSHAW | Reviewed Debtors' draft of Gutman Lift-Stay order (.2). | 0.20 hrs. |
| 07/16/09 | G. BRADSHAW | Reviewed Beatty lift-stay pleadings (1.3). | 1.30 hrs. |
| 07/17/09 | G. BRADSHAW | Updated weekly lift-stay status report (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            August 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    2


| 07/23/09 | D. E. DEUTSCH | Telephone conversation with Kevin Lantry re: ADR procedures and related next steps (.3); review related ADR materials (.1). | 0.40 hrs. |
| 07/24/09 | G. BRADSHAW | Reviewed Beatty litigation lift-stay filings (.7); summarized Beatty litigation (.3). | 1.00 hrs. |
| 07/28/09 | G. BRADSHAW | Reviewed lift-stay database with D. Deutsch (.4); reviewed Beatty lift-stay proceeding court papers (.3). | 0.70 hrs. |
| 07/28/09 | D. E. DEUTSCH | E-mail Kevin Lantry re: update on Beatty matter (.1). | 0.10 hrs. |
| 07/28/09 | D. E. DEUTSCH | Review updated memorandum on lift stay actions (.2) and discuss follow-up on new lift stay matter with Gilbert Bradshaw (.1). | 0.30 hrs. |
| 07/29/09 | G. BRADSHAW | Reviewed Beatty pleadings (.4); draft memo to Committee re: Lamantia lift-stay motion (2.4); | 2.80 hrs. |
| 07/30/09 | G. BRADSHAW | Continued drafting memo re: Lamantia lift-stay motion ( .5); conference with J. McLelland at Sidley re: Debtors position of Lamantia motion (.2). | 0.70 hrs. |
| 07/31/09 | G. BRADSHAW | Updated weekly lift-stay report (.2); conference with Sidley re: Lamantia lift-stay response strategy (.2). | 0.40 hrs. |
| 07/31/09 | D. E. DEUTSCH | Review e-mails/materials re: Lamantia lift stay motion (.2). | 0.20 hrs. |


            **Total Fees for Professional Services**.............   $5,716.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | 2.70 | 1714.50 |
| G. BRADSHAW | 345.00 | 11.60 | 4002.00 |
| TOTALS | | 14.30 | 5716.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    1
```

For Services Through July 31, 2009

Our Matter #19804.016
       TAX ISSUES

| Date | Attorney | Description | Hours |
|------|----------|-------------|-------|
| 07/01/09 | R. M. LEDER | TCs Markson and Deutsch re tax planning for exit. | 0.60 hrs. |
| 07/02/09 | R. M. LEDER | Consultation with Markson re tax planning for proposed reorganization plan. | 0.60 hrs. |
| 07/02/09 | E. S. MARKSON | Review debtor's business plan and consider related tax issues (0.7); review G reorganization rules under Section 368 (0.4); and consult with R. Leder regarding options for bankruptcy exit and next steps (0.5). | 1.60 hrs. |
| 07/07/09 | R. M. LEDER | Review new drafts of Agreements. | 2.10 hrs. |
| 07/08/09 | D. E. DEUTSCH | Exchange e-mails with Richard Leder re: tax matters plan (.2). | 0.20 hrs. |
| 07/09/09 | D. E. DEUTSCH | Prepare for (.3) and participate in meeting with Richard Leder and Howard Seife re: tax matters (.8). | 1.10 hrs. |
| 07/09/09 | R. M. LEDER | Conference with Seife and Deutsch re tax issues with respect to Plan (0.7); review Section 1017 basis reduction issues (1.3). | 2.00 hrs. |
| 07/10/09 | R. M. LEDER | Review projections. | 1.00 hrs. |
| 07/13/09 | R. M. LEDER | Review of Tax Matters Agreement. | 1.30 hrs. |
| 07/14/09 | R. M. LEDER | Review June 26th drafts of Cub's documents (2.4); and consider basis issues in connection with exit strategy (.9). | 3.30 hrs. |
| 07/15/09 | R. M. LEDER | Conferences with Betheil re tax basis issue relating to exit plan (.5); consider other tax issues relating to exit (.7); further review of tax aspects of Cubs transation, including review of Formation Agreement (2.5); and review Moelis recovery analysis (.5). | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2


| 07/15/09 | B. BETHEIL | Research issue on ability of taxpayer emerging from bankruptcy to increase floor on tax basis (3.1); Discuss w/ R. Leder research results (.5). | 3.60 hrs. |
| 07/17/09 | R. M. LEDER | TC Dimon of Davis Polk re exit tax planning and Cubs issues (0.9); prep for call with Dimon (0.7); and prepare comments on Cubs documents (1.5). | 3.10 hrs. |
| 07/20/09 | R. M. LEDER | Review, consider tax issues and provide comments on new drafts of Fastball documents. | 3.20 hrs. |

**Total Fees for Professional Services.............  $23,680.50**


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| E. S. MARKSON | 735.00 | 1.60 | 1176.00 |
| R. M. LEDER | 955.00 | 21.40 | 20437.00 |
| D. E. DEUTSCH | 635.00 | 1.30 | 825.50 |
| B. BETHEIL | 345.00 | 3.60 | 1242.00 |
| TOTALS | | 27.90 | 23680.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2009

Our Matter #19804.017
         GENERAL LITIGATION

| 07/06/09 | G. BRADSHAW | Reviewed Neil litigation in N.D. Ill. (.1). | 0.10 hrs. |
|---|---|---|---|
| 07/10/09 | G. BRADSHAW | Updated spreadsheets to track Neil and Beatty litigations (1.8). | 1.80 hrs. |
| 07/11/09 | D. E. DEUTSCH | Review materials on Neil and Beatty litigation (.2). | 0.20 hrs. |
| 07/14/09 | G. BRADSHAW | Reviewed Neil Memorandum in Support of Motion to Dismiss and update related summary memorandum (1.3). | 1.30 hrs. |
| 07/17/09 | G. BRADSHAW | Reviewed Defendants' response to Neil Plaintiffs second amended complaint and exhibits and update related summary memorandum. | 1.40 hrs. |
| 07/17/09 | D. BAVA | Organization of Illinois District Court filings re: motion to dismiss, memorandum of law and exhibits for review (1.4). | 1.40 hrs. |
| 07/24/09 | G. BRADSHAW | Reviewed Neil class action litigation to update weekly adversary proceeding report (.5). | 0.50 hrs. |
| 07/28/09 | D. E. DEUTSCH | Review updated memoranda on Neil (.1) and Beatty litigations (.1). | 0.20 hrs. |
| 07/31/09 | G. BRADSHAW | Prepared Neil litigation weekly report (.2); reviewed Neil litigation deadlines (.2). | 0.40 hrs. |

**Total Fees for Professional Services.............    $2,515.50**

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | .40 | 254.00 |
| D. BAVA | 260.00 | 1.40 | 364.00 |
| G. BRADSHAW | 345.00 | 5.50 | 1897.50 |
| TOTALS | | 7.30 | 2515.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through July 31, 2009

Our Matter #19804.018
        TRAVEL

```
07/16/09   D. E. DEUTSCH      Non-working travel time to/from    2.90 hrs.
                              Delaware (2.9).

07/28/09   D. M. LeMAY        Non-working return travel from     2.00 hrs.
                              Wilmington, DE.
```

**Total Fees for Professional Services.............    $3,491.50**

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.00 | 1650.00 |
| D. E. DEUTSCH | 635.00 | 2.90 | 1841.50 |
| TOTALS | | 4.90 | 3491.50 |