TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                              For Services Through July 31, 2009
Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS


07/01/09  M. IACOPELLI      Reviewed  and processed discovery       0.80 hrs.
                            e-mail correspondence.

07/01/09  N. T. ZINK        Further review of and revision to       1.00 hrs.
                            Preliminary Report (.8); phone
                            conference with F. Vazquez re ESOP
                            issues (.2);

07/01/09  N. T. ZINK        Attention to discovery issues           7.60 hrs.
                            (.3); review VRC solvency opinions
                            (.9); review and revise
                            Preliminary Report to Committee re
                            Investigation of Prepetition
                            Financings (2.8); review VRC
                            engagement letter for exculpation,
                            limitation of liability and
                            indemnification provisions (.3);
                            further review and revision of
                            Preliminary Report re avoidability
                            of payments made in respect of
                            fraudulent incurred debt (1.3);
                            attention to discovery to be
                            served on Navigant (.1); review
                            Guarantor Subsidiary Guarantees re
                            net worth limitations (.4); email
                            to J. Giannini re net worth
                            guarantee issue (.2); review cases
                            on appropriate remedy in context
                            of avoided obligations (1.3).

07/01/09  R. A. SCHWINGER   E-mail with Frank Vazquez re            2.00 hrs.
                            certain law firm documents (0.2);
                            e-mails re providing confidential
                            VRC document to Wilmington Trust
                            (0.3); e-mail to Dean Kitchens re
                            meeting (0.2); e-mails with Frank
                            Vazquez re proposed discovery to
                            Navigant (0.4); e-mails re Debtor
                            e-mail production (0.1); review
                            discovery chart for next steps
                            (0.4); meetings with A. Nellos re
                            status of assessing productions to
                            date (0.4).

07/01/09  F. VAZQUEZ        Review e-mail from Kitchens re:         0.30 hrs.
                            meeting (0.1); e-mail to Schwinger
                            re: Navigant discovery (0.1);
                            conference w/Bradshaw re: VRC
                            opinion (0.1).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2
```

| | | | |
|---|---|---|---|
| 07/01/09 | F. VAZQUEZ | Review and revise discussion re: time of transfer (3.2); conference w/Giannini and C. Rivera re: nature of guarantees (0.2); conference w/Nellos re: documents and confidentiality issues (0.2); conference w/Schwinger re: Navigant (0.1); revise section on discussion re: preference defenses (2.5); draft insert re: VRC engagement letter (0.4); review and revise report (1.6); conferences w/Zink and Dye re: report (0.4); e-mail from Schwinger re: Bracewell letter (0.1); e-mails re: VRC opinion (0.3); review VRC opinion (0.2); review corporate chart (0.1). | 9.30 hrs. |
| 07/01/09 | C. L. RIVERA | Legal research and drafting/revising remedies section of report (6.2); conferences with T. Zink, F. Vazquez and B. Dye re: issues relating to same (1.6). | 7.80 hrs. |
| 07/01/09 | D. M. LeMAY | Respond to Committee member request for solvency reports by VCR, including dealing w/related confidentiality issues. | 0.60 hrs. |
| 07/01/09 | A. K. NELLOS | Review database for VRC copies of documents to determine ability to share with committee members under VRC confidentiality agreement (.9); review progress of document reviewers (.5) and assign additional documents (.4); review document requests for Zell and perform overview of documents produced by Zell to determine responsiveness to requests (10.3). | 12.10 hrs. |
| 07/01/09 | G. BRADSHAW | Conf. w/T. Zink and advisors re: LBO transfer (.4); on-line review of documents in connection with ESOP transaction (7.7). | 8.10 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    3
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/01/09 | G. BRADSHAW | Researched May 11, 2007 and May 24, 2007 Tribune Co. SEC filings issue per D.LeMay follow-up re: prepetition financings. | 0.60 hrs. |
| 07/01/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 07/01/09 | B. DYE | Researching possible remedies for an LBO deemed as a fraudulent conveyance, avoidable interest of fraudulent conveyances (5.8); conferences with F.Vazquez and C.Rivera re report (.5); reviewing and revising changes made to the Tribune report (3.4) | 9.70 hrs. |
| 07/01/09 | J. NOBLE | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
| 07/01/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 07/01/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 07/01/09 | J. B. PORTER | On-line review of documents produced in connection of investigation of ESOP transaction. | 1.90 hrs. |
| 07/02/09 | J. P. NARVAEZ | On-line review of documents produced in connection with ESOP transaction. | 1.10 hrs. |
| 07/02/09 | K. ZAFRAN | Review Tribune and Great Banc documents (2.9) and review JPMorgan documents for responsiveness (2.1) in connection with ESOP investigation. | 5.00 hrs. |
| 07/02/09 | F. PERKINS | On-line review of documents produced in connection with investigation with ESOP transaction. | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4


| 07/02/09 | L. F. MOLONEY | Review and process media for delivery to Complete Document Source for loading into Relativity database (1.5); correspondence with Complete Document Source and A. Nellos re. document issues (.5); reviewed database foldering and documents, checking OCR and searchability (.4) all in connection with investigation of ESOP transaction. | 2.40 hrs. |
| 07/02/09 | B. DYE | Meeting with T. Zink and C. Rivera to discuss suggested edits to the Tribune report (.8); drafting language to replace footnotes in the Tribune report (.6); updated Table of Authorities (2); revising the Tribune report (3.2); research of equitable and contractual subordination (3.3); preparing and distribute copies of the Tribune report for further edits (1.1) | 11.00 hrs. |
| 07/02/09 | E. GRIMALDI | On-line review of documents produced in connection with ESOP transaction. | 2.70 hrs. |
| 07/02/09 | G. BRADSHAW | Analyzed ESOP structure issue for C. Rivera (1); on-line review of documents in connection with investigation of ESOP transaction (1.2). | 2.20 hrs. |
| 07/02/09 | A. K. NELLOS | Complete review of documents (1.8) and draft letter to Zell's counsel regarding documents that may not have been produced (.9); Review and circulate correspondence received regarding document production (.5); respond to questions from reviewers (.7); check progress of review (.8) and assign documents (.6); circulate information regarding document requests to reviewers regarding responsive documents to date (.6); work on unreviewed documents to determine extent of responsiveness of VRC's production (1.8). | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    5

| 07/02/09 | D. M. LeMAY | Begin comprehensive review of draft report to Committee. | 2.10 hrs. |
| 07/02/09 | J. GIANNINI | Review of capital structure materials (.4); various email correspondence/office meetings with C Rivera re: same (.2). | 0.60 hrs. |
| 07/02/09 | C. L. RIVERA | Reviewing all remedy cases re: subordination of claims previously secured and reviewing related case chart (5.8); revising remedy section and drafting inserts to report re: lender exposure (.9); confer throughout day with T. Zink and B. Dye re: foregoing (1.1); confer with J. Giannini re: various loans made in LBO (.2). | 8.00 hrs. |
| 07/02/09 | F. VAZQUEZ | E-mails to and from Zink re: status of report. | 0.40 hrs. |
| 07/02/09 | R. A. SCHWINGER | Issue document demand to Navigant, including reviewing draft of same and of cover letter (.9) and e-mails with F. Vazquez (.2); letter to Marc Hauser re potential gaps in Zell/EGI document production (.7); including e-mails with A. Nellos re information to be contained in letter (.3); e-mails re following up on Debtors' lack of e-mail production to date (0.5); e-mails re latest installment of JPM documents (0.5). | 3.10 hrs. |
| 07/02/09 | N. T. ZINK | Further review of and revision to Preliminary Report to Committee re Investigation of Prepetition Financings (3.1): consideration of search terms for use in email discovery (.8); further revision to Preliminary Report (2.3); attention to Merrill Lynch objection to document production (.1); email to AlixPartners re tender offer and merger sources and uses fund flows (.1); review documents for sources and uses fund flows for Preliminary Report (.8); further revision to Preliminary Report (.6). | 7.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 07/02/09 | H. SEIFE | Review of Navigant letter (.3); review of letter to EGI-TRB (.3); review email to Sweeney (.2); review and revise draft report (1.8). | 2.60 hrs. |
|---|---|---|---|
| 07/03/09 | H. SEIFE | Review parts of revised report. | 1.40 hrs. |
| 07/03/09 | N. T. ZINK | Phone conference with M. Brown of AlixPartners re flow of funds analysis (.2); review Tribune Company 10-K for tender offer and merger cash flows (.8); prepare draft sources and uses analyses (.8); further revision to Preliminary Report (1.7). | 3.30 hrs. |
| 07/03/09 | F. VAZQUEZ | Conference w/Zink re: report and necessary revisions to report (0.5); conference w/Zink re: revisions (0.3); e-mails to and from Dye re cite-check (0.2); review 8k re: Leveraged ESOP transactions (0.3); review and revise report re: fact section (2.8); review and update discovery chart (0.4). | 4.50 hrs. |
| 07/03/09 | D. M. LeMAY | Complete detailed review of and comment on draft C&P report. | 6.50 hrs. |
| 07/03/09 | B. DYE | Email communications with F. Vazquez regarding Tribune report footnote revisions. | 0.10 hrs. |
| 07/03/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 07/04/09 | B. DYE | On-line review of documents in connection with investigation of ESOP transaction (4.2); reviewing edits to Table of Authorities within the Tribune report (1) | 5.20 hrs. |
| 07/04/09 | D. M. LeMAY | Continue detailed review of draft C&P report. | 7.50 hrs. |
| 07/04/09 | C. L. RIVERA | Review updated draft report. | 3.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    7
```

| 07/05/09 | A. K. NELLOS | Continue to review un-reviewed VRC documents to determine responsiveness to document requests. | 1.60 hrs. |
|---|---|---|---|
| 07/05/09 | K. ZAFRAN | Review Great Banc documents in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 07/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 07/06/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 07/06/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.00 hrs. |
| 07/06/09 | A. K. NELLOS | Finish review/overview documents to determine responsiveness to requests by VRC, and draft letter to VRC regarding same (5.7).  Meet with T. Zink, C. Rivera, F. Vazquez regarding document review status (.4); conferencess with Complete Documents and L.Moloney document issues (.8); review progress (.3); and assign new documents to reviewers (.5); review document requests to determine if certain items were requested per request of F. Vazquez (1.2). | 8.90 hrs. |
| 07/06/09 | B. DYE | Revising Tribune report (8.7); Meeting with Christy Rivera to discuss equitable and contractual subordination research (.2) | 8.90 hrs. |
| 07/06/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (2.1); reviewed fraudulent transfer case spreadsheet and database (1.4); researched pleading requirements for actual fraud plaintiffs (2.6). | 6.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            August 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    8


| 07/06/09 | C. L. RIVERA | Meeting with T. Zink and F. Vazquez re: report, rule 2004 motion (0.5); meeting with T. Zink, F. Vazquez, and A. Nellos re: review of documents (0.3); confer with B. Dye re: research on contractual subordination (0.2). | 1.00 hrs. |

| 07/06/09 | J. GIANNINI | Various email correspondence/calls with T Zink re: prepetition indebtedness (.3); review of operative documentation re: same (.9); preparation of summary correspondence re:same (.6). | 1.80 hrs. |

| 07/06/09 | D. M. LeMAY | Finish reviewing and revising draft report (3.8).  Meeting w/Seife and Zink to coordinate comments (.6). | 4.40 hrs. |

| 07/06/09 | F. VAZQUEZ | Conference w/Landis re preliminary report (.2); conference w/Nellos re VRC (.3); conference w/Zink & C. Rivera re status of report (.4); conference w/Zink & Nellos re status of discovery review (.3); conference w/Zink, LeMay & Seife re revisions to report (.5); conference with Landis re Foundations' request for extension (.2); draft summary of preliminary report (2.6); follow-up conferences w/Zink re revisions to report (1.3); review recent version of report (1.8); conferences w/Bradshaw re: pleading fraud with particularity (0.3); review result of Bradshaw's research re: fraud pleading (.2); e-mail to Landis & Rath re: preliminary report (.2); e-mail to Seife re: pending 2004 motion (.1); conference w/Nellos re: D&O policies (.1). | 8.50 hrs. |

| 07/06/09 | N. T. ZINK | Conference with H. Seife and D. LeMay re draft Preliminary Report (.6); further revision to Preliminary Report (3.6); review Foundation request for adjournment of response deadline and hearing re Foundation objection to Rule | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           August 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    9

|            |                 |                                                                                                                                                                                          |            |
|------------|-----------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                 | 2004 motion and A. Landis email re same (.2); emails with M. Rule re Tribune flow of funds (.4); review Tribune SEC filings re merger and tender offer and associated financings and guarantees (1.2) |            |
| 07/06/09   | R. A. SCHWINGER | E-mails to Davis Polk re JPM production status (0.2); meeting with A. Nellos re status of VRC document production (0.2); e-mails with Ted Zink re adjournment request re Rule 2004 motion as to Tribune Foundation (0.2); voice mail to Dean Kitchens (0.1). | 0.70 hrs. |
| 07/06/09   | H. SEIFE        | Review and revise report to Committee (2.2); conference with T.Zink and D.LeMay regarding report (.5); review of correspondence with JPM regarding document production (.3); email Landis regarding McCormick discovery (.3). | 3.30 hrs. |
| 07/06/09   | M. IACOPELLI    | Reviewed and processed discovery e-mail correspondence. (1.6); reviewed and revised draft letter to Winston & Strawn as per A. Nellos (1.0). | 2.60 hrs. |
| 07/07/09   | H. SEIFE        | Telephone conference with Moelis regarding LBO transaction and modeling scenarios (.5); review of discovery letter to VRC (.3); review of open discovery issues with Debtors (.4); review of revised report to Committee (3.2). | 4.40 hrs. |
| 07/07/09   | R. A. SCHWINGER | Finalize letter to David Neier re VRC document production (.9) including meetings with A. Nellos re same (.3); e-mail to Mike Sweeney re Debtors' documents (0.2); e-mails to Kaye Scholer re status of outstanding issues (0.2); message to Dean Kitchens' office and e-mail re same (0.2). | 1.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    10


| 07/07/09 | N. T. ZINK | Further review and revision of Preliminary Report (2.8); prepare for call with Moelis (.5); phone conference with Moelis re recovery analyses (1.0); further revision to Preliminary Report (1.8). | 6.10 hrs. |
|---|---|---|---|
| 07/07/09 | F. VAZQUEZ | Review follow-up to VRC (.2); Conference with Nellos re VRC (.1); revise summary of preliminary report (3.4); Conf w/Zink re summary and 2004 exam (.2); Conference w/Seife re 2004 motion (.1); Conference with Landis re report and 2004 motion (.2); Conference w/Butcher re discovery and report (.2); Revise section re prepetition debt (2.4); Review draft report (3.0); e-mail to and from Zink re: fraud pleading (.1) email to and from Bradshaw and Nellos re: document review (0.1); e-mail from Brown and Zink re: prepetition financing (0.2); review SOFA to determine how much paid to lenders prior to filing (0.2); e-mail to Zink and Rivera re: pending 2004 motion (0.1). | 10.50 hrs. |
| 07/07/09 | D. M. LeMAY | Review Alix Intercompany Model (0.6). Conference call w/Moelis to run through recovery scenarios to be modeled (1.1). | 1.70 hrs. |
| 07/07/09 | J. GIANNINI | Follow up correspondence with T Zink re: various prepetition indebtedness questions. | 0.50 hrs. |
| 07/07/09 | G. BRADSHAW | Research re: fraudulent transfer claims (.6); continued researching cases on pleading with particularity (.4). | 1.00 hrs. |
| 07/07/09 | B. DYE | Revising final draft of the Tribune report for T. Zink. | 2.00 hrs. |
| 07/07/09 | J. NOBLE | On-line review of documents produced for in connection with investigation of ESOP transaction. | 3.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   11
```

| | | | |
|---|---|---|---|
| 07/07/09 | A. K. NELLOS | Revise letter regarding VRC (.8); follow up with document reviewers regarding progress (.7); respond to questions and issues (1.2); review e-mail and letter correspondence related to discovery issues (.6). | 3.30 hrs. |
| 07/07/09 | D. E. DEUTSCH | Review memo and voicemail message from Larry Kwon re: agenda for next week's Committee presentation on LBO transaction (.4); review materials from Moelis on LBO presentation (.9). | 1.30 hrs. |
| 07/07/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.00 hrs. |
| 07/07/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 07/07/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 9.40 hrs. |
| 07/07/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 2.10 hrs. |
| 07/08/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 7.80 hrs. |
| 07/08/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 07/08/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.20 hrs. |
| 07/08/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 07/08/09 | I SAFIER | Background review on investigation of ESOP Transaction (3); conferences with A. Nellos re: document discovery review of same (.5). | 3.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    12


| 07/08/09 | A. K. NELLOS | Meet with new document reviewer to provide background information on ESOP investigation (.6); conference with Complete Documents and with L.Moloney regarding discovery review issues (.5); review related documents in responding to reviewer questions (.9); review progress of reviewers (.7) and assign additional documents (.5). | 3.20 hrs. |
|---|---|---|---|
| 07/08/09 | J. NOBLE | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.70 hrs. |
| 07/08/09 | B. DYE | Editing final draft and inputting additional comments into the Tribune report for T. Zink | 10.30 hrs. |
| 07/08/09 | E. GRIMALDI | Email correspondence w/A.Nellos regarding discovery issues. | 0.10 hrs. |
| 07/08/09 | D. M. LeMAY | Further work on draft report (2.8).  T/c to L. Kwon at Moelis re: changes to recovery scenarios to be run (0.4). Conf. w/Seife and T.Zink re: same (0.2). | 3.40 hrs. |
| 07/08/09 | C. L. RIVERA | Review guarantees re: net worth provisions and related credit agreement provisions (0.6); correspondence to T. Zink re: same (0.3); review correspondence re: document review (0.2) | 1.10 hrs. |
| 07/08/09 | F. VAZQUEZ | Email re 2004 motion deadlines (.1); review JPM report re ESOP transaction (.1); review subordinated note (.2); email to and from Zink re intercreditor agreement (.3); review SEC filings re intercreditor agreement (.3); conference w/Seife re JPM document (.1); email to Butcher re discovery (.1). | 1.20 hrs. |

| 07/08/09 | F. VAZQUEZ | Conference w/Butcher re report & discovery (.2); Conference w/Zink re report (.3); Conferences w/Dye re report (.4); Research 548(c) (.4); Update discovery chart (.5); Review emails between Schwinger & targets of discovery requests (.1); Review & revise preliminary report (8.7); Revise summary of preliminary report (.4); Review Butcher's comments to report (.3) | 11.30 hrs. |

| 07/08/09 | R. A. SCHWINGER | Prepare response to various MLCC tactics (1.2); including e-mails, TCs with T. Zink re same (.5); TC with Marc Hauser re Zell/EGI e-mail production and other questions raised re Zell/EGI documents (0.4). | 2.10 hrs. |

| 07/08/09 | H. SEIFE | Preparation of report to Committee (2.1); review and revise Moelis memo regarding modeling (.4); conference with D.LeMay and T.Zink regarding same (.2); work on Committee presentation regarding LBO (1.5); conference call with Sidley regarding document production (.3); emails with Kaye Scholer regarding document production (.3); emails regarding Zell discovery (.3); review of info request to Debtors (.4); emails with B.Krakauer regarding same (.3). | 5.80 hrs. |

| 07/08/09 | M. IACOPELLI | Reviewed and processed discovery e-mail correspondence. | 0.40 hrs. |

| 07/08/09 | N. T. ZINK | Review and revise Preliminary Report to Committee re Pre-Petition Financings (2.0); review and revise summary for Committee meeting on July 15 (1.2); further revision of Preliminary Report (2.1); conference with F. Vazquez re preparation of Report (.2); further review of and revision to Preliminary Report (2.3); prepare for (.3) and conference with H. Seife and D. LeMay re review of | 8.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   14

|  |  |  |  |
|---|---|---|---|
|  |  | Moelis fraudulent transfer scenarios (.3). |  |
| 07/09/09 | H. SEIFE | Email with Kaye Scholer regarding discovery (.4); email regarding Debtor discovery (.3); review and revised report to Committee (2.1). | 2.80 hrs. |
| 07/09/09 | R. A. SCHWINGER | E-mail to Kaye Scholer re MLCC document production (0.6); prepare draft confidentiality agreement for MLCC (0.3); TC with Michael Sweeney re Debtors' e-mail production and other document production issues (with A. Nellos) (1.0); TC with T. Zink, Alix Partners re production of Excel spreadsheets in dynamic form (0.4); investigation re status of Duff & Phelps production (0.4). | 2.70 hrs. |
| 07/09/09 | N. T. ZINK | Conference with H. Seife re Preliminary Report (.2); review and revise Preliminary Report (1.9); conference with F. Vazquez re Preliminary Report (.1); further revisions to Preliminary Report (3.7). | 5.90 hrs. |
| 07/09/09 | D. BAVA | Review files re: amended securitization agreements and final order approving securitization motion (.40). | 0.40 hrs. |
| 07/09/09 | F. VAZQUEZ | Conf. w/Zink re report (.2); call to Hersh re White discovery (.1); conf. with Porter re status & finalization of report (.3); conf. w/C. Rivera & Distefano re 2004 motion (.4); revise summary (1.2); review correspondence from Duff & Phelps (.2); Conf w/Nellos re Duff (.3). | 2.70 hrs. |
| 07/09/09 | C. L. RIVERA | Review 2004 research memo prepared by M. Distefano and related research (.9); confer with F. Vazquez and M. Distefano re: same (0.5); reviewing background of LBO transaction (0.6) and confer with A. Nellos re: investigation and review (0.5); correspondence with | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           August 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page   15

|            |              | B. Dye re: contractual subordination research (0.1). | |
|------------|--------------|------------------------------------------------------|-----------|
| 07/09/09   | F. VAZQUEZ   | Email from Schwinger re discovery chart(.1); email to and from Nellos re discovery (.2); email to and from Nellos re document review questions (.1); email to and from Schwinger re Duff & Phelps (.1); email to and from Bowers re Duff & Phelps discovery (.1); email to and from Schwinger re debtors' discovery and D&O policies(.1); email to and from Nellos and Perkins re debtors' discovery (.2); review draft re intralink posting and email to and from Porter re same (.1); and email to and from Parker re same (.1); review and revise preliminary report (5.3); | 6.40 hrs. |
| 07/09/09   | J. GIANNINI  | Review and preparation of summary of response to various prepetition indebtedness matters. | 1.00 hrs. |
| 07/09/09   | G. BRADSHAW  | On-line review of documents produced in connection with investigation of ESOP transaction (5.4). | 5.40 hrs. |
| 07/09/09   | B. DYE       | Revising final draft Tribune report (5.6); researching issue of equitable subordination and its effect on a subordination agreement for C. Rivera (2.4). | 8.00 hrs. |
| 07/09/09   | J. NOBLE     | Online review of documents produced for investigation of ESOP transaction. | 2.40 hrs. |
| 07/09/09   | A. K. NELLOS | Review progress of reviewers (.8) and assign additional documents (.9); provide overview of LBO transaction investigation to E.Miller and C.Rivera (1.3); respond to questions from document reviewers (1.4); attend to corrupted or illegibly produced documents (1.3); participate in conference call with Debtors' counsel and R.Schwinger re: email | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   16


                              production (.8); circulate emails
                              regarding personnel for emails
                              from Debtor's counsel (.7); review
                              correspondence received from
                              Winston & Strawn regarding Duff &
                              Phelps (.8).

07/09/09   D. M. LeMAY        Review and edit Executive Summary        3.20 hrs.
                              of Chadbourne Report.

07/09/09   E. M. MILLER       Review background of ESOP               3.60 hrs.
                              transaction (.9); and conference
                              with A.Nellos regarding re
                              investigation /document review of
                              same (.2); perform on-line review
                              of documents produced in
                              connection with ESOP transaction
                              (2.5).

07/09/09   M. DISTEFANO       Research for Rule 2004 reply brief       5.10 hrs.

07/09/09   I SAFIER           Review background memoranda about        8.40 hrs.
                              investigation of ESOP Transaction
                              (1.2); on-line review of documents
                              produced in connection with
                              investigation of ESOP Transaction
                              (7); emails with A. Nellos re:
                              same (.2).

07/09/09   Y. YOO             Corresponded by phone with               0.10 hrs.
                              Alexandra Nellos re review of
                              documents produced in connection
                              with investigation of ESOP
                              Transaction.

07/09/09   F. PERKINS         On-line review of documents             7.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

07/09/09   K. ZAFRAN          On-line review of documents             7.30 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

07/09/09   J. B. PORTER       On-line review of documents             7.00 hrs.
                              produced in connection with
                              investigation of ESOP transaction
                              (6.5); Drafted communication to
                              the Committee re the ESOP/LBO
                              investigation (.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   17


| 07/09/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.40 hrs. |

| 07/10/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |

| 07/10/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 1.20 hrs. |

| 07/10/09 | J. B. PORTER | Drafting of detailed cover email to accompany the ESOP/LBO report (1.2). | 1.20 hrs. |

| 07/10/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.20 hrs. |

| 07/10/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |

| 07/10/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (6.5) | 6.50 hrs. |

| 07/10/09 | M. DISTEFANO | Research case law for Rule 2004 reply brief | 2.40 hrs. |

| 07/10/09 | E. M. MILLER | On-line review of documents produced in connection with investigation of ESOP Transaction (6.6) Draft and send A Nellos log re review of JPM documents (0.2) | 6.80 hrs. |

| 07/10/09 | D. M. LeMAY | Continue to review and revise Executive Summary of Memo (2.5). | 2.50 hrs. |

| 07/10/09 | A. K. NELLOS | Review progress of document review (1.7); respond to questions from document reviewers (1.1); conference with L.Moloney regarding newly-received documents (1.2); begin drafting memorandum regarding discovery issues (2.4). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   18

| 07/10/09 | D. E. DEUTSCH | Final review of certain data for ESOP report (.5); meeting with Frank Vazquez and David Bava re: distribution of ESOP report (.2). | 0.70 hrs. |
|---|---|---|---|
| 07/10/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 07/10/09 | B. DYE | Reviewing and revising final draft of the Tribune report (8.7); research contractual subordination issue for C. Rivera (2.3). | 11.00 hrs. |
| 07/10/09 | L. F. MOLONEY | Review and process media for loading onto discovery database. | 1.20 hrs. |
| 07/10/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (6.7). | 6.70 hrs. |
| 07/10/09 | J. GIANNINI | Review of various operative documents re: various prepetition questions from T Zink (1.4); preparation of notes and response re: same (.7). | 2.10 hrs. |
| 07/10/09 | F. VAZQUEZ | Email to C. Rivera re document review (.1); review Merrill Lynch CA (.3); email to and from Schwinger re Merrill Lynch (.1); Conf w/Seife re report (.3); conf w/ Landis & Zink re presentation (.2); email to and from Schwinger re Zell production issue (.1); email to and from Schwinger re discovery memo summarizing status(.1); email to Landis re Duff & Phelps re confidential agreement (.1); email to LeMay & Seife re intralinks posting of report (.1); update discovering charts (.2); email to Landis re discovery status (.2). | 1.80 hrs. |
| 07/10/09 | C. L. RIVERA | Review documents provided by Debtors in connection with ESOP investigation (4.7); correspondence with A. Nellos re: same (0.2); correspondence with M. Distefano re: Rule 2004 research | 5.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   19

|  |  |  |  |
|---|---|---|---|
|  |  | (0.2); reviewing memo summarizing same (0.5). |  |
| 07/10/09 | F. VAZQUEZ | Conference with Porter re status of report (.2); review & revise terms of posting (.5); conference w/Porter re posting (.1); conferences w/Zink re revisions (1.7); review, revise and finalize report (8.4); conference w/Zink re next steps (.4). | 11.30 hrs. |
| 07/10/09 | D. BAVA | Review Intralinks service lists (.30); organization of report, exhibit, and summary memorandum for posting and distribution (2.20); post preliminary report and summary memorandum to Intralinks (.40); follow-up on request of Committee member (R.Stark) (.8). | 3.70 hrs. |
| 07/10/09 | R. A. SCHWINGER | Review, mark-up, finalize MLCC's proposed confidentiality agreement (0.8); review MLCC response to 6/30/09 letter re MLCC's response to document request (0.4); investigation into "dynamic" JPM spreadsheets including e-mail re same (0.3); e-mails with Mike Sweeney re Debtors' documents (0.2); review Zell/EGI letter response to 7/2/09 letter re their document production (.4), and e-mails re production issues (.1). | 2.20 hrs. |
| 07/10/09 | M. IACOPELLI | Reviewed and processed discovery e-mail correspondence. (.4). | 0.40 hrs. |
| 07/10/09 | N. T. ZINK | Review and revise Summary of Preliminary Report (1.2); review and revise Preliminary Report (3.2); conference with H. Seife re Summary and Report (.3); further revision to Summary (.8); further revision to Report (2.8); phone conference with AlixPartners re allocation and paydowns to pre-petition financings (.3); further revision to Summary and Report (2.7). | 11.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE      Invoice ******
CHICAGO, IL 60611      Page   20

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/10/09 | N. T. ZINK | Prepare for (.2) and conference with F. Vazquez re Preliminary Report (.3); conference with D. LeMay re Summary of Committee Report (.2); review and revise Summary of Committee Report (.3); phone conference with D. Rath and F. Vazquez re July 15 Committee meeting (.1) | 1.10 hrs. |
| 07/10/09 | H. SEIFE | Review of Debtor information for report (.5); review and revised report to Committee (2.9). | 3.40 hrs. |
| 07/11/09 | F. VAZQUEZ | Conference w/Zink re report and next steps. | 0.30 hrs. |
| 07/11/09 | B. DYE | Researching contractural subordination issue for C. Rivera | 1.50 hrs. |
| 07/11/09 | D. E. DEUTSCH | Review discovered document forwarded by Gilbert Bradshaw and provide relevant background information related to same (.4). | 0.40 hrs. |
| 07/12/09 | M. D. ASHLEY | Reviewed preliminary report to creditors' committee and related materials (3.8). | 3.80 hrs. |
| 07/12/09 | A. K. NELLOS | Draft memorandum summarizing the status of discovery for Committee meeting. | 6.50 hrs. |
| 07/12/09 | B. DYE | Researching contractual subordination issue for C. Rivera | 4.20 hrs. |
| 07/12/09 | F. VAZQUEZ | Email to and from Nellos re discovery status. | 0.10 hrs. |
| 07/13/09 | F. VAZQUEZ | Review Butcher email re discovery (.1); email to & from Nellos & Bradshaw re document review (.1); email to & from Schwinger re proposal research terms for JPM (.3); email to & from Zink re discovery memo (.1); email to Roth re Morgan Stanley discovery (.1); email to and from Nellos re status of discovery memo (.1); update discovery chart re recent developments (.1); draft list of items to cover in next report | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    21

|  |  |  |  |
|--|--|--|--|
|  |  | (.6); review preliminary report (1.0); review Dye's research (.2). |  |
| 07/13/09 | F. VAZQUEZ | Conference w/Deutsch & Schwinger re Zell discovery(.3); conf. w/Hersch re White discovery (.2); Conf. w/Schwinger re discovery memo (.1); conf. w/Nellos re discovery (.1); conf. w/Zink re report (.5); conf. w/Nellos re next stage of document review (.2); conf. w/Zink re supplement to report (.4); begin drafting supplement to report(1.6); conf. w/Dye re date of transfer issue (.2). | 3.60 hrs. |
| 07/13/09 | C. L. RIVERA | Meeting with B. Dye re: contractual subordination research (0.2); reviewing Rule 2004 cases cited by M. Distefano (0.9); confer with F. Vazquez re: upcoming report (0.2). | 1.30 hrs. |
| 07/13/09 | D. M. LeMAY | Review draft Moelis presentation (1.7). Participate in call of Committee advisors re fraudulent conveyance analysis (1.2). | 2.90 hrs. |
| 07/13/09 | H. SEIFE | Conference call with Moelis and AlixPartners regarding fraudulent conveyance analysis (1.1); prepare for presentation to Committee (3.8); conference with T.Zink regarding LBO analysis (.5); review and revise Moelis sensitivity analysis (1.3). | 6.70 hrs. |
| 07/13/09 | M. IACOPELLI | Prepared discovery chart at the request of A. Nellos. (.8). | 0.80 hrs. |
| 07/13/09 | R. A. SCHWINGER | Review, markup initial draft of report to Committee on discovery progress/status (2.3) incl. meetings w/A. Nellos re same (0.4); telephone conversation w/Sharon Katz, Russell Capone, Daniel Loss re status of JPMorgan discovery, including email production (0.2); emails follow-up re JPM's proposed email search methodology (0.5). | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   22


07/13/09   N. T. ZINK          Prepare for meeting with H. Seife          4.80 hrs.
                               in anticipation of July 15
                               Creditors' Committee meeting (.8);
                               conference with H. Seife in
                               preparation for July 15 Creditors'
                               Committee meeting (.6); prepare
                               for Creditors' Committee meeting
                               (1.2); phone conference Moelis re
                               recovery analyses (.3); further
                               phone conference with L. Kwon of
                               Moelis re recovery analysis (.2);
                               further preparation for Creditors'
                               Committee meeting (.9)

07/13/09   B. DYE              Online review of documents               10.90 hrs.
                               produced in connection with
                               investigation of the ESOP
                               transaction (1.5); research
                               accordion facility issue for F.
                               Vazquez (2.3); researching and
                               drafting memo on contractual
                               subordination issue for C. Rivera
                               (7.1)

07/13/09   J. NOBLE            Online review of documents                5.00 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

07/13/09   G. BRADSHAW         On-line review of documents               8.40 hrs.
                               produced in connection with
                               investigation of ESOP transaction
                               (7.4).

07/13/09   A. K. NELLOS        Respond to reviewer questions            11.60 hrs.
                               (.8); assess work load of
                               reviewers and assign additional
                               documents (2.1); revise memorandum
                               summarizing status of discovery
                               (7.6); participate in conference
                               call with R. Schwinger and counsel
                               for JPMorgan (.3); conference with
                               L.Moloney regarding information
                               related to produced documents in
                               relativity (.8).

07/13/09   M. D. ASHLEY        Reviewed preliminary report to            2.20 hrs.
                               creditors' committee and related
                               materials (2.2).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    23


07/13/09   D. E. DEUTSCH       Preliminary review of summary of        0.40 hrs.
                               preference analysis report (.4).

07/13/09   E. M. MILLER        On-line review of documents             6.40 hrs.
                               produced in connection with
                               investigation of ESOP Transaction
                               (6.4)

07/13/09   I SAFIER            On-line review of documents             7.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction

07/13/09   F. PERKINS          On-line review of documents            11.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

07/13/09   K. ZAFRAN           On-line review of documents             5.40 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

07/13/09   J. B. PORTER        On-line review of documents             2.90 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

07/13/09   J. P. NARVAEZ       On-line review of documents             1.10 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

07/14/09   J. B. PORTER        On-line review of documents             1.50 hrs.
                               produced in connection with
                               investigation of ESOP transaction

07/14/09   J. B. PORTER        Review of the discovery status          0.70 hrs.
                               memorandum which was circulated to
                               the Committee.

07/14/09   K. ZAFRAN           On-line review of documents             9.60 hrs.
                               produced in connection with
                               investigation of ESOP transaction.

07/14/09   F. PERKINS          On-line review of documents             7.00 hrs.
                               produced in connection with
                               investigation of ESOP Transaction.

07/14/09   I SAFIER            On-line review of documents             7.50 hrs.
                               produced in connection with
                               investigation of ESOP Transaction

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    24
```

| 07/14/09 | E. M. MILLER | On-line review of documents produced in connection with investigation of ESOP Transaction (7.4) Draft and send A Nellos revised log re review of JPM documents (0.2) | 7.60 hrs. |
|---|---|---|---|
| 07/14/09 | M. D. ASHLEY | Meeting with H. Seife, T. Zink regarding status of investigation of ESOP transaction (.3); meeting with T. Zink, R. Schwinger, F. Vazquez regarding status of factual investigation and document review (1.0); reviewed materials related to ESOP transaction document review (3.8). | 5.10 hrs. |
| 07/14/09 | A. K. NELLOS | Revise discovery memorandum (4.8) and discuss various points with R.Schwinger (.7); review progress of document review (.7) and assign new documents (.6); respond to questions from document reviewers (1.0); meet with R.Schwinger, T.Zink, F.Vazquez and M.Ashley regarding discovery review (1.0); request various information from reviewers related to discovery requests (.8); email to AlixPartners regarding inadvertantly produced document from JPMorgan (.6); review certain previously reviewed documents for certain issues (1.3). | 11.50 hrs. |
| 07/14/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 07/14/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction (.2); phone call with A.Nellos re same (.1). | 0.30 hrs. |
| 07/14/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   25

| 07/14/09 | B. DYE | Online review of documents produced in connection with the ESOP (.8); researching issue on contractual subordination for T. Zink and C. Rivera (5.7); editing and researching Tribune report supplement for F. Vazquez(4.8) | 11.30 hrs. |

07/14/09   B. DYE          Online review of documents         11.30 hrs.
                           produced in connection with the
                           ESOP (.8); researching issue on
                           contractual subordination for T.
                           Zink and C. Rivera (5.7); editing
                           and researching Tribune report
                           supplement for F. Vazquez(4.8)

07/14/09   N. T. ZINK      Attention to discovery from          4.40 hrs.
                           Navigant (.2); review memorandum
                           to Committee re discovery status
                           (.3); phone conference with Moelis
                           and AlixPartners in preparation
                           for July 15 meeting of Creditors'
                           Committee (.2); review recovery
                           analyses (1.0); review
                           AlixPartners intercompany claim
                           analysis (.5); prepare for meeting
                           with Creditors' Committee (1.3);
                           meeting with R.Schwinger,
                           F.Vazquez and M.Ashley re document
                           review (.9).

07/14/09   R. A. SCHWINGER Editing revised draft of memo re     7.40 hrs.
                           status of document production
                           (2.8) incl. mtgs. w/A. Nellos re
                           same (0.7); meeting re
                           second-stage document review w/T.
                           Zink, F. Vazquez, M. Ashley, A.
                           Nellos (1.0); telephone
                           conversation w/Dean Kitchens re
                           Chandler directors' document
                           production (0.3); and email
                           summary of same (0.3); telephone
                           conversation w/Tim Woods and John
                           Cianpanelli re Navigant document
                           production (0.3) and email summary
                           of same (0.2); telephone
                           conversation w/Marc Hauser re
                           Zell/EGI email production (0.2)
                           and email summary of same (0.2);
                           follow-up emails re Fitzsimmons,
                           Holden, Morrison, Merrill Lynch
                           and TESOP document productions
                           (1.1); emails re JP Morgan
                           productions issues (0.3).

07/14/09   M. IACOPELLI    Review and process discovery email   0.40 hrs.
                           correspondence (.4).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    26


07/14/09    H. SEIFE          Conference with T.Zink and          6.00 hrs.
                              M.Ashley regarding analysis (.2);
                              review of LBO analysis (2.0);
                              prepare for presentation of report
                              to Committee (2.4); emails
                              regarding Merrill production (.3);
                              review and revise memo on
                              discovery status (1.1).


07/14/09    C. L. RIVERA      Meeting with T. Zink re:            3.60 hrs.
                              incremental facility obligation
                              (0.3); review credit agreement
                              terms (.5) and confer with F.
                              Vazquez re: draft memorandum on
                              same (0.4); correspondence with F.
                              Vazquez re: contract research
                              (0.2); confer with B. Dye re: same
                              (0.1); drafting legal section to
                              2004 response re: pre-litigation
                              uses and reviewing relevant case
                              law (2.1).


07/14/09    F. VAZQUEZ        Conf w/Nellos re discovery memo     6.40 hrs.
                              (.1); conf w/Dye re Rubin decision
                              (.2); conf w/Schwinger, Zink,
                              Ashley & Nellos re second level
                              document review (1.0); revise
                              supplement to status report (1.7);
                              conf with C. Rivera re supplement
                              (.6); review & revise supplement
                              to status report(.8); conf w/Zink
                              & Seife re discovery memo (.3);
                              follow up conf w/Nellos re
                              discovery memo (.2); review &
                              revise discovery memo (1.2) conf
                              w/Zink re report (.3) .


07/15/09    F. VAZQUEZ        Update discovery chart (.5); conf   1.60 hrs.
                              w/Porter re presentation of report
                              (.3); conf w/Zink re presentation
                              of report (.2); conf w/Zink re
                              next steps (.6).


07/15/09    F. VAZQUEZ        Email to/from Nellos re discovery   0.20 hrs.
                              chart (.1); email to/from Ashley
                              re discovery review & 2004 motions
                              (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   27


| 07/15/09 | C. L. RIVERA | Reviewing case law in memo from M. Distefano re: rule 2004 (0.7); on-line review of produced douments in connection with ESOP transaction investigation (0.5). | 1.20 hrs. |

| 07/15/09 | H. SEIFE | Preparation for report presentation to Committee (.9); conference with D.LeMay regarding same (.8). | 1.70 hrs. |

| 07/15/09 | M. IACOPELLI | Reviewed and processed discovery email correspondence (.4). | 0.40 hrs. |

| 07/15/09 | R. A. SCHWINGER | Emails w/Alix Partners and others re dynamic spreadsheets in document productions (0.3) and meetings w/A. Nellos re same (0.2); emails re issues in VRC document production (0.5); emails re JPM clawback of privileged document (0.3); prepare list of additional email search terms to be used by JPM (0.5) incl. meeting w/A. Nellos re same (0.2). | 2.00 hrs. |

| 07/15/09 | B. DYE | Researching and drafting memo on Contractual Subordination issue for T. Zink and C. Rivera (7.9); online review of documents produced in connection with ESOP (1) | 8.90 hrs. |

| 07/15/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.60 hrs. |

| 07/15/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (5.7). | 5.70 hrs. |

| 07/15/09 | A. K. NELLOS | Assign documents to be reviewed (1.2) and respond to reviewer questions (1.4); review information e-mail responses to various requests for information that were sent to the document reviewers (2.3); follow up with L.Moloney regarding issues with produced materials from JPMorgan (1.0); meeting with M.Ashley | 7.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    28


                              regarding background of ESOP
                              transaction investigation and
                              document review (.6 ); review
                              information related to follow-up
                              with VRC (1.2).

07/15/09    M. D. ASHLEY      Reviewed materials regarding ESOP     4.60 hrs.
                              transaction investigation (2.8);
                              reviewed documents produced in
                              connection with investigation of
                              ESOP transaction (1.8).

07/15/09    E. M. MILLER      On-line review of documents           6.40 hrs.
                              produced in connection with
                              investigation of ESOP Transaction
                              (6.2) Draft and send A Nellos log
                              re review of D&P documents (0.2)

07/15/09    I SAFIER          On-line review of documents           7.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction

07/15/09    Y. YOO            On-line review of documents           0.20 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

07/15/09    F. PERKINS        On-line review of documents           8.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

07/15/09    K. ZAFRAN         On-line review of documents           6.90 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

07/15/09    L. F. MOLONEY     Reviewed and processed media for      1.40 hrs.
                              loading onto Relativity database.

07/15/09    J. P. NARVAEZ     On-line review of documents           3.00 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

07/16/09    J. B. PORTER      On-line review of documents           4.90 hrs.
                              produced in connection with
                              investigation of ESOP transaction

07/16/09    K. ZAFRAN         On-line review of documents           3.90 hrs.
                              produced in connection with
                              investigation of ESOP transaction.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    29


| 07/16/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction | 7.20 hrs. |
| 07/16/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 07/16/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: Tribune personnel email request list. | 0.10 hrs. |
| 07/16/09 | E. M. MILLER | On-line review of documents produced in connection with investigation of ESOP Transaction (6.9). | 6.90 hrs. |
| 07/16/09 | A. K. NELLOS | Assign documents to first-tier reviewers (.8) and respond to reviewer questions (.9); prepare for meeting with F.Vazquez, T.Zink, M.Ashley and C.Rivera regarding second level review (.8); attend meeting with F.Vazquez, T.Zink, M.Ashley and C.Rivera regarding second level review (1.3); review and allocate documents related to second level review (2.8). | 6.60 hrs. |
| 07/16/09 | D. E. DEUTSCH | Exchange e-mails with Bob Stark re: case referenced during yesterday's Committee meeting on fraudulent transfer issue (.2). | 0.20 hrs. |
| 07/16/09 | M. D. ASHLEY | Meeting with T. Zink, F. Vazquez, C. Rivera regarding ESOP transaction investigation (1.2); reviewed materials regarding ESOP transaction investigation (1.8); reviewed documents produced in connection with ESOP transaction investigation (1.3). | 4.30 hrs. |
| 07/16/09 | J. MARRERO | Met with T.Zink re: fraudulent transfer research | 0.40 hrs. |
| 07/16/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (2.6). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   30

| | | | |
|---|---|---|---|
| 07/16/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 07/16/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |
| 07/16/09 | R. J. GAYDA | Discuss 2004 motion and objection w C. Rivera (.2); review memoranda re same (.5) | 0.70 hrs. |
| 07/16/09 | B. DYE | Researching and drafting a memo on contractual subordination (3.6) and research and draft second memo on automatic stay and fraudulent transfers (3.4) for C. Rivera and T. Zink. | 7.00 hrs. |
| 07/16/09 | R. A. SCHWINGER | Emails re Fitzsimmons document production. | 0.20 hrs. |
| 07/16/09 | N. T. ZINK | Prepare for (.4) and conference with F. Vazquez, M. Ashley and C. Rivera re second step document review (1.0); prepare for (.2) and conference with C. Rivera re settlement payment research and section 544 research(.3); prepare email to A. Holtz and B. Den Uyl at Alix Partners re status of solvency analysis (.1); second step online review of documents marked relevant and potentially "hot"; (2.1); review Foundation objection to Rule 2004 motion (.3); conference with C. Rivera re preparation of reply to Foundation objection (.2); further second step online review of JPM documents (1.7) | 6.30 hrs. |
| 07/16/09 | D. BAVA | Conferences with C. Rivera re: forms of 2004 motions and associated responses (.20); review Lehman Brothers docket sheet re: forms of 2004 motions and associated responses (.60); organization of forms of 2004 motions and associated responses (.80); draft index (.20). | 1.80 hrs. |