TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    31


| 07/16/09 | M. IACOPELLI | Reviewed and processed discovery email correspondence (.4), | 0.40 hrs. |
|---|---|---|---|
| 07/16/09 | H. SEIFE | Review of discovery progress (.6); analyze fraudulent conveyance issues (2.4). | 3.00 hrs. |
| 07/16/09 | C. L. RIVERA | Meeting with T. Zink, M. Ashley, F. Vazquez and A. Nellos re: second level review of relevant documents in investigation (1.5); meeting with T. Zink re: creditor standing under UFCA post bankruptcy filing (0.4); confer with B. Dye throughout day re: research needed (0.7); reviewing objection to Rule 2004 motion (0.8); analysis for response and outlining same (1.4); reviewing recent briefs re: Rule 2004 (0.3). | 5.10 hrs. |
| 07/16/09 | F. VAZQUEZ | Conf w/Zink, Ashley, Nellos & C. Rivera re second level document review (1.2); on-line review of documents produced in connection with ESOP investigation (.8); review objection to 2004 motion (.4); conf w/Zink & C. Rivera re 2004 objection (.3); conf w/Zink re second level review (.4). | 3.10 hrs. |
| 07/16/09 | F. VAZQUEZ | Review JPM document summarizing transaction (.5); review emails from Schwinger re discovery status (.1); review summary of objection to 2004 motion (.1). | 0.70 hrs. |
| 07/17/09 | F. VAZQUEZ | Conf w/Zink re reply to objection to 2004 motion (.2); conf w/Nellos re JPM documents and next steps (.5); second level review of documents produced in connection w/investigation (.9); conf w/ Nellos re Chandler discovery (.1); email to/from Nellos re second level review (.1). | 1.80 hrs. |
| 07/17/09 | C. L. RIVERA | Finalizing outline of 2004 response (0.8); meeting with T. Zink re: same, arguments in reply (0.4); drafting response (1.5); reviewing/revising memoranda re: | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   32

|            |                  | research on contractual subordination and ability to assert UFCA claims post bankruptcy filing (2.7); confer with B. Dye re: same throughout day (0.8); reviewing relevant cases (0.6); meeting with T. Zink and B. Dye re: same (0.6); confer with G. Bradshaw re: research needed for response, reviewing same (0.6). |            |
|------------|------------------|---|---|
| 07/17/09   | H. SEIFE         | Review of produced documents (1.3); prepare for meeting with JPM and DPW (2.2). | 3.50 hrs. |
| 07/17/09   | N. T. ZINK       | Prepare for conference with C. Rivera re Foundations' objection to Rule 2004 examination (.2); conference with C. Rivera re Foundations' objection to Rule 2004 examination (.5); online second pass review of documents relevant to the Leveraged ESOP Transactions (2.8); conference with F. Vazquez and A. Nellos re JPM "hot" document review (.5); attention to Bracewell December 10 letter and letters referenced therein (.2); further online second pass review of documents relevant to the Leveraged ESOP Transactions (2.1); conference with H. Seife re status of document review, research re equitable subordination (.4). | 6.70 hrs. |
| 07/17/09   | M. IACOPELLI     | Reviewed and processed discovery email correspondence (.4). | 0.40 hrs. |
| 07/17/09   | R. A. SCHWINGER  | Developing additions to Zell/EGI email search metholodgy (.6) incl. emails to Mark Hauser and team re same (0.3); telephone conversation w/Hauser re same (0.1); email to Debtors' counsel re additional email boxes to search, and investigation re potential names (1.1); conferences w/A. Nellos re information-gathering re demands to various parties. (0.5). | 2.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     August 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page    33

| 07/17/09 | B. DYE | Editing memo on contractual subordination (1.3); researching and drafting memo on fraudulent transfers and the automatic stay (7.1) for C. Rivera and T. Zink | 8.40 hrs. |
| 07/17/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.70 hrs. |
| 07/17/09 | G. BRADSHAW | Researched Rule 2004 examination arguments in order to respond to Foundation's Objection to Committee's Rule 2004 Examination Motion (3.4); conf. w/C. Rivera re same (.3); follow-up research re: creditor standing to obtain Rule 2004 examination as an interested party (1.4). | 5.10 hrs. |
| 07/17/09 | J. MARRERO | Review news articles re: Tribune leveraged ESOP transaction for memo re: fraudulent transfer. | 1.80 hrs. |
| 07/17/09 | J. MARRERO | Review legal standard re: action for fraudulent transfer | 0.50 hrs. |
| 07/17/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (1.3); reviewed documents produced in connection with ESOP transaction investigation (4.3); communications with A.Nellos regarding same (.4). | 6.00 hrs. |
| 07/17/09 | A. K. NELLOS | Monitor progress and assign documents to reviewers (1.7); respond to review questions (1.2); compile statistical information and other documents for second-level reviewers (2.0); prepare for (.7) and meet with T.Zink and F.Vazquez regarding "hot documents" and JPM production (.5); begin to review document requests related to Chandler Group and related individuals and its document production (2.6). | 8.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE  August 24, 2009
435 N. MICHIGAN AVENUE        Invoice ******
CHICAGO, IL 60611          Page   34

| | | | |
|---|---|---|---|
| 07/17/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 07/17/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction | 7.00 hrs. |
| 07/17/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.20 hrs. |
| 07/17/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 7.30 hrs. |
| 07/17/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 07/18/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
| 07/18/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 07/18/09 | J. MARRERO | Review news articles re: Tribune leveraged ESOP transaction for indication of fraudulent transfer | 3.80 hrs. |
| 07/18/09 | B. DYE | Research on bankruptcy's power to avoid non-debtor subsidiary's' guarantee for T. Zink. | 1.00 hrs. |
| 07/18/09 | N. T. ZINK | On-line review of JPM documents labeled as "hot" in second review (3.8); review and revise memorandum on incremental facility (.2); review and revise memorandum on subordination issue (.3). | 4.30 hrs. |
| 07/18/09 | C. L. RIVERA | Drafting Rule 2004 response (2.2); legal research re: same (1.1). | 3.30 hrs. |
| 07/18/09 | F. VAZQUEZ | Conf w/Zink re document review (.4); review documents produced in connection w/ESOP discovery requests(.6); email to/from C. Rivera re subordination(.1); email to Butcher re Morgan discovery | 1.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   35
```

                                    (.1).

07/19/09    B. DYE          Research bankrupty's power to        1.80 hrs.
                            avoid non-debtor subsidiary's
                            guarantee for T. Zink.

07/19/09    M. D. ASHLEY    Reviewed materials regarding ESOP    0.80 hrs.
                            transaction investigation.

07/19/09    K. ZAFRAN       On-line review of documents          3.10 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

07/20/09    K. ZAFRAN       On-line review of documents          7.10 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

07/20/09    I SAFIER        On-line review of documents          5.50 hrs.
                            produced in connection with
                            investigation of ESOP Transaction

07/20/09    J. P. NARVAEZ   On-line review of documents          1.60 hrs.
                            produced in connection with
                            investigation of ESOP transaction.

07/20/09    F. PERKINS      On-line review of documents          8.00 hrs.
                            produced in connection with
                            investigation of ESOP Transaction.

07/20/09    Y. YOO          Attended meeting with Alexandra      0.20 hrs.
                            Nellos re: documents produced in
                            connection with investigation of
                            ESOP Transaction (.2).

07/20/09    J. B. PORTER    Conversation with Brown Rudnick re   0.60 hrs.
                            ESOP/LBO investigation (.6);

07/20/09    M. D. ASHLEY    Reviewed documents produced in       6.30 hrs.
                            connection with ESOP transaction
                            investigation (4.6); reviewed
                            materials regarding ESOP
                            transaction (1.7).

07/20/09    E. M. MILLER    On-line review of documents          8.70 hrs.
                            produced in connection with
                            investigation of ESOP Transaction
                            (8.7).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   36

| 07/20/09 | A. K. NELLOS | Complete review / comparison of document requests to Chandler Trusts and related individuals and the requests sent to Goldman Sachs to determine whether requests sent to Goldman Sachs would suffice if materials were provided to or by Goldman Sachs to the Trusts and individuals (2.4); review progress of document review (1.0) and respond to document reviewer issues (.9). | 4.30 hrs. |

| 07/20/09 | N. T. ZINK | Second step online review of JPM documents and flagging especially relevant documents for further review by and discussion with Committee's financial advisors (3.3); prepare for and phone conference with M. Rule, B. Den Uyl and A. Holtz of AlixPartners re solvency analyses and related issues (.5); second step online review of JPM and other documents and flagging especially relevant documents for further review (1.2); review draft reply to Foundations' objection to Rule 2004 motion (.3); conference with C. Rivera re draft reply (.3); further online second step of review of documents for relevancy to solvency and related issues re pre-petition financings (1.7); review and revise memorandum summarizing phone conference with AlixPartners (.4). | 7.70 hrs. |

| 07/20/09 | B. DYE | Researching and drafting memo on jurisdiction to avoid non-bankruptcy subsidiary's guarantees (10.4); Meeting with A. Nellos regarding online review of documents produced regarding the ESOP (.8); | 11.20 hrs. |

| 07/20/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   37

| | | | |
|---|---|---|---|
| 07/20/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 07/20/09 | F. VAZQUEZ | Conf w/Zink and Alix partners re solvency analysis (.4); conf w/Zink re document review (.4); draft memo summarizing call with Alix (.5); review documents produced in connection w/pre-petition investigation(2.7); email to/from Nellos re: confidentiality issues(.1); email to/from Zink re settlement payment (.1). | 4.20 hrs. |
| 07/20/09 | R. A. SCHWINGER | Telephone conversation w/Mark Rule (.2); emails re tracking down dynamic spreadsheet models (0.3); emails re Duff & Philps production issues (0.2); meeting w/A. Nellos re pace of document review (0.2); emails re Zell/EGI et al. email search methodology (0.2); emails w/David Neier re VRC document issues (0.5). | 1.60 hrs. |
| 07/20/09 | C. L. RIVERA | Drafting rule 2004 response (2.4); reviewing related case law (1.6); confer with T. Zink re: same (0.4). | 4.40 hrs. |
| 07/20/09 | H. SEIFE | Review of cases/research on fraudulent conveyance issues (2.1); review of certain discovery results (1.7). | 3.80 hrs. |
| 07/21/09 | H. SEIFE | Review of potential abandonment of actions (.6); review of revised recovery analysis (.8). | 1.40 hrs. |
| 07/21/09 | N. T. ZINK | Conference with C. Rivera and B. Dye re avoidance of upstream guaranty issue (.3); review and revise Response to Foundations' Objection to Committee Rule 2004 Motion (.8). | 1.10 hrs. |
| 07/21/09 | N. T. ZINK | Review and revise draft response to Foundation objection to Rule 2004 motion (.9); phone conference with C. Rivera re draft response (.2); review and execute motion | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    38

for Zink pro hac vice motion (.1);
email to Landis Rath & Cobb re pro
hac vice motion (.1); further
review and revision to draft
response to Foundation objection
(.1); review Mark Rule
(AlixPartners) email re flow of
funds and sources and uses (.1):
prepare chart of key facts for H.
Seife re meeting with JPM (1.1);
review AlixPartners flow of funds
analysis (.3); conference with H.
Seife, D. LeMay and D. Deutsch re
subsidiary guarantee vulnerability
to fraudulent transfer avoidance
and strategic considerations re
fraudulent transfer investigation
and possible litigation (1.0).

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/21/09 | C. L. RIVERA | Drafting/revising motion (3.6); reviewing all cases cited in response for accuracy (1.6); confer with T. Zink throughout day re: comments to response (1.1); meeting with B. Dye re: committee cases on 2004 relief (0.3); reviewing same (0.2); correspondence to D. Rath re: response (0.2); correspondence re: memoranda on discrete research issues (0.2); meeting with B. Dye and T. Zink re: upstream guarantee issue (0.5); confer with B. Dye re: same (0.3); confer with T. Zink re: outline of questions for CFO (0.2). | 8.20 hrs. |
| 07/21/09 | R. A. SCHWINGER | TC with Joe Drayton re MLCC document production (0.3); e-mails re "dynamic" models of spreadsheets (0.5). | 0.80 hrs. |
| 07/21/09 | F. VAZQUEZ | Update discovery chart (.4); email to/from Nellos re discovery chart (.1); review flow of funds from Alix (.2); email to/from Nellos re Alix review of JPM documents (.2); email to/from Ashley re Navigant's rule (.1); review email re subordination issues (.2); review documents produced in connection with discovery requests (1.6). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   39

| 07/21/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (7.6). | 7.60 hrs. |
| 07/21/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 07/21/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |
| 07/21/09 | B. DYE | Researching Rule 2004 issue for C. Rivera (1.8); Cite checking and revising 2004 Motion for C. Rivera (1.5); Researching issues of jurisdiction over avoidance of non-debtor subsidiary's guarantees, settlement payment defense, and guarantor standing to bring UFTA/UFCA claim for T. Zink and C. Rivera (8.0). | 11.30 hrs. |
| 07/21/09 | L. F. MOLONEY | Review and process media wtth documents for loading onto Relativity discovery database (.6); corresponding with A. Nellos re. newly-received documents (.8). | 1.40 hrs. |
| 07/21/09 | A. K. NELLOS | Review correspondence from JPMorgan's counsel and draft letter in response (1.7); review progress of document review (.8); allocate documents to reviewers (.9) and respond to questions from reviewers (1.2); conference with L.Moloney regarding questions of reviewers and newly-produced documents which need to be added to relativity (.9). | 5.50 hrs. |
| 07/21/09 | E. M. MILLER | On-line review of documents produced in connection with investigation of ESOP Transaction (9.1). | 9.10 hrs. |
| 07/21/09 | J. MARRERO | Draft memo re: 2007-2008 news articles discussing Tribune ESOP transaction. | 4.20 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    40
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/21/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (4.2); reviewed materials regarding ESOP transaction (1.2). | 5.40 hrs. |
| 07/21/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 4.60 hrs. |
| 07/21/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: review of Duff Phelps documents produced in connection with investigation of ESOP Transaction. | 0.10 hrs. |
| 07/21/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 07/21/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.10 hrs. |
| 07/21/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction | 6.50 hrs. |
| 07/21/09 | K. ZAFRAN | On-line reveiw of documents produced in connection with investigation of ESOP transaction. | 5.40 hrs. |
| 07/22/09 | K. ZAFRAN | On-line review of documents produced in connection with the investigation of ESOP transaction. | 4.10 hrs. |
| 07/22/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (7); emails with A. Nellos re: same (.5). | 7.50 hrs. |
| 07/22/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.30 hrs. |
| 07/22/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    41

| | | | |
|---|---|---|---|
| 07/22/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 1.80 hrs. |
| 07/22/09 | M. D. ASHLEY | Prepared for meeting with T. Zink, F. Vazquez, C. Rivera regarding ESOP transaction investigation (.6); meeting with T. Zink, F. Vazquez, C. Rivera regarding ESOP transaction investigation (.5); reviewed documents produced in connection with ESOP transaction investigation (3.2); reviewed materials regarding ESOP transaction investigation (1.0). | 5.30 hrs. |
| 07/22/09 | J. MARRERO | Research additional news articles from Apr. 2007 - Dec. 2007 re: Tribune ESOP transaction | 0.50 hrs. |
| 07/22/09 | E. M. MILLER | On-line review of documents produced in connection with investigation of ESOP Transaction (4.1). | 4.10 hrs. |
| 07/22/09 | A. K. NELLOS | Review second level issues and assign documents to reviewers (1.3); respond to first reviewers and re-assign/shift Duff & Phelps documents to expedite completition of review (1.8); review correspondence from JPMorgan's counsel and circulate related new documents (.8); correspond with L.Moloney regarding new JPMorgan documents (.4). | 4.30 hrs. |
| 07/22/09 | D. E. DEUTSCH | Review multiple e-mails from litigation team re: ESOP financing analysis next step (.4). | 0.40 hrs. |
| 07/22/09 | B. DYE | Meeting with C. Rivera to discuss subordination research (.4); online review of documents provided in connection with the ESOP transaction (2.2); researching Tribune online SEC filings on the tender offer for C. Rivera (1.6); researching Rule 2004 issue and updating Rule 2004 motion for C. Rivera (2.8); researching issue of subordination | 12.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   42


                          of an avoided guarantee for T.
                          Zink and C. Rivera (5.2).

07/22/09   J. NOBLE       Online review of documents          1.30 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

07/22/09   E. GRIMALDI    On-line review of documents         3.80 hrs.
                          produced in connection with
                          investigation of ESOP transaction.

07/22/09   G. BRADSHAW    On-line review of documents         7.30 hrs.
                          produced in connection with
                          investigation of ESOP transaction
                          (7.3).

07/22/09   F. VAZQUEZ     Conf w/Zink, Rivera and Ashley re   5.60 hrs.
                          second level document review and
                          next steps (.5); on-line review
                          documents in connection w/second
                          level document review (3.8); conf
                          w/Zink re hot documents(.2); conf
                          with Nellos re next steps (.2);
                          conf w/Butcher re form
                          confidentiality agreement (.1);
                          review correspondence from
                          Bracewell & Giuiliani on behalf of
                          lenders (.2); email to/from Nellos
                          re second level review (.1); email
                          to/from Schwinger & Butcher re CA
                          (.1); draft document re supplement
                          payment defense (.4).

07/22/09   R. A. SCHWINGER  E-mails re Debtors' document      0.70 hrs.
                          production, particularly "dynamic"
                          models (0.3); review A. Nellos'
                          analysis of Dean Kitchens'
                          proposal re documents in Goldman
                          Sachs' possession (0.4).

07/22/09   C. L. RIVERA   Meeting with T. Zink, M. Ashley     7.50 hrs.
                          and F. Vazquez re: review of
                          documents, findings (0.5); meeting
                          with B. Dye re: status of upstream
                          guarantee research (0.4);
                          correspondence with D. Rath re:
                          comments to updated draft (0.2);
                          revising draft for comments (3.3);
                          on-line document review in
                          connection with investigation of
                          ESOP transaction (1.8); limited
                          research re: committee use of 2004

|            |             | (0.3); confer with B. Dye re: SEC info needed re: Foundations (0.2); reviewing same (0.8). |           |
| 07/22/09 | N. T. ZINK | Revise Committee Response to Foundations' objection to Committee Motion for Rule 2004 Examination (1.5); conference with C. Rivera re same (.2); conference with H. Seife re same (.1); conference with C. Rivera, F. Vazquez and M. Ashley re second step document review (.5); further revision to Committee Response to Foundations' objection to Committee Motion for Rule 2004 Examination (1.2); further second step review of documents produced through our discovery (1.1). | 4.60 hrs. |
| 07/22/09 | H. SEIFE | Review of Moelis report on historical market (.5); review of discovery status (.4); review of cases/issues regarding standing (2.8). | 3.70 hrs. |
| 07/23/09 | H. SEIFE | Review of discovery issues (.6); review of relevant documents on fraudulent conveyance issues (2.0); meeting with D.LeMay regarding possible defenses (1.2). | 3.80 hrs. |
| 07/23/09 | N. T. ZINK | Conference with H. Seife and D. LeMay re fraudulent transfer issues (1.3); phone conference with A. Holtz re intercompany claims issue (.1); further phone conference with A. Holtz re same (.1); conference with C. Rivera and B. Dye re additional fraudulent transfer research required in connection with investigation of pre-petition financings (1.3); further phone conference with A. Holtz re intercompany claim issue (.1); review SEC filings re Broadcast Holdco formation and role in Leveraged ESOP Transactions (1.7); online second step review of documents produced in response to discovery (1.6); review and revise | 6.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    44

|  |  |  |  |
|---|---|---|---|
|  |  | Committee Reply to Foundations' Objection to Rule 2004 Motion (.3); phone conference with D. Gallai re PBGC and unfunded pension liability issues (.2). |  |
| 07/23/09 | N. T. ZINK | Further online second step review of JPM documents in anticipation of meeting with counsel for JPM (1.6). | 1.60 hrs. |
| 07/23/09 | D. GALLAI | Conf. w/ T. Zink re: PBGC and pension plan issues. | 0.20 hrs. |
| 07/23/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: fraudulent conveyance analysis, ability to avoid guarantees at lower levels that end up solvent (1.4); meeting with T. Zink, D. LeMay and B. Dye re: same, structure of Tribune entities, policy issues (0.3); analysis/review of Code/legislative history re: same (0.4); finalizing 2004 response for filing (0.3); review new case law added (0.4); call with Landis re: same (0.1); on-line review of produced documents in connection with ESOP transaction investigation (.9). | 3.80 hrs. |
| 07/23/09 | D. M. LeMAY | Review latest Moelis "scenarios" chart (0.9). Meeting w/H. Seife to discuss possible structural defenses the senior banks might raise (1.2).  Meeting w/T. Zink and C.Rivera re: structure of Tribune entities (0.6).  Legal review re: same (2.2). | 4.90 hrs. |
| 07/23/09 | R. A. SCHWINGER | E-mail to Dean Kitchens re Chandler Trust/directors production issues (0.3), review of background memo re same (0.5) and TC with T. Zink, F. Vazquez re same (0.3); e-mail to Charles Smith re Great Banc production status (0.1); e-mails to George Dougherty re FitzSimons production status (0.2). | 1.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   45

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 07/23/09 | F. VAZQUEZ | Conf w/Zink and Schwinger re Chandler discovery (.1); conf w/Zink re co-investment agreement (.2); conf w/Zink re avoidance of guarantees (.1); research re settlement payment & fraudulent conveyance remedies (1.3); conf w/Porter re effect of Cubs transaction on pre-petition transaction (.2); review Moelis presentation (.3); conf w/Ashley re Moelis presentation (.4); draft memo re settlement payment (.7); on-line review of produced documents in connection with ESOP investigation (3.7); email re confidentialty of documents (.2); email to/from Ashley re Moelis and Alix roles (.2); email to Zink re Computershare (.1). | 7.50 hrs. |
| 07/23/09 | A. A. GIACCIA | Respond to inquiries from Ted Zink re: CERCLA liability | 0.30 hrs. |
| 07/23/09 | G. BRADSHAW | On-line review of documents produced in connection with investigation of ESOP transaction (5.5); prepared summary of Duff & Phelps documents reviewed to date (1.1); prepared report on review of discovery requests sent to Duff & Phelps and JPMorgan (.8). | 7.40 hrs. |
| 07/23/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |
| 07/23/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 2.90 hrs. |
| 07/23/09 | B. DYE | Meeting with C. Rivera and T. Zink discussing section 548 and benefit of the estate research (1.4); meeting with C. Rivera, T. Zink, and D. LeMay regarding the structure of the Tribune holdco companies (.3); researching and drafting memo on section 548 and benefit of the estate memo ( 9.4); summarizing findings of online document review of provided ESOP | 12.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       August 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page   46


                              documents (1.2).

07/23/09   D. E. DEUTSCH      Review of materials from Moelis      1.20 hrs.
                              re: analysis of various litigation
                              scenario recoveries and work on
                              proposed edits for same (.9); two
                              follow-up e-mails to Moelis team
                              re: creation of presentation for
                              JPMorgan on same (.3).

07/23/09   A. K. NELLOS       Assign documents to reviewers (.9)   9.10 hrs.
                              and respond to reviewer questions
                              (1.1); review background of ESOP
                              transaction with K.Zafran and
                              discovery process (.7); review and
                              determine whether documents
                              produced by D&P have responded to
                              requests asked (4.2); draft letter
                              regarding same (1.5); perform
                              search of particular terms per
                              request of T.Zink (.7).

07/23/09   E. M. MILLER       On-line review of documents         3.30 hrs.
                              produced in connection with
                              investigation of ESOP Transaction
                              (3.0); update production log re
                              same and send to A Nellos (0.3).

07/23/09   J. MARRERO         Research additional news articles   1.10 hrs.
                              re: Tribune ESOP transaction (2007)

07/23/09   M. D. ASHLEY       Reviewed documents produced in      7.60 hrs.
                              connection with ESOP transaction
                              investigation (5.8); reviewed
                              related materials (1.2);
                              communications regarding ESOP
                              transaction investigation (.6).

07/23/09   J. B. PORTER       On-line review of documents         5.40 hrs.
                              produced in connection with
                              investigation of ESOP transaction

07/23/09   F. PERKINS         On-line review of documents         6.00 hrs.
                              produced in connection with
                              investigation of ESOP Transaction.

07/23/09   Y. YOO             Corresponded by email with          0.10 hrs.
                              Alexandra Nellos re: review of
                              JPMorgan documents produced in
                              connection with investigation of
                              ESOP Transaction (.1).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   47


| 07/23/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.60 hrs. |
|---|---|---|---|
| 07/23/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (7.5); emails with A. Nellos re: same (.7). | 8.20 hrs. |
| 07/23/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.20 hrs. |
| 07/24/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transactoin (6.0); attend team meeting regarding discovery progress (.5). | 6.50 hrs. |
| 07/24/09 | J. P. NARVAEZ | Meeting with A. Nellos re: status of document review. | 0.50 hrs. |
| 07/24/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.40 hrs. |
| 07/24/09 | Y. YOO | Conducted on-line review of documents produced in connection with investigation of ESOP Transaction (3.4 hours); attended meeting with Alexandra Nellos and document review team re: progress (.5); corresponded by email with Alexandra Nellos re: same (.6). | 4.50 hrs. |
| 07/24/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (2.5); emails with A. Nellos re: JPM chart (1.5); meeting with team re: progress of discovery (.5); | 4.50 hrs. |
| 07/24/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 07/24/09 | F. PERKINS | Document review meeting with A. Nellos and other reviewers regarding the status of the project. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    48


| 07/24/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 5.20 hrs. |

| 07/24/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation (2.2); reviewed documents produced in connection with ESOP transaction investigation (6.2); meeting with team regarding ESOP transaction investigation (.6). | 9.00 hrs. |

| 07/24/09 | E. M. MILLER | Review JPM document requests and update document production logs re same in connection with investigation of ESOP Transaction (0.7). | 0.70 hrs. |

| 07/24/09 | A. K. NELLOS | Assign documents to reviewers (.8) respond to reviewer questions (.7) and resolve issues with Relativity (.4); meeting with first-tier reviewers regarding discovery progress (.6); meeting with R.Schwinger regarding Duff & Phelps discovery letter (.3) and finalize same (1.5); review document requests to determine responsiveness of JPMorgan documents (including input from first-tier reviewers (3.2); finalize letter to JPMorgan regarding outstanding discovery issues (2.4). | 9.90 hrs. |

| 07/24/09 | B. DYE | Summarizing documents reviewed in connection with the ESOP transaction for A. Nellos (.5); Meeting with A. Nellos to discuss documents produced in connection with the ESOP transactions (.5); reviewing Rule 2004 motion (.3); researching and drafting memo on benefit of the estate and section 548 issue for T. Zink and C. Rivera (6.9). | 8.20 hrs. |

| 07/24/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction (3.3).  Conf. w/ document review team (0.4). | 3.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   49


07/24/09   E. GRIMALDI       On-line review of documents          5.90 hrs.
                             produced in connection with
                             investigation of ESOP transaction
                             (5.4); working group meeting re:
                             discovery progress (.5).

07/24/09   G. BRADSHAW       On-line review of JPMorgan           4.90 hrs.
                             documents produced in connection
                             with investigation of ESOP
                             transaction (2.9); prepared
                             compliance summary of JPMorgan
                             documents analyzing whether
                             JPMorgan complied with discovery
                             request (.7); Attended document
                             review meeting w/document review
                             team re: progress (.6); On-line
                             review of Merrill Lynch Documents
                             produced in connection with
                             investigation of ESOP Transaction
                             (.7).

07/24/09   F. VAZQUEZ        Conf w/Zink & Nellos re doc review   4.50 hrs.
                             (.3); conf w/Zink re reply to 2004
                             objection (.2); conf w/Zink re
                             settlement payment (.2); conf
                             w/Porter re possible defendants
                             (.1); call to Rule re
                             computershare (.1); on-line review
                             of produced documents in
                             connection with ESOP investigation
                             (3.1); email to/from Zink re
                             settlement payment (.1); revise
                             discovery chart (.3); email re
                             Foundations response to 2004 reply
                             (.1).

07/24/09   R. A. SCHWINGER   Prepare response to JP Morgan        5.90 hrs.
                             counsel re e-mail search
                             methodology (1.9); review/revise
                             letter to Duff & Phelps counsel re
                             document production issues (1.0)
                             including meetings with A. Nellos
                             re same (0.3); e-mail to Debtors'
                             counsel (Mike Sweeney) re
                             production of material held by
                             Debtors' advisers, including
                             Sidley Austin LLP (0.6); TC with
                             Sweeney re various document
                             production issues (0.8) and
                             follow-up e-mails re same (0.4);
                             TC with George Dougherty re

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   50


|            |              | FitzSimons production (0.1);<br>Finalize letter to Sharon Katz re<br>JPM production (0.8). |           |
|------------|--------------|------------------------------------------------------------------------------------------|-----------|
| 07/24/09   | D. M. LeMAY  | T/cs w/potential special counsel for fraudulent transfer litigation (0.7).  Conference w/H. Seife re: possible structural defenses that senior lenders could raise (0.6) Legal review of possible structural defenses thereto (2.8). | 4.10 hrs. |
| 07/24/09   | C. L. RIVERA | On-line review of produced documents in connection with ESOP transaction investigation (2.6); review lenders correspondence from 12/2007 provided in A. Nellos email (0.4); correspondence re: document review, documents from JP (0.6). | 3.60 hrs. |
| 07/24/09   | H. SEIFE     | Prepare for meeting with DPW and Steering Committee (1.6) including conference with D.LeMay (.6); review and revised presentation materals for DPW meeting (1.8). | 4.00 hrs. |
| 07/24/09   | N. T. ZINK   | Review and consideration of various statutory and other defenses to fraudulent transfer liability in light of two-step nature of transaction and allegations of lack of plaintiffs with standing with review of statutory language and relevant case law (3.2); review step one transactions including formation of Tribune Broadcasting Holdco and rationale for such formation (.8); review SEC Filings re purpose of formation of Tribune Broadcasting Holdco and Relativity document re same (2.2). | 6.20 hrs. |
| 07/25/09   | B. DYE       | Drafting memo on section 548 and the benefit of the estate requirement. | 1.00 hrs. |
| 07/26/09   | B. DYE       | Drafting and editing memo on section 548 and benefit of the estate requirement | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   51


| 07/26/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation. | 1.40 hrs. |
| 07/26/09 | C. L. RIVERA | Review memo re: trustee standing issue prepared by B. Dye (0.3); reviewing case law cited in memo (1.6). | 1.90 hrs. |
| 07/27/09 | C. L. RIVERA | Revising/drafting sections of memo re: benefit of estate/548 analysis (2.2); research re: same (1.9); confer with B. Dye throughout day re: same (0.6); on-line review of documents produced in connection with ESOP investigation (0.4). | 5.10 hrs. |
| 07/27/09 | D. M. LeMAY | T/c to possible conflicts counsel (0.3). | 0.30 hrs. |
| 07/27/09 | F. VAZQUEZ | Email to/from Zink re White documents (.1); email re Great Bank document (.1); conf w/Porter re Tribune Finance (.3); conf w/Bradshaw re Tribune Finance (.1); conf w/Zink re Tribune Finance (.2); review emails re Tribune Finance (.2); email re discovery from Houlihan (.2). | 1.20 hrs. |
| 07/27/09 | F. VAZQUEZ | Conf w/Zink re Houlihan's role; (.3); review documents produced in connection w/discovery (4.3); conf w/Porter re first step (.1); conf w/Rule re Computershare (.2); conf w/Zink re settlement payment (.1); update discovery chart (.2). | 5.20 hrs. |
| 07/27/09 | H. SEIFE | Telephone conference with Rosner (.3); review of Rosner discovery request (.4); telephone conference with Lerner regarding special counsel (.3); email to J.Beldner regarding litigation counsel (.3); review of litigation counsel issues (.8); prepare for JPMorgan meeting (1.3). | 3.40 hrs. |
| 07/27/09 | S. LEE | Conf. calls M. Alpert and T. Zink re Reg S-X 3-16 separate financial statements of subsidiary whose securities are pledged as collateral. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    52

| 07/27/09 | R. A. SCHWINGER | Conference call with Len Shifflett, Dan Rath, Matt McGuire, T. Zink to resolve by stipulation Committee's Rule 2004 motion against McCormick/Cantigny Foundations (0.5); reading Rule 2004 motion papers in preparation for same (1.0); follow-up meeting with T. Zink (0.3); review dynamic model issues (0.3) and e-mail to Alix Partners re start of same (0.2); review letter from Debtors' counsel re accumulated discovery issues and start planning response (1.4) including meeting with M. Ashley re same (0.7); e-mails re discovery to Houlihan Lokey (0.2). | 4.60 hrs. |
| 07/27/09 | M. A. ALPERT | Confs. with T. Zink re: SEC rules in connection with Tribune financing (0.2); reviewed documents re: same (0.7). | 0.90 hrs. |
| 07/27/09 | N. T. ZINK | Prepare for call with Foundations' counsel re discovery dispute (.3); conference with B. Schwinger re call with Foundations (.1); phone conference with Foundations' counsel re discovery dispute and possible resolution (.3); subsequent call with M. McGuire re settlement protocol and hearing details (.1); email with D. Deutsch re Foundations' discovery dispute and possible resolution (.1); prepare fact sheet for meeting with counsel for JPM (1.5); review Moelis scenarios analyses re avoidance actions results (.7); conference with F. Vazquez re Houlihan Lokey involvement re Leveraged ESOP Transactions and the need to request document from Houlihan Lokey (.2); further preparation of fact sheet for meeting with JPM (.8). | 4.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         August 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    53


07/27/09   N. T. ZINK        Review and revise memorandum re          4.20 hrs.
                             priorities of debt subordinated as
                             fraudulently incurred and
                             contractually subordinated debt
                             (.6); second step online review of
                             documents produced in response to
                             ESOP discovery (1.9); phone
                             conference with K. Zafran re first
                             step online document review re
                             Tribune Broadcasting Holdco, LLC
                             and Tribune Finance, LLC (.1);
                             prepare email to C. Rivera re
                             section 548 research (.2); further
                             second step online review of
                             documents in response to ESOP
                             discovery (.8); conference with F.
                             Vazquez re Houlihan Lokey solvency
                             opinion issue (.1); review and
                             revise Vazquez email message re
                             Houlihan Lokey discovery (.2);
                             emails to D. Rath and M. McGuire
                             re July 28 hearing re Foundation
                             objection to Rule 2004 motion (.3).


07/27/09   M. D. ASHLEY      Reviewed materials regarding ESOP        8.80 hrs.
                             transaction investigation
                             discovery (1.4); reviewed
                             documents produced in connection
                             with ESOP transaction
                             investigation (6.6);
                             communications with R.Schwinger
                             regarding ESOP discovery issues
                             (.8).


07/27/09   A. K. NELLOS      Review progress of reviewers (.4);       1.40 hrs.
                             assign additional documents (.6)
                             review and analyze second-level
                             reviewers research progress (.4)


07/27/09   D. E. DEUTSCH     Exchange e-mails with ESOP               0.20 hrs.
                             investigative team re: coverage of
                             tomorrow's hearing on 2004 motions
                             (.2).


07/27/09   B. DYE            Researching and drafting memo on        10.70 hrs.
                             Benefit of the Estate and section
                             548 issue for C. Rivera and T.
                             Zink (10.1); Conferred with C.
                             Rivera throughout the day
                             regarding the research (.6)

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   54


| 07/27/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.50 hrs. |
| 07/27/09 | G. BRADSHAW | On-line review of Merrill Lynch Documents produced in connection with investigation of ESOP Transaction (4); reviewed documents re: Tribune Finance LLC for T. Zink (2.3). | 6.30 hrs. |
| 07/27/09 | L. F. MOLONEY | Review and process media for loading onto discovery database (1.1); discussion with K. Zafran re. "Tribune Finance" document review issues (.7). | 1.80 hrs. |
| 07/27/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 07/27/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 5.00 hrs. |
| 07/27/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.00 hrs. |
| 07/27/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (7.5); Additional review for use of Tribune Financial(1). | 8.50 hrs. |
| 07/27/09 | Y. YOO | Performed on-line review of documents produced in connection with investigation of ESOP Transaction for details re: relation between creation of Tribune Finance, LLC and the First Step Transactions (6.4 hours); corresponded by email with Francisco Vazquez and Kim Zafran re: same (.6). | 7.00 hrs. |
| 07/27/09 | K. ZAFRAN | Distribute K&L Gates Letter and CD with documents (.3); Assign GreatBanc documents to first level reviewers (.3); conference with Complete Documents and L.Moloney re "Tribune Finance" document | 4.00 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   55
```

|            |                |                                                                                                                                                                                      |           |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | review (1.0); perform on-line review of Tribune Finance documents (2.0); perform on-line review of documents produced in connection with investigation of ESOP transaction (.4).      |           |
| 07/28/09   | K. ZAFRAN      | Gather and provide document requests to M. Ashley (.5); work with F. Perkins to compare Committee and Kasowitz document requests (1.5); on-line review of documents produced in connection with investigation of ESOP transaction (1.6). | 3.60 hrs. |
| 07/28/09   | J. P. NARVAEZ  | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                           | 2.70 hrs. |
| 07/28/09   | Y. YOO         | Performed on-line review of documents produced in connection with investigation of ESOP Transaction for details re: relation between creation of Tribune Finance, LLC and the First Step Transactions (1.4 hours). | 1.40 hrs. |
| 07/28/09   | I SAFIER       | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                           | 7.20 hrs. |
| 07/28/09   | F. PERKINS     | Reviewed detailed analysis of document requests of Kasowitz and create summary chart for same.                                                                                       | 4.00 hrs. |
| 07/28/09   | F. PERKINS     | On-line review of documents produced in connection with investigation of ESOP Transaction.                                                                                           | 6.00 hrs. |
| 07/28/09   | J. B. PORTER   | On-line review of documents produced in connection with investigation of ESOP transaction                                                                                            | 2.50 hrs. |
| 07/28/09   | R. J. GAYDA    | Discuss memorandum on benefit to estate/548 w T. Zink and B. Dye (.2); review same (.3).                                                                                              | 0.50 hrs. |
| 07/28/09   | E. GRIMALDI    | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                           | 5.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE    August 24, 2009
435 N. MICHIGAN AVENUE                           Invoice ******
CHICAGO, IL 60611                                Page   56


07/28/09   B. DYE            Researching and drafting memo on    14.30 hrs.
                             Benefit of the Estate requirement
                             and section 548 for T. Zink and C.
                             Rivera (9.8 ); editing memo on
                             benefit of the estate and section
                             548 (3.7); including meeting with
                             T.Zink and C.Rivera regarding same
                             (.8).

07/28/09   D. E. DEUTSCH     Prepare outline of options related   3.30 hrs.
                             to selection of Committee special
                             counsel (1.3); review and
                             follow-up to inquiry from Ted Zink
                             re: factual issue on prepetition
                             financings (.2); review memorandum
                             on discovery requests and
                             follow-up with Ted Zink regarding
                             pending matter (.5); review reply
                             to motion re: 2004 discovery
                             request (.2); review discovery
                             requests from Kasowitz and related
                             e-mail memos (.7) and draft
                             memorandum to Committee re: same
                             (.4).

07/28/09   D. E. DEUTSCH     Review affidavit re: Epiq            0.40 hrs.
                             disclosure of work for JPM (.2);
                             e-mail Chadbourne ESOP
                             investigation team on same (.2).

07/28/09   A. K. NELLOS      Review and respond to reviewer       0.60 hrs.
                             questions (.3); review progress of
                             document review (.3).

07/28/09   M. D. ASHLEY      Reviewed materials regarding ESOP    8.80 hrs.
                             transaction investigation
                             discovery (2.5); reviewed
                             documents produced in connection
                             with ESOP transaction
                             investigation (5.6); prepared for
                             meeting and met with E. Buckthal
                             regarding legal research related
                             to discovery efforts (.3);
                             communications with R.Schwinger re
                             document production issues (.4).

07/28/09   E. BUCKTHAL       Conference with Marc Ashley re:      0.20 hrs.
                             assignment re: scope of e-mail
                             discovery.

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   57


| 07/28/09 | N. T. ZINK | Prepare for meeting with counsel for JPM (review Preliminary Report) (1.4); review section 548 and 550 re "for the benefit of the estate" issue (.8); conference with C. Rivera and B. Dye re memorandum on section 548 standing issue (.8); review draft of memorandum on 548 standing issue (1.3); review and revise fact sheet for use at JPM meeting (1.1); attention to discovery from Houlihan, Lokey (.1); review request addressed to Houlihan, Lokey (.1); review Debtors' Statement of Financial Affairs re payments on Credit Agreement and Bridge Facility in 90 day preference period (.3); review Moelis recovery analyses (.8). | 6.70 hrs. |
| 07/28/09 | H. SEIFE | Telephone conference with Moelis regarding presentation (.3) and telephone conference with AlixPartners regarding solvency (.3); conference with T.Zink regarding discovery (.3); review Moelis presentation (1.0); telephone conference with Lerner regarding special counsel (.3); telephone conference with Beldner regarding special counsel (.4); preparation for meeting at DPW (2.2). | 4.80 hrs. |
| 07/28/09 | F. VAZQUEZ | Conf w/Schwinger re discovery (.3); Review documents produced (2.4); review Houlihan related documents (1.1); draft discovery request to send to Houlihan (.9). | 4.70 hrs. |
| 07/28/09 | R. A. SCHWINGER | Preparing updated report to Committee re status of discovery (2.0) including meeting with K. Zafran re same (0.6); review 7/27/09 response from Debtors' counsel re document production issues and M. Ashley analysis of same (0.9) including meeting with M. Ashley re same (0.3); review 7/28/09 response from JPM's counsel re document production | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page    58

|  |  |  |  |
|---|---|---|---|
|  |  | issues (0.6) and prepare response to same (0.7) including meeting with F. Vazquez re same (0.3); e-mails re next steps as to documents from Chandler parties' advisers in light of e-mail from Dean Kitchens (0.3); review and comment on draft of document demand to Houlihan Lokey (0.8); e-mails with VRC's counsel re document production issues (0.5); attention to document demands proffered by Kasowitz Benson o/b/o Law Debenture Trust Company of New York (0.4). |  |
| 07/28/09 | C. L. RIVERA | Research re: Glanz decision, reviewing same (0.8); meeting with T. Zink and B. Dye re: conclusions re: benefit to estate/548 interplay (0.9); confer with B. Dye throughout day re: research questions/issues (2.6); drafting fact insert to memorandum (0.6); confer with T. Zink re: same (0.3); drafting/revising analysis re: new focus of memo (5.4); reviewing cases cited in memorandum (4.7). | 15.30 hrs. |
| 07/29/09 | C. L. RIVERA | Meeting with H. Seife and T. Zink re: analysis re: benefit to the estate/548 interplay (1.1); follow-up research in light of meeting re: analogous situations and reviewing relevant case law (4.3); revising related memorandum re: same (2.1). | 7.50 hrs. |
| 07/29/09 | D. M. LeMAY | Review draft materials for tomorrow's meeting w/JPMC (1.8). Meeting w/T. Zink and D. Deutsch to prepare for meeting and finalize materials (.7). | 2.50 hrs. |
| 07/29/09 | F. VAZQUEZ | Email to/from Schwinger re Rustic discovery (.2); email to/from Landis re status of the document production (.2); email to/from Zink re incremental facility (.2); email to/from Zaffron & Deutsch re discovery statistics (.2); email | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   59

|  |  |  |  |
|--|--|--|--|
|  |  | to/from Zink re discovery chart (.1); revise Houlihan discovery (.2); email re Houlihan discovery (.1). |  |
| 07/29/09 | F. VAZQUEZ | Conf w/Zink re next steps (.3); on-line review of documents produced in connection with ESOP investigation (3.7); review memo re discovery & revise same(1.5); revise discovery chart (.4); conf w/Miller re second tier doc review (.3); conf w/Schwinger re discovery memo (.2); conf w/Porter re result of transaction (.2); conf w/Deutsch re discovery memo (.1); review & revise discovery memo (.3); conf w/Landis re discovery status (.1); conf w/Seife & Zink re new target (.1); conf w/ Zink re meeting with JPM (.2). | 7.40 hrs. |
| 07/29/09 | H. SEIFE | Conference call with DPW regarding discovery (.4); conference with T.Zink and C.Rivera regarding fraudulent conveyance issues (1.1); prepare for meeting with DPW and Kramer (3.1); email to Lerner regarding special counsel (.3); telephone conference with Beldner regarding special counel (.3). | 5.20 hrs. |
| 07/29/09 | N. T. ZINK | Prepare for meeting with H. Seife and C. Rivera re section 548 standing issue (.9); conference with H. Seife and C. Rivera re section 548 standing issue (1.2); review Moelis recovery analysis (.6); review and revise fact sheet for JPM meeting (1.2); further review and revision to revised Moelis recovery analysis (.6); prepare for meeting with counsel for JPM (1.8); conference with H. Seife and D. LeMay re Moelis recovery analysis including phone conference with Moelis re recovery analysis (1.0); further phone conference with L. Kwon and Vishal Patel of Moelis re recovery | 9.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    60

|            |                  |                                                                                                                                                                                                                                                                                                                                                                                                                      |            |
|------------|------------------|------|------------|
|            |                  | analysis (.4); draft questions for C. Bigelow interview (.2); further preparation for meeting with counsel for JPM and review standing cases and redraft of memorandum re same (1.7). | |
| 07/29/09   | R. A. SCHWINGER   | Continued work on discovery status update report to Committee (3.8) including TCs, e-mails with F. Vazquez, K. Zafran re same (0.6); draft stipulation to resolve Rule 2004 motion against McCormick/Cantigny Foundation (2.3)  including e-mails with Dan Rath, Matt McGuire re same (0.4); e-mails with Marc Hauser re Zell/EGI e-mail production (0.6); email to George Dougherty re status of FitzSimons production (0.2); e-mail to Mike Sweeney re Robert Morrison documents (0.2). | 8.10 hrs. |
| 07/29/09   | E. BUCKTHAL      | Research discovery obligations of parties (3.6); discuss results with M. Ashley (.3). | 3.90 hrs. |
| 07/29/09   | M. D. ASHLEY     | Reviewed documents produced in connection with ESOP transaction investigation (5.3); reviewed materials regarding ESOP transaction investigation discovery (1.4); meeting with E. Buckthal regarding legal research related to discovery efforts (.3); reviewed legal research materials (.7); communications regarding ESOP transaction investigation (.5). | 8.20 hrs. |
| 07/29/09   | E. M. MILLER     | Brief phone conference with F Vazquez re second level document review (0.4 hr) On-line (second level) review of documents produced in connection with investigation of ESOP Transaction. (1.8 hr) | 2.20 hrs. |
| 07/29/09   | J. MARRERO       | Prepare supplemental memo re: certain news articles on ESOP transaction. | 2.60 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   61
```

| 07/29/09 | D. E. DEUTSCH | Review 2004 exam materials sent by third party (.2); e-mail Jason Porter re: next steps with Committee on same (.1); review and mark-up revised materials from Moelis re: ESOP transaction (1.1); related discussions with David LeMay and, in part, Ted Zink (.6); review written materials on ESOP transaction (.5) and meet with Jason Porter re: creation of flow-chart on same (.2); review and revise additional materials on ESOP transaction (1.8); review (.2) and discuss changes to updated due diligence memorandum with Frank Vazquez (.1); e-mail document review team re: additional data for document review update to Committee (.2). | 5.00 hrs. |
|---|---|---|---|
| 07/29/09 | B. DYE | Editing memo on Benefit of the Estate requirement and section 548 for C. Rivera | 0.50 hrs. |
| 07/29/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.80 hrs. |
| 07/29/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 07/29/09 | L. F. MOLONEY | Review and process additional documents to Relativity database (.6) and corresponding with K. Zafran re document processing (.2). | 0.80 hrs. |
| 07/29/09 | J. B. PORTER | Drafted chart outlining the steps of the ESOP/LBO transaction | 2.70 hrs. |
| 07/29/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 07/29/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      August 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   62
```

| 07/29/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.80 hrs. |
|---|---|---|---|
| 07/29/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.1); complete statistics of documents reviewed for memo to the Committee and provide to B. Schwinger (1.3). | 7.40 hrs. |
| 07/30/09 | K. ZAFRAN | Prepare email for D. Deutsch showing comparison of documents reviewed on July 14th and July 30th for Committee (1.0); on-line review of documents produced in connection with investigation of ESOP transaction (4.2). | 5.20 hrs. |
| 07/30/09 | Y. YOO | Performed on-line review of documents produced in connection with investigation of ESOP Transaction (5.4). | 5.40 hrs. |
| 07/30/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.00 hrs. |
| 07/30/09 | J. B. PORTER | Continued drafting of detailed chart outlining the various steps of the ESOP/LBO transaction | 2.00 hrs. |
| 07/30/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.00 hrs. |
| 07/30/09 | G. BRADSHAW | On-line review of Merrill Lynch Documents produced in connection with investigation of ESOP Transaction (2.4). | 2.40 hrs. |
| 07/30/09 | B. DYE | Follow up research issues regarding the Adelphia and Coleman case for C. Rivera (4.1); online review of documents produced regarding the ESOP transaction (1.4) | 5.50 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   63
```

| 07/30/09 | D. E. DEUTSCH | Exchange e-mails with Jason Porter re: ESOP due diligence and edit related posting note (.2); telephone conversation with David LeMay re: retention of special counsel (.2). | 0.40 hrs. |
|---|---|---|---|
| 07/30/09 | A. K. NELLOS | Review and respond to reviewer questions (.5); review progress of document review (.3). | 0.80 hrs. |
| 07/30/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (3.1 hrs) | 3.10 hrs. |
| 07/30/09 | M. D. ASHLEY | Reviewed materials regarding ESOP transaction investigation discovery efforts (1.6); reviewed legal research materials regarding discovery obligations (1.2); reviewed documents produced in connection with ESOP transaction investigation (4.6); prepared for meeting (.2) and met with C. Rivera regarding C. Bigelow interview (.4); reviewed materials regarding C. Bigelow interview (.8). | 8.80 hrs. |
| 07/30/09 | E. BUCKTHAL | Research discovery caselaw on parties obligations to produce documents, requirements for burdensomeness objections (3.2); summarize research for M.Ashley (1.3); correspond with M.Ashley regarding reserach (.3). | 4.80 hrs. |
| 07/30/09 | R. A. SCHWINGER | Issuing document demand to Houlihan Lokey (0.7); review proposed markups to stipulation resolving Rule 2004 motion against McCormick/Cantigny Foundations (1.0) and e-mails responding to same with Len Shifflett, Dan Rath (.6) and meeting with T. Zink re same (.2); organizing next wave of follow-up re outstanding document issues (debtors, VRC, Merrill Lynch) (1.3). | 3.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

August 24, 2009
Invoice ******
Page   64

07/30/09   N. T. ZINK         Prepare for meeting with counsel          9.30 hrs.
                              for JPM (.8); revise debt amount
                              tables in preparation for meeting
                              with counsel for JPM (.8); review
                              and revise Moelis recovery charts
                              (.4); conference with H. Seife re
                              Moelis recovery charts and debt
                              amount tables (.3); further
                              preparation for meeting with
                              counsel for JPM (1.8); review May
                              17, 2007 Credit Agreement re
                              Incremental Facility (.4); review
                              Second Step Commitment Letter
                              (.4); review and research issue
                              relating to date of incurrence
                              issues for fraudulent transfer
                              avoidance (1.8); conference with
                              counsel for JPM (2.6).

07/30/09   H. SEIFE           Review of revised recovery               5.70 hrs.
                              analysis (.7); email Beldner
                              regarding special counsel (.3);
                              preparation for meeting with DPW
                              and Kramer Levin (1.8); meeting at
                              DPW with Kramer Levin (2.8).

07/30/09   F. VAZQUEZ         Review discovery statistics (.2);        1.00 hrs.
                              email to Zaffron re discovery
                              going forward (.1); conf w/Deutsch
                              re discovery statistics (.1);
                              email re Monday meeting to discuss
                              next steps (.1); email from Roth
                              re status of document production
                              (.1); review emails re incremental
                              facility (.3); email Schwinger re
                              Rustic discovery (.1).

07/30/09   F. VAZQUEZ         Conf w/Zink re incremental               1.30 hrs.
                              facility (.1); conf w/Zink & C.
                              Rivera re meeting w/JPM and review
                              of incremental facility(1.0);
                              review memo re incremental
                              facility (.2)

07/30/09   C. E. HORD         Conf. with T.Zink, C. Rivera and         0.80 hrs.
                              F. Vasquez re accordion feature of
                              Tribune credit agreement (0.3);
                              follow-up calls and research re
                              accordion feature (0.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   65


| | | | |
|---|---|---|---|
| 07/30/09 | D. M. LeMAY | Meeting at Davis Polk re: LBO issue. | 2.90 hrs. |
| 07/30/09 | C. L. RIVERA | Meeting with M. Ashley re: CFO outline (0.4); meeting with T. Zink and F. Vazquez re: timing of lenders' commitment (in insolvency analysis) (0.6); call with C. Hord, N. Ayali, T. Zink and F. Vazquez re: same (0.3); correspondence re: credit agreement provisions to C. Hord, N. Ayali, V. Dunn and S. Berson re: same (0.4); reviewing preliminary report to committee re: issues/questions for interview of C. Bigelow and drafting related outline (4.2); confer with K. Zafran re: searching C. Bigelow documents (0.1); reviewing same (0.5); confer with B. Dye re: follow-up needed to standing research (0.3); review related analysis prepared by B. Dye (0.2). | 7.00 hrs. |
| 07/31/09 | C. L. RIVERA | On-line review of documents produced in connection with investigation of ESOP transaction (2.3); meeting with T. Zink and H.Seife re: discovery status (0.2); meeting with B. Dye re: 546(e) research (0.4); meeting with M. Ashley re: C. Bigelow documents (0.2). | 3.60 hrs. |
| 07/31/09 | C. E. HORD | Review Tribune credit agreement and joinder agreement (0.9); confs T. Zink re issues on when binding commitment made for accordion feature (0.3); confs S. Berson and N. Ayali re accordion feature (0.2). | 1.40 hrs. |
| 07/31/09 | F. VAZQUEZ | Review email re JPM discovery (.1); review increase joinder (.4); conf w/Zink re increase joinder (.2); draft Rustic Canyons discovery (.7); email to/from Rath re Goldman discovery (.1) | 1.50 hrs. |

| 07/31/09 | F. VAZQUEZ | Review re Rubin and incremental facility with T.Zink (2.2); review documents produced in connection w/pre-petition investigation (2.0); review incremental facility and supporting document (.8); conf w/Zink re balance sheet test (.3); review cases re solvency & treatment of contingent assets (1.3). | 6.60 hrs. |
|---|---|---|---|
| 07/31/09 | H. SEIFE | Review of discovery results (1.2); telephone conferences with potential litigation counsel (1.3); conference with T.Zink and C.Rivera regarding open issues/research (.8). | 3.30 hrs. |
| 07/31/09 | N. T. ZINK | Review second step commitment letter re lender commitment on Incremental Facility (.8); phone conference with C. Hord re lender commitment (.1); review May 17, 2007 Credit Agreement re lender commitment on Incremental Facility (.8); review December 20, 2007 Increase Joinders re lender commitment on Incremental Facility (.8); review case law on date of incurrence issues re fraudulent transfer avoidance (1.6); further phone conference with C. Hord re integration clause of May 17, 2007 Credit Agreement (.2); review Second Circuit decision in Rubin and subsequent criticism re lender commitment and date of incurrence issues for fraudulent transfer avoidance (1.8); conference with H.Seife and C.Rivera regarding status of discovery (.7). | 6.80 hrs. |
| 07/31/09 | R. A. SCHWINGER | Prepare lengthy response to Debtors' counsel's 7/27/09 letter re document production issues (2.7) including meeting with M. Ashley re same (0.6); additional research re same (1.0); issuing document request to Rustic Canyon Partners (0.7); e-mail to Dean Kitchens re discovery from Chandler directors' third-party | 5.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          August 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    67


|            |                |                                                                                                                                                                                                                                                                                                    |            |
|------------|----------------|--------------------------------------------------------------------------------------------------------------------|------------|
|            |                | advisors (0.2); continued work on next wave of follow-up on discovery issues (0.7). | |
| 07/31/09   | E. BUCKTHAL    | Continue researching discovery obligations of responding parties (2.4); report results to M. Ashley (.3). | 2.70 hrs. |
| 07/31/09   | M. D. ASHLEY   | Reviewed documents produced in connection with ESOP transaction investigation (5.3); prepared for and met with R. Schwinger regarding ESOP transaction investigation discovery efforts (.6); reviewed materials regarding discovery efforts (1.1); reviewed materials regarding C. Bigelow interview (2.2). | 9.20 hrs. |
| 07/31/09   | E. M. MILLER   | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (0.8 hrs) | 0.80 hrs. |
| 07/31/09   | B. DYE         | Meeting with C. Rivera to discuss settlement payment research (.4); Researching settlement payment defense issue for C. Rivera, T. Zink (5.9) | 6.30 hrs. |
| 07/31/09   | G. BRADSHAW    | Online review of Documents produced in connection with investigation of ESOP Transaction (.8). | 0.80 hrs. |
| 07/31/09   | J. NOBLE       | Online review of documents produced in connection with ESOP investigation. | 1.20 hrs. |
| 07/31/09   | J. B. PORTER   | Drafted summary of ESOP/LBO investigation for special counsel candidates. | 1.10 hrs. |
| 07/31/09   | J. B. PORTER   | Drafted chart outlining the steps of the ESOP/LBO transaction. | 1.20 hrs. |
| 07/31/09   | K. ZAFRAN      | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        August 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   68


**Total Fees for Professional Services.............  $989,967.00**


## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| A. A. GIACCIA | 755.00 | .30 | 226.50 |
| C. E. HORD | 855.00 | 2.20 | 1881.00 |
| D. M. LeMAY | 825.00 | 49.50 | 40837.50 |
| H. SEIFE | 955.00 | 83.70 | 79933.50 |
| M. A. ALPERT | 795.00 | .90 | 715.50 |
| N. T. ZINK | 765.00 | 157.70 | 120640.50 |
| R. A. SCHWINGER | 755.00 | 70.40 | 53152.00 |
| M. D. ASHLEY | 625.00 | 105.60 | 66000.00 |
| D. E. DEUTSCH | 635.00 | 13.90 | 8826.50 |
| E. GRIMALDI | 395.00 | 48.00 | 18960.00 |
| E. M. MILLER | 565.00 | 69.70 | 39380.50 |
| F. VAZQUEZ | 595.00 | 144.60 | 86037.00 |
| S. LEE | 725.00 | .30 | 217.50 |
| D. BAVA | 260.00 | 5.90 | 1534.00 |
| M. IACOPELLI | 225.00 | 6.60 | 1485.00 |
| A. K. NELLOS | 565.00 | 139.70 | 78930.50 |
| C. L. RIVERA | 595.00 | 120.00 | 71400.00 |
| D. GALLAI | 635.00 | .20 | 127.00 |
| J. GIANNINI | 585.00 | 6.00 | 3510.00 |
| J. P. NARVAEZ | 395.00 | 45.90 | 18130.50 |
| J. B. PORTER | 395.00 | 70.60 | 27887.00 |
| R. J. GAYDA | 535.00 | 1.20 | 642.00 |
| B. DYE | 345.00 | 215.70 | 74416.50 |
| E. BUCKTHAL | 275.00 | 11.60 | 3190.00 |
| F. PERKINS | 345.00 | 131.30 | 45298.50 |
| G. BRADSHAW | 345.00 | 91.90 | 31705.50 |
| I SAFIER | 345.00 | 110.50 | 38122.50 |
| J. MARRERO | 275.00 | 14.90 | 4097.50 |
| J. NOBLE | 345.00 | 46.60 | 16077.00 |
| K. ZAFRAN | 345.00 | 131.30 | 45298.50 |
| L. F. MOLONEY | 295.00 | 9.00 | 2655.00 |
| M. DISTEFANO | 275.00 | 7.50 | 2062.50 |
| Y. YOO | 345.00 | 19.10 | 6589.50 |
| TOTALS | | 1932.30 | 989967.00 |