# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| <u>COMMITTEE MEMBER</u> | <u>TOTAL ALLOWED AMOUNT</u> |
|---|---|
| Buena Vista Television (Disney) | $2,212.31 |
| William Niese | $1,676.76 |
| Washington-Baltimore Newspaper Guild | $1,012.57 |
| Washington-Baltimore Newspaper Guild (Counsel) | $415.55 |
| **TOTAL** | **$5,317.19** |

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

<u>**SCHEDULE OF EXPENSES**</u>

Gabrielle Davis
Buena Vista Television
500 South Buena Vista Street
Burbank, CA  91521

| <u>Type of Expense</u> | July 1, 2009 Meeting<br><u>(New York)</u> |
|---|---|
| Airfare | $1,200.00 |
| Hotel | 611.42 |
| Transportation | 199.58 |
| Parking | 90.00 |
| Meals:<br>  Breakfast (Hotel)      4.34<br>  Lunch                   11.50<br>  Snacks (Hotel)        13.00<br>  Dinner (6/30/09)     30.82<br>  Dinner  (7/1/09)   - $51.65 * | 111.31 |
| Total: | $2,212.31 |

*Represents one-third of receipted amount.

<u>**TOTAL ALLOWED AMOUNT:  $2,212.31**</u>

Print this page    Close this page

**DISNEY CORPORATE TRAVEL**
*FARES ARE NOT GUARANTEED UNTIL*
*TICKETED*
Phone: 818-553-7000

*FYI - Coach rate = $1,200*

# eTicket Receipt

## Prepared For

DAVIS/GABRIELLE [1107-114-5475161-620005]

| | |
|---|---|
| SABRE RESERVATION CODE | OCOTYS |
| TICKET ISSUE DATE | 26Jun09 |
| TICKET NUMBER | 0167686884911 |
| INVOICE NUMBER | 0511396 |
| ISSUING AIRLINE | UNITED AIRLINES |
| ISSUING AGENT | P3X9/A5C |
| ISSUING AGENT LOCATION | GLENDALE CA |
| IATA NUMBER | 05621162 |
| CUSTOMER NUMBER | 250DIS0693 |
| TOUR CODE | 054NX |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| **30Jun** | UNITED AIRLINES UA 84 | LOS ANGELES, CA | NEW YORK JFK, NY | Airline Reservation Code  SZD924<br>Class  BUSINESS<br>Seat Number  11B |
| | | Time<br>6:15am<br>Terminal<br>TERMINAL 7 | Time<br>2:35pm<br>Terminal<br>TERMINAL 7 | Booking Status  CONFIRMED<br>Fare Basis  BUAUP4D/NZP<br>Not Valid After  30JUN |
| **02Jul** | UNITED AIRLINES UA 53 | NEW YORK JFK, NY | LOS ANGELES, CA | Airline Reservation Code  SZD924<br>Class  BUSINESS<br>Seat Number  06D |
| | | Time<br>11:30am<br>Terminal<br>TERMINAL 7 | Time<br>2:28pm<br>Terminal<br>TERMINAL 7 | Booking Status  CONFIRMED<br>Fare Basis  CUAS/NZP<br>Not Valid After  30JUN |

## Payment/Fare Details

| | |
|---|---|
| Form of Payment | **CREDIT CARD - VISA : XXXXXXXXXXXX 7247** |
| Endorsement / Restrictions | S/CVA DISNEY WWS 2007 |
| Fare Calculation Line | LAX UA NYC897.67BUAUP4D/NZP UA LAX Q79.07 1013.02 CUAS/NZP USD1989.76END ZPLAXJFK XT5.00AY 9.00XF LAX4.5JFK4.5 |
| Fare | **USD 1989.76** |
| Taxes/Fees/Charges | **USD 149.24 US (US TRANSPORTATION TAX)** |
| | **USD 7.20 ZP (US SEGMENT TAX)** |
| | **USD 14.00 XT (COMBINED TAXES)** |
| Total Fare | **USD 2160.20** |

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important Legal Notices



**Jumeirah**
ESSEX HOUSE

160 Central Park South New York, NY 10019
Tel:+1(212)247 0300 Fax:+1(212)315 1839
Jumeirah.com

### INVOICE

**Mrs Gabrielle Davis**
**923 NFaumous**
**Burbank CA**
**United States**

| | |
|---|---|
| **Room Number:** | 0556 |
| **Arrival Date:** | 06-30-09 |
| **Departure Date:** | 07-02-09 |
| **Voucher/PO No.:** | |
| **Page No:** | 1 of 2 |
| **Confirmation No.:** | 7004407 |
| **Folio No:** | 61845 |
| | **07-02-09** |

**Travel Agent :** HOGG ROBINSON USA L.L.C.
**Company:**  Walt Disney ABC

| Date | Description | Reference | Charges/Adj | Payments |
|---|---|---|---|---|
| 06-30-09 | Internet Pckg Overage [TO AC17:43 [Overage][R] | | 8.75 | |
| 06-30-09 | Telecom Sales Tax | | 0.73 | 9.48 |
| 06-30-09 | Minibar (F) | Room# 0556 : PRINGLES Lost Interface Postings 9500 #9500=>Davis Gabrielle #0556 | 6.00 | 6.50 |
| 06-30-09 | Minibar Sales Tax 8.375% | Lost Interface Postings 9500 #9500=>Davis Gabrielle #0556 | 0.50 | |
| 06-30-09 | 800 Calls | 19:08 Room# 0556 : Dialed# 18002613225 Toll Free [00:40:16] | 2.00 | 2.28 |
| 06-30-09 | Tel Utility Tax 5.470% | | 0.11 | |
| 06-30-09 | Telecom Sales Tax | | 0.17 | |
| 06-30-09 | Minibar (NA) | Room# 0556 : VOSS STILL WATER Lost Interface Postings 9500 #9500=>Davis Gabrielle #0556 | 6.00 | 6.50 |
| 06-30-09 | Minibar Sales Tax 8.375% | Lost Interface Postings 9500 #9500=>Davis Gabrielle #0556 | 0.50 | |
| 06-30-09 | Package Charge | | 260.00 | |
| 06-30-09 | Sales Tax 8.375% | | 21.35 | |
| 06-30-09 | City Occ Tax 5.875% | | 14.98 | 299.83 |
| 06-30-09 | City Occ Tax per Rm/Night | | 2.00 | |
| 06-30-09 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 07-01-09 | South Gate Breakfast | Room# 0556 : CHECK# 3053 | 4.34 | 4.34 |
| 07-01-09 | Package Charge | | 260.00 | |
| 07-01-09 | Sales Tax 8.375% | | 21.35 | |
| 07-01-09 | City Occ Tax 5.875% | | 14.98 | 299.83 |
| 07-01-09 | City Occ Tax per Rm/Night | | 2.00 | |
| 07-01-09 | Conv Ctr Tax $1.50 Rm/Nght | | 1.50 | |
| 07-02-09 | Visa | XXXXXXXXXXXX7247      XX/XX | | 628.76 |



ESSEX HOUSE

160 Central Park South New York, NY 10019
Tel:+1(212)247 0300 Fax:+1(212)315 1839
Jumeirah.com

**INVOICE**

**Mrs Gabrielle Davis**
**923 NFaumous**
**Burbank CA**
**United States**

| | |
|---|---|
| **Room Number:** | 0556 |
| **Arrival Date:** | 06-30-09 |
| **Departure Date:** | 07-02-09 |
| **Voucher/PO No.:** | |
| **Page No:** | 2 of 2 |
| **Confirmation No.:** | 7004407 |
| **Folio No:** | 61845 |

**Travel Agent :** HOGG ROBINSON USA L.L.C.
**Company:**     Walt Disney ABC

**07-02-09**

| Date | Description | Reference | Charges/Adj | Payments |
|------|-------------|-----------|-------------|----------|
| | | **Total** | 628.76 | 628.76 |
| | | **Balance** | 0.00 | |

**0326**
Server: ERICH D                    Rec:126
06/30/09        Swiped  T: 996 Term: 2

MICKEY MANTLE'S
NEW YORK, N.Y.
(212)688-7777
MERCHANT #:

CARD TYPE        ACCOUNT NUMBER
VISA             XXXXXXXXXXXX7247
OO TRANSACTION APPROVED
AUTHORIZATION #: 033225
Reference: 0630010000326
TRANS TYPE: Credit Card SALE

**CHECK:**                      9.50

**TIP:**                        2.00

**TOTAL:**                     11.50

X_____
        *Lunch (self)*

PHONE: (   )   -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
THANK YOU FOR JOINING US
PLEASE SIGN BOTH COPIES

---

                      RUE 57
60 West 57 Street NY, NY.10019
             Tel.212-307-5656
CHECK:          2376
SERVER:         204 MAIN BAR NIGHT
DATE:           JUN30'09 11:14PM
CARD TYPE:      Visa
ACCT #:         XXXXXXXXXXXX7247
EXP DATE:       XX/XX
AUTH CODE:      022775
RESEARCH:       000000000000

SUBTOTAL:              25.82
                        5.00
TIP $_____

TOTAL $_____  30.82

X_____
           SIGNATURE

X_____
        PRINTED NAME
     Signed Copy-Merchant
     Second Copy-Customer

        *Dinner (self)*

---

***************************************
DATE 7/01/09                TIME 9:11PM
MID 88430023632-BARAME
***************************************
        BAR AMERICAIN
       152 WEST 52ND STREET
          NEW YORK, NY
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO KEEP

VISA      XXXXXXXXXXXX7247 S
AUTH 081812     TBL 51    CHECK 35246
PRE-AUTH          DINING         Adolfo

AMOUNT                      119.00
TAX                           9.97

SUBTOTAL $                  128.97

TIP $_____  24.00

TOTAL $_____  152.97
===========

CUSTOMER COPY
*****************************
÷ 3 people = $51/65

**Garcia, Rita L**

**From:**    hrodriguez@blslimo.com
**Sent:**    Friday, June 26, 2009 2:45 PM
**To:**      Garcia, Rita L
**Subject:** Reservation# 689362 is Confirmed.

| **BLS Limousine Service**<br>**18-20 Steinway Street**<br>**Astoria, NY 11105**<br>**Phone: 800-843-5752 Fax: 718-274-2408**<br>**Email: resvndept@blslimo.com**<br>**Web: www.blslimo.com/terms** |
|---|

## Reservation Confirmation
### NEW YORK RUNS

| Pickup Date: 06/30/09 Tuesday | Pickup Time: | 14:35 | Drop: | | Pax#: | 1 | Chauf.: | |
|---|---|---|---|---|---|---|---|---|
| Res#: | BLS-689362 | Start Time: | | End: | | Veh Type: TC | Veh#: | |

| Passenger: | DAVIS, GABRIELLE | | Pickup Phone: - - | |
|---|---|---|---|---|
| Caller: | SYLVIA HARRIS, | | Caller#: | 818-553-7076 |
| Account: | 209566-DAVIS,GABRIELLE/DISNEY , Dept#: OCOTYS | | Paid By: | Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Airport: | JFK AIRPORT | Street#/Name: | 160 CENTRAL PARK SOUTH |
| Airline: | UA - United Airlines | Apt#/Room#: | |
| Flight#: | 84 ETA: 14:35 | Dropoff Point: | JUMEIRAH ESSEX HOUSE |
| Origin Info: | LAX - LOS ANGELES, CA | Address Line2: | |
| Airport Landmark: | | Cross Streets: | NEW YORK, NY 10019 |
| Pickup Point: | | City: | RADIO CITY, NY 10019 |
| Pickup Directions: | | Dropoff Directions: | |

| Special Instructions: | PNR=OCOTYS; O:818-460-5164; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD |
|---|---|

| SAP# | 11071145475161620005 | Flat Rate | $84.00 |
|---|---|---|---|
| RECORD LOCATOR# | OCOTYS | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $84.00 |
| | | Taxes | $7.39 |
| | | ISC | $4.20 |
| | | FUEL SUR | $4.20 |
| | | Amount Due | $99.79 |

**Terms & Conditions:**
Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http://messenger.providesupport.com/messenger/bls.html - The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above. Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for International travel. If you do cancel a reservation. please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.

**Garcia, Rita L**

| | |
|---|---|
| **From:** | rbyrd@blslimo.com |
| **Sent:** | Friday, June 26, 2009 2:44 PM |
| **To:** | Garcia, Rita L |
| **Subject:** | Reservation# 689363 is Confirmed. |

---

**BLS Limousine Service**
**18-20 Steinway Street**
**Astoria, NY 11105**
**Phone: 800-843-5752 Fax: 718-274-2408**
**Email: resvndept@blslimo.com**
**Web: www.blslimo.com/terms**

## Reservation Confirmation
### NEW YORK RUNS

| | | | | | | |
|---|---|---|---|---|---|---|
| Pickup Date: 07/02/09 Thursday | Pickup Time: | 09:00 | Drop: | | Pax#: 1 | Chauf.: |
| Res#: BLS-689363 | Start Time: | | End: | | Veh Type: TC | Veh.#: |

| | | | |
|---|---|---|---|
| Passenger: DAVIS, GABRIELLE | | Pickup Phone: | 212-247-0300 |
| Caller: SYLVIA HARRIS, | | Caller#: | 818-553-7076 |
| Account: 209566-DAVIS,GABRIELLE/DISNEY | | Paid By: | Credit Card - VI |

| Pickup Address: | | Dropoff Address: | |
|---|---|---|---|
| Street#/Name: | 160 CENTRAL PARK SOUTH | Airport: | JFK AIRPORT |
| Apt#/Room#: | | Airline: | UA - United Airlines |
| Pickup Point: | JUMEIRAH ESSEX HOUSE | Flight#: | 53 ETD: 11:30 |
| Address Line2: | | Destination Info: | LAX - LOS ANGELES, CA |
| Cross Streets: | NEW YORK, NY 10019 | Airport Landmark: | |
| City: | RADIO CITY, NY 10019 | Dropoff Point: | |
| Pickup Directions: | | Dropoff Directions: | |

| | |
|---|---|
| Special Instructions: | PNR=OCOTYS; O:818-460-5164; H:818-281-0727; C:818-281-0727; E:RITA.L.GARCIA@DISNEY.COM; CORP CARD |

| | | | |
|---|---|---|---|
| SAP# | 11071145475161620005 | Flat Rate | $84.00 |
| RECORD LOCATOR# | OCOTYS | Wait Time | $0.00 |
| U40 | | Tolls | $0.00 |
| | | Parking | $0.00 |
| | | Gratuity | $0.00 |
| | | Sub Total | $84.00 |
| | | Taxes | $7.39 |
| | | ISC | $4.20 |
| | | FUEL SUR | $4.20 |
| | | Amount Due | $99.79 |

**Terms & Conditions:**

Cancelation Policy does not apply to Special Events, please contact a BLS agent for more information. CHAT WITH A BLS AGENT: http://messenger.providesupport.com/messenger/bls.html - The charges contained in this Reservation Confirmation are intended as a good faith estimate of the costs involved based upon the information known to us at the time of the reservation. It is not intended to represent the actual cost of the trip. All hourly reservations are based upon a two hour minimum billing. Billing starts from the time the vehicle leaves the garage and ends when the vehicle returns to such garage. In all cases parking and tolls are additional. Further, all airport transfers are for trips within the city limit only. Any travel outside of a city is an hourly charge with the same terms and conditions as set forth above. Cancellations must be received at least two hours before the car is scheduled to be dispatched to greet you and up to 48 hours in advance for International travel. If you do cancel a reservation, please ask for the cancellation number which every BLS agent is required to provide to you. If you experience difficulties in locating your driver please call 800 843-5752. Acct Svc is a pool payment for our drivers in lieu of a gratuity. For more info on terms and conditions, please visit www.blslimo.com/terms.

```
        LAX AIRPORT LOT P-F
           1 WORLD WAY
    LOS ANGELES, CA. 90045-5803
           310-646-2911

Merchant ID: 8014672458
Term ID: 003194000801467245807

              Sale

xxxxxxxxxxxx7247
VISA                Entry Method: Swiped

Amount:              $        90.00
Tax:                 $         0.00
                    ----------------
Total:               $        90.00

07/02/09                      15:32:18
Inv #: 001561        Appr Code: 065276
Apprvd: Online
Cust #: 1111
```

*Parking @ LAX Airport for NY Trip*

William A. Niese
6061 Lake Vista Drive
Bonsall, CA  92003

| **Type of Expense** | **July 15, 2009 Meeting (New York)** |
|---|---|
| Airfare | $684.60 |
| Hotel | 816.30 |
| Cab Fare (plus tolls) | 70.00 |
| Parking | 56.00 |
| Meals (Dinner) | 49.86 |
| Total: | $1,676.76 |

**TOTAL ALLOWED AMOUNT:  $1,676.76**

William A. Niese
6061 Lake Vista Drive
Bonsall, CA 92003
760 758-7101
niesesr@cox.net

Unsecured Creditors Committee Meeting
Tribune Building
Chicago, Ill.
July 15, 2009

William A. Niese
Claim for Reimbursement of Expenses

| | |
|---|---|
| Southwest Airlines | |
| Round Trip Air Fare from San Diego | $684.60 |
| | |
| Marriott Marquis Hotel | 816.30 |
| July 14 and 15, 2009 | |
| | |
| Cab fare from La Guardia Airport | 35.00 |
| From Hotel to La Guardia | 35.00 |
| | |
| Dinner 7/14/09 | 49.86 |
| | |
| Airport Parking | 56.00 |
| | |
| **Total** | **$1676.76** |

*William A. Niese*

William A. Niese

NEW YORK Marriott
MARQUIS

1535 Broadway, New York City, New York 10036 (212) 398-1900

**GUEST FOLIO**

| ROOM | NAME | RATE | DEPART | TIME | ACCT# |
|------|------|------|--------|------|-------|
| 3158 | NIESE/WILLIAM | 309.00 | 07/17/09 | 12:00 | 19483 |
| LNK<br>TYPE | | | 07/14/09<br>ARRIVE | 17:36<br>TIME | |
| 163 | | | | | |

ROOM CLERK   ADDRESS

MR#: XXXXX7884

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|------|-----------|---|---------|---------|-------------|
| 07/14 | ROOM TR | 3158, 1 | 349.00 | | |
| 07/14 | RM TAX | 3158, 1 | 29.23 | | |
| 07/14 | CITY TAX | 3158, 1 | 20.50 | A | |
| 07/14 | OCC JAV | | 3.50 | B | |
| 07/15 | CONC LVL | 89513158 | 11.84 | | |
| 07/15 | ROOM TR | 3158, 1 | 349.00 | | |
| 07/15 | RM TAX | 3158, 1 | 29.23 | | |
| 07/15 | CITY TAX | 3158, 1 | 20.50 | A | |
| 07/15 | OCC JAV | | 3.50 | B | |
| 07/16 | ROOM TR | 3158, 1 | 309.00 | | 816.30 |
| 07/16 | RM TAX | 3158, 1 | 25.88 | *Personal* | |
| 07/16 | CITY TAX | 3158, 1 | 18.15 | A | |
| 07/16 | OCC JAV | | 3.50 | *Expense* B | |
| 07/17 | VS CARD | | $1172.83 | | |

TO BE SETTLED TO:      VISA        CURRENT BALANCE  .00

THANK YOU FOR CHOOSING MARRIOTT! TO EXPEDITE YOUR CHECK-OUT,
PLEASE CALL EXTENSION 6200, OR PRESS "MENU" ON YOUR TV. FOR
AN UPDATED FOLIO CHECK OUT WITH OUR SELF SERVICE LOBBY KIOSK

------------------                    -------------------
| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|-------------|--------------|-----|
| I | PHONE SALES TAX | .00 | .00 |
| J | NYC 2.35% UTILITY TX | .00 | .00 |
| L | NYS GROSS REC. TAX | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|-------------|-----|---------|-------|
| 1172.83 | .00 | .00 | 1172.83 |

GET ALL YOUR HOTEL BILLS BY EMAIL BY UPDATING YOUR MARRIOTT
REWARDS PREFERENCES. OR, ASK THE FRONT DESK TO EMAIL YOUR
BILL FOR THIS STAY. SEE "INTERNET PRIVACY STATEMENT" ON
MARRIOTT.COM

Marriott Rewards Account # XXXXX7884
Date 07/14/09-07/17/09 Est. Eligible Revenue      $1018.84
Est. base Points Earned: 10188
For account activity: 801-468-4000 or www.Marriott.com

NEW YORK Marriott
MARQUIS

For questions regarding this folio
Please call Marriott Business Service
Toll Free at (866) 435-7627

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. [The credit card company will bill in the usual manner.] If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X

Receipt and Itinerary as of 06/27/09 1:45 PM

# Confirmation Number
## JSRDO9

Confirmation Date: 06/03/09
Received: WILLIAM


Where Will
I Sit?

**Be prepared when you get there!**
Consult Travel Guide for relevant
tips from real travelers.

## Passenger Information

| Passenger Name | Account Number | Ticket# | Expiration[1] |
|---|---|---|---|
| NIESE/WILLIAM | 00000096498323 | 5262138575334 | 06/03/10 |

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

## Itinerary

| Date | Flight | Routing Details |
|---|---|---|
| Tue Jul 14 | 3771 | Depart SAN DIEGO CA (SAN) at 6:50 AM<br>Arrive in CHICAGO MIDWAY (MDW) at 12:55 PM |
| | 0648 | Change planes in CHICAGO MIDWAY (MDW) departing at 1:40 PM<br>Arrive in NEW YORK LAGUARDIA (LGA) at 5:00 PM |
| Fri Jul 17 | 1540 | Depart NEW YORK LAGUARDIA (LGA) at 11:15 AM<br>Arrive in BALTIMORE WASHNTN (BWI) at 12:50 PM |
| | 0334 | Change planes in BALTIMORE WASHNTN (BWI) departing at 1:20 PM<br>Arrive in BUFFALO NY (BUF) at 2:25 PM |
| Mon Jul 20 | 2178 | Depart BUFFALO NY (BUF) at 7:40 AM<br>Arrive in LAS VEGAS NV (LAS) at 9:30 AM |
| | 0225 | Change planes in LAS VEGAS NV (LAS) departing at 11:10 AM<br>Arrive in SAN DIEGO CA (SAN) at 12:15 PM |

## Cost and Payment Summary

| | |
|---|---|
| Air | $ 590.70 |
| Tax | $ 65.90 |
| PFC Fee | $ 18.00 |
| Security Fee | $ 10.00 |

**Total Payment:**   684.60

Current payment(s)
06/27/09 Visa XXXXXXXXXXXX7928 $256.20
06/27/09 Ticket Exchange 5262133766626 $428.40

6/27/2009

*Jen Nagy*

Date 7/14........ 20 09

**OFFICIAL
TAXI RECEIPT**

FROM ...La Guardia Airport...

TO .....Marriott Marquis - Times Square...

FARE 29.50..... TOLL 5.50.... TOTAL 35.00

SIGNATURE ..................................... # ..............

---

07/14/09 05:25PM
MEDALLION   5F75
DRIVER   5276815
TRIP#        12
START    05:02PM
END      05:25PM
DIST    12.3 mi
-----------------
STAND. CITY RATE
RATE 1   12.3 mi
FARE       28.50
TOTAL      29.50
=================
CONTACT TLC 311

*Did not include bridge toll of $5.50*
*29.50*
*$ 35.00*

---

**Maria Pia**
319 W. 51st ST
NY NY 10019
212.765.6463

Date:          Jul14'09 08:53PM
Card Type:     Visa
Acct #:        XXXXXXXXXXXX7928
Exp Date:      XX/XX
Auth Code:     00546D
Check:         1470
Table:         17/1
Server:        1 server1
VSCA: Auth Driver
        WILLIAM NIESE

Subtotal:            49.86

TIP          --------------------

TOTAL        --------------------

SIGNATURE_____

Thank-you for dining with us!
Please keep this copy
for your records

---

ALADDIN AIRPORT PARKING
2548 Kettner Blvd.
USA-92101 San Diego
Tax CodeUSO

Lane 3     07/17/09 12:20
Receipt 087966

Long-term parking tkt
SF - No. 098132
07/14/09 04:41 -
07/17/09 12:20 -
Period 3d7h40'
(Tax)                    $56.00
          ----------
Total                    $56.00

Payment Received
VISA                     $56.00
----Thank You----
----Ampco System Parking-
---Aladdin Garage----
----Aladdin Garage----

Sub Total                $56.00
All Amounts in USD.
Delily Date=Receipt Date

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | July 1, 2009 Meeting (New York) | July 15, 2009 Meeting (New York) |
|---|---|---|
| Train Fare | 339.00 | 290.20 |
| Hotel | .00 | 266.27 |
| Parking | 9.00 | 15.00 |
| Cab Fare | 6.90 | 18.60 |
| Mileage | 20.90 | 20.90 |
| Meals:<br>  Dinner -    $16.21*<br>  Breakfast -    9.59 | .00 | 25.80 |
| Total: | $375.80 | $636.77 |

* Represents one-fourth of receipted amount.

**TOTAL ALLOWED AMOUNT: $1,012.57**

**July 1, 2009 Meeting Receipts**





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 16991
07/01/09 17:31   L#19 A#  1  Txn# 28364
07/01/09 13:00 In - 07/01/09 17:31 Out

4                    $ 9.00
XXXXXXXXXXXX2309 04/12
Approval No.: 0059/G
Reference No.: 00000027

I ♡ NEW YORK

MED #              1Y23
DATE: 07/01/2009
START TIME 14:21
END TIME   14:31
TRIP #     19265
RATE No.      1
STAND. CITY RATE
MILES R1       1.10
FARE1 $        5.30

Contact TLC Dial
3-1-1

**July 15, 2009 Meeting Receipts**



# WARWICK
## NEW YORK HOTEL

Mr. Marc William Salganik
10386 Eolipse Way
Columbia, MD 21044
US

**INFORMATION INVOICE**

| | |
|---|---|
| Arrival | 07-14-09 |
| Departure | 07-15-09 |
| Room No. | 1710 |
| Folio No. | 220610 |
| Cashier | 80 |
| Page No. | 1 of 1 |
| Invoice No. | |
| Booking No. | |

| Date | Description | Debit | Credit |
|---|---|---|---|
| 07-14-09 | Room Charge | 230.00 | |
| 07-14-09 | Tax-Room Sales 8.375% | 19.26 | |
| 07-14-09 | Tax-City Occupancy 5.875% | 13.51 | |
| 07-14-09 | Tax-City Tax $2/Room | 2.00 | |
| 07-14-09 | Tax-State Occupancy $1.50 | 1.50 | |
| 07-15-09 | Visa | | 266.27 |

| | |
|---|---|
| Balance | 0.00 |

**Guest Signature**

*I agree that my liabity for this bill is not waived and agree to be held personally liable in the event that the indicated person, association, or company fails to pay for any part or the full amount of these charges. Please leave your room key at the front desk upon departure. Thank You.*



WARWICK
*International hotels*

Avenue of the Americas at 65 West 54th Street, New York, NY 10019
*Telephone* 212 247-2700  *Facsimile* 212 247-2725  *The Reservation Call* 800 223-4099



HISTORIC HOTELS
of AMERICA
NATIONAL TRUST
for HISTORIC PRESERVATION®





THE MARC STATION
THANKS YOU
PLEASE COME AGAIN


Rcpt# 20909
07/15/09 19:28   L#18 A#  1   Txn# 35799
07/14/09 13:57 In   07/15/09 19:28 Out
Tkt# 206561
Visa Card       $ 15.00-
XXXXXXXXXXXX2309 04/12
Approval No.: 04373C
Reference No.: 00000089

I ♡ NEW YORK

MED #        SBV144
DATE: 07/14/2009
START TIME 18:15
END TIME    18:31
TRIP #      17137
RATE No.        1
STAND. CITY RATE
MILES R1      1.40
FARE1 $       9.30
SURCHARGE     1.00
TOTAL $      10.30

Contact TLC Dial
     3-1-1

I ♡ NEW YORK

MED #         7047
DATE: 07/15/2009
START TIME 16:09
END TIME    16:20
TRIP #      14117
RATE No.        1
STAND. CITY RATE
MILES R1      1.12
FARE1 $       7.00
SURCHARGE     1.00
TOTAL $       8.00

Contact TLC Dial
     3-1-1

```
** STARBUCKS COFFEE COMPANY **

53RD & SIXTH            #02784
1320 AVENUE OF THE AME
NEW YORK      NY10019

      --- DUPLICATE RECEIPT ---
1 GR CAPPUCCINO          3.75
1 NP NY TIMES            2.00
1 BACON GOUDA            3.25
SUBTOTAL                 9.00
  TAX 8.375              0.59
TOTAL                    9.59
CASH                    20.00
CHANGE DUE              10.41

02784 01A1 699355  001169187E
07/15/09              07:20
      --- DUPLICATE RECEIPT ---
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink
$2+tax,if any.Select US stores
Same day only. Value 1/20 cent
```

```
TAQUERIA Y FONDA LA MEX
    968 AMSTERDAM AVE
   MANHATTAN, NY 10025

TIME 10:06 PM   DATE 07/14/09
TERM# 00005WLR   MER# 000451593589992
TRAN TYPE SALE
#xxxxxxxxxxxx2309
CARD TYPE VISA
SEQ # 022
TICKET # 0000041957
AUTH CODE 00041C

BASE            $52.85
TIP             (2
TOTAL           $64.85

    CUSTOMER COPY
```

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| Type of Expense | July 15, 2009 Meeting (New York) |
|---|---|
|  |  |
| Airfare | $279.20 |
| Cab Fare | 136.35 |
|  |  |
| Total: | $415.55 |

**TOTAL ALLOWED AMOUNT:  $415.55**

**Robert Paul**

| | |
|---|---|
| **From:** | US Airways  [reservations@email.myusairways.com] |
| **Sent:** | Saturday, July 11, 2009 2:08 PM |
| **To:** | Robert Paul |
| **Subject:** | US Airways Travel Confirmation |



Please add reservations@email.myusairways.com to your personal address book to ensure delivery. Please do not reply to this email.

# US·AIRWAYS
*Fly with us.*

Travel Confirmation

**Quick Links:**

Web Check-in

Book travel

Cars

Hotels

Join Dividend Miles

My account

Credit cards

US Airways Club

Travel protection

## Travel Confirmation: FLZK35

Thank you for flying US Airways. Your purchase is now complete and your reservation has been electronically ticketed. No paper tickets will be sent. For customer assistance, please call 800-428-4322.

**New baggage policy**

Download your reservation to Outlook

| CONFIRMATION | FLZK35 |
|---|---|
| **Date Issued** | 11:09 AM 7/11/09 |
| **Form of Payment** | American Express ***********3003 |
| **Grand Total** | $279.20 |

**Travel protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions. Put your mind at ease - buy your coverage now!

### Passenger Information

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
|---|---|---|---|
| ROBERTE PAUL | 7789182 | 03723559971880 | **,** |

### Flight itinerary

| Depart | Flight # | From | To | Arrive | Details |
|---|---|---|---|---|---|
| 7:30 AM 15 Jul 2009 | 2197 | Boston, MA (BOS) Airbus A319 | New York, NY (LGA) (Laguardia Airport) | 8:51 AM 15 Jul 2009 | Meal: In-flight Café Class: Coach |
| 6:00 PM 15 Jul 2009 | 2138 | New York, NY (LGA) (Laguardia Airport) | Boston, MA (BOS) | 7:25 PM 15 Jul 2009 | Meal: None Class: Coach |

1

Airbus A319

**1 Passenger(s)**

| | |
|---|---|
| Fare | $240.00 |
| Taxes & Fees | $39.20 |
| **Grand Total** | **$279.20** |

**Need luggage or travel accessories for your trip?** Visit the Dividend Miles Shopping Mall and earn up to 15 miles per dollar spent.

**Terms and conditions**

- Ticket is non-transferable.
- Ticket is refundable.
- Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Airline Ticket Protector purchase is a separate credit card transaction billed by Access America. Any claims and questions will be processed by Access America.

**Time saver tips**

- Check out all our time saver tips.
- Traveling internationally? Review our international travel advisory.
- Skip the ticket counter with Web Check-in and print your boarding pass online.
- Pack like a pro with our baggage and carry-on policies.
- Make sure you're at the airport by our recommended airport arrival time.
- You must have your boarding pass to get through the security checkpoint. Learn more about the TSA Checkpoint Protocols.
- Change in your plans? Modify your reservation online.
- Your electronic ticket has been issued. Neither a paper ticket nor receipt will be sent by U.S. Mail. An electronic receipt has been sent to the e-mail address provided. Please print this itinerary and bring it to the airport when you check-in.
- Please cancel your reservation if there is a change in your travel plans. Failure to cancel a confirmed booking will result in the automatic cancellation of your entire itinerary.

**Rules of carriage**

- To view, download or print the full document, visit the Contract of Carriage page.

A STAR ALLIANCE MEMBER ✱

We are committed to protecting your privacy. Your information is kept private and confidential.
For information about our privacy policy visit usairways.com.

Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.
US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2008. All rights reserved.

## AMERICAN TAXI

From: _Hotel_

To: _Logan Airport_

**617-218-2500**

Date: _7/15/09_

Driver: _____

Cab#: _____

Toll: _$5.25_

Total: _$30.00_

```
     MED#      2L89
   07/15/09 TR 6451
   START  END MILES
   08:37 09:18 12.0
   Regular Fare
   RATE 1:$   32.10
   SURCH:$     0.00
   QMTnl:$     4.15
   TIP  :$     5.00
   TOTAL:$    41.25

   Card Type: AMEX
   XXXXXXXXXXX3003
   AUTH:501093

   X--------------
   TO CONTACT TLC
   DIAL 3-1-1
```

```
    -CITY OF BOSTON-
   CAB #      1086
   D-ID #     4846
   TRIP #      302
   DATE   07/15/09
   RATE USED:    1
   PASSENGERS:   1
   START END MILES
   19:23 19:41  5.1
   FARE:     19.00
   EXTRA:     0.00
   TOLLS:     7.50
   TIP:       5.30
   TOTAL:    31.80

   CARD #:    3003
   AP #:    526015
   CC CARD RECEIPT

   HACKNEY CARRIAGE
   (617) 536-TAXI
   EMAIL: TAXI.BPD@
   CITYOFBOSTON.GOV
```



_$33.30_