# EXHIBIT "A"

{698.001-W0002344.}

## EXHIBIT "A" – SUMMARY SHEET

July 1, 2009 through and including July 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00/ $297.50 | 35.90/ 3.20 | $21,360.50/ $952.00 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00/ $262.50 | 65.80/ 1.50 | $34,545.00/ $393.75 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 33.00 | $12,375.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 42.80 | $15,836.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 10.30 | $2,832.50 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | 5.80 | $1,160.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 28.90 | $5,780.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | 1.50 | $270.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | .80 | $100.00 |
| | | | Total | 229.50 | $95,604.75 |

**Blended Rate: $416.58**

---

[1] Pursuant to Local Rule 2016-2(d)(viii), LRC reduced certain hourly billing rates by 50% to reflect non-working travel time.

{698.001-W0002344.}