# EXHIBIT "B"

{698.001-W0002344.}

Official Committee of Unsecured Creditors

August 25, 2009
Account No: 698-001
Statement No: 9976

Tribune Company, et al. bankruptcy

## Task Code Recapitulation

|      |                                                          | Fees      | Hours  |
|------|----------------------------------------------------------|-----------|--------|
| B112 | Asset Disposition                                        | 555.00    | 1.50   |
| B120 | Business Operations                                      | 148.00    | 0.40   |
| B122 | Case Administration                                      | 3,274.00  | 16.50  |
| B126 | Employee Benefits/Pensions                               | 1,249.50  | 2.10   |
| B128 | Fee/Employment Objections                                | 238.00    | 0.40   |
| B133 | LBO and Related Transactions                             | 57,842.50 | 130.50 |
| B134 | Hearings                                                 | 3,390.50  | 8.90   |
| B136 | LRC Retention & Fee Matters                              | 1,707.50  | 7.10   |
| B138 | Creditors' Committee Meetings/Communications             | 21,644.50 | 41.10  |
| B140 | Creditor Inquiries                                       | 100.00    | 0.50   |
| B142 | Non-Working Travel                                       | 1,345.75  | 4.70   |
| B144 | Non-LRC Retention & Fee Matters                          | 2,729.50  | 12.80  |
| B146 | Plan and Disclosure Statement (including Business Plan)  | 714.00    | 1.20   |
| B150 | Relief from Stay/Adequate Protection Proceedings         | 666.00    | 1.80   |
| **TOTAL** |                                                     | **$95,604.75** | **229.50** |

{698.001-W0002371.}

**Landis Rath & Cobb LLP**
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899
(302) 467-4400
Federal Tax ID 04-3762200

Official Committee of Unsecured Creditors  August 25, 2009
                                           Account No:   698-001
                                           Statement No:    9976

Tribune Company, et al. bankruptcy

### Fees through 07/31/2009

|  |  |  |  |  | Hours |  |
|---|---|---|---|---|---|---|
| 07/06/2009 | MBM | B112 | A100 | emails with co-counsel re: Cubs transaction | 0.30 | 111.00 |
| 07/15/2009 | MBM | B112 | A100 | emails from Deutsch (.1) and review of Ricketts fee letter re: Cubs transaction (.6) | 0.70 | 259.00 |
|  | MBM | B112 | A100 | Telephone call to R. keck re: cubs transaction | 0.50 | 185.00 |
|  |  |  |  | **B112 - Asset Disposition** | **1.50** | **555.00** |
| 07/15/2009 | MBM | B120 | A100 | review Alix weekly business report | 0.40 | 148.00 |
|  |  |  |  | **B120 - Business Operations** | **0.40** | **148.00** |
| 07/01/2009 | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of PPF OFF motion to compel; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Travelers notice of withdrawal from service list; update 2002 service list | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| 07/02/2009 | LR | B122 | A100 | Prepare copy of Preliminary Report to Official Committee of Unsecured Creditors for A. Landis and a binder for M. McGuire | 0.40 | 72.00 |
| 07/06/2009 | FAP | B122 | A100 | Review notice of PWC's fourth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review notice of PWC's fifth monthly fee application; update critical dates | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review Intralinks weekly court calendar | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Update critical dates memo and distribute | 0.30 | 60.00 |
|  | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | LR | B122 | A100 | Prepare Goldman Sachs & Co. discovery file; review status of 6.29.09 discovery request with R. Butcher | 0.10 | 18.00 |
|  | FAP | B122 | A100 | Review notice of Jones Day second fee application; update critical dates | 0.10 | 20.00 |
| 07/07/2009 | FAP | B122 | A100 | Review updated docket | 0.10 | 20.00 |
|  | FAP | B122 | A100 | Review memo re: Dow Lohnes retention application | 0.10 | 20.00 |

{698.001-W0002371.}

```
                                                              Page:  2
Official Committee of Unsecured Creditors              August 25, 2009
                                                    Account No:  698-001
                                                    Statement No:   9976

Tribune Company, et al. bankruptcy

                                                              Hours

07/08/2009  FAP  B122  A100  Review updated docket; email to A. Landis and
                             M. McGuire                              0.10    20.00
            FAP  B122  A100  Review notice of Alvarez fifth fee
                             application; update critical dates      0.10    20.00
            FAP  B122  A100  Review notice of Lazard fourth fee
                             application; update critical dates      0.10    20.00
            FAP  B122  A100  Review J. Porter's email re: 7/9 and 7/15
                             committee meetings; update critical dates  0.10  20.00
            FAP  B122  A100  Review notice of Edelman third monthly fee
                             application; update critical dates      0.10    20.00

07/09/2009  FAP  B122  A100  Review notice of motion to assume/assign
                             certain advertising agreements to Advantage
                             Newspaper Consultants; update critical dates  0.10  20.00
            FAP  B122  A100  Review updated docket; email to A. Landis and
                             M. McGuire                              0.10    20.00
            FAP  B122  A100  Briefly review and distribute Moelis' weekly
                             report                                  0.10    20.00
            FAP  B122  A100  Review notice of filing amended exhibit to
                             motion to assume CBS agreements         0.10    20.00
            FAP  B122  A100  Review notice of Jenner Block monthly fee
                             application; update critical dates      0.10    20.00

07/10/2009  FAP  B122  A100  Briefly review debtors' objection to PPF OFF
                             motion to compel payments               0.10    20.00
            FAP  B122  A100  Email exchanges re: informal responses to rule
                             2004 motion                             0.10    20.00
            FAP  B122  A100  Review A. Landis and D. Astin email email
                             exchanges re: extended deadlines for rule 2004
                             motion; update critical dates           0.10    20.00
            FAP  B122  A100  Review updated docket; email to A. Landis and
                             McGuire                                 0.10    20.00
            FAP  B122  A100  Review Schur Packaging Systems notice of
                             withdrawal for service; update 2002 service list  0.10  20.00

07/13/2009  FAP  B122  A100  Review J. Porter email re: 7/15 committee mtg.
                             time change; update critical dates      0.10    20.00
            FAP  B122  A100  Briefly review preliminary report and
                             executive summary regarding debtors'
                             pre-petition financings                 0.20    40.00
            FAP  B122  A100  Review updated docket; email to A. Landis and
                             M. McGuire                              0.10    20.00
            FAP  B122  A100  Review Intralinks weekly calendar       0.10    20.00
            FAP  B122  A100  Email exchanges with D. Bava re: extended
                             objection deadline and hearing date for Rule
                             2004 motion                             0.10    20.00
            FAP  B122  A100  Update critical dates memo and distribute  0.30   60.00
            FAP  B122  A100  Review Kevin Sorbo notice of appearance;
                             update 2002 service list                0.10    20.00
            FAP  B122  A100  Review updated committee contact list   0.10    20.00

07/14/2009  FAP  B122  A100  Review updated docket; email to A. Landis and
                             M. McGuire                              0.10    20.00
```

{698.001-W0002371.}

```
                                                               Page:   3
Official Committee of Unsecured Creditors                August 25, 2009
                                                        Account No:   698-001
                                                        Statement No:    9976

Tribune Company, et al. bankruptcy

                                                               Hours

         FAP  B122  A100  Review agenda for 7/15 committee mtg. and
                          distribute                            0.10     20.00
         FAP  B122  A100  Briefly review AlixPartners weekly report
                                                                0.10     20.00
         FAP  B122  A100  Briefly review Dow Lohnes retention order
                                                                0.10     20.00
         FAP  B122  A100  Briefly review order authorizing assumption of
                          certain CBS agreements and granting joint
                          motion to file under seal             0.10     20.00
         FAP  B122  A100  Review certification of counsel and proposed
                          order re: Gutman stay motion          0.10     20.00
         LR   B122  A100  Review emails from A. Landis and print
                          Confidential Reports for D. Rath; update D.
                          Rath's binder re: same                0.10     18.00

07/15/2009 FAP B122 A100  Review notice of Cole Schotz fifth monthly fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Mercer first and second
                          monthly fee application; update critical dates
                                                                0.10     20.00
         FAP  B122  A100  Review notice of Mercer first quarterly fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Briefly review PPF OFF motion for leave to
                          file reply to motion to compel        0.10     20.00
         FAP  B122  A100  Briefly review D. Deutsch memo and Ricketts
                          letter agreement                      0.10     20.00
         FAP  B122  A100  Review updated docket; email to A. Landis and
                          M. McGuire                            0.10     20.00
         FAP  B122  A100  Briefly review Moelis' report on recovery
                          alternatives and report on business plan
                          valuation                             0.10     20.00
         FAP  B122  A100  Briefly review AlixPartners' intercompany
                          model report                          0.10     20.00
         FAP  B122  A100  Briefly review Chadbourne's memo on status of
                          discovery                             0.10     20.00
         FAP  B122  A100  Briefly review order granting Gutman stay
                          motion                                0.10     20.00
         FAP  B122  A100  Review notice of Cole Schotz second interim
                          fee application; update critical dates
                                                                0.10     20.00
         FAP  B122  A100  Review notice of Jones Day second interim fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Jones Day first interim fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Jenner Block second interim
                          fee application; update critical dates
                                                                0.10     20.00
         FAP  B122  A100  Review notice of Mercer second interim fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Mercer third monthly fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Mercer fourth monthly fee
                          application; update critical dates    0.10     20.00
         FAP  B122  A100  Review notice of Mercer fifth monthly fee
                          application; update critical dates    0.10     20.00

07/16/2009 FAP B122 A100  Review notice of Daniel Edelman second interim
                          fee application; update critical dates 0.10    20.00
```

{698.001-W0002371.}

Official Committee of Unsecured Creditors

Page: 4
August 25, 2009
Account No: 698-001
Statement No: 9976

Tribune Company, et al. bankruptcy

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review order granting PPF OFF motion for leave to file reply | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review foundations' objection to rule 2004 motion (.1); email exchanges with group distributing same (.1) | 0.20 | 40.00 |
| | FAP | B122 | A100 | Review H. Seife email re: 7/20 committee mtg.; update critical dates | 0.10 | 20.00 |
| 07/17/2009 | FAP | B122 | A100 | Review McCormick and Cantigny Foundations notice of appearance; update 2002 service list | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review list of supplement ordinary course professionals | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Sidley Austin second interim fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Paul Hastings second interim fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review J. Porter email re: 7/20 telephonic committee meeting | 0.10 | 20.00 |
| | FAP | B122 | A100 | Update critical dates memo and distribute | 0.30 | 60.00 |
| | FAP | B122 | A100 | Review Intralinks updated weekly calendar | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review Beatty's motion to set expedited hearing on emergency motion to quash videotaping of deposition (.1); discussion with M. Girello to update critical dates for same (.1) | 0.20 | 40.00 |
| | MVG | B122 | A100 | Multiple discussions w/F. Panchak re: case coverage/anticipated filings | 0.20 | 40.00 |
| | MVG | B122 | A100 | Review Beatty Motion for Expedited Hearing on Motion for Protective Order (.1); review & circulate to group Debtors' Objection to Motion for Protective Order (.1) | 0.20 | 40.00 |
| 07/20/2009 | MVG | B122 | A100 | Review & circulate Order Scheduling Telephonic Hearing re: Beatty Motion for Protective Order | 0.10 | 20.00 |
| 07/21/2009 | LR | B122 | A100 | Review Chadbourne & Parke's web page re: info for Zink pro hac vice (.1); draft Pro Hac Vice Motion for N. Theodore Zink (.3) | 0.40 | 72.00 |
| | LR | B122 | A100 | Finalize for filing Motion and Order for Admission Pro Hac Vice of N. Theodore Zink, Jr. at Chadbourne & Parke LLP (.2); update 2009 admission chart (.1) | 0.30 | 54.00 |
| 07/22/2009 | MVG | B122 | A100 | Confer w/D. Rath re: Cmte. 2004 Motion & Reply to Objection thereto | 0.10 | 20.00 |
| 07/23/2009 | MVG | B122 | A100 | Briefly review Cmte. 2004 Motion (.1); review Objection thereto (.1) | 0.20 | 40.00 |

{698.001-W0002371.}

```
                                                                Page:   5
Official Committee of Unsecured Creditors                August 25, 2009
                                                      Account No:  698-001
                                                      Statement No:   9976

Tribune Company, et al. bankruptcy

                                                                   Hours

            MVG  B122  A100  Confer w/D. Rath re: status of Cmte. Reply to
                              McCormick/Cantigny Objection to 2004 Motion
                              (.1); review draft of same (.2) & provide
                              comments thereto (.1)                    0.40     80.00
            MVG  B122  A100  Research parties & prepare service list/labels
                              for Cmte. Reply to McCormick/Cantigny
                              Objection to 2004 Motion                 0.20     40.00
            MVG  B122  A100  Review & revise updated draft Cmte. Reply to
                              McCormick/Cantigny Objection to 2004 Motion 0.20  40.00
            MVG  B122  A100  Finalize for filing and coordinate service of
                              Cmte. Reply to McCormick/Cantigny Objection to
                              2004 Motion                              0.50    100.00
            MVG  B122  A100  Draft & file Affidavit of Service re: Cmte.
                              Reply to McCormick/Cantigny Objection to 2004
                              Motion                                   0.20     40.00
            MVG  B122  A100  Follow-up e-mail to attorneys re:
                              filing/service of Cmte. Reply to
                              McCormick/Cantigny Objection to 2004 Motion 0.10  20.00

07/27/2009  FAP  B122  A100  Briefly review AlixPartners weekly report 0.10     20.00
            FAP  B122  A100  Briefly review Notice of Filing Amended
                              Exhibits B and C to Motion to assign Sales
                              Agreements to Advantage Newspaper Consultants
                              Inc. and Revised Proposed Order          0.10     20.00
            FAP  B122  A100  Briefly review order denying Clement Stay
                              Motion                                   0.10     20.00
            FAP  B122  A100  Briefly review Ernst & Young retention order 0.10  20.00
            FAP  B122  A100  Review motion to abandon property at 2 Park
                              Avenue and order shortening notice of same 0.10   20.00
            FAP  B122  A100  Review order granting Zink pro hac admission 0.10  20.00
            FAP  B122  A100  Review updated docket                      0.10    20.00
            MVG  B122  A100  Confer w/F. Panchak re: case status        0.10    20.00

07/28/2009  FAP  B122  A100  Review updated docket; email to A. Landis and
                              M. McGuire                               0.10     20.00
            FAP  B122  A100  Review notice of motion to implement 2009
                              incentive plan; update critical dates    0.10     20.00
            FAP  B122  A100  Review notice of motion to seal exhibit to
                              motion to implement 2009 incentive plan;
                              update critical dates                    0.10     20.00
            FAP  B122  A100  Review notice of motion to assume metromix
                              agreement and release claims; update critical
                              dates                                    0.10     20.00
            FAP  B122  A100  Review notice of PWC first interim fee
                              application; update critical dates       0.10     20.00
            FAP  B122  A100  Review notice of PWC second interim fee
                              application; update critical dates       0.10     20.00
            FAP  B122  A100  Review notice of motion to extend exclusivity;
                              update critical dates                    0.10     20.00
            FAP  B122  A100  Review notice of Deloitte & Touche retention
                              application; update critical dates       0.10     20.00
            FAP  B122  A100  Review notice of Downey Smith application for
                              compensation; update critical dates      0.10     20.00
```

{698.001-W0002371.}

```
                                                                   Page:   6
Official Committee of Unsecured Creditors                    August 25, 2009
                                                         Account No:  698-001
                                                         Statement No:   9976

Tribune Company, et al. bankruptcy
```

|  |  |  |  | Description | Hours | |
|---|---|---|---|---|---|---|
| | FAP | B122 | A100 | Review notice of Cole Schotz sixth monthly fee app; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Stuart Maue third monthly fee app; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Sidley Austin sixth monthly fee app; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Jenner Block monthly fee app; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review order setting future omnibus hearing dates; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of reschedule 8/26/09 hearing; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | email to/from T. Zink re: order granting pro hac admission | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of LaMantia stay motion; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review weekly Intralinks court calendar | 0.10 | 20.00 |
| | FAP | B122 | A100 | Update critical dates memo and distribute | 0.60 | 120.00 |
| | FAP | B122 | A100 | Review UAW withdrawal of appearance; update 2002 service list | 0.10 | 20.00 |
| 07/29/2009 | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review monthly operating report for May | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review notice of Edelman fourth monthly fee application; update critical dates | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review 7/30/09 committee call agenda | 0.10 | 20.00 |
| 07/30/2009 | FAP | B122 | A100 | Briefly review AlixPartners weekly report | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review Moelis weekly report | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review numerous discovery requests | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review updated docket; email to A. Landis and M. McGuire | 0.10 | 20.00 |
| | FAP | B122 | A100 | Briefly review memo re: updated discovery process | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review order approving permanent waiver to comply with 345 requirements | 0.10 | 20.00 |
| 07/31/2009 | FAP | B122 | A100 | Email exchanges with F. Vazquez re: Goldman discovery | 0.10 | 20.00 |
| | FAP | B122 | A100 | Review agenda for 8/4 committee mtg.; update critical dates | 0.10 | 20.00 |
| | | | | **B122 - Case Administration** | **16.50** | **3,274.00** |
| 07/17/2009 | AGL | B126 | A100 | emails to and from group re: mip, koip programs | 0.40 | 238.00 |
| 07/28/2009 | AGL | B126 | A100 | review and analyze debtors motion for 2009 mip and multiple related exhibits | 1.70 | 1,011.50 |
| | | | | **B126 - Employ Benefits/Pension** | **2.10** | **1,249.50** |

```
                                                                    Page:     7
Official Committee of Unsecured Creditors                    August 25, 2009
                                                             Account No:  698-001
                                                             Statement No:    9976

Tribune Company, et al. bankruptcy

                                                              Hours
07/06/2009 AGL  B128  A100 Telephone calls with Deutsch re: fee examiner
                           issues, responses                    0.40    238.00
                                                                ----    ------
                           B128 - Fee/Empl. Objections          0.40    238.00
07/01/2009 MBM  B133  A100 emails with Landis, Butcher and Rath re: lbo
                           investigation (.3); review of report re: same
                           (.8); conference with Butcher re: same (.2)  1.30    481.00
           RLB  B133  A100 E-mails with McGuire re: status and progress
                           of investigation (.6)  E-mails re: Phase I
                           (.4)  Calls with Morgan Stanley re: production
                           (.6)  Call to Paul Weiss re: Citigroup (.4).
                           Begin drafting summary of preliminary report
                           sections (.5)                        2.50    937.50
           DBR  B133  A100 Emails with Landis, Butcher and McGuire re:
                           investigations of citi and morgan (.7); emails
                           with Landis re: preparing 2004 exams (.5)  1.20    630.00

07/02/2009 DBR  B133  A100 review and analyze Navigant letter and
                           issues/status of investigation re: same (.7);
                           review and analyze issues/status of
                           investigation re: Morgan (.7)        1.40    735.00

07/06/2009 DBR  B133  A100 Continue drafting Prelim Investigation Report  4.30  2,257.50
           RLB  B133  A100 Call with Citi counsel re: document production
                           (.4) E-mail from MOrgan counsel re: document
                           production (.3) Begin review of latest draft
                           of preliminary investigation report (.9)  1.60    600.00
           AGL  B133  A100 calls and emails to and from counsel to 2004
                           targets (.9) and emails to and from Chadbourne
                           group re: request to adjourn 2004 motion (.5);
                           review 2004 motion and prior requests for
                           informal discovery (.8)              2.20  1,309.00
           MBM  B133  A100 emails with Landis and co-counsel re:
                           foundations 2004 motions (.3); review of
                           motion and critical dates (.5)       0.80    296.00
           MBM  B133  A100 emails with Vasquez, Landis, Rath and Butcher
                           re: preliminary lbo report to Committee (.5);
                           review of revised preliminary report (1.9)  2.40    888.00
           DBR  B133  A100 review issues relating to McCormick 2004 and
                           emails to/from McGuire, Vasquez, Landis and
                           Butcher re: same(.4); confer with Landis re:
                           same (.2); call with Zumbro re: Goldman
                           investigation (.3); conference with Chadbourne
                           re: same (.4)                        1.30    682.50

07/07/2009 DBR  B133  A100 continue preparing prelim report for committee
                           (2.0); prepare for and meet with McGuire and
                           Butcher re: investigations pending and action
                           relating to same (1.2); conference with Landis
                           re: status and strategy (.4)         3.60  1,890.00
           AGL  B133  A100 continue review of preliminary report (1.1);
                           conference with Butcher, Mcguire, Rath re:
                           presentation to committee (.8)       1.80  1,071.00
```

{698.001-W0002371.}

```
                                                                         Page:   8
Official Committee of Unsecured Creditors                         August 25, 2009
                                                                Account No:   698-001
                                                                Statement No:    9976

Tribune Company, et al. bankruptcy

                                                                           Hours

            MBM  B133  A100  review revised report to committee re: lbo
                             transaction (2.5); meeting with Landis, Rath
                             and Butcher re: committee presentation (.7)    3.20   1,184.00
            RLB  B133  A100  E-mails re: Goldman response to subpoena (.3)
                             Call to Morgan Stanley re: subpoena response
                             (.3)  E-mail to Citigroup re: subpoena (.2)
                             Meeting re: status of investigation and Board
                             presentation (.6)                              1.40     525.00

07/08/2009  DBR  B133  A100  review and analyze materials, research and
                             report in preparation for meeting with
                             committee                                      3.20   1,680.00
            RLB  B133  A100  Call to counsel for Morgan (.2) call to
                             counsel for Citi (.2) re: pending discovery
                             responses.  E-mail to counsel for Morgan (.5)
                             counsel for Citi (.4) re: pending discovery
                             responses.  Finish review of third revised
                             preliminary report (3.0) Research re: section
                             160 and 174 issues (.6) Revise third version
                             of preliminary report (.8)  E-mail with
                             co-counsel re: preliminary report (.3)         6.00   2,250.00
            MBM  B133  A100  review revised LBO report and revisions to
                             same (1.2); email from Butcher re: same (.1)   1.30     481.00

07/09/2009  DBR  B133  A100  review and analyze investigation materials in
                             preparation for committee call                 2.20   1,155.00
            RLB  B133  A100  Calls (.4) and e-mails (.4) with Matt
                             Morningstar re: production.  Review
                             preliminary report (.8) Begin drafting summary
                             of preliminary report for presentation (.8)    2.40     900.00
            MBM  B133  A100  emails with opposing counsel and debtors
                             counsel re: briefing and hearing schedule for
                             2004 motions                                   0.40     148.00

07/10/2009  RLB  B133  A100  Conference call re: Committee presentation.
                             (.9) Drafting executive summary of
                             preliminary report for presentation to the
                             Committee (1.2) Revise and edit memo (.5)
                             E-mail with AGL, DBR, MBM (.2) re: memo.       2.80   1,050.00
            LR   B133  A100  Draft and forward letter to F. Vazquez
                             enclosing confidentiality agreement with Duff
                             & Phelps                                       0.20      36.00
            DBR  B133  A100  prepare for and participate in committee call
                             re: report on investigation of professionals
                             (1.1); review Duff and Phelps confi agreement
                             and execute same (.4); outline status of
                             investigation and correspond with Chadbourne
                             re: same (1.5); prepare for committee
                             presentation (1.1); review status of 2004
                             responses and correspond re: same (.5)         4.60   2,415.00

07/13/2009  AGL  B133  A100  prepare for (.3) and attend (.7) professionals
                             call re: 7/15 in person committee meeting re:
                             lbo and related issues for meeting             1.00     595.00
```

{698.001-W0002371.}

```
                                                                      Page:   9
Official Committee of Unsecured Creditors                      August 25, 2009
                                                            Account No:   698-001
                                                            Statement No:     9976

Tribune Company, et al. bankruptcy

                                                                         Hours

             DBR   B133  A100  prepare for conf call re: presentation to
                               committee and participate in conference call
                               with professionals (1.8); review report to
                               committee and prepare for meeting with
                               committee (2.2); conference with Butcher re:
                               additions to report (.5)                    4.50     2,362.50
             MBM   B133  A100  conferences with Landis, Rath and Butcher re:
                               status of investigation (.5); emails re:
                               discovery issues (.2); conference call with
                               group re: committee presentation (.8)       1.50       555.00
             RLB   B133  A100  Draft (.5) and revise (.2) summary re:
                               investigation and production status.  E-mails
                               re: status and production costs (.4)        1.10       412.50

07/14/2009   DBR   B133  A100  preparation for committee presentation      4.20     2,205.00
             RLB   B133  A100  Revise summary of presentation and status in
                               preparation for Committee presentation.     0.90       337.50

07/15/2009   RLB   B133  A100  Calls re: document production with
                               investigation targets (.4)  E-mail with AGL
                               re: claim summaries (.2)  Call (.1) and e-mail
                               (.2) with DBR re: fiduciary duty case law.
                               Research re: case law (.5)  E-mail with Mona
                               A. Parikh re: research project on fiduciary
                               duties (.1)                                 1.50       562.50
             MAP   B133  A100  Emails to/from Butcher and Rath re: research
                               assignment and related case summaries for
                               Lyondell v. Ryan                            0.20        55.00
             MBM   B133  A100  review lbo presentation materials (.9); call
                               with Landis and Rath re: same (.4)          1.30       481.00

07/16/2009   DBR   B133  A100  review status of investigations and discuss
                               plan for completion with Butcher(1.1); review
                               and analyze McCormick objection and  2004
                               motion re: same (1.2)                       2.30     1,207.50
             MAP   B133  A100  Retrieve (.2) and begin reviewing Lyondell
                               Chancery Court and Supreme Court opinions (.3) 0.50    137.50
             MBM   B133  A100  review McCormick Foundation objection to 2004
                               motion (.8); emails with Chadbourne re: same
                               (.2); conference with Rath re: same (.2)    1.20       444.00
             RLB   B133  A100  Calls to Morgan re: documents (.4)  Calls to
                               Citi re: documents (.3)  Discuss with DBR (.2) 0.90    337.50

07/17/2009   MAP   B133  A100  Continue review and analysis of Lyondell
                               Chancery and Supreme cases                  0.50       137.50

07/18/2009   MAP   B133  A100  Continue review and analysis of Lyondell
                               Chancery and Supreme cases                  1.50       412.50
             DBR   B133  A100  Conference with Butcher and McGuire re:
                               investigation document production issues    1.10       577.50

07/19/2009   MAP   B133  A100  Continue review and analysis of Lyondell
                               Chancery and Supreme cases (.5); begin
                               drafting memo to Rath and Butcher re: same (1.1) 1.60  440.00
```

{698.001-W0002371.}

```
                                                              Page:    10
Official Committee of Unsecured Creditors                August 25, 2009
                                                        Account No:   698-001
                                                        Statement No:    9976

Tribune Company, et al. bankruptcy

                                                              Hours
07/20/2009  MAP   B133   A100  Continue drafting Lyondell case summary memo      1.20     330.00
            DBR   B133   A100  follow up w/McGuire re: discovery requests
                               (.7); prepare response to McCormick objection (.6)  1.30   682.50

07/21/2009  DBR   B133   A100  Further analysis of pending investigation
                               action (1.5) and begin preparing response to
                               McCormick objection (1.5)                          3.00   1,575.00
            MAP   B133   A100  Continue drafting Lyondell case summary memo
                               (1.5); review and revise same (.9); email same
                               to Butcher w brief overview of Revlon analysis
                               (.3); brief discussion w Butcher re: same (.1)     2.80     770.00
            RLB   B133   A100  Calls re: Goldman documents (.4)  Call re:
                               Morgan documents (.3)  Call re: Citi documents (.3) 1.00   375.00

07/22/2009  DBR   B133   A100  Continue review and analysis of committee
                               report and background information (1.5);
                               continue review and analysis of McCormick
                               objection to 2004 Motion and review and revise
                               response to McCormick Foundation objection to
                               2004 examination (2.2)                             3.70   1,942.50
            RLB   B133   A100  Call with Frank Vasquez re: ESI and
                               confidentiality agreement (.4)  Revise and
                               edit confidentiality agreements for Morgan
                               (.5) and Citi (.4)  Discuss Lyondell memo and
                               research with Mona A. Parikh (.4)                  1.70     637.50
            MBM   B133   A100  review 2004 reply (.4); emails with Rath re:
                               same (.2)                                          0.60     222.00

07/23/2009  DBR   B133   A100  Continue preparation of reply brief and
                               analysis of related issues re: motion for 2004
                               of McCormick Foundation                            2.00   1,050.00
            RLB   B133   A100  Calls (.5) re: Citi and Morgan document
                               production.  Review 2004 motion (.5) objection
                               (.4) and draft response (.5)  Discuss status
                               with DBR (.3)                                      2.20     825.00
            MBM   B133   A100  conferences with Rath re: 2004 reply (.4);
                               review of same (.9); call with Chadbourne re:
                               same (.3); revise finalize and prepare reply
                               for filing (1.7)                                   3.30   1,221.00

07/24/2009  RLB   B133   A100  Calls with Matt Morningstar re: Morgan Stanley
                               production  (.3)  Call (.3) and e-mail with
                               Cravath re: Goldman production (.3)  Revise
                               confidentiality agreements with Morgan (.5)
                               and Citi (.5).  E-mail with Paul Weiss re:
                               Citi production (.3)  Call with Chuck Davidow
                               re: Citi production (.3)  Summary of status
                               for DBR (.7)                                       3.20   1,200.00
            DBR   B133   A100  Conference call with Chadbourne re:document
                               production and strategy for obtaining info
                               from non-producing parties(1.2); numerous
                               correspondence w/Chadbourne & McGuire re:
                               McCormick 2004 examination (1.4)                   2.70   1,417.50
```

{698.001-W0002371.}

```
                                                                 Page:    11
Official Committee of Unsecured Creditors                August 25, 2009
                                                         Account No:   698-001
                                                         Statement No:     9976

Tribune Company, et al. bankruptcy

                                                              Hours

            AGL  B133  A100  emails to and from counsel to mccormick (.3)
                             and internal group (.3) re: 2004 motion,
                             responses, related issues                0.60       357.00
            MBM  B133  A100  review of foundations response and committee
                             reply to 2004 motion (.8); emails and calls
                             with Astin re: meet and confer conference
                             (.4); emails with Zink re: same (.3)     1.50       555.00

07/25/2009  RLB  B133  A100  Review memo re: Lyondell for next report to
                             committee on LBO liability (.7)  Review case
                             law (.5)                                 1.20       450.00
            DBR  B133  A100  review and analysis of materials relating to
                             investigation (1.6); confer with McGuire and
                             Butcher re: status of all outstanding requests (.5)2.10  1,102.50

07/27/2009  DBR  B133  A100  Continue analysis of issues related to 2004
                             examination of McCormick                 1.20       630.00
            MBM  B133  A100  prepare for and participate in call with
                             counsel for Foundations re: resolution of 2004
                             motion (1.3); emails with Zink and Astin re:
                             same (.3); conferences with Rath re: same (.2)  1.80   666.00
            RLB  B133  A100  Call to Matt Morningstar (.3) Re: document
                             Production                               0.30       112.50

07/29/2009  DBR  B133  A100  review, analyze and respond to correspondence
                             re: investigation (.5); work on resolution of
                             McCormick 2004, including stipulation (.6);
                             confer with mcGuire re: same (.4); review and
                             revise discovery stipulation (.4)        1.90       997.50
            MBM  B133  A100  review proposed stip resolving 2004 exam
                             motion (.8); emails with co-counsel re: same
                             (.4); revise stipulation (.7); emails to
                             opposing counsel re: same (.2)           2.10       777.00
            MBM  B133  A100  review of discovery materials (.9); emails
                             with Vasquez and rath re: same (.3);
                             conferences with Rath re: same (.4)      1.60       592.00
            RLB  B133  A100  E-mail re: status of document production. 0.40      150.00

07/30/2009  DBR  B133  A100  prepare for and participate in call with
                             Goldman re: investigation discovery (1.2);
                             participate in committee call (1.3); confer
                             with Landis and McGuire re: status (.4);
                             prepare for and participate in call with
                             counsel for Morgan re: production and conf
                             agreement (.8); review and analyze confi
                             agreement (.5)                           4.20     2,205.00
            MBM  B133  A100  review proposed stip resolving 2004 motion
                             (.4); emails with counsel re: same (.3);
                             review proposed changes from opposing counsel (.6)  1.30   481.00
            RLB  B133  A100  Call (.2) and e-mail (.2) re: Morgan
                             documents.  Call with Goldman counsel (.6) re:
                             production and confidentiality and e-mails re:
                             same (.2)                                1.20       450.00
```

{698.001-W0002371.}

```
                                                                      Page:  12
Official Committee of Unsecured Creditors                      August 25, 2009
                                                               Account No:    698-001
                                                               Statement No:     9976

Tribune Company, et al. bankruptcy

                                                                         Hours
07/31/2009  RLB   B133  A100  E-mail re: Goldman production (.2) Call with
                              Morgan Stanley re: confidentiality agreement.
                              (.3) E-mail re: same (.2)                   0.70      262.50
            DBR   B133  A100  review and analyze doc request to Rustic
                              Canyon (1.0); review and analyze confi stip(.8)  1.80      945.00
                                                                          ------   ---------
                              B133-LBO & Related Trans                  130.50   57,842.50

07/13/2009  AGL   B134  A100  emails to and from debtors' counsel re: agenda
                              language re: 2004 motion for hearing        0.10       59.50

07/14/2009  FAP   B134  A100  Review agenda for 7/16/09 hearing           0.10       20.00
            FAP   B134  A100  Discussion with M. McGuire re: agenda for
                              7/16/09 hearing and matters going forward   0.10       20.00

07/15/2009  FAP   B134  A100  Review amended agenda for 7/16/09 hearing   0.10       20.00
            FAP   B134  A100  Prepare 7/16/09 hearing binder              0.40       80.00

07/16/2009  AGL   B134  A100  prepare for (.9) and attend omnibus hearing
                              and pre/post hearing meetings with deutsch,
                              landlord and debtors re: potential settlement
                              of issues (1.7)                             2.60    1,547.00

07/20/2009  MVG   B134  A100  Schedule multiple 7/21 attorney telephonic
                              appearances & review/forward dial-in
                              instructions                                0.20       40.00

07/21/2009  MVG   B134  A100  Review 7/21 Notice of Agenda & discuss w/M.
                              McGuire                                     0.10       20.00

07/27/2009  FAP   B134  A100  Review agenda for 7/28/09 hearing           0.10       20.00
            FAP   B134  A100  Discussion with M. McGuire re: 7/28 hearing
                              binder (.1); begin downloading pleadings going
                              forward and compiling hearing binder (.9)   1.00      200.00

07/28/2009  FAP   B134  A100  Finalize 7/28/09 hearing binder             0.70      140.00
            FAP   B134  A100  Review amended agenda for 7/28/09 hearing
                              (.1); supplement hearing binder (.1)        0.20       40.00
            MBM   B134  A100  prepare for and attend hearing              3.20    1,184.00
                                                                         -----   ---------
                              B134 - Hearings                             8.90    3,390.50

07/08/2009  FAP   B136  A100  Begin draft of LRC second interim fee
                              application (.9); draft notice for same (.1)  1.00      200.00

07/09/2009  FAP   B136  A100  Review/revise June prebills                 0.60      120.00

07/13/2009  FAP   B136  A100  Revise LRC second interim fee application
                              (.1); discussions with M. Parikh re: same (.1)  0.20       40.00
07/14/2009  AGL   B136  A100  review and revise, execute 2nd interim fee
                              application                                 0.20      119.00

07/15/2009  FAP   B136  A100  Finalize for filing, file and coordinate
                              service of LRC second interim fee application  0.30       60.00

{698.001-W0002371.}
```

```
                                                              Page:    13
Official Committee of Unsecured Creditors               August 25, 2009
                                                     Account No:  698-001
                                                     Statement No:   9976

Tribune Company, et al. bankruptcy

                                                            Hours
07/16/2009 FAP  B136  A100  email exchanges with A. Landis and M. McGuire
                            re: LRC fifth monthly fee application (.1);
                            draft Certificate of No Objection for same (.1)   0.20      40.00

07/17/2009 FAP  B136  A100  Finalize for filing, file and serve
                            Certificate of No Objection to LRC fifth fee
                            application                                       0.30      60.00
           FAP  B136  A100  Prepare affidavit of service for LRC sixth
                            monthly fee application                           0.10      20.00
           FAP  B136  A100  Finalize for filing, file and serve LRC fifth
                            monthly fee application                           0.50     100.00

07/21/2009 MAP  B136  A100  Begin reviewing June prebill for LRC Monthly
                            Fee App                                           0.50     137.50

07/27/2009 MAP  B136  A103  Draft/revise LRC 6th Monthly Fee App              1.20     330.00

07/29/2009 CL   B136  A103  Edit and finalize LRC June invoice                0.80     100.00
           AGL  B136  A100  review and revise interim fee application         0.30     178.50
           MAP  B136  A103  Draft/revise LRC 6th Monthly Fee App per edits
                            from McGuire (.2); discussions w Lewicki re:
                            edits to prebill (.1).                            0.30      82.50

07/30/2009 FAP  B136  A100  Email exchanges with M. Parikh re: status of
                            LRC sixth monthly fee application (.1);
                            review/revise same (.1)                           0.20      40.00
           FAP  B136  A100  File and coordinate service of LRC sixth
                            monthly fee application                           0.40      80.00
                                                                              ----   --------
                      B136 - LRC Ret. & Fee Matters                           7.10   1,707.50

07/01/2009 MBM  B138  A100  attend conference call with committee (1.3);
                            review of presentation materials in prep for
                            meeting (.7)                                      2.00     740.00
           AGL  B138  A100  prepare during working travel for committee
                            meeting (1.7) (reviewing lbo memo (.5), plan
                            memos and issues (.6), moelis and alix updates
                            (.6); attend committee meetings and meetings
                            with debtors (4.5)                                7.90   4,700.50

07/08/2009 AGL  B138  A100  prepare for (.4) and attend (.6) meeting with
                            debtors' professionals re: agenda items listed    1.00     595.00

07/10/2009 MBM  B138  A100  prepare for (.8) and attend (.6) meeting with
                            Committee professionals                           1.40     518.00

07/14/2009 AGL  B138  A100  calls with chadbourne, moelis, alix re:
                            presentation to committee for 7/15 (2.1);
                            review and analyze alix materials (1.2);
                            moelis materials (1.3); report to committee(1.1)  5.70   3,391.50
```

{698.001-W0002371.}

```
                                                                    Page:  14
Official Committee of Unsecured Creditors                   August 25, 2009
                                                            Account No:   698-001
                                                            Statement No:    9976

Tribune Company, et al. bankruptcy

                                                              Hours
07/15/2009 AGL  B138  A100  working travel to nyc for committee meeting
                            (review agenda of items, presentation
                            materials (1.5); attend pre meeting with
                            professionals (.5) and committee meeting (note
                            attendance by DBR re: litigation matters, LBO
                            matters, potential plan litigation matters) (6.0)   8.00    4,760.00
           DBR  B138  A100  working travel to nyc for committee meeting
                            (1.5); attend pre meeting with professionals
                            (.5) and committee meeting (6.0)                    8.00    4,200.00

07/20/2009 MBM  B138  A100  prepare for and attend committee meeting            1.50      555.00

07/21/2009 AGL  B138  A100  conference call with committee professionals
                            re: agenda items listed                             0.50      297.50
           MBM  B138  A100  prepare for and attend professionals meeting        0.70      259.00

07/28/2009 MBM  B138  A100  prepare for and attend committee professionals
                            meeting                                             1.30      481.00

07/30/2009 MBM  B138  A100  prepare for (.9) and attend committee meeting (2.2) 3.10    1,147.00
                                                                              -----   ---------
                            B138 - Creditors' Cmte Mtgs                        41.10   21,644.50

07/06/2009 FAP  B140  A100  Creditor inquiry from R. Weingar,
                            Communication Research Consultants                  0.10       20.00

07/09/2009 FAP  B140  A100  Creditor inquiry re: Communications Research
                            Consultants unpaid invoices                         0.10       20.00

07/10/2009 FAP  B140  A100  Creditor call from R. Cummock re: expired bar
                            date and poc to be filed (.1); follow-up call
                            with M. Parikh re: same (.1)                        0.20       40.00

07/13/2009 FAP  B140  A100  Telephone call re: follow-up creditor inquiry
                            from R. Cummock                                     0.10       20.00
                                                                              ----    -------
                            B140 - Creditor Inquiries                           0.50      100.00

07/01/2009 AGL  B142  A100  non-working return trip from NYC committee
                            meeting to Delaware                                 1.70      505.75

07/15/2009 AGL  B142  A100  return to wilmington from committee meeting in NYC  1.50      446.25
           DBR  B142  A100  non working travel from nyc to wilm                 1.50      393.75
                                                                              ----    --------
                            B142 - Non-Working Travel                           4.70    1,345.75

07/01/2009 FAP  B144  A100  Email exchanges with V. Patel re: status of
                            Moelis fifth fee application                        0.10       20.00

           FAP  B144  A100  Prepare affidavit of service for Certificate
                            of No Objection to Moelis fourth fee
                            application                                         0.10       20.00
```

```
                                                              Page:    15
Official Committee of Unsecured Creditors              August 25, 2009
                                                       Account No:  698-001
                                                       Statement No:   9976

Tribune Company, et al. bankruptcy

                                                          Hours

            FAP   B144  A100  Email exchanges with A. Leung re: confirmation
                              of interim and monthly application filing dates   0.10    20.00
            FAP   B144  A100  Prepare affidavit of service for Moelis' fifth
                              monthly fee application (.1); prepare notice
                              (.1); Finalize for filing and coordinate
                              service of same (.4)                              0.60   120.00
            FAP   B144  A100  Finalize for filing and coordinate service of
                              Certificate of No Objection to Moelis' fourth
                              monthly fee application                           0.30    60.00

07/10/2009  FAP   B144  A100  Review D. Deutsch email regarding examiner's
                              report on committee members' expenses             0.10    20.00

07/13/2009  FAP   B144  A100  Email exchanges with H. Lamb re: objection
                              deadline for second interim fee applications      0.10    20.00
            FAP   B144  A100  Review notice of Alvarez second interim fee
                              application; update critical dates                0.10    20.00
            FAP   B144  A100  email exchanges with A. Leung re: second
                              interim fee filing/objection deadline             0.10    20.00
            AGL   B144  A100  call with deutsch re: expenses for fee
                              applications re: discovery (.1); emails to and
                              from deutsch re: same (.2)                        0.30   178.50

07/14/2009  FAP   B144  A100  Email exchanges with A. Holtz re: second
                              supplemental declaration (.1); Finalize for
                              filing and coordinate service of same (.4)        0.50   100.00
            FAP   B144  A100  Email exchanges with A. Holtz re: filing of
                              AlixPartners second interim fee application
                              (.1); review same (.1); prepare notice for
                              same (.1)                                         0.30    60.00
            FAP   B144  A100  Review notice of Stuart Maue first and second
                              fee application; update critical dates            0.10    20.00
            FAP   B144  A100  Prepare affidavit of service for second
                              supplemental declaration of A. Holtz (.1);
                              file same (.1)                                    0.20    40.00
            FAP   B144  A100  Review Chadbourne Parke's second interim fee
                              application (.1) email exchanges with H. Lamb
                              re: same (.1); prepare notice for same (.1)       0.30    60.00

07/15/2009  FAP   B144  A100  Finalize for filing, file and coordinate
                              service of Chadbournes second interim fee
                              application                                       0.30    60.00
            FAP   B144  A100  Finalize for filing, file and coordinate
                              service of AlixPartners second interim fee
                              application                                       0.30    60.00
            FAP   B144  A100  Prepare affidavit of service for committee
                              professionals second interim applications
                              (.1); file same (.1)                              0.20    40.00

07/16/2009  FAP   B144  A100  Email exchanges with A. Leung and A. Holtz re:
                              responses to AlixPartners' fifth monthly fee
                              application (.1); draft Certificate of No
                              Objection for same (.1)                           0.20    40.00
```

{698.001-W0002371.}

```
                                                                     Page:    16
Official Committee of Unsecured Creditors                   August 25, 2009
                                                         Account No:    698-001
                                                         Statement No:      9976

Tribune Company, et al. bankruptcy

                                                                  Hours

            FAP   B144   A100  Draft Certificate of No Objection to
                               Chadbourne fifth monthly fee application   0.10      20.00

07/17/2009  FAP   B144   A100  Email exchanges with Chadbourne group re:
                               responses to Chadbourne's 5th fee application  0.10  20.00
            FAP   B144   A100  Email exchanges with V. Patel re: status of
                               second interim application                 0.10      20.00
            FAP   B144   A100  Finalize for filing, file and serve
                               Certificate of No Objection to AlixPartners
                               fifth fee application                      0.30      60.00
            FAP   B144   A100  Prepare affidavit of service for Certificate
                               of No Objection to LRC and AlixPartners fifth
                               monthly fee application (.1); file same (.1)  0.20   40.00
            MVG   B144   A100  Review e-mails re: Chadbourne & Moelis fees   0.10   20.00

07/20/2009  MVG   B144   A100  Review docket as to possible objections to C&P
                               5th Fee App. (.1); e-mails to/from H. Lamb re:
                               Certificate of No Objection re: App. (.1)  0.20      40.00
            MVG   B144   A100  Revise Certificate of No Objection re: C&P 5th
                               Fee App.                                   0.10      20.00
            MVG   B144   A100  Draft Affidavit of Service re: Certificate of
                               No Objection re: C&P 5th Fee App.          0.10      20.00
            MVG   B144   A100  Finalize for filing and coordinate service of
                               Certificate of No Objection re: C&P 5th Fee App.  0.40  80.00
            MVG   B144   A100  Follow-up e-mail to H. Lamb re: Certificate of
                               No Objection re: C&P 5th Fee App.          0.10      20.00

07/23/2009  MVG   B144   A100  E-mail from V. Patel re: Moelis fees       0.10      20.00
            MVG   B144   A100  Review Moelis 5th Fee App. (.1); draft
                               Certificate of No Objection re: same (.1)  0.20      40.00
            MVG   B144   A100  Draft Affidavit of Service re: Certificate of
                               No Objection re: Moelis 5th Fee App.       0.10      20.00
            MVG   B144   A100  Finalize for filing and coordinate service of
                               Certificate of No Objection re: Moelis 5th Fee App.  0.40  80.00
            MVG   B144   A100  Review Moelis 2nd Interim Fee Request (.1);
                               draft Notice (.2) & Affidavit of Service (.1)
                               re: same                                   0.40      80.00
            MVG   B144   A100  Finalize for filing and coordinate service of
                               Moelis 2nd Interim Fee Request             0.60     120.00
            MVG   B144   A100  Follow-up e-mail to V. Patel re:
                               filing/service of Moelis fee apps.         0.10      20.00

07/27/2009  FAP   B144   A100  Email exchanges with H. Lamb re: June
                               fee/expense applications and objection
                               deadline                                   0.10      20.00
            FAP   B144   A100  Email exchanges with H. Lamb re: committee
                               members' June application                  0.10      20.00
            FAP   B144   A100  Review Chadbourne's sixth monthly fee
                               application and prepare for filing (.4);
                               prepare notice for same (.1)               0.50     100.00
            FAP   B144   A100  Review committee members' expenses and draft
                               fourth monthly application (.6); prepare
                               notice for same (.1)                       0.70     140.00
```

{698.001-W0002371.}

Tribune Company, et al. bankruptcy

| | | | | | Hours | |
|---|---|---|---|---|---|---|
| | FAP | B144 | A100 | Email exchanges with A. Holtz re: sixth monthly fee application of AlixPartners (.1); review application and compile for filing (.1); prepare notice for same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | File and coordinate service of Chadbourne's sixth monthly fee application | 0.70 | 140.00 |
| | FAP | B144 | A100 | File and coordinate service of AlixPartners' sixth monthly fee application | 0.40 | 80.00 |
| | FAP | B144 | A100 | File and coordinate service of Committee Members' fourth monthly application for reimbursement of expenses | 0.40 | 80.00 |
| | MVG | B144 | A100 | Forward to V. Patel "as filed" copies of Moelis 2nd Interim Fee Request & Certificate of No Objection re: Moelis 5th Monthly Fee App | 0.10 | 20.00 |
| 07/29/2009 | FAP | B144 | A100 | Prepare affidavit of service for Chadbourne 6th, AlixPartners 6th and Members 4th applications (.1); file same (.1) | 0.20 | 40.00 |
| | FAP | B144 | A100 | Email exchanges with V. Patel re: Moelis sixth fee application | 0.10 | 20.00 |
| 07/30/2009 | FAP | B144 | A100 | Email exchanges with V. Patel re: Moelis' sixth monthly fee application (.1); review same (.1); prepare notice for same (.1) | 0.30 | 60.00 |
| | FAP | B144 | A100 | File and coordinate service of Moelis' sixth monthly fee application | 0.40 | 80.00 |
| | FAP | B144 | A100 | Prepare affidavit of service for LRC and Moelis sixth monthly fee applications (.1); file same (.1) | 0.20 | 40.00 |
| | MBM | B144 | A100 | review 6th Moelis fee app | 0.30 | 111.00 |
| | | | | **B144 - Non-LRC Ret. & Fee Matt** | **12.80** | **2,729.50** |
| 07/01/2009 | AGL | B146 | A100 | review and analyze moelis report re: debt pricing for comps | 0.40 | 238.00 |
| 07/30/2009 | AGL | B146 | A101 | Plan and prepare for emails to and from group re: plan issues, zell issues, timing (.3); review articles re: same (.5) | 0.80 | 476.00 |
| | | | | **B146 - Plan & Disclos. Stmt.** | **1.20** | **714.00** |
| 07/07/2009 | MBM | B150 | A100 | review SFLa stay relief order and Certification of Counsel (.5); emails with Debtors counsel re: same (.2) | 0.70 | 259.00 |
| 07/14/2009 | MBM | B150 | A100 | emails with Guttman and Debtors counsel re: stay relief order (.4); review and revise order (.6); emails with Landis re: same (.1) | 1.10 | 407.00 |
| | | | | **B150 - Relief from Stay** | **1.80** | **666.00** |
| | | | | **For Current Services Rendered** | **229.50** | **95,604.75** |

{698.001-W0002371.}