# EXHIBIT "C"

{698.001-W0002344.}

Official Committee of Unsecured Creditors

August 25, 2009
Account No: 698-001
Statement No: 9976

Tribune Company, et al. bankruptcy

### Expenses

| | |
|---|---:|
| Postage | 635.35 |
| Travel expense | 583.25 |
| Copying | 117.20 |
| Filing fee | 25.00 |
| Courier Fees | 898.70 |
| Online research LEXIS | 11.04 |
| Outside Duplication Services | 1,747.60 |
| US Postage | 649.62 |
| Client meals | 37.94 |
| **Total Expenses Thru 07/31/2009** | **4,705.70** |

{698.001-W0002371.}

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| Client | Trans Date | Tmkr | H/P | Tcode | Rate | Amount | Description | Ref # |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 07/01/2009 | AGL | P B100 | E101 | 0.100 | 10.40 | Copying | 199 |
| 698.001 | 07/01/2009 | AGL | P B100 | E101 | 0.100 | 0.10 | Copying | 200 |
| 698.001 | 07/01/2009 | AGL | P B100 | E211 | | 47.39 | Outside printing - Advance Digital Legal Services, LLC - 49880 | 221 |
| 698.001 | 07/01/2009 | AGL | P B100 | E210 | | 12.05 | US Postage # Digital Legal Services, LLC - 40880 | 222 |
| 698.001 | 07/01/2009 | AGL | P B100 | E110 | | 129.00 | Out-of-town travel - Amtrak - AGL | 234 |
| 698.001 | 07/01/2009 | AGL | P B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 30938 | 242 |

Subtotal for Transaction Date 07/01/2009    Billable    234.94

| 698.001 | 07/06/2009 | AGL | P B100 | E108 | | 624.00 | Postage | 206 |

Subtotal for Transaction Date 07/06/2009    Billable    624.00

| 698.001 | 07/10/2009 | AGL | P B100 | E110 | | 238.00 | Out-of-town travel - Amtrak - AGL | 263 |

Subtotal for Transaction Date 07/10/2009    Billable    238.00

| 698.001 | 07/13/2009 | AGL | P B100 | E101 | 0.100 | 14.00 | Copying | 209 |
| 698.001 | 07/13/2009 | AGL | P B100 | E101 | 0.100 | 5.40 | Copying | 210 |

Subtotal for Transaction Date 07/13/2009    Billable    19.40

| 698.001 | 07/14/2009 | AGL | P B100 | E101 | 0.100 | 0.70 | Copying | 223 |
| 698.001 | 07/14/2009 | AGL | P B100 | E211 | | 64.98 | Outside printing - Advance Digital Legal Services, LLC - 50017 | 226 |
| 698.001 | 07/14/2009 | AGL | P B100 | E210 | | 127.05 | US Postage # Digital Legal Services, LLC - 50017 | 227 |
| 698.001 | 07/14/2009 | AGL | P B100 | E216 | | 201.50 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 259 |

Subtotal for Transaction Date 07/14/2009    Billable    394.23

| 698.001 | 07/15/2009 | AGL | P B100 | E101 | 0.100 | 11.10 | Copying | 224 |
| 698.001 | 07/15/2009 | AGL | P B100 | E211 | | 625.10 | Outside printing - Advance Digital Legal Services, LLC - 50029 | 228 |
| 698.001 | 07/15/2009 | AGL | P B100 | E210 | | 233.70 | US Postage # Digital Legal Services, LLC - 50029 | 229 |
| 698.001 | 07/15/2009 | AGL | P B100 | E110 | | 10.00 | Out-of-town travel Daniel B. Rath - Cab fare - NY trip | 236 |
| 698.001 | 07/15/2009 | AGL | P B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 251 |
| 698.001 | 07/15/2009 | AGL | P B100 | E216 | | 188.50 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 260 |
| 698.001 | 07/15/2009 | AGL | P B100 | E110 | | 164.00 | Out-of-town travel - Hotel - Roosevelt - DBR | 267 |
| 698.001 | 07/15/2009 | AGL | P B100 | E111 | | 22.29 | Meals - Kaboozs - DBR | 268 |
| 698.001 | 07/15/2009 | AGL | P B100 | E111 | | 15.65 | Meals - Zaros - DBR | 277 |

Subtotal for Transaction Date 07/15/2009    Billable    1,287.74

| 698.001 | 07/16/2009 | AGL | P B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 252 |
| 698.001 | 07/16/2009 | AGL | P B100 | E110 | | 10.25 | Out-of-town travel - NYC Taxi - DBR | 264 |
| 698.001 | 07/16/2009 | AGL | P B100 | E110 | | 10.00 | Out-of-town travel - WPA Parking - DBR | 265 |
| 698.001 | 07/16/2009 | AGL | P B100 | E110 | | 22.00 | Out-of-town travel - Parking - WPA-Hypark - DBR | 269 |

Subtotal for Transaction Date 07/16/2009    Billable    59.65

| 698.001 | 07/17/2009 | AGL | P B100 | E101 | 0.100 | 13.40 | Copying | 225 |
| 698.001 | 07/17/2009 | AGL | P B100 | E108 | | 5.25 | Postage | 230 |

Subtotal for Transaction Date 07/17/2009    Billable    18.65

| 698.001 | 07/20/2009 | AGL | P B100 | E211 | | 6.41 | Outside printing - Advance Digital Legal Services, LLC - 50057 | 243 |
| 698.001 | 07/20/2009 | AGL | P B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 50057 | 244 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|

**Client ID 698.001 Official Committee of Unsecured Creditors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 698.001 | 07/20/2009 | AGL | P | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 253 |

Subtotal for Transaction Date 07/20/2009  Billable  47.66

| 698.001 | 07/21/2009 | AGL | P | B100 | E101 | 0.100 | 0.60 | Copying | 231 |
| 698.001 | 07/21/2009 | AGL | P | B100 | E112 | | 25.00 | Court fees U.S. District Court - Pro Hac Vice N. Theodore Zink Jr. | 241 |
| 698.001 | 07/21/2009 | AGL | P | B100 | E216 | | 10.00 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 254 |

Subtotal for Transaction Date 07/21/2009  Billable  35.60

| 698.001 | 07/23/2009 | AGL | P | B100 | E101 | 0.100 | 1.00 | Copying | 235 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E108 | | 6.10 | Postage | 239 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E211 | | 6.41 | Outside printing - Advance Digital Legal Services, LLC - 50094 | 245 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E210 | | 5.25 | US Postage # Digital Legal Services, LLC - 50094 | 246 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E211 | | 549.78 | Outside printing - Advance Digital Legal Services, LLC - 50096 | 247 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E210 | | 214.52 | US Postage # Digital Legal Services, LLC - 50096 | 248 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E216 | | 32.50 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 255 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E216 | | 9.00 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 256 |
| 698.001 | 07/23/2009 | AGL | P | B100 | E216 | | 261.00 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 257 |

Subtotal for Transaction Date 07/23/2009  Billable  1,085.56

| 698.001 | 07/24/2009 | AGL | P | B100 | E216 | | 17.40 | Courier Fee - Advance TriState Courier & Carriage - 31045 | 258 |

Subtotal for Transaction Date 07/24/2009  Billable  17.40

| 698.001 | 07/27/2009 | AGL | P | B100 | E101 | 0.100 | 42.60 | Copying | 238 |
| 698.001 | 07/27/2009 | AGL | P | B100 | E211 | | 447.53 | Outside printing - Advance Digital Legal Services, LLC - 50127 | 249 |
| 698.001 | 07/27/2009 | AGL | P | B100 | E210 | | 51.80 | US Postage # Digital Legal Services, LLC - 50127 | 250 |
| 698.001 | 07/27/2009 | AGL | P | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 31290 | 276 |

Subtotal for Transaction Date 07/27/2009  Billable  577.93

| 698.001 | 07/28/2009 | AGL | P | B100 | E101 | 0.100 | 3.30 | Copying | 240 |

Subtotal for Transaction Date 07/28/2009  Billable  3.30

| 698.001 | 07/29/2009 | AGL | P | B100 | E101 | 0.100 | 6.40 | Copying | 261 |

Subtotal for Transaction Date 07/29/2009  Billable  6.40

| 698.001 | 07/30/2009 | AGL | P | B100 | E101 | 0.100 | 8.20 | Copying | 262 |
| 698.001 | 07/30/2009 | AGL | P | B100 | E216 | | 36.00 | Courier Fee - Advance TriState Courier & Carriage - 31290 | 275 |

Subtotal for Transaction Date 07/30/2009  Billable  44.20

| 698.001 | 07/31/2009 | AGL | P | B100 | E106 | | 11.04 | Online research LexisNexis | 270 |

Subtotal for Transaction Date 07/31/2009  Billable  11.04

**Total for Client ID 698.001**  Billable  4,705.70  Official Committee of Unsecured Creditors Tribune Company, et al. bankruptcy

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Amount | Ref # |
|---|---|---|---|---|---|---|---|
| | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 4,705.70 | |