# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

July 1, 2009 through and including July 31, 2009

| Current Charges: | | Hours | Rate | Amount |
|---|---|---|---|---|
| Jennifer Braverman | Paraprofessional | 50.00 | 170.00 | 8,500.00 |
| Tristan Peitz | Associate | 44.40 | 295.00 | 13,098.00 |
| Christopher Rubel | Associate | 40.50 | 295.00 | 11,947.50 |
| Adam M Janovsky | Associate | 240.50 | 295.00 | 70,947.50 |
| Adam Tymowski | Associate | 12.90 | 365.00 | 4,708.50 |
| Allison May | Vice President | 123.75 | 395.00 | 48,881.25 |
| Albert Leung | Vice President | 150.70 | 450.00 | 67,815.00 |
| Young Kim | Vice President | 100.90 | 450.00 | 45,405.00 |
| Mark F Rule | Director | 203.80 | 510.00 | 103,938.00 |
| Harold Lee | Director | 97.20 | 510.00 | 49,572.00 |
| Brad Hall | Director | 105.60 | 595.00 | 62,832.00 |
| Marc J Brown | Director | 4.50 | 595.00 | 2,677.50 |
| Michael Murphy | Managing Director | 4.00 | 790.00 | 3,160.00 |
| Alan Holtz | Managing Director | 51.40 | 790.00 | 40,606.00 |
| R Bruce Den Uyl | Managing Director | 25.00 | 835.00 | 20,875.00 |
| Total Hours & Fees | | 1,255.15 | | 554,963.25 |
| Less 50% Travel Time | | | | (10,306.25) |
| Subtotal | | | | 544,657.00 |
| Expenses | | | | 10,922.39 |
| **Total Amount Due** | | | **USD** | **555,579.39** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.