# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

| Expenses | Amount |
| --- | ---: |
| Airfare - Coach | 4,800.97 |
| Airfare Service Charge | 414.00 |
| Cab Fare/Ground Transportation | 1,573.21 |
| Copy Costs (Outside Source) | 81.40 |
| Phone - Internet Access | 14.99 |
| Lodging | 2,378.38 |
| Meals & Tips | 855.96 |
| Mileage | 74.25 |
| Tips | 60.00 |
| Parking & Tolls | 377.00 |
| Long Distance Calls | 21.59 |
| Postage/Messenger/Courier | 94.89 |
| Research | 159.36 |
| Meals - Engagement Team | 16.39 |
| **Total Disbursements** | **10,922.39** |

| Date | Disbursement Description | Amount |
|---|---|---|
| 05/30/09 | Reproduction Costs (Outside Source) Brad Hall | 81.40 |
| 06/01/09 | Coach Airfare Brad Hall-6/03/09-NY TO SFO | 614.86 |
| 06/01/09 | Airfare Service Charge Brad Hall | 40.00 |
| 06/01/09 | Cab Fare/Ground Transportation Amm's Car Service K Carmody | 79.98 |
| 06/03/09 | Lodging Brad Hall-Sheraton-New York-6/3/2009 | 356.53 |
| 06/03/09 | Travel Meals & Tips Brad Hall-Dinner | 29.38 |
| 06/03/09 | Travel Meals & Tips Brad Hall-Lunch | 37.00 |
| 06/04/09 | Airfare Service Charge Brad Hall | 6.00 |
| 06/04/09 | Travel Meals & Tips Brad Hall-Dinner | 35.32 |
| 06/05/09 | Cab Fare/Ground Transportation K Carmody | 79.48 |
| 06/05/09 | Parking & Tolls Brad Hall | 66.00 |
| 06/08/09 | Long Distance Calls Raindance Communications, Inc. Kevin Carmody | 6.56 |
| 06/09/09 | Cab Fare/Ground Transportation Christopher Rubel | 14.00 |
| 06/09/09 | Cab Fare/Ground Transportation A Leung | 92.82 |
| 06/10/09 | Airfare Brad Hall-6/12/09-SFO - Chicago | 566.44 |
| 06/10/09 | Coach Airfare Brad Hall-6/12/2009-Chicago - Salt Lake City - Reno | 410.20 |
| 06/10/09 | Coach Airfare Brad Hall-6/14/09-Reno - Oakland | 127.60 |
| 06/10/09 | Airfare Service Charge Brad Hall | 40.00 |
| 06/10/09 | Airfare Service Charge Brad Hall | 40.00 |
| 06/10/09 | Airfare Service Charge Brad Hall | 40.00 |
| 06/11/09 | Coach Airfare Alan Holtz-June 15-NEWARK / CHICAGO Coach | 978.20 |
| 06/11/09 | Cab Fare/Ground Transportation B. Hall | 74.15 |
| 06/11/09 | Lodging Brad Hall-Sheraton-Chicago-6/11/2009 | 275.81 |
| 06/11/09 | Travel Meals & Tips Brad Hall-Breakfast | 36.00 |
| 06/11/09 | Travel Meals & Tips Brad Hall-Lunch | 46.01 |
| 06/12/09 | Cab Fare/Ground Transportation B. Hall | 74.16 |
| 06/15/09 | Airfare Service Charge Alan Holtz | 25.00 |
| 06/15/09 | Mileage Alan Holtz-35 Miles | 19.25 |
| 06/15/09 | Parking & Tolls Alan Holtz | 40.00 |
| 06/16/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 06/16/09 | Postage/Messenger/Courier Federal Express Corporation 1 package from A. Holtz | 14.93 |
| 06/17/09 | Cab Fare/Ground Transportation Young Kim | 35.00 |
| 06/23/09 | Travel Meals & Tips Mark Rule-Dinner | 21.00 |
| 06/24/09 | Travel Meals & Tips Mark Rule-Dinner | 18.00 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 06/26/09 | Coach Airfare Brad Hall-06/30/2009-SFO-JFK | 293.82 |
| 06/26/09 | Coach Airfare Brad Hall-07/01/2009-JFK-SFO | 156.62 |
| 06/26/09 | Airfare Service Charge Brad Hall-07/01/2009 | 40.00 |
| 06/26/09 | Airfare Service Charge Brad Hall-07/01/2009 | 40.00 |
| 06/29/09 | Cab Fare/Ground Transportation K. Carmody | 79.78 |
| 06/30/09 | Cab Fare/Ground Transportation All Star Car Service Brad Hall | 150.63 |
| 06/30/09 | Lodging Brad Hall New York-6/30/2009 | 57.51 |
| 06/30/09 | Lodging Brad Hall New York-6/30/2009 | 379.00 |
| 06/30/09 | Mileage Brad Hall-15 Miles | 8.25 |
| 06/30/09 | Tip - Brad Hall | 10.00 |
| 06/30/09 | Long Distance Charges Raindance Communications, Inc. Conference calls 6/30 A Leung | 9.63 |
| 06/30/09 | Long Distance Charges Raindance Communications, Inc. Conference calls 6/30 H Lee | 5.40 |
| 06/30/09 | Postage/Messenger/Courier Federal Express Corporation B Hall - J Porter | 36.76 |
| 06/30/09 | Working Meals - Engagement Team Brad Hall-Lunch-Tribune-Harold Lee; Brad Hall | 16.39 |
| 07/01/09 | Cab Fare/Ground Transportation All Star Car Service Brad Hall | 141.09 |
| 07/01/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/01/09 | Travel Meals & Tips Mark Rule-Dinner | 16.00 |
| 07/01/09 | Mileage Brad Hall-15 Miles | 8.25 |
| 07/01/09 | Tip - Brad Hall | 10.00 |
| 07/02/09 | Parking & Tolls Brad Hall | 66.00 |
| 07/06/09 | Research Pacer Service Center | 139.36 |
| 07/06/09 | Research Pacer Service Center | 20.00 |
| 07/07/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/07/09 | Overtime Meals & Tips Mark Rule-Dinner | 18.00 |
| 07/07/09 | Overtime Meals & Tips Albert Leung-Dinner | 23.00 |
| 07/07/09 | Parking & Tolls Albert Leung | 20.00 |
| 07/08/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/09/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/09/09 | Overtime Meals & Tips Albert Leung-Dinner | 33.26 |
| 07/10/09 | Coach Airfare Brad Hall-07/14/2009-REN-JFK | 1,037.34 |
| 07/10/09 | Coach Airfare Mark Rule-7/14/2009-ORD-LGA | 341.67 |
| 07/10/09 | Airfare Service Charge Mark Rule | 13.00 |
| 07/10/09 | Airfare Service Charge Brad Hall-07/14/2009 | 40.00 |
| 07/10/09 | Parking & Tolls Albert Leung | 20.00 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 07/13/09 | Cab Fare/Ground Transportation Mark Rule | 40.00 |
| 07/13/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/13/09 | Travel Meals & Tips Mark Rule-Dinner | 20.00 |
| 07/13/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 6.58 |
| 07/14/09 | Cab Fare/Ground Transportation Jennifer Braverman | 26.00 |
| 07/14/09 | Cab Fare/Ground Transportation Mark Rule | 94.12 |
| 07/14/09 | Lodging Brad Hall-New York-7/14/200 9 | 439.00 |
| 07/14/09 | Lodging Brad Hall-New York-7/14/200 9 | 66.06 |
| 07/14/09 | Lodging Mark Rule-W Hotels-New York-7/14/2009 | 299.41 |
| 07/14/09 | Travel Meals & Tips Brad Hall-Dinner | 106.70 |
| 07/14/09 | Travel Meals & Tips Brad Hall-Lunch | 9.80 |
| 07/14/09 | Travel Meals & Tips Mark Rule-Breakfast | 5.80 |
| 07/14/09 | Travel Meals & Tips Mark Rule-Breakfast | 43.53 |
| 07/14/09 | Mileage Brad Hall-35 Miles | 19.25 |
| 07/14/09 | Tip Brad Hall | 10.00 |
| 07/14/09 | Postage/Messenger/Courier Dynamex Package | 43.20 |
| 07/15/09 | Coach Airfare Mark Rule-7/15/2009-LGA-ORD | 274.22 |
| 07/15/09 | Airfare Service Charge Mark Rule | 40.00 |
| 07/15/09 | Airfare Service Charge Mark Rule | 50.00 |
| 07/15/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/15/09 | Cab Fare/Ground Transportation Mark Rule | 40.00 |
| 07/15/09 | Cab Fare/Ground Transportation Mark Rule | 55.00 |
| 07/15/09 | Lodging Brad Hall-New York-7/15/200 9 | 439.00 |
| 07/15/09 | Lodging Brad Hall-New York-7/15/200 9 | 66.06 |
| 07/15/09 | Working Meals & Tips Albert Leung-Lunch | 9.35 |
| 07/15/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 8.52 |
| 07/15/09 | Travel Meals & Tips Brad Hall-Breakfast | 20.17 |
| 07/15/09 | Tip - Brad Hall | 10.00 |
| 07/16/09 | Cab Fare/Ground Transportation Jennifer Braverman | 26.00 |
| 07/16/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/16/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/16/09 | Travel Meals & Tips Mark Rule-Dinner | 18.00 |
| 07/16/09 | Travel Meals & Tips Brad Hall-Breakfast | 4.65 |
| 07/16/09 | Travel Meals & Tips Albert Leung-Dinner | 44.00 |
| 07/16/09 | Tip - Brad Hall | 10.00 |
| 07/17/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/17/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 07/17/09 | Meals & Tips Mark Rule-Dinner | 18.00 |
| 07/17/09 | Meals & Tips Albert Leung-Lunch | 9.35 |
| 07/17/09 | Mileage Brad Hall-35 Miles | 19.25 |
| 07/17/09 | Tip - Brad Hall | 10.00 |
| 07/18/09 | Cab Fare/Ground Transportation Mark Rule | 36.00 |
| 07/19/09 | Cab Fare/Ground Transportation Mark Rule | 36.00 |
| 07/20/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/20/09 | Overtime Meals & Tips Mark Rule-Dinner | 22.00 |
| 07/21/09 | Cab Fare/Ground Transportation Albert Leung | 11.00 |
| 07/21/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 5.02 |
| 07/21/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 6.57 |
| 07/21/09 | Overtime Meals & Tips Albert Leung-Dinner | 16.50 |
| 07/21/09 | Overtime Meals & Tips Young Kim-Dinner | 23.41 |
| 07/21/09 | Parking & Tolls Young Kim | 20.00 |
| 07/22/09 | Cab Fare/Ground Transportation Jennifer Braverman | 26.00 |
| 07/22/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/22/09 | Overtime Meals & Tips Mark Rule-Dinner | 17.00 |
| 07/22/09 | Overtime Meals & Tips Young Kim-Dinner | 15.00 |
| 07/22/09 | Parking & Tolls Young Kim | 20.00 |
| 07/23/09 | Cab Fare/Ground Transportation Jennifer Braverman | 26.00 |
| 07/23/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/23/09 | Overtime Meals & Tips Mark Rule-Dinner | 18.00 |
| 07/23/09 | Overtime Meals & Tips Young Kim-Dinner | 12.38 |
| 07/23/09 | Parking & Tolls Young Kim | 20.00 |
| 07/24/09 | Overtime Meals & Tips Young Kim-Dinner | 15.00 |
| 07/24/09 | Parking & Tolls Young Kim | 20.00 |
| 07/25/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 07/25/09 | Cab Fare/Ground Transportation Mark Rule | 36.00 |
| 07/26/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 07/26/09 | Cab Fare/Ground Transportation Allison May | 9.00 |
| 07/26/09 | Working Meals & Tips Adam Janovsky-Lunch | 5.58 |
| 07/26/09 | Working Meals & Tips Young Kim-Lunch | 10.00 |
| 07/26/09 | Parking & Tolls Young Kim | 21.00 |
| 07/27/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 07/27/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 6.92 |
| 07/27/09 | Working Meals & Tips Young Kim-Lunch | 15.00 |
| 07/27/09 | Parking & Tolls Young Kim | 32.00 |

| Date | Disbursement Description | Amount |
|---|---|---:|
| 07/28/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 07/28/09 | Cab Fare/Ground Transportation Mark Rule | 18.00 |
| 07/28/09 | Overtime Meals & Tips Mark Rule-Dinner | 19.00 |
| 07/28/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 5.58 |
| 07/28/09 | Parking & Tolls Young Kim | 32.00 |
| 07/29/09 | Overtime Meals & Tips Adam Janovsky-Dinner | 5.58 |
| 07/30/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 07/31/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 07/31/09 | Phone - Internet Access Adam Janovsky | 14.99 |
| | **Total Disbursements** | **10,922.39** |