IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Ricketts Acquisition LLC ("Ricketts") and Chicago Baseball Holdings, LLC ("Chicago Baseball Holdings") hereby appear in the above-captioned cases through their co-counsel, Foley & Lardner LLP and Ashby & Geddes, P.A., and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in these cases be given and served upon the following persons at the addresses, telephone, facsimile numbers and e-mail addresses indicated below:

Michael J. Small, Esquire
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
msmall@foley.com

Mary K. Braza, Esquire
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Speed Dial: 101#
Facsimile: (414) 297-4900
mbraza@foley.com

William P. Bowden, Esquire
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
wbowden@ashby-geddes.com

{00325940;v1}

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which Ricketts and Chicago Baseball Holdings are or may be entitled.

Dated: August 25, 2009

ASHBY & GEDDES, P.A.

_____
William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067

-and-

FOLEY & LARDNER LLP
Michael J. Small
321 North Clark
Suite 2800
Chicago, IL 60610-4764
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

-and-

FOLEY & LARDNER LLP
Mary K. Braza
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 271-2400
Speed Dial: 101#
Facsimile: (414) 297-4900

*Counsel to Ricketts Acquisition LLC and Chicago Baseball Holdings, LLC*