# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Objection Date: Deadline: September 14, 2009 at 4:00 p.m. |

## FIRST MONTHLY FEE APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL AND ACCOUNTING ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION
## FOR THE PERIOD OF JULY 1, 2009 THROUGH JULY 31, 2009

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5946241v1

| Name of Applicant: | Deloitte & Touche LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective June 26, 2009 by Order Entered August 11, 2009 |
| Period for Which Compensation and Reimbursement is Sought: | July 1, 2009 through July 31, 2009[2] |
| Amount of compensation sought as actual, reasonable and necessary: | $84,010.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $163.93 |

This is a(n):  __X__ monthly  _____ interim  _____ final application

  Total time expended for fee application preparation is 0 hours and the corresponding compensation requested is approximately 0[2]

| | |
|---|---|
| Requested Payment Amount: | **$84,010.00** |
| Fees at 80% | **$67,208.00** |
| Expenses at 100% | **$163.93** |

---

[2] The applicant reserves the right to include any time expended in the time period indicated above in future application(s) if it is not included herein.

## COMPENSATION BY PROJECT CATEGORY FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| Pro-Forma Preparation Services | 184.7 | 84,010.00 |
| Monthly, Interim and Final Fee Applications | 0.0 | 0.00 |
| **TOTAL** | **184.7** | **84,010.00** |

## SUMMARY OF PROFESSIONALS – PRO-FORMA PREPARATION SERVICES
## JULY 1, 2009 THROUGH JULY 31, 2009

| Professional by Billing Category | Professional's Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Pro-Forma Preparation Services** | | | | |
| Pete Leadstrom | Partner | 550 | 18.4 | 10,120.00 |
| Lisa Mitrovich | Partner | 550 | 1.5 | 825.00 |
| Mike Stibich | Partner | 550 | 7.6 | 4,180.00 |
| Patrice Mano | Partner | 550 | 2.7 | 1,485.00 |
| David Hoffman | Partner | 550 | 1.7 | 935.00 |
| Marc Weinstein | Director | 550 | 1.0 | 550.00 |
| Sean Conroy | Sr. Manager | 475 | 32.5 | 15,437.50 |
| Ryan Stecz | Sr. Manager | 475 | 38.2 | 18,145.00 |
| Alice Loo | Sr. Manager | 475 | 3.8 | 1,805.00 |
| Korwin Roskos | Sr. Manager | 475 | 1.5 | 712.50 |
| Patrick Conway | Manager | 425 | 30.8 | 13,090.00 |
| Steve McCullough | Manager | 425 | 13.0 | 5,525.00 |
| Mark Smeraglinolo | Senior | 350 | 32.0 | 11,200.00 |
| **Subtotal – Pro-Forma Preparation Services** | | | **184.7** | **84,010.00** |
| **Monthly, Interim, and Final Fee Applications** | | | | |
| **Subtotal – Monthly, Interim, and Final Fee Applications** | | | **0.0** | **0.00** |
| **Total Hours and Compensation** | | | **184.7** | **84,010.00** |

46429/0001-5946241v1

## EXPENSE SUMMARY FOR THE PERIOD FROM
## JULY 1, 2009 THROUGH JULY 31, 2009

| Expense Category | Total Expenses |
|---|---:|
| Telephone | $3.43 |
| Transportation - Taxi | 145.00 |
| Parking | 15.50 |
| **Total** | **$163.93** |

46429/0001-5946241v1
LA1 1604397v.1