# Deloitte.

# INVOICE

Deloitte & Touche LLP
Taxpayer ID No.
Billing Office:
  Chicago
  111 South Wacker Dr.
  CHICAGO IL  60606-4301

Billing Address:
  ATTN: Mark Lesny
  TRIBUNE CO
  435 N MICHIGAN AVE
  CHICAGO IL  60611-0000

Date: August 24, 2009

Invoice Number: **8001019556**

Payment instructions:
**Please reference all 10 digits of the invoice number with your check or wire transfer. You may also include a copy of our invoice along with the payment.**

Electronic payment submission information:
Bank Name:           CITIBANK
ABA#:                031100209
Account Name:        Deloitte & Touche LLP
Account #:

Check payment mailing address:
Deloitte & Touche LLP
PO Box 7247-6446
PHILADELPHIA PA  19170-6446
USA

Payment Terms: Due and Payable Upon Receipt

For Professional Services Rendered.

---

Fees
  Billing for professional services rendered in connection with the preparation of the Tribune Company's pro-forma financial statements for time incurred from July 1, 2009 through July 31, 2009.
                                                                                        $ 84,010.00

Expenses
  Billing for out-of-pocket expenses incurred from July 1, 2009 through July 31, 2 009.
                                                                                        $ 163.93

                                    Amount Due                                          $ 84,173.93

                              All amounts represent USD

May include fees and expenses from affiliated and related entities.

The Tribune Company
Deloitte & Touche LLP - Pro Forma Preparation Services
Details of Hours and Compensation by Project and Date
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/1/09 | Pete Leadstrom | Partner | Meet with B. Litman and N. Chakiris (Tribune) and S. Conroy (Deloitte) to discuss Tribune POR and pro forma requirements. | 550 | 1.6 | $ 880.00 |
| 7/1/09 | Pete Leadstrom | Partner | Meet with S. Conroy (Deloitte) to discuss pro forma requirements and plan engagement. | 550 | 0.7 | 385.00 |
| 7/1/09 | Sean Conroy | Senior Manager | Meet with B. Litman and N. Chakiris (Tribune) and P. Leadstrom (Deloitte) to discuss Tribune POR and pro forma requirements. | 475 | 1.6 | 760.00 |
| 7/1/09 | Sean Conroy | Senior Manager | Meet with P. Leadstrom (Deloitte) to discuss pro forma requirements and plan engagement. | 475 | 0.7 | 332.50 |
| 7/1/09 | Sean Conroy | Senior Manager | Prepare engagement letter and update for comments received from R. Young (Deloitte). Send e-mail of draft to B. Litman (Tribune) for review. | 475 | 1.3 | 617.50 |
| 7/6/09 | Pete Leadstrom | Partner | Bankruptcy accounting research. | 550 | 0.3 | 165.00 |
| 7/6/09 | Pete Leadstrom | Partner | Meet with S. Conroy (Deloitte) to discuss status of engagement, administration of engagement and status of application for retention and engagement letter. | 550 | 0.4 | 220.00 |
| 7/6/09 | Sean Conroy | Senior Manager | Meet with S. Conroy (Deloitte) to discuss status of engagement, administration of engagement and status of application for retention and engagement letter. | 475 | 0.4 | 190.00 |
| 7/6/09 | Sean Conroy | Senior Manager | Conduct call with P. Conway (Deloitte) to provide debrief on pro forma engagement and administrative matters. | 475 | 0.6 | 285.00 |
| 7/6/09 | Sean Conroy | Senior Manager | Conduct call with R. Young (Deloitte) to discuss Sidley comments on engagement letter, application for retention and declaration. | 475 | 0.5 | 237.50 |
| 7/6/09 | Sean Conroy | Senior Manager | Send e-mail correspondence to K. Kansa (Sidley) to coordinate meeting on application for retention. | 475 | 0.2 | 95.00 |
| 7/6/09 | Pat Conway | Manager | Conduct call with S. Conroy (Deloitte) to provide debrief on pro forma engagement and administrative matters. | 425 | 0.6 | 255.00 |
| 7/7/09 | Pete Leadstrom | Partner | Held call with K.Kansa and B. Hauserman (Sidley) and S. Conroy (Deloitte) to discuss Deloitte application for retention. | 550 | 0.6 | 330.00 |
| 7/7/09 | Sean Conroy | Senior Manager | Held call with K.Kansa and B. Hauserman (Sidley) and P. Leadstrom (Deloitte) to discuss Deloitte application for retention. | 475 | 0.6 | 285.00 |
| 7/7/09 | Sean Conroy | Senior Manager | Prepare draft section of application and send e-mail to K. Kansa (Sidley). | 475 | 0.3 | 142.50 |
| 7/7/09 | Pat Conway | Manager | Conduct call with M. Smeraglinolo (Deloitte) to provide debrief on pro forma enagagement and administrative matters. | 425 | 0.6 | 255.00 |
| 7/7/09 | Mark Smeraglinolo | Senior | Review of Company past SEC filings for understanding of key business issues. | 350 | 1.3 | 455.00 |
| 7/7/09 | Mark Smeraglinolo | Senior | Conduct call with P. Conway (Deloitte) to provide debrief on pro forma engagement and administrative matters. | 350 | 0.6 | 210.00 |
| 7/7/09 | Mark Smeraglinolo | Senior | Research pro forma reporting through other public filings | 350 | 1.1 | 385.00 |
| 7/8/09 | Pete Leadstrom | Partner | Meet with S. Conroy (Deloitte) to discuss changes in Deloitte application and declaration. | 550 | 0.3 | 165.00 |
| 7/8/09 | Sean Conroy | Senior Manager | Conduct call with A. Wilson and R. Young (Deloitte) regarding Deloitte application for retention. | 475 | 0.4 | 190.00 |
| 7/8/09 | Sean Conroy | Senior Manager | Meet with P. Leadstrom (Deloitte) to discuss changes in Deloitte application and declaration. | 475 | 0.3 | 142.50 |
| 7/8/09 | Sean Conroy | Senior Manager | Conduct call with P. Conway (Deloitte) to plan and coordinate pro forma engagement. | 475 | 0.4 | 190.00 |
| 7/8/09 | Pat Conway | Manager | Conduct call with S. Conroy (Deloitte) to plan and coordinate pro forma engagement. | 425 | 0.4 | 170.00 |
| 7/8/09 | Mark Smeraglinolo | Senior | Review Company 2008 draft financial statements | 350 | 1.2 | 420.00 |
| 7/8/09 | Mark Smeraglinolo | Senior | Begin compilation of pro forma workbook for deliverable materials | 350 | 0.8 | 280.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/8/09 | Mark Smeraglinolo | Senior | Research pro forma reporting examples | 350 | 0.6 | 210.00 |
| 7/8/09 | Mark Smeraglinolo | Senior | Discuss pro forma template examples with Deloitte personnel | 350 | 0.4 | 140.00 |
| 7/9/09 | Pete Leadstrom | Partner | Pro Forma reporting research. | 550 | 1.4 | 770.00 |
| 7/9/09 | Sean Conroy | Senior Manager | Conduct call with P. Conway (Deloitte) to discuss timing of pro forma engagement and changes to application for retention. | 475 | 0.4 | 190.00 |
| 7/9/09 | Pat Conway | Manager | Conduct call with S. Conroy (Deloitte) to discuss timing of pro forma engagement and changes to application for retention. | 425 | 0.4 | 170.00 |
| 7/10/09 | Sean Conroy | Senior Manager | Conduct call with L. Mitrovich (Deloitte) to discuss technical requirements for pro forma financial statements. | 475 | 0.6 | 285.00 |
| 7/10/09 | Lisa Mitrovich | Partner | Conduct call with S. Conroy (Deloitte) to discuss technical requirements for pro forma financial statements. | 550 | 0.5 | 275.00 |
| 7/10/09 | Sean Conroy | Senior Manager | Conduct call with R. Young (Deloitte) to discuss changes in application for retention. | 475 | 0.3 | 142.50 |
| 7/13/09 | Pete Leadstrom | Partner | Discussion of tax aspects of reorg | 550 | 0.5 | 275.00 |
| 7/13/09 | Sean Conroy | Senior Manager | Review and edit agenda in preparation for meeting with Tribune regarding pro forma project. | 475 | 1.4 | 665.00 |
| 7/14/09 | Sean Conroy | Senior Manager | Discuss draft agenda with P. Conway (Deloitte) and discuss technical matters associated with pro forma financial statements. | 475 | 0.6 | 285.00 |
| 7/14/09 | Sean Conroy | Senior Manager | Meet with P. Leadstrom (Deloitte) to discuss draft agenda for meeting with Tribune regarding pro forma project. | 475 | 0.4 | 190.00 |
| 7/14/09 | Pat Conway | Manager | Discuss preparation of draft agenda with S. Conroy (Deloitte) and discuss technical matters associated with pro forma financial statements. | 425 | 0.6 | 255.00 |
| 7/14/09 | Pat Conway | Manager | Read the Company's 10K to develop understanding of the business. | 425 | 1.8 | 765.00 |
| 7/14/09 | Ryan Stecz | Senior Manager | Internal discussion regarding pro forma financial statement project. | 475 | 1.6 | 760.00 |
| 7/14/09 | David Hoffmann | Partner | Internal discussion regarding pro forma financial statement project. | 550 | 0.7 | 385.00 |
| 7/15/09 | Pete Leadstrom | Partner | Meet with S.Conroy (Deloitte) to discuss draft agenda for meeting with Tribune regarding pro forma project. | 550 | 1.0 | 550.00 |
| 7/15/09 | Sean Conroy | Senior Manager | Call with L. Mitrovich (Deloitte) regarding technical matters associated with pro forma presentation. | 475 | 0.6 | 285.00 |
| 7/15/09 | Lisa Mitrovich | Partner | Material review and call with S. Conroy (Deloitte) regarding technical matters associated with pro forma presentation. | 550 | 1.0 | 550.00 |
| 7/15/09 | Sean Conroy | Senior Manager | Review meeting materials and provide edits to P. Conway (Deloitte) | 475 | 0.3 | 142.50 |
| 7/15/09 | Sean Conroy | Senior Manager | Research pro forma requirements based on Tribune-specific accounting matters. | 475 | 2.0 | 950.00 |
| 7/15/09 | Pat Conway | Manager | Prepare of draft agenda for pro forma form and content discussion with the Company. | 425 | 1.0 | 425.00 |
| 7/15/09 | Pat Conway | Manager | Review meeting materials with S. Conroy (Deloitte) and receive edits. | 425 | 0.3 | 127.50 |
| 7/15/09 | Pat Conway | Manager | Update draft agenda for pro forma form and content discussion with the Company based on edits from S. Conroy (Deloitte) | 425 | 0.8 | 340.00 |
| 7/15/09 | Ryan Stecz | Senior Manager | Pulling internal research and applicable guidance regarding the preparation of pro forma statements | 475 | 0.4 | 190.00 |
| 7/16/09 | Pete Leadstrom | Partner | Meet with PWC and Tribune to discuss form and content of pro formas. | 550 | 1.7 | 935.00 |
| 7/16/09 | Sean Conroy | Senior Manager | Finalize materials for meeting at Tribune, prepare duplicates and send materials to N. Chakiris (Tribune). | 475 | 1.2 | 570.00 |
| 7/16/09 | Sean Conroy | Senior Manager | Meet with B. Litman, N. Chakiris, and members of PricewaterhouseCoopers to discuss pro formas, auditor requirements, and PwC's views on form and content. | 475 | 1.5 | 712.50 |
| 7/16/09 | Pat Conway | Manager | Review updated agenda's with S. Conroy (Deloitte) and prepare meeting materials. | 425 | 1.2 | 510.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/16/09 | Pat Conway | Manager | Meet with Tribune Company employees and members of PricewaterhouseCoopers to discuss pro formas, auditor requirements, and PwC's views on form and content. | 425 | 1.5 | 637.50 |
| 7/16/09 | Pat Conway | Manager | Conduct call with M. Smeraglinolo (Deloitte) to debrief him on the meeting with Tribune and PWC and update him on next steps. | 425 | 0.2 | 85.00 |
| 7/16/09 | Mark Smeraglinolo | Senior | Conduct call with P. Conway (Deloitte) to debrief on meetings with Tribune and PWC and update on next steps | 350 | 0.2 | 70.00 |
| 7/16/09 | Ryan Stecz | Senior Manager | Reading available research on the preparation of pro forma statements and meeting internally to discuss some key aspects | 475 | 1.4 | 665.00 |
| 7/17/09 | Pete Leadstrom | Partner | Discuss attributes of S Corp conversion. | 550 | 1.5 | 825.00 |
| 7/17/09 | Sean Conroy | Senior Manager | Meet with M. Stibich and R. Stecz (Deloitte) to discuss pro forma engagement and tax related pro forma adjustments. | 475 | 0.5 | 237.50 |
| 7/17/09 | Sean Conroy | Senior Manager | Coordinate with R. Stecz (Deloitte) and provide background information on Tribune pro forma engagement. | 475 | 0.3 | 142.50 |
| 7/17/09 | Ryan Stecz | Senior Manager | Internal meeting with the accounting team to discuss the project, including the timing and expectations. | 475 | 2.1 | 997.50 |
| 7/17/09 | Mike Stibich | Partner | Internal meeting with the accounting team to discuss the project, including the timing and expectations. | 550 | 2.3 | 1,265.00 |
| 7/19/09 | Mark Smeraglinolo | Senior | Compile initial client request listing | 350 | 1.3 | 455.00 |
| 7/20/09 | Sean Conroy | Senior Manager | Research pro forma examples from other registrants to evaluate nature and type of pro forma adjustments required for Tribune. | 475 | 0.5 | 237.50 |
| 7/20/09 | Sean Conroy | Senior Manager | Review and edit detailed request list for Tribune pro forma engagement. | 475 | 1.6 | 760.00 |
| 7/20/09 | Pat Conway | Manager | Preparation and review of the draft pbc to be discussed with the Company | 425 | 2.4 | 1,020.00 |
| 7/20/09 | Mark Smeraglinolo | Senior | Respond to Deloitte review of draft PBC before providing to client | 350 | 1.0 | 350.00 |
| 7/20/09 | Ryan Stecz | Senior Manager | Reading the client's 10-K | 475 | 2.0 | 950.00 |
| 7/20/09 | Ryan Stecz | Senior Manager | Identify issues that should be considered in connection with the pro forma statement process | 475 | 1.9 | 902.50 |
| 7/21/09 | Pat Conway | Manager | Meeting the with Company to discuss draft pbc list | 425 | 2.0 | 850.00 |
| 7/21/09 | Mark Smeraglinolo | Senior | Updating request listing for team comments | 350 | 0.7 | 245.00 |
| 7/21/09 | Mark Smeraglinolo | Senior | Creation of draft pro forma workbook | 350 | 1.8 | 630.00 |
| 7/21/09 | Mark Smeraglinolo | Senior | Meeting with Company to discuss draft PBC list | 350 | 2.0 | 700.00 |
| 7/21/09 | Ryan Stecz | Senior Manager | Preparation of a draft agenda for our client meeting | 475 | 1.7 | 807.50 |
| 7/22/09 | Ryan Stecz | Senior Manager | Internal meeting to discuss the draft agenda and edit as necessary | 475 | 1.9 | 902.50 |
| 7/22/09 | Mike Stibich | Partner | Internal meeting to discuss the draft agenda and edit as necessary. | 550 | 1.9 | 1,045.00 |
| 7/22/09 | David Hoffmann | Partner | Internal meeting to discuss the draft agenda and edit as necessary. | 550 | 1.0 | 550.00 |
| 7/23/09 | Sean Conroy | Senior Manager | Research pro forma adjustments related to pension and postretirement plans | 475 | 0.4 | 190.00 |
| 7/23/09 | Sean Conroy | Senior Manager | Conduct call with N. Chakiris and T. Lightfoot (Tribune), P. Conway (Deloitte) and members of Hewitt Associates regarding pro forma adjustments related to pension and postretirement plans. | 475 | 0.6 | 285.00 |
| 7/23/09 | Sean Conroy | Senior Manager | Discuss pro forma adjustment for pensions with P. Leadstrom and P. Conway (Deloitte) | 475 | 0.3 | 142.50 |
| 7/23/09 | Sean Conroy | Senior Manager | Review edits to Deloitte application for retention and provide comment to M. Smeraglinolo (Deloitte) | 475 | 0.3 | 142.50 |
| 7/23/09 | Pat Conway | Manager | Conduct call with Tribune, S. Conroy (Deloitte) and members of Hewitt Associates regarding pro forma adjustments related to pension and postretirement plans. | 425 | 0.6 | 255.00 |
| 7/24/09 | Pete Leadstrom | Partner | Review edits to Deloitte application for retention and provide comment to P. Conway (Deloitte). | 550 | 1.5 | 825.00 |
| 7/24/09 | Pat Conway | Manager | Review edits to Deloitte application for retention as provided by P. Leadstrom(Deloitte). | 425 | 1.5 | 637.50 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/24/09 | Sean Conroy | Senior Manager | Revise engagement letter for comment from B. Litman (Tribune) and K. Kansa (Sidley). Discuss revisions with P. Conway (Deloitte). | 475 | 1.1 | 522.50 |
| 7/24/09 | Sean Conroy | Senior Manager | Discuss comments on Deloitte application with R. Young (Deloitte). | 475 | 0.4 | 190.00 |
| 7/24/09 | Sean Conroy | Senior Manager | Review comments from B. Litman (Tribune) on application. Revise application and provide red-lined version to K. Kansa and B. Houserman (Sidley). | 475 | 0.5 | 237.50 |
| 7/24/09 | Sean Conroy | Senior Manager | Call with R. Young (Deloitte) to discuss comments on Deloitte application. | 475 | 0.4 | 190.00 |
| 7/24/09 | Sean Conroy | Senior Manager | Discuss edits to application and declaration with K. Kansa (Sidley) and R. Young (Deloitte). | 475 | 0.3 | 142.50 |
| 7/24/09 | Sean Conroy | Senior Manager | Discuss edits to Deloitte declaration with J. McClelland (Sidley). | 475 | 0.3 | 142.50 |
| 7/24/09 | Pat Conway | Manager | Preparation and processing of final edits to the Deloitte engagement letter, Leadstrom declaration, and application. | 425 | 0.9 | 382.50 |
| 7/27/09 | Sean Conroy | Senior Manager | Review financial information provided by T. Lightfoot (Tribune) and evaluate progress of information request. | 475 | 1.1 | 522.50 |
| 7/27/09 | Ryan Stecz | Senior Manager | Preparation for meeting with the client to discuss the tax aspects of the pro forma process. | 475 | 1.2 | 570.00 |
| 7/27/09 | Mike Stibich | Partner | Preparation for meeting with the client to discuss the tax aspects of the pro forma process | 550 | 1.2 | 660.00 |
| 7/28/09 | Sean Conroy | Senior Manager | Meet with M. Stibich and R. Stecz (Deloitte) P. Shannahan, N. Chakiris and B. Litman (Tribune) to discuss pro forma adjustments related to deferred taxes and the tax provision. | 475 | 1.6 | 760.00 |
| 7/28/09 | Pat Conway | Manager | Meet with T. Lightfoot (Tribune) and M. Smeraglinolo (Deloitte) to walkthrough pro forma support provided to date | 425 | 1.4 | 595.00 |
| 7/28/09 | Pat Conway | Manager | Identify issues that should be considered in connection with the pro forma statement process | 425 | 2.6 | 1,105.00 |
| 7/28/09 | Mark Smeraglinolo | Senior | Meet with P. Conway (Deloitte) and T. Lightfoot (Tribune) to discuss pro forma support provided to date | 350 | 1.4 | 490.00 |
| 7/28/09 | Mark Smeraglinolo | Senior | Identify issues that should be considered as result of PBC materials provided | 350 | 2.4 | 840.00 |
| 7/28/09 | Mark Smeraglinolo | Senior | Update pro forma workbook for certain adjustments based on support received | 350 | 1.6 | 560.00 |
| 7/28/09 | Mark Smeraglinolo | Senior | Discuss certain PBC materials with T. Lightfoot (Tribune) that arose from initial review of pbc materials | 350 | 0.4 | 140.00 |
| 7/28/09 | Mark Smeraglinolo | Senior | Revise pro forma workbook for discussion with T. Lightfoot (Tribune) | 350 | 0.7 | 245.00 |
| 7/28/09 | Ryan Stecz | Senior Manager | Meeting with the client to discuss the tax aspects of the pro forma process | 475 | 1.4 | 665.00 |
| 7/28/09 | Ryan Stecz | Senior Manager | Internal follow-up discussion regarding some of the key aspects of the pro forma process including various CODI rules | 475 | 2.0 | 950.00 |
| 7/28/09 | Ryan Stecz | Senior Manager | Understand tax structures involved within the client's organization | 475 | 1.6 | 760.00 |
| 7/28/09 | Mike Stibich | Partner | Meeting with the client to discuss the tax aspects of the pro forma process | 550 | 1.4 | 770.00 |
| 7/28/09 | Steve McCullough | Manager | Read company's 10-K and 10-Q in order to understand company's financial statements and overall operations | 425 | 2.3 | 977.50 |
| 7/28/09 | Pete Leadstrom | Partner | Discuss outcome of discussions with PWC and Hewitt related to pension valuations | 550 | 0.9 | 495.00 |
| 7/29/09 | Sean Conroy | Senior Manager | Review pro forma workbook and preliminary agenda for meeting at Tribune. | 475 | 0.9 | 427.50 |
| 7/29/09 | Pat Conway | Manager | Meet with T. Lightfoot (Tribune) and M. Smeraglinolo (Deloitte) to walkthrough pro forma support provided to date | 425 | 1.1 | 467.50 |
| 7/29/09 | Pat Conway | Manager | Research and documentation of accounting issues related to the pro-forma adjustments | 425 | 2.9 | 1,232.50 |
| 7/29/09 | Mark Smeraglinolo | Senior | Update pro forma workbook for additional support received from client | 350 | 1.7 | 595.00 |
| 7/29/09 | Mark Smeraglinolo | Senior | Meet with P. Conway (Deloitte) and T. Lightfoot (Tribune) to discuss pro forma support provided to date | 350 | 1.1 | 385.00 |
| 7/29/09 | Mark Smeraglinolo | Senior | Review pbc materials in connection with pro forma adjustments | 350 | 0.4 | 140.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/29/09 | Mark Smeraglinolo | Senior | Meeting with client, better understanding general ledger for purposes of adjustments | 350 | 1.8 | 630.00 |
| 7/29/09 | Patrice Mano | Partner | Income tax presentation matters in pro-forma financial statements discussion with Deloitte personnel. | 550 | 2.1 | 1,155.00 |
| 7/29/09 | Patrice Mano | Partner | Income tax presentation matters in pro-forma financial statements discussion with Deloitte personnel. | 550 | 0.6 | 330.00 |
| 7/29/09 | Ryan Stecz | Senior Manager | Reading corporate document in preparation of a meeting with the client to discuss the pro forma tax process | 475 | 1.9 | 902.50 |
| 7/29/09 | Ryan Stecz | Senior Manager | Meeting with the client to discuss the pro forma tax process and follow-up internally on the approach to the project. | 475 | 2.0 | 950.00 |
| 7/29/09 | Ryan Stecz | Senior Manager | Preparation of a summary memo describing open points from the meeting | 475 | 1.6 | 760.00 |
| 7/29/09 | Ryan Stecz | Senior Manager | Internal meetings and discussions with service line experts to vet the issues being discussed in our client meetings and to finalize our approach to the engagement. | 475 | 2.8 | 1,330.00 |
| 7/29/09 | Mike Stibich | Partner | Internal discussion regarding some of the key open points with respect to the tax aspects of the pro forma statements. | 550 | 0.8 | 440.00 |
| 7/29/09 | Steve McCullough | Manager | Meet with Ryan S. and Mike S. to discuss project; Complete information request | 425 | 2.7 | 1,147.50 |
| 7/29/09 | Alice Loo | Senior Manager | Call with Tribune engagement team - background on Tribune. | 475 | 0.5 | 237.50 |
| 7/29/09 | Alice Loo | Senior Manager | Meeting with Washington National Tax accounting discussing matters related to proforma financials. | 475 | 0.8 | 380.00 |
| 7/29/09 | Pete Leadstrom | Partner | Review tax matters, entities and structure and discuss impacts on pro forma presentation. | 550 | 1.6 | 880.00 |
| 7/30/09 | Mark Smeraglinolo | Senior | Review pbc materials in connection with pro forma adjustments | 350 | 1.1 | 385.00 |
| 7/30/09 | Mark Smeraglinolo | Senior | Update pro forma workbook to reflect new pbc materials received from client | 350 | 0.4 | 140.00 |
| 7/30/09 | Korwin Roskos | Senior Manager | Internal telephone discussion about project to compute deferred state effective tax rate for Tribune Company | 475 | 0.3 | 142.50 |
| 7/30/09 | Marc Weinstein | Director | Internal telephone discussion about project to compute deferred state effective tax rate for Tribune Company | 550 | 0.3 | 165.00 |
| 7/30/09 | Ryan Stecz | Senior Manager | Internal discussions regarding the excel files that will be prepared and further discussion regarding some of the key open points regarding taxes. | 475 | 2.4 | 1,140.00 |
| 7/30/09 | Ryan Stecz | Senior Manager | Discussion with client regarding state effective tax rate and internal discussion regarding the rate and other issues to consider. Establish time for a call with the client | 475 | 2.8 | 1,330.00 |
| 7/30/09 | Ryan Stecz | Senior Manager | Phone call to discuss the state effective tax rate to use on the pro forma financial statements and follow-up discussions with internal team | 475 | 0.9 | 427.50 |
| 7/30/09 | Ryan Stecz | Senior Manager | Review various tax files that were forwarded and prepare a detailed list of questions for our client regarding the files and how we can best use them to prepare the pro forma statements. | 475 | 1.9 | 902.50 |
| 7/30/09 | Ryan Stecz | Senior Manager | Call with the client to discuss our questions relate to the excel files followed by internal discussions regarding how best to proceed with the project, including a debrief discussion with the accounting team on some various issues that have arisen thus far. | 475 | 2.7 | 1,282.50 |
| 7/30/09 | Steve McCullough | Manager | Meet with Mike M., Natalie B., and Mike H. to discuss project details and "next steps"; Call with Patrice M. to discuss pro forma financials. | 425 | 2.5 | 1,062.50 |
| 7/30/09 | Steve McCullough | Manager | Visit client location and talk with Mike M. at the company; Follow-up requests for information. | 425 | 2.8 | 1,190.00 |
| 7/31/09 | Pete Leadstrom | Partner | Meet with Deloitte personell to discuss pro forma status, technical accounting matters involving pro forma adjustments, and finalize materials for meeting with client. | 550 | 2.7 | 1,485.00 |

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/31/09 | Pete Leadstrom | Partner | Meet with Tribune and Deloitte personnell regarding status of pro forma project, technical accounting matters related to pro forma adjustments, and status of project. | 550 | 1.7 | 935.00 |
| 7/31/09 | Sean Conroy | Senior Manager | Meet with P. Leadstrom, P. Conway, M. Smeraglinolo (Deloitte) to discuss pro forma status, technical accounting matters involving pro forma adjustments, and finalize materials for meeting with client. | 475 | 2.7 | 1,282.50 |
| 7/31/09 | Sean Conroy | Senior Manager | Meet with N. Chakins and T. Lightfoot (Tribune) regarding status of pro forma project, technical accounting matters related to pro forma adjustments, and status of project. | 475 | 1.7 | 807.50 |
| 7/31/09 | Sean Conroy | Senior Manager | Meet with R. Stecz (Deloitte) to discuss status of pro forma project and impact on timing of deliverables. | 475 | 0.4 | 190.00 |
| 7/31/09 | Pat Conway | Manager | Internal meeting with Deloitte AERS to discuss pro forma status, technical accounting matters involving pro forma adjustments, and finalize materials for meeting with client. | 425 | 2.7 | 1,147.50 |
| 7/31/09 | Pat Conway | Manager | Preparation of a draft agenda for our client meeting | 425 | 0.9 | 382.50 |
| 7/31/09 | Pat Conway | Manager | Meeting with the client to discuss the pro forma process and follow-up internally on the approach to the project. | 425 | 1.0 | 425.00 |
| 7/31/09 | Pat Conway | Manager | Meeting with the client to analyze the Company's general ledger and understand the types of balances held | 425 | 1.4 | 595.00 |
| 7/31/09 | Mark Smeraglinolo | Senior | Internal meeting with Deloitte AERS to discuss pro forma status, technical accounting matters involving pro forma adjustments and finalize materials for meeting with client. | 350 | 2.7 | 945.00 |
| 7/31/09 | Mark Smeraglinolo | Senior | Meeting with the client to discuss the pro forma process and follow-up internally on the approach to the project. | 350 | 1.0 | 350.00 |
| 7/31/09 | Mark Smeraglinolo | Senior | Meeting with the client to analyze the Company's general ledger and understand the types of balances held | 350 | 1.4 | 490.00 |
| 7/31/09 | Mark Smeraglinolo | Senior | Update pro forma workbook as result of discussions with client earlier in the day | 350 | 0.9 | 315.00 |
| 7/31/09 | Korwin Roskos | Senior Manager | Telephone discussion with client about project to compute deferred state effective tax rate for Tribune Company | 475 | 0.7 | 332.50 |
| 7/31/09 | Korwin Roskos | Senior Manager | Creation of Information Request detailing information necessary to compute deferred state effective tax rate for the Tribune Company. | 475 | 0.5 | 237.50 |
| 7/31/09 | Marc Weinstein | Director | Telephone discussion with client about project to compute deferred state effective tax rate for Tribune Company | 550 | 0.7 | 385.00 |
| 7/31/09 | Steve McCullough | Manager | Telephone discussion with client about project to compute deferred state effective tax rate for Tribune Company; Telephone discussion with company about information provided and "next steps" | 425 | 2.7 | 1,147.50 |
| 7/31/09 | Alice Loo | Senior Manager | Searching and reviewing examples of pro-forma tax adjustments by S corporation | 475 | 0.6 | 285.00 |
| 7/31/09 | Alice Loo | Senior Manager | Reviewing pro-forma financial statement examples | 475 | 0.4 | 190.00 |
| 7/31/09 | Alice Loo | Senior Manager | Searching and reviewing examples of pro-forma tax adjustments by S corporation | 475 | 0.8 | 380.00 |
| 7/31/09 | Alice Loo | Senior Manager | Reviewing pro-forma financial statement examples | 475 | 0.7 | 332.50 |

Total - Hours and Compensation for Pro-Forma Preparation Services    184.7    $ 84,010.00

The Tribune Company
Deloitte & Touche LLP - Pro Forma Preparation Services
Details of Expenditures by Project and Date
For the Period July 1, 2009 through July 31, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 7/1/2009 | Pete Leadstrom | Parking | Parking at Tribune for meeting with Tribune to discuss POR and pro forma requirements | $ 15.50 |
| 7/16/2009 | Pete Leadstrom | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 12.00 |
| 7/25/2009 | Sean Conroy | Teleconference | Charges incurred for teleconference call between Deloitte personnel | 3.43 |
| 7/25/2009 | Sean Conroy | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 25.00 |
| 7/27/2009 | Mike Stibich | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| 7/28/2009 | Ryan Stecz | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| 7/28/2009 | Mike Stibich | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| 7/29/2009 | Ryan Stecz | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| 7/29/2009 | Mike Stibich | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| 7/30/2009 | Ryan Stecz | Public/ground transportation | Taxi- Transportation to and from Office to Tribune | 18.00 |
| **Total Expenditures** | | | | $ 163.93 |