## VERIFICATION

STATE OF ILLINOIS       )
                        ) SS:
COUNTY OF COOK          )

Peter Leadstrom, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm, Deloitte & Touche LLP.

b) I am familiar with the work performed on behalf of the Debtors by the professionals in the firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-2, and submit that the Application substantially complies with such Local Rule.

_____
Peter Leadstrom

46429/0001-5947319v1