**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit A**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2009 through June 30, 2009**

| | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 190.80 | $77,000.00 |
| 2009 Consolidated Audit | 259.20 | $100,000.00 |
| **Subtotal - Fixed Fee Services** | **450.00** | **$177,000.00** |
| | | |
| **Hourly Services** | | |
| Claims Consulting Services | 30.30 | $8,273.00 |
| **Subtotal - Hourly Services** | **30.30** | **$8,273.00** |
| | | |
| **Bankruptcy Requirements and Obligations** | | |
| Employment Applications and Other Court Filings | 0.80 | $320.00 |
| Monthly, Interim and Final Fee Applications | 81.30 | $22,796.00 |
| **Subtotal - Bankruptcy Requirements and Obligations** | **82.10** | **$23,116.00** |
| | | |
| **Total Hours and Compensation** | **562.40** | **$208,389.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by Project**
**For the Period June 1, 2009 through June 30, 2009**

|  | Hours | Total Compensation |
|---|---|---|
| **Fixed Fee Services** | | |
| 2008 Consolidated Audit | 190.80 | $77,000.00 |
| 2009 Consolidated Audit | 259.20 | $100,000.00 |
| **Subtotal - Fixed Fee Services** | **450.00** | **$177,000.00** |
| **Total Hours and Compensation** | **450.00** | **$177,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**June 1, 2009 through June 30, 2009**

| Professional | Professional's Position | Hours |
|---|---|---|
| Douglas L Pinney | Partner | 1.00 |
| Timothy M Byrd | Senior Managing Director | 10.00 |
| Chad Morrissey | Director | 1.00 |
| Doran McClellan | Director | 2.50 |
| Dan Drobac | Senior Manager | 42.00 |
| Andrew K Olson | Manager | 0.30 |
| Daniel C Chavez | Manager | 49.00 |
| Michael James Strathman | Manager | 1.00 |
| Justin A Spahn | Senior Associate | 70.00 |
| Abigail E Sullivan | Associate | 14.00 |
| **Total Hours Incurred during Compensation Period** | | **190.80** |
| Total Hours Incurred prior to June 1, 2009 | | 7,885.60 |
| **Total Hours Incurred through June 30, 2009** | | **8,076.40** |

| | | |
|---|---|---|
| Total Fees - Payments Previously Requested for 2008 Consolidated Audit | | $1,915,000.00 |
| Remaining Payments for 2008 Consolidated Audit | | $325,000.00 |
| **Total Fixed Fee for 2008 Consolidated Audit** | | **$2,240,000.00** |
| **Requested Payment - 2008 Consolidated Audit** | **190.80** | **$77,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                          **Exhibit B-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2008 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - June 1, 2009 through June 30, 2009**

| Category | Hours |
|---|---:|
| 0200 - Audit Strategy and Meetings with Management | 23.00 |
| 2900 - Information Technology General Controls | 52.10 |
| 3100 - Purchasing and payables process | 1.00 |
| 3250 - Investments process | 13.00 |
| 3450 - Goodwill and intangibles process | 65.70 |
| 3650 - Benefits process | 1.00 |
| 5500 - Financing process | 17.00 |
| 6500 - Audit of financial statements | 16.50 |
| 8200 - Litigation, claims and assessments/lawyer's letters | 1.00 |
| 8300 - Use of the work of experts | 0.50 |
| **Total Fixed Fee for 2008 Consolidated Audit** | **190.80** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit**
**Summary of Professionals, Hours and Payments For the Period**
**June 1, 2009 through June 30, 2009**

| Professional | Professional's Position | Hours |
|---|---|---:|
| Grant E Hellwarth | Partner | 3.00 |
| John A Sandmeier | Partner | 6.00 |
| L Allen Arnett | Partner | 2.00 |
| Thomas Synder | Partner | 7.50 |
| William T England | Partner | 23.00 |
| Dan Drobac | Senior Manager | 11.00 |
| Jo Carol Robison | Senior Manager | 1.20 |
| Daniel C Chavez | Manager | 24.90 |
| Sumaira Maryum Akhtar | Manager | 10.00 |
| Andrew J Reuter | Senior Associate | 4.00 |
| Bryan K Turner | Senior Associate | 12.00 |
| Justin A Spahn | Senior Associate | 59.00 |
| Sheri L Meyers | Senior Associate | 30.50 |
| Abigail E Sullivan | Associate | 42.00 |
| Bradley D Ebenhoeh | Associate | 15.60 |
| Meredith A Flittner | Associate | 6.50 |
| Lauren Lynn Bojovic | Administrative | 1.00 |
| **Total Hours Incurred during Compensation Period** | | **259.20** |
| Total Hours Incurred prior to June 1, 2009 | | 378.40 |
| **Total Hours Incurred through June 30, 2009** | | **637.60** |

| | | |
|---|---:|---:|
| Total Fees - Payments Previously Requested for 2009 Consolidated Audit | | $95,000.00 |
| Remaining Payments for 2009 Consolidated Audit | | $1,355,000.00 |
| **Total Fixed Fee for 2009 Consolidated Audit** | | **$1,450,000.00** |
| **Requested Payment - 2009 Consolidated Audit** | **259.20** | **$100,000.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit B-2**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Fixed Fees Services - 2009 Consolidated Audit - Summary of Hours by Subcategory**
**Summary of Hours - June 1, 2009 through June 30, 2009**

| Category | Hours |
|---|---|
| 0200 - Audit Strategy and Meetings with Management | 179.60 |
| 2900 - Information Technology General Controls | 35.50 |
| 9200 - Q1 Interim Review Procedures | 44.10 |
| **Total Fixed Fee for 2009 Consolidated Audit** | **259.20** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                      Exhibit C-1
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Hours and Compensation by  Professionals - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Professional by Billing Category | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Claims Consulting Services** | | | | |
| Alex Thacher | Director | $450 | 6.30 | $2,835.00 |
| Jamila Charlise Fairley | Senior Associate | $240 | 16.50 | $3,960.00 |
| Samuel I. Lovitch | Senior Associate | $225 | 5.30 | $1,192.50 |
| Alina Wong | Associate | $180 | 0.90 | $162.00 |
| Bruno Bonugli | Administrative | $95 | 1.30 | $123.50 |
| **Subtotal - Claims Consulting Services** | | | **30.30** | **$8,273.00** |
| **Employment Applications and Other Court Filings** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 0.80 | $320.00 |
| **Subtotal - Employment Applications and Other Court Filings** | | | **0.80** | **$320.00** |
| **Monthly, Interim and Final Fee Applications** | | | | |
| Andrea Clark Smith | Manager (Bankruptcy) | $400 | 10.80 | $4,320.00 |
| Shonda M Finseth | Senior Associate (Bankruptcy) | $290 | 53.90 | $15,631.00 |
| Sandra DeMarais | Associate (Bankruptcy) | $225 | 6.70 | $1,507.50 |
| Subashi M Stendahl | Associate (Bankruptcy) | $225 | 1.00 | $225.00 |
| Brian Randall Davis | Professional Assistant (Bankruptcy) | $125 | 8.90 | $1,112.50 |
| **Subtotal - Monthly, Interim and Final Fee Applications** | | | **81.30** | **$22,796.00** |
| **Total Hours and Compensation** | | | **112.40** | **$31,389.00** |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Claims Consulting Services** | | | | | | |
| | Samuel I. Lovitch | Senior Associate | 0609H0001: Review application of credit and left message for John Perdigao (Los Angeles Times). | $225.00 | 0.30 | $67.50 |
| | Alex Thacher | Director | 0609H0002: Review the 2009 refund and overpayment data prior to submitting to Los Angeles taxing authority. | $450.00 | 0.50 | $225.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0003: Research statute of limitations for the 2006 Los Angeles tax refund claim and prepare letter addressing statute of limitations conclusion. | $240.00 | 2.50 | $600.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0004: Send 2009 data for 3rd level review before submission to Auditor. | $240.00 | 0.50 | $120.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0005: Review of the workpapers used in computing the 2009 Los Angeles tax refund. | $225.00 | 0.70 | $157.50 |
| | Samuel I. Lovitch | Senior Associate | 0609H0006: Prepare written correspondence summarizing 2009 Los Angeles tax refund claims. | $225.00 | 0.30 | $67.50 |
| | Alex Thacher | Director | 0609H0007: Review of revised 2009 Los Angeles tax refund workpapers. | $450.00 | 0.40 | $180.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0008: Meeting with Alex Thacher (PwC) to discuss 2009 Los Angeles tax refund computations and strategy for submitting and securing refund claim. | $240.00 | 0.80 | $192.00 |
| | Alex Thacher | Director | 0609H0009: Meeting with Jamila Fairley (PwC) to discuss 2009 Los Angeles tax refund computations and strategy for submitting and securing refund claim. | $450.00 | 0.80 | $360.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0010: Discussion with Shanice Wong (Los Angeles Times) regarding questions on the 2009 Los Angeles tax refund calculations, including confirmation of data used in computing refund. | $240.00 | 0.30 | $72.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Jamila Charlise Fairley | Senior Associate | 0609H0011: Additional discussion with Shanice Wong (Los Angeles Times) regarding Ms. Wong's questions on the 2009 Los Angeles tax refund calculations. | $240.00 | 0.20 | $48.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0012: Revise the 2009 Los Angeles tax refund computations, including updating corresponding workpapers. | $240.00 | 0.40 | $96.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0013: Prepare supporting documentation for the 2009 Los Angeles tax refund and written correspondence intended for Shanice Wong (Los Angeles Times) regarding such refund claim. | $240.00 | 1.50 | $360.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0014: Review the revisions to written correspondence associated with the 2009 Los Angeles tax refund and provide to Shanice Wong (Los Angeles Times). | $240.00 | 0.10 | $24.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0015: Discussion with Alex Thacher (PwC) regarding the 2006 Los Angeles tax refund, including appeals strategy related to Los Angeles taxing authority's position that such refund is outside the statute of limitations. | $225.00 | 0.30 | $67.50 |
| | Alex Thacher | Director | 0609H0016: Discussion with Samuel Lovitch (PwC) regarding the 2006 Los Angeles tax refund, including appeals strategy related to Los Angeles taxing authority's position that such refund is outside the statute of limitations. | $450.00 | 0.30 | $135.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0017: Meeting with Alex Thacher and Samuel Lovitch (both PwC) regarding status of refund claims and to discuss the 2006 refund claim and strategy for potential appeals process. | $240.00 | 0.50 | $120.00 |
| | Alex Thacher | Director | 0609H0018: Meeting with Jamila Fairley and Samuel Lovitch (both PwC) regarding status of refund claims and to discuss the 2006 refund claim and strategy for potential appeals process. | $450.00 | 0.50 | $225.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2009 through June 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Samuel I. Lovitch | Senior Associate | 0609H0019: Meeting with Alex Thacher and Jamila Fairley (both PwC) regarding status of refund claims and to discuss the 2006 refund claim and strategy for potential appeals process. | $225.00 | 0.50 | $112.50 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0020: Prepare status of Los Angeles tax refund claims and revise refund claim computations. | $240.00 | 2.50 | $600.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0021: Prepare transmittal letter and provide 2009 refund request to Evelyn Saw (Los Angeles taxing authority). | $240.00 | 0.50 | $120.00 |
| | Alex Thacher | Director | 0609H0022: Discussion with Jamila Fairley (PwC) regarding Los Angeles tax refund request. | $450.00 | 0.10 | $45.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0023: Discussion with Alex Thacher (PwC) regarding Los Angeles tax refund request. | $240.00 | 0.10 | $24.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0024: Prepare the 2006 Los Angeles tax refund request, including preparation of position letter that statute of limitations has not expired in response to Los Angeles taxing authority's assertion to the contrary. | $240.00 | 1.50 | $360.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0025: Revise the 2006 Los Angeles tax refund claim letter. | $240.00 | 0.50 | $120.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0026: Review of 2006 Los Angeles tax refund claim letter. | $225.00 | 0.50 | $112.50 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0027: Revise the 2006 Los Angeles tax refund request letter and review of correspondence from Los Angeles taxing authority. | $240.00 | 1.00 | $240.00 |
| | Alex Thacher | Director | 0609H0028: Meeting with Jamila Fairley and Samuel Lovitch (both PwC) to review refund workpapers and associated refund claims letter. | $450.00 | 0.50 | $225.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0029: Meeting with Alex Thacher and Jamila Fairley (both PwC) to review refund workpapers and associated refund claims letter. | $225.00 | 0.50 | $112.50 |

**Exhibit C-2**

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Jamila Charlise Fairley | Senior Associate | 0609H0030: Meeting with Alex Thacher and Samuel Lovitch (both PwC) to review refund workpapers and associated refund claims letter. | $240.00 | 0.50 | $120.00 |
| | Alex Thacher | Director | 0609H0031: Prepare electronic correspondence sent to Sam DeFroscia (Los Angeles Times) regarding 2009 Los Angeles tax refund claim. | $450.00 | 0.20 | $90.00 |
| | Alex Thacher | Director | 0609H0032: Discussion with Sam DeFroscia, (Los Angeles Times) Samuel Lovitch, and Jamila Fairley (both PwC) to discuss the 2006 Los Angeles tax refund and procedures for claiming the 2009 Los Angeles tax refund. | $450.00 | 0.30 | $135.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0033: Discussion with Sam DeFroscia, (Los Angeles Times) Alex Thacher, and Jamila Fairley (both PwC) to discuss the 2006 Los Angeles tax refund and procedures for claiming the 2009 Los Angeles tax refund. | $225.00 | 0.30 | $67.50 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0034: Discussion with Sam DeFroscia, (Los Angeles Times) and Alex Thacher, and Samuel Lovitch (both PwC) to discuss the 2006 Los Angeles tax refund and procedures for claiming the 2009 Los Angeles tax refund. | $240.00 | 0.30 | $72.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0035: Prepare the claim for refund request for Los Angeles tax. | $240.00 | 0.20 | $48.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0036: Meeting with Jamila Fairley (PwC) to review and revise correspondence requesting the Los Angeles tax claim for refund. | $225.00 | 0.10 | $22.50 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0037: Meeting with Samuel Lovitch (PwC) to review and revise correspondence requesting the Los Angeles tax claim for refund. | $240.00 | 0.10 | $24.00 |
| | Bruno Bonugli | Administrative | 0609H0038: Provide audit response letter to Los Angeles taxing authority. | $95.00 | 1.30 | $123.50 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0039: Preparation of letter and associated attachments with respect to the Los Angeles tax refund claim. | $240.00 | 0.40 | $96.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Jamila Charlise Fairley | Senior Associate | 0609H0040: Executing Los Angeles tax refund claim, including picking-up signed copy from Los Angeles Times, and documenting in accordance with quality and risk management policies and procedures. | $240.00 | 0.90 | $216.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0041: Coordinate consulting fee information as requested by Sam DeFroscia (Los Angeles Times) for purposes of Los Angeles Times' budgeting and planning. | $240.00 | 0.50 | $120.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0042: Prepare correspondence regarding cost analysis of Los Angeles tax refund claim project. | $240.00 | 0.40 | $96.00 |
| | Alex Thacher | Director | 0609H0043: Discussion with Jamila Fairley and Sam Lovitch (both PwC) regarding cost analysis for Sam DeFroscia (Los Angeles Times). | $450.00 | 0.30 | $135.00 |
| | Jamila Charlise Fairley | Senior Associate | 0609H0044: Discussion with Alex Thacher and Sam Lovitch (both PwC) regarding cost analysis for Sam DeFroscia (Los Angeles Times). | $240.00 | 0.30 | $72.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0045: Discussion with Alex Thacher and Jamila Fairley (both PwC) regarding cost analysis for Sam DeFroscia (Los Angeles Times). | $225.00 | 0.30 | $67.50 |
| | Alex Thacher | Director | 0609H0046: Prepare correspondence provided to Sam DeFroscia (Los Angeles Times) in response to information requests associated with refund claim decision issued by Los Angeles taxing authority, refund claims process, and cost analysis. | $450.00 | 0.20 | $90.00 |
| | Alina Wong | Associate | 0609H0047: Review project status and billing summary. | $180.00 | 0.90 | $162.00 |
| | Alex Thacher | Director | 0609H0048: Review questions from Sam DeFroscia (Tribune) related to multimedia classification. | $450.00 | 0.30 | $135.00 |
| | Alex Thacher | Director | 0609H0049: Discussion with Samuel Lovitch (PwC) regarding classification of multimedia revenue for purposes of determining Los Angeles tax base. | $450.00 | 0.50 | $225.00 |

**Exhibit C-2**

TRIBUNE COMPANY, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2009 through June 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Samuel I. Lovitch | Senior Associate | 0609H0050: Discussion with Alex Thacher (PwC) regarding classification of multimedia revenue for purposes of determining Los Angeles tax base. | $225.00 | 0.50 | $112.50 |
| | Samuel I. Lovitch | Senior Associate | 0609H0051: Research Los Angeles Times ability to be classified under multimedia for purpose of determining Los Angeles tax base. | $225.00 | 0.50 | $112.50 |
| | Alex Thacher | Director | 0609H0052: Review conclusions regarding ability to classify Los Angeles Times as a multi-media company for purposes of determining Los Angeles tax base and prepare correspondence to Sam DeFroscia (Los Angeles Times) regarding conclusions. | $450.00 | 1.20 | $540.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0053: Prepare correspondence regarding status of Los Angeles tax refund claims and provide to Sam DeFroscia (Los Angeles Times). | $225.00 | 0.30 | $67.50 |
| | Alex Thacher | Director | 0609H0054: Discussion with Samuel Lovitch (PwC) regarding Los Angeles tax audit workpapers for tax years 2006-2008. | $450.00 | 0.20 | $90.00 |
| | Samuel I. Lovitch | Senior Associate | 0609H0055: Discussion with Alex Thacher (PwC) regarding Los Angeles tax audit workpapers for tax years 2006-2008. | $225.00 | 0.20 | $45.00 |
| **Subtotal - Hours and Compensation for Claims Consulting Services** | | | | | **30.30** | **$8,273.00** |

**Employment Applications and Other Court Filings**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0056: Review the Third Supplemental and distribute to Counsel regarding expansion of audit services (2008 and 2009). | $400.00 | 0.80 | $320.00 |
| **Subtotal - Hours and Compensation for Employment Applications and Other Court Filings** | | | | | **0.80** | **$320.00** |

TRIBUNE COMPANY, et al (Case 08-13141)

Exhibit C-2

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2009 through June 30, 2009

## Monthly, Interim and Final Fee Applications

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0057: Meeting with Andrea Clark Smith (PwC) to discuss Tribune April and May 2009 consolidators. | $290.00 | 1.00 | $290.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0058: Meeting with Shonda Finseth (PwC) to discuss Tribune April and May 2009 consolidators. | $400.00 | 1.00 | $400.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0059: Consultation with Justin Spahn and Dan Drobac (PwC) regarding expanded services and billing status. | $400.00 | 0.70 | $280.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0060: Review the April 2009 time consolidator. | $290.00 | 2.60 | $754.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0061: Review status of the first and second monthly fee applications, certificate of no objection, and payments. | $400.00 | 0.30 | $120.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0062: Assemble the May 2009 time consolidator. | $125.00 | 1.50 | $187.50 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0063: Review the April 2009 time consolidator and reconciliation. | $400.00 | 0.20 | $80.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0064: Assemble the May 2009 time consolidator and reconcile to GFS. | $125.00 | 2.30 | $287.50 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0065: Review the April and May 2009 time consolidators. | $290.00 | 2.00 | $580.00 |
| | Subashi M Stendahl | Associate (Bankruptcy) | 0609H0066: Update the March 2009 expense consolidator with Dan Drobac's (PwC) changes, revise exhibits, and update narrative. | $225.00 | 0.70 | $157.50 |
| | Subashi M Stendahl | Associate (Bankruptcy) | 0609H0067: Prepare final revisions per Andrea Clark Smith's (PwC) review and for the March 2009 fee application and prepare for signature. | $225.00 | 0.30 | $67.50 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0068: Review the April and May 2009 time consolidators. | $290.00 | 2.00 | $580.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0069: Review the April and May 2009 time consolidators. | $290.00 | 1.50 | $435.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0070: Email communications regarding Tribune categories for the April and May 2009 monthly fee application. | $400.00 | 0.10 | $40.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0071: Meeting with Brian Davis (PwC) to discuss the May 2009 WIP recon and missing time entries. | $290.00 | 0.60 | $174.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0072: Meeting with Shonda Finseth (PwC) to discuss the May 2009 WIP recon and missing time entries. | $125.00 | 0.60 | $75.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0073: Review the Tribune April and May 2009 consolidator. | $290.00 | 2.70 | $783.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0074: Review revised May 2009 Time Analysis Report. | $125.00 | 0.70 | $87.50 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0075: Review the Tribune April and May 2009 consolidator. | $290.00 | 2.00 | $580.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0076: Complete initial assembly of the May 2009 time consolidator and reconcile the monthly fee application to the time analysis report. | $125.00 | 2.50 | $312.50 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0077: Meeting with Brian Davis (PwC) to discuss the May 2009 fee and expense reconciliation. | $290.00 | 0.80 | $232.00 |
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0078: Meeting with Shonda Finseth (PwC) to discuss the May 2009 fee and expense reconciliation. | $125.00 | 0.80 | $100.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Details of Hours and Compensation by Project and Date - Hourly Professional Services
For the Period June 1, 2009 through June 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| | Brian Randall Davis | Professional Assistant (Bankruptcy) | 0609H0079: Complete the May 2009 expense consolidator. | $125.00 | 0.50 | $62.50 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0080: Review and email communications regarding Tribune May 2009 details and reconciliation. | $400.00 | 0.20 | $80.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0081: Review the April and May 2009 Tribune invoices. | $400.00 | 0.10 | $40.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0082: Finalize the March 2009 time consolidator. | $290.00 | 0.20 | $58.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0083: Review the Tribune April and May 2009 consolidator. | $400.00 | 1.90 | $760.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0084: Review April 2009 time details. | $400.00 | 0.20 | $80.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0085: Review the April 2009 time consolidator and reconciliation to the WIP. | $290.00 | 2.60 | $754.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0086: Review the April 2009 time details. | $400.00 | 0.90 | $360.00 |
| | Sandra DeMarais | Associate (Bankruptcy) | 0609H0087: Review the file provided by Ronald Cook (PwC) and incorporate into the May 2009 consolidator. | $225.00 | 3.50 | $787.50 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0088: Reconcile the April 2009 hourly time consolidator to the detail support provided by Ronald Cook (PwC). | $290.00 | 2.80 | $812.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0089: Review the April 2009 time consolidator and detail time descriptions. | $290.00 | 1.20 | $348.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0090: Continue to review the May 2009 time consolidator and detail time descriptions. | $290.00 | 2.70 | $783.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0091: Review the April 2009 expense consolidator. | $290.00 | 0.40 | $116.00 |

**TRIBUNE COMPANY, et al (Case 08-13141)**

**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**

**Details of Hours and Compensation by Project and Date - Hourly Professional Services**

**For the Period June 1, 2009 through June 30, 2009**

**Exhibit C-2**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0092: Create the April 2009 time and expense Access exhibits. | $290.00 | 1.90 | $551.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0093: Review the April 2009 narrative, consolidator, and exhibits. | $290.00 | 1.30 | $377.00 |
| | Sandra DeMarais | Associate (Bankruptcy) | 0609H0094: Review the file provided by Ronald Cook (PwC) and incorporate into the May 2009 consolidator. | $225.00 | 3.20 | $720.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0095: Review status of deliverables and coordinate meeting with Shonda Finseth (PwC) for discussion tomorrow on deliverables for Tribune (fee auditor, interim fee application, cash collections, and the April and May fee application). | $400.00 | 0.30 | $120.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0096: Review the May 2009 fee statement and associated exhibits. | $400.00 | 0.80 | $320.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0097: Meeting with Ronald Cook and Andrea Clark Smith (both PwC) to review the April 2009 consolidator. | $290.00 | 0.20 | $58.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0098: Meeting with Ronald Cook and Shonda Finseth (both PwC) to review the April 2009 consolidator. | $400.00 | 0.20 | $80.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0099: Review April 2009 fee statement, associated hours, and exhibits. | $400.00 | 1.00 | $400.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0100: Review the April and May 2009 time consolidators and detail time details. | $290.00 | 2.80 | $812.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0101: Review the May 2009 expense consolidator and reconciliation. | $290.00 | 0.50 | $145.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0102: Review and revise the April 2009 time and expense consolidators, exhibits, and narrative. | $290.00 | 3.70 | $1,073.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0103: Review and revise the May 2009 time and expense consolidators, exhibits, and narrative. | $290.00 | 3.10 | $899.00 |

Exhibit C-2

**TRIBUNE COMPANY, et al (Case 08-13141)**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Details of Hours and Compensation by Project and Date - Hourly Professional Services**
**For the Period June 1, 2009 through June 30, 2009**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0104: Perform a final review of the May 2009 narrative and exhibits. | $290.00 | 0.70 | $203.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0105: Assemble the December through March fee application data to provide to Fee Examiner. | $290.00 | 0.80 | $232.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0106: Review and prepare expense and fixed fee exhibits and Access queries to the May 2009 fee application. | $290.00 | 1.20 | $348.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0107: Review the May 2009 fixed fee estimates for audits. | $400.00 | 0.40 | $160.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0108: Review the May 2009 fee statement and associated exhibits. | $400.00 | 0.80 | $320.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0109: Review the Tribune invoices from December through March 2009. | $290.00 | 0.50 | $145.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0110: Prepare the March 2009 fee statement. | $290.00 | 0.50 | $145.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0111: Prepare email to Ronald Cook (PwC) to provide fee application details for March and April 2009. | $290.00 | 0.20 | $58.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0112: Review and respond to email from R. Cook (PwC) regarding the invoices. | $290.00 | 0.30 | $87.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0113: Prepare the First Interim Fee Application. | $290.00 | 2.20 | $638.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0114: Review the Tribune May 2009 fee statement and provide feedback to Shonda Finseth (PwC) via email regarding additional changes. | $400.00 | 0.50 | $200.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0115: Revise the April through May 2009 consolidator, narrative, and exhibits based upon review comments provided by Andrea Clark Smith (PwC). | $290.00 | 2.00 | $580.00 |
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0116: Email communications with Counsel regarding expanded services. | $400.00 | 0.20 | $80.00 |

Exhibit C-2

TRIBUNE COMPANY, et al (Case 08-13141)

PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors

Details of Hours and Compensation by Project and Date - Hourly Professional Services

For the Period June 1, 2009 through June 30, 2009

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| | Andrea Clark Smith | Manager (Bankruptcy) | 0609H0117: Review the Tribune April and May 2009 final drafts and distribute to Partner. | $400.00 | 1.00 | $400.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0118: Revise the April and May 2009 time consolidator based upon feedback from Ronald Cook (PwC). | $290.00 | 0.80 | $232.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0119: Revise the April 2009 time consolidator, narrative, and exhibits based upon feedback from Ronald Cook (PwC) and prepare the fee statement. | $290.00 | 4.80 | $1,392.00 |
| | Shonda M Finseth | Senior Associate (Bankruptcy) | 0609H0120: Finalize the April and May 2009 consolidators and fee statement. | $290.00 | 1.30 | $377.00 |
| **Subtotal - Hours and Compensation for Monthly, Interim and Final Fee Applications** | | | | | **81.30** | **$22,796.00** |
| **Total Hours and Compensation** | | | | | **112.40** | **$31,389.00** |

**TRIBUNE COMPANY, et al (Case 08-13141)**                                    **Exhibit D-1**
**PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors**
**Summary of Expenditures by Project and Type**
**For the Period June 1, 2009 through June 30, 2009**

| Transaction Type | Total Expenditures |
|---|---|
| **2008 Consolidated Audit** | |
| Public/ground transportation | $33.00 |
| **Subtotal - 2008 Consolidated Audit** | **$33.00** |
| **2009 Consolidated Audit** | |
| Public/ground transportation | $108.00 |
| Research | $1,250.00 |
| **Subtotal - 2009 Consolidated Audit** | **$1,358.00** |
| **Total Expenditures** | **$1,391.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.  Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement

Page 1 of 1

Wednesday, August 12, 2009

Exhibit D-2

**TRIBUNE COMPANY., et al (Case 08-13141)**
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period June 1, 2009 through June 30, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| **2008 Consolidated Audit** | | | | |
| 6/1/2009 | Daniel C Chavez | Public/ground transportation | 0609E0001: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $19.00 |
| 6/9/2009 | Daniel C Chavez | Public/ground transportation | 0609E0002: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $14.00 |
| Subtotal - 2008 Consolidated Audit | | | | $33.00 |
| **2009 Consolidated Audit** | | | | |
| 6/9/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0609E0003: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $8.00 |
| 6/12/2009 | William T England | Public/ground transportation | 0609E0004: TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 6/18/2009 | Sumaira Maryum Akhtar | Public/ground transportation | 0609E0005: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $8.00 |
| 6/19/2009 | William T England | Public/ground transportation | 0609E0006: TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 6/30/2009 | PricewaterhouseCoopers | Research | 0609E0007: MARKET RESEARCH FOR QUARTERLY COMPILATION REPORT ON TELEVISION REVENUE FOR Q1. | $1,250.00 |
| 6/30/2009 | John A Sandmeier | Public/ground transportation | 0609E0008: TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $20.00 |
| 6/30/2009 | William T England | Public/ground transportation | 0609E0009: TRANSPORTATION TO AND FROM PWC OFFICE TO TRIBUNE. | $18.00 |
| 6/30/2009 | Thomas D. Snyder | Public/ground transportation | 0609E0010: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $8.00 |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.

Exhibit D-2

TRIBUNE COMPANY., et al (Case 08-13141)
PricewaterhouseCoopers LLP - Compensation and Tax Advisors and Independent Auditors
Detail of Expenditures by Project and Date
For the Period June 1, 2009 through June 30, 2009

| Date | Name | Transaction Type | Description | Total Expenditures |
|---|---|---|---|---|
| 6/30/2009 | Bryan K Turner | Public/ground transportation | 0609E0011: TRANSPORTATION FROM PWC OFFICE TO TRIBUNE. | $10.00 |
| Subtotal - 2009 Consolidated Audit | | | | $1,358.00 |
| **Total Expenditures** | | | | **$1,391.00** |

PwC's standard practice is to treat certain expenses as having been incurred when such obligations are recorded and reflected as payable in PwC's accounting system.    Wednesday, August 12, 2009
Accordingly, reimbursement for certain disbursements sought in connection with this statement may be on account of expenses incurred during the prior statement period.