# EXHIBIT 1

*Exhibit 1*

 **Times Mirror**



RECEIVED
JUL 25 1994

Times Mirror
780 Third Avenue
New York, NY 10017
212 418-9636

**Carolyn Schurr**
Assistant General Counsel

July 22, 1994

Irvin M. Freilich, Esq.
Hannoch Weisman
4 Becker Farm Road
Roseland, New Jersey 07068-3788

Re: <u>SRS Site - Hartford Courant</u>

Dear Irv:

I am enclosing the executed letter which you forwarded to me yesterday. As we discussed, you will continue to bill The Hartford Courant at the same rates as it is currently being billed by Edwards & Angell for this matter, and we will share the costs with your other clients involved in the SRS Site. We look forward to continuing our work with you on this matter.

Sincerely,

*Carolyn Schurr*

Carolyn Schurr

CS:po'b
Enclosure

cc: Richard King
    Philip Kucera

SENT BY:Xerox Telecopier 7020 ; 7-21-94 ; 4:55PM ;                 2019047198→                212 888 4191;# 2

# HANNOCH WEISMAN
A PROFESSIONAL CORPORATION
## COUNSELLORS AT LAW
4 BECKER FARM ROAD
ROSELAND, NEW JERSEY 07068-3788
(201) 535-5300
FACSIMILE
(201) 994-7198
N.Y. TELEPHONE
(212) 732-3262

PLEASE REPLY TO:
P.O. BOX 1040
NEWARK, NJ 07101-9819

WRITER'S DIRECT LINE:

201-535-5328

FILE #

48610-2

July 21, 1994

**VIA FACSIMILE**

Carolyn Schurr, Esq.
Times Mirror
780 Third Avenue
New York, New York   10017

Re: **Solvents Recovery Service of New England "SRSNE"**

Dear Carolyn:

This will confirm our telephone conversation this afternoon regarding my recent move from Edwards & Angell to Hannoch Weisman. My new address and telephone number are:

Hannoch Weisman, P.C.
4 Becker Farm Road
Roseland, New Jersey   07068
(201) 535-5300
(201) 535-5328 (direct dial)
(201) 535-7198 (fax)

This letter, when executed by you in the space below, will serve as authorization to Edwards & Angell to transfer all of its files in the matter set forth below to me at Hannoch Weisman. Edwards & Angell also requests your confirmation that its receivables for services rendered prior to July 19, 1994 will be timely paid.

The specific matter is as follows:

Solvents Recovery Services of New England ("SRSNE")

SENT BY:Xerox Telecopier 7020 ; 7-21-94 ; 4:56PM ;   2019947198→   212 888 4191;# 3

# HANNOCH WEISMAN

A PROFESSIONAL CORPORATION

Carolyn Schurr, Esq.
July 21, 1994
Page 2


    Let me also take this opportunity to thank you for your continuing trust and confidence and I very much look forward to working with you in this and other matters in the future.

    If you have any questions regarding the above or if my summary is incorrect, please advise me as soon as possible.

Very truly yours,

*[signature]*

IRVIN M. FREILICH

IMF:dlc

TIMES MIRROR

By *[signature]* Carolyn Schurr
Carolyn Schurr, Esq.

Dated: July 21, 1994