# EXHIBIT 2

*Exhibit 2*

January 22, 1999

**VIA TELECOPY & REGULAR MAIL**
Stephen S. Weddle, Esq.
The Stanley Works
3810 S.E. Naef Road
Mikwaukie, Oregon 97267

Mr. Norman Armitage
John L. Armitage & Company
545 National Drive
Gallatin, TN 37066

James Imbriaco, Esq.
Times Mirror
780 Third Avenue
New York, New York 10017

        Re: *Representation by Robertson, Freilich,*
            *Bruno & Cohen, L.L.C.*

Dear Steve, Norm and James:

    This letter will confirm our recent communications regarding the formation of our new firm, Robertson, Freilich, Bruno & Cohen, L.L.C. on January 4, 1999. Our new address and main telephone number are set forth above. My direct dial telephone number and e-mail address is as follows:

        Direct Dial Number:  (973) 993-1849
        E-Mail Address:      IFreilich@syphonymail.com

This letter, when executed by you in the space below, will serve as authorization to Hannoch Weisman, P.C., our former firm, to transfer all of its files for the Solvents Recovery Services matters set forth below to our new law firm. Some of you have received separate letters for other matters. This letter is intended to cover all of you as clients in the Solvents Recovery Services matter. In addition, this letter will serve as your confirmation that Hannoch Weisman's receivables for services rendered prior to the date of this letter will be paid in a timely manner.

The specific matters for which we will be assuming responsibility are the following:

- **Solvents Recovery Services of New England**
  - **48610-2 (General)**
  - **48610-3 (Hartford Courant)**
  - **48610-4 (The Stanley Works)**
  - **48610-5 (Armitage)**

Let me take the opportunity to thank you for your continuing trust and confidence in me, and my new firm. I very much look forward to continuing to work with you in this and hopefully other matters in the future. As we discussed, I will be preparing a new retainer agreement confirming our retention in this matter.

If you have any question regarding any aspect of this letter, please do not hesitate to contact me immediately.

Sincerely yours,

IRVIN M. FREILICH

IMF:dlg

ACKNOWLEDGED AND AGREED TO:

NORMAN ARMITAGE
Armitage Corporation

January ___, 1999

JAMES IMBRIACO, ESQ.
Hartford Courant/Times Mirror

January ___, 1999

STEPHEN S. WEDDLE, ESQ.
The Stanley Works

January ___, 1999