07/20/2009 11:26 FAX 2025146866    TAXCTSEASTERN                     ☒004/004

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### CONSENT EXTENDING THE TIME FOR THE INTERNAL REVENUE SERVICE TO FILE PROOFS OF CLAIM

And now, this 26th day of Aug, 2009, upon agreement of the Internal Revenue Service and the Debtors, it is ORDERED that the Internal Revenue Service shall have until September 30, 2009 to file a proof of claim in this proceeding, and shall not be granted any further enlargements of this time. This order is without prejudice to any rights of the Internal Revenue Service to amend claims after the bar date, nor to the rights of any parties in interest to object to such amendment.

_____
UNITED STATES BANKRUPTCY JUDGE

*Seen and Agreed*

| | |
|---|---|
| _____ | _____ |
| YONATAN GELBLUM | KENNETH P. KANSA |
| U.S. Department of Justice - Tax Division | Sidley Austin LLP |
| P.O. Box 227 | One South Dearborn Street |
| Washington, DC 20044 | Chicago, Illinois 60603 |
| Telephone: (202) 305-3136 | Telephone: (312) 853-7163 |
| Facsimile: (202) 514-6866 | Facsimile: (312) 853-7036 |
| E-mail: Yonatan.Gelblum@usdoj.gov | Email: kkansa@sidley.com |
| *Counsel for the Internal Revenue Service* | *Counsel for the Debtors* |

445150.1



EXHIBIT A