**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 14, 2009 at 4:00 pm (EST)**<br>**Hearing Date:  Only if objection filed** |

## NOTICE OF APPLICATION

TO:    THE NOTICE PARTIES.

The Fourth Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009, through July 31, 2009 ("Application") has been filed with the Bankruptcy Court.  The Application seeks allowance of interim fees in the amount of $96,100.00 and interim expenses in the amount of $176.60.

Objections to the Application, if any, are required to be filed on or before September 14, 2009, at 4:00 p.m. (EST) ("Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801.

At the same time, you must also serve a copy of the response so as to be received by the following on or before the Objection Deadline: (i) co-counsel to the Debtors: Sidley Austin LLP, One South Dearborn, Chicago, IL 60603, Attn:  Kenneth P. Kansa, Esq. and Jillian K. McClelland Esq.; and Cole, Schotz, Meisel, Forman & Leonard, P.A., 1000 N. West St., Suite 1200, Wilmington, DE 19801, Attn:  J. Kate Stickles, Esq. and Norman J. Pernick, Esq.; (ii) counsel to the Barclays Bank PLC, in its capacity as Lender, Funding Agent, and Administrative Agent:  Edwards Angell Palmer & Dodge, 919 North Market Street, Suite 1500, Wilmington, DE 19801, Attn:  Stuart M. Brown, Esq. and William E. Chapman, Jr., Esq. and Mayer Brown LLP, 1675 Broadway, New York, NY 10019-5820, Attn:  Brian Trust, Esq. and Amit K. Trehan, Esq.; (iii) counsel to the Administrative Agent for the Prepetition Lenders: Davis, Polk & Wardell, LLP, 450 Lexington Avenue, New York, NY 10017, Attn:  Donald S. Bernstein, Esq. and James A. Florack, Esq. and Richards, Layton & Finger, P.A., 920 N. King Street, P.O. Box 551 Wilmington, DE 19899-0511, Attn:  Mark D. Collins, Esq. and Katisha D. Fortune, Esq.; (iv) counsel to the Committee: Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19801, Attn: Adam G. Landis, Esq. and Matthew B. McGuire, Esq. and Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, NY 10112, Attn:  Howard Seife, Esq. and David M. LeMay, Esq.; and, (v) the Office of the United Sates Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn:  Joseph J. McMahon, Jr., Esq.

PLEASE TAKE FURTHER NOTICE THAT PURSUANT TO THE ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSMENT OF EXPENSES OF PROFESSIONALS AND COMMITTEE MEMBERS PURSUANT TO 11 U.S.C. §§ 105(a) AND 331 [DOCKET NO. 225], IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THE DEBTORS WILL BE AUTHORIZED

TO PAY 80% OF REQUESTED INTERIM FEES AND 100% OF REQUESTED INTERIM EXPENSES WITHOUT FURTHER ORDER OF THE COURT.   ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE ABOVE PROCEDURES, WILL A HEARING BE HELD ON THE APPLICATION.   ONLY THOSE PARTIES TIMELY FILING AND SERVING OBJECTIONS WILL RECEIVE NOTICE AND BE HEARD AT SUCH HEARING.

DATED:   August 26, 2009
        Saint Louis, Missouri

                  **STUART MAUE**

By: _____
            Linda K. Cooper
            3840 McKelvey Road
            St. Louis, Missouri  63044
            Telephone:  (314) 291-3030
            Facsimile:  (314) 291-6546

            **Fee Examiner**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline: September 14, 2009 at 4:00 pm (EST)** |
| | **Hearing Date: Only if objection filed** |

**FOURTH MONTHLY APPLICATION OF STUART MAUE**
**AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| | |
|---|---|
| Name of Applicant: | Stuart Maue |
| Authorized to provide professional services to: | Fee Examiner to the Court |
| Date of retention: | March 19, 2009 *(nunc pro tunc* to February 20, 2009) |
| Period for which compensation and reimbursement is sought: | July 1, 2009 through July 31, 2009 |
| Amount of compensation sought as actual, reasonable, and necessary: | $   96,100.00 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $      176.60 |

This is a monthly application.

This monthly application includes 14.90 hours incurred in connection with the preparation of fee applications.

Prior applications:  This is the Fourth Monthly Application filed.  The following is disclosed regarding the prior applications:

| Date Filed | Compensation Period | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 07/14/2009 | 03/01/2009 - 04/30/2009 | $62,237.50 | $0.00 | $49,790.00 | Not Applicable |
| 07/14/2009 | 05/01/2009 - 05/31/2009 | $69,957.50 | $0.00 | $55,966.00 | Not Applicable |
| 07/27/2009 | 06/01/2009 - 06/30/2009 | $118,202.50 | $13.20 | $94,562.00 | $13.60 |

## COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Linda K. Cooper | Senior Legal Auditor | $325.00 | 63.00 | $20,475.00 |
| Janet E. Papageorge | Senior Legal Auditor | $275.00 | 146.30 | 40,232.50 |
| Pamela S. Snyder | Senior Legal Auditor | $275.00 | 56.80 | 15,620.00 |
| Laura A. Storck-Elam | Senior Legal Auditor | $275.00 | 45.00 | 12,375.00 |
| Kathy C. Tahan | Senior Legal Auditor | $275.00 | 26.90 | 7,397.50 |
| | | Grand Total: | 338.00 | $96,100.00 |
| | | Blended Rate: | | $284.32 |

## COMPENSATION BY PROJECT CATEGORY

| Description | Total Hours | Total Fees |
|---|---|---|
| Legal Auditing | 338.00 | $96,100.00 |

## INTERIM EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Photocopies (1338 copies @ $0.10 per page) | $133.80 |
| Pacer Charges | 42.80 |
| Total: | $176.60 |

-2-

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | **Objection Deadline:  September 14, 2009 at 4:00 pm (EST)**<br>**Hearing Date:  Only if objection filed** |

## FOURTH MONTHLY APPLICATION OF STUART MAUE
## AS FEE EXAMINER FOR ALLOWANCE OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## JULY 1, 2009 THROUGH JULY 31, 2009

Pursuant to Sections 330 and 331 of the United States Bankruptcy Code ("Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy procedure, Stuart Maue submits its fourth monthly application to this Court ("Application") for reasonable compensation for services rendered as fee examiner in the amount of $96,100.00, together with reimbursement for actual and necessary expenses incurred in the amount of $176.60, for the monthly period commencing July 1, 2009, through and including July 31, 2009 ("Compensation Period").   In support of its Application, Stuart Maue respectfully states the following:

1.      On December 8, 2008, the Debtors filed voluntary petitions for reorganization under Chapter 11 of Title 11 of the United States Code and this Court has entered an Order directing the joint administration of these Chapter 11 cases.

2.      On March 19, 2009, the Court entered an order appointing Stuart Maue as fee examiner *nunc pro tunc* to February 20, 2009 ("Order Appointing Fee Examiner") to examine the professional fees and expenses incurred in these cases and to make recommendations to the Court at interim and final fee application hearings.

3.     The Order Appointing Fee Examiner provides that Stuart Maue shall be compensated on an hourly basis and be reimbursed for actual and necessary expenses incurred on a direct-cost basis.

4.     Stuart Maue has not shared or agreed to share any compensation paid in this case with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

## SUMMARY OF SERVICES RENDERED

5.     During the Compensation Period, Stuart Maue reconciled the hours and fees of each interim fee application filed by the various case professionals and reviewed and analyzed the professional fee activities and expenses.  The review and analysis, which is continuing, included an evaluation of the fees and expenses for compliance with 11 U.S.C. § 330, Rule 2016–2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2009 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedence established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

6.     Stuart Maue is preparing and providing preliminary reports of its audit findings to each case professional and oral and written responses are being received from the case professionals for each of those reports.  After consideration of the responses, Stuart Maue is preparing final reports of its audit findings for filing with the Court, which include recommendations regarding the fees and expenses requested in the interim fee applications of each case professional.

7.     Stuart Maue requests interim allowance of compensation for the Compensation Period in the amount of $96,100.00 in connection with services rendered as fee examiner.  The total hours expended by Stuart Maue are 338.00 and attached as Exhibit A is a detailed statement of fees by timekeeper.  This exhibit includes a summary schedule that identifies each Stuart Maue employee that rendered services in this matter, their respective hourly rates, and the total hours billed by each employee.

**DISBURSEMENTS**

8.      During this Compensation Period, Stuart Maue incurred expenses for photocopies in the amount of $133.80 (1,338 copies at $0.10 per page) and Pacer charges in the amount of $42.80 for a total expense request of $176.60.  Attached as Exhibit B is a statement of the expenses for which reimbursement is requested.

**VALUATION OF SERVICES**

9.      Stuart Maue submits that the time entries included in the attached Exhibit A are in compliance with the requirements of Local Rule 2016-2.

10.     In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Stuart Maue is fair and reasonable given (a) the complexity of the case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.

**WHEREFORE**, Stuart Maue respectfully requests an award of compensation for professional services rendered as fee examiner during the Compensation Period in the amount of $96,100.00, together with reimbursement of expenses in the amount of $176.60, and for such other and further relief as this Court may deem just and proper.

DATED:   August 26, 2009
         Saint Louis, Missouri

**STUART MAUE**

By:   _____
      Linda K. Cooper
      3840 McKelvey Road
      St. Louis, Missouri  63044
      Telephone:  (314) 291-3030
      Facsimile:   (314) 291-6546

      **Fee Examiner**

## VERIFICATION

STATE OF MISSOURI     )
                              )     SS:
ST. LOUIS COUNTY     )

     Linda K. Cooper, after being duly sworn according to law, deposes and says:

     1.     I am a licensed attorney and a Senior Legal Auditor at Stuart Maue.

     2.     I have personally performed many of the auditing services rendered by Stuart Maue, as fee examiner, and am familiar with all the work performed by the professionals and paraprofessionals in the firm.

     3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

                                     _____
                                     Linda K. Cooper

SWORN TO AND SUBSCRIBED before me this 26th day of August, 2009.

_____
Kelly Renee Cannon
Notary Public

KELLY RENEE CANNON
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: August 12, 2010
Commission Number: 08617928

My Commission Expires:    August 12, 2012

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the Third Monthly Application of Stuart Maue as Fee Examiner for Allowance of Compensation and Reimbursement of Expenses for the Period July 1, 2009, through July 31, 2009, has been served via First Class Mail to the following Notice Parties on the 26th day of August, 2009.

Joseph J. McMahon, Jr., Esq.
Office of the United Status Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(US Trustee)

Howard Seife, Esq.
David M. LeMay, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(Counsel to Creditors' Committee)

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
(Counsel to Creditors' Committee)

Brian Trust, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
(Counsel to Barclays Bank PLC)

Stuart M. Brown, Esq.
William E. Chipman Jr., Esq.
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801
(Counsel to Barclays Bank PLC)

Norman J. Pernick, Esq.
J. Kate Stickles, Esq.
Cole, Schotz, Meisel, Forman & Leonard, P.A.
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(Co-Counsel to Debtors)

Mark D. Collins, Esq.
Katisha D. Fortune, Esq.
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Donald S. Bernstein, Esq.
James A. Florack, Esq.
Damian S. Schaible, Esq.
Davis, Polk, & Wardwell, LLP
450 Lexington Avenue
New York, NY 10017
(Counsel to Administrative Agent for
Prepetition Lenders, JP Morgan
Chase Bank, N.A.)

Kenneth P. Kansa, Esq.
Jillian K. McClelland, Esq.
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
(Counsel to Debtors)

**STUART MAUE**

By: _____

Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
Telephone:  (314) 291-3030
Facsimile:   (314) 291-6546

**Fee Examiner**

# EXHIBIT A



Chandler Bigelow
Chief Financial Officer

Tribune Company
435 N. Michigan Avenue
Chicago, IL. 60611

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024408
Matter Number: 1024408
Firm: AlixPartners, LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/28/2009 | JEP | 7.20 | Drafted fee examiner's final report regarding firm's first interim fee application. | 1,980.00 |
| | | **7.20** | | **$1,980.00** |



Tribune Company

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024408
Matter Number: 1024408
Firm: AlixPartners, LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 × | 7.20 = | $1,980.00 |
| **Total for Legal Auditors:** | | | 7.20 | $1,980.00 |
| **Total Hours Worked:** | | | 7.20 | |
| **Total Hours Billed:** | | | 7.20 | $1,980.00 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/27/2009 | JEP | 6.80 | Drafted fee examiner's final report regarding firm's first interim fee application. | 1,870.00 |
| | | **6.80** | | **$1,870.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024495
Matter Number: 1024495
Firm: Alvarez & Marsal, LLC

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Janet E. Papageorge | JEP | 275.00 x | 6.80 = | $1,870.00 |
|---------------------|-----|----------|--------|-----------|
| **Total for Legal Auditors:** | | | 6.80 | **$1,870.00** |
| **Total Hours Worked:** | | | 6.80 | |
| **Total Hours Billed:** | | | 6.80 | **$1,870.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/01/2009 | LKC | 0.10 | Review and respond to e-mail from D. Deutsch at Chadbourne regarding firm response to report. | 32.50 |
| 07/02/2009 | LKC | 0.30 | Review e-mail from H. Lamb and attached electronic data for Chadbourne May 2009 statement. | 97.50 |
| 07/07/2009 | LKC | 0.10 | Telephone conference with D. Deutsch regarding response to report for creditors' committee. | 32.50 |
| 07/13/2009 | KCT | 4.00 | Draft final report to firm's first interim application. | 1,100.00 |
| | | 0.50 | Review and analyze firm's response to Fee Auditor's preliminary report. | 137.50 |
| | | 1.20 | Review, revise, and finalize report to first interim fee application. | 330.00 |
| | | **6.20** | | **$1,730.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024409
Matter Number: 1024409
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2009** | | | | | | |
| | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | × | 0.50 | = | $162.50 |
| Kathy C. Tahan | KCT | 275.00 | × | 5.70 | = | $1,567.50 |
| **Total for Legal Auditors:** | | | | **6.20** | | **$1,730.00** |
| | | | | | | |
| **Total Hours Worked:** | | | | **6.20** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **6.20** | | **$1,730.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/02/2009 | PSS | 3.90 | Continue to reconcile fees in database to hard copy of interim fee application. | 1,072.50 |
| 07/06/2009 | PSS | 3.10 | Continue to reconcile fees in database to hard copy of interim fee application. | 852.50 |
| 07/07/2009 | PSS | 1.50 | Review expenses requested in monthly applications and draft expense section of report. | 412.50 |
| 07/13/2009 | LAS | 0.90 | Analysis of firm conferencing activities. | 247.50 |
| 07/15/2009 | LAS | 0.40 | Reviewed and classified entries as travel and nonworking travel. | 110.00 |
| | | 1.40 | Review and classified legal research entries. | 385.00 |
| | | 1.50 | Finished analyzing conferences invoiced by the firm. | 412.50 |
| | | 0.20 | Reviewed and classified potential double billing. | 55.00 |
| | | 0.80 | Reviewed and classified entries related to fee applications and retention. | 220.00 |
| 07/16/2009 | LAS | 2.20 | Analysis of conference time entries to identify intraoffice conferences. | 605.00 |
| | | 2.10 | Review and verify firm time entries for conferences that are not intraoffice discussions. | 577.50 |
| 07/17/2009 | LAS | 3.70 | Analysis of nonfirm conferences to identify attendance by multiple firm personnel. | 1,017.50 |
| 07/20/2009 | LAS | 2.30 | Finished reviewing and categorizing multiple attendance at conferences with nonfirm personnel. | 632.50 |
| | | 3.00 | Reviewed entries classified as intraoffice conferences and identified multiple attendance at intraoffice conferences. | 825.00 |
| 07/21/2009 | LAS | 1.80 | Completed analysis of multiple attendance at intraoffice conferences. | 495.00 |
| | | 2.10 | Analyze and identify time entries that are administrative or clerical. | 577.50 |
| | | 0.30 | Classified additional entries as conferences, intraoffice conferences, conferences with nonfirm personnel, and multiple attendance for entries using the verb "engage." | 82.50 |
| | | 1.30 | Reviewed entries and started classifying block billed entries. | 357.50 |
| | | 0.20 | Reviewed and classified timekeepers as transient. | 55.00 |
| 07/21/2009 | PSS | 0.40 | Reconcile fees in database to hard copy of interim fee application - previously reconciled to monthly applications. | 110.00 |
| 07/22/2009 | LAS | 1.60 | Identify and classify time entries related to the firm's retention or the retention of other case professionals. | 440.00 |
| | | 1.20 | Reviewed entries classified as multiple attendance at nonfirm conferences and began identification of entries that should be questioned. | 330.00 |
| | | 2.20 | Reviewed and finished classifying blocked entries. | 605.00 |
| 07/23/2009 | LAS | 2.60 | Finished reviewing multiple attendance for nonfirm conferences and identifying entries to question. | 715.00 |
| | | 0.30 | Reviewed entries classified as conferences to identify vague conferences. | 82.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/24/2009 | LAS | 1.70 | Continued reviewing conferences to identify vague task descriptions. | 467.50 |
| | | 2.30 | Began reviewing entries not classified as conferences to identify vague task descriptions. | 632.50 |
| 07/24/2009 | PSS | 0.30 | Revise fee entries to proportionalize per LSE's instructions. | 82.50 |
| 07/27/2009 | LAS | 3.50 | Continued to review all entries other than conferences to identify vague task descriptions. | 962.50 |
| 07/28/2009 | LAS | 0.20 | Reviewed entries and classified all entries related to intralinks. | 55.00 |
| | | 0.50 | Review the time allocated to entries block-billed by the firm. | 137.50 |
| 07/31/2009 | LAS | 2.20 | Finalize analysis and verification of time entries questioned due to multiple attendances. | 605.00 |
| | | 0.90 | Reviewed entries for long meetings to see if they likely include travel or another activity. | 247.50 |
| | | **52.60** | | **$14,465.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025035
Matter Number: 1025035
Firm: Chadbourne & Parke LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| For Professional Services through 07/31/2009 | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 x | 9.20 = | $2,530.00 |
| Laura A. Storck-Elam | LAS | 275.00 x | 43.40 = | $11,935.00 |
| **Total for Legal Auditors:** | | | **52.60** | **$14,465.00** |
| **Total Hours Worked:** | | | **52.60** | |
| **Total Hours Billed:** | | | **52.60** | **$14,465.00** |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024397**
**Matter Number: 1024397**
**Firm: Cole, Schotz, Meisel, Forman &**
**Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/01/2009 | LAS | 0.20 | Made revisions to multiple attendance categorization and intraoffice conferences. | 55.00 |
| | | 0.50 | Verification of exhibits of multiple attendance for nonfirm conferences, intraoffice conferences, and multiple attendance at intraoffice conferences. | 137.50 |
| 07/02/2009 | PSS | 0.40 | Revise preliminary report to include amounts agreeing with the accompanying exhibits. | 110.00 |
| | | 0.10 | Final review of preliminary report. | 27.50 |
| | | 1.20 | Prepare exhibits to accompany preliminary report. | 330.00 |
| | | **2.40** | | **$660.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024397
Matter Number: 1024397
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Pamela S. Snyder | PSS | 275.00 × | 1.70 = | $467.50 |
| Laura A. Storck-Elam | LAS | 275.00 × | 0.70 = | $192.50 |
| Total for Legal Auditors: | | | 2.40 | $660.00 |
| Total Hours Worked: | | | 2.40 | |
| Total Hours Billed: | | | 2.40 | $660.00 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1025135**
**Matter Number: 1025135**
**Firm: Cole, Schotz, Meisel, Forman & Leonard, P.A.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/21/2009 | PSS | 1.80 | Reconcile fees in database to hard copy of interim fee application. | 495.00 |
| | | 1.90 | Review expenses requested in interim application and draft expense section of report. | 522.50 |
| 07/30/2009 | KCT | 0.60 | Review and analyze fee entries related to intraoffice conferences. | 165.00 |
| | | 1.40 | Review and analyze fee entries related to conferences. | 385.00 |
| | | 1.40 | Review and analyze fee entries related to nonfirm conferences. | 385.00 |
| | | **7.10** | | **$1,952.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025135
Matter Number: 1025135
Firm: Cole, Schotz, Meisel, Forman &
Leonard, P.A.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 3.70 | = | $1,017.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 3.40 | = | $935.00 |
| **Total for Legal Auditors:** | | | | **7.10** | | **$1,952.50** |
| **Total Hours Worked:** | | | | **7.10** | | |
| **Total Hours Billed:** | | | | **7.10** | | **$1,952.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024401
Matter Number: 1024401
Firm: Daniel J. Edelman, Inc.

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/23/2009 | PSS | 0.50 | Review interim fee application. | 137.50 |
| 07/28/2009 | PSS | 0.90 | Revise database to include additional entries - received interim application. | 247.50 |
| | | **1.40** | | **$385.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024401
Matter Number: 1024401
Firm: Daniel J. Edelman, Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**<u>Legal Auditors</u>**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.40 | = | $385.00 |
| **Total for Legal Auditors:** | | | | **1.40** | | **$385.00** |
| **Total Hours Worked:** | | | | **1.40** | | |
| **Total Hours Billed:** | | | | **1.40** | | **$385.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024405
Matter Number: 1024405
Firm: Jenner & Block LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/21/2009 | LKC | 0.40 | Preparation of Summary of Findings for final report for Jenner first interim application. | 130.00 |
| 07/22/2009 | LKC | 1.10 | Review firm's response to report for first interim application. | 357.50 |
| 07/23/2009 | JEP | 0.80 | Reviewed and made further revisions to draft of fee auditor's final report regarding firm's first monthly fee application. | 220.00 |
| | | 1.70 | Reviewed and made revisions to draft of fee auditor's final report regarding firm's first monthly fee application. | 467.50 |
| 07/23/2009 | LKC | 0.50 | Review and reconcile amounts shown on Jenner final report with PSS. | 162.50 |
| | | 2.10 | Review and revise Jenner Block final report for first interim application. | 682.50 |
| 07/23/2009 | PSS | 1.30 | Revise draft of final report and prepare final exhibits. | 357.50 |
| 07/24/2009 | LKC | 0.20 | Draft e-mail to D. Hixon at Jenner Block regarding final report for first interim period. | 65.00 |
| 07/27/2009 | LKC | 0.10 | Draft e-mail to Landon at Jenner Block regarding expense detail for monthly application. | 32.50 |
| 07/28/2009 | LKC | 0.30 | Review expense data submitted by Jenner Block for March statement. | 97.50 |
| 07/29/2009 | LKC | 0.30 | Review and revise final report for Jenner Block first interim application. | 97.50 |
| | | **8.80** | | **$2,670.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024405
Matter Number: 1024405
Firm: Jenner & Block LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 5.00 | = | $1,625.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 2.50 | = | $687.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| Total for Legal Auditors: | | | | 8.80 | | $2,670.00 |
| Total Hours Worked: | | | | 8.80 | | |
| Total Hours Billed: | | | | 8.80 | | $2,670.00 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1025415**
**Matter Number: 1025415**
**Firm: Jenner & Block LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/29/2009 | PSS | 2.80 | Reconcile fees in database to hard copy of interim fee application. | 770.00 |
| | | **2.80** | | **$770.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025415
Matter Number: 1025415
Firm: Jenner & Block LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| | | | | |
|---|---|---|---|---|
| Pamela S. Snyder | PSS | 275.00 x | 2.80 = | $770.00 |
| | **Total for Legal Auditors:** | | 2.80 | $770.00 |
| | **Total Hours Worked:** | | 2.80 | |
| | **Total Hours Billed:** | | 2.80 | $770.00 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024399**
**Matter Number: 1024399**
**Firm: Jones Day**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/05/2009 | LKC | 0.60 | Review and analyze classification of fee entries for Jones first application. | 195.00 |
| 07/06/2009 | JEP | 0.70 | Reviewed and made revisions to draft of fee auditor's preliminary report regarding firm's first interim fee application. | 192.50 |
| 07/06/2009 | LKC | 0.60 | Review and revise preliminary report for Jones Day first interim fee application. | 195.00 |
| | | 0.90 | Review and analyze classification of fees and expenses in Jones Day first interim fee application. | 292.50 |
| 07/06/2009 | PSS | 0.60 | Prepare exhibits to accompany preliminary report. | 165.00 |
| | | 0.30 | Revise preliminary report to include amounts agreeing with the accompanying exhibits. | 82.50 |
| 07/07/2009 | LKC | 0.60 | Review initial report for Jones Day first application for verification of amounts and exhibits with PSS. | 195.00 |
| 07/07/2009 | PSS | 0.60 | Review preliminary report and exhibits with LKC. | 165.00 |
| 07/16/2009 | PSS | 0.20 | Review interim applications and compare to previous fee applications filed. | 55.00 |
| | | **5.10** | | **$1,537.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024399
Matter Number: 1024399
Firm: Jones Day

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|--|-------|--|--------|
| Linda K. Cooper | LKC | 325.00 | x | 2.70 | = | $877.50 |
| Janet E. Papageorge | JEP | 275.00 | x | 0.70 | = | $192.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.70 | = | $467.50 |
| | **Total for Legal Auditors:** | | | **5.10** | | **$1,537.50** |
| | **Total Hours Worked:** | | | **5.10** | | |
| | **Total Hours Billed:** | | | **5.10** | | **$1,537.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025295
Matter Number: 1025295
Firm: Jones Day

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/15/2009 | KCT | 0.50 | Review firm's fee application and prepare categories for review. | 137.50 |
| | | 0.20 | Review and analyze fee entries redacted by the firm. | 55.00 |
| | | 0.30 | Review and analyze fee entries related to potential intraoffice conferences. | 82.50 |
| | | 0.40 | Review and analyze fee entries related to nonfirm conferences. | 110.00 |
| | | 0.10 | Continue to review and analyze fee entries related to potential intraoffice conferences. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to nonfirm multiple attendance. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to transient timekeepers. | 55.00 |
| | | 0.50 | Review and analyze fee entries related to potential double billing and all uncategorized fee entries. | 137.50 |
| | | 0.20 | Review and analyze fee entries related to questioned multiple attendance. | 55.00 |
| | | 0.90 | Draft preliminary report to firm's second interim fee application. | 247.50 |
| | | 1.20 | Review, revise and finalize report to firm's second interim fee application. | 330.00 |
| 07/15/2009 | PSS | 1.30 | Reconcile fees in database to hard copy of interim fee application. | 357.50 |
| | | **5.90** | | **$1,622.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: **R642 - 1025295**
Matter Number: **1025295**
Firm: **Jones Day**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 4.60 | = | $1,265.00 |
| **Total for Legal Auditors:** | | | | **5.90** | | **$1,622.50** |
| | | | | | | |
| **Total Hours Worked:** | | | | **5.90** | | |
| | | | | | | |
| **Total Hours Billed:** | | | | **5.90** | | **$1,622.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024896
Matter Number: 1024896
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/01/2009 | JEP | 0.40 | Continued the review of billing entries and the further identification and classification of tasks descriptions referencing conferences. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing conferences with nonfirm members. | 82.50 |
| | | 1.90 | Began drafting first draft of fee auditor's preliminary report regarding firm's second interim fee application. | 522.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing intraoffice conferences. | 110.00 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing multiple attendance at nonfirm conferences. | 220.00 |
| | | 1.10 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing multiple attendance at intraoffice conferences. | 302.50 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing questioned multiple attendance at nonfirm conferences. | 55.00 |
| | | 0.60 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing clerical activities. | 165.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of tasks descriptions referencing legal research activities. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions billed in quarter-hour, half-hour, and full-hour increments. | 82.50 |
| | | 0.10 | Continued the review of billing entries and the identification and classification of long billing days. | 27.50 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of double billed entries. | 55.00 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of transient billers. | 55.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the retention and compensation of Landis Rath. | 110.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the retention and compensation of other case professionals. | 110.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing vaguely described conferences. | 82.50 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptions referencing other vaguely described activities. | 110.00 |
| | | 0.50 | Continued the review of billing entries and the identification and classification of block billed task descriptions. | 137.50 |
| | | 0.70 | Drafted list of categories reviewed. | 192.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024896
Matter Number: 1024896
Firm: Landis Rath & Cobb LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/02/2009 | JEP | 1.80 | Continued drafting fee auditor's preliminary report regarding firm's second interim fee application and list of attached exhibits. | 495.00 |
| 07/21/2009 | PSS | 0.30 | Reconcile fees in database to hard copy of interim fee application. | 82.50 |
| | | **11.70** | | **$3,217.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024896
Matter Number: 1024896
Firm: Landis Rath & Cobb LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Janet E. Papageorge | JEP | 275.00 x | 11.40 = | $3,135.00 |
| Pamela S. Snyder | PSS | 275.00 x | 0.30 = | $82.50 |
| | | **Total for Legal Auditors:** | **11.70** | **$3,217.50** |
| | | **Total Hours Worked:** | **11.70** | |
| | | **Total Hours Billed:** | **11.70** | **$3,217.50** |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1025377**
**Matter Number: 1025377**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/17/2009 | KCT | 0.20 | Review and analyze fee entries related to conferences. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to intraoffice conferences. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to nonfirm conferences. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to transient billers, potential double billing and days in excess of 16.00 hours. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to blocked billing. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to potential orientation. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to nonfirm conferences. | 27.50 |
| | | 0.20 | Review and analyze fee entries related to other vague activities. | 55.00 |
| | | 0.40 | Review and analyze pleadings and documents including retention order and categories for review in order to prepare audit. | 110.00 |
| | | 0.10 | Review and analyze fee entries related to multiple attendance. | 27.50 |
| | | 0.10 | Review and analyze fee entries related to questioned multiple attendance. | 27.50 |
| | | 0.20 | Review and analyze blocked fee entries. | 55.00 |
| | | 0.10 | Review and analyze fee entries related to vague conferences. | 27.50 |
| 07/17/2009 | PSS | 0.80 | Review expenses requested in monthly applications and draft expense section of report. | 220.00 |
| | | 0.50 | Reconcile fees in database to hard copy of interim fee application. | 137.50 |
| 07/20/2009 | KCT | 0.90 | Review and analyze all uncategorized fee entries. | 247.50 |
| | | 0.50 | Review blocked entries and verify classification of same. | 137.50 |
| | | 1.80 | Draft preliminary report to first interim fee application. | 495.00 |
| | | 1.00 | Review, revise and finalize preliminary report to first interim fee application. | 275.00 |
| | | **7.50** | | **$2,062.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025377
Matter Number: 1025377
Firm: Mercer (US) Inc.

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| For Professional Services through 07/31/2009 | | | | | | |
| **Legal Auditors** | | | | | | |
| Pamela S. Snyder | PSS | 275.00 | x | 1.30 | = | $357.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 6.20 | = | $1,705.00 |
| | | **Total for Legal Auditors:** | | 7.50 | | $2,062.50 |
| | | **Total Hours Worked:** | | 7.50 | | |
| | | **Total Hours Billed:** | | 7.50 | | $2,062.50 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1025378**
**Matter Number: 1025378**
**Firm: Mercer (US) Inc.**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/22/2009 | PSS | 1.90 | Review expenses requested in monthly applications and draft expense section of report. | 522.50 |
| | | 1.10 | Reconcile fees in database to hard copy of interim fee application. | 302.50 |
| | | **3.00** | | **$825.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025378
Matter Number: 1025378
Firm: Mercer (US) Inc.

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 3.00 | = | $825.00 |
| **Total for Legal Auditors:** | | | | **3.00** | | **$825.00** |
| **Total Hours Worked:** | | | | **3.00** | | |
| **Total Hours Billed:** | | | | **3.00** | | **$825.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024410
Matter Number: 1024410
Firm: Official Committee of Unsecured
Creditors

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/17/2009 | KCT | 0.30 | Review, revise and finalize fee auditor's final report for first and second monthly applications. | 82.50 |
| | | 0.60 | Draft fee auditor's final report for first and second monthly applications. | 165.00 |
| | | **0.90** | | **$247.50** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024410
Matter Number: 1024410
Firm: Official Committee of Unsecured
Creditors

| Name | Initials | Rate | Hours | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Kathy C. Tahan | KCT | 275.00 ✗ | 0.90 ＝ | $247.50 |
| Total for Legal Auditors: | | | 0.90 | $247.50 |
| Total Hours Worked: | | | 0.90 | |
| Total Hours Billed: | | | 0.90 | $247.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/27/2009 | KCT | 0.30 | Review and analyze firm's response to preliminary report regarding first interim fee application. | 82.50 |
| | | 2.00 | Review, revise and finalize final report. | 550.00 |
| | | 1.40 | Draft final report to first interim fee application. | 385.00 |
| 07/29/2009 | LKC | 0.60 | Review, analyze, and revise the classification of the fee entries identified as administrative and clerical in the Paul Hastings' preliminary report. | 195.00 |
| | | 0.40 | Review and analyze Paul Hastings response to report for first interim application. | 130.00 |
| | | 2.20 | Review and revise preliminary draft of final report for Paul Hasting first interim application. | 715.00 |
| 07/29/2009 | PSS | 0.70 | Review and revise draft final report and exhibits. | 192.50 |
| | | **7.60** | | **$2,250.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024403
Matter Number: 1024403
Firm: Paul, Hastings, Janofsky & Walker
LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 3.20 | = | $1,040.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 0.70 | = | $192.50 |
| Kathy C. Tahan | KCT | 275.00 | x | 3.70 | = | $1,017.50 |
| | **Total for Legal Auditors:** | | | **7.60** | | **$2,250.00** |
| | **Total Hours Worked:** | | | **7.60** | | |
| | **Total Hours Billed:** | | | **7.60** | | **$2,250.00** |



**Tribune Company**

**Invoice Date:** 08/20/2009
**Invoice Number:** R642 - 1024404
**Matter Number:** 1024404
**Firm:** PricewaterhouseCoopers LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/09/2009 | LKC | 0.30 | Review e-mail and attached monthly statement from A. Clark Smith at PwC. | 97.50 |
| 07/25/2009 | LKC | 0.50 | Review and revise preliminary draft of report for first and second monthly applications. | 162.50 |
| 07/26/2009 | LKC | 0.40 | Review and analyze classification of fee entries invoiced by each PWC timekeeper. | 130.00 |
| | | 2.60 | Review and revise preliminary draft of report for PwC first interim application. | 845.00 |
| | | 0.50 | Review and analyze classification of fee entries related to administrative and clerical activites. | 162.50 |
| | | 0.50 | Review and analyze classification of fee entries related to conferences and multiple attendance. | 162.50 |
| | | 0.30 | Review PwC first interim fee applicaton. | 97.50 |
| | | 1.10 | Review retention application, order and first and second monthly statements. | 357.50 |
| 07/27/2009 | PSS | 1.70 | Prepare exhibits to accompany preliminary report. | 467.50 |
| 07/28/2009 | LAS | 0.90 | Reviewed and made revisions to preliminary report that was prepared for the firm. | 247.50 |
| 07/28/2009 | LKC | 0.40 | Review and analzye amounts in report and response for PwC preliminary report with PSS. | 130.00 |
| | | 0.60 | Revise preliminary report regarding flat fee and hourly rate services. | 195.00 |
| | | 0.90 | Review first and second monthly applications and interim application regarding flat fee and hourly rate services. | 292.50 |
| 07/28/2009 | PSS | 0.40 | Review preliminary report and exhibits with LKC. | 110.00 |
| 07/29/2009 | LKC | 0.70 | Review and revise final draft of preliminary report for PwC first interim application. | 227.50 |
| 07/29/2009 | PSS | 0.40 | Final review of preliminary report. | 110.00 |
| | | **12.20** | | **$3,795.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024404
Matter Number: 1024404
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 8.80 | = | $2,860.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 2.50 | = | $687.50 |
| Laura A. Storck-Elam | LAS | 275.00 | x | 0.90 | = | $247.50 |
| | **Total for Legal Auditors:** | | | **12.20** | | **$3,795.00** |
| | **Total Hours Worked:** | | | **12.20** | | |
| | **Total Hours Billed:** | | | **12.20** | | **$3,795.00** |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1025235**
**Matter Number: 1025235**
**Firm: PricewaterhouseCoopers LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/23/2009 | PSS | 2.20 | Reconcile fees in database to fees requested in monthly fee applications. | 605.00 |
| 07/27/2009 | PSS | 0.20 | Continue to reconcile fees in database to fees requested in monthly fee applications. | 55.00 |
| 07/28/2009 | PSS | 2.40 | Review expenses requested in interim application and draft expense section of report. | 660.00 |
| | | **4.80** | | **$1,320.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1025235
Matter Number: 1025235
Firm: PricewaterhouseCoopers LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|

**For Professional Services through 07/31/2009**

<u>Legal Auditors</u>

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Pamela S. Snyder | PSS | 275.00 | x | 4.80 | = | $1,320.00 |
| **Total for Legal Auditors:** | | | | **4.80** | | **$1,320.00** |
| **Total Hours Worked:** | | | | **4.80** | | |
| **Total Hours Billed:** | | | | **4.80** | | **$1,320.00** |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024402**
**Matter Number: 1024402**
**Firm: Reed Smith LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/24/2009 | LKC | 0.30 | Review e-mail from L. Lankford at Reed Smith regarding May statement and attached statements. | 97.50 |
| 07/27/2009 | KCT | 0.90 | Review and revise final report to firm's first interim fee application. | 247.50 |
| | | 0.30 | Review and analyze firm's response to preliminary report to firm's first interim application. | 82.50 |
| | | 1.20 | Draft final report to first interim fee application. | 330.00 |
| 07/27/2009 | LKC | 0.50 | Review response from Reed Smith regarding first interim application. | 162.50 |
| | | 1.10 | Review and revise classification of administrative and clerical activities based on response from Reed Smith to report for first application. | 357.50 |
| | | 0.70 | Review and revise final report for Reed Smith first interim application. | 227.50 |
| 07/27/2009 | PSS | 0.60 | Review and revise draft final report and exhibits. | 165.00 |
| 07/28/2009 | PSS | 0.30 | Continue to review and revise draft final report and exhibits. | 82.50 |
| 07/29/2009 | LKC | 0.40 | Review and verify amounts in final report and exhibits for Reed Smith first interim application with PSS. | 130.00 |
| | | 1.60 | Review and revise preliminary draft of Reed Smith final report. | 520.00 |
| | | 0.60 | Review and finalize Reed Smith final report for first interim applicaiton for filing with Court. | 195.00 |
| | | 0.40 | Review and revise classification of administrative and clerical activities in Reed Smith application. | 130.00 |
| 07/29/2009 | PSS | 0.40 | Review final report and exhibits with LKC. | 110.00 |
| | | 0.30 | Final review of final report. | 82.50 |
| | | **9.60** | | **$2,920.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024402
Matter Number: 1024402
Firm: Reed Smith LLP

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| **For Professional Services through 07/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Linda K. Cooper | LKC | 325.00 | x | 5.60 | = | $1,820.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 1.60 | = | $440.00 |
| Kathy C. Tahan | KCT | 275.00 | x | 2.40 | = | $660.00 |
| | **Total for Legal Auditors:** | | | 9.60 | | $2,920.00 |
| | **Total Hours Worked:** | | | 9.60 | | |
| | **Total Hours Billed:** | | | 9.60 | | $2,920.00 |



**STUART MAUE**
LEGAL COST MANAGEMENT

**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/06/2009 | JEP | 3.80 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 1,045.00 |
| | | 4.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences. | 1,210.00 |
| 07/06/2009 | LKC | 1.70 | Review and analyze classification of entries identified as block billing in Sidley Austin first interim application. | 552.50 |
| 07/07/2009 | LKC | 2.60 | Review and analyze classification of entries by timekeepers billing 10.00 or fewer hours. | 845.00 |
| | | 2.20 | Review and analyze classification of entries identifed as administrative and clerical activities. | 715.00 |
| | | 0.90 | Continue to review and analyze classification of entries identified as block billing. | 292.50 |
| | | 2.10 | Review and analyze classification of vaguely described activities. | 682.50 |
| 07/07/2009 | PSS | 0.60 | Review retention documents to determine maximum approved billing rate. | 165.00 |
| 07/14/2009 | JEP | 0.90 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 247.50 |
| | | 3.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 880.00 |
| | | 1.10 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 302.50 |
| | | 0.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 110.00 |
| 07/14/2009 | LKC | 1.20 | Continue to review and analyze fee entries by timekeeper. | 390.00 |
| | | 2.60 | Review and analyze classification of entries identified as vaguely described conferences. | 845.00 |
| 07/15/2009 | LKC | 2.60 | Review and analyze classification of fee entries related to firm and other case professionals retention, including research related to compensation. | 845.00 |
| | | 3.60 | Review and analyze classification of fee entries related to administrative or clerical activities. | 1,170.00 |
| 07/15/2009 | PSS | 0.50 | Prepare exhibits to accompany preliminary report. | 137.50 |
| 07/16/2009 | LKC | 4.10 | Review and analyze classification of fee entries identified as multiple attendance. | 1,332.50 |
| | | 3.30 | Review and revise initial draft of preliminary report for Sidley Austin first interim application. | 1,072.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/17/2009 | LKC | 0.80 | Review and revise final draft of audit report for Sidley Austin first interim application. | 260.00 |
| | | 1.10 | Review and verify amounts in report and exhibits for Sidley Austin first interim application with PSS. | 357.50 |
| | | 0.20 | Draft e-mail to J. McClelland, J. Conlan, and K. Kansa regarding preliminary report for Sidley first interim application. | 65.00 |
| 07/17/2009 | PSS | 1.10 | Review preliminary report and exhibits with LKC. | 302.50 |
| | | 2.60 | Continue to prepare exhibits to accompany preliminary report. | 715.00 |
| | | **47.60** | | **$14,540.00** |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024398
Matter Number: 1024398
Firm: Sidley Austin LLP

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 x | 29.00 = | $9,425.00 |
| Janet E. Papageorge | JEP | 275.00 x | 13.80 = | $3,795.00 |
| Pamela S. Snyder | PSS | 275.00 x | 4.80 = | $1,320.00 |
| | | **Total for Legal Auditors:** | 47.60 | $14,540.00 |
| | | **Total Hours Worked:** | 47.60 | |
| | | **Total Hours Billed:** | 47.60 | $14,540.00 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024915**
**Matter Number: 1024915**
**Firm: Sidley Austin LLP**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/01/2009 | PSS | 3.50 | Continue to reconcile fees in database to hard copy of interim fee application. | 962.50 |
| | | 3.80 | Review expenses and draft expense section of report. | 1,045.00 |
| 07/02/2009 | JEP | 3.10 | Continued the review of billing entries and the identification and classification of task descriptions referencing conferences. | 852.50 |
| | | 0.10 | Continued the review of billing entries and the identification and classification of task descriptions referencing clerical activities describing making travel arrangements. | 27.50 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing nonworking travel activities. | 55.00 |
| | | 0.30 | Continued the review of billing entries and the identification and classification of task descriptions referencing activities relating to the rentention and compensation of Sidley Austin. | 82.50 |
| | | 2.30 | Review of billing entries and the identification and classification of task descriptions referencing conferences. | 632.50 |
| | | 0.20 | Continued the review of billing entries and the identification and classification of task descriptions referencing travel activities. | 55.00 |
| 07/07/2009 | JEP | 3.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences. | 1,017.50 |
| | | 3.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 935.00 |
| 07/08/2009 | JEP | 0.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 192.50 |
| | | 0.70 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences. | 192.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/09/2009 | JEP | 2.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing legal research activities. | 632.50 |
| | | 1.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing nonfirm conferences. | 330.00 |
| | | 0.90 | Continued the review of billing entries and the further identification and classification of task descriptions referencing attendance at events. | 247.50 |
| | | 1.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing vaguely described conferences. | 330.00 |
| | | 0.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing travel activities. | 165.00 |
| | | 0.70 | Continued the review of billing entries and the further identification and classification of task descriptions allocated from block billed entries. | 192.50 |
| | | 1.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing intraoffice conferences. | 330.00 |
| | | 1.90 | Continued the review of billing entries and began the identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 522.50 |
| 07/13/2009 | JEP | 4.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 1,155.00 |
| | | 3.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 990.00 |
| 07/15/2009 | JEP | 8.30 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 2,282.50 |
| 07/16/2009 | JEP | 5.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at intraoffice conferences. | 1,485.00 |
| | | 3.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing multiple attendance at nonfirm conferences. | 880.00 |
| 07/17/2009 | JEP | 7.40 | Continued the review of billing entries and the further identification and classification of task descriptins referencing multiple attendance at nonfirm conferences. | 2,035.00 |
| | | 0.40 | Continued the review of billing entries and the identification and classification of task descriptins referencing multiple attendance at events. | 110.00 |



Tribune Company

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/20/2009 | JEP | 4.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing questioned multiple attendance at nonfirm conferences and events. | 1,265.00 |
| | | 1.40 | Continued the review of billing entries and the further identification and classification of task descrptions referencing activities relating to the retention of Sidley Austin and other case professionals. | 385.00 |
| | | 0.80 | Continued the review of billing entries and the further identification and classification of task descrptions referencing travel related to questioned multiple attendance at nonfirm conferences and events. | 220.00 |
| | | 1.80 | Continued the review of billing entries and the identification and classification of block-billed tasks. | 495.00 |
| | | 0.80 | Continued the review of billing entries and the identification and classification of potentially double-billed entries. | 220.00 |
| | | 0.70 | Continued the review of billing entries and the identification and classification of days on which timekeepers billed in excess of 16 hours. | 192.50 |
| 07/21/2009 | PSS | 0.90 | Review expenses requested in interim application and draft expense section of report. | 247.50 |
| | | 2.10 | Reconcile fees in database to hard copy of interim fee application - previously reconciled to monthly applications. | 577.50 |
| 07/22/2009 | JEP | 6.40 | Continued the review of billing entries and the further identification and classification of blocked billed tasks. | 1,760.00 |
| | | 3.80 | Continued the analysis of blocked billed tasks. | 1,045.00 |
| 07/23/2009 | JEP | 6.80 | Continued the review of billing entries and the further identification and classification of block billed tasks referencing clerical activities. | 1,870.00 |
| 07/24/2009 | JEP | 4.40 | Continued the review of billing entries and the further identification and classification of task descriptions referencing block-billed and vaguely described tasks. | 1,210.00 |
| 07/27/2009 | JEP | 0.80 | Continued the review of billing entries and the further identification and classification of block-billed tasks. | 220.00 |
| 07/28/2009 | JEP | 0.40 | Continued the review of billing entries and the identification and classification of block billed entries that require allocation of time among tasks. | 110.00 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/29/2009 | JEP | 0.40 | Continued the review of billing entries and the further identification and classification of travel billed at more than half rate/time. | 110.00 |
| | | 0.60 | Continued the analysis, allocation, and classification of block-billed entries. | 165.00 |
| | | 0.30 | Continued the review of billing entries and the further identification and classification of long billing days. | 82.50 |
| | | 1.60 | Continued the review of billing entries and the further identification and classification of task descriptions referencing clerical activities. | 440.00 |
| | | 3.80 | Continued the review of billing entries and the further identification and classification of vaguely described conferences. | 1,045.00 |
| | | 1.40 | Continued the review of billing entries and the further identification and classification of block billed task descriptions. | 385.00 |
| | | 1.20 | Continued the review of billing entries and the further identification and classification of task descriptions referencing adminitrative activities. | 330.00 |

109.50

$30,112.50



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024915
Matter Number: 1024915
Firm: Sidley Austin LLP

| Name | Initials | Rate | | Hours | | Amount |
|---|---|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | | | |
| **Legal Auditors** | | | | | | |
| Janet E. Papageorge | JEP | 275.00 | x | 99.20 | = | $27,280.00 |
| Pamela S. Snyder | PSS | 275.00 | x | 10.30 | = | $2,832.50 |
| **Total for Legal Auditors:** | | | | 109.50 | | $30,112.50 |
| **Total Hours Worked:** | | | | 109.50 | | |
| **Total Hours Billed:** | | | | 109.50 | | $30,112.50 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/06/2009 | PSS | 0.60 | Update status worksheet to reflect applications received today. | 165.00 |
| 07/07/2009 | JEP | 0.80 | Began drafting fee auditor's first monthly application for fees and accompanying documentation. | 220.00 |
| 07/07/2009 | PSS | 0.30 | Update status worksheet to reflect applications received today. | 82.50 |
| 07/08/2009 | JEP | 0.30 | Drafting of notices relating to fee auditor's second monthly application for interim fees and expenses. | 82.50 |
| | | 0.70 | Drafting of fee auditor's second monthly application for interim fees and expenses. | 192.50 |
| | | 0.40 | Drafting of cover sheet relating to fee auditor's second monthly application for interim fees and expenses. | 110.00 |
| | | 0.50 | Drafting of cover sheet relating to fee auditor's first monthly application for interim fees and expenses. | 137.50 |
| | | 0.90 | Drafting of fee auditor's first monthly application for interim fees and expenses. | 247.50 |
| | | 0.40 | Drafting of notices relating to fee auditor's first monthly application for interim fees and expenses. | 110.00 |
| 07/13/2009 | LKC | 1.10 | Review and revise Stuart Maue first and second monthly fee applications. | 357.50 |
| 07/13/2009 | PSS | 0.50 | Update status worksheet to reflect applications received Friday. | 137.50 |
| 07/14/2009 | LKC | 0.60 | Review and finalize notice, cover sheet and first and second monthly fee applications. | 195.00 |
| | | 2.50 | Continue review and revision of Stuart Maue first and second monthly fee applications. | 812.50 |
| 07/15/2009 | PSS | 0.90 | Review docket, download fee application and update status spreadsheet. | 247.50 |
| 07/16/2009 | LKC | 0.70 | Review e-mail from D. Eggert and attachments regarding Mercer January through May monthly statements and interim applications. | 227.50 |
| | | 0.10 | Telephone conference with D. Deutsch regarding project coding and second interim application. | 32.50 |
| | | 0.70 | Review e-mail and attached monthly statements from Cole Schotz for the third, fourth and fifth monthly application. | 227.50 |
| 07/16/2009 | PSS | 0.60 | Review docket, download necessary documents and update status spreadsheet. | 165.00 |
| 07/20/2009 | PSS | 0.70 | Update status worksheet to reflect applications received today. | 192.50 |
| 07/21/2009 | PSS | 0.60 | Review docket for applications of reimbursement of expenses by Unsecured Creditors' Committee. | 165.00 |
| 07/22/2009 | JEP | 0.40 | Drafted initial draft of third monthly application for fees, cover sheet, and notice. | 110.00 |
| 07/23/2009 | JEP | 0.30 | Reviewed and made revisions to draft of fee auditor's third monthly fee application, cover sheet and notice regarding same. | 82.50 |
| 07/23/2009 | LKC | 1.60 | Review and revise Stuart Maue third interim fee application. | 520.00 |
| 07/27/2009 | LKC | 0.90 | Review and finalize Stuart Maue third monthly fee application. | 292.50 |



**Tribune Company**

**Invoice Date: 08/20/2009**
**Invoice Number: R642 - 1024395**
**Matter Number: 1024395**
**Firm: Tribune Company**

| Activity Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| **For Professional Services through 07/31/2009** | | | | |
| 07/27/2009 | PSS | 0.20 | Update status worksheet to reflect applications received today. | 55.00 |
| | | 17.30 | | $5,167.50 |



**Tribune Company**

Invoice Date: 08/20/2009
Invoice Number: R642 - 1024395
Matter Number: 1024395
Firm: Tribune Company

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|

**For Professional Services through 07/31/2009**

**Legal Auditors**

| Name | Initials | Rate | | Hours | | Amount |
|------|----------|------|---|-------|---|--------|
| Linda K. Cooper | LKC | 325.00 | x | 8.20 | = | $2,665.00 |
| Janet E. Papageorge | JEP | 275.00 | x | 4.70 | = | $1,292.50 |
| Pamela S. Snyder | PSS | 275.00 | x | 4.40 | = | $1,210.00 |
| | | **Total for Legal Auditors:** | | 17.30 | | $5,167.50 |
| | | **Total Hours Worked:** | | 17.30 | | |
| | | **Total Hours Billed:** | | 17.30 | | $5,167.50 |



**Tribune Company**

| Name | Initials | Rate | Hours | Amount |
|------|----------|------|-------|--------|
| **Summary For Professional Services through 07/31/2009** | | | | |
| **Legal Auditors** | | | | |
| Linda K. Cooper | LKC | 325.00 X | 63.00 = | $20,475.00 |
| Janet E. Papageorge | JEP | 275.00 X | 146.30 = | $40,232.50 |
| Pamela S. Snyder | PSS | 275.00 X | 56.80 = | $15,620.00 |
| Laura A. Storck-Elam | LAS | 275.00 X | 45.00 = | $12,375.00 |
| Kathy C. Tahan | KCT | 275.00 X | 26.90 = | $7,397.50 |
| | | **Total for Legal Auditors:** | **338.00** | **$96,100.00** |
| | | **Total Hours Worked:** | **338.00** | |
| | | **Total Hours Billed:** | **338.00** | **$96,100.00** |

# EXHIBIT B

**EXPENSE SUMMARY**

TRIBUNE COMPANY, et al.

Invoice Date:  8/26/2009
Invoice Number:  R642 -  Expenses

### TRIBUNE - JULY EXPENSES

PHOTOCOPIES:

|  | |
|---|---|
| 1,338 at $0.10/Page | $133.80 |

PACER:

|  | |
|---|---|
| 4/1/09 - 7/31/09 Charges | 42.80 |
| **TOTAL EXPENSES:** | **$176.60** |