IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR PRO HAC VICE

Pursuant to District Court Rule 83.5, Local Rule 9010-1(b) and the attached certification, counsel moves the admission *pro hac vice* of Michael J. Small to represent Ricketts Acquisition LLC and Chicago Baseball Holdings, LLC in the above-captioned matter.

Dated: August 26, 2009

ASHBY & GEDDES, P.A.

/s/ William P. Bowden
William P. Bowden (I.D. #2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067

*Counsel to Ricketts Acquisition LLC and Chicago Baseball Holdings, LLC*

MOTION GRANTED.

BY THE COURT:

Dated: August ___, 2009

_____
The Honorable Kevin J. Carey
Chief Judge United States Bankruptcy Court

{00325949;v1}

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5 and Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh and Ninth Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the United States District Court for the District of Delaware.

_____
Michael J. Small
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, IL 60610-4764
T: (312) 832-4500
F: (312) 832-4700
msmall@foley.com

{00325949;v1}