IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
| In re: | : | Chapter 11 Cases |
|---|---|---|
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

------------------------------------------------------x

### DECLARATION OF DAVID S. ROSNER

DAVID S. ROSNER, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information, and belief:

1. I am a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for Law Debenture Trust Company of New York in the above-referenced cases. I make this declaration to present the Court with the attached documents in connection with the Motion of Law Debenture Trust Company of New York For Leave to Conduct Discovery of Tribune Company and Its Affiliated Debtors and Debtors-In-Possession and Certain Third Parties Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure;

2. Attached hereto as **Exhibit A** are copies and the sources of the following documents: *Zell Calls Tribune Co. Buy A 'Mistake'*, Boston Globe, April 16, 2009, http://www.boston.com/ae/media/articles/2009/04/16/zell_calls_tribune_co_buy_a_mistake; Andrew Ross Sorkin, *Workers Pay for Debacle at Tribune*, New York Times, Dec. 8, 2009, http://www.nytimes.com/2008/12/09/business/media/09sorkin.html?scp=1&sq=workers%20pay%20for%20debacle%20at%20tribune&st=cse; Emily Thornton, Michael Arndt, and Ronald Grover, *Sam Zell's Deal from Hell*, Business Week, July 30, 2008, http://www.businessweek.com/magazine/content/08_32/b4095000408330.htm; *Is Tribune's Leveraged ESOP Worth The Risk?*, New York Times, April 3, 2007,

http://dealbook.blogs.nytimes.com/2007/04/03/is-tribunes-leveraged-esop-worth-the risk/?scp=1&sq=Is%20Tribune%E2%80%99s%20Leveraged%20ESOP%20Worth%20 The%20Risk&st=cse;

3. Attached hereto as **Exhibit B** is a copy of *Tribune's Presents Restructuring Term Sheet To Lenders, Sources Say,* Debtwire, August 9, 2006;

4. Attached hereto as **Exhibit C** is a copy of Tribune Form 10-K for the fiscal year ended December 30, 2007 from http//www.sec.gov;

5. Attached hereto as **Exhibit D** are copies of the following documents: Indenture dated January 30, 1995 among New TMC Inc. (Issuer) and First Interstate Bank of California (Trustee) (the "January 1995 Indenture"); Indenture dated March 19, 1996 among The Time Mirror Company (Issuer) and Citibank, N.A. (Trustee) (the "March 1996 Indenture"); Indenture dated January 1, 1997 among Tribune Company (Issuer) and Bank of Montreal Trust Company (Trustee); First Supplemental Indenture dated October 19, 1999 supplementing and amending March 1996 Indenture; First Supplemental Indenture Dated June 12, 2000 supplementing and amending January 1995 Indenture; Second Supplemental Indenture dated June 12, 2000 supplementing and amending March 1996 Indenture; First Supplemental Indenture dated June 12, 2000 supplementing and amending Indenture dated April 15, 1997 between The Times Mirror Company (Issuer) and Citibank, N.A. (Trustee), each from http//www.sec.gov ;

6. Attached hereto as **Exhibit E** is a copy of Tribune Form S-3 dated April 25, 2007 from http//www.sec.gov;

7. Attached hereto as **Exhibit F** is a copy of Tribune Form 10-Q, dated May 9, 2007 from http//www.sec.gov;

8.  Attached hereto as **Exhibit G** is a copy of Tribune Form 8-K, dated April 5, 2007 from http//www.sec.gov;

9.  Attached hereto as **Exhibit H** is a copy of Amy Thomas and Shannon D. Harrington, *Being Like Zell in August Means 35% in Tribune Deal*, Bloomberg.com, December 13, 2007, http://www.bloomberg.com/apps/news?pid=2060187&sid=aYd0rJItZnRg&dlbk;

10. Attached hereto as **Exhibit I** is a copy of Tribune Form 8-K, dated December 28, 2007 from http//www.sec.gov;

11. Attached hereto as **Exhibit J** is a copy of Tribune Form SC TO-I, April 25, 2007 from http//www.sec.gov;

12. Attached hereto as **Exhibit K** is a copy of Frank Ahrens, *Zell in Talks with Geffen on Deal for L.A. Times*, Wash. Post, Apr. 5, 2007, at D1, http://www.washingtonpost.com/wp-dyn/content/article/2007/04/04/AR2007040402591.html;

13. Attached hereto as **Exhibit L** is a copy of The State of the News Media 2007: An Annual Report on American Journalism, http://www.stateofthemedia.org/2007/narrative_overview_economics.asp?cat=4&media=1 (last visited on 7/22/09);

14. Attached hereto as **Exhibit M** is a copy of The State of the News Media 2007: An Annual Report on American Journalism, http://www.stateofthemedia.org/2007/narrative_newspapers_economics.asp?cat=3&media=3 (last visited on 7/22/09);

15. Attached hereto as **Exhibit N** is a copy of *Tribune's Bank Lenders May Seek Unsecured Committee Seats Tomorrow*, Debtwire, December 17, 2008;

16.     Attached hereto as **Exhibit O** is a copy of Dennis K. Berman, *How Solvent is Tribune Co.?*, WSJ Blogs, Deal Journal, December 5, 2007, http://blogs.wsj.com/deals/2007/12/06/how-solvent-is-tribune-co;

17.     Attached hereto as **Exhibit P** are copies of Press Release, Tribune Company, Tribune Reports 2007 First Quarter Results, dated Apr. 19, 2007 and Valuation Research Corporation, Tribune Company, Solvency Opinion Analysis, dated May 9, 2007 from http//www.sec.gov;

18.     Attached hereto as **Exhibit Q** is a copy of *Tribune Bankruptcy Buys Time To Fix Finances*, Chicago Daily Herald, December 9, 2008, http://www.dailyherald.com/story/?id=256755.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  New York, New York
        August 26, 2009

                                        /s/ David S. Rosner
                                        DAVID S. ROSNER