# EXHIBIT B

**06-Aug-09**
**17:41**
**Story:**

**Tribune presents restructuring term sheet to lenders, sources say**

Tribune Company recently presented a restructuring term sheet to a steering committee of its lenders, said three sources close to the situation

The proposal contemplates holders of Tribune's more than USD 8.8bn in pre-petition bank debt extinguishing much of their claims in exchange for an unspecified amount of reorganized equity and a pro rata share of a new USD 500m-USD 700m secured note, the sources said. The pre-petition facility consists of a USD 750m revolver, USD 7.55bn tranche B term loan and a USD 512m tranche X TL.

Tribune and loan agent JPMorgan declined comment. Barclays Capital did not return calls.

Meanwhile, the Chicago-based media magnate has filed a motion to extend its exclusivity rights through 30 November from the initial expiration deadline on Tuesday (4 August). The timeline change would be a shift from the debtor's previous 1 September target date for filing a plan of reorganization. Judge Kevin Carey of the US Bankruptcy Court for the District of Delaware is set to consider the exclusivity extension request during an 11 August hearing.

As previously reported, Tribune released revised financial projections in June which project USD 3.1bn in revenue and USD 60m in free cash flow in FY09. Free cash flow was forecasted to jump to USD 89m in FY10, reflecting reduced interest costs once the media concern emerges from insolvency off USD 2.8bn in revenue.

Comps for Tribune's newspaper units have reported improved 2Q09, but related more to cost-cutting than any turnaround in advertising, said multiple industry sources. Revenues at the New York Times and the Washington Post print divisions were down 21% and 14%, respectively, in 2Q09.

Tribune's TLB was quoted at 42.75 today, up from 34-35 on 20 July and in the low-20s in early March, according to a buyside source and Markit. Some of the recent upward trading movement is linked to rumors that Tribune is close to selling the Chicago Cubs assets for USD 900m, the buysider said.

One of the leading bidders for the Cubs assets, the Ricketts family, is said to have fully underwritten equity and debt commitments on its USD 900m bid, said a source close to the situation, adding that negotiations are ongoing.

by Jon Berke and Sharon Adams

Key Words: Committee Activity, DIP Finance/Exit Finance, Distressed Sale

**Source:** Debtwire
**Intel. Grade:** Strong evidence

## Dealscope potential activity analysis

| DS Target | Chicago Cubs |
| DS Bidder | The Ricketts family |
| DS Bidder | Klaff Realty, LP |
| DS Bidder | Marc Utay (New York private equity investor) |
| DS Vendor | Tribune Company |
| Issuer | Tribune Company |
| Financial advisor | Lazard |
| Lawyer | Sidley Austin LLP |
| Other Equity Provider | Sam Zell |
| Book-runner | JPMorgan |

### Tribune Company is in Lev. Loan/High Yield

| Balance Sheet & Docs | Tear Sheet |

### Tribune Company is in CH11-Restructuring

| Balance Sheet & Docs | Restructuring Details | Tear Sheet |

Request Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*