## Sales of *Hoy*, New York, SCNI and Recycler

On Feb. 12, 2007, the Company announced an agreement to sell the New York edition of *Hoy*, the Company's Spanish-language daily newspaper ("*Hoy*, New York"), to ImpreMedia, LLC. The Company completed the sale of *Hoy*, New York on May 15, 2007 and recorded a pretax gain on the sale of $2.5 million ($.1 million after taxes) in the second quarter of 2007. On March 6, 2007, the Company announced an agreement to sell its Southern Connecticut Newspapers—*The Advocate* (Stamford) and *Greenwich Time* (collectively "SCNI") to Gannett Co., Inc. On May 25, 2007, the Company announced the termination of this agreement following an arbitrator's ruling that the Company could not sell SCNI unless Gannett Co., Inc. assumed an existing collective bargaining contract as a condition of the sale, which Gannett Co., Inc. declined to do. The Company simultaneously announced that it would immediately begin the process of soliciting offers for SCNI with the intention of completing a sale as soon as possible. On Oct. 25, 2007, the Company announced an agreement to sell SCNI to Hearst Corporation for $62.4 million. The sale of SCNI closed on Nov. 1, 2007, and excluded the SCNI real estate in Stamford and Greenwich, Connecticut, which the Company plans to sell separately. In the first quarter of 2007, the Company recorded a pretax loss of $19 million ($33 million after taxes) to write down the net assets of SCNI to estimated fair value, less costs to sell. In the third quarter of 2007, the Company recorded a favorable $3 million after-tax adjustment to the loss on the sale of SCNI. During the third quarter of 2007, the Company began actively pursuing the sale of the stock of one of its subsidiaries, EZ Buy & EZ Sell Recycler Corporation ("Recycler"), to Target Media Partners. Recycler publishes a collection of free classified newspapers in Southern California. The sale of Recycler closed on Oct. 17, 2007. The Company recorded a pretax loss on the sale of the stock of Recycler of $1 million in the third quarter of 2007. Due to the Company's high tax basis in the Recycler stock, the sale generated a significantly higher capital loss for income tax purposes. As a result, the Company recorded a $65 million income tax benefit in the third quarter of 2007, resulting in an after-tax gain of $64 million.

These businesses were considered components of the Company's publishing segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses have been reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income have been reclassified to conform to the current year presentation of discontinued operations.

## Sales of WATL-TV, Atlanta, WCWN-TV, Albany and WLVI, Boston

On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.

These businesses were considered components of the Company's broadcasting and entertainment segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses have been reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income were reclassified to conform to the presentation of these businesses as discontinued operations.

In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million, to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on the sales of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in the fourth

53

quarter of 2006 a pretax gain of $41 million for the sale of the Boston station. The net pretax loss on the sales of the three stations sold during 2006 was $48 million.

## Acquisition of Additional Equity in CareerBuilder, ShopLocal and Topix

In August 2006, the Company completed its acquisition of additional equity interests in each of CareerBuilder, LLC, ShopLocal, LLC and Topix, LLC for an aggregate purchase price of $155 million. The negotiated equity purchases followed the exercise of call options by the Company and Gannett Co., Inc. on Knight-Ridder, Inc.'s equity ownership in the three online businesses after The McClatchy Co., Inc.'s announcement of its proposed acquisition of Knight-Ridder, Inc. As a result of this transaction, the Company and Gannett Co., Inc. each increased their respective ownership of CareerBuilder, LLC and ShopLocal, LLC to 42.5% with The McClatchy Co., Inc. retaining a 15% interest in both entities. In addition, as a result of this transaction and subsequent funding in 2006, the ownership of Topix, LLC is approximately 33.7% for both the Company and Gannett Co., Inc., 11.9% for The McClatchy Co., Inc. and 20.7% for management of Topix, LLC. In May 2007, Microsoft Corporation acquired a 4% equity interest in CareerBuilder, LLC, thereby reducing the respective ownership interest of the Company and Gannett Co., Inc. to 40.8% and The McClatchy Co., Inc. to 14.4%.

## Network Affiliations

On Jan. 24, 2006, the Company announced that it had reached a 10-year agreement to affiliate 16 of its television stations which were at that time affiliated with the former WB Network (including those in New York, Los Angeles and Chicago) with a new broadcast network, The CW Network. The new network was launched in September 2006 by Warner Bros. Entertainment and CBS. The new network airs a portion of the programming previously carried on the WB Network and the UPN Network, as well as new programming. The WB Network has shut down. The Company did not incur any costs related to the shutdown of the WB Network.

In the second quarter of 2006, the Company announced that its other three former WB Network affiliates (Philadelphia, Atlanta and Seattle) would become affiliates of the new broadcast network, MyNetworkTV, which was launched in September 2006 by the FOX Television Stations Network Inc. and Twentieth Century Television. The new network airs primarily primetime dramas. The Company subsequently sold its Atlanta station in August 2006 and its Albany and Boston stations in December 2006.

## Consolidation of *Los Angeles Times'* Production Operations

In December 2005, the *Los Angeles Times* announced it would close its San Fernando Valley printing facility in January 2006 and consolidate production at its remaining three facilities in Los Angeles, Costa Mesa, and Irwindale, California. The closing of the printing facility resulted in the elimination of approximately 120 positions from across the *Los Angeles Times'* production facilities.

As a result of the facility closing, the Company recorded a $2 million pretax charge in the fourth quarter of 2005 to reduce the carrying value of the San Fernando Valley printing facility's land and building to $24 million, representing the estimated fair value of the assets less costs to sell the assets. On Oct. 30, 2006, the Company sold the San Fernando Valley land and building for net proceeds of approximately $24 million.

The Company evaluated the machinery and equipment at the San Fernando Valley printing facility and determined that press and other related equipment with a net book value of $16 million would be abandoned. Therefore, the Company reduced its estimate of the useful life of the press and other related equipment and recorded accelerated depreciation of $16 million in the fourth quarter of 2005. The Company idled the remaining San Fernando Valley machinery and equipment. Since the time of the facility closing, the Company continued to depreciate and evaluate alternative uses for the equipment, which had a net book value of $26 million at Dec. 31, 2006 and $34 million at Dec. 25, 2005. In the fourth quarter of 2006, the Company disposed of and wrote off $4 million of the idled equipment that had previously been designated for redeployment at Dec. 25, 2005. During the second quarter of 2007, the Company decided to dispose of the remaining idled assets and recorded a charge of $24 million to reduce the carrying value of the assets to estimated fair value, less costs to sell. The remaining idled assets were sold in the third quarter of 2007 for net proceeds of approximately $1 million.

Source: TRIBUNE CO, 10-K, March 20, 2008

**Change in Control Payments**

On Dec. 20, 2007, the Company consummated the Merger, as defined and described in the description of the Leveraged ESOP Transactions above. As a result, the Company was required to make payments pursuant to change in control provisions contained in certain of the Company's deferred compensation, incentive compensation and company-sponsored pension plans. The Company recorded a $64 million pretax charge in the fourth quarter of 2007, including $53 million related to the cash settlement of its outstanding stock-based awards and $3 million of early termination payments related to the Company's new management equity incentive plan (see Note 17 to the Company's consolidated financial statements in Item 8), related to these change in control payments.

**Employee Reductions**

The Company reduced its staffing levels by approximately 700 positions in 2007 and recorded a pretax charge of $55 million ($40 million at publishing and $15 million at corporate). In 2006, the Company reduced its staffing levels by approximately 450 positions, primarily at publishing, and recorded a pretax charge of $9 million. The 2006 eliminations included approximately 100 positions and a pretax charge of approximately $1 million related to discontinued operations. In 2005, the Company reduced its staffing levels by approximately 900 positions and recorded a pretax charge of $45 million ($43 million at publishing, $1 million at broadcasting and entertainment and $1 million at corporate). The eliminations in 2005 included 120 positions as a result of closing the *Los Angeles Times'* San Fernando Valley printing facility, as discussed above. The Company had a current liability of approximately $21 million at Dec. 30, 2007 and $7 million at Dec. 31, 2006 related to these employee reductions.

**Non-Operating Items**

Fiscal years 2007, 2006 and 2005 included several non-operating items. Non-operating items for 2007 are summarized as follows (in millions):

| | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) |
|---|---|---|---|
| Loss on change in fair values of derivatives and related investments | $ — | $ (97) | $ (59) |
| Strategic transaction expenses | — | (85) | (77) |
| Gain on TMCT transactions | 74 | 8 | 5 |
| Gain on other investment transactions, net | 3 | 32 | 5 |
| Other, net | 11 | 5 | 1 |
| Income tax adjustment | — | — | 91 |
| Total non-operating items | $ 88 | $ (137) | $ (34) |

The 2007 change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $97 million non-cash pretax loss resulted primarily from an $82 million decrease in the fair value of 16 million shares of Time Warner common stock and a $12 million increase in the fair value of the derivative component of the Company's PHONES.

Strategic transaction expenses in 2007 included costs related to the Company's strategic review and the Leveraged ESOP Transactions approved by the Board on April 1, 2007. These expenses included a $13.5 million loss from refinancing certain credit agreements (see Note 10 to the Company's consolidated financial statements in Item 8).

The gain on TMCT transactions in 2007 related to the redemption of the Company's remaining interests in TMCT, LLC and TMCT II, LLC (see Note 8 to the Company's consolidated financial statements in Item 8).

55

Source: TRIBUNE CO, 10-K, March 20, 2008

Other investment transactions resulted in a net pretax gain of $32 million ($5 million after taxes) in 2007. Approximately $28 million of the net pretax gain ($3 million after taxes) resulted from the restructuring of certain investments. These restructured investments were established in 1998 when Times Mirror disposed of its Matthew Bender and Mosby subsidiaries. As a result of the restructuring, the Company will not realize the $25 million of deferred income tax assets relating to tax credits generated by its low income housing investments. The tax credits were available only to offset income taxes of certain affiliates. After the restructuring, those affiliates no longer exist and the tax credits are no longer available. Accordingly, the Company has increased its 2007 consolidated income tax expense by $25 million to write-off these deferred income tax assets. After consideration of the $25 million income tax adjustment, the investment restructuring increased 2007 net income by $3 million.

Other, net in 2007 included an $18 million gain from the settlement of the Company's Hurricane Katrina insurance claim that was largely offset by a $15 million charge for the civil forfeiture payment related to *Newsday* and *Hoy*, New York (see Note 5 to the Company's consolidated financial statements in Item 8). The favorable income tax adjustment in 2007 related to the settlement of the Company's Matthew Bender and Mosby income tax appeal (see Note 14 to the Company's consolidated financial statements in Item 8).

Non-operating items for 2006 are summarized as follows (in millions):

|  | Proceeds | Pretax Gain (Loss) | After-tax Gain (Loss) |
|---|---|---|---|
| Gain on change in fair values of derivatives and related investments | $    — | $    11 | $    7 |
| Strategic transaction expenses | | (4) | (2) |
| Gain on TMCT transactions | — | 60 | 48 |
| Gain on other investment transactions, net | 83 | 37 | 22 |
| Other, net | — | (1) | 1 |
| Income tax adjustments | — | — | 34 |
| Total non-operating items | $    83 | $    103 | $    110 |

The 2006 change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $11 million non-cash pretax gain resulted primarily from a $66 million increase in the fair value of 16 million shares of Time Warner common stock, which was partially offset by a $52 million increase in the fair value of the derivative component of the Company's PHONES.

In 2006, the Company recorded a one-time gain of $48 million, net of tax, as a result of transactions related to its investments in TMCT, LLC and TMCT II, LLC (see Note 8 to the Company's consolidated financial statements in Item 8). In addition, the Company sold 2.8 million shares of Time Warner common stock unrelated to the PHONES for net proceeds of $46 million and recorded a pretax gain on sale of $19 million, and sold its investment in BrassRing for a gain of $17 million.

Also in 2006, the Company recorded a favorable $34 million income tax expense adjustment, most of which related to the Company's PHONES as a result of reaching an agreement with the Internal Revenue Service appeals office pertaining to the deduction of interest expense on the PHONES (see to Note 14 to the Company's consolidated financial statements in Item 8).

56

Source: TRIBUNE CO, 10-K, March 20, 2008

Non-operating items for 2005 are summarized as follows (in millions):

|  | Proceeds | Pretax Gain | After-tax Gain (Loss) |
|---|---|---|---|
| Gain on change in fair values of derivatives and related investments | $ — | $ 62 | $ 38 |
| Gain on other investment transactions, net | 17 | 7 | 4 |
| Other, net | 5 | 1 | 1 |
| Income tax adjustments | — | — | (139) |
| Total non-operating items | $ 22 | $ 70 | $ (96) |

The 2005 change in the fair values of derivatives and related investments pertained entirely to the Company's PHONES and related Time Warner investment. The $62 million non-cash pretax gain resulted primarily from an $87 million decrease in the fair value of the derivative component of the Company's PHONES, which was partially offset by a $23 million decrease in the fair value of 16 million shares of Time Warner common stock.

As a result of the United States Tax Court opinion issued on Sept. 27, 2005 related to the Matthew Bender tax dispute, the Company recorded additional income tax expense of $150 million in the third quarter of 2005 (see Note 14 to the Company's consolidated financial statements in Item 8). In the first quarter of 2005, the Company reduced its income tax expense and liabilities by a total of $12 million as a result of favorably resolving certain other federal income tax issues.

**OTHER DEVELOPMENTS**

In February 2004, a purported class action lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* and *Hoy*, New York, alleging that they were overcharged for advertising as a result of inflated circulation numbers at these two publications. The purported class action also alleges that entities that paid a *Newsday* subsidiary to deliver advertising flyers were overcharged. The Company is vigorously defending this suit. In July 2004, another lawsuit was filed in New York Federal Court by certain advertisers of *Newsday* alleging damages resulting from inflated *Newsday* circulation numbers as well as federal and state antitrust violations. On Feb. 11, 2008, this suit was settled with all defendants.

On June 17, 2004, the Company publicly disclosed that it would reduce its reported circulation for both *Newsday* and *Hoy*, New York for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004. The circulation adjustments were the result of a review of reported circulation at *Newsday* and *Hoy*, New York, conducted by the Company's internal audit staff and the Audit Bureau of Circulations ("ABC"). Subsequent to the June 17th disclosure, the Company continued its internal review and found additional misstatements for these time periods, as well as misstatements that impacted the 12-month period ending Sept. 30, 2002. On Sept. 10, 2004, the Company announced additional revisions to the circulation figures for *Newsday* and *Hoy*, New York, for the 12-month period ending Sept. 30, 2003 and the six-month period ending March 31, 2004.

As a result of the misstatements of reported circulation at *Newsday* and *Hoy*, New York, the Company recorded a total pretax charge of $90 million in 2004 as its estimate of the probable cost to settle with advertisers. Approximately $80 million of the charge pertained to *Newsday* and is included in selling, general and administrative expenses in 2004. The remaining $10 million pertained to *Hoy*, New York and is reflected in discontinued operations in 2004. In the fourth quarter of 2007, the Company recorded an additional pretax charge of $3 million pertaining to *Newsday*. The Company will continue to evaluate the adequacy of the advertiser settlement accrual on an ongoing basis (see Note 5 to the Company's consolidated financial statements in Item 8).

In addition to the advertiser lawsuits, several class action and shareholder derivative suits were filed against the Company and certain of its current and former directors and officers as a result of the circulation misstatements at *Newsday* and *Hoy*, New York. These suits alleged breaches of fiduciary duties and other managerial and director failings under Delaware law, the federal securities laws and ERISA. The consolidated

57

Source: TRIBUNE CO, 10-K, March 20, 2008

shareholder derivative suit filed in Illinois state court in Chicago was dismissed with prejudice on March 10, 2006.  The appeal of this dismissal to the Illinois State Court of Appeals was voluntarily dismissed by the plaintiff following the closing of the Company's going private transaction. The consolidated securities class action lawsuit and the consolidated ERISA class action lawsuit filed in Federal District Court in Chicago were both dismissed with prejudice on Sept. 29, 2006, and the dismissals are currently being appealed to the United States Court of Appeals for the Seventh Circuit.  Oral arguments of the consolidated securities and ERISA class action appeals were heard on Jan. 23, 2008.   The Company continues to believe these suits are without merit and will continue to vigorously defend them.

On May 30, 2006, the Securities and Exchange Commission ("SEC") concluded its inquiry into circulation practices at *Newsday* and *Hoy*, New York. In closing its inquiry, the SEC ordered the Company to cease and desist from violating statutory provisions related to its record keeping and reporting. No fines or other sanctions were levied against the Company. The Company consented to the order without admitting or denying any of the Commission's findings. The SEC acknowledged the prompt internal investigation and remedial acts undertaken by the Company and the cooperation the Company afforded the Commission's staff throughout its investigation.

On Dec. 17, 2007, *Newsday* and *Hoy*, New York reached a non-prosecution agreement with the United States Attorney's Office for the Eastern District of New York that ended the federal inquiry into the circulation practices of *Newsday* and *Hoy*, New York. The agreement recognized *Newsday*'s and *Hoy*, New York's full cooperation with the investigation; the implementation of new practices and procedures to prevent fraudulent circulation practices, the payment of approximately $83 million in restitution to advertisers, and a civil forfeiture payment of $15 million, which is available for additional restitution.  The $15 million civil forfeiture payment is included in 2007 non-operating expense (see Note 2 to the Company's consolidated financial statements in Item 8). Nine former employees and contractors of *Newsday* and *Hoy*, New York have pleaded guilty to various criminal charges in connection with the fraudulent circulation practices uncovered by the Company.  They are awaiting the imposition of sentence.

58

Source: TRIBUNE CO, 10-K, March 20, 2008

## RESULTS OF OPERATIONS

The Company's fiscal year ends on the last Sunday in December. Fiscal years 2007 and 2005 encompassed a 52-week period. **Fiscal year 2006 encompassed 53 weeks. For 2006 compared to 2005, the additional week increased consolidated operating revenues and operating expenses by approximately 1.5% and consolidated operating profit by approximately 2%.**

### Consolidated

The Company's consolidated operating results for 2007, 2006 and 2005 are shown in the table below.

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Operating revenues | $ 5,063 | $ 5,444 | $ 5,427 | – 7% | — |
| Operating profit(1) | $ 634 | $ 1,085 | $ 1,121 | – 42% | – 3% |
| Net income on equity investments | $ 100 | $ 81 | $ 41 | + 24% | + 96% |
| Net income: | | | | | |
|   Income from continuing operations | $ 55 | $ 661 | $ 520 | – 92% | + 27% |
|   Income (loss) from discontinued operations, net of tax | 32 | (67) | 15 | * | * |
|   Net income | $ 87 | $ 594 | $ 535 | – 85% | + 11% |

(1) Operating profit excludes interest and dividend income, interest expense, equity income and loss, non-operating items and income taxes.

\*   Not meaningful

**Operating Revenues and Profit**—Consolidated operating revenues and operating profit by business segment were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| **Operating revenues** | | | | | |
|   Publishing | $ 3,665 | $ 4,019 | $ 4,013 | – 9% | — |
|   Broadcasting and entertainment | 1,398 | 1,425 | 1,414 | – 2% | + 1% |
| Total operating revenues | $ 5,063 | $ 5,444 | $ 5,427 | – 7% | — |
| **Operating profit (loss)(1)** | | | | | |
|   Publishing | $ 368 | $ 749 | $ 753 | – 51% | – 1% |
|   Broadcasting and entertainment | 357 | 392 | 417 | – 9% | – 6% |
|   Corporate expenses | (91) | (56) | (49) | – 64% | – 13% |
| Total operating profit | $ 634 | $ 1,085 | $ 1,121 | – 42% | – 3% |

(1) Operating profit (loss) for each segment excludes interest and dividend income, interest expense, equity income and loss, non-operating items and income taxes.

Consolidated operating revenues decreased 7%, or $381 million, in 2007 due to declines in both publishing and broadcasting and entertainment. Consolidated operating revenues were essentially flat at $5.4 billion in 2006 compared to 2005.

Consolidated operating profit decreased 42%, or $451 million, in 2007. Publishing operating profit decreased 51%, or $381 million, in 2007. Publishing operating profit in 2007 was reduced by a $130 million impairment charge to write-down one of the Company's masthead intangible assets to fair value, $40 million of severance and related expenses for the elimination of approximately 700 positions, a $33 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, a charge of $24 million for the write-off of plant equipment related to the previously closed *Los Angeles Times* San Fernando Valley printing facility, a $7 million charge related to the Company's new management equity incentive plan, and a $3 million charge to increase the accrual for anticipated advertiser claims at *Newsday*. Broadcasting operating profit decreased 9%, or $35 million, in 2007

59

Source: TRIBUNE CO, 10-K, March 20, 2008

and was reduced by a $12 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, a charge of $6 million for the write-down of program assets at Tribune Entertainment and a $3 million charge related to the Company's new management equity incentive plan.  Corporate expenses increased 64%, or $35 million, in 2007 and included a $19 million charge for accelerated stock-based compensation expense and certain one-time compensation payments from completion of the Leveraged ESOP Transactions in December 2007, $15 million of severance and related expenses, and a $5 million charge related to the Company's new management equity incentive plan.

Consolidated operating profit decreased 3%, or $36 million, in 2006. Publishing operating profit decreased 1%, or $4 million, in 2006. Publishing operating profit in 2006 reflected $15 million of stock-based compensation expense, a $20 million charge for severance and other payments associated with the new union contracts at *Newsday*, $8 million of severance expense for the elimination of approximately 300 positions, a $4 million charge for the disposition of a press at the San Fernando Valley printing facility, and a $3 million gain related to a real property sale. Publishing operating profit in 2005 reflected a $22 million charge for the shutdown of the San Fernando Valley printing facility, $43 million of severance expense for the elimination of over 800 positions and a pension curtailment gain of $13 million. In 2006, broadcasting and entertainment operating profit decreased 6%, or $25 million, primarily due to higher programming and compensation expenses, partially offset by higher revenues.

**Operating Expenses**—Consolidated operating expenses were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | 06-05 |
|---|---|---|---|---|---|
| Cost of sales (exclusive of items shown below) | $ 2,546 | $ 2,701 | $ 2,662 | − 6% | + 1% |
| Selling, general and administrative | 1,525 | 1,434 | 1,406 | + 6% | + 2% |
| Depreciation and amortization | 228 | 224 | 238 | + 2% | − 6% |
| Write-down of intangible assets | 130 | — | — | * | — |
| Total operating expenses | $ 4,429 | $ 4,359 | $ 4,306 | + 2% | + 1% |

---

\*    Not meaningful

Cost of sales decreased 6%, or $155 million, in 2007 primarily due to reductions in newsprint and ink, compensation, and programming expenses. Newsprint and ink expense decreased 18%, or $88 million, due to an 11% decline in newsprint consumption and a 9% reduction in average newsprint costs.  Compensation expense decreased 5%, or $53 million, primarily due to the impact of position eliminations in 2007 and 2006.  Programming expenses decreased 2%, or $7 million, primarily due to lower broadcast rights amortization, partially offset by a write-down of $6 million of Tribune Entertainment program assets.

Cost of sales increased 1%, or $39 million, in 2006 primarily due to increases in programming, newsprint and ink, outside services, and circulation distribution expenses, partially offset by a decrease in compensation expense. Programming expenses increased 7%, or $28 million, due to higher broadcast rights amortization and production expenses. Newsprint and ink expense was up 3%, or $17 million. The Company's newspapers transitioned to lighter weight newsprint during 2006 that on a per ton basis, costs more, but yields more pages. On a same-weight basis, average newsprint cost per metric ton increased 10% and consumption declined 6% in 2006. Outside services and circulation distribution expense increased 2%, or $9 million, primarily due to higher affiliate fees and distribution fees. Compensation expense decreased 2%, or $21 million, mainly due to the impact of position eliminations in 2006 and 2005.

Selling, general and administrative expenses ("SG&A") increased 6%, or $91 million, in 2007, primarily due to increased compensation and other expenses and the absence of $10 million in gains from asset sales recorded in 2006. Compensation expense increased by 7%, or $58 million, due to a $64 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from the completion of the Leveraged ESOP Transactions in December 2007, $55 million of severance and related expenses to eliminate

60

approximately 700 positions, and a charge of $16 million for the Company's new management equity incentive plan (excluding $3 million of early termination payments made pursuant to the Company's new management equity incentive plan, which amount is included in the $64 million charge for accelerated stock-based compensation expense and certain one-time compensation payments described above), partially offset by savings from staff reductions.  Other expenses increased by 3%, or $23 million, due to a write-down of $24 million for press equipment at the previously closed *Los Angeles Times* San Fernando Valley printing facility and a charge of $3 million to increase the accrual for anticipated claims for advertisers at *Newsday*.

SG&A expenses were up 2%, or $28 million, in 2006. Compensation expense increased 5%, or $36 million, in 2006. Compensation expense in 2006 included $31 million of stock-based compensation, a $20 million charge for severance and other payments associated with the new union contracts at *Newsday* and $8 million of severance expense for the elimination of approximately 300 positions at publishing. Compensation expense in 2005 included $45 million of severance expense for the elimination of approximately 900 positions and a pension curtailment gain of $18 million. Promotion expense decreased 5%, or $5 million, due to the Company's efforts to reduce costs in 2006. SG&A expense in 2006 also included a $3 million gain on a real property sale in Publishing and a $7 million gain related to the sale of the corporate airplane.

Depreciation and amortization expense increased 2%, or $4 million, in 2007.  The decrease of 6%, or $14 million, in depreciation and amortization expense in 2006 was primarily due to $16 million of accelerated depreciation in 2005 related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility.

In the fourth quarter of 2007, the Company recorded an impairment charge of $130 million to write-down one of its masthead intangible assets to fair value.  See Note 7 to the Company's consolidated financial statements in Item 8 for further information.

61

Source: TRIBUNE CO, 10-K, March 20, 2008

**Publishing**

For 2006 compared to 2005, the additional week increased publishing operating revenues and operating expenses by approximately 1.5% and operating profit by approximately 2%.

**Operating Revenues and Profit**—In 2007, publishing contributed 72% of the Company's revenues and 58% of its operating profits. Daily newspaper revenue is derived principally from advertising and circulation sales, which accounted for 78% and 14%, respectively, of the publishing segment's total revenues in 2007. Advertising revenue is comprised of three basic categories: retail, national and classified. Newspaper advertising volume is categorized as full run inches, part run inches or preprint pieces. Circulation revenue results from the sale of newspapers. Other publications/services revenue accounted for 8% of the segment's total revenues in 2007 and includes syndication of editorial products, advertising placement services, direct mail operations, cable television news programming, distribution of entertainment listings and other publishing-related activities.

Explanations of certain advertising types used in this discussion are as follows:

| | |
|---|---|
| Retail: | Display or preprint advertising from local retailers, such as department stores |
| National: | Display or preprint advertising by national advertisers that promote products or brand names on a nation-wide basis |
| Classified: | Local advertising listed together and organized by type (including help wanted, real estate and automotive) and display advertisements in these same categories |
| Full run inches: | Advertising appearing in all editions of a newspaper |
| Part run inches: | Advertising appearing in only select editions or zones of a newspaper's market |
| Preprint pieces: | Advertising supplements prepared by advertisers and inserted into a newspaper |

The table below presents publishing operating revenues, operating expenses and operating profit. References in this discussion to individual daily newspapers include their related businesses.

| | | | | | Change | |
|---|---|---|---|---|---|---|
| (in millions) | 2007 | 2006 | 2005 | | 07-06 | 06-05 |
| Operating revenues | $ 3,665 | $ 4,019 | $ 4,013 | – | 9% | – |
| Operating expenses | 3,297 | 3,270 | 3,260 | + | 1% | – |
| Operating profit | $ 368 | $ 749 | $ 753 | – | 51% | – 1% |

Publishing operating revenues decreased 9%, or $354 million, in 2007, primarily due to a decrease in advertising revenue. The largest declines in advertising revenue were at Los Angeles, South Florida, Chicago, Orlando and Newsday. Publishing operating revenues in 2006 were essentially flat at $4.0 billion as an increase in advertising revenue was offset by a decrease in circulation revenue. The largest increases in advertising revenue were at Orlando, Los Angeles and South Florida, while the largest declines in circulation revenues were at Chicago, Baltimore and Orlando.

Publishing operating profit decreased 51%, or $381 million, in 2007. For 2007, publishing operating profit was reduced by a $130 million impairment charge to write-down one of the Company's masthead intangible assets to fair value, $40 million of severance and related expenses for the elimination of approximately 700 positions, a $33 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, a charge of $24 million for the write-off of plant equipment related to the previously closed *Los Angeles Times* San Fernando Valley printing

Source: TRIBUNE CO, 10-K, March 20, 2008

facility, a charge of $7 million related to the Company's new management equity incentive plan, and a $3 million charge to increase the accrual for anticipated advertiser claims at *Newsday*. Publishing operating profit decreased 1%, or $4 million, in 2006. For 2006, publishing operating profit included $15 million of stock-based compensation expense, a $20 million charge for severance and other payments associated with new union contracts at *Newsday*, $8 million of severance expense for the elimination of approximately 300 positions, a $4 million charge for the disposition of a press at the San Fernando Valley printing facility, and a $3 million gain related to a real property sale.

**Operating Revenues**—Total publishing operating revenues decreased 9%, or $354 million, in 2007. In 2006, total operating revenues were essentially flat. Total publishing operating revenues, by classification, were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | 06-05 |
|---|---|---|---|---|---|
| Advertising | | | | | |
| Retail | $ 1,248 | $ 1,327 | $ 1,307 | – 6% | + 2% |
| National | 686 | 730 | 767 | – 6% | – 5% |
| Classified | 927 | 1,138 | 1,098 | – 19% | + 4% |
| Total advertising | 2,861 | 3,195 | 3,172 | – 10% | + 1% |
| Circulation | 527 | 567 | 585 | – 7% | – 3% |
| Other | 277 | 257 | 256 | + 8% | — |
| Total operating revenues | $ 3,665 | $ 4,019 | $ 4,013 | – 9% | — |

**Advertising Revenue and Volume**—Total advertising revenue decreased 10%, or $334 million, in 2007. Retail advertising revenues decreased 6%, or $79 million, primarily due to decreases in the department stores, furniture/home furnishings, electronic and amusement categories, partially offset by increases in the health care and apparel/fashion categories. Preprint revenues, which are primarily included in retail advertising, decreased 3%, or $24 million, due to decreases at Newsday, South Florida and Chicago, partially offset by an increase at Los Angeles. National advertising revenues decreased 6%, or $44 million, primarily due to decreases in the auto, technology and transportation categories, partially offset by an increase in the movies category. Classified advertising revenues decreased 19%, or $211 million, in 2007, due to declines in real estate, help wanted and automotive of 24%, 19% and 13%, respectively. Interactive revenues, which are included in the above categories, increased 12%, or $27 million, in 2007.

Total advertising revenues increased 1%, or $23 million, in 2006. Retail advertising revenues were up 2%, or $20 million, primarily due to increases in the hardware/home improvement stores, amusements and personal services categories, partially offset by a decrease in the department store category. Preprint revenues, which are primarily included in retail advertising, rose 1%, or $8 million, due to increases at Chicago, Los Angeles, Orlando, Baltimore and Hartford, partially offset by a decrease at Newsday. National advertising revenues decreased 5%, or $37 million, primarily due to decreases in the auto, movies and resorts categories, partially offset by increases in the media and health care categories. Classified advertising revenues increased 4%, or $40 million, in 2006, with an increase in real estate of 25%, partially offset by decreases in automotive and help wanted of 10% and 2%, respectively. Interactive revenues, which are included in the above categories, increased 29%, or $51 million, in 2006.

Source: TRIBUNE CO, 10-K, March 20, 2008

Advertising volume data for 2007, 2006 and 2005 was as follows:

| Inches (in thousands) | 2007 | 2006 | 2005 | Change 07-06 | | Change 06-05 | |
|---|---|---|---|---|---|---|---|
| Full run inches | | | | | | | |
| Retail | 5,263 | 5,466 | 5,380 | – | 4% | + | 2% |
| National | 2,798 | 3,132 | 3,461 | – | 11% | – | 10% |
| Classified | 7,874 | 9,437 | 9,236 | – | 17% | + | 2% |
| Total full run inches | 15,935 | 18,035 | 18,077 | – | 12% | | – |
| Part run inches | 18,134 | 21,217 | 20,113 | – | 15% | + | 5% |
| Total inches | 34,069 | 39,252 | 38,190 | – | 16% | + | 3% |
| | | | | | | | |
| Preprint pieces (in millions) | 14,500 | 14,814 | 14,818 | – | 2% | | – |

Full run advertising inches decreased 12% in 2007. Full run retail advertising inches decreased 4% primarily due to a decrease at Los Angeles. Full run national advertising inches decreased 11% due to decreases at Chicago, Los Angeles and South Florida. Full run classified advertising inches decreased 17% mainly due to decreases at Orlando, South Florida and Newsday. Part run advertising inches decreased 15% in 2007 mainly due to decreases at South Florida and Chicago. Preprint advertising pieces decreased 2% primarily due to decreases at South Florida, Newsday and Chicago.

Full run advertising inches were flat in 2006. Full run retail advertising inches were up 2% in 2006 mainly due to an increase at Los Angeles, Chicago and Newsday, partially offset by decreases at South Florida, Newport News and Hartford. Full run national advertising inches were down 10% in 2006 primarily due to decreases at Chicago, Los Angeles and South Florida. Full run classified advertising inches rose 2% in 2006 mainly due to increases at Orlando and Los Angeles, partially offset by decreases at Newport News, Chicago and Newsday. Part run advertising inches were up 5% in 2006 due to increases at Chicago and Los Angeles, partially offset by decreases at Newsday and Orlando. Preprint advertising pieces were flat in 2006 as increases at Los Angeles, Orlando and Hartford were offset by a decrease at Newsday.

**Circulation Revenues**—Circulation revenues were down 7% in 2007 and 3% in 2006, primarily due to selective home delivery discounting and volume declines. The largest revenue declines in 2007 were at Los Angeles, Chicago and Newsday. The largest revenue declines in 2006 were at Chicago, Los Angeles and Baltimore.

**Other Revenues**—Other revenues are derived from advertising placement services; the syndication of columns, features, information and comics to newspapers; commercial printing operations; delivery of other publications; direct mail operations; cable television news programming; distribution of entertainment listings; and other publishing-related activities. Other revenues increased by 8% in 2007 compared to 2006 primarily due to increased delivery revenue for third-party publications. In 2006, other revenues were flat compared to 2005.

64

Source: TRIBUNE CO, 10-K, March 20, 2008

**Operating Expenses**—Publishing operating expenses for 2007, 2006 and 2005 were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Compensation | $ 1,311 | $ 1,351 | $ 1,358 | − 3% | — |
| Newsprint and ink | 412 | 501 | 484 | − 18% | + 3% |
| Circulation distribution | 482 | 478 | 457 | + 1% | + 4% |
| Outside services | 314 | 308 | 295 | + 2% | + 4% |
| Promotion | 98 | 101 | 106 | − 3% | − 5% |
| Depreciation and amortization | 176 | 172 | 188 | + 2% | − 9% |
| Write-down of intangible assets | 130 | — | — | * | |
| Other | 374 | 359 | 372 | + 4% | − 3% |
| Total operating expenses | $ 3,297 | $ 3,270 | $ 3,260 | + 1% | — |

---

\* Not meaningful

Publishing operating expenses increased 1%, or $27 million, in 2007. Compensation expense decreased 3%, or $40 million, in 2007 primarily due to a 4% reduction in staffing. Compensation expense in 2007 included $40 million of severance and related expenses for the elimination of approximately 700 positions, a $33 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, and a $7 million charge related to the Company's new management equity incentive plan. Newsprint and ink expense declined by 18%, or $89 million, for 2007 due to an 11% decline in consumption and a 9% reduction in average newsprint costs. Circulation distribution expense increased 1%, or $4 million, primarily due to commercial delivery initiatives. Outside services expense increased 2%, or $6 million, in 2007 primarily due to additional outsourcing initiatives. Promotion expense decreased 3%, or $3 million, in 2007. Depreciation and amortization expense increased 2%, or $4 million, in 2007. In 2007, the Company recorded a $130 million impairment charge to write-down one of its masthead intangible assets to fair value (see Note 7 to the Company's consolidated financial statements in Item 8). Other expenses for 2007 included a $24 million charge for the disposition of a press at the *Los Angeles Times* San Fernando Valley printing facility and a $3 million charge to increase the accrual for anticipated advertiser claims at *Newsday.*

Publishing operating expenses were flat in 2006. Compensation expense decreased $7 million in 2006 primarily due to a 5% (900 full-time equivalent positions) reduction in staffing. Compensation expense in 2006 included a $20 million charge related to new union contracts at *Newsday*, $15 million of stock-based compensation expense and $8 million of severance expense for the elimination of 300 positions. Compensation expense in 2005 included $43 million of severance expense for the elimination of over 800 positions and a $13 million pension curtailment gain. Newsprint and ink expense was up 3%, or $17 million, for 2006. The Company's newspapers transitioned to lighter weight newsprint that on a per ton basis costs more, but yields more pages. On a same-weight basis, average newsprint cost per metric ton increased 10% and consumption declined 6% in 2006. Circulation distribution expense increased 4%, or $21 million, primarily due to higher mailed preprint advertising postage expenses resulting from higher postage rates and increased volume. Outside services expense was up 4%, or $13 million, in 2006 due largely to higher outside printing costs. Promotion expense decreased 5%, or $5 million, due to the Company's efforts to reduce costs in 2006. Depreciation and amortization expense decreased 9%, or $16 million, primarily due to $16 million of accelerated depreciation recorded in 2005 related to the shutdown of the *Los Angeles Times* San Fernando Valley printing facility. Other expenses for 2006 included a $4 million charge for the disposition of a press at the San Fernando Valley printing facility and a $3 million gain on a real property sale.

65

**Broadcasting and Entertainment**

For 2006 compared to 2005, the additional week increased broadcasting and entertainment operating revenues, operating expenses and operating profit by approximately 1%.

**Operating Revenues and Profit**—In 2007, broadcasting and entertainment contributed 28% of the Company's revenues and 56% of its operating profits. The following table presents broadcasting and entertainment operating revenues, operating expenses and operating profit for television and radio/entertainment. The Company's broadcasting operations at the end of 2007 included 23 television stations. Radio/entertainment includes WGN-AM, Chicago, Tribune Entertainment and the Chicago Cubs.

| (in millions) | | 2007 | | 2006 | | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|---|---|---|
| **Operating revenues** | | | | | | | | |
| Television | $ | 1,136 | $ | 1,178 | $ | 1,165 | − 4% | + 1% |
| Radio/entertainment | | 262 | | 247 | | 249 | + 6% | − 1% |
| Total operating revenues | $ | 1,398 | $ | 1,425 | $ | 1,414 | − 2% | + 1% |
| | | | | | | | | |
| **Operating expenses** | | | | | | | | |
| Television | $ | 814 | $ | 820 | $ | 782 | − 1% | + 5% |
| Radio/entertainment | | 227 | | 213 | | 215 | + 6% | − 1% |
| Total operating expenses | $ | 1,041 | $ | 1,033 | $ | 998 | + 1% | + 4% |
| | | | | | | | | |
| **Operating profit** | | | | | | | | |
| Television | $ | 322 | $ | 358 | $ | 383 | − 10% | − 7% |
| Radio/entertainment | | 35 | | 34 | | 33 | + 5% | + 1% |
| Total operating profit | $ | 357 | $ | 392 | $ | 417 | − 9% | − 6% |

Broadcasting and entertainment revenues decreased 2%, or $27 million, in 2007 due to decreased television revenues, partially offset by higher radio/entertainment revenues. Television revenues decreased 4%, or $42 million, primarily due to declines in advertising revenues of $74 million, partially offset by an additional $23 million of cable copyright royalties. The additional cable copyright royalties primarily related to WGN-TV, Chicago copyrighted programming that aired in prior years on Superstation WGN and was distributed on national cable and satellite television systems. Advertising revenues decreased primarily due to declines in the political, automotive, movies, retail and professional services categories, partially offset by increases in the telecom and food/packaged goods categories. Radio/entertainment revenues increased 6%, or $15 million, due to increased revenues at the Chicago Cubs, partially offset by lower revenues at WGN Radio. Chicago Cubs revenues increased as a result of higher concessions and game receipts, while WGN Radio's revenues declined due to lower advertising revenues.

Broadcasting and entertainment revenues increased 1%, or $11 million, in 2006 due to increased television revenues, partially offset by lower radio/entertainment revenues. Television revenues increased 1%, or $13 million, as declines in the retail, restaurant and fast food, health care and pharmacy and automotive categories were more than offset by increases in the political, telecom, education and movie categories. Radio/entertainment revenues decreased 1%, or $2 million, due to lower revenues at Tribune Entertainment, partially offset by increased revenues at the Chicago Cubs. Tribune Entertainment revenues declined due to lower syndication revenues and Chicago Cubs revenues increased as a result of higher game receipts, marketing revenues and broadcasting revenues.

Operating profit for broadcasting and entertainment decreased 9%, or $35 million, in 2007. Operating profit for 2007 was reduced by a $12 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, a charge of $6 million for the write-down of program assets at Tribune Entertainment, and a $3 million charge

66

Source: TRIBUNE CO, 10-K, March 20, 2008

related to the Company's new management equity incentive plan. Television operating profit declined 10%, or $36 million, in 2007 due to lower revenues and higher compensation costs, partially offset by lower programming expenses. Radio/entertainment operating profit increased 5%, or $1 million, due to higher revenues at the Chicago Cubs, partially offset by lower revenues at WGN Radio and the $6 million write-down of Tribune Entertainment program assets.

Operating profit for broadcasting and entertainment was down 6%, or $25 million, in 2006. Television operating profit declined 7%, or $25 million, in 2006 due to higher programming expenses and stock-based compensation, partially offset by higher operating revenues. Radio/entertainment operating profit increased 1%, or $1 million, due to higher revenues at the Chicago Cubs, partially offset by reduced revenues at Tribune Entertainment.

**Operating Expenses**—Broadcasting and entertainment operating expenses for 2007, 2006 and 2005 were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Compensation | $   433 | $   417 | $   412 | +4% | +1% |
| Programming | 344 | 352 | 330 | −2% | +7% |
| Depreciation and amortization | 51 | 51 | 48 | −1% | +6% |
| Other | 213 | 213 | 208 | — | +3% |
| Total operating expenses | $ 1,041 | $ 1,033 | $   998 | +1% | +4% |

Broadcasting and entertainment operating expenses increased 1%, or $8 million, in 2007, as an increase in compensation expense was largely offset by a decrease in programming expense. Compensation expense increased 4%, or $16 million, in 2007 due to the $12 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007 and a $3 million charge related to the Company's new management equity incentive plan. Programming expenses decreased 2%, or $8 million, in 2007 due to lower broadcast rights amortization, partially offset by the $6 million write-down of Tribune Entertainment program assets.

Broadcasting and entertainment operating expenses increased 4%, or $35 million, in 2006 primarily due to an increase in compensation, programming and other expenses. Compensation expense increased 1%, or $5 million, due to $5 million of stock-based compensation in 2006. Programming expenses were up 7%, or $22 million, in 2006 due to higher broadcast rights amortization. Other expenses increased 3%, or $5 million, in 2006.

**Equity Results**

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Net income on equity investments | $   100 | $   81 | $   41 | +24% | +96% |

Equity income totaled $100 million in 2007, an increase of $19 million from 2006. The increase primarily reflects improvements at TV Food Network and Comcast SportsNet Chicago.

Equity income totaled $81 million in 2006, an increase of $40 million from 2005. The increase primarily reflects improvements at TV Food Network, CareerBuilder and Classified Ventures and the absence of losses from The WB Network. In addition, equity income for 2006 includes the Company's $6 million share of a one-time favorable income tax adjustment at CareerBuilder.

**Interest and Dividend Income and Interest Expense**

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Interest and dividend income | $   22 | $   14 | $   7 | +54% | +88% |
| Interest expense | $   (582) | $   (274) | $   (155) | +112% | +76% |

Source: TRIBUNE CO, 10-K, March 20, 2008

Interest and dividend income increased to $22 million in 2007 from $14 million in 2006, due to higher average cash balances, higher interest rates and an increase in Time Warner dividend income. Interest and dividend income increased to $14 million in 2006, from $7 million in 2005, due to higher average cash balances, higher interest rates and an increase in Time Warner dividend income. Time Warner began paying quarterly dividends in September 2005. The Company currently holds 16.2 million shares of Time Warner stock.

Interest expense increased 112%, or $308 million, in 2007 primarily due to higher debt levels as a result of the Leveraged ESOP Transactions and higher interest rates (see Note 10 to the Company's consolidated financial statements in Item 8). Interest expense increased 76%, or $119 million, in 2006 primarily due to higher debt levels from financing common share repurchases in the third quarter of 2006 and higher interest rates. Average debt levels were $9.1 billion in 2007, $4.2 billion in 2006 and $2.6 billion in 2005. Outstanding debt was $12.8 billion at year-end 2007, $5.0 billion at year-end 2006 and $3.3 billion at year-end 2005.

## Other

Corporate expenses for 2007, 2006 and 2005 were as follows:

| (in millions) | 2007 | 2006 | 2005 | Change 07-06 | Change 06-05 |
|---|---|---|---|---|---|
| Corporate expenses | $ 91 | $ 56 | $ 49 | +64% | +13% |

Corporate expenses increased 64%, or $35 million, in 2007 primarily due to a $19 million charge for accelerated stock-based compensation expense and certain one-time compensation payments resulting from completion of the Leveraged ESOP Transactions in December 2007, a $15 million charge in 2007 for position eliminations, a $5 million charge related to the Company's new management equity incentive plan (excluding $3 million of early termination payments made pursuant to the Company's new management equity incentive plan, which amount is included in the $19 million charge for accelerated stock-based compensation expense and certain one-time compensation payments described above), and the absence of the $7 million corporate airplane gain recorded in 2006. Corporate expenses increased 13%, or $7 million, in 2006 primarily due to $11 million of stock-based compensation expense, partially offset by a $7 million gain related to the sale of the corporate airplane in 2006.

The effective tax rate on income from continuing operations was (49.1%) in 2007, 34.5% in 2006 and 52.1% in 2005. The effective tax rates for all three years were affected by income tax settlements and adjustments, as well as other non-operating items (see Note 2 to the Company's consolidated financial statements in Item 8). See Note 14 to the Company's consolidated financial statements in Item 8 for a reconciliation of income taxes computed at the U.S federal statutory rate to income taxes reported for continuing operations.

On March 13, 2008, the Company filed an election to be treated as a subchapter S Corporation under the Internal Revenue Code, which election is effective as of the beginning of the Company's 2008 fiscal year. As a result, essentially all of the Company's net deferred tax liabilities will be eliminated and such adjustment will be recorded as a reduction in the Company's provision for income taxes in the first quarter of 2008.

## DISCONTINUED OPERATIONS

### Publishing Discontinued Operations

On Feb. 12, 2007, the Company announced an agreement to sell *Hoy,* New York to ImpreMedia, LLC. The Company completed the sale of *Hoy,* New York on May 15, 2007 and recorded a pretax gain on the sale of $2.5 million ($.1 million after taxes) in the second quarter of 2007. On March 6, 2007, the Company announced an agreement to sell SCNI to Gannett Co., Inc. On May 25, 2007, the Company announced the termination of this agreement following an arbitrator's ruling that the Company could not sell SCNI unless Gannett Co., Inc. assumed an existing collective bargaining contract as a condition of the sale, which Gannett Co., Inc. declined to do. The Company simultaneously announced that it would immediately begin the process of soliciting offers for SCNI with the intention of completing a sale as soon as possible. On Oct. 25, 2007, the Company announced an agreement to sell SCNI to Hearst Corporation for $62.4 million. The sale of SCNI closed on Nov. 1, 2007, and

Source: TRIBUNE CO, 10-K, March 20, 2008

excluded the SCNI real estate in Stamford and Greenwich, Connecticut, which the Company plans to sell separately. In the first quarter of 2007, the Company recorded a pretax loss of $19 million ($33 million after taxes) to write down the net assets of SCNI to estimated fair value, less costs to sell. In the third quarter of 2007, the Company recorded a favorable $3 million after-tax adjustment to the loss on the sale of SCNI. During the third quarter of 2007, the Company began actively pursuing the sale of the stock of Recycler to Target Media Partners. Recycler publishes a collection of free classified newspapers in Southern California. The sale of Recycler closed on Oct. 17, 2007. The Company recorded a pretax loss on the sale of the stock of Recycler of $1 million in the third quarter of 2007. Due to the Company's high tax basis in the Recycler stock, the sale generated a significantly higher capital loss for income tax purposes. As a result, the Company recorded a $65 million income tax benefit in the third quarter of 2007, resulting in an after-tax gain of $64 million.

These businesses were considered components of the Company's publishing segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations for each of these businesses are reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income have been reclassified to conform to the current year presentation of discontinued operations.

**Broadcasting and Entertainment Discontinued Operations**

On June 5, 2006, the Company announced the sale of WATL-TV, Atlanta to Gannett Co., Inc. for $180 million. The sale closed on Aug. 7, 2006. On June 19, 2006, the Company announced the sale of WCWN-TV, Albany to Freedom Communications, Inc. for $17 million. The sale closed on Dec. 6, 2006. On Sept. 14, 2006, the Company announced the sale of WLVI-TV, Boston, to Sunbeam Television Corp. for $113.7 million. The sale closed on Dec. 19, 2006.

These businesses were considered components of the Company's broadcasting and entertainment segment as their operations and cash flows could be clearly distinguished, operationally and for financial reporting purposes, from the rest of the Company. The operations and cash flows of these businesses have been eliminated from the ongoing operations of the Company as a result of the sales, and the Company will not have any significant continuing involvement in their operations. Accordingly, the results of operations of each of these businesses have been reported as discontinued operations in the consolidated statements of income. Prior year consolidated statements of income were reclassified to conform to the presentation of these businesses as discontinued operations.

In conjunction with the sales of WATL-TV, Atlanta and WCWN-TV, Albany, the Company recorded in the second quarter of 2006 a pretax loss totaling $90 million to write down the net assets of the stations to estimated fair value, less costs to sell. The Company subsequently reduced the pretax loss on the sales of the Atlanta and Albany stations during the third quarter of 2006 by $1 million. In addition, the Company recorded in the fourth quarter of 2006 a pretax gain of $41 million for the sale of the Boston station. The net pretax loss on the sales of the three stations sold during 2006 was $48 million.

See Note 4 to the Company's consolidated financial statements in Item 8 for summarized financial information related to discontinued operations for 2007, 2006, and 2005.

## LIQUIDITY AND CAPITAL RESOURCES

Cash flow generated from operations is the Company's primary source of liquidity. Net cash provided by operations was $456 million in 2007, down 42% from $788 million in 2006, primarily due to lower operating profit and higher interest expense.

Net cash provided by investments totaled $211 million in 2007 compared to $26 million in 2006. The Company's capital expenditures totaled $146 million in 2007. The Company spent $16 million in cash for acquisitions and $11 million for investments and received $159 million in proceeds from the sales of certain subsidiaries, intangibles, and investments in 2007. Included in the $159 million in proceeds from the sales was

Source: TRIBUNE CO, 10-K, March 20, 2008

$69 million from the sales of discontinued operations (see Note 4 to the Company's consolidated financial statements in Item 8). In addition, the Company recorded a $224 million reduction to goodwill as a result of the Matthew Bender and Mosby income tax liabilities settlement (see Note 14 to the Company's consolidated financial statements in Item 8).

Net cash used for financing activities was $608 million in 2007. Total borrowings under the Credit Agreement were $9.120 billion and borrowings under the Interim Credit Agreement were $1.6 billion in 2007. The Company paid $207 million of debt issuance costs related to these new borrowings in 2007. In June 2007, the Company borrowed $7.015 billion under the Credit Agreement and used the proceeds to repurchase 126 million shares of the Company's common stock for $4.3 billion and to repay $1.5 billion of borrowings under the Company's former five-year term loan and $1.4 billion of borrowings under the Company's former bridge credit facility. In December 2007, the Company borrowed an additional $3.705 billion including $2.105 billion of incremental borrowings under the Credit Agreement and $1.6 billion of borrowings under the Interim Credit Agreement, and primarily used the proceeds to repurchase the remaining shares of the Company's common stock for $4.0 billion and to settle the Company's then outstanding stock-based awards for $135 million in cash. The Company also issued an unsecured $200 million subordinated exchangeable promissory note, including $6 million of payable-in-kind interest, to the Zell Entity and repaid $100 million of the borrowings under the Tranche X Facility and $97 million of commercial paper in 2007. Upon consummation of the Merger, the Company repaid the subordinated exchangeable promissory note using the $315 million of proceeds from the issuance of a new subordinated promissory note and a 15-year warrant to the Zell Entity and certain permitted assignees. Prior to the Merger, in 2007 net proceeds from the sales of common stock to employees totaled $80 million and proceeds from the sale of common stock to the Zell Entity totaled $50 million, while dividends on common stock, which were paid in the first quarter of 2007, totaled $43 million. In connection with the announcement on April 2, 2007 of the Leveraged ESOP Transactions, the Company suspended the payment of quarterly dividends on its common stock. The Credit Agreement contains certain restrictions on the Company's ability to pay dividends.

The Company expects to fund capital expenditures, interest and principal payments due in 2008 and other operating requirements through a combination of cash flows from operations, available borrowings under the Revolving Credit Facility, and, if necessary, disposals of assets or operations. The Company's ability to make scheduled payments or prepayments on its debt and other financial obligations will depend on future financial and operating performance and the ability to dispose of assets on favorable terms. There can be no assurances that the Company's businesses will generate sufficient cash flows from operations or that future borrowings under the Revolving Credit Facility will be available in an amount sufficient to satisfy debt maturities or to fund other liquidity needs or that any such asset dispositions can be completed. The Company's financial and operating performance is subject to prevailing economic and industry conditions and to financial, business and other factors, some of which are beyond the control of the Company.

If the Company's cash flows and capital resources are insufficient to fund debt service obligations, the Company will likely face increased pressure to reduce or delay capital expenditures, dispose of assets or operations, further reduce the size of its workforce, seek additional capital or restructure or refinance its indebtedness. These actions could have a material adverse effect on the Company's business, financial condition and results of operations. In addition, the Company cannot assure the ability to take any of these actions, that these actions would be successful and permit the Company to meet scheduled debt service obligations or that these actions would be permitted under the terms of the Company's existing or future debt agreements, including the Credit Agreement and the Interim Credit Agreement. For example, the Company may need to refinance all or a portion of its indebtedness on or before maturity. There can be no assurance that the Company will be able to refinance any of its indebtedness on commercially reasonable terms or at all. In the absence of improved operating results and access to capital resources, the Company could face substantial liquidity problems and might be required to dispose of material assets or operations to meet its debt service and other obligations. The Credit Agreement and the Interim Credit Agreement restrict the Company's ability to dispose of assets and use the proceeds from the disposition. The Company may not be able to consummate those dispositions or to obtain the proceeds realized. Additionally, these proceeds may not be adequate to meet the debt service obligations then due.

70

Source: TRIBUNE CO, 10-K, March 20, 2008

If the Company cannot make scheduled payments or prepayments on its debt, the Company will be in default and, as a result, among other things, the Company's debt holders could declare all outstanding principal and interest to be due and payable and the Company could be forced into bankruptcy or liquidation or required to substantially restructure or alter business operations or debt obligations. See Part I, Item 1A. "Risk Factors" for further discussion of the risks associated with the Company's ability to service all of its existing indebtedness. In addition, see the "Significant Events" section herein for additional information regarding the Leveraged ESOP Transactions and a summary of the Company's obligations under the Credit Agreement and the Interim Credit Agreement and for definitions of capitalized terms used in this discussion.

As of March 17, 2008, the Company's corporate credit ratings were as follows: "B-" with negative outlook by Standard & Poor's Rating Services, "B3" with stable outlook by Moody's Investor Service and "B-" with negative outlook by Fitch Ratings.

The Company has for several years maintained active debt shelf registration statements for its medium-term note program and other financing needs. A shelf registration statement was declared effective in July 2006. The shelf registration statement does not have a designated amount, but the Company's Board of Directors has authorized the issuance and sale of up to $3 billion of debt securities. Proceeds from any future debt issuances under the new shelf registration statement would be used for general corporate purposes, including repayment of short-term and long-term borrowings, capital expenditures, working capital and financing of acquisitions, in each case, subject to the terms of the Credit Agreement and the Interim Credit Agreement.

Although management believes its estimates and judgments are reasonable, the resolutions of the Company's tax issues are unpredictable and could result in tax liabilities that are significantly higher or lower than that which has been provided by the Company.

**Off-Balance Sheet Arrangements**—Off-balance sheet arrangements as defined by the SEC include the following four categories: obligations under certain guarantees or contracts; retained or contingent interests in assets transferred to an unconsolidated entity or similar arrangements; obligations under certain derivative arrangements; and obligations under material variable interests. The Company has not entered into any material arrangements, which would fall under any of these four categories, which would be reasonably likely to have a current or future material effect on the Company's financial condition, revenues or expenses, results of operations, liquidity or capital expenditures.

Source: TRIBUNE CO, 10-K, March 20, 2008

**Contractual Obligations**—The table below presents long-term debt maturities, required payments under contractual agreements for broadcast rights recorded in the consolidated balance sheet, future minimum lease payments to be made under non-cancelable operating leases, and other purchase obligations as of Dec. 30, 2007 (in thousands).

| Fiscal Year | Long-term Debt | Broadcast Rights Contracts Payable | Future Minimum Lease Payments | Other Purchase Obligations(1) | Total(2) |
|---|---|---|---|---|---|
| 2008 | $ 1,003,319 | $ 339,909 | $ 62,851 | $ 190,645 | $ 1,596,724 |
| 2009 | 857,222 | 188,748 | 57,941 | 207,602 | 1,311,513 |
| 2010 | 563,074 | 139,270 | 45,000 | 159,670 | 907,014 |
| 2011 | 78,309 | 66,724 | 35,627 | 121,587 | 302,247 |
| 2012 | 118,324 | 20,113 | 27,538 | 90,639 | 256,614 |
| Thereafter | 10,223,277 | 17,538 | 57,191 | 212,966 | 10,510,972 |
| Total | $ 12,843,525 | $ 772,302 | $ 286,148 | $ 983,109 | $ 14,885,084 |

(1) Other purchase obligations include $473 million for commitments for broadcast rights that are not currently available for broadcast (see Note 13 to the Company's consolidated financial statements in Item 8), and $510 million for talent contracts.

(2) In addition to the amounts listed in the table above, the Company had commitments totaling $142 million at Dec. 30, 2007 related to the purchase of inventory and property, plant and equipment. In addition, under its current agreement with AbitibiBowater Inc., the Company has a commitment to purchase 369,000 metric tons of newsprint each year over the next two years, subject to certain limitations, at prevailing market prices at the time of purchase (see Note 13 to the Company's consolidated financial statements in Item 8).

(3) The above table does not include $138 million of liabilities associated with the Company's uncertain tax positions as the Company cannot reliably estimate the timing of the future cash outflows related to these liabilities (see Note 14 to the Company's consolidated financial statements in Item 8).

**Capital Spending**—The Company spent $146 million for capital expenditures during 2007 and $222 million in 2006 (see Note 19 to the Company's consolidated financial statements in Item 8 for capital spending by business segment.)

Major capital projects that were in process during 2007 included the expansion of preprint inserting operations, expansion of color press capacities, web width reductions, and the implementation of new standard advertising, editorial and circulation systems.

Capital spending for the expansion of preprint inserting capacity in Orlando and Chicago totaled $7 million in 2007 and $20 million in 2006. The new inserters in Orlando began production in 2006. The Chicago expansion is scheduled to be completed by mid-2009 with additional capital spending of approximately $6 million expected in 2008. The Company spent $6 million in 2005 for preprint inserting capacity expansions at Los Angeles, South Florida and Orlando.

The Company's Los Angeles, Chicago and South Florida newspapers are increasing their color press capacities. The Los Angeles and South Florida expansions were operational in 2005 and 2006, respectively, while the Chicago expansion is scheduled to be completed by mid-2008. Capital spending for the color expansion at these three newspapers totaled less than $1 million in 2007 and $17 million and $45 million in 2006 and 2005, respectively. Additional capital spending of approximately $4 million is expected for the Chicago color expansion in 2008.

The Company initiated a web width reduction project in 2006 to reduce the printing press widths at seven newspaper markets to reduce printing costs. Capital spending for the web width reduction totaled $8 million in 2007 and $3 million in 2006. Additional capital spending for this project is expected to total approximately $10 million in 2008.

The Company is in the process of enhancing the capabilities of its advertising systems for its newspaper markets. Capital spending for this project totaled $10 million, $22 million, and $12 million in 2007, 2006, and 2005, respectively. Capital spending for this project is expected to be approximately $10 million in 2008.

Source: TRIBUNE CO, 10-K, March 20, 2008

The Company started new projects in 2006 to replace the editorial and circulation systems at all nine of its newspaper markets. The total estimated capital costs for the new editorial and circulation systems are approximately $33 million and $22 million, respectively. The targeted completion dates are mid-2009 for the editorial systems and 2010 for the circulation systems. The editorial systems spending was $6 million in 2007 and $11 million in 2006 while the circulation systems spending was $4 million in 2007 and $13 million in 2006. Capital spending for these projects combined is expected to be approximately $20 million in 2008.

The Company exercised it option on Jan. 29, 2008 to acquire the eight properties the Company leases from TMCT for $175 million. The Company expects to complete this acquisition in April 2008. The Company expects all other 2008 capital expenditures to be somewhat lower than 2007. Management reviews the capital expenditure program periodically and modifies it as required to meet current business needs. It is expected that 2008 capital expenditures will be funded from cash flow generated from operations and dispositions of assets.

Source: TRIBUNE CO, 10-K, March 20, 2008

## ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK.

**Interest Rate Risk**—All of the Company's borrowings are denominated in U.S. dollars. The Company manages interest rate risk by issuing a combination of both fixed and variable rate debt. In addition, the Company enters into hedge arrangements as required under the terms of the Credit Agreement as defined and described in Item 7 "Significant Events".

Information pertaining to the Company's debt at Dec. 30, 2007 is shown in the table below (in thousands).

| Maturities | Fixed Rate Debt | Weighted Avg Interest Rate | Variable Rate Debt | Weighted Avg Interest Rate | Total Debt |
|---|---|---|---|---|---|
| 2008(1) | $    277,119 | 2.5% | $    726,200 | 8.0% | $    1,003,319 |
| 2009(2) | 15,347 | 7.9% | 841,875 | 8.0% | 857,222 |
| 2010 (3) | 451,713 | 4.9% | 111,361 | 7.9% | 563,074 |
| 2011 | 2,109 | 9.2% | 76,200 | 7.9% | 78,309 |
| 2012 (4) | 2,090 | 9.5% | 116,234 | 7.9% | 118,324 |
| Thereafter (5) | 1,417,112 | 4.1% | 8,806,165 | 8.2% | 10,223,277 |
| Total at Dec. 30, 2007 | $    2,165,490 | | $    10,678,035 | | $    12,843,525 |
| Fair Value at Dec. 30, 2007(6) | $    1,710,564 | | $    9,762,567 | | $    11,473,131 |

(1) Fixed rate debt includes $253 million related to the Company's 2% PHONES which represents the cash exchange value of the PHONES at Dec. 30, 2007. Also included is $22 million of property financing obligation (see Note 8 to the Company's consolidated financial statements in Item 8). Variable rate debt includes $650 million related to the portion of the Tranche X facility due on Dec. 4, 2008 and $76 million related to the Tranche B facility, which is payable in quarterly increments of $19 million until maturity in 2014 when the remaining principal balance is due in full (see Note 10 to the Company's consolidated financial statements in Item 8).

(2) Variable rate debt includes $750 million related to the portion of the Tranche X facility due on June 4, 2009 and $16 million related to an interest rate swap agreement through 2009 on $750 million of the variable rate borrowings under the Tranche B facility effectively converting the variable rate to a fixed rate of 5.25% plus a margin of 300 basis points.

(3) Variable rate debt includes $35 million related to an interest rate swap agreement through 2010 on $1 billion of the variable rate borrowings under the Tranche B facility effectively converting the variable rate to a fixed rate of 5.29% plus a margin of 300 basis points.

(4) Variable rate debt includes $40 million related to an interest rate swap agreement through 2012 on $750 million of the variable rate borrowings effectively converting the variable rate to a fixed rate of 5.39% plus a margin of 300 basis points.

(5) Fixed rate debt includes the remaining $344 million related to the Company's 2% PHONES, due 2029. The Company may redeem the PHONES at any time for the greater of the principal value of the PHONES ($155.99 per PHONES at Dec. 30, 2007) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. The Company records both cash and non-cash interest expense on the discounted debt component of the PHONES (see Note 10 to the Company's consolidated financial statements in Item 8). Fixed rate debt also includes $28 million related to the interest rate swap agreement on the $100 million 7.5% debentures due in 2023 effectively converting the fixed 7.5% rate to a variable rate based on LIBOR. Variable rate debt includes the $1.6 billion Bridge Facility, which has been classified as long-term because the borrowings under the Bridge Facility will be converted into long-term senior exchange notes or similar instruments prior to the Bridge Facility's initial maturity date of Dec. 20, 2008 (see Note 10 to the Company's consolidated financial statements in Item 8). Variable rate debt also includes $7.2 billion related to the amount due in 2014 on the Tranche B facility after all quarterly payments have been made (see Note 10 to the Company's consolidated financial statements in Item 8).

(6) Fair value was estimated based on quoted market prices for similar issues or on current rates available to the Company for debt of the same remaining maturities and similar terms. The carrying value of the Company's derivative instruments approximates fair value. The fair value of the PHONES was determined by reference to the market value resulting from trading on a national securities exchange.

**Variable Interest Rate Debt**—As described in Item 7 herein, on June 4, 2007 and Dec. 20, 2007, the Company entered into borrowings under the Credit Agreement and the Interim Credit Agreement. In general, borrowings under the Credit Agreement bear interest at a variable rate based on LIBOR plus a spread ranging from 2.75% to 3.00%. Borrowings under the Interim Credit Agreement bear interest based on LIBOR plus 4.50%, provided that the aforementioned interest rate will increase by 50 basis points per annum each quarter beginning on March 20, 2008, subject to specified caps. As of Dec. 30, 2007, the Company had $10.587 billion of variable rate

Source: TRIBUNE CO, 10-K, March 20, 2008

borrowings outstanding under these credit facilities. At this borrowing level, and before consideration of the Company's existing interest rate swap agreements, a hypothetical one percent increase in the underlying interest rates for the Company's variable rate borrowings under these agreements would result in an additional $106 million of annual pretax interest expense. The Company is currently a party to four interest rate swap agreements. One of the swap agreements relates to the $100 million fixed 7.5% rate debentures due in 2023 and effectively converts the fixed 7.5% rate to a variable rate based on LIBOR. The other three swap agreements were initiated on July 3, 2007, and effectively converted $2.5 billion of the variable rate borrowings to a weighted-average fixed rate of 5.31% plus a margin of 300 basis points.

Information pertaining to the Company's debt at Dec. 31, 2006 is shown in the table below (in thousands).

| Maturities | Fixed Rate Debt | Weighted Avg Interest Rate | Variable Rate Debt | Weighted Avg Interest Rate | Total Debt |
|---|---|---|---|---|---|
| 2007(1)(2) | $ 353,044 | 2.3% | $ 1,407,019 | 6.2% | $ 1,760,063 |
| 2008 | 287,023 | 5.8% | — | — | 287,023 |
| 2009 | 15,851 | 7.7% | — | — | 15,851 |
| 2010 | 451,246 | 4.9% | — | — | 451,246 |
| 2011 | 1,907 | 9.3% | 1,500,000 | 6.2% | 1,501,907 |
| Thereafter(3)(4) | 989,128 | 3.9% | — | — | 989,128 |
| Total at Dec. 31, 2006 | $ 2,098,199 | | $ 2,907,019 | | $ 5,005,218 |
| Fair Value at Dec. 31, 2006(5) | $ 1,997,371 | | $ 2,907,019 | | $ 4,904,390 |

(1) Includes $331 million related to the Company's 2% PHONES (fixed rate debt). This amount was classified as long-term and treated as maturing after 2011 for financial statement presentation purposes because of the Company's ability and intent at Dec. 31, 2006 to refinance these securities, on a long-term basis, in the event that the 2% PHONES were put to the Company in 2007. See Note 10 to the Company's consolidated financial statements in Item 8 for further discussion.

(2) Includes $20 million of property financing obligation (fixed rate debt). See Note 8 to the Company's consolidated financial statements in Item 8 for further discussion.

(3) Includes $242 million related to the Company's 2% PHONES, due 2029. The Company may redeem the PHONES at any time for the greater of the principal value of the PHONES ($156.47 per PHONES at Dec. 31, 2006) or the then market value of two shares of Time Warner common stock, subject to certain adjustments. Quarterly interest payments are made to the PHONES holders at an annual rate of 2% of the initial principal. The Company records both cash and non-cash interest expense on the discounted debt component of the PHONES. See Note 10 to the Company's consolidated financial statements in Item 8 for further discussion.

(4) Includes $25 million related to the interest rate swap agreement on the $100 million 7.5% debentures due in 2023 effectively converting the fixed 7.5% rate to a variable rate based on LIBOR.

(5) Fair value was estimated based on quoted market prices for similar issues or on current rates available to the Company for debt of the same remaining maturities and similar terms. The carrying value of the Company's derivative instruments approximates fair value. The fair value of the PHONES was determined by reference to the market value resulting from trading on a national securities exchange.

**Equity Price Risk**

**Available-For-Sale Securities**—The Company has common stock investments in publicly traded companies that are subject to market price volatility. Except for 16 million shares of Time Warner common stock (see discussion below), these investments are classified as available-for-sale securities and are recorded on the balance sheet at fair value with unrealized gains or losses, net of related tax effects, reported in the accumulated other comprehensive income (loss) component of shareholders' equity (deficit).

Source: TRIBUNE CO, 10-K, March 20, 2008

**2007**—The following analysis presents the hypothetical change at Dec. 30, 2007 in the fair value of the Company's common stock investments in publicly traded companies that are classified as available-for-sale, assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in each stock's price. As of Dec. 30, 2007, the Company's common stock investments in publicly traded companies consisted primarily of 237,790 shares of Time Warner common stock unrelated to PHONES (see discussion below in "Derivatives and Related Trading Securities") and 3.4 million shares of AdStar, Inc.

| (In thousands) | Valuation of Investments Assuming Indicated Decrease in Stock's Price | | | Dec. 30, 2007 Fair Value | Valuation of Investments Assuming Indicated Increase in Stock's Price | | |
| | -30% | -20% | -10% | | +10% | +20% | +30% |
|---|---|---|---|---|---|---|---|
| Common stock investments in public companies | $ 3,716 | $ 4,246 | $ 4,777 | $ 5,308(1) | $ 5,839 | $ 6,370 | $ 6,901 |

(1) Excludes 16 million shares of Time Warner common stock. See discussion below in "Derivatives and Related Trading Securities."

During the last 12 quarters preceding Dec. 30, 2007, market price movements caused the fair value of the Company's common stock investments in publicly traded companies to change by 10% or more in four of the quarters, by 20% or more in four of the quarters and by 30% or more in three of the quarters.

**2006**—The following analysis presents the hypothetical change at Dec. 31, 2006 in the fair value of the Company's common stock investments in publicly traded companies that are classified as available-for-sale, assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in each stock's price. As of Dec. 31, 2006, the Company's common stock investments in publicly traded companies consisted primarily of 274,080 shares of Time Warner common stock unrelated to PHONES (see discussion below in "Derivatives and Related Trading Securities") and 3.4 million shares of AdStar, Inc.

| (In thousands) | Valuation of Investments Assuming Indicated Decrease in Stock's Price | | | Dec. 31, 2006 Fair Value | Valuation of Investments Assuming Indicated Increase in Stock's Price | | |
| | -30% | -20% | -10% | | +10% | +20% | +30% |
|---|---|---|---|---|---|---|---|
| Common stock investments in public companies | $ 9,728 | $ 11,117 | $ 12,507 | $ 13,897(1) | $ 15,286 | $ 16,676 | $ 18,066 |

(1) Excludes 16 million shares of Time Warner common stock. See discussion below in "Derivatives and Related Trading Securities."

During the last 12 quarters preceding Dec. 31, 2006, market price movements caused the fair value of the Company's common stock investments in publicly traded companies to change by 10% or more in two of the quarters, by 20% or more in one of the quarters and by 30% or more in one of the quarters.

**Derivatives and Related Trading Securities**—The Company issued 8 million PHONES in April 1999 indexed to the value of its investment in 16 million shares of Time Warner common stock (see Note 10 to the Company's consolidated financial statements in Item 8). Since the second quarter of 1999, this investment in Time Warner has been classified as a trading security, and changes in its fair value, net of the changes in the fair value of the related derivative component of the PHONES, have been recorded in the statement of income.

At maturity, the PHONES will be redeemed at the greater of the then market value of two shares of Time Warner common stock or the principal value of the PHONES ($155.99 per PHONES at Dec. 30, 2007). At Dec. 30, 2007 and Dec. 31, 2006, the PHONES carrying value was approximately $597 million and $573 million, respectively. Since the issuance of the PHONES in April 1999, changes in the fair value of the derivative component of the PHONES have partially offset changes in the fair value of the related Time Warner shares. There have been and may continue to be periods with significant non-cash increases or decreases to the Company's net income pertaining to the PHONES and the related Time Warner shares.

76

Source: TRIBUNE CO, 10-K, March 20, 2008

**2007**—The following analysis presents the hypothetical change at Dec. 30, 2007, in the fair value of the Company's 16 million shares of Time Warner common stock related to the PHONES assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in the stock's price.

| (In thousands) | Valuation of Investment Assuming Indicated Decrease in Stock Price | | | Dec. 30, 2007 Fair Value | Valuation of Investment Assuming Indicated Increase in Stock Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Time Warner common stock | $ 186,480 | $ 213,120 | $ 239,760 | $ 266,400 | $ 293,040 | $ 319,680 | $ 346,320 |

During the last 12 quarters preceding Dec. 30, 2007, market price movements have caused the fair value of the Company's 16 million shares of Time Warner common stock to change by 10% or more in two of the quarters, by 20% or more in one of the quarters and by 30% or more in none of the quarters.

**2006**—The following analysis presents the hypothetical change at Dec. 31, 2006, in the fair value of the Company's 16 million shares of Time Warner common stock related to the PHONES assuming hypothetical stock price fluctuations of plus or minus 10%, 20% and 30% in the stock's price.

| (In thousands) | Valuation of Investment Assuming Indicated Decrease in Stock Price | | | Dec. 31, 2006 Fair Value | Valuation of Investment Assuming Indicated Increase in Stock Price | | |
|---|---|---|---|---|---|---|---|
| | -30% | -20% | -10% | | +10% | +20% | +30% |
| Time Warner common stock | $ 243,936 | $ 278,784 | $ 313,632 | $ 348,480 | $ 383,328 | $ 418,176 | $ 453,024 |

During the last 12 quarters preceding Dec. 31, 2006, market price movements have caused the fair value of the Company's 16 million shares of Time Warner common stock to change by 10% or more in two of the quarters, by 20% or more in one of the quarters and by 30% or more in none of the quarters.

77

Source: TRIBUNE CO, 10-K, March 20, 2008

ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA.

### INDEX TO FINANCIAL STATEMENTS
### AND FINANCIAL STATEMENT SCHEDULE

| | Page |
|---|---|
| Report of Independent Registered Public Accounting Firm | 79 |
| Consolidated Statements of Income for each of the three fiscal years in the period ended Dec. 30, 2007 | 81 |
| Consolidated Balance Sheets at Dec. 30, 2007 and Dec. 31, 2006 | 82 |
| Consolidated Statements of Shareholders' Equity (Deficit) for each of the three fiscal years in the period ended Dec. 30, 2007 | 84 |
| Consolidated Statements of Cash Flows for each of the three fiscal years in the period ended Dec. 30, 2007 | 86 |
| Notes to Consolidated Financial Statements | |
| Note 1: Summary of Significant Accounting Policies | 87 |
| Note 2: Changes in Operations and Non-Operating Items | 94 |
| Note 3: Leveraged ESOP Transactions | 98 |
| Note 4: Discontinued Operations and Assets Held for Sale | 100 |
| Note 5: *Newsday* and *Hoy*, New York Charge | 102 |
| Note 6: Inventories | 103 |
| Note 7: Goodwill and Other Intangible Assets | 104 |
| Note 8: TMCT and TMCT II | 106 |
| Note 9: Investments | 108 |
| Note 10: Debt | 110 |
| Note 11: Contracts Payable for Broadcast Rights | 117 |
| Note 12: Fair Value of Financial Instruments | 117 |
| Note 13: Commitments and Contingencies | 117 |
| Note 14: Income Taxes | 118 |
| Note 15: Pension and Other Postretirement Benefits | 123 |
| Note 16: Capital Stock | 127 |
| Note 17: Incentive Compensation and Stock Plans | 129 |
| Note 18: Comprehensive Income | 135 |
| Note 19: Business Segments | 136 |
| 2007 Quarterly Results (Unaudited) | 139 |
| 2006 Quarterly Results (Unaudited) | 140 |
| Five Year Financial Summary | 141 |
| Financial Statement Schedule for each of the three fiscal years in the period ended Dec. 30, 2007 | |
| Schedule II Valuation and Qualifying Accounts and Reserves* | 143 |
| Consolidated Financial Statements of Tribune Broadcasting Holdco, LLC and Subsidiaries | 144 |
| Financial Statements of Tribune Finance, LLC | 167 |

---

\*    All other schedules required under Regulation S-X are omitted because they are not applicable or not required.

78

Source: TRIBUNE CO, 10-K, March 20, 2008

## REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and Shareholders of Tribune Company:

In our opinion, based on our audit and the report of other auditors, the financial statements listed in the accompanying index present fairly, in all material respects, the financial position of Tribune Company and its subsidiaries at December 30, 2007 and December 31, 2006, and the results of their operations and their cash flows for each of the three years in the period ended December 30, 2007 in conformity with accounting principles generally accepted in the United States of America. In addition, in our opinion, the financial statement schedule listed in the accompanying index presents fairly, in all material respects, the information set forth therein when read in conjunction with the related consolidated financial statements. Also in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of December 30, 2007, based on criteria established in Internal Control - Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Company's management is responsible for these financial statements and financial statement schedule, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in Management's Report on Internal Control over Financial Reporting in Item 9A. Our responsibility is to express opinions on these financial statements, on the financial statement schedule and on the Company's internal control over financial reporting based on our integrated audits. We did not audit the financial statements of Television Food Network, G.P. ("TV Food Network"), an equity method investee of Tribune Company and its subsidiaries, for the year ended December 30, 2007. The Company's consolidated financial statements include income from this equity investment of $82 million for the year ended December 30, 2007. The financial statements of TV Food Network were audited by other auditors whose report thereon has been furnished to us, and our opinion on the financial statements expressed herein, insofar as it relates to the equity income from TV Food Network for the year ended December 30, 2007, is based solely on the report of the other auditors. We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement and whether effective internal control over financial reporting was maintained in all material respects. Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits and the report of other auditors provide a reasonable basis for our opinions.

As discussed in Notes 15 and 17 to the consolidated financial statements, the Company changed the manner in which it accounts for defined benefit pension and other postretirement plans effective December 31, 2006 and the manner in which it accounts for share-based compensation in 2006.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that

79

controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ PricewaterhouseCoopers LLP

PricewaterhouseCoopers LLP
Chicago, Illinois
March 14, 2008

80

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED STATEMENTS OF INCOME
### (In thousands of dollars)

| | Year Ended | | |
| --- | --- | --- | --- |
| | Dec. 30, 2007 | Dec. 31, 2006 | Dec. 25, 2005 |
| **Operating Revenues** | | | |
| Publishing | | | |
| Advertising | $ 2,861,019 | $ 3,194,968 | $ 3,171,776 |
| Circulation | 526,529 | 567,326 | 585,093 |
| Other | 277,042 | 256,124 | 255,544 |
| Total | 3,664,590 | 4,018,418 | 4,012,413 |
| Broadcasting and entertainment | 1,398,394 | 1,425,146 | 1,414,433 |
| Total operating revenues | 5,062,984 | 5,443,564 | 5,426,846 |
| | | | |
| **Operating Expenses** | | | |
| Cost of sales (exclusive of items shown below) | 2,545,554 | 2,700,302 | 2,661,725 |
| Selling, general and administrative | 1,525,443 | 1,434,076 | 1,405,485 |
| Depreciation | 208,237 | 204,662 | 219,539 |
| Amortization of intangible assets | 19,833 | 19,763 | 18,838 |
| Write-down of intangible assets (Note 7) | 130,000 | — | — |
| Total operating expenses | 4,429,067 | 4,358,803 | 4,305,587 |
| | | | |
| **Operating Profit** | 633,917 | 1,084,761 | 1,121,259 |
| Net income on equity investments | 100,219 | 80,773 | 41,209 |
| Interest and dividend income | 21,827 | 14,145 | 7,539 |
| Interest expense | (581,640) | (273,902) | (155,191) |
| Gain (loss) on change in fair values of derivatives and related investments | (96,806) | 11,088 | 62,184 |
| Strategic transaction expenses | (85,131) | (3,466) | — |
| Gain on TMCT transactions | 8,003 | 59,596 | — |
| Gain on other investment transactions, net | 31,578 | 36,732 | 6,780 |
| Other non-operating gain (loss), net | 5,137 | (981) | 897 |
| **Income From Continuing Operations Before Income Taxes** | 37,104 | 1,008,746 | 1,084,677 |
| Income taxes (Note 14) | 18,234 | (347,573) | (565,293) |
| **Income From Continuing Operations** | 55,338 | 661,173 | 519,384 |
| **Income (Loss) from Discontinued Operations, net of tax (Note 4)** | 31,607 | (67,178) | 15,305 |
| | | | |
| **Net Income** | $ 86,945 | $ 593,995 | $ 534,689 |

See Notes to Consolidated Financial Statements.

81

Source: TRIBUNE CO, 10-K, March 20, 2008

### TRIBUNE COMPANY AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS
#### (In thousands of dollars)

|  | Dec. 30, 2007 | Dec. 31, 2006 |
|---|---|---|
| **Assets** | | |
| **Current Assets** | | |
| Cash and cash equivalents | $ 233,284 | $ 174,686 |
| Accounts receivable (net of allowances of $32,230 and $33,771) | 732,853 | 734,871 |
| Inventories | 40,675 | 40,962 |
| Broadcast rights | 287,045 | 271,995 |
| Deferred income taxes | — | 74,450 |
| Prepaid expenses and other | 91,166 | 49,466 |
| Total current assets | 1,385,023 | 1,346,430 |
| **Properties** | | |
| Machinery, equipment and furniture | 2,341,465 | 2,306,400 |
| Buildings and leasehold improvements | 992,390 | 1,014,865 |
|  | 3,333,855 | 3,321,265 |
| Accumulated depreciation | (1,998,741) | (1,907,365) |
|  | 1,335,114 | 1,413,900 |
| Land | 106,611 | 127,797 |
| Construction in progress | 123,970 | 143,415 |
| Net properties | 1,565,695 | 1,685,112 |
| **Other Assets** | | |
| Broadcast rights | 301,263 | 295,186 |
| Goodwill | 5,579,926 | 5,837,208 |
| Other intangible assets, net | 2,663,152 | 2,846,057 |
| Time Warner stock related to PHONES debt | 266,400 | 348,480 |
| Other investments | 508,205 | 564,750 |
| Prepaid pension costs | 514,429 | 293,455 |
| Assets held for sale | 33,780 | 9,172 |
| Other | 331,846 | 174,922 |
| Total other assets | 10,199,001 | 10,369,230 |
| Total assets | $ 13,149,719 | $ 13,400,772 |

See Notes to Consolidated Financial Statements.

82

Source: TRIBUNE CO, 10-K, March 20, 2008

**TRIBUNE COMPANY AND SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands of dollars)**

|  | Dec. 30, 2007 | Dec. 31, 2006 |
|---|---|---|
| **Liabilities and Shareholders' Equity (Deficit)** | | |
| **Current Liabilities** | | |
| Borrowings under former bridge credit facility | $ — | $ 1,310,000 |
| PHONES debt related to Time Warner stock (Note 10) | 253,080 | |
| Other debt due within one year (Note 10) | 750,239 | 119,007 |
| Accounts payable | 188,017 | 151,601 |
| Employee compensation and benefits | 129,677 | 185,551 |
| Contracts payable for broadcast rights | 339,909 | 319,822 |
| Deferred income taxes | 100,324 | — |
| Deferred income | 121,239 | 108,607 |
| Other | 307,481 | 354,003 |
| Total current liabilities | 2,189,966 | 2,548,591 |
| **Long-Term Debt** | | |
| PHONES debt related to Time Warner stock (Note 10) | 343,960 | 572,960 |
| Other long-term debt (less portions due within one year) | 11,496,246 | 3,003,251 |
| Total long-term debt | 11,840,206 | 3,576,211 |
| **Other Non-Current Liabilities** | | |
| Deferred income taxes | 1,771,845 | 1,974,672 |
| Contracts payable for broadcast rights | 432,393 | 424,050 |
| Deferred compensation and benefits | 264,480 | 392,187 |
| Other obligations | 164,769 | 165,445 |
| Total other non-current liabilities | 2,633,487 | 2,956,354 |
| **Commitments and Contingent Liabilities (Note 13)** | — | — |
| **Common Shares Held by ESOP, net of Unearned Compensation (Note 17)** | — | — |
| **Shareholders' Equity (Deficit)** | | |
| Series D-1 convertible preferred stock | | |
| Authorized: no shares at Dec. 30, 2007 and 137,643 shares at Dec. 31, 2006; Issued and outstanding: no shares at Dec. 30, 2007 and no shares (net of 137,643 treasury shares) at Dec. 31, 2006 | — | — |
| Common stock ($0.01 par value) | | |
| Authorized: 250,000,000 shares at Dec. 30, 2007 and 1,400,000,000 shares at Dec. 31, 2006; no shares issued other than to ESOP at Dec. 30, 2007 and 387,179,076 shares issued at Dec. 31, 2006 | — | 2,241 |
| Additional paid-in capital | — | 6,834,788 |
| Stock purchase warrants (Note 16) | 255,000 | |
| Retained earnings (deficit) | (3,474,311) | 3,138,313 |
| Treasury common stock (at cost) no shares at Dec. 30, 2007 and 147,971,659 shares at Dec. 31, 2006 | — | (5,288,341) |
| Accumulated other comprehensive income (loss) | (294,629) | (367,385) |
| Total shareholders' equity (deficit) | (3,513,940) | 4,319,616 |
| Total liabilities and shareholders' equity (deficit) | $ 13,149,719 | $ 13,400,772 |

See Notes to Consolidated Financial Statements.

Source: TRIBUNE CO, 10-K, March 20, 2008

**TRIBUNE COMPANY AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF SHAREHOLDERS' EQUITY (DEFICIT)**
**(In thousands)**

| | Total | Retained Earnings (Deficit) | Accumulated Other Comprehensive Income (Loss) | Convertible Preferred Stock | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Series C(1) | Series D-1(1) | Series D-2(1) |
| **Balance at Dec. 26, 2004** | $ 6,836,844 | $ 2,810,542 | $ 12,830 | $ 44,260 | $ 38,097 | $ 24,510 |
| Comprehensive income: | | | | | | |
| Net income | 534,689 | 534,689 | — | — | — | — |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on marketable securities, net | (3,463) | — | (3,463) | — | — | — |
| Change in minimum pension liabilities, net | (20,597) | — | (20,597) | — | — | — |
| Change in foreign currency translation adjustments, net | (70) | — | (70) | — | — | — |
| Comprehensive income | 510,559 | | | — | — | — |
| Dividends declared: | | | | | | |
| Common | (225,110) | (225,110) | — | — | — | — |
| Series C, D-1 and D-2 preferred | (8,364) | (8,364) | — | — | — | — |
| Shares issued under option and stock plans | 51,102 | | — | — | — | — |
| Tax benefit on stock options exercised | 5,395 | | — | — | — | — |
| Shares tendered as payment for options exercised | (1,101) | (769) | — | — | — | — |
| Purchases of treasury stock | (443,774) | | — | — | — | — |
| Retirement of treasury stock | — | (286,226) | — | — | — | — |
| **Balance at Dec. 25, 2005** | $ 6,725,551 | $ 2,824,762 | $ (11,300) | $ 44,260 | $ 38,097 | $ 24,510 |
| Comprehensive income: | | | | | | |
| Net income | 593,995 | 593,995 | — | — | — | — |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on marketable securities, net | (9,396) | — | (9,396) | — | — | — |
| Change in minimum pension liabilities, net | 18,987 | — | 18,987 | — | — | — |
| Change in foreign currency translation adjustments, net | 183 | — | 183 | — | — | — |
| Comprehensive income | 603,769 | | | — | — | — |
| Adjustments, net of tax, for initial adoption of FAS No. 158 (see Note 1 and Note 15) | (365,859) | — | (365,859) | — | — | — |
| Dividends declared: | | | | | | |
| Common | (194,640) | (194,640) | — | — | — | — |
| Series C, D-1 and D-2 preferred | (6,309) | (6,309) | — | — | — | — |
| Shares issued under option and stock plans | 38,714 | — | — | — | — | — |
| Tax benefits on stock options exercised | 4,256 | — | — | — | — | — |
| Shares tendered as payment for options exercised | (138) | (79) | — | — | — | — |
| Stock-based compensation | 31,645 | — | — | — | — | — |
| TMCT transactions (see Note 8) | (267,978) | — | — | (44,260) | (38,097) | (24,510) |
| Purchases of treasury stock | (2,249,395) | — | — | — | — | — |
| Retirements of treasury stock | — | (79,416) | — | — | — | — |
| **Balance at Dec. 31, 2006** | $ 4,319,616 | $ 3,138,313 | $ (367,385) | $ — | $ — | $ — |
| Comprehensive income: | | | | | | |
| Net income | 86,945 | 86,945 | — | — | — | — |
| Other comprehensive income: | | | | | | |
| Change in unrecognized benefit cost gains and losses, net | 104,560 | — | 104,560 | — | — | — |
| | 27,350 | — | 27,350 | — | — | — |

| | | | | | | |
|---|---|---|---|---|---|---|
| Adjustment for previously unrecognized benefit cost gains and losses included in net income, net | | | | | | |
| Change in unrealized gain on marketable securities, net | (5,340) | — | (5,340) | — | — | — |
| Change in unrecognized losses on cash flow hedging instruments, net | (54,398) | — | (54,398) | — | — | — |
| Change in foreign currency translation adjustments, net | 584 | — | 584 | — | — | — |
| Comprehensive income | 159,701 | — | — | — | — | — |
| Dividends declared: | | | | | | |
| Common | (43,247) | (43,247) | — | — | — | — |
| Shares issued under option and stock plans | 92,645 | (30) | — | — | — | — |
| Tax benefits on stock options exercised | 21,307 | — | — | — | — | — |
| Shares tendered as payment for options exercised and redeemed | (5,742) | 658 | — | — | — | — |
| Stock-based compensation | 91,967 | — | — | — | — | — |
| Cash redemption of stock-based awards (Note 17) | (134,916) | — | — | — | — | — |
| TMCT transactions adjustment (Note 8) | 1,002 | — | — | — | — | — |
| Sale of common stock to Zell Entity (Note 3) | 50,000 | (98) | — | — | — | — |
| Issuance of stock purchase warrants (Note 16) | 255,000 | — | — | — | — | — |
| Issuance of shares held by ESOP (Note 3) | — | (54,170) | — | — | — | — |
| Reclassification of ESOP shares upon Merger (Note 17) | — | — | — | — | — | — |
| Purchases of treasury stock | (8,321,273) | — | — | — | — | — |
| Retirements of treasury stock | — | (6,602,682) | — | — | — | — |
| **Balance at Dec. 30, 2007** | $ (3,513,940) | $ (3,474,311) | $ (294,629) | $ — | $ — | $ — |

(1) Amounts are net of treasury stock.

See Notes to Consolidated Financial Statements.

84

Source: TRIBUNE CO, 10-K, March 20, 2008

| | Unearned Compensation (ESOP) | Stock Purchase Warrants | Common Stock and Additional Paid-In Capital | | Treasury Common Stock | |
|---|---|---|---|---|---|---|
| | | | Amount (at cost) | Shares | Amount (at cost) | Shares |
| **Balance at Dec. 26, 2004** | — $ | $ | $ 6,918,505 | 400,515 | $ (3,011,900) | (83,442) |
| Comprehensive income: | | | | | | |
| Net income | — | — | — | — | — | — |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on marketable securities, net | — | — | — | — | — | — |
| Change in minimum pension liabilities, net | — | — | — | — | — | — |
| Change in foreign currency translation adjustments, net | — | — | — | — | — | — |
| Comprehensive income | — | — | — | — | — | — |
| Dividends declared: | | | | | | |
| Common | — | — | — | — | — | — |
| Series C, D-1 and D-2 preferred | — | — | — | — | — | — |
| Shares issued under option and stock plans | — | — | 51,102 | 1,814 | — | — |
| Tax benefit on stock options exercised | — | — | 5,395 | — | — | — |
| Shares tendered as payment for options exercised | — | — | (332) | (26) | — | — |
| Purchases of treasury stock | — | — | — | — | (443,774) | (12,181) |
| Retirement of treasury stock | — | — | (153,867) | (12,181) | 440,093 | 12,181 |
| **Balance at Dec. 25, 2005** | $ — | $ | $ 6,820,803 | 390,122 | $ (3,015,581) | (83,442) |
| Comprehensive income: | | | | | | |
| Net income | — | — | — | — | — | — |
| Other comprehensive income: | | | | | | |
| Change in unrealized gain on marketable securities, net | — | — | — | — | — | — |
| Change in minimum pension liabilities, net | — | — | — | — | — | — |
| Change in foreign currency translation adjustments, net | — | — | — | — | — | — |
| Comprehensive income | — | — | — | — | — | — |
| Adjustments, net of tax, for initial adoption of FAS No. 158 (see Note 1 and Note 15) | — | — | — | — | — | — |
| Dividends declared: | | | | | | |
| Common | — | — | — | — | — | — |
| Series C, D-1 and D-2 preferred | — | — | — | — | — | — |
| Shares issued under option and stock plans | — | — | 38,714 | 1,665 | — | — |
| Tax benefits on stock options exercised | — | — | 4,256 | — | — | — |
| Shares tendered as payment for options exercised | — | — | (59) | (4) | — | — |
| Stock-based compensation | — | — | 31,645 | — | — | — |
| TMCT transactions (see Note 8) | — | — | — | — | (161,111) | 1,550 |
| Purchases of treasury stock | — | — | — | — | (2,249,395) | (70,684) |
| Retirements of treasury stock | — | — | (58,330) | (4,604) | 137,746 | 4,604 |
| **Balance at Dec. 31, 2006** | $ — | $ | $ 6,837,029 | 387,179 | $ (5,288,341) | (147,972) |
| Comprehensive income: | | | | | | |
| Net income | — | — | — | — | — | — |
| Other comprehensive income: | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Change in unrecognized benefit cost gains and losses, net | | — | — | — | — | — |
| Adjustment for previously unrecognized benefit cost gains and losses included in net income, net | | — | — | — | — | — |
| Change in unrecognized gain on marketable securities, net | | — | — | — | — | — |
| Change in unrecognized losses on cash flow hedging instruments, net | | — | — | — | — | — |
| Change in foreign currency translation adjustments, net | | — | — | — | — | — |
| Comprehensive income | | | | | | |
| Dividends declared: | | — | — | — | — | — |
| Common | | | | | | |
| Shares issued under option and stock plans | | — | 68,561 | 3,400 | | 24,114 | 703 |
| Tax benefits on stock options exercised | | — | 21,307 | | | | |
| Shares tendered as payment for options exercised and redeemed | | — | | | (6,400) | (188) |
| Stock-based compensation | | — | 91,967 | | | | |
| Cash redemption of stock-based awards (Note 17) | — | — | (134,916) | — | — | |
| TMCT transactions adjustment (Note 8) | — | — | — | | 1,002 | — |
| Sale of common stock to Zell Entity (Note 3) | | — | | | 50,098 | 1,471 |
| Issuance of stock purchase warrants (Note 16) | | 255,000 | | | | |
| Issuance of shares held by ESOP (Note 3) | (250,000) | — | | | 304,170 | 8,929 |
| Reclassification of ESOP shares upon Merger (Note 17) | 250,000 | — | (250,000) | (8,929) | | |
| Purchases of treasury stock | | — | — | | (8,321,273) | (244,593) |
| Retirements of treasury stock | | — | (6,633,948) | (381,650) | 13,236,630 | 381,650 |
| **Balance at Dec. 30, 2007** | $ — | $ 255,000 | $ — | — | $ — | — |

See Notes to Consolidated Financial Statements.

85

Source: TRIBUNE CO, 10-K, March 20, 2008

**TRIBUNE COMPANY AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(In thousands of dollars)**

| | Year Ended | | |
| --- | --- | --- | --- |
| | Dec. 30, 2007 | Dec. 31, 2006 | Dec. 25, 2005 |
| **Operations** | | | |
| Net income | $ 86,945 | $ 593,995 | $ 534,689 |
| Adjustments to reconcile net income to net cash provided by operations: | | | |
| Stock-based compensation | 92,328 | 31,927 | — |
| Write-off of *Los Angeles Times* plant equipment | 23,782 | 4,146 | — |
| Depreciation | 210,064 | 209,341 | 224,625 |
| Amortization of intangible assets | 19,879 | 20,002 | 19,195 |
| Write-down of intangible assets | 130,000 | — | — |
| Net income on equity investments | (100,219) | (80,773) | (41,209) |
| Distributions from equity investments | 85,412 | 65,302 | 48,883 |
| Amortization of debt issuance costs | 26,266 | 9,662 | 1,654 |
| (Gain) loss on change in fair values of derivatives and related investments | 96,806 | (11,088) | (62,184) |
| Gain on TMCT transactions | (8,003) | (59,596) | — |
| Gain on other investment transactions, net | (31,578) | (36,732) | (6,780) |
| Other non-operating (gain) loss, net | (2,034) | 4,447 | (897) |
| Loss on sales of discontinued operations | 21,220 | 48,238 | — |
| Changes in working capital items excluding effects from acquisitions and dispositions: | | | |
| Accounts receivable | (5,464) | 20,668 | 51,773 |
| Inventories, prepaid expenses and other current assets | (42,842) | 5,310 | 4,293 |
| Deferred income, accounts payable, accrued expenses and other current liabilities | 26,395 | (25,798) | 2,464 |
| Income taxes | (130,006) | 39,707 | 6,177 |
| Deferred compensation | (114,649) | (9,681) | (36,354) |
| Change in broadcast rights, net of liabilities | 7,303 | 2,056 | (16,329) |
| Deferred income taxes | 13,791 | (112,600) | 93,071 |
| Change in Matthew Bender and Mosby tax reserve | — | — | (221,133) |
| Tax benefit on stock options exercised | 21,307 | 4,256 | 5,395 |
| Other, net | 29,078 | 64,975 | 52,020 |
| Net cash provided by operations | 455,781 | 787,764 | 659,353 |
| **Investments** | | | |
| Capital expenditures | (146,001) | (221,907) | (205,945) |
| Acquisitions | (15,801) | (48,144) | (4,207) |
| Investments | (10,718) | (174,085) | (78,071) |
| Matthew Bender and Mosby tax settlement (liability) allocated to goodwill (Note 14) | 224,149 | — | (459,116) |
| Proceeds from sales of subsidiaries, intangibles, investments and real estate | 158,965 | 470,608 | 22,534 |
| Net cash provided by (used for) investments | 210,594 | 26,472 | (724,805) |
| **Financing** | | | |
| Long-term borrowings | 9,120,000 | 1,500,829 | 777,660 |
| Borrowings under new bridge credit facility | 1,600,000 | — | — |
| Issuance of exchangeable promissory note to Zell Entity (Note 3) | 206,419 | — | — |
| Borrowings under former bridge credit facility | 100,000 | 1,600,000 | — |
| Issuance of subordinated promissory note to Zell Entity (Note 3) | 60,315 | — | — |
| Repayments under former bridge credit facility | (1,410,000) | (290,000) | — |
| Repayments of long-term debt | (1,659,138) | (319,055) | (198,880) |
| Repayment of exchangeable promissory note to Zell Entity (Note 3) | (206,419) | — | — |
| (Repayments) issuances of commercial paper, net | (97,019) | (826,513) | 150,326 |
| Long-term debt issuance costs | (207,443) | (29,881) | (4,762) |
| Sales of common stock to employees, net | 79,944 | 37,177 | 41,374 |
| Sale of common stock to Zell Entity (Note 3) | 50,000 | — | — |
| Issuance of 15-year warrant to Zell Entity (Note 3) | 255,000 | — | — |
| Cash settlement of stock-based awards | (134,916) | — | — |
| Purchases of Tribune common stock | (8,321,273) | (2,262,268) | (440,093) |
| Dividends | (43,247) | (200,949) | (233,474) |

| | | | | | |
|---|---|---|---|---|---|
| Net cash provided by (used for) financing | | (607,777) | | (790,660) | 92,151 |
| **Net Increase in Cash and Cash Equivalents** | | 58,598 | | 23,576 | 26,699 |
| Cash and cash equivalents, beginning of year | | 174,686 | | 151,110 | 124,411 |
| Cash and cash equivalents, end of year | $ | 233,284 | $ | 174,686 | $ 151,110 |

See Notes to Consolidated Financial Statements.

86

Source: TRIBUNE CO, 10-K, March 20, 2008