# EXHIBIT H

**Bloomberg.com**



### Being Like Zell Means 35 Percent Return on Tribune (Update1)
Share | Email | Print | A A A

By Tim Mullaney



Aug. 16 (Bloomberg) -- Billionaire **Sam Zell** has a knack for buying low and selling high -- which is why his $8.2 billion takeover of Tribune Co. may return 35 percent to anyone who now buys the shares and 11 percent for anyone purchasing the bonds.

Tribune shares, trading below $26, will pay an annualized return of at least 93 percent if Zell's bid to buy the second- largest U.S. newspaper company for $34 a share closes on time at year-end. Bonds due in three years yield 10.8 percent. Lehman Brothers Holdings Inc. said this week the deal has no better than a 50-50 chance of being completed as scheduled, and credit markets indicate a 57 percent probability of insolvency if it is.

Investors have **discounted** the stock on concern the sale will fall through or the price will be reduced, and bonds are trading as low as 73 cents on the dollar. The declines present a buying opportunity because Chicago-based Tribune isn't in immediate danger of defaulting on the $14 billion in debt it will owe, and terms with lenders suggest Zell can pull off the deal, said Barclays Capital credit analyst **Hale Holden** in New York.

``We have an overweight rating on Tribune's whole structure,'' said Holden, who doesn't own the stock or debt. If the company struggles to make interest payments, ``they could sell assets at a good price, and would sell before it got in trouble.''

Shareholders vote on the agreement Aug. 21, and terms of the deal prevent real-estate billionaire Zell from backing out if Tribune misses forecasts. For lenders to renege, adjusted earnings would have to plunge further than a 22 percent decline in the first half, Holden said.

Offer Price

Zell, 65, may be unable to lower the offer because his presence on Tribune's **board** would leave him open to accusations he used inside information, said University of Maryland law professor Robert Suggs. ``If this thing unwinds, everyone is looking to sue everyone.''

Tribune, owner of the Los Angeles Times, Chicago Cubs baseball team and 23 television stations, agreed on April 2 to go private in a deal led by Zell and financed almost entirely by debt. The company bought back about half of its stock May 24 and plans to buy the rest in December.

After the **sale**, Tribune will belong to an employee stock ownership plan. Zell will lend Tribune $225 million, become chairman and pay $90 million for the right to buy 40 percent of the company for $500 million to $600 million within 15 years.

Zell's Gamble

If Tribune holds its current enterprise value comprising debt and equity, Zell's stake may be worth almost $6 billion, giving the investor who refers to himself as ``the Grave Dancer'' one of his biggest scores. He made $1 billion by selling radio broadcaster **Jacor Communications Inc.** in 1999 and risked $7.2 billion on Silicon Valley real estate in 2001.

The size of Zell's equity investment in Tribune leads some investors to conclude he will back out. **Robert Torray**, a money manager in Bethesda, Maryland, sold his Tribune stock in April.

``The market is telegraphing that the deal doesn't go through,'' Torray said.

For **shareholders** to make money, Zell needs only to complete the purchase. The stock rose 15 cents to $25.41 at 4 p.m. in New York Stock Exchange composite trading and is 25 percent below the offer price.

On July 25, Chief Executive Officer **Dennis FitzSimons** reaffirmed Tribune's commitment to the sale and pledges from banks to lend the remaining $4.2 billion.

Tribune spokeswoman **Ruthellyn Musil** reiterated those comments this week. Zell declined to comment, as did **Adam Castellani,** a spokesman for JPMorgan Chase & Co., Tribune's lead bank.

Bond Yields

Investors' biggest concern is whether Tribune will have too much **debt**. The only equity in the post-deal company will be Zell's stake and $250 million the ESOP paid for its shares using money borrowed from Tribune. In most leveraged buyouts, buyers put up 10 percent to 20 percent of the purchase price.

The borrowing makes Tribune vulnerable to a recession or the loss of more newspaper readers to the Internet.

``We're getting paid to take the risk,'' said **Matt Eagan**, who helps manage $115 billion in assets, including $38.5 million in Tribune bonds, at Loomis Sayles & Co. in Boston.

Short-term bets are the most attractive, Holden said. The company has borrowed $263 million it needs to pay off three bonds due next year, he said. They yield as much as 8 percent.

Tribune plans to sell the Cubs and its 25 percent stake in a sports cable-TV network to bring in enough to pay most of a $750 million bank loan due in May 2009.

After that, Tribune can try to meet additional payments using money it saves by eliminating its **dividend,** cutting spending and, analysts expect, by selling a 31 percent stake in the Food Network, said CreditSights Inc. analyst **Jake Newman** in New York, who doesn't own Tribune bonds.

The moves would still leave Tribune with as much as $12 billion in debt by 2010. Its newspapers and TV stations may be worth as little as $5.57 billion in a distress sale, said Fitch Ratings analyst **Mike Simonton** in Chicago, who rates Tribune bonds ``highly speculative'' or lower. The company also owns 41 percent of the job-hunting site CareerBuilder.com.

The risks to Tribune mean investors need to carefully weigh potential rewards before buying the stock or bonds, Simonton said. ``These are all big-boy trades.''

To contact the reporter on this story: **Tim Mullaney** in New York at **tmullaney1@bloomberg.net**

*Last Updated: August 16, 2007 16:37 EDT*



©2009 BLOOMBERG L.P. ALL RIGHTS RESERVED. Terms of Service | Privacy Policy | Trademarks