# EXHIBIT N

**Intelligence ID:** 846978

| 17-Dec-08 19:47 Story: | Tribune's bank lenders may seek unsecured committee seats tomorrow |
|---|---|

In an unusual twist, Tribune's bank lenders may seek a seat at the table at tomorrow's formation meeting for the official committee of unsecured creditors, said multiple sources familiar with the situation.

The formation meeting is scheduled for tomorrow at 10AM EST at the Hotel DuPont in Wilmington, Delaware. The sheer variety of creditors who could show up tomorrow ensures that a scrum of law firms and financial advisors will pitch for mandates from the committee, said those same sources

The lenders potential push for committee representation stems from the atypically loose security package backing their debt. Tribune's loans are secured by guarantees operating subsidiaries, not liens on hard assets such as inventory and/or property plant and equipments. Tribune had USD 8.249bn in bank debt outstanding at the time of its 8 December bankruptcy filing spread between its USD 7.5bn term loan B, USD 512m term loan X and USD 237m outstanding under a revolver. Structurally subordinate to the bank debt is a USD 1.6bn bridge loan facility followed by USD 1.26bn in pre-existing notes.

The term loan B has since dropped to 24-26 today from 32-34 at the time of its bankruptcy filing and 42-44 on 17 November. The term loan X trades today at 24-26, down from 42-48 on 5 December, according to Markit.

The debt is secured by a pledge of equity interests in Tribune Finance llc and Tribune Broadcasting Holdco llc and guaranteed, on a senior priority basis, by its guarantor subsidiaries. Since lenders have a security interest in stock of the operating subsidiary, they could be considered pari passu with trade claims at those subsidiaries, said one of the sources familiar with the situation.

There is precedent for loan holders seeking seats on unsecured creditor committees to pursue deficiency claims, said a fifth source familiar with the matter. Another option for lenders would be to form an ad hoc committee. As reported, the lender's agent JPMorgan engaged Davis Polk and FTI as advisors in anticipation of an amendment or waiver request for the 4Q08. There are rumors that JP Morgan might still try and form an ad hoc committee in the case.

The top holders of Tribune's term loan B and term loan X include JPMorgan, Deutsche Bank, Angelo Gordon, KKR Financial, Viking Global, Highland Capital Management, Davidson Kempner, Avenue Advisors, Goldman Sachs and Taconic. The top holders of the bridge include JPMorgan, Merrill Lynch, Citigroup, and Bank of America, according to court documents.

As reported, Tribune is using Lazard as a financial advisor and Sidley Austin as legal counsel.

**Source:** by Jon Berke
Debtwire

### Dealscope potential activity analysis

| | |
|---|---|
| Issuer | Tribune Company |
| Financial advisor | Lazard |
| Lawyer | Sidley Austin LLP |
| Other Equity Provider | Sam Zell |
| Book-runner | JPMorgan |
| Other | Davis Polk & Wardwell |
| Other | FTI Consulting Inc |

**Tribune Company is in Lev. Loan/High Yield**

| Balance Sheet & Docs | Tear Sheet |
|---|---|

**Tribune Company is in CH11-Restructuring**

| Balance Sheet & Docs | Restructuring Details | Tear Sheet |
|---|---|---|

Request Tear Sheet

*Debtwire only provides Tear Sheet on companies that have public financial statements*