# EXHIBIT O




DECEMBER 6, 2007, 3:06 PM ET

## How Solvent Is Tribune Co.?

Deal Journal has covered literally hundreds of mergers and acquisitions. We can't recall one that was publicly contingent on *the receipt of a solvency opinion*.

There is one now.



Sam Zell's planned buyout of Tribune Co.

The requirement gives us some pause on the same day that Tribune's shares are up nearly $2.25 a share to $31.92, inching ever closer to the $34-a-share takeover price offered in Zell's [exotic employee-stock ownership takeover plan.](#)

Solvency opinions are typically used in highly-levered financial transactions, to test — surprise — a company's ongoing solvency. They are designed as a legal protection for board members against the concept of "fraudulent conveyance." This is a term most often used in bankruptcy court, in situations where assets are cash or are disbursed in a way that is deemed ultimately unfair to creditors.

These opinions are notoriously easy to obtain, and people close to the deal say they expect Tribune to past the test without problem. Still, the fact that it exists is instructive on the nature of the deal.

When the original solvency opinion was granted May 9, company advisers named Valuation Research Corp. estimated that Tribune's fiscal 2008 earnings before interest, taxes, depreciation and amortization would be $1.42 billion, according to SEC filings.

Current fiscal 2008 analyst estimates — about seven months later — show a mean projection of $1.076 billion, according to Factset. That is 24% lower than for the original solvency opinion.

Tribune has improved its cash position beyond its original projections, says one person familiar with the deal. That should well make up for any shortcomings in the near term.

Still, it is worth remembering just how thin Tribune's operating cushion is as it embarks on its journey with Zell.

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit www.djreprints.com