# EXHIBIT P

EXHIBIT 99

### TRIBUNE REPORTS 2007 FIRST QUARTER RESULTS

**CHICAGO, April 19, 2007**—Tribune Company (NYSE: TRB) today reported first quarter 2007 diluted earnings per share from continuing operations of $.08 compared with $.32 in the first quarter of 2006.

First quarter 2007 results from continuing operations included the following:

- A net non-operating loss of $.20 per diluted share.

First quarter 2006 results from continuing operations included the following:

- A charge of $.04 per diluted share for severance and other payments associated with the new union contracts at Newsday.

- A net non-operating loss of $.02 per diluted share.

Tribune presents earnings per share amounts on a generally accepted accounting principles ("GAAP") basis only. This differs from the pro forma earnings per share amounts supplied by broker analysts to databases such as First Call.

"The print advertising environment was challenging in the first quarter due to softness in classified categories," said Dennis FitzSimons, Tribune chairman, president and chief executive officer. "Our interactive division continues to generate significant growth and our newspapers continue to innovate—the *Los Angeles Times* launched new travel and fashion sections and *RedEye* will add a weekend edition in May. In broadcasting, revenue improvements in primetime helped offset weaker market conditions due in part to the absence of political spending versus last year."

### FIRST QUARTER 2007 RESULTS FROM CONTINUING OPERATIONS [1]
#### *(Compared to First Quarter 2006)*

#### CONSOLIDATED

Tribune's 2007 first quarter operating revenues decreased 4 percent, or $55 million, to $1.2 billion. Consolidated cash operating expenses were down 2 percent, or $22 million. In the first quarter of 2006, cash operating expenses included a charge of $19 million associated with the new union contracts at Newsday. Operating cash flow was down 12 percent to $238 million from $271 million, while operating profit declined 16 percent to $181 million from $217 million.

---

[1] *"Operating profit" for each segment excludes interest and dividend income, interest expense, equity income and losses, non-operating items and income taxes. "Operating cash flow" is defined as operating profit before depreciation and amortization. "Cash operating expenses" are defined as operating expenses before depreciation and amortization. Tables accompanying this release include a reconciliation of operating profit to operating cash flow and operating expenses to cash operating expenses. References to individual daily newspapers include their related businesses.*

1

## PUBLISHING

Publishing's first quarter operating revenues were $931 million, down 5 percent, or $54 million. Publishing cash operating expenses decreased $26 million, or 3 percent, to $748 million, in part due to the charge of $19 million in 2006 associated with the new union contracts at Newsday. Publishing operating cash flow was $184 million, a 13 percent decline from $212 million in 2006. Publishing operating profit decreased 18 percent to $140 million, from $170 million in 2006.

### Management Discussion

- Advertising revenues decreased 6 percent, or $47 million, for the quarter.

- Retail advertising revenues were down 1 percent for the quarter. Increases at Chicago and South Florida were more than offset by decreases at Newsday and Los Angeles. Preprint revenues increased 2 percent for the quarter.

- National advertising revenues were down 2 percent for the quarter, with declines across most categories.

- Classified advertising revenues declined 14 percent for the quarter, with the largest declines at South Florida and Orlando: real estate revenues fell by 15 percent, help wanted revenues declined 14 percent and auto revenues were down 16 percent.

- Interactive revenues, which are included in the above categories, were up 17 percent to $60 million, mainly due to strength in the classified auto and real estate categories.

- Circulation revenues were down 7 percent for the quarter.
  - Individually paid circulation (home delivery plus single copy) for Tribune's 9 metro newspapers averaged 2.8 million copies daily (Mon-Fri), flat from the prior year's first quarter, and 4.0 million copies Sunday, down about 3 percent from the same reporting period in 2006.

  - Total net paid circulation averaged 2.9 million copies daily (Mon-Fri), off 2 percent from the prior year's first quarter, and 4.1 million copies Sunday, representing a decline of 4 percent from the prior year as the Company continued to reduce "other paid" circulation.

- Cash operating expenses decreased $26 million due in part to the previously discussed $19 million charge related to the Newsday union contracts in 2006, partially offset by a $2 million gain on real property sales in 2006. All other cash expenses were down $9 million as decreases in newsprint, compensation and promotion expenses were partially offset by increases in mailed preprint advertising postage and outside services expense.

2

Source: TRIBUNE CO, 8-K, April 19, 2007

## BROADCASTING AND ENTERTAINMENT

Broadcasting and entertainment's first quarter operating revenues decreased slightly to $283 million, from $284 million in 2006. Group cash operating expenses increased 2 percent, or $4 million, to $209 million. Operating cash flow was $74 million, down 7 percent from $80 million, and operating profit decreased 9 percent to $61 million from $67 million in 2006.

Television's first quarter revenues decreased 1 percent to $264 million in 2007. Television cash operating expenses were up 2 percent, or $4 million from last year. Television operating cash flow was $78 million, down 6 percent from $83 million in 2006. Television operating profit declined 8 percent to $67 million, down from $73 million.

### Management Discussion

- Station revenues in New York, Los Angeles and Chicago all showed improvements for the quarter. On a group basis, declines in the auto, retail and movie categories were partially offset by gains in the telecom, entertainment/recreation and packaged goods categories.

- Television's cash operating expenses were up 2 percent, or $4 million, primarily due to higher compensation expense, partially offset by a decrease in broadcast rights.

## EQUITY RESULTS

Net equity income was $13 million in the first quarter of 2007, compared with $7 million in the first quarter of 2006. The increase reflects improvements at TV Food Network and CareerBuilder.

## NON-OPERATING ITEMS

In the 2007 first quarter, Tribune recorded a pretax non-operating loss of $76 million ($49 million after-tax), of which $70 million related to marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment.

In the 2006 first quarter, Tribune recorded a pretax non-operating loss of $14 million ($8 million after-tax), primarily from marking-to-market the derivative component of the Company's PHONES and the related Time Warner investment.

## ADDITIONAL FINANCIAL DETAILS

Corporate expenses for the 2007 first quarter were $20 million, down 4% from the first quarter of 2006.

Diluted weighted average shares outstanding declined by 21 percent from the first quarter of 2006 due to the stock repurchases in 2006.

---

Source: TRIBUNE CO, 8-K, April 19, 2007

Interest expense for the 2007 first quarter increased to $83 million, up 71 percent from $49 million in the first quarter of 2006. The increase in interest expense was due to higher debt levels and interest rates. Debt, excluding the PHONES, was $4.3 billion at the end of the 2007 first quarter and $2.8 billion at the end of the 2006 first quarter. The increase was primarily due to financing the stock repurchases in 2006.

Capital expenditures were $21 million in the first quarter of 2007.

## DISCONTINUED OPERATIONS

On February 12, 2007, the Company announced an agreement to sell the New York edition of *Hoy*, the Company's Spanish-language daily newspaper. On March 6, 2007, the Company announced an agreement to sell its Southern Connecticut Newspapers—*The Advocate* (Stamford) and *Greenwich Time* (collectively "SCNI") for $73 million. The sales of these business units are expected to close in the second quarter of 2007. The assets and liabilities of these business units are now classified as held for sale and their results of operations are reported as discontinued operations. In the first quarter of 2007, the Company recorded an after-tax loss of $33 million to write down the SCNI net assets to estimated fair value, less costs to sell. The Company expects to record a pretax gain on the sale of the New York edition of *Hoy* when the sale closes.

In June 2006, the Company announced the sales of its Atlanta and Albany television stations. The sale of the Atlanta station closed in August 2006. In September 2006, the Company announced an agreement to sell its Boston station. The sales of the Albany and Boston stations closed in December 2006. The results of operations for these stations in 2006 are reported as discontinued operations.

## CONFERENCE CALL

As a result of Tribune's April 2 nd announcement of its going-private transaction, the Company will not hold a first quarter earnings conference call or webcast.

<u>Important Additional Information Regarding the Merger and the Tender Offer will be filed with the SEC:</u>

In connection with our proposed merger transaction, Tribune Company will file a proxy statement and other documents with the Securities and Exchange Commission (the "SEC"). BEFORE MAKING ANY VOTING DECISION WITH RESPECT TO THE PROPOSED MERGER TRANSACTION, INVESTORS AND SECURITY HOLDERS ARE URGED TO READ THE PROXY STATEMENT AND OTHER RELEVANT MATERIALS WHEN THEY BECOME AVAILABLE, BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Investors and security holders may obtain a free copy of the proxy statement (when available) and other documents filed by Tribune with the SEC at the SEC's website at http://www.sec.gov. The definitive proxy statement and other relevant documents may also be obtained free of charge on Tribune's website at www.tribune.com or by directing a request to Tribune Company, 435 North Michigan Avenue, Chicago, IL 60611, Attention: Investor Relations. You may also read and copy any reports, statements and other information filed by Tribune with the SEC at the SEC public reference room at 450 Fifth Street, N.W. Room 1200, Washington, D.C. 20549.

4

Please call the SEC at 1-800-SEC-0330 or visit the SEC's website for further information on its public reference room.

Tribune Company and its directors and executive officers may be deemed to be "participants" in the solicitation of proxies from the shareholders of Tribune in connection with the proposed merger transaction. Information about Tribune and its directors and executive officers and their ownership of Tribune common stock is set forth in the proxy statement for Tribune's Annual Meeting of Shareholders, which Tribune filed with the SEC on April 6, 2007. Shareholders and investors may obtain additional information regarding the interests of Tribune Company and its directors and executive officers in the merger transaction, which may be different than those of Tribune's shareholders generally, by reading the proxy statement and other relevant documents regarding the merger transaction, which will be filed with the SEC.

This press release is for informational purposes only and is not an offer to buy or the solicitation of an offer to sell any shares of Tribune's common stock. The solicitation of offers to buy Tribune's common stock will only be made pursuant to the offer to purchase and related materials that the Company will be sending to its shareholders (when available). Shareholders should read those materials carefully (when available) because they will contain important information, including the various terms and conditions of the offer. Shareholders will be able to obtain copies of the offer to purchase, related materials filed by the Company as part of the statement on Schedule TO and other documents when filed with the SEC through the SEC's internet address at http://www.sec.gov without charge. Shareholders will also be able to obtain copies of the offer to purchase and related materials, when and as filed with the SEC (excluding exhibits), without charge from the Company or by written or oral request directed to the information agent identified in the offer to purchase.

Forward-Looking Statements

This press release contains certain comments or forward-looking statements that are based largely on the Company's current expectations and are subject to certain risks, trends and uncertainties. You can identify these and other forward-looking statements by the use of such words as "will," "expect," "plans," "believes," "estimates," "intend," "continue," or the negative of such terms, or other comparable terminology. Forward-looking statements also include the assumptions underlying or relating to any of the foregoing statements. Actual results could differ materially from the expectations expressed in these statements. Factors that could cause actual results to differ include risks related to the transactions being consummated; the risk that required regulatory approvals or financing might not be obtained in a timely manner, without conditions, or at all; the impact of the substantial indebtedness incurred to finance the consummation of the tender offer and the merger; the ability to satisfy all closing conditions in the definitive agreements; difficulties in retaining employees as a result of the merger agreement; risks of unforeseen material adverse changes to our business or operations; risks that the proposed transaction disrupts current plans, operations, and business growth initiatives; the risk associated with the outcome of any legal proceedings that may be instituted against Tribune and others following announcement of the merger agreement; and other factors described in Tribune's publicly available reports filed with the SEC, including the most current annual 10-K report, which contain a discussion of various factors that may affect Tribune's business or financial

5

Source: TRIBUNE CO, 8-K, April 19, 2007

results. These factors, including also the ability to complete the tender offer or the merger, could cause actual future performance to differ materially from current expectations. Tribune is not responsible for updating the information contained in this press release beyond the published date, or for changes made to this document by wire services or Internet service providers. This press release is being furnished to the SEC through a Form 8-K. Tribune's next quarterly 10-Q report to be filed with the SEC may contain updates to the information included in this release.

**TRIBUNE (NYSE: TRB)** is one of the country's top media companies, operating businesses in publishing, interactive and broadcasting. It reaches more than 80 percent of U.S. households and is the only media organization with newspapers, television stations and websites in the nation's top three markets. In publishing, Tribune's leading daily newspapers include the *Los Angeles Times, Chicago Tribune, Newsday* (Long Island, NY), *The Sun* (Baltimore), *South Florida Sun-Sentinel, Orlando Sentinel* and *Hartford Courant.* The Company's broadcasting group operates 23 television stations, Superstation WGN on national cable, Chicago's WGN-AM and the Chicago Cubs baseball team. Popular news and information websites complement Tribune's print and broadcast properties and extend the Company's nationwide audience.

MEDIA CONTACT:                    INVESTOR CONTACT:
Gary Weitman                      Ruthellyn Musil
312/222-3394 (office)             312/222-3787 (office)
312/222-1573 (fax)                312/222-1573 (fax)
gweitman@tribune.com              rmusil@tribune.com

Source: TRIBUNE CO, 8-K, April 19, 2007

**TRIBUNE COMPANY**
**FIRST QUARTER RESULTS OF OPERATIONS (Unaudited)**
**(In thousands, except per share data)**

| | FIRST QUARTER (A) | | |
| --- | --- | --- | --- |
| | 2007 | 2006 | % Change |
| **OPERATING REVENUES** | $ 1,214,502 | $ 1,269,421 | (4.3) |
| **OPERATING EXPENSES (B)** | 1,033,040 | 1,052,520 | (1.9) |
| **OPERATING PROFIT (C)** | 181,462 | 216,901 | (16.3) |
| Net Income on Equity Investments | 12,684 | 6,548 | 93.7 |
| Interest and Dividend Income | 3,154 | 2,180 | 44.7 |
| Interest Expense | (83,249) | (48,772) | 70.7 |
| Non-Operating Items (D) | (76,015) | (13,697) | NM |
| **Income from Continuing Operations Before Income Taxes** | 38,036 | 163,160 | (76.7) |
| Income Taxes | (19,257) | (64,004) | (69.9) |
| **Income from Continuing Operations** | 18,779 | 99,156 | (81.1) |
| Income (Loss) from Discontinued Operations, net of tax (E) | (34,374) | 3,608 | NM |
| **NET INCOME (LOSS)** | (15,595) | 102,764 | (115.2) |
| Preferred Dividends | — | (2,103) | (100.0) |
| Net Income (Loss) Attributable to Common Shares | $ (15,595) | $ 100,661 | (115.5) |
| **EARNINGS (LOSS) PER SHARE** | | | |
| Basic | | | |
| Continuing Operations | $ .08 | $ .32 | (75.0) |
| Discontinued Operations | (.14) | .01 | NM |
| Net Income (Loss) | $ (.06) | $ .33 | NM |
| Diluted (F) | | | |
| Continuing Operations | $ .08 | $ .32 | (75.0) |
| Discontinued Operations | (.14) | .01 | NM |
| Net Income (Loss) | $ (.06) | $ .33 | NM |
| **DIVIDENDS PER COMMON SHARE** | $ .18 | $ .18 | — |
| Diluted Weighted Average Common Shares Outstanding (G) | 242,052 | 305,959 | (20.9) |

7

Source: TRIBUNE CO, 8-K, April 19, 2007

(A)      2007 first quarter: Jan. 1, 2007 to April 1, 2007. (13 weeks)
2006 first quarter: Dec. 26, 2005 to March 26, 2006. (13 weeks)

(B)      Operating expenses for the first quarter of 2006 included a charge of $19 million, or $.04 per diluted share, for severance and
other payments associated with the new union contracts at Newsday.

(C)      Operating profit excludes interest and dividend income, interest expense, equity income and losses, non-operating items
and income taxes.

(D)      The first quarter of 2007 included the following non-operating items:

|  | Pretax Gain (Loss) | After-tax Gain (Loss) | Diluted EPS |
|---|---|---|---|
| Loss on derivatives and related investments (1) | $ (69,780) | $ (42,566) | $ (.18) |
| Gain on sales of investments | 73 | 45 | – |
| Other, net | (6,308) | (6,958) | (.03) |
| Total non-operating items | $ (76,015) | $ (49,479) | $ (.20) |

The first quarter of 2006 included the following non-operating items:

|  | Pretax Gain (Loss) | After-tax Gain (Loss) | Diluted EPS |
|---|---|---|---|
| Loss on derivatives and related investments (1) | $ (10,317) | $ (6,293) | $ (.02) |
| Gain on sales of investments | 3,466 | 2,114 | .01 |
| Other, net | (6,846) | (4,176) | (.01) |
| Total non-operating items | $ (13,697) | $ (8,355) | $ (.02) |

(1) Loss on derivatives and related investments represents primarily the net change in fair values of the derivative
component of the Company's PHONES and the related Time Warner shares.

(E)      In February 2007, the Company announced an agreement to sell the New York edition of *Hoy*, the Company's Spanish-language
daily newspaper. In March 2007, the Company announced an agreement to sell its Southern Connecticut Newspapers—*The
Advocate* (Stamford) and *Greenwich Time* (collectively "SCNI"). The sales of these business units are expected to close in the
second quarter of 2007. In June 2006, the Company announced agreements to sell its Atlanta and Albany television stations.
The sale of Atlanta closed in August 2006. In September 2006, the Company announced an agreement to sell its Boston
television station. The sales of Albany and Boston closed in December 2006. Operating results for these business units are
reported as discontinued operations. Income (loss) from discontinued operations in the first quarter included the following:

|  | First Quarter | |
|---|---|---|
|  | 2007 | 2006 |
| Income (loss) from operations, net of tax | $ (1,202) | $ 3,608 |
| Expected loss on the sale of SCNI, net of tax (1) | (33,172) | – |
| Total | $ (34,374) | $ 3,608 |

(1) In the first quarter of 2007, the Company recorded an after-tax loss of $33 million to write down the SCNI net assets to
estimated fair value, less costs to sell. The Company expects to record a pretax gain on the sale of the New York edition
of *Hoy* when the sale closes.

Source: TRIBUNE CO, 8-K, April 19, 2007

(F)  For the first quarters of 2007 and 2006, weighted average common shares outstanding used in the calculations of diluted
earnings per share ("EPS") were adjusted for the dilutive effect of stock-based compensation awards. All of the Company's
Series C, D-1, and D-2 preferred shares were issued to and held by TMCT, LLC and TMCT II, LLC. In connection with a
restructuring of these limited liability companies, all of these preferred shares were distributed to the Company on Sept. 22,
2006 and are no longer outstanding. The Company's Series C, D-1 and D-2 convertible preferred shares were not included in
the calculation of diluted EPS for the first quarter of 2006 because their effects were antidilutive. Following are the calculations
for the first quarter:

| | First Quarter | |
| --- | --- | --- |
| | 2007 | 2006 |
| Income from continuing operations | $ 18,779 | $ 99,156 |
| Income (loss) from discontinued operations, net of tax | (34,374) | 3,608 |
| Net income (loss) | (15,595) | 102,764 |
| Dividends for Series C, D-1 and D-2 preferred stock | – | (2,103) |
| Net income (loss) attributable to common shares | $ (15,595) | $ 100,661 |
| | | |
| Weighted average common shares outstanding | 239,959 | 304,219 |
| Adjustment for stock-based compensation awards, net | 2,093 | 1,740 |
| Adjusted weighted average common shares outstanding | 242,052 | 305,959 |
| | | |
| Diluted earnings (loss) per share: | | |
| Continuing operations | $ .08 | $ .32 |
| Discontinued operations | (.14) | .01 |
| Net income (loss) | $ (.06) | $ .33 |

(G)  The number of common shares outstanding, in thousands, at April 1, 2007 was 240,573.

9

Source: TRIBUNE CO, 8-K, April 19, 2007

**TRIBUNE COMPANY**
**BUSINESS SEGMENT DATA (Unaudited)**
**(In thousands)**

| | FIRST QUARTER | | |
|---|---|---|---|
| | 2007 | 2006 | % Change |
| **PUBLISHING** | | | |
| Operating Revenues | $ 931,494 | $ 985,319 | (5.5) |
| Cash Operating Expenses (A) (B) | (747,736) | (773,372) | (3.3) |
| Operating Cash Flow (C) (D) | 183,758 | 211,947 | (13.3) |
| Depreciation and Amortization Expense | (44,037) | (42,134) | 4.5 |
| Total Operating Profit (D) | $ 139,721 | $ 169,813 | (17.7) |
| | | | |
| **BROADCASTING AND ENTERTAINMENT** | | | |
| Operating Revenues | | | |
| Television | $ 264,446 | $ 265,791 | (0.5) |
| Radio/Entertainment | 18,562 | 18,311 | 1.4 |
| Total Operating Revenues | 283,008 | 284,102 | (0.4) |
| | | | |
| Cash Operating Expenses (A) | | | |
| Television | (186,407) | (182,336) | 2.2 |
| Radio/Entertainment | (22,465) | (22,228) | 1.1 |
| Total Cash Operating Expenses | (208,872) | (204,564) | 2.1 |
| | | | |
| Operating Cash Flow (C) (D) | | | |
| Television | 78,039 | 83,455 | (6.5) |
| Radio/Entertainment | (3,903) | (3,917) | (0.4) |
| Total Operating Cash Flow | 74,136 | 79,538 | (6.8) |
| | | | |
| Depreciation and Amortization Expense | | | |
| Television | (11,136) | (10,795) | 3.2 |
| Radio/Entertainment | (1,618) | (1,292) | 25.2 |
| Total Depreciation and Amortization Expense | (12,754) | (12,087) | 5.5 |
| | | | |
| Operating Profit (D) | | | |
| Television | 66,903 | 72,660 | (7.9) |
| Radio/Entertainment | (5,521) | (5,209) | (6.0) |
| Total Operating Profit | $ 61,382 | $ 67,451 | (9.0) |
| | | | |
| **CORPORATE EXPENSES** | | | |
| Operating Cash Flow (C) (D) | $ (19,400) | $ (20,024) | (3.1) |
| Depreciation and Amortization Expense | (241) | (339) | (28.9) |
| Total Operating Loss (D) | $ (19,641) | $ (20,363) | (3.5) |
| | | | |
| **CONSOLIDATED** | | | |
| Operating Revenues | $ 1,214,502 | $ 1,269,421 | (4.3) |
| Cash Operating Expenses (A) (B) | (976,008) | (997,960) | (2.2) |
| Operating Cash Flow (C) (D) | 238,494 | 271,461 | (12.1) |
| Depreciation and Amortization Expense | (57,032) | (54,560) | 4.5 |
| Total Operating Profit (D) | $ 181,462 | $ 216,901 | (16.3) |

10

Source: TRIBUNE CO, 8-K, April 19, 2007

(A)  The Company uses cash operating expenses to evaluate internal performance. The Company has presented cash operating
expenses because it is a common measure used by rating agencies, financial analysts and investors. Cash operating expense is
not a measure of financial performance under generally accepted accounting principles ("GAAP") and should not be
considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP.

Following is a reconciliation of operating expenses to cash operating expenses for the first quarter of 2007:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $        791,773 | $        221,626 | $        19,641 | $        1,033,040 |
| Less: depreciation and amortization expense | 44,037 | 12,754 | 241 | 57,032 |
| Cash operating expenses | $        747,736 | $        208,872 | $        19,400 | $        976,008 |

Following is a reconciliation of operating expenses to cash operating expenses for the first quarter of 2006:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating expenses | $        815,506 | $        216,651 | $        20,363 | $        1,052,520 |
| Less: depreciation and amortization expense | 42,134 | 12,087 | 339 | 54,560 |
| Cash operating expenses | $        773,372 | $        204,564 | $        20,024 | $        997,960 |

(B)  Publishing cash operating expenses for the first quarter of 2006 included a charge of $19 million for severance and other
payments associated with the new union contracts at Newsday.

(C)  Operating cash flow is defined as operating profit before depreciation and amortization. The Company uses operating cash
flow along with operating profit and other measures to evaluate the financial performance of the Company's business
segments. The Company has presented operating cash flow because it is a common alternative measure of financial
performance used by rating agencies, financial analysts and investors. These groups use operating cash flow along with other
measures as a way to estimate the value of a company. The Company's definition of operating cash flow may not be
consistent with that of other companies. Operating cash flow does not represent cash provided by operating activities as
reflected in the Company's consolidated statements of cash flows, is not a measure of financial performance under GAAP and
should not be considered in isolation or as a substitute for measures of performance prepared in accordance with GAAP.

(D)  Operating profit for each segment excludes interest and dividend income, interest expense, equity income and losses,
non-operating items and income taxes.

Following is a reconciliation of operating profit (loss) to operating cash flow for the first quarter of 2007:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $        139,721 | $        61,382 | $        (19,641) | $        181,462 |

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Add back: depreciation and amortization expense | 44,037 | 12,754 | 241 | 57,032 |
| Operating cash flow | $ 183,758 | $ 74,136 | $ (19,400) | $ 238,494 |

Following is a reconciliation of operating profit (loss) to operating cash flow for the first quarter of 2006:

| | Publishing | Broadcasting and Entertainment | Corporate | Consolidated |
|---|---|---|---|---|
| Operating profit (loss) | $ 169,813 | $ 67,451 | $ (20,363) | $ 216,901 |
| Add back: depreciation and amortization expense | 42,134 | 12,087 | 339 | 54,560 |
| Operating cash flow | $ 211,947 | $ 79,538 | $ (20,024) | $ 271,461 |

11

Source: TRIBUNE CO, 8-K, April 19, 2007

**TRIBUNE COMPANY**
**SUMMARY OF REVENUES AND NEWSPAPER ADVERTISING VOLUME (Unaudited)**
**For Period 3 Ended April 1, 2007**
**(In thousands)**

| | Period 3 (4 weeks) | | | Year to Date (13 weeks) | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | % Change | 2007 | 2006 | % Change |
| **Publishing (A)** | | | | | | |
| Advertising | | | | | | |
| Retail | $ 95,836 | $ 92,912 | 3.1 | $ 292,289 | $ 294,083 | (0.6) |
| National | 52,341 | 53,087 | (1.4) | 177,801 | 181,760 | (2.2) |
| Classified | 85,069 | 101,296 | (16.0) | 260,742 | 302,432 | (13.8) |
| Sub-Total | 233,246 | 247,295 | (5.7) | 730,832 | 778,275 | (6.1) |
| Circulation | 41,100 | 44,609 | (7.9) | 134,871 | 144,297 | (6.5) |
| Other | 21,465 | 20,188 | 6.3 | 65,791 | 62,747 | 4.9 |
| Segment Total | 295,811 | 312,092 | (5.2) | 931,494 | 985,319 | (5.5) |
| **Broadcasting & Entertainment** | | | | | | |
| Television (B) | 87,907 | 88,732 | (0.9) | 264,446 | 265,791 | (0.5) |
| Radio/Entertainment | 8,067 | 9,061 | (11.0) | 18,562 | 18,311 | 1.4 |
| Segment Total | 95,974 | 97,793 | (1.9) | 283,008 | 284,102 | (0.4) |
| **Consolidated Revenues (A)(B)** | $ 391,785 | $ 409,885 | (4.4) | $ 1,214,502 | $ 1,269,421 | (4.3) |
| **Total Advertising Inches (A)(C)** | | | | | | |
| Full Run | | | | | | |
| Retail | 383 | 383 | — | 1,208 | 1,210 | (0.2) |
| National | 218 | 229 | (4.8) | 699 | 797 | (12.3) |
| Classified | 683 | 810 | (15.7) | 2,066 | 2,411 | (14.3) |
| Sub-Total | 1,284 | 1,422 | (9.7) | 3,973 | 4,418 | (10.1) |
| Part Run | 1,612 | 1,687 | (4.4) | 4,735 | 4,960 | (4.5) |
| Total | 2,896 | 3,109 | (6.9) | 8,708 | 9,378 | (7.1) |
| **Preprint Pieces (A)(C)** | 1,180,461 | 1,045,263 | 12.9 | 3,484,658 | 3,328,527 | 4.7 |

(A)  In the first quarter of 2007, Tribune Company agreed to sell its Southern Connecticut Newspapers—*The Advocate* (Stamford) and *Greenwich Time* (collectively "SCNI") and its New York edition of *Hoy*. The 2007 and 2006 results for these businesses have been excluded from this presentation.

(B)  Excludes results from discontinued operations in 2006 (WATL-TV, Atlanta, WLVI-TV, Boston and WCWN-TV, Albany).

(C)  Volume for 2006 has been modified to conform with the 2007 presentation. Volume includes only the daily newspapers and is based on preliminary internal data, which may be updated in subsequent reports.

12

Source: TRIBUNE CO, 8-K, April 19, 2007

Created by 10KWizard    www.10KWizard.com

Source: TRIBUNE CO, 8-K, April 19, 2007

EX-99.(C)(12) 3 a2177679zex-99_c12.htm EX-99.(C)(12)

Exhibit (c)(12)



## Discussion Outline

➢ VRC's Qualifications and Highlighted Experience

➢ Situation Overview

➢ Solvency Process

➢ Summary of Solvency Analyses

➢ Conclusions

➢ Questions



2



# VRC's Qualifications

- Established in 1975, VRC is an independent, international financial advisory firm.

  > *Eight domestic offices: New York, Princeton, Boston, Chicago, Cincinnati, Milwaukee, Tampa and San Francisco*
  > *Nine global affiliates: Argentina, Australia, Brazil, Chile, Hong Kong, Mexico, Spain, United Kingdom and Venezuela*

- Core services include financial opinions with respect to valuation, solvency, capital adequacy and fairness in connection with mergers, acquisitions, divestitures, leveraged buyouts, recapitalizations, financings and financial and tax reporting matters.

  > VRC's core services provide its clients with strategic advisory, enhanced due diligence and sophisticated financial modeling .
  > Transactional: Valuation, Fairness, Solvency and Capital Adequacy Opinions
  > Financial Reporting: Fair Value Reporting; Allocation of Purchase Price (SFAS 141); Goodwill Impairment (SFAS 142); Stock Based Compensation (SFAS 123-R)
  > Tax Reporting: Deferred Compensation (IRC Sec 409A); Allocation of Purchase Cost (IRC Sec 1060 / 338); Valuation of Legal Entities

- Full-service, in-house valuation capabilities include businesses, equity and debt securities, loans, derivative instruments, structured products, intangible assets, fixed assets and real estate.

- *Significant experience with respect to M&A, leveraged finance and complex capital structures results from producing over 1,000 solvency, capital adequacy and fairness opinions in connection with a variety of transactions of all sizes covering all major industry groups.*

*Our client base includes some of the largest and most prestigious companies in the world*

   



3



## *Highlighted Solvency Opinion Transaction Experience*



















4

## *Situation Overview*

* In connection with the Step One Transactions relating to the first step of the acquisition of the Company by a new Employee Stock Ownership Plan and EGI TRB, L.L.C., a limited liability company owned by Samuel Zell, the Board of Directors has engaged VRC to provide its opinion, as to whether as of May 9, 2007 (with a bring down to be provided at the expiration of the tender offer period), immediately after and giving effect to the consummations of the Step One Transactions, the Company will be Solvent and will have Adequate Capital to conduct ongoing operations.

*Valuation and Capital Adequacy Tests:*

➤ *Immediately after and giving effect to the consummation of the Step One Common Stock Purchase, each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune will exceed its liabilities (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), and such excess is in an amount that is not less than the capital of the Company (as determined pursuant to Section 154 of the DGCL);*

*Cash Flow Test:*

➤ *As of the date hereof, immediately after and giving effect to the consummation of the Step One Transactions, Tribune will be able to pay its debts (including the Stated Liabilities, the Identified Contingent Liabilities and the New Financing), as such debts mature or otherwise become absolute or due; and*

*Capitalization Test:*

➤ *As of the date hereof, immediately after and giving effect to the consummation of the Step One Transactions, Tribune Does Not Have Unreasonably Small Capital.*



5



## Situation Overview (continued)

■ The Board of Directors has also engaged VRC to provide its opinion, as to whether as of May 9, 2007 immediately before the consummation of the Step One Transactions, the Company meets the Capital Reduction Provisions of Section 244 of DGCL.

*Capital Reduction Test:*

> *Each of the Fair Value and Present Fair Saleable Value of the aggregate assets (including goodwill) of Tribune exceeds its liabilities (including Stated Liabilities and the Identified Contingent Liabilities) immediately before giving effect to the consummation of the Step One Transactions;*

**VRC's conclusions are qualified entirely by the full text of its written Opinion letter.**



6



## *Solvency Opinion Process*

➢ Collected data relating to Tribune and pertinent industries, capital markets, competitors, and comparables;

➢ Held discussions with management of each operating division and appropriate corporate personnel of Tribune;

➢ Analyzed the data received and collected and reviewed the notes from our discussions with Tribune personnel;

➢ Conducted valuation and solvency opinion analyses;

➢ Conducted sensitivity and downside testing; and

➢ Concluded whether or not Tribune meets the proper tests of solvency for the Step One Transactions.



7



## Summary of Solvency Analyses

➢ **Valuation and Capital Adequacy Tests**

➢ **Cash Flow Test**

➢ **Capitalization Tests**

➢ **Capital Reduction Test**



8



# VALUATION AND CAPITAL ADEQUACY TESTS





## Valuation and Capital Adequacy Tests ($ in millions)

|  | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| **Valuation Method** | | | |
| Comparable Companies | $11,355.8 | $12,421.8 | $13,493.8 |
| Comparable Transactions | $11,753.4 | $12,623.6 | $13,493.8 |
| Sum of Individual Assets | $11,487.3 | $12,729.7 | $13,972.1 |
| Discounted Cash Flow | $9,830.7 | $10,546.7 | $11,262.6 |
| **Average Operating Enterprise Value** | **$11,181.8** | **$12,072.7** | **$13,055.6** |
| + Equity Investments | $2,812.0 | $2,886.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$13,396.5** | **$15,347.4** | **$16,399.2** |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Value of Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$4,617.7** | **$6,768.5** | **$7,920.4** |
| *% of Enterprise Value* | *12.5%* | *18.1%* | *42.3%* |
| Less: Par value of Capital Stock | $3.9 | $3.9 | $3.9 |
| **Excess Capital** | **$4,613.8** | **$6,764.7** | **$7,816.5** |

|  | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| **Operating Enterprise Value Multiples** | | | |
| LTM EBITDA (3/31/07) | $1,333.6 | 8.0x | 9.1x | 9.8x |
| CFY EBITDA (2007) | $1,305.9 | 8.5x | 9.2x | 10.0x |
| NFY EBITDA (2008) | $1,620.4 | 7.8x | 9.5x | 9.2x |
| **Consolidated Enterprise Value Multiples** | | | |
| LTM EBITDA (3/31/07) | $1,437.6 | 9.3x | 10.5x | 11.4x |
| CFY EBITDA (2007) | $1,398.7 | 10.0x | 10.9x | 11.8x |
| NFY EBITDA (2008) | $1,519.6 | 9.2x | 10.0x | 10.8x |

* EBITDA figures include $60 million of anticipated cost savings.
* EBITDA figures used for Consolidated Enterprise Value multiples include cash received from equity investments.
* Cash and outstanding debt balances are pro forma for Step One as of 3/31/07.



10



# CASH FLOW TEST



**TRIBUNE**

## Base Case Cash Flow Test ($ in millions)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,305.9 | $1,428.4 | $1,448.4 | $1,478.5 | $1,475.1 | $1,481.0 | $1,486.9 |
| Cash Received from Equity Investments | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($151.0) | ($193.7) | ($225.0) | ($257.3) | ($282.5) | ($310.5) | ($332.6) |
| Cash Interest Income | $5.3 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.6) | ($568.0) | ($548.9) | ($527.1) | ($489.2) | ($445.0) | ($398.4) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| Operating Cash Flow | $667.4 | $737.0 | $771.4 | $817.9 | $854.2 | $912.8 | $964.1 |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($96.7) | ($251.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) | ($100.0) |
| Cash Flow Available for Debt Repayment | $396.2 | $314.5 | $543.6 | $589.9 | $626.2 | $684.1 | $734.6 |
| Scheduled Debt Repayments | ($155.2) | ($105.9) | ($72.0) | ($522.7) | ($72.8) | ($72.8) | ($154.0) |
| Other Financing Activities | ($30.0) | ($33.6) | ($39.9) | $0.0 | $0.0 | $0.0 | $0.0 |
| Net Cash Flow | $211.0 | $175.0 | $437.1 | $67.3 | $553.2 | $611.2 | $579.7 |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Cash Available for Discretionary Prepayments | $211.0 | $175.0 | $437.1 | $67.3 | $553.2 | $611.2 | $579.7 |

- Adjusted EBITDA figures include $60 million of anticipated cost savings
- Under the Company's revolver it has the ability to borrow up to $750 million



12



## *Base Case Debt Covenant Summary ($ in millions)*

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,305.9 | $1,360.4 | $1,388.4 | $1,418.5 | $1,415.1 | $1,421.0 | $1,426.9 |
| Cost Savings | $0.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Received from Equity Investments | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Covenant EBITDA | $1,390.7 | $1,519.6 | $1,566.6 | $1,624.2 | $1,648.2 | $1,691.2 | $1,718.2 |
| Guaranteed Debt / Covenant EBITDA | 4.42x | 4.06x | 3.61x | 3.40x | 2.97x | 2.49x | 2.07x |
| Maximum Guaranteed Leverage Ratio | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x |
| $ Cushion (EBITDA) | $406.1 | $491.0 | $502.0 | $603.5 | $715.7 | $885.0 | $1,040.3 |
| Covenant EBITDA / Cash Interest | 2.49x | 2.67x | 2.95x | 3.08x | 3.37x | 3.80x | 4.31x |
| Minimum Interest Coverage | 1.75x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x |
| $ Cushion (EBITDA) | $414.9 | $510.4 | $568.5 | $569.5 | $669.4 | $802.7 | $920.8 |

 VRC
Strong Values

13

 TRIBUNE

# CAPITALIZATION TESTS





## Capitalization Tests

➤ Post-Transaction Relative Equity Value

➤ Sensitivity Tests



15



## *Post Transaction Relative Equity Value*

| | | | |
|---|---|---|---|
| **Adjusted Enterprise Value** | $13,896.5 | $15,147.4 | $16,399.2 |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($9,463.8) | ($9,463.8) | ($9,463.8) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | $4,517.7 | $5,768.5 | $7,020.4 |
| % of Enterprise Value | 32.5% | 38.1% | 42.8% |



16

**TRIBUNE**

## Disclaimer

- *The accompanying material was compiled on a confidential basis for use solely by the Board of Directors of The Tribune Company as of May 9, 2007. This material is not intended to provide the sole basis for evaluating any transaction or event, does not purport to contain all information that may be required and should not be considered a recommendation with respect to any transaction or event. This material was prepared for a specific use by specific persons as of a specific date and was not prepared to conform with any disclosure standards under securities laws or otherwise. Neither Valuation Research Corporation ("VRC") nor any of its officers, directors, employees, affiliates, advisors, agents or representatives warrants the accuracy or completeness of any of the material set forth herein. Nothing contained in the accompanying material is, or shall be relied upon as, a promise or representation as to the past, the present or the future. This material must not be copied, reproduced, distributed or passed to others at any time without the prior written consent of VRC.*

- *It should be understood that any estimates, valuations, forecasts or projections contained in the accompanying material were prepared or derived from information supplied by the Company and public sources without the assumption by VRC of responsibility for any independent verification thereof. Accordingly, no representation or warranty can be or is made by VRC as to the accuracy or achievability of any such valuations, estimates, forecasts or projections and VRC expressly disclaims any and all liability relating to or resulting from the use of this material. Actual results may vary from such estimates, valuations, forecasts or projections and such variations may be material. Subsequent events may impact the analyses and conclusions set forth in the accompanying material and VRC does not assume any responsibility to update or revise the accompanying material for any events subsequent to the specified date set forth herein.*



22



## *Sensitivity Test Assumptions*

- **Corporate:**

  1. *Discretionary acquisition expenditures are projected to be $50 million in fiscal years 2009 through 2013*

- **Publishing:**

  1. *3% decline in revenues for fiscal years 2008 and 2009*
  2. *2% decline in revenues in fiscal years 2010 through 2013*
  3. *22% EBITDA margin in fiscal year 2008, 21% EBITDA margin in fiscal year 2009, 22% EBITDA margin in fiscal year 2010 and 24% EBITDA margin in fiscal year 2011*
  4. *24.4% EBITDA margin in fiscal years 2012 and 2013*

- **Broadcasting:**

  1. *5% decline in revenues for fiscal years 2008 and 2009*
  2. *3% decline in revenues in fiscal year 2010*
  3. *2% decline in revenues in fiscal years 2011 through 2013*
  4. *32% EBITDA margin in fiscal year 2008, 33% EBITDA margin in fiscal year 2009, 34% EBITDA margin in fiscal year 2010 and 35% EBITDA margin in fiscal year 2011*
  5. *35.8% EBITDA margin in fiscal years 2012 and 2013*



17



## *Sensitivity Cash Flow Test* ($ in millions)

| Cash Flow Summary | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| Adjusted EBITDA | $1,305.9 | $1,224.9 | $1,154.2 | $1,173.8 | $1,205.9 | $1,237.9 | $1,216.6 |
| Cash Received from Equity Investments | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Cash Taxes | ($151.0) | ($112.3) | ($103.3) | ($128.2) | ($174.5) | ($197.5) | ($205.0) |
| Cash Interest Income | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 | $5.2 |
| Cash Interest Expense | ($557.6) | ($572.3) | ($562.0) | ($551.4) | ($534.2) | ($489.8) | ($454.5) |
| Change in Working Capital | ($20.0) | ($26.0) | ($26.5) | ($27.1) | ($27.6) | ($28.2) | ($28.3) |
| *Operating Cash Flow* | *$667.4* | *$618.8* | *$585.0* | *$616.1* | *$688.0* | *$737.9* | *$765.3* |
| Capital Expenditures | ($174.5) | ($171.5) | ($127.8) | ($128.0) | ($128.0) | ($128.7) | ($129.5) |
| Other Investing Activities | ($56.7) | ($251.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) | ($50.0) |
| *Cash Flow Available for Debt Repayment* | *$396.2* | *$196.2* | *$407.2* | *$440.8* | *$509.9* | *$559.2* | *$585.9* |
| *Scheduled Debt Repayment* | *($155.2)* | *($105.9)* | *($72.0)* | *($52.7)* | *($72.8)* | *($72.8)* | *($154.8)* |
| *Other Financing Activities* | *($30.0)* | *($33.6)* | *($39.6)* | *$0.0* | *$0.0* | *$0.0* | *$0.0* |
| *Net Cash Flow* | *$211.0* | *$56.8* | *$300.8* | *($82.0)* | *$437.2* | *$486.4* | *$431.1* |
| Beginning Cash | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 | $174.7 |
| Minimum Cash Balance | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) | ($174.7) |
| Revolver Borrowings | $0.0 | $0.0 | $0.0 | $82.6 | $0.0 | $0.0 | $0.0 |
| *Cash Available for Discretionary Prepayment* | *$211.0* | *$56.8* | *$300.8* | *$0.0* | *$437.2* | *$486.4* | *$431.1* |



18



## *Sensitivity Case Debt Covenant Summary* ($ in millions)

| Credit Ratios | 2007P | 2008P | 2009P | 2010P | 2011P | 2012P | 2013P |
|---|---|---|---|---|---|---|---|
| EBITDA | $1,205.9 | $1,164.9 | $1,094.2 | $1,113.8 | $1,175.9 | $1,179.9 | $1,156.6 |
| Cost Savings | $0.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 | $60.0 |
| Cash Received from Equity Investments | $84.8 | $99.2 | $118.2 | $145.7 | $173.1 | $210.2 | $231.3 |
| Covenant EBITDA | $1,390.7 | $1,324.1 | $1,272.4 | $1,319.5 | $1,409.1 | $1,449.1 | $1,447.8 |
| Guaranteed Debt / Covenant EBITDA | 4.42x | 4.75x | 4.66x | 4.45x | 3.84x | 3.38x | 3.01x |
| Maximum Guaranteed Leverage Ratio | 6.25x | 6.00x | 5.75x | 5.50x | 5.25x | 5.25x | 5.25x |
| **$ Cushion (EBITDA)** | **$406.1** | **$275.0** | **$240.5** | **$242.1** | **$377.5** | **$529.0** | **$618.8** |

| Covenant EBITDA / Cash Interest | 2.49x | 2.31x | 2.26x | 2.39x | 2.69x | 2.96x | 3.19x |
|---|---|---|---|---|---|---|---|
| Minimum Interest Coverage | 1.75x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x | 2.00x |
| Cushion | 0.74x | 0.31x | 0.26x | 0.39x | 0.69x | 0.96x | 1.19x |
| **$ Cushion (EBITDA)** | **$414.9** | **$176.5** | **$147.2** | **$216.8** | **$360.6** | **$488.5** | **$528.8** |



19



# CAPITAL REDUCTION TEST





## *Capital Reduction Test* ($ in millions)

| Valuation Method | Valuation Summary | | |
|---|---|---|---|
| | Low | Mid | High |
| Comparable Companies | $11,385.8 | $12,419.9 | $13,493.8 |
| Comparable Transactions | $11,753.4 | $12,615.6 | $13,493.8 |
| Sum of Individual Assets | $11,487.3 | $12,729.7 | $13,972.1 |
| Discounted Cash Flow | $9,820.7 | $10,540.7 | $11,262.6 |
| **Average Operating Enterprise Value** | **$11,101.8** | **$12,078.7** | **$13,055.6** |
| + Equity Investments | $2,412.0 | $2,686.0 | $2,961.0 |
| + NPV of PHONES Tax Savings | $382.7 | $382.7 | $382.7 |
| **Adjusted Enterprise Value** | **$13,896.5** | **$15,147.4** | **$16,399.2** |
| + Cash | $182.1 | $182.1 | $182.1 |
| - Debt | ($4,344.2) | ($4,344.2) | ($4,344.2) |
| - Identified Contingent Liabilities | ($97.1) | ($97.1) | ($97.1) |
| **Equity Value** | **$9,637.3** | **$10,888.2** | **$12,140.1** |
| % of Enterprise Value | 69.4% | 71.9% | 74.0% |



21

TRIBUNE