**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Cases |
| | : | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Hearing Date: September 4, 2009 at 10:00 a.m. (ET) |
---------------------------------------------x  Objections Deadline: September ____, 2009 at 4:00 p.m. (ET)

**MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK
FOR ORDER SHORTENING NOTICE OF HEARING FOR LEAVE TO
CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE OF TRIBUNE COMPANY,
ITS AFFILIATES, AND CERTAIN THIRD PARTIES, OR ALTERNATIVELY,
FOR THE APPOINTMENT OF AN EXAMINER**

The Law Debenture Trust Company of New York ("Law Debenture"), by and through its counsel, hereby files this motion (the "Motion"), pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening notice with respect to the Law Debenture's Motion of Law Debenture Trust Company of New York For Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner (the "2004 Motion"). In support thereof, the Law Debenture respectfully states as follows:

**RELIEF REQUESTED**

1. By this Motion, the Law Debenture respectfully requests that the Court enter an Order pursuant to Fed. R. Bankr. P. 9006 and Local Rule 9006-1, shortening the notice period normally required by Local Rule 9006-1 so that the 2004 Motion, which is submitted simultaneously herewith, may be heard on September 4, 2009, or as soon thereafter as the Court's calendar permits.

**BASIS FOR RELIEF REQUESTED**

2. Bankruptcy Rule 9006(c)(1) permits a bankruptcy court to reduce the time required for notice of a motion. It states in pertinent part that, "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given there under or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

3. The relief sought in this Motion should be granted for several reasons. First, as stated in more detail in the Motion, the Rule 2004 discovery sought relates to the central issue in these cases -- the Debtors' leveraged buyout transaction that was consummated in 2007 (the "LBO"), and which directly led to these bankruptcy cases. Law Debenture is a party and represents bondholders aggrieved by the LBO and requires discovery to examine the Debtors' valuable claims that neither the Debtors nor the Official Creditors Committee (the "Committee") have brought before the Court. Given public reports that the Debtors intend to file their plan of reorganization and disclosure statement any day, time is of the essence.

4. Second, discussions regarding the production of the discovery requested in the Motion among the interested parties have been ongoing since July 27, 2009, when Law Debenture, in accordance with the Local Rules for the United States Bankruptcy Court for the District of Delaware, issued letters with the discovery requests and conducted several meet and

confer meetings regarding Law Debenture's discovery requests. Thus, the Rule 2004 application is of no surprise, as all parties in interest have been on notice for the past 30 days.

5. Finally, the targets of the Motion have necessitated this filing by refusing Law Debenture's discovery requests. While significant effort was made to reach an agreement and avoid filing the Motion, the parties were unable to reach such agreement.

6. Reduction of the time period requested herein is not prohibited under Bankruptcy Rule 9006(c)(1) and the Rules listed therein.

## NOTICE

7. Notice of this Motion has been given to: (a) Counsel for the Debtor, (b) the Office of the United States Trustee for the District of Delaware, and (c) Counsel to the Creditors' Committee. In light of the nature of the relief requested herein, the Law Debenture submits that no other or further notice need be provided.

## NO PRIOR REQUEST

8. Law Debenture has not previously sought the relief requested herein from this or any other Court.

**WHEREFORE**, the Law Debenture respectfully requests that the Court (i) enter an order approving the shortening of the notice of the 2004 Motion as contemplated hereby such that a hearing on the 2004 Motion may convene on September 4, 2009 at 10:00 p.m. (EST); and (ii) grant such other and further relief as the Court deems just and proper.

Dated: August 26, 2009  Respectfully submitted,
Wilmington, Delaware

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

-and-

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*