IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------x
In re:                          :   Chapter 11 Cases
                                :   Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,        :   (Jointly Administered)
                                :
        Debtors.                :   Ref. Docket No. __
---------------------------------------------x

**ORDER SETTING EXPEDITED HEARING AND SHORTENING NOTICE
PERIOD WITH RESPECT TO MOTION OF LAW DEBENTURE TRUST
COMPANY OF NEW YORK FOR ORDER SHORTENING NOTICE OF HEARING
FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE
FEDERAL RULES OF BANKRUPTCY PROCEDURE OF TRIBUNE COMPANY,
ITS AFFILIATES, AND CERTAIN THIRD PARTIES, OR ALTERNATIVELY,
FOR THE APPOINTMENT OF AN EXAMINER**

Upon the Motion[1] of the Law Debenture Trust Company of New York ("Law Debenture"), by and through its counsel, for an entry of an order, pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for the entry of an order shortening notice with respect to the Law Debenture's Motion of Law Debenture Trust Company of New York For Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner (the "2004 Motion") and upon consideration of the Motion ands all pleadings related thereto; and due and proper notice of this Motion have been given; and it appearing that no other or further notice is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding pursuant to 28

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in the best interest of the above-captioned debtors' and debtors-in-possession's estates, and after due deliberation, and sufficient cause appearing thereof, it is hereby

ORDERED, that the Motion is granted in its entirety; and it is further

ORDERED, that the 2004 Motion is set for a hearing on September 4, 2009 at 10:00 a.m. (prevailing Eastern time); and it is further

ORDERED, that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Willington, Delaware
Dated: August _____, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge