IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF DOUGLAS E. DEUTSCH IN CONNECTION WITH THE RETENTION AND EMPLOYMENT OF CHADBOURNE & PARKE LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

DOUGLAS E. DEUTSCH declares as follows:

1. I am an attorney-at-law, duly admitted to practice before all of the courts of the State of New York, as well as the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

States District Court for the Eastern District of Michigan. I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne" or the "Firm"), which maintains (i) a principal office for the practice of law at 30 Rockefeller Plaza, New York, New York 10112, (ii) regional offices in Washington, D.C., and Los Angeles, and (iii) foreign offices in Mexico City, London, Beijing, Moscow, St. Petersburg, Warsaw, Almaty, Kyiv, and Dubai.

2. I submit this affidavit (the "Deutsch Affidavit") on behalf of Chadbourne pursuant to Rule 2014 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") at the request of Stuart Maue pursuant to discussions subsequent to the filing of the David M. LeMay affidavits, sworn to January 16, 2009 and February 16, 2009 (the "Prior Affidavits"), in support of the application of the Creditors' Committee for an order approving Chadbourne's retention as counsel to the Creditors' Committee in the above-captioned cases.

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon Chadbourne's completion of further review or as additional information becomes available to Chadbourne, a further supplemental affidavit reflecting such amended or modified information will be submitted to the Court. Capitalized terms used herein and not otherwise defined shall have the respective defined meanings set forth in the Prior Affidavits.

## Supplemental Disclosure

4. In its initial retention papers, Chadbourne inadvertently neglected to specify that the services of law clerks (first year associates who are awaiting admission to the bar), summer associate law clerks (law students who are hired by Chadbourne in a highly competitive process to work during the summer following their second year of law school) and

librarians would also be used to assist in its representation of the Committee. The current standard hourly rates charged by Chadbourne for these professionals are: $345.00 per hour for law clerks, $275.00 for summer associate law clerks and between $120.00 and $175.00 per hour for librarians.

5. These hourly rates are subject to periodic adjustments (typically in November of each year) to reflect economic and other conditions. Chadbourne will maintain detailed records of actual and necessary costs and expenses incurred in connection with the legal services provided to the Creditors' Committee.

6. The hourly rates set forth above are Chadbourne's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate Chadbourne for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. Chadbourne operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance and reputation, the nature of the work involved and other factors. Chadbourne reserves its right to file an application for allowance of an enhanced fee award at the end of these chapter 11 cases, subject to the discretion of the Creditors' Committee.

7. I declare under penalty of perjury that the foregoing is true and correct.

_____
Douglas E. Deutsch

Sworn to and subscribed before me this 27th day of August 2009.

_____

FRANCISCO VAZQUEZ
Notary Public, State of New York
No. 02VA6013620
Qualified in New York County
Commission Expires Dec. 27, 20_10_