1 FRIEDMAN LAW GROUP
J. BENNETT FRIEDMAN, ESQ., State Bar No. 147056
1900 Avenue of the Stars, Suite 1800
2 Los Angeles, California 90067-4409
Telephone: (310) 552-8210
3 Facsimile: (310) 733-5442

4

5 Attorneys for Landlord Creditor
ISAKSEN INVESTMENTS, LLC

6

7      UNITED STATES BANKRUPTCY COURT

8              DISTRICT OF DELAWARE

9

10 In re                              ) CASE NO. 08-13141 (KJC)
                                      )
11 TRIBUNE COMPANY., et.al.           )
                                      ) Chapter 11
12              Debtor.               )
                                      )
13                                    ) NOTICE OF CHANGE OF COUNSEL
                                      )
14 _____  )

15

16    TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

17    NOTICE IS HEREBY GIVEN, that Isaksen Investments, LLC is now represented by J.

18 Bennett Friedman, Esq., Friedman Law Group, 1900 Avenue of the Stars, Suite 1800 Los

19 Angeles, CA 90067 for any and all future matters related to Isaksen Investments, LLC's claim in

20 this case.

21                               Respectfully Submitted,

22 DATED: August 5, 2009         FRIEDMAN LAW GROUP

23

24                               By: _____
                                    J. BENNETT FRIEDMAN, ESQ.
25                                  Attorney for Landlord Creditor, Isaksen
                                    Investments, LLC
26

27

28                                               THIS DOCUMENT PREPARED USING RECYCLED PAPER

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1900 Avenue of the Stars, Suite 1800, Los Angeles, California 90067-4409.

On August 27, 2009, I served the foregoing document described as **NOTICE OF CHANGE OF COUNSEL** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

BY MAIL:

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 27, 2009, at Los Angeles, California.

☐ (State)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

JACKELINE MARTINEZ

S:\ISAKSEN\CHANGE OF COUNSEL.DOC

- 2 -

THIS DOCUMENT PREPARED USING RECYCLED PAPER

## SERVICE LIST

**VIA NEF**

- Michael S. Amato — mamato@rmfpc.com
- Frank A. Anderson — anderson.frank@pbgc.gov, efile@pbgc.gov
- Thomas V. Askounis — taskounis@askounisdarcy.com
- John M. August — jaugust@herrick.com, courtnotices@herrick.com
- Mary E. Augustine — maugustine@ciardilaw.com, vfrew@ciardilaw.com
- Zachary J. Bancroft — zachary.bancroft@lowndes-law.com
- Ian Connor Bifferato — cbifferato@bifferato.com, dfeinberg@lewisfeinberg.com
- William Pierce Bowden — wbowden@ashby-geddes.com
- William S. Brody — wbrody@buchalter.com
- William R. Brodzinski — wbrodzinski@mrvlaw.com
- Glenn A. Brown — glenn.brown@realworldlaw.com, noticeme.realworldlaw@gmail.com;mike.pistek@realworldlaw.com
- William E. Callahan, Jr. — william.callahan@leclairryan.com, kim.doss-knicely@leclairryan.com
- Paul J. Catanese — pcatanese@mcguirewoods.com
- Camela J. Chapman — cchapman@co.ho.md.us
- William E. Chipman — chipman@lrclaw.com, dero@lrclaw.com,adams@lrclaw.com,girello@lrclaw.com,panchak@lrclaw.com
- Shawn M. Christianson — schristianson@buchalter.com, cmcintire@buchalter.com
- Tiffany Strelow Cobb — tscobb@vorys.com, cdfricke@vorys.com
- Kevin G. Collins — kcollins@bifferato.com
- Mark D. Collins — collins@RLF.com, rbgroup@rlf.com
- Andrew S. Conway — Aconway@taubman.com
- Robert L. Cook — robert_cook@tax.state.ny.us
- Linda K Cooper — l.cooper@smmj.com
- L. Jason Cornell — jcornell@foxrothschild.com, dkemp@foxrothschild.com
- Angie M. Cowan — cowan@ask-attorneys.com
- John D. Demmy — jdd@stevenslee.com
- John P. Dillman — houston_bankruptcy@publicans.com
- Caroline R. Djang — crd@jmbm.com
- Thomas F. Driscoll — tdriscoll@bifferato.com
- Michael E. Emrich — notice@regencap.com
- Margaret Fleming England — mengland@eckertseamans.com
- Brian G. Esders — besders@abato.com
- Justin Cory Falgowski — jfalgowski@reedsmith.com, jfalgowski@reedsmith.com
- Sherry Ruggiero Fallon — sfallon@trplaw.com
- Mark E. Felger — mfelger@cozen.com, mmillis@cozen.com
- Adolph F. Fellmeth — fred.fellmeth@vitecgroup.com
- John V. Fiorella — jfiorella@archerlaw.com
- Joseph D. Frank — jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com;rheiligman@fgllp.com
- Gregg M. Galardi — debank@skadden.com;christopher.heaney@skadden.com;larry.morton@skadden.com
- Patrick Theodore Garvey — garveyp@jbltd.com, danelskis@jbltd.com
- Yonatan Gelblum — yonatan.gelblum@usdoj.gov, eastern.taxcivil@usdoj.gov
- Ronald S. Gellert — delawarebankruptcy@escm.com;rgellert@eckertseamans.com

| | | |
|---|---|---|
| 1 | • Elizabeth Sara Goldberg | goldberg.elizabeth@dol.gov |
| | • Scott Golden | sagolden@hhlaw.com |
| 2 | • Douglas R. Gonzales | dgonzales@wsh-law.com |
| | • Donald L. Gouge | dgouge@gougelaw.com, lmartin@gougelaw.com |
| 3 | • Aaron L. Hammer | ahammer@freebornpeters.com, bkdocketing@freebornpeters.com |
| | • Michael A. Henry | mhenry@grossmcginley.com |
| 4 | • Christine Zuehlke Heri | heri-christine@dol.gov, sol-chi@dol.gov; goldberg.elizabeth@dol.gov |
| 5 | • R. Karl Hill | khill@svglaw.com, cday@svglaw.com |
| | • Adam Hiller | adamh@drapgold.com |
| 6 | • Daniel K. Hogan | dkhogan@dkhogan.com, keharvey@dkhogan.com |
| 7 | • Jennifer R. Hoover | jhoover@beneschlaw.com, rlemisch@beneschlaw.com; bsandler@beneschlaw.com;jsmith@beneschlaw.com;docket@beneschlaw.com |
| 8 | • Joseph H. Huston | jhh@stevenslee.com |
| | • Ericka Fredricks Johnson | erjohnson@wcsr.com |
| 9 | • Michael Joseph Joyce | mjoyce@crosslaw.com |
| | • Susan E. Kaufman | skaufman@coochtaylor.com |
| 10 | • William M. Kelleher | wkelleher@gfmlaw.com |
| | • Bryan Krakauer | bkrakauer@sidley.com |
| 11 | • Adam G. Landis | landis@lrclaw.com, girello@lrclaw.com; adams@lrclaw.com; panchak@lrclaw.com;dero@lrclaw.com |
| 12 | • Neil Raymond Lapinski | nrl@elliottgreenleaf.com |
| | • Robert W. Mallard | mallard.robert@dorsey.com |
| 13 | • Julie A. Manning | bankruptcy@goodwin.com |
| | • Katharine L. Mayer | kmayer@mccarter.com |
| 14 | • Garvan F. McDaniel | gmcdaniel@bglawde.com, ydalton@bglawde.com |
| | • Frank F. McGinn | ffm@bostonbusinesslaw.com |
| 15 | • Matthew B. McGuire | mcguire@lrclaw.com, adams@lrclaw.com; girello@lrclaw.com;dero@lrclaw.com |
| 16 | • Michelle McMahon | michelle.mcmahon@bryancave.com, dortiz@bryancave.com |
| 17 | • Dennis A. Meloro | bankruptcydel@gtlaw.com, thomase@gtlaw.com;melorod@gtlaw.com |
| 18 | • Rachel B. Mersky | rmersky@monlaw.com |
| | • George R. Mesires | george.mesires@bfkn.com |
| 19 | • Curtis S. Miller | cmiller@mnat.com, aconway@mnat.com |
| | • Cynthia E. Moh | cmoh@eapdlaw.com |
| 20 | • Carol E. Momjian | cmomjian@attorneygeneral.gov |
| 21 | • Eric J. Monzo | emonzo@cohenseglias.com, susdin@cohenseglias.com; nbloom@cohenseglias.com |
| 22 | • Sheryl L. Moreau | deecf@dor.mo.gov |
| | • Adam Scott Moskowitz | asmcapital@aol.com |
| 23 | • Kerri K Mumford | mumford@lrclaw.com, girello@lrclaw.com; adams@lrclaw.com; panchak@lrclaw.com;dero@lrclaw.com |
| 24 | • Jami B. Nimeroff | jnimeroff@bsnlawyers.com |
| | • Edward Patrick O'Brien | eobrien@sbchlaw.com |
| 25 | • Mona A. Parikh | parikh@lrclaw.com, dero@lrclaw.com,panchak@lrclaw.com, |
| 26 | • Norman L. Pernick | bankruptcy@coleschotz.com, npernick@coleschotz.com; pratkowiak@coleschotz.com;svandyk@coleschotz.com |
| | • Joan E. Pilver | joan.pilver@po.state.ct.us |
| 27 | • Dana S. Plon | dplon@sirlinlaw.com |
| 28 | S:\ISAKSEN\CHANGE OF COUNSEL.DOC | ˇ 4 ˇ    THIS DOCUMENT PREPARED USING RECYCLED PAPER |

| | | |
|---|---|---|
| 1 | • Patrick J. Reilley | preilley@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com;svandyk@coleschotz.com;kstahl@coleschotz.com |
| 2 | • David William Reimann | dreimann@reimannlawgroup.com |
|   | • Jeffrey N. Rich | jeff.rich@klgates.com, klgatesbankruptcy@klgates.com; kristen.serrao@klgates.com |
| 3 | • Fred B. Ringel | fbr@robinsonbrog.com |
| 4 | • Martha E. Romero | romero@dslextreme.com |
|   | • Frederick Brian Rosner | frosner@mrs-law.com, frosner@mrs-law.com |
| 5 | • Sommer Leigh Ross | slross@duanemorris.com |
|   | • John Henry Schanne | schannej@pepperlaw.com, wlbank@pepperlaw.com; lanoc@pepperlaw.com |
| 6 | • Michael Alan Schloss | schloos.michael@dol.gov |
| 7 | • Elaine M Seid | emseid@mstpartners.com |
|   | • Maurie J. Shalmone | maurie@longacrellc.com |
| 8 | • Joseph Emil Shickich | jshickich@riddellwilliams.com |
|   | • Laurie Selber Silverstein | bankruptcy@potteranderson.com |
| 9 | • Christopher Page Simon | csimon@crosslaw.com |
| 10 | • Wayne M. Smith | wayne.smith@warnerbros.com |
|   | • Patricia K. Smoots | psmoots@mcguirewoods.com |
| 11 | • James E. Sorenson | jsorenson@wggdlaw.com, bk@wggdlaw.com |
|   | • J. Kate Stickles | kstickles@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com;kstahl@coleschotz.com |
| 12 | • J. Kate Stickles | kstickles@coleschotz.com, bankruptcy@coleschotz.com; pratkowiak@coleschotz.com;svandyk@coleschotz.com |
| 13 | • William David Sullivan | bsullivan@sha-llc.com, ECF@williamdsullivanllc.com; kdavis@sha-llc.com;hcoleman@sha-llc.com |
| 14 | • Jay Teitelbaum | jteitelbaum@tblawllp.com, jteitelbaum@tblawllp.com |
| 15 | • Judy D. Thompson | jdthompson@poynerspruill.com |
|   | • Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| 16 | • Matthew J. Troy | matthew.troy@usdoj.gov |
|   | • United States Trustee | USTPREGION03.WL.ECF@USDOJ.GOV |
| 17 | • Deborah Waldmeir | waldmeird@michigan.gov, gamep@michigan.gov |
|   | • Pamela K. Webster | pwebster@buchalter.com |
| 18 | • Helen Elizabeth Weller | dallas.bankruptcy@publicans.com |
| 19 | • William Douglas White | wdw@mccarthywhite.com |
|   | • Eric R. Wilson | KDWBankruptcyDepartment@kelleydrye.com |
| 20 | • Jeffrey C. Wisler | jwisler@cblh.com |
|   | • Rafael Xavier Zahralddin-Aravena | rxza@elliottgreenleaf.com |

**Via US Mail**

The Honorable Kevin J. Carey
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

Barger & Wolen, LLP
Attn: Gary A. Bresee
650 California Street
Ninth Floor
San Francisco, CA 94108-2800

S:\ISAKSEN\CHANGE OF COUNSEL.DOC

- 5 -

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| | | |
|---|---|---|
| 1 | C B Blackard | James F. Conlan |
| 2 | 301 E Dave Ward Drive<br>P.O. Box 2000<br>Conway, AR 72033-2000 | Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 |
| 3 | | |
| 4 | Corey smith Bott<br>Abato Rubenstein and Abato, PA | D Elaine Conway<br>Jackson Walker LLP |
| 5 | 809 Gleneagles Court<br>Suite 320<br>Baltimore, MD 21286 | Jackson & Walker LLP<br>1401 McKinney St Ste 1900<br>Houston, TX 77010 |
| 6 | | |
| 7 | Broward County Revenue Collection<br>Division | Cop-Hanging Moss, LLC<br>c/o Todd M. Hoepker, P.A. |
| 8 | Edward A. Dion, Esq.<br>Government Center | P O Box 3311<br>Orlando, FL 32802-3311 |
| 9 | 115 South Andrews Avenue<br>Ft. Lauderdale, FL 33301 | Mayra Cruz |
| 10 | Ronald K. Brown | 1855 Coble Drive<br>Deltona, FL 32738 |
| 11 | Law Office of Ronald K. Brown, Jr.<br>901 Dove Street | J. Scott Douglass |
| 12 | Suite 120<br>Newport Beach, CA 92660 | 909 Fannin<br>suite 1800 |
| 13 | Casey Bukro | Houston, TX 77010 |
| 14 | 2445 Cowper Avenue<br>Evanston, IL 60201 | Heather Marie Fossen Forrest<br>Jackson Walker L.L.P. |
| 15 | | 901 Main Street |
| 16 | Chicago Portfolio, LLC<br>EKL Williams PLLC | Suite 6000<br>Dallas, TX 75202 |
| 17 | 901 Warrenville Rd. #175<br>Lisle, IL 60532 | Marie Goldenberg |
| 18 | Leslie A Cohen | Ruskin Moscou Faltischek, PC<br>1455 RXR Plaza |
| 19 | Leslie Cohen Law PC<br>506 Santa Monica Blvd., Suite 200 | Uniondale, NY 11556 |
| 20 | Santa Monica, CA 90401 | Robert L Hanley<br>Nolan, Plumhoff & Williams, Chtd |
| 21 | Comcast Spotlight<br>Comcast | Suite 700- Nottingham Centre<br>502 Washington Ave |
| 22 | c/o Furman Gregory LLC, 75 Federal<br>Stree | Towson, MD 21204 |
| 23 | Ninth Floor<br>Boston, Ma 02110 | Harris Corporation<br>c/o Anthony Deglomine, III |
| 24 | | 1025 W. NASA Blvd. |
| 25 | Timothy J. Conklin<br>Foster & Buick | Mail Stio A-11A<br>Melbourne, FL 32919 |
| 26 | 2040 Aberdeen Court<br>Sycamore, IL 60178 | |
| 27 | | |
| 28 | S:\ISAKSEN\CHANGE OF COUNSEL.DOC | |

THIS DOCUMENT PREPARED USING RECYCLED PAPER

| | | |
|---|---|---|
| 1 | Hogan & Hartson LLP<br>Hogan & Hartson LLP<br>875 Third Avenue<br>New York, NY 10022 | Kenneth Miller<br>Ervin Cohen & Jessup, LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212 |
| 2 | | |
| 3 | | |
| 4 | IBM CORPORATION<br>c/o Beverly H. Shideler<br>Two Lincoln Centre<br>Oakbrook Terrace, IL 60181 | Navistar Leasing Company<br>425 N. Martingale Road<br>18th Floor<br>Schaumburg, IL 60173 |
| 5 | | |
| 6 | Frank R. Kauders<br>925 Old Metairie Drive<br>Metairie, LA 70001-6306 | Ramona Neal<br>11311 Chinden Boulevard<br>Mailstop 314<br>Boise, ID 83714-0021 |
| 7 | | |
| 8 | Law Offices of Gerald S. Sack, LLC<br>836 Farmington Avenue<br>Suite 109<br>West Hartford, CT 06119 | Orange County Treasurer - Tax Collector<br>P.O. Box 1438<br>Santa Ana, CA 92702-1438 |
| 9 | | |
| 10 | | |
| 11 | Lazard Freres & Co. LLC<br>30 Rockefeller Plaza<br>New York, NY 10020 | Personal Plus, Inc.<br>c/o Kelly Singer<br>Squire, Sanders & Dempsey LLP<br>40 N. Central Ave., #2700<br>Phoenix, AZ 85004 |
| 12 | | |
| 13 | George T. Lees, III<br>Rawle & Henderson, LLP<br>300 Delaware Ave.<br>Suite 1015<br>P.O. Box 588<br>Wilmington, DE | |
| 14 | | R.R. Donnelly & Sons Company<br>800 Red Brook Boulevard<br>Owings Mills, MD 21117 |
| 15 | | |
| 16 | | Seaport Group LLC<br>360 Madison Avenue, 22nd Floor<br>New York, NY 10017 |
| 17 | Joshua G. Losardo<br>Belkin Burden Wenig & Goldman, LLP<br>270 Madison Avenue<br>New York, NY 10016 | |
| 18 | | Dean S. Sommer<br>Young Sommer Ward Ritzenberg Wooley<br>Executive Woods<br>5 Palisades Drive<br>Albany, NY 12205 |
| 19 | McDermott Will & Emery LLP<br>227 W. Monroe<br>Chicago, IL 60606 | |
| 20 | | |
| 21 | David McNulty<br>517 RT 1 South<br>suite 1109<br>Iselin, NJ 08830 | |
| 22 | | SunGard Availability Services LP<br>c/o Maureen A. McGreevey<br>680 E. Swedesford Road<br>Wayne, PA 19087 |
| 23 | | |
| 24 | Maria Ann Milano<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1192 | |
| 25 | | TRB (Creditor DBF, Crednum<br>Grippo & Elden<br>111 S. Wacker Dr.<br>Suite 5100<br>Chicago, IL 60606 |
| 26 | | |
| 27 | | |

| | | |
|---|---|---|
| 1 | Travelers<br>ATTN: Mike Lynch-Account Resolution | 180 North LaSalle Street<br>Suite 3700 |
| 2 | One Tower Square<br>MN | Chicago, IL 60601 |
| 3 | Hartford, CT 06183 | tw telecom inc.<br>10475 Park Meadows Drive |
| 4 | Marilyn Ann Wethekam<br>Horwood Marcus & Berk Chartered | #400 |
| 5 | Littleton, CO 80124 | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | S:\ISAKSEN\CHANGE OF COUNSEL.DOC | - 8 -    THIS DOCUMENT PREPARED USING RECYCLED PAPER |