**Kevin Millen**

Vs.                                                          Docket #      08-5025316-5

**The Hartford Courant**
    **In Re:**    Tribune Company 08-13141-KJC

*Motion to be abreast of every aspect of case*
*Motion to have copies of all paper*
*Previous Motions show that I am a secured creditor*

    Comes, the petitioner Kevin Millen to ask the court to keep me afloat with paperwork of the happening of this particular case. I am a secured creditor and I should have protection. "Claim" in bankruptcy is defined as: (A) a right to payment, whether or not reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (B) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured. 11 U.S.C. § 101(5 If the court is trying to overlook me because I am a pauper justice will prevail. I have a quote for all to read and maybe it will help me to get proper justice. Justice is the tool used to help all American's rich or poor return themselves to society as formidable citizens. Justice will not clear you if you misuse her, because she wants the law to help the righteous man; not the wicked friend." The second quote says, "Justice is the answer for the problem that has been created. So if you create a problem and run behind Justice, she will expose the problem and clear the person of the wrongs that he/she had been accused or convicted of in the court of law." These are sound quotes and will be true because the life that I'm living will be corrected because Justice is on my side. People are using Justice in the wrong way, but Justice will be served, because no wrong has been done by me, Kevin Millen.

*/s/ Kevin Millen*

Kevin Millen

## Certificate of Service

I hereby certify that a true and exact copy of the foregoing was sent by the United States mail, postage prepaid, by Kevin Millen:

*David D. Bird*
*824 North Market Street*
*3rd Floor*
*Wilmington, Delaware 19801*

*Cole, Shotz*
*500 Delaware Avenue*
*Suite 1410*
*Wilmington Delaware 19801*

on this day 16th of April, 2009.

_____
Kevin Millen

**Kevin Millen**

**Vs.**                                                                 **Docket #**   <u>08-5025316-S</u>

**The Hartford Courant**
    **In Re:**    **Tribune Company 08-13141-KJC**

### Order granting Motion to have copies for Secured creditor

      This matter having been brought before the Honorable Judge by pro-se counsel Kevin Millen, by way of a motion for entry of an Order Granting Motion to Show that I am a Secured Creditor.

We see that with this Motion I am showing why the court should put me first because a libel suit has come in to play. We also can use <u>11 U.S.C. ss 1111</u> and also we must use <u>11 U.S.C. § 101(5)</u>. These two laws help me to succeed in proving the outcome of this case...

*IT IS ON THIS* _____ *DAY OF* _____ *2009.*

Ordered that the Motion to be granted...

Ordered that a copy of this Order be served on all parties within 20 days of the date hereof.

**HONORABLE Judge**