**EXHIBIT A**

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10148

THE TRIBUNE COMPANY                                      AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                          INVOICE # 9144125
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

**DOL SUBPOENA**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                              $2,981.50

DISBURSEMENTS                                                           240.39

                                        TOTAL INVOICE         $3,221.89

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9144125
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

DOL SUBPOENA                                      MATTER NUMBER -    10148

| | | | | |
|---|---|---|---|---|
| 7/24/09 | ASA | .60 | { L250 } {A105} Telephone conference with D. Sondgeroth re DOL request for better copy of document. | 324.00 |
| 7/24/09 | ASA | .20 | { L250 } {A108} Responded to DOL e-mail re copy of document. | 108.00 |
| 7/24/09 | DAS | .30 | { L210 } {A105} Telephone conference with A. Amert re issues related to DOL production. | 157.50 |
| 7/24/09 | DAS | .50 | { L210 } {A106} Prepared communication to D. Liebentritt re update to DOL production and obtaining clearer copies of documents. | 262.50 |
| 7/27/09 | DJB | .20 | { L190 } {A104} Reviewed information request. | 175.00 |
| 7/27/09 | ASA | .60 | { L250 } {A105} Telephone conference with D. Sondgeroth re additional DOL requests for information. | 324.00 |
| 7/27/09 | ASA | .20 | { L250 } {A108} Responded to DOL e-mail re document. | 108.00 |
| 7/27/09 | DAS | .30 | { L210 } {A106} Contacted client re document requested and reviewed same (.3). | 157.50 |
| 7/27/09 | DAS | .50 | { L210 } {A105} Reviewed communication from DOL re additional documents (.3); telephone conference with A. Amert re same (.2). | 262.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| | | | | |
|---|---|---|---|---|
| 7/28/09 | DAS | .90 | { L210 } {A105} Communicated with A. Amert re document production and materials requested by DOL (.4); coordinated production of same (.5). | 472.50 |
| 7/28/09 | DAS | .40 | { L210 } {A108} Prepared communication to produce documents to DOL (.4). | 210.00 |
| 7/28/09 | DAS | .30 | { L210 } {A109} Reviewed communications from C. Smith re response to DOL questions (.3). | 157.50 |
| 7/31/09 | DJB | .30 | { L190 } {A106} Telephone conference with D. Liebentritt re issues. | 262.50 |
| | | 5.30 | PROFESSIONAL SERVICES | 2,981.50 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 7/02/09 | Network Printing | 240.39 |
| | TOTAL DISBURSEMENTS | 240.39 |

## INVOICE TOTAL

$ 3,221.89

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|---|---|---|---|
| DAVID J. BRADFORD | 0.50 | 875.00 | 437.50 |
| AMANDA S. AMERT | 1.60 | 540.00 | 864.00 |
| DOUGLAS A. SONDGEROTH | 3.20 | 525.00 | 1,680.00 |
| TOTAL | 5.30 | | 2,981.50 |

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER  10180

THE TRIBUNE COMPANY                                    AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                      INVOICE # 9144128
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT

### MORGAN STANLEY SWAP

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2009 | $13,105.00 |
| DISBURSEMENTS | 529.11 |
| TOTAL INVOICE | $13,634.11 |

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                        INVOICE # 9144128
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

MORGAN STANLEY SWAP                          MATTER NUMBER -    10180

| Date | Initials | Hours | Description | Amount |
|---|---|---|---|---|
| 7/01/09 | MZH | .50 | { L120 } {A105} Drafted e-mail to D. Bradford re ▓▓▓▓▓▓ and attended to same. | 362.50 |
| 7/02/09 | DJB | .20 | { L190 } {A104} Reviewed and forwarded letter from opposing counsel. | 175.00 |
| 7/07/09 | DJB | .10 | { L190 } {A106} E-mails with clients re ▓▓▓▓. | 87.50 |
| 7/07/09 | SEB | .30 | { L190 } {A102} Researched ▓▓▓▓▓▓▓▓▓ | 97.50 |
| 7/08/09 | DJB | .10 | { L190 } {A107} Telephone conference with S. Grosshandler, plaintiff's counsel. | 87.50 |
| 7/18/09 | DJB | .20 | { L190 } {A106} E-mails re potential meeting. | 175.00 |
| 7/19/09 | DJB | .20 | { L190 } {A106} E-mails with S. Grosshandler and clients. | 175.00 |
| 7/20/09 | DJB | .20 | { L190 } {A107} E-mails with opposing counsel. | 175.00 |
| 7/22/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler. | 437.50 |
| 7/22/09 | DJB | .20 | { L190 } {A106} E-mails to client re telephone conference with S. Grosshandler. | 175.00 |
| 7/23/09 | DJB | .30 | { L190 } {A107} Telephone conference with S. Grosshandler (.2); e-mails re same (.1). | 262.50 |

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 2

| 7/24/09 | WAT | .20 | { L110 } {A105} Telephone conference with internal team re ▓▓▓▓▓▓▓. | 95.00 |
|---|---|---|---|---|
| 7/24/09 | MZH | .20 | { L120 } {A105} Telephone conference with W. Thomson and S. Biller re ▓▓▓▓▓▓▓ | 145.00 |
| 7/24/09 | SEB | .40 | { L120 } {A105} Participated in conference call with M. Hankin and W. Thomson to discuss ▓▓▓▓▓ (.2); conferred with W. Thomson re ▓▓▓▓ (.2). | 130.00 |
| 7/26/09 | SEB | 1.20 | { L190 } {A104} Reviewed notes ▓▓▓▓▓▓▓ | 390.00 |
| 7/27/09 | DJB | .50 | { L190 } {A101} ▓▓▓▓▓▓. | 437.50 |
| 7/27/09 | WAT | 2.50 | { L110 } {A104} Reviewed factual materials and law. | 1,187.50 |
| 7/27/09 | WAT | .80 | { L110 } {A101} Prepared for conference call. | 380.00 |
| 7/27/09 | WAT | .20 | { L110 } {A105} Participated in conference call with internal team re ▓▓▓▓▓▓. | 95.00 |
| 7/27/09 | MZH | .20 | { L120 } {A105} Telephone call with D. Bradford, S. Biller and W. Thomson re ▓▓▓▓▓▓ | 145.00 |
| 7/27/09 | SEB | .50 | { L190 } {A107} Communicated with W. Thomson re ▓▓▓▓▓▓▓ (.3); participated in conference call with D. Bradford, M. Hankin and W. Thomson (.1); discussed ▓▓▓▓ ▓▓▓▓ with W. Thomson (.1). | 162.50 |
| 7/29/09 | SEB | .20 | { L190 } {A105} Consulted with W. Thomson re ▓▓▓▓ | 65.00 |
| 7/30/09 | WAT | 7.00 | { L110 } {A104} Reviewed documents, conducted analysis and prepared talking points outline for | 3,325.00 |
| 7/30/09 | WAT | .80 | { L110 } {A102} Conducted legal research. | 380.00 |

LAW OFFICES

**JENNER & BLOCK LLP**

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

Page 3



| 7/30/09 | SEB | 6.50 | { L190 } {A103} Prepared talking points and ▮▮▮▮ (3.8); conducted spot research on ▮▮▮ (1.1); conferred with W. Thomson re ▮▮▮ (.3); reviewed ▮▮▮ with W. Thomson (.2); searched for ▮▮▮ (.3); analyzed ▮▮▮ (.2); participated in conference call with W. Thomson and M. Hankin (.1); worked on ▮▮▮ (.4). | 2,112.50 |
| 7/31/09 | DJB | .50 | { L190 } {A107} Telephone conference with S. Grosshandler (.4); e-mail to client re same (.1). | 437.50 |
| 7/31/09 | WAT | 1.40 | { L110 } {A104} Reviewed documents, conducted analysis and prepared ▮▮▮ | 665.00 |
| 7/31/09 | MZH | .80 | { L120 } {A103} Drafted ▮▮▮ | 580.00 |
| 7/31/09 | SEB | .50 | { L190 } {A103} Revised and edited ▮▮▮ | 162.50 |
| | | 27.20 | PROFESSIONAL SERVICES | 13,105.00 |

## DISBURSEMENTS

| 7/22/09 | Photocopy Expense | 1.08 |
| 7/26/09 | Network Printing | 2.16 |
| 7/31/09 | Westlaw Research | 525.87 |
| | TOTAL DISBURSEMENTS | 529.11 |

## INVOICE TOTAL                    $ 13,634.11

Federal Identification No. 36-2192554

LAW OFFICES
# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DAVID J. BRADFORD | 3.00 | 875.00 | 2,625.00 |
| MARC B. HANKIN | 1.70 | 725.00 | 1,232.50 |
| WADE A. THOMSON | 12.90 | 475.00 | 6,127.50 |
| SOFIA E. BILLER | 9.60 | 325.00 | 3,120.00 |
| TOTAL | 27.20 | | 13,105.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

CLIENT NUMBER   45394
MATTER NUMBER 10164


THE TRIBUNE COMPANY                                      AUGUST 25, 2009
435 NORTH MICHIGAN AVENUE                         INVOICE # 9144127
SUITE 600
CHICAGO, IL  60611-4041
ATTN: DONALD J. LIEBENTRITT


### FEE APPLICATION

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                            $11,170.00

DISBURSEMENTS                                                          47.79

                                        TOTAL INVOICE          $11,217.79

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

THE TRIBUNE COMPANY
435 NORTH MICHIGAN AVENUE
SUITE 600
CHICAGO, IL  60611-4041                                    INVOICE # 9144127
ATTN: DONALD J. LIEBENTRITT

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

FEE APPLICATION                                    MATTER NUMBER -    10164

| | | | | |
|---|---|---|---|---|
| 7/02/09 | MXP | 2.40 | { L210 } {A103} Worked on reviewing matter invoices to prepare Jenner & Block invoice for May 2009 time and expenses for D. Hixson. | 408.00 |
| 7/02/09 | DHH | .50 | { L210 } {A103} Worked on May fee application, including reviewing time entries for confidential information. | 200.00 |
| 7/04/09 | DHH | 1.10 | { L210 } {A103} Worked on May fee application, including drafting narrative portion of application. | 440.00 |
| 7/05/09 | CS | .30 | { L250 } {A103} Worked on revisions to fee petition. | 217.50 |
| 7/05/09 | DHH | 1.10 | { L210 } {A103} Worked on May fee application, including revising narrative portion of application. | 440.00 |
| 7/06/09 | MHM | .80 | { L210 } {A103} Reviewed compensation procedures order (.2); reviewed prior monthly fee statements (.6). | 216.00 |
| 7/07/09 | MXP | 2.90 | { L210 } {A103} Worked on reviewing invoices and preparing Jenner & Block's fee application exhibit. | 493.00 |
| 7/08/09 | LSR | 1.40 | { L120 } {A103} Drafted May fee application. | 455.00 |
| 7/09/09 | LSR | .50 | { L120 } {A103} Continued drafting May fee application. | 162.50 |
| 7/09/09 | LSR | 2.80 | { L120 } {A103} Drafted second quarterly fee application. | 910.00 |

LAW OFFICES

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS  60611
(312) 222-9350

| 7/10/09 | MHM | 3.10 | { L120 } {A103} Reviewed monthly fee statements and drafted second quarterly fee application. | 837.00 |
|---|---|---|---|---|
| 7/10/09 | LSR | 2.00 | { L120 } {A103} Edited second quarterly fee application. | 650.00 |
| 7/14/09 | CS | .30 | { L190 } {A103} Reviewed and revised quarterly fee application. quarterly fee application. | 217.50 |
| 7/14/09 | MHM | .90 | { L210 } {A103} Revised and updated exhibits for quarterly fee application. | 243.00 |
| 7/14/09 | LSR | .70 | { L120 } {A103} Edited second quarterly fee application. | 227.50 |
| 7/16/09 | MHM | 2.30 | { L250 } {A103} Worked on preparing data for compliance with fee examiner. | 621.00 |
| 7/17/09 | MHM | 2.00 | { L250 } {A103} Worked on preparing electronic invoices subject to the second quarterly application for the Fee Examiner. | 540.00 |
| 7/20/09 | MHM | 3.90 | { L250 } {A103} Continued work on transferring electronic data to format required by fee examiner (3.2); proofread, formatted and revised same (.7). | 1,053.00 |
| 7/20/09 | LSR | .40 | { L120 } {A103} Drafted email to Fee Examiner re Second Quarterly Fee Application. | 130.00 |
| 7/20/09 | LSR | .40 | { L120 } {A103} Drafted June fee application. | 130.00 |
| 7/21/09 | LSR | 1.30 | { L120 } {A103} Continued drafting June fee application. | 422.50 |
| 7/22/09 | MHM | 2.40 | { L250 } {A103} Continued preparation of final numbers, attorney summaries and biographical information for quarterly fee application. | 648.00 |
| 7/22/09 | MHM | 2.00 | { L250 } {A103} Revised, proofread and updated quarterly fee application. | 540.00 |
| 7/22/09 | LSR | .30 | { L120 } {A103} Drafted June fee application. | 97.50 |
| 7/23/09 | LSR | .90 | { L120 } {A103} Edited June fee application (.3); reviewed same (.6). | 292.50 |
| 7/27/09 | LSR | .70 | { L140 } {A103} Edited June fee application. | 227.50 |

Federal Identification No. 36-2192554

LAW OFFICES

Page 3

# JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

| 7/28/09 | MHM | 1.30 | { L250 } {A103} Worked on preparing expenses in quarterly application in format for electronic submission to fee examiner. | 351.00 |
|---------|-----|------|---|--------|
| | | 38.70 | PROFESSIONAL SERVICES | 11,170.00 |

## DISBURSEMENTS

| 7/06/09 | Network Printing | 11.43 |
|---------|------------------|-------|
| 7/16/09 | Network Printing | 11.43 |
| 7/20/09 | Network Printing | 2.16 |
| 7/22/09 | Network Printing | 4.14 |
| 7/23/09 | Network Printing | 8.64 |
| 7/28/09 | Network Printing | 9.99 |
| | TOTAL DISBURSEMENTS | 47.79 |

## INVOICE TOTAL

$ 11,217.79

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| CATHERINE L. STEEGE | 0.60 | 725.00 | 435.00 |
| DAVID H. HIXSON | 2.70 | 400.00 | 1,080.00 |
| LANDON S. RAIFORD | 11.40 | 325.00 | 3,705.00 |
| MICHAEL H MATLOCK | 18.70 | 270.00 | 5,049.00 |
| MARC A PATTERSON | 5.30 | 170.00 | 901.00 |
| TOTAL | 38.70 | | 11,170.00 |

Federal Identification No. 36-2192554

LAW OFFICES
## JENNER & BLOCK LLP
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

CLIENT NUMBER 45394
MATTER NUMBER 10024

THE TRIBUNE COMPANY                                      AUGUST 25, 2009
435 N. MICHIGAN AVENUE                                   INVOICE # 9144072
CHICAGO, IL 60611
ATTN: DONALD J. LIEBENTRITT

**CUETO**

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009                                        $1,125.00

DISBURSEMENTS                                                     1.62
                                                         ─────────────
                        TOTAL INVOICE                        $1,126.62

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                Federal Identification No. 36-2192554

LAW OFFICES
**JENNER & BLOCK LLP**
330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

THE TRIBUNE COMPANY
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611
ATTN: KAREN H. FLAX

INVOICE # 9144072

AUGUST 25, 2009

CLIENT NUMBER -    45394

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2009

CUETO                                                    MATTER NUMBER -    10024

| 6/08/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed email and attachment from co-defendant's counsel re substitution of judges. | 187.50 |
|---|---|---|---|---|
| 7/06/09 | DLB | .30 | { L120 } {A108} Followed up with court clerk re scheduling of hearing. | 187.50 |
| 7/07/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed Cueto's opposition to motion to quash subpoena. | 187.50 |
| 7/08/09 | DLB | .30 | { L120 } {A104} Reviewed and analyzed order from court postponing hearings and emails related to same. | 187.50 |
| 7/31/09 | DLB | .60 | { L120 } {A104} Reviewed and analyzed opinion in related matter. | 375.00 |
| | | 1.80 | PROFESSIONAL SERVICES | 1,125.00 |

**DISBURSEMENTS**

| 7/09/09 | Photocopy Expense | 1.62 |
|---|---|---|
| | TOTAL DISBURSEMENTS | 1.62 |

**INVOICE TOTAL**                    $ 1,126.62

ALL PAYMENTS DUE WITHIN 30 DAYS OF INVOICE                    Federal Identification No. 36-2192554

LAW OFFICES

# JENNER & BLOCK LLP

330 N. WABASH AVENUE
CHICAGO, ILLINOIS 60611
(312) 222-9350

## SUMMARY OF PROFESSIONAL SERVICES

| NAME | HOURS | RATE | AMOUNT |
|------|-------|------|--------|
| DEBBIE L. BERMAN | 1.80 | 625.00 | 1,125.00 |
| TOTAL | 1.80 | | 1,125.00 |

Federal Identification No. 36-2192554

**EXHIBIT B**

## SUMMARY OF DISBURSEMENTS

| Description | Amount |
|---|---|
| Network Printing | 290.34 |
| Photocopy Expense | 2.70 |
| Westlaw Research | 525.87 |
| | 818.91 |