IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.,* | : | Case No. 08-13141 (KJC) |
| Debtors. | : | **Objection Date: September 17, 2009 at 4:00 p.m.** |
|  | : | **Hearing Date:** *Only if Objections are filed* |

**SEVENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JULY 1, 2009 THROUGH JULY 31, 2009**

| | |
|---|---|
| Name of Applicant: | **COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.** |
| Authorized to Provide Professional Services to: | **Tribune Company, *et al.*** |
| Date of Retention: | **February 3, 2009 *nunc pro tunc* to December 8, 2008** |
| Period for which Compensation and Reimbursement is sought: | **July 1, 2009 through July 31, 2009** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$87,804.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$8,160.20** |
| This is a: | **Seventh Monthly Application** |

The time expended for the preparation of the Applicant's fifth and sixth monthly and second interim fee applications in July is approximately 11.5 hours, and the corresponding compensation requested is approximately $3,509. The time expended for the preparation of the Applicant's seventh monthly fee application will be included in the Applicant's *next* fee application.

**Prior Applications:**

| Application | Date Filed | Period Covered | Requested Fees/Expenses | Authorized Fees (80%)/ Expenses (100%) |
|---|---|---|---|---|
| 1st | 4/14/09 | 12/8/08 – 1/31/09 | $233,913/$21,827.87 | $187,130.40/$21,827.87 |
| 2nd | 4/15/09 | 2/1/09 – 2/28/09 | $84,867/$3,674.21 | $67,893.60/$3,674.21 |
| 3rd | 5/21/09 | 3/1/09 – 3/31/09 | $93,216/$4,574.28 | $74,572.80/$4,574.28 |
| 4th | 5/29/09 | 4/1/09 – 4/30/09 | $85,538.50/$9,310.40 | $68,430.80/$9,310.40 |
| 5th | 7/14/09 | 5/1/09 – 5/31/09 | $77,805.50/$3,025.90 | $62,244.40/$3,025.90 |
| 6th | 7/22/09 | 6/1/09 – 6/30/09 | $106,998.50/$5,684.58 | $85,598.80/$5,684.58 |
| 7th | 8/28/09 | 7/1/09 – 7/31/09 | $87,804.50/$8,160.20 | *pending* |

**TRIBUNE COMPANY,** *et al.*

**SUMMARY OF BILLING BY ATTORNEY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Name of Professional Person | Date of Bar Admission | Position with the applicant and number of years in that position | Hourly billing rate* | Total billed hours | Total compensation |
|---|---|---|---|---|---|
| Norman L. Pernick | 1985 | Member (since 2008) | $650.00 | 8.8 | $5,720.00 |
| J. Kate Stickles | 1990 | Member (since 2008) | $480.00 | 129.6 | $62,208.00 |
| Karen M. McKinley | 2002 | Associate (since 2008) | $315.00 | 0.5 | $157.50 |
| Pauline Z. Ratkowiak | N/A | Paralegal (since 2008) | $190.00 | 103.7 | $19,703.00 |
| Kimberly A. Stahl | N/A | Paralegal (since 2008) | $160.00 | 0.1 | $16.00 |
| **TOTALS** | | | | **242.70** | **$87,804.50** |

**Blended Rate:  $361.78**

---

\*       This rate is Cole, Schotz, Meisel, Forman & Leonard, P.A.'s regular hourly rate for legal services.  All hourly rates are adjusted by Cole, Schotz, Meisel, Forman & Leonard, P.A. on a periodic basis (the last such adjustment occurred on September 1, 2008).

**TRIBUNE COMPANY,** *et al.*

**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Automatic Stay Matters/Litigation | 12.6 | $5,410.00 |
| Case Administration | 21.6 | $6,392.00 |
| Cash Collateral and DIP Financing | 10.2 | $4,693.00 |
| Claims Analysis, Administration and Objections | 0.7 | $249.00 |
| Committee Matters and Creditor Meetings | 2.3 | $1,274.00 |
| Creditor Inquiries | 1.4 | $353.00 |
| Employee Matters | 15.1 | $6,093.00 |
| Executory Contracts | 25.5 | $9,523.50 |
| Fee Application Matters/Objections | 51.1 | $15,122.00 |
| Leases (Real Property) | 11.2 | $4,680.00 |
| Litigation/General (Except Automatic Stay Relief) | 17.5 | $6,834.00 |
| Preparation for and Attendance at Hearings | 39.3 | $12,948.00 |
| Reorganization Plan | 5.1 | $2,221.00 |
| Reports; Statements and Schedules | 5.4 | $2,452.00 |
| Retention Matters | 14.5 | $4,645.00 |
| U.S. Trustee Matters and Meetings | 9.0 | $4,819.00 |
| Utilities/Sec. 366 Issues | 0.2 | $96.00 |
| **TOTAL** | **242.70** | **$87,804.50** |

46429/0001-5951225v1

**TRIBUNE COMPANY**, *et al.*

**EXPENSE SUMMARY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying (12,879 pages @ $0.10/page) | | $1,287.90 |
| Postage | | $108.11 |
| Document Retrieval/Court Documents | *PACER Service Center* | $17.76 |
| Telephonic Appearance | *CourtCall* | $280.00 |
| Transcript | *Writer's Cramp; Veritext; Jennifer Ryan Enslen* | $701.85 |
| Travel Expenses (taxi, working meals) | *Bean Bag Cafe; Purebread; Eagle Transportation* | $507.65 |
| Electronic Filing Fee | *Parcels, Inc.* | $55.00 |
| Messenger Service | *Parcels, Inc.* | $185.00 |
| Overnight Delivery | *Federal Express* | $148.52 |
| Outside Photocopying | *Parcels, Inc.* | $2,688.15 |
| Outside Postage | *Parcels, Inc.* | $1,405.38 |
| Outside Telecopier | *Parcels, Inc.* | $749.00 |
| Legal Research | *Westlaw* | $25.88 |
| **TOTAL** | | **$8,160.20** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
| Debtors. | : | **Objection Date: September 17, 2009 at 4:00 p.m.** |
| | : | **Hearing Date:** *Only if Objections are filed* |

**SEVENTH MONTHLY FEE APPLICATION OF COLE, SCHOTZ,
MEISEL, FORMAN & LEONARD, P.A., CO-COUNSEL TO
THE DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FROM JULY 1, 2009 THROUGH JULY 31, 2009**

Cole, Schotz, Meisel, Forman & Leonard, P.A. (the "Applicant"), co-counsel to the debtors

and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases, hereby applies to

the Court for monthly allowance of compensation for services rendered, in the amount of

$87,804.50, and reimbursement of expenses in the amount of $8,160.20 for the period from July 1,

2009 through July 31, 2009 (the "Application"), and respectfully represents as follows:

## Introduction

1.      On December 8, 2008, each of the Debtors filed a voluntary petition for relief

with this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(as amended, the "Bankruptcy Code"). The Debtors operate their businesses and manage their

properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

2.      On or about December 18, 2008, the United States Trustee appointed an official

committee of unsecured creditors (the "Committee") pursuant to 11 U.S.C. § 1102(a)(1).

3.      On January 15, 2009, this Court entered an Order Establishing Procedures for

Interim Compensation and Reimbursement of Expenses of Professionals and Official Committee

Members (the "Fee Order"). In accordance with the Fee Order, in the absence of any objection

to the monthly fee application within twenty (20) days of the submission thereof, Debtors are authorized to pay 80% of the fees and 100% of the disbursements requested.

4.      On February 3, 2009, this Court authorized the Debtors to retain Applicant, *nunc pro tunc* to December 8, 2008, to serve as co-counsel to the Debtors in these proceedings.

5.      On March 19, 2009, the Court appointed Stuart Maue as the Fee Examiner in these cases.

## Relief Requested

6.      Pursuant to the Fee Order and section 331 of the Bankruptcy Code, Applicant makes this Application for interim approval of compensation for professional services rendered, in the amount of $87,804.50, and reimbursement of actual and necessary expenses incurred, in the amount of $8,160.20, in serving as co-counsel to the Debtors during the period July 1, 2009 through July 31, 2009.

## Allowance of Compensation

7.      Attached hereto as Exhibit "A" is the Affidavit of Applicant with respect to the compensation requested.

8.      Attached hereto as Exhibit "B" is a detailed itemization, by project category, of all services performed by Applicant with respect to these matters from July 1, 2009 through July 31, 2009.  This detailed itemization complies with Del. Bankr. L. R. 2016-2(d) in that each time entry contains a separate time allotment, a description of the type of activity and the subject matter of the activity, all time is billed in increments of one-tenth of an hour, time entries are presented chronologically in categories, and all meetings or hearings are individually identified.

9.      The Applicant serves as co-counsel to the Debtors and is active in all aspects of these chapter 11 proceedings.  The following summary highlights the major areas in which the

46429/0001-5951225v1

Applicant rendered services for the time period covered by this Application. The full breadth of Applicant's services for the time period are reflected in the attached Exhibit "B".

a) <u>Automatic Stay Matters/Litigation</u> (12.6 hours; $5,410.00). This category includes time spent (i) drafting revised order denying amended motion of Jayne Clement for relief from stay to prosecute pre-petition suits; (ii) preparing and filing certification of counsel regarding order granting South Florida Stadium Corporation's motion for relief from the automatic stay to effectuate a setoff of certain prepetition amounts; (iii) preparing for status conference on motion of Michael Gutman; and (iv) preparing and filing objection to emergency motion for protective order quashing videotaping of deposition of Warren Beatty.

b) <u>Case Administration</u> (21.6 hours; $6,392.00). This category includes a number of different tasks necessary to comply with the requirements of this Court, the Office of the United States Trustee or the Bankruptcy Code, including without limitation, reviewing general case documents, reviewing and maintaining dockets and case calendar, maintaining a critical dates chart, scheduling of hearings with the Court, filing and service of pleadings and preparation of affidavits of mailing and service lists, conferences with co-counsel regarding tasks, division of labor and strategies, and other miscellaneous tasks not otherwise separately classifiable.

c) <u>Employee Matters</u> (15.1 hours; $6,093.00). This category includes time spent communicating with co-counsel regarding the management incentive plan motion and reviewing, revising and filing a motion for authority to make payments pursuant to the 2009 management incentive program and motion to file the Mercer Report under seal.

d) <u>Executory Contracts</u> (25.5 hours; $9,523.50). This category includes time spent (i) reviewing and filing a motion to assume certain prepetition Local Advertising Sales agreements and to assign prepetition and postpetition Local Advertising Sales agreements to

3

Advantage Newspaper Consultants; (ii) preparing and filing amended Local Advertising Sales agreements; (iii) preparing and filing amended agreements to motion to assume syndicated program agreements with CBS; and (iv) preparing and filing motion to assume limited liability agreement with Metromix LLC.

e)    <u>Fee Application Matters/Objections</u> (51.1 hours; $15,122.00).    This category includes time spent preparing and filing Applicant's first and second monthly fee application, as well as time spent corresponding with the Debtor's other professionals regarding their fee applications, preparing and filing other professionals' fee applications, and preparing and filing of certifications with respect to fee applications.

f)    <u>Litigation/General (Except Automatic Stay Matters)</u> (17.5 hours; $6,834.00).  This category includes time spent:  (i) preparing and filing notices of deposition, declarations of M. Parks and S. Tippie in support of objection to motion of Warren Beatty for relief from the automatic stay and objection to motion to quash; (ii) reviewing motion for protective order in the Beatty adversary action; and (iii) conferencing with co-counsel regarding case strategy and hearing dates.

g)    <u>Preparation for and Attendance at Hearings</u> (39.3 hours; $12,948.00). This category includes time related to attending hearings before this Court as well as time spent preparing for hearings, including review of documents, witness preparation, strategy meetings with the Debtors' representatives, preparation of hearing presentation, hearing notebooks, hearing agenda notices and post-hearing reports.

### **Reimbursement of Expenses**

10.    Attached hereto as Exhibit "C" is a description of the costs actually expended by the Applicant in the performance of services rendered as co-counsel to the Debtors.  These costs for which reimbursement is requested total $8,160.20.  The breakdown of costs includes the rate

4

for copying charges ($.10/page) and the basis for each rate, facsimile charges ($1.00/page – outgoing transmission only), postage, outside photocopying, messenger service, telephonic appearance charges, travel expenses, transcript charges, document retrieval and legal research charges.  By this Application, the Applicant does not seek expenses for incoming facsimile transmissions.

WHEREFORE, Cole, Schotz, Meisel, Forman & Leonard, P.A. respectfully requests that the Court enter an Order:    (i) granting the Application and authorizing allowance of compensation in the amount of $87,804.50 for professional services rendered, and $8,160.20 for reimbursement for actual and necessary costs; (ii) directing payment by the Debtors of the foregoing amounts; and (iii) granting such other and further relief as this Court deems necessary and just.

Dated:  August 28, 2009

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
(302) 652-3131
(302) 652-3117 (fax)

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5951225v1