# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 8/31/2009 |
| Case: 08−13141−KJC | Form ID: ntcBK | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty      Bryan Krakauer      bkrakauer@sidley.com
aty      Michael A. Henry      mhenry@grossmcginley.com

                                     TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Tribune Company      435 N. Michigan Avenue      Chicago, IL 60611
db      Tribune Media Services, Inc.      435 N. Michigan Ave.      Chicago, IL 60611
aty      J. Kate Stickles      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      J. Kate Stickles      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      James F. Conlan      Sidley Austin LLP      One South Dearborn Street      Chicago, IL 60603
aty      Norman L. Pernick      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue,Suite 1410      Wilmington, DE 19801
aty      Patrick J. Reilley      Cole, Schotz, Meisel, Forman &Leonard,      500 Delaware Avenue, Suite 1410      Wilmington, DE 19801
aty      Patrick Theodore Garvey      Johnson &Bell, Ltd      33 W. Monroe, Suite 2700      Chicago, IL 60603
aty      William S. Brody      Buchalter Nemer      1000 Wilshire Blvd., Suite 1500      Los Angeles, CA 90017

                                     TOTAL: 9