# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** August 31, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Alfred Levitt | Ricketts Family | Ricketts Family |
| B James Dreyer | Sidley Austin LLP | Tribune Co. |
| Bryan Krakauer | Sidley Austin LLP | Debtors |
| Ken Kansa | " | " |
| Matthew McGuire | Landis Rath & Cobb | Committee |
| David LeMay | Chadbourne & Parke LLP | Committee |
| Doug Deutsch | Chadbourne | Committee |
| Katie Stickles | Cole Schotz | Tribune Co. |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| Mark Collins | Richards Layton | JP Morgan, as Agent |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 08/31/2009
Calendar Time: 02:00 PM

1st Revision 08/31/2009 09:23 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3039743 | Matt Aronsky | 212-723-1489 | Matt Aronsky - Citigroup | Creditor, Matt Aronsky / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3032940 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3032903 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3033680 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3032852 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3033675 | Kevin Lantry | 213-896-6022 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3032870 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3036051 | Scott McCabe | 212-754-1613 | Latigo Partners | Interested Party, Latigo Partners / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3035422 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3035109 | Jennifer Sharret | 212-715-9516 | Kramer Levin Naftalis & Frankel | Interested Party, Kramer Levin Naftalis & Frankel, LLP / LISTEN ONLY |
| | | Tribune Company and Tribune Media Services, Inc. | 08-13141 | Hearing | 3035406 | Usman Tahir | (212) 527-8111 | Seneca Capital | Interested Party, Seneca Capital / LISTEN ONLY |

Peggy Drasal                                    CourtConfCal2007                                    Page 1 of 1