IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | x : | Chapter 11 |
| | : | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | : : | (Jointly Administered) |
| Debtors. | : : | **Related Dkt. No. 1998** |
| | x | |

## NOTICE OF WITHDRAWAL OF LIMITED OBJECTION

PLEASE TAKE NOTICE that the Limited Objection ("Limited Objection") to the Debtor's Motion Authorizing Debtors to Reject Certain Leases of Non-Residential Real Property and Related Executory Contracts Pursuant to §365 of the Bankruptcy Code, dated August 24, 2009, filed on behalf of 57-11 49th Place, LLC ("Landlord"), is hereby withdrawn based upon the proposed order provided by counsel for the Debtor. Landlord reserves all rights under the Lease (as defined in the Limited Objection) and in connection with the Premises (as defined in the Limited Objection).

Dated: New York, New York
September 1, 2009

                                                       **TARTER KRINSKY & DROGIN LLP**
                                                       *Attorneys for 57-11 49th Place, LLC*

                                                       By: __/s/ Scott S. Markowitz_____
                                                           Scott S. Markowitz, Esq.
                                                           1350 Broadway, 11th Floor
                                                           New York, New York 10018
                                                           (212) 216-8000