UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
:
In re: : Chapter 11
:
TRIBUNE COMPANY, et al., : Case No.: 08-13141 (KJC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

Karen Menendez, being duly sworn, deposes and says:

I am over the age of eighteen, not a party to the action, and reside in the County of Queens, State of New York.

On September 1, 2009, I served a true copy of the **Notice of Withdrawal of Limited Objection** by depositing true copies thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the addressees on the attached Service List.

/s/ Karen Menendez
Karen Menendez

Sworn to before me this
1st day of September, 2009

/s/ Phaedra Hernandez
Phaedra Hernandez
Notary Public - State of New York
No. 01HE6103041
Qualified in Richmond County
Commission Expires 12/15/2011

{Client\003045\BANK159\00213424.DOC;1}

## SERVICE LIST

SIDLEY AUSTIN LLP
James F. Conlan, Esq.
Bryan Krakauer, Esq.
Kenneth P. Kansa, Esq.
Dridget J. Hauserman, Esq.
One South Dearborn Street
Chicago, IL 60603

and

COLE, SCHOTZ, MEISEL,
 FORMAN & LEONARD, P.A.
Norman L. Pernick
J. Kate Stickles
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Attorneys for Debtors
and Debtors-in-Possession*