# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Tribune Company |
| **Case Number:** | 08-13141-KJC    **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, AUGUST 31, 2009 02:00 PM   CRT#5, 5TH FL. |
| **Bankruptcy Judge:** | KEVIN J. CAREY |
| **Courtroom Clerk:** | NANCY HUNT |
| **Reporter / ECR:** | SHERRY JOHNSON |

## *Matter:*

Procedures Motion
**R / M #:**   0 / 0

## *Appearances:*

See Sign in Sheet

## *Proceedings:*

Agenda Item #1 - Order Signed