**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

I, J. Kate Stickles, hereby certify that on September 2, 2009, I caused a copy of the foregoing **Notice of Agenda of Matters Scheduled for Hearing on September 4, 2009 at 10:00 a.m. Before the Honorable Kevin J. Carey** to be served on the persons identified on the attached service list  in the manner indicated:

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ~~Kate Stickles~~

J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

46429/0001-5902894v1

**Tribune Company, *et al.***
**Agenda Service List regarding September 4, 2009 Hearing**

**Via Telecopy:**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE  19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE  19899-2046

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE  19899-0511

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE  19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE  19899-0951

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE  19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE  19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Fl.
Wilmington, DE  19801

William M. Kelleher, Esquire
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE  19899

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE  19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE  19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE  19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE  19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
1105 North Market St., 16th Floor
Wilmington, DE  19801

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

46429/0001-5902894v1

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
& Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
& Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 91801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
PO Box 2323
Wilmington, DE 19899-2323

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

Rafael Z. Zahralddin-Aravena, Esquire
Neil R. Lapinski, Esquire
1000 West Street, Suite 1440
Wilmington, DE 19899

Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

2

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL  60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA  90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY  10112

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019-5820

Lyle A. Downey
Scott Smith
Downey, Smith & Fier
4010 Watson Plaza Drive #190
Lakewood, CA  90712-4046

B. Lane Hasler, Esquire
B. Lane Hasler, P.C.
1530 South State Street, Suite 17A
Chicago, IL  60605

Stefanie Wowchuk, Esquire
Sonnenschein Nath & Rosenthal, LLP
233 South Wacker Drive, Suite 7800
Chicago, IL 60606

Scott S. Markowitz, Esquire
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY  10018

Greg Sohns, Esquire
Colamarino & Sohns LLP
488 Madison Avenue
New York, NY  10022

Via First Class Mail:
State of California
Franchise Tax Board
Settlement Bureau
P.O. Box 3070-MS-A-270
Rancho Cordova, CA 95741-3070

Classified Ventures, LLC
175 West Jackson, Suite 800
Chicago, IL  60604

Gannett Co., Inc.
151 West Fourth Street, Suite 201
Cincinnati, OH  45202

A.H. Belo Corp.
400 South Record Street
Dallas, TX  75202

The McClatchy Company
2100 Q Street
Sacramento, CA  95816

The Washington Post Company
1150 15th Street, NW
Washington, D.C.  20071

Illinois National Insurance Company
175 Water Street
New York, NY 10038

3

Federal Insurance Company / Chubb Group of
Insurance Companies
15 Mountain View Road
Warren, NJ 07059

AXIS Insurance Company / Axis Financial
Insurance Solutions
Connell Corporate Park
300 Connell Drive
PO Box 357
Berkeley Heights, NY 07922-0357

U.S. Specialty Insurance Company / HCC
Global Financial Products
Attention Claims Manager
8 Forest Park Drive
PO Box 4018
Farmington, CT 06034

St. Paul Mercury Insurance Company / St. Paul
Travelers, Inc.
Attention: Professional E&O Claim Unit
385 Washington Street
St. Paul, MN 55102-1296

Ann Zaremba
Duke York Road, LLC
c/o Duke Realty LP
600 E. 96th Street, Suite 100
Indianapolis, IN  46240

David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019

4

46429/0001-5902894v1