UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2009 SEP -1  PM 3: 50
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| The Hartford Courant Company | Case No.: 08-13141(KJC) |
| Debtor | |
| Ariel B. Brignole | August 28, 2009 |
| Movant | |
| v. | |
| Rosemarie A. Robertson and The Hartford Courant Company | |
| Respondent | |

### MOTION OF ARIEL B. BRIGNOLE FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

And now comes Ariel B. Brignole, by and through her counsel, Timothy Brignole, Esquire, and who hereby makes this Motion for Relief from Stay as follows:

1. The jurisdiction of the Bankruptcy Court over this proceeding comes pursuant to 11 U.S.C. § 362(d), of the bankruptcy code, as amended.

2. The Movant has a personal injury claim for money damages against the Debtors, which arose out of physical injuries sustained by the Movant in an automobile accident occurring on August 13, 2006.

3. On or about June 6, 2008, the Movant filed a lawsuit against the Debtor, which is currently pending in the Superior Court of the State of Connecticut, for the Judicial District of Hartford, HHD CV-08-5020702S.

4. A petition for bankruptcy under 11 U.S.C. Chapter 11, was filed by the Debtor in this case number 08-13141 (KJC) on December 8, 2008.

5. Upon information and belief, this Debtor has liability insurance, which covers this occurrence with Zurich American Insurance Company, within the policy limits.

6. The filing of the bankruptcy has automatically stayed the Movant's personal injury case under 11 U.S.C. Section 362. The imposition of this Automatic Stay prohibits the Movant from conducting discovery, hearing testimony, and commencing a trial to decide the issues of liability and damages.

7. The Movant requests an Order lifting the Automatic Stay so as to allow the Movant to litigate the liability issues existing in the case in accordance with the laws of the State of Connecticut, more particularly, to allow the Judicial District of Hartford to move forward with and render a liability decision on any negligence proceedings arising from the incident of August 13, 2006.

8. The Movant seeks relief from the stay for the sole purpose to liquidate the liability claim against the Debtor but not for any relief to move against property of the company for purposes of satisfying any judgment obtained. Movant makes no claim against assets of Debtor, rather seeks to collect from the insurance of Debtor covering this loss.

9. The Movant acknowledges that this Court's lifting of the Stay will not authorize any specific distribution of non-exempt property of the company unless such distribution is specifically approved by a subsequent Motion to the Bankruptcy Court.

**WHEREFORE**, the undersigned counsel respectfully requests this Honorable Court to issue an Order modifying the Automatic Stay so that the Judicial District of Hartford Superior Court can proceed against the Debtor's insurance coverage of this claim, as set forth above.

Respectfully submitted,

Timothy Brignole, Esq.
Brignole, Bush & Lewis
73 Wadsworth Street
Hartford, CT  06106
Tel: (860) 527-5929
Fax: (860) 527-5929