UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| The Hartford Courant Company | : | Case No.: 08-13141(KJC) |
| | : | |
| Debtor | : | |
| | : | |
| | : | |
| Ariel B. Brignole | : | August 28, 2009 |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Rosemarie A. Robertson and | : | |
| The Hartford Courant Company | : | |
| | : | |
| Respondent | : | |

## ORDER

The foregoing Motion for Relief from Automatic Stay, dated August 18, 2009, having been heard by this Court, and there being no objection hereto, it is hereby ORDERED:

Ariel B. Brignole can pursue claims for personal injuries in the matter of <u>Ariel B. Brignole v. Rosemarie A. Robertson and The Hartford Courant Company</u>, which is now pending in the Superior Court for the Judicial District of Hartford, and bears Docket No. HHD CV 08-5020702S, only to the extent that such claims can be satisfied from a policy of motor vehicle insurance which was in effect at the time of the accident that is the subject matter of the civil case, and does not affect the personal assets of the above-captioned bankruptcy petitioner, The Hartford Courant Company.

**GRANTED/DENIED**

_____
Judge/Clerk