UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

FILED

In re: The Hartford Courant Company          Case No. 08-13141(KJC)    2009 SEP -1 PM 3:50

Debtor

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

## MOTION FOR EXEMPTION FROM ELECTRONIC FILING

I, Timothy Brignole-ct05756 (name & bar no.) hereby apply for exemption from this court's requirement that all documents to be filed in any case or adversary proceeding on or after August 1, 2005, be submitted for filing in electronic form. I have read the instructions issued by this court for completion of this motion, and request exemption on the following ground(s):

( ) Not-Yet-Trained (in house). I have not yet received Electronic Court Filing (ECF) training. I am scheduled to attend ECF training on _____. I agree to appear on the designated date, to complete my ECF "required assignment," and to file all documents electronically no later than 15 days after the training date.

( ) Not-Yet-Trained (on-line). I have not yet received Electronic Court Filing (ECF) training. I will complete the ECF on-line training and submit my registration by _____ (date must not be more than 14 days from the filing of this motion). I agree to file all documents electronically no later than 15 days after I complete the on-line training and submit my registration.

(x) Other. (Provide a detailed explanation of your reasons for requesting an exemption in the space below. Any additional information may be attached, but must be signed, under penalty of perjury).

The undersigned hereby requests an exemption from electronically filing its Motion for Relief from Automatic Stay regarding the above-referenced case, as at this time this firm almost never files documents in the Bankruptcy Court; therefore has not made application nor sought training on-line. We are seeking exemption at this time, and should this firm find a need to file more forms in other matters, we will seek the certification.

I declare under penalty of perjury that the statements in this motion are true. I understand that if I do not complete ECF training as scheduled, or otherwise file documents in paper form without further exemption, any documents I have filed or will file in paper format may be stricken or dismissed, and I may be subject to referral by the court for disciplinary action.

Date: 8-28-09                     Signature: [signed]
Print name and Bar Number: Timothy Brignole - ct05756     Phone Number:
Address:    Brignole, Bush & Lewis                        (860) 527-9973
            73 Wadsworth Street
            Hartford, CT  06106