# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
 **EIN:** 36–1880355
Times Mirror Corporation
Tribune Media Services, Inc.
435 N. Michigan Ave.
Chicago, IL 60611
 **EIN:** 13–0571080

**Chapter:** 11

**Case No.:** 08–13141–KJC

## NOTICE OF HEARING

A hearing regarding Ariel B. Brignole's Motion for Relief from Stay is scheduled for 9/24/09 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 9/17/09 .

                                                David D. Bird
                                                Clerk of Court

Dated: 9/2/09

(VAN–401)