# Notice Recipients

District/Off: 0311−1                 User: NancyL              Date Created: 9/2/2009

Case: 08−13141−KJC              Form ID: van401          Total: 13

**Recipients of Notice of Electronic Filing:**

ust       United States Trustee      USTPREGION03.WL.ECF@USDOJ.GOV
aty       Bryan Krakauer        bkrakauer@sidley.com
aty       Michael A. Henry         mhenry@grossmcginley.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Tribune Company        435 N. Michigan Avenue        Chicago, IL 60611
db        Tribune Media Services, Inc.      435 N. Michigan Ave.        Chicago, IL 60611
aty       J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
          1410        Wilmington, DE 19801
aty       J. Kate Stickles        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
          1410        Wilmington, DE 19801
aty       James F. Conlan        Sidley Austin LLP        One South Dearborn Street        Chicago, IL 60603
aty       Norman L. Pernick        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue,Suite
          1410        Wilmington, DE 19801
aty       Patrick J. Reilley        Cole, Schotz, Meisel, Forman &Leonard,        500 Delaware Avenue, Suite
          1410        Wilmington, DE 19801
aty       Patrick Theodore Garvey        Johnson &Bell, Ltd        33 W. Monroe, Suite 2700        Chicago, IL 60603
aty       William S. Brody        Buchalter Nemer        1000 Wilshire Blvd., Suite 1500        Los Angeles, CA 90017
          Ariel B. Brignole        c/o Timothy Brignole, Esq.        Brignole, Bush &Lewis        73 Wadsworth
          Street        Hartford, CT 06106

TOTAL: 10