# Notice Recipients

District/Off: 0311−1     User: Brandon     Date Created: 9/2/2009
Case: 08−13141−KJC     Form ID: ntcBK     Total: 12

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
aty     Bryan Krakauer     bkrakauer@sidley.com
aty     Michael A. Henry     mhenry@grossmcginley.com

                                                                                        TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tribune Company     435 N. Michigan Avenue     Chicago, IL 60611
db     Tribune Media Services, Inc.     435 N. Michigan Ave.     Chicago, IL 60611
aty     J. Kate Stickles     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     J. Kate Stickles     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     James F. Conlan     Sidley Austin LLP     One South Dearborn Street     Chicago, IL 60603
aty     Norman L. Pernick     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue,Suite 1410     Wilmington, DE 19801
aty     Patrick J. Reilley     Cole, Schotz, Meisel, Forman &Leonard,     500 Delaware Avenue, Suite 1410     Wilmington, DE 19801
aty     Patrick Theodore Garvey     Johnson &Bell, Ltd     33 W. Monroe, Suite 2700     Chicago, IL 60603
aty     William S. Brody     Buchalter Nemer     1000 Wilshire Blvd., Suite 1500     Los Angeles, CA 90017

                                                                                        TOTAL: 9