## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 2004<br>Objection Deadline: September 17, 2009 at 4 p.m. (ET)<br>Hearing Date: September 24, 2009 at 10 a.m. (ET) |

### NOTICE OF (I) PROPOSED BUSINESS COMBINATION INVOLVING THE CHICAGO CUBS MAJOR LEAGUE BASEBALL FRANCHISE AND RELATED ASSETS AND (II) RELATED COURT DATES AND DEADLINES

**IMPORTANT: THIS NOTICE PROVIDES YOU WITH INFORMATION CONCERNING MATTERS THAT MAY AFFECT YOUR LEGAL RIGHTS. IF YOU WISH TO BE HEARD BY THE BANKRUPTCY COURT CONCERNING THE TRANSACTIONS DESCRIBED HEREIN, OR YOU WANT TO OBJECT TO THOSE TRANSACTIONS, YOU MUST DO SO BY SEPTEMBER 17, 2009 (THE "OBJECTION DEADLINE") OR YOU MAY BE BARRED FROM SUBMITTING THOSE OBJECTIONS AFTER THAT DATE.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 24, 2009, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Tribune Debtors"), filed a Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and Cubs Entities to (A) Enter Into and Perform Obligations under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcasting Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (the "Tribune Transaction Approval Motion") (Docket No. 2004).

2. The Tribune Transaction Approval Motion seeks authority from the Bankruptcy Court for, among other things, the proposed business combination involving the business, assets, and operations of the Chicago Cubs Major League Baseball franchise (the "Cubs Business"). Both the Tribune Debtors and Chicago National League Ball Club, LLC, a non-Tribune Debtor affiliate of the Tribune Debtors ("CNLBC"), will seek authority to enter into and perform the necessary agreements, obligations, and similar items respecting the proposed business combination and separately, to implement the proposed business combination. CNLBC owns most of the assets of the Cubs Business and hence most of the assets that are subject to the proposed business combination.

3. To facilitate and document the proposed business combination, Tribune Company ("Tribune") and CNLBC will seek approval for their entry into and performance of obligations under that certain Formation Agreement, a copy of which was filed with the Bankruptcy Court on August 24, 2009, by and among Tribune, CNLBC and certain of its affiliates, Ricketts Acquisition LLC (the "Bidder") and RAC Education Trust OSA, LLC (the "Formation Agreement"). The Formation Agreement, together with certain ancillary agreements (the "Ancillary Agreements"), provides for the acquisition by the Bidder of a majority interest in a joint venture that will operate the Cubs Business. That joint venture is named Chicago Baseball Holdings, LLC ("New Cubs LLC").

4. The proposed business combination contemplates that New Cubs LLC and its subsidiaries will continue to operate the Cubs Business, including all baseball operations. Most claims against CNLBC and other claims relating to the Cubs Business will be assumed and paid by New Cubs LLC, including claims of trade creditors. Most contracts with CNLBC will be assumed and assigned to New Cubs LLC.

5. **A hearing to approve the Tribune Transaction Approval Motion (the "Tribune Transaction Approval Hearing") is scheduled for September 24, 2009 at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

6. Pursuant to the Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-In-Interest of Tribune Debtors and Cubs Entities, (II) Approving Process for Effecting Proposed Business Combination and Setting Transaction Hearing and Related Deadlines, And (III) Approving Certain Investor Protections entered by the Court on August 31, 2009 (Docket No. 2053) (the "Notice and Procedures Approval Order"), any objection to the Proposed Business Combination (including any transaction contemplated by the Formation Agreement and/or any of the Ancillary Agreements) must be filed and served upon all parties listed in the Notice and Procedures Approval Order.

7. **ANY AND ALL OBJECTIONS TO THE APPROVAL AND CONSUMMATION OF THE PROPOSED BUSINESS COMBINATION OR ANY TRANSACTIONS CONTEMPLATED THEREBY, OR ANY OTHER RELIEF REQUESTED IN THE TRIBUNE TRANSACTION APPROVAL MOTION (AN "OBJECTION"), MUST BE MADE IN WRITING, FILED WITH THE COURT AND SERVED SO AS TO BE ACTUALLY RECEIVED BY 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 17, 2009 (THE "OBJECTION DEADLINE") BY ALL PARTIES LISTED IN THE NOTICE AND PROCEDURES APPROVAL ORDER, INCLUDING THE FOLLOWING:**

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>James F. Conlan<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 574-2101 |

8. If the Tribune Transaction Approval Motion is approved, the Tribune Debtors and CNLBC intend for CNLBC to commence a chapter 11 case very soon after such approval is received. The Tribune Debtors and CNLBC will also ask the Bankruptcy Court after that filing to approve immediately the proposed business combination in the CNLBC chapter 11 case (the "CNLBC Transaction Approval Motion" and, together with the Tribune Transaction Approval Motion, the "Transaction Approval Motions"). The CNLBC Transaction Approval Motion will seek immediate entry of an order in the CNLBC chapter 11 case (i) authorizing CNLBC to (a) enter into and perform its obligations under the Formation Agreement and Ancillary Agreements, (b) effect the proposed business combination concerning the Cubs Business, and (c) assume and assign substantially all executory contracts to which CNLBC is a party relating to the Cubs Business; (ii) authorizing CNLBC to pledge its interests in New Cubs LLC; and (iii) granting related relief.

9. Assuming the Tribune Transaction Approval Motion is granted, the Tribune Debtors and CNLBC anticipate that **a hearing on the Cubs Transaction Approval Motion (the "CNLBC Transaction Approval Hearing") will be scheduled to be conducted on**

**October 1, 2009 at 1:30 p.m. (Prevailing Eastern Time)** before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

10. The Tribune Transaction Approval Hearing and the CNLBC Transaction Approval Hearing may be rescheduled from time to time without further notice except as posted on the Tribune Debtors' website at http://chapter11.epiqsystems.com/tribune.

11. If you wish to object to the proposed business combination, you must file and serve your objection by the Objection Deadline or you may be precluded from having such objection heard at the CNLBC Transaction Approval Hearing.

**IF YOU FAIL TO RESPOND IN A TIMELY MANNER IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE TRANSACTION APPROVAL MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Date: September 1, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 574-2101

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION

4