# EXHIBIT A

| Date | Client | Employee Name | Hours | Billable Amount | Description |
|---|---|---|---|---|---|
| 6/29/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 6/30/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Telephone call to discuss timing of filing plan of reorganization. |
| 6/30/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 7/6/2009 | Tribune Company | Gomes, Philip M | 0.25 | $ 108.75 | Provide social media counsel. |
| 7/22/2009 | Tribune Company | Zilka, Jeffrey R. | 0.25 | $ 175.00 | Status call with G. Weitman. |
| 7/27/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Prepare June fee application .25 Provide social media counsel. |
| 7/30/2009 | Tribune Company | Zilka, Jeffrey R. | 0.5 | $ 350.00 | Telephone call to discuss timing of filing plan of reorganization. |
| 7/31/2009 | Tribune Company | Gomes, Philip M | 0.5 | $ 217.50 | Provide social media counsel. |
| 7/31/2009 | Tribune Company | Wiley, Michael T | 0.75 | $ 326.25 | Provide social media counsel. |
| 7/31/2009 | Tribune Company | Zilka, Jeffrey R. | 0.75 | $ 525.00 | Provide social media counsel. |
| | | TOTAL | 4.5 | $ 2,620.00 | |