

**Navjeet K. Bal**
Commissioner

**Thomas K. Condon**
Bureau Chief

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Litigation Bureau - Bankruptcy Unit*
*100 Cambridge Street, 7th Floor*
*P. O. Box 9564*
*Boston, Massachusetts 02114-9564*

*MAIN #617 626-3875 - FAX #617 626-3796*

AUGUST 31, 2009

CLERK, U. S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET, 5TH/FLOOR
WILMINGTON, DE 19801
ATTN: CLAIMS ADMINISTRATOR

DEAR CLERK:

PLEASE **WITHDRAW** THE FOLLOWING CLAIM(S) IN THE MATTER OF:

DEBTOR: **TRIBUNE TELEVISION COMPANY**

F. I. D. #: 061-251-634

DOCKET #: 08-13241 KJC          CLAIM # 560

| TYPE OF CLAIM | AMOUNT | FILED ON |
|---|---|---|
| SECURED | $ | |
| UNSECURED PRIORITY | $1,273.56 | 02/26/2009 |
| UNSECURED GENERAL | $ 79.13 | 02/26/2009 |
| ADMINISTRATIVE | $ | |

**PLEASE DATE-STAMP AND RETURN THE ATTACHED COPY IN THE ENCLOSED SELF-ADDRESSED ENVELOPE.**

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

*Anne Chan*

ANNE CHAN
TAX EXAMINER
TEL: (617) 626-3869

ENCLOSURE: CLAIM(S)

**COMMONWEALTH OF MASSACHUSETTS**
**DEPARTMENT OF REVENUE**
**P.O.BOX 9564, BOSTON, MA 02114-9564**
**TEL #:(617)626-3875   FAX #:(617) 626-3796**

# PRIORITY PROOF-OF-CLAIM FOR MASSACHUSETTS TAXES

# 560

DOCKET #: **08-13241 KJC**
PETITION DATE: **12/08/08**
CHAPTER 11
I.D.#: **061-251-634**

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF **DELAWARE**

IN THE MATTER OF: **TRIBUNE TELEVISION COMPANY**

  **X**   IN PROCEEDINGS FOR AN ARRANGEMENT UNDER CHAPTER 11.

  ___   AMENDED PROOF-OF-CLAIM TO SUPERSEDE CLAIM(S) FILED

1. THE UNDERSIGNED, A DULY AUTHORIZED AGENT OF THE COMMISSIONER OF REVENUE FOR THE COMMONWEALTH OF MASSACHUSETTS, FILES THIS PROOF-OF-CLAIM FOR UNPAID MASSACHUSETTS TAXES INCLUDING INTEREST AND PENALTIES CALCULATED TO THE PETITION DATE.

2. TAX PERIODS ARE MARKED BY AN ASTERISK (*) IF THE COMMISSIONER'S RECORDS INDICATE THAT NO TAX RETURN HAS BEEN FILED FOR THAT PERIOD. THE AMOUNTS SHOWN FOR THOSE PERIODS ARE EITHER ESTIMATES OR "UNKNOWN" AS INDICATED.

3. THE AMOUNT(S) LISTED ON THIS PAGE ARE A SUMMARY OF THE AMOUNT(S) DUE FOR EACH CLASS OF CLAIM AS IDENTIFIED IN ITEMS A, B, AND C BELOW.

4. TO THE EXTENT THAT POST-PETITION INTEREST AND PENALTIES ARE NON-DISCHARGEABLE AND REMAIN UNPAID, THEY MAY BE COLLECTIBLE FROM THE DEBTOR OR FROM ANY OTHER LIABLE ENTITY.

A. **SECURED CLAIMS** (NOTICE OF MASSACHUSETTS TAX LIEN HAVING BEEN FILED PURSUANT TO GL CHAPTER 62C SECTION 50):

$

POST-PETITION INTEREST MAY BE PAYABLE (SEE 11 U.S.C. SECTION 506(b); IN THE EVENT THAT ADEQUATE PROTECTION IS ALLOWED, CLAIMS WILL BE ADJUSTED ACCORDINGLY;).

B. **UNSECURED PRIORITY CLAIMS** UNDER 507(a)(8) OF THE BANKRUPTCY CODE:

**$1,273.56**

C. **UNSECURED GENERAL CLAIMS**:

**$79.13**

**TOTAL:**   **$1,352.69**

AUTHORIZED SIGNATURE:    DATE: **February 24, 2009**

STEPHEN KOBIALKA, TAX SUPERVISOR, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3317

ANNE CHAN, TAX EXAMINER, BANKRUPTCY UNIT, MDOR
TEL #:(617) 626-3869

**COPY**

FEB 26 2009

## MDOR PRIORITY / GENERAL UNSECURED PROOF-OF-CLAIM

**DISTRICT OF:** DELAWARE          **DOCKET #:** 08-13241 KJC
**IN THE MATTER OF:** TRIBUNE TELEVISION COMPANY
**CHAPTER 11 BANKRUPTCY**
**PETITION DATE:** 12/08/08          **TAX I.D.#:** 061-251-634

**TAX TYPE SYMBOLS:** WH = WITHHOLDING; ST = SALES; MT = MEALS; RO = ROOM OCCUPANCY
IT = INCOME; CP = CORPORATE EXCISE; SP. F. = SPECIAL FUELS;
SER=SERVICES  PU = PUBLIC UTILITY;  RL=ROOM LOCAL

| TAX TYPE | PERIOD ENDING | DATE TAX ASSESSED | TAX | INTEREST TO PETITION DATE | BALANCE DUE | GENERAL UNSECURED CLAIM PENALTY |
|---|---|---|---|---|---|---|
| WH | Jun 07 | 07/31/07 | $1,140.42 | $133.14 | $1,273.56 | $79.13 |

**TOTAL THIS PAGE:**          $1,140.42          $133.14          $1,273.56          $79.13

**SUMMARY TOTAL:**          $1,273.56          $79.13

**PAGE 1 OF 1**