# EXHIBIT "A"

## Current Client

Equity Group Investments, LLC