# EXHIBIT "B"

# THOMAS M. TULLY & ASSOCIATES

*Attorneys at Law*

SUITE 2450
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602-3103

THOMAS M. TULLY
JOHN P. BRADY
JAMES E. DOHERTY
JAMES A. HULLIHAN

TELEPHONE
(312) 917-8700

FACSIMILE
(312) 917-8719

STATE OF ILLINOIS  )
                   )ss
COUNTY OF C O O K)

## RETAINER AGREEMENT

This agreement made this _____ day of _____, 2009, at Chicago, Illinois, between Chicago Tribune Company, Attention: Stephanie Pater, 435 North Michigan Avenue, Chicago, Illinois 60611, hereinafter designated as "Client" and Thomas M. Tully, Ltd., Attorneys at Law, 33 North Dearborn Street, Suite 2450, Chicago, Illinois, 60602, hereinafter designated as "Attorney."

Client, in consideration of services rendered and to be rendered by Attorney to Client, retains Attorney to represent it as its Attorney for the 2009/2011 triennial reassessment of the subject property in order to secure a fair and equitable valuation for real estate tax purposes for the real estate and improvements thereon identified as follows:

| Volume/Township | Permanent Index Numbers | Address |
|---|---|---|
| 501/North Chicago | 17-10-130-001/002<br>17-10-134-001<br>17-10-215-054 | Tribune Tower<br>435 North Michigan Avenue<br>Chicago, IL |

(It is acknowledged that the
above permanent index number
is valid as of 2008 but is
subject to change from time
to time due to divisions and/
or consolidations. Such
changes should not effect the
validity of this contract)

435 North Michigan Avenue
Retainer Agreement
Page Two


Client empowers Attorney to take all steps in said matter deemed to be advisable to secure such equitable valuation at all times in consultation with Client.

## PRE-CERTIFICATION SERVICES

Pre-certification services are representation in order to establish a fair and equitable assessed valuation prior to certification of the assessment rolls. Pre-certification services include the preparation, filing and negotiation of a real estate assessed valuation complaint in the Assessor's Office and/or Board of Review.

For Pre-Certification Services, Client agrees to pay to Attorney for its services a fee in the amount of $120,000 payable in equal installments of $40,000 for each year of the triennial period, i.e. 2009, 2010, and 2011.

The fee for each year of the triennial period shall be payable when the respective assessment rolls have been certified.

In the event it is decided by both Client and Attorney that a new appraisal be made to contest the assessment, or that any prior appraisal be updated, Client agrees to pay the cost of said appraisal.

In the event of a sale of subject property during the term of this contract, Client, at its option, may modify the conditions of payment of any remaining unpaid fees with one of the following options:

A)    Client shall pay all remaining unpaid fees at the time of closing; or

B)    if Client presents Attorney with an agreement whereby the purchaser of the Property assumes liability for a portion of the remaining unpaid fees (Purchaser's Agreement), then the remaining fees shall be prorated pursuant to Purchaser's Agreement and Client shall remain liable only or its pro-rata share. Purchaser's Agreement must be acceptable to Attorney and acceptance shall not be unreasonably withheld.

Client may terminate this Agreement by giving written notice to Attorney. If Client terminates this Agreement, all outstanding fees shall become payable immediately.

435 North Michigan Avenue
Retainer Agreement
Page Three

## ACTIONS FOR REFUNDS (POST-CERTIFICATION SERVICES)

The following remedies are actions for refunds after certification of the assessment and payment of taxes to be pursued if and as mutually agreed:

In the event of the filing of a complaint in the Illinois Property Tax Appeal Board and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Property Tax Appeal Board of that year plus any costs.

In the event of the filing of a lawsuit (e.g., Tax Valuation Complaint) in the Circuit Court of Cook County for any particular year and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Circuit Court of Cook County of that year plus any court costs.

In the event Attorney prosecutes a Rate Objection Complaint for any particular tax year on behalf of the Client, the Client agrees to pay a fee equal to thirty percent (**30%**) of any refunded amount for that year.

## INCIDENTAL SERVICES

If during the term of this agreement, it is mutually agreed that Attorney undertake any of the following services, the fee shall be on an hourly basis at the rates set forth on Schedule "A" attached hereto:

- Defense of undervaluation complaints in the Board of Review or Property Tax Appeal Board
- Filing of Tax Division Petitions
- Contest of Omitted Assessments
- Applications for Certificates of Error

Prior to commencing any of the above incidental services, Attorney shall provide Client with an estimated budget and time frame.

435 North Michigan Avenue
Retainer Agreement
Page Four


Client acknowledges that Attorney has made no guarantee regarding its ability to secure any reduction in valuation for the subject property.

Attorney and Client accept said retainer on the conditions herein set forth.


CHICAGO TRIBUNE COMPANY

BY:_____


THOMAS M. TULLY, LTD.

BY:_____

# THOMAS M. TULLY & ASSOCIATES
*Attorneys at Law*

SUITE 2450
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602-3103

THOMAS M. TULLY
JOHN P. BRADY
JAMES E. DOHERTY
JAMES A. HULLIHAN

TELEPHONE
(312) 917-8700

FACSIMILE
(312) 917-8719

STATE OF ILLINOIS  )
                )ss
COUNTY OF C O O K)

## RETAINER AGREEMENT

This agreement made this ____ day of _____, 2009, at Chicago, Illinois, between Chicago Tribune Company, Attention: Stephanie Pater, 435 North Michigan Avenue, Chicago, Illinois 60611, hereinafter designated as "Client" and Thomas M. Tully, Ltd., Attorneys at Law, 33 North Dearborn Street, Suite 2450, Chicago, Illinois, 60602, hereinafter designated as "Attorney."

Client, in consideration of services rendered and to be rendered by Attorney to Client, retains Attorney to represent it as its Attorney for the 2009/2011 triennial reassessment of the subject property in order to secure a fair and equitable valuation for real estate tax purposes for the real estate and improvements thereon identified as follows:

| Volume/Township | Permanent Index Numbers | Address |
|---|---|---|
| 501/West Chicago | 17-04-329-002/003/007/009<br>17-09-100-004/006/009/017/018/<br>020/021/022/026<br>17-09-112-008; 17-09-100-015 | Freedom Center<br>Chicago, IL |

.(It is acknowledged that the
above permanent index number
is valid as of 2008 but is
subject to change from time
to time due to divisions and/
or consolidations.  Such
changes should not effect the
validity of this contract)

Freedom Center
Retainer Agreement
Page Two

Client empowers Attorney to take all steps in said matter deemed to be advisable to secure such equitable valuation at all times in consultation with Client.

## PRE-CERTIFICATION SERVICES

Pre-certification services are representation in order to establish a fair and equitable assessed valuation prior to certification of the assessment rolls. Pre-certification services include the preparation, filing and negotiation of a real estate assessed valuation complaint in the Assessor's Office and/or Board of Review.

For Pre-Certification Services, Client agrees to pay to Attorney for its services a fee in the amount of $90,000 payable in equal installments of $30,000 for each year of the triennial period, i.e. 2009, 2010, and 2011.

The fee for each year of the triennial period shall be payable when the respective assessment rolls have been certified.

In the event it is decided by both Client and Attorney that a new appraisal be made to contest the assessment, or that any prior appraisal be updated, Client agrees to pay the cost of said appraisal.

In the event of a sale of subject property during the term of this contract, Client, at its option, may modify the conditions of payment of any remaining unpaid fees with one of the following options:

A)     Client shall pay all remaining unpaid fees at the time of closing; or

B)     if Client presents Attorney with an agreement whereby the purchaser of the Property assumes liability for a portion of the remaining unpaid fees (Purchaser's Agreement), then the remaining fees shall be prorated pursuant to Purchaser's Agreement and Client shall remain liable only or its pro-rata share. Purchaser's Agreement must be acceptable to Attorney and acceptance shall not be unreasonably withheld.

Client may terminate this Agreement by giving written notice to Attorney. If Client terminates this Agreement, all outstanding fees shall become payable immediately.

Freedom Center
Retainer Agreement
Page Three

## ACTIONS FOR REFUNDS (POST-CERTIFICATION SERVICES)

The following remedies are actions for refunds after certification of the assessment and payment of taxes to be pursued if and as mutually agreed:

In the event of the filing of a complaint in the Illinois Property Tax Appeal Board and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Property Tax Appeal Board of that year plus any costs.

In the event of the filing of a lawsuit (e.g., Tax Valuation Complaint) in the Circuit Court of Cook County for any particular year and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Circuit Court of Cook County of that year plus any court costs.

In the event Attorney prosecutes a Rate Objection Complaint for any particular tax year on behalf of the Client, the Client agrees to pay a fee equal to thirty percent (**30%**) of any refunded amount for that year.

## INCIDENTAL SERVICES

If during the term of this agreement, it is mutually agreed that Attorney undertake any of the following services, the fee shall be on an hourly basis at the rates set forth on Schedule "A" attached hereto:

- Defense of undervaluation complaints in the Board of Review or Property Tax Appeal Board
- Filing of Tax Division Petitions
- Contest of Omitted Assessments
- Applications for Certificates of Error

Prior to commencing any of the above incidental services, Attorney shall provide Client with an estimated budget and time frame.

Freedom Center
Retainer Agreement
Page Four


Client acknowledges that Attorney has made no guarantee regarding its ability to secure any reduction in valuation for the subject property.

Attorney and Client accept said retainer on the conditions herein set forth.


CHICAGO TRIBUNE COMPANY

BY:_____


THOMAS M. TULLY, LTD.

BY:_____

# THOMAS M. TULLY & ASSOCIATES

*Attorneys at Law*

SUITE 2450
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602-3103

THOMAS M. TULLY
JOHN P. BRADY
JAMES E. DOHERTY
JAMES A. HULLIHAN

TELEPHONE
(312) 917-8700

FACSIMILE
(312) 917-8719

STATE OF ILLINOIS  )
                   )ss
COUNTY OF C O O K)

## RETAINER AGREEMENT

This agreement made this ____ day of _____, 2009, at Chicago, Illinois, between WGN Broadcasting Co, c/o Tribune Company, Attention: Stephanie Pater, 435 North Michigan Avenue, Chicago, Illinois 60611, hereinafter designated as "Client" and Thomas M. Tully, Ltd., Attorneys at Law, 33 North Dearborn Street, Suite 2450, Chicago, Illinois, 60602, hereinafter designated as "Attorney."

Client, in consideration of services rendered and to be rendered by Attorney to Client, retains Attorney to represent it as its Attorney for the 2009/2011 triennial reassessment of the subject property in order to secure a fair and equitable valuation for real estate tax purposes for the real estate and improvements thereon identified as follows:

| Volume/Township | Permanent Index Number | Address |
|---|---|---|
| 353/Jefferson | 13-24-210-009 | 2501 West Bradley<br>Chicago, IL |

(It is acknowledged that the
above permanent index number
is valid as of 2008 but is
subject to change from time
to time due to divisions and/
or consolidations.  Such
changes should not effect the
validity of this contract)

2501 West Bradley
Retainer Agreement
Page Two


Client empowers Attorney to take all steps in said matter deemed to be advisable to secure such equitable valuation.

## PRE-CERTIFICATION SERVICES

Pre-certification services are representation in order to establish a fair and equitable assessed valuation prior to certification of the assessment rolls. Pre-certification services include the preparation, filing and negotiation of a real estate assessed valuation complaint in the Assessor's Office and/or Board of Review.

For Pre-Certification Services, Client agrees to pay to Attorney for its services a fee in the amount of $30,000 payable in equal installments of $10,000 for each year of the triennial period, i.e. 2009, 2010, and 2011.

The fee for each year of the triennial period shall be payable when the respective assessment rolls have been certified.

In the event it is decided by both Client and Attorney that a new appraisal be made to contest the assessment, or that any prior appraisal be updated, Client agrees to pay the cost of said appraisal.

In the event of a sale of subject property during the term of this contract, Client, at its option, may modify the conditions of payment of any remaining unpaid fees with one of the following options:

A)    Client shall pay all remaining unpaid fees at the time of closing; or

B)    if Client presents Attorney with an agreement whereby the purchaser of the Property assumes liability for a portion of the remaining unpaid fees (Purchaser's Agreement), then the remaining fees shall be prorated pursuant to Purchaser's Agreement and Client shall remain liable only or its pro-rata share. Purchaser's Agreement must be acceptable to Attorney and acceptance shall not be unreasonably withheld.

Client may terminate this Agreement by giving written notice to Attorney. If Client terminates this Agreement, all outstanding fees shall become payable immediately.

2501 West Bradley
Retainer Agreement
Page Three

## ACTIONS FOR REFUNDS (POST-CERTIFICATION SERVICES)

The following remedies are actions for refunds after certification of the assessment and payment of taxes:

In the event of the filing of a complaint in the Illinois Property Tax Appeal Board and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Property Tax Appeal Board of that year plus any costs.

In the event of the filing of a lawsuit (e.g., Tax Valuation Complaint) in the Circuit Court of Cook County for any particular year and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to thirty percent (**30%**) of the amount of the total refund obtained in the Circuit Court of Cook County of that year plus any court costs.

In the event Attorney prosecutes a Rate Objection Complaint for any particular tax year on behalf of the Client, the Client agrees to pay a fee equal to thirty percent (**30%**) of any refunded amount for that year.

## INCIDENTAL SERVICES

If during the term of this agreement, it is mutually agreed that Attorney undertake any of the following services, the fee shall be on an hourly basis at the rates set forth on Schedule "A" attached hereto:

-       Defense of undervaluation complaints in the Board
        of Review or Property Tax Appeal Board
-       Filing of Tax Division Petitions
-       Contest of Omitted Assessments
-       Applications for Certificates of Error

Prior to commencing any of the above incidental services, Attorney shall provide Client with an estimated budget and time frame.

2501 West Bradley
Retainer Agreement
Page Four


Client acknowledges that Attorney has made no guarantee regarding its ability to secure any reduction in valuation for the subject property.

Attorney and Client accept said retainer on the conditions herein set forth.


WGN BROADCASTING CO.

BY:_____


THOMAS M. TULLY, LTD.

BY:_____

# THOMAS M. TULLY & ASSOCIATES

*Attorneys at Law*

SUITE 2450

33 NORTH DEARBORN STREET

CHICAGO, ILLINOIS 60602-3103

THOMAS M. TULLY

JOHN P. BRADY

JAMES E. DOHERTY

JAMES A. HULLIHAN

TELEPHONE

(312) 917-8700

FACSIMILE

(312) 917-8719

STATE OF ILLINOIS   )
                    )ss
COUNTY OF C O O K )

## RETAINER AGREEMENT

This agreement made this ____ day of _____, 2009, at Chicago, Illinois, between Chicago Tribune Company, Attention: Stephanie Pater, 435 North Michigan Avenue, Chicago, Illinois 60611, hereinafter designated as "Client" and Thomas M. Tully, Ltd., Attorneys at Law, 33 North Dearborn Street, Suite 2450, Chicago, Illinois 60602, hereinafter designated as "Attorney."

Client, in consideration of services rendered and to be rendered by Attorney to Client, retains Attorney to represent it as its Attorney for the 2009/2012 triennial reassessment of the subject property in the Office of the Assessor of Cook County and/or the Board of Review of Cook County in order to secure a fair and equitable valuation for real estate tax purposes for the real estate and improvements thereon identified as follows:

| Volume/Township | Permanent Index Number | Address |
|---|---|---|
| 586/West Chicago | 17-07-130-018-0000 | 2100 West Hubbard Chicago, IL |

Client empowers Attorney to take all steps in said matter deemed to be advisable to secure such equitable valuation.

Client agrees to pay to Attorney for its services a fee in the amount of 37.5% of the 2009 tax savings payable in three equal yearly installments during the triennial period.

Page Two
Retainer Agreement
P. I. No. 17-07-130-018-0000

The tax savings is computed by applying the latest ascertainable equalization factor and tax rate to the amount of valuation reduction as follows:

1.  In hearings before the Assessor, the difference between the Assessor's proposed 2009 assessed valuation and the final reduced valuation.

2.  In hearings before the Board of Review, the difference between the assessed valuation and the reduced valuation as shown on the Board of Review's official notice.

The fee for the triennial period shall be payable in three equal yearly installments when the respective assessment rolls have been certified.

The following services are excluded from this agreement and will only be undertaken at additional compensation to be agreed upon by the parties:

-   Defense of undervaluation complaints in the Board of Review or Property Tax Appeal Board
-   Filing of Tax Division Petitions
-   Contest of Omitted Assessments

In the event it is decided by both Client and Attorney that a new appraisal be made to contest the assessment, or that any prior appraisal be updated, Client agrees to pay the cost of said appraisal.

In the event of a sale of subject property prior to the end of the reassessment period, all fees due hereunder shall immediately become due and payable, notwithstanding the above payment schedule.

In the event of the filing of a complaint in the Illinois Property Tax Appeal Board and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to one-third (33.3%) of the amount of the total refund obtained in the Property Tax Appeal Board of that year plus any costs.

Page Three
Retainer Agreement
P. I. No. 17-07-130-018-0000

In the event of the filing of a lawsuit (e.g., Valuation Objection Complaint) in the Circuit Court of Cook County for any particular year and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to one-third **(33.3%)** of the amount of the total refund obtained in the Circuit Court of Cook County of that year plus any court costs.

In the event of the filing of a Certificate of Error for any particular year and favorable adjudication thereof in the Circuit Court of Cook County, the Client agrees to pay a contingent fee equal to one-third **(33.3%)** of any tax savings or refunded amount obtained.

In the event Attorney prosecutes a Rate Objection Complaint for any particular tax year on behalf of the Client, the Client agrees to pay a fee equal to one-third **(33.3%)** of any refunded amount for that year.

Client acknowledges that Attorney has made no guarantee regarding its ability to secure any reduction in valuation for the subject property.

Client grants Attorney a "Power of Attorney" to obtain, endorse and disburse all refunds to Client less any attorneys fees and court costs due and to execute any documents or affidavits on Client's behalf for said refunds.

If the current assessment system of valuation is altered in Cook County, then the above payment schedule shall be revised with Client's approval

Attorney and Client accept said retainer on the conditions herein set forth.

CHICAGO TRIBUNE COMPANY

BY:_____

THOMAS M. TULLY, LTD.

BY:_____

# THOMAS M. TULLY & ASSOCIATES
*Attorneys at Law*

SUITE 2450
33 NORTH DEARBORN STREET
CHICAGO, ILLINOIS 60602-3103

THOMAS M. TULLY
JOHN P. BRADY
JAMES E. DOHERTY
JAMES A. HULLIHAN

TELEPHONE
(312) 917-8700

FACSIMILE
(312) 917-8719

STATE OF ILLINOIS   )
                    )ss
COUNTY OF C O O K )

## RETAINER AGREEMENT

This agreement made this ____ day of _____, 2009, at Chicago, Illinois, between Chicago Tribune Company, Attention: Stephanie Pater, 435 North Michigan Avenue, Chicago, Illinois 60611, hereinafter designated as "Client" and Thomas M. Tully, Ltd., Attorneys at Law, 33 North Dearborn Street, Suite 2450, Chicago, Illinois 60602, hereinafter designated as "Attorney."

Client, in consideration of services rendered and to be rendered by Attorney to Client, retains Attorney to represent it as its Attorney for the 2009/2011 triennial reassessment of the subject property in the Office of the Assessor of Cook County and/or the Board of Review of Cook County in order to secure a fair and equitable valuation for real estate tax purposes for the real estate and improvements thereon identified as follows:

| Volume/Township | Permanent Index Number | Address |
|---|---|---|
| 350/Jefferson | 13-22-321-010-0000 | 2449 North Kilpatrick Avenue Chicago, IL |

Client empowers Attorney to take all steps in said matter deemed to be advisable to secure such equitable valuation.

Client agrees to pay to Attorney for its services a fee in the amount of 37.5% of the 2009 tax savings payable in three equal yearly installments during the triennial period.

Page Two
Retainer Agreement
P. I. No. 13-22-321-010-0000

The tax savings is computed by applying the latest ascertainable equalization factor and tax rate to the amount of valuation reduction as follows:

1.      In hearings before the Assessor, the difference between the Assessor's proposed 2009 assessed valuation and the final reduced valuation.

2.      In hearings before the Board of Review, the difference between the assessed valuation and the reduced valuation as shown on the Board of Review's official notice.

The fee for the triennial period shall be payable in three equal yearly installments when the respective assessment rolls have been certified.

The following services are excluded from this agreement and will only be undertaken at additional compensation to be agreed upon by the parties:

- Defense of undervaluation complaints in the Board of Review or Property Tax Appeal Board
- Filing of Tax Division Petitions
- Contest of Omitted Assessments

In the event it is decided by both Client and Attorney that a new appraisal be made to contest the assessment, or that any prior appraisal be updated, Client agrees to pay the cost of said appraisal.

In the event of a sale of subject property prior to the end of the reassessment period, all fees due hereunder shall immediately become due and payable, notwithstanding the above payment schedule.

In the event of the filing of a complaint in the Illinois Property Tax Appeal Board and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to one-third **(33.3%)** of the amount of the total refund obtained in the Property Tax Appeal Board of that year plus any costs.

Page Three
Retainer Agreement
P. I. No. 13-22-321-010-0000

In the event of the filing of a lawsuit (e.g., Valuation Objection Complaint) in the Circuit Court of Cook County for any particular year and Attorney securing a favorable adjudication thereof, the Client agrees to pay a contingent fee equal to one-third **(33.3%)** of the amount of the total refund obtained in the Circuit Court of Cook County of that year plus any court costs.

In the event of the filing of a Certificate of Error for any particular year and favorable adjudication thereof in the Circuit Court of Cook County, the Client agrees to pay a contingent fee equal to one-third **(33.3%)** of any tax savings or refunded amount obtained.

In the event Attorney prosecutes a Rate Objection Complaint for any particular tax year on behalf of the Client, the Client agrees to pay a fee equal to one-third **(33.3%)** of any refunded amount for that year.

Client acknowledges that Attorney has made no guarantee regarding its ability to secure any reduction in valuation for the subject property.

Client grants Attorney a "Power of Attorney" to obtain, endorse and disburse all refunds to Client less any attorneys fees and court costs due and to execute any documents or affidavits on Client's behalf for said refunds.

If the current assessment system of valuation is altered in Cook County, then the above payment schedule shall be revised with Client's approval

Attorney and Client accept said retainer on the conditions herein set forth.

CHICAGO TRIBUNE COMPANY

BY:_____

THOMAS M. TULLY, LTD.

BY:_____