# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 2066** |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 4, 2009 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register to participate.

**THIS HEARING IS CANCELLED SINCE NO MATTERS ARE GOING FORWARD.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] **Amendments appear in bold print.**

**CONTINUED MATTERS**

1. Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed February 20, 2009) (Docket No. 438)

   Objection Deadline: March 5, 2009 at 4:00 p.m.
   On consent of the parties, the Objection Deadline was further extended to 4:00 p.m. on June 18, 2009 for the Debtors.

   Responses Received:

   (a) Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 3, 2009) (Docket No. 465)

   (b) Joinder of the Official Committee of Unsecured Creditors in the Debtors' Objection to the Motion of Allen Francisco for Relief from Stay Under Section 362 of the Bankruptcy Code (Filed March 5, 2009) (Docket No. 475)

   Status: On consent of the parties, this matter is adjourned to the October 6, 2009 hearing. This matter will not be going forward.

**ORDER ENTERED**

2. Motion of Claimant Anthony LaMantia for Relief from the Automatic Stay (Filed July 28, 2009) (Docket No. 1841)

   Related Document(s):

   (a) Certification of Counsel Regarding Agreed Order Modifying the Automatic Stay Authorizing Anthony LaMantia to File and Serve Process for Personal Injury Action (Filed August 25, 2009) (Docket No. 2013)

   (b) Agreed Order Modifying the Automatic Stay Authorizing Anthony LaMantia to File and Serve Process for Personal Injury Action (Entered August 26, 2009) (Docket No. 2025)

   Objection Deadline: August 28, 2009 at 4:00 p.m.

   Responses Received: None.

   Status: The Court entered an Agreed Order with respect to the Motion. This matter will not be going forward.

## UNCONTESTED MATTERS WITH CERTIFICATIONS

3.  Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed January 12, 2009) (Docket No. 189)

    Related Document(s):

    (a) Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed February 10, 2009) (Docket No. 356)

    (b) Second Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed March 23, 2009) (Docket No. 790)

    (c) Third Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed April 9, 2009) (Docket No. 887)

    (d) Fourth Supplement to Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed August 17, 2009) (Docket No. 1975)

    (e) Certification of Counsel Regarding Motion for an Order Granting Debtors Additional Time to File Reports of Financial Information Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(a) or to Seek a Modification of Such Reporting Requirement Pursuant to Federal Rule of Bankruptcy Procedure 2015.3(d) (Filed September 1, 2009) (Docket No. 2063)

    (f) **Order With Respect to Debtors' Motion for Additional Time to File Reports of Financial Information or To Seek a Modification of Such Reporting Requirement (Entered September 2, 2009) (Docket No. 2072)**

    Objection Deadline: January 27, 2009 at 4:00 p.m.
    On consent of the parties, the Objection Deadline was further extended to 12:00 p.m. on September 1, 2009 for the Office of the United States Trustee.

46429/0001-5902894v1

Responses Received: None.

**Status:** **The Court entered an Order granting the Motion. This matter will not be going forward.**

4. Application of Downey, Smith & Fier for Allowance and Payment of Contingency Fee for Services Rendered to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Filed July 24, 2009) (Docket No. 1824)

   Related Document(s):

   (a) Certification of No Objection Regarding Application of Downey, Smith & Fier for Allowance and Payment of Contingency Fee for Services Rendered to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Filed August 17, 2009) (Docket No. 1971)

   **(b) Affidavit of Scott Smith in Support of Application of Downey, Smith & Fier for Allowance and Payment of Contingency Fee for Services Rendered to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Filed September 2, 2009) (Docket No. 2079)**

   **(c) Order Allowing Payment of Contingency Fee to Downey, Smith & Fier for Services Rendered to Debtor Los Angeles Times Communications, LLC in the Ordinary Course of Business (Entered September 3, 2009) (Docket No. 2084)**

   Objection Deadline: August 13, 2009 at 4:00 p.m.

   Responses Received: None.

   **Status:** **The Court entered an Order granting the Application. This matter will not be going forward.**

5. Fifth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property and Related Executory Contract Pursuant to Section 365 of the Bankruptcy Code (Filed August 7, 2009) (Docket No. 1920)

   Objection Deadline: August 25, 2009 at 4:00 p.m.

   Related Document(s):

   (a) Certification of Counsel Regarding Fifth Omnibus Motion for Entry of an Order Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property and Related Executory Contract Pursuant to Section 365 of the Bankruptcy Code (Filed September 1, 2009) (Docket No. 2058)

4

    (b)    **Order Authorizing Debtors' Fifth Omnibus Motion to Reject Certain Leases of Nonresidential Real Property and Related Executory Contract (Entered September 2, 2009) (Docket No. 2073)**

Responses Received:

    (a)    57-11 49th Place, LLC's Limited Objection to the Debtor's Motion Authorizing Debtors to Reject Certain Leases of Nonresidential Real Property and Related Executory Contract Pursuant to § 365 of the Bankruptcy Code (Filed August 24, 2009) (Docket No. 1998)

    (b)    57-11 49th Place, LLC's Notice of Withdrawal of Limited Objection (Filed September 1, 2009) (Docket No. 2055)

**Status:**    **The Court entered an Order granting the Motion. This matter will not be going forward.**

6.    Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into and Performance of Obligations Under Settlement Agreement Between Certain Debtors and Franchise Tax Board of the State of California (Filed August 14, 2009) (Docket No. 1965)

Related Document(s):

    (a)    Certification of No Objection Regarding Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 363 and Fed. R. Bankr. P. 9019(a) Authorizing Entry Into and Performance of Obligations Under Settlement Agreement Between Certain Debtors and Franchise Tax Board of the State of California (Filed September 1, 2009) (Docket No. 2061)

    (b)    **Order Authorizing Entry Into and Performance of Obligations Under Settlement Agreement Between the Debtors and Franchise Tax Board of the State of California (Entered September 2, 2009) (Docket No. 2074)**

Objection Deadline: August 28, 2009 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion. This matter will not be going forward.**

46429/0001-5902894v1

7. Motion of Debtors Tribune Company, Chicago Tribune Company, Los Angeles Times Communications LLC, The Hartford Courant Company, Orlando Sentinel Communications Company, Sun-Sentinel Company, The Daily Press, Inc., The Morning Call, Inc., and The Baltimore Sun Company for an Order Pursuant to 11 U.S.C. § 365 Authorizing the Assumption of (I) the Limited Liability Company Agreement of Classified Ventures, LLC and (II) Affiliate Agreements with Classified Ventures, LLC (Filed August 14, 2009) (Docket No. 1966)

   Related Document(s):

   (a) Certification of No Objection Regarding Motion of Debtors Tribune Company, Chicago Tribune Company, Los Angeles Times Communications LLC, The Hartford Courant Company, Orlando Sentinel Communications Company, Sun-Sentinel Company, The Daily Press, Inc., The Morning Call, Inc., and The Baltimore Sun Company for an Order Pursuant to 11 U.S.C. § 365 Authorizing the Assumption of (I) the Limited Liability Company Agreement of Classified Ventures, LLC and (II) Affiliate Agreements with Classified Ventures, LLC (Filed September 1, 2009) (Docket No. 2059)

   (b) **Order Authorizing the Assumption by Tribune Company of the Limited Liability Company Agreement of Classified Ventures, LLC and the Assumption by the Publishing Debtors of Each of Their Affiliate Agreements with Classified Ventures, LLC (Entered September 2, 2009) (Docket No. 2075)**

   Objection Deadline: August 28, 2009 at 4:00 p.m.

   Responses Received: None.

   **Status:    The Court entered an Order granting the Motion. This matter will not be going forward.**

8. Motion for Entry of an Order (I) Authorizing Debtor WGN Continental Broadcasting Company to Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Setting Cure Amount with Respect Thereto (Filed August 14, 2009) (Docket No. 1967)

   Related Document(s):

   (a) Certification of No Objection Regarding Motion for Entry of an Order (I) Authorizing Debtor WGN Continental Broadcasting Company to Assume Certain Unexpired Leases of Nonresidential Real Property Pursuant to Section 365 of the Bankruptcy Code and (II) Setting Cure Amount with Respect Thereto (Filed September 1, 2009) (Docket No. 2060)

46429/0001-5902894v1

    (b)    **Order Authorizing Debtor WGN Continental Broadcasting Company to (I) Assume Certain Unexpired Leases of Nonresidential Real Property and (II) Setting Cure Amount with Respect Thereto (Entered September 2, 2009) (Docket No. 2076)**

Objection Deadline: August 28, 2009 at 4:00 p.m.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion. This matter will not be going forward.**

9. Motion of Debtor Tribune Company for an Order Modifying the Automatic Stay to Allow Payment and Advancement Under Fiduciary Liability Insurance Policies in Connection With ERISA Litigation Defense (Filed August 17, 2009) (Docket No. 1970)

    Related Document(s):

    (a) Certification of No Objection Regarding Motion of Debtor Tribune Company for an Order Modifying the Automatic Stay to Allow Payment and Advancement Under Fiduciary Liability Insurance Policies in Connection With ERISA Litigation Defense (Filed September 1, 2009) (Docket No. 2062)

    (b) **Order Modifying the Automatic Stay to Allow Payment and Advancement Under Fiduciary Liability Insurance Policies (Entered September 3, 3009) (Docket No. 2077)**

Objection Deadline: August 28, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 5:00 p.m. on September 1, 2009 for the Official Committee of Unsecured Creditors.

Responses Received: None.

**Status:**    **The Court entered an Order granting the Motion. This matter will not be going forward.**

## CONTESTED MATTERS GOING FORWARD

10. Application of the Official Committee of Unsecured Creditors of Tribune Company, et al. Pursuant to 11 U.S.C. §§ 328 and 1103 of the Bankruptcy Code and Fed. R. Bankr. P. 2014 for an Order Authorizing the Employment and Retention of Zuckerman Spaeder LLP as Special Counsel *Nunc Pro Tunc* to August 6, 2009 (Filed August 13, 2009) (Docket No. 1953)

**Related Document(s):**

(a) Supplemental Declaration of Thomas G. Macauley in Support of Application for Order Authorizing the Employment and Retention of Zuckerman Spaeder LLP as Special Counsel (Filed September 3, 2009) (Docket No. 2081)

(b) Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Tribune Company, et al. Pursuant to 11 U.S.C. §§ 328 and 1103 and Fed. R. Bankr. P. 2014 for an Order Authorizing the Employment of Zuckerman Spaeder LLP as Special Counsel Nunc Pro Tunc to August 6, 2009 (Filed September 3, 2009) (Docket No. 2082)

(c) Order Granting Application of the Official Committee of Unsecured Creditors for Order Authorizing the Employment and Retention of Zuckerman Spaeder LLP as Special Counsel (Entered September 3, 2009) (Docket No. 2088)

Objection Deadline: August 28, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended until 10:00 a.m. on September 2, 2009 for the Office of the United States Trustee.

Responses Received: None.

**Status:** The Court entered an Order granting the Application. This matter will not be going forward.

Dated: September 3, 2009

        SIDLEY AUSTIN LLP
        Bryan Krakauer
        James F. Conlan
        Janet E. Henderson
        Kevin T. Lantry
        Kenneth P. Kansa
        One South Dearborn Street
        Chicago, IL  60603
        Telephone:  (312) 853-7000

-and-

46429/0001-5902894v1

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION