IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | **:** | Chapter 11 Cases |
| | **:** | Case No. 08-13141 (KJC) |
| **TRIBUNE COMPANY, et al.,** | **:** | (Jointly Administered) |
| | **:** | |
| **Debtors.** | **:** | Re: Docket Nos. 2031, 2032, 2033 and 2038 |
| | **:** | Hearing Date: September 24, 2009 @ 10:00 a.m. |
| | **:** | Objection Deadline: September 17, 2009 at 4:00 p.m. |

-------------------------------------------------------x

**NOTICE OF RESCHEDULED HEARING**
**(WITH PERMISSION OF THE COURT)**

**PLEASE TAKE NOTICE** that the hearing on the *Motion of Law Debenture Trust Company of New York For Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner [Docket No. 2031]* scheduled by the Court for September 18, 2009 at 3:00 p.m. before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801 **has been rescheduled to September 24, 2009 at 10:00 a.m.** The objection deadline has also been rescheduled to **September 17, 2009 at 4:00 p.m.**

Dated: September 4, 2009
       Wilmington, Delaware

Respectfully submitted,

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Co-Counsel for Law Debenture Trust Company
 of New York*