# EXHIBIT A

## No Debtor Asserted Claims

Tribune Company, et al.

## OMNIBUS OBJECTION 1 : EXHIBIT A – NO DEBTOR ASSERTED CLAIMS

| | Name | ASSERTED CASE NUMBER Case Number | Claim # | Total Claim Dollars | NEW CASE NUMBER(S) Case Number | Debtor Name |
|---|---|---|---|---|---|---|
| 1 | BONNEVILLE INT'L CORP. DBA WDRV-FM 875 N. MICHIGAN AVE. STE. 1510 CHICAGO, IL 60611 | No Debtor Asserted | 2924 | $6,375.00 | 08-13252 | WGN Continental Broadcasting Company |
| 2 | BONNEVILLE INT'L CORP. DBA WILV-FM 130 E. RANDOLPH ST., SUITE 2780 CHICAGO, IL 60601 | No Debtor Asserted | 2840 | $3,825.00 | 08-13252 | WGN Continental Broadcasting Company |
| 3 | BRENNAN, DEBORAH PO BOX 1336 IDYLLWILD, CA 92549 | No Debtor Asserted | 2844 | $4,691.25 | 08-13185 | Los Angeles Times Communications LLC |
| 4 | BRINKS INC. 555 DIVIDEND DR., STE 100 COPPELL, TX 75019 | No Debtor Asserted | 834 | $393.00 | 08-13210 | The Daily Press, Inc. |
| 5 | C & S PRESS INC. 405 27TH STREET ORLANDO, FL 32806 | No Debtor Asserted | 1609 | $296.15 | 08-13198 | Orlando Sentinel Communications Company |
| 6 | CTV TELEVISION INC 9 CHANNEL NINE COURT TORONTO, ON M1S 4B5 | No Debtor Asserted | 2727 | $191,558.47 | 08-13252 | WGN Continental Broadcasting Company |
| 7 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST PORTLAND, OR 97239 | No Debtor Asserted | 731 | $55,309.50 | 08-13222 | Tribune Broadcast Holdings, Inc. |

Tribune Company, et al.

## OMNIBUS OBJECTION 1 : EXHIBIT A – NO DEBTOR ASSERTED CLAIMS

| | Name | ASSERTED CASE NUMBER | | | | NEW CASE NUMBER(S) | |
|---|---|---|---|---|---|---|---|
| | | Case Number | Claim # | Total Claim Dollars | Case Number | Debtor Name | |
| 8 | GINKGO LEAF PRODUCTION INC<br>3941 MAIN ROAD<br>TIVERTON, RI 02878 | No Debtor Asserted | 2703 | $1,300,000.00 | 08-13223 | Tribune Broadcasting Company | |
| 9 | HOUSEPAD LLC<br>1500 CONRAD WEISER PARKWAY<br>WOMELSDORF, PA 19567 | No Debtor Asserted | 2678 | $6,795.00 | 08-13165 | Forsalebyowner.com corp. | |
| 10 | MEDIA CONCEPTS, INC<br>ATTN: MARVIN LUKE<br>2128 N YELLOWOOD AVE<br>BROKEN ARROW, OK 74012 | No Debtor Asserted | 927 | $45,000.00 | 08-13245 | Tribune Television Northwest, Inc. | |
| 11 | PADRE JANITORIAL SUPPLIES<br>3380 MARKET STREET<br>SAN DIEGO, CA 92102 | No Debtor Asserted | 566 | $295.84 | 08-13182 | KSWB, Inc. | |
| 12 | PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | No Debtor Asserted | 51 | $6,056.52 | 08-13227 | Tribune Direct Marketing, Inc. | |
| 13 | REM CONSULTING, INC.<br>8301 BROADWAY ST STE 219<br>SAN ANTONIO, TX 78209 | No Debtor Asserted | 607 | $227.00 | 08-13208 | Sun-Sentinel Company | |
| 14 | SNYDER, AMANDA<br>215 S. MAIN ST.<br>CAMBRIDGE, IL 61238 | No Debtor Asserted | 698 | $761.00 | 08-13152 | Chicago Tribune Company | |

Tribune Company, et al.

## OMNIBUS OBJECTION 1 : EXHIBIT A – NO DEBTOR ASSERTED CLAIMS

| | Name | ASSERTED CASE NUMBER | | | | NEW CASE NUMBER(S) | |
|---|---|---|---|---|---|---|---|
| | | Case Number | Claim # | Total Claim Dollars | Case Number | Debtor Name | |
| 15 | SOUTH BEND ABSORBTECH, LLC<br>BOX 88396<br>ATTN: LYNN<br>MILWAUKEE, WI 53288-0396 | No Debtor Asserted | 2283 | $1,239.00 | 08-13208 | Sun-Sentinel Company | |
| 16 | XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | No Debtor Asserted | 682 | $723.76 | 08-13165 | Forsalebyowner.com corp. | |