# **EXHIBIT A**

## **Amended Claims**

**Tribune Company, et al.**

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | ABSORBTECH LLC 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13208 | 213 | $1,083.50 | Claim amended by 2283 | SOUTH BEND ABSORBTECH, LLC BOX 88396 ATTN: LYNN MILWAUKEE, WI 53288-0396 | 08-13208 | 2283 | $1,239.00 |
| 2 | ABSORBTECH LLC 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13208 | 212 | $138.50 | Claim amended by 2283 | SOUTH BEND ABSORBTECH, LLC BOX 88396 ATTN: LYNN MILWAUKEE, WI 53288-0396 | 08-13208 | 2283 | $1,239.00 |
| 3 | ABSORBTECH LLC 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13208 | 211 | $17.00 | Claim amended by 2283 | SOUTH BEND ABSORBTECH, LLC BOX 88396 ATTN: LYNN MILWAUKEE, WI 53288-0396 | 08-13208 | 2283 | $1,239.00 |
| 4 | AGILYSYS NJ, INC. 204 FERNWOOD AVENUE EDISON, NJ 08837 | 08-13208 | 328 | $11,820.11 | Claim amended by 494 | AGILYSYS NJ, INC. 204 FERNWOOD AVENUE EDISON, NJ 08837 | 08-13208 | 494 | $11,820.11 |
| 5 | ASM CAPITAL, L.P. TRANSFEROR: BURST COMMUNICATIONS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY, NY 11797 | 08-13182 | 20 | $17,249.39 | Claim amended by 1380 | ASM CAPITAL AS PURCHASER OF: BURST COMMUNICATIONS, INC. 7600 JERICHO TPKE, SUITE 302 WOODBURY, NY 11797 | 08-13141 | 1380 | $17,249.39 |
| 6 | AT&T CORP. JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 08-13141 | 4104 | $1,000,773.25 | Claim amended by 6009 | AT&T CORP. AT&T SERVICE, INC. ATTN: JOHN JACKSON, ESQ. ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 07921 | 08-13141 | 6009 | $992,488.01 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 7 | | | | | | | | |
| AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | 16 | $13,476.87 | Claim amended by 236 | AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | 236 | $14,235.51 |
| 8 | | | | | | | | |
| AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | 236 | $14,235.51 | Claim amended by 341 | AVAYA INC. C/O RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM, MD 21094 | 08-13208 | 341 | $21,669.79 |
| 9 | | | | | | | | |
| BAKER & DANIELS LLP ATTN: JAY JAFFE 600 EAST 96TH STREET, SUITE 600 INDIANAPOLIS, IN 46240 | 08-13141 | 315 | $8,401.50 | Claim amended by 952 | BAKER & DANIELS LLP ATTN: JAY JAFFE 600 EAST 96TH STREET, SUITE 600 INDIANAPOLIS, IN 46240 | 08-13141 | 952 | $13,040.50 |
| 10 | | | | | | | | |
| BJORKMAN, ERNIE P.O. BOX 227 SOUTH FORK, CO 81154 | 08-13184 | 1586 | $148,000.00 | Claim amended by 2250 | BJORKMAN, ERNEST PO BOX 227 SOUTH FORK, CO 81154 | 08-13184 | 2250 | $146,678.20 |
| 11 | | | | | | | | |
| BONNEVILLE INT'L CORP. DBA WDRV-FM 875 N. MICHIGAN AVE. STE. 1510 CHICAGO, IL 60611 | No Debtor Asserted | 577 | $7,650.00 | Claim amended by 2924 | BONNEVILLE INT'L CORP. DBA WDRV-FM 875 N. MICHIGAN AVE. STE. 1510 CHICAGO, IL 60611 | 08-13252 | 2924 | $6,375.00 |
| 12 | | | | | | | | |
| BONNEVILLE INT'L CORP. DBA WILV-FM 130 E. RANDOLPH ST., SUITE 2780 CHICAGO, IL 60601 | No Debtor Asserted | 302 | $4,590.00 | Claim amended by 2840 | BONNEVILLE INT'L CORP. DBA WILV-FM 130 E. RANDOLPH ST, SUITE 2780 CHICAGO, IL 60601 | 08-13252 | 2840 | $3,825.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

**Tribune Company, et al.**

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 13 | BRICKMAN GROUP LTD LLC, THE ATTN: JASON VESKO - BRANCH MANAGER 769 N MOUNTAIN RD NEWINGTON, CT 06111 | No Debtor Asserted | 711 | $980.50 | Claim amended by 5408 | BRICKMAN GROUP LTD 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD 20879 | 08-13211 | 5408 | $4,444.15 |
| 14 | BRICKMAN GROUP LTD LLC, THE ATTN: JASON VESKO 769 N MOUNTAIN RD NEWINGTON, CT 06111 | No Debtor Asserted | 712 | $646.60 | Claim amended by 5408 | BRICKMAN GROUP LTD 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD 20879 | 08-13211 | 5408 | $4,444.15 |
| 15 | BRICKMAN GROUP, LTD LLC, THE ATTN: JASON RESKO 769 N MOUNTAIN RD NEWINGTON, CT 06111 | No Debtor Asserted | 714 | $1,622.25 | Claim amended by 5408 | BRICKMAN GROUP LTD 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD 20879 | 08-13211 | 5408 | $4,444.15 |
| 16 | BRICKMAN GROUP, LTD LLC, THE ATTN: JASON RESKO 769 N MOUNTAIN RD NEWINGTON, CT 06111 | No Debtor Asserted | 713 | $1,194.80 | Claim amended by 5408 | BRICKMAN GROUP LTD 18227 FLOWER HILL WAY, SUITE D GAITHERSBURG, MD 20879 | 08-13211 | 5408 | $4,444.15 |
| 17 | BRINKS INC. 555 DIVIDEND DR, STE 100 COPPELL, TX 75019 | 08-13141 | 476 | $6,160.80 | Claim amended by 834 | BRINKS INC. 555 DIVIDEND DR, STE 100 COPPELL, TX 75019 | 08-13210 | 834 | $393.00 |
| 18 | BROWARD COUNTY REVENUE COLLECTOR REVENUE COLLECTION DIV., GOV'T CTR ANNEX ATTN: LITIGATION SECTION 115 S ANDREWS AVENUE FORT LAUDERDALE, FL 33301 | 08-13141 | 265 | $276,729.21 * | Claim amended by 889 | BROWARD COUNTY REVENUE COLLECTOR REVENUE COLLECTION DIV., GOV'T CTR ANNEX ATTN: LITIGATION SECTION 115 S ANDREWS AVENUE FORT LAUDERDALE, FL 33301 | 08-13141 | 889 | $113,357.20 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

**Tribune Company, et al.**

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 19 | BROWARD COUNTY REVENUE COLLECTOR REVENUE COLLECTION DIV., GOV'T CTR ANNEX ATTN: LITIGATION SECTION 115 S ANDREWS AVENUE FORT LAUDERDALE, FL 33301 | 08-13141 | 889 | $113,357.20 | Claim amended by 2877 | REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX ATTN: LITIGATION DEPT 115 S ANDREWS AVENUE FORT LAUDERDALE, FL 33301 | 08-13141 | 2877 | $1,235,823.67 |
| 20 | C & S PRESS, INC. 405 27TH STREET ORLANDO, FL 32806 | 08-13198 | 493 | $296.15 | Claim amended by 1609 | C & S PRESS INC. 405 27TH STREET ORLANDO, FL 32806 | 08-13198 | 1609 | $296.15 |
| 21 | CALIFORNIA STATE BOARD OF EQUALIZATION SPECIAL PROCEDURES SECTION, MIC55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | 08-13183 | 991 | $5,532.61 | Claim amended by 1621 | STATE BOARD OF EQUALIZATION SPECIAL PROCEDURES SECTION, MIC55 PO BOX 942879 SACRAMENTO, CA 94279-0055 | 08-13183 | 1621 | $3,495.61 |
| 22 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 08-13141 | 1755 | $146,233.64 | Claim amended by 2211 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 08-13141 | 2211 | $144,359.05 |
| 23 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 08-13141 | 624 | $155,538.53 | Claim amended by 1755 | CENTERPOINT ENERGY SERVICES, INC. 1111 LOUISIANA STREET CNPT 20 HOUSTON, TX 77002 | 08-13141 | 1755 | $146,233.64 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

**Tribune Company, et al.**

**OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS**

| | AMENDED CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 24 | CITY OF NEW YORK DEPARTMENT OF FINANCE RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | 08-13141 | 2870 | $132,000.00 * | Claim amended by 3021 | CITY OF NEW YORK - DEPARTMENT OF FINANCE DARA JAFFEE, SPECIAL ASST. CORP. COUNSEL RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN, NY 11201 | 08-13141 | 3021 | $837,000.00 * |
| 25 | CITY OF NEWPORT NEWS, VIRGINIA CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS, VA 23607 | 08-13141 | 255 | $4,066.97 * | Claim amended by 2983 | CITY OF NEWPORT NEWS, VIRGINIA CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS, VA 23607 | 08-13141 | 2983 | $4,137.04 |
| 26 | CTV GLOBEMEDIA INC. 9 CHANNEL NINCE COURT TORONTO, ON M1S 4B5 | No Debtor Asserted | 910 | Undetermined | Claim amended by 2727 | CTV TELEVISION INC 9 CHANNEL NINE COURT TORONTO, ON M1S 4B5 | 08-13252 | 2727 | $191,558.47 |
| 27 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (""RMS"") P.O. BOX 5126 TIMONIUM, MD 21094 | 08-13152 | 732 | $223,607.06 | Claim amended by 938 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (""RMS"") P.O. BOX 5126 TIMONIUM, MD 21094 | 08-13152 | 938 | $17,833.12 |
| 28 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (""RMS"") P.O. BOX 5126 TIMONIUM, MD 21094 | 08-13152 | 938 | $17,833.12 | Claim amended by 2236 | EMC CORPORATION C/O RECEIVABLE MANAGEMENT SERVICES (""RMS"") P.O. BOX 4396 TIMONIUM, MD 21094 | 08-13152 | 2236 | $235,449.15 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 29 | EMERGENCY POWER CONTROLS INC. P.O. BOX 545 YORBA LINDA, CA 92885 | 08-13183 | 757 | $16,476.00 | Claim amended by 1894 | EMERGENCY POWER CONTROLS INC PO BOX 545 YORBA LINDA, CA 92686 | 08-13183 | 1894 | $16,476.00 |
| 30 | FIRST QUALITY MAINTENANCE 70 WEST 36TH STREET NEW YORK, NY 10018 | 08-13141 | 892 | $4,425.42 | Claim amended by 2291 | FIRST QUALITY MAINTENANCE LP 70 W 36TH ST   STE 301 NEW YORK, NY 10018 | 08-13223 | 2291 | $4,425.42 |
| 31 | FIRST QUALITY MAINTENANCE 70 WEST 36TH STREET NEW YORK, NY 10018 | 08-13254 | 893 | $20,344.82 | Claim amended by 2290 | FIRST QUALITY MAINTENANCE II, LLC C/O ED WINIARZ 70 WEST 36 STREET 3RD FLOOR PO BOX 500 NEW YORK, NY 10018 | 08-13254 | 2290 | $20,344.82 |
| 32 | FOX SPORTS NET OHIO 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13252 | 4342 | $5,185.33 | Claim amended by 6055 | FOX SPORTS NET OHIO 10201 W PICO BLVD BLDG 103 # 3147 LOS ANGELES, CA 90035 | 08-13252 | 6055 | $22,963.61 |
| 33 | FRANZESE, PHILIP C. 55 OCEANVIEW DRIVE MASTIC BEACH, NY 11951 | 08-13141 | 604 | $218,750.25 | Claim amended by 2872 | FRANZESE, PHILIP C. 55 OCEANVIEW DRIVE MASTIC BEACH, NY 11951 | 08-13206 | 2872 | $218,750.25 |
| 34 | GANNETT MEDIA TECHNOLOGIES INTERNATIONAL ATTENTION: NATALIE DENNIS 151 W. FOURTH STREET CINCINNATI, OH 45202 | 08-13211 | 734 | $1,790.98 | Claim amended by 1096 | GANNETT MEDIA TECHNOLOGIES INTERNATIONAL ATTENTION: NATALIE DENNIS 151 W. FOURTH STREET CINCINNATI, OH 45202 | 08-13211 | 1096 | $2,035.39 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## Tribune Company, et al.

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 35 | GARCIA, MAT 949 GREENWAY LANE CASTLE ROCK, CO 80108 | 08-13184 | 325 | $161,932.00 | Claim amended by 502 | GARCIA, MAT 949 GREENWAY LANE CASTLE ROCK, CO 80108 | 08-13184 | 502 | $161,932.00 |
| 36 | GBC LLC 9901 EXPRESS DR    STE B HIGHLAND, IN 46322 | 08-13152 | 3148 | $55,561.10 | Claim amended by 3444 | GBC LLC 9901 EXPRESS DR STE B HIGHLAND, IN 46322 | 08-13152 | 3444 | $137,761.94 |
| 37 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13236 | 588 | $13,497.06 | Claim amended by 997 | GEORGIA DEPARTMENT OF REVENUE COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108 ATLANTA, GA 30321 | 08-13236 | 997 | $134,489.06 |
| 38 | GILLESKI, JOSEPH J. 110 ELMBROOK DRIVE STAMFORD, CT 06906 | 08-13141 | 955 | $3,931.14 | Claim amended by 2490 | GILLESKI, JOSEPH 110 ELMBROOK DRIVE STAMFORD, CT 06906 | 08-13205 | 2490 | $4,913.92 |
| 39 | GRIFFEN'S SATELLITE SERVICE ERIC E. GRIFFEN 1423 STATE ROUTE 28N MINERVA, NY 12857 | No Debtor Asserted | 22 | $5,000.00 | Claim amended by 2135 | GRIFFEN'S SATELLITE SERVICE ERIC E. GRIFFEN 1423 STATE ROUTE 28N MINERVA, NY 12857 | 08-13236 | 2135 | $5,000.00 |
| 40 | GUARDSMARK LLC 22 SOUTH SECOND ST. MEMPHIS, TN 38103-2695 | 08-13141 | 511 | $61,475.35 | Claim amended by 1463 | GUARDSMARK LLC MAIL CODE 2204 PO BOX 2121 MEMPHIS, TN 38159-2204 | 08-13254 | 1463 | $34,580.01 |
| 41 | GUERRERO, RICHARD 46 SAINT MICHAEL DANA POINT, CA 92629 | No Debtor Asserted | 5 | $572,411.41 | Claim amended by 3905 | GUERRERO, RICHARD 46 SAINT MICHAEL DANA POINT, CA 92629 | 08-13141 | 3905 | $569,312.18 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

**Tribune Company, et al.**

**OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS**

| | AMENDED CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 42 | GUTMAN, E. MICHAEL, M.D. 711 WEST COLONIAL DRIVE ORLANDO, FL 32804 | 08-13141 | 870 | Undetermined | Claim amended by 2488 | GUTMAN, E. MICHAEL, MD, MIKE GUTMAN MD (MPACIPA & GUTMAN PAIN/ACCIDENT CTR, INC AKA/DBA BACK PAIN INSTITUTE OF ORLANDO 711 WEST COLONIAL DRIVE ORLANDO, FL 32804 | 08-13141 | 2488 | $39,634.25 * |
| 43 | HIGBY, LAWRENCE 218 VIA LIDO NORD NEWPORT BEACH, CA 92663 | 08-13141 | 1506 | $126,183.00 | Claim amended by 3878 | HIGBY, LAWRENCE M. 218 VIA LIDO NORD NEWPORT BEACH, CA 92663 | 08-13141 | 3878 | $191,250.95 |
| 44 | HOLTON, RAYMOND 1021 STONE STACK DRIVE BETHLEHEM, PA 18015 | 08-13141 | 50 | $79,699.55 | Claim amended by 3879 | HOLTON, RAYMOND 1021 STONE STACK DRIVE BETHLEHEM, PA 18015 | 08-13141 | 3879 | $86,402.16 |
| 45 | HOSLER, KAREN 12 CONSTITUTION AVENUE ANNAPOLIS, MD 21401 | No Debtor Asserted | 342 | $12,477.71 | Claim amended by 2281 | HOSLER, KAREN A 12 CONSTITUTION AVE ANNAPOLIS, MD 21401 | 08-13209 | 2281 | $12,477.81 |
| 46 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | No Debtor Asserted | 621 | $7,175.00 | Claim amended by 2678 | HOUSEPAD LLP 1500 CONRAD WEISER PARKWAY WOMELSDORF, PA 19567 | 08-13165 | 2678 | $6,795.00 |
| 47 | IKON FINANCIAL SERVICES BANKRUPTCY ADMINISTRATION P.O. BOX 13708 MACON, GA 31208-3708 | 08-13222 | 766 | $307,102.34 | Claim amended by 2632 | IKON FINANCIAL SERVICES BANKRUPTCY ADMINISTRATION P.O. BOX 13708 MACON, GA 31208-3708 | 08-13222 | 2632 | $284,930.06 |
| 48 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13162 | 2246 | $1,363,492.00 | Claim amended by 3079 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13162 | 3079 | $1,363,492.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Page 8 of 18

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 49 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 784 | $23,725,001.06 | Claim amended by 2332 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 2332 | $22,396,645.06 |
| 50 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 2332 | $22,396,645.06 | Claim amended by 3196 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., # 7-400 CHICAGO, IL 60601 | 08-13141 | 3196 | $22,396,645.06 |
| 51 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 752 | $102,717.06 | Claim amended by 784 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 784 | $23,725,001.06 |
| 52 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 2370 | $51,447,746.00 | Claim amended by 3081 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO, IL 60601 | 08-13141 | 3081 | $51,447,746.00 |
| 53 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13241 | 2316 | $26.20 | Claim amended by 3057 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13241 | 3057 | $219,822.14 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 54 INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13215 | 2286 | $633.19 | Claim amended by 3056 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13215 | 3056 | $1,301.53 |
| 55 INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13241 | 3057 | $219,822.14 | Claim amended by 4299 | INDIANA DEPARTMENT OF REVENUE BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE INDIANAPOLIS, IN 46204 | 08-13241 | 4299 | $26.20 |
| 56 INDIANA DEPARTMENT OF STATE REVENUE CAROL LUSHELL BANKRUPTCY SECTION 100 NORTH SENATE AVENUE, ROOM N203 INDIANAPOLIS, IN 46204 | 08-13241 | 2287 | $76.53 | Claim amended by 4298 | STATE OF INDIANA DEPARTMENT OF REVENUE CAROL LUSHELL - BANKRUPTCY SECTION 100 NORTH SENATE AVENUE RM N203 INDIANAPOLIS, IN 46204 | 08-13241 | 4298 | $15,633.47 |
| 57 INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | No Debtor Asserted | 208 | $99.17 | Claim amended by 2184 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13152 | 2184 | $2,581.51 |
| 58 INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | No Debtor Asserted | 209 | $87.76 | Claim amended by 2184 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13152 | 2184 | $2,581.51 |
| 59 INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | No Debtor Asserted | 207 | $149.36 | Claim amended by 2184 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13152 | 2184 | $2,581.51 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

## Tribune Company, et al.

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 60 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | No Debtor Asserted | 210 | $651.88 | Claim amended by 2184 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13152 | 2184 | $2,581.51 |
| 61 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | No Debtor Asserted | 206 | $1,593.34 | Claim amended by 2184 | INDUSTRIAL TOWEL & UNIFORM INC. 2700 S. 160TH ST. NEW BERLIN, WI 53151 | 08-13152 | 2184 | $2,581.51 |
| 62 | JOHNSON, EDWARD ARNETT """EDDIE""" ROBERT H. ROSENFELD, ESQ. 6703 N. CICERO AVE. LINCOLNWOOD, IL 60712 | 08-13141 | 536 | $10,000,000.00 | Claim amended by 2592 | JOHNSON, EDWARD ARNETT """EDDIE""" ROBERT H. ROSENFELD, ESQ. 6703 N. CICERO AVE. LINCOLNWOOD, IL 60712 | 08-13152 | 2592 | $10,000,000.00 |
| 63 | KING FEATURES SYNDICATE ALAN LEWIS, ESQ. OFFICE OF GENERAL COUNSEL, HEARST CORP. 300 WEST 57TH STREET, 40TH FLOOR NEW YORK, NY 10019 | 08-13141 | 529 | $97,111.95 | Claim amended by 539 | KING FEATURES SYNDICATE ALAN LEWIS, ESQ. OFFICE OF GENERAL COUNSEL, HEARST CORP. 300 WEST 57TH STREET, 40TH FLOOR NEW YORK, NY 10019 | 08-13141 | 539 | $100,038.09 |
| 64 | LEWIS COUNTY LEWIS COUNTY TREASURER 351 NW NORTH STREET CHEHALIS, WA 98532 | 08-13245 | 484 | $277.08 | Claim amended by 2127 | LEWIS COUNTY LEWIS COUNTY TREASURER 351 NW NORTH STREET CHEHALIS, WA 98532 | 08-13245 | 2127 | $277.08 |
| 65 | MEDIA CONCEPTS, INC. 2128 N YELLOWOOD AVE BROKEN ARROW, OK 74012 | No Debtor Asserted | 294 | $45,000.00 | Claim amended by 927 | MEDIA CONCEPTS, INC. ATTN: MARVIN LUKE 2128 N YELLOWWOOD AVE BROKEN ARROW, OK 74012 | 08-13245 | 927 | $45,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 66 | MERRILL COMMUNICATIONS ONE MERRILL CIRCLE SAINT PAUL, MN 55108 | 08-13141 | 797 | $15,634.45 | Claim amended by 935 | MERRILL COMMUNICATIONS ONE MERRILL CIRCLE SAINT PAUL, MN 55108 | 08-13141 | 935 | $16,041.31 |
| 67 | MILLER KAPLAN ARASE & CO. 4123 LANKERSHIM BLVD. NORTH HOLLYWOOD, CA 91602 | 08-13187 | 338 | $6,690.00 | Claim amended by 2295 | MILLER KAPLAN ARASE AND CO 4123 LANKERSHIM BLVD NORTH HOLLYWOOD, CA 91602-2828 | 08-13185 | 2295 | $6,690.00 |
| 68 | MULTNOMAH COUNTY TAX ASSESSMENT & TAXATION P.O. BOX 2716 PORTLAND, OR 97208-2716 | 08-13222 | 616 | $12,169.89 | Claim amended by 1089 | MULTNOMAH COUNTY TAX ASSESSMENT & TAXATION P.O. BOX 2716 PORTLAND, OR 97208-2716 | 08-13222 | 1089 | $12,169.89 |
| 69 | NEON ELECTRIC CORP. 1122 LAUDER ROAD HOUSTON, TX 77039 | 08-13180 | 924 | $17,125.15 | Claim amended by 1709 | NEON ELECTRIC CORPORATION 1122 LAUDER RD HOUSTON, TX 77039-2902 | 08-13180 | 1709 | $17,125.15 |
| 70 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 3014 | $97,697.03 | Claim amended by 3601 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 3601 | $48,901.16 * |
| 71 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 32 | $105.29 | Claim amended by 558 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 558 | $48,901.16 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

**AMENDED CLAIMS TO BE EXPUNGED**  |  **REMAINING CLAIMS**

| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|
| 72 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13246 | 70 | $123.76 | Claim amended by 562 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13246 | 562 | $173.76 |
| 73 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13239 | 2765 | $16,166.99 | Claim amended by 3068 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13239 | 3068 | $195,592.60 |
| 74 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13246 | 562 | $173.76 | Claim amended by 2866 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13246 | 2866 | $233.35 |
| 75 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 2095 | $706.94 | Claim amended by 3194 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 3194 | $14,244.94 * |
| 76 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13239 | 72 | $4,687.88 | Claim amended by 2765 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13239 | 2765 | $16,166.99 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

**Tribune Company, et al.**

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|
| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 77 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 3601 | $48,901.16 * | Claim amended by 4894 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 4894 | $1,189,120.16 |
| 78 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13206 | 34 | $3,935.95 | Claim amended by 3070 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13206 | 3070 | $383,686.82 |
| 79 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 558 | $48,901.16 | Claim amended by 3014 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13223 | 3014 | $97,697.03 |
| 80 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 3462 | $420,460.42 * | Claim amended by 4895 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 4895 | $2,944,065.42 |
| 81 NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 67 | $762.35 | Claim amended by 950 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 950 | $419,603.71 * |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 82 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 950 | $419,603.71 * | Claim amended by 3462 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13141 | 3462 | $420,460.42 * |
| 83 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13165 | 38 | $6,045.68 | Claim amended by 3015 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13165 | 3015 | $16,211.05 |
| 84 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13161 | 40 | $348.22 | Claim amended by 3069 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13161 | 3069 | $180,171.48 |
| 85 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 73 | $412.25 | Claim amended by 2095 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08-13236 | 2095 | $706.94 |
| 86 | NORTH DALLAS BANK & TRUST CO. ATTN: KELLY L. GREEN 12900 PRESTON RD. DALLAS, TX 75230 | 08-13235 | 266 | $86,370.50 | Claim amended by 2261 | NORTH DALLAS BANK & TRUST CO. ATTN: KELLY L. GREEN 12900 PRESTON RD. DALLAS, TX 75230 | 08-13141 | 2261 | $41,457.84 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 87 | O'NEILL, MICHAEL 23 CAYUGA RD SCARSDALE, NY 10583-6941 | 08-13141 | 2717 | $96,070.00 | Claim amended by 2937 | O'NEILL, MICHAEL 23 CAYUGA ROAD SCARSDALE, NY 10583 | 08-13141 | 2937 | $118,284.00 |
| 88 | PADRE JANITORIAL SUPPLIES 3380 MARKET STREET SAN DIEGO, CA 92102 | No Debtor Asserted | 314 | $489.45 | Claim amended by 566 | PADRE JANITORIAL SUPPLIES 3380 MARKET STREET SAN DIEGO, CA 92102 | 08-13182 | 566 | $295.84 |
| 89 | PLATFORM-A INC. (QUIGO TECHNOLOGIES INC. A DIV. OF AOL) TIFFANY STRELOW COBB ESQ. VORYS, SATER, SEYMOUR & PEASE LLP 52 EAST GAY STREET (PO BOX 1008) COLUMBUS, OH 43216-1008 | 08-13165 | 233 | $72,340.80 | Claim amended by 434 | PLATFORM-A INC., ET AL. TIFFANY STRELOW COBB, ESQ. VORYS, SATER, SEYMOUR & PEASE LLP 52 EAST GAY STREET (P.O. BOX 1008) COLUMBUS, OH 43216-1008 | 08-13165 | 434 | $86,325.20 |
| 90 | REM CONSULTING, INC. 8301 BROADWAY ST, STE 219 SAN ANTONIO, TX 78209 | No Debtor Asserted | 287 | $3,195.60 | Claim amended by 607 | REM CONSULTING, INC. 8301 BROADWAY ST STE 219 SAN ANTONIO, TX 78209 | 08-13208 | 607 | $227.00 |
| 91 | ROUND2 COMMUNICATIONS, LLC ATTN: ISAAC BRANTNER 10866 WILSHIRE BLVD # 900 LOS ANGELES, CA 90024 | No Debtor Asserted | 13 | $442,163.38 | Claim amended by 3415 | ROUND 2 COMMUNICATIONS 10866 WILSHIRE BLVD, STE 900 LOS ANGELES, CA 90024 | 08-13185 | 3415 | $442,163.38 |
| 92 | SCARBOROUGH RESEARCH CORP PO BOX 88990 CHICAGO, IL 60695-1990 | 08-13211 | 2534 | $13,834.00 | Claim amended by 4857 | SCARBOROUGH RESEARCH PO BOX 88990 CHICAGO, IL 606093-190 | 08-13211 | 4857 | $13,084.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

AMENDED CLAIMS TO BE EXPUNGED

REMAINING CLAIMS

| # | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|------|-------------|---------|---------------------|----------------------------------|------|-------------|---------|---------------------|
| 93 | SCARBOROUGH RESEARCH CORP 770 BROADWAY 13TH FLR NEW YORK, NY 10003 | No Debtor Asserted | 2516 | $5,778.82 | Claim amended by 4856 | SCARBOROUGH RESEARCH 770 BROADWAY NEW YORK, NY 10003 | 08-13141 | 4856 | $3,541.86 |
| 94 | SNYDER, AMANDA 215 S. MAIN ST. CAMBRIDGE, IL 61238 | No Debtor Asserted | 203 | $495.00 | Claim amended by 698 | SNYDER, AMANDA 215 S. MAIN ST. CAMBRIDGE, IL 61238 | 08-13152 | 698 | $761.00 |
| 95 | SOUTH FLORIDA STADIUM CORPORATION C/O TAREK KIEM, ESQ. AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., STE. 1600 FORT LAUDERDALE, FL 33301 | 08-13168 | 4194 | $49,351.95 | Claim amended by 6097 | SOUTH FLORIDA STADIUM CORPORATION C/O TAREK KIEM, ESQ. AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., STE. 1600 FORT LAUDERDALE, FL 33301 | 08-13168 | 6097 | $49,351.95 |
| 96 | SPONSELLER, ROBERT & MYRA KATHRYN 13613 HOBIE COURT ROGERS, AR 72756 | 08-13183 | 1578 | $1,304.46 | Claim amended by 3402 | SPONSELLER, MYRA KATHRYN 13613 HOBIE COURT ROGERS, AR 72756 | No Debtor Asserted | 3402 | $502.58 * |
| 97 | SPRINT NEXTEL - CORRESPONDENCE ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK, KS 66207-0949 | 08-13141 | 435 | $199,573.13 | Claim amended by 3420 | SPRINT NEXTEL - CORRESPONDENCE ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK, KS 66207-0949 | 08-13141 | 3420 | $203,303.59 |
| 98 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-4668 | 08-13141 | 3357 | $1,740,043.00 | Claim amended by 3464 | STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-4668 | 08-13141 | 3464 | $5,190,498.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 2: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

### AMENDED CLAIMS TO BE EXPUNGED

| Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance |
|---|---|---|---|---|
| 99 STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13208 | 463 | $46,771.55 | Claim amended by 3610 |
| 100 STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13198 | 464 | $169,058.66 | Claim amended by 707 |
| Total | | | $117,435,275.65 | |

### REMAINING CLAIMS

| Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|
| STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13208 | 3610 | $2,020,087.67 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668 TALLAHASSEE, FL 32314-6668 | 08-13198 | 707 | $259,977.94 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.