# EXHIBIT A

## Amended Claims

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | STRUCTURAL PRESERVATION SYSTEMS, LLC<br>925 TOLLGATE ROAD<br>ELGIN, IL 60123 | 08-13152 | 936 | $11,350.00 | Claim amended by 1705 | STRUCTURAL PRESERVATION SYSTEMS, LLC<br>925 TOLLGATE ROAD<br>ELGIN, IL 60123 | 08-13141 | 1705 | $11,350.00 |
| 2 | THROPE, CAROLINE<br>11252 GONSALVES ST.<br>CERRITOS, CA 90703 | 08-13185 | 205 | $60,000.00 | Claim amended by 3770 | THORPE, CAROLINE<br>11252 GONSALVES ST<br>CERRITOS, CA 90703 | 08-13185 | 3770 | $60,000.00 |
| 3 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 330 | $23,811.52 | Claim amended by 745 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 745 | $25,127.41 |
| 4 | TXU ENERGY RETAIL COMPANY LLC<br>CO BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | 08-13241 | 469 | $99,382.26 | Claim amended by 2381 | TXU ENERGY RETAIL COMPANY LLC<br>C/O BANKRUPTCY DEPARTMENT<br>PO BOX 650393<br>DALLAS, TX 75265-0393 | 08-13241 | 2381 | $82,220.72 |
| 5 | UGL UNICCO<br>275 GROVE STREET, SUITE 3-200<br>AUBURNDALE, MA 02466 | 08-13198 | 886 | $37,529.99 | Claim amended by 1003 | UGL UNICCO<br>275 GROVE STREET,<br>SUITE 3-200<br>AUBURNDALE, MA 02466 | 08-13198 | 1003 | $46,251.99 |
| 6 | UNIVERSAL FORMS, LABELS & SYSTEMS, INC.<br>2020 S. EASTWOOD AVE.<br>SANTA ANA, CA 92705 | No Debtor Asserted | 354 | $5,169.45 | Claim amended by 1072 | UNIVERSAL FORMS LABELS & SYSTEMS INC<br>2020 S EASTWOOD AVE<br>SANTA ANA, CA 92705 | 08-13175 | 1072 | $3,025.97 |
| 7 | UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | 08-13141 | 894 | $78,272.36 | Claim amended by 4164 | UNIVERSAL PRESS SYNDICATE<br>PO BOX 419149<br>KANSAS CITY, MO 64141-9149 | 08-13208 | 4164 | $5,084.39 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 8 | VERIZON WIRELESS NORTHEAST<br>PO BOX 3397<br>BLOOMINGTON, IL 61701 | 08-13141 | 262 | $100,544.88 | Claim amended by 3308 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702 | 08-13141 | 3308 | $22,703.68 |
| 9 | WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>PO BOX 5126<br>TIMONIUM, MD 21094 | 08-13227 | 528 | $618.75 | Claim amended by 583 | WEBEX COMMUNICATIONS<br>C/O RMS BANKRUPTCY RECOVERY SERVICES<br>P.O. BOX 5126<br>TIMONIUM, MD 21094 | 08-13227 | 583 | $1,618.75 |
| 10 | WHISLER, JACK ALLEN<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | No Debtor Asserted | 507 | $85,865.37 | Claim amended by 2320 | WHISLER, JACK<br>645 LINCOLN STREET<br>GLENVIEW, IL 60025 | 08-13152 | 2320 | $85,865.38 |
| 11 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST.<br>NEWCASTLE, WA 98059 | No Debtor Asserted | 4600 | $250.00 | Claim amended by 4598 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 08-13245 | 4598 | $750.00 |
| 12 | WHITMIRE, ALISON/<br>EMERGENCY SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | No Debtor Asserted | 339 | $500.00 | Claim amended by 4598 | WHITMIRE, ALISON<br>EMERGENCE SERVICES<br>13913 SE 92ND ST<br>NEWCASTLE, WA 98059 | 08-13245 | 4598 | $750.00 |
| 13 | WOLLNEY, JOHN S.<br>318 50TH PLACE<br>WESTERN SPRINGS, IL 60558 | No Debtor Asserted | 510 | $10,793.00 | Claim amended by 2252 | WOLLNEY, JOHN<br>318 50TH PLACE<br>WESTERN SPRINGS, IL 60558 | 08-13235 | 2252 | $15,053.50 |
| 14 | XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | 08-13165 | 535 | $200.43 | Claim amended by 682 | XO COMMUNICATIONS, INC.<br>ATTN: BRAD LEE<br>105 MOLLOY STREET, SUITE 300<br>NASHVILLE, TN 37201 | 08-13165 | 682 | $723.76 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 15 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13173 | 113 | Undetermined | Claim amended by 5390 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13173 | 5390 | $29,494,266.00 |
| 16 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13179 | 112 | Undetermined | Claim amended by 5388 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13179 | 5388 | $29,494,266.00 |
| 17 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13175 | 111 | Undetermined | Claim amended by 5389 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13175 | 5389 | $29,494,266.00 |
| 18 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13178 | 110 | Undetermined | Claim amended by 5387 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13178 | 5387 | $29,494,266.00 |
| 19 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13181 | 109 | Undetermined | Claim amended by 5386 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13181 | 5386 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 20 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13182 | 108 | Undetermined | Claim amended by 5385 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13182 | 5385 | $29,494,266.00 |
| 21 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13183 | 107 | Undetermined | Claim amended by 5384 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13183 | 5384 | $29,494,266.00 |
| 22 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13184 | 106 | Undetermined | Claim amended by 5383 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13184 | 5383 | $29,494,266.00 |
| 23 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13185 | 105 | Undetermined | Claim amended by 5382 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13185 | 5382 | $29,494,266.00 |
| 24 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13252 | 104 | Undetermined | Claim amended by 5163 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13252 | 5163 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 25 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13172 | 114 | Undetermined | Claim amended by 5391 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13172 | 5391 | $29,494,266.00 |
| 26 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13255 | 103 | Undetermined | Claim amended by 5162 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13255 | 5162 | $29,494,266.00 |
| 27 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13141 | 102 | Undetermined | Claim amended by 5457 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13141 | 5457 | $29,494,266.00 |
| 28 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13251 | 185 | Undetermined | Claim amended by 5164 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13251 | 5164 | $29,494,266.00 |
| 29 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13248 | 184 | Undetermined | Claim amended by 5165 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13248 | 5165 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 30 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13247 | 183 | Undetermined | Claim amended by 5166 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13247 | 5166 | $29,494,266.00 |
| 31 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13246 | 182 | Undetermined | Claim amended by 5167 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13246 | 5167 | $29,494,266.00 |
| 32 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13245 | 181 | Undetermined | Claim amended by 5168 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13245 | 5168 | $29,494,266.00 |
| 33 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13244 | 180 | Undetermined | Claim amended by 5169 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13244 | 5169 | $29,494,266.00 |
| 34 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13242 | 179 | Undetermined | Claim amended by 5170 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13242 | 5170 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 35 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13240 | 177 | Undetermined | Claim amended by 5172 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13240 | 5172 | $29,494,266.00 |
| 36 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13237 | 176 | Undetermined | Claim amended by 5173 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13237 | 5173 | $29,494,266.00 |
| 37 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13236 | 175 | Undetermined | Claim amended by 5174 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13236 | 5174 | $29,494,266.00 |
| 38 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13234 | 173 | Undetermined | Claim amended by 5176 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13234 | 5176 | $29,494,266.00 |
| 39 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13233 | 172 | Undetermined | Claim amended by 5177 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13233 | 5177 | $29,494,266.00 |

*** - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.**

Tribune Company, et al.

OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 40 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13232 | 171 | Undetermined | Claim amended by 5178 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13232 | 5178 | $29,494,266.00 |
| 41 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13231 | 169 | Undetermined | Claim amended by 5180 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13231 | 5180 | $29,494,266.00 |
| 42 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13229 | 168 | Undetermined | Claim amended by 5181 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13229 | 5181 | $29,494,266.00 |
| 43 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13228 | 167 | Undetermined | Claim amended by 5182 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13228 | 5182 | $29,494,266.00 |
| 44 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13225 | 166 | Undetermined | Claim amended by 5185 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13225 | 5185 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 45 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13226 | 165 | Undetermined | Claim amended by 5184 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13226 | 5184 | $29,494,266.00 |
| 46 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13227 | 164 | Undetermined | Claim amended by 5183 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13227 | 5183 | $29,494,266.00 |
| 47 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13224 | 163 | Undetermined | Claim amended by 5186 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13224 | 5186 | $29,494,266.00 |
| 48 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13222 | 161 | Undetermined | Claim amended by 5188 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13222 | 5188 | $29,494,266.00 |
| 49 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13219 | 160 | Undetermined | Claim amended by 5361 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13219 | 5361 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 50 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13220 | 159 | Undetermined | Claim amended by 5190 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13220 | 5190 | $29,494,266.00 |
| 51 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13215 | 157 | Undetermined | Claim amended by 5363 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13215 | 5363 | $29,494,266.00 |
| 52 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13217 | 156 | Undetermined | Claim amended by 5362 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13217 | 5362 | $29,494,266.00 |
| 53 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13212 | 155 | Undetermined | Claim amended by 5364 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13212 | 5364 | $29,494,266.00 |
| 54 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13210 | 153 | Undetermined | Claim amended by 5366 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13210 | 5366 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 55 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13209 | 152 | Undetermined | Claim amended by 5367 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13209 | 5367 | $29,494,266.00 |
| 56 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13208 | 151 | Undetermined | Claim amended by 5368 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13208 | 5368 | $29,494,266.00 |
| 57 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13206 | 150 | Undetermined | Claim amended by 5369 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13206 | 5369 | $29,494,266.00 |
| 58 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13202 | 149 | Undetermined | Claim amended by 5370 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13202 | 5370 | $29,494,266.00 |
| 59 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13198 | 148 | Undetermined | Claim amended by 5372 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13198 | 5372 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

AMENDED CLAIMS TO BE EXPUNGED | REMAINING CLAIMS

| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 60 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13200 | 147 | Undetermined | Claim amended by 5371 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13200 | 5371 | $29,494,266.00 |
| 61 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13186 | 146 | Undetermined | Claim amended by 5381 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13186 | 5381 | $29,494,266.00 |
| 62 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13187 | 145 | Undetermined | Claim amended by 5380 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13187 | 5380 | $29,494,266.00 |
| 63 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13188 | 144 | Undetermined | Claim amended by 5379 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13188 | 5379 | $29,494,266.00 |
| 64 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13190 | 143 | Undetermined | Claim amended by 5378 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13190 | 5378 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 65 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13211 | 154 | Undetermined | Claim amended by 5365 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13211 | 5365 | $29,494,266.00 |
| 66 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13193 | 142 | Undetermined | Claim amended by 5377 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13193 | 5377 | $29,494,266.00 |
| 67 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13194 | 141 | Undetermined | Claim amended by 5376 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13194 | 5376 | $29,494,266.00 |
| 68 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13195 | 140 | Undetermined | Claim amended by 5375 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13195 | 5375 | $29,494,266.00 |
| 69 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13221 | 158 | Undetermined | Claim amended by 5189 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13221 | 5189 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A - AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 70 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13196 | 139 | Undetermined | Claim amended by 5374 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13196 | 5374 | $29,494,266.00 |
| 71 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13197 | 138 | Undetermined | Claim amended by 5373 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13197 | 5373 | $29,494,266.00 |
| 72 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13142 | 137 | Undetermined | Claim amended by 5456 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13142 | 5456 | $29,494,266.00 |
| 73 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13223 | 162 | Undetermined | Claim amended by 5187 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13223 | 5187 | $29,494,266.00 |
| 74 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13143 | 136 | Undetermined | Claim amended by 5455 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13143 | 5455 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 75 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13144 | 135 | Undetermined | Claim amended by 5454 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13144 | 5454 | $29,494,266.00 |
| 76 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13145 | 134 | Undetermined | Claim amended by 5453 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13145 | 5453 | $29,494,266.00 |
| 77 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13146 | 133 | Undetermined | Claim amended by 5452 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13146 | 5452 | $29,494,266.00 |
| 78 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13147 | 132 | Undetermined | Claim amended by 5451 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13147 | 5451 | $29,494,266.00 |
| 79 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13148 | 131 | Undetermined | Claim amended by 5450 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13148 | 5450 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 80 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13149 | 130 | Undetermined | Claim amended by 5449 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13149 | 5449 | $29,494,266.00 |
| 81 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13230 | 170 | Undetermined | Claim amended by 5179 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13230 | 5179 | $29,494,266.00 |
| 82 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13150 | 129 | Undetermined | Claim amended by 5448 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13150 | 5448 | $29,494,266.00 |
| 83 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13151 | 128 | Undetermined | Claim amended by 5447 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13151 | 5447 | $29,494,266.00 |
| 84 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13152 | 127 | Undetermined | Claim amended by 5446 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13152 | 5446 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 85 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13235 | 174 | Undetermined | Claim amended by 5175 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13235 | 5175 | $29,494,266.00 |
| 86 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13153 | 126 | Undetermined | Claim amended by 5445 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13153 | 5445 | $29,494,266.00 |
| 87 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13154 | 125 | Undetermined | Claim amended by 5444 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13154 | 5444 | $29,494,266.00 |
| 88 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13155 | 124 | Undetermined | Claim amended by 5443 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13155 | 5443 | $29,494,266.00 |
| 89 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13241 | 178 | Undetermined | Claim amended by 5171 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13241 | 5171 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

AMENDED CLAIMS TO BE EXPUNGED | REMAINING CLAIMS

| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 90 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13156 | 123 | Undetermined | Claim amended by 5400 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13156 | 5400 | $29,494,266.00 |
| 91 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13157 | 122 | Undetermined | Claim amended by 5399 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13157 | 5399 | $29,494,266.00 |
| 92 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13159 | 121 | Undetermined | Claim amended by 5398 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13159 | 5398 | $29,494,266.00 |
| 93 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13160 | 120 | Undetermined | Claim amended by 5397 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13160 | 5397 | $29,494,266.00 |
| 94 | ZURICH AMERICAN INSURANCE COMPANY, ET AL ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13167 | 119 | Undetermined | Claim amended by 5396 | ZURICH AMERICAN INSURANCE COMPANY ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE SCHAUMBURG, IL 60196 | 08-13167 | 5396 | $29,494,266.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 3: EXHIBIT A – AMENDED OR SUPERSEDED CLAIMS

| | AMENDED CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 95 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13168 | 118 | Undetermined | Claim amended by 5395 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13168 | 5395 | $29,494,266.00 |
| 96 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13169 | 117 | Undetermined | Claim amended by 5394 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13169 | 5394 | $29,494,266.00 |
| 97 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13170 | 116 | Undetermined | Claim amended by 5393 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13170 | 5393 | $29,494,266.00 |
| 98 | ZURICH AMERICAN INSURANCE COMPANY, ET AL<br>ATTENTION MARY PERLICK<br>9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13171 | 115 | Undetermined | Claim amended by 5392 | ZURICH AMERICAN INSURANCE COMPANY<br>ATTENTION MARY PERLICK 9TH FLOOR TOWER 2<br>1400 AMERICAN LANE<br>SCHAUMBURG, IL 60196 | 08-13171 | 5392 | $29,494,266.00 |
| | | | Total | $514,288.01 | | | | | |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.