# EXHIBIT A

# Duplicate Claims

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A -- DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 1 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 08-13141 | 5832 | $11,869.04 | Duplicate of claim 5435 | ASM CAPITAL<br>7600 JERICHO TURNPIKE<br>SUITE 302<br>WOODBURY, NY 11797 | 08-13141 | 5435 | $11,869.04 |
| 2 | BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | 08-13141 | 887 | $80,000.00 | Duplicate of claim 1663 | BOLTON, PERRY J.<br>200 S BEACH RD.<br>HOBE SOUND, FL 33455 | 08-13141 | 1663 | $80,000.00 |
| 3 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | No Debtor Asserted | 5941 | $4,691.25 | Duplicate of claim 2844 | BRENNAN, DEBORAH<br>PO BOX 1336<br>IDYLLWILD, CA 92549 | 08-13185 | 2844 | $4,691.25 |
| 4 | CANNER ENTERPRISES, INC.<br>D.B.A. ZERO VARIANCE<br>117 S MILL ST 2ND FLR<br>FERGUS FALLS, MN 56537 | 08-13152 | 700 | $2,310.00 | Duplicate of claim 1142 | ZERO VARIANCE<br>117 S MILL STREET  2ND FLR<br>FERGUS FALLS, MN 56537 | 08-13152 | 1142 | $2,310.00 |
| 5 | CANON FINANCIAL SERVICES<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | 08-13198 | 931 | $94,710.28 | Duplicate of claim 4946 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | 08-13198 | 4946 | $94,710.28 |
| 6 | CANON FINANCIAL SERVICES, INC.<br>HOWARD N. SOBEL, P.A.<br>507 KRESSON ROAD, PO BOX 1525<br>VOORHEES, NJ 08043 | 08-13240 | 497 | $5,509.69 | Duplicate of claim 4947 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER, SWERGOLD, ET AL<br>ATTN CLIFFORD KATZ & EVAN SALAN<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | 08-13240 | 4947 | $5,509.69 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 7 | CANON FINANCIAL SERVICES, INC. HOWARD N. SOBEL, P.A. 507 KRESSON ROAD, PO BOX 1525 VOORHEES, NJ 08043 | 08-13223 | 498 | $120,940.76 | Duplicate of claim 4945 | CANON FINANCIAL SERVICES, INC. C/O PLATZER, SWERGOLD, ET AL ATTN CLIFFORD KATZ & EVAN SALAN 1065 AVENUE OF THE AMERICAS NEW YORK, NY 10018 | 08-13223 | 4945 | $120,940.76 |
| 8 | CLEAR CHANNEL RADIO-ORLANDO 2500 MAITLAND CENTER PARKWAY SUITE 401 MAITLAND, FL 32751 | 08-13198 | 269 | $5,000.00 | Duplicate of claim 310 | CLEAR CHANNEL RADIO - ORLANDO 2500 MAITLAND CENTER PARKWAY SUITE 401 MAITLAND, FL 32751 | 08-13198 | 310 | $5,000.00 |
| 9 | CONVERGENT COMMUNICATIONS CONSULTANTS PMB 273, 15 PARADISE PLAZA SARASOTA, FL 34239 | 08-13241 | 1298 | $505.12 | Duplicate of claim 202 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC. 1696 PINE HARRIER CIRCLE SARASOTA, FL 34231 | 08-13241 | 202 | $505.12 |
| 10 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC. 1696 PINE HARRIER CIRCLE ATTN: FRANK GRAHAM SARASOTA, FL 34231 | 08-13241 | 1152 | $505.12 | Duplicate of claim 202 | CONVERGENT COMMUNICATIONS CONSULTANTS, INC. 1696 PINE HARRIER CIRCLE SARASOTA, FL 34231 | 08-13241 | 202 | $505.12 |
| 11 | DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 08-13223 | 97 | $44,824.93 * | Duplicate of claim 29 | DALLAS COUNTY ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS, TX 75201 | 08-13223 | 29 | $44,824.93 * |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 12 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 61 | $44,824.93 * | Duplicate of claim 29 | DALLAS COUNTY<br>ELIZABETH WELLER<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2323 BRYAN STREET SUITE 1600<br>DALLAS, TX 75201 | 08-13223 | 29 | $44,824.93 * |
| 13 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13145 | 3086 | $6,369.80 * | Duplicate of claim 2814 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13145 | 2814 | $6,369.80 |
| 14 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13208 | 3089 | $24,846.64 * | Duplicate of claim 2818 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13208 | 2818 | $24,846.64 |
| 15 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13225 | 3091 | $833.72 * | Duplicate of claim 2820 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13225 | 2820 | $833.72 |
| 16 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13253 | 3093 | $625.30 | Duplicate of claim 2813 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13253 | 2813 | $625.30 |
| 17 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13172 | 3087 | $624.28 * | Duplicate of claim 2816 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13172 | 2816 | $624.28 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 18 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13252 | 3092 | $1,617.32 * | Duplicate of claim 2821 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | 08-13252 | 2821 | $1,617.32 |
| 19 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | No Debtor Asserted | 1222 | $55,309.50 | Duplicate of claim 731 | ENTERCOM PORTLAND LLC DBA KGON, KRSK, KNRK, KFXX, KWJJ, KYCH<br>0700 S.W. BANCROFT ST<br>PORTLAND, OR 97239 | 08-13222 | 731 | $55,309.50 |
| 20 | GINKGO LEAF PRODUCTIONS, INC.<br>3941 MAIN ROAD<br>TIVERTON, RI 02878 | No Debtor Asserted | 2704 | $1,300,000.00 | Duplicate of claim 2703 | GINKGO LEAF PRODUCTION INC<br>3941 MAIN ROAD<br>TIVERTON, RI 02878 | 08-13223 | 2703 | $1,300,000.00 |
| 21 | GLAVIN SECURITY SPECIALISTS<br>1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | 08-13141 | 1478 | $1,141.63 | Duplicate of claim 1477 | GLAVIN SECURITY HARDWARE SPECIALIST 1010 W JACKSON BLVD<br>CHICAGO, IL 60607 | 08-13141 | 1477 | $1,141.63 |
| 22 | GRIFFENS SATELLITE SERVICE<br>1423 STATE ROUTE 28N<br>MINERVA, NY 12851 | 08-13236 | 2136 | $5,000.00 | Duplicate of claim 2135 | GRIFFEN'S SATELLITE SERVICE<br>ERIC E. GRIFFEN<br>1423 STATE ROUTE 28N<br>MINERVA, NY 12857 | 08-13236 | 2135 | $5,000.00 |
| 23 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 311 | $35,200.63 * | Duplicate of claim 292 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 292 | $35,200.63 * |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A -- DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 24 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13187 | 98 | $71.01 * | Duplicate of claim 28 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13187 | 28 | $71.01 * |
| 25 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 2262 | $35,200.63 * | Duplicate of claim 1706 | HARRIS COUNTY, ET AL<br>JOHN P. DILLMAN<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | 08-13141 | 1706 | $35,200.63 * |
| 26 | HARTFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S. MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | 08-13173 | 747 | $9,441.96 * | Duplicate of claim 830 | HARFORD COUNTY, MARYLAND<br>DEPARTMENT OF LAW<br>220 S MAIN STREET, 3RD FLOOR<br>BEL AIR, MD 21014 | 08-13173 | 830 | $9,441.96 |
| 27 | HIGH SPEED SOLUTIONS LLC<br>175 DRENNEN RD STE 175<br>ORLANDO, FL 32806 | 08-13198 | 3376 | $1,750.33 | Duplicate of claim 709 | HIGH SPEED SOLUTIONS, LLC<br>175 DRENNEN RD<br>ORLANDO, FL 32806 | 08-13198 | 709 | $1,750.33 |
| 28 | HOSLER, KAREN A<br>12 CONSTITUTION AVE<br>ANNAPOLIS, MD 21401 | 08-13209 | 2280 | $12,477.71 | Duplicate of claim 2281 | HOSLER, KAREN A<br>12 CONSTITUTION AVE<br>ANNAPOLIS, MD 21401 | 08-13209 | 2281 | $12,477.81 |
| 29 | HUECKEL, JILL<br>C/O ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | 08-13238 | 192 | $1,000,000.00 | Duplicate of claim 76 | HUECKEL, JILL<br>C/O ANGIULI, KATKIN, & GENTILE, LLP<br>60 BAY STREET, PENTHOUSE<br>STATEN ISLAND, NY 10301 | 08-13238 | 76 | $1,000,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 30 | IBM DAKSH BUSINESS PROCESS SERVICES PVT LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A GURGAON, HARYANA, 122002 INDIA | 08-13240 | 3618 | $222,177.80 | Duplicate of claim 3699 | IBM DAKSH BUSINESS PROCESS SERVICES PVT LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTOR 25A GURGAON, HARYANA, 122002 INDIA | 08-13240 | 3699 | $222,177.80 |
| 31 | INTERNAL REVENUE SERVICE PO BOX 21126 PHILADELPHIA, PA 19114 | 08-13165 | 3299 | $31,553.54 | Duplicate of claim 2815 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA, PA 19114 | 08-13165 | 2815 | $31,553.54 |
| 32 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13251 | 5033 | $20,978.29 | Duplicate of claim 4995 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13251 | 4995 | $20,978.29 |
| 33 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 5029 | $9,792.90 | Duplicate of claim 4991 | JL MEDIA 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 4991 | $9,792.90 |
| 34 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13252 | 5031 | $26,519.56 | Duplicate of claim 4993 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13252 | 4993 | $26,519.56 |
| 35 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13241 | 5032 | $18,603.72 | Duplicate of claim 4994 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13241 | 4994 | $18,603.72 |
| 36 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 5030 | $129.60 | Duplicate of claim 4992 | JL MEDIA INC 1600 ROUTE 22 UNION, NJ 07083 | 08-13254 | 4992 | $129.60 |
| 37 | JOHNSON MECHANICAL PO BOX 404 ELK GROVE, CA 95759 | 08-13149 | 1128 | $1,045.00 | Duplicate of claim 513 | JOHNSON MECHANICAL CONTRACTORS 9833 KENT ST. ELK GROVE, CA 95624 | 08-13149 | 513 | $1,045.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | Reason for proposed disallowance | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | | Name | Case Number | Claim # | Total Claim Dollars |
| 38 | KABLE FULFILLMENT SERVICES, INC. C/O JULIE HOAK 16 S. WESLEY AVE. MOUNT MORRIS, IL 61054 | 08-13156 | 767 | $51,875.10 | Duplicate of claim 518 | KABLE FULFILLMENT SERVICES, INC. C/O JULIE HOAK 16 S. WESLEY AVE. MOUNT MORRIS, IL 61054 | 08-13156 | 518 | $51,875.10 |
| 39 | L.A. COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054-0110 | 08-13141 | 768 | $16,292.31 | Duplicate of claim 693 | L.A. COUNTY TREASURER AND TAX COLLECTOR PO BOX 54110 LOS ANGELES, CA 90054-0110 | 08-13141 | 693 | $16,292.31 |
| 40 | LAW OFFICES OF GERALD S. SACK, LLC GERALD S. SACK 836 FARMINGTON AVE. SUITE 109 WEST HARTFORD, CT 06119 | 08-13141 | 1091 | $8,541.01 | Duplicate of claim 994 | LAW OFFICES OF GERALD S. SACK, LLC 836 FARMINGTON AVENUE, SUITE 109 WEST HARTFORD, CT 06119 | 08-13141 | 994 | $8,541.01 |
| 41 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13141 | 670 | $443.63 | Duplicate of claim 669 | LEXISNEXIS A DIV. OF REED ELSEVIER INC 9443 SPRINGBORO PIKE MIAMISBURG, OH 45342 | 08-13141 | 669 | $443.63 |
| 42 | MEDIASTATS INC. 68 WELLINGTON STREET EAST ATTN: LEGAL COUNSEL AURORA, ON L4G 1H8 | 08-13236 | 2745 | $16,373.60 | Duplicate of claim 2742 | MEDIASTATS INC 68 WELLINGTON STREET EAST AURORA, ON L4G 1H8 | 08-13236 | 2742 | $16,373.60 |
| 43 | MILES, DANIEL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 1390 | $8,511.75 | Duplicate of claim 2146 | MILES, DANIELL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 2146 | $8,511.75 |
| 44 | MILES, DANIEL L. 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 248 | $8,511.75 | Duplicate of claim 2146 | MILES, DANIELL 45 EASY STREET RINGGOLD, GA 30736 | 08-13152 | 2146 | $8,511.75 |
| 45 | MILLEN, KEVIN 1704 LANIER LANE MEMPHIS, TN 38117 | 08-13141 | 688 | $250,000.00 * | Duplicate of claim 526 | MILLEN, KEVIN 1704 LANIER LANE MEMPHIS, TN 38117 | 08-13141 | 526 | $250,000.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A – DUPLICATE CLAIMS

### DUPLICATE CLAIMS TO BE EXPUNGED / REMAINING CLAIMS

| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
|---|---|---|---|---|---|---|---|---|---|
| 46 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY, SUITE 708<br>NEW YORK, NY 10036 | 08-13254 | 4448 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY<br>SUITE NO.708<br>NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 47 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY, SUITE 708<br>NEW YORK, NY 10036 | 08-13254 | 4447 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY<br>SUITE NO.708<br>NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 48 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY, SUITE 708<br>NEW YORK, NY 10036 | 08-13254 | 4446 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY<br>SUITE NO.708<br>NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 49 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY, SUITE 708<br>NEW YORK, NY 10036 | 08-13254 | 4445 | Undetermined | Duplicate of claim 4444 | NEWSPAPER GUILD OF NEW YORK<br>1501 BROADWAY<br>SUITE NO.708<br>NEW YORK, NY 10036 | 08-13254 | 4444 | Undetermined |
| 50 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>P.O. BOX 1438<br>ATTN: BANKRUPTCY UNIT<br>SANTA ANA, CA 92702 | 08-13141 | 2628 | $557.51 | Duplicate of claim 2249 | ORANGE COUNTY TREASURER-TAX COLLECTOR<br>ATTN: BANKRUPTCY UNIT<br>P.O. BOX 1438<br>SANTA ANA, CA 92702 | 08-13141 | 2249 | $557.51 |
| 51 | PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | No Debtor Asserted | 290 | $6,056.52 | Duplicate of claim 51 | PAMCO LABEL CO., INC.<br>2200 S. WOLF ROAD<br>DES PLAINES, IL 60018 | 08-13227 | 51 | $6,056.52 |
| 52 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3502 | $249,484.73 | Duplicate of claim 3500 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3500 | $249,484.73 |
| 53 | PRICE, ERIC K<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3501 | $249,484.73 | Duplicate of claim 3500 | PRICE, ERIC<br>150 JEROME DRIVE<br>BOLINGBROOK, IL 60440 | 08-13152 | 3500 | $249,484.73 |

* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.

Tribune Company, et al.

## OMNIBUS OBJECTION 4: EXHIBIT A -- DUPLICATE CLAIMS

| | DUPLICATE CLAIMS TO BE EXPUNGED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Name | Case Number | Claim # | Total Claim Dollars | Reason for proposed disallowance | Name | Case Number | Claim # | Total Claim Dollars |
| 54 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | 08-13184 | 989 | $2,762.58 | Duplicate of claim 981 | QWEST CORPORATION<br>ATTN: JANE FREY<br>1801 CALIFORNIA ST RM 900<br>DENVER, CO 80202-2658 | 08-13184 | 981 | $2,762.58 |
| 55 | RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 08-13141 | 527 | $46,964.18 | Duplicate of claim 439 | RELIANT ENERGY<br>PO BOX 1409<br>HOUSTON, TX 77251-1409 | 08-13141 | 439 | $46,964.18 |
| 56 | SHAW, JACQUELINE<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | 08-13183 | 2812 | $51,821.45 | Duplicate of claim 1045 | SHAW, JACQUELINE<br>105 BROOKSIDE DRIVE<br>SAN ANSELMO, CA 94960 | 08-13183 | 1045 | $51,821.45 |
| 57 | STROBE TECH<br>PO BOX 31594<br>CLARKSVILLE, TN 37040 | 08-13241 | 3127 | $7,160.00 | Duplicate of claim 230 | STROBE TECH, LLC<br>ATTN: IRENE L. PORTILLO<br>PO BOX 31594<br>CLARKSVILLE, TN 37040 | 08-13241 | 230 | $7,160.00 |
| 58 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 400 | $23,811.52 | Duplicate of claim 330 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 330 | $23,811.52 |
| 59 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 832 | $25,127.41 | Duplicate of claim 745 | TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE<br>LITTLETON, CO 80124 | 08-13141 | 745 | $25,127.41 |
| 60 | WHITMORE, DONALD E<br>6032 LAKEVILLE ROAD<br>ORLANDO, FL 32818 | 08-13198 | 1440 | $3,778.84 | Duplicate of claim 2237 | WHITMORE, DONALD E<br>6032 LAKEVILLE ROAD<br>ORLANDO, FL 32818 | 08-13198 | 2237 | $3,778.85 |
| | | | Total | $4,264,560.61 | | | | | |

\* - Indicates claim contains unliquidated and/or undetermined amounts in addition to the amount asserted.