**EXHIBIT A**

**(Fee Statement)**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
       Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797257

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---|
| Legal fees for professional services for the period ending July 31, 2009 | $11,271.50 |
| Costs incurred and advanced | 1,234.30 |
| **Current Fees and Costs** | **$12,505.80** |
| **Total Balance Due** | **$12,505.80** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797257

PHJ&W Tax ID No. 95-2209675

## REMITTANCE COPY

**Post-Petition General Matter**
PHJ&W LLP File# 75245-00001
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2009 | $11,271.50 |
| Costs incurred and advanced | 1,234.30 |
| **Current Fees and Costs Due** | **$12,505.80** |
| **Total Balance Due** | **$12,505.80** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

# PaulHastings

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
      Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797257

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

**<u>Post-Petition General Matter</u>**                    **$11,271.50**

**B110   Case Administration**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 07/01/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1); retrieve and distribute fee application to accounting department (0.1) | 0.20 | 205.00 | 41.00 |
| 07/02/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/06/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/07/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/08/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/09/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1797257

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/10/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/13/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/14/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/15/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/16/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/17/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/20/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/21/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/22/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1); obtain Certificate of No Objection and forward to accounting department (0.1) | 0.20 | 205.00 | 41.00 |
| 07/23/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/24/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |

Tribune Company
75245-00001
Invoice No. 1797257

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/27/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/28/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/29/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/30/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| 07/31/09 | JBB3 | Review Tribune Company case docket, compile and forward list of recent filings to attorneys (0.1) | 0.10 | 205.00 | 20.50 |
| | **Subtotal: B110   Case Administration** | | **2.40** | | **492.00** |

## B160   Fee/Employment Applications

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/02/09 | JPB7 | Draft response to the auditor's request for fee application clarification (0.8) | 0.80 | 550.00 | 440.00 |
| 07/08/09 | JPB7 | Review fee auditor report (0.3); revise response to same (0.7); review revisions (0.3) | 1.30 | 550.00 | 715.00 |
| 07/09/09 | JPB7 | Review fee auditor report (0.4); review response to same (0.9); review revisions based on K. Newmarch email comments (0.4) | 1.70 | 550.00 | 935.00 |
| 07/09/09 | KDN | Draft responsive email to J. Bender regarding response information for fee auditor report (0.2) | 0.20 | 645.00 | 129.00 |
| 07/10/09 | JPB7 | Further revisions to response to fee auditor report (0.5) | 0.50 | 550.00 | 275.00 |
| 07/13/09 | JPB7 | Revise response to fee auditor (0.5) | 0.50 | 550.00 | 275.00 |

Tribune Company
75245-00001
Invoice No. 1797257

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/15/09 | JPB7 | Further revisions to response to fee auditor (0.2); review K. Newmarch research regarding same (0.3) | 0.50 | 550.00 | 275.00 |
| 07/15/09 | KDN | Research regarding response to Tribune fee auditor letter (0.3) | 0.30 | 645.00 | 193.50 |
| 07/15/09 | RPR | Work on June monthly fee application (1.8) | 1.80 | 320.00 | 576.00 |
| 07/16/09 | HUJ | Review correspondence from K. Newmarch regarding second interim fee application request (0.1); review third, fourth and fifth fee applications (0.3); revise second interim fee application request (0.2); review local rules in connection with same (0.5); telephone call with local counsel regarding same (0.1); prepare correspondence to K. Newmarch regarding same (0.2); conference with R. Rosen regarding same (0.1) | 1.50 | 475.00 | 712.50 |
| 07/16/09 | KDN | Draft email to H. Jimenez regarding second interim fee application (0.1) | 0.10 | 645.00 | 64.50 |
| 07/16/09 | RPR | Prepare second interim fee application (1.3); forward same to K. Newmarch (0.1); work on June billing statement (0.7) | 2.10 | 320.00 | 672.00 |
| 07/17/09 | RPR | Work on June monthly fee application (1.4); compile and forward to K. Newmarch (0.1) | 1.50 | 320.00 | 480.00 |
| 07/21/09 | RPR | Work on June billing statement (1.3) | 1.30 | 320.00 | 416.00 |
| 07/23/09 | JPB7 | Review June monthly fee application for privilege (0.5) | 0.50 | 550.00 | 275.00 |
| 07/23/09 | RPR | Work on June billing statement (0.9); forward same to L. Llobrera (0.1) | 1.00 | 320.00 | 320.00 |
| 07/24/09 | JBB3 | Review revised June billing statement (1.7) | 1.70 | 205.00 | 348.50 |

Tribune Company
75245-00001
Invoice No. 1797257

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/24/09 | RPR | Work on June billing statement (1.0); compile and forward same to L. Llobrera (0.1) | 1.10 | 320.00 | 352.00 |
| 07/28/09 | RPR | Work on June billing statement (1.5); work on June monthly fee application (1.8) | 3.30 | 320.00 | 1,056.00 |
| 07/29/09 | RPR | Work on June monthly fee application (0.8) and exhibits (0.3) | 1.10 | 320.00 | 352.00 |
| 07/30/09 | RPR | Work on June monthly fee application (0.9) and exhibits (0.9); compile and submit same to S. Park (0.1) | 1.90 | 320.00 | 608.00 |
| 07/30/09 | SSP2 | Review June fee application (0.7) | 0.70 | 425.00 | 297.50 |
| 07/31/09 | KDN | Review June monthly fee application (0.1); draft responsive emails to S. Park and R. Rosen regarding June monthly fee application (0.1) | 0.20 | 645.00 | 129.00 |
| 07/31/09 | RPR | Revise June monthly fee application (0.9) and exhibits (0.4); finalize June fee application and exhibits for court filing (0.5); compile and forward same to Cole Schotz for filing (0.1) | 1.90 | 320.00 | 608.00 |
| **Subtotal: B160   Fee/ Employment Applications** | | | **27.50** | | **10,504.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/28/09 | JPB7 | Follow up on status of Tribune broadcast towers (0.5) | 0.50 | 550.00 | 275.00 |
| **Subtotal: B250   Real Estate** | | | **0.50** | | **275.00** |

Tribune Company
75245-00001
Invoice No. 1797257

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|----------------|-------|-------|------|-----|
| HUJ | Hilla U. Jimenez | ASSOCIATE | 1.50 | 475.00 | 712.50 |
| JPB7 | Justin P. Bender | ASSOCIATE | 6.30 | 550.00 | 3,465.00 |
| KDN | Kimberly D. Newmarch | ASSOCIATE | 0.80 | 645.00 | 516.00 |
| SSP2 | Stephenie S. Park | ASSOCIATE | 0.70 | 425.00 | 297.50 |
| RPR | Ruth P. Rosen | PARALEGAL | 17.00 | 320.00 | 5,440.00 |
| JBB3 | Jamie B. Brown | OTHER TIMEKEEPR | 4.10 | 205.00 | 840.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$12,505.80** |
| **Total Balance Due** | **$12,505.80** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797258

PHJ&W Tax ID No. 95-2209675

---

### SUMMARY SHEET

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009

|  |  |
|---|---:|
|  | $18,290.50 |
| **Current Fees and Costs Due** | **$18,290.50** |
| **Total Balance Due** | **$18,290.50** |

**Wiring Instructions:**
    Bank of America
    ABA # 0260-0959-3
    CHIPS Address:  0959
    SWIFT Address:  BOFAUS3N
    100 West 33rd Street
    New York, New York  10001
    Account Number: 14599-04796
    Account Name: Paul, Hastings, Janofsky & Walker LLP
    Comment: Please refer to the invoice number listed above.

**Remittance Address:**
    Paul, Hastings, Janofsky & Walker LLP
    191 N. Wacker Drive
    30th Floor
    Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797258

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Lease Rejections**
PHJ&W LLP File# 75245-00003
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009                                    $18,290.50

                **Current Fees and Costs Due**        **$18,290.50**
                **Total Balance Due**                 **$18,290.50**

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

## PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797258

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

**Lease Rejections**                                                                  **$18,290.50**

### B185    Assumption/Rejection of Leases and Contracts

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/09 | GES3 | Correspondence with K. Kansa regarding contract amendment and rejection issues (0.2); review recently filed pleadings (0.2) | 0.40 | 810.00 | 324.00 |
| 07/08/09 | GES3 | Correspondence with D. Kazan, S. Pater and R. McGerald regarding amendment and rejection issues (0.8); review recently filed pleadings (0.2); review R. McGerald correspondence regarding vacating property (0.1); telephone conference with K. Kansa regarding rejection timing (0.1) | 1.20 | 810.00 | 972.00 |
| 07/13/09 | GES3 | Telephone conference with K. Kansa regarding contract rejection issues (0.2); correspondence with K. Kansa regarding follow up to rejection issues (0.2); review recently filed pleadings regarding same (0.5); correspondence with D. Kazan, S. Pater and R. McGerald regarding Insertco lease questions (0.4) | 1.30 | 810.00 | 1,053.00 |

LEGAL_US_E # 84965164.1

Tribune Company
75245-00003
Invoice No. 1797258

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/15/09 | GES3 | Draft and revise amendment and security deposit letter (0.6); review recent filings (0.2); draft correspondence regarding Insertco lease (0.1); exchange correspondence with D. Kazan, S. Pater and B. Fields regarding document questions (0.4); exchange correspondence with R. McGerald regarding amendment revisions (0.2) | 1.50 | 810.00 | 1,215.00 |
| 07/15/09 | TJC3 | Revise amendment to Insertco utility agreement (0.5); revise letter to landlord on Insertco lease security deposit (0.4) | 0.90 | 595.00 | 535.50 |
| 07/16/09 | GES3 | Revise letter agreement (0.3); correspondence with K. Kansa regarding revisions to Insertco amendment and letter agreement (0.2); review recent filings (0.3) | 0.80 | 810.00 | 648.00 |
| 07/16/09 | TJC3 | Exchange correspondence with K. Kansa regarding Insertco utility agreement amendment and letter to landlord (0.2) | 0.20 | 595.00 | 119.00 |
| 07/20/09 | GES3 | Telephone conference with K. Kansa regarding lease rejection and security deposit issues (0.2) | 0.20 | 810.00 | 162.00 |
| 07/22/09 | GES3 | Exchange correspondence with B. Hauserman regarding lease rejection motion (0.4) | 0.40 | 810.00 | 324.00 |
| 07/23/09 | GES3 | Exchange correspondence with S. Pater regarding lease assumption and rejection (0.2); exchange correspondence with K. Kansa regarding same (0.2); review docket filings (0.3) | 0.70 | 810.00 | 567.00 |
| 07/27/09 | GES3 | Exchange correspondence with D. Kazan and S. Pater regarding lease expirations (0.3); review docket filings (0.2); follow up regarding amendment requests (0.3) | 0.80 | 810.00 | 648.00 |

Tribune Company
75245-00003
Invoice No. 1797258

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/28/09 | GES3 | Exchange correspondence with D. Kazan and S. Pater regarding hearing date and rejection dates (0.4); exchange correspondence with K. Kansa regarding lease rejection issues (0.3); review and draft correspondence regarding abandonment of property (0.5); review recent filings (0.3) | 1.50 | 810.00 | 1,215.00 |
| | **Subtotal:  B185   Assumption/ Rejection of Leases and Contracts** | | **9.90** | | **7,782.50** |

## B250   Real Estate

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/02/09 | GES3 | Correspondence with D. Kazan, S. Pater and R. McGerald regarding utility agreement issues and discussion with K. Kansa (0.3); review recent filings (0.4); correspondence with K. Kansa regarding agreement amendment (0.1) | 0.80 | 810.00 | 648.00 |
| 07/14/09 | GES3 | Draft and revise utility agreement amendment (0.4); conference with T. Chandran regarding Insertco lease and reduction in space (0.2); review security deposit agreement (0.2); correspondence with D. Kazan, S. Pater and B. Fields regarding same (0.3); review recent filings (0.3); draft and revise landlord letter (0.4); correspondence with R. McGerald regarding security deposit questions (0.1) | 1.90 | 810.00 | 1,539.00 |

Tribune Company
75245-00003
Invoice No. 1797258

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/14/09 | TJC3 | Prepare amendment to Insertco utility agreement with Shuttle (1.2); prepare notice letter to landlord on 49-11 lease regarding return of security deposit (0.9); correspondence with G. Spitzer regarding same (0.2) | 2.30 | 595.00 | 1,368.50 |
| 07/17/09 | GES3 | Exchange correspondence with D. Kazan, S. Pater, R. McGerald and T. Chandran regarding lease and security deposit matters (0.2); review recent filings (0.3) | 0.50 | 810.00 | 405.00 |
| 07/20/09 | GES3 | Exchange correspondence with R. McGerald, S. Pater and D. Kazan regarding security deposit return and landlord comments (0.7); review recent filings (0.4) | 1.10 | 810.00 | 891.00 |
| 07/20/09 | TJC3 | Review correspondence regarding Insertco modification of utility agreement (0.4) | 0.40 | 595.00 | 238.00 |
| 07/21/09 | GES3 | Review correspondence regarding amendment (0.3); telephone conference with S. Pater, D. Kazan and R. McGerald regarding amendment to utility agreement and security deposit issues (0.7); review docket filings (0.3); conference with T. Chandran regarding amendment revisions (0.2); review correspondence (0.1) | 1.60 | 810.00 | 1,296.00 |
| 07/21/09 | TJC3 | Revise amendment to Insertco utility agreement with Shuttle (0.4); exchange email correspondence and have telephone conference with G. Spitzer regarding same (0.3) | 0.70 | 595.00 | 416.50 |

Tribune Company
75245-00003
Invoice No. 1797258

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/22/09 | GES3 | Exchange correspondence with K. Kansa regarding lease and utility amendment and security deposit issues (0.2); review case materials regarding security deposit issues (0.9); review docket filings (0.2); telephone conference with K. Kansa regarding amendment and security deposit issues (0.3); revise amendment (0.3) and correspondence with T. Chandran regarding same (0.1); draft correspondence regarding same (0.2); exchange correspondence with D. Kazan, S. Pater and R. McGerald regarding amendment (0.4); exchange correspondence with K. Kansa regarding revised amendment (0.1) | 2.70 | 810.00 | 2,187.00 |
| 07/22/09 | TJC3 | Review correspondence from K. Kansa regarding Insertco utility agreement (0.3); revise amendment to utility agreement (0.3); exchange correspondence with G. Spitzer regarding same (0.1); review correspondence regarding revised amendment (0.3) | 1.00 | 595.00 | 595.00 |
| 07/28/09 | TJC3 | Review correspondence regarding Insertco utility agreement (0.6) | 0.60 | 595.00 | 357.00 |
| 07/31/09 | GES3 | Exchange correspondence with D. Kazan and R. McGerald regarding amendment (0.2); review amendment revisions and draft correspondence regarding same (0.3); review recent filings (0.1); review M. Sacks correspondence (0.1) | 0.70 | 810.00 | 567.00 |
| **Subtotal:  B250    Real Estate** | | | **14.30** | | **10,508.00** |

Tribune Company
75245-00003
Invoice No. 1797258

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| GES3 | Gregory E. Spitzer | PARTNER | 18.10 | 810.00 | 14,661.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 6.10 | 595.00 | 3,629.50 |

| | |
|---|---|
| **Current Fees and Costs** | **$18,290.50** |
| **Total Balance Due** | **$18,290.50** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797259

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2009 | $127.50 |
| Costs incurred and advanced | 71.81 |
| **Current Fees and Costs** | **$199.31** |
| **Total Balance Due** | **$199.31** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address: 0959
  SWIFT Address: BOFAUS3N
  100 West 33rd Street
  New York, New York 10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797259

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**St. Louis**
PHJ&W LLP File# 75245-00010
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2009 | $127.50 |
| Costs incurred and advanced | 71.81 |
| **Current Fees and Costs Due** | **$199.31** |
| **Total Balance Due** | **$199.31** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797259

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

**St. Louis**                                                      **$127.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/09 | DMS5 | Compose letter to S. Pater regarding closing CDs (0.3) | 0.30 | 425.00 | 127.50 |
| | **Subtotal:  B250   Real Estate** | | **0.30** | | **127.50** |

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DMS5 | Daniel M. Simon | ASSOCIATE | 0.30 | 425.00 | 127.50 |

| | | |
|---|---|---|
| **Current Fees and Costs** | | **$199.31** |
| **Total Balance Due** | | **$199.31** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797260

PHJ&W Tax ID No. 95-2209675

---

## SUMMARY SHEET

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009

| | |
|---|---:|
| | $3,037.50 |
| **Current Fees and Costs Due** | **$3,037.50** |
| **Prior Balance Due** | **$21,662.60** |
| **Total Balance Due** | **$24,700.10** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797260

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**3 Westbrook**
PHJ&W LLP File# 75245-00022
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009                                            $3,037.50

|  |  |
|---|---|
| **Current Fees and Costs Due** | **$3,037.50** |
| **Prior Balance Due** | **$21,662.60** |
| **Total Balance Due** | **$24,700.10** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

Tribune Company
75245-00022
Invoice No. 1797260

---

## REMITTANCE COPY (cont.)

### Summary of Prior Balance Due

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 06/25/09 | 1788182 | $27,988.00 | $22,390.40 | $0.00 | $5,597.60 |
| 07/28/09 | 1792934 | $16,065.00 | $0.00 | $0.00 | $16,065.00 |

| | |
|---|---|
| **Total Prior Due** | $21,662.60 |
| **Balance Due** | $24,700.10 |

## Paul*Hastings*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

August 28, 2009

Please refer to
Invoice Number: 1797260

Attn: David Eldersveld, Esq.
      Vice President & Deputy General Counsel

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

**3 Westbrook**                                                                $3,037.50

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/02/09 | JSR6 | Review revised consents of master landlord and Oracle (0.5); telephone conference with K. Hackett regarding same (0.5) | 1.00 | 675.00 | 675.00 |
| 07/06/09 | JSR6 | Prepare comments to consents to sublease and forward to K. Hackett (1.0) | 1.00 | 675.00 | 675.00 |
| 07/08/09 | JSR6 | Finalize consents to sublease (1.0); telephone conference with R. Green (0.2); telephone conference with K. Hackett (0.3) | 1.50 | 675.00 | 1,012.50 |
| 07/09/09 | JSR6 | Review revised consent to sublease from master landlord (0.6); telephone conference with K. Hackett regarding same (0.4) | 1.00 | 675.00 | 675.00 |
| **Subtotal:  B250   Real Estate** | | | **4.50** | | **3,037.50** |

LEGAL_US_E # 84965164.1

Tribune Company
75245-00022
Invoice No. 1797260

### Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|---|---|---|---|---|---|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 4.50 | 675.00 | 3,037.50 |

| | |
|---|---|
| **Current Fees and Costs** | $3,037.50 |
| **Prior Balance Due** | 21,662.60 |
| **Total Balance Due** | $24,700.10 |

*Paul*Hastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company                                        August 28, 2009
6th Floor, One Tribune Tower
435 N. Michigan Avenue                                 Please refer to
Chicago, IL 60611-4096                                 Invoice Number: 1797261

Attn: David Eldersveld, Esq.                           PHJ&W Tax ID No. 95-2209675
       Vice President & Deputy General Counsel

---

## SUMMARY SHEET

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2009 | $15,985.00 |
| Costs incurred and advanced | 2.00 |
| **Current Fees and Costs** | **$15,987.00** |
| **Prior Balance Due** | **$6,609.40** |
| **Total Balance Due** | **$22,596.40** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
          Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797261

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Sale of 250 Miller Place, Hicksville**
PHJ&W LLP File# 75245-00026
Daniel J. Perlman

| | |
|---|---:|
| Legal fees for professional services for the period ending July 31, 2009 | $15,985.00 |
| Costs incurred and advanced | 2.00 |
| **Current Fees and Costs Due** | **$15,987.00** |
| **Prior Balance Due** | **$6,609.40** |
| **Total Balance Due** | **$22,596.40** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

Tribune Company
75245-00026
Invoice No. 1797261

---

**REMITTANCE COPY (cont.)**

**Summary of Prior Balance Due**

| Invoice Date | Invoice Number | Amount | Payments/ Trust Appl. | Credits | Balance Due |
|---|---|---|---|---|---|
| 07/28/09 | 1792937 | $6,609.40 | $0.00 | $0.00 | $6,609.40 |

| | |
|---|---|
| **Total Prior Due** | **$6,609.40** |
| **Balance Due** | **$22,596.40** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# PaulHastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
    Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797261

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

## Sale of 250 Miller Place, Hicksville                                    $15,985.00

**B131   Sale of Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/01/09 | JSR6 | Revise purchase and sale agreement (1.5) | 1.50 | 675.00 | 1,012.50 |
| 07/07/09 | DJP2 | Review purchase and sale agreement (0.8) | 0.80 | 790.00 | 632.00 |
| 07/13/09 | JSR6 | Review buyer's comments to purchase and sale agreement (1.0); telephone conference with K. Hackett regarding same (0.7); review client's internal comments to insurance related provisions of purchase agreement (0.3) | 2.00 | 675.00 | 1,350.00 |
| 07/14/09 | DJP2 | Review purchase and sale agreement (1.6) | 1.60 | 790.00 | 1,264.00 |
| 07/14/09 | JSR6 | Review client's internal comments regarding insurance related provisions of purchase and sale agreement (0.3) | 0.30 | 675.00 | 202.50 |
| 07/15/09 | JSR6 | Telephone conference with L. Goldman regarding purchase and sale agreement (0.5); review issues raised by L. Goldman (1.0) | 1.50 | 675.00 | 1,012.50 |

LEGAL_US_E # 84965164.1

Tribune Company
75245-00026
Invoice No. 1797261

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/20/09 | JSR6 | Telephone conference with K. Hackett regarding buyer's comments to release language in purchase and sale agreement (0.5); review proposed revisions to purchase and sale agreement (1.0) | 1.50 | 675.00 | 1,012.50 |
| 07/21/09 | JSR6 | Telephone conference with L. Goldman regarding purchase and sale agreement (1.0); telephone conference with S. Pater and K. Hackett (0.5); revise purchase and sale agreement (1.5) | 3.00 | 675.00 | 2,025.00 |
| 07/22/09 | JSR6 | Work on preparation of purchase and sale agreement (1.5) | 1.50 | 675.00 | 1,012.50 |
| 07/23/09 | DJP2 | Review purchase and sale agreement (1.6) | 1.60 | 790.00 | 1,264.00 |
| 07/23/09 | JSR6 | Telephone conference with R. Goldman regarding purchase and sale agreement (0.5); telephone conference with S. Pater and K. Hackett regarding same (0.5) | 1.00 | 675.00 | 675.00 |
| 07/24/09 | JSR6 | Review and edit purchase and sale agreement (1.5) | 1.50 | 675.00 | 1,012.50 |
| 07/27/09 | JSR6 | Telephone conferences with C. Leeman regarding purchase and sale agreement (0.5); telephone conference with S. Pater of Tribune company regarding same (0.6); revise purchase and sale agreement (1.1) | 2.20 | 675.00 | 1,485.00 |
| 07/28/09 | JSR6 | Analyze additional proposed revisions to purchase and sale agreement (1.5) | 1.50 | 675.00 | 1,012.50 |
| 07/29/09 | JSR6 | Work on finalizing purchase and sale agreement (1.5) | 1.50 | 675.00 | 1,012.50 |
| **Subtotal:  B131   Sale of Real Estate** | | | **23.00** | | **15,985.00** |

Tribune Company
75245-00026
Invoice No. 1797261

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| DJP2 | Daniel J. Perlman | PARTNER | 4.00 | 790.00 | 3,160.00 |
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 19.00 | 675.00 | 12,825.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$15,987.00** |
| **Prior Balance Due** | **6,609.40** |
| **Total Balance Due** | **$22,596.40** |

PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797262

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009

|  |  |
|---|---|
|  | $18,194.50 |
| **Current Fees and Costs Due** | **$18,194.50** |
| **Total Balance Due** | **$18,194.50** |

**Wiring Instructions:**
Bank of America
ABA # 0260-0959-3
CHIPS Address:  0959
SWIFT Address:  BOFAUS3N
100 West 33rd Street
New York, New York  10001
Account Number: 14599-04796
Account Name: Paul, Hastings, Janofsky & Walker LLP
Comment: Please refer to the invoice number listed above.

**Remittance Address:**
Paul, Hastings, Janofsky & Walker LLP
191 N. Wacker Drive
30th Floor
Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL  60611-4096

Attn:  David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797262

PHJ&W Tax ID No. 95-2209675

---

## REMITTANCE COPY

**Melville Condemnation**
PHJ&W LLP File# 75245-00027
Daniel J. Perlman

Legal fees for professional services
for the period ending July 31, 2009

|  |  |
|---|---|
| Legal fees for professional services for the period ending July 31, 2009 | $18,194.50 |
| **Current Fees and Costs Due** | **$18,194.50** |
| **Total Balance Due** | **$18,194.50** |

**Wiring Instructions:**
  Bank of America
  ABA # 0260-0959-3
  CHIPS Address:  0959
  SWIFT Address:  BOFAUS3N
  100 West 33rd Street
  New York, New York  10001
  Account Number: 14599-04796
  Account Name: Paul, Hastings, Janofsky & Walker LLP
  Comment: Please refer to the invoice number listed above.

**Remittance Address:**
  Paul, Hastings, Janofsky & Walker LLP
  191 N. Wacker Drive
  30th Floor
  Chicago, IL 60606

Refer all questions to Carol Brich at carolbrich@paulhastings.com.

LEGAL_US_E # 84965164.1

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 N. Wacker Drive / 30th Floor Chicago, IL 60606
telephone 312-499-6000/ facsimile 312-499-6100/ internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Chicago/ Hong Kong/ London/ Los Angeles/ Milan/ New York/
Orange County/ Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Tokyo/ Washington, D.C.

# Paul Hastings

Tribune Company
6th Floor, One Tribune Tower
435 N. Michigan Avenue
Chicago, IL 60611-4096

Attn: David Eldersveld, Esq.
        Vice President & Deputy General Counsel

August 28, 2009

Please refer to
Invoice Number: 1797262

PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2009

**Melville Condemnation**                                                          **$18,194.50**

**B250   Real Estate**

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 06/23/09 | TJC3 | Review notice of hearing related to potential condemnation of portion of Pinelawn property and make determination as to scope of same (0.8) | 0.80 | 580.00 | 464.00 |
| 06/24/09 | TJC3 | Determine scope of proposed project to widen Pinelawn road and effect of project on Pinelawn property (1.3); communicate with J. Rheeling regarding same (0.5) | 1.80 | 580.00 | 1,044.00 |
| 06/25/09 | JSR6 | Review potential impact of condemnation on property in Melville, New York (3.2); review notice of hearing issued by Suffolk County, New York (0.3) | 3.50 | 675.00 | 2,362.50 |
| 06/29/09 | JSR6 | Review surveys regarding affected land (0.7); analyze issues regarding impact on land (1.8); review lease with Newsday regarding condemnation provisions (1.4) | 3.90 | 675.00 | 2,632.50 |
| 07/08/09 | JSR6 | Review lease regarding condemnation provisions (0.5) | 0.50 | 675.00 | 337.50 |

LEGAL_US_E # 84965164.1

Tribune Company
75245-00027
Invoice No. 1797262

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 07/08/09 | TJC3 | Address matters regarding potential taking of Newsday property (0.8); correspondence with S. Pater regarding same (0.2) | 1.00 | 595.00 | 595.00 |
| 07/09/09 | JSR6 | Review issues regarding impact on property from proposed condemnation (2.0) | 2.00 | 675.00 | 1,350.00 |
| 07/16/09 | TJC3 | Review matters regarding potential taking of portion of Newsday property (0.3) | 0.30 | 595.00 | 178.50 |
| 07/17/09 | JSR6 | Review easements, maps and other documentation from Suffolk County regarding condemnation plans (3.5) | 3.50 | 675.00 | 2,362.50 |
| 07/21/09 | TJC3 | Review documentation produced by county regarding condemnation (0.9); correspondence with G. Mascaro, County of Suffolk regarding condemnation issues (0.4) | 1.30 | 595.00 | 773.50 |
| 07/22/09 | TJC3 | Review correspondence from G. Mascaro/Suffolk County regarding Tribune/Newsday proposed condemnation and exchange correspondence with G. Mascaro regarding same (0.4); communicate with J. Rheeling regarding same (0.2) | 0.60 | 595.00 | 357.00 |
| 07/27/09 | JSR6 | Review transcript of public hearing for condemnation action (3.0) | 3.00 | 675.00 | 2,025.00 |
| 07/28/09 | JSR6 | Analyze impact of condemnation on surrounding area (2.0) | 2.00 | 675.00 | 1,350.00 |
| 07/30/09 | JSR6 | Continue analysis on impact to property and surrounding area from condemnation (3.5) | 3.50 | 675.00 | 2,362.50 |
| **Subtotal:  B250   Real Estate** | | | **27.70** | | **18,194.50** |

Tribune Company
75245-00027
Invoice No. 1797262

## Timekeeper Summary

| ID | Timekeeper Name | Class | Hours | Rate | Fee |
|----|-----------------|-------|-------|------|-----|
| JSR6 | Jeffrey S. Rheeling | OF COUNSEL | 21.90 | 675.00 | 14,782.50 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 2.60 | 580.00 | 1,508.00 |
| TJC3 | Tarun J. Chandran | ASSOCIATE | 3.20 | 595.00 | 1,904.00 |

| | |
|---|---|
| **Current Fees and Costs** | **$18,194.50** |
| **Total Balance Due** | **$18,194.50** |