**EXHIBIT B**

**(Expenses Statement)**

**EXPENSE SUMMARY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Airfare | | $0.00 |
| Certified Copies/Corporate Documents | | $1,208.00 |
| Meals | | $0.00 |
| Lodging | | $0.00 |
| Courier Service | | $81.01 |
| Taxi/Ground Transportation | | $0.00 |
| Parking | | $0.00 |
| Postage/US Express Mail | | $0.00 |
| Long Distance/Telephone Charges | | $2.20 |
| Photocopy Charges ($0.10 per page) | | $16.90 |
| Facsimile | | $0.00 |
| TOTAL | | **$1,308.11** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
     Vice President & Deputy General Counsel  

August 28, 2009  

Please refer to  
Invoice Number: 1797257  

PHJ&W Tax ID No. 95-2209675  

## SUMMARY SHEET

<u>Post-Petition General Matter</u>  
PHJ&W LLP File# 75245-00001  

### Costs incurred and advanced

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/2009 | RPR | Photocopy Charges | 54 | 0.10 | 5.40 |
| 07/07/2009 | PHJW | UPS 07/07/09 Vince Gutenkanst Clune Construction Company, Chicago, IL 60603 1Z3F8W750192024794 (MAN) UPS fuel surcharge | | | 10.36 |
| 07/07/2009 | PHJW | UPS 07/07/09 Vince Gutenkanst Clune Construction Company, Chicago, IL 60603 1Z3F8W750192024794 (MAN) UPS fuel surcharge | | | 2.24 |
| 07/17/2009 | DJP2 | Courier Service - Chicago Messenger Service Inv. #485865, 07/05/09, Paul Hastings to Tribune Co. | | | 8.10 |
| 07/27/2009 | SET2 | CSC/LexisNexis Document Solutions - Corporation Service Company Inv. #51785070, 02/25/09, Domestic filing in Delaware - file dissolution re: Tribune Baltimore Properties, Inc. | | | 433.00 |
| 07/27/2009 | SET2 | CSC/LexisNexis Document Solutions - Corporation Service Company Inv. # 51785080, 02/25/09, Domestic filing in Delaware - File clients annual report Re: Tribune Baltimore Properties, Inc. | | | 230.00 |

LEGAL_US_E # 84961398.1

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/27/2009 | SET2 | CSC/LexisNexis Document Solutions - Corporation Service Company Inv. # 51793012, 02/27/09, Domestic filing in MD - File dissolution Re: Tribune Baltimore Properties, Inc. | | | 545.00 |
| 07/16/2009 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| | | **Total Costs** | | | **$1,234.30** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
Vice President & Deputy General Counsel

August 28, 2009

Please refer to  
Invoice Number: 1797259

PHJ&W Tax ID No. 95-2209675

## SUMMARY SHEET

### St. Louis
PHJ&W LLP File# 75245-00010

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/2009 | DMS5 | Photocopy Charges | 1 | 0.10 | 0.10 |
| 06/25/2009 | PHJW | UPS 06/25/09 Kelly Hackett, Tribune Company, Chicago, IL 60611 1Z3F8W752593356371 (MAN) | | | 15.65 |
| 07/01/2009 | PHJW | UPS 07/01/09 Stephanie Pater, Tribune Company, Chicago, IL 60611 1Z3F8W752595811811 (MAN) UPS fuel surcharge | | | 1.75 |
| 07/01/2009 | PHJW | UPS 07/01/09 Stephanie Pater, Tribune Company, Chicago, IL 60611 1Z3F8W752595811811 (MAN) | | | 11.97 |
| 07/10/2009 | DJP2 | Courier Service - Chicago Messenger Service Inv. #484802, 06/28/09, Paul Hastings to Millennia Group | | | 30.94 |
| 06/17/2009 | DJP2 | Miscellaneous Soft Cost: Black and white, oversize: 0709 | | | 5.70 |
| 06/25/2009 | DJP2 | Miscellaneous Soft Cost: Black and white, oversize: 0709 | | | 5.70 |
| | | **Total Costs** | | | **$71.81** |

Tribune Company  
6th Floor, One Tribune Tower  
435 N. Michigan Avenue  
Chicago, IL 60611-4096  

Attn: David Eldersveld, Esq.  
      Vice President & Deputy General Counsel  

August 28, 2009  

Please refer to  
Invoice Number: 1797261  

PHJ&W Tax ID No. 95-2209675  

## SUMMARY SHEET

### Sale of 250 Miller Place, Hicksville
PHJ&W LLP File# 75245-00026

**Costs incurred and advanced**

| Date | User ID | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 07/14/2009 | PHJW | Long Distance Telephone Charges | | | 0.20 |
| 07/21/2009 | PHJW | Long Distance Telephone Charges | | | 1.70 |
| 07/29/2009 | PHJW | Long Distance Telephone Charges | | | 0.10 |
| | | **Total Costs** | | | **$2.00** |

LEGAL_US_E # 84961398.1