## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**
Tribune Company
435 N. Michigan Avenue
Chicago, IL 60611
  **EIN:** 36–1880355
Times Mirror Corporation
Tribune Media Services, Inc.
435 N. Michigan Ave.
Chicago, IL 60611
  **EIN:** 13–0571080

**Chapter:** 11

**Case No.:** 08–13141–KJC

### NOTICE OF HEARING

A hearing regarding Ariel B. Brignole's Motion for Relief from Stay is scheduled for 9/24/09 at 10:00 AM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #5, Wilmington, DE 19801 . Objections are due on or before 9/17/09 .

                                        David D. Bird
                                        Clerk of Court

Dated: 9/2/09

(VAN–401)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1           User: NancyL                 Page 1 of 1                  Date Rcvd: Sep 02, 2009
Case: 08-13141                 Form ID: van401              Total Noticed: 8

The following entities were noticed by first class mail on Sep 04, 2009.
db/db         +Tribune Company,   Tribune Media Services, Inc.,   435 N. Michigan Avenue,
                Chicago, IL 60611-4024
aty           +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
                Wilmington, DE 19801-1496
aty           +James F. Conlan,   Sidley Austin LLP,   One South Dearborn Street,   Chicago, IL 60603-2323
aty           +Norman L. Pernick,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue,Suite 1410,
                Wilmington, DE 19801-1496
aty           +Patrick J. Reilley,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
                Wilmington, DE 19801-1496
aty           +Patrick Theodore Garvey,   Johnson & Bell, Ltd,   33 W. Monroe, Suite 2700,
                Chicago, IL 60603-5404
aty           +William  S. Brody,   Buchalter Nemer,   1000 Wilshire Blvd., Suite 1500,
                Los Angeles, CA 90017-1730
              +Ariel B. Brignole,   c/o Timothy Brignole, Esq.,   Brignole, Bush & Lewis,   73 Wadsworth Street,
                Hartford, CT 06106-1768
The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +J. Kate Stickles,   Cole, Schotz, Meisel, Forman & Leonard,,   500 Delaware Avenue, Suite 1410,
                Wilmington, DE 19801-1496
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2009**                    **Signature:**   *Joseph Speetjens*