**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **TRIBUNE COMPANY, <u>et al.,</u>**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

SAMUEL GARCIA, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On September 4, 2009, I caused to be served true and correct copies of the following:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

a. "Debtors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009, to which is attached the "Notice of Debtors' First Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009 [Docket No. 2092], (the "First Omnibus Objection"),

b. "Debtors' Second Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009, to which is attached the "Notice of Debtors' Second Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009 [Docket No. 2093], (the "Second Omnibus Objection"),

c. "Debtors' Third Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009, to which is attached the "Notice of Debtors' Third Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009 [Docket No. 2094], (the "Third Omnibus Objection"),

d. "Debtors' Fourth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009, to which is attached the "Notice of Debtors' Fourth Omnibus Objection (Non-Substantive) to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1," dated September 4, 2009 [Docket No. 2094], (the "Fourth Omnibus Objection"),

e. "Motion of Debtor Tribune NM, Inc. for an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Hicksville, New York to Steel Tribune, LLC," dated September 4, 2009, to which is attached the "Notice of Motion of Debtor Tribune NM, Inc. for an Order Pursuant to Section 363 of the Bankruptcy Code Authorizing the Sale of Certain Real Property Located in Hicksville, New York to Steel Tribune, LLC," dated September 4, 2009 [Docket No. 2096], (the "Hicksville Property Motion"), and

f. "Notice of Hearing on Motion of Debtors and Debtors in Possession for Order Authorizing Tribune Debtors to File Under Seal Certain Exhibits and Schedules to Formation Agreement Relating to Proposed Business Combination," dated September 4, 2009, to which is attached the "Motion of Debtors and Debtors in Possession for Order Authorizing Tribune Debtors to File Under Seal Certain Exhibits and Schedules to Formation Agreement Relating to Proposed Business Combination," dated September 4, 2009 [Docket No. 2099], (the "Proposed Business Combination Notice"),

enclosed securely in separate postage prepaid envelopes to be delivered as follows:

     i.    the First Omnibus Objection, Second Omnibus Objection, Third Omnibus Objection, Fourth Omnibus Objection, Hicksville Property Motion and Proposed Business Combination Notice, via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

     ii.    the First Omnibus Objection via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

     iii.    the Second Omnibus Objection via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

     iv.    the Third Omnibus Objection via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

     v.    the Fourth Omnibus Objection via first class mail to those parties listed on the annexed <u>Exhibit E</u>, and

     vi.    the Hicksville Property Motion via first class mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                         /s/ Samuel Garcia
                                       Samuel Garcia


Sworn to before me this
9th day of September, 2009
/s/ Time Darden
Notary Public, State of New York
No. 01DA6198919
Qualified in Kings County
Commission Expires January 5, 2013

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABATO, RUBENSTEIN AND ABATO, P.A. | ATTN: COREY SMITH BOTT, BRIAN G. ESDERS (COUNSEL TO: TRUCK DRIVERS AND HELPERS LOCAL 355 HEALTH AND WELFARE AND PENSION FUNDS) 809 GLENEAGLES COURT, SUITE 320 BALTIMORE MD 21286 |
| ACXIOM CORPORATION | ATTN. C.B. BLACKARD, III, CORPORATE COUNSEL 301 E. DAVE WARD DRIVE P.O. BOX 2000 CONWAY AR 72033-2000 |
| ALLISON, SLUTSKY & KENNEDY, PC | ANGIE M. COWAN 230 W MONROE ST, STE 2600 (COUNSEL TO IAM LODGE NO. 126) CHICAGO IL 60606 |
| ANDREW S. CONWAY, ESQUIRE | (COUSNEL TO TAUBMAN LANDLORDS) 200 EAST LONG LAKE ROAD, SUITE 300 BLOOMFIELD HILLS MI 48304 |
| ARCHER & GREINER, PC | JOHN V. FIORELLA, ESQ. 300 DELAWARE AVE, STE 1370 (COUNSEL TO NAVISTAR FINANCIAL CORP. & NAVISTAR LEASING CO.) WILMINGTON DE 19801 |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM P. BOWDEN, ESQ. 500 DELAWARE AVENUE, 8TH AVENUE P.O. BOX 1150 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) WILMINGTON DE 19899 |
| ASKOUNIS & DARCY, PC | ATTN: THOMAS V. ASKOUNIS, ESQ. 401 NORTH MICHIGAN AVENUE, STE 550 (COUNSEL TO BANC OF AMERICA LEASING & CAPITAL LLC) CHICAGO IL 60611 |
| BANC OF AMERICA BRIDGE LLC | LYNN D. SIMMONS, SR. VICE PRESIDENT BANK OF AMERICA STRATEGIC SOLUTIONS MAIL CODE: IL1-231-11-19 231 SOUTH LASALLE STREET CHICAGO IL 60604 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | ATTN. GEORGE R. MESIRES, ESQ. (COUNSEL TO KTR SOUTH FLORIDA LLC) 200 WEST MADISON ST., SUITE 3900 CHICAGO IL 60606 |
| BARCLAYS CAPITAL INC. | ATTN: US CLIENT VALUATIONS GROUP 200 PARK AVENUE ATTN: US CLIENT VALUATIONS GROUP NEW YORK NY 10166 |
| BARTLETT HACKETT FEINBERG PC | FRANK F. MCGINN (MA BBO# 564729) 155 FEDERAL ST, 9TH FL (COUNSEL TO IRON MOUNTAIN INFORMATION MGMT INC.) BOSTON MA 02110 |
| BELKIN BURDEN WENIG & GOLDMAN, LLP | ATTN: JOSHUA G. LOSARDO, ESQ. (COUNSEL TO: ENTERPRISE GARAGE CORP.) 270 MADISON AVENUE NEW YORK NY 10016 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. BRADFORD J. SANDLER & JENNIFER R. HOOVER, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) 222 DELAWARE AVENUE, SUITE 801 WILMINGTON DE 19801 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP | ATTN. DAVID M. NEUMANN, ESQUIRE (COUNSEL TO WILMINGTON TRUST COMPANY) 200 PUBLIC SQUARE SUITE 2300 CLEVELAND OH 44114-2378 |
| BIFFERATO LLC | ATTN: IAN CONNOR BIFFERATO, KEVIN COLLINS, ESQS. (COUNSEL TO: D. NEIL, C. BROWN, H. WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J. MAKINEN) 800 N. KING STREET, PLAZA LEVEL WILMINGTON DE 19801 |
| BLOOM HERGOTT DIEMER ROSENTHAL LAVIOLETTE FELDMAN | & GOOD MAN, LLP 150 S. RODEO DRIVE, 3RD FLOOR BEVERLY HILLS CA 90212 |
| BROWARD COUNTY | ATTN: JEFFREY J. NEWTON COUNTY ATTORNEY FOR BROWARD COUNTY GOVT CENTER 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| BROWN RUDNICK LLP | ATTN: ROBERT J. STARK & DANIEL J. SAVAL, ESQ. (COUNSEL TO WILMINGTON TRUST COMPANY) SEVEN TIMES SQUARE NEW YORK NY 10036 |
| BROWN STONE NIMEROFF LLC | ATTN. JAMI B. NIMEROFF, ESQ. (COUNSEL TO NBC UNIVERSAL INC. & CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP) 4 EAST 8TH STREET, SUITE 400 WILMINGTON DE 19801 |
| BRYAN CAVE LLP | ATTN: MICHELLE MCMAHON, ESQ. (COUNSEL TO: CWA/ITV NEGOTIATED PENSION PLAN) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BUCHALTER NEMER | PAMELA KOHLMAN WEBSTER 1000 WILSHIRE BOULEVARD, SUITE 1500 (COUNSEL TO SONY PICTURES TELEVISION) LOS ANGELES CA 90017-2457 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | SHAWN M. CHRISTIANSON, ESQ. 333 MARKET STREET, 25TH FL (COUNSEL TO ORACLE USA, INC.) SAN FRANCISCO CA 94105-2126 |
| CALLAHAN & BLAINE | ATTN: EDWARD SUSOLIK, ESQUIRE (COUNSEL TO JON VAN SEMUS BY AND THRU NEALA OLSEN) 3 HUTTON DRIVE, NINTH FLOOR SANTA ANA CA 92707 |
| CANON USA, INC | ATTN RUTH WIENSTEIN 1 CANON PLAZA NEW HYDE PARK NY 11042 |
| CAPITALSOURCE FINANCE LLC | ATTN: JOANNE FUNGAROLI, ESQ. 4445 WILLARD AVENUE, 12TH FLOOR CHEVY CHASE MD 20815 |
| CHADBOURNE & PARKE LLP | COUNSEL TO THE UNSECURED CREDITORS' CO ATTN HOWARD SEIFE, DAVID M LEMAY, |

| Claim Name | Address Information |
|---|---|
| CHADBOURNE & PARKE LLP | DOGULAS E DEUTSCH 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| CHRISTINE Z. HERI | (COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR 230 SOUTH DEARBORN, ROOM 844 CHICAGO IL 60604 |
| CIARDI CIARDI & ASTIN | DANIEL K. ASTIN, ESQ.; ANTHONY M. SACCULLO, ESQ., MARY E. AUGUSTINE, ESQ., CARL D. NEFF, ESQ. CITIZENS BANK CENTER 919 NORTH MARKET STREET, STE 700 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) WILMINGTON DE 19801 |
| CITICORP NORTH AMERICA, INC | ATTN: TIM DILLWORTH 450 MAMARONECK AVENUE, SUITE A HARRISON NY 10528-2402 |
| COHEN WEISS & SIMON LLP | COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS ATTN BABETTE A CECCOTI 330 WEST 42ND STREET NEW YORK NY 10036 |
| CONNOLLY BOVE LODGE & HUTZ LLP | ATTN: JEFFREY C. WISLER, ESQ. MARC J. PHILLIPS, ESQ. THE NEMOURS BUILDING 1007 NORTH ORANGE STREET; PO BOX 2207 WILMINGTON DE 19899 |
| COOCH & TAYLOR PA | ATTN: SUSAN E. KAUFMAN, ESQ. (COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS) 1000 WEST STREET, 10TH FLOOR WILMINGTON DE 19801 |
| COTCHETT, PITRE & MCCARTHY | ATTN: PHILIP GREGORY, ESQ. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 840 MALCOLM ROAD, SUITE 200 BURLINGAME CA 94010 |
| CROSS & SIMON LLC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN CHRISTOPHER P SIMON & TARA M DIROCCO, ESQS 919 NORTH MARKET STREET 11TH FLOOR WILMINGTON DE 19801 |
| CROUDACE & DIETRICH LLP | ATTN. MARK A NITIKMAN, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 4750 VON KARMAN AVENUE NEWPORT BEACH CA 92660 |
| CROWELL & MORING LLP | ATTN. MICHAEL V. BLUMENTHAL, ESQ. (COUNSEL TO NBC UNIVERSAL INC. AND CERTAIN OF ITS AFFILIATES INCLUDING UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP 590 MADISON AVENUE, 19TH FLOOR NEW YORK NY 10022 |
| DAVIS POLK & WARDELL LLP | ATTN: DONALD S. BERNSTEIN, ESQ. JAMES A. FLORACK, ESQ. DAMIAN S. SCHAIBLE, ESQ. 450 LEXINGTON AVENUE (COUNSEL TO JPMORGAN CHASE BANK, N.A.) NEW YORK NY 10017 |
| DEUTSCHE BANK AG | 60 WALL STREET NEW YORK NY 10005 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ATTN: DAVID CONTINO, VICE PRESIDENT GLOBAL TRANSACTION BANK TRUST &SEC. SERV 25 DEFOREST AVE, MAIL STOP: SUM01-0105 SUMMIT NJ 07901 |
| DRAPER & GOLDBERG, PLLC | ATTN. ADAM HILLER & MICHELLE BERKELEY-AYRES (COUNSEL TO THE PARTIES REFERENCED IN THE FIRST AMENDED VERIFIED STATEMENT OF TEITELBAUM & BASKIN LLP) 1500 NORTH FRENCH STREET, 2ND FLOOR 19801 WILMINGTON DE 19801 |
| DUANE MORRIS LLP | ATTN. MICHAEL R. LASTOWSKI, ESQ. & SOMMER L. ROSS (COUNSEL TO SONY PICTURES TELEVISION, INC.) 1100 NORTH MARKET STREET, SUITE 1200 WILMINGTON DE 19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC | ATTN. MARGARET F. ENGLAND, ESQUIRE (COUNSEL TO THE NIELSEN COMPANY) 300 DELAWARE AVENUE, SUITE 1210 WILMINGTON DE 19801 |
| EDWARDS ANGELL PALMER & DODGE LLP | ATTN: STUART M. BROWN, ESQ. 919 N. MARKET ST, STE 1500 (COUNSEL TO BARCLAYS BANK PLC) WILMINGTON DE 19801 |
| ELIZABETH GOLDBERG | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION PO BOX 1914 WASHINGTON DC 20013 |
| ELLIOTT GREENLEAF | COUNSEL TO CORESTAFF SERVICES ATTN WILLIAM M KELLEHER 1105 NORTH MARKET STREET, SUITE 1700 WILMINGTON DE 19801 |
| ERVIN COHEN & JESSUP LLP | KENNETH MILLER, ESQ. 9401 WILSHIRE BLVD, 9TH FLOOR (COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC) BEVERLY HILLS CA 90212 |
| FOLEY & LARDNER LLP | ATTN: MARY K. BRAZA, ESQ. 777 EAST WISCONSIN AVENUE (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) MILWAUKEE WI 53202-5306 |
| FOLEY & LARDNER LLP | ATTN: MICHAEL J. SMALL, ESQ. 321 NORTH CLARK SUITE 2800 (COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC) CHICAGO IL 60610-4500 |
| FOX ROTHSCHOLD LLP | ATTN. L. JASON CORNELL, ESQUIRE (COUNSEL TO DONNA GERHART GUTMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN) 919 N. MARKET STREET, SUITE 1300 P.O. BOX 2323 WILMINGTON DE 19899-2323 |
| FRANK/GECKER LLP | ATTN. JOSEPH D. FRANK (COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.) |

| Claim Name | Address Information |
|---|---|
| FRANK/GECKER LLP | 325 NORTH LASALLE STREET, SUITE 625 CHICAGO IL 60654 |
| FRED FELLMETH, ESQ. GENERAL COUNSEL | BROADCAST SYSTEMS DIVISION THE VITEC GROUP PLC (COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC) 101 BILBY ROAD HACKETTSTOWN NJ 07840 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ. (COUNSEL TO MERCER (US) INC.) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606 |
| FURMAN GREGORY LLC | DONALD R. FURMAN JR. 75 FEDERAL ST, 9TH FL (COUNSEL TO COMCAST SPOTLIGHT & COMCAST) BOSTON MA 02110 |
| GOHN HANKEY & STICHEL LLP | COUNSEL TO CORESTAFF SERVICES ATTN JAN I BERLAGE 201 NORTH CHARLES STREET BALTIMORE MD 21201 |
| GOLDSTINE, SKRODZKI, RUSSIAN, NEMEC AND HOFF, LTD. | ATTN. BRIAN M. DOUGHERTY (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEDFORD MOTOR SERVICE, INC.) 835 MCCLINTOCK DRIVE, SECOND FLOOR WILLOWBROOK IL 60527 |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP | EDWARD J. TREDINNICK, ESQ. FOUR EMBARCARCADERO CENTER, STE 4000 (COUNSEL TO CATELLUS DEVELOPMENT CORP.) SAN FRANCISCO CA 94111 |
| HARRIS CORPORATION | ANTHONY DEGLOMINE, III 1025 W. NASA BLVD MAIL STOP A-11A MELBOURNE FL 32919 |
| HERRICK FEINSTEIN LLP | COUNSEL TO CANON USA INC, INTELSAT CORPORATION ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ. TWO PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD. MAILSTOP 314 BOISE ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY 2125 E. KATELLA AVE. SUITE 400 ANAHEIM CA 92806 |
| HOGAN & HARTSON LLP | ATTN: SCOTT A. GOLDEN, IRA S. GREENE, ESQS. 875 THIRD AVENUE (COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATON AND BOWATER, INC.; DOW JONES & COMPANY) NEW YORK NY 10022 |
| HOWARD COUNTY OFFICE OF LAW | ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR GEORGE HOWARD BUILDING 3430 COURTHOUSE DRIVE ELLICOTT CITY MD 21043 |
| IBM CORPORATION | ATTN BEVERLY H SHIDELER TWO LINCOLN CENTRE VILLA PARK IL 60181 |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114-0326 |
| INTERNAL REVENUE SERVICE | ATTN: ROOM 1150 31 HOPKINS PLAZA BALTIMORE MD 21201 |
| J. SCOTT DOUGLASS | 909 FANNIN, SUITE 1800 HOUSTON TX 77010 |
| JP MORGAN CHASE BANK, NA AS AGENT | 1111 FANNIN, 10TH FLOOR HOUSTON TX 77002 |
| JPMORGAN CHASE BANK, NA | ATTN: MIRIAM KULNIS ONE CHASE PLAZA NEW YORK NY 10005 |
| K&L GATES LLP | ATTN: JEFFREY N. RICH, ESQ. 599 LEXINGTON AVE (COUNSEL TO GREATBANC TRUST COMPANY) NEW YORK NY 10022-6030 |
| K&L GATES LLP | CHARLES R. SMITH, ESQ. HENRY W. OLIVER BUILDING 535 SMITHFIELD ST (COUNSEL TO GREATBANC TRUST COMPANY) PITTSBURGH PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION | 3835-R EAST THOUSDAN OAKS BLVD. #343 THOUSAND OAKS CA 91362 |
| KAYE SCHOLER LLP | ATTN: MARGO B SCHONHOLTZ, ESQ MADLYN GLEICH PRIMOFF, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) 425 PARK AVE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ERICK R. WILSON, ESQ. HOWARD S.STEEL, ESQ. 101 PARK AVENUE (COUNSEL TO TELEREP, LLC) NEW YORK NY 10178 |
| LANDIS RATH & COBB LLP | COUNSEL FOR THE UNSECURED CREDITORS' COMM ATTN ADAM G LANDIS & MATTHEW B MCGUIRE 919 MARKET STREET SUITE 1800 WILMINGTON DE 19801 |
| LECLAIRRYAN, A PROFESSIONAL CORPORATION | ATTN. WILLIAM E. CALLAHAN, JR. ESQUIRE (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC. 1800 WACHOVIA TOWER, DRAWER 1200 ROANOKE VA 2400-1200 |
| LECLAIRRYAN, A PROFESSOINAL CORP. | ATTN. DAVID W. PHILLIPS (COUNSEL TO DE LAGE LANDEN FINANCIAL SERVICES,INC) TWO PENN PLAZA EAST NEWARK NJ 07105 |
| LESLIE A. COHEN, ESQUIRE | LESLIE COHEN LAW, PC 506 SANTA MONICA BLVD., SUITE 200 SANTA MONICA CA 90401 |
| LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. | ATTN: DANIEL FEINBERG, ANGELICA K. JONGCO, NINA WASOW, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 1330 BROADWAY, SUITE 1800 OAKLAND CA 94612 |

| Claim Name | Address Information |
|---|---|
| LINDA BOYLE | TW TELECOM INC. 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNSEL TO HARRIS COUNTY ATTN JOHN P DILLMAN PO BOX 3064 HOUSTON TX 77253-3064 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET STE 1600 (COUNSEL TO DALLAS COUNTY) DALLAS TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A. | ATTN: ZACHARY J. BANCROFT, EST. 450 S. ORANGE AVE, SUITE 800 (COUNSEL TO ORLANDO MAGIC, LTD.) ORLANDO FL 32801 |
| MAUREEN A. MCGREEVEY, ESQUIRE | SENIOR LITIGATION COUNSEL SUNGARD 682 E. SWEDESFORD ROAD WAYNE PA 19087 |
| MAYER BROWN LLP | FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ. (COUNSEL TO BARCLAYS) 1675 BROADWAY NEW YORK NY 10019 |
| MCCARTER & ENGLISH, LLP | ATTN: DAVID ADLER, ESQ. G. AMANDA MALLAN, ESQ. 245 PARK AVE, 27TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) NEW YORK NY 10167 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHARINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 N. MARKET STREET, 8TH FL (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) WILMINGTON DE 19801 |
| MCGUIRE WOODS LLP | ATTN: PAUL J. CATANESE & PATRICIA K. SMOOTS (COUNSEL TO THE NIELSEN COMPANY (US) LLC 77 W. WACKER DRIVE, SUITE 4100 CHICAGO IL 60601 |
| MCPHARLIN SPRINKLES & THOMAS, LLP | ATTN: ELAIN M. SEID (COUNSEL TO DIABLO INVESTMENT CO.) 10 ALMADEN BLVD., SUITE 1460 SAN JOSE CA 95113 |
| MEITES, MULDER, MOLLICA & GLINK | ATTN: THOMAS MEITES, MICHAEL MULDER, ESQS. (COUNSEL TO: NEIL, BROWN, WEINSTEIN, ROCHE, LEVIN, & MAKINEN) 20 S. CLARK STREET, SUITE 1500 CHICAGO IL 60603 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: MICAHEL O'BRIEN 4 WORLD FINANCIAL CENTER 250 VESEY STREET NEW YORK NY 10080 |
| MERRILL LYNCH CAPITAL CORPORATION | ATTN: SHARON HAWKINS LOAN OPERATIONS 600 E. LAS COLINAS BLVD., SUITE 1300 IRVING TX 75039 |
| MESSANA ROSNER & STERN, LLP | FREDERICK B. ROSNER, ESQ. 1000 N. WEST STREET, SUITE 1200 (COUNSEL TO INTELSAT CORPORATION) WILMINGTON DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND DEBORAH B. | WALDMEIR, ASSISTANT ATTORNEY GENERAL STATE OF MICHIGAN, DEPT. OF TREASURY CADILLAC PLACE, STE. 10-200 3030 W. GRAND BLVD. DETROIT MI 48202 |
| MICHAEL SCHLOSS | (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR) OFFICE OF THE SOLICITOR UNITED STATES DEPARTMENT OF LABOR PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: SHERYL L. MOREAU SPECIAL ASSISTANT ATTORNEY GENERAL GENERAL COUNSEL'S OFFICE 301 W. HIGH STREET, ROOM 670 PO BOX 475 JEFFERSON CITY MO 65105-0475 |
| MONZACK MERSKY MCLAUGHLIN AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY, ESQUIRE (COUNSEL TO BKM 3128 REDHILL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY) 1201 N. ORANGE STREET, SUITE 400 WILMINGTON DE 19801 |
| MORGAN STANLEY FIXED INCOME | ATTN: CAROLYN ADLER 1585 BROADWAY, 2ND FLOOR NEW YORK NY 10036 |
| MUCH SHELIST DENENBERG AMENT AND RUBENSTEIN, PC | ATTN: COLLEEN E. MCMANUS 191 NORTH WACKER DRIVE, STE 1800 (COUNSEL TO CF 4242 BRYN MAWR LLC) CHICAGO IL 60606 |
| MULHERIN REHFELDT & VARCHETTO, P.C. | ATTN: WILLIAM J. ULRICH, JR; WILLIAM R. BRODZINSKI (COUNSEL TO: CRP HOLDINGS C, L.P., A DELAWARE LLC) 211 S. WHEATON AVENUE, SUITE 200 WHEATON IL 60187 |
| NAVISTAR LEASING COMPANY | 425 N. MARTINGALE ROAD, 18TH FLOOR SCHAUMBURG IL 60173 |
| NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE | ATTN. ROBERT L. COOK, DISTRICT TAX ATTORNEY 333 EAST WASHINGTON ST., 3RD FLOOR SYRACUSE NY 13202 |
| NOLAN, PLUMHOFF & WILLIAMS, CHARTERED | ATTN. ROBERT L. HANLEY, JR. ESQUIRE (COUNSEL TO ST. JOHN PROPERTIES, INC.) SUITE 700, NOTTINGHAM CENTRE 502 WASHINGTON AVENUE TOWSON MD 21204 |
| OFFICE OF ATTORNEY GENERAL | ATTN. CAROL E. MOMJIAN, SENIOR DEPUTY ATTORNEY GENERAL 21 S. 12TH STREET, 3RD FLOOR PHILADELPHIA PA 19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE | JOSEPH J. MCMAHON, JR., ESQ. UNITED STATES DEPT OF JUSTICE 844 KING STREET, SUITE 2207 LOCKBOX #35 WILMINGTON DE 19899-0035 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN FRANK A ANDERSON, CASSANDRA R BURTON, & KARTAR S KHALSA, ESQ OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PEPPER HAMILTON LLP | ATTN. DAVID B. STRATTON, LEIGH-ANNE M. RAPORT,ESQ. (COUNSEL TO PPF OFF TWO |

| Claim Name | Address Information |
|---|---|
| PEPPER HAMILTON LLP | PARK AVENUE OWNER) HERCULES PLAZA, SUITE 5100 1313 MARKET STREET, P.O. BOX 1709 WILMINGTON DE 19899-1709 |
| POTTER ANDERSON & CORROON LLP | ATTN: LAURIE SILVERSTEIN, ESQ (COUNSEL TO MERRILL LYNCH CAPITAL CORP AS ADMIN AGENT) HERCULES PLAZA 1313 N MARKET ST, PO BOX 951 WILMINGTON DE 19899-0951 |
| POYNER SPRUILL LLP | JUDY D. THOMPSON, ESQ. 301 SOUTH COLLEGE STREET, STE 2300 (COUNSEL TO SODEXO, INC.) CHARLOTTE NC 28202 |
| PROSKAUER ROSE LLP | ATTN: MARTIN S. ZOHN, ESQ. (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2049 CENTURY PARK EAST, 32ND FLOOR LOS ANGELES CA 90067 |
| QUARLES & BRADY LLP | LEONARD S. SHIFFLET, ESQ.; FAY B. FEINSTEIN, ESQ. 300 NORTH LASALLE STREET, STE 400 (COUNSEL TO ROBERT R. MCCORMICK FOUNDATION & CANTIGNY FOUNDATION) CHICAGO IL 60654-3422 |
| RICHARDS, LAYTON & FINGER, PA | ATTN: MARK D. COLLINS, ESQ. KATISHA D. FORTUNE, ESQ. 920 NORTH KING STREET (COUNSEL TO JPMORGAN CHASE BANK, N.A.) WILMINGTON DE 19801 |
| RIDDELL WILLIAMS, P.S. | ATTN: JOSEPH E. SHICKICH, JR. & MARIA ANN MILANO (COUNSEL TO MICROSOFT CORPORATION & MIRCROSOFT LICENSING, GP) 1001- 4TH AVENUE, SUITE 4500 SEATTLE WA 98154-1192 |
| ROBINSON BROG LEINWAND GREEN GENOVESE & GLUCK PC | ATTN. FRED B. RINGEL, ESQ. (COUNSEL TO GALLERIA OPERATING COMPANY, LLC) 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| RUSKIN MASCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO ESTHER RHEIN) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: MICHAEL S. AMATO, ESQ. (COUNSEL TO BARRY AND MARIE GOLDENBERG) EAST TOWER, 15TH FLOOR 1425 RXR PLAZA UNIONDALE NY 11556-1425 |
| SECURITIES & EXCHANGE COMMISSION | 15TH & PENNSYLVANIA AVE, N.W. WASHINGTON DC 20020 |
| SECURITIES AND EXCHANGE COMMISSION (SEC) | 100 F STREET, NE WASHINGTON DC 20549 |
| SEITZ, VAN OGTROP & GREEN, P.A. | ATTN: R.KARL HILL, ESQ. 222 DELAWARE AVENUE, STE 1500 PO BOX 68 (COUNSEL TO ABITIBI BOWATER, INC., ABITIBI CONSOLIDATED SALES CORPORATION, BOWATER, INC., DOW JONES & COMPANY) WILMINGTON DE 19899 |
| SHIPMAN & GOODWIN LLP | ATTN. JULIE A. MANNING, ESQ. (COUNSEL TO UNITED HEALTHCARE INSURANCE COMPANY) ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SIRLIN GALLOGLY & LESSER, P.C. | ATTN. DANA S. PLON, ESQUIRE (COUNSEL TO UNISYS CORPORATION) 1529 WALNUT STREET, SUITE 600 PHILADELPHIA PA 19102 |
| SQUIRE, SANDERS & DEMPSEY LLP | ATTN: KELLY SINGER, ESQ. TWO RENAISSANCE SQUARE 40 NORTH CENTRAL AVE, STE 2700 (COUNSEL TO PERSONAL PLUS, INC.) PHOENIX AZ 85004-4498 |
| STEMPEL BENNETT CLAMAN & HOCHBERG PC | COUNSEL TO SLG 220 NEWS OWNER LLC AS LANDLORD ATTN EDMOND P O'BRIEN ESQ 675 THIRD AVENUE 31ST FLOOR NEW YORK NY 10017 |
| STEVENS & LEE, P.C. | ATTN: JOSEPH H. HUSTON, JR 1105 NORTH MARKET STREET, 7TH FL (COUNSEL TO CF 4242 BRYN MAWR LLC) WILMINGTON DE 19801 |
| STUART MAUE | ATTN: LINDA K. COOPER FEE EXAMINER 3840 MCKELVEY RD ST. LOUIS MO 63044 |
| TEITELBAUM & BASKIN, LLP | ATTN: JAY TEITELBAUM 3 BARKER AVENUE, THIRD FLOOR (COUNSEL TO H.BERGMANN; R.ERBURU; K.HORN; R.JANSEN W.JOHNSON JR; W.NIESE; R.SCHLOSBERG, III; J.SIMPSON; M.WILLES; E.ZIMBALIST, III) WHITE PLAINS NY 10601 |
| THE REIMANN LAW GROUP | ATTN. DAVID W. REIMANN, ESQUIRE (ATTORNEYS FOR MAJESTIC REALTY CO. YORBA PARK I, LLC, AND YORBA PARK SUB, LLC) 1960 EAST GRAND AVENUE, SUITE 1165 EL SEGUNDO CA 90245 |
| THE SEAPORT GROUP LLC | ATTN SCOTT FRIEDBERG 360 MADISON AVENUE 22ND FLOOR NEW YORK NY 10017 |
| TOOD M. HOEPKER, ESQ. | (COUNSEL TO : COP-HANGING MOSS, LLC) POST OFFICE BOX 3311 ORLANDO FL 32802-3311 |
| TOWER DC, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER EH, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER JK, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |

| Claim Name | Address Information |
|---|---|
| TOWER MS, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TOWER PT, LLC | ATTN: NILS LARSEN, MANAGING DIRECTOR C/O EQUITY GROUP INVESTMENTS TWO NORTH RIVERSIDE PLAZA, STE 1700 CHICAGO IL 60606 |
| TRAVELERS | NATIONAL ACCOUNTS 1 TOWER SQUARE-5MN HARTFORD CT 06183-4044 |
| TRESSLER SODERSTORM MALONEY & PRESS, LLP | ATTN: JACQUELINE A. CRISWELL (COUNSEL TO FISHER PRINTING, INC.) SEARS TOWER, 22ND FLOOR 233 SOUTH WACKER DRIVE CHICAGO IL 60606-6314 |
| TWENTIETH TELEVISION, INC. | ATTN: JODIE REA (COUNSEL TO: TWENTIETH TELEVISION, INC.) 2121 AVENUE OF THE STARS, SUITE 1754 LOS ANGELES CA 90067 |
| TYBOUT REDFEARN AND PELL | ATTN: SHERRY RUGGIERO FALLON (COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE, INC.) 750 SHIPYARD DRIVE, SUITE 400 P.O. BOX 2092 WILMINGTON DE 19899-2092 |
| U.S. DEPARTMENT OF JUSTICE | ATTN: YONATAN GELBLUM, TRIAL ATTY., TAX DIVISION 555 4TH ST. NW ROOM 6110, P.O. BOX 227 WASHINGTON DC 20044 |
| UNISYS CORPORATION | ATTN: JANET FITZPATRICK, LEGAL ASSISTANT UNISYS WAY P.O. BOX 500, M/S E8-108 BLUE BELL PA 19424 |
| UNITED STATES DEPARTMENT OF JUSTICE | CIVIL DIVISION MATTHEW J. TROY, ESQ. 1100 L STREET, N.W. ROOM 10006 WASHINGTON DC 20530 |
| UNITED STATES DEPARTMENT OF LABOR | OFFICE OF THE SOLICITOR ELIZABETH S. GOLDBERG, ESQUIRE (COUNSEL TO HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR) PLAN BENEFITS SECURITY DIVISION P.O. BOX 1914 WASHINGTON DC 20013 |
| UNITED STATES TREASURY | OFFICE OF THE TREASURER 1500 PENNSYLVANIA AVENUE, NW ROOM 2134 WASHINGTON DC 20220 |
| US ATTORNEY'S OFFICE | ELLEN W. SLIGHTS, ESQ 1201 MARKET ST, SUITE 1100 PO BOX 2046 WILMINGTON DE 19899-2046 |
| VORYS SATER SEYMOUR & PEASE LLP | AS COUNSEL FOR AOL LLC & ITS RELATED ENTITIES ATTN TIFFANY STRELOW COBB 52 EAST GAY STREET COLUMBUS OH 43215 |
| WARNER BROS. TELEVISION DISTRIBUTION, INC. | ATTN: WAYNE M. SMITH, ESQ. 4000 WARNER BLVD. BLDG. 156, ROOM 5158 BURBANK CA 91522 |
| WEISS SEROTA HELFMAN PASTORIZA COLE & BONISKE, P.L | ATTN: DOUGLAS R. GONZALES, ESQUIRE COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH 200 EAST BROWARD BOULEVARD, ST. 1900 FORT LAUDERDALE FL 33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA | COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN POST OFFICE BOX 4128 TALLAHASSEE FL 32315-4128 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN J. LIPKIN & JEREMY E. CRYSTAL, ESQ. (COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC) 787 SEVENTH AVENUE NEW YORK NY 10019 |
| WILMINGTON TRUST COMPANY | ATTN: PATRICK J. HEALY, VICE PRESIDENT RODNEY SQUARE NORTH 1100 NORTH MARKET STREET WILMINGTON DE 19890 |
| ZWERDLKING PAUL KAHN & WOLLY PC | COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA ATTN ROBERT E PAUL ESQ 1025 CONNECTICUT AVENUE NW SUITE 712 WASHINGTON DC 20036-5420 |

**Total Creditor Count 150**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BONNEVILLE INT'L CORP. DBA WDRV-FM | 875 N. MICHIGAN AVE. STE. 1510 CHICAGO IL 60611 |
| BONNEVILLE INT'L CORP. DBA WILV-FM | 130 E. RANDOLPH ST., SUITE 2780 CHICAGO IL 60601 |
| BRENNAN, DEBORAH | PO BOX 1336    Account No. 8224 IDYLLWILD CA 92549 |
| BRINKS INC. | 555 DIVIDEND DR., STE 100    Account No. 4600 COPPELL TX 75019 |
| C & S PRESS INC. | 405 27TH STREET    Account No. ORLS ORLANDO FL 32806 |
| CTV TELEVISION INC | 9 CHANNEL NINE COURT TORONTO ON M1S 4B5 CANADA |
| ENTERCOM PORTLAND LLC DBA KGON, KRSK, | KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST    Account No. KRCW PORTLAND OR 97239 |
| GINKGO LEAF PRODUCTION INC | 3941 MAIN ROAD TIVERTON RI 02878 |
| HOUSEPAD LLP | 1500 CONRAD WEISER PARKWAY    Account No. 2000 WOMELSDORF PA 19567 |
| MEDIA CONCEPTS, INC. | ATTN: MARVIN LUKE 2128 N YELLOWWOOD AVE    Account No. 1623 BROKEN ARROW OK 74012 |
| PADRE JANITORIAL SUPPLIES | 3380 MARKET STREET    Account No. 8600 SAN DIEGO CA 92102 |
| PAMCO LABEL CO., INC. | 2200 S. WOLF ROAD    Account No. 6034 DES PLAINES IL 60018 |
| REM CONSULTING, INC. | 8301 BROADWAY ST STE 219 SAN ANTONIO TX 78209 |
| SNYDER, AMANDA | 215 S. MAIN ST.    Account No. 2738 CAMBRIDGE IL 61238 |
| SOUTH BEND ABSORBTECH, LLC | BOX 88396 ATTN: LYNN MILWAUKEE WI 53288-0396 |
| XO COMMUNICATIONS, INC. | ATTN: BRAD LEE 105 MOLLOY STREET, SUITE 300    Account No. 001000000078430, 001000000100364 NASHVILLE TN 37201 |

**Total Creditor Count 16**

**EXHIBIT C**

| Claim Name | Address Information |
|------------|---------------------|
| ABSORBTECH LLC | 2700 S. 160TH ST.    Account No. 5537 NEW BERLIN WI 53151 |
| AGILYSYS NJ, INC. | 204 FERNWOOD AVENUE EDISON NJ 08837 |
| ASM CAPITAL, L.P. | TRANSFEROR: BURST COMMUNICATIONS, INC. ATTN: ADAM MOSKOWITZ 7600 JERICHO TURNPIKE, SUITE 302 WOODBURY NY 11797 |
| AT&T CORP. | JAMES GRUDUS, ESQ. AT&T SERVICES, INC. ONE AT&T WAY, ROOM 3A218 BEDMINSTER NJ 07921 |
| AVAYA INC. | C/O RMS BANKRUPTCY SERVICES PO BOX 5126    Account No. 101876227 TIMONIUM MD 21094 |
| BAKER & DANIELS LLP | ATTN: JAY JAFFE 600 EAST 96TH STREET, SUITE 600    Account No. 6978 INDIANAPOLIS IN 46240 |
| BJORKMAN, ERNIE | P.O. BOX 227 SOUTH FORK CO 81154 |
| BONNEVILLE INT'L CORP. DBA WDRV-FM | 875 N. MICHIGAN AVE. STE. 1510 CHICAGO IL 60611 |
| BONNEVILLE INT'L CORP. DBA WILV-FM | 130 E. RANDOLPH ST., SUITE 2780 CHICAGO IL 60601 |
| BRICKMAN GROUP LTD LLC, THE | ATTN: JASON VESKO - BRANCH MANAGER 769 N MOUNTAIN RD    Account No. 6430809102 NEWINGTON CT 06111 |
| BRICKMAN GROUP LTD LLC, THE | ATTN: JASON VESKO 769 N MOUNTAIN RD    Account No. 6430809101 NEWINGTON CT 06111 |
| BRINKS INC. | 555 DIVIDEND DR., STE 100    Account No. 2850 COPPELL TX 75019 |
| BROWARD COUNTY REVENUE COLLECTOR | REVENUE COLLECTION DIV., GOV'T CTR ANNEX ATTN: LITIGATION SECTION 115 S ANDREWS AVENUE FORT LAUDERDALE FL 33301 |
| C & S PRESS, INC. | 405 27TH STREET    Account No. ORLS ORLANDO FL 32806 |
| CALIFORNIA STATE BOARD OF EQUALIZATION | SPECIAL PROCEDURES SECTION, MIC:55 PO BOX 942879 SACRAMENTO CA 94279-0055 |
| CENTERPOINT ENERGY SERVICES, INC. | 1111 LOUISIANA STREET CNPT 20    Account No. 72-1309319 HOUSTON TX 77002 |
| CITY OF NEW YORK DEPARTMENT OF FINANCE | RON MEDLEY, OF COUNSEL 345 ADAMS STREET - 3RD FLOOR BROOKLYN NY 11201 |
| CITY OF NEWPORT NEWS, VIRGINIA | CITY ATTORNEY'S OFFICE 2400 WASHINGTON AVENUE NEWPORT NEWS VA 23607 |
| CTV GLOBEMEDIA INC. | 9 CHANNEL NINCE COURT TORONTO ON M1S 4B5 CANADA |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES ("RMS") P.O. BOX 5126    Account No. US87188 42144843 TIMONIUM MD 21094 |
| EMERGENCY POWER CONTROLS INC. | P.O. BOX 545    Account No. 7341 YORBA LINDA CA 92885 |
| FIRST QUALITY MAINTENANCE | 70 WEST 36TH STREET    Account No. 0020 NEW YORK NY 10018 |
| FOX SPORTS NET OHIO | 10201 W PICO BLVD BLDG 103 # 3147    Account No. 2225 LOS ANGELES CA 90035 |
| FRANZESE, PHILIP C. | 55 OCEANVIEW DRIVE    Account No. 3141 MASTIC BEACH NY 11951 |
| GANNETT MEDIA TECHNOLOGIES INTERNATIONAL | ATTENTION: NATALIE DENNIS 151 W. FOURTH STREET    Account No. 0112 CINCINNATI OH 45202 |
| GARCIA, MAT | 949 GREENWAY LANE    Account No. 5347 CASTLE ROCK CO 80108 |
| GBC LLC | 9901 EXPRESS DR    STE B    Account No. 1940 HIGHLAND IN 46322 |
| GEORGIA DEPARTMENT OF REVENUE | COMPLIANCE DIVISION BANKRUPTCY SECTION P.O. BOX 161108    Account No. 20013248911 ATLANTA GA 30321 |
| GILLESKI, JOSEPH J. | 110 ELMBROOK DRIVE    Account No. 9265 STAMFORD CT 06906 |
| GRIFFEN'S SATELLITE SERVICE | ERIC E. GRIFFEN 1423 STATE ROUTE 28N    Account No. 2008 MINERVA NY 12857 |
| GUARDSMARK LLC | 22 SOUTH SECOND ST. MEMPHIS TN 38103-2695 |
| GUERRERO, RICHARD | 46 SAINT MICHAEL    Account No. 4277 DANA POINT CA 92629 |
| GUTMAN, E. MICHAEL, M.D. | 711 WEST COLONIAL DRIVE ORLANDO FL 32804 |
| HIGBY, LAWRENCE | 218 VIA LIDO NORD    Account No. 6745 NEWPORT BEACH CA 92663 |
| HOLTON, RAYMOND | 1021 STONE STACK DRIVE BETHLEHEM PA 18015 |
| HOSLER, KAREN | 12 CONSTITUTION AVENUE ANNAPOLIS MD 21401 |
| HOUSEPAD LLP | 1500 CONRAD WEISER PARKWAY    Account No. 2000 WOMELSDORF PA 19567 |
| IKON FINANCIAL SERVICES | BANKRUPTCY ADMINISTRATION P.O. BOX 13708 MACON GA 31208-3708 |
| ILLINOIS DEPARTMENT OF REVENUE | BANKRUPTCY UNIT 100 W. RANDOLPH ST., #7-400 CHICAGO IL 60601 |
| INDIANA DEPARTMENT OF REVENUE | BANKRUPTCY SECTION, N-240 100 NORTH SENATE AVENUE    Account No. 4227 INDIANAPOLIS IN 46204 |

| Claim Name | Address Information |
|---|---|
| INDIANA DEPARTMENT OF STATE REVENUE | CAROL LUSHELL BANKRUPTCY SECTION 100 NORTH SENATE AVENUE, ROOM N203 INDIANAPOLIS IN 46204 |
| INDUSTRIAL TOWEL & UNIFORM INC. | 2700 S. 160TH ST.    Account No. 2204 NEW BERLIN WI 53151 |
| JOHNSON, EDWARD ARNETT "EDDIE" | ROBERT H. ROSENFELD, ESQ. 6703 N. CICERO AVE. LINCOLNWOOD IL 60712 |
| KING FEATURES SYNDICATE | ALAN LEWIS, ESQ. OFFICE OF GENERAL COUNSEL, HEARST CORP. 300 WEST 57TH STREET, 40TH FLOOR    Account No. 4311 NEW YORK NY 10019 |
| LEWIS COUNTY | LEWIS COUNTY TREASURER 351 NW NORTH STREET    Account No. 700010183005 CHEHALIS WA 98532 |
| MEDIA CONCEPTS, INC. | 2128 N YELLOWOOD AVE    Account No. 1623 BROKEN ARROW OK 74012 |
| MERRILL COMMUNICATIONS | ONE MERRILL CIRCLE    Account No. 3469 SAINT PAUL MN 55108 |
| MILLER KAPLAN ARASE & CO. | 4123 LANKERSHIM BLVD.    Account No. 8022 NORTH HOLLYWOOD CA 91602 |
| MULTNOMAH COUNTY TAX | ASSESSMENT & TAXATION P.O. BOX 2716    Account No. P573483 PORTLAND OR 97208-2716 |
| NEON ELECTRIC CORP. | 1122 LAUDER ROAD    Account No. TV39 HOUSTON TX 77039 |
| NEW YORK STATE DEPARTMENT OF | TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 |
| NORTH DALLAS BANK & TRUST CO. | ATTN: KELLY L. GREEN 12900 PRESTON RD.    Account No. 7847 DALLAS TX 75230 |
| O'NEILL, MICHAEL | 23 CAYUGA RD SCARSDALE NY 10583-6941 |
| PADRE JANITORIAL SUPPLIES | 3380 MARKET STREET    Account No. 8600 SAN DIEGO CA 92102 |
| PLATFORM-A INC. (QUIGO TECHNOLOGIES INC. | A DIV. OF AOL) TIFFANY STRELOW COBB ESQ. VORYS, SATER, SEYMOUR & PEASE LLP 52 EAST GAY STREET (PO BOX 1008)    Account No. 9028602 COLUMBUS OH 43216-1008 |
| REM CONSULTING, INC. | 8301 BROADWAY ST, STE 219 SAN ANTONIO TX 78209 |
| ROUND2 COMMUNICATIONS, LLC | ATTN: ISAAC BRANTNER 10866 WILSHIRE BLVD # 900 LOS ANGELES CA 90024 |
| SCARBOROUGH RESEARCH CORP | 770 BROADWAY        13TH FLR    Account No. 10155262 NEW YORK NY 10003 |
| SCARBOROUGH RESEARCH CORP | PO BOX 88990    Account No. 10240053 CHICAGO IL 60695-1990 |
| SNYDER, AMANDA | 215 S. MAIN ST.    Account No. 1990 CAMBRIDGE IL 61238 |
| SOUTH FLORIDA STADIUM CORPORATION | C/O TAREK KIEM, ESQ. AKERMAN SENTERFITT 350 EAST LAS OLAS BLVD., STE. 1600 FORT LAUDERDALE FL 33301 |
| SPONSELLER, ROBERT & MYRA KATHRYN | 13613 HOBIE COURT ROGERS AR 72756 |
| SPRINT NEXTEL - CORRESPONDENCE | ATTN: BANKRUPTCY DEPT P.O. BOX 7949 OVERLAND PARK KS 66207-0949 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION PO BOX 6668    Account No. 2684 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | STATE OF FLORIDA - DEPARTMENT OF REVENUE CLAIMANTS ATTORNEY FREDERICK F. RUDZIK P.O. BOX 6668 TALLAHASSEE FL 32314-6668 |
| STATE OF FLORIDA - DEPARTMENT OF REVENUE | BANKRUPTCY SECTION FREDERICK F. RUDZIK POST OFFICE BOX 6668    Account No. 0355 TALLAHASSEE FL 32314-6668 |

**Total Creditor Count 66**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| STRUCTURAL PRESERVATION SYSTEMS, LLC | 925 TOLLGATE ROAD ELGIN IL 60123 |
| THROPE, CAROLINE | 11252 GONSALVES ST. CERRITOS CA 90703 |
| TW TELECOM INC. | 10475 PARK MEADOWS DRIVE    Account No. 4411 LITTLETON CO 80124 |
| TXU ENERGY RETAIL COMPANY LLC | CO BANKRUPTCY DEPARTMENT PO BOX 650393    Account No. 9985 DALLAS TX 75265-0393 |
| UGL UNICCO | 275 GROVE STREET, SUITE 3-200    Account No. 2715 AUBURNDALE MA 02466 |
| UNIVERSAL FORMS, LABELS & SYSTEMS, INC. | 2020 S. EASTWOOD AVE.    Account No. 6312 SANTA ANA CA 92705 |
| UNIVERSAL PRESS SYNDICATE | PO BOX 419149    Account No. 1156 KANSAS CITY MO 64141-9149 |
| VERIZON WIRELESS NORTHEAST | PO BOX 3397    Account No. 122808007542 BLOOMINGTON IL 61701 |
| WEBEX COMMUNICATIONS | C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126    Account No. 2732826 TIMONIUM MD 21094 |
| WHISLER, JACK ALLEN | 645 LINCOLN STREET GLENVIEW IL 60025 |
| WHITMIRE, ALISON | EMERGENCE SERVICES 13913 SE 92ND ST.    Account No. 8314 NEWCASTLE WA 98059 |
| WHITMIRE, ALISON / EMERGENCY SERVICES | 13913 SE 92ND ST    Account No. 8314 NEWCASTLE WA 98059 |
| WOLLNEY, JOHN S. | 318 50TH PLACE WESTERN SPRINGS IL 60558 |
| XO COMMUNICATIONS, INC. | ATTN: BRAD LEE 105 MOLLOY STREET, SUITE 300    Account No. 001000000078430 NASHVILLE TN 37201 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | ATTENTION MARY PERLICK 9TH FLOOR TOWER 2 1400 AMERICAN LANE    Account No. WC 5918662 SCHAUMBURG IL 60196 |

**Total Creditor Count 15**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| ASM CAPITAL | 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| BOLTON, PERRY J. | 200 S BEACH RD. HOBE SOUND FL 33455 |
| BRENNAN, DEBORAH | PO BOX 1336    Account No. 8224 IDYLLWILD CA 92549 |
| CANNER ENTERPRISES, INC. | D.B.A. ZERO VARIANCE 117 S MILL ST 2ND FLR    Account No. 08-4910 FERGUS FALLS MN 56537 |
| CANON FINANCIAL SERVICES | HOWARD N. SOBEL, P.A. 507 KRESSON ROAD, PO BOX 1525    Account No. 1240 VOORHEES NJ 08043 |
| CANON FINANCIAL SERVICES, INC. | HOWARD N. SOBEL, P.A. 507 KRESSON ROAD, PO BOX 1525    Account No. 1139 VOORHEES NJ 08043 |
| CLEAR CHANNEL RADIO-ORLANDO | 2500 MAITLAND CENTER PARKWAY SUITE 401    Account No. 542 MAITLAND FL 32751 |
| CONVERGENT COMMUNICATIONS CONSULTANTS | PMB 273, 15 PARADISE PLAZA SARASOTA FL 34239 |
| CONVERGENT COMMUNICATIONS CONSULTANTS, | INC. 1696 PINE HARRIER CIRCLE ATTN: FRANK GRAHAM SARASOTA FL 34231 |
| DALLAS COUNTY | ELIZABETH WELLER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| DEPARTMENT OF THE TREASURY | INTERNAL REVENUE SERVICE P.O. BOX 21126 PHILADELPHIA PA 19114 |
| ENTERCOM PORTLAND LLC DBA KGON, KRSK, | KNRK, KFXX, KWJJ, KYCH 0700 S.W. BANCROFT ST    Account No. KRCW PORTLAND OR 97239 |
| GINKGO LEAF PRODUCTIONS, INC. | 3941 MAIN ROAD TIVERTON RI 02878 |
| GLAVIN SECURITY SPECIALISTS | 1010 W JACKSON BLVD    Account No. T777 CHICAGO IL 60607 |
| GRIFFENS SATELLITE SERVICE | 1423 STATE ROUTE 28N MINERVA NY 12851 |
| HARRIS COUNTY, ET AL | JOHN P. DILLMAN LINEBARGER GOGGAN BLAIR & SAMPSON LLP PO BOX 3064 HOUSTON TX 77253-3064 |
| HARTFORD COUNTY, MARYLAND | DEPARTMENT OF LAW 220 S. MAIN STREET, 3RD FLOOR    Account No. D0-196071 BEL AIR MD 21014 |
| HIGH SPEED SOLUTIONS LLC | 175 DRENNEN RD STE 175 ORLANDO FL 32806 |
| HOSLER, KAREN A | 12 CONSTITUTION AVE    Account No. 6880 ANNAPOLIS MD 21401 |
| HUECKEL, JILL | ANGIULI, KATKIN, & GENTILE, LLP 60 BAY STREET, PENTHOUSE    Account No. 7278 STATEN ISLAND NY 10301 |
| IBM DAKSH BUSINESS PROCESS SERVICES PVT | LTD. - DLF BLDG # 8, TWR B, 4TH FLOOR DLF CYBER PARK, DLF PHASE 2, SECTORS 25A Account No. 9872 GURGAON, HARYANA 122002 INDIA |
| INTERNAL REVENUE SERVICE | PO BOX 21126 PHILADELPHIA PA 19114 |
| JL MEDIA | 1600 ROUTE 22    Account No. 9847 UNION NJ 07083 |
| JL MEDIA INC | 1600 ROUTE 22    Account No. 9000 UNION NJ 07083 |
| JOHNSON MECHANICAL | PO BOX 404 ELK GROVE CA 95759 |
| KABLE FULFILLMENT SERVICES, INC. | C/O JULIE HOAK 16 S. WESLEY AVE.    Account No. 582, CAGO, HCHG, CMA MOUNT MORRIS IL 61054 |
| L.A. COUNTY TREASURER AND TAX COLLECTOR | PO BOX 54110    Account No. 1993 LOS ANGELES CA 90054-0110 |
| LAW OFFICES OF GERALD S. SACK, LLC | GERALD S. SACK 836 FARMINGTON AVE. SUITE 109 WEST HARTFORD CT 06119 |
| LEXISNEXIS A DIV. OF REED ELSEVIER INC | 9443 SPRINGBORO PIKE    Account No. 0BFM MIAMISBURG OH 45342 |
| MEDIASTATS INC. | 68 WELLINGTON STREET EAST ATTN: LEGAL COUNSEL    Account No. 090102 AURORA ON L4G 1H8 CANADA |
| MILES, DANIEL | 45 EASY STREET RINGGOLD GA 30736 |
| MILES, DANIEL L. | 45 EASY STREET    Account No. 0355 RINGGOLD GA 30736 |
| MILLEN, KEVIN | 1704 LANIER LANE    Account No. 08-5025316-S MEMPHIS TN 38117 |
| NEWSPAPER GUILD OF NEW YORK | HANAN B. KOLKO, ESQ MEYER, SUOZZI, ENGLISH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| NEWSPAPER GUILD OF NEW YORK | HANAN B.KOLKO, ESQ. MEYER, SUOZZI, ENGLSIH & KLEIN, P.C. 1350 BROADWAY, SUITE 501 NEW YORK NY 10018 |
| NEWSPAPER GUILD OF NEW YORK | 1501 BROADWAY, SUITE 708 NEW YORK NY 10036 |
| ORANGE COUNTY TREASURER-TAX COLLECTOR | P.O. BOX 1438 ATTN: BANKRUPTCY UNIT    Account No. BK0900275 SANTA ANA CA 92702 |
| PAMCO LABEL CO., INC. | 2200 S. WOLF ROAD    Account No. 6034 DES PLAINES IL 60018 |

| Claim Name | Address Information |
|---|---|
| PRICE, ERIC | 150 JEROME DRIVE    Account No. 3041 BOLINGBROOK IL 60440 |
| PRICE, ERIC K | 150 JEROME DRIVE    Account No. 3041 BOLINGBROOK IL 60440 |
| QWEST CORPORATION | ATTN: JANE FREY 1801 CALIFORNIA ST RM 900 DENVER CO 80202-2658 |
| RELIANT ENERGY | PO BOX 1409 HOUSTON TX 77251-1409 |
| SHAW, JACQUELINE | 105 BROOKSIDE DRIVE SAN ANSELMO CA 94960 |
| STROBE TECH | PO BOX 31594 CLARKSVILLE TN 37040 |
| TW TELECOM INC. | 10475 PARK MEADOWS DRIVE    Account No. 4411 LITTLETON CO 80124 |
| WHITMORE, DONALD E | 6032 LAKEVILLE ROAD ORLANDO FL 32818 |

**Total Creditor Count 46**

**EXHIBIT F**

TRB SVC – 09 04 09

c/o Kravet
Newmark Knight Frank
Mr. Ralph Perma
290 Broadhollow Road
Melville, NY  11747

TRB SVC – 09 04 09

c/o BWD Group, LLC
Sutton & Edwards
Mr. Kenneth Enos
1981 Marcus Avenue
Lake Success, NY  11042