MARTHA E. ROMERO, State Bar No. 128144
ROMERO LAW FIRM
BMR Professional Building
6516 Bright Avenue
Whittier, California 90601
(562) 907-6800
(562) 907-6820 Facsimile
Email: Romero@mromerolawfirm.com

Attorneys for SECURED CREDITOR
COUNTY OF SAN BERNARDINO, CALIFORNIA
A CALIFORNIA TAXING AUTHORITY

**IN THE UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Case No. 08-13141 KJC |
| TRIBUNE COMPANY AND TRIBUNE MEDIA SERVICES, INC., | Chapter 11 |
| Debtors. | **REQUEST FOR SPECIAL NOTICE BY COUNTY OF SAN BERNARDINO, CALIFORNIA, A CALIFORNIA TAXING AUTHORITY** |

TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES OF INTEREST:

The County of San Bernardino, California, A California Taxing Authority, hereby requests notice of all pleadings, court notices, motions, applications, ex-parte application, contested matters and all other documents and papers pertaining to the above-captioned case, including all notices required under the Bankruptcy code, Bankruptcy Rules, local rules or any other rule or law, to be noticed and served on creditors, creditors' committees or

//
//

1

other parties of interest to the following addresses:

                Martha E. Romero
                ROMERO LAW FIRM
                BMR Professional Building
                6516 Bright Ave.
                Whittier, California 90601
                Email: Romero@mromerolawfirm.com

                Respectfully submitted

Dated: September 10, 2009    ROMERO LAW FIRM


                By___/s/Martha E. Romero___
                MARTHA E. ROMERO
                Attorney for Secured Creditor
                County of San Bernardino, CA
                A California Taxing Authority