IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al.,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Hearing date: September 25, 2009 at 10:00 a.m. |
| ) | Re: D.I. No. 1800 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 11, 2009, Washington-Baltimore Newspaper Guild ("WBNG") filed its **Motion to Exclude the Report of Mercer (U.S.) and the Testimony of Debtors' Expert Witness in Support of the Debtors' 2009 Incentive Program** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD ON September 25, 2009 AT 10:00 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, COURTROOM FIVE, 5TH FLOOR, WILMINGTON, DE 19801.

You are required to file a response to the attached motion at least five business days before the above hearing date.

At the same time you must also serve a copy of the response upon WBNG's attorneys:

---

[1] The Debtors in these Chapter 11 cases are identified at D.I. No. 1800, pg.1, footnote1.

| | |
|---|---|
| CROSS & SIMON, LLC<br>Christoper P. Simon<br>Michael J. Joyce<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, DE 19899<br>(302) 777-4200<br>(302) 777-4224 fax<br>csimon@crosslaw.com<br>mjoyce@crosslaw.com | ZWERDLING, PAUL, KAHN & WOLLY, P.C.<br>Robert E. Paul, Esquire<br>1025 Connecticut Avenue NW, Suite 712<br>Washington, D.C. 20036-5420<br>Telephone: (202) 857-5000<br>Facsimile: (202) 223-8417<br>rpaul@zwerdling.com |

**ANY RESPONSE MUST BE FILED AND SERVED TOGETHER WITH A CERTIFICATE OF SERVICE ON OR BEFORE SEPTEMBER 18th AT 4:00 P.M. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

Dated: September 11, 2009
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
mjoyce@crosslaw.com

- and -

Robert E. Paul, Esquire
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut Avenue NW, Suite 712
Washington, D.C. 20036-5420
(202) 857-5000 (Telephone)
(202) 223-8417 (Facsimile)

*Counsel to Washington-Baltimore Newspaper Guild, TNG-CWA*