## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| _____ | ) | **Re: D.I. No. 1800** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE on September 11, 2009, I did cause to be served true and

correct copies of the Expert Report of Edward A. Phillips in Support of Supplemental Objection

of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order

Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned

2008 Management Incentive Plan Awards to Certain Executives on the parties on the attached

service list as indicated thereon.

Dated: September 11, 2009

CROSS & SIMON, LLC

By:_____
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware  19899-1380
302-777-4200
302-777-4224 (fax)
mjoyce@crosslaw.com

*Counsel for the Washington-Baltimore*
*Newspaper Guild*

**VIA HAND DELIVERY**

Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA FACSIMILE & FIRST CLASS MAIL**

Bryan Krakauer, Esquire
Kevin T. Lantry, Esquire
Brian J. Gold, Esquire
Jonahtan D. Lotsoff, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: (312) 853-7036