CUSTOMER SERVICE OPERATIONS


**UNITED STATES POSTAL SERVICE**

---

September 4, 2009

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3ᴿᴰ FLOOR
WILMINGTON, DE  19801

Enclosed please find a Withdrawal of Claim form submitted for the creditor listed as Postmaster Norfolk, Norfolk, VA 23501, Claim No. 1912, filed on April 23, 2009. This matter is in reference to the Tribune Company.

This was entered as a claim in error. The Proof of Claim form sent addressed to Postmaster Norfolk, Norfolk, VA 23501 was returned to EQIP Bankruptcy Solutions, LLC with a cover letter notifying them that the mailpiece could not be forwarded as addressed and that the Postmaster's office could not provide forwarding information based on the insufficient address given.

The correspondence dated April 16, 2009 was in no way an attempt to file a claim.

Please delete this claim from your system and docket upon receipt of this Withdrawal of Claim form.

Thank you for your prompt attention to this matter.

*K. W. Colden*
Customer Service Operations
Norfolk, VA  23501-9998

Enclosure – Withdrawal of Claim

P. O. Box 2898
NORFOLK, VA  23501-9998
(757) 629-2235
Fax: (757) 664-2354

United States Bankruptcy Court for the [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | No Debtor Asserted by Creditor - No Case Z99 |
| Creditor Name and Address: | Postmaster<br>Norfolk<br>Norfolk, VA 23501 |
| Court Claim Number (if known): | 1912 |
| Date Claim Filed: | 04/27/09 |
| Total Amount of Claim Filed: | |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: September 4, 2009

Print Name: K. W. Colden

Title (if applicable): General Clerk - CSO

---

### DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* TRB CLMLTR (MERGE2,TXNUM2) 4000088951 \*\*\*\*
POSTMASTER
NORFOLK
NORFOLK, VA 23501

FILED
2009 SEP 11  PM 12: 02
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

August 25, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the THE TRIBUNE COMPANY case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | NO DEBTOR ASSERTED BY CREDITOR |
| Case Number: | NO CASEZ99 |
| Creditor: | POSTMASTER |
| Date Received: | 04/27/2009 |
| Claim Number: | 1912 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/TRB. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

CUSTOMER SERVICE OPERATIONS


**UNITED STATES POSTAL SERVICE**

April 16, 2009

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, Third Floor
New York, NY 10017

REF:  TRB (Creditor.DBF,CREDNUM)CREEBYN #1000051817)
      POSTMASTER
      NORFOLK
      NORFOLK, VA 23501

This acknowledges receipt of a request from your agency for address information on the above referenced TRB #1000051817, Postmaster, Norfolk.

There is not enough information provided to assist your agency with address information. The documents enclosed do not provide a street address, or zip code to determine which delivery unit in our area provides service. The name of the business or individual you are requesting the information on should be spelled out.

Please research this request and submit the request with a valid Norfolk address and the name of the business or individual and we will be able to forward the request to the correct Norfolk delivery unit to obtain the information requested. Unfortunately, the information submitted is insufficient as a delivery address in our area.

Thank you for allowing us to assist you with your postal needs.

Customer Service Operations
Norfolk, VA  23501-9998

Enclosure

P. O. Box 2898
NORFOLK, VA 23501-9998
(757) 629-2235
FAX: (757) 664-2354