# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 11, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfer"), a copy of which is annexed hereto as Exhibit

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

<u>A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.  I also caused copies of each Personalized Transfer, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Mary Christine Basile

Sworn to before me this

14th day of September, 2009

Notary Public

**TIME DARDEN**
**Notary Public, State Of New York**
**No. 01DA6196919**
**Qualified In Kings County**
**Commission Expires January 5, 2013**

T:\Clients\TRIBUNE\Affidavits\Transfer Notices_Aff 9-11-09.doc

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  CREATORS SYNDICATE
               5777 W. CENTURY BLVD. STE 700
               LOS ANGELES, CA 90045

Please note that your claim # 270 in the above referenced case and in the amount of $263.79 has been transferred **(unless previously expunged by court order)** to:

          ASM CAPITAL III, L.P.
          TRANSFEROR: CREATORS SYNDICATE
          7600 JERICHO TURNPIKE SUITE 302
          WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:   CREATORS SYNDICATE
          5777 W. CENTURY BLVD. STE 700
          LOS ANGELES, CA 90045

Please note that your claim # 280 in the above referenced case and in the amount of
        $264.72 has been transferred **(unless previously expunged by court order)** to:

          ASM CAPITAL III, L.P.
          TRANSFEROR: CREATORS SYNDICATE
          7600 JERICHO TURNPIKE SUITE 302
          WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   CREATORS SYNDICATE
      5777 W. CENTURY BLVD. STE 700
      LOS ANGELES, CA 90045

Please note that your claim # 281 in the above referenced case and in the amount of
$6,035.96 has been transferred **(unless previously expunged by court order)** to:

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

_____
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
              Debtors.                  |    Jointly Administered
                                        |
                                        |
                                        |
_____ |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

         To:  CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 274 in the above referenced case and in the amount of
         $477.03 has been transferred **(unless previously expunged by court order)** to:

              ASM CAPITAL III, L.P.
              TRANSFEROR: CREATORS SYNDICATE
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                        David D. Bird, Clerk of Court


                                        /s/Mary C Basile
                                        _____
                                        By: Epiq Bankruptcy Solutions, LLC
                                            as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**
**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

       To:  CREATORS SYNDICATE
           5777 CENTURY BLVD
           SUITE 700
           LOS ANGELES, CA 90045

Please note that your claim # 1589 in the above referenced case and in the amount of $460.88 has been transferred **(unless previously expunged by court order)** to:

           ASM CAPITAL III, L.P.
           TRANSFEROR: CREATORS SYNDICATE
           7600 JERICHO TURNPIKE SUITE 302
           WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                 David D. Bird, Clerk of Court


                      /s/Mary C Basile
                      _____
                      By: Epiq Bankruptcy Solutions, LLC
                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
                                        |
In re:                                  |    Chapter 11
                                        |
TRIBUNE COMPANY, et al.,                |    Case No. 08-13141 (KJC)
                                        |
              Debtors.                  |    Jointly Administered
                                        |
                                        |
                                        |
_____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 279 in the above referenced case and in the amount of
        $32.39 has been transferred **(unless previously expunged by court order)** to:

              ASM CAPITAL III, L.P.
              TRANSFEROR: CREATORS SYNDICATE
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                    David D. Bird, Clerk of Court


                                    /s/Mary C Basile
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                              |      Chapter 11
                                                    |
TRIBUNE COMPANY, et al.,                            |      Case No. 08-13141 (KJC)
                                                    |
                        Debtors.                    |      Jointly Administered
                                                    |
                                                    |
                                                    |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 278 in the above referenced case and in the amount of
        $288.84 has been transferred **(unless previously expunged by court order)** to:

              ASM CAPITAL III, L.P.
              TRANSFEROR: CREATORS SYNDICATE
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                             David D. Bird, Clerk of Court


                                             /s/Mary C Basile
                                             _____
                                             By: Epiq Bankruptcy Solutions, LLC
                                                 as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
     _____
    |
In re:                              |    Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |    Case No. 08-13141 (KJC)
                                    |
            Debtors.               |    Jointly Administered
                                    |
                                    |
                                    |
     _____|
```

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 277 in the above referenced case and in the amount of $25.77 has been transferred **(unless previously expunged by court order)** to:

              ASM CAPITAL III, L.P.
              TRANSFEROR: CREATORS SYNDICATE
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                         David D. Bird, Clerk of Court


                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                                   |    Chapter 11
                                         |
TRIBUNE COMPANY, et al.,                 |    Case No. 08-13141 (KJC)
                                         |
                 Debtors.                |    Jointly Administered
                                         |
                                         |
                                         |
                                         |
_____|
```

#### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
            5777 W. CENTURY BLVD. STE 700
            LOS ANGELES, CA 90045

Please note that your claim # 276 in the above referenced case and in the amount of $138.47 has been transferred **(unless previously expunged by court order)** to:

           ASM CAPITAL III, L.P.
           TRANSFEROR: CREATORS SYNDICATE
           7600 JERICHO TURNPIKE SUITE 302
           WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

           UNITED STATES BANKRUPTCY COURT
           District of Delaware
           824 Market Street, Fifth Floor
           Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104       in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009               David D. Bird, Clerk of Court

                      /s/Mary C Basile
                      _____
                      By: Epiq Bankruptcy Solutions, LLC
                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

```
_____
In re:                              |    Chapter 11
                                    |
TRIBUNE COMPANY, et al.,            |    Case No. 08-13141 (KJC)
                                    |
               Debtors.             |    Jointly Administered
                                    |
                                    |
                                    |
_____|
```

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 275 in the above referenced case and in the amount of
       $5.35 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL III, L.P.
            TRANSFEROR: CREATORS SYNDICATE
            7600 JERICHO TURNPIKE SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                UNITED STATES BANKRUPTCY COURT
                District of Delaware
                824 Market Street, Fifth Floor
                Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                         David D. Bird, Clerk of Court


                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

---

In re:                                          |    Chapter 11

TRIBUNE COMPANY, et al.,                         |    Case No. 08-13141 (KJC)

              Debtors.                           |    Jointly Administered
                                                 |
                                                 |
                                                 |

---

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:   CREATORS SYNDICATE
              5777 W. CENTURY BLVD. STE 700
              LOS ANGELES, CA 90045

Please note that your claim # 273 in the above referenced case and in the amount of $5.16 has been transferred **(unless previously expunged by court order)** to:

              ASM CAPITAL III, L.P.
              TRANSFEROR: CREATORS SYNDICATE
              7600 JERICHO TURNPIKE SUITE 302
              WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

              UNITED STATES BANKRUPTCY COURT
              District of Delaware
              824 Market Street, Fifth Floor
              Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                           David D. Bird, Clerk of Court


                                           /s/Mary C Basile
                                           _____
                                           By: Epiq Bankruptcy Solutions, LLC
                                               as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                          | Chapter 11

TRIBUNE COMPANY, et al.,                         | Case No. 08-13141 (KJC)

                    Debtors.                     | Jointly Administered


            NOTICE:  FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
                     BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  CREATORS SYNDICATE
             5777 W CENTURY BLVD     STE 700
             LOS ANGELES, CA 90045

Please note that your claim # 1573 in the above referenced case and in the amount of
       $294.44 has been transferred **(unless previously expunged by court order)** to:

        ASM CAPITAL III, L.P.
        TRANSFEROR: CREATORS SYNDICATE
        7600 JERICHO TURNPIKE SUITE 302
        WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                    UNITED STATES BANKRUPTCY COURT
                    District of Delaware
                    824 Market Street, Fifth Floor
                    Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                    David D. Bird, Clerk of Court


                                    /s/Mary C Basile
                                    _____
                                    By: Epiq Bankruptcy Solutions, LLC
                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

    To:  CREATORS SYNDICATE
         5777 W. CENTURY BLVD. STE 700
         LOS ANGELES, CA 90045

Please note that your claim # 272 in the above referenced case and in the amount of
$75.98 has been transferred **(unless previously expunged by court order)** to:

         ASM CAPITAL III, L.P.
         TRANSFEROR: CREATORS SYNDICATE
         7600 JERICHO TURNPIKE SUITE 302
         WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

         UNITED STATES BANKRUPTCY COURT
         District of Delaware
         824 Market Street, Fifth Floor
         Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re:                                                    | Chapter 11
                                                          |
TRIBUNE COMPANY, et al.,                                  | Case No. 08-13141 (KJC)
                                                          |
                    Debtors.                              | Jointly Administered
                                                          |
                                                          |
                                                          |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

            To:  CREATORS SYNDICATE
                 5777 W. CENTURY BLVD. STE 700
                 LOS ANGELES, CA 90045

Please note that your claim # 271 in the above referenced case and in the amount of
        $24.83 has been transferred **(unless previously expunged by court order)** to:

            ASM CAPITAL III, L.P.
            TRANSFEROR: CREATORS SYNDICATE
            7600 JERICHO TURNPIKE SUITE 302
            WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

            UNITED STATES BANKRUPTCY COURT
            District of Delaware
            824 Market Street, Fifth Floor
            Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104        in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                              David D. Bird, Clerk of Court


                                              /s/Mary C Basile
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 11, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

In re: | Chapter 11

TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC)

Debtors. | Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: CREATORS SYNDICATE INC.
5777 W. CENTURY BLVD.
LOS ANGELES, CA 90045

Please note that your claim # 724 in the above referenced case and in the amount of $51.84 has been transferred **(unless previously expunged by court order)** to:

ASM CAPITAL III, L.P.
TRANSFEROR: CREATORS SYNDICATE INC.
7600 JERICHO TURNPIKE SUITE 302
WOODBURY, NY 11797

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
District of Delaware
824 Market Street, Fifth Floor
Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2104    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/11/2009                              David D. Bird, Clerk of Court

                              /s/Mary C Basile
                              _____
                              By: Epiq Bankruptcy Solutions, LLC
                                  as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 11, 2009.

# EXHIBIT B

TIME: 12:42:12
DATE: 09/11/09

PAGE: 1

The Tribune Company
CREDITOR LISTING

| Name | Address |
|---|---|
| ASM CAPITAL III, L.P. | TRANSFEROR: CREATORS SYNDICATE 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| ASM CAPITAL III, L.P. | TRANSFEROR: CREATORS SYNDICATE INC. 7600 JERICHO TURNPIKE SUITE 302 WOODBURY NY 11797 |
| CREATORS SYNDICATE | 5777 CENTURY BLVD SUITE 700 LOS ANGELES CA 90045 |
| CREATORS SYNDICATE | 5777 W CENTURY BLVD   STE 700 LOS ANGELES CA 90045 |
| CREATORS SYNDICATE | 5777 W. CENTURY BLVD. STE 700 LOS ANGELES CA 90045 |
| CREATORS SYNDICATE INC. | 5777 W. CENTURY BLVD. LOS ANGELES CA 90045 |

Total Number of Records Printed    6

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (9-11-09)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801