# Exhibit A

21. **The Hartford Courant** - November 5, 1998

    **STARTING LINES**

    Former Hoya Charged With Stalking Thompson A former Georgetown basketball player accused of stalking and making threatening phone calls to coach John Thompson was ordered held for a preliminary psychiatric evaluation, WTOP-AM in Washington reported Wednesday. Kevin Millen, who played for Georgetown in 1991-95, appeared in District of Columbia Superior Court after being detained by university police Monday. The arrest warrant stated Millen was upset over job opportunities arranged by...

    Purchase Complete Article, of 474 words

**Government of the District of Columbia**
**DEPARTMENT OF CORRECTIONS**

N° 0059426

**CLOTHING, PERSONAL PROPERTY, AND CASH RECORDS NO.** _____

*****FORDESIG*****

Date 11/4/98    Name MILLER KEVIN    DCDC # 279-116

Crime THREATS/UNLAWFUL ENTRY    Sentence NO BOND

## CLOTHING

| | | | |
|---|---|---|---|
| Belt | Hat | Scarf | Tie |
| | | Shirt | T-Shirt WHITE |
| Boots | Housecoat | Shoes | Sweat Shirt |
| Brassiere | Jacket REDDISH | Skirt | Sweat Pants WHITE |
| Cap DRESS (?) | Keys | Slip | Wig |
| Change Purse | Misc. Papers | Socks | Other SHT.&SHIRT |
| Coat | Pants | S.S. Card | Other |
| Dress | Permit | Stockings | Other |
| Girdle | Purse | Sweater | Other |
| Gloves | Raincoat | | |

## PERSONAL PROPERTY (Including Jewelry)

| | | | |
|---|---|---|---|
| Billfold | Earrings | Rosary | Other |
| Bracelet | Medallion | Tokens | Other |
| Check Book | Necklace | Watch | Other |
| Credit Cards | Rings | Other | Other |

Misc. Property Stored in Property Room _____

## CASH

I, MILLER KEVIN    DCDC # 279-116    Certify that
when received at the DC Jail on 11/4/98 I had $ 01.80
cash and the property and clothing listed above. I fully understand any clothing or property unclaimed
after fifteen (15) days of my commitment or returned by US Postal Service for any reason will be destroyed.

_Receiving Officer's Signature_    No. _____    _Inmate Signature_

The D.C. Department of Corrections Detention Facility will not be responsible for any valuable worth more than fifty dollars ($50.00).

(White – R&D Records, Green – Property Office, Yellow – Records Office Gold – Shipping Inventory Pink – Inmate Copy)

**Prisoner must keep a signed copy of this paper until released.**

# DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS
### FACE SHEET No. 1

**79-116**
DATE PREPARED (Mo. Da. Yr.)

| Field | Value |
|---|---|
| Number | 79-116 |
| Name | MILIEN, KEVIN S. |
| Alias Used | No |
| Institution | CDF |
| Prisoner Type | D.C. |
| Number of Previous Commitments | 1 |
| Commitment Date | 11-10-98 |
| Street | 54 STILLWOOD D. |
| City | MEMPHIS |
| State | TENN |
| Race/Sex | Negro Male |
| Birth Date | 5-5-73 |
| Age | 25 |
| Birth Place | TENN |
| Marital | Single |
| Read/Write | Yes |
| Years of School | 17 |
| Occupation | TEACHER |
| Veteran | No |
| Searched By | Walker |
| Height | 6'4" |
| Weight | 180 |
| Eyes | BRN |
| Hair | BLK |
| Complexion | BRN |
| Build | MED |
| Driver's License | SAME |
| License State | TENN |
| Social Security No. | 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 |
| Cash Surrendered | None |

| CASE NO. | CHARGE | BOND AND FURTHER HEAR. | DISPOSITION AND DATE |
|---|---|---|---|
| V6383-98 | Unlawful Entry | | WOR |

Movement
11-11-98 B6
12:30 PM

Admis Cleared
12:55 PM