IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE CO., et al, | ) | No. 08-bk-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date: Oct. 6 2009 at** |
| | ) | **1:00 p.m.** |
| | ) | |
| | ) | **Obj. Deadline: Sept. 29, 2009** |
| | ) | **at 4:00 p.m.** |

UNITED STATES' RESPONSE TO DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS

The United States of America, a creditor in this bankruptcy case, responds to the Debtor's Fourth Omnibus Objection to claims 3086, 3087, 3089, 3091, 3092, and 3093 filed by the Internal Revenue Service as follows:

1. Debtors object to the above claims on the grounds that they are duplicative of claims 2814, 2816, 2818, 2820, 2821, and 2813, respectively, and seek to have the first set of claims expunged while leaving the second set "on the Claims Register."(Obj. at 5)

2. The first set of claims is duplicative of the second set of claims. Each duplicative claim was docketed by the Claims Agent in response to a single claim submitted by the Internal Revenue Service.

3. Since the United States agrees that the claims are duplicative, it does not object to the relief sought in Debtors' Fourth Omnibus Objection.

//

//

4633554.1

Dated: September 15, 2009.

                          */s/ Yonatan Gelblum*
                          YONATAN GELBLUM
                          Trial Attorney, Tax Division
                          U.S. Department of Justice
                          Ben Franklin Station, P.O. Box 227
                          Washington, D.C. 20044
                          Telephone: (202) 305-3136
                          yonatan.gelblum@usdoj.gov
                          Counsel for United States of America