


www.kmksc.com

Washington Building
Barnabas Business Center
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
Telephone  (414) 962-5110
Facsimile   (414) 962-8725
Email   kmksc@kmksc.com

August 29, 2009

Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5069
New York, NY 10150-5069

    RE:    *In re Tribune Company, et al.*
           Case No.    08-13152
           Creditor:    Journal Sentinel, Inc.
           Claim Amnt:  $25,936.23
           Our File No.  85643
           **Claim No.**    **614**

Dear Clerk:

On behalf of the above creditor, we herewith <u>withdraw proof of claim number 614</u>.

Please accept this letter as an official withdrawal of the above claim. Also, please file stamp the enclosed copy of this letter to acknowledge receipt of this withdrawal. A self-addressed prepaid envelope is enclosed for your convenience in returning the copy. Thank you for your cooperation in this regard.

Should you have any questions, please contact the undersigned.

Very truly yours,

KOHNER, MANN & KAILAS, S.C.

Jeremy M. Guth