# FRANKE GREENHOUSE
# LIST & LIPPITT LLP

ATTORNEYS AND COUNSELORS

GRANITE BUILDING, SECOND FLOOR
1228 FIFTEENTH STREET
DENVER, COLORADO 80202
Telephone: (303) 623-4500
Fax: (303) 623-0960

Charles Greenhouse
cgreenhouse@fgll-law.com
Direct Dial: (303) 623-8074

January 23, 2009

Tribune Company and Affiliated companies
Debtor-in-Possession

Re: **Ordinary Course Professional Engagement Letter**
     **Real Estate/Land Use**
     **Franke Greenhouse List & Lippitt LLP**

Dear Sirs:

    This letter will confirm your engagement of Franke Greenhouse List & Lippitt LLP, to provide you with legal services in accordance with the Bankruptcy Court's January 15, 2009 Order Authorizing the Debtors to Retain Ordinary Course Professionals. The purpose of this letter is to set forth the terms upon which the firm agrees to represent you.

    Tribune Company and Affiliated companies have engaged the firm to represent it in connection with real estate and land use planning for it broadcast facility on Lookout Mountain in Colorado. This engagement letter does not encompass, nor does it engage the firm to represent you in any matter not described above. It is understood that the firm will not negotiate, settle or otherwise compromise this matter without your consent.

    Franke Greenhouse List & Lippitt LLP will represent you by using lawyers and other professional staff who are suited to handle issues as they arise. We will do everything we can to staff these matters efficiently so that the charges you incur are reasonable and cost effective.

    I will be the lead attorney on your matters with overall responsibility for the conduct and performance of our services. My current billing rate is $300.00 per hour. Hourly rates for other partners of the firm range will be $300/hr. and associates are billed at between $215.00 to $275.00. The hourly rate for paralegals is $145.00. These rates are subject to adjustment in January of every calendar year.

    Our bills also include charges for our out-of-pocket expenses (such as travel and postage) and for our non-professional services (such as messenger delivery, overnight mail delivery, long distance telephone calls, conference calls, library services, telecopying, computerized research facilities, and document duplication) in connection



EXHIBIT 1

Tribune Company and Affiliated companies
January 23, 2009
Page 2

with our representation. Extraordinary or significant out-of-pocket expenses, if any, will be billed to you directly by the provider of those services.

You will receive monthly invoices from us for these services and expenses posted during the month. We expect our clients to pay all invoices within thirty (30) days of receipt. Should you have any questions or comments concerning our services or charges during the course of our representation, you agree to bring them to my attention immediately so that any problems can be quickly resolved. If you have any special billing policies or requests, please let me know.

You agree to communicate with the firm on a regular basis in order to keep the firm apprised of your goals and strategies in connection with this matter. Further, you agree to inform the firm of changed facts or circumstances that may be relevant to the firm's effective representation of you. Similarly, the firm agrees to keep you informed of the status of this matter and to consult with you as may be appropriate.

You have the right to terminate our representation at any time upon written notice, and all outstanding charges will become due at that time. We reserve the right to withdraw from the representation at any time consistent with the rules of professional responsibility.

This letter represents the entire agreement between you and the firm. By signing below, you acknowledge that this letter has been carefully reviewed and its content understood and that you agree to be bound by all of its terms and conditions. No change or waiver of any of the provisions of this letter shall be binding on either you or on the firm unless the change is in writing and signed by both parties.

We are pleased to have this opportunity to serve you. If you have any questions regarding this letter please feel free to call me.

Please feel free to call if you have any questions.

Sincerely,

Charles Greenhouse
Franke Greenhouse
List & Lippitt LLP

Enclosure