# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X    Chapter 11
In re:                                                        :
                                                              :    Case No. 08-13141 (KJC)
TRIBUNE COMPANY et al.,                                       :    Jointly Administered
                                                              :
                    Debtors.                                  :
------------------------------------------------------------- X

### DECLARATION OF GRAEME W. BUSH IN SUPPORT
### OF RESPONSE OF THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS TO RULE 2004 MOTION

I, Graeme W. Bush, hereby state as follows:

1.      I am a partner in the firm of Zuckerman Spaeder LLP ("Zuckerman"), which maintains a principal office for practice of law at 1800 M Street, N.W., in Washington, D.C.

2.      I submit this Declaration in support of the response and partial objection (the "Response") of the Official Committee of Unsecured Creditors (the "Committee") to Law Debenture Trust Company of New York's motion seeking discovery of the Debtors and third parties under Federal Rule of Bankruptcy Procedure 2004 (the "Motion"). The facts set forth in this Declaration are personally known to me and, if called as a witness, I would testify to them. All capitalized terms not defined herein are ascribed the meanings given to such terms in the Response.

3.      In early August 2009, Zuckerman was retained by the Committee (subject to Court approval) as special counsel to investigate and, if necessary, prosecute litigation relating to the Debtors' obligations under the so-called Senior Credit Facility and Bridge Facility entered into by the Debtors in connection with the LBO (the "Obligations"). The Court entered an order

2366008.4

approving Zuckerman's retention application on September 3, 2009. I am Zuckerman's lead attorney in this engagement.

4. The Motion questions the scope of the role that Zuckerman will play in connection with the Committee's investigation of the LBO. The Committee has confirmed to me that Zuckerman potentially will play two basic roles. First, Zuckerman will represent the Committee in any litigation that the Committee determines to pursue, with authorization from the Court, challenging the Obligations. Second, the Committee is looking to Zuckerman to provide an independent analysis and view with respect to the merits and strength of defenses and counterclaims with respect to the Obligations and to provide an independent analysis and view with respect to any proposed settlement of the Obligations.

5. In order to avoid duplication of resources, Zuckerman is coordinating its work with other professionals retained by the Committee. Zuckerman is doing some of the ongoing work itself and is coordinating and reviewing the work performed by other professionals that relates to the Obligations to ensure the proper conduct of the investigation and pursuit of claims relating to the Obligations. Zuckerman has been informed by the Committee that there are no restrictions on its ability to follow up on areas that we conclude merit further work or to pursue legal theories or factual investigations that we conclude are required in order to form a complete and independent view of the Obligations.

I hereby verify under penalty of perjury that the foregoing is true and correct.

Dated: September 16, 2009

_____
Graeme W. Bush

2366008.4