# **EXHIBIT E**

----- Original Message -----
From: WSJ.com Editors <access@interactive.wsj.com>
To: Schaible, Damian S.
Sent: Wed Aug 26 22:58:26 2009
Subject: WSJ NEWS ALERT: Tribune Bondholders Seek Investigation of Zell Buyout

News Alert
from The Wall Street Journal
-----------------------------
Sponsored by NASDAQ OMX
-----------------------------

Disgruntled Tribune bondholders have asked a U.S. bankruptcy judge to let them investigate Sam Zell's 2007 buyout of the newspaper-and-television chain in an effort to derail a plan that would hand the company over to its banks.

http://online.wsj.com/article/SB125134056143662707.html?mod=djemalertNEWS

SUBSCRIPTION INFORMATION

TO UNSUBSCRIBE DIRECTLY from this list, go to:
http://setup.wsj.com/EmailSubMgr/do/delete?addr=schaible@dpw.com&id=0
Your request will take effect within 48 hours.

TO VIEW OR CHANGE any of your e-mail settings, go to the E-Mail Setup Center:
http://online.wsj.com/email
You are currently subscribed as schaible@dpw.com

FOR FURTHER ASSISTANCE, please contact Customer Service at 1-800-JOURNAL (1-800-568-7625) between the hours of 7 am - 10 pm Monday - Friday ET and 8 am - 3 pm Saturday ET or e-mail onlinejournal@wsj.com.

Copyright 2009 Dow Jones & Company, Inc. All Rights Reserved.