Sept. 16, 2009

To: The Honorable Judge

Regarding: Chicago Cubs Major League Baseball franchise proposed business combination/chapter 11, Case # 08-13141 KJC

Dear Honorable Judge Carey,

This letter is written to formerly object to the approval and consummation of the proposed business combination. I, Shawon Dunston, being a former player of the Chicago Cubs from (4-9-85 - 10-5-95 / 4-5-97 - 10-4-97) am entitled to college scholarship funds obligated to me by the Chicago Cubs. To date, these scholarship funds have not been paid to me.

Yours Truely,

[signature]

cc: Sidley Austin, LLP
Krakauer, Conlan, Kansa
Cole, Schotz, Meisel, Forman
And Leonard, T.A. N. Pernick J.K. Stickles