## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, et al.,[1] | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Re: Docket No. 2139 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE :
: SS.
NEW CASTLE COUNTY :

Aja E. McDowell, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on September 17, 2009, she caused copies of the following to be served in the manner indicated on the attached service list:

- **JPMorgan Chase Bank, N.A.'s Objection to Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner** [Docket No. 2139]

---

[1] The Debtors in these chapter 11 cases include Tribune Company; 435 Production Company; 5800 Sunset Productions Inc.; Baltimore Newspaper Networks, Inc.; California Community News Corporation; Candle Holdings Corporation; Channel 20, Inc.; Channel 39, Inc.; Channel 40, Inc.; Chicago Avenue Construction Company; Chicago River Production Company; Chicago Tribune Company; Chicago Tribune Newspapers, Inc.; Chicago Tribune Press Service, Inc.; ChicagoLand Microwave Licensee, Inc.; Chicagoland Publishing Company; Chicagoland Television News, Inc.; Courant Specialty Products, Inc.; Direct Mail Associates, Inc.; Distribution Systems of America, Inc.; Eagle New Media Investments, LLC; Eagle Publishing Investments, LLC; forsalebyowner.com corp; ForSaleByOwner.com Referral Services, LLC; Fortify Holdings Corporation; Forum Publishing Group, Inc.; Gold Coast Publications, Inc.; GreenCo, Inc.; Heart & Crown Advertising, Inc.; Homeowners Realty, Inc.; Homestead Publishing Co.; Hoy, LLC; Hoy Publications, LLC; InsertCo, Inc.; Internet Foreclosure Service, Inc.; JuliusAir Company, LLC; JuliusAir Company II, LLC; KIAH Inc.; KPLR, Inc.; KSWB Inc.; KTLA Inc.; KWGN Inc.; Los Angeles Times Communications LLC; Los Angeles Times International, Ltd.; Los Angeles Times Newspapers, Inc.; Magic T Music Publishing Company; NBBF, LLC; Neocomm, Inc.; New Mass. Media, Inc.; New River Center Maintenance Association, Inc.; Newscom Services, Inc.; Newspaper Readers Agency, Inc.; North Michigan Production Company; North Orange Avenue Properties, Inc.; Oak Brook Productions, Inc.; Orlando Sentinel Communications Company; Patuxent Publishing Company; Publishers Forest Products Co. of Washington; Sentinel Communications News Ventures, Inc.; Shepard's Inc.; Signs of Distinction, Inc.; Southern Connecticut Newspapers, Inc.; Star Community Publishing Group, LLC; Stemweb, Inc.; Sun-Sentinel Company; The Baltimore Sun Company; The Daily Press, Inc.; The Hartford Courant Company; The Morning Call, Inc.; The Other Company LLC; Times Mirror Land and Timber Company; Times Mirror Payroll Processing Company, Inc.; Times Mirror Services Company, Inc.; TMLH 2, Inc.; TMLS I, Inc.; TMS Entertainment Guides, Inc.; Tower Distribution Company; Towering T Music Publishing Company; Tribune Broadcast Holdings, Inc.; Tribune Broadcasting Company; Tribune Broadcasting Holdco, LLC; Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network, Inc.); Tribune California Properties, Inc.; Tribune Direct Marketing, Inc.; Tribune Entertainment Company; Tribune Entertainment Production Company; Tribune Finance, LLC; Tribune Finance Service Center, Inc.; Tribune License, Inc.; Tribune Los Angeles, Inc.; Tribune Manhattan Newspaper Holdings, Inc.; Tribune Media Net, Inc.; Tribune Media Services, Inc.; Tribune Network Holdings Company; Tribune New York Newspaper Holdings, LLC; Tribune NM, Inc.; Tribune Publishing Company; Tribune Television Company; Tribune Television Holdings, Inc.; Tribune Television New Orleans, Inc.; Tribune Television Northwest, Inc.; ValuMail, Inc.; Virginia Community Shoppers, LLC; Virginia Gazette Companies, LLC; WATL, LLC; WCWN LLC; WDCW Broadcasting, Inc.; WGN Continental Broadcasting Company; WLVI Inc.; WPIX, Inc.; and WTXX Inc.

Dated: September 17, 2009  
    Wilmington, Delaware

*Aja E. McDowell*  
Aja E. McDowell, Paralegal  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
P.O. Box 551  
Wilmington, DE 19899  
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 17th day of September, 2009.

*Linda M Anderson*  
Notary Public

LINDA M. ANDERSON  
Notary Public - State of Delaware  
My Comm. Expires June 30, 2010

2

VIA FEDERAL EXPRESS

SIDLEY AUSTIN LLP
ATTN: BRYAN KRAKAUER, JAMES F. CONLAN,
KENNETH P. KANSA
(COUNSEL TO THE DEBTORS)
ONE SOUTH DEARBORN
CHICAGO, IL  60603

DAVID S. ROSNER
ANDREW K. GLENN
MATTHEW B. STEIN
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NY 10019

CHADBOURNE & PARKE LLP
COUNSEL TO THE UNSECURED CREDITORS' COMMITTEE
ATTN HOWARD SEIFE, DAVID M LEMAY, DOGULAS E DEUTSCH
30 ROCKEFELLER PLAZA
NEW YORK, NY  10112

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

ACXIOM CORPORATION
ATTN. C.B. BLACKARD, III,
301 E. DAVE WARD DRIVE
P.O. BOX 2000
CONWAY, AR   72033-2000

ALLISON, SLUTSKY & KENNEDY, PC
ANGIE M. COWAN
(COUNSEL TO IAM LODGE NO. 126)
230 W MONROE ST, STE 2600
CHICAGO, IL   60606

ANDREW S. CONWAY, ESQUIRE
(COUNSEL TO TAUBMAN LANDLORDS)
200 EAST LONG LAKE ROAD, SUITE 300
BLOOMFIELD HILLS, MI   48304

ARCHER & GREINER, PC
JOHN V. FIORELLA, ESQ.
(COUNSEL TO NAVISTAR FINANCIAL CORP.
NAVISTAR LEASING CO.)
300 DELAWARE AVE, STE 1370
WILMINGTON, DE   19801

ASHBY & GEDDES, P.A.
ATTN: WILLIAM P. BOWDEN, ESQ.
(COUNSEL TO RICKETTS ACQUISITION LLC
AND CHICAGO BASEBALL HOLDINGS, LLC)
500 DELAWARE AVENUE, 8TH AVENUE
P.O. BOX 1150
WILMINGTON, DE   19899

ASKOUNIS & DARCY, PC
ATTN: THOMAS V. ASDOUNIS, ESQ.
(COUNSEL TO BANC OF AMERICA LEASING
CAPITAL LLC)
401 NORTH MICHIGAN AVENUE, STE 550
CHICAGO, IL   60611

BANC OF AMERICA BRIDGE LLC
LYNN D. SIMMONS, SR. VICE PRESIDENT
BANK OF AMERICA STRATEGIC SOLUTIONS
MAIL CODE: IL1-231-11-19
231 SOUTH LASALLE STREET
CHICAGO, IL   60604

BARACK FERRAZZANO KIRSCHBAUM &
NAGELBERG LLP
ATTN. GEORGE R. MESIRES, ESQ.
(COUNSEL TO KTR SOUTH FLORIDA LLC)
200 WEST MADISON ST., SUITE 3900
CHICAGO, IL   60606

BARCLAYS CAPITAL INC.
ATTN: US CLIENT VALUATIONS GROUP
200 PARK AVENUE
ATTN: US CLIENT VALUATIONS GROUP
NEW YORK, NY   10166

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN (MA BBO# 564729)
(COUNSEL TO IRON MOUNTAIN
INFORMATION MGMT INC.)
155 FEDERAL ST, 9TH FL
BOSTON, MA   02110

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN. DAVID M. NEUMANN, ESQUIRE
(COUNSEL TO WILMINGTON TRUST)
200 PUBLIC SQUARE SUITE 2300
CLEVELAND, OH   44114-2378

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF, LLP
ATTN: BRADFORD J. SANDLER & JENNIFER F
HOOVER, ESQ.
(COUNSEL TO WILMINGTON TRUST)
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE   19801

BIFFERATO LLC
ATTN: IAN CONNOR BIFFERATO, KEVIN
COLLINS, ESQS.
(COUNSEL TO: D. NEIL, C. BROWN, H.
WEINSTEIN, W. ROCHE, JR., M. LEVIN, & J.
MAKINEN)
800 N. KING STREET, PLAZA LEVEL
WILMINGTON, DE   19801

BLOOM HERGOTT DIEMER ROSENTHAL
LAVIOLETTE FELDMAN
& GOOD MAN, LLP
150 S. RODEO DRIVE, 3RD FLOOR
BEVERLY HILLS, CA   90212

BROWARD COUNTY
ATTN: JEFFREY J. NEWTON
COUNTY ATTORNEY FOR BROWARD COUNTY
GOVT CENTER
115 SOUTH ANDREWS AVENUE
FORT LAUDERDALE, FL   33301

BROWN RUDNICK LLP
ATTN. ROBERT J. STARK & DANIEL J. SAVAL
ESQ.
(COUNSEL TO WILMINGTON TRUST)
SEVEN TIMES SQUARE
NEW YORK, NY   10036

BROWN STONE NIMEROFF LLC
ATTN. JAMI B. NIMEROFF, ESQ.
(COUNSEL TO NBC UNIVERSAL INC. &
CERTAIN OF ITS AFFILIATES INCLUDING
UNIVERSAL CITY STUDIOS PRODUCTIONS)
4 EAST 8TH STREET, SUITE 400
WILMINGTON, DE   19801

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ESQ.
(COUNSEL TO: CWA/ITV NEGOTIATED
PENSION PLAN)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY   10104

BUCHALTER NEMER
PAMELA KOHLMAN WEBSTER
(COUNSEL TO SONY PICTURES TELEVISION)
1000 WILSHIRE BOULEVARD, SUITE 1500
LOS ANGELES, CA   90017-2457

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE USA, INC.)
333 MARKET STREET, 25TH FL
SAN FRANCISCO, CA   94105-2126

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| CANON USA, INC<br>ATTN RUTH WIENSTEIN<br>1 CANON PLAZA<br>NEW HYDE PARK, NY  11042 | CAPITALSOURCE FINANCE LLC<br>ATTN: JOANNE FUNGAROLI, ESQ.<br>4445 WILLARD AVENUE, 12TH FLOOR<br>CHEVY CHASE, MD  20815 |
| | CHRISTINE Z. HERI<br>(COUNSEL TO HILDA L. SOLISI, SECRETARY OF LABOR)<br>OFFICE OF THE SOLICITOR<br>UNITED STATES DEPARTMENT OF LABOR<br>230 SOUTH DEARBORN, ROOM 844<br>CHICAGO, IL  60604 |
| CIARDI CIARDI & ASTIN<br>DANIEL K. ASTIN, ANTHONY M. SACCULLO, MARY E. AUGUSTINE, CARL D. NEFF, ESQS.<br>CITIZENS BANK CENTER<br>(COUNSEL TO ROBERT R. MCCORMICK FOUNDATION )<br>919 NORTH MARKET STREET, STE 700<br>WILMINGTON, DE  19801 | CITICORP NORTH AMERICA, INC<br>ATTN: TIM DILLWORTH<br>450 MAMARONECK AVENUE, SUITE A<br>HARRISON, NY  10528-2402 |
| COHEN WEISS & SIMON LLP<br>COUNSEL TO AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS<br>ATTN BABETTE A CECCOTI<br>330 WEST 42ND STREET<br>NEW YORK, NY  10036 | COLE SCHOTZ MEISEL FORMAN & LEONARD, PA<br>ATTN: NORMAN L. PERNICK, J. KATE STICKLES, PATRICK J. REILLY, ESQS.<br>(LOCAL COUNSEL FOR THE DEBTORS)<br>500 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE  19801 |
| CONNOLLY BOVE LODGE & HUTZ LLP<br>ATTN: JEFFREY C. WISLER, ESQ.<br>MARC J. PHILLIPS, ESQ.<br>THE NEMOURS BUILDING<br>1007 NORTH ORANGE STREET; PO BOX 2207<br>WILMINGTON, DE  19899 | COOCH & TAYLOR PA<br>ATTN: SUSAN E. KAUFMAN, ESQ.<br>(COUNSEL TO: AMERICAN FEDERATION OF TELEVISION & RADIO ARTISTS)<br>1000 WEST STREET, 10TH FLOOR<br>WILMINGTON, DE  19801 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| CROSS & SIMON LLC<br>COUNSEL TO WASHINGTON-BALTIMORE<br>NEWSPAPER GUILD, LOCAL 32035, TNG-CWA<br>ATTN: CHRISTOPHER P SIMON & TARA M<br>DIROCCO, ESQS<br>919 NORTH MARKET STREET 11TH FLOOR<br>WILMINGTON, DE  19801 | CROUDACE & DIETRICH LLP<br>ATTN. MARK A NITIKMAN, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC, A<br>CALIFORNIA LIMITED LIABILITY COMPANY<br>4750 VON KARMAN AVENUE<br>NEWPORT BEACH, CA  92660 |
| CROWELL & MORING LLP<br>ATTN. MICHAEL V. BLUMENTHAL, ESQ.<br>(COUNSEL TO NBC UNIVERSAL INC. AND<br>CERTAIN OF ITS AFFILIATES INCLUDING<br>UNIVERSAL CITY STUDIOS PRODUCTIONS<br>LLLP)<br>590 MADISON AVENUE, 19TH FLOOR<br>NEW YORK, NY  10022 | DAVIS POLK & WARDELL LLP<br>ATTN: DONALD S. BERNSTEIN, JAMES A.<br>FLORACK, DAMIAN S. SCHAIBLE, ESQS.<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A<br>450 LEXINGTON AVENUE<br>NEW YORK, NY  10017 |
| DEUTSCHE BANK AG<br>60 WALL STREET<br>NEW YORK, NY  10005 | DEUTSCHE BANK NATIONAL TRUST<br>COMPANY<br>ATTN: DAVID CONTINO, VICE PRESIDENT<br>GLOBAL TRANSACTION BANK TRUST &SEC.<br>SERV<br>25 DEFOREST AVE, MAIL STOP: SUM01-0105<br>SUMMIT, NJ  07901 |
| DRAPER & GOLDBERG, PLLC<br>ATTN. ADAM HILLER & MICHELLE<br>BERKELEY-AYRES<br>(COUNSEL TO THE PARTIES REFERENCED IN<br>THE FIRST AMENDED VERIFIED STATEMENT<br>OF TEITELBAUM & BASKIN LLP)<br>1500 NORTH FRENCH STREET, 2ND FLOOR<br>WILMINGTON, DE  19801 | DUANE MORRIS LLP<br>ATTN. MICHAEL R. LASTOWSKI, ESQ. &<br>SOMMER L. ROSS<br>(COUNSEL TO SONY PICTURES TELEVISION,<br>INC.)<br>1100 NORTH MARKET STREET, SUITE 1200<br>WILMINGTON, DE  19801 |
| ECKERT,SEAMANS, CHERIN & MELLOT, LLC<br>ATTN. MARGARET F. ENGLAND, ESQUIRE<br>(COUNSEL TO THE NIELSEN COMPANY)<br>300 DELAWARE AVENUE, SUITE 1210<br>WILMINGTON, DE  19801 | EDWARDS ANGELL PALMER & DODGE LLP<br>ATTN: STUART M. BROWN, ESQ.<br>919 N. MARKET ST, STE 1500<br>(COUNSEL TO BARCLAYS BANK PLC)<br>WILMINGTON, DE  19801 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

ELLIOTT GREENLEAF
COUNSEL TO CORESTAFF SERVICES
ATTN WILLIAM M KELLEHER
1105 NORTH MARKET STREET, SUITE 1700
WILMINGTON, DE  19801

ERVIN COHEN & JESSUP LLP
KENNETH MILLER, ESQ.
(COUNSEL TO K ASSOC. & CRENSHAW 3840 PARTNERS,LLC)
9401 WILSHIRE BLVD, 9TH FLOOR
BEVERLY HILLS, CA  90212

FOLEY & LARDNER LLP
ATTN: MICHAEL J. SMALL, ESQ.
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)
321 NORTH CLARK, SUITE 2800
CHICAGO, IL  60610-4500

FOLEY & LARDNER LLP
ATTN: MARY K. BRAZA, ESQ.
(COUNSEL TO RICKETTS ACQUISITION LLC AND CHICAGO BASEBALL HOLDINGS, LLC)
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202-5306

FOX ROTHSCHOLD LLP
ATTN. L. JASON CORNELL, ESQUIRE
(COUNSEL TO DONNA GERHART GUTMAN, PERSONAL REPRESENTATIVE OF THE ESTATE OF E. MICHAEL GUTMAN AKA MICHAEL GUTMAN AKA ELLIOTT M. GUTMAN)
919 N. MARKET STREET, SUITE 1300
WILMINGTON, DE  19899-2323

FRANK/GECKER LLP
ATTN. JOSEPH D. FRANK
(COUNSEL TO JONES LANG LASALLE AMERICAS (ILLINOIS) L.P.)
325 NORTH LASALLE STREET, SUITE 625
CHICAGO, IL  60654

FRED FELLMETH, ESQ. GENERAL COUNSEL
BROADCAST SYSTEMS DIVISION
THE VITEC GROUP PLC
(COUNSEL TO ANTON BAUER, INC, CAMERA DYNAMICS, INC., NUCOMM, INC., AND RF CENTRAL, LLC)
101 BILBY ROAD
HACKETTSTOWN, NJ  07840

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER, ESQ. & DEVON J. EGGERT, ESQ.
(COUNSEL TO MERCER (US) INC.)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL  60606

FURMAN GREGORY LLC
DONALD R. FURMAN JR.
(COUNSEL TO COMCAST SPOTLIGHT & COMCAST)
75 FEDERAL ST, 9TH FL
BOSTON, MA  02110

GOHN HANKEY & STICHEL LLP
COUNSEL TO CORESTAFF SERVICES
ATTN JAN I BERLAGE
201 NORTH CHARLES STREET
BALTIMORE, MD  21201

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>EDWARD J. TREDINNICK, ESQ.<br>(COUNSEL TO CATELLUS DEVELOPMENT CORP.)<br>FOUR EMBARCARCADERO CENTER, STE 4000<br>SAN FRANCISCO, CA  94111 | HARRIS CORPORATION<br>ANTHONY DEGLOMINE, III<br>1025 W. NASA BLVD<br>MAIL STOP A-11A<br>MELBOURNE, FL  32919 |
| HERRICK FEINSTEIN LLP<br>COUNSEL TO CANON USA INC, INTELSAT CORPORATION<br>ATTN PAUL RUBIN; STEPHEN B. SELBST, ESQ.<br>TWO PARK AVENUE<br>NEW YORK, NY  10016 | HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL<br>11311 CHINDEN BLVD.<br>MAILSTOP 314<br>BOISE, ID  83714-0021 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT & RECOVERY ANALY<br>2125 E. KATELLA AVE., SUITE 400<br>ANAHEIM, CA  92806 | HOGAN & HARTSON LLP<br>ATTN: SCOTT A. GOLDEN, IRA S. GREENE<br>(COUNSEL TO ABITIBI BOWATER, INC., ABITBI CONSOLIDATED SALES CORPORATO AND BOWATER, INC.; DOW JONES & COMPANY)<br>875 THIRD AVENUE<br>NEW YORK, NY  10022 |
| HOWARD COUNTY OFFICE OF LAW<br>ATTN. MARGARET ANN NOLAN, COUNTY SOLICITOR & CAMELA J. SANDMANN, ASSISTANT COUNTY SOLICITOR<br>GEORGE HOWARD BUILDING<br>3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD  21043 | IBM CORPORATION<br>ATTN BEVERLY H SHIDELER<br>TWO LINCOLN CENTRE<br>VILLA PARK, IL  60181 |
| INTERNAL REVENUE SERVICE<br>PO BOX 21126<br>PHILADELPHIA, PA  19114-0326 | INTERNAL REVENUE SERVICE<br>ATTN: ROOM 1150<br>31 HOPKINS PLAZA<br>BALTIMORE, MD  21201 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| JP MORGAN CHASE BANK, NA AS AGENT<br>1111 FANNIN, 10TH FLOOR<br>HOUSTON, TX 77002 | JPMORGAN CHASE BANK, NA<br>ATTN: MIRIAM KULNIS<br>ONE CHASE PLAZA<br>NEW YORK, NY 10005 |
| K&L GATES LLP<br>ATTN: JEFFREY N. RICH, ESQ.<br>(COUNSEL TO GREATBANC TRUST COMPANY)<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022-6030 | K&L GATES LLP<br>CHARLES R. SMITH, ESQ.<br>HENRY W. OLIVER BUILDING<br>(COUNSEL TO GREATBANC TRUST COMPAN'<br>535 SMITHFIELD ST<br>PITTSBURGH, PA 15222-2312 |
| KAMAKAZEE KIWI COPORATION<br>3835-R EAST<br>THOUSDAN OAKS BLVD. #343<br>THOUSAND OAKS, CA 91362 | KAYE SCHOLER LLP<br>ATTN: MARGO B SCHONHOLTZ, ESQ<br>MADLYN GLEICH PRIMOFF, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL<br>CORP AS ADMIN AGENT)<br>425 PARK AVE<br>NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP<br>ERICK R. WILSON, ESQ.<br>HOWARD S.STEEL, ESQ.<br>(COUNSEL TO TELEREP, LLC)<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | LANDIS RATH & COBB LLP<br>COUNSEL FOR THE UNSECURED CREDITORS<br>COMMITTEE<br>ATTN ADAM G LANDIS & MATTHEW B<br>MCGUIRE<br>919 MARKET STREET SUITE 1800<br>WILMINGTON, DE 19801 |
| LECLAIRRYAN, PC<br>ATTN. WILLIAM E. CALLAHAN, JR., ESQ<br>(COUNSEL TO DE LAGE LANDEN<br>FINANCIAL SERVICES,INC.)<br>1800 WACHOVIA TOWER, DRAWER 1200<br>ROANOKE, VA 2400-1200 | LECLAIRRYAN, PC<br>ATTN. DAVID W. PHILLIPS<br>(COUNSEL TO DE LAGE LANDEN<br>FINANCIAL SERVICES,INC)<br>TWO PENN PLAZA EAST<br>NEWARK, NJ 07105 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| LEWIS, FEINBERG, LEE, RENAKER<br>& JACKSON, P.C.<br>ATTN: DANIEL FEINBERG, ANGELICA K.<br>JONGCO, NINA WASOW, ESQS.<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN,<br>ROCHE, LEVIN, & MAKINEN)<br>1330 BROADWAY, SUITE 1800<br>OAKLAND, CA 94612 | LINDA BOYLE<br>TW TELECOM INC.<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>COUNSEL TO HARRIS COUNTY<br>ATTN JOHN P DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>(COUNSEL TO DALLAS COUNTY)<br>2323 BRYAN STREET, STE 1600<br>DALLAS, TX 75201 |
| LOWNDES, DROSDICK, DOSTER, KANTOR AND REED, P.A.<br>ATTN: ZACHARY J. BANCROFT, EST.<br>(COUNSEL TO ORLANDO MAGIC, LTD.)<br>450 S. ORANGE AVE, SUITE 800<br>ORLANDO, FL 32801 | MAUREEN A. MCGREEVEY, ESQUIRE<br>SENIOR LITIGATION COUNSEL<br>SUNGARD<br>682 E. SWEDESFORD ROAD<br>WAYNE, PA 19087 |
| MAYER BROWN LLP<br>FREDERICK D. HYMAN, ESQ.; JEFFREY G. TOUGAS, ESQ., AMIT K. TREHAN, ESQ., BARBRA YAN, ESQ.<br>(COUNSEL TO BARCLAYS)<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MCCARTER & ENGLISH, LLP<br>ATTN: DAVID ADLER, ESQ.<br>G. AMANDA MALLAN, ESQ.<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>245 PARK AVE, 27TH FL<br>NEW YORK, NY 10167 |
| MCCARTER & ENGLISH, LLP<br>ATTN: KATHARINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)<br>405 N. MARKET STREET, 8TH FL<br>WILMINGTON, DE 19801 | MCGUIRE WOODS LLP<br>ATTN. PAUL J. CATANESE & PATRICIA K. SMOOTS<br>(COUNSEL TO THE NIELSEN COMPANY (US)<br>77 W. WACKER DRIVE, SUITE 4100<br>CHICAGO, IL 60601 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| MEITES, MULDER, MOLLICA & GLINK<br>ATTN: THOMAS MEITES, MICHAEL MULDER<br>(COUNSEL TO: NEIL, BROWN, WEINSTEIN,<br>ROCHE, LEVIN, & MAKINEN)<br>20 S. CLARK STREET, SUITE 1500<br>CHICAGO, IL 60603 | MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: SHARON HAWKINS<br>LOAN OPERATIONS<br>600 E. LAS COLINAS BLVD., SUITE 1300<br>IRVING, TX 75039 |
| MERRILL LYNCH CAPITAL CORPORATION<br>ATTN: MICHAEL O'BRIEN<br>4 WORLD FINANCIAL CENTER<br>250 VESEY STREET<br>NEW YORK, NY 10080 | MESSANA ROSNER & STERN, LLP<br>FREDERICK B. ROSNER, ESQ.<br>(COUNSEL TO INTELSAT CORPORATION)<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| MICHAEL A. COX, ATTORNEY GENERAL AND<br>DEBORAH B. WALDMEIR, ASSISTANT AG<br>STATE OF MICHIGAN, DEPT. OF TREASURY<br>CADILLAC PLACE, STE. 10-200<br>3030 W. GRAND BLVD.<br>DETROIT, MI 48202 | MICHAEL SCHLOSS<br>(COUNSEL TO HILDA L. SOLIS)<br>OFFICE OF THE SOLICITOR UNITED STATES<br>DEPARTMENT OF LABOR PLAN BENEFITS<br>SECURITY DIVISION<br>P.O. BOX 1914<br>WASHINGTON, DC 20013 |
| MISSOURI DEPARTMENT OF REVENUE<br>ATTN: SHERYL L. MOREAU<br>GENERAL COUNSEL'S OFFICE<br>301 W. HIGH STREET, ROOM 670<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MONZACK MERSKY MCLAUGHLIN AND<br>BROWDER, P.A.<br>ATTN. RACHEL B. MERSKY, ESQUIRE<br>(COUNSEL TO BKM 3128 REDHILL, LLC)<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON, DE 19801 |
| MORGAN STANLEY FIXED INCOME<br>ATTN: CAROLYN ADLER<br>1585 BROADWAY, 2ND FLOOR<br>NEW YORK, NY 10036 | MUCH SHELIST DENENBERG AMENT AND<br>RUBENSTEIN, PC<br>ATTN: COLLEEN E. MCMANUS<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>191 NORTH WACKER DRIVE, STE 1800<br>CHICAGO, IL 60606 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| NAVISTAR LEASING COMPANY<br>425 N. MARTINGALE ROAD, 18TH FLOOR<br>SCHAUMBURG, IL  60173 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>ATTN. ROBERT L. COOK<br>333 EAST WASHINGTON ST., 3RD FLOOR<br>SYRACUSE, NY  13202 |
| NOLAN, PLUMHOFF & WILLIAMS<br>ATTN. ROBERT L. HANLEY, JR. ESQUIRE<br>(COUNSEL TO ST. JOHN PROPERTIES, INC.)<br>SUITE 700, NOTTINGHAM CENTRE<br>502 WASHINGTON AVENUE<br>TOWSON, MD  21204 | OFFICE OF ATTORNEY GENERAL<br>ATTN. CAROL E. MOMJIAN<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA  19107-3603 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>JOSEPH J. MCMAHON, JR., ESQ.<br>UNITED STATES DEPT OF JUSTICE<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE  19899-0035 | PENSION BENEFIT GUARANTY CORPORATIO<br>ATTN FRANK A ANDERSON, CASSANDRA R<br>BURTON, & KARTAR S KHALSA, ESQ<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC  20005-4026 |
| PEPPER HAMILTON LLP<br>ATTN. DAVID B. STRATTON, LEIGH-ANNE M.<br>RAPORT,ESQ.<br>(COUNSEL TO PPF OFF TWO PARK AVENUE)<br>HERCULES PLAZA, SUITE 5100<br>1313 MARKET STREET, P.O. BOX 1709<br>WILMINGTON, DE  19899-1709 | POTTER ANDERSON & CORROON LLP<br>ATTN: LAURIE SILVERSTEIN, ESQ<br>(COUNSEL TO MERRILL LYNCH CAPITAL<br>CORP AS ADMIN AGENT)<br>HERCULES PLAZA<br>1313 N MARKET ST, PO BOX 951<br>WILMINGTON, DE  19899-0951 |
| POYNER SPRUILL LLP<br>JUDY D. THOMPSON, ESQ.<br>(COUNSEL TO SODEXO, INC.)<br>301 SOUTH COLLEGE STREET, STE 2300<br>CHARLOTTE, NC  28202 | PROSKAUER ROSE LLP<br>ATTN: MARTIN S. ZOHN, ESQ.<br>(COUNSEL TO: TWENTIETH TELEVISION, INC<br>2049 CENTURY PARK EAST, 32ND FLOOR<br>LOS ANGELES, CA  90067 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

RIDDELL WILLIAMS, P.S.
ATTN. JOSEPH E. SHICKICH, JR. &
MARIA ANN MILANO
(COUNSEL TO MICROSOFT CORPORATION &
MIRCROSOFT LICENSING, GP)
1001- 4TH AVENUE, SUITE 4500
SEATTLE, WA  98154-1192

ROBINSON BROG LEINWAND GREEN
GENOVESE & GLUCK PC
ATTN. FRED B. RINGEL, ESQ.
(COUNSEL TO GALLERIA OPERATING
COMPANY, LLC)
1345 AVENUE OF THE AMERICAS
NEW YORK, NY  10105

RUSKIN MASCOU FALTISCHEK, P.C.
ATTN: MICHAEL S. AMATO, ESQ.
(COUNSEL TO ESTHER RHEIN)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

RUSKIN MOSCOU FALTISCHEK, P.C.
ATTN. MICHAEL S. AMATO, ESQ.
(COUNSEL TO BARRY AND MARIE
GOLDENBERG)
EAST TOWER, 15TH FLOOR
1425 RXR PLAZA
UNIONDALE, NY  11556-1425

SECURITIES & EXCHANGE COMMISSION
15TH & PENNSYLVANIA AVE, N.W.
WASHINGTON, DC  20020

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC  20549

SEITZ, VAN OGTROP & GREEN, P.A.
ATTN: R.KARL HILL, ESQ.
(COUNSEL TO ABITIBI BOWATER, INC.,
ABITIBI CONSOLIDATED SALES
CORPORATION, BOWATER, INC.,)
222 DELAWARE AVENUE, STE 1500
WILMINGTON, DE  19899

SHIPMAN & GOODWIN LLP
ATTN. JULIE A. MANNING, ESQ.
(COUNSEL TO UNITED HEALTHCARE
INSURANCE COMPANY)
ONE CONSTITUTION PLAZA
HARTFORD, CT  06103-1919

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| SQUIRE, SANDERS & DEMPSEY LLP<br>ATTN: KELLY SINGER, ESQ.<br>(COUNSEL TO PERSONAL PLUS, INC.)<br>TWO RENAISSANCE SQUARE<br>40 NORTH CENTRAL AVE, STE 2700<br>PHOENIX, AZ 85004-4498 | STEMPEL BENNETT CLAMAN & HOCHBERG ]<br>(COUNSEL TO SLG 220 NEWS OWNER LLC)<br>ATTN EDMOND P O'BRIEN ESQ<br>675 THIRD AVENUE 31ST FLOOR<br>NEW YORK, NY 10017 |
| STEVENS & LEE, P.C.<br>ATTN: JOSEPH H. HUSTON, JR<br>(COUNSEL TO CF 4242 BRYN MAWR LLC)<br>1105 NORTH MARKET STREET, 7TH FL<br>WILMINGTON, DE 19801 | STUART MAUE<br>ATTN: LINDA K. COOPER<br>FEE EXAMINER<br>3840 MCKELVEY RD<br>ST. LOUIS, MO 63044 |
| TEITELBAUM & BASKIN, LLP<br>ATTN: JAY TEITELBAUM<br>(COUNSEL TO H.BERGMANN; ET AL)<br>3 BARKER AVENUE, THIRD FLOOR<br>WHITE PLAINS, NY 10601 | THE REIMANN LAW GROUP<br>ATTN. DAVID W. REIMANN, ESQUIRE<br>(ATTORNEYS FOR MAJESTIC REALTY CO.<br>YORBA PARK I AND YORBA PARK SUB, LLC)<br>1960 EAST GRAND AVENUE, SUITE 1165<br>EL SEGUNDO, CA 90245 |
| THE SEAPORT GROUP LLC<br>ATTN SCOTT FRIEDBERG<br>360 MADISON AVENUE 22ND FLOOR<br>NEW YORK, NY 10017 | TOOD M. HOEPKER, ESQ.<br>(COUNSEL TO : COP-HANGING MOSS, LLC)<br>POST OFFICE BOX 3311<br>ORLANDO, FL 32802-3311 |
| TOWER DC, LLC<br>ATTN: NILS LARSEN, MANAGING DIRECTOR<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 | TOWER EH, LLC<br>ATTN: NILS LARSEN, MANAGING DIRECTOR<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL 60606 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| TOWER MS, LLC<br>ATTN: NILS LARSEN, MANAGING DIRECTOR<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL  60606 | TOWER PT, LLC<br>ATTN: NILS LARSEN, MANAGING DIRECTOR<br>C/O EQUITY GROUP INVESTMENTS<br>TWO NORTH RIVERSIDE PLAZA, STE 1700<br>CHICAGO, IL  60606 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>1 TOWER SQUARE-5MN<br>HARTFORD, CT  06183-4044 | TRESSLER SODERSTORM MALONEY & PRESS, LL<br>ATTN. JACQUELINE A. CRISWELL<br>(COUNSEL TO FISHER PRINTING, INC.)<br>SEARS TOWER, 22ND FLOOR<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL  60606-6314 |
| TWENTIETH TELEVISION, INC.<br>ATTN: JODIE REA<br>(COUNSEL TO: TWENTIETH TELEVISION, INC.)<br>2121 AVENUE OF THE STARS, SUITE 1754<br>LOS ANGELES, CA  90067 | TYBOUT REDFEARN AND PELL<br>ATTN. SHERRY RUGGIERO FALLON<br>(COUNSEL TO NORTHLAKE PROPERTY, LLC, MIDWEST WAREHOUSE & DISTRIBUTION SYSTEM, INC. AND BEFORD MOTOR SERVICE<br>750 SHIPYARD DRIVE, SUITE 400<br>WILMINGTON, DE  19899-2092 |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN. YONATAN GELBLUM<br>TAX DIVISION<br>555 4TH ST. NW ROOM 6110, P.O. BOX 227<br>WASHINGTON, DC  20044 | UNISYS CORPORATION<br>ATTN. JANET FITZPATRICK<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA  19424 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>MATTHEW J. TROY, ESQ.<br>1100 L STREET, N.W.<br>ROOM 10006<br>WASHINGTON, DC  20530 | UNITED STATES DEPARTMENT OF LABOR<br>OFFICE OF THE SOLICITOR<br>ELIZABETH S. GOLDBERG, ESQUIRE<br>(COUNSEL TO HILDA L. SOLIS, SECRETARY ( LABOR, UNITED STATES DEPARTMENT OF LABOR)<br>PLAN BENEFITS SECURITY DIVISION<br>WASHINGTON, DC  20013 |

LOCAL VIA HAND DELIVERY – NON-LOCAL VIA FIRST CLASS MAIL

| | |
|---|---|
| US ATTORNEY'S OFFICE<br>ELLEN W. SLIGHTS, ESQ<br>1201 MARKET ST, SUITE 1100<br>PO BOX 2046<br>WILMINGTON, DE  19899-2046 | VORYS SATER SEYMOUR & PEASE LLP<br>(COUNSEL FOR AOL LLC)<br>ATTN TIFFANY STRELOW COBB<br>52 EAST GAY STREET<br>COLUMBUS, OH  43215 |
| WARNER BROS. TELEVISION DISTRIBUTION<br>ATTN: WAYNE M. SMITH, ESQ.<br>4000 WARNER BLVD.<br>BLDG. 156, ROOM 5158<br>BURBANK, CA  91522 | WEISS SEROTA HELFMAN PASTORIZA COLE BONISKE, P.L<br>ATTN: DOUGLAS R. GONZALES, ESQUIRE<br>COUNSEL TO CITY OF MIRAMAR, FLORIDA & DANIA BEACH<br>200 EAST BROWARD BOULEVARD, ST. 1900<br>FORT LAUDERDALE, FL  33301 |
| WILLIAMS GAUTIER GWYNN DELOACH & SORENSON PA<br>(COUNSEL FOR FLORIDA SELF-INSURERS GUARANTY ASSOCIATION INC)<br>ATTN JAMES E SORENSON, D TYLER LEUVEN, CHAD D HECKMAN, JARED S GARDNER, MARY LINZEE VAN LEUVEN<br>POST OFFICE BOX 4128<br>TALLAHASSEE, FL  32315-4128 | WILLKIE FARR & GALLAGHER LLP<br>ATTN. ALAN J. LIPKIN & JEREMY E. CRYSTA<br>(COUNSEL TO PPF OFF TWO PARK AVENUE OWNER, LLC)<br>787 SEVENTH AVENUE<br>NEW YORK, NY  10019 |
| WILMINGTON TRUST COMPANY<br>ATTN. PATRICK J. HEALY, VICE PRESIDENT<br>RODNEY SQUARE NORTH<br>1100 NORTH MARKET STREET<br>WILMINGTON, DE  19890 | ZWERDLKING PAUL KAHN & WOLLY PC<br>(COUNSEL TO WASHINGTON-BALTIMORE NEWSPAPER GUILD, LOCAL 32035, TNG-CWA<br>ATTN ROBERT E PAUL ESQ<br>1025 CONNECTICUT AVENUE NW SUITE 712<br>WASHINGTON, DC  20036-5420 |
| GARVAN F. MCDANIEL<br>BIFFERATO GENTILOTTI LLC<br>800 NORTH KING STREET, PLAZA LEVEL<br>WILMINGTON, DE 19801 | |