## CERTIFICATE OF SERVICE

I, Christina M. Thompson, hereby certify that on the 17th day of September, 2009, I served a true and correct copy of the *Reservation of Rights of DMD Special Situations Funding LLC with Respect to Motion for Orders Pursuant to 11 U.S.C. §§ 105(A), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing the Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief* upon the parties listed below in the manner indicated.

Christina M. Thompson (#3976)

**VIA FACSIMILE AND HAND DELIVERY**

Norman L. Pernick, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue
Wilmington, DE 19801
Facsimile: 652-3117

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Facsimile: 654-2067

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox # 35
Wilmington, DE 19801
Facsimile: 573-6497

Mark D. Collins, Esquire
Richards Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801
Facsimile: 651-7701

William E. Chipman, Jr., Esquire
Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Facsimile: 467-4450

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
Facsimile: 658-1192

**VIA FACSIMILE AND FIRST CLASS MAIL**

Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Facsimile: 312/853-7036

Michael J. Small, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610-4764
Facsimile: 312/832-4700

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Facsimile: 212/701-5800

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
Facsimile: 212/541-5369

Amit K. Trehan, Esquire
Brian Trust, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820
Facsimile: 212/262-1910

Margot B. Schonholtz, Esquire
Madelyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
Facsimile: 212/ 836-8689

Mary K. Braza, Esquire
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Facsimile: 414/297-4900