## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>Related to Docket No. 2068<br>Hearing Date: September 24, 2009 at 10:00 am EST<br>Objection Deadline: September 17, 2009 |

### DEBTORS' PRELIMINARY RESPONSE TO MOTION OF ARIEL B. BRIGNOLE FOR RELIEF FROM AUTOMATIC STAY

The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby file this preliminary response (the "Response") to the Motion of Ariel B. Brignole for Relief from Automatic Stay (the "Motion"). In response to the Motion, the Debtors respectfully state as follows, and concurrently file the supportive declaration of Kevin T. Lantry, counsel for the Debtors:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5997500v1

1. Ariel Brignole ("Brignole") seeks relief from stay solely to (i) liquidate the amount of her claim arising from an automobile accident and (ii) collect from the Debtors' insurance. In the Motion, Brignole expressly does not seek relief to proceed against any of the Debtors' assets or to receive a distribution of any property of the Debtors' estates.

2. On September 9, 2009, the Debtors' counsel spoke with counsel for Brignole and proposed that the parties promptly initiate settlement discussions to liquidate Brignole's claim. During this call, the Debtors' advised Brignole that the Debtors' applicable insurance coverage is subject to a $1 million deductible, and thus, given the limited extent of Brignole's claim (Brignole's filed proof of claim only seeks $100,000), it would not be possible for Brignole to seek recovery solely under the applicable insurance policy without directly and adversely impacting the Debtors' assets and estate.

3. During this September 9 discussion, the Debtors and Brignole agreed to have further settlement discussions on or about September 14, once Debtors' local counsel handling the pre-petition litigation involving Brignole was available. The Debtors' have left successive messages and voicemails on September 14, 15, 16 and 17 with counsel for Brignole, proposing that the parties move forward with the settlement discussions to liquidate Brignole's claim. To date, the Debtors have not yet received any reply from Brignole's counsel.

4. While reserving all of their rights to object to Brignole's Motion for all the factual and legal reasons articulated in the Debtors prior responses to other relief from stay motions in these proceedings,[2] the Debtors would prefer that a hearing to consider the merits of the Motion be continued for a sufficient period of time to permit the Debtors' and Brignole to see

---

[2] See Debtors' Objection to the Motion of Allen Francisco for Relief from Stay under Section 362 of the Bankruptcy Code [Docket # 465]; Debtors' Objection to the Motion for Relief from Automatic Stay with Respect to E. Michael Gutman, M.D., et al. [Docket No. 1079].

2

46429/0001-5997500v1

if they can consensually liquidate the amount of Brignole's claim. The Debtors believe that these discussions with Brignole are likely to be productive and that this course of action should result in a greater savings to the Debtors' estates than proceeding with a hearing on the merits of the Motion.

WHEREFORE, the Debtors respectfully request that a hearing on the merits of the Motion be continued for approximately two months.

Dated: Wilmington, Delaware
September 17, 2009

Respectfully submitted,

SIDLEY AUSTIN LLP
James F. Conlan
Bryan Krakauer
Kevin T. Lantry
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5997500v1
LA1 1641748v.1