IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br><br>(Jointly Administered)<br><br>**Hearing Date: September 24, 2009 at 10:00 a.m.**<br>**Objection Deadline: September 17, 2009 at 4:00 p.m.**<br><br>**Related Docket Nos.: 2031, 2032, 2033, 2038 & 2136** |

## JOINDER OF VALUATION RESEARCH CORPORATION IN OBJECTIONS TO MOTION OF LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR LEAVE TO CONDUCT DISCOVERY

Valuation Research Corporation ("VRC") hereby joins in (i) the *Response and Partial Objection of the Official Committee of Unsecured Creditors* [Docket No. 2136] (the "Committee Objection") to the *Motion* (the "Motion") *of Law Debenture Trust Company of New York* ("Law Debenture") *for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, its Affiliates, and Certain Third Parties, or, Alternatively, for the Appointment of an Examiner* [Docket No. 2031] and (iii) such other responses and objections filed with respect to the Motion.

For the reasons set forth in the Objections, as applicable, VRC joins in the Objection and objects to the Motion and the relief requested therein by Law Debenture to conduct separate discovery. VRC reserves the right to raise additional objections, including at any hearings on the Motion, to the relief requested in the Motion.

NY:1255407.2

## CONCLUSION

**WHEREFORE**, VRC respectfully requests that this Court deny the Motion and grant such other and further relief that the Court deems just and proper

Dated:  Wilmington, Delaware
        September 17, 2009

                            Respectfully submitted,

                            PHILLIPS, GOLDMAN & SPENCE, P.A.

                            _____
                            John C. Phillips, Esquire (#110)
                            1200 North Broom Street
                            Wilmington, DE 19806

                            Telephone: (302) 655-4200
                            Fax:  (302) 655-4210

                            - and -

                            WINSTON & STRAWN LLP
                            David Neier, Esquire
                            200 Park Avenue
                            New York, New York 10166-4193
                            Telephone: (212) 294-6700
                            Fax: (212) 294-4700

                            Co-Counsel to Valuation Research Corporation