IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE, DEMAND
FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned, Winston & Strawn LLP, and Phillips, Goldman & Spence, P.A. hereby appear in the above-captioned case on behalf of Valuation Research Corporation ("VRC"), as an interested party, and

**PLEASE TAKE FURTHER NOTICE** that VRC demands, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in the Debtors' cases or in any related adversary proceedings be served on the individuals and at the addresses set forth below:

David Neier, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700
dneier@winston.com

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone No.: (302) 655-4200
Facsimile No.: (302) 655-4210
jcp@pgslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but

NY:1255414.2

also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, VRC, the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that VRC intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) VRC's right to have final orders in non-core matters entered only after de novo review by a District Judge, (b) VRC's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) VRC's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which VRC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments VRC hereby expressly reserves.

Dated: September 17, 2009        PHILLIPS, GOLDMAN & SPENCE, P.A.

　

John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

And

WINSTON & STRAWN LLP
David Neier, Esquire
200 Park Avenue
New York, NY 10166
(212-294-4700)
Counsel to Valuation Research Corporation

NY:1255414.2