## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, hereby certify that on the 17th day of September, 2009, I caused a true and correct copy of the foregoing *Joinder of Deutsche Bank Trust Company Americas, successor trustee under the 1992 Indenture, the 1995 Indenture and the 1997 Indenture to the Motion of Law Debenture Trust Company pursuant to sections 105(a), 343, 1109(b) , title 11 of the United States Code and Rule 2004 of the Federal Rules of Bankruptcy Procedure Authorizing and Directing Creditor Discovery Relating to Tribune's Leveraged Buyout Consummated in 2007, or Alternatively, the Appointment of an Examiner* to be served upon the attached service list by U.S. Mail, postage pre-paid, or in the manner so indicated.

/s/ Katharine L. Mayer
Katharine L. Mayer (#3758)

**HAND DELIVERY**
Garvan F. MCDaniel
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**HAND DELIVERY**
Mark D. Collins
Christopher M. Samis
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801

**HAND DELIVERY**
Adam G. Landis
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**HAND DELIVERY**
Daniel K. Astin
Ciardi Ciardi & Astin
919 Market Street, 7th Floor
Wilmington, DE 19801

**HAND DELIVERY**
United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19899-0035

David Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Howard Seife
David LeMay
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Leonard S. Shifflett
Quarles & Brady LLP
300 North LaSalle Street, Suite 4000
Chicago, IL 60654

Karen E. Wagner
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10022

ME1 9015225v.1