# EXHIBIT 1

| | | |
|---|---|---|
| **Joseph Drayton/NY/US/KSFHH** | To | AGlenn@kasowitz.com; DRosner@kasowitz.com |
| 08/20/2009 02:57 PM | cc | Madlyn Primoff/NY/US/KSFHH@KSFHHNotes |
| Phone: (212) 836-7177 | bcc | |
| Document is Retained | Subject | Tribune |

David and Andrew,

Please find Merrill's draft confidentiality agreement for the Law Debenture Trust.  This agreement is the same form as Merrill's agreement with the Creditors' Committee.  Please contact me if you have any questions or comments.

Best,

Joe

See the following attachment

31870049.DOC  (ML-Tribune confidentiality agreement (Law Debenture Trust)  - 57344 bytes)

 - 31870049.DOC

Joseph M. Drayton
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-7177
(212) 836-6576 (fax)