## CERTIFICATE OF SERVICE

I, Laurie Selber Silverstein, hereby certify that on this 17th day of September 2009, I caused a true and correct copy of the **Objection of Merrill Lynch Capital Corporation to Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner** to be served on the following parties by manner indicated.

**VIA HAND DELIVERY**
Garvan F. McDaniel, Esquire
Bifferato Gentilotti LLC
800 N. King Street, Plaza Level
Wilmington, DE 19801

**VIA EMAIL/AND FIRST CLASS MAIL**
David S. Rosner, Esquire
Andrew K. Glenn, Esquire
Matthew B. Stein, Esquire
Kasowitz, Benson, Torress & Friedman LLP
1633 Broadway
New York, New York 10019

Under penalty of perjury, I declare that the forgoing is true and correct.

_____
Laurie Selber Silverstein

Pac#933677