Form 210A (10/06)

# United States Bankruptcy Court

_____ District Of _Delaware_

In re _Tribune Company, et.al._    Case No. _08-13141_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

_Riverside Claims LLC_
Name of Transferee

_Thomson Inc. dba Grass Valley_
Name of Transferor

Name and Address where notices to transferee
should be sent: _Riverside Claims LLC_
_P.O. Box 626_
_Planetarium Station_
_New York, NY  10024_
Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _625 & 629_
Amount of Claim: _$ 99,243.52_
Date Claim Filed: _3/6/09  &  3/9/09_

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:_____    Date:_____
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**Thomson Inc. dba Grass Valley**, a _____ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of **$99,243.52** [as stated in the Proof of Claim/ Debtor's Schedules] against   **Tribune Company, et. al** (the "Claim") in the United States Bankruptcy Court for the **District of Delaware Case No. 08-13141** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim.  All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the _21_ day of _July_ **2009.**

WITNESS:

_____
(Signature)

Serena Lindsay /Finance Admin
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

_Jeff Brooks  Controller/Treas_
(Print name and title of authorized corporate officer)

_530 478 - 3654_
(Telephone number of corporate officer)