# EXHIBIT A

### I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Navid Mahmoodzadegan | 07/01/09 | 1.0 | Prep for 7/1 meetings |
| Thane Carlston | 07/01/09 | 1.0 | Prep for 7/1 meetings |
| Larry Kwon | 07/01/09 | 1.0 | Prep for 7/1 meetings |
| Ashish Ajmera | 07/01/09 | 2.0 | Prep for 7/1 meetings |
| Thane Carlston | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Navid Mahmoodzadegan | 07/01/09 | 1.0 | Pre-meeting with Committee |
| John Momtazee | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Zul Jamal | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Larry Kwon | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Ashish Ajmera | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Evan Glucoft | 07/01/09 | 1.0 | Pre-meeting with Committee |
| Thane Carlston | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Navid Mahmoodzadegan | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| John Momtazee | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Zul Jamal | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Larry Kwon | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Ashish Ajmera | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Evan Glucoft | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Vishal Patel | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Sakya Duvvuru | 07/01/09 | 3.0 | Initial Plan Discussions with Debtor |
| Zul Jamal | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Larry Kwon | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Ashish Ajmera | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Evan Glucoft | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Vishal Patel | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Sakya Duvvuru | 07/01/09 | 1.0 | Valuation Analysis with Debtor |
| Navid Mahmoodzadegan | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| John Momtazee | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| Thane Carlston | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| Zul Jamal | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| Larry Kwon | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| Ashish Ajmera | 07/01/09 | 0.5 | Planning / Debrief of today's meeting |
| Ashish Ajmera | 07/01/09 | 2.0 | Communication with Lazard |
| Larry Kwon | 07/01/09 | 2.0 | Development of Outline for July 15 Meeting |
| Navid Mahmoodzadegan | 07/02/09 | 1.5 | Discussion of July 15 Outline |
| John Momtazee | 07/02/09 | 1.0 | Discussion of July 15 Outline |
| Zul Jamal | 07/02/09 | 1.5 | Discussion of July 15 Outline |
| Ashish Ajmera | 07/02/09 | 1.5 | Discussion of July 15 Outline |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 07/02/09 | 1.5 | Discussion of July 15 Outline |
| Vishal Patel | 07/02/09 | 1.5 | Discussion of July 15 Outline |
| Navid Mahmoodzadegan | 07/02/09 | 0.5 | Review of Alix report |
| Thane Carlston | 07/02/09 | 0.5 | Review of Alix report |
| Larry Kwon | 07/02/09 | 0.5 | Review of Alix report |
| Ashish Ajmera | 07/02/09 | 0.5 | Review of Alix report |
| Evan Glucoft | 07/02/09 | 0.5 | Review of Alix report |
| Vishal Patel | 07/02/09 | 0.5 | Review of Alix report |
| Larry Kwon | 07/03/09 | 0.5 | Interco Model |
| Vishal Patel | 07/03/09 | 0.5 | Interco Model |
| Evan Glucoft | 07/03/09 | 0.5 | Call with Alix re: interco model |
| Vishal Patel | 07/03/09 | 0.5 | Call with Alix re: interco model |
| Ashish Ajmera | 07/03/09 | 4.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/03/09 | 6.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/04/09 | 12.0 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/05/09 | 3.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/05/09 | 6.0 | July 15 Meeting presentation development |
| Vishal Patel | 07/05/09 | 5.0 | July 15 Meeting - Recovery Analysis |
| Michael Cronin | 07/05/09 | 4.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/05/09 | 8.0 | July 15 Meeting presentation development |
| Zul Jamal | 07/05/09 | 1.0 | Meeting Update |
| Larry Kwon | 07/05/09 | 1.0 | Meeting Update |
| Ashish Ajmera | 07/05/09 | 1.0 | Meeting Update |
| Evan Glucoft | 07/05/09 | 1.0 | Meeting Update |
| Navid Mahmoodzadegan | 07/06/09 | 1.0 | Discussion with Nils re:Cubs |
| Larry Kwon | 07/06/09 | 3.0 | Analysis of entity level balance sheet issues |
| Evan Glucoft | 07/06/09 | 3.0 | Analysis of entity level balance sheet issues |
| Ashish Ajmera | 07/06/09 | 2.0 | Review of Alix report |
| Vishal Patel | 07/06/09 | 2.0 | Review of Alix report |
| Ashish Ajmera | 07/07/09 | 12.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/07/09 | 14.0 | July 15 Meeting presentation development |
| Vishal Patel | 07/07/09 | 10.0 | July 15 Meeting & Cubs news research |
| Navid Mahmoodzadegan | 07/07/09 | 2.0 | July 15 Meeting presentation development |
| John Momtazee | 07/07/09 | 2.0 | July 15 Meeting presentation development |
| Zul Jamal | 07/07/09 | 1.0 | Call with Chadbourne |
| Larry Kwon | 07/07/09 | 1.0 | Call with Chadbourne |
| Ashish Ajmera | 07/08/09 | 14.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/08/09 | 14.0 | July 15 Meeting presentation development |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Michael Cronin | 07/08/09 | 6.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/08/09 | 12.0 | July 15 Meeting presentation development |
| Larry Kwon | 07/08/09 | 4.0 | Review of detailed projections |
| Zul Jamal | 07/08/09 | 4.0 | Review of detailed projections |
| Vishal Patel | 07/08/09 | 6.0 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/09/09 | 0.5 | Discussion with Lazard re:projections |
| Navid Mahmoodzadegan | 07/09/09 | 1.5 | July 15 Meeting presentation development |
| Thane Carlston | 07/09/09 | 1.5 | July 15 Meeting presentation development |
| John Momtazee | 07/09/09 | 1.5 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/09/09 | 12.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/09/09 | 16.0 | July 15 Meeting presentation development |
| Vishal Patel | 07/09/09 | 8.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/09/09 | 10.0 | July 15 Meeting presentation development |
| Navid Mahmoodzadegan | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| Thane Carlston | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| John Momtazee | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| Zul Jamal | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| Evan Glucoft | 07/10/09 | 3.5 | July 15 Meeting presentation development |
| Vishal Patel | 07/10/09 | 5.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/10/09 | 2.0 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/11/09 | 12.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/11/09 | 14.0 | July 15 Meeting presentation development |
| Vishal Patel | 07/11/09 | 10.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/11/09 | 11.0 | July 15 Meeting presentation development |
| Ashish Ajmera | 07/12/09 | 18.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/12/09 | 18.0 | July 15 Meeting presentation development |
| Michael Cronin | 07/12/09 | 5.0 | July 15 Meeting presentation development |
| Vishal Patel | 07/12/09 | 6.0 | July 15 Meeting presentation development |
| Navid Mahmoodzadegan | 07/12/09 | 1.5 | July 15 Meeting presentation development |
| John Momtazee | 07/12/09 | 1.5 | July 15 Meeting presentation development |
| Zul Jamal | 07/12/09 | 3.0 | July 15 Meeting presentation development |
| Larry Kwon | 07/12/09 | 3.0 | July 15 Meeting presentation development |
| Navid Mahmoodzadegan | 07/13/09 | 2.0 | Internal Discussion re:July 15 |
| John Momtazee | 07/13/09 | 2.0 | Internal Discussion re:July 15 |
| Thane Carlston | 07/13/09 | 1.0 | Internal Discussion re:July 15 |
| Zul Jamal | 07/13/09 | 2.0 | Internal Discussion re:July 15 |
| Ashish Ajmera | 07/13/09 | 2.0 | Internal Discussion re:July 15 |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Evan Glucoft | 07/13/09 | 2.0 | Internal Discussion re:July 15 |
| Zul Jamal | 07/13/09 | 1.0 | Discussion with Chadbourne |
| Larry Kwon | 07/13/09 | 1.0 | Discussion with Chadbourne |
| Ashish Ajmera | 07/13/09 | 11.0 | July 15 Meeting presentation development |
| Evan Glucoft | 07/13/09 | 14.0 | July 15 Meeting presentation development |
| Sakya Duvvuru | 07/13/09 | 11.0 | July 15 Meeting presentation development |
| Larry Kwon | 07/13/09 | 2.0 | July 15 Meeting - Recovery Analysis |
| Vishal Patel | 07/13/09 | 5.0 | July 15 Meeting - Recovery Analysis |
| Navid Mahmoodzadegan | 07/14/09 | 4.0 | July 15 Meeting - Recovery Analysis |
| John Momtazee | 07/14/09 | 5.0 | July 15 Meeting - Recovery Analysis |
| Thane Carlston | 07/14/09 | 3.0 | July 15 Meeting - Recovery Analysis |
| Zul Jamal | 07/14/09 | 4.0 | July 15 Meeting - Recovery Analysis |
| Larry Kwon | 07/14/09 | 3.0 | July 15 Meeting - Recovery Analysis |
| Ashish Ajmera | 07/14/09 | 17.0 | July 15 Meeting - Recovery Analysis |
| Evan Glucoft | 07/14/09 | 18.0 | July 15 Meeting - Recovery Analysis |
| Vishal Patel | 07/14/09 | 5.0 | July 15 Meeting - Recovery Analysis |
| Navid Mahmoodzadegan | 07/15/09 | 5.5 | UCC Committee Meeting |
| John Momtazee | 07/15/09 | 5.5 | UCC Committee Meeting |
| Thane Carlston | 07/15/09 | 5.5 | UCC Committee Meeting |
| Zul Jamal | 07/15/09 | 5.5 | UCC Committee Meeting |
| Larry Kwon | 07/15/09 | 5.5 | UCC Committee Meeting |
| Ashish Ajmera | 07/15/09 | 5.5 | UCC Committee Meeting |
| Evan Glucoft | 07/15/09 | 5.5 | UCC Committee Meeting |
| Zul Jamal | 07/17/09 | 1.0 | Model diligence call |
| Ashish Ajmera | 07/17/09 | 1.0 | Model diligence call |
| Evan Glucoft | 07/17/09 | 1.0 | Model diligence call |
| Vishal Patel | 07/17/09 | 1.0 | Model diligence call |
| Sakya Duvvuru | 07/17/09 | 1.0 | Model diligence call |
| Vishal Patel | 07/19/09 | 5.0 | Review of Cubs Media Rights Agreements |
| Ashish Ajmera | 07/20/09 | 1.0 | Review of Cubs Media Rights Agreements |
| Evan Glucoft | 07/20/09 | 1.0 | Review of Cubs Media Rights Agreements |
| Evan Glucoft | 07/21/09 | 1.0 | Additional Recovery Analysis |
| Ashish Ajmera | 07/21/09 | 1.0 | Additional Recovery Analysis |
| Larry Kwon | 07/21/09 | 2.0 | Additional Recovery Analysis |
| Vishal Patel | 07/21/09 | 2.5 | Additional Recovery Analysis |
| Zul Jamal | 07/22/09 | 1.0 | Discussions with UCC advisors re: Historical Analysis |
| Evan Glucoft | 07/22/09 | 1.0 | Prep of Draft historical analysis |
| Sakya Duvvuru | 07/22/09 | 1.0 | Prep of Draft historical analysis |

### I. Summary

| | | |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

### II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| Zul Jamal | 07/23/09 | 2.0 | Recovery Analysis |
| Larry Kwon | 07/23/09 | 2.0 | Recovery Analysis |
| Vishal Patel | 07/23/09 | 2.0 | Recovery Analysis |
| Ashish Ajmera | 07/24/09 | 2.0 | Review of Cubs Media Rights Agreements |
| Evan Glucoft | 07/24/09 | 2.0 | Review of Cubs Media Rights Agreements |
| Vishal Patel | 07/24/09 | 1.0 | Review of Cubs Media Rights Agreements |
| Sakya Duvvuru | 07/24/09 | 1.0 | Review of Cubs Media Rights Agreements |
| Vishal Patel | 07/25/09 | 2.0 | Media Update |
| Sakya Duvvuru | 07/25/09 | 8.0 | Media Update |
| Ashish Ajmera | 07/26/09 | 3.0 | Review of Cubs Formation and other docs |
| Evan Glucoft | 07/26/09 | 2.0 | Review of Cubs Formation and other docs |
| Vishal Patel | 07/26/09 | 4.0 | Review of Cubs Formation and other docs |
| Ashish Ajmera | 07/27/09 | 0.5 | Media Update |
| Evan Glucoft | 07/27/09 | 1.0 | Media Update |
| Navid Mahmoodzadegan | 07/27/09 | 1.0 | Review of Cubs Media Rights Agreements |
| Evan Glucoft | 07/27/09 | 3.5 | Recovery Analysis |
| Ashish Ajmera | 07/28/09 | 2.0 | Discussion with Chadbourne re: cubs |
| Evan Glucoft | 07/28/09 | 1.0 | Discussion with Chadbourne re: cubs |
| Vishal Patel | 07/28/09 | 1.5 | Discussion with Chadbourne re: cubs |
| Sakya Duvvuru | 07/28/09 | 1.0 | Discussion with Chadbourne re: cubs |
| Zul Jamal | 07/28/09 | 0.5 | Recovery Analysis |
| Larry Kwon | 07/28/09 | 0.5 | Recovery Analysis |
| Vishal Patel | 07/28/09 | 4.0 | Recovery Analysis |
| Ashish Ajmera | 07/29/09 | 2.5 | Recovery Analysis |
| Larry Kwon | 07/29/09 | 1.0 | Recovery Analysis |
| Vishal Patel | 07/29/09 | 5.0 | Recovery Analysis |
| Thane Carlston | 07/29/09 | 1.0 | Internal Discussion re:Recovery |
| Zul Jamal | 07/29/09 | 1.0 | Internal Discussion re:Recovery |
| Larry Kwon | 07/29/09 | 1.0 | Internal Discussion re:Recovery |
| Navid Mahmoodzadegan | 07/30/09 | 2.0 | UCC Committee Meeting |
| Zul Jamal | 07/30/09 | 2.0 | UCC Committee Meeting |
| Larry Kwon | 07/30/09 | 2.0 | UCC Committee Meeting |
| Ashish Ajmera | 07/30/09 | 2.0 | UCC Committee Meeting |
| Vishal Patel | 07/30/09 | 1.0 | UCC Committee Meeting |

## I. Summary

| Name | Title | Hours |
|---|---|---|
| Thane Carlston | Managing Director | 21.5 |
| Navid Mahmoodzadegan | Managing Director | 31.5 |
| John Momtazee | Managing Director | 27.0 |
| Zul Jamal | Sr. Vice President | 39.5 |
| Larry Kwon | Vice President | 41.5 |
| Ashish Ajmera | Vice President | 145.0 |
| Evan Glucoft | Associate | 168.0 |
| Vishal Patel | Analyst | 98.0 |
| Michael Cronin | Summer Associate | 15.0 |
| Sakya Duvvuru | Summer Analyst | 70.0 |
| **Total** | | **657.0** |

## II. Details

| Name | Date | Total Hours | Description |
|---|---|---|---|
| John Momtazee | 07/31/09 | 0.5 | Review of documents |
| Ashish Ajmera | 07/31/09 | 1.0 | Review of documents |
| | **Total** | **657.0** | |