# EXHIBIT B

**Tribune Co.**

Moelis & Company - July 2009 Expense Summary

|  | **July 2009** |
|---|---:|
| Airfare | $ 4,898.34 |
| Lodging | 1,699.41 |
| Travel / Overtime / Weekend meals | 183.88 |
| Taxi / Transportation / Parking | 974.57 |
| Presentations | 3,448.80 |
| Other | 81.60 |
| **Total** | **$ 11,286.60** |

**Tribune Co.**
Moelis & Company - July 2009 Expense Summary

| Category | Date | Summary | Detail | Banker | Expense | Request for Reimbursement |
|---|---|---|---|---|---:|---:|
| **AIRFARE** | | | | | | |
| Airfare | 7/1/2009 | Airfare | Airfare from JFK to LAX for Tribune mtgs | Navid A. Mahmoodzadegan | $2.78 | $2.78 |
| Airfare | 7/1/2009 | Airfare | Airfare from NY to LAX for Tribue meetings | Navid A. Mahmoodzadegan | 1,296.80 | 1,200.00 |
| Airfare | 7/1/2009 | Airfare | Airfare from NY for Tribune meetings | John C. Momtazee | 1,940.60 | 600.00 |
| Airfare | 7/1/2009 | Airfare | Agent Fees Airfare from NY for Tribune meetings | John C. Momtazee | 47.78 | 47.78 |
| Airfare | 7/1/2009 | Airfare | Return flight from New York re: Tribune meetings | John C. Momtazee | 1,136.80 | 600.00 |
| Airfare | 7/14/2009 | Airfare | Airfare to NY for meeting on Tribune | John C. Momtazee | 1,945.60 | 1,200.00 |
| Airfare | 7/14/2009 | Airfare | Agent Fees for Airfare to NY for Tribune meetings | Navid A. Mahmoodzadegan | 47.78 | 47.78 |
| Airfare | 7/14/2009 | Airfare | Airfare to NY for Tribune meetings | Navid A. Mahmoodzadegan | 1,945.60 | 1,200.00 |
| | | | | **Total Requested** | | **$4,898.34** |
| **LODGING** | | | | | | |
| Lodging | 6/30/2009 | Lodging | Lodging in NY for Tribune meetings | John C. Momtazee | $456.79 | $350.00 |
| Lodging | 6/30/2009 | Lodging | Lodging in New York for Tribune meetings | Navid A. Mahmoodzadegan | 489.06 | 350.00 |
| Lodging | 7/1/2009 | Lodging | W hotel New York - 1 night stay | Evan Glucoft | 299.41 | 299.41 |
| Lodging | 7/14/2009 | Lodging | Lodging in NY for Tribune meetings | John C. Momtazee | 631.87 | 350.00 |
| Lodging | 7/14/2009 | Lodging | Lodging in New York for Tribune meetings | Navid A. Mahmoodzadegan | 489.06 | 350.00 |
| | | | | **Total Requested** | | **$1,699.41** |
| **TRAVEL / OT / WEEKEND MEALS** | | | | | | |
| Meals | 7/1/2009 | Meals Travel | Lunch while traveling in NY for Tribune mtgs | Navid A. Mahmoodzadegan | 9.96 | 9.96 |
| Meals | 7/1/2009 | Meals Travel | Breakfast while traveling in NY for Tribune mtgs | Navid A. Mahmoodzadegan | 4.50 | 4.50 |
| Meals | 7/1/2009 | Meals Travel | Lunch traveling in NY for Tribune meetings | John C. Momtazee | 10.06 | 10.06 |
| Meals | 7/1/2009 | Meals Travel | Dinner traveling - The Bowery Hotel | Evan Glucoft | 40.00 | 40.00 |
| Meals | 7/1/2009 | Meals Travel | Breakfast traveling - Starbucks | Evan Glucoft | 8.84 | 8.84 |
| Meals | 7/1/2009 | Meals Travel | Lunch traveling for Tribune meetings in NY | John C. Momtazee | 15.00 | 15.00 |
| Meals | 7/2/2009 | Meals Travel | Lunch traveling - Balduccis | Evan Glucoft | 20.98 | 20.98 |
| Meals | 7/14/2009 | Meals Travel | Lunch in NY for Tribune meetings | John C. Momtazee | 15.00 | 15.00 |
| Meals | 7/14/2009 | Meals Travel | Dinner traveling to NY for Tribune meetings - Navid and John | Navid A. Mahmoodzadegan | 30.23 | 30.23 |
| Meals | 7/15/2009 | Meals Travel | Lunch traveling in NY for Tribune meetings | John C. Momtazee | 4.06 | 4.06 |
| Meals | 7/15/2009 | Meals Travel | Lunch traveling in NY for Tribune meetings | John C. Momtazee | 9.75 | 9.75 |
| Meals | 7/15/2009 | Meals Travel | Lunch traveling in NY for Tribune meetings | Navid A. Mahmoodzadegan | 4.50 | 4.50 |
| Meals | 7/15/2009 | Meals Travel | Lunch traveling in NY for Tribune meetings | Navid A. Mahmoodzadegan | 11.00 | 11.00 |
| | | | | **Total Requested** | | **$183.88** |
| **TAXI / TRANSPORTATION/PARKING** | | | | | | |
| Transportation | 7/1/2009 | Parking | LAX parking for trip to NY for Tribune meetings | John C. Momtazee | 74.52 | 74.52 |
| Transportation | 7/16/2009 | Parking | LAX parking for flight to NY for Tribune meetings | John C. Momtazee | 65.39 | 65.39 |
| Transportation | 7/1/2009 | Taxi/Car Service | Car Service From Manhattan To JFK For Flight Back To LAX - Tribune Mtgs | John C. Momtazee | 197.54 | 197.54 |
| Transportation | 7/1/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 6.21 | 6.21 |
| Transportation | 7/1/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 7.20 | 7.20 |
| Transportation | 7/1/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 7.20 | 7.20 |
| Transportation | 7/1/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 56.00 | 56.00 |
| Transportation | 7/1/2009 | Taxi/Car Service | 7/1/09 - Taxi to Tribune meeting at Chadbourne's offices $14.10 | Thane Carlston | 14.10 | 14.10 |
| Transportation | 7/1/2009 | Taxi/Car Service | Car Service from LAX to Home for trip to NY on Tribune meetings | Navid A. Mahmoodzadegan | 130.59 | 130.59 |
| Transportation | 7/2/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 54.00 | 54.00 |
| Transportation | 7/2/2009 | Taxi/Car Service | Cab In New York | Evan Glucoft | 44.00 | 44.00 |
| Transportation | 7/14/2009 | Taxi/Car Service | Car service JFK to Manhattan for meeting on Tribune - Navid and John | Navid A. Mahmoodzadegan | 163.79 | 163.79 |
| Transportation | 7/16/2009 | Taxi/Car Service | Car service from Manhattan to JFK for flight back to LAX re: Tribune meetings | John C. Momtazee | 154.03 | 154.03 |
| | | | | **Total Requested** | | **$974.57** |
| **PRESENTATIONS** | | | | | | |
| Presentations Services | | | Various presentations services, including printing management and presentations | | $3,448.80 | $3,448.80 |
| | | | | **Total Requested** | | **$3,448.80** |
| **OTHER** | | | | | | |
| Other | | 7/14/2009 Courier-Overnight | Acct #: 66400; RefNbr: 3839; Courier: Office to Home (prior to travel) | | $81.60 | $81.60 |
| | | | | **Total Requested** | | **$81.60** |
| | | | | **Month Total** | $ | **11,286.60** |

Note:
1  Moelis has implemented the following adjustments to certain costs:
   - First Class travel between Los Angeles & New York City: $600 per one-way trip; $1,200 per round trip. We believe these amounts reflect accurate assumptions of coach tickets between Los Angeles and New York City