FILED / [illegible]
SEP 18 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

United States Bankruptcy Court for the [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Tribune Television Company    Case # 241 |
|---|---|
| Creditor Name and Address: | Strobe Tech<br>PO Box 31594<br>Clarksville, TN 37040 |
| Court Claim Number (if known): | 3127 |
| Date Claim Filed: | May 26, 2009 |
| Total Amount of Claim Filed: | $7,160.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9/11/2009

_Helen A. Horton_ (signature)
Print Name: Helen A. Horten
Title (if applicable): Accounting Agent

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

## ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

**** TRB CLMLTR (MERGE2,TXNUM2) 4000090432 ****
STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

August 26, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the THE TRIBUNE COMPANY case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | TRIBUNE TELEVISION COMPANY |
| Case Number: | 241 |
| Creditor: | STROBE TECH |
| Date Received: | 05/26/2009 |
| Claim Number: | 3127 |

$7,160.—

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/TRB. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| TRIBUNE TELEVISION COMPANY | 08-13241 (KJC) |

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000003127

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 241007590*****
STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

Telephone number: 931-648-8414    Email Address: office manager@strobetech.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____ (If known)

Filed on: _____

Your claim is scheduled by the Debtor as:

**$7,160.00 UNSECURED**

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ **$7,160**

    If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
    If all or part of your claim is entitled to priority, complete Item 5.

    ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
    ☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____.

2. Basis for Claim: **Service performed w/ goods sold**
    (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
    3a. Debtor may have scheduled account as: _____
        (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
    Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

    Nature of property or right of setoff:  ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
    Describe: _____
    Value of Property: $_____   Annual Interest Rate _____%
    Amount of arrearage and other charges as of time case filed included in secured claim, if any:
    $_____   Basis for perfection: _____
    Amount of Secured Claim: $_____   Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

    Specify the priority of the claim:
    ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
    ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
    ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
    ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
    ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
    ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

    **Amount entitled to priority:**
    $_____

    *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
    **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
    If the documents are not available, please explain:

**FOR COURT USE ONLY**

**FILED / RECEIVED**
**MAY 26 2009**
EPIQ BANKRUPTCY SOLUTIONS, LLC

Date: 5-20-09

Signature: *[signed] Irene J Portillo*

The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Invoice

Strobe Tech, LLC
PO Box 31594
Clarksville, TN 37040
(931)648-8414

Strobe Tech



| Date | Invoice # |
|---|---|
| 11/9/2008 | 2808 |

**Bill To**

Tribune Television Company
WPMT -TV
Attn: Accounts payable
2005 South Queen St
York, PA 17403

| Due Date | P.O. No. | Terms | Crew Leader |
|---|---|---|---|
| 12/9/2008 | | Net 30 | Johnie |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Labor Extended Region (per day) | 1,200.00 | 1,200.00 |
| 4 | Labor Tier Climb | 150.00 | 600.00 |
| 2 | Labor Night Service (per man) | 200.00 | 400.00 |
| 6 | Flash Tube 9' [FT] | 470.00 | 2,820.00 |
| 1 | Flash Tube Red (307) | 470.00 | 470.00 |
| 1 | XFMR TRIG [FT] | 268.00 | 268.00 |
| 1 | BD TIM & TRIG 4988 | 680.00 | 680.00 |
| 5 | CAP Jumper 6' Yellow | 3.00 | 15.00 |
| 6 | CAP Jumper 6' Blue | 3.00 | 18.00 |
| 1 | CAP 40UF 1KV round [FT] | 38.00 | 38.00 |
| 6 | CAP 70UF 1KV round [FT] | 41.00 | 246.00 |
| 1 | CAP 1UF 1KV round [FT] | 28.00 | 28.00 |
| 4 | Fuse TRM 8A | 12.00 | 48.00 |
| 1 | RES Burst 1.5K 50W [FT] | 20.00 | 20.00 |
| 2 | RLY 24VDC INT [FT] | 68.00 | 136.00 |
| 1 | Choke Burst 1KV [FT] | 150.00 | 150.00 |
| 1 | CAP Jumper 8' Yellow | 4.00 | 4.00 |
| 1 | CAP Jumper 8' Blue | 4.00 | 4.00 |
| 5 | RLY Jumper 6' | 3.00 | 15.00 |
| | This is an invoice for tower lighting repair on 11/09/08 on the WPMT tower near York, PA. | | |

Please remit to- Strobe Tech, PO Box 31594, Clarksville, TN 37040

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,160.00 |

