United States Bankruptcy Court for the [Select Jurisdiction]

## WITHDRAWAL OF CLAIM

SEP 18 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| | |
|---|---|
| Debtor Name and Case Number: | Tribune Television New Orleans, Inc.   Case # 244 |
| Creditor Name and Address: | Strobe Tech<br>PO Box 31594<br>Clarksville, TN  37040 |
| Court Claim Number (if known): | 3128 |
| Date Claim Filed: | May 26, 2009 |
| Total Amount of Claim Filed: | $4,777.00 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 9\11\09

_Helen A. Horton_
Print Name: Helen A. Horten
Title (if applicable): Accounting Agent

---

## DEFINITIONS

*Debtor*
The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*
A creditor is any person, corporation, or other entity to which the debtor owed a debt.

*Proof of Claim*
A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

### ITEMS TO BE COMPLETED ON THIS WITHDRAWAL OF CLAIM

*Court, Name of Debtor and Case Number:*
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

*Information about Creditor:*
Complete the section giving the name and address of the creditor that was listed on the previously filed Proof of Claim form.

*Information identifying the Claim that is to be withdrawn:*
Complete the section giving the court claim number, date claim was filed and total amount of claim filed to help identify the claim that is to be withdrawn.

Sign and print the name and title, if any, of the creditor or other person authorized to file this withdrawal of claim (attach copy of power of attorney, if any).

**This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed or, if applicable, with their duly appointed Claims Agent as per any procedure approved by the court in the above-referenced bankruptcy proceeding.**



P 646 282 2500  F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

\*\*\*\* TRB CLMLTR (MERGE2,TXNUM2) 4000090436 \*\*\*\*
STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

August 26, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the THE TRIBUNE COMPANY case. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | TRIBUNE TELEVISION NEW ORLEANS, INC. |
| Case Number: | 244 |
| Creditor: | STROBE TECH |
| Date Received: | 05/26/2009 |
| Claim Number: | 3128 |

[handwritten: $ 4,777 00]

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We also strongly encourage you to review your proof of claim on our website at http://chapter11.epiqsystems.com/TRB. To find your imaged claim, click on the "Filed Claims & Schedules" icon at the top of the page, type in your claim number in the "Claim #" field, and click "Search". Additionally, you may search for your claim by typing in your name in the appropriate search field.

If you have any questions, please contact us at 646-282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx. Please be sure to specify the client name about which you are inquiring.

EPIQ BANKRUPTCY SOLUTIONS, LLC

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE<br>Tribune Company Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5069<br>New York, NY 10150-5069 | PROOF OF CLAIM |
|---|---|

| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
|---|---|
| TRIBUNE TELEVISION NEW ORLEANS, INC. | 08-13244 (KJC) |

Filed: USBC - District of Delaware
Tribune Company, Et Al.
08-13141 (KJC)    0000003128

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor : (and name and address where notices should be sent if different from Creditor)

TRB (MERGE2.DBF,SCHED_NO) SCHEDULE #: 244002880*****
STROBE TECH
PO BOX 31594
CLARKSVILLE, TN 37040

931-648-8414
Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
    (If known)

Filed on: _____
124184

Your claim is scheduled by the Debtor as:

**$4,777.00 UNSECURED**

Name and address where payment should be sent (if different from above)

office.manager@strobetech.com

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 4,777

If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
If all or part of your claim is entitled to priority, complete Item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges.
☐ Check this box if claim is for a claim related to goods delivered during the twenty (20) days prior to December 8, 2008 (the "Petition Date"), pursuant to 11 U.S.C. §503(b)(9). Please indicate amount entitled to 503(b)(9) $ _____

2. Basis for Claim: Service performed with goods sold.
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
       (See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff:    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: _____
   Value of Property: $ _____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ _____    Basis for perfection: _____

   Amount of Secured Claim: $ _____    Amount Unsecured: $ _____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950*), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).

   **Amount entitled to priority:**
   $ _____

   *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

FOR COURT USE ONLY

FILED / RECEIVED
MAY 26 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date:<br>5-20-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br>[signed] |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Invoice

Strobe Tech, LLC
PO Box 31594
Clarksville, TN 37040
(931)648-8414



| Date | Invoice # |
|---|---|
| 10/28/2008 | 2768 |

| Bill To |
|---|
| Tribune Television New Orleans, Inc.<br>WGNO/WNOL<br>Attn: Steve Zanolini<br>PO BOX 118250<br>Chicago, IL 60611 |

| Due Date | P.O. No. | Terms | Crew Leader |
|---|---|---|---|
| 11/27/2008 | | Net 30 | Christopher |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Labor Primary Region (per day) | 900.00 | 900.00 |
| 4 | Labor Tier Climb | 150.00 | 600.00 |
| 1 | XFMR TRIG [FT] | 268.00 | 268.00 |
| 1 | Flash Tube white (308) | 470.00 | 470.00 |
| 1 | RC Network 101 [FT] | 26.00 | 26.00 |
| 1 | RC Network 102 [FT] | 26.00 | 26.00 |
| | This is an invoice for tower lighting repair on 10/28/08 on the WGNO tower near New Orleans, LA. | | |

Please remit to- Strobe Tech, PO Box 31594, Clarksville, TN 37040

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,290.00 |

# Invoice

Strobe Tech, LLC
PO Box 31594
Clarksville, TN 37040
(931)648-8414


Strobe Tech

| Date | Invoice # |
|---|---|
| 12/3/2008 | 2998 |

| Bill To |
|---|
| Tribune Teleyision New Orleans, Inc.<br>WGNO/WNOL<br>Attn: Steve Zanolini<br>PO BOX 118250<br>Chicago, IL 60611 |

| Due Date | P.O. No. | Terms | Crew Leader |
|---|---|---|---|
| 1/2/2009 | | Net 30 | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 1 | Labor Primary Region (per day) - Labor Primary Region (per day) | 900.00 | 900.00 |
| 1 | Labor Tier Climb - Labor Tier Climb | 150.00 | 150.00 |
| 1 | Flash Tube 15" [FT] - Flash Tube 15" [FT] | 470.00 | 470.00 |
| 1 | XFMR TRIG [FT] - XFMR TRIG [FT] | 268.00 | 268.00 |
| 1 | BD TIM & TRIG 4980 - BD TIM & TRIG 4980 | 610.00 | 610.00 |
| 1 | CAP 3UF 1KV oval [FT] - CAP 3UF 1KV oval [FT] | 37.00 | 37.00 |
| 1 | RES Heater 30K 225W [FT] - RES Heater 30K 225W [FT] | 49.00 | 49.00 |
| 2 | Connector Spade Lug Strait - Connector Spade Lug Strait | 1.50 | 3.00 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,487.00 |



Strobe Tech, LLC
PO Box 31594
Clarksville, TN 37040
(931) 648-8414


Tribune Company Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5069
New York, NY  10150-5069

September 11, 2009


To Whom It May Concern:

I received several acknowledgements of proof of claim from Epiq Systems for the Tribune Company case.  Upon reviewing the claims on the website instructed on the letters, I noticed we had submitted claims twice for the same invoices.

Enclosed are three separate forms to have the duplicates withdrawn, along with copies of the claims that were submitted in error and filed on May 26, 2009.  Please withdraw the duplicate claims.   If you have any questions or concerns you may contact me.

Sincerely,

*Helen Horten* (signature)
Helen Horten
931-648-8414
accounting@strobetech.com