IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>**Related to Docket No. 2031**<br>**Hearing Date: September 24, 2009 at 1:00 p.m.** |

**NOTICE OF RESCHEDULED TIME OF HEARING REGARDING MOTION
OF LAW DEBENTURE TRUST COMPANY OF NEW YORK FOR LEAVE TO
CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE OF TRIBUNE COMPANY,
ITS AFFILIATES, AND CERTAIN THIRD PARTIES, OR
ALTERNATIVELY, FOR THE APPOINTMENT OF AN EXAMINER**

**PLEASE TAKE NOTICE** that the hearing on the Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner previously scheduled for September 24, 2009 at 10:00 a.m. before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801, **has been rescheduled to September 24, 2009 at 1:00 p.m.**

Dated: September 18, 2008

> SIDLEY AUSTIN LLP
> James F. Conlan
> Bryan Krakauer
> One South Dearborn Street
> Chicago, IL 60603
> Telephone: (312) 853-7000
> Facsimile: (312) 853-7036
>
> - and -

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are listed in the Motion of the Debtors for an Order Directing Joint Administration of Their Related Chapter 11 Cases (Docket No. 4) The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

46429/0001-5221570v1
46429/0001-6003102v1

<pre>
                                        COLE, SCHOTZ, MEISEL,
                                        FORMAN & LEONARD, P.A.


                                   By:  /s/ Kate Stickles
                                        Norman L. Pernick (No. 2290)
                                        J. Kate Stickles (No. 2917)
                                        500 Delaware Avenue, Suite 1410
                                        Wilmington, DE  19801

                                        ATTORNEYS FOR DEBTORS
                                        AND DEBTORS IN POSSESSION
</pre>

2

46429/0001-5221570v1
46429/0001-6003102v1