# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| TRIBUNE COMPANY, *et al.*, | : | Case No. 08-13141 (KJC) |
|  | : | (Jointly Administered) |
| Debtors. | : | Re: Docket No. 2138 |
|  | : |  |

## CERTIFICATE OF SERVICE

The undersigned hereby states that on September 17, 2009, true and correct copies of the *Limited Objection to the Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, its Affiliates, and Certain Third parties, or Alternatively, For The Appointment of an Examiner,* were served upon the following counsel via electronic mail:

**US Trustee**

Office of the US Trustee
844 King Street, Ste. 2207
Lockbox 35
Wilmington, DE 19801
ustpregion03.wl.ecf@usdoj.gov

**Counsel for Law Debenture Trust of New York**

| | |
|---|---|
| Garvin McDaniel | |
| Bifferato Gentilotti LLC | Kasowitz, Benson, Torres & Friedman LLP |
| 800 North King Street Plaza Level | 1633 Broadway |
| Wilmington, DE 19801 | New York, NY 10019 |
| gmcdaniel@bgdlawde.com | drosner@kasowitz.com |

**Counsel for Creditors Committee**

Landis Rath & Cobb LLP              Chadbourne & Parke LLP

| | |
|---|---|
| 919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19899<br>landis@lrclaw.com | 30 Rockefeller Plaza<br>New York, New York  10112<br>hseife@chadbourne.com |

**Counsel for Debtors Pernick, Norman**

Sidley Austin LLP
One South Dearborn
Chicago, Illinois  60603
jconlan@sidley.com

                            CIARDI CIARDI & ASTIN

                            */s/ Carl D. Neff*
                            Carl D. Neff (No. 4895)
                            919 North Market Street, Suite 700
                            Wilmington, DE  19801
                            (302) 658-1100
                            (302) 658-1300 facsimile
                            cneff@ciardilaw.com