# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------- x
                                               : Chapter 11

In re:                                  : Case No. 08-13141 (KJC)
                                               : (Jointly Administered)

TRIBUNE COMPANY, et al.,          :
                                               : Re: Docket No. 2142
             Debtors.            : **Hearing Date: Sept. 24, 2009 at 10:00 a.m.**
                                               : **(ET)**

------------------------------- x

## J.P. MORGAN CHASE BANK N.A.'S RESPONSE TO RESERVATION OF RIGHTS OF DMD SPECIAL SITUATIONS FUNDING LLC WITH RESPECT TO DEBTORS' MOTION FOR ORDERS PURSUANT TO 11 U.S.C. §§ 105(a), 363 AND 365 [DKT. NO. 2142]

JPMorgan Chase Bank N.A. ("**JPMC**") hereby submits this response to the Reservation of Rights (the "**Reservation of Rights**") filed by DMD Special Situations Funding LLC ("**DMD**") with respect to the Motion for Orders Pursuant to 11 U.SC. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of all Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter into and Perform Obligations Under Radio and Television Broadcast

Agreements; and (IV) Granting Related Relief (the "**Motion**").[1] The Reservation of Rights was docketed under Docket No. 2142. In response to the Reservation of Rights, JPMC respectfully states as follows:

## RESPONSE

1. JPMC acts as administrative agent under that certain Credit Agreement dated as of May 17, 2007 (as amended, supplemented or otherwise modified, the "**Credit Agreement**") among Tribune Company ("**Tribune**"), as borrower, JPMC as administrative agent, Merrill Lynch Capital Corporation as Syndication Agent, Citicorp North America, Inc., Bank of America, N.A. and Barclays Bank PLC as Co-Documentation Agents and JPMorgan Securities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Citigroup Global Markets Inc. and Banc of America Securities LLC as Joint Lead Arrangers and Joint Bookrunners and the lenders from time to time parties thereto and their successors and assigns permitted under the Credit Agreement (the "**Senior Lenders**").

2. As DMD states, the proposed order (the "**Proposed Order**") annexed to the Motion provides that proceeds from the Cubs transaction (the "**Proceeds**") will be held by CNLBC in segregated accounts separate from the integrated cash management system maintained by Tribune for itself and its affiliates, pending the distribution of such amounts under (a) a plan of reorganization for Tribune, CNLBC and their affiliates or (b) further order of the Bankruptcy Court.

---

[1] All terms capitalized but not defined herein shall have the meanings ascribed to them in the Motion.

2

RLF1-3437098-1

3.      This arrangement preserves the Proceeds for future distribution in accordance with any applicable contract and law and preserves the rights of the Senior Lenders (and any other parties) to stake claims thereto. The issue of how the Proceeds should or would be distributed among the Senior Lenders is therefore not ripe for argument or decision at this time. No Plan of Reorganization or other motion proposing any distribution of the Proceeds has yet been filed. DMD recognizes these facts in its Reservation of Rights and does not take issue with them.

4.      JPMC disagrees with DMD's contention that, under the Credit Agreement, holders of the Tranche X portion of the senior credit facility are entitled to any priority in the allocation of the Proceeds. However, for the reasons stated above, the Court need not address this issue now.

Dated: September 21, 2009
      Wilmington, Delaware

Respectfully submitted,

/s/ Mark D. Collins

Mark D. Collins (No. 2981)
Katisha D. Fortune (No. 4857)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Donald S. Bernstein
Sharon Katz
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
(212) 450-4500

*Attorneys for JPMorgan Chase Bank, N.A.*