Form 210A (10/06)

# United States Bankruptcy Court

District Of <u>DELAWARE</u>

In re <u>KTLA, Inc.</u>,   Case No. <u>08-13141, lead</u>
<u>jointly administered Tribune Co.</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>RIVERSIDE CLAIMS, LLC.</u>
Name of Transferee

<u>HAMMETT & EDISON, INC.</u>
Name of Transferor

Name and Address where notices to transferee should be sent: <u>PO BOX 626</u>
<u>PLANETARIUM STATION</u>
<u>NEW YORK, NY 10024</u>

Court Claim # (if known): <u>1382</u>
Amount of Claim: <u>$4,424.45</u>
Date Claim Filed: <u>4/24/2009</u>

Phone: <u>212-501-0990</u>
Last Four Digits of Acct #: _____

Phone: <u>707-996-5200</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/</u>
Transferee/Transferee's Agent

Date: <u>6/1/2009</u>

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Hammett & Edison, Inc., a _____ corporation, for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Riverside Claims LLC, with a mailing address of PO Box 626, Planetarium Station, New York, New York 10024, its successors and assigns ("Assignee") all rights, title and interest in and to the claims of Assignor in the aggregate amount of $4,424.45 [as stated in the Proof of Claim/ Debtor's Schedules] against **KTLA Inc. (Case No. 08-13183)** (the "Claim") **jointly administered under Tribune Company** in the United States Bankruptcy Court for the **District of Delaware Case No. 08-13141** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in U.S. Dollars, unless specifically notated otherwise and initialed by Assignee.

IN WITNESS WHEREOF, dated the 28th day of May 2009.

WITNESS:

_(Signature)_ Jeri L. Thomsen

Jeri L. Thomsen
Office Manager
(Print name and title of witness)

By: _(Signature)_
(Signature of authorized corporate officer)

William F. Hammett, President
(Print name and title of authorized corporate officer)

707 996-5200
(Telephone number of corporate officer)