# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
:           Chapter 11
In re:                                          :
:           Case No. 08-13141 (KJC)
TRIBUNE COMPANY, et al.,        :
:           (Jointly Administered)
Debtors.                            :
:
:           **Re: Docket No. 2172**
---------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, Esquire, hereby certify that on September 21, 2009, a true and correct copy of the **Joinder of Wilmington Trust Company, as Successor Indenture Trustee, to the Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner** [Docket No. 2172] was served on all parties registered to receive service on the electronic notification list as maintained by the Court, and via Hand Delivery or First Class Mail to the parties on the attached service list.

Dated: September 21, 2009      BENESCH, FRIEDLANDER, COPLAN
                                           & ARONOFF LLP

                             By:   /s/ Jennifer R. Hoover_____
                                    Jennifer R. Hoover, Esquire (No. 5111)
                                    222 Delaware Ave., Suite 801
                                    Wilmington, DE 19801
                                    302 442 7010
                                    302-442-7012

                                    *Counsel to Wilmington Trust Company, as*
                                    *Successor Indenture Trustee*

3377372_1

| | |
|---|---|
| Garvan F. McDaniel<br>BIFFERATO GENTILOTTI LLC<br>800 N. King Street, Plaza Level<br>Wilmington, DE  19801 | David Rosner<br>KASOWITZ, BENSON, TORRES &<br>FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019 |
| Mark D. Collins<br>Christopher M. Samis<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801 | Howard Seife<br>David LeMay<br>Chadbourne & Parke LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Adam G. Landis<br>LANDIS RATH & COBB, LLP<br>919 Market Street, Suite 1800<br>Wilmington, DE  19801 | Leonard S. Shifflett<br>QUARLES & BRADY LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL  60654 |
| Daniel K. Astin<br>CIARDI CIARDI & ASTIN<br>919 Market Street, 7th Floor<br>Wilmington, DE  19801 | Karen E. Wagner<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY  10022 |
| United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE  19899-0035 | |

3377372_1