# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered<br>**Related to Docket No. 2004** |

## AFFIDAVIT OF PUBLICATION REGARDING NOTICE OF (I) PROPOSED BUSINESS COMBINATION INVOLVING THE CHICAGO CUBS MAJOR LEAGUE BASEBALL FRANCHISE AND RELATED ASSETS AND (II) RELATED COURT DATES AND DEADLINES

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

# AFFIDAVIT OF PUBLICATION

In re Tribune Company et al.

STATE OF ILLINOIS    )
                     ) ss:
COUNTY OF COOK       )

I, Randall F. Weissman, being duly sworn, hereby certify that (a) I am the News Administration Editor at *Chicago Tribune*, a daily national newspaper of general circulation; (b) the Notice attached to this Affidavit was published in the *Chicago Tribune* for national distribution for one insertion on September 9, 2009; and (c) the foregoing statements are true and correct to the best of my knowledge.

X _____
           (Signature)

<u>News Administration Editor</u>
Title

Sworn to before me this 21st day of September, 2009

_____
Notary Public

OFFICIAL SEAL
SUSAN A KELLY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/10/12

CH1 4902826v.1

LEGAL NOTICE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

TRIBUNE COMPANY, et. al.,

Debtors.

Chapter 11

Case No. 08-13141 (KJC)

Jointly Administered
Related to Docket No. 2004
Objection Deadline: September 17, 2009 at 4 p.m. (ET)
Hearing Date: September 24, 2009
at 10 a.m. (ET)

**NOTICE OF (I) PROPOSED BUSINESS COMBINATION INVOLVING THE CHICAGO CUBS MAJOR LEAGUE BASEBALL FRANCHISE AND RELATED ASSETS AND (II) RELATED COURT DATES AND DEADLINES**

**IMPORTANT:** THIS NOTICE PROVIDES YOU WITH INFORMATION CONCERNING MATTERS THAT MAY AFFECT YOUR LEGAL RIGHTS. IF YOU WISH TO BE HEARD BY THE BANKRUPTCY COURT CONCERNING THE TRANSACTIONS DESCRIBED HEREIN, OR YOU WANT TO OBJECT TO THOSE TRANSACTIONS, YOU MUST DO SO BY SEPTEMBER 17, 2009 (THE "OBJECTION DEADLINE") OR YOU MAY BE BARRED FROM SUBMITTING THOSE OBJECTIONS AFTER THAT DATE.

PLEASE TAKE NOTICE THAT on August 24, 2009, the debtors and debtors in possession in the above-captioned chapter 11 cases (the "Tribune Debtors"), filed a Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances; and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcasting Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (the "Tribune Transaction Approval Motion") (Docket No. 2004).

PLEASE TAKE FURTHER NOTICE THAT the Tribune Transaction Approval Motion seeks authority from the Bankruptcy Court for, among other things, the proposed business combination involving the business, assets, and operations of the Chicago Cubs Major League Baseball franchise (the "Cubs Business"). Both the Tribune Debtors and Chicago National League Ball Club, LLC ("CNLBC"), will seek authority to enter into and perform the necessary agreements, obligations, and similar items respecting the proposed business combination and separately, to implement the proposed business combination.

PLEASE TAKE FURTHER NOTICE THAT to facilitate and document the proposed business combination, Tribune Company ("Tribune") and CNLBC will seek approval for their entry into and performance of obligations under that certain Formation Agreement (the "Formation Agreement"), a copy of which was filed with the Bankruptcy Court on August 24, 2009, by and among Tribune, CNLBC and certain of its affiliates, Ricketts Acquisition LLC (the "Bidder") and RAC Education Trust OSA, LLC ("OSA"). The Formation Agreement, together with certain ancillary agreements (the "Ancillary Agreements"), provides for the acquisition by the Bidder of a majority interest in a joint venture that will operate the Cubs Business. The joint venture will be named Chicago Baseball Holdings, LLC ("New Cubs LLC"), and the Bidder's acquisition of a majority interest in New Cubs LLC will be financed by OSA.

PLEASE TAKE FURTHER NOTICE THAT the Formation Agreement contemplates that New Cubs LLC and its subsidiaries will continue to operate the Cubs Business, including all baseball operations, in substantially the same way it was operated when owned by Tribune and its affiliates. Most claims against CNLBC and other claims relating to the Cubs Business will be assumed and paid by New Cubs LLC, including claims of trade creditors. Most contracts with CNLBC will be assumed and assigned to New Cubs LLC.

PLEASE TAKE FURTHER NOTICE THAT a hearing to approve the Tribune Transaction Approval Motion is scheduled for September 24, 2009 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-in-Interest of Tribune Debtors and Cubs Entities, (II) Approving Process for Effecting Proposed Business Combination and Setting Transaction Hearing and Related Deadlines, And (III) Approving Certain Investor Protections entered by the Court on August 31, 2009 (Docket No. 2053), the "Notice and Procedures Approval Order"), any objection to the Proposed Business Combination (including any of the transactions contemplated by the Formation Agreement and/or any of the Ancillary Agreements) must be filed and served upon all parties listed in the Notice and Procedures Approval Order.

PLEASE TAKE FURTHER NOTICE THAT ANY AND ALL OBJECTIONS TO THE APPROVAL AND CONSUMMATION OF THE PROPOSED BUSINESS COMBINATION OR ANY TRANSACTIONS CONTEMPLATED THEREBY, OR ANY OTHER RELIEF REQUESTED IN THE TRIBUNE TRANSACTION APPROVAL MOTION (AN "OBJECTION"), MUST BE MADE IN WRITING, FILED WITH THE COURT AND SERVED SO AS TO BE ACTUALLY RECEIVED BY 4:00 P.M. (PREVAILING EASTERN TIME) ON SEPTEMBER 17, 2009 (THE "OBJECTION DEADLINE") BY ALL PARTIES LISTED IN THE NOTICE AND PROCEDURES APPROVAL ORDER, INCLUDING THE FOLLOWING:

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| Bryan Krakauer | FORMAN & LEONARD, P.A. |
| James F. Conlan | Norman L. Pernick |
| Kenneth P. Kansa | J. Kate Stickles |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL 60603 | Wilmington, DE 19801 |
| Telephone: (312) 853-7000 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 574-2101 |

PLEASE TAKE FURTHER NOTICE THAT if the Tribune Transaction Approval Motion is granted by the Bankruptcy Court, the Tribune Debtors and CNLBC intend for CNLBC to commence a chapter 11 case very soon thereafter. The Tribune Debtors and CNLBC will also ask the Bankruptcy Court after that filing to approve immediately the proposed business combination in the CNLBC chapter 11 case (the "Cubs Transaction Approval Motion" and together with the Tribune Transaction Approval Motion, the "Transaction Approval Motions"). The Cubs Transaction Approval Motion will seek immediate entry of an order in the CNLBC chapter 11 case (i) authorizing CNLBC to (a) enter into and perform its obligations under the Formation Agreement and Ancillary Agreements; (b) effect the proposed business combination concerning the Cubs Business; and (c) assume and assign substantially all executory contracts to which CNLBC is a party relating to the Cubs Business; (ii) authorizing CNLBC to pledge its interests in New Cubs LLC; and (iii) granting related relief.

PLEASE TAKE FURTHER NOTICE THAT assuming the Tribune Transaction Approval Motion is granted, the Tribune Debtors and CNLBC anticipate that a hearing on the Cubs Transaction Approval Motion will be scheduled for October 1, 2009 at 1:30 p.m. (Prevailing Eastern Time) before the Honorable Kevin J. Carey, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE THAT, the Tribune Transaction Approval Hearing and the CNLBC Transaction Approval Hearing may be rescheduled from time to time without further notice except as posted on the Tribune Debtors' website at http://chapter11.epiqsystems.com/tribune.

PLEASE TAKE FURTHER NOTICE THAT if you wish to object to the proposed business combination, you must file and serve your objection by the Objection Deadline or you may be precluded from having such objection heard at the CNLBC Transaction Approval Hearing.

IF YOU FAIL TO RESPOND IN A TIMELY MANNER IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE TRANSACTION APPROVAL MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| SIDLEY AUSTIN LLP | COLE, SCHOTZ, MEISEL, |
| Bryan Krakauer | FORMAN & LEONARD, P.A. |
| James F. Conlan | Norman L. Pernick |
| Kenneth P. Kansa | J. Kate Stickles |
| One South Dearborn Street | 500 Delaware Avenue, Suite 1410 |
| Chicago, IL 60603 | Wilmington, DE 19801 |
| Telephone: (312) 853-7000 | Telephone: (302) 652-3131 |
| Facsimile: (312) 853-7036 | Facsimile: (302) 574-2101 |

ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION