IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

**STIPULATION BETWEEN THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS AND RUSTIC CANYON
PARTNERS PURSUANT TO BANKRUPTCY RULE 2004**

IT IS HEREBY STIPULATED AND AGREED, by and between The Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), and Rustic Canyon Partners ("RCP"), by and through their respective undersigned counsel, that, counsel having conferred pursuant to Local Rule 2004-1 of this Court, an order should issue directing RCP to produce documents and otherwise respond to Committee's "Request for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); foresalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo., Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KJAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347) Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspapers Readers Agency, Inc. (7335); North Michigan Production Company (5466), North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

{698.001-W0003019.}Stipulation re Rustic Canyon Production (W0003019).DOC

Production in Connection with Analysis of the Merger" (the "Request") which was sent to RCP by the Committee's counsel by letter dated July 31, 2009 (copy of letter and Request attached hereto as Exhibit A), subject to the terms and conditions set forth hereinbelow.

1. RCP agrees to locate and produce documents responsive to the Request (the "Documents") by sending them to the Committee's counsel in New York in electronic form by September 30, 2009, and to produce a privilege log with respect to its production by September 30, 2009. RCP has advised the Committee that it needs to confer with counsel for Goldman Sachs with regard to production of certain documents created by Goldman Sachs and in the possession of RCP that may be responsive to the Request. RCP will produce those documents unless there is an objection by Goldman Sachs to the production, in which case RCP will notifiy the Committee of the objection and will meet and confer with the Committee on how best to resolve the objection, if any, in the most efficient manner. RCP anticipates advising the Committee of any objection by October 2, 2009.

2. RCP may in its discretion, but is not required to, serve a written response to the Request.

3. The Committee and RCP have entered into a Confidentiality Agreement to govern RCP's production of the Documents (copy attached hereto as Exhibit B).

4. All production of the Documents shall be without any waiver of attorney-client or any other privilege, or of work-product protection. RCP expressly reserves all rights regarding inadvertent production of privileged or work-product

material provided under Rule 502 of the Federal Rules of Evidence and under the Terms of the Confidentiality Agreement.

5. This Stipulation is entered into without prejudice to the rights of either the Committee or RCP to raise with the Court in the future, and/or to seek additional relief concerning, issues that were the subject of or related to the Request or the Confidentiality Agreement, or to confer with one another in an attempt to resolve such issues in the future.

| | |
|---|---|
| Dated: September 22, 2009<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>　　_/s/ Daniel B. Rath_<br>Adam G. Landis (No. 3407)<br>Daniel B. Rath (No. 3022)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>　　- and -<br><br>Howard Seife<br>David M. LeMay<br>Douglas E. Deutsch<br>**CHADBOURNE & PARKE LLP**<br>30 Rockefeller Plaza<br>New York, New York 10112<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br><br>_Counsel to the Official Committee of Unsecured Creditors_<br><br>**GIBSON DUNN & CRUTCHER LLP**<br><br>　　_/s/ Joel A. Feuer_<br>Joel A. Feuer<br>2029 Century Park East<br>Los Angeles, California 90067<br>Telephone: (310) 551-8808<br>Facsimile: (310) 552-7058<br><br>_Counsel to Rustic Canyon Partners_ |