# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 24, 2009 AT 10:00 A.M. BEFORE THE HONORABLE KEVIN J. CAREY

Any party who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION

1. Motion of Debtors and Debtors in Possession for Order Authorizing Tribune Debtors to File Under Seal Certain Exhibits and Schedules to Formation Agreement Relating to Proposed Business Combination (Filed September 4, 2009) (Docket No. 2099)

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

Related Document(s):

(a) Certification of No Objection Regarding Motion of Debtors and Debtors in Possession for Order Authorizing Tribune Debtors to File Under Seal Certain Exhibits and Schedules to Formation Agreement Relating to Proposed Business Combination (Filed September 22, 2009) (Docket No. 2178)

Objection Deadline: September 17, 2009 at 4:00 p.m.

Responses Received: None.

Status: A Certification of No Objection was filed with the Court. This matter will not be going forward unless otherwise directed by the Court.

**CONTESTED MATTERS GOING FORWARD**

2. Motion for Orders Pursuant to 11 U.S.C. Sections 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (Filed August 24, 2009) (Docket No. 2004)

Related Document(s):

(a) Order (I) Approving Form and Scope of Notice of Proposed Business Combination Involving Cubs Business to Creditors and Parties-in-Interest of Tribune Debtors and Cubs Entities, (II) Approving Transaction Process and Setting Transaction Hearing and Related Deadlines, and (III) Approving Certain Investor Protections (Entered August 31, 2009) (Docket No. 2053)

(b) Notice of (I) Proposed Business Combination Involving the Chicago Cubs Major League Baseball Franchise and Related Assets and (II) Related Court Dates and Deadlines (Filed September 2, 2009) (Docket No. 2071)

(c) Notice of Filing Cure Exhibit for Cubs Executory Contracts (Filed September 16, 2009) (Docket No. 2130)

(d) Notice of Filing Amended Cure Exhibit for Cubs Executory Contracts (Filed September 18, 2009) (Docket No. 2165)

(e) Affidavit of Publication Regarding Notice of (I) Proposed Business Combination Involving the Chicago Cubs Major League Baseball Franchise and Related Assets and (II) Related Court Dates and Deadlines (Filed September 22, 2009) (Docket No. 2179)

Objection Deadline: September 17, 2009 at 4:00 p.m.
On consent of the parties, the Objection Deadline was extended to 4:00 p.m. on September 18, 2009 for the Official Committee of Unsecured Creditors and Law Debenture Trust Company of New York. In addition, the objection deadline has been extended for the Office of the United States Trustee pending continued discussions regarding the proposed form of order.

Responses Received:

(a) Objection Shawon Dunston to the Approval and Consummation of the Proposed Business Combination (Filed September 17, 2009) (Docket No. 2140)

(b) Reservation of Rights of DMD Special Situations Finding LLC with Respect to Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and CNLBC to (A) Enter Into and Perform Obligations Under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Including Interests in Wrigley Field, Comcast Sports Network and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcast Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief (Filed September 17, 2009) (Docket No. 2142)

(c) J.P. Morgan Chase Bank N.A.'s Response to Reservation of Rights of DMD Special Situations Funding LLC with Respect to Debtors' Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (Filed September 21, 2009) (Docket No. 2169)

(d) Informal comments of the Office of the United States Trustee

Status: The Debtors intend to submit a revised proposed order for the Court's consideration. This matter will be going forward.

3. Motion of Ariel B. Brignole for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code (Filed September 2, 2009) (Docket No. 2068)

Related Document(s):

(a) Notice of Hearing (Filed September 2, 2009) (Docket No. 2069)

Objection Deadline: September 17, 2009 at 4:00 p.m.

Responses Received:

(a) Debtors' Preliminary Response to Motion of Ariel B. Brignole for Relief from Automatic Stay (Filed September 17, 2009) (Docket No. 2144)

Status: The matter will be going forward.

Dated: September 22, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: ______________________
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION