IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered<br><br>Hearing Date: September 24, 2009 at 10:00 a.m. (ET)<br>Objection Deadline: September 17, 2009 at 4:00 p.m. (ET) |

## AFFIDAVIT OF SERVICE

Daniel Golden, being duly sworn according to law, deposes and says that he is employed by the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for the Centerbridge Credit Advisors LLC in the above-captioned action, and that on the 21th day of September, 2009, he caused a copy of the following document to be served upon the attached service lists in the manner indicated:

*Joinder of Centerbridge Credit Advisors LLC to the Relief Requested in Motion of Law Debenture Trust Company of New York for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Apointment of an Examiner*

_____
Daniel Golden

SWORN TO AND SUBSCRIBED
by me on this 21th day of September 2009.

_____
Notary Public
My Commission Expires: _____

> MILDRED ANDINO
> Notary Public, State of New York
> No. 01AN4857026
> Qualified in Queens County
> Commission Expires April 28, 20 10

54302-002\DOCS_DE:149507.20

**Via Email**
Bryan Krakauer, Esq.
James F. Conlan, Esq.
Kenneth P. Kansa, Esq.
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
bkrakauer@sidley.com
jconlan@sidley.com
kkansa@sidley.com
(Counsel to Debtors)

Norman L. Pernick, Esq.
J. Kate Stickles, Esq.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
npernick@coleschotz.com
kstickles@coleschotz.com
(Counsel to Debtors)

Howard Seife
David M. Lemay
Douglas E. Deutsch
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY 10112
hseife@chadbourne.com
dlemay@chadbourne.com
ddeutsch@chadbourne.com
(Counsel to the Official Committee of Unsecured Creditors)

Adam G. Landis
Matthew B. McGuire
LANDIS RATH & COBB LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
landis@lrclaw.com
mcguire@lrclaw.com
(Counsel to the Official Committee of Unsecured Creditors)

Joseph J. McMahon, Jr., Esq.
OFFICE OF THE UNITED STATES TRUSTEE
844 N. King Street
Suite 2207 Lock Box 35
Wilmington, DE 19801
Joseph.McMahon@usdoj.gov

David S. Rosner
Glenn, Andrew K.
Matthew B. Stein
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
drosner@kasowitz.com
aglenn@kasowitz.com
mstein@kasowitz.com
(Counsel to the Law Debenture Trust Company of New York)

Garvan F. McDaniel
BIFFERATO GENTILOTTI
800 North King Street, Plaza Level
Wilmington, DE 19801
gmcdaniel@bglawde.com
(Counsel to the Law Debenture Trust Company of New York)

Donald S. Bernstein
James A. Florack
Damian S. Schaible
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
United States of America
donald.bernstein@davispolk.com
james.florack@davispolk.com
damian.schaible@davispolk.com
(Counsel to JPMorgan Chase Bank, N.A.)

Mark D. Collins
Katisha D. Fortune
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Collins@rlf.com
Fortune@rlf.com
(Counsel to JPMorgan Chase Bank, N.A.)

2