# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David Neier, Esquire of Winston & Strawn LLP to represent Valuation Research Corporation in this action.

Dated: September 17, 2009                     PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210

Dkt. No. 2158

Date Filed: 9/18/09

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York; U.S. District Court for the Southern and Eastern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

WINSTON & STRAWN LLP
David Neier, Esquire
200 Park Avenue
New York, NY 10166
(212-294-4700)

## ORDER GRANTING MOTION=

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: September 21, 2009

THE HONORABLE KEVIN J. CAREY
United States Bankruptcy Judge