## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

I, Jennifer R. Hoover, Esquire, move for the admission *pro hac vice*, pursuant to Local Rule 83.5, of Daniel J. Saval, Esquire, Brown Rudnick LLP, Seven Times Square, New York, NY 10036 to represent Wilmington Trust Company as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 issued by Tribune Company, in the above-captioned case.

Dated: September 22, 2009

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP

By: /s/ Jennifer R. Hoover
Jennifer R. Hoover, Esquire (No. 5111)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
302-442-7010 (telephone)
302-442-7012 (facsimile)
jhoover@beneschlaw.com

*Counsel to Wilmington Trust Corporation as Successor Indenture Trustee for the Exchangeable Subordinated Debentures due 2029 issued by Tribune Company*

DOCKET NO. 2186
DATE FILED 9/22/09

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey and Massachusetts, the U.S. District Courts for the Southern District of New York, District of New Jersey and the District of Massachusetts. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which may occur in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for the District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Brown Rudnick LLP

*[signature]*

Daniel J. Saval, Esquire
Seven Times Square
New York, NY 10036
New York, NY 10036
(212) 209-4905
(212) 938-2838

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission of Daniel J. Saval, Esquire *pro hac vice* is granted.

Dated: September 22, 2009

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge

3