IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x
| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Cases** |
| | : | **Case No. 08-13141 (KJC)** |
| **TRIBUNE COMPANY, et al.,** | : | **(Jointly Administered)** |
| | : | |
| **Debtors.** | : | |

-------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of David S. Rosner of Kasowitz, Benson, Torres & Friedman LLP, 1633 Broadway, New York, New York, 10019, to represent the Law Debenture Trust Company of New York in this action.

Dated: September 23, 2009                **BIFFERATO GENTILOTTI LLC**

/s/ Garvan F. McDaniel
Garvan F. McDaniel (I.D. #4167)
800 N. King Street, Plaza Level
Wilmington, DE  19801
Telephone:  (302) 429-1900
Fax:  (302) 429-8600
gmcdaniel@bglawde.com

*Counsel for Law Debenture Trust Company
of New York*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice of David S. Rosner, Esquire is granted.

Dated: _____, 2009                _____
United States Bankruptcy Court Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------x
**In re:**                               :        Chapter 11 Cases
                                         :        Case No. 08-13141 (KJC)
**TRIBUNE COMPANY, et al.,**             :        (Jointly Administered)
                                         :
                **Debtors.**             :
---------------------------------------------------------x

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, U.S. Circuit Court for the Eleventh Circuit, U.S. District Court, Northern District of New York, U.S. District Court, Southern District of New York, U.S. District Court, Western District of New York and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 23, 2009

/s/ David S. Rosner
David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY  10019
Telephone:  (212) 506-1726
Fax:  (212) 506-1800
drosner@kasowitz.com