# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
*In re*:                                              :    Chapter 11

TRIBUNE COMPANY, et al.,                 :    Case No. 08-13141-KJC
a Delaware corporation,                    :
                                                        :    Jointly Administered
                    Debtors.                       :
---------------------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Katharine L. Mayer., a member of the bar of this Court, pursuant to District Court Local Rule 83.5 and the attached certification, moves for the admission *pro hac vice* of David J. Adler of McCarter & English, LLP, 245 Park Avenue, New York, New York (the "Admittee"), to represent Deutsche Bank Trust Company Americas in the above-captioned bankruptcy case. The Admittee is a member in good standing of the Bar of the State of New York and the Bar of the State of New Jersey and is not currently under suspension or subject to other disciplinary action with respect to his practice.

Dated: September 22, 2009                          **MCCARTER & ENGLISH LLP**
        Wilmington, DE

                                         By:    /s/ Katharine L. Mayer
                                                    Katharine L. Mayer (DE# 3758)
                                                    Renaissance Centre
                                                    405 N. King Street, 8th Floor
                                                    Wilmington, DE 19801
                                                    (302) 984-6300
                                                    (302) 984-6399 Facsimile
                                                    (302) 984-2494 Direct Fax
                                                    kmayer@mccarter.com

                                                    *Counsel for Deutsche Bank Trust Company Americas.*

ME1 7975315v.1                                                                         DKT. NO. 2194
                                                                         DT. FILED 9-23-09

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Rule 83.5 and Local Rule 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted to practice and in good standing in the jurisdictions shown in the paragraph above; and pursuant to Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I have access to, or have acquired a copy of the Local Rules of this Court and am generally familiar with such Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been or promptly will be paid to the Clerk of the Court for the District Court.

Dated: September 22, 2009        By: /s/ David Adler
David Adler, Esq.
McCarter & English LLP
245 Park Avenue
New York, NY 10167
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com

**Motion Granted.**

BY THE COURT:

Date: September 23, 2009

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE