IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

I, Pauline Z. Ratkowiak, hereby certify that on September 23, 2009, I caused a copy of the foregoing **Notice of Amended Agenda of Matters Scheduled for Hearing on September 24, 2009 at 10:00 a.m. Before the Honorable Kevin J. Carey** to be served on the following persons identified on the attached service list in the manner indicated:

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: /s/ Pauline Z. Ratkowiak
Pauline Z. Ratkowiak
Paralegal
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117

Sworn to and subscribed before me
this 23rd day of September, 2009

/s/ Sandra L. Van Dyk
Notary Public

**SANDRA L. VAN DYK**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My commission expires July 21, 2012

46429/0001-5953635v2

## Tribune Company, *et al.*
## Agenda Service List regarding September 24, 2009 Hearing at 10:00 a.m.

**Via Telecopy:**
Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Matthew B. McGuire, Esquire
Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

Ellen W. Slights, Esquire
U. S. Attorney's Office
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, DE 19899-2046

Mark D. Collins, Esquire
Katisha D. Fortune, Esquire
Richards, Layton & Finger, P.A.
920 N. King Street
P.O. Box 551
Wilmington, DE 19899-0511

Stuart M. Brown, Esquire
Edwards Angell Palmer & Dodge
919 North Market Street, Suite 1500
Wilmington, DE 19801

Laurie Silverstein, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, PO Box 951
Wilmington, DE 19899-0951

R. Karl Hill, Esquire
Seitz, van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
PO Box 68
Wilmington, DE 19899

Katherine L. Mayer, Esquire
McCarter & English, LLP
Renaissance Centre
405 N. Market St., 8th Floor
Wilmington, DE 19801

Joseph H. Huston, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Fl.
Wilmington, DE 19801

William M. Kelleher, Esquire
Elliott Greenleaf
1000 West Street, Suite 1440
Wilmington, DE 19899

Frederick B. Rosner, Esquire
Messana Rosner & Stern, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange St., PO Box 2207
Wilmington, DE 19899

Christopher P. Simon, Esquire
Tara M. DiRocco, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
Wilmington, DE 19801

Eric Lopez Schnabel, Esquire
Robert W. Mallard, Esquire
Dorsey & Whitney (Delaware) LLP
1105 North Market St., 16th Floor
Wilmington, DE 19801

2

Mark E. Felger, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

John V. Fiorella, Esquire
Archer & Greiner, P.C.
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

Jami B. Nimeroff, Esquire
Brown Stone Nimeroff LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David B. Stratton, Esquire
Leigh-Anne M. Raport, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., PO Box 1709
Wilmington, DE 19899-1709

Margaret F. England, Esquire
Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Rachel B. Mersky, Esquire
Monzack Mersky McLaughlin
 & Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

Wilmington Trust Company
Attn: Patrick J. Healy, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Bradford J. Sandler, Esquire
Jennifer R. Hoover, Esquire
Benesch, Friedlander, Coplan
 & Aronoff LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

Adam Hiller, Esquire
Michelle Berkeley-Ayres, Esquire
Draper & Goldberg, P.L.L.C.
1500 North French Street, 2nd Floor
Wilmington, DE 19801

Sherry Ruggiero Fallon, Esquire
Tybout Redfearn and Pell
750 Shipyard Drive, Suite 400
PO Box 2092
Wilmington, DE 19899-2092

Ian Connor Bifferato, Esquire
Kevin Collins, Esquire
Bifferato LLC
800 N. King Street, Plaza Level
Wilmington, DE 91801

Michael R. Lastowski, Esquire
Sommer L. Ross, Esquire
Duane Morris LLP
1100 North Market St., Suite 1200
Wilmington, DE 19801

L. Jason Cornell, Esquire
Fox Rothschild LLP
919 N. Market Street, Suite 1300
PO Box 2323
Wilmington, DE 19899-2323

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Mary E. Augustine, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
919 North Market Street, Suite 700
Wilmington, DE 19801

William P. Bowden, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
PO Box 1150
Wilmington, DE 19899

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

James F. Conlan, Esquire
Bryan Krakauer, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603

Kevin T. Lantry, Esquire
Sidley Austin LLP
555 West Fifth Street
Los Angeles, CA 90013

Howard Seife, Esquire
David M. LeMay, Esquire
Douglas E. Deutsch, Esquire
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Donald S. Bernstein, Esquire
James A. Florack, Esquire
Damian S. Schaible, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Margot B. Schonholtz, Esquire
Madlyn Gleich Primoff, Esquire
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frederick D. Hyman, Esquire
Jeffrey G. Tougas, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

Brian Trust, Esquire
Amit K. Trehan, Esquire
Barbara Yan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

**Blake D. Rubin, Esquire**
**Andrea M. Whiteway, Esquire**
**McDermott Will & Emery LLP**
**227 West Monroe Street**
**Chicago, IL 60606**

**Michael J. Small, Esquire**
**Foley & Lardner LLP**
**321 North Clark, Suite 2800**
**Chicago, IL 60654**

**Mary K. Braza, Esquire**
**John B. Palmer, Esquire**
**Foley & Lardner LLP**
**777 E. Wisconsin Avenue**
**Milwaukee, WI 53202**

**Jefffrey Levitan, Esquire**
**Jon H. Oram, Esquire**
**Proskauer Rose LLP**
**1585 Broadway**
**New York, NY 10036-8299**

**Greg Silvers**
**Entertainment Sports Properties Trust**
**Union Station**
**30 West Pershing Road, Suite 201**
**Kansas City, MO 64108**

**Jason E. Fox and Zachary J. Pack**
**W. P. Carey Group**
**50 Rockefeller Plaza**
**New York, NY 10020**

**William Roosa**
**Manager of Investments**
**CNL Lifestyle Properties, Inc.**
**CNL Center at City Commons**
**450 South Orange Avenue**
**Orlando, FL 32801**

**Curt Caffey**
**Managing Director**
**CNL Lifestyle Properties, Inc.**
**CNL Center at City Commons**
**450 South Orange Avenue**
**Orlando, FL 32801**

**Charlie Muller**
**EVP and COO**
**CNL Lifestyle Properties, Inc.**
**CNL Center at City Commons**
**450 South Orange Avenue**
**Orlando, FL 32801**

**G. Joseph Cosenza**
**Inland Real Estate Acquisitions, Inc.**
**2901 Butterfield Road**
**Oak Brook, IL 60523**

3

Sherwin Jarol
Bradley Associates
111 East Wacker Drive, Suite 900
Chicago, IL 60601

Guy Arnold
Dividend Capital
Total Realty Trust Acquisitions LLC
518 17th Street, Floor 17
Denver, CO 80202

John A. Canning, Jr.
Madison Dearborn Partners
Three First National Plaza
Chicago, IL 60602

Mark Cuban
Mark Cuban Companies
5424 Deloache Avenue
Dallas, TX 75220

David Hokin
Diamond Sports, LLC
500 Skokie Blvd, #300
Northbrook, IL 60062

Hersch Klaff
KCW Partners, LLC
122 South Michigan Avenue, Suite 1000
Chicago, IL 60603

Don Levin
Iconic Sports LLC
2301 Ravine Way
Glenview, IL 60025

Frederic Malek
Thayer | Hidden Creek
1455 Pennsylvania Avenue, N.W., Suite 350
Washington, D.C. 20004

George Postolos
The Postolos Group LP
4409 Montrose, Suite 200
Houston, TX 77006

Ricketts Family
c/o Thomas Ricketts
Incapital LLC
200 S. Wacker, Suite 3700
Chicago, IL 60606

Andrew Murstein
Sports Properties Acquisition Corp
c/o Medallion Financial Corp
437 Madison Avenue, Floor 38
New York, NY 10022

Marc Utay
Clarion Capital
860 Park Avenue
New York, NY 10021

Mr. Shawon Dunston