## CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on this 23rd day of September, 2009, I caused copies of the foregoing *Opposition of Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order to Exclude Report and Testimony of Edward A. Phillips relating to the Debtors' Proposed 2009 Incentive Plan* to be served on the parties listed below as indicated.

**VIA HAND DELIVERY**
Norman L. Pernick, Esquire
J. Kate Stickles, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

**VIA HAND DELIVERY**
Joseph McMahon, Esquire
The Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox # 35
Wilmington, DE 19899-0035

**VIA EMAIL**
Kevin T. Lantry, Esquire
Jonathan D. Lotsoff, Esquire
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
klantry@Sidley.com
jlotsoff@Sidley.com

Christopher P. Simon (No. 3697)