# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Tribune Company | | |
| **Case Number:** | 08-13141-KJC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 24, 2009 10:00 AM   CRT#5, 5TH FL. | | |
| **Bankruptcy Judge:** | KEVIN J. CAREY | | |
| **Courtroom Clerk:** | NANCY HUNT | | |
| **Reporter / ECR:** | SHERRY STILES | | |

## *Matters:*

1) Omnibus
   **R / M #:**   0 / 0

2) Cubs Transaction
   **R / M #:**   0 / 0

## *Appearances:*

See sign in sheet

## *Proceedings:*

Agenda Item
#1 - Order Signed
#2 - Order Signed
#3 - Continued