**SIGN-IN-SHEET**

CASE NAME:  Tribune Company
CASE NO.  08-13141-KJC

COURTROOM LOCATION:  5
DATE: September 24, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Kansa | Sidley Austin LLP | Tribune Company |
| Brian Krakauer | " | " |
| Michael Small | Foley Lardner LLP | Brkts Aquisition Chicago Baseball |
| Tom Horan | Womble Carlyle Sandridge | Great Banc |
| Adam Landis | Landis Roth + GGS | Comm. Ftee |
| David le May | Chadbourne & Parke | " |
| Douglas Deutsch | " | " |
| Norman Pernick | Cole Schotz | Tribune Company |
| John Longmire | Willkie Farr | MLB |
| Josh F. Ellison | Cohen Weiss and Simon LLP | AFTRA |
| Greg Taylor | Ashby + Geddes | Ricketts Acquisition |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| Jeffrey Wisler | Connolly Bove | DMD Special Situations Fund |

# SIGN-IN-SHEET

**CASE NAME:  Tribune Company**
**CASE NO.  08-13141-KJC**

**COURTROOM LOCATION:  5**
**DATE:** September 24, 2009

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Frank Anderson | Pension Benefit Guaranty Corp | PBGC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**Calendar Date:** 09/24/2009
**Calendar Time:** 10:00 AM

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
## #5

2nd Revision 09/23/2009 02:09 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3083937 | Bruce Bennett | 213-694-1012 | Hennigan Bennett & Dorman LLP | Creditor, Oaktree Capital Management / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085945 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085834 | Peg Brickley | (215) 462-0953 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3059475 | Robert Burns | (212) 554-1768 | Monarch Alternative Capital LP | Interested Party, Monarch Alternative Capital LP / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3085949 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085884 | Anna Kalenchits | (212) 723-1808 | Anna Kalenchits | Interested Party, Anna Kalenchits / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3085927 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085921 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085936 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3067595 | Richard Paige | 212-583-4000 | Perry Capital | Interested Party, Perry Capital / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3082952 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |

Erika Orozco

CourtConfCal2007