**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[1] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. _____ |

**ORDER AUTHORIZING TRIBUNE DEBTORS TO FILE UNDER SEAL
CERTAIN EXHIBITS TO FORMATION AGREEMENT
RELATING TO PROPOSED BUSINESS COMBINATION**

Upon the motion (the "Motion")[2] of the debtors and debtors in possession in the

above-captioned chapter 11 cases (collectively, the "Tribune Debtors") for an order pursuant to

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

46429/0001-5969809v2

section 107(b) of title 11 of the United Stated Code (the "Bankruptcy Code"), Rule 9018 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 9018-1 of the Local

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware authorizing the Tribune Debtors to file under seal certain exhibits to

Tribune Debtors' Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I)

Authorizing Tribune Debtors and Cubs Entities to (A) Enter Into and Perform Obligations under

Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination

Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related

Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume

and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into

Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcasting

Company and Tribune Company to Enter Into and Perform Obligations Under Radio and

Television Broadcast Agreements; and (IV) Granting Related Relief (the "Tribune Transaction

Approval Motion") and the Court having reviewed the Motion, any responses to the Motion, and

the documents sought to be filed under seal; and adequate and sufficient notice of the Motion

having been given under the circumstances in accordance with Fed. R. Bankr. P. 9018; and the

Court having been advised of the reasons for filing the relevant documents under seal; and it

appearing that the relief requested is in the best interests of the Tribune Debtors and their estates;

it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the Tribune Debtors are hereby authorized to file the restated

radio and television broadcast agreements constituting Exhibits P-1 and P-2 to the Formation

Agreement under seal; and it is further

2

46429/0001-5969809v2

ORDERED, that the Tribune Debtors are hereby authorized to file Schedule 5.1(c) to the Formation Agreement under seal; and it is further

ORDERED, that the documents filed under seal pursuant to this Order shall remain under seal until further order of this Court.

Dated: Wilmington, Delaware
      September 21, 2009

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge