I am writing this letter due to the concern I have over the omnibus objection four information form I have received. On the form it states you *are trying to expunge claim number 248 and number 1390 both of which* have the correct claim amounts of 8,511.75 cents. It also states on the claims remaining side I have a claim number 2146 remaining with the correct dollar amount of 8,511.75 cents. My question is, why does the omnibus information you sent me with multiple claims to be expunged or not, all have the correct dollar amounts of 8,511.75 cents, but when I go to Epiq Bankruptcy claims search website, claim number 1390 and 248 which are to be expunged has correct dollar amount but claim number 2146 has an amount claim as zero dollars. I have spoken with Epiq and it is all documented. They also said a research team would look into my concerns and contact me. But I have not been contacted. I have written a letter months ago to Epiq upon their request stating I do agree with claim amount of 8,511.75 cents. I would expect someone to look into this matter as soon as possible as the deadline is approaching quickly. Sincerely,

*Daniel L. Miles*
Home phone: 706-406-0037
Mobile Phone: 219-561-3612
Email Address: Dmiles01234@yahoo.com   **Monday, September 21, 2009**

*Daniel Miles*