IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,[1]<br>Debtors. | Chapter 11<br><br>Case No. 08-13141 (KJC)<br>Jointly Administered<br>**Related to Docket No. 2157** |

NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 25, 2009 AT 9:30 A.M.
BEFORE THE HONORABLE KEVIN J. CAREY

[PLEASE NOTE NEW HEARING TIME]

Any party who wishes to appear telephonically at the hearing
must contact COURTCALL, LLC at 866-582-6878 to register to participate.

## CONTESTED MATTERS GOING FORWARD

1. Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed July 22, 2009) (Docket No. 1800)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Washington Bureau Inc. (f/k/a Tribune Broadcasting News Network Inc.) (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[2] All amendments made to the Agenda initially filed with the Court [Docket No. 2157] are in bold print.

Related Document(s):

    (a)    Debtors' Reply to Objections to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed August 6, 2009) (Docket No. 1903)

    (b)    Reply of the Debtors to Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 18, 2009) (Docket No. 2151) [Filed Under Seal]

    (c)    Joint Pretrial Memorandum Regarding Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 18, 2009) (Docket No. 2156) [Filed Under Seal]

Objection Deadline: August 4, 2009 at 4:00 p.m.
Supplemental Objection Deadline: September 11, 2009 at 4:00 p.m.
Supplemental Reply Deadline: September 18, 2009 at 12:00 p.m.

Responses Received:

    (a)    Letter from Chuck Philips (Filed August 4, 2009) (Docket No. 1886)

    (b)    Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 4, 2009) (Docket No. 1889)

    (c)    Joinder of Newspaper Guild of New York, CWA Local 31003 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1890)

(d) Joinder of Teamsters Local Union No. 355 and Teamsters Local Union No. 888 to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for An Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing [D.I. No. 1889] (Filed August 4, 2009) (Docket No. 1891)

(e) The United States Trustee's (I) Response to the Debtors' Motion for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Awards to Certain Executives and (II) Objection to the Related Motion to Seal the Mercer Report (Docket Entry #s 1800, 1801) (Filed August 5, 2009) (Docket No. 1893)

(f) Exhibit A to Objection of Washington-Baltimore Newspaper Guild to (1) the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and (2) the Motion of the Debtors to File Under Seal an Exhibit to Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives and Motion to Continue the August 11, 2009 Hearing (Filed August 5, 2009) (Docket No. 1895)

(g) International Brotherhood of Electrical Workers, Local 1212's Letter Objection to Motion to Implement and Pay Management Incentive Plan (Received August 4, 2009)

(h) Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 11, 2009) (Docket No. 2110) [Filed Under Seal]

(i) Appendix of Exhibits re: D.I. Nos. 2109 & 2110 (Filed September 11, 2009) (Docket No. 2111) [Filed Under Seal]

(j) Notice of Service of Expert Report of Edward A. Phillips in Support of Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008

46429/0001-5983296v2

                Management Incentive Plan Awards to Certain Executives (Filed September 11, 2009) (Docket No. 2112) [Filed Under Seal]

        Status:        This matter will be going forward.

2. Washington-Baltimore Newspaper Guild's Motion to Exclude the Report of Mercer (U.S.) and the Testimony of Debtors' Expert Witness in Support of the Debtors' 2009 Incentive Program (Filed September 11, 2009) (Docket No. 2109)

    Related Document(s):

        (a)    Appendix of Exhibits re: D.I. Nos. 2109 & 2110 (Filed September 11, 2009) (Docket No. 2111) [Filed Under Seal]

        (b)    Notice of Service of Expert Report of Edward A. Phillips in Support of Supplemental Objection of the Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order Authorizing the Debtors to Implement a 2009 Management Incentive Plan and to Pay Earned 2008 Management Incentive Plan Awards to Certain Executives (Filed September 11, 2009) (Docket No. 2112) [Filed Under Seal]

    Objection Deadline: September 18, 2009 at 12:00 p.m.

    Responses Received:

        (a)    Response of the Debtors to the Motion of Washington-Baltimore Newspaper Guild to Exclude the Report of Mercer (U.S.) and the Testimony of Debtors' Expert Witness in Support of the Debtors' 2009 Incentive Program (Filed September 18, 2009) (Docket No. 2152) [Filed Under Seal]

    Status:    This matter will be going forward.

3. Motion of the Debtors to Exclude Expert Report and Testimony of Edward A. Phillips Relating to the Debtors' Proposed 2009 Incentive Plan (Filed September 18, 2009) (Docket No. 2153) [Filed Under Seal]

    Related Document(s):

        (a)    Motion to Set a Hearing and Response Date with respect to Motion of the Debtors to Exclude Expert Report and Testimony of Edward A. Phillips Relating to the Debtors' Proposed 2009 Incentive Plan (Filed September 18, 2009) (Docket No. 2154)

46429/0001-5983296v2

(b)   Order Granting Motion to Set a Hearing and Response Date with Respect to Motion of the Debtors to Exclude Expert Report and Testimony of Edward A. Phillips Relating to the Debtors' Proposed 2009 Incentive Plan (Entered September 24, 2009) (Docket No. 2211)

**Objection Deadline:** September 25, 2009 at 10:00 a.m.

Responses:

(a)   Opposition of Washington-Baltimore Newspaper Guild to the Motion of the Debtors for an Order to Exclude Report and Testimony of Edward A. Phillips Relating to the Debtors' Proposed 2009 Incentive Plan [Filed Under Seal] (Filed September 23, 2009) (Docket No. 2205)

**Status:**   **This matter will be going forward.**

Dated: September 24, 2009

SIDLEY AUSTIN LLP
Bryan Krakauer
James F. Conlan
Janet E. Henderson
Kevin T. Lantry
Kenneth P. Kansa
One South Dearborn Street
Chicago, IL  60603
Telephone:  (312) 853-7000

-and-

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

By: _____
Norman L. Pernick (No. 2290)
J. Kate Stickles (No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

46429/0001-5983296v2