# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRIBUNE COMPANY, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13141 (KJC)<br>Jointly Administered<br><br>**Hearing Date: September 24, 2009 at 10:00 a.m. (ET)**<br>**Agenda Item No. 1**<br>**Related to Docket Nos. 2004 and 2099** |

## DOCUMENT FILED UNDER SEAL

Restated Radio and Television Broadcast Agreements and Schedule 5.1(c) to that certain Formation Agreement dated as of August 21, 2009, which is filed as <u>Exhibit A</u> to the Tribune Debtors' Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 (I) Authorizing Tribune Debtors and Cubs Entities to (A) Enter Into and Perform Obligations under Formation Agreement and Ancillary Agreements, (B) Effect Proposed Business Combination Respecting Cubs-Related Assets, Interests in Wrigley Field, Comcast Sports Net and Related Assets Free and Clear of All Liens, Claims, Rights, Interests and Encumbrances, and (C) Assume and Assign Executory Contracts; (II) Authorizing Debtor Tribune Company to Enter Into Guarantees of Debt Financing; (III) Authorizing Debtors WGN Continental Broadcasting Company and Tribune Company to Enter Into and Perform Obligations Under Radio and Television Broadcast Agreements; and (IV) Granting Related Relief [Docket No. 2004]

Dated: September 23, 2009

| | |
|---|---|
| SIDLEY AUSTIN LLP<br>Bryan Krakauer<br>James F. Conlan<br>Kenneth P. Kansa<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 | COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>Norman L. Pernick (No. 2290)<br>J. Kate Stickles (No. 2917)<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117 |

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

47658/0001-6013329v2