IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------- x

In Re:

TRIBUNE COMPANY, et al.,

    Debtors.

: Chapter 11
: Case No. 08-13141 (KJC)
: (Jointly Administered)
:
: Re: Docket Nos. 2031, 2136, 2138, 2139, 2143, 2145,
: 2147, 2148, 2172 and 2176

------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING STIPULATED ORDER RESOLVING AS BETWEEN THE DEBTORS, THE UNSECURED CREDITORS COMMITTEE, J.P. MORGAN CHASE BANK, N.A., CITIGROUP GLOBAL MARKETS, INC., MERRILL LYNCH CAPITAL CORPORATION, MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., VALUATION RESEARCH CORPORATION, ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, LAW DEBENTURES' MOTION FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OR, ALTERNATIVELY FOR THE APPOINTMENT OF AN EXAMINER**

I, Garvan F. McDaniel, of Bifferato Gentilotti LLC, co-counsel to the Law Debenture Trust Company of New York ("Law Debenture"), certifies as follows:

1. On or about August 26, 2009, Law Debenture filed its *Motion For Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure of Tribune Company, Its Affiliates, and Certain Third Parties, or Alternatively, for the Appointment of an Examiner* (the "Motion") [Docket No. 2031].

2. On or about September 17, 2009, the Official Committee of Unsecured Creditors filed a response and partial objection to the Motion [Docket No. 2136].

3. On or about September 17, 2009, the Robert R. McCormick Foundation and Cantigny Foundation filed a limited objection to the Motion [Docket No. 2138].

4. On or about September 17, 2009, JPMorgan Chase Bank, N.A filed an objection to the Motion [Docket No. 2139].

5. On or about September 17, 2009 the Tribune Company filed a response to the Motion [Docket No. 2143].

6. On or about September 17, 2009, Valuation Research Corporation filed a joinder to objections to the Motion [Docket No. 2145].

7. On or about September 17, 2009, Deutsche Bank Trust Company Americas filed a joinder to the Motion [Docket No. 2147].

8. On or about September 17, 2009, Merrill Lynch Capital Corporation filed an objection to the Motion [Docket No. 2148].

9. On or about September 17, 2009, Wilmington Trust Company filed a joinder to objections to the Motion [Docket No. 2172].

10. On or about September 21, 2009, Centerbridge Credit Advisors LLC filed a joinder to the Motion [Docket No. 2176].

11. The Debtors, the Unsecured Creditors Committee, J.P. Morgan Chase Bank, N.A., Citigroup Global Markets, Inc., Merrill Lynch Capital Corporation, Merrill, Lynch, Pierce, Fenner & Smith, Inc., Morgan Stanley & Co., Inc., Valuation Research Corporation, Robert R. McCormick Foundation, Cantigny Foundation, and Law Debenture Trust Company of New York have agreed to settle the Motion by entering into a Stipulation attached hereto as Exhibit A (the "Stipulation").

WHEREFORE, the Law Debenture Trust Company of New York respectfully requests that the Court approve the Stipulation by entering the proposed Order attached hereto.

Dated: September 24, 2009
Wilmington, Delaware

By: /s/ Garvan F. McDaniel
**BIFFERATO GENTILOTTI LLC**
Garvan F. McDaniel (No. 4167)
800 N. King Street, Plaza Level
Wilmington, Delaware 19801
Tel: (302) 429-1900
Fax: (302) 429-8600

– and –

David S. Rosner
Andrew K. Glenn
Matthew B. Stein
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700

*Co-Counsel for Law Debenture Trust Company of New York*