IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRIBUNE COMPANY, et al.,<br><br>　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08 – 13141 (KJC)<br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

PLEASE TAKE NOTICE that Centerbridge Credit Advisors LLC., party in interest in the above-captioned cases, hereby appears by their counsel, Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") and Pachulski Stang Ziehl & Jones LLP ("PSZJ"). Akin Gump and PSZJ hereby enter their appearances pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in the above-captioned cases. Akin Gump and PSZJ request, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon Centerbridge Credit Advisors LLC through service upon Akin Gump and PSZJ, at the addresses, telephone, and facsimile numbers set forth below:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Mark M. Billion, Esq.<br><br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>(Courier 19801)<br><br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br>Electronic Mail:<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>mbillion@pszjlaw.com | Daniel H. Golden, Esq.<br>Philip C. Dublin, Esq.<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, New York 10036<br><br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Electronic Mail:<br>dgolden@akingump.com<br>pdublin@akingump.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of Centerbridge Credit Advisors LLC, including, without limitation, to (i) have final orders in non-core matters entered only after *de novo* review by a higher court, (ii) trial by jury in any proceeding so triable in these cases, or any case, controversy, or adversary proceeding related to these cases, (iii) have the reference withdrawn in any matter subject to

mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Centerbridge Credit Advisors LLC may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 25, 2009

    PACHULSKI STANG ZIEHL & JONES LLP

    _____
    Laura Davis Jones (Bar No. 2436)
    Timothy P. Cairns (Bar No. 4228)
    Mark M. Billion (Bar No. 5263)
    919 North Market Street, 17th Floor
    P.O. Box 8705
    Wilmington, DE 19899-8705 (Courier 19801)
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400
    Email: ljones@pszjlaw.com
           tcairns@pszjlaw.com
           mbillion@pszjlaw.com

    and

    Daniel H. Golden
    Philip C. Dublin
    AKIN GUMP STRAUSS HAUER & FELD LLP
    One Bryant Park
    New York, New York 10036
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)
    dgolden@akingump.com
    pdublin@akingump.com

    *Counsel for Centerbridge Credit Advisors LLC*