IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| TRIBUNE COMPANY, *et al.* | ) | Case No. 08-13141 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission of Jared A. Ellias, Esquire *pro hac vice* is granted.

Dated: September ___, 2009

_____
Kevin J. Carey
Chief United States Bankruptcy Judge