**<u>EXHIBIT A</u>**

# JONES DAY

Potential Newspaper Acquisition # 1

07/01/09    R C THOMAS                                  0.40                        190.00
Review correspondence from Xanders regarding potential distribution relationship with          (.10);
review prior antitrust analyses involving distribution agreements (.30).

07/02/09    R C THOMAS                                  0.70                        332.50
Review correspondence from Xanders regarding potential distribution relationship with          (.10);
communicate with Xanders regarding same (.20); review prior antitrust analyses involving distribution
agreements (.40).

07/02/09    R C THOMAS                                  0.80                        380.00
Communicate with Xanders regarding audit language in                        preprint agreement (.30);
communicate with Proger regarding same (.50).

07/06/09    R C THOMAS                                  1.30                        617.50
Analyze draft                        preprint agreement (.50) and communicate with Proger and Xanders
regarding same (.30); review term sheet (.50).

07/07/09    R C THOMAS                                  0.90                        427.50
Analyze draft                        preprint agreement (.60) and communicate with Proger and Xanders
regarding same (.30).

07/07/09    R C THOMAS                                  0.50                        237.50
Analyze draft          term sheet (.30) and communicate with Xanders and Dittoe regarding same (.20).

07/08/09    P A PROGER                                  0.20                        180.00
Review proposed exclusivity in preprint contract.

07/08/09    R C THOMAS                                  0.80                        380.00
Analyze draft                        preprint agreement (.50) and communicate with Xanders, Dittoe,
and Jahns regarding same (.30).

07/09/09    R C THOMAS                                  0.60                        285.00
Review summary of cost saving initiatives (.20); analyze draft                        preprint agreement
(.40).

07/10/09    R C THOMAS                                  0.40                        190.00
Analyze draft                        preprint agreement.

07/13/09    R C THOMAS                                  0.20                         95.00
Analyze draft                        preprint agreement and send comments to Xanders.

07/14/09    R C THOMAS                                  0.10                         47.50
Analyze commercial terms for proposed          distribution transaction.

07/15/09    R C THOMAS                                  0.10                         47.50
Analyze commercial terms for proposed          distribution transaction and communicate
by email with Xanders regarding same.

07/16/09    R C THOMAS                                  0.30                        142.50
Analyze proposed pre-print agreement with

07/20/09    R C THOMAS                                  1.10                        522.50
Analyze proposed pre-print agreement with          and communicate by email with
Xanders regarding same (.30); communicate with Xanders regarding proposed          preprint agreement
and                        distribution agreement (.80).

07/21/09    R C THOMAS                                  1.80                        855.00
Review drafts of          preprint press release (.60); communicate with Xanders regarding
same (.20); review draft          Register preprint agreement (1.00).

07/22/09    R C THOMAS                                  0.20                         95.00
Communicate with Xanders regarding          preprint press communications.

# JONES DAY

Potential Newspaper Acquisition # 1 <span style="float:right">Page 2</span>

| Date | Attorney | Hours | Amount |
|---|---|---|---|
| 07/23/09 | R C THOMAS | 0.50 | 237.50 |
| | Review marketing materials for          and                    weeklies in connection with preprint agreement (.30) and communicate with Xanders regarding same (.20). | | |
| 07/24/09 | R C THOMAS | 0.20 | 95.00 |
| | Communicate with Xanders regarding          circulation communication. | | |
| 07/28/09 | R C THOMAS | 0.20 | 95.00 |
| | Review and communicate with Xanders regarding          distribution standby communication. | | |
| 07/30/09 | R C THOMAS | 1.20 | 570.00 |
| | Analyze preprint materials for          ,          , and          ; communicate with Proger regarding same. | | |
| 07/31/09 | P A PROGER | 0.70 | 630.00 |
| | Review          Preprint Term Sheet (.30); review antitrust analysis of same (.20); telephone call with Xanders regarding same (.20). | | |
| 07/31/09 | P A PROGER | 0.40 | 360.00 |
| | Review antitrust analysis of (1)          and          , and (2)          (.20); telephone call with Xanders regarding same (.20). | | |
| 07/31/09 | R C THOMAS | 2.20 | 1,045.00 |
| | Prepare for and participate in teleconference with Xanders and Proger regarding preprint agreements with          ,          and          . | | |
| 08/03/09 | P A PROGER | 2.00 | 1,800.00 |
| | Review preprint          documents and information (.60); conference call with Thomas, Climbable and Dittoe regarding same (.40); conference call with Marx and Lowe regarding          (.40); conference call with Climbable, Dittoe and Xanders regarding          (.60). | | |
| 08/03/09 | R C THOMAS | 4.30 | 2,042.50 |
| | Prepare for (3.30) and participate in teleconference with Xanders, McKibben, Dittoe, and Proger regarding preprint agreement with          (.40); review          strategy document (.20) and communicate with Xanders regarding same (.10); communicate with Xanders regarding antitrust analysis for other draft agreements (.30). | | |
| 08/04/09 | R C THOMAS | 0.30 | 142.50 |
| | Review          strategy document (.20) and communicate with Xanders regarding same (.10). | | |
| 08/18/09 | R C THOMAS | 1.40 | 665.00 |
| | Review correspondence from Xanders regarding proposed content sharing with          (.60); review prior analysis regarding circulation and advertising in          (.60); communicate with Proger regarding same (.20). | | |
| 08/20/09 | R C THOMAS | 0.10 | 47.50 |
| | Review correspondence from Xanders regarding          preprint transaction. | | |
| 08/24/09 | R C THOMAS | 0.10 | 47.50 |
| | Review correspondence from Xanders regarding          preprint transaction. | | |
| 08/25/09 | P A PROGER | 0.70 | 630.00 |
| | Participate in conference call with Xanders, Goller and Thomas. | | |
| 08/25/09 | R C THOMAS | 1.10 | 522.50 |
| | Prepare for (.40) and participate in teleconference with Proger, Xanders, and Goller (.70). | | |
| **TOTAL** | | **25.80**    **USD** | **13,955.00** |

# JONES DAY

| Date | Name | Hours | Amount |
|---|---|---|---|
| 08/19/09 | R C THOMAS | 0.80 | 380.00 |

Communicate with Proger regarding proposed T365 transaction with (.30); review prior analysis concerning (.50).

| 08/21/09 | R C THOMAS | 0.70 | 332.50 |

Analyze          T365 opportunity (.40) and communicate by email with Xanders regarding same (.10); communicate with Proger regarding same (.20).

| **TOTAL** | | **1.50** | USD | **712.50** |

# JONES DAY

Advice on Antitrust Matters                                                                                                Page 1

| 07/01/09 | D N CHI | 1.00 | 350.00 |
|---|---|---|---|

Draft and revise April-May bill and fee application (.70); phone conference and emails with Sobczak re same.

| 07/01/09 | A K SOBCZAK | 3.00 | 750.00 |

Draft, review and revise fee application cover sheets for April 1, 2009 through May 31, 2009 (1.50); redact portions of bill (1.20); phone conference and e mails with Chi regarding same (.30).

| 07/01/09 | R C THOMAS | 0.40 | 190.00 |

Review correspondence from Xanders regarding potential sales relationship with          (.10); review legal memorandum on T365 guidelines (.30).

| 07/02/09 | D N CHI | 0.40 | 140.00 |

Draft and revise April-May bill.

| 07/02/09 | R C THOMAS | 0.90 | 427.50 |

Review correspondence from Xanders regarding potential sales relationship with          (.20); review legal memorandum on T365 guidelines (.30); communicate with Xanders regarding same (.40).

| 07/06/09 | D N CHI | 0.90 | 315.00 |

Finalize and file Tribune April-May fee application (.60); e-mails with Sobczak regarding first interim cover sheets (.30).

| 07/06/09 | J DEVERINES | 0.50 | 162.50 |

Update of Tribune properties spreadsheets for Thomas (.40); communicate with Thomas re same (.10).

| 07/06/09 | A K SOBCZAK | 0.20 | 50.00 |

E-mails with Chi regarding cover sheets for first interim fee application.

| 07/06/09 | R C THOMAS | 0.30 | 142.50 |

Revise chart on Tribune media properties and review information from client regarding same (.20); communicate with Deverines regarding same (.10).

| 07/08/09 | A K SOBCZAK | 1.00 | 250.00 |

E-mail with Chi regarding cover pages for fee application (.10); draft, review and revise cover pages and exhibits to fee application (.90).

| 07/10/09 | D N CHI | 4.10 | 1,435.00 |

Draft and revise first and second interim fee applications.

| 07/13/09 | A K SOBCZAK | 1.00 | 250.00 |

Review and revise interim fee application cover sheets and exhibits (.80); e-mail with Chi regarding same (.20).

| 07/14/09 | D N CHI | 0.30 | 105.00 |

Finalize and file first and second interim fee applications.

| 07/16/09 | D N CHI | 0.50 | 175.00 |

Review fee examiner letter and draft list of action items.

| 07/20/09 | D N CHI | 0.40 | 140.00 |

Draft and revise response to fee examiner letter.

| 07/21/09 | R C THOMAS | 1.20 | 570.00 |

Review late week          overview, initiative summary, and FAQ and edit same (1.00); communicate with Xanders regarding same (.20).

| 07/22/09 | R C THOMAS | 0.30 | 142.50 |

Review file regarding proposed          coverage for          and          papers.

# JONES DAY

| 07/23/09 | AK SOBCZAK | 2.00 | 500.00 |
|---|---|---|---|

Review and revise June 2009 fee statement (1.60); numerous e-mails with Chi and Schaefer regarding same (.40).

| 07/27/09 | AK SOBCZAK | 0.50 | 125.00 |
|---|---|---|---|

Review and revise June fee application (.30); e-mails with Schaefer and Chi regarding same (.20).

| 07/30/09 | R C THOMAS | 0.40 | 190.00 |
|---|---|---|---|

Review file regarding potential T365 sales relationships.

| 07/31/09 | R C THOMAS | 0.60 | 285.00 |
|---|---|---|---|

Prepare for and participate in teleconference with Xanders and Proger regarding potential T365 sales relationships.

| 08/04/09 | AK SOBCZAK | 1.00 | 250.00 |
|---|---|---|---|

Draft, review and revise cover pages for June 2009 fee statement.

| 08/06/09 | D N CHI | 1.40 | 490.00 |
|---|---|---|---|

Draft and revise June fee application and bill.

| 08/06/09 | AK SOBCZAK | 0.50 | 125.00 |
|---|---|---|---|

Review June bill and arrange for redaction of same (.30); numerous e-mails with Chi regarding same (.20).

| 08/10/09 | AK SOBCZAK | 0.50 | 125.00 |
|---|---|---|---|

Review and revise June 2009 fee statement.

| 08/11/09 | AK SOBCZAK | 1.50 | 375.00 |
|---|---|---|---|

Review and redact time narratives in Ledes format bill (1.40); e-mails with Chi regarding same (.10).

| 08/12/09 | AK SOBCZAK | 1.00 | 250.00 |
|---|---|---|---|

Further redact June 2009 fee statement (.80); e-mails with Chi regarding same (.20).

| 08/13/09 | D N CHI | 0.70 | 245.00 |
|---|---|---|---|

Finalize and file June fee application.

| 08/17/09 | D N CHI | 0.30 | 105.00 |
|---|---|---|---|

Correspond with Cooper (fee examiner) (.20); emails to Schaefer regarding Jones Day fee application (.10).

| 08/17/09 | AK SOBCZAK | 2.00 | 500.00 |
|---|---|---|---|

Review and revise July 2009 fee statement (1.80); e-mails with Schaefer regarding same (.20).

| 08/20/09 | AK SOBCZAK | 0.20 | 50.00 |
|---|---|---|---|

E-mails with Schaefer regarding July 2009 fee statement (.10); scan and e-mail edits to Schaefer (.10).

| 08/21/09 | AK SOBCZAK | 0.30 | 75.00 |
|---|---|---|---|

Review and reivse latest version of July 2009 fee statement.

| 08/25/09 | D N CHI | 0.40 | 140.00 |
|---|---|---|---|

Review fee examiner's report regarding Jones Day's first fee application.

| **TOTAL** | | **29.70** | **USD** | **9,425.00** |
|---|---|---|---|---|

**EXHIBIT B**

# JONES DAY

Tribune Company                                                                                          Page 1

## DISBURSEMENT DETAIL - August 31, 2009

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|--|
| | **CALLING CARD CHARGES** | | | |
| 07/09/09 | P A PROGER | WAS | 0.07 | |
| | Calling card charges conference call charge 30-Apr-2009 | | | |
| 07/09/09 | P A PROGER | WAS | 4.17 | |
| | Calling card charges conference call chage 06-May-2009 | | | |
| 07/09/09 | P A PROGER | WAS | 0.10 | |
| | Calling card charges conference call charges 30-Apr-2009 | | | |
| 07/30/09 | P A PROGER | WAS | 1.16 | |
| | Calling card charges 05-Jun-2009 | | | |
| | **Calling card charges Subtotal** | | | **5.50** |
| | **CONFERENCE CHARGES** | | | |
| 07/09/09 | P A PROGER | WAS | 1.96 | |
| | Conference charges conference call charge 05-May-2009 | | | |
| 07/16/09 | P A PROGER | WAS | 4.75 | |
| | Conference charges 05-Jun-2009 | | | |
| | **Conference Charges Subtotal** | | | **6.71** |
| | **LONG DISTANCE CHARGES** | | | |
| 07/06/09 | WAS ACCOUNTING | WAS | 3.75 | |
| | Long distance charges through 07/06/2009 | | | |
| 08/06/09 | WAS ACCOUNTING | WAS | 6.75 | |
| | Long distance charges through 08/06/2009 | | | |
| | **Long distance charges Subtotal** | | | **10.50** |
| | **Total** | | **USD** | **22.71** |

Advice on Antitrust Matters

## DISBURSEMENT DETAIL - August 31, 2009

| Date | Timekeeper Name | Location | Amount | |
|------|-----------------|----------|--------|--|
| | **CALLING CARD CHARGES** | | | |
| 07/30/09 | P A PROGER | WAS | 4.74 | |
| | Calling card charges 09-Jun-2009 | | | |
| 07/30/09 | P A PROGER | WAS | 1.09 | |
| | Calling card charges 11-Jun-2009 | | | |
| | **Calling card charges Subtotal** | | | **5.83** |
| | **Total** | | **USD** | **5.83** |
| | **Grand Total** | | **USD** | **28.54** |

**EXHIBIT C**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al.,[5] | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## CERTIFICATION OF PHILLIP A. PROGER

Phillip A. Proger, under penalty of perjury, certifies as follows:

1.      I am a partner in the law firm of Jones Day.  I make this certification in accordance with Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules")[6] regarding the contents of applications for compensation and expenses.

---

[5] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS 1, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

[6] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Application.

2.      I have read the Fourth Application of Jones Day for Allowance of Compensation for and for Reimbursement of Expenses for the Period from July 1, 2009 through August 31, 2009 (the "<u>Application</u>").

3.      A Jones Day attorney has reviewed the requirements of the Guidelines For Reviewing Applications For Compensation And Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "<u>Guidelines</u>") and the Local Rules, and I believe that the Application complies with the Guidelines and the Local Rules.


Dated:  September 25, 2009                    /s/ Phillip A. Proger
                                              Phillip A. Proger


CHI-1719549v2