# EXHIBIT A

# Declaration of Christopher L. Meazell

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

## <u>DECLARATION OF CHRISTOPHER L. MEAZELL</u>

STATE OF OKLAHOMA

COUNTY OF CLEVELAND

I, CHRISTOPHER L. MEAZELL, declare as follows:

1.      I am an attorney with the law firm of Dow Lohnes PLLC ("Dow Lohnes"), which serves as special regulatory counsel for the Debtors and Debtors-in-Possession in the above-captioned Chapter 11 cases.

2.      I have read the forgoing Third Monthly Fee Application of Dow Lohnes PLLC for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtors and Debtors in Possession for the Period August 1, 2009 through August 31, 2009 and know the contents thereof and that the same are true and correct, to the best of my knowledge, information and belief.

3.      I have reviewed the requirements of Del. Bankr. L.R. 2016-2, and Dow Lohnes's Third Monthly Fee Application complies with this rule to the best of my knowledge, information and belief.

4.      There is no agreement or understanding between Dow Lohnes and any other person for a division of compensation as special regulatory counsel to the Debtors and Debtors in Possession.

5.      No division prohibited by the Bankruptcy Code will be made by Dow Lohnes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Norman, Oklahoma, this 24th day of September, 2009.

Christopher L. Meazell

# EXHIBIT B

## Invoices and Excel Spreadsheet

# EXHIBIT B

## FEE SUMMARY FOR THE PERIOD FROM
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Name of Professional | Position (Number of Years in Position); Area of Expertise; Year of Obtaining License to Practice (Jurisdiction) | Hourly Billing Rate (1) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Susan E. Anderson | Communications Coordinator (since 1990); n/a | 250 | 2.9 | 725.00 |
| John R. Feore | Member (since 1980); Communications; 1975 (DC) | 725 | 38.8 | 28,130.00 |
| Krista E. Gallagher | Paralegal (since 2007); Communications; n/a | 145 | 0.6 | 87.00 |
| Daniel A. Kirkpatrick | Associate (since 2003); Communications; 2003 (VA) & 2004 (DC) | 335 | 171.7 | 57,519.50 |
| John S. Logan | Member (since 1988); Communications; 1979 (DC) | 645 | 2.4 | 1,548.00 |
| Christopher L. Meazell | Senior Counsel (since 2009); Litigation & Bankruptcy; 2001 (GA); 2007(OK) | 400 | 12.2 | 4,880.00 |
| Scott S. Patrick | Member (since 2005); Communications; 1990 (DC) & 1996 (MD) | 520 | 2.6 | 1,352.00 |
| Joshua N. Pila | Associate (since 2007); Communications; 2008 (DC) & 2008 (NY) | 255 | 18.1 | 4,615.50 |
| M. Ann Swanson | Member (since 1997); Communications; 1981 (DC) | 575 | 156.0 | 89,700.00 |
| **TOTALS** | | | **405.3** | **188,557.00** |
| **BLENDED RATE** | | | | **465.228226** |

[1]  The Hourly Billing Rates reflected herein are the highest rate billed for such professional or individual during the billing period.  The highest billing rate that will be charged by any Dow Lohnes attorney for services rendered under Sidley's current billing rates that became effective on January 1, 2009 and continuing until Dow Lohnes's next Firm-wide rate adjustment will be $725 per hour.

**COMPENSATION BY PROJECT CATEGORY**
**FOR THE PERIOD FROM**
**AUGUST 1, 2009 THROUGH AUGUST 31, 2009**

| Matter Description | Total Hours | Total Fees |
|---|---|---|
| FCC and Broadcast Matters 08656.0100 | 393.1 | 183,677.00 |
| Fee Applications 08656.0101 | 12.2 | 4,880.00 |
| Travel Time  08656.0102 (with 50% discount) | 0 | 0.00 |
| **TOTAL** | **405.3** | **188,557.00** |

# ☒ DowLohnes

Dow Lohnes PLLC
Attorneys At Law

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

T  202.776.2000  F  202.776.2222

September 25, 2009                                                                                    Page 1

Tribune Company                                                                          Invoice 515944
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100              For Services Through August 31, 2009
FCC/Broadcast Matters

| | | |
|---|---|---|
| 08/01/09 | Review and revise M. Fratrik's draft studies re waivers (0.9); research and work on presentation for Hill meetings on Tribune and cross-ownership (0.9). | |
| | J. Feore | 1.80 hrs. |
| 08/01/09 | Review re Indianapolis satellite report (0.1); review re insulation standards and email to client re same(0.1). | |
| | M. Swanson | 0.20 hrs. |
| 08/02/09 | Review, research and revise Indianapolis satellite waiver showing (3.4); review re Los Angeles market report (0.2). | |
| | M. Swanson | 3.60 hrs. |
| 08/03/09 | Research re past M. Fratrik market reports for waiver requests (0.7); draft footnotes re same (0.7). | |
| | J. Pila | 1.40 hrs. |
| 08/03/09 | Work on presentation for Hill lobbying and meeting with Senate staff (1.2); review draft of cross-ownership waivers and research re granting temporary waivers (1.3). | |
| | J. Feore | 2.50 hrs. |
| 08/03/09 | Exchange emails with E. Reed (Wiley) re changes to M. Fratrik (BIA) Los Angeles report (0.2); combine law firms' revisions to same (1.1); finalize changes to satellite report (0.4); review clients' changes to same and synthesize (0.9); review newspaper reconciliation (0.9); prepare for and telephone conference with E. Reed (Wiley) and J. Bayes (Wiley) re M. Fratrik Los Angeles and Indianapolis reports (0.3); prepare for and telephone conference with Wiley attorneys and M. Fratrik re Los Angeles and methodology report (1.2); revise Los Angeles draft (0.9); review market data for cross-ownership reports (2.7); revise methodology appendix (1.0). | |
| | M. Swanson | 9.60 hrs. |

Tribune Company

| 08/04/09 | Prepare narrative statement re benefits of convergence in Chicago (1.3) and Miami (5.6) markets; review issues re Indianapolis satellite waiver (0.9); telephone conference with L. Washburn re open issues for waiver requests (0.8). |
| | D. Kirkpatrick                                    8.60 hrs. |
| 08/04/09 | Preparation and meeting with Hill offices re Tribune reorganization and regulatory processes (1.5); work on issues outline for cross-ownership and FCC waiver requests (1.5). |
| | J. Feore                                          3.00 hrs. |
| 08/04/09 | Review email from Hartford station with cross-ownership data (0.4); emails to E. Reed (Wiley) and M. Fratrik (BIA) re methodology report (0.1); review J. Fiorini (Wiley) comments re M. Fratrik (BIA) satellite study (1.0); review re newspaper reconciliation issues and related questions (0.2); review Wiley suggested revisions to M. Fratrik (BIA) methodology appendix (0.4); prepare for and telephone conference with client re data collection (0.9); prepare for and telephone conference with M. Fratrik (BIA) and Wiley attorneys re methodology appendix and satellite study (2.0); research re Indianapolis data (0.7). |
| | M. Swanson                                        5.70 hrs. |
| 08/05/09 | Prepare narrative statements re benefits of convergence in Chicago (4.4) and New York (2.4) markets; research re contour issues in Indianapolis market (0.6); prepare summary of local cable television offerings (0.8) and local internet sites (0.8) in convergence markets; research re presidential endorsements in Tribune newspapers (0.6); telephone conference with E. Reed and J. Bayes (Wiley Rein) re status of preparation of waiver requests (1.0). |
| | D. Kirkpatrick                                   10.60 hrs. |
| 08/05/09 | Revise Hartford (0.3), Miami (0.4), Chicago (0.4) and Los Angeles (0.4) exhibits re local Internet sites. |
| | J. Pila                                            1.50 hrs. |
| 08/05/09 | Telephone conference with S. Sheehan and follow-up re Hill/FCC visits on tribune reorganization (0.8); review proposed structure re FCC compliance and memo to committee counsel re ownership (1.0). |
| | J. Feore                                           1.80 hrs. |
| 08/05/09 | Review local Internet site research (1.0); emails to client re local Internet research (0.6); review Indianapolis technical data (0.3); exchange emails with client re same (0.1); prepare for and telephone conference with E. Reed, J. Bayes and W. Johnson (all Wiley) re data research and status of waiver reports (2.1); review and revise Chicago reports and exhibits (2.3); email M. Fratrik (BIA) reports to client (0.1). |
| | M. Swanson                                        6.50 hrs. |
| 08/06/09 | Revise narratives re benefits of convergence in Chicago (2.3), |

September 25, 2009                                          Page 3

Tribune Company                                           Invoice 515944

|  |  | Hartford (3.2), New York (2.1) and Miami (0.9) markets; prepare tracking charts for exhibits to waiver requests (1.5). |
|---|---|---|

              Hartford (3.2), New York (2.1) and Miami (0.9) markets; prepare
              tracking charts for exhibits to waiver requests (1.5).
              D. Kirkpatrick                              10.00 hrs.

08/06/09      Telephone conferences with consultant re media studies and review
              revised duopoly showings (1.0); prepare memo re FCC options and
              timing issues, appellate status for FCC appeals (1.0); telephone
              conference with S. Sheehan re further meetings and Tribune
              presentations (0.4).
              J. Feore                                    2.40 hrs.

08/06/09      Review and revise Chicago cross-ownership benefits report and
              exhibits (2.8); email same to client (0.1); email M. Fratrik (BIA)
              reports to client (0.2); review and forward newspaper reconciliation
              email to client (0.2); review data re Indianapolis technical changes
              (0.4); exchange emails with E. Reed (Wiley) re review of M. Fratrik
              reports (0.2); revise spreadsheets re reports (0.4); review and revise
              Hartford cross-ownership benefits report and exhibits (1.2).
              M. Swanson                                  5.50 hrs.

08/06/09      Research re satellite waiver standard (0.7); prepare memorandum re
              same (0.7).
              S. Patrick                                  1.40 hrs.

08/07/09      Prepare narrative statements re benefits of convergence in Hartford
              (3.9), Miami (2.8) and New York (2.1) markets; prepare status
              update charts re preparation of waiver requests (0.6).
              D. Kirkpatrick                              9.40 hrs.

08/07/09      Telephone conference with lenders counsel re ownership structure
              and FCC compliance issues (0.8); review language re possible
              license/assets transfers (0.6); review M. Fratrik study and changes
              (0.4).
              J. Feore                                    1.80 hrs.

08/07/09      Review and revise Miami cross-ownership benefit report and
              exhibits (3.9); review and revise Hartford cross-ownership benefit
              report and exhibits (3.2); revise spreadsheets and email same to
              client (0.2); telephone conference with client re market reports, M.
              Fratrik analyses and data collection (0.5); revise New York City
              cross-ownership benefit report and review New York City data (1.4).
              M. Swanson                                  9.20 hrs.

08/08/09      Review updated and revised media market studies, BIA studies and
              waivers showings for five markets.
              J. Feore                                    1.50 hrs.

08/08/09      Exchange emails with client re preparation of market reports (0.2);
              review re Hartford report and send to client (0.3); review re Miami
              report and send to client (0.3); review re Chicago report and send to
              client (0.3); review and review New York market report (1.5).
              M. Swanson                                  2.60 hrs.

Tribune Company

| | | |
|---|---|---|
| 08/09/09 | Prepare narrative statement re benefits of convergence in New York (2.0) and Los Angeles (1.9) markets; prepare emails to markets re local cable programming (0.5); reply to email from A. Meyers re Miami ratings (0.4). | |
| | D. Kirkpatrick | 4.80 hrs. |
| 08/09/09 | Work on revisions to New York market report (1.8); review and revise Los Angeles print lists (2.0). | |
| | M. Swanson | 3.80 hrs. |
| 08/10/09 | Prepare revised narrative statements re benefits of convergence in Hartford (1.5), Miami (2.8) and Chicago (0.9) markets; telephone conference with A. Meyers, B. Gremillion and L. Washburn re benefits of convergence in Miami market (0.5); prepare narrative re benefits of convergence in Los Angeles market (3.5); review exhibit of print publications in Los Angeles (0.4); review contour issues re Indianapolis satellite waiver (1.0). | |
| | D. Kirkpatrick | 10.60 hrs. |
| 08/10/09 | Review revised language re transfer of station licenses and assets (0.5); work on revisions to media market studies and FCC exhibits re ownership (1.3). | |
| | J. Feore | 1.80 hrs. |
| 08/10/09 | Letter to client re executed BIA contract (0.1); review and research re Indianapolis satellite history and signal issues (0.7); review Hartford data (0.6); review changes to Miami market report (0.4); review M. Fratrik duopoly report as edited by lenders' counsel (1.0); prepare for and telephone conference with Miami station personnel re market report (0.8); research re Los Angeles print issues (0.6); review and revise Miami market report (1.1). | |
| | M. Swanson | 4.90 hrs. |
| 08/11/09 | Prepare revised narratives re benefits of convergence in Chicago (1.8), Miami (1.3), Hartford (2.4) and New York (2.5) markets; prepare footnote for satellite waiver re facilities (1.1); review draft template waiver request (2.1). | |
| | D. Kirkpatrick | 11.20 hrs. |
| 08/11/09 | Revise Los Angeles print exhibit re local publications and foreign language publications. | |
| | J. Pila | 6.90 hrs. |
| 08/11/09 | Telephone conference with counsel for creditors committee (0.2); review and work on updating market media showings for FCC waiver requests (1.4); work on issues list and waiver requests for Hill and FCC lobby effort and telephone conference with S. Sheehan (0.8). | |
| | J. Feore | 2.40 hrs. |
| 08/11/09 | Review Chicago "shell" (3.9); email same to client (0.2); review and revise Indianapolis insert (0.2); review and revise Miami market report (1.4); review Hartford market staff's changes to report (0.5); | |

|  |  |  |
|---|---|---|
|  | finalize and email Miami report to lenders' counsel (1.0); review and revise Miami local cable programming and email to lenders' counsel (0.5); review and revise Hartford narrative (1.7); review re Indianapolis factual research (0.3). | |
|  | M. Swanson | 9.70 hrs. |
| 08/12/09 | Prepare draft narrative statement re benefits of convergence in Los Angeles market (5.8); revise narratives re benefits of convergence in New York (0.9), Hartford (0.9) and Chicago (0.9) markets. | |
|  | D. Kirkpatrick | 9.50 hrs. |
| 08/12/09 | Revise Los Angeles print publication exhibit (1.2); research re New York local cable media (4.0); draft exhibit re same (0.5). | |
|  | J. Pila | 5.70 hrs. |
| 08/12/09 | Meeting with S. Sheehan and meeting with Wiley counsel re Hill/FCC lobby efforts (2.0) review outline re FCC meetings (0.5). | |
|  | J. Feore | 2.50 hrs. |
| 08/12/09 | Telephone conference call with W. Johnsen and M. Heller (Wiley Rein, FCC counsel to steering committee) re approaches for addressing foreign ownership and media interests and procedures for polling potential shareholders for FCC transfer application information. | |
|  | J. Logan | 0.50 hrs. |
| 08/12/09 | Email client re status of preparation of various market reports and revise updated draft re same (0.5); review client's markup of New York City report (0.2); review data from Los Angeles market (1.3); review and revise open question list for Hartford (0.2); review New York City report and email same to client (1.2); email J. Fiorini (Wiley) re status of Ind. revisions (0.1); email New York City report to lenders' counsel (0.1); email lenders' counsel re client's right to make changes (0.1); revise Hartford report and email to client (1.4); email exchange with J. Fiorini (Wiley) re Ind. report (0.1); revise Hartford report and email to client (0.3); revise Chicago report and email same to client (1.2); email Hartford market and cable reports to lenders' counsel (0.2); send revised Hartford report to same (0.1); finalize and send Chicago report to lenders' counsel (1.2); review and revise Los Angeles draft (1.6). | |
|  | M. Swanson | 9.70 hrs. |
| 08/13/09 | Prepare revised draft statement of benefits of convergency in Los Angeles market (3.9); telephone conference with J. Bayes (Wiley Rein) re status of waiver requests and open issues (1.5); review WGN(AM) issues re benefits of convergence (1.1); prepare revised narrative re Hartford market (0.9). | |
|  | D. Kirkpatrick | 7.40 hrs. |
| 08/13/09 | Telephone conference with counsel for creditors committee to review status of FCC applications, waivers for ownership and Section 310 compliance (0.8); work on market media showings and updates on waivers (1.0). | |

September 25, 2009                                          Page 6

Tribune Company                                          Invoice 515944

|  | J. Feore | 1.80 hrs. |
|---|---|---|
| 08/13/09 | Research re counties and cities in New York, NY DMA. | |
|  | K. Gallagher (Paralegal) | 0.60 hrs. |
| 08/13/09 | Email exchange with Hartford TV staff re factual changes (0.2); review client changes to Chicago local cable report (0.4); exchange emails with client re target FCC filing date (0.1); preparation for and telephone conference with lenders' counsel re market report except Los Angeles (1.8); review and revise Los Angeles report (1.5). | |
|  | M. Swanson | 4.00 hrs. |
| 08/14/09 | Review draft template waiver (1.7); prepare list of responses to Lenders' counsel follow-up questions (2.8); review ratings information for markets (0.9); prepare revised draft narrative of convergence benefits in Los Angeles (1.8). | |
|  | D. Kirkpatrick | 7.20 hrs. |
| 08/14/09 | Review ownership materials re Oaktree and Angelo Gordon re Tribune application (0.8); work on additional media studies on cross-ownership waivers (0.8). | |
|  | J. Feore | 1.60 hrs. |
| 08/14/09 | Telephone conference with L. Washburn (Tribune) regarding FCC application issues and identification of licensees for purposes of FCC electronic templates. | |
|  | J. Logan | 0.20 hrs. |
| 08/14/09 | Review and revise lenders' counsel's "shell" of draft waiver request (2.7); email remainder of comments to client re same (0.2); research re changes to same (0.3); review and revise Los Angeles cross-ownership benefits report (2.1); email same to lenders' counsel; exchange emails with lenders' counsel re status of M. Fratrik report revisions (0.1); review and revise email to lenders' counsel re factual followings to August 18 conference call on markets (0.4); review and revise email to client re need for additional data (0.2). | |
|  | M. Swanson | 6.00 hrs. |
| 08/15/09 | Work on waiver showings for FCC applications and draft statements of consultant. | |
|  | J. Feore | 0.50 hrs. |
| 08/15/09 | Research re Chicago ratings data (0.3); research re Indianapolis factual data (0.2). | |
|  | M. Swanson | 0.50 hrs. |
| 08/16/09 | Review and revise M. Fratrik Indianapolis report and research re contour issue for same (2.1); review and revise M. Fratrik methodology appendix (1.6); review and revise M. Fratrik Hartford duopoly report (1.7). | |
|  | M. Swanson | 5.40 hrs. |
| 08/17/09 | Telephone conferences with lenders counsel re waiver showings (0.5); review edits to draft FCC waiver requests (1.0);conference re | |

|  | FCC visits and Hill contacts re applications (0.4). |  |
|---|---|---|
|  | J. Feore | 1.90 hrs. |

08/17/09    Review re regulatory language for bankruptcy filing (0.1); review lenders' email re M. Fratrik and New York City (0.1); email to lenders' counsel re status of M. Fratrik revisions, New York City calculations, and status of "shell" comments (0.3); review re "Consumerist" article re Hartford reporter (0.1); finalize revisions to M. Fratrik methodology appendix and email to lenders' counsel (0.4); finalize revisions to M. Fratrik Indianapolis report and email to lenders' counsel (0.4); exchange emails with client re timing on "shell" comments (0.2); prepare for and telephone conference with T. Langmyer and K. Metheny (WGN(AM)) re cross-ownership benefits (1.6); email WGN-TV report to same (0.2); exchange emails with lenders' counsel re Indianapolis history issues (0.2); review clients' revisions to "shell" (0.9); telephone conference with client re same (1.0); finalize revisions to M. Fratrik duopoly report and email same to lenders' counsel (1.3); email same to client (0.2).

M. Swanson          7.00 hrs.

08/18/09    Review and revise draft template request for cross-ownership waiver (5.8); review revised draft economic reports from M. Fatrick (1.2); telephone conference with M. Fratrick, E. Reed and J. Fiorini (Wiley Rein) re same (1.1); telephone conference with L. Washburn re information requested for waiver request (0.8); review ratings information from markets (0.7).

D. Kirkpatrick          9.60 hrs.

08/18/09    Review drafts of FCC application exhibits and media ownership analysis (0.9); work on modifications of waiver requests re ownership and pending litigation (0.8); telephone conference with lenders counsel re FCC filings and follow-up meetings (0.4).

J. Feore          2.10 hrs.

08/18/09    Review re revisions to "shell" pleading (0.4); telephone conference with lenders' counsel re status of same, M. Fratrik cross-ownership reports, and M. Fratrik's other reports (0.2); telephone conferences with lenders' counsel re changes to duopoly report (0.3); finalize and email duopoly changes to M. Fratrik (0.6); email to M. Fratrik re Hartford start-up costs (0.1); exchange emails with client re M. Fratrik "divestiture" report (0.1); revise M. Fratrik status report and email to client (0.3); revise Indianapolis blacklining and email to M. Fratrik (0.2); review and revise changes to "shell" pleading (1.5); email to lenders' counsel re same (0.4); conference re preservation of waiver points for appeal (0.8); prepare for and telephone conference with M. Fratrik and lenders' counsel re Indianapolis report and Hartford report (2.0); telephone conference with client re lenders' counsel's data collection list (0.8).

M. Swanson          7.70 hrs.

08/19/09    Prepare revised draft narrative of convergence benefits in Chicago market to include additional WGN(AM) information (2.5); prepare

September 25, 2009                                          Page 8

Tribune Company                                          Invoice 515944

|  |  |  |
|---|---|---|
|  | revised exhibit of local cable programming in Chicago (0.9); telephone conferences with M. Fratrik and E. Reed re methodology of economic statements (1.4); telephone conference with L. Washburn and G. Mazzafieri re Hartford and Chicago waivers (1.9); research re failing station waivers (2.3). |  |
|  | D. Kirkpatrick | 9.00 hrs. |
| 08/19/09 | Research re Tribune existing waivers and modify request for FCC transfer application (0.7); telephone conferences with counsel re lender's portion of application (0.3). |  |
|  | J. Feore | 1.00 hrs. |
| 08/19/09 | Review correspondence from L. Washburn (Tribune counsel) regarding confirmation of licenses. |  |
|  | J. Logan | 0.30 hrs. |
| 08/19/09 | Research re duopoly factual issues (0.4); prepare for and telephone conference with M. Fratrik and lenders' counsel re M. Fratrik methodological appendix (1.3); prepare for and telephone conference with client and G. Mazzaferri re Hartford facts, duopoly report, and lenders' counsel's requested data (3.1); exchange emails with T. Langmyer re WGN(AM) cross-ownership benefits report (0.1); email to M. Fratrik re Indianapolis contours (0.1); research re factual requests (0.5). |  |
|  | M. Swanson | 5.50 hrs. |
| 08/20/09 | Prepare revised narrative re benefits of convergence in Chicago (3.9); research re history of Indianapolis satellite waiver (2.1); prepare charts of ratings information for Tribune stations (2.9); telephone conference with L. Washburn re status of waiver requests (0.7). |  |
|  | D. Kirkpatrick | 9.60 hrs. |
| 08/20/09 | Research re application filing procedures (0.7); revise spreadsheet re same (0.5); draft comments re same (0.3). |  |
|  | J. Pila | 1.50 hrs. |
| 08/20/09 | Correspondence with L. Washburn regarding FCC license list and codes for application submission. |  |
|  | J. Logan | 0.40 hrs. |
| 08/20/09 | Review and revise WGN(AM) cross-ownership benefits report (2.0); review research re Indianapolis satellite history (0.6); research re February 2008 "four factor" test as applied to continuation of cross-ownership status quo (1.0); finalize and email WGN(AM) report to client staff at station (0.3); review client's edits to duopoly study (0.3); review and revise M. Fratrik Chicago cross-ownership report (1.2); email same to client (0.2); prepare for and telephone conference with client re data collection (1.0). |  |
|  | M. Swanson | 6.60 hrs. |
| 08/20/09 | Research Tribune FRN and passwords. |  |
|  | S. Anderson (Practice Group Professional) | 0.80 hrs. |

Tribune Company

| | | |
|---|---|---|
| 08/21/09 | Research re history of WTTX satellite status (1.5); review ratings information and prepare historical charts (2.5); prepare final revised narrative re Chicago market (0.8). | |
| | D. Kirkpatrick | 4.80 hrs. |
| 08/21/09 | Correspondence with L. Washburn (Tribune) regarding FCC filing procedures and accounts. | |
| | J. Logan | 0.20 hrs. |
| 08/21/09 | Review re WGN(AM) market report changes. | |
| | M. Swanson | 0.10 hrs. |
| 08/24/09 | Review revised draft shell waiver request (2.4); prepare revised draft Hartford duopoly study (1.7); prepare charts re status of data requests and waiver requests (1.1). | |
| | D. Kirkpatrick | 5.20 hrs. |
| 08/24/09 | Review draft of media ownership for Tribune's 5 cross-owned markets and propose comments re revisions to FCC exhibits re waivers. | |
| | J. Feore | 1.00 hrs. |
| 08/24/09 | Review re FCC factual research and update stations chart re same (0.4); review Indianapolis contours and telephone conference with J. Fiorini (Wiley) re same (0.7); review re clients' revision of M. Fratrik duopoly study and revise same (2.3); revise lenders' counsel's revised Chicago "shell" (0.5). | |
| | M. Swanson | 4.00 hrs. |
| 08/25/09 | Review ratings information for cross-ownership markets (2.3); prepare narrative re ratings for Chicago cable channels (1.5); prepare charts of broadcast ratings (2.6); review and revise M. Fratrik reports on Hartford, Miami and divestiture (2.4); review press reports re Hartford consumer reporter (0.6). | |
| | D. Kirkpatrick | 9.40 hrs. |
| 08/25/09 | Review and update to duopoly showings for Hartford and Indianapolis (0.3)and review expert study re these markets (0.2). | |
| | J. Feore | 0.50 hrs. |
| 08/25/09 | Review revised Chicago "shell" and telephone conference with lenders' counsel re same (2.6); research re 9 a.m.-midnight ratings (0.4); research and review re cable ratings (1.0); review and revise transaction/divestiture report(1.4); email lenders' counsel re ratings (0.2); revise M. Fratrik Miami report (1.5); revise M. Fratrik New York report (1.5); email Chicago and Miami reports to M. Fratrik (0.1). | |
| | M. Swanson | 8.70 hrs. |
| 08/26/09 | Review cable carriage of out-of-market stations in Hartford (1.9); prepare narratives re introduction to public interest benefits (1.8); prepare updates to narratives re ratings of cable programming in cross-ownership markets (2.3); review and revise M. Fratrik | |

September 25, 2009                                                    Page 10

Tribune Company                                                      Invoice 515944

| | | |
|---|---|---|
| | narratives re New York and Los Angeles markets (1.5). | |
| | D. Kirkpatrick | 7.50 hrs. |
| 08/26/09 | Research re CDBS logistics re applications (0.8); transmit correspondence re same to Lender's counsel (0.3). | |
| | J. Pila | 1.10 hrs. |
| 08/26/09 | Telephone conference with counsel for lenders re FCC/Hill lobby for transfer, multiple ownership issues and outline re talking points. | |
| | J. Feore | 0.70 hrs. |
| 08/26/09 | Telephone conference with J. Tatel (Sidley & Austin) regarding arrangements for electronic filing. | |
| | J. Logan | 0.30 hrs. |
| 08/26/09 | Review and revise M. Fratrik New York report (0.6); review and revise M. Fratrik Los Angeles report (1.6); review and revise M. Fratrik Hartford report (1.7); review and revise cable ratings inserts (1.5); email revised New York and Los Angeles reports to M. Fratrik (0.2). | |
| | M. Swanson | 5.60 hrs. |
| 08/26/09 | Prepare memorandum re TV Channel 6 analog FM operation and reception. | |
| | S. Patrick | 0.40 hrs. |
| 08/27/09 | Review M. Fratrik narratives re forced divestiture and Hartford market (1.1); prepare narrative updates re cable ratings (3.6); review revised draft shell waiver request (4.9). | |
| | D. Kirkpatrick | 9.60 hrs. |
| 08/27/09 | Telephone conference with D. Liebentritt re FCC waiver showings and application preparation (0.5); telephone conference with  J. Stenger counsel for Creditors Committee re status of FCC applications (0.6); work on FCC ownership showing (0.7). | |
| | J. Feore | 1.80 hrs. |
| 08/27/09 | Review issues regarding LPTV use as low-band FM audio service. | |
| | J. Logan | 0.20 hrs. |
| 08/27/09 | Revise M. Fratrik Hartford report (1.3); finalize and send cable ratings inserts to lenders' counsel (0.9); finalize and email Hartford comments to M. Fratrik (0.2); review lenders' counsel's revised Chicago "shell" (1.6). | |
| | M. Swanson | 4.00 hrs. |
| 08/27/09 | Telephone call with Tribune FCC counsel paralegal regarding access to FCC filing accounts; review of FRN/CDBS accounts. | |
| | S. Anderson (Practice Group Professional) | 1.30 hrs. |
| 08/27/09 | Prepare memorandum re TV Channel 6 analog FM operation and reception. | |
| | S. Patrick | 0.40 hrs. |

Tribune Company

| | | |
|---|---|---|
| 08/28/09 | Review and revise Chicago waiver request shell (6.8); telephone conference with M. Wilkie re additional news programming (0.4); review status of revisions to M. Fratrik reports and data requests (1.3). | |
| | D. Kirkpatrick | 8.50 hrs. |
| 08/28/09 | Telephone conference with D. Liebentritt and follow-up re FCC application and waiver preparation (0.4); work on media market showing for Tribune (0.9); conference re filings with FCC on cross-ownership (0.2). | |
| | J. Feore | 1.50 hrs. |
| 08/28/09 | Review issues re procedures for assembly of applications and necessary FCC electronic codes. | |
| | J. Logan | 0.30 hrs. |
| 08/28/09 | Review re 2007 v. 2008 data (0.2); telephone conference with J. Bayes (Wiley) re timing (0.1); review and revise revised Chicago "shell" (5.7); email client re M. Fratrik reports and data collection emails sent during last week (0.9); email client re "shell" comments (0.8). | |
| | M. Swanson | 7.70 hrs. |
| 08/28/09 | Meeting regarding preparation of FCC applications. | |
| | S. Anderson (Practice Group Professional) | 0.60 hrs. |
| 08/28/09 | Prepare memorandum re TV Channel 6 analog FM operation and reception. | |
| | S. Patrick | 0.40 hrs. |
| 08/29/09 | Review court decision re media ownership and impact on Tribune waivers (0.6); and revise legal showings in waiver section of bankruptcy application (0.9). | |
| | J. Feore | 1.50 hrs. |
| 08/29/09 | Exchange emails with lenders' counsel re Miami report conventions and Chicago "shell" status(0.2); research re factual data for waivers in bankruptcy affidavit (0.6). | |
| | M. Swanson | 0.80 hrs. |
| 08/30/09 | Research on factual data for waivers in bankruptcy affidavit (1.3); review and revise New York "shell" and research re New York insulation issue (4.9). | |
| | M. Swanson | 6.20 hrs. |
| 08/31/09 | Review and revise draft "shell" request for waiver in New York and Chicago markets (6.5); prepare charts of status of data requests and M. Fratrik reports (0.7); review information re use of local internet sites (0.8); telephone conference with L. Washburn re status of waivers (1.2) | |
| | D. Kirkpatrick | 9.20 hrs. |
| 08/31/09 | Revise revised expert studies on cross-ownership markets by BIA (0.8); telephone conference with counsel and work to finalize waiver | |

Tribune Company                                          Invoice 515944

showings for New York (0.6).
J. Feore                                    1.40 hrs.

08/31/09        Telephone conferences with M. Fratrik (BIA) and J. Fiorini (Wiley)
                re Indianapolis factual issues (0.2); review and revise re New York
                "shell" (2.5); review re M. Fratrik Hartford newspaper data (0.2);
                prepare for and telephone conference with client re "shells," M.
                Fratrik reports and data collection (1.3); review re finalization of
                New York "shell" and email to client (1.0).
                M. Swanson                                   5.20 hrs.

08/31/09        Research re WLFM-LP, Chicago, IL ownership structure.
                S. Anderson (Practice Group Professional)        0.20 hrs.

### BILLING SUMMARY

|  | Hours |
|---|---|
| FEORE | 38.80 |
| LOGAN | 2.40 |
| PATRICK | 2.60 |
| SWANSON | 156.00 |
| KIRKPATRICK | 171.70 |
| PILA | 18.10 |
| ANDERSON | 2.90 |
| GALLAGHER | 0.60 |
| TOTAL | 393.10 |

Fees for Professional Services ........................................................ $        183677.00

| | | |
|---|---|---|
| COURIER SERVICE | $ | 5.21 |
| POSTAGE | $ | 0.45 |
| REPRODUCTION | $ | 838.80 |
| TELEPHONE | $ | 37.68 |

05/01/09    J. Feore – Expense Reimbursement – Business    $        237.44
            Meals 07/28/09 and 08/04/09
07/31/09    SeamlessWeb inv#551683 - Lunch meeting with    $        103.98
            Tribune, BIA and Wiley Rein representatives

Total Reimbursable Costs .............................................................. $        1223.56
Total Current Billing For This File................................................. $        184900.56

Our File # 08656.0101                For Services Through August 31, 2009
Retention and Fee Applications

September 25, 2009                                                 Page 13

Tribune Company                                              Invoice 515944

| | | |
|---|---|---|
| 08/03/09 | Preparation of first monthly fee application (5.4); preparation of correspondence with Delaware counsel regarding filing (0.2). | |
| | C. Meazell | 5.60 hrs. |
| 08/04/09 | Preparation of correspondence to fee examiner regarding first monthly fee application. | |
| | C. Meazell | 0.20 hrs. |
| 08/05/09 | Preparation of second monthly fee application. | |
| | C. Meazell | 1.70 hrs. |
| 08/20/09 | Preparation of second monthly fee application and exhibits thereto (3.1); preparation of correspondence to K. Stickles regarding same (0.1). | |
| | C. Meazell | 3.20 hrs. |
| 08/21/09 | Revise second monthly fee application and exhibits thereto (1.1); preparation of correspondence to P. Ratkowiak regarding same (0.1). | |
| | C. Meazell | 1.20 hrs. |
| 08/25/09 | Preparation of correspondence to fee examiner regarding second monthly fee application. | |
| | C. Meazell | 0.30 hrs. |

BILLING SUMMARY

| | Hours |
|---|---|
| MEAZELL | 12.20 |
| TOTAL | 12.20 |

Fees for Professional Services .................................................................... $    4880.00

Total Current Billing For This File................................................................ $    4880.00

Total Current Billing for This Invoice........................................................... $    189,780.56
Billed and Unpaid (All Files).......................................................................... $    385,688.23
PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................ $    575,468.79

# ☓ DowLohnes

1200 New Hampshire Avenue, NW, Suite 800
Washington, DC  20036-6802

Dow Lohnes PLLC
Attorneys At Law

T  202.776.2000  F  202.776.2222

## PLEASE REMIT WITHIN 30 DAYS

**Please make checks payable to:**
**Dow Lohnes PLLC**
**Attention Finance Department**
**1200 New Hampshire Avenue, NW, Suite 800**
**Washington, DC  20036-6802**

September 25, 2009

Tribune Company                                                          Invoice 515944
Stephanie S. Abrutyn, Esq.
2 Park Avenue
Suite 1850
New York, NY   10016

Our File # 08656.0100          For Services Through August 31, 2009
FCC/Broadcast Matters
    TOTAL DUE FOR THIS MATTER .............................................. $            184,900.56

Our File # 08656.0101          For Services Through August 31, 2009
Retention and Fee Applications
    TOTAL DUE FOR THIS MATTER .............................................. $              4,880.00

    Total Current Billing for This Invoice ......................................... $      189,780.56
    Billed and Unpaid (All Files)......................................................... $      385,688.23
    PLEASE REMIT TOTAL INVOICE BALANCE DUE ................................. $      575,468.79

Wire Instructions:

        Bank Name: Wachovia Bank, N.A.
        ABA Routing #:  0540-0122-0
                1300 I Street, NW
                Washington, DC  20005
        Account Name: Dow Lohnes Main Operating Account

# REMITTANCE COPY

# EXHIBIT C

# Excel Spreadsheet

# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM
## AUGUST 1, 2009 THROUGH AUGUST 31, 2009

| Expense Category | Service Provider (if applicable) | Total Expense |
|---|---|---|
| Air Transportation | | |
| Duplicating Charges (1) | | 838.80 |
| Court Costs | | |
| Document Delivery Services | UPS | 5.21 |
| Document Services | | |
| Facsimile Charges (1) | | |
| Filing Fees | | |
| Ground Transportation | | |
| Lexis Research Service | Lexis | |
| Meals Out-of-Town | | |
| Meals | | 341.42 |
| Messenger Services | | |
| Overtime Services | | |
| Document Production | | |
| Professional Services/Specialists | | |
| Postage | | 0.45 |
| Search Services | | |
| Telephone Tolls | | 37.68 |
| Travel/Lodging | | |
| Westlaw Research Service | | |
| **Total** | | **1,223.56** |

(1) Dow Lohnes' rates for copying and facsimile transmissions are $0.10 and $.50 per page respectively and are in compliance with the rates as required by Local Rule 2016-2(e)(iii)