```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2009

Our Matter #19804.010
         FEE/RETENTION APPLICATIONS


| | | | |
|---|---|---|---|
| 08/02/09 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee statement (July). | 4.60 hrs. |
| 08/03/09 | H. LAMB | Comprehensive review of billing proformas/daily time detail in preparation of monthly fee statement (July). | 3.70 hrs. |
| 08/03/09 | G. BRADSHAW | Reviewed ordinary course professional expenses (.2); conf. w/D. Deutsch re: Same (.1). | 0.30 hrs. |
| 08/03/09 | D. E. DEUTSCH | Review updated ordinary course professional fee summary analysis (.2). | 0.20 hrs. |
| 08/04/09 | D. E. DEUTSCH | Exchange e-mails with fee examiner (.1); review prior notes and issues outline and draft detailed memorandum to C&P team re: time recording in accordance with fee examiner's concerns (2.0); discuss issues on same with Helen Lamb (.2); draft further edits to address same (.2). | 2.50 hrs. |
| 08/04/09 | G. BRADSHAW | Reviewed Debtors' Sixth Supplemental list of Ordinary Course professionals (.5); conf. w/D. Deutsch re: same (.2); drafted email to Sidley re: same (.5); reviewed declaration of Howard Freidin in support of Deloitte Consulting LLP retention motion by debtors (.3). | 1.50 hrs. |
| 08/04/09 | H. LAMB | Review completed payment forms provided by certain Committee members in connection with expense reimbursement (.4); forward to Tribune for payment processing (.2); review and revise memo to C&P team regarding fee examiner requirements/time recording (.9). | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 24, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                           Page    2


| 08/05/09 | G. BRADSHAW | Phone call with J. McClelland at Sidley re: ordinary course professionals supplemental list and Deloitte retention application (.4). | 0.40 hrs. |
|---|---|---|---|
| 08/05/09 | D. M. LeMAY | Multiple telephone calls with Committee members and counsel concerning special counsel selection process (4.5). Telephone calls (separately) w/candidate firms for special counsel re: interviews, follow up questions, conflicts, and selection process (3.2). Prepare e-mail to the Committee regarding same (.9). | 8.60 hrs. |
| 08/06/09 | D. BAVA | Review files re: form of special litigation counsel retention application (.30). | 0.30 hrs. |
| 08/07/09 | J. B. PORTER | Call with D. LeMay re drafting of Zuckerman retention papers (.2); Call with B. Dye to discuss retention application assignment and related materials (.4); Review of special counsel retention papers as a model (.9) | 1.50 hrs. |
| 08/07/09 | D. M. LeMAY | Work on preparation of Zuckerman retention documents. | 0.50 hrs. |
| 08/07/09 | H. LAMB | Further review of billing proformas/daily time detail in preparation of monthly fee statement. | 2.80 hrs. |
| 08/09/09 | H. LAMB | Begin preparation of monthly fee application (July). | 2.70 hrs. |
| 08/09/09 | B. DYE | Drafting special litigation counsel application and order. | 1.40 hrs. |
| 08/10/09 | B. DYE | Reviewing and revising special litigation counsel application. | 1.00 hrs. |
| 08/10/09 | G. BRADSHAW | Updated weekly ordinary course report (.4). | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 08/10/09 | H. LAMB | Prepare email to proposed special counsel (Zuckerman) regarding fee proceedures and fee examiner procedures. | 0.60 hrs. |
| 08/10/09 | D. M. LeMAY | Draft insert for Zuckerman retention application (2.2). Review Zuckerman comments on same (.5); further revisions (.3). | 3.00 hrs. |
| 08/10/09 | J. B. PORTER | Drafted Zuckerman retention application. | 5.10 hrs. |
| 08/10/09 | H. SEIFE | Review and revised Zuckerman retention application (.3); review of fee examiner report (.4). | 0.70 hrs. |
| 08/10/09 | D. E. DEUTSCH | Preliminary review of special counsel term proposals (.3); review materials from Debtors re: details on new ordinary course professionals (.2); | 0.50 hrs. |
| 08/11/09 | D. E. DEUTSCH | Preliminary review of Examiner's Report (.3); exchange e-mails with Jason Porter and, in part, Bryan Krakauer re: special counsel retention inquiry (.3); calls with Bryan Krakauer re: special counsel retention matters (.2); calls with Jason Porter re: next steps on special counsel retention (.2); telephone conversation with Bryan Krakauer re: request for additional team to review retention (.1); telephone conversation with Fee Examiner re: report and next steps (.2); follow-up e-mail to Jason Porter re: drafting response to Fee Examiner reports (.1); review comments to Zuckerman retention with Bryan Krakauer (.2); hold related call with Krakauer (.2); e-mail Zuckerman team re: analysis and options related to same (.3); | 2.10 hrs. |
| 08/11/09 | H. SEIFE | Review of Zuckerman retention papers. | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE         September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    4

| 08/11/09 | J. B. PORTER | Revised Zuckerman retention application | 2.90 hrs. |
|---|---|---|---|
| 08/11/09 | D. M. LeMAY | Work on Zuckerman retention documents. | 0.40 hrs. |
| 08/11/09 | H. LAMB | Review of Fee Examiner's final report on Chadbourne's first interim fee application. | 0.40 hrs. |
| 08/11/09 | G. BRADSHAW | Conf. w/J. McLelland re: Ordinary Course Professionals (.1). | 0.10 hrs. |
| 08/12/09 | D. M. LeMAY | Revisions to Zuckerman retention App. to reflect comments from Sidley and ZS. | 0.80 hrs. |
| 08/12/09 | J. B. PORTER | Finalized Zuckerman retention application. | 5.10 hrs. |
| 08/12/09 | D. E. DEUTSCH | Exchange e-mails with Sidley team re: Zuckerman retention matters (.2); e-mail Jason Porter: next steps with Committee co-chair re: Zuckerman retention (.1); | 0.30 hrs. |
| 08/13/09 | J. B. PORTER | Email with M. McGuire re finalizing and filing Zuckerman retention application. | 0.70 hrs. |
| 08/13/09 | G. BRADSHAW | Reviewed Debtors' formally retained professional quarterly filings to update database (.6). | 0.60 hrs. |
| 08/14/09 | G. BRADSHAW | Weekly review of ordinary course professional filings (.4); T/c w/J. McClelland at Sidley re: Thomas & LoCicero's fee application (.3); preparation for conf. w/J. McClelland (.1); conf. w/D. Deutsch re: Thomas & LoCicero application (.1); updated weekly report on ordinary course professionals (.3). | 1.20 hrs. |
| 08/14/09 | J. B. PORTER | Review of Fee Examiner Report and begin research related to same. | 0.90 hrs. |
| 08/14/09 | H. LAMB | Further prepration of monthly fee application. | 2.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    5

| | | | |
|---|---|---|---|
| 08/14/09 | D. E. DEUTSCH | Reivew updated ordinary course analysis (.2); follow-up with Gil Bradshaw on required follow-up re: same (.1); | 0.30 hrs. |
| 08/16/09 | J. B. PORTER | Research and review of sample responses for Fee Examiner. | 2.90 hrs. |
| 08/17/09 | J. B. PORTER | Drafted response to fee examiner report. | 4.90 hrs. |
| 08/17/09 | D. E. DEUTSCH | Begin review of monthly (July) pro formas (2.9); | 2.90 hrs. |
| 08/17/09 | H. LAMB | Review of expense detail in connection with monthly fee application (1.2); follow-up calls regarding certain expenses (.3). | 1.50 hrs. |
| 08/17/09 | G. BRADSHAW | Email to J. McClelland re: Thomas & LoCicero's ordinary course professional retention (.2); T/c w/J. McClelland at Sidley re: same (.3). | 0.50 hrs. |
| 08/18/09 | D. E. DEUTSCH | Review response from Debtors to ordinary course inquiry (.2); review and revise draft supplemental C&P affidavit (.2): | 0.40 hrs. |
| 08/18/09 | J. B. PORTER | Revised Chadbourne response to fee examiner's report (.8); Meeting with D. Deutsch re same (.2). | 1.00 hrs. |
| 08/19/09 | J. B. PORTER | Revised Chadbourne response to fee examiner report. | 1.40 hrs. |
| 08/19/09 | H. LAMB | Preparation of exhibits to monthly fee application (1.3); finalize draft of monthly fee application (.7). | 2.00 hrs. |
| 08/20/09 | H. LAMB | Review Committee member expense reports/receipts and prepare monthly request for expense reimbursement. | 1.80 hrs. |
| 08/20/09 | J. B. PORTER | Drafted response to fee examiner report for Creditors' Committee. | 3.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    6


| 08/20/09 | D. E. DEUTSCH | Review, research issue and revise draft response to fee examiner report (1.6); review and revise July fee statement description of services (.8); | 2.40 hrs. |
|---|---|---|---|
| 08/21/09 | J. B. PORTER | Revised Creditors' Committee's response to fee examiner report. | 2.10 hrs. |
| 08/21/09 | D. BAVA | Review fee examiner report re: references cited (.10); retrieve references (.20). | 0.30 hrs. |
| 08/24/09 | J. B. PORTER | Finalized Committee fee examiner response. | 1.20 hrs. |
| 08/24/09 | D. E. DEUTSCH | Exchange e-mails with Adam Landis re: response to Fee Examiner, filing of affidavit and related procedure matters (.2). | 0.20 hrs. |
| 08/25/09 | H. LAMB | Finalize monthly fee application and forward to local counsel for filing (.7); finalize committee application for expense reimbursement and forward to local counsel for filing (.3). | 1.00 hrs. |
| 08/25/09 | G. BRADSHAW | Reviewed Ordinary Course Professional proposed monthly payments (2.7). | 2.70 hrs. |
| 08/26/09 | G. BRADSHAW | Continued analyzing the Debtors' monthly ordinary course professional proposed payments and invoices (3); started drafting internal memorandum re: same (.6). | 3.60 hrs. |
| 08/26/09 | D. E. DEUTSCH | Review background materials on new billing professionals (.3) and revise retention affidavit to address same and incorporate final changes (.4); exchange e-mails with Landis team re: fee examiner responses and filing of affidavit (.3). | 1.00 hrs. |
| 08/26/09 | J. B. PORTER | Finalized Committee response to fee examiner report. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page    7

| 08/27/09 | D. E. DEUTSCH | Complete final revisions to affidavit and Fee Examiner response (.4) and follow-up with Adam Landis on filing of same (.1). | 0.50 hrs. |
|---|---|---|---|
| 08/27/09 | G. BRADSHAW | Continue Review of Ordinary Course Professional Proposed payments rolling monthly summary. | 0.70 hrs. |
| 08/28/09 | D. E. DEUTSCH | Review reservation of rights filed by Law Debenture (.3); e-mail Delaware counsel, Zuckerman and C&P team on same (.2); exchange related e-mails (.2). | 0.70 hrs. |
| 08/31/09 | H. SEIFE | Conference call with Zuckerman regarding retention issues. | 0.40 hrs. |
| 08/31/09 | G. BRADSHAW | Continued writing analysis and report of Ordinary course professionals July 2009 monthly requests for attorneys' fees (4.3); email to D. Deutsch re: issues w/ordinary course statement (.3); reviewed ordinary course order to ensure consistent approach by Debtors (.4); reviewed Debtors' Motion for order authorizing ordinary course professionals (.3). | 5.30 hrs. |

**Total Fees for Professional Services..............  $47,884.50**

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page     8

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 13.30 | 10972.50 |
| H. SEIFE | 955.00 | 1.40 | 1337.00 |
| D. E. DEUTSCH | 635.00 | 14.00 | 8890.00 |
| D. BAVA | 260.00 | .60 | 156.00 |
| J. B. PORTER | 395.00 | 33.50 | 13232.50 |
| B. DYE | 345.00 | 2.40 | 828.00 |
| G. BRADSHAW | 345.00 | 17.30 | 5968.50 |
| H. LAMB | 260.00 | 25.00 | 6500.00 |
| TOTALS | | 107.50 | 47884.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                For Services Through August 31, 2009

    Our Matter #19804.011
              PLAN AND DISCLOSURE STATEMENT

| 08/04/09 | D. M. LeMAY | T/c w/Krakauer regarding exclusivity issues. | 0.20 hrs. |
|---|---|---|---|
| 08/07/09 | D. M. LeMAY | Telephone conference w/B. Krakauer regarding plan timetable (.2); e-mail to Committee members regarding same (.2). | 0.40 hrs. |
| 08/12/09 | H. SEIFE | Conference with Sidley regarding plan update. | 0.30 hrs. |
| 08/13/09 | D. E. DEUTSCH | Review memo from AlixPartners on new five-year update materials (.2); e-mail Alan Holtz re: next steps related to same (.1); | 0.30 hrs. |
| 08/15/09 | D. E. DEUTSCH | Review overview materials from Debtors on revised 5 year business plan projections (.3); review Alix and Moelis materials on plan recoveries (.4); | 0.70 hrs. |
| 08/17/09 | H. SEIFE | Review of draft plan. | 0.80 hrs. |
| 08/17/09 | D. M. LeMAY | Begin review of Debtors' draft plan of reorganization. | 0.80 hrs. |
| 08/19/09 | D. M. LeMAY | Review Debtors draft plan and comment. | 1.90 hrs. |
| 08/19/09 | H. SEIFE | Review of draft plan. | 1.40 hrs. |
| 08/20/09 | D. E. DEUTSCH | Draft memorandum to Committee re: status of draft plan (.3). | 0.30 hrs. |
| 08/21/09 | H. SEIFE | Review of draft plan. | 1.30 hrs. |
| 08/24/09 | D. M. LeMAY | Continued review of draft plan. | 2.60 hrs. |
| 08/31/09 | H. SEIFE | Review of draft plan (1.8); conference with D.LeMay regarding plan issues (.3). | 2.10 hrs. |
| 08/31/09 | D. E. DEUTSCH | Exchange e-mails with C&P team re: post-confirmation management (.2). | 0.20 hrs. |

          Total Fees for Professional Services.............    $11,454.50

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page     2
```

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 5.90 | 4867.50 |
| H. SEIFE | 955.00 | 5.90 | 5634.50 |
| D. E. DEUTSCH | 635.00 | 1.50 | 952.50 |
| TOTALS | | 13.30 | 11454.50 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2009

Our Matter #19804.012
          EXECUTORY CONTRACTS

| | | | |
|---|---|---|---|
| 08/03/09 | M. A. ALPERT | Reviewed Metromix documents. | 1.70 hrs. |
| 08/03/09 | D. E. DEUTSCH | Review and edit revised memorandum on Metromix (.4); discuss final issue in same with Jason Porter (.1); review, edit and distribute memorandum to Janet Henderson re: trademark issue with Metromix deal (.2); exchange voicemails and e-mails with Janet Henderson re: Metromix (.2). | 0.90 hrs. |
| 08/03/09 | J. B. PORTER | Finalized memorandum re the Debtors' motion to amend the Metromix Contracts. | 1.60 hrs. |
| 08/04/09 | M. A. ALPERT | Confs. with D.Deutsch re: Metromix documents. | 0.30 hrs. |
| 08/09/09 | D. E. DEUTSCH | Review court posting re: rejection of leases (.2); follow-up e-mail to Gilbert Bradshaw re: next steps on same (.2); | 0.40 hrs. |
| 08/10/09 | G. BRADSHAW | Reviewed pleadings re: Debtors' Fifth Motion to Reject Leases (.5); begin drafting Committee memo re: same (1.8); conf. w/AlixPartners re: memo on same (.4). | 2.70 hrs. |
| 08/11/09 | G. BRADSHAW | Continued writing lease rejection memo (1); emails and phone calls w/A. Leung at AlixPartners to confirm data (.4); incorporated feedback from A. Leung and J. Porter into lease rejection memo (.6); reviewed affidavit (.2); reviewed financial data from Alvarez and Marsal re: lease rejections (.4). | 2.60 hrs. |
| 08/12/09 | G. BRADSHAW | Revise memo to Committee re: Fifth Motion to Reject Leases (.8); reviewed Debtors' Motion to Assume Classified Ventures LLC Agreement (1.1). | 1.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE       September 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    2


| 08/12/09 | J. B. PORTER | Review part of memo re rejection of leases and edit same (1.0). | 1.00 hrs. |
| 08/13/09 | G. BRADSHAW | Drafted Committee memorandum re: Motion to assume Classified Ventures LLC Agreements (2.7). | 2.70 hrs. |
| 08/13/09 | D. E. DEUTSCH | Review multiple e-mails from Debtors and corporate team re: CV deal/motion (.3); call and e-mail Marc Alpert re: same (.1); review e-mail from Janet Henderson re: CV deal and respond to same (.2); | 0.60 hrs. |
| 08/13/09 | B. G. CARSON | Review motion relating to the assumption of Classified Ventures LLC agreement (including proposed amendment to same) and related affiliate agreement. | 2.80 hrs. |
| 08/14/09 | B. G. CARSON | Review motion relating to the assumption of Classified Ventures LLC agreement (including proposed amendment to same) and related affiliate agreement. | 1.60 hrs. |
| 08/14/09 | K. L. JOHNSON | Confer with K. Giuliano regarding assumption of certain agreements. | 0.30 hrs. |
| 08/14/09 | D. E. DEUTSCH | Review draft memorandum re: Debtors' motion to reject multiple leases and revise same (.4); | 0.40 hrs. |
| 08/14/09 | G. BRADSHAW | Conf. w/ D. Deutsch re: Analysis of Debtors' Fifth Motion to Reject Leases (.3); follow-up work re: Debtors' Fifth Motion to Reject Leases (1.4); reviewed motion to assume Classified Ventures LLC Agreement and affilate agreements (.5); | 2.20 hrs. |
| 08/14/09 | M. A. ALPERT | Reviewed Classified Ventures documents (2.8). | 2.80 hrs. |
| 08/14/09 | D. E. DEUTSCH | Review e-mails and attachments re: questions on CV motion (.3). | 0.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 24, 2009
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page   3


| 08/17/09 | D. E. DEUTSCH | Follow-up with Jason Porter re: follow-up with AlixPartners and other next steps re: CV motion/agreement (.2); | 0.20 hrs. |
| --- | --- | --- | --- |
| 08/17/09 | G. BRADSHAW | Reviewed recently filed assumption motions (1.5); prepared Debtors Fifth Motion Committee Memorandum for posting (.2); begin drafting memo to Committee on Debtors Motion to assume Sears Tower Transmission Lease (1.4); T/c. w/K Giuliano re: Classified Ventures LLC Agreements (.2); T/c w/B. Carson re: Classified Ventures LLC Agreements (.2). | 3.50 hrs. |
| 08/17/09 | M. A. ALPERT | Reviewed Classified Ventures documents. | 2.50 hrs. |
| 08/17/09 | J. B. PORTER | Review of new rejection motions filed by Debtors. | 0.60 hrs. |
| 08/18/09 | J. B. PORTER | Reviewed motion re assumption of certain executory contracts. | 0.60 hrs. |
| 08/18/09 | M. A. ALPERT | Conf. w/B.Carson re: Classified Ventures documents. | 0.30 hrs. |
| 08/18/09 | K. A. GIULIANO | Review CV Affiliate Agreement, Amendment and Motion to Assume for intellectual property related issues (1.6), confer with B. Carson (.2) regarding whether there is documentation regarding revoked licenses, and G. Bradshaw (.2) regarding memo to Creditor's Committee (.2) and draft email to K. Johnson regarding review of CV Affiliate Agreement (.2). | 2.40 hrs. |
| 08/18/09 | G. BRADSHAW | Continued reviewing Debtors' Motion to assume Classified Ventures LLC Agreements (.4) Continued drafting initial memorandum to the Committee re: motion to assume Classified Ventures, LLC Agreements (.9); T/c w/B. Carson re: Classified Ventures LLC Agreements (.2); T/c w/K. Giuliano re: Classified Ventures Affiliate Agreements | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page     4

|            |                |                                                                                                                                                                                                                                                                                                                                                                                                 |            |
|------------|----------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                | (.2); email to A. Leung re: Classified Ventures LLC Committee Memoranda (.1); T/c w/A. Leung at AlixPartners re: Classified Ventures LLC (.3); reviewed AlixPartners' financial analysis of Classified Ventures, LLC (.4).                                                                                                                                                                         |            |
| 08/19/09   | G. BRADSHAW     | Continued drafting Committee Memo re: assumption of Classified Ventures LLC Agreements (.7); reviewed results of Classified Ventures LLC agreements by corporate department (.2); reviewed analysis of Classified Ventures Affiliate Agreements by IP department (.2); reviewed results and incorporated changes made to Classified Ventures, LLC by AlixPartners (.4); email to AlixPartners re: Classified Ventures (.2); T/c w/ A. Leung at AlixPartners re same (.2). | 1.90 hrs. |
| 08/19/09   | K. L. JOHNSON   | Review Affiliate Agreement (.7) and provide comments to B. Carson (.3).                                                                                                                                                                                                                                                                                                                          | 1.00 hrs. |
| 08/19/09   | J. B. PORTER    | Review motions re assumption motion and CV agreements and edited memorandum re same.                                                                                                                                                                                                                                                                                                             | 1.40 hrs. |
| 08/20/09   | J. B. PORTER    | Call with A. Leung re CV motion (.6); Revised memorandum re CV motion (.8).                                                                                                                                                                                                                                                                                                                      | 1.40 hrs. |
| 08/20/09   | G. BRADSHAW     | Follow-up analysis of Business Operations aspects re: Motion to Assume Classified Ventures' LLC Agreements (1.7)                                                                                                                                                                                                                                                                                  | 1.70 hrs. |
| 08/21/09   | G. BRADSHAW     | Reviewed AlixPartners report re: Classified Ventures business model (.7); follow-up work re: Committee Memorandum re: Classified Ventures (1.6); conf. w/D. Deutsch re: Classified Ventures memorandum (.4); T/c w/J. McClelland at Sidley re: Classified Ventures (.1); email to A. Leff at Sidley re: Classified Ventures (.2); follow-up work re: WGN TV Sears | 4.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    5

|  |  |  |  |
|---|---|---|---|
|  |  | Tower Lease Assumption memo (.5); T/c w/A. Leung at AlixPartners re: Classified Ventures Business Structure (.4); follow up work re: Classified Ventures memorandum (.7). |  |
| 08/21/09 | J. B. PORTER | Revised memoranda re tax settlement and assumption of leases (1); meeting with G. Bradshaw re same (.1). | 1.10 hrs. |
| 08/24/09 | G. BRADSHAW | Reviewed Classified Ventures' business model w/AlixPartners and D. Deutsch (1.7); T/c w/A. Leff at Sidley re: Classified Ventures business model (.2); follow-up work re: Classified Ventures' motion (1.9); follow-up work re: Sears Tower Assumption Motion (.4). | 4.20 hrs. |

**Total Fees for Professional Services..............  $25,218.50**

## TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| M. A. ALPERT | 795.00 | 7.60 | 6042.00 |
| K. L. JOHNSON | 625.00 | 1.30 | 812.50 |
| B. G. CARSON | 395.00 | 4.40 | 1738.00 |
| D. E. DEUTSCH | 635.00 | 2.80 | 1778.00 |
| K. A. GIULIANO | 535.00 | 2.40 | 1284.00 |
| J. B. PORTER | 395.00 | 7.70 | 3041.50 |
| G. BRADSHAW | 345.00 | 30.50 | 10522.50 |
| TOTALS |  | 56.70 | 25218.50 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1

                              For Services Through August 31, 2009

Our Matter #19804.014
            EMPLOYEE ISSUES


| | | | |
|---|---|---|---|
| 08/03/09 | D. E. DEUTSCH | Review and revise memorandum on employee retirement matters (1.1); follow-up with Marjorie Glover on same (.2); draft related posting note for Committee (.1); review revised discovery request re: MIP (.2); telephone conversation with Kevin Lantry re: same (.2); review final materials for posting (.1). | 1.90 hrs. |
| 08/03/09 | D. M. LeMAY | Review and comment on memo re: multi-employer pension plan. | 3.70 hrs. |
| 08/04/09 | D. E. DEUTSCH | Review objection by Guild to MIP motion (.3). | 0.30 hrs. |
| 08/05/09 | D. M. LeMAY | Review Guild and UST Objections to MIP. | 0.70 hrs. |
| 08/05/09 | H. SEIFE | Review of objections to bonus plan (MIP). | 0.40 hrs. |
| 08/06/09 | J. B. PORTER | Drafted memorandum re objections filed to the Debtors' 2009 MIP Motion. | 2.10 hrs. |
| 08/07/09 | D. M. LeMAY | Conference w/K. Lantry regarding upcoming MIP hearing (.3). Review pleadings to prepare for 8/11 hearing (1.4). | 1.70 hrs. |
| 08/10/09 | D. M. LeMAY | Prepare for tomorrow's hearing (.7) and t/c w/K. Lantry (.4) regarding same. | 1.10 hrs. |
| 08/10/09 | H. SEIFE | Telephone conference with B.Krakauer regarding MIP hearing (.3); emails regarding same (.3). | 0.60 hrs. |
| 08/11/09 | H. SEIFE | Telephone conference with D.LeMay regarding hearing on MIP. | 0.30 hrs. |
| 08/11/09 | D. M. LeMAY | Prepare presentation for hearing on 2009 MIP and related conference w/A. Holtz re: same (1.5). Attend hearing in US Bankruptcy Court re: same (1.8). | 3.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page     2

| 08/13/09 | D. M. LeMAY | Coordinate Committee participation in tomorrow's telephone hearing regarding 2009 MIP. | 0.30 hrs. |
| 08/13/09 | D. E. DEUTSCH | Review notice from Debtors re: severance payment and follow-up with AlixPartners on same (.2); | 0.20 hrs. |
| 08/14/09 | D. E. DEUTSCH | Review materials from Debtors on proposed severance payment to executive (.2); exchange related e-mails and calls with AlixPartners re: issue with same (.2); | 0.40 hrs. |
| 08/14/09 | D. M. LeMAY | Prepare for (.2) and attend (.4) telephonic hearing regarding 2009 MIP discovery. | 0.60 hrs. |
| 08/15/09 | D. E. DEUTSCH | Review memorandum on pension and employee issues (.2); | 0.20 hrs. |

        Total Fees for Professional Services.............  $13,381.00


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 11.40 | 9405.00 |
| H. SEIFE | 955.00 | 1.30 | 1241.50 |
| D. E. DEUTSCH | 635.00 | 3.00 | 1905.00 |
| J. B. PORTER | 395.00 | 2.10 | 829.50 |
| TOTALS | | 17.80 | 13381.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                          For Services Through August 31, 2009

Our Matter #19804.015
          RELIEF FROM STAY ISSUES


| 08/03/09 | D. E. DEUTSCH | Review updated lift stay summary chart (.2). | 0.20 hrs. |
|---|---|---|---|
| 08/10/09 | G. BRADSHAW | Reviewed order for A. Lamantia lift-stay motion (.3); called J. McLelland at Sidley Re: Lamantia lift-stay motion strategy for Debtors (.3); email to D. Deutsch re: Debtors' Lamantia strategy (.2); reviewed all Tribune lift-stay motions for weekly lift-stay report (.3); reviewed Beatty lift-stay case and adversary proceeding (.3). | 1.40 hrs. |
| 08/14/09 | G. BRADSHAW | Reviewed Beatty lift-stay proceedings to prepare weekly report to Committee (.7); T/c w/G. Demo at Sidley re status of Beatty discovery and Motion to Dismiss orders (.2); updated lift-stay weekly report for Committee (.6); reviewed orders for Beatty, Lamantia, Gutman (.6). | 2.10 hrs. |
| 08/15/09 | D. E. DEUTSCH | Review additional update to lift stay report (.1); | 0.10 hrs. |
| 08/17/09 | G. BRADSHAW | Reviewed new motion to lift the automatic stay (Docket No. 1970) (.2). | 0.20 hrs. |
| 08/17/09 | B. DYE | Meeting with J. Porter and D. Deutsch to discuss memo on Debtors' motion seeking relief from automatic stay (.4); meeting with J. Porter to discuss the same memo (.4) | 0.80 hrs. |
| 08/18/09 | G. BRADSHAW | Reviewed Debtors' Counsel communication re: Lamantia lift-stay motion stipulation (.1). | 0.10 hrs. |
| 08/18/09 | D. E. DEUTSCH | Review various e-mails and related attachments re: LaMantia lift stay stipulation (.3); e-mail Jillian McClelland re: same (.1); | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| | | | |
|---|---|---|---|
| 08/19/09 | B. DYE | Reviewing Debtors' motion for relief from automatic stay to pay insurance proceeds to Neil defendants and other relevant filings (2.1); draft memo to the Committee on automatic stay matter (1.6) for D. Deutsch. | 3.70 hrs. |
| 08/20/09 | B. DYE | Drafting memo to Committee on Debtors' motion for relief from stay | 2.50 hrs. |
| 08/20/09 | D. E. DEUTSCH | Review and revise initial draft of memorandum re: lift stay motion on fiduciary policy reimbursement request (.4); discuss same with Bonnie Dye (.1); | 0.50 hrs. |
| 08/21/09 | B. DYE | Revising memo to Committee on Debtors' motion for relief from automatic stay for D. Deutsch | 0.70 hrs. |
| 08/22/09 | B. DYE | Reviewing the Debtors' Primary Fiduciary Liability Insurance Policies for D. Deutsch | 2.10 hrs. |
| 08/26/09 | G. BRADSHAW | Reviewed Lamantia lift-stay stipulation and order (.2). | 0.20 hrs. |

**Total Fees for Professional Services.............** $5,523.00

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | 1.20 | 762.00 |
| B. DYE | 345.00 | 9.80 | 3381.00 |
| G. BRADSHAW | 345.00 | 4.00 | 1380.00 |
| TOTALS | | 15.00 | 5523.00 |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    1

                                  For Services Through August 31, 2009

   Our Matter #19804.016
           TAX ISSUES


08/03/09   R. M. LEDER        Review comparative chart on          0.20 hrs.
                              Formation Agreement.

08/05/09   R. M. LEDER        Review new transaction documents.    0.40 hrs.

08/06/09   R. M. LEDER        Initial review of loan commitment    1.90 hrs.
                              and term sheet and OSA Loan
                              Agreement.

08/07/09   R. M. LEDER        Review Guaranty Agreement.           1.40 hrs.

08/10/09   C. E. HORD         Prepare for (1.3) and participate    2.80 hrs.
                              in internal conf re financing and
                              tax matters (1.5).

08/10/09   R. M. LEDER        Review redlines of new documents     4.10 hrs.
                              (.5); conference Alpert, Hord and
                              Markson re debt documents (1.5);
                              separate conference with Markson
                              re tax matters and other
                              Agreements (.5); and conference
                              call with Nils, C&P group and
                              Moelis group re Cubs (1.6).

08/10/09   E. S. MARKSON      Discussion with R. Leder, C. Hord    2.80 hrs.
                              and M. Alpert regarding issues
                              related to draft debt documents
                              (senior loan commitment and term
                              sheet, subordinated loan
                              agreement, and guaranty) (1.4).
                              Discussion with Leder regarding
                              presentation of issues for
                              consideration by creditors'
                              committee (0.6). Several phone
                              calls with A. Ajmera of Moelis
                              regarding economic impact of tax
                              deferral and presentation of
                              pre-tax/post-tax transaction
                              benefits to creditors' committee
                              (0.8).

08/11/09   R. M. LEDER        Review draft of slides for           1.20 hrs.
                              Thursday meeting (0.7); TC Ashish
                              and Alpert re Moelis tax questions
                              (0.5).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 08/12/09 | R. M. LEDER | Review ISA Agreement in connection with OSA and related documents (1.5); and review and comment on Moelis slides for Committee meeting, including TCs with Ashish Ajmera and Marc Alpert (2.2). | 3.70 hrs. |

| 08/14/09 | R. M. LEDER | Review draft of Subordinate Guaranty. | 0.20 hrs. |

| 08/17/09 | R. M. LEDER | Review new draft of Guaranty Agreement (.2); participate in Chadbourne-Moelis call (.3); TC Ashish Ajmera re net present value calculations with respect to remedial alloations (1.2); and review spreadsheets prepared by Ashish Ajmera regarding net present value calculations (.8). | 2.50 hrs. |

| 08/17/09 | G. BRADSHAW | Begin drafting memo to the Committee on motion to approve a settlement agreement with the California Franchise Tax Board (1.7). | 1.70 hrs. |

| 08/18/09 | R. M. LEDER | Review Moelis presentation and backup spreadsheets on NPV of tax benefits and TCs Ashish Ajmera in connection therewith (1.5). | 1.50 hrs. |

| 08/18/09 | G. BRADSHAW | Begin first draft of Committee memorandum re: California State Franchise Tax Board Settlement Agreement motion by Debtors (.9). | 0.90 hrs. |

| 08/19/09 | G. BRADSHAW | Continued drafting committee memo re: California State Franchise Tax refund settlement agreement (.6). | 0.60 hrs. |

| 08/20/09 | R. M. LEDER | Review and comment on Motion (.7); review changes to Guaranty (.2); review and comment on new draft of LLC Agreement (1.1); and review and comment on Tax Matters Agreement (1.5). | 3.50 hrs. |

| 08/21/09 | R. M. LEDER | Review changes to Formation Agreement (.3); review update report on CUBS transaction from Company (.2). | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    3


08/21/09   G. BRADSHAW        Follow-up work re: Tribune           1.40 hrs.
                              California Franchise Tax Board
                              Settlement Agreement memorandum to
                              the Committee (1.4).

08/24/09   G. BRADSHAW        Verification and follow-up work      0.40 hrs.
                              re: California Tax Board
                              Settlement Agreement memo for
                              distribution to Committee w/D.
                              Deutsch (.4).

08/25/09   G. BRADSHAW        Follow-up work re: interest          0.90 hrs.
                              accrual for California Tax Board
                              Settlement Agreement (.9).

08/28/09   R. M. LEDER        Review Alix Partners revised         0.40 hrs.
                              projections.


           **Total Fees for Professional Services.............. $27,020.00**


                            TIMEKEEPER SUMMARY

   Timekeeper's Name              Rate     Hours       Amount
   ─────────────────────────────────────────────────────────────
   C. E. HORD                    855.00     2.80        2394.00
   E. S. MARKSON                 735.00     2.80        2058.00
   R. M. LEDER                   955.00    21.50       20532.50
   G. BRADSHAW                   345.00     5.90        2035.50
                        TOTALS             33.00       27020.00

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

                            For Services Through August 31, 2009
Our Matter #19804.017
            GENERAL LITIGATION


| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/03/09 | D. E. DEUTSCH | Review updated analysis chart on Neil and Beatty adversaries (.2). | 0.20 hrs. |
| 08/10/09 | G. BRADSHAW | Reviewed Neil Plaintiffs' Reply Brief in opposition to motion to dismiss (1.6). | 1.60 hrs. |
| 08/14/09 | G. BRADSHAW | Reviewed pleadings of Neil v. ESOP Committee and Trustee litigation in N.D. Ill. (.4); prepare summaries re: same to Committee (.5). | 0.90 hrs. |
| 08/14/09 | D. E. DEUTSCH | Review update report on adversaries and related case litigation (.4); discuss same with Gilbert Bradshaw (.2); | 0.60 hrs. |
| 08/15/09 | D. E. DEUTSCH | Review additional updates on adversary proceeding/other litigation reports (.2); | 0.20 hrs. |
| 08/26/09 | G. BRADSHAW | Reviewed Neil adversary proceeding pleadings and summarized for weekly report of same (.5). | 0.50 hrs. |


**Total Fees for Professional Services............    $1,670.00**

---

TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. E. DEUTSCH | 635.00 | 1.00 | 635.00 |
| G. BRADSHAW | 345.00 | 3.00 | 1035.00 |
| TOTALS | | 4.00 | 1670.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1


                                  For Services Through August 31, 2009
Our Matter #19804.018
        TRAVEL


08/31/09   D. E. DEUTSCH      Non-working travel time to/from        2.20 hrs.
                              Wilmington, Delaware (2.2).

08/31/09   D. M. LeMAY        Non-working travel time to and         2.20 hrs.
                              from Wilmington, Delaware.



        Total Fees for Professional Services.............    $3,212.00
```

### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| D. M. LeMAY | 825.00 | 2.20 | 1815.00 |
| D. E. DEUTSCH | 635.00 | 2.20 | 1397.00 |
| TOTALS | | 4.40 | 3212.00 |