```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    1
```

For Services Through August 31, 2009

Our Matter #19804.019
          REVIEW OF PREPETITION FINANCINGS

| 08/01/09 | N. T. ZINK | Review F. Vazquez email re balance sheet solvency analysis for fraudulent transfer avoidance (.2); reply to F. Vazquez email with further instruction (.1); Review AlixPartner email re solvency issues and email to M. Rule re same (.1); further emails to and from F. Vazquez re solvency test for fraudulent transfer avoidance (.1). | 0.50 hrs. |
|---|---|---|---|
| 08/01/09 | N. T. ZINK | Review AlixPartner email re solvency issues and email to M. Rule re same (.2); review section 548 standing issue (.6); review section 546(e) defense (.8); review all loan documents and commitment letters re date Tribune Company became obligated on Increase Facility in connection with measurement date for insolvency (2.2). | 3.80 hrs. |
| 08/01/09 | F. VAZQUEZ | Research solvency issues, inc. treatment of contingent claims & future assets (3.4); conf. w/Zink re solvency issues (.3); conf. w/Zink re merger agreement (.3); review merger agreement (.8); review documents related to merger agreement (1.3); email to Zink re solvency issues (1.1). | 7.20 hrs. |
| 08/02/09 | F. VAZQUEZ | Conf w/Zink re next phase of investigation. | 0.30 hrs. |
| 08/02/09 | N. T. ZINK | Review of statute and legislative history on section 546(e) issue (.6); Review of statute on section 548 standing issue (1.2); review Second Step Commitment Letter and Increase Joinders re date of Tribune Company obligation (.8); attention to discovery status and review Nellos, Vazquez and Scwhinger emails relating thereto (.4). | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    2

| 08/02/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.8 hrs) | 2.80 hrs. |
| 08/02/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (1.2); reviewed materials regarding Debtor officer interview (1.2). | 2.40 hrs. |
| 08/03/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.2 hrs) | 2.20 hrs. |
| 08/03/09 | L. F. MOLONEY | Review and process media and coordinated uploading additional documents to Relativity database (.4). | 0.40 hrs. |
| 08/03/09 | B. DYE | Researching issue of section 546(e) and guarantees for C. Rivera and T. Zink | 2.60 hrs. |
| 08/03/09 | M. IACOPELLI | Review and process recent correspondence (.4); reviewed and provided update to C.Rivera on Relativity hot documents pertaining to Debtor officer (.2); prepared a set of hot documents at the request of C. Rivera (.4 ). | 2.00 hrs. |
| 08/03/09 | H. SEIFE | Review of materials from proposed litigation conflict counsel (1.5); email Sharon Katz re JPM (.2). | 1.70 hrs. |
| 08/03/09 | F. VAZQUEZ | Conf w/Zink, Rivera, Nellos, Ashley & Schwinger re discovery & next steps (1.2); attention to document review software (.4); update discovery chart (.3)email to Rath re discovery status (.1); email from Butcher re Citibank confidentiality agreement (.1); review Morgan Stanley confidentiality agreement (.1); review status of discovery (.2); conf w/Zink re incremental facility (.3); email to/from Nellos re status of discovery (.1). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    3

| | | | |
|---|---|---|---|
| 08/03/09 | N. T. ZINK | Conference with Second Step document review team re status of document review and preparation of report (1.0); conference with C. Rivera re section 548 memorandum (.3); review and reply to email from counsel to Chandler Trust directors re settlement payments (.2); second step online review of documents (2.3). | 3.80 hrs. |
| 08/03/09 | N. T. ZINK | Phone conference with M. Rule of AlixPartners re status of solvency analysis (.5). | 0.50 hrs. |
| 08/03/09 | R. A. SCHWINGER | E-mails re Chandler directors production issues (0.5); review current production status/issues for MLCC, Navigant, JP Morgan (1.6); meetings with A. Nellos re status issues (0.3). | 2.40 hrs. |
| 08/03/09 | C. L. RIVERA | Meeting with B. Schwinger, T. Zink, M. Ashley, F. Vazquez and A. Nellos re: status of online review of documents relating to ESOP transactions (1.2); meeting with T. Zink re: Debtor officer outline, analysis re: date of insolvency for fraudulent transfers, upcoming interview (0.4); conferences with A. Nellos and M. Iacopelli re: organization of Debtor officer documents for review (0.5); correspondence with M. Ashley re: same (0.2); drafting/revising outline in light of report (1.4); review recent case re: 546(e) defense (0.4); on-line review of documents produced in connection with investigation of ESOP transaction (1.5). | 5.60 hrs. |
| 08/03/09 | D. E. DEUTSCH | Review and provide comments on first draft of staged structure analysis charts (.6); discuss same with Jason Porter (.1). | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    4

| | | | |
|---|---|---|---|
| 08/03/09 | A. K. NELLOS | Meeting with F. Vazquez, M. Ashley, R. Schwinger, T. Zink, and C. Rivera regarding document review status (1.2). Review additional correspondence received (1.3).  Conference with M.Iacopelli regarding document review issues (.3). Compile statistics regarding second review (1.2) and assign additional documents to second-level reviewers (.7); prepare related reports in Relativity (1.7). | 6.40 hrs. |
| 08/03/09 | M. D. ASHLEY | Prepared for (.6) and attended team meeting regarding ESOP transaction investigation (1.2); reviewed documents produced in connection with ESOP transaction investigation (5.6); reviewed materials regarding Debtor officer interview (1.8). | 9.20 hrs. |
| 08/03/09 | J. B. PORTER | Revised and updated chart re the steps of the ESOP/LBO transaction (1.5). | 1.50 hrs. |
| 08/04/09 | J. B. PORTER | Finalized chart of ESOP/LBO transaction. | 0.50 hrs. |
| 08/04/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 08/04/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.00 hrs. |
| 08/04/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 08/04/09 | M. S. TOWERS | Researched issue of whether a promissory note execution constitutes a transfer (1.9); met with T. Zink re: same (.3) | 2.20 hrs. |
| 08/04/09 | A. K. NELLOS | Assist second-level reviewers re information in Relativity (1.5). Assign newly-loaded documents (.5) and review progress of same (.3). Review related correspondence | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    5

|  |  | regarding production from various sources (1.9). |  |
|---|---|---|---|
| 08/04/09 | D. E. DEUTSCH | Review SEC materials on ESOP transaction (.5); review and revise ESOP transaction chart (.7). | 1.20 hrs. |
| 08/04/09 | M. RICHMOND | Research minutes and other materials on Committee on Financial Services hearing on HR 5585 for B.Dye. | 0.50 hrs. |
| 08/04/09 | C. L. RIVERA | Drafting/revising memo re: standing issue for committee (3.6); legal research re: section 546(e), legislative intent (2.8); discussions with T. Zink and B. Dye during day re: 546 issues, JPMorgan arguments (1.4). | 7.80 hrs. |
| 08/04/09 | C. E. HORD | Meeting with T. Zink regarding accordion loan feature (0.3); prepare for (0.2) and meeting with A. Kronstadt to discuss research (0.2); start review of document binder from T. Zink (3.4); review preliminary report to special committee (selected selections) (0.9); prepare outline of memo on 548 issues (0.6); start work on 548 memo (0.9). | 6.50 hrs. |
| 08/04/09 | R. A. SCHWINGER | Review Morgan Stanley confidentiality agreement (0.2); e-mail to Dean Kitchens responding re position as to Chandler directors production of 2007 payment documents (0.4); review Rubin v. MHT decision (0.5); e-mails re upcoming Navigant production (0.4). | 1.50 hrs. |
| 08/04/09 | N. T. ZINK | Second step online review of documents produced by EGI-TRB, LLC (.3); conference with H. Seife re status of research projects (.2); phone conference with C. Rivera re section 548 and 546 (e) research (.1); email to M. Rule of AlixPartners re possible August 12 meeting (.1); phone conference with C. Hord re preparation of | 2.10 hrs. |

|  |  |  |  |
|---|---|---|---|
|  |  | memorandum to Committee re commitment date issues and measure date for insolvency analysis (.1); phone conference with F. Vazquez re assembling deal documentation relevant to insolvency measurement date (.2); second step online review of documents (.2); conference with C. Rivera and B. Dye re status of section 546(e) research and standing issue under section 548 (.3); conference with C. Rivera and B. Dye re section 546(3) defense (.6). |  |
| 08/04/09 | N. T. ZINK | Review section 546(e) issues, related provisons and legislative history (1.1); conference with M. Towers re research on same (.2); conference with C. Hord re borrower commitments and loan dates (.3); second step review of documents (1.8). | 3.40 hrs. |
| 08/04/09 | F. VAZQUEZ | Update discovery chart (.3); conf w/Deutsch re discovery (.1); review first and second step commitment letters (1.4); conf w/Zink re incremental facility (.3); conf w/Porter re selection of special counsel (.2); second tier review documents provided in connection with pre-petition investigation (2.7); email to/from Nellos re Great Banc (.1); conf w/Zink re incremental facility(.1); email to Rivera re list of open items(.1); email list of hot documents (.3). | 5.60 hrs. |
| 08/04/09 | H. SEIFE | Conference with T.Zink regarding LBO issues (.5); review of case law on fraudulent conveyance (1.4). | 1.90 hrs. |
| 08/04/09 | D. BAVA | Organization of commitment materials for T. Zink and F. Vazquez (.80); draft index (.20). | 1.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    7

| 08/04/09 | M. IACOPELLI | Research articles relating to Chandler Bigelow at the request of C. Rivera (3.8); e-mail to C. Rivera, M. Ashley and A. Nellos re summary of articles (.3); conducted searches on Pacer for hearing transcripts that reflect certain Debtor officer testimony (1.8); e-mail to M. Ashley, C. Rivera and A. Nellos re same. (.3); review and processed recent correspondence (.5). | 6.70 hrs. |
| --- | --- | --- | --- |
| 08/04/09 | B. DYE | Meetings with C. Rivera to discuss research (.3); multiple meetings with C. Rivera and T. Zink to discuss settlement payment defense issue (2.1); research and drafting memo on section 546(e) (10.7). | 13.10 hrs. |
| 08/04/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 08/04/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 1.10 hrs. |
| 08/04/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 08/04/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (5.8); reviewed materials and drafted outline regarding Debtor officer interview (2.4); reviewed bankruptcy court materials (1.2); communications with team regarding ESOP transaction investigation (.7). | 10.10 hrs. |
| 08/04/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP transaction (2.4). | 2.40 hrs. |
| 08/04/09 | A. KRONSTADT | Meeting with C.Hord to review assignment (.2); research on fradulent conveyance - the balance sheet test and timing of the recognition of liabilities (3.4). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    8

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 08/04/09 | A. KRONSTADT | Follow-up discussion with C. Hord re: research on fraudulent conveyance claims. | 0.20 hrs. |
| 08/05/09 | A. KRONSTADT | Research on fradulent conveyance - the balance sheet test and timing of the recognition of liabilities (3.6); drafted memo addressing research on specific fraudulent conveyance (.6). | 4.20 hrs. |
| 08/05/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP investigation (3.3). | 3.30 hrs. |
| 08/05/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer interview (1.7); reviewed documents produced in connection with ESOP transaction investigation (5.2); communications regarding ESOP transaction investigation (.7). | 7.60 hrs. |
| 08/05/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction. (1.5 hr) | 1.50 hrs. |
| 08/05/09 | E. M. MILLER | Review data room for certain documents, and exchange e-mails with A Nellos re same (0.3). | 0.30 hrs. |
| 08/05/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.00 hrs. |
| 08/05/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 6.00 hrs. |
| 08/05/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.70 hrs. |
| 08/05/09 | B. SCHUBECK | Research materials re insolvency / balance sheet test / GAAP for A.Kronsadt. | 1.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page     9

| | | | |
|---|---|---|---|
| 08/05/09 | B. DYE | Drafting memo on sec 546(e) issue (1.9); meeting with C. Rivera on same (.5); reviewing and editing standing and avoidance actions memo for C. Rivera (2.9); editing memo on Sec. 546(e) issue (5.2); | 10.50 hrs. |
| 08/05/09 | M. IACOPELLI | Reviewed and processed correspondence received by A. Nellos. | 0.30 hrs. |
| 08/05/09 | D. BAVA | Prepare 3rd set of commitment materials for F. Vazquez (.60). | 0.60 hrs. |
| 08/05/09 | F. VAZQUEZ | Conf w/Hord re second step commitment letter (.2); review commitment letters (.8); Conf w/Zink re document review & next steps (.2); second tier document review in connection with ESOP investigation (.6); emails to/from Zink & Nellos re Navigant (.2); email from Butcher re Morgan Stanley (.1); email to Butcher & Schwinger re Citigroup confidentiality agreement (.1); email to Zink re second step commitment letter & possible discovery (.2). | 2.40 hrs. |
| 08/05/09 | N. T. ZINK | Phone conference with M. Rule re August 12 meeting re solvency analysis (.2); emails to proposed attendees re August 12 meeting (.1); review section 548 research re insolvency calculus (.8); second step review of documents in connection with investigation (.8); review section 546(e) issue (.3); review and revise memoranda re section 548 and section 546(e) issues (1.2). | 3.40 hrs. |
| 08/05/09 | R. A. SCHWINGER | TC with Joel Feuer (Gibson Dunn) re production by Chandler directors and Rustic Canyon Partners (0.2) and e-mail summary re same (0.2); attention to Citigroup confidentiality agreement (0.2). | 0.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   10

| | | | |
|---|---|---|---|
| 08/05/09 | C. E. HORD | Review and revise on 548 memo (4.8); TCs A. Kronstadt re 548 issues (0.2). | 5.00 hrs. |
| 08/05/09 | C. L. RIVERA | Meetings with B. Dye re: research (.5); drafting/revising standing memo (4.2); on-line review of documents produced in connection with investigation of ESOP transaction (0.4); analysis re: 546(e) research (0.7); confer with T. Zink re: standing memo (0.6); review cases post meeting (1.1). | 7.50 hrs. |
| 08/05/09 | A. K. NELLOS | Review progress of document review (.6) and assign additional documents to reviewers (.4); respond to questions by reviewers (.7); assist T. Zink with response to question regarding documents (.4), including review of potentially responsive documents from reviewers (1.1). Assist second-level reviewers with various issues (.8). | 4.00 hrs. |
| 08/05/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.10 hrs. |
| 08/05/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.50 hrs. |
| 08/05/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 08/05/09 | J. B. PORTER | Call with A. May from AlixPartners' re proposed changes to the ESOP/LBO transaction chart (.5); Review of case law re the retention of special counsel (.7). | 1.20 hrs. |
| 08/06/09 | J. B. PORTER | Organized, reviewed and circulated materials to Zuckerman Spaeder in order to help them get up to speed. | 1.50 hrs. |
| 08/06/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   11

| | | | |
|---|---|---|---|
| 08/06/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.60 hrs. |
| 08/06/09 | Y. YOO | Corresponded by email with Alexandra Nellos re: review of documents produced in connection with investigation of ESOP transaction. | 0.10 hrs. |
| 08/06/09 | A. K. NELLOS | Assign documents to first and second-level reviewers (1.0); respond to questions from reviewers (1.4). Speak with R. Schwinger regarding progress of review, addition of new counsel (.6). | 3.00 hrs. |
| 08/06/09 | D. M. LeMAY | Begin coordinating work re: Zuckerman retention and getting them up to speed on process and issues (1.5).  E-mails to Davis Polk (.3) and t/c to Kaye Scholar (.1) re: selection of special counsel. | 1.90 hrs. |
| 08/06/09 | C. L. RIVERA | Meetings with B. Dye re: 546(e) and 548 research (0.7); review/revise 548 memo re: intro/argument (0.3); confer with T. Zink re: same (0.3). | 1.30 hrs. |
| 08/06/09 | C. E. HORD | TCs A. Kronstadt re: reseach (.2); review and revise 548 memo (2.3); e-mail T. Zink re 548 memo issues (0.2); review 548 memo and open issues list (0.6); conf call T. Zink and F. Vazquez re 548 memo and open issues (0.3); prepare revisions of 548 memo (0.6); e-mails F. Vazquez re 548 memo (0.2). | 4.40 hrs. |
| 08/06/09 | R. A. SCHWINGER | Review e-mails re status of Zuckerman Spaeder and outside misinformation on that subject (0.7); e-mails with David Neier re VRC production issues (0.3); meeting with A. Nellos re document production/review status (0.3); review production status at Zell/EGI (0.5); review e-mails re | 3.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE            September 24, 2009
435 N. MICHIGAN AVENUE                                   Invoice ******
CHICAGO, IL 60611                                        Page    12


                        Duff & Phelps, FitzSimons status
                        (0.3); TC, e-mail with Graeme Bush
                        re coordination and sharing of
                        discovery materials (0.4); draft
                        side letter rider for
                        confidentiality agreement to allow
                        sharing with Zuckerman Spaeder
                        (0.7); e-mails to Debtors' counsel
                        re additional specific document
                        requests and production of board
                        materials. (0.7).

08/06/09   N. T. ZINK   Review and revise section 548        7.00 hrs.
                        memorandum re standing (3.2);
                        review and revise section 546(e)
                        memorandum (1.6); conference with
                        C. Rivera re section 548
                        memorandum (.4); conference with
                        B. Dye re section 546(e)
                        memorandum and associated research
                        (.4); review memorandum re
                        Incremental Facility re commitment
                        and loan date for purposes of
                        solvency measurement (.6); second
                        step document review in connection
                        with investigation (.8).

08/06/09   F. VAZQUEZ   Email from Neier re VRC discovery     3.70 hrs.
                        (.1); conf w/Zink re email from
                        Neier re discovery from VRC (.2);
                        conf w/LeMay re VRC discovery
                        (.1); review & revise memo re
                        incremental facility (2.0); conf
                        w/Zink re incremental facility
                        (.4); email to/from Butcher re
                        Morgan Stanley discovery (.1)
                        review email re status of case and
                        consider possible affect on
                        investigation (.3); conf w/Zink re
                        additional info needed in
                        connection w/incremental facility
                        (.2); conf w/Schwinger re
                        additional info needed in
                        connection w/incremental facility
                        (.2); draft email re additional
                        info needed in connection
                        w/incremental facility (.1).

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   13
```

| | | | |
|---|---|---|---|
| 08/06/09 | B. DYE | Research issue on the time of incurrence of an obligation for T. Zink (5.1); research and drafting memo on section 546(e) issue (2.5); meeting with C. Rivera to discuss memo (.7) | 8.30 hrs. |
| 08/06/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.70 hrs. |
| 08/06/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 0.80 hrs. |
| 08/06/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.50 hrs. |
| 08/06/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (1.8 hrs). | 1.80 hrs. |
| 08/06/09 | M. D. ASHLEY | Reviewed materials and drafted outline regarding interview of Debtor officer (2.6); reviewed documents produced in connection with ESOP transaction investigation (4.6). | 7.20 hrs. |
| 08/06/09 | A. KRONSTADT | Review of Shepard's Report on Rubin case (.7); discussion with C.Hord re: same (.1). | 0.80 hrs. |
| 08/07/09 | A. KRONSTADT | Research/review cited cases in Shepherd's on important fraudulent conveyance decision (1.2); drafted email to C.Hord on same (.1). | 1.30 hrs. |
| 08/07/09 | M. D. ASHLEY | Reviewed materials and prepared outline regarding Debtor officer interview (1.7); reviewed materials regarding ESOP transaction investigation (4.2); reviewed materials regarding discovery efforts (.7); communications regarding ESOP transaction investigation (.6). | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   14

| 08/07/09 | B. DYE | Researching and drafting memo on section 546(e) memo (7.1); meeting with C. Rivera and T. Zink to discuss 546(e) memo (.8). | 7.90 hrs. |

| 08/07/09 | L. F. MOLONEY | Correspondence with A. Nellos re. Morgan Stanley documents to be loaded onto Relativity database (.1); Prepared media and coordinated uploading Morgan Stanley documents to Relativity database (.4) | 0.50 hrs. |

| 08/07/09 | N. T. ZINK | Review and revise memorandum re section 548 standing issue (2.7); conference with C. Rivera re memorandum re section 548 standing issue (.1); review and revise section 546(e) memorandum (2.8); conference with B. Dye re section 546(e) memorandum (.3); review and revise memorandum re Incremental Facility issue (.4); phone conference with D. LeMay and Graeme Bush re fraudulent transfer issues and Zuckerman Spaeder retention (.5); attention to VRC and Morgan Stanley document production (.3). | 7.10 hrs. |

| 08/07/09 | H. SEIFE | Conference call with D.LeMay and B.Krakauer regarding Centerbridge. | 0.60 hrs. |

| 08/07/09 | C. E. HORD | Review revised 548 memo from F. Vazquez (0.5). | 0.50 hrs. |

| 08/07/09 | C. L. RIVERA | Meetings with T. Zink and B. Dye re: 546(e) analysis, 548 memo (1.9); revising 548 memo (1.4); reviewing 546(e) case law (1.3); reviewing memo re: same (.8); reviewing 550 caselaw re: ability to limit avoidance (.7); confer with T. Zink re: same (0.3) | 6.40 hrs. |

| 08/07/09 | D. M. LeMAY | Prepare for (1.1) and participate in (1.1) conference call w/Centerbridge regarding case resolution issues.  Follow up w/G. Bush re: same (0.3) and e-mail H. Seife regarding same (.2). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   15

| | | | |
|---|---|---|---|
| 08/07/09 | D. M. LeMAY | Conference call w/H. Seife and B. Krakauer re: Centerbridge participation issue (.7).  Arrange meeting w/Moelis and AlixPartners regarding solvency work (.3); t/c w/G. Bush re: same (.5). | 1.50 hrs. |
| 08/07/09 | A. K. NELLOS | Review new correspondence (1.0) and arrange for new materials to be loaded onto Relativity (.7). Review materials sent to Houlihan Lockey (.3). Review progress of document review (.4) and assign additional documents to second-level reviewers (.4). | 2.80 hrs. |
| 08/07/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 4.00 hrs. |
| 08/07/09 | M. S. TOWERS | Performed follow-up research on note execution issue. | 2.20 hrs. |
| 08/08/09 | M. S. TOWERS | Performed follow up research regarding execution of note as transfer (1.2); drafted and sent e-mail to T.Zink re: same (1). | 2.20 hrs. |
| 08/08/09 | C. L. RIVERA | Revising memo re: commitment date/fraudulent conveyance date analysis (.7); correspondence with T. Zink re: same (0.2). | 0.90 hrs. |
| 08/08/09 | F. VAZQUEZ | Email to/from Nellos re Morgan Stanley discovery (.1); email to Butcher re Morgan Stanley confidentiality agreement (.1). | 0.20 hrs. |
| 08/08/09 | N. T. ZINK | Review and revise section 548 memorandum (.8); review and revise section 546(e) memorandum (.8); review and revise incurrence of indebtedness memorandum (.8). | 2.40 hrs. |
| 08/08/09 | B. DYE | Revising section 546(e) memo (1.8); researching case law on note transfer issue (4.5). | 6.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   16

| | | | |
|---|---|---|---|
| 08/08/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.0 hrs) | 2.00 hrs. |
| 08/09/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer interview (.4); reviewed materials produced in connection with ESOP transaction investigation (.4). | 0.80 hrs. |
| 08/09/09 | B. DYE | Revising memo on section 546(e) (3.0); email communications with C. Rivera regarding memo (.1); | 3.10 hrs. |
| 08/09/09 | N. T. ZINK | Review and revise section 548 memorandum re standing issue (1.2); review and revise section 546(e) memorandum (1.1). | 2.30 hrs. |
| 08/09/09 | C. L. RIVERA | Review draft memo re: 546(e) issue and draft insert re: policy issues (0.9); correspondence with B. Dye re: revisions, argument concerns (0.2). | 1.10 hrs. |
| 08/10/09 | C. L. RIVERA | Meeting with M. Ashley re: outline (.5); call with T. Zink and B. Dye re: memos (0.3); reviewing documents in connection with Debtor officer outline (2.9); drafting Debtor officer outline (1.9); revising memos to reflect further comments from T. Zink and C. Hord (0.8); correspondence with C. Hord re: same (0.3). | 6.70 hrs. |
| 08/10/09 | F. VAZQUEZ | Conf w/Zink re memo re incremental facility (.1); email from Butcher re Citigroup production (.1); conf w/Zink re 548 application (.1); email to/from Nellos re discovery chart (.1). | 0.40 hrs. |
| 08/10/09 | C. E. HORD | TC C. Rivera re: 548 memo (0.1); review documents from C. Rivera (0.5); draft revisions to 548 memo to reflect documents from C. Rivera (0.4); review lender presentation from M. Alpert (1.0). | 2.00 hrs. |

| 08/10/09 | A. K. NELLOS | Coordinate with J.Lopez regarding document processing/loading (.9). Assign documents to reviewers (1.2) and respond to questions from several reviewers (.8). Review responses from document reviewers related to extent to which productions are responsive to the requests served (1.1). Work on modification to confidentiality agreement and issues re: integration of Zuckerman (1.8). | 5.80 hrs. |
| --- | --- | --- | --- |
| 08/10/09 | D. M. LeMAY | Conference w/H. Seife re: status of Centerbridge request for information sharing (.5).  T/c w/H. Seife and G. Bush re: same (.5).  T/c w/B. Krakauer re: same (.3); e-mail M. Baur at Milbank re: same (.2).  E-mail R. Schwinger re: coordination of discovery w/Zuckerman (.3). | 1.80 hrs. |
| 08/10/09 | N. T. ZINK | Phone conference with C. Rivera re section 548 memorandum re standing (.2); review and revise section 546(e) memorandum (.6); phone conference with B. Dye re section 546(e) memorandum (.1); review and revise memorandum re incurrence of obligation (.4). | 1.30 hrs. |
| 08/10/09 | H. SEIFE | Conference with M.Ashley regarding discovery (.3); conference call with G.Bush regarding review and analysis (.5); conference with D.LeMay regarding information sharing (.4); telehone conference with B.Krakauer regarding same (.4). | 1.60 hrs. |
| 08/10/09 | M. IACOPELLI | Conducted further searches on Pacer for hearing transcripts that reflect testimony or answers from certain Debtor officers at the request of M. Ashley. | 0.40 hrs. |
| 08/10/09 | R. A. SCHWINGER | TC with Marc Hauser re e-mail production status (0.3) and follow-up e-mail re same (0.2); TCs, voice-mails with Sharon Katz, Joe Drayton, David Neier, Ryan | 7.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    18

|  |  |  |  |
|---|---|---|---|
|  |  | Bowers, Marc Hauser re letter addenda to confidentiality agreements re Zuckerman Spaeder (0.7); draft language for addenda (1.2) and meeting with A. Nellos re preparing individual letters (0.3); draft common interest agreement re Zuckerman Spaeder (2.8); prepare for meeting with Andrew Goldfarb on 8/12/09 (0.6); TC with Goldfarb re same (0.2); TC with Jenna Radomile at Houlihan Lokey re document request (0.2) and e-mail summary re same (0.4); e-mails with Tim Woods re status of Navigant production (0.3). |  |
| 08/10/09 | B. DYE | Review and revise 546(e) memo for T.Zink (1.9); follow up research on the meaning of specific term used in fraudulent conveyance provisions of Bankruptcy Code (7.9); online review of documents produced in connection with the ESOP transactions (1.5) | 11.30 hrs. |
| 08/10/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/10/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (3.6); reviewed materials regarding Debtor officer interview (1.4); prepared for (.3) and met with C. Rivera regarding Debtor officer interview preparation (.5); meeting with H. Seife regarding status of ESOP transaction investigation (.3); reviewed materials regarding discovery efforts (.7). | 6.80 hrs. |
| 08/10/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP investigation (2.1). | 2.10 hrs. |
| 08/10/09 | J. LOPEZ | Review and upload latest set of documents to Relativity. | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   19

| 08/10/09 | Y. YOO | On-line review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
|---|---|---|---|
| 08/10/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.60 hrs. |
| 08/10/09 | J. B. PORTER | Reviewed materials re solvency of Tribune at the time of the ESOP/LBO transaction. | 1.60 hrs. |
| 08/11/09 | J. B. PORTER | Reviewed materials re solvency of Tribune at the time of the ESOP/LBO transaction. | 1.90 hrs. |
| 08/11/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.80 hrs. |
| 08/11/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |
| 08/11/09 | G. BRADSHAW | Online review of documents produced in connection with the ESOP Transaction (3.4); reviewed SEC filings and publicly-filed solvency opinions for A. Nellos (1.1). | 4.50 hrs. |
| 08/11/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (3.4); reviewed materials regarding Debtor officer interview (1.3); reviewed materials regarding discovery efforts (1.2); meeting with R.Schwinger regarding ESOP investigation issues (.4). | 6.30 hrs. |
| 08/11/09 | A. K. NELLOS | Check progress of reviewers (.9) and assign additional documents to first and second-level reviewers (.8). Speak with L. Moloney regarding Zuckerman access to Relativity (.5). Work with first-level reviewers to respond to various questions posed by second-level reviewers related to documents (2.1). Work with M. Iacopelli to compile various | 8.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    20

|  |  |  |  |
|---|---|---|---|
|  |  | materials to send to Zuckerman (.3). Review discovery-related correspondence (.7). Work on update to report summarizing status of discovery regarding pre-petition financings (3.5). |  |
| 08/11/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 08/11/09 | B. DYE | Follow up research of Sec 546(e) memo (1.1); prepared 546(e) memo for H. Seife (.1); online review of documents produced relating to the ESOP transactions (8.5) | 9.70 hrs. |
| 08/11/09 | R. A. SCHWINGER | Review draft of letter addendum to confidentiality agreement with JP Morgan (1.4) including meeting with A. Nellos re same (0.3) and e-mails with Sharon Katz, Andrew Goldfarb re same (0.4); finalizing common interest agreement with Zuckerman Spaeder and transmitting various materials to them (2.3) including investigation into non-confidential copies of solvency and other opinions (1.2) and meetings and e-mails with A. Nellos, M. Ashley re same (0.4); e-mails, TC with Dan Rath re confidentiality agreement addenda re Zuckerman and status of stipulation with Foundations (0.5); meeting with M. Ashley re redacted Board material (0.4) and drafting e-mail to Mike Sweeney re same (0.4). | 7.30 hrs. |
| 08/11/09 | M. IACOPELLI | Reviewed and processed recent correspondence (.2); prepared electronic copies of requests sent to parties and any responses as per A. Nellos(2.4). | 2.60 hrs. |
| 08/11/09 | H. SEIFE | Telephone conference with G.Bush regarding review (.3); telephone conference with Milbank/Centerbridge (.4); review of legal research memoranda (1.2); review of case law (.8); prepare | 3.50 hrs. |

|            |               | for meeting with lenders (.8).                                                                                                                                                                                                                                                                                                                                                                                                                                              |           |
|------------|---------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
| 08/11/09   | D. M. LeMAY   | Review and comment on three detailed memos on legal issues raised by senior lenders as possible defenses (4.5).  Prepare for tomorrow's meeting with Zuckerman (.8). Conference call w/H. Seife and G. Bush re: investigation issues and Centerbridge Discovery (.4).                                                                                                                                                                                                       | 5.70 hrs. |
| 08/11/09   | F. VAZQUEZ    | Second tier review of documents produced in connection with pre-petition financing investigation.                                                                                                                                                                                                                                                                                                                                                                        | 3.00 hrs. |
| 08/11/09   | C. L. RIVERA  | Drafting outline for Debtor officer (0.3); correspondence with T. Zink re: memos (0.1).                                                                                                                                                                                                                                                                                                                                                                                   | 0.40 hrs. |
| 08/12/09   | C. L. RIVERA  | Review correspondence re: documents related to certain supporting incremental facilities issues (0.2); confer with B. Dye re: follow-up 548 research and insolvency related research (1.1); review related cases (1.0); confer with T. Zink via calls and emails re: memos, transfer date analysis, 546(e) analysis (1.3); confer with H. Seife re: 548 and transfer date memos (0.8); revising 548 memo to reflect points (2.7); call with H. Lee re: intercompany notes (0.2); confer with D. Deutsch re: same (0.4). | 7.70 hrs. |
| 08/12/09   | F. VAZQUEZ    | Email to/from Hord re incremental facility (.1); conf w/Zink re incremental facility (.2); conf w/Dye re incremental facility and key dates (.2); email to/from Dye re determination of solvency (.2).                                                                                                                                                                                                                                                                     | 0.70 hrs. |
| 08/12/09   | C. E. HORD    | Review new batch of second step financing documents from F. Vazquez (2.2); prepare Excel worksheet analysis of new documents impact on section 548 memo (1.1); e-mail F. Vazquez and T. Zink re analysis of additional                                                                                                                                                                                                                                                     | 3.90 hrs. |

|            |                 | second step financing documents (0.5); TC R. Leder re tax point on financing documents (0.1). | |
|------------|-----------------|------------------------------------------------------------------------------------------------|-----------|
| 08/12/09   | D. M. LeMAY     | Prepare for (1.3) and attend (2.1) meetings w/H. Seife and Zuckerman to review major open issues, progress of discovery, and prepare for meeting with senior lenders. Prepare for (1.1) and attend (2.3) meeting with AlixPartners and Moelis re: solvency analysis. Participate in call w/Centerbridge/Law Debenture re: discovery and information sharing protocol (.8). Followup meeting w/H. Seife, M.Ashley and G. Bush (.4). | 8.00 hrs. |
| 08/12/09   | D. E. DEUTSCH   | Review and follow-up on issue related to ESOP transaction per Christy Rivera request (.3); follow-up e-mails with AlixPartners' team re: same (.2); | 0.50 hrs. |
| 08/12/09   | H. SEIFE        | Meeting with Zuckerman to brief regarding investigation (2.0); meeting with AlixPartners, Moelis, Zuckerman regarding investigation (2.2); telephone conference with M.Barr regarding Centerbridge (.7); preparation for lender meeting (1.0). | 5.90 hrs. |
| 08/12/09   | N. T. ZINK      | Phone conference with C. Rivera and B. Dye re section 548 memorandum (.1); and incurrence of indebtedness memorandum (.3); prepare for (.5) and conference with Moelis, Alix Partners, H. Seife and D. LeMay re solvency issues (2.0); second step document review in connection with ESOP investigation (.7). | 3.60 hrs. |
| 08/12/09   | R. A. SCHWINGER | Meeting with Andrew Goldfarb (ZS) re current status on documents, with M. Ashley, A. Nellos (1.7); follow-up e-mails to Goldfarb re notable correspondence with various parties as to document production issues (1.6); preparing | 6.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    23

|            |              | letter addenda to confidentiality agreements with MLCC, MRC D&P to add in ZS (.6) and e-mails to counsel re same (0.2); TC with Joe Drayton re status of MLCC document production (0.5); e-mails re redacted Tribune documents (0.8); TC with Mike Sweeney re Houlihan Lokey document request (0.2); e-mail to Marc Hauser re status of e-mail production and other issues (0.3); e-mails re status of Navigant production (0.4); review delineation of roles re ZS (0.5). |            |
| 08/12/09 | B. DYE | Online review of documents produced in connection with ESOP transaction (.4 ); researching amount of avoidability issue for C. Rivera (1.8); researching issue of incurrence of obligation from revolving credit facility and section 548 (7.6); meeting via telephone with T. Zink and C. Rivera (.5) | 10.30 hrs. |
| 08/12/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/12/09 | L. F. MOLONEY | Review and download Navigant consulting documents from their secure website as per R. Schwinger's request (1.2); correspondence with A. Nellos re. instructions for foldering and uploading Navigant Consulting documents for review on Relativity database (.2); attend part of meeting with A. Goldfarb from Zuckerman Spaeder, R. Schwinger and A. Nellos re. providing access to the document database (.2). | 1.60 hrs. |
| 08/12/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    24

| | | | |
|---|---|---|---|
| 08/12/09 | A. K. NELLOS | Prepare for meeting with Mr. Goldfarb including call with Paul Kelly and Lori Moloney regarding Zuckerman's access to Relativity (1.2). Attend meeting with R. Schwinger, M. Ashley, and A. Goldfarb (2).  Assign documents and provide other related materials to first-tier reviewers (1.2).  Respond to questions from second-level reviewers regarding documents produced (1.7). Update discovery memoranda and charts in light of developments in the past few weeks (3.1). | 9.20 hrs. |
| 08/12/09 | M. D. ASHLEY | Prepared for (.6) and met with A. Goldfarb (Zuckerman Spaeder), R. Schwinger, A. Nellos regarding discovery relating to ESOP transaction investigation (1.8); attend part of meeting with H. Seife, D. LeMay, Zuckerman Spaeder team regarding status of proceedings (1.2); meeting with H. Seife, D. LeMay, Zuckerman team, Moelis team, AlixPartners team regarding solvency analysis (2.0); meeting with H. Seife, D. LeMay regarding status of ESOP transaction investigation (.4); reviewed materials regarding AlixPartners solvency analysis (.4); reviewed documents produced in connection with ESOP transaction investigation (1.4); reviewed materials regarding Debtor officer interview (.6). | 8.40 hrs. |
| 08/12/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP transaction (4.1). | 4.10 hrs. |
| 08/12/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 6.00 hrs. |
| 08/12/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 7.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   25

| 08/12/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1.2); corresponded by email with Alexandra Nellos re: same (.1). | 1.30 hrs. |
|---|---|---|---|
| 08/12/09 | J. B. PORTER | Reviewed materials re solvency of Tribune at the time of the ESOP/LBO transaction. | 0.50 hrs. |
| 08/13/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.4); corresponded by email with Alexandra Nellos re: same (.1). | 4.50 hrs. |
| 08/13/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 6.00 hrs. |
| 08/13/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 10.00 hrs. |
| 08/13/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 3.50 hrs. |
| 08/13/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP Transaction (.9). | 0.90 hrs. |
| 08/13/09 | M. D. ASHLEY | On-line review of documents produced in connection with investigation of ESOP Transaction (3.8); reviewed materials regarding discovery efforts (.8); prepared for (.6) and met with H. Seife, D. LeMay and R. Schwinger regarding status of ESOP transaction investigation (1.2); e-mails regarding discovery efforts (.6); reviewed materials regarding Debtor officer interview (1.3). | 8.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    26

| | | | |
|---|---|---|---|
| 08/13/09 | A. K. NELLOS | Assign documents (.9) and check progress of reviewers (1.1) and respond to reviewer questions (.5). Review responses to VRC additional production (1.1). Look into issues of Duff & Phelps production (.9). Compile information per request of M. Ashley regarding document review (1.3). Coordinate with L Moloney regarding issues in Relativity and new productions (1.1). Review correspondence related to discovery issues (.9). | 7.80 hrs. |
| 08/13/09 | R. J. GAYDA | Research re insolvency valuations of guarantees in fraudulent conveyance actions (6.8); discuss same w D. LeMay (.5); draft memorandum re same (2.4). | 9.70 hrs. |
| 08/13/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 08/13/09 | L. F. MOLONEY | Review and prepared media containing Merrill Lynch and Navigant consulting documents (.2); correspondence with P. Kelley at Complete Document Source re. uploading Merrill Lynch and Navigant Consulting documents to Relativity database (.4). | 0.60 hrs. |
| 08/13/09 | B. DYE | Online review of documents produced in connection with the ESOP transaction (1.4); drafting memo on specific solvency analysis for C. Rivera and T. Zink (3.7). | 5.10 hrs. |
| 08/13/09 | R. A. SCHWINGER | Prepare for (0.6) and meeting re current status and future planning re document review and ZS coordination, w/H. Seife, D. LeMay, M. Ashley (1.2); finalizing, executing, distributing letter addendum to Duff & Phelps confidentiality agreement (0.6); e-mails w/Joe Drayton (0.3) and meetings w/A. Nellos, re MLCC document production (0.2); e-mails w/Dan | 6.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   27

|            |                 |                                                                                                                                                                                                                                                                                                                                                                                                      |            |
| ---------- | --------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------- |
|            |                 | Rath re status of stipulation with Foundations (0.4); e-mails w/David Neier re VRC production issues (0.7) including TCs and e-mails with Mark Rule (Alix) re VRC (0.8); TC w/Joel Feuer re Rustic Canyon Partners production (0.4); reviewing Duff & Phelps e-mail production issues (0.4); meetings w/A. Nellos, and various e-mails, re ZS database access issues (0.4); reviewing Citi "hot doc" (0.2). |            |
| 08/13/09   | H. SEIFE        | Preparation for meeting with lenders' counsel (.9); meeting with lenders' counsel (1.7); meeting with R.Schwinger, M.Ashley and D.LeMay to discuss and coordinate investigation/discovery (1.1).                                                                                                                                                                                                       | 3.70 hrs.  |
| 08/13/09   | D. E. DEUTSCH   | Research and provide documents for Zuckerman investigation request (.2);                                                                                                                                                                                                                                                                                                                              | 0.20 hrs.  |
| 08/13/09   | D. M. LeMAY     | Meeting w/counsel for senior banks re: fraudulent transfer claims (1.6); follow up w/HS re: same (.3); meting of C&P team re: discovery issues (1.2); legal analysis re: guaranty liability issue (.4).                                                                                                                                                                                                 | 3.50 hrs.  |
| 08/13/09   | N. T. ZINK      | Phone conference with Seife re solvency and document review issues (.2); review and revise section 548 memorandum (1.2); phone conference with C. Rivera re section 548 memorandum re standing (.2); review and revise section 546(e) memorandum (1.3); phone conference with C. Rivera re section 546(e) memorandum (.2).                                                                               | 3.10 hrs.  |
| 08/13/09   | F. VAZQUEZ      | Review Citi hot document (.1); email to Rivera re Citi hot document (.1); email to/from Nellos re Mr. White discovery (.1).                                                                                                                                                                                                                                                                            | 0.30 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 24, 2009
435 N. MICHIGAN AVENUE                                       Invoice ******
CHICAGO, IL 60611                                            Page   28


| 08/13/09 | C. L. RIVERA | Reviewing case law re: procedure issues in light of JPM arguments (0.3); on-line review of documents produced in connection with investigation of ESOP transaction (1.2); drafting outline of Debtor officer interview and reviewing related documents (2.8); revising 548, 546 and transfer date memos (1.1); confer with T. Zink throughout day re: same, notes, claims v. Finance (.9); correspondence with A. Leung re: demand note (0.2); reviewing loan agreement from A. Leung (0.2). | 6.70 hrs. |

| 08/14/09 | C. L. RIVERA | Reviewing documents and drafting outline for interview of Debtor officer (3.2); correspondence and calls with T. Zink re: questions raised by JPM, status of analyses (0.4); revising standing memo in light of new issue (0.3); correspondence to Chadbourne team re: Coleman analysis (0.4); confer with B. Dye re: same (0.3); reviewing case (0.3). | 4.90 hrs. |

| 08/14/09 | R. A. SCHWINGER | E-mails re redacted documents from Debtors (0.6); finalizing executed version of JPM confidentiality agreement addendum re ZS (0.5); e-mail to Mike Sweeney re Houlihan Lokey documents and status of Debtors' e-mail production (0.5); reviewing, revising, executing VRC's counter-proposal document to add ZS to confidentiality agreement (0.9); e-mails with VRC's counsel re dynamic models issues (0.8); e-mails with Debtors' counsel re dynamic models issues (0.5). | 3.80 hrs. |

| 08/14/09 | D. M. LeMAY | Further review and editing of memo on certain guarantee liability issues (1.5).  Review and comment on C.Rivera latest draft of standing memo (.8).  Conference w/H. Seife re: latest developments in Centerbridge discovery access issues (.4). | 2.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE                September 24, 2009
435 N. MICHIGAN AVENUE                                      Invoice ******
CHICAGO, IL 60611                                           Page   29


| 08/14/09 | H. SEIFE | Telephone conference D.Bernstein regarding settlement meeting (.5); conference call with Sidley regarding LBO issues (.5); review of solvency issues/analysis (2.2). | 3.20 hrs. |
|---|---|---|---|
| 08/14/09 | N. T. ZINK | Phone conference with C. Rivera and B. Dye re memorandum regarding contingent obligations issue (.3). | 0.30 hrs. |
| 08/14/09 | B. DYE | Meeting with C. Rivera and T. Zink on contingent liability issue (.3); meeting with C. Rivera to discuss memo on same issue (.6); online review of documents produced in connection with the ESOP transaction (1.5); researching and drafting memo on distress issue (4.2). | 6.60 hrs. |
| 08/14/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 08/14/09 | R. J. GAYDA | Review and revise memorandum as per D. LeMay's comments (1.9); research re same (.7); discuss comments w H. Seife and D. LeMay (.4); discuss finalization of memorandum w C. Rivera (.4). | 3.40 hrs. |
| 08/14/09 | A. K. NELLOS | Review progress of document reviewers (.5) and assign additional documents to reviewers (.5). Review D&P responses to discovery requests (.6) and subsequent correspondence to D&P, related to responses received to objections posed to D&P (.5). Review VRC production materials and Debtors production materials (1.3). Speak with L. Moloney regarding production issues (.3). Online review and comparison of documents related to the ESOP transaction (second-tier review) (2.7). | 6.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE           September 24, 2009
435 N. MICHIGAN AVENUE                                  Invoice ******
CHICAGO, IL 60611                                       Page    30

| | | | |
|---|---|---|---|
| 08/14/09 | M. D. ASHLEY | Reviewed documents produced in connection with ESOP transaction investigation (2.4); reviewed materials regarding Debtor officer interview (1.6); e-mails regarding discovery efforts (.8); reviewed materials regarding discovery efforts (.7). | 5.50 hrs. |
| 08/14/09 | J. LOPEZ | Review and Upload latest set of documents to Relativity. | 1.30 hrs. |
| 08/14/09 | G. BRADSHAW | Online review of documents produced in connection with the ESOP investigation (.9). | 0.90 hrs. |
| 08/14/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 2.40 hrs. |
| 08/14/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.30 hrs. |
| 08/14/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/14/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.6); corresponded by email with Alexandra Nellos re: Citi's responsiveness to our requests for documents (.2). | 4.80 hrs. |
| 08/15/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 4.20 hrs. |
| 08/15/09 | F. VAZQUEZ | Email to Nellos re discovery updates. | 0.10 hrs. |
| 08/15/09 | A. K. NELLOS | Review sections of preliminary report in order to prepare for second-tier review of documents. | 2.50 hrs. |
| 08/15/09 | B. DYE | Revising memo on solvency analysis under section 548 for C. Rivera and T. Zink | 0.50 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    31


| 08/16/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |

| 08/16/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.60 hrs. |

| 08/17/09 | K. ZAFRAN | On-line reveiw of documents produced in connection with investigation of ESOP transaction. | 7.90 hrs. |

| 08/17/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction (4); Email to A. Nellos re: chart of Citi documents (.8); | 4.80 hrs. |

| 08/17/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.10 hrs. |

| 08/17/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |

| 08/17/09 | J. B. PORTER | Online review of documents produced in connection with the ESOP transaction investigation. | 0.90 hrs. |

| 08/17/09 | B. DYE | Editing memo on measures of financial distress (.8); online review of documents produced in connection with the ESOP transactions (.3); meeting with T. Zink and C. Rivera to discuss solvency memo (.6); meeting with T. Zink and M. Towers to discuss section 548 issue (.3); drafting and revising memo on solvency analysis for C. Rivera (6.7); reviewing memo on guarantor solvency analysis (.8) | 9.50 hrs. |

| 08/17/09 | M. S. TOWERS | Researched fraudulent conveyance insolvency issues. | 4.40 hrs. |

| 08/17/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   32

| 08/17/09 | A. K. NELLOS | Review progress of first and second-level reviewers (.8) and assign additional documents (.9). Respond to reviewer questions, including from G. Bradshaw and K. Zafran (.4). Continue to work on memorandum to committee summarizing status of discovery (3.1). Coordinate with L.Maloney regarding new documents and Zuckerman Spaeder access (.9) Online review and comparison of documents related to the ESOP transaction (second-tier review) (3.3). Review e-mail correspondence regarding discovery issues (.5). | 9.90 hrs. |
| 08/17/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.4 hrs) | 2.40 hrs. |
| 08/17/09 | R. J. GAYDA | Finalize memorandum re guarantor solvency analysis. | 1.10 hrs. |
| 08/17/09 | T. L. STEVENSON | Discussed project with Bob Schwinger (.3); Reviewing memorandum on background of ESOP transaction (1.10). | 1.40 hrs. |
| 08/17/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (1.8); reviewed materials regarding Debtor officer interview (1.6); reviewed materials regarding discovery efforts (1.0). | 4.40 hrs. |
| 08/17/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP investigation (4.2). | 4.20 hrs. |
| 08/17/09 | R. A. SCHWINGER | Revising updated draft of report to Committee on discovery status (2.3); TC with Christopher Crane (GC of Houlihan Lokey) re responding to document request (0.3); follow-up e-mail to Jenna Radomile (HL) re Rule 2004 procedures (0.3); TCs with D. LeMay, A. Miller re increasing | 5.40 hrs. |