|            |                |                                                                                                                                                                                                                                                                                                                                 |           |
|------------|----------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |                | staffing for first-tier document review (0.3); meeting with A. Nellos, T. Stevenson re second-tier document review issues (0.5); obtaining/circulating full execution of confidentiality agreement addenda re ZS with VRC, JPM (0.4); e-mail to James Hurst re status of Miles White document production (0.2); e-mails with Marc Hauser re Zell/EGI e-mail production (0.3); analyzing outstanding issues in Duff & Phelps production (0.8). |           |
| 08/17/09   | M. IACOPELLI   | Review and processed recent correspondence (.4).                                                                                                                                                                                                                                                                                | 0.40 hrs. |
| 08/17/09   | D. M. LeMAY    | Close review and revisions of draft 546(e) memo (1.6).  Legal analysis re section 546(e) defense (2.1).                                                                                                                                                                                                                          | 3.70 hrs. |
| 08/17/09   | D. E. DEUTSCH  | Research on request from Howard Seife/Zuckerman for certain solvency materials (.2); review materials and e-mail Zuckerman team background case memoranda (.2)                                                                                                                                                                     | 0.40 hrs. |
| 08/17/09   | F. VAZQUEZ     | Second tier review of documents produced in connection w/investigation of pre-petition financing (.7); email to/from Nellos re White discovery (.2).                                                                                                                                                                             | 0.90 hrs. |
| 08/17/09   | C. L. RIVERA   | Call with T. Zink and B. Dye re: status of insolvency, 546(e) and standing analysis (0.6); drafting/revising outline for Debtor officer (4.4) and reviewing related transcripts in connection therewith (1.9); correspondence with M. Ashley re: same (0.2); correspondence with M. Towers re: guarantee analysis (0.2) and review related case (0.6). | 7.90 hrs. |
| 08/18/09   | C. L. RIVERA   | Calls with D. LeMay re: 546(e) arguments, flaws (0.6); call with B. Dye and M. Towers re: insolvency research (0.4); calls with G. Bradshaw re: 546(e)                                                                                                                                                                            | 7.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   34

|  |  |  |  |
|---|---|---|---|
|  |  | research (0.3); analysis re: same, reviewing memo, statute language (0.8); correspondence with M. Towers re: guarantee research (0.2); reviewing related complaint/analysis to Tribune (0.6); reviewing insolvency research, cases (1.4); analysis of information helpful to insolvency arguments (0.4) and finalize/revise draft outline (1.2) and correspondence with M. Ashley re: same (0.3); reviewing merger agreement (0.2); drafting insert to standing memo (0.3); correspondence with D.LeMay (0.1) and to ZS re: same (0.2). |  |
| 08/18/09 | D. M. LeMAY | Legal analysis and review regarding section 546(e) defense (1.4). Telephone conference with C. Rivera re same (.3).  Final review and signoff on standing memo (.6). | 2.30 hrs. |
| 08/18/09 | A. K. NELLOS | Review progress of first and second tier reviewers (1.0) and assign additional documents (.9). Update materials regarding status of discovery, including chart of statistics and memorandum to committee (2.1). Respond to questions from reviewers (including J. Porter and T. Stevenson) (.6). Respond to question from T. Zink regarding potential parties (.3). Online review and comparison of documents related to the ESOP transaction (second-tier review) (3.1). | 8.00 hrs. |
| 08/18/09 | H. SEIFE | Review and revise legal research memo on LBO transaction (2.1); work on solvency issues (1.4). | 3.50 hrs. |
| 08/18/09 | R. A. SCHWINGER | Further revisions to updating memo to Committee on discovery status (1.3); e-mail to H. Seife re document review project staffing (0.2); e-mails with H. Seife re Zell/EGI document production cost reimbursement issues (0.4). | 1.90 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   35
```

| 08/18/09 | N. T. ZINK | Phone conference with J. Sottile of Zuckerman Spaeder re AlixPartners' solvency analysis and further meetings with AlixPartners (.2); phone conference with J. Sottile of Zuckerman Spaeder and representatives of Moelis re review of solvency issues (.2); phone conference with J. Sottile of Zuckerman Spaeder and B. Den Uyl and M. Rule of AlixPartners re solvency analyses (.4); phone conference with C. Rivera re memorandum re insolvency calculus (.3). | 1.10 hrs. |
| 08/18/09 | G. BRADSHAW | Reviewed July 15, 2009 Committee meeting minutes to verify confidentiality safeguards taken by Committee Counsel for J. Porter and D. LeMay (.4) researched fraudulent conveyance defense as applied to financial institutions for C. Rivera (3.7). | 4.10 hrs. |
| 08/18/09 | J. LOPEZ | Review Navigant document set as per A. Nellos. | 3.30 hrs. |
| 08/18/09 | A. KRONSTADT | Correspondence with A. Nellos re: on-line review of documents (.2). Review of various memoranda in preparation for tomorrow's meeting with A. Nellos re: ESOP document review (.9). | 1.10 hrs. |
| 08/18/09 | M. D. ASHLEY | Reviewed materials produced in connection with ESOP transaction investigation (1.4); reviewed materials regarding Debtor officer interview (1.1); reviewed draft outline for Debtor officer interview (.8); communications regarding Debtor officer interview and status of ESOP transaction investigation (.6); reviewed materials regarding discovery efforts (.4). | 4.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   36

| | | | |
|---|---|---|---|
| 08/18/09 | T. L. STEVENSON | Reviewed memo on background of ESOP transaction (2.4); reviewed summary of report (.4); discussed document review with A. Nellos (.2); second-tier on-line review of documents produced in connection with investigation of ESOP transaction (1.2). | 4.20 hrs. |
| 08/18/09 | R. J. GAYDA | Email correspondence w C. Rivera re memorandum (.1); finalize same (.4). | 0.50 hrs. |
| 08/18/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.5 hrs) | 2.50 hrs. |
| 08/18/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.30 hrs. |
| 08/18/09 | B. DYE | Meeting with C. Rivera and M. Towers to discuss solvency analysis research (.4); researching case law on various solvency tests (6.5); drafting and revising memo on solvency analysis (4.5) for C. Rivera. | 11.40 hrs. |
| 08/18/09 | J. NOBLE | Online review of documents produced in connection with investigation of ESOP transaction. | 4.90 hrs. |
| 08/18/09 | M. S. TOWERS | Researched timing of fraudulent conveyance issue (7.4); researched guarantee as transfer issue (4.2). | 11.60 hrs. |
| 08/18/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 5.20 hrs. |
| 08/18/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/18/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.3). | 4.30 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page    37
```

| 08/18/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.40 hrs. |
|---|---|---|---|
| 08/18/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 08/18/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 5.20 hrs. |
| 08/19/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.90 hrs. |
| 08/19/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.80 hrs. |
| 08/19/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 08/19/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 08/19/09 | M. S. TOWERS | Researched issue on guarantee (3.5); drafted memo section re: same (2.3). | 5.80 hrs. |
| 08/19/09 | J. NOBLE | Online review of documents produced in connection w/ investigation of ESOP transaction. | 1.90 hrs. |
| 08/19/09 | B. DYE | Follow up research to the solvency analysis (3.7); revising insolvency calculations memo to include research (2.4); researching legislative history of Sec 546 provision (2.4) for C. Rivera. | 8.50 hrs. |
| 08/19/09 | L. ARYANI | Review background of ESOP investigation in connection with document review. | 0.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page    38

| | | | |
|---|---|---|---|
| 08/19/09 | M. D. ASHLEY | Reviewed and revised draft Debtor officer interview outline and reviewed related materials (3.6); reviewed documents produced in connection with ESOP transaction investigation (.8); reviewed materials regarding discovery efforts (.8). | 5.20 hrs. |
| 08/19/09 | P. SILBERMAN | Review background documation re: ESOP investigation (.5) meeting with A.Nellos regarding same and document review (.6). | 1.10 hrs. |
| 08/19/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (3.8 hrs) | 3.80 hrs. |
| 08/19/09 | R. J. GAYDA | Email correspondence w C. Rivera re language to be included in memorandum. | 0.40 hrs. |
| 08/19/09 | A. KRONSTADT | Meeting with A. Nellos re: procedures for on-line review of documents (.6).  On-line review of documents produced in connection with investigation of ESOP Transaction (4). | 4.60 hrs. |
| 08/19/09 | G. BRADSHAW | Continued reviewing case law and legislative history on Settlement Payment Defense applications to financial institutions in LBO conveyances (9.1). | 9.10 hrs. |
| 08/19/09 | N. T. ZINK | Review and revise Debtor officer interview outline and email to C. Rivera re same (.8). | 0.80 hrs. |
| 08/19/09 | H. SEIFE | Emails regarding Centerbridge access (.4); review of Bigelow outline (.5). | 0.90 hrs. |
| 08/19/09 | M. IACOPELLI | Research database re: Citi documents at the request of K. Zafran. (5.6). | 5.60 hrs. |
| 08/19/09 | D. BAVA | Monitor large-case adversary re LBO litigation issues. | 0.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     September 24, 2009
435 N. MICHIGAN AVENUE     Invoice ******
CHICAGO, IL 60611     Page   39

| 08/19/09 | A. K. NELLOS | Review confidentiality agreements to verify ability to provide access to database to Moelis (1.7). Draft and send e-mail to Larry Kwon regarding confidentiality agreement (.4). Meeting with new reviewers (L.Aryani, P.Silberman, A.Kronstadt) regarding ESOP background and document review (.9). Review progress of document review (.4) and assign additional documents to first and second tier reviewers (.9). Online review and comparison of documents related to the ESOP transaction (second-tier review) (2.3). | 6.60 hrs. |
| 08/19/09 | D. M. LeMAY | Preparation and revision of memo regarding section 546(e) issues. | 1.60 hrs. |
| 08/19/09 | C. L. RIVERA | Call with T. Zink re: status of memoranda and outline (0.5); correspondence with D. Bava re: pleadings in LBO adversary (0.3); reviewing same (2.4); call and correspondence with D. LeMay (0.6) and T. Zink (0.2) re: same; reviewing cases cited in letter re: defense (1.6); reviewing/revising 546(e) memo (1.7); correspondence to H. Seife, T. Zink and D. LeMay re: analysis of similar complaint filed in major case (0.5); drafting topic list for Sidley re: Debtor officer interview (1.4); correspondence with M. Ashley and others re: same (0.6). | 9.80 hrs. |
| 08/19/09 | F. VAZQUEZ | Review agenda items for discussion re Debtor officer (.2); email to/from Zink re Debtor officer (.2); conf w/Zink re document review (.1); second tier review of documents produced in connection w/investigation of pre-petition financing(.8). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    40

| | | | |
|---|---|---|---|
| 08/19/09 | R. A. SCHWINGER | Review Alix's request for additional documents needed (0.3); e-mails to counsel for VRC, Duff & Phelps, JPM and MLCC requesting such documents (0.4); e-mail to Dan Rath re Morgan Stanley documents needed by Alix (0.2); draft addendum to add ZS into Zell/EGI confidentiality agreement (0.3); and e-mail to Marc Hauser re same (0.1); follow-up e-mail to MLCC counsel re status of confidentiality agreement addendum re ZS (0.2). | 1.50 hrs. |
| 08/20/09 | C. L. RIVERA | Calls/correspondence with G. Bradshaw re: 546(e)/lender defense (0.3); reviewing/revising insolvency analysis and 546(e) analysis memos (5.1); calls and correspondence with B. Dye re: follow-up related research (0.8); revising outline of topics for Debtor officer interview in light of comments received (0.5) and correspondence re: same among Chadbourne and Zuckerman teams (0.3); reviewing cases in 546(e) memorandum (1.5); correspondence to Zuckerman re: 546(e) (0.2). | 8.70 hrs. |
| 08/20/09 | D. M. LeMAY | Review and comment on latest draft of memo re section 546(e). | 1.80 hrs. |
| 08/20/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second-tier review) (4.7). Review progress of (.7), and assign documents to, first and second-tier document reviewers (.9). Comparison of certain requests asked of Debtors, VRC, and D&P related to follow-up letter to counsel for D&P (1.3). | 7.60 hrs. |
| 08/20/09 | D. E. DEUTSCH | Review e-mails on debt trading value (.2); | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE      September 24, 2009
435 N. MICHIGAN AVENUE                             Invoice ******
CHICAGO, IL 60611                                  Page   41

| | | | |
|---|---|---|---|
| 08/20/09 | D. BAVA | Preparation of "Project Tower" commitment materials (1st and 2nd Step Commitment letters and exhibits) (.80); draft index (.20); monitor large case adversary re LBO litigation issues (.5). | 1.50 hrs. |
| 08/20/09 | M. IACOPELLI | Research database D&P, EGI, Greatbanc, JPMorgan and Tribune documents at the request of K. Zafran. | 6.80 hrs. |
| 08/20/09 | H. SEIFE | Telephone conference with DPW (Wagner) (.3); review of revised legal memo on section 546 (.8); work on LBO analysis and investigation (2.1). | 3.20 hrs. |
| 08/20/09 | N. T. ZINK | Various emails to A. Nellos re Moelis document review issues (.1); review and revise solvency calculus memorandum (.6); phone conference with C. Rivera re solvency calculus memorandum (.1). | 0.80 hrs. |
| 08/20/09 | R. A. SCHWINGER | TC with Joe Drayton re status of MLCC production and e-mail summarizing same (0.4); e-mails responding to ZS inquiries re status of document production (0.8); e-mails re MLCC confidentiality agreement addendum execution (0.5); letter to Ryan Bowers re various issues as to Duff & Phelps document production (1.2); TC with Jenna Radomile (Houlihan Lokey) (0.2); e-mail summarizing this week's developments re Houlihan Lokey document production (0.5); organizing next wave of document production follow-up (0.8). | 4.40 hrs. |
| 08/20/09 | G. BRADSHAW | Online review of documents produced in connection with investigation of ESOP transaction (4.1); follow-up research on 546(e) defense for C. Rivera (.7). | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    42

| | | | |
|---|---|---|---|
| 08/20/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer interview (2.3); on-line review of documents produced in connection with ESOP transaction investigation (1.4); reviewed materials regarding discovery efforts (.8). | 4.50 hrs. |
| 08/20/09 | R. J. GAYDA | Email correspondence w C. Rivera re language to be included in memorandum. | 0.60 hrs. |
| 08/20/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (2.0 hrs) | 2.00 hrs. |
| 08/20/09 | P. SILBERMAN | On-line review of produced documents in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 08/20/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.20 hrs. |
| 08/20/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 08/20/09 | B. DYE | Meetings with C. Rivera to discuss memo (.7); Drafting and revising memo on solvency analysis (4.8); drafting and revising memo on 546(e) issue (3.3). | 8.80 hrs. |
| 08/20/09 | J. NOBLE | Online review of documents produced in connection w/ ESOP transaction. | 0.70 hrs. |
| 08/20/09 | M. S. TOWERS | Reviewed and revised memos on insolvency calculations (.9) and avoidance actions (.5); performed follow up research re: memo on insolvency calculations (.9) and avoidance actions (1). | 3.30 hrs. |
| 08/20/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 1.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE     September 24, 2009
435 N. MICHIGAN AVENUE                            Invoice ******
CHICAGO, IL 60611                                 Page   43

| | | | |
|---|---|---|---|
| 08/20/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 8.50 hrs. |
| 08/20/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/20/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.90 hrs. |
| 08/20/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 6.60 hrs. |
| 08/21/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.90 hrs. |
| 08/21/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 08/21/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.50 hrs. |
| 08/21/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (4.6). | 4.60 hrs. |
| 08/21/09 | J. B. PORTER | On-line review of documents produced in connection with investigation of ESOP transaction | 1.50 hrs. |
| 08/21/09 | M. S. TOWERS | Revised insolvency calculations memo (.5); performed follow-up research re: same (1.6); discussed same with C. Rivera (.2) | 2.30 hrs. |
| 08/21/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 8.00 hrs. |
| 08/21/09 | B. DYE | Drafting and revising solvency analysis memo for C. Rivera (2.9); reviewing lists of requests from Navigant for A. Nellos (.3 ) | 3.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   44


| 08/21/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.90 hrs. |

| 08/21/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.00 hrs. |

| 08/21/09 | M. D. ASHLEY | Prepared for (.5) and met with H. Seife, D. LeMay and T. Zink regarding status of ESOP transaction investigation (1.0); reviewed materials regarding Debtor officer interview (1.7); e-mails regarding discovery efforts and document review (.6); reviewed materials produced in connection with ESOP transaction investigation (.4). | 4.20 hrs. |

| 08/21/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction (6.1). Brief phone call with A Nellos re certain lender approval documents (0.1). Research and send A Nellos same (0.3). | 6.50 hrs. |

| 08/21/09 | J. LOPEZ | Review and upload latest set of Valuation Research documents to Relativity. | 1.10 hrs. |

| 08/21/09 | N. T. ZINK | Prepare for meeting with H. Seife, M. Ashley and D. LeMay re examination of prepetition financings (1.2); attend meeting with Seife, Ashley and LeMay re examination of prepetition financings (1.2); phone conference with B. Den Uyl of AlixPartners re September 3 conference (.2); review and revise section 548 solvency calculus memorandum (.2); review possible abandonment of certain claims (.6). | 3.40 hrs. |

| 08/21/09 | H. SEIFE | Email to B.Krakauer regarding interview (.3); conference with T.Zink, M.Ashley regarding progress of investigation (1.1); telehone conference A.Holtz | 1.70 hrs. |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   45
```

|            |                 |                                                                                                                                                                                                                                                                 |            |
|------------|-----------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|            |                 | regarding same (.3).                                                                                                                                                                                                                                            |            |
| 08/21/09   | M. IACOPELLI    | Research Relativity database additional Citi, D&P, EGI, Greatbanc, and JPMorgan documents at the request of K. Zafran.                                                                                                                                            | 5.20 hrs.  |
| 08/21/09   | D. BAVA         | Monitor comparable large case adversary re LBO litigation issues (.3).                                                                                                                                                                                           | 0.30 hrs.  |
| 08/21/09   | D. M. LeMAY     | Conferences with Howard Seife and Chadbourne investigation team concerning all open projects for the investigation and second report.                                                                                                                            | 1.10 hrs.  |
| 08/21/09   | A. K. NELLOS    | Review progress of first and second tier review (.7) and assign documents to first and second-tier reviewers (.6). Search Relativity database in order to respond to questions from M. Ashley (3.1) Exchange e-mails with Moelis team regarding document review (.3). | 4.70 hrs.  |
| 08/21/09   | C. L. RIVERA    | Calls and correspondence with B. Dye (.7) and M. Towers (0.5) re: research related to insolvency analysis, related memos (1.8) and analysis re: same (0.4); call with T. Zink re: insolvency analysis (0.3).                                                       | 3.70 hrs.  |
| 08/22/09   | A. K. NELLOS    | Online review and comparison of documents related to the ESOP transaction (second-tier review).                                                                                                                                                                  | 2.30 hrs.  |
| 08/22/09   | I SAFIER        | On-line review of documents produced in connection with investigation of ESOP Transaction;                                                                                                                                                                       | 5.50 hrs.  |
| 08/23/09   | I SAFIER        | On-line review of documents produced in connection with investigation of ESOP Transaction;                                                                                                                                                                       | 4.00 hrs.  |
| 08/24/09   | I SAFIER        | On-line review of documents produced in connection with investigation of ESOP Transaction;                                                                                                                                                                       | 6.60 hrs.  |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   46


| 08/24/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.5); corresponded by email with Alexandra Nellos re: progress of on-line review of documents (.1). | 3.60 hrs. |

| 08/24/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.80 hrs. |

| 08/24/09 | A. K. NELLOS | Review progress of document reviewers (1.0) and assign documents to first and second-tier reviewers (.8). Review correspondence from Debtors related to specific points in anticipation of follow-up (1.9). Coordinate with L. Moloney re: inquiries from A. Goldfarb regarding Relativity (.6). Discuss various discovery-related issues with R. Schwinger (.4). Online review and comparison of documents related to the ESOP transaction (second-tier review) (2.3). | 7.00 hrs. |

| 08/24/09 | C. L. RIVERA | Monitoring related adversary for defense issues (.2); meeting with T. Zink and B. Dye re: insolvency and 546(e) analyses, second report to committee, and Debtor officer interview (1.1); research re: 554/544 abandonment issue (1.5); confer with B. Dye re: same (0.3); correspondence with D. Bava re: materials related to same (0.3); review 546(e) memorandum/analysis re: settlement payment defense (1.2); analysis re: applicability to LBO/Tribune context (0.4); correspondence with M. Ashley re: Debtor officer outline (0.2); reviewing documents re: same (1.1). | 6.30 hrs. |

| 08/24/09 | F. VAZQUEZ | Conference with Nellos re status of discovery from Citi and Morgan Stanley. | 0.10 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   47

| 08/24/09 | H. SEIFE | Review emails regarding insolvency analysis. | 0.80 hrs. |
|---|---|---|---|
| 08/24/09 | N. T. ZINK | Review research re possible abandonment of 544 claims (.2); review options to abandon fraudulent transfer claims (1.2). | 1.40 hrs. |
| 08/24/09 | R. A. SCHWINGER | Compiling chart of current status on outstanding document production issues with Debtors. | 0.70 hrs. |
| 08/24/09 | G. BRADSHAW | Follow-up work re: research regarding various causes of action related to the ESOP LBO investigation (1.1). | 1.10 hrs. |
| 08/24/09 | A. KRONSTADT | On-line review of documents produced in connection with investigation of ESOP Transaction. | 2.80 hrs. |
| 08/24/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 6.2). | 6.20 hrs. |
| 08/24/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (7.2). | 7.20 hrs. |
| 08/24/09 | M. D. ASHLEY | Review materials regarding status of ESOP transaction investigation (.7). | 0.70 hrs. |
| 08/24/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 1.50 hrs. |
| 08/24/09 | P. SILBERMAN | On-line review of documents produced in connection with ESOP investigation. | 1.00 hrs. |
| 08/24/09 | L. F. MOLONEY | Reviewed and prepared media and coordinated uploading additional documents to Relativity database (.6); Correspondence with M. Isbrecht at Complete Document Source re. security issues and database set up for Zuckerman Spaeder team (.5) and follow-up discussion with A. Nellos on | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   48

| Date | Name | Description | Hours |
|---|---|---|---|
| | | status of changes to Relativity database (.2). | |
| 08/24/09 | B. DYE | Meeting with T. Zink and C. Rivera to discuss abandonment issue (1.1); meeting with C. Rivera (.2); reviewing materials regarding motion on abandonment (3.2); researching abandonment (3.8). | 8.30 hrs. |
| 08/24/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 7.00 hrs. |
| 08/25/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 08/25/09 | J. NOBLE | Online review of documents in connection with investigation of ESOP transaction. | 1.90 hrs. |
| 08/25/09 | B. DYE | Meeting with C. Rivera to discuss abandonment research (.8); researching abandonment issue for C. Rivera and T. Zink (7.1). | 7.90 hrs. |
| 08/25/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 08/25/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 3.70 hrs. |
| 08/25/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (6.7). | 6.70 hrs. |
| 08/25/09 | M. D. ASHLEY | Reviewed materials regarding Debtor officer interview and related outline (1.2); reviewed materials produced in connection with ESOP transaction investigation (.8); reviewed materials regarding discovery efforts (.8). | 2.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   49

| | | | |
|---|---|---|---|
| 08/25/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 5.8). | 5.80 hrs. |
| 08/25/09 | R. A. SCHWINGER | E-mail to Charles Smith re problem documents in latest wave of GreatBanc/TESOP document production (0.2); review judicial approval of stipulation resolving McCormick/Cantigny Foundation document production issues and e-mail re same (0.3); e-mail to David Neier re missing items in VRC "pasted cells" production of workbooks identified by Alix (0.5); e-mail to Mike Sweeney re current line-up of outstanding or unresolved document production issues as to Debtors (1.7); e-mails re status of Miles White, Rustic Canyon Partners document productions (0.4); e-mail to Sharon Katz re current line-up of outstanding JPM document production issues, including compiling information for same (1.2). | 4.30 hrs. |
| 08/25/09 | H. SEIFE | Review emails regarding interview (.4); review emails regarding Centerbridge meeting request (.4). | 0.80 hrs. |
| 08/25/09 | C. L. RIVERA | Meeting with B. Dye re: section 554 issue (0.8) and reviewing related treatise (0.4); correspondence with M. Ashley re: Debtor officer interview, documents, outline (0.3); correspondence to T. Zink re: same (0.1); on-line review of documents produced in connection with investigation of ESOP transaction (1.6) and documents relating to Debtor officer interview (0.3). | 3.50 hrs. |
| 08/25/09 | A. K. NELLOS | Assign documents (1.3) and review progress of document reviewers (1.0). Review/determine responsiveness of Navigant documents to requests, and begin to draft letter to follow up with | 7.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   50

|  |  |  |  |
|---|---|---|---|
|  |  | Navigant (2.6). Review additional correspondence and documents related to follow-up letter to Debtors (.3). Review documents related to inquiry from M. Ashley (.7). Online review and comparison of documents related to the ESOP transaction (second-tier review) (1.5). |  |
| 08/25/09 | D. M. LeMAY | Telephone conference with D. Golden regarding scheduling of meeting with counsel for Centerbridge and Law Debenture (.4).  E-mails to H. Seife and G. Bush regarding same (.4). Telephone conference with Krakauer regarding scheduling of Debtor officer interview and related scope and use limitations proposed (.4). Telephone conference from E. Sassower re resolution of LBO claims (.2) and e-mail H. Seife regarding same (.1). | 1.50 hrs. |
| 08/25/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction. | 8.20 hrs. |
| 08/25/09 | J. P. NARVAEZ | Prepared checklist of documents reviewed against list of documents requested from Navigant. | 0.20 hrs. |
| 08/25/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (3.3); corresponded by email with Alexandra Nellos re: progress of on-line review of documents (.2). | 3.50 hrs. |
| 08/25/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction; | 5.50 hrs. |
| 08/25/09 | J. B. PORTER | Review guaranty documents for issue. | 0.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    51

| 08/26/09 | M. S. TOWERS | On-line review of documents produced in connection with investigation of ESOP Transaction (1.6) | 1.60 hrs. |
|---|---|---|---|
| 08/26/09 | I SAFIER | On-line review of documents produced in connection with investigation of ESOP Transaction. | 5.80 hrs. |
| 08/26/09 | Y. YOO | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1); corresponded by email with Alexandra Nellos re: progress of on-line review of documents (.2). | 1.20 hrs. |
| 08/26/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction. | 4.20 hrs. |
| 08/26/09 | J. B. PORTER | Online review of ESOP/LBO documents. | 0.40 hrs. |
| 08/26/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (6.8); meeting with Second-level reviewers led by T. Zink and M. Ashley (1.4). | 8.20 hrs. |
| 08/26/09 | D. M. LeMAY | T/c w/D. Golden regarding meeting to discuss process (.1); e-mail H. Seife and G. Bush regarding same (.2). | 0.30 hrs. |
| 08/26/09 | A. K. NELLOS | Meeting with second-level review team (T. Zink, F. Vazquez, M. Ashley, C. Rivera, K. Zafran, T. Stevenson, E. Miller, M. Ashley) (1.5). Review progress of first and second tier reviewers (1.3) and assign documents to be reviewed (1.0). Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.9). Speak with M. Ashley regarding review of particular relevant documents (.4). Speak with R. Schwinger regarding production of documents from VRC (.3). Speak with L. | 9.70 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    52

|            |                  | Moloney regarding documents produced by Navigant to determine if follow-up is needed with Navigant (.4). Review Rule 2004 motion previously filed (.4). Begin to work on Rule 2004 motion for Debtors (1.5). | |
|------------|------------------|---|---|
| 08/26/09   | C. L. RIVERA     | Meeting with Chadbourne team re: on-line review of documents produced in connection with investigation of ESOP transaction (1.4); reviewing documents for interview (0.8); meeting with B. Dye re: analysis of abandoning claims, estate property issues (0.1); research re: same (0.4). | 2.70 hrs. |
| 08/26/09   | F. VAZQUEZ       | Conf w/Zink, Ashley, C. Rivera, Miller & Nellos re second tier review (1.5); conf w/Nellos re 2004 motion (.1); email to Nellos re 2004 motion (.1); conf w/Zink & Nellos re second tier review (.2); conf w/Zink re outcome of meeting (.2); second-tier documents produced in connection with investigation of pre-petition transactions (1.7); email to/from Zink re S&P discovery (.1); revise letter from Rath re Morgan discovery (.1). | 4.00 hrs. |
| 08/26/09   | D. BAVA          | Monitor large case adversary re LBO litigation issues. | 0.30 hrs. |
| 08/26/09   | R. A. SCHWINGER  | Meeting with M. Ashley, A. Nellos re drafting Rule 2004 motion as to Debtors (0.5); TC with D. LeMay re JPM confidentiality agreement (0.3) and follow-up e-mail to LeMay re same (0.1); e-mail to Len Shifflett re status of Foundations' document production (0.2); e-mails re execution of Zell/EGI confidentiality agreement addendum re ZS (0.3); e-mail to David Neier re current line-up of outstanding or unresolved document production issues as to VRC (1.7); review Dan Rath's proposed letter to Morgan Stanley re document | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    53


|            |              | production deficiencies (0.3) and e-mail to F. Vazquez re comments on same (0.1); e-mail to Joe Drayton re status of MLCC's rolling document production (0.2). | |
| 08/26/09 | N. T. ZINK | Prepare for phone conference with M. Rule of AlixPartners, J. Sottile of Zuckerman Spaeder and M. Ashley re status of solvency analysis and proposed questions to Debtor officer (.6); phone conference with M. Rule of AlixPartners, J. Sottile of Zuckerman Spaeder and M. Ashley re status of solvency analysis and proposed questions to Debtor officer (.7); further conference with M. Ashley re solvency analyses, interview with Debtor officer (.2); conference with A. Nellos, K. Zafran, C. Rivera, F. Vazquez, B. Miller and T. Stevenson re second step document review (1.5); further online second step review of documents produced pursuant to discovery (3.8). | 6.80 hrs. |
| 08/26/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 8.3).  Attend meeting with T Zink, F Vasquez, M Ashley, A Nellos re second level document review (1.5). | 9.80 hrs. |
| 08/26/09 | M. D. ASHLEY | Prepared for (.7) and participated in call (.7) with AlixPartners, T. Zink, J. Sottile regarding solvency analysis relating to ESOP transaction investigation; meeting with T. Zink regarding ESOP transaction investigation (.2); prepared for (.8) and participated in team meeting (1.3) regarding discovery relating to ESOP transaction investigation; reviewed materials regarding Debtor officer interview (.5); reviewed materials regarding discovery efforts (.6). | 4.80 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   54

| 08/26/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (6.0).  Met with T. Zink, M. Ashley, C. Rivera, A. Nellos, E. Miller, K. Zafran re second-tier on-line review of documents produced in connection with investigation of ESOP transaction (1.5). | 7.50 hrs. |
| 08/26/09 | G. BRADSHAW | Online review of documents made in connection with ESOP transaction (1.1). | 1.10 hrs. |
| 08/26/09 | E. GRIMALDI | On-line review of documents produced in connection with investigation of ESOP transaction. | 2.50 hrs. |
| 08/26/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 3.90 hrs. |
| 08/26/09 | B. DYE | Researching and drafting memo on abandonment of avoidance issues for C. Rivera and T. Zink | 3.60 hrs. |
| 08/26/09 | J. NOBLE | Online review of documents in connection with investigation of ESOP transaction. | 3.10 hrs. |
| 08/26/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 08/27/09 | F. PERKINS | Meeting with A.Nellos to discuss document review in connection with investigation of ESOP Transaction with Alexandra Nellos. | 0.50 hrs. |
| 08/27/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 1.00 hrs. |
| 08/27/09 | J. NOBLE | Conf. w/ first-level document review team to discuss review process and next steps. | 0.40 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   55


| 08/27/09 | B. DYE | Meeting with T. Zink and C. Rivera to discuss abandonment of avoidance action issue (1.4); research and drafting memo on abandonment issue (10.2); meeting with A. Nellos regarding online review of documents produced in connection with ESOP transaction (.4 ) | 12.00 hrs. |
|---|---|---|---|
| 08/27/09 | L. ARYANI | Online review of documents produced in connection with investigation of ESOP Transaction. | 0.80 hrs. |
| 08/27/09 | E. GRIMALDI | Working group meeting regarding document review in connection with investigation of ESOP transaction. | 0.60 hrs. |
| 08/27/09 | P. SILBERMAN | Meeting regarding ESOP investigation document review. | 0.40 hrs. |
| 08/27/09 | G. BRADSHAW | Online review of documents produced in connection with ESOP investigation (1.4); Conf. w/A. Nellos re: document review (.5). | 1.90 hrs. |
| 08/27/09 | F. VAZQUEZ | Email to/from Rath & Schwinger re letter to Morgan re discovery (.2); email from Butcher re status of discovery from Morgan, Citi & Goldman (.1); email to/from Zink re info to be requested from S&P (.1). | 0.50 hrs. |
| 08/27/09 | T. L. STEVENSON | Second-tier on-line review of documents produced in connection with investigation of ESOP transaction (10.6). | 10.60 hrs. |
| 08/27/09 | M. D. ASHLEY | Reviewed materials regarding Law Debenture's Rule 2004 motion (1.0); team meeting regarding Law Debenture's Rule 2004 motion (.9); reviewed materials regarding interview of Debtors officer (.8); reviewed documents produced in connection with ESOP transaction investigation (.4); e-mails regarding discovery efforts (.3); reviewed materials regarding discovery efforts (.2). | 3.60 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page   56


| 08/27/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 8.7 hrs) | 8.70 hrs. |

| 08/27/09 | R. A. SCHWINGER | Draft proposed confidentiality agreement re Rustic Canyon Partners document production (.3) and e-mail to Joel Feuer re same (0.1); obtaining, circulating fully executed Zell/EGI confidential agreement addendum re ZS (0.2); TC with Dan Rath, Rebecca Butcher, F. Vasquez, A. Nellos re following up with Morgan Stanley on document production delays and deficiencies (0.2); e-mails to Dan Rath re e-mail search methodologies used with JPM and Zell/EGI (0.2). | 1.00 hrs. |

| 08/27/09 | R. A. SCHWINGER | Revise draft of and finalize letter to Navigant re document production issues (.3); including TCs with A. Nellos re same (0.2); review Law Debenture's Rule 2004 motion papers (0.7); draft key points for responding to Law Debenture's Rule 2004 motion (1.8); meeting re responding to Law Debenture's Rule 2004 motion with D. LeMay, D. Deutsch, T. Zink, M. Ashley, Adam Landis, Matt McGuire (0.9); TC with Joel Feuer re Rustic Canyon Partners document production (0.3). | 4.20 hrs. |

| 08/27/09 | H. SEIFE | Review of Law Debenture motion (1.6); emails with G.Bush regarding motion (.3); email D.LeMay regarding same (.3). | 2.20 hrs. |

| 08/27/09 | N. T. ZINK | Online second tier document review (1.2); conference with C. Rivera and B. Dye re abandonment of UFTA and UFCA claims issue (.8); further online second tier document review (1.6); conference with M. Ashley, D. LeMay, D. Deutsch and A. Landis re Law Debenture 2004 motion (1.0); further second tier document | 6.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    57

|  |  |  |  |
|---|---|---|---|
|  |  | review (1.4). |  |
| 08/27/09 | F. VAZQUEZ | Conf w/Nellos re S&P discovery (.1); Conf w/Zink re S&P discovery (.3); conf w/Zink & Ashley re future discovery (.2); conf w/ Schwinger & Rath re Morgan discovery (.2); conf w/ Schwinger re bondholder 2004 motion (.1); conf with Porter re bondholder 2004 motion (.2); review bondholder 2004 motion & exhibits (.8); draft S&P request for info (1.5). | 3.40 hrs. |
| 08/27/09 | C. L. RIVERA | Meeting with T. Zink and B. Dye re: analysis of possible 554 claim, impact on state fraudulent conveyance claims, stay issues (1.4); correspondence with M. Ashley re: outline, documents needed, related affidavit (0.4); meeting with K. Zafran re: Alix inserts to outline (0.3); reviewing documents for interview of Debtor officer (1.9); review 2004 motion (0.3); confer with B. Dye re: research status (0.2). | 4.50 hrs. |
| 08/27/09 | A. K. NELLOS | Call with R. Schwinger, F. Vazquez, and counsel from Landis regarding discovery issues (.2). Meeting with first-tier reviewers regarding review parameters (.6). Finalize Navigant letter (1.3). Update statistical information per request of R. Schwinger and D. Deutsch regarding discovery efforts (in connection with response to Kasowitz brief) (.5). Assign additional documents to second-tier reviewers (.9) and review progress of document review (1.2). Coordinate with L. Moloney regarding significant documents reviewed to date (.8). Online review and comparison of documents related to the ESOP transaction (second- tier review) (5.5). | 11.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   58


| 08/27/09 | D. M. LeMAY | Review Law Debenture Discovery Motion (1.2). T/c w/W. Smith (.2) regarding same; e-mails to H. Seife re: same (.4); meeting of C&P, Landis and ZS teams to prepare responsive paper (1.2); telephone calls from WSJ, Bloomberg and Daily Deal re: same (.6), review materials for background on response (2.2); coordination with Landis and ZS re: timing in light of judge's order setting schedule (.3); t/c w/D. Golden re: same (.1); t/cs w/K. Wagner and B. Krakauer re: same (.2). Prepare and revise notices to the Committee re: same (.6); t/c w/R. Schwinger re: issue on confidentiality agreement as it relates to Law Debenture motion (.2). | 7.20 hrs. |
| 08/27/09 | D. E. DEUTSCH | Preliminary review of 2004 motion (.4) and follow-up e-mail to litigation team re: same (.2); exchange related e-mails (.2); draft memorandum to Committee re: 2004 motion filing and next steps re: same (.5); review possible responsive documents (.5); e-mails and calls with Delaware counsel re: issues on expedited handling of 2004 motion (.4); exchange e-mails (.2) and calls with G. Bush re: 2004 motion matters (.2) participate in part of meeting with litigation team re: response to 2004 motion (1.3); begin researching and drafting detailed responsive pleading (4.6); review court scheduling order on 2004 motion (.2); draft memorandum to Committee on same (.3); follow-up with Delaware counsel on scheduling order matters (.2). | 9.20 hrs. |
| 08/27/09 | K. ZAFRAN | On-line review of documents produced in connection with investigation of ESOP transaction (4.1); meet with first-level reviewers to discuss next steps and types of documents to look for | 8.50 hrs. |

|          |              |                                                                                                                                                                                                                               |            |
|----------|--------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------------|
|          |              | (.4); integrate questions and documents suggested by AlixPartners into outline of interview questions for Debtor officer (4.0).                                                                                                 |            |
| 08/27/09 | J. B. PORTER | Online review of documents produced in connection with ESOP investigation.                                                                                                                                                     | 2.90 hrs.  |
| 08/27/09 | J. P. NARVAEZ | On-line review of documents produced in connection with investigation of ESOP transaction.                                                                                                                                    | 0.70 hrs.  |
| 08/27/09 | J. P. NARVAEZ | Meeting with A. Nellos re: status update on document review.                                                                                                                                                                   | 0.40 hrs.  |
| 08/27/09 | Y. YOO       | Continued on-line review of documents produced in connection with investigation of ESOP Transaction (1.6); attended meeting re: refinement of methods on-line review of documents produced in connection with investigation of ESOP Transaction (.4). | 2.00 hrs.  |
| 08/27/09 | I SAFIER     | Attending meeting with A.Nellos regarding refinement of methods of document review re investigation of ESOP Transaction;                                                                                                        | 0.40 hrs.  |
| 08/27/09 | M. S. TOWERS | Attended meeting with A. Nellos regarding on-line review of documents produced in connection with the ESOP transactions (.4)                                                                                                   | 0.40 hrs.  |
| 08/28/09 | K. ZAFRAN    | Complete integrated outline for C. Bigelow interview from Alix and Chadbourne outlines (.6); on-line review of documents produced in connection with investigation of ESOP transaction (1.8).                                  | 2.40 hrs.  |
| 08/28/09 | W. BAKARE    | Chronologized second tier hot documents at the request of A. Nellos.                                                                                                                                                            | 9.90 hrs.  |
| 08/28/09 | D. E. DEUTSCH | Review e-mails on (.2) and hold call with David LeMay re: 2004 motion matters (.2).                                                                                                                                            | 0.40 hrs.  |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                               Invoice ******
CHICAGO, IL 60611                                    Page   60
```

| | | | |
|---|---|---|---|
| 08/28/09 | D. M. LeMAY | Preparation of response to Law Debenture Rule 2004. | 3.10 hrs. |
| 08/28/09 | A. K. NELLOS | Speak with W. Bakare regarding document review project (.3). Review progress of (1.0) and assign documents to second-tier reviewers (1.2). Work on Rule 2004 motion with Debtors (3.9). Online review and comparison of documents related to the ESOP transaction (second- tier review) (2.7). | 9.10 hrs. |
| 08/28/09 | C. L. RIVERA | Reviewing/revising updated outline (1.2) and reviewing related new exhibits (0.4); call with B. Dye re: 554 (0.2); correspondence with K. Horn re: updated outline (0.2) and reviewing/revising same (0.5); correspondence to M. Ashley and T. Zink re: same (0.1). | 2.60 hrs. |
| 08/28/09 | H. SEIFE | Review emails regarding Law Debenture Motion (.8); review of Rule 2004 motion and response (1.4). | 2.20 hrs. |
| 08/28/09 | D. BAVA | Monitor large-case advesary re LBO litigation issues. | 0.40 hrs. |
| 08/28/09 | F. VAZQUEZ | Second tier review of documents produced in connection with investigation of pre-petition financing. | 3.20 hrs. |
| 08/28/09 | F. VAZQUEZ | Email to/from Rath re S&P discovery (.1); review letter from Butcher to Morgan Stanley re Morgan Stanley discovery (.2); email to Zink re expanding discovery (.1). | 0.40 hrs. |
| 08/28/09 | R. A. SCHWINGER | TC with Len Shifflett re status of Foundations' production (0.3); meetings with A. Nellos re status of review (0.2); and re draft of Rule 2004 motion re Debtors (0.2); e-mails re Alix's rights under confidentiality agreements (0.4); review e-mail correspondence for open issues as to various parties requiring follow-up (0.8); | 3.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page   61

|            |               | reviewing JPM responses re open issues (0.6); e-mail from MLCC counsel re timing of next production (0.1); further review of Law Debenture Rule 2004 motion (0.4). |            |
|------------|---------------|---|------------|
| 08/28/09 | N. T. ZINK | Prepare chart of claims against third parties in anticipation of meeting discussion with counsel for the Debtors (.8); second step online document review re ESOP investigation (1.0); phone conference with A. Holtz of AlixPartners re Zell note issues and preference analysis (.2); further second step online review (1.2); review Law Debenture filing re Rule 2004 (.4); review outline of topics for Debtor officer interview (.4) | 4.00 hrs. |
| 08/28/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 5.3 hrs) | 5.30 hrs. |
| 08/28/09 | M. D. ASHLEY | Reviewed materials regarding outline and interview of Debtor officer (1.4); communications regarding discovery efforts (.6). | 2.00 hrs. |
| 08/28/09 | G. BRADSHAW | Reviewed fraudulent transfer preliminary report to prepare for further document review and second level review (3.9). | 3.90 hrs. |
| 08/28/09 | J. LOPEZ | Prepare document production discs. | 4.20 hrs. |
| 08/28/09 | L. F. MOLONEY | Reviewed and prepared media containing additional J.P. Morgan documents and data and coordinated with Complete Document Source re. instructions for uploading additional documents to Relativity database (1.1); correspondence with A. Nellos re. confidentiality issues for new documents and timeframe for access to new materials (.2). | 1.30 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    62


| | | | |
|---|---|---|---|
| 08/28/09 | B. DYE | Conference with C. Rivera re: 548 (.2); drafting and revising memo on abandonment issue (7.8). | 8.00 hrs. |
| 08/29/09 | B. DYE | Responding to emails from T. Zink to resolve on solvency analysis. | 0.50 hrs. |
| 08/29/09 | N. T. ZINK | Review VRC solvency work (.8); review and revise memorandum re section 546(e) issues (.4); review and revise memorandum re solvency calculus (1.7); further online second step review of documents (1.8); review Duff & Phelps solvency work (.4); further on-linereview of second step documents (2.0) in connection with investigation. | 7.10 hrs. |
| 08/29/09 | F. VAZQUEZ | Email to/from Zink re second report. | 0.10 hrs. |
| 08/29/09 | C. L. RIVERA | Reviewing draft memorandum reviewing abandonment theory (0.9); reviewing cases cited therein (1.7). | 2.60 hrs. |
| 08/29/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 4.90 hrs. |
| 08/30/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) | 3.30 hrs. |
| 08/30/09 | C. L. RIVERA | Reviewing case law cited re: abandonment issue and analysis re: same. | 1.40 hrs. |
| 08/30/09 | F. VAZQUEZ | Second tier review of documents produced in connection with investigation of pre-petition financing. | 1.20 hrs. |
| 08/30/09 | B. DYE | Revising memo on solvency analysis as per T. Zink's instructions (1.2); follow up research to abandonment issue (3.0). | 4.20 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE        September 24, 2009
435 N. MICHIGAN AVENUE                              Invoice ******
CHICAGO, IL 60611                                   Page    63


08/30/09    W. BAKARE        Chronologized second tier hot        12.80 hrs.
                             documents at the request of A.
                             Nellos

08/30/09    K. ZAFRAN        On-line review of documents           2.00 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

08/31/09    K. ZAFRAN        On-line review of documents           1.50 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

08/31/09    Y. YOO           Continued on-line review of           3.00 hrs.
                             documents produced in connection
                             with investigation of ESOP
                             Transaction (2.8); corresponded by
                             email with Alexandra Nellos re:
                             content of JPMorgan documents
                             produced in connection with
                             investigation of ESOP Transaction
                             (.2).

08/31/09    I SAFIER         On-line review of documents          10.20 hrs.
                             produced in connection with
                             investigation of ESOP Transaction;

08/31/09    J. B. PORTER     Online review of documents            2.90 hrs.
                             produced in connection with ESOP
                             investigation.

08/31/09    W. BAKARE        Chronologized second tier hot         5.70 hrs.
                             documents.

08/31/09    E. GRIMALDI      On-line review of documents           4.30 hrs.
                             produced in connection with
                             investigation of ESOP transaction.

08/31/09    B. DYE           Meeting with C. Rivera and T. Zink   12.10 hrs.
                             to discuss abandonment option and
                             second part of the Tribune Report
                             (.6); online review of documents
                             produced in connection with the
                             ESOP transactions (1.9); revising
                             avoidance action memo for C.
                             Rivera (4.6); preparing
                             preliminary draft of the second
                             Tribune Report for T. Zink and C.
                             Rivera (5.0).

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page    64

| 08/31/09 | P. SILBERMAN | On-line review of documents produced in connection with ESOP investigation. | 2.00 hrs. |
|---|---|---|---|
| 08/31/09 | J. NOBLE | Online review of documents in connection with investigation of ESOP transaction. | 1.40 hrs. |
| 08/31/09 | F. PERKINS | On-line review of documents produced in connection with investigation of ESOP Transaction. | 9.00 hrs. |
| 08/31/09 | G. BRADSHAW | Research in preparation for second report on ESOP investigation (2.6); online review of documents in connection with ESOP investigation (.8); | 3.40 hrs. |
| 08/31/09 | M. D. ASHLEY | E-mails regarding discovery efforts (.3); reviewed materials regarding discovery efforts (.3); reviewed materials regarding interview of Debtor officer (.4). | 1.00 hrs. |
| 08/31/09 | E. M. MILLER | On-line (second level) review of documents produced in connection with investigation of ESOP Transaction ( 7.8 hrs) | 7.80 hrs. |
| 08/31/09 | E. P. SMITH | E-mail to Ted Zink as to whether nominee for election as director is a fiduciary. | 0.10 hrs. |
| 08/31/09 | C. L. RIVERA | Reviewing case law cited re: abandonment issue (7.1); drafting/revising memorandum reviewing same on property of estate issue and policy concerns (4.6); meeting with T. Zink and B. Dye re: status of various projects and second report (0.6). | 12.30 hrs. |
| 08/31/09 | A. K. NELLOS | Online review and comparison of documents related to the ESOP transaction (second- tier review) (4.7). Speak with L. Moloney regarding confidentiality issues (.3). Review progress of document review (.7) and assign additional documents to first and second-tier reviewers (1.3). Respond to questions from T. Zink and M. | 8.00 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                Invoice ******
CHICAGO, IL 60611                                     Page    65


|  |  |  |  |
|---|---|---|---|
|  |  | Ashley related to documents produced related to the ESOP transaction (1.2). Continue to work on 2004 motion re Debtors (.5). |  |
| 08/31/09 | D. M. LeMAY | Work on response to Law Debenture 2004 motion (2.2).  Conference call w/H. Seife regarding same (.6) Conference call w/H. Seife and T. Zink regarding status of investigation (.4). | 2.80 hrs. |
| 08/31/09 | D. E. DEUTSCH | Participate in part of meeting with David LeMay, Howard Seife, Matt McGuire re: 2004 motion and related issue (.9). | 0.90 hrs. |
| 08/31/09 | F. VAZQUEZ | Second tier review of documents produced in connection w/investigation of pre-petition financing. | 6.40 hrs. |
| 08/31/09 | F. VAZQUEZ | Email to/from Nellos re: Alix's execution of confidentialty agreements (.1); email to/from Nellos re additional discovery (.1); email to/from Zink re Broad and Burkle discovery (.1). | 0.30 hrs. |
| 08/31/09 | H. SEIFE | Review of Law Debenture 2004 motion (1.0); telephone conference with S.Katz (DPW) (.3); conference with D.LeMay/D.Deutsch regarding response to motion (.6); review of memos regarding LBO issues (1.6). | 3.50 hrs. |
| 08/31/09 | M. IACOPELLI | Chronologized second tier of hot documents (13.0). | 13.00 hrs. |
| 08/31/09 | N. T. ZINK | Conference with C. Rivera and B. Dye re solvency calculus memorandum and theories of avoiding power abandonment (.8); review VRC solvency work (.8); phone conference with Moelis and J. Sottile of Zuckerman Spaeder re VRC and Duff & Phelps solvency analyses (1.3); further second step document review in connection with investigation (2.0). | 4.90 hrs. |

TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE
435 N. MICHIGAN AVENUE
CHICAGO, IL 60611

September 24, 2009
Invoice ******
Page   66


Total Fees for Professional Services............. $880,942.50


### TIMEKEEPER SUMMARY

| Timekeeper's Name | Rate | Hours | Amount |
|---|---|---|---|
| C. E. HORD | 855.00 | 22.30 | 19066.50 |
| D. M. LeMAY | 825.00 | 53.20 | 43890.00 |
| E. P. SMITH | 855.00 | .10 | 85.50 |
| H. SEIFE | 955.00 | 40.90 | 39059.50 |
| N. T. ZINK | 765.00 | 83.90 | 64183.50 |
| R. A. SCHWINGER | 755.00 | 69.70 | 52623.50 |
| M. D. ASHLEY | 625.00 | 117.30 | 73312.50 |
| D. E. DEUTSCH | 635.00 | 13.70 | 8699.50 |
| E. GRIMALDI | 395.00 | 37.50 | 14812.50 |
| E. M. MILLER | 565.00 | 71.40 | 40341.00 |
| F. VAZQUEZ | 595.00 | 48.50 | 28857.50 |
| L. ARYANI | 345.00 | 8.10 | 2794.50 |
| P. SILBERMAN | 395.00 | 7.00 | 2765.00 |
| D. BAVA | 260.00 | 4.90 | 1274.00 |
| J. LOPEZ | 205.00 | 11.10 | 2275.50 |
| M. IACOPELLI | 225.00 | 43.00 | 9675.00 |
| W. BAKARE | 215.00 | 28.40 | 6106.00 |
| A. K. NELLOS | 565.00 | 160.40 | 90626.00 |
| C. L. RIVERA | 595.00 | 130.00 | 77350.00 |
| J. P. NARVAEZ | 395.00 | 19.80 | 7821.00 |
| J. B. PORTER | 395.00 | 23.90 | 9440.50 |
| M. S. TOWERS | 395.00 | 36.00 | 14220.00 |
| R. J. GAYDA | 535.00 | 15.70 | 8399.50 |
| T. L. STEVENSON | 535.00 | 37.60 | 20116.00 |
| A. KRONSTADT | 345.00 | 18.60 | 6417.00 |
| B. DYE | 345.00 | 193.30 | 66688.50 |
| B. SCHUBECK | 120.00 | 1.50 | 180.00 |
| F. PERKINS | 345.00 | 140.00 | 48300.00 |
| G. BRADSHAW | 345.00 | 51.80 | 17871.00 |
| I SAFIER | 345.00 | 126.40 | 43608.00 |

```
TRIBUNE COMPANY OFFICIAL CREDITORS' COMMITTEE          September 24, 2009
435 N. MICHIGAN AVENUE                                 Invoice ******
CHICAGO, IL 60611                                      Page    67



   J.  NOBLE                    345.00    22.20        7659.00
   K.  ZAFRAN                   345.00   113.20       39054.00
   L.  F.  MOLONEY              295.00     5.70        1681.50
   M.  RICHMOND                 125.00      .50          62.50
   Y.  YOO                      345.00    33.70       11626.50
                     TOTALS             1791.30      880942.50
```