# EXHIBIT "A"

# EXHIBIT "A" – SUMMARY SHEET

August 1, 2009 through and including August 31, 2009

| Current Charges: | | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| R Bruce Den Uyl | Managing Director | 80.90 | 835.00 | 67,551.50 |
| Alan Holtz | Managing Director | 35.80 | 790.00 | 28,282.00 |
| Marc J Brown | Director | 19.40 | 595.00 | 11,543.00 |
| Brad Hall | Director | 39.50 | 595.00 | 23,502.50 |
| Mark F Rule | Director | 268.10 | 510.00 | 136,731.00 |
| Harold Lee | Director | 34.10 | 510.00 | 17,391.00 |
| Robin Wheeler | Vice President | 2.00 | 450.00 | 900.00 |
| Young Kim | Vice President | 110.00 | 450.00 | 49,500.00 |
| Albert Leung | Vice President | 164.50 | 450.00 | 74,025.00 |
| Allison May | Vice President | 58.70 | 395.00 | 23,186.50 |
| Jeff L Lack | Vice President | 53.75 | 380.00 | 20,425.00 |
| Tristan Peitz | Associate | 51.50 | 295.00 | 15,192.50 |
| Christopher Rubel | Associate | 141.30 | 295.00 | 41,683.50 |
| Adam M Janovsky | Associate | 309.55 | 295.00 | 91,317.25 |
| Deanna J Postlewait | Analyst | 21.00 | 235.00 | 4,935.00 |
| Jennifer Braverman | Paraprofessional | 4.25 | 170.00 | 722.50 |
| Total Hours & Fees | | 1,394.35 | | 606,888.25 |
| Less 50% Travel Time | | | | (2,855.00) |
| Subtotal | | | | 604,033.25 |
| Expenses | | | | 3,317.57 |
| **Total Amount Due** | | | USD | **$607,350.82** |

AlixPartners may determine, from time to time, to augment its professional staff with independent contractors (each an "Independent Contractor") in these chapter 11 cases. AlixPartners' standard practice is to charge for an Independent Contractor's services at the rate equal to the compensation provided by AlixPartners to such Independent Contractor. AlixPartners did not use Independent Contractors during this Staffing Period.