# EXHIBIT "C"

## EXHIBIT "C" – DETAILED DISBURSEMENT REPORT

**Disbursement Recap:**

| Description | Amount |
|---|---|
| Airfare - Coach | 1,566.82 |
| Airfare Service Charge | 120.00 |
| Cab Fare/Ground Transportation | 506.65 |
| Phone - Internet Access | 14.99 |
| Meals & Tips | 250.66 |
| Mileage | 24.20 |
| Parking & Tolls | 257.00 |
| Long Distance Calls | 95.85 |
| Meals - Engagement Team | 258.40 |
| Train | 223.00 |
| **Total Disbursements** | **3,317.57** |

| Date | Disbursement Description | Amount |
|------|------------------------|-------:|
| 07/14/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. B. Hall | 83.89 |
| 07/16/09 | Cab Fare/Ground Transportation - - VENDOR: Valera Global, Inc. B. Hall | 102.76 |
| 07/26/09 | Cab Fare/Ground Transportation Tristan Peitz | 10.00 |
| 07/26/09 | Meals & Tips Tristan Peitz-Dinner (In-town) | 9.14 |
| 07/27/09 | Cab Fare/Ground Transportation Tristan Peitz | 11.00 |
| 07/27/09 | Meals & Tips Tristan Peitz-Dinner (In-town) | 9.14 |
| 07/28/09 | Cab Fare/Ground Transportation Tristan Peitz | 13.00 |
| 07/30/09 | Cab Fare/Ground Transportation Tristan Peitz | 13.00 |
| 07/31/09 | Phone - Internet Access Tristan Peitz | 14.99 |
| 07/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference calls month of July A Leung | 15.12 |
| 07/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference calls month of July B Hall | 19.08 |
| 07/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference calls month of July  H Lee | 12.69 |
| 07/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference calls month of July  K Young | 1.53 |
| 08/01/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/01/09 | Parking & Tolls Mark Rule | 4.00 |
| 08/02/09 | Cab Fare/Ground Transportation Young Kim | 32.00 |
| 08/02/09 | Cab Fare/Ground Transportation Tristan Peitz | 11.00 |
| 08/02/09 | Cab Fare/Ground Transportation Tristan Peitz | 11.00 |
| 08/02/09 | Meals & Tips Tristan Peitz-Lunch (In-town) | 10.77 |
| 08/02/09 | Meals & Tips Young Kim-Lunch (In-town) | 10.00 |
| 08/03/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/03/09 | Meals & Tips Young Kim-Dinner (In-town) | 16.13 |
| 08/03/09 | Meals & Tips Christopher Rubel-Dinner (In-town) | 9.13 |
| 08/03/09 | Parking & Tolls Young Kim | 20.00 |
| 08/04/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/04/09 | Cab Fare/Ground Transportation Tristan Peitz | 11.00 |
| 08/04/09 | Meals & Tips Tristan Peitz-Dinner (In-town) | 48.18 |
| 08/04/09 | Meals & Tips Christopher Rubel-Dinner (In-town) | 9.44 |
| 08/05/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/05/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 5.02 |
| 08/05/09 | Meals & Tips Christopher Rubel-Dinner (In-town) | 9.13 |

| Date | Disbursement Description | Amount |
|------|------------------------|-------:|
| 08/05/09 | Parking & Tolls Albert Leung | 32.00 |
| 08/05/09 | Parking & Tolls Young Kim | 20.00 |
| 08/05/09 | Meals - Engagement Team Young Kim-Dinner-Tribune-Young Kim; Tristan Peitz ;Albert Leung (In-town) | 95.62 |
| 08/06/09 | Cab Fare/Ground Transportation Adam Janovsky | 5.00 |
| 08/06/09 | Cab Fare/Ground Transportation Allison May | 10.00 |
| 08/06/09 | Cab Fare/Ground Transportation Tristan Peitz | 11.00 |
| 08/06/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 6.58 |
| 08/06/09 | Parking & Tolls Young Kim | 20.00 |
| 08/06/09 | Meals - Engagement Team Albert Leung-Dinner-Tribune Team-Young Kim; Tristan Peitz; Albert Leung; Harold Lee (In-town) | 162.78 |
| 08/07/09 | Meals & Tips Albert Leung-Dinner (In-town) | 33.91 |
| 08/08/09 | Meals & Tips Adam Janovsky-Lunch (In-town) | 5.02 |
| 08/09/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 08/09/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/09/09 | Meals & Tips Adam Janovsky-Lunch (In-town) | 5.58 |
| 08/10/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 5.02 |
| 08/10/09 | Train Alan Holtz-WILMINGTON, DE | 223.00 |
| 08/11/09 | Cab Fare/Ground Transportation Alan Holtz | 7.00 |
| 08/11/09 | Parking & Tolls Alan Holtz | 8.00 |
| 08/12/09 | Airfare R. Bruce Den Uyl-08/12/09-LGA/ORD Coach | 783.41 |
| 08/12/09 | Airfare R. Bruce Den Uyl-08/12/09-ORD/LGA Coach | 783.41 |
| 08/12/09 | Airfare Service Charge R. Bruce Den Uyl-08/12/09 | 40.00 |
| 08/12/09 | Airfare Service Charge R. Bruce Den Uyl-08/12/09 | 40.00 |
| 08/12/09 | Airfare Service Charge R. Bruce Den Uyl-08/12/09 | 40.00 |
| 08/12/09 | Meals & Tips Albert Leung-Dinner (In-town) | 12.95 |
| 08/12/09 | Mileage R. Bruce Den Uyl-44 Miles | 24.20 |
| 08/12/09 | Parking & Tolls R. Bruce Den Uyl | 4.00 |
| 08/12/09 | Parking & Tolls R. Bruce Den Uyl | 45.00 |
| 08/12/09 | Parking & Tolls Albert Leung | 32.00 |
| 08/17/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 08/17/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 5.02 |
| 08/18/09 | Cab Fare/Ground Transportation Adam Janovsky | 7.00 |
| 08/18/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 6.82 |
| 08/19/09 | Cab Fare/Ground Transportation Adam Janovsky | 8.00 |
| 08/19/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 6.52 |
| 08/20/09 | Cab Fare/Ground Transportation Adam Janovsky | 8.00 |

| Date | Disbursement Description | Amount |
|---|---|---|
| 08/20/09 | Parking & Tolls Albert Leung | 32.00 |
| 08/24/09 | Cab Fare/Ground Transportation Adam Janovsky | 8.00 |
| 08/24/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 5.58 |
| 08/25/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 08/25/09 | Meals & Tips Adam Janovsky-Dinner (In-town) | 5.58 |
| 08/25/09 | Parking & Tolls Young Kim | 20.00 |
| 08/27/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/27/09 | Meals & Tips Young Kim-Dinner (In-town) | 16.00 |
| 08/27/09 | Parking & Tolls Young Kim | 20.00 |
| 08/29/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/31/09 | Cab Fare/Ground Transportation Christopher Rubel | 15.00 |
| 08/31/09 | Cab Fare/Ground Transportation Adam Janovsky | 6.00 |
| 08/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference Calls in the month of August  A Leung | 7.11 |
| 08/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference Calls in the month of August  B Hall | 32.13 |
| 08/31/09 | Long Distance Calls - - VENDOR: Raindance Communications, Inc. Conference Calls in the month of August Y Kim | 8.19 |
| | **Total Disbursements** | **3,317.57** |