# EXHIBIT A

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SUMMARY SHEET**

| COMMITTEE MEMBER | TOTAL ALLOWED AMOUNT |
|---|---|
| Warner Brothers | $1,616.98 |
| Buena Vista Television (Disney) | 1,899.44 |
| Washington-Baltimore Newspaper Guild | 1,051.33 |
| Washington-Baltimore Newspaper Guild (Counsel) | 476.40 |
| **TOTAL** | **$5,044.15** |

**TRIBUNE COMPANY, et al.**

**EXHIBIT A**

**SCHEDULE OF EXPENSES**

Wayne Smith
Warner Brothers
4000 Warner Blvd.
Bldg. 156, Room 5158
Burbank, CA  91522

| Type of Expense | July 1, 2009 Meeting (New York) |
|---|---|
| Airfare | $ 995.58 |
| Hotel | 363.39 * |
| Cab Fare | 13.00 |
| Transportation | 224.28 |
| Parking | 20.73 * |
| Total: | $1,616.98 |

\*    Applicant stayed an additional day.  The amount requested
    represents 1/2 of receipted amount.

**TOTAL ALLOWED AMOUNT:  $1,616.98**

Virtually There - Print Your Itinerary

Print this Page  Close this page

**BCD travel**

**BCD TRAVEL-WARNER BROS STUDIOS**
*AFTER HOUR ASSISTANCE - 866-299-4566 / MEMBERSHIP CODE SH1M9*
**Phone: 1-800-551-1101**

| PREPARED FOR | TRIP TO |
|---|---|
| **WAYNE M SMITH** | **NEW YORK JFK, NY** |
| RESERVATION CODE | TRAVEL DATES |
| **LYMVGP** | **Aug 25 - Aug 27** |

**SAVE 25%\* ON AIRPORT PARKING** theParkin

*\*25% off with Saturday night stay. 15% off without. This coupon must be presented at exit & may not be combined with any other offer. Expires on Sept. 8, 2009.  www.TheParki

**Travel Arranger Priority Comments**
DIVISION IS WB LEGAL MISC CC USED
UNITED COACH REFUNDABLE FARE 995.58    *COACH FARE*



| **Tuesday Aug 25** | **LAX** LOS ANGELES, CA | **JFK** NEW YORK JFK, NY |
|---|---|---|
| **UNITED AIRLINES** **UA 0890** | Departing At **01:40pm** Terminal **TERMINAL 7** | Arriving At **10:18pm** Terminal **TERMINAL 7** |
| Passenger Name » **WAYNE M SMITH** | Seats **Check-In Required** | Frequent Flyer Number |

| Airline Reservation Code | X8LCS4 | Duration | 05hr(S) :38min(S) |
|---|---|---|---|
| Status | Confirmed | Class | Economy |
| Aircraft | BOEING 757 JET | Stops | 0 |
| Meals | Food For Purchase | Mileage | 2461 |
| Smoking | No | | |

*Please verify flight times prior to departure*

| **Thursday Aug 27** | **JFK** NEW YORK JFK, NY | **LAX** LOS ANGELES, CA |
|---|---|---|
| **UNITED AIRLINES** **UA 0891** | Departing At **08:30am** Terminal **TERMINAL 7** | Arriving At **11:37am** Terminal **TERMINAL 7** |
| Passenger Name » **WAYNE M SMITH** | Seats **Check-In Required** | Frequent Flyer Number |

| Airline Reservation Code | X8LCS4 | Duration | 06hr(S) :07min(S) |
|---|---|---|---|
| Status | Confirmed | Class | Economy |
| Aircraft | BOEING 757 JET | Stops | 0 |
| Meals | Food For Purchase | Mileage | 2461 |
| Smoking | No | | |

*Please verify flight times prior to departure*

**Notes**
------------AFTER HOURS EMERGENCY CONTACTS---------
PLEASE CALL THE TRAVEL DEPT DURING OPERATING HOURS

07/06/2009 10:42 FAX 818 954 5434        WBEI CORPORATE LEGAL                    ☑011





07/06/2009 10:41 FAX 818 954 5434          WBEI CORPORATE LEGAL                    ☑007

# THE
# NEW YORK PALACE



| | |
|---|---|
| 455 Madison Avenue | Tel +1 212 888 7000 |
| New York, NY 10022 | Fax +1 212 303 6000 |
| United States | www.newyorkpalace.com |

ROOM NO.:  **T5004**

Smith, Mr. Wayne M
Warner Brothers

., CA

| | |
|---|---|
| FOLIO NO.: | 95J2OD |
| ARRIVE: | 06/29/09 |
| DEPART: | 07/01/09 |
| RATE: | $ 315.00 |

| DATE | CODE | DESCRIPTION | | | CHARGES | PAYMENTS |
|---|---|---|---|---|---|---|
| 06/29/09 | *RRS | ROOM SERVICE #2963 | 1 | IF | 43.95 | |
| 06/29/09 | ROOMNC | ROOM CHARGE | 1 | -- | 315.00 | |
| 06/29/09 | TX-ST | NY SALES TAX 8.375% | 1 | -- | 26.38 | |
| 06/29/09 | TX-RM | NY CITY TAX 5.875% | 1 | -- | 18.51 | |
| 06/29/09 | TDNS | OCC TX/JAVITS FEE($1.50) | 1 | -- | 3.50 | |
| 06/30/09 | ROOMNC | ROOM CHARGE | 1 | -- | 315.00 | |
| 06/30/09 | TX-ST | NY SALES TAX 8.375% | 1 | -- | 26.38 | |
| 06/30/09 | TX-RM | NY CITY TAX 5.875% | 1 | -- | 18.51 | |
| 06/30/09 | TDNS | OCC TX/JAVITS FEE($1.50) | 1 | -- | 3.50 | |

*(handwritten: → $363.39)*

FOR EXPRESS CHECKOUT, PLEASE DIAL EXTENSION 6712.
CHECK OUT IS 12:00 NOON, THANK YOU===================

| | | |
|---|---|---|
| Subtotals | 770.73 | 0.00 |
| | =================== | |
| BALANCE DUE | 770.73 | |

)( One of the
   Dorchester Collection

The Dorchester, London | The Beverly Hills Hotel, Beverly Hills | Le Meurice, Paris | Hôtel Plaza Athénée, Paris
Hôtel Principe di Savoia, Milan | The New York Palace Hotel, New York | Hotel Bel-Air, Los Angeles
Coworth Park, Ascot (2010) | 45 Park Lane, London (2010)
www.dorchestercollection.com

Reservation Receipt (Res#689694)

**BLS Limosine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS
4000 WARNER BLVD                          Ride Receipt
BLDG 156 ROOM 5158
BURBANK, CA 91522

Account#  : 194014
Invoice#  : CCB063009
Inv Date  : 6/30/2009

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 6/29/2009 | Res#: 689694    PU: JFK 890 UA<br>Drop: 455 MADISON AVE AT 50TH STREET MANHATTAN NY 10022<br>Pickup: 21;51                    Passenger: SMITH WAYNE M<br>Flat:<br>Req By: CHERYL ANN KRUG, | TC          $103.47<br>Gratuity:      $0.00<br><br>Tax:          $8.67<br>Discount:<br>Deposit: | |
| | **Paid By Credit Card xxxxxxxxxxx1001** | Ride Total:     $112.14<br>Trip Amount Due:  $0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3)   All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp

7/2/2009

Reservation Receipt (Res#689695)                                                Page 1 of 1

**BLS Limousine Service**
18-20 Steinway Street
Astoria, NY 11105
Phone: 800-843-5752 Fax: 718-274-2408
Email: resvndept@blslimo.com
Web: www.blslimo.com/terms

SMITH, WAYNE/WARNER BROTHERS              Account#  : 194014
4000 WARNER BLVD              Ride Receipt        Invoice#  :
BLDG 156 ROOM 5158                              Inv Date  :
BURBANK, CA 91522

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 7/1/2009 | Res#: 689695   PU: 30 ROCKEFELLER PLAZA NEW YORK NY 10112<br>Drop: JFK 25 UA<br>Pickup: 15:45   Passenger: SMITH WAYNE M<br>Flat:<br>Req By: CHERYL ANN KRUG, | | |
| | TC | $103.47 | |
| | Gratuity: | $0.00 | |
| | Tax: | $8.67 | |
| | Discount: | | |
| | Deposit: | | |
| | Ride Total: | $112.14 | |
| | Paid By Credit Card xxxxxxxxxxx1001   Trip Amount Due: | $0.00 | |

© 1992-2009 Ground Travel Technology Team, Inc.
(GT3)  All Rights Reserved.

http://reports.blslimo.com/QuickReceipt.asp                                7/2/2009

PARKING AT LAX



**Welcome!**
Phone: (800) 745-2276
LAX/Century - Look for
BLUE Century signs

theParkingSpot

3/0746        5658/170040000/004667
12:26        06/29/09        CE-EN

Covered

N 37.69T  3.77
$ 41.46 B1FC AMEX
07/01/09 21:14

585 = $20.73

MED#        2Y75
07/01/09 TR 8918
START  END MILES
09/29 09:46 +2.9
Regular Fare
RATE 1:$  11.30
SURCH:    0.00
TOTAL:$   11.30
THANKS
TO CONTACT TLC
DIAL 3-1-1

+ 1.70
(TIP)

_____

13.00

CAB TO

CHADBURNE

Michael Thornton
Buena Vista Television
500 South Buena Vista Street
Burbank, CA  91521

| Type of Expense | August 13, 2009 Meeting (New York) |
|---|---|
| | |
| Airfare | $1,117.38 |
| Hotel | 515.37 |
| Cab Fare | 153.00 |
| Meals:<br>  Breakfast      - $28.24*<br>  Dinner        -   45.13<br>  Snacks (Hotel) -  16.32 | 89.69 |
| Tips | 24.00 |
| | |
| Total: | $1,899.44 |

* Represents 1/2 of receipted amount.

**TOTAL ALLOWED AMOUNT:  $1,899.44**

## Raymann, Coleen

**Subject:**            FW: Michael Thornton - 8/12-16/09  FFCUGH

Hi Coleen,

The unrestricted coach price with the Disney discount would have been $1117.38.

Thanks, Gail

1

Virtually There - eTicket Receipt                                              Page 1 of 2

Print this page    Close this page

**DISNEY CORPORATE TRAVEL**
*FARES ARE NOT GUARANTEED UNTIL*
*TICKETED.*
Phone: 818-553-7000

## eTicket Receipt

## Prepared For
THORNTON/MICHAEL [1107-114-5475161-620005]

| | |
|---|---|
| RESERVATION CODE | FFCUGH |
| TICKET ISSUE DATE | 10Aug09 |
| TICKET NUMBER | 0167696690572 |
| INVOICE NUMBER | 0516762 |
| ISSUING AIRLINE | UNITED AIRLINES |
| ISSUING AGENT | P3X9/A6K |
| ISSUING AGENT LOCATION | GLENDALE CA |
| IATA NUMBER | 05621162 |
| CUSTOMER NUMBER | 250DIS4003 |
| TOUR CODE | 054NX |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 12Aug09 | UNITED AIRLINES UA 890 | LOS ANGELES, CA<br><br>Time<br>1:40pm | NEW YORK JFK, NY<br><br>Time<br>10:18pm | Class  BUSINESS<br>Seat Number  CHECK-IN REQUIRED<br>Booking Status  CONFIRMED<br>Fare Basis  CUA/NZP<br>Not Valid After  12AUG |
| 14Aug09 | UNITED AIRLINES UA 745 | NEW YORK LGA, NY<br><br>Time<br>2:43pm | DENVER, CO<br><br>Time<br>5:09pm | Class  FIRST<br>Seat Number  CHECK-IN REQUIRED<br>Booking Status  CONFIRMED<br>Fare Basis  BUAUP/NZP<br>Not Valid After  12AUG |
| 15Aug09 | UNITED AIRLINES UA 280 | DENVER, CO | LOS ANGELES, CA | Class  FIRST<br>Seat Number  CHECK-IN REQUIRED<br>Booking Status  CONFIRMED |

https://www.virtuallythere.com/new/eticket.html                              9/16/2009

Virtually There - eTicket Receipt                                          Page 2 of 2

| | | Time 7:25pm | Time 8:49pm | Fare Basis  BUAUP/NZP Not Valid After  12AUG |
|---|---|---|---|---|

## Payment/Fare Details

| Form of Payment | CREDIT CARD - VISA : XXXXXXXXXXXX 2171 |
|---|---|
| Endorsement / Restrictions | S/CVA DISNEY WWS 2007 |
| Fare Calculation Line | LAX UA NYC Q79.07 1015.35CUA/NZP UA DEN S55.81UA LAX900.00BUAUP/NZPUSD2050.23END ZPLAXLGADEN XT 7.50AY 13.50XFLAX4.5LGA4.5DEN4.5 |
| Fare | USD 2050.23 |
| Taxes/Fees/Charges | USD 153.77 US (US TRANSPORTATION TAX) |
| | USD 10.80 ZP (US SEGMENT TAX) |
| | USD 21.00 XT (COMBINED TAXES) |
| Total Fare | USD 2235.80 |

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

Important Legal Notices

```
Contact TLC Dial
     3-1-1


   I ♡ NEW YORK
MED #           4F33
DATE: 08/13/2009
START TIME 08:04
END TIME    08:10
TRIP #      20940
RATE No.        1
STAND. CITY RATE
MILES R1     0.61
FARE1 $      4.90

        + tip
         6 00
```

```
  Contact TLC Dial
      3-1-1


   I ♡ NEW YORK
MED #          5L14
DATE: 08/13/2009
START TIME 15:31
END TIME    15:41
TRIP #      17201
RATE No.        1
STAND. CITY RATE
MILES R1     1.61
FARE1 $      7.30

        + tip
```

```
   I ♡ NEW YORK
MED #          3K86
DATE: 08/13/2009
START TIME 18:22
END TIME    18:25
TRIP #      19111
RATE No.        1
STAND. CITY RATE
MILES R1     0.58
FARE1 $      3.70
SURCHARGE    1.00
TOTAL $      4.70

Contact TLC Dial
     3-1-1
        $ 6 00
```

```
MED#           3J11
08/13/09 TR  374
START END MILES
20:32 20:53  3.7
Regular Fare
RATE 1:$   13.70
SURCH: $    0.58
TOTAL: $   14.28
   THANKS
TO CONTACT TLC
        + tip
         $ 16 00
```

```
MED#           9H76
STAND. CITY RATE
 RATE USED:    1
08/14/09 TR 0286
START  END MILES
11:20 11:31  1.7
FARE :  $   7.70
EXTRA:  $   0.00
TOTAL:  $   7.70
TO  CONTACT  TLC
    DIAL  3-1-1

        + tip
         $ 9 00
```

```
08/14/09 TR 7593
START  END MILES
12:59 13:26  9.6
REGULAR FARE
RATE 1:$   24.90
SURCH: $    0.00
TRIBB:$     4.57
TOTAL: $   29.47
    THANKS
TO CONTACT TLC
   DIAL 3-1-1

Hotel →
Lavender + tip
      $ 35 00
```

```
   I ♡ NEW YORK
MED #          2K88
DATE: 08/14/2009
START TIME 23:55
END TIME    00:08
TRIP #      26605
RATE No.        1
STAND. CITY RATE
MILES R1     3.04
FARE1 $     10.10
SURCHARGE    0.50
TOTAL $     10.60

Contact TLC Dial
     3-1-1
        + tip
         $ 12 00
```

```
MED#           2D52
08/13/09 TR 7260
START  END MILES
20:54 00:05 18.2
JFK Fare
RATE 2:$   45.00
SURCH: $    0.00
DOMTol:$    4.57
TOTAL: $   49.57
    THANKS
TO CONTACT TLC
   DIAL 3-1-1

Kenneth + tip
  →
Hotel $ 60 00
```

$153. —

Sep 15 2009 12:22PM   DISNEY/ABC DOMTV          818-460-5991          page 6

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Michael Thornton                4228                Disney Worldwide Service
Walt Disney Company             215.00              611 North Brand Boulevar
                                1                   1st Floor
                                8007371   EX-A      Glendale, CA 91203-1201
                                2
                                12-AUG-09  23:12
                                14-AUG-09  16:00
                                AX

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|------|-----------|-----------|-----------|---------|-------|-------|---------|
| 12-AUG-09 | 250.21 | 0.00 | 14.95 | 0.00 | 0.00 | 265.16 | 0.00 |
| 13-AUG-09 | 250.21 | 0.00 | 0.00 | 0.00 | 16.32 | 266.53 | 0.00 |
| Total | 500.42 | 0.00 | 14.95 | 0.00 | 16.32 | 531.69 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

RESTAURANT 44
ROYALTON HOTEL
44 WEST 44TH ST. (212) 944-8844
CHECK:      1704
TABLE:      26/1
SERVER:     117 ARBEN
DATE:       AUG13'09  9:05AM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXX3000
EXP DATE:   XX/XX
AUTH CODE:  500378
            M THORNTON

TOTAL           48.99

20% ADDED TO PARTIES SIX & ABOVE
TIP_____   $7.50

TOTAL_____  $56.49

_____
        SIGNATURE
CREDIT CARD RECEIPT

As a Sta
Starpoin

Michael
FOLIO: 8      -2 $28.24

rob Jacobson
BIG NICK'S BURGER JO
2175 BROADWAY
NEW YORK, NY 10024
212-362-9238

TERMINAL I.D.:              32432888

VISA
XXXXXXXXXXXXXXX8162
SALE
BATCH 000402   INV: Z
DATE: AUG 14, 09   TIME: 11:22:32
AUTH NO: 06854C

BASE            $38.15

TIP             $7

TOTAL           $45.13

MICHAEL THORNTON
X_____
    I AGREE TO PAY ABOVE TOTAL AMOUNT
    ACCORDING TO CARD ISSUER AGREEMENT
    (MERCHANT AGREEMENT IF CREDIT VOUCHER)

***CUSTOMER COPY***

at least 1290

AGENT          Sheraton New York
               Tel: 212-581-1000

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000 Fax: 212-262-4410

Michael Thornton                    4228            Disney Worldwide Service
Walt Disney Company                 215.00          611 North Brand Boulevar
                                    1               1st Floor
                                    8007371    EX-A Glendale, CA 91203-1201
                                    1
                                    12-AUG-09   23:12
                                    14-AUG-09   16:00
                                    AX

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 12-AUG-09 | G513 | Internet Service In Room | 14.95 |
| 12-AUG-09 | RT4228 | Room Chrg Corp Volumn LRA | 215.00 |
| 12-AUG-09 | RT4228 | Room Sales Tax | 19.08 |
| 12-AUG-09 | RT4228 | Occupan/Tourism Tax | 2.00 |
| 12-AUG-09 | RT4228 | NYS Javits Ctr Tax | 1.50 |
| 12-AUG-09 | RT4228 | City/Local Tax | 12.63 |
| 13-AUG-09 | 43368 | Pringles Potato Chip | 5.44 |
| 13-AUG-09 | 43369 | In Room Plus M&M Pea | 5.44 |
| 13-AUG-09 | 43373 | Banana Moon Chocolat | 5.44 |
| 13-AUG-09 | RT4228 | Room Chrg Corp Volumn LRA | 215.00 |
| 13-AUG-09 | RT4228 | Room Sales Tax | 19.08 |
| 13-AUG-09 | RT4228 | Occupan/Tourism Tax | 2.00 |
| 13-AUG-09 | RT4228 | NYS Javits Ctr Tax | 1.50 |
| 13-AUG-09 | RT4228 | City/Local Tax | 12.63 |
| 14-AUG-09 | AX | American Express NY | 531.69- |

Balance Due                0.00

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.
            ** continued on the next page **

Michael Thornton               ROOM    DEPART    AGENT       Sheraton New York
FOLIO: 8007371  12-AUG-09      4228                          Tel: 212-581-1000

William Salganik
Washington-Baltimore Newspaper Guild
10386 Eclipse Way
Columbia, MD  21044

| Type of Expense | August 4, 2009 Meeting (New York) | August 13, 2009 Meeting (New York) |
|---|---|---|
| Train Fare | $403.00 | $290.20 |
| Hotel | .00 | 245.33 |
| Parking | 14.00 | 14.00 |
| Cab Fare | .00 | 9.90 |
| Mileage | 22.00 | 20.90 |
| Meals (Dinner): | .00 | 32.00 |
| | | |
| Total: | $439.00 | $612.33 |

**TOTAL ALLOWED AMOUNT:  $1,051.33**

**August 4, 2009 Meeting**





Ballimore Penn Station
Leonards Parking
1511 North Charles St.
Baltimore, Md. 21201
(410) 783-0215

Garage 7067/08/06/10    Worker: 01 - D.

Garageing Parking Ticket    14.00 $
Entered: 03/Aug/09 07:05
Exit: 04/Aug/09 18:21
Length of stay: 0 by 11:16:15 Min

Total Amount    14.00 $

Credit Visa    14.00 $
Tax    10.00 %    1.27 $

Visa

SALGANIK/MARC
Customer No. XXXX XXXX XXXX 2309 1204A%s0
Amount = $ 14.00
TRANSACTION-RECEIPT
            BOOKING
            ISSUER:
                        CARDN

0:    xxxxxxxxxxxx309
            CONTRACT:    332643

xxxxxxxx REF.No. 000000092168046496340 xxxxx
xxxx
    APPROVAL 03122C
                TOTAL
USD    14.00

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xx        Thank you        xx
xx      Open 24 hours      xx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

**August 13, 2009 Meeting**



**Riders  AMTRAK  Baggage**

Name of Passenger
ALGANIK/MARC MR
7016729670

From
BWI AIRPORT STA, MD
To
NEW YORK PENN, NY
Carrier 2V Train 94  Date 12AUG09
Accom YB  Space/Car
RESERVD COACH
Form of Payment AP78.20VI 2309
Rail Fare $78.20  Accom Charge $.00
Fare Plan  Total $78.20
SQE 1
Ticket Number 249231303331  No. of 01 01
Date of Issue 2AUG09  Reservation A0260
**PASSENGER RECEIPT**

**Riders  AMTRAK  Baggage**

Name of Passenger
ALGANIK/MARC

From
NEW YORK PENN, NY
To
BWI AIRPORT STA, MD
Carrier 2V Train 2165  Date 13AUG09
Accom K  Space/Car
EXPRSS BSNESS
Form of Payment V1212.00 2309
Fare $212.00  Accom Charge $.00
Total $212.00
QAE
Ticket Number 252210399627  No. of 01 01
Date of Issue 3AUG09  Reservation C020E
**PASSENGER RECEIPT**

THE MARC STATION
THANKS YOU
PLEASE COME AGAIN

Rcpt# 18752
08/13/09 19:46   LANG A#  1   Lynt %10G

$ 11.00

I ♥ NEW YORK

MED #           PST
DATE: 08/12/2009
START TIME 17:43
END TIME  17:58
TRIP #    13083
RATE No.
STAND. CITY RATE
MILES .01   1.63
FARE1 $    3.30
SURCHARGE  1.00
TOTAL $    3.30

Contact TLC Dial
3-1-1

The ORIGINAL

# Johns' of Bleecker Street

Coal Fired , brick oven pizza since 1929

212-243-1680

Date_____

Total  $32 —

# Thank You very,very very,much !!!!!

## customer reciept

278 Bleecker Street . Greenwich Village . N.Y.C.



# THE
# BLAKELY

New York

136 West 55th Street
New York, NY 10019

• • •

Ph (212) 245-1800
fx (212) 582-8332

• • •

website: blakelynewyork.com

| FOLIO NO. | ROOM NO. | GUEST NO. |
|---|---|---|
| 21H6IG | 0801 | 1746KB |

| RATE/PACKAGE | NO. IN PARTY | DEPOSIT REC'D |
|---|---|---|
| 209.00 | 1 | 245.33 |

**RATE/PACKAGE DESCRIPTION**

CUSTOM RATE PLAN

**NAME AND ADDRESS**

ALGANEK, MR. MARC WILLIAM
10386 ECLIPSE WAY
COLOMBIA., MD.  21044.

| ARRIVAL DATE | DEPARTURE DATE |
|---|---|
| 08/12/09 | 08/13/09 |

**ADDITIONAL INFORMATION**

TVLCLK  #  120071395

| DATE | DESCRIPTION | | CHARGES | PAYMENTS |
|---|---|---|---|---|
| 08/12/09 ROOM | 1 Room Revenue | -- | 209.00 | |
| 08/12/09 NYSTAX | 1 8.875% NYS Sales Tax | -- | 18.55 | |
| 08/12/09 NYCTAX | 1 5.875% NYC Occupancy TAX | -- | 12.28 | |
| 08/12/09 S1KN | 1 NYC OCC/JAVITS CTR. TAX | -- | 5.50 | |
| 08/13/09 VI | 1 XXXXXXXXXX2309 0412 | AT | | 245.33 |

Subtotals    ========================
$    245.33    245.33
========================

PAID IN FULL --- THANK YOU!

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or
association fails to pay for any or the full amount of these charges. I also agree that all charges contained in this account are correct and any
disputes of charges must be made within five days after my departure. All requests for copies, after departure, must be made in writing.

SIGNATURE _____

Washington-Baltimore Newspaper Guild (Counsel)
Robert E. Paul, Esq.
Zwerdling, Paul, Kahn & Wolly, P.C.
1025 Connecticut avenue, N.W.
Suite 712
Washington, DC  20036

| **Type of Expense** | **August 4, 2009 Meeting (New York)** |
|---|---|
| Train Fare | $442.00 |
| Cab Fare | 15.40 |
| Parking | 19.00 |
| Total: | $476.40 |

**TOTAL ALLOWED AMOUNT:  $476.40**




```
MED#        3V41
08/04/09 TR 7942
START  END MILES
09:58 10:11  1.3
Regular Fare
  RATE 1:$   8.50
  SURCH: $   0.00
  TOTAL: $   8.50
     THANKS
  TO CONTACT TLC
   DIAL 3-1-1
```

```
           USPG
    UNION STATION GARAGE
       202-898-1950
-------------------------------
Terminal:3 Cashier#:39
08/04/2009 6:33 AM
08/04/2009 6:58 PM - 12:25
586133815 / #415744
DAILY      : $      19.00
TOTAL      : $      19.00
   CRDT CRD : $      19.00
**xxxxx*xx3003 Swiped
AMERICAN EXPRESS
Purchase 09/08/04 18:58:17
Seq# 1:0449
Auth# 569593
APPROVED
-------------------------------
      THANK YOU FOR
     PARKING WITH US
     DRIVE CAREFULLY
```

```
   I ♡ NEW YORK

MED #          1J73
DATE. 08/04/2009
START TIME 15:27
END TIME   15:38
TRIP #     21675
RATE No.       1
STAND. CITY RATE
MILES R1    1.09
FARE1 $     6.90


Contact TLC Dial
      3-1-1
```