## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 08-13141 (KJC) |
| TRIBUNE COMPANY, et al., | (Jointly Administered) |
| Debtors. | Re: Docket No. 2217 |

**ORDER APPROVING STIPULATION AS BETWEEN THE DEBTORS, THE UNSECURED CREDITORS COMMITTEE, J.P. MORGAN CHASE BANK, N.A., CITIGROUP GLOBAL MARKETS, INC., MERRILL LYNCH CAPITAL CORPORATION, MERRILL, LYNCH, PIERCE, FENNER & SMITH, INC., MORGAN STANLEY & CO., INC., VALUATION RESEARCH CORPORATION, ROBERT R. MCCORMICK FOUNDATION, CANTIGNY FOUNDATION, AND LAW DEBENTURE TRUST COMPANY OF NEW YORK, LAW DEBENTURES' MOTION FOR LEAVE TO CONDUCT DISCOVERY PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE OR, ALTERNATIVELY FOR THE APPOINTMENT OF AN EXAMINER**

The Court having considered the *Stipulated Order Resolving as Between the Debtors, the Unsecured Creditors Committee, J.P. Morgan Chase Bank, N.A., Citigroup Global Markets, Inc., Merrill Lynch Capital Corporation, Merrill, Lynch, Pierce, Fenner & Smith, Inc., Morgan Stanley & Co., Inc., Valuation Research Corporation, Robert R. Mccormick Foundation, Cantigny Foundation, and Law Debenture Trust Company of New York, Law Debentures' Motion for Leave to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure or, Alternatively for the Appointment Of An Examiner*, a copy of which is attached hereto as Exhibit A; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given.

**IT IS HEREBY ORDERED** that the Stipulation is APPROVED.

9-25-09

The Honorable Kevin J. Carey
United States Bankruptcy Court Judge