# SIGN-IN-SHEET

**CASE NAME:** Tribune Company
**CASE NO.** 08-13141-KJC

**COURTROOM LOCATION:** 5
**DATE:** September 25, 2009

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David LeMay | Chadbourne & Parke LLP | Creditors' Committee |
| Jonathan Lotsoff | Sidley Austin LLP | Debtors |
| Brian Gold | Sidley Austin LLP | Debtors |
| Norman Pernick | Cole Schotz | Debtors |
| Joseph J. McMahon, Jr. | USDOJ | U.S. Trustee |
| Robert E. Paul | Zwerdling Paul Kahn & Wolly | Guild |
| Tom Horan | Womble Carlyle Sandridge | Great Bank |
| Joel Friedlander | Bouchard Margules + Friedlander | Dow Jones; Bloomberg; AP |
| Lori Rumbud | Landis Rath & Cobb | Creditors Committee |
| Christopher Simon | Cross & Simon | Guild |
| Robin Grogan | B. Afferato Gentilotti | Law Debenture Co. of New York |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Kevin J. Carey
### #5

Calendar Date: 09/25/2009
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Tribune Company | 08-13141 | Hearing | 3085948 | Chandler Bigelow | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085838 | Peg Brickley | (215) 462-0953 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| | | Tribune Company | 08-13141 | Hearing | 3085953 | Dave Eldersveld | (302) 295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085934 | Ken Kansa | 312-853-7163 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085931 | Candice Kline | (312) 853-7778 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085923 | Bryan Krakauer | 312-853-7515 | Sidley Austin | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3085940 | Don Liebentritt | 302-295-4933 | Tribune Company | Debtor, Tribune Company / LIVE |
| | | Tribune Company | 08-13141 | Hearing | 3082957 | Damian Schaible | (212) 450-4000 | Davis Polk & Wardwell | Creditor, JPMorgan Chase Bank, N.A. / LIVE |

Peggy Drasal                                Page 1 of 1
                                            CourtConfCal2007