# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | **Chapter 11** |
| **TRIBUNE COMPANY, et al.,**[1] | **Case No. 08-13141 (KJC)** |
| **Debtors.** | **Jointly Administered** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK    )

MARY CHRISTINE BASILE, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2009, I caused to be served personalized "Notice of Transfer of Claim Pursuant to F.R.B.P. 3001 (e)(2) or (4)," (the "Personalized Transfer"), copies of which are annexed hereto as <u>Exhibit</u>

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Tribune Company (0355); 435 Production Company (8865); 5800 Sunset Productions Inc. (5510); Baltimore Newspaper Networks, Inc. (8258); California Community News Corporation (5306); Candle Holdings Corporation (5626); Channel 20, Inc. (7399); Channel 39, Inc. (5256); Channel 40, Inc. (3844); Chicago Avenue Construction Company (8634); Chicago River Production Company (5434); Chicago Tribune Company (3437); Chicago Tribune Newspapers, Inc. (0439); Chicago Tribune Press Service, Inc. (3167); ChicagoLand Microwave Licensee, Inc. (1579); Chicagoland Publishing Company (3237); Chicagoland Television News, Inc. (1352); Courant Specialty Products, Inc. (9221); Direct Mail Associates, Inc. (6121); Distribution Systems of America, Inc. (3811); Eagle New Media Investments, LLC (6661); Eagle Publishing Investments, LLC (6327); forsalebyowner.com corp. (0219); ForSaleByOwner.com Referral Services, LLC (9205); Fortify Holdings Corporation (5628); Forum Publishing Group, Inc. (2940); Gold Coast Publications, Inc. (5505); GreenCo, Inc. (7416); Heart & Crown Advertising, Inc. (9808); Homeowners Realty, Inc. (1507); Homestead Publishing Co. (4903); Hoy, LLC (8033); Hoy Publications, LLC (2352); InsertCo, Inc. (2663); Internet Foreclosure Service, Inc. (6550); JuliusAir Company, LLC (9479); JuliusAir Company II, LLC; KIAH Inc. (4014); KPLR, Inc. (7943); KSWB Inc. (7035); KTLA Inc. (3404); KWGN Inc. (5347); Los Angeles Times Communications LLC (1324); Los Angeles Times International, Ltd. (6079); Los Angeles Times Newspapers, Inc. (0416); Magic T Music Publishing Company (6522); NBBF, LLC (0893); Neocomm, Inc. (7208); New Mass. Media, Inc. (9553); New River Center Maintenance Association, Inc. (5621); Newscom Services, Inc. (4817); Newspaper Readers Agency, Inc. (7335); North Michigan Production Company (5466); North Orange Avenue Properties, Inc. (4056); Oak Brook Productions, Inc. (2598); Orlando Sentinel Communications Company (3775); Patuxent Publishing Company (4223); Publishers Forest Products Co. of Washington (4750); Sentinel Communications News Ventures, Inc. (2027); Shepard's Inc. (7931); Signs of Distinction, Inc. (3603); Southern Connecticut Newspapers, Inc. (1455); Star Community Publishing Group, LLC (5612); Stemweb, Inc. (4276); Sun-Sentinel Company (2684); The Baltimore Sun Company (6880); The Daily Press, Inc. (9368); The Hartford Courant Company (3490); The Morning Call, Inc. (7560); The Other Company LLC (5337); Times Mirror Land and Timber Company (7088); Times Mirror Payroll Processing Company, Inc. (4227); Times Mirror Services Company, Inc. (1326); TMLH 2, Inc. (0720); TMLS I, Inc. (0719); TMS Entertainment Guides, Inc. (6325); Tower Distribution Company (9066); Towering T Music Publishing Company (2470); Tribune Broadcast Holdings, Inc. (4438); Tribune Broadcasting Company (2569); Tribune Broadcasting Holdco, LLC (2534); Tribune Broadcasting News Network, Inc. (1088); Tribune California Properties, Inc. (1629); Tribune Direct Marketing, Inc. (1479); Tribune Entertainment Company (6232); Tribune Entertainment Production Company (5393); Tribune Finance, LLC (2537); Tribune Finance Service Center, Inc. (7844); Tribune License, Inc. (1035); Tribune Los Angeles, Inc. (4522); Tribune Manhattan Newspaper Holdings, Inc. (7279); Tribune Media Net, Inc. (7847); Tribune Media Services, Inc. (1080); Tribune Network Holdings Company (9936); Tribune New York Newspaper Holdings, LLC (7278); Tribune NM, Inc. (9939); Tribune Publishing Company (9720); Tribune Television Company (1634); Tribune Television Holdings, Inc. (1630); Tribune Television New Orleans, Inc. (4055); Tribune Television Northwest, Inc. (2975); ValuMail, Inc. (9512); Virginia Community Shoppers, LLC (4025); Virginia Gazette Companies, LLC (9587); WATL, LLC (7384); WCWN LLC (5982); WDCW Broadcasting, Inc. (8300); WGN Continental Broadcasting Company (9530); WLVI Inc. (8074); WPIX, Inc. (0191); and WTXX Inc. (1268). The Debtors' corporate headquarters and the mailing address for each Debtor is 435 North Michigan Avenue, Chicago, Illinois 60611.

<u>A</u>, by causing true and correct copies of the Personalized Transfers, enclosed securely in separate postage-prepaid envelopes, to be delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>. I also caused copies of the Personalized Transfers, enclosed securely in a separate postage-prepaid envelope, to be delivered by first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Mary Christine Basile*
Mary Christine Basile

Sworn to before me this
28th day of September, 2009

Notary Public

TIME DARDEN
Notary Public, State Of New York
No. 01DA6198919
Qualified In Kings County
Commission Expires January 5, 2013

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

      To:  GO PROMOTIONS
           1510 OLD DEERFIELD RD
           SUITE 229
           HIGHLAND PARK, IL 60035

Please note that your claim # 770 in the above referenced case and in the amount of $9,012.71 has been transferred **(unless previously expunged by court order)** to:

          CLAIMS RECOVERY GROUP LLC
          TRANSFEROR: GO PROMOTIONS
          92 UNION AVENUE
          CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

               UNITED STATES BANKRUPTCY COURT
               District of Delaware
               824 Market Street, Fifth Floor
               Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2221    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/28/2009                              David D. Bird, Clerk of Court


                                              /s/Mary C Basile
                                              _____
                                              By: Epiq Bankruptcy Solutions, LLC
                                                  as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 28, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  GO PROMOTIONS INC
             PO BOX 194
             HIGHLAND PARK, IL 60035

Please note that your schedule in the above referenced case and in the amount of
      $9,012.71 has been transferred **(unless previously expunged by court order)** to:

        CLAIMS RECOVERY GROUP LLC
        TRANSFEROR: GO PROMOTIONS INC
        92 UNION AVENUE
        CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

        UNITED STATES BANKRUPTCY COURT
        District of Delaware
        824 Market Street, Fifth Floor
        Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2221     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/28/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                                as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 28, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

          To:  HOME SHOW INC
               PO BOX 808
               OSWEGO, IL 60543

Please note that your claim # 1815 in the above referenced case and in the amount of
          $2,091.30 has been transferred **(unless previously expunged by court order)** to:

          CLAIMS RECOVERY GROUP LLC
          TRANSFEROR: HOME SHOW INC
          92 UNION AVENUE
          CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

          UNITED STATES BANKRUPTCY COURT
          District of Delaware
          824 Market Street, Fifth Floor
          Wilmington,DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2224      in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/28/2009                          David D. Bird, Clerk of Court


                                          /s/Mary C Basile
                                          _____
                                          By: Epiq Bankruptcy Solutions, LLC
                                              as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  September 28, 2009.

UNITED STATES BANKRUPTCY COURT
District of Delaware

| | |
|---|---|
| In re: | Chapter 11 |
| TRIBUNE COMPANY, et al., | Case No. 08-13141 (KJC) |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim,
while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

        To:  PARADISE, MICHAEL F
             2202 CENTRAL ROAD
             ROLLING MEADOWS, IL 60008

Please note that your claim # 2379 in the above referenced case and in the amount of
        $2,250.00 has been transferred **(unless previously expunged by court order)** to:

         CLAIMS RECOVERY GROUP LLC
         TRANSFEROR: PARADISE, MICHAEL F
         92 UNION AVENUE
         CRESSKILL, NJ 07626

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF
YOUR CLAIM, YOU MUST, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

                         UNITED STATES BANKRUPTCY COURT
                         District of Delaware
                         824 Market Street, Fifth Floor
                         Wilmington, DE 19801-3577

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 2222     in your objection.
If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL
BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 09/28/2009                         David D. Bird, Clerk of Court


                                         /s/Mary C Basile
                                         _____
                                         By: Epiq Bankruptcy Solutions, LLC
                                             as claims agent for the debtor(s).


FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first
class mail, postage prepaid on  September 28, 2009.

EXHIBIT B

TIME: 14:35:47
DATE: 09/28/09

The Tribune Company
CREDITOR LISTING

PAGE: 1

| Name | Address |
|---|---|
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GO PROMOTIONS 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: GO PROMOTIONS INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: HOME SHOW INC 92 UNION AVENUE CRESSKILL NJ 07626 |
| CLAIMS RECOVERY GROUP LLC | TRANSFEROR: PARADISE, MICHAEL F 92 UNION AVENUE CRESSKILL NJ 07626 |
| GO PROMOTIONS | 1510 OLD DERRFIELD RD SUITE 229 HIGHLAND PARK IL 60035 |
| GO PROMOTIONS INC | PO BOX 194 HIGHLAND PARK IL 60035 |
| HOME SHOW INC | PO BOX 808 OSWEGO IL 60543 |
| PARADISE, MICHAEL F | 2202 CENTRAL ROAD ROLLING MEADOWS IL 60008 |

Total Number of Records Printed        8

EPIQ BANKRUPTCY SOLUTIONS, LLC

EXHIBIT C

TRB  TRF NTCS (9-28-09)

**J. KATE STICKLES, ESQ.**
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DELAWARE 19801