**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
www.crosslaw.com

Christopher P. Simon
csimon@crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

September 29, 2009

**BY HAND DELIVERY**

The Honorable Kevin J. Carey
United States Bankruptcy Court
   for the District of Delaware
824 Market Street, 5th Floor
Wilmington, Delaware 19801

     Re:   *The Tribune Company*
            *Bankr. D. Del. Case No. 08-13141 (KJC)*

Dear Judge Carey:

    I write on behalf of the Washington-Baltimore Newspaper Guild (the "Guild"), and in response to the Debtors' September 28, 2009 letter to the Court.

    At the conclusion of the September 25, 2009 hearing, the Court posed a single question to the Debtors. The Debtors' September 28, 2009 letter provides their answer in the first sentence of the second paragraph -- "the Debtors respectfully state that it is critical that the Plan be judged and ruled upon as an integrated whole, not in parts."

    Beyond that response, Debtors use their correspondence as an inappropriate opportunity to offer further argument. The Court did not solicit post-hearing submissions from the parties; we respectfully request that the Court strike the remainder of the Debtors' letter.

                                Respectfully submitted,

                                Christopher P. Simon (No. 3697)

CPS: :mh

cc:    File Copy
       Kate Stickles, Esquire
       Jonathan Lotsoff, Esquire
       Joseph J. McMahon, Jr., Esquire