**CHADBOURNE
& PARKE** LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

David M. LeMay
direct tel (212) 408-5112  fax (646) 710-5112
dlemay@chadbourne.com

September 29, 2009

The Honorable Kevin J. Carey
Chief Judge
United States Bankruptcy Court for the
 District of Delaware
824 North Market Street
5th Floor
Wilmington, Delaware  19801

   Re:  In re: Tribune Company, et al., No. 08-13141 (KJC)

Dear Judge Carey:

  As you know, Chadbourne & Parke LLP represents the Official Committee of Unsecured Creditors (the "Committee") in the Tribune Co., *et al.* (the "Debtors") Chapter 11 cases. I am writing to confirm the Committee's support for the Debtors' 2009 Management Incentive Plan and for the positions set forth in the letter submitted to Your Honor by the Debtors' counsel on September 28, 2009.

              Respectfully submitted,

              David LeMay