# EXHIBIT "A"

{698.001-W0003117.}

**EXHIBIT "A" – SUMMARY SHEET**

August 1, 2009 through and including August 31, 2009

| Name of Professional | Position w/LRC and Year of Admission | Year of Law School Graduation | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Adam G. Landis | Partner; admitted NY 1992, MA 1992, DE 1996 | May, 1991 | $595.00/ $297.50 | 30.40/ 1.70 | $18,088.00/ $505.75 |
| Daniel B. Rath | Partner; admitted PA 1992, DE 1991 | May, 1991 | $525.00 | 25.20 | $13,230.00 |
| Rebecca L. Butcher | Associate; admitted DE 1999 | May 1999 | $375.00 | 37.10 | $13,912.50 |
| Kerri K. Mumford | Associate; admitted DE 2002 | May, 2001 | $370.00 | .70 | $259.00 |
| Matthew B. McGuire | Associate; admitted PA 2001, DE 2003 | May, 2000 | $370.00 | 39.70 | $14,689.00 |
| Mona A. Parikh | Associate; admitted DE 2006 | May, 2005 | $275.00 | 3.30 | $907.50 |
| Michael V. Girello, Jr. | Paralegal | N/A | $200.00 | .20 | $40.00 |
| Frances A. Panchak | Paralegal | N/A | $200.00 | 28.00 | $5,600.00 |
| Linda M. Rogers | Paralegal | N/A | $180.00 | 1.60 | $288.00 |
| Cassandra Lewicki | Legal Assistant | N/A | $125.00 | .90 | $112.50 |
| | | | Total | 168.80 | $67,632.25 |

**Blended Rate: $400.66**

---

[1] Pursuant to Local Rule 2016-2(d)(viii), LRC reduced certain hourly billing rates by 50% to reflect non-working travel time.

{698.001-W0003117.}